IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 1:22-CR-15-apm |
| | : |
| v. | : |
| | : |
| JESSICA WATKINS, | : |
| | : |
| Defendant | : |

**NOTICE**

The Defendant, Jessica Watkins, by and through counsel, Jonathan W. Crisp, Esq., hereby notifies the Court that she joins Defendant Kelly Meggs's Motion to Dismiss Count 1 of the indictment filed as ECF No. 82-1. The Defendant also hereby notifies the Court that she joins Defendant Thomas Caldwell's motion to dismiss Counts 1-4 of the indictment filed as ECF No. 84.

Respectfully submitted,

Date: 15 April 2022

*/s/Jonathan W. Crisp*
Jonathan W. Crisp, Esquire
4031 North Front St.
Harrisburg, PA  17110
I.D. # 83505
(717) 412-4676
jcrisp@crisplegal.com

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on the individual listed below:

### ELECTRONIC SERVICE

Kathryn Rakoczy, Esquire
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
Kathryn.Rakoczy@usdoj.gov


Date: 15 April 2022

/s/ Jonathan W. Crisp
Jonathan W. Crisp, Esquire
4031 North Front St.
Harrisburg, PA  17110
I.D. # 83505
(717) 412-4676
jcrisp@crisplegal.com
Attorney for Defendant

2