IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NUMBER: |
| : | |
| ELMER STEWART RHODES III, : | 22-cr-15-APM |
| KELLY MEGGS, : | |
| KENNETH HARRELSON, : | |
| JESSICA WATKINS, : | |
| ROBERTO MINUTA, : | |
| JOSEPH HACKETT, : | |
| DAVID MOERSCHEL, : | |
| THOMAS CALDWELL, and : | |
| EDWARD VALLEJO, : | |
| : | |
| Defendants. : | |

## UNITED STATES' MOTION TO UNSEAL FOR LIMITED
## PURPOSE OF CREATING A TRANSCRIPT

The United States respectfully moves the Court to enter the attached Proposed Order for the limited purpose of allowing the parties to order a transcript from the sealed portion of the hearing that took place on August 2, 2022.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:   /s/
       Jeffrey S. Nestler
       Assistant United States Attorney
       D.C. Bar No. 978296
       Ahmed M. Baset
       Troy A. Edwards, Jr.
       Louis Manzo
       Kathryn Rakoczy
       Assistant United States Attorneys
       U.S. Attorney's Office for the District of Columbia
       601 D Street NW
       Washington, D.C. 20530

/s/
Justin Sher
Alexandra Hughes
Trial Attorneys
National Security Division,
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20004

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.     : | CRIMINAL NUMBER: |
| : | |
| ELMER STEWART RHODES III, : | 22-cr-15-APM |
| KELLY MEGGS, : | |
| KENNETH HARRELSON, : | |
| JESSICA WATKINS, : | |
| ROBERTO MINUTA, : | |
| JOSEPH HACKETT, : | |
| DAVID MOERSCHEL, : | |
| THOMAS CALDWELL, and : | |
| EDWARD VALLEJO, : | |
| : | |
| **Defendants.** : | |

## ORDER

A portion of the hearing that took place on August 2, 2022, was sealed. It is HEREBY ordered that the court reporter is authorized to create a transcript of the sealed portion of the hearing and provide that transcript to the parties. The sealed portion of the hearing shall remain sealed for all other purposes.

Date: August __, 2022

_____
HONORABLE AMIT P. MEHTA
United States District Judge