IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA,        )
                                 )
           Plaintiff,            )
                                 )    CR No. 22-15
                                 )    Washington, D.C.
        vs.                      )    August 30, 2022
                                 )    1:46 p.m.
ELMER STEWART RHODES III, ET AL.,)
                                 )
           Defendants.           )
_____)
```

TRANSCRIPT OF MOTIONS HEARING PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Kathryn L. Rakoczy
                             Jeffrey S. Nestler
                             Alexandra Hughes
                             U.S. ATTORNEY'S OFFICE
                             555 Fourth Street, NW
                             Washington, D.C. 20530
                             (202) 252-7277
                             Email:
                             kathryn.rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:     James Lee Bright
                              3300 Oak Lawn Avenue
                              Suite 700
                              Dallas, TX 75219
                              (214) 720-7777
                              Email: jlbrightlaw@gmail.com

For Defendant
Jessica M. Watkins:           David William Fischer, Sr.
                              FISCHER & PUTZI, P.A.
                              7310 Governor Ritchie Highway
                              Empire Towers, Suite 300
                              Glen Burnie, MD 21061-3065
                              (410) 787-0826
                              Email:
                              fischerandputzi@hotmail.com

For Defendant
Kelly Meggs:                  Stanley Edmund Woodward, Jr.
                              BRAND WOODWARD LAW
                              1808 Park Road NW
                              Washington, D.C. 20010
                              (202) 996-7447
                              Email:
                              stanley@brandwoodwardlaw.com

                              Juli Zsuzsa Haller
                              LAW OFFICES OF JULIA HALLER
                              601 Pennsylvania Avenue, NW
                              Suite 900
                              S. Building
                              Washington, D.C. 20036
                              (202) 352-2615
                              Email: hallerjulia@outlook.com

For Defendant
Kenneth Harrelson:            Bradford L. Geyer
                              (via Zoom)
                              FormerFeds LLC
                              2006 Berwick Drive
                              Cinnaminson, NJ 08077
                              (856) 607-5708
                              Email:
                              Bradford@formerfedsgroup.com
```

APPEARANCES CONTINUED:

For Defendant
Roberto A. Minuta:                David William Fischer, Sr.
                                  FISCHER & PUTZI, P.A.
                                  7310 Governor Ritchie Highway
                                  Empire Towers, Suite 300
                                  Glen Burnie, MD 21061-3065
                                  (410) 787-0826
                                  Email:
                                  fischerandputzi@hotmail.com


For Defendant
Joseph Hackett:                   Angela Halim
                                  FEDERAL COMMUNITY
                                  DEFENDER OFFICE
                                  601 Walnut Street
                                  Suite 501 West
                                  Philadelphia, PA 19106
                                  (215) 928-1100
                                  Email: angie_halim@fd.org


For Defendant
David Moerschel:                  Scott Weinberg
                                  BROWN, SUAREZ, RIOS & WEINBERG
                                  265 E. Marion Avenue
                                  Suite 114
                                  Punta Gorda, FL 33950
                                  (941) 575-8000
                                  Email: scott@bsrwlegal.com


For Defendant
Thomas E. Caldwell:               David William Fischer, Sr.
                                  FISCHER & PUTZI, P.A.
                                  7310 Governor Ritchie Highway
                                  Empire Towers, Suite 300
                                  Glen Burnie, MD 21061-3065
                                  (410) 787-0826
                                  Email:
                                  fischerandputzi@hotmail.com

APPEARANCES CONTINUED:

For Defendant
Edward Vallejo:                    Matthew J. Peed
                                   CLINTON & PEED
                                   1775 Eye Street, NW
                                   Suite 1150
                                   Washington, D.C. 20006
                                   (202) 919-9491
                                   Email: matt@clintonpeed.com

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                    P R O C E E D I N G S
 2            COURTROOM DEPUTY:  All rise.  This court is in
 3    session; the Honorable Amit P. Mehta presiding.
 4            THE COURT:  Please be seated, everyone.
 5            COURTROOM DEPUTY:  Good afternoon, Your Honor.
 6    This is Criminal Case No. 22-15, the United States of
 7    America versus Defendant No. 1, Elmer Stewart Rhodes III,
 8    Defendant No. 2, Kelly Meggs; Defendant 3, Kenneth
 9    Harrelson; Defendant 4, Jessica Watkins; Defendant 6,
10    Roberto Minuta; Defendant 7, Joseph Hackett; Defendant 8,
11    David Moerschel; Defendant 10, Thomas Edward Caldwell; and
12    Defendant 11, Edward Vallejo.
13            Kathryn Rakoczy and Jeffrey Nestler for the
14    government.
15            James Bright for Defendant Rhodes.
16            Stanley Woodward and Juli Haller for
17    Defendant Meggs.
18            Bradford Geyer for Defendant Harrelson.
19            David Fischer standing in for Jonathan Crisp for
20    Defendant Watkins.
21            David Fischer again standing in for William
22    Shipley on behalf of Defendant Minuta.
23            Angela Halim for Defendant Hackett.
24            And Scott Weinberg for Defendant Moerschel.
25            David Fischer for Defendant Caldwell.
```

 1          And Matthew Peed for Defendant Vallejo.

 2          Defendants Rhodes, Meggs, Harrelson, and Watkins

 3  are present in the courtroom for these proceedings.

 4          Defendants Minuta, Caldwell, and Vallejo are

 5  appearing remotely.

 6          And Defendants Hackett and Moerschel have had

 7  their appearances waived.

 8          THE COURT:  All right.  Welcome back, everybody.

 9  Good afternoon to all.

10          All right.  So we have this hearing down this

11  afternoon to try and resolve as many of these motions in

12  limine as we can in advance of trial.  We've obviously been

13  tracking what's ripe and what isn't; it seems that most of

14  them are at this point.  I know there was a recent filing by

15  Mr. Meggs, and we should talk about the schedule for that at

16  some point this afternoon.

17          I also sent around to everybody my redlining of

18  the jury questionnaire.  I gather Mr. Linder isn't here, so

19  perhaps the defense is not in a position to talk about that,

20  maybe we can just do something informally on the phone or by

21  Zoom just to go over some of the issues and edits that I've

22  suggested.

23          We are -- just to -- sort of giving some updates

24  here.  We are continuing to work on details for jury

25  selection.

1          Trial will commence -- I should have said this

2     first.  Trial will now commence on the 27th, right?  27th,

3     Tuesday, the 27th, so we can avoid the Jewish holiday on

4     Monday.  So jury selection will begin on Tuesday morning,

5     the 27th.  We'll start out in the Ceremonial Courtroom.

6          We're still working through the details both of

7     bringing jurors in in terms of answering the questionnaires,

8     which I think is supposed to happen in about two weeks, and

9     then jury selection itself.  We're just trying to figure out

10    the logistics.  For example, you know, should we have all

11    150 potential jurors coming all at once to complete the

12    questionnaires or do we stagger them?

13         And then in terms of jury selection, are we going

14    to bring -- you know, I don't think we're going to have all

15    150 come back on that Tuesday.  We'll probably do it in

16    groups of 50 until we have a qualified number of jurors.

17         But some of this is fluid.  Obviously we'll keep

18    everybody in the loop about all the details as they get

19    worked out.  But suffice it to say, we're sort of moving in

20    the direction of finalizing those details and talking to the

21    jury office, the Marshals, and to courthouse staff about how

22    we manage the flow of people in and out of the courtroom for

23    that process.

24         I think I mentioned last time, and if I didn't,

25    forgive me if I didn't, we're not going have the trial in

1    this courtroom, we're going to do it over in

2    Judge Contreras's room.  For counsel who are here today, and

3    if you haven't had a chance to take a look inside that

4    courtroom, it's courtroom 23.  And if it's not open, it

5    probably isn't, Mr. Douyon can maybe make arrangements this

6    afternoon with Judge Contreras's chambers to let you in

7    there.  But if you've in been in any of our sort of newer

8    courtrooms, they all look the same.

9              Yes, Ms. Rakoczy.

10             MS. RAKOCZY:  Your Honor.  Thank you.

11             Just a question about Judge Contreras's courtroom.

12   The last time that any of us from the government were in

13   there, it was fairly fully outfitted for COVID protections

14   with a lot of glass in many places.  Does the Court know at

15   this time if the Court will keep those conditions in place?

16             THE COURT:  Let me find out.

17             You know, I hadn't myself been in there.  Each

18   judge has made his or her own decision about that.

19   Obviously I've taken all mine down.

20             Let me find out from him what his thinking is.  If

21   he's going to keep them up, we may look at a different

22   option, because I really don't want to have trial with those

23   barriers up.  I found it difficult, given the sight lines

24   and hearing and the like.

25             MS. RAKOCZY:  That was our concern as well.

1    Thank you, Your Honor.

2              THE COURT:  Okay.  I appreciate you letting me

3    know that.  We don't usually visit our colleagues'

4    courtrooms, so I couldn't tell you what it looks like.

5              Okay.  Is there anyone else just from a

6    preliminary standpoint anybody wants to talk about?

7              Hi, Mr. Fischer.

8              MR. FISCHER:  Good afternoon, Your Honor.

9              Your Honor, I spoke -- or I communicated with the

10   government regarding this issue.

11             Both sides are diligently working.  I can speak on

12   behalf of the defense, we're working extremely long hours.

13   We have a deadline coming up, I believe, on September 7th

14   for, I believe, the Pretrial Statement and the exhibits.

15             The most difficult part of that deadline is the

16   exhibits deadline.  This is a case, I think, in speaking

17   with the defense counsel, very few of us have ever had a

18   case where we likely will introduce hundreds of exhibits,

19   potentially hundreds of exhibits.  We haven't received the

20   government's exhibits yet, so that's going to guide us as to

21   what potential exhibits we may have to use.

22             So we're going to ask the Court to extend the

23   deadline for two days, until September 9th, so that we have

24   adequate time, and I believe the government isn't objecting.

25             THE COURT:  Yeah.  No, that's fine.

1          Not a problem, Mr. Fischer.  I mean, as long as we

2   continue to move forward.  I know everybody is working hard

3   and very diligently to do that.  If you need a couple extra

4   days, that's fine.

5          MR. FISCHER:  Thank you, Your Honor.

6          THE COURT:  Sure.  Of course.

7          Okay.  With that, why don't we turn then to the

8   motions.  Why don't we begin with the 404(b) motion.  This

9   is the notice and then the oppositions to it.  So this is

10  government's 404(b) notice.  It's ECF 187.  I've received

11  responses from Defendant Watkins at 216, Mr. Caldwell at

12  217, and Mr. Meggs at 219.

13         So why don't we take these -- I think there's

14  about five or six of them.  Why don't we just take them in

15  the order in which they're presented in the motion or in the

16  notice, I should say, starting with the QRF in November of

17  2020.

18         I don't think any of the defendants objected to

19  that except for Mr. Caldwell's counsel, who sort of lodged a

20  general objection to any mention of the QRF.  Am I missing

21  something?  I didn't see any objection to that particular

22  404(b) evidence.  Okay.

23         So, look, the general QRF evidence, in my view, is

24  clearly intrinsic to the charged offenses.  I mean, the QRF

25  in November is within the time of the conspiracy.  As

1    I understand it, the bringing of weapons that occurred in

2    November is somewhat consistent with what happened in

3    January, given that -- given what the charges are and the

4    access to weapons, the bringing of weapons, the coordination

5    of bringing those weapons.  For all those reasons and many

6    more, clearly the evidence relating to the QRFs is relevant.

7    You know, there is this -- well, it is relevant.

8            And to the extent that there's been a 403 basis

9    for it, I don't think -- you know, obviously it's

10    prejudicial, but it's not substantially outweighed -- it

11    doesn't -- its prejudicial impact doesn't substantially

12    outweigh the probative value of that evidence.  So I think

13    that takes care of that first issue.

14            All right.  Let's turn to the Jeremy Brown

15    question.  This is evidence the government collected,

16    I think this was in December 2001, I can't remember the

17    exact month, maybe it was November 2001.

18            This is from Jeremy Brown, he's a defendant in a

19    different case, who, I think, by just happenstance, also

20    happens to be before me.  He's a standalone defendant.  He

21    also has been charged in Florida.  He's alleged to have been

22    part of the Oath Keepers or at least associated with them.

23    The government contends that he came up to Washington on

24    January the 6th with Mr. Meggs, among others, in an RV.

25            During the time that -- at some point, I can't

1    remember, maybe it's on the 5th, when they're unloading

2    weapons when the allegation is that defendants are unloading

3    weapons at the QRF site in Virginia, Mr. Meggs makes mention

4    or says something to one of the cooperating witnesses to the

5    effect of that Mr. Brown has explosives or words to that

6    effect.

7            Long after January the 6th -- again, I can't

8    remember the date, I think it's at least nine months later,

9    the government executes a search warrant on an RV associated

10   with Mr. Brown that he owns, I believe.  And inside that RV,

11   they find two illegal short-barreled firearms, as well as

12   military ordnance grenades from his RV -- in the RV.

13           Mr. Brown's been charged with possession of those

14   items in Florida and is pending trial on those charges, is

15   my understanding.  He's not been charged in this case, but

16   I believe he's either identified as an unindicted

17   co-conspirator in the indictment, and, if not, I assume he's

18   been identified as an unindicted co-conspirator to defense

19   counsel by the government.

20           So let's talk about this.  And I'm happy to hear

21   argument from either side.  I've obviously read everything

22   and am familiar with the facts, and maybe if there's more

23   clarification, I'm happy to get it.

24           MR. EDWARDS:  Thank you, Your Honor.

25           For the record, Troy Edwards for the

```
 1    United States.

 2            I'll just add, Your Honor, that in response to

 3    some of the defense counsel's arguments as to the

 4    explosives, really what ties Mr. Brown's explosives to this

 5    case is not addressed by the defense response here, it's

 6    evidence that ties those explosives that are found in

 7    September, just to answer Your Honor's question, to the

 8    defendant's conduct on January 6th, right.  Defense's main

 9    argument is that the government doesn't address or tie some

10    logical chain together that addresses time, place, and

11    context for these explosives.

12            So our response is twofold; one, we do address the

13    time, place, and context, it's just that it's not the

14    explosives that are found in September, it's that Mr. Meggs

15    tells a now-cooperator for the government's case, Mr. Berry,

16    that Mr. Brown possessed explosives at that time, right,

17    that time being January 5th and January 6th.  The location

18    obviously is Washington, D.C., which makes it, you know, in

19    Your Honor's words, in referring to the last bucket of

20    evidence, intrinsic to this conspiracy.

21            Part of this --

22            THE COURT:  So can I interrupt you?

23            Two questions; one is, does the government think

24    this evidence would be admissible if it didn't have the

25    testimony of Mr. Berry about what Mr. Meggs allegedly said?
```

1          MR. EDWARDS:  So remove Mr. Berry's testimony to

2     the government?

3          THE COURT:  Correct.

4          MR. EDWARDS:  Your Honor, admittedly, that might

5     be a more difficult case so luckily we don't have that

6     situation here.

7          But in that hypothetical, we would argue that it

8     would still be relevant to this case simply because of how

9     this indictment charges these defendants and their purpose

10    of their conspiracy.

11         Part of their manner of means is establishing a

12    quick reaction force which involved taking multiple weapons

13    and storing them in a hotel across the Potomac.

14         Given that Mr. Brown has been identified as an

15    unindicted co-conspirator, and we've listed in our briefing

16    a number of messages that Mr. Brown posts to various

17    co-conspirators that are charged in this case, we would

18    argue that Mr. Brown's messages and his references to gun

19    ports and needing to establish burner phones and to get

20    everyone together to travel to D.C. and his, very

21    importantly, Your Honor, stop at what the indictment

22    identifies as this QRF hotel, the weapons that he had on his

23    person or RV at that time would be directly relevant to the

24    conspiracy.

25         THE COURT:  And what do you expect the evidence to

1    be in terms of who traveled in the RV with Mr. Brown?  And

2    specifically, do you think the evidence will show that

3    Mr. Meggs was in the RV with Mr. Brown?

4              MR. EDWARDS:  No, Your Honor.  What the evidence

5    would show is that multiple individuals caravaned together.

6              THE COURT:  Right.

7              MR. EDWARDS:  And so they traveled kind of in

8    tandem with multiple vehicles.

9              Now, some of the co-conspirators, including the

10   cooperator, had spoken with Mr. Brown and stopped at his

11   house ahead of time and then traveled in this caravan, which

12   included the RV, which is part of the government's argument

13   here.  At one point we're hearing from a cooperator that

14   Mr. Brown traveled to D.C. in an RV and he possessed

15   explosives in that RV.

16             THE COURT:  So if I could just interrupt you,

17   Mr. Edwards.

18             Look, I don't have any doubt that there's some

19   connection between Mr. Brown; you've certainly established

20   that through the evidence.  Let me just sort of tell you

21   what my thinking is and get your reaction.

22             You know, it's not clear to me that these weapons

23   and the explosives can be "intrinsic," absent some reason to

24   be certain, and it's not just a reason to believe, but some

25   certainty that the weapons that were in his possession were,

1    in fact, in Washington on January the 6th.

2              I mean, I don't agree with the defense to suggest,

3    well, just because the time period has passed, that this

4    can't be intrinsic evidence.  That's not so.  I mean,

5    you know, somebody commits a murder and the murder weapon is

6    found six months later, that doesn't make the fact that the

7    murder weapon is found and in possession six months later

8    extrinsic evidence.  That's intrinsic and it's proof of the

9    crime.

10             However, the key there is that there's some

11   certainty that the weapon that's recovered months later is,

12   in fact, what was used to commit the crime.  And so the

13   question here is, to what extent can the government

14   establish that what was recovered in September was, in fact,

15   in Mr. Brown's trailer other than through Mr. Meggs's sort

16   of hearsay statement, if you will, hearsay statement of

17   Mr. Brown, although arguably a co-conspirator statement,

18   that, in fact, what was found in September was, in fact, in

19   the RV in -- on January 6th.

20             MR. EDWARDS:  Sure, a couple of pieces of

21   evidence.

22             One, it is Mr. Brown's RV in Florida in September

23   2021, it is that RV that we have evidence -- you know, I'll

24   fight your hypo just a tad and say that Mr. Meggs is telling

25   Mr. Berry Mr. Brown has explosives in his RV.

 1          This is not just a random set of explosives

 2    discovered in a storage shed, it's discovered in the RV that

 3    the government can show that Mr. Brown traveled in to come

 4    to Washington, D.C.  It's, in fact, the exact same RV he

 5    used, and we would argue that the explosives were in there.

 6          THE COURT:  So how do we deal with -- two things;

 7    one is, there's a lot of time that's passed.  So in theory,

 8    he could have acquired it afterwards, this material

 9    afterwards, in the same way that there's an allegation that

10    some of the defendants acquired additional firearms

11    afterwards, that's one.

12          And, two, there is evidence suggesting that some

13    of this stuff was moved back and forth from the house, it's

14    not all that surprising, but there's some evidence to that

15    effect.  And so it seems to somewhat diminish the certainty

16    with which anyone can conclude that those, in fact, are the

17    same -- if, in fact, he had these things in January, that

18    what was recovered in September are those items.

19          MR. EDWARDS:  Yeah.  So to address that in reverse

20    order.

21          So the defense point that the Court in Florida

22    found that these explosives may have been moved from the

23    house into the RV, that's not -- that fact, even if true, is

24    not mutually exclusive with the fact that Mr. Brown had

25    those in his RV at the time of January 6th.

```
1            THE COURT:  Right.

2            MR. EDWARDS:  He may have moved those between the

3   house and the RV ten different times between January 6th and

4   September.  But that fact doesn't diminish the fact that we

5   have evidence that he traveled in that RV and our

6   co-conspirators knew that there were explosives in that RV.

7            And so two additional facts to address.  The first

8   point, Your Honor, one is that these grenades in particular,

9   there were no other explosives, to my knowledge, discovered

10  in Mr. Brown's residence.

11           You have to keep in mind, the evidence that

12  Mr. Meggs learned that Mr. Brown had explosives in an RV,

13  that exact fact is then confirmed in September when he's

14  arrested, and I think that corroboration is directly

15  relevant to tying this link that the Court is identifying of

16  nine months; that we can close that gap by showing what

17  Mr. Meggs knew, in fact, proved to be true nine months

18  later.

19           The second fact is that these are military

20  ordnance explosives, these are grenades, and Mr. Brown was

21  in the military prior to January 6th, not after January 6th.

22           THE COURT:  You'll have to forgive me for not

23  knowing the answer to this, but is that -- are these things

24  that are something that are commercially available?

25           MR. EDWARDS:  Your Honor, I don't want to speak
```

1    off the cuff on that question.

2         My impression is that the answer is no to that

3    question, and that's part of, I think, the relevance of some

4    of the charges that Mr. Brown is facing.  But, you know, I'm

5    happy to get a firmer answer on that.

6         But I do think, regardless of if they're

7    commercially available, it's directly relevant that

8    Mr. Brown is former prior military service, he has access to

9    that kind of weaponry.

10        THE COURT:  Right.

11        MR. EDWARDS:  He doesn't have that access as

12   available to him post-January 6th.  It's that he's got

13   military experience that's part of what the Oath Keepers

14   recruit and then he brings that expertise and these kinds of

15   weapons to the conspiracy.

16        THE COURT:  And what's the government's theory

17   insofar as the explosives?  And at least I understand you to

18   be suggesting that they either are part of the QRF or sort

19   of evidence in support of the purpose of a QRF.  And how

20   does that tie in, in your view, to the fact that this

21   trailer, excuse me, RV, was in College Park and not in

22   Virginia where the rest of the arms cache was?  And, two, I

23   gather, at least according to the defendant, I think one of

24   the defense oppositions is, you know, Mr. Brown's just kind

25   of walking around D.C.  You know, the idea that he's going

1    to get out to Virginia -- I mean, to Maryland to grab his RV

2    and then get back into town, you know, that's very different

3    than having Mr. Vallejo allegedly across the river to bring

4    the weapons in on a moment's notice.

5            MR. EDWARDS:  Sure, Your Honor.

6            I would argue at first that that fact is not

7    necessarily of consequence to determine its admissibility,

8    so much as the weight of the evidence that the jury can

9    consider, look, how accessible was this material.

10            But beyond that point, Mr. Meggs -- what's

11   relevant here is Mr. Meggs' knowledge at the time that there

12   are these weapons available to him around the D.C. area,

13   maybe not necessarily -- and the government's admitted this

14   in its briefing -- that it's either in Mr. Brown's RV or he

15   dropped these explosives off with whatever he dropped off at

16   the QRF hotel.

17            But what's relevant is he traveled hundreds of

18   miles from Florida to the D.C. area.  When you zoom in on

19   the -- when you make the proper comparison here to College

20   Park, Maryland, to D.C., as opposed to Florida to D.C.,

21   that's what's relevant here, is that Mr. Meggs has knowledge

22   that there are weapons, including explosives, in that area

23   as they're undergoing their operation on January 6th.

24            THE COURT:  Okay.

25            Let me turn to the defense counsel and see if

1  they'd like to make any argument.

2          Mr. Fischer.

3          MR. FISCHER:  Thank you, Your Honor.

4          If the Court would please, first of all, under

5  404(b) -- and we do believe -- we take the position that

6  this is extrinsic not only because of the time frame but

7  because of the uncertainty, as the Court pointed out.

8          But along with that, the last prong of 404(b),

9  according to the D.C. Circuit, requires that the evidence is

10 sufficient to support a jury finding that the defendant

11 committed the other crime or act.

12         So I would just ask the Court rhetorically is the

13 evidence sufficient to show that the act of having these

14 explosives, that the government could prove that to a jury,

15 I believe it means beyond a reasonable doubt but I don't

16 think they could prove it to any level of certainty.

17         THE COURT:  I'm sorry, you mean to suggest -- you

18 mean to say that -- maybe I'm misunderstanding.

19         What you're saying is that essentially the proffer

20 of proof is not sufficient to let it be -- to even pass the

21 threshold of admissibility; is that what I'm hearing?  Leave

22 aside, you know, whether it's knowledge, intent, or any of

23 that stuff, you're just talking about the proffer itself is

24 not adequate.

25         MR. FISCHER:  Your Honor, they have to be able to

1   show -- according to the D.C. Circuit, the last prong in a

2   404(b) analysis is, "The evidence is sufficient to support a

3   jury finding that the defendant committed the other crime or

4   act."

5         In this case, the alleged bad act is the bringing

6   of the explosives or having grenades in the D.C. area, and

7   they can't meet that threshold, they can't even -- the offer

8   of proof, as the Court indicated, is just not there.  You

9   have to be able to prove, just to get past the 404(b)

10   hurdle, you have to be able to prove that, with certainty to

11   the jury, that that act actually occurred.

12         And in this case you have a situation, the Court

13   alluded to it and I had put it in my filing --

14         THE COURT:  I'm sorry, can you read that one more

15   time.  I'm just having trouble following.

16         MR. FISCHER:  Your Honor, I actually do have, if I

17   may hand this up to you --

18         THE COURT:  Yeah, sometimes that's helpful.

19         MR. FISCHER:  -- I have the paragraph.

20         THE COURT:  Oh, okay.  All right.

21         Okay.  All right.  When you were saying "other

22   crime or act," my brain was thinking the underlying charged

23   act but not -- you mean the actual 404(b) evidence itself.

24         MR. FISCHER:  That's correct, Your Honor.

25         THE COURT:  Right.

1          MR. FISCHER:  So in this case, Your Honor, the

2     government -- I know it wasn't these prosecutors, but the

3     government in Florida, in support of a search warrant, put

4     in an affidavit that they suggested to the Court that the

5     materials that were found in the RV in Florida had been

6     moved from a house, because Mr. Brown, I guess in the summer

7     of 2021, was selling his house.

8          THE COURT:  Right.

9          But you'd admit that, at a minimum, that it's

10    sufficient in the following sense:  The government's

11    allegation is that Mr. Brown did bring explosives to

12    Washington, D.C., on January the 6th, and lo and behold,

13    some months later, he actually has explosives.

14          So I mean, at a minimum, it seems to me, that his

15    actual possession of explosives proves up the government's

16    theory that, in fact, he possessed explosives on

17    January 6th.

18          MR. FISCHER:  Except, Your Honor, that

19    "explosives" is a very broad term.  There are legal items

20    that could be explosive.  A can of gas is considered an

21    explosive.  A propane tank could be considered an explosive.

22          THE COURT:  But in the context, I can't imagine

23    that's what -- well, I mean, you're right, it's a general

24    term.  But in context, it seems to me it wouldn't be

25    something innocuous, let's put it that way.

1          MR. FISCHER:  And as far as the QRF, Your Honor,

2    as I indicated in my filings, College Park is at least a 30-

3    or 35-minute drive.  So I'm not exactly sure how it fits the

4    narrative of the QRF, to be able -- for Mr. Brown walking

5    around D.C., what is he going to do, get an Uber and take

6    30, 35 minutes through D.C. traffic to get to College Park

7    to come down?  That doesn't really make sense.  So,

8    Your Honor, I just don't believe -- I don't believe the

9    government's crossed the 404(b) Rubicon.  And even if they

10   did, the prejudice, especially to Mr. Caldwell and to

11   co-defendants, is significant.

12         Mr. Caldwell doesn't know Jeremy Brown, he's from

13   Florida, he doesn't know any of the defendants at the table

14   who are from Florida.  And I'm sure that may go for other

15   people; they don't know one another; they may not know

16   Mr. Brown either.

17         So Mr. Caldwell is in this trial and he would be

18   extremely prejudiced.  So that on top of the failure to beat

19   the 404(b) hurdle, we would ask the Court to not allow the

20   evidence in.

21         THE COURT:  Okay.

22         MR. FISCHER:  Thank you, Your Honor.

23         THE COURT:  Well, let me ask you real quick before

24   you sit down.

25         Why isn't it -- say I agree with you that it's not

1    intrinsic evidence for the reasons I've just articulated.

2    Why isn't it 404(b) evidence, or at least meets the standard

3    of 404(b) evidence, as either evidence of preparation,

4    planning, and knowledge, particularly of Mr. Meggs, that

5    relates to the underlying offense?

6            In other words, preparation, the bringing of

7    explosives into the District of Columbia, planning, same

8    thing.  Mr. Meggs, having knowledge that these items, or at

9    least as alleged, are available to members of his -- of the

10   group, if needed.

11           So why isn't that standard met?

12           MR. FISCHER:  Well, Your Honor, first of all, I

13   would say to the Court that the defense has reviewed

14   thousands, probably tens of thousands of social media

15   messages, and there's no indication that anybody, including

16   Jeremy Brown, had any intention to set off bombs.  There's

17   talk about firearms, we'll concede the point, virtually all

18   that talk is about Antifa, but there is talk about firearms.

19   There's no talk about bombs.  So that's number one.

20           And, number two, I believe the government's

21   position is, they want to introduce it to show it as part of

22   the QRF.

23           And, again, being parked in College Park and the

24   owner of the RV isn't even there to drive it, it seems like

25   that sort of cuts against it being a quick reaction force

1   vehicle.

2           THE COURT:  Right.  Could be a reaction force,

3   just not a quick one.

4           Okay.

5           MR. FISCHER:  Thank you, Your Honor.

6           THE COURT:  Mr. Edwards.

7           MR. EDWARDS:  Yes, Your Honor, just two small

8   points here; one is to just shore up -- just to answer my

9   question earlier to your question regarding whether or

10  not --

11          THE COURT:  Oh, hang on for a second.

12          Ms. Haller.

13          MS. HALLER:  Yes, Your Honor.  We filed on behalf

14  of Mr. Meggs at ECF 219.

15          THE COURT:  Oh, you're right, you did.  I'm sorry.

16          MS. HALLER:  Thank you.

17          THE COURT:  Thank you for reminding me.  I just

18  did it --

19          MS. HALLER:  Thank you.

20          THE COURT:  -- in the order in which my notes are.

21          MS. HALLER:  I know it's confusing because there's

22  so many filings on this.

23          Ours was ECF 219.  May I pull down my mask a

24  little?

25          THE COURT:  Sure.

1          MS. HALLER:  First I would respond with the

2    government's argument relying entirely upon an unproven

3    statement at this time that they're alleging by Mr. Berry,

4    but they do not refer to T.A.'s statement when she was

5    questioned by the FBI.

6          T.A. is the woman residing with Mr. Brown and

7    traveled with him in his RV and she -- in the Court filing,

8    her interview with the FBI shows that she had no knowledge

9    of the grenades.  And they specifically used the word

10   "grenades," not explosives.  So to Mr. Fischer's point that

11   it's not necessarily, in the world of military weapons and

12   otherwise, grenades are not necessarily -- "explosives" is a

13   very broad word.

14         But secondly the point I'm making is, T.A. is a

15   witness we have here who is in direct opposition to the

16   statement allegedly made by Mr. Berry, and that's a fact

17   question.

18         But on 404(b), the whole point is it's not

19   supposed to prejudice and the idea isn't that they were

20   acting in conformity therewith.  So there's all these

21   allegations about this QRF, therefore, they must be acting

22   in conformity therewith, and that's what 404(b) prevents us

23   from doing.

24         The entire idea of 404(b) is that a prior bad act,

25   or, in this case, a post bad act, "allegedly," has to

1   connect, and the connections -- it can't just be a

2   speculative inference.

3           The speculations here are multiple.  We're dealing

4   first with the speculation that it's the same weapons, let's

5   call them, or explosives or grenades, we're assuming they're

6   the same as Kyle Berry allegedly references.  That's yet to

7   be proven.

8           We don't even know if these weapons are the same

9   weapons that were in the RV on January 6th.  Yes, Your Honor

10  is absolutely right it's nine months later that they're

11  seized at his home.  It is not necessarily clear that it's

12  at the home or the RV because at the time, the two are

13  together and there's boxes interchanged and that's what the

14  reference to the move is about in the record.

15          And the resident of that home, T.A., did not know

16  he had grenades, so there's a factual predicate lacking --

17          THE COURT:  Well, I guess my reaction to all of

18  that is, so what?  In other words --

19          MS. HALLER:  Prejudice, that's what.

20          THE COURT:  Well, no, that's not the answer --

21  that's not the answer.

22          In terms of her testimony and her not having seen

23  it, what does it matter?  In other words, the evidence in

24  terms of his possession, Mr. Brown's possession in

25  September, that doesn't rise or fall on whether she saw the

1   grenades or not.  You've got to let me finish.

2          Two, the fact that she didn't see -- presumably

3   what you're saying is that she also would testify, although

4   that's not clear to me, that she didn't see any such

5   grenades on January the 6th, also seems to me to kind of be

6   a little bit beside the point because she didn't say she saw

7   him six months later either.

8          So, you know, I mean, the fact that she doesn't

9   see them -- and maybe you want to call her as a witness to

10  say, look, I never saw Mr. Brown with grenades on January

11  the 6th and I was in the RV with him, that would be fair

12  game, it seems to me.  But it's not clear to me why what her

13  testimony is could be -- would defeat 404(b) admissibility.

14          MS. HALLER:  It's just to point out the multiple

15  inferences being made.

16          There's, you know, the fact that they don't know

17  if these "explosives" was in Maryland or whether it was in

18  Virginia.  It just goes to show the speculation that's going

19  on here with these weapons.

20          And why it matters so much with the nine months is

21  the case that the government cited, *Lorenzana-Cordon*, in

22  that case, the Court explained, in citing to *Bowie*, that

23  where you had counterfeit currency one month prior, that

24  that was not evidence that was intrinsic to the crime.

25          THE COURT:  Right, but I agree with you it's not

1    intrinsic necessarily.

2            MS. HALLER:  Okay.  Thank you, Your Honor.

3    I didn't know you got there.  Okay.

4            Well, as far as 404(b), you can't just list off

5    plain knowledge, intent with all that has to be shown, and

6    we would submit that that hasn't been shown.

7            The whole idea is that they're relying on the idea

8    of conformity therewith.  Because these guys were talking

9    about bringing weapons, therefore, they must have included

10   this.

11           And this is very prejudicial.  It's a nine-month

12   old later seizure, there's no actual evidence connecting it

13   to the day of the incident or the time period of the

14   conspiracy.

15           And to that point, Your Honor, it's outside the

16   time period of the conspiracy.  And it's not listed in the

17   indictment under acts, overt acts in support of the

18   indictment, and that raises the question of, you know,

19   whether this is -- should come in because it's outside the

20   indictment, the conspiracy period.

21           THE COURT:  Okay.

22           All right.  Thank you, Ms. Haller.

23           MS. HALLER:  Thank you.

24           THE COURT:  Mr. Edwards.

25           MR. EDWARDS:  Yes, Your Honor.

1           Just to Ms. Haller's last point, it's not in the

2    indictment, but that's the point of 404(b).  We're here to

3    talk about other acts.

4           And to address some of the Court's questions, one

5    question was just how is the Court confident about this time

6    period that elapses post January 6th to September?  I've

7    confirmed that grenades were U.S. Army grade grenades that

8    are not commercially available, and I think that's relevant

9    to Mr. Brown's prior military experience and access to those

10   grenades prior to January 6th to kind of blunt the

11   possibility that Mr. Brown may have accessed those after

12   January 6th.

13          The second concern, Your Honor, was in terms of

14   how, if it's in an RV, if those grenades, were, in fact, in

15   the RV, useful, the government has evidence that someone who

16   traveled with Mr. Brown to the D.C. area for January 6th

17   remained with the RV throughout the time period that

18   Mr. Brown went into the D.C. area.

19          And then third and finally, Your Honor, bottom

20   line is this evidence is being introduced to corroborate a

21   cooperating witness that the government will present that

22   will testify that Mr. Meggs knew that grenades were in the

23   area and that a co-conspirator had brought them.

24          So unless Your Honor has additional questions, I'm

25   happy to rest on this point at least.

```
 1              THE COURT:  All right.  Thank you, Mr. Edwards.

 2              All right.  So I think where I come out on this is

 3    that this is not intrinsic evidence for the reasons that

 4    I've stated, which is that, unlike this hypothetical that I

 5    proposed about the murder weapon being found long after the

 6    murder, you know, we don't have that kind of firm evidence

 7    here, that the explosives that were found on Mr. Brown were

 8    in fact, explosives he brought to Washington, D.C. on

 9    January the 6th.

10              That said, I do think it is ultimately admissible

11    under 404(b).  I mean, it is -- this is not -- contrary to

12    some of the pleadings I received -- and at least the D.C.

13    Circuit has not interpreted 404(b) as a rule of prohibition,

14    it's, rather, a rule of admission, and the Circuit reminds

15    us of that repeatedly.

16              And the only difference between intrinsic evidence

17    and extrinsic evidence, you know, is the name that gets

18    attached to it; and, two, that I've got to actually give a

19    limiting instruction when the evidence is admitted.  But,

20    otherwise, the same issues of relevance and prejudice apply.

21              And I do think that given the proffer that's been

22    made here about Mr. Brown, his former military experience,

23    his connection to these defendants, that he came up to

24    Washington with them on January the 6th, misstatements that

25    were made, I think, either in social media or elsewhere,
```

1    coupled with the fact that these are U.S. Army grade

2    grenades, so they're not something that are commercially

3    available and readily obtainable, I would think, even with

4    the passage of time, that -- and, you know, if this evidence

5    were to pan out that, in fact, there is someone who was with

6    the RV in College Park that would sort of support it being a

7    quick reaction force or a second quick reaction force

8    station, that, you know, the evidence comes in to support

9    preparation, plan, knowledge by Mr. Meggs.

10            You know, there's case law in the D.C. Circuit

11   that stands for the proposition that possession of a gun,

12   for example, after a person is charged with possession of a

13   weapon, is admissible 404(b) evidence to establish intent,

14   knowledge, or absence of mistake.

15            And specifically -- and this has been the law in

16   this Circuit forever -- *United States versus Brown*, 16 F.3d

17   413, there's a case in which a gun and a telephone pager

18   were seized three months after the person was charged with

19   possession of drugs and guns, and the Circuit held that that

20   sort of post-arrest possession was admissible to show

21   intent, knowledge, and absence of mistake with respect to

22   the earlier gun possession.

23            And so I think for that additional reason, I think

24   this is all, if it is admissible under 404(b), I don't

25   think, you know, in terms of whether this is -- the evidence

1    itself is strong enough, you know, ultimately I think it's

2    enough to pass the standard for admissibility, and obviously

3    is subject to cross-exam and the calling of witnesses to

4    rebut the idea that Mr. Brown had anything like this when he

5    came to Washington in January.

6            And insofar as prejudice goes, obviously, the

7    evidence, like all evidence the government usually wants to

8    admit against the defendant, is prejudicial.  But, of

9    course, you know, the question is whether its probative

10   value is substantially outweighed by the danger of unfair

11   prejudice or confusing the jury, et cetera, and I just don't

12   think it meets that standard here, it doesn't substantially

13   outweigh it.

14           It is true that it can have a prejudicial impact

15   on other defendants, but that is the nature of a conspiracy.

16   You know, conspiracies don't require every defendant to know

17   about every other thing every member of the conspiracy is

18   doing.

19           Now, that said, you know, if the defense wants to

20   suggest and can convince me that Mr. Brown was not part of

21   the conspiracy and that he did this independently, you know,

22   I could revisit this.  But at least based upon the proffer

23   that Mr. Brown either self-declared as an Oath Keeper or was

24   a card-carrying member, that he met up with the cooperator,

25   that he traveled together with some of the others here, you

1    know, it's hard for me to, at least where I sit right now,

2    his status as an unindicted co-conspirator has been

3    established.  For all those reasons, I'll at least

4    tentatively, subject to further consideration, allow that

5    evidence to be admitted.

6           Okay.  Let's turn then to Ms. Watkins' possession

7    of bomb-making instructions.  The evidence here is that at

8    the time of her arrest -- and I've never seen the actual

9    evidence itself, I don't think -- maybe I did at the

10   detention hearing, but I think there's one or two pages of

11   instructions -- I think I did see it at the detention

12   hearing -- to suggest how to make a homemade bomb, and the

13   government is seeking to admit that evidence.  So why don't

14   we talk about that next.

15          MR. EDWARDS:  Yes, Your Honor.

16          So as background and as the Court's aware in our

17   briefing, what was discovered at Ms. Watkins' residence in

18   Ohio was a one- to two-page document that included

19   instructions on how to make explosives out of bleach and

20   produce a compound that's known as thermite, which is a

21   known pyrotechnic.

22          It's relevant both when and where this material

23   was found.  As to when, it was found actually within the

24   time of the charged conspiracy timeline, because Ms. Watkins

25   was arrested during that timeline.  So it was found in mid

1    to late January.

2            It was also found at her residence in Ohio where a

3    number of other materials were discovered, including some of

4    the gear that Ms. Watkins was known to wear on January 6th

5    and other evidence that was discussed in various Signal

6    messages, including pool sticks that could be used as

7    weapons.

8            THE COURT:  But can you be more precise on where

9    it was found within her residence?  In other words, was it

10   among -- in her kitchen along with other recipes, or was it

11   actually found, for example, with some of the other

12   instruments that you are claiming were also found and seized

13   in her apartment?

14           MR. EDWARDS:  No, my -- if I remember correctly,

15   Your Honor, this material was found in an upper-attic-like

16   area of Ms. Watkins' residence in Ohio.  But I can be at

17   least a little more specific and say that it wasn't found --

18   intermingled, for example, with other materials.

19           THE COURT:  Right.

20           MR. EDWARDS:  But it was found at her residence

21   where those materials were found.

22           And what's relevant here is she possessed these

23   instructions during the charged timeline when she was at her

24   residence in Ohio messaging others about getting other

25   recruits, "fighting fit" by Inauguration, and preparing to,

1   as charged in the indictment, oppose the authority of the

2   government.

3          THE COURT:  But other than mere possession, what

4   other evidence does the government intend to introduce that

5   this document was part of the conspiracy?

6          I mean, you've got possession, proximity in time,

7   but you don't know when she acquired it.  As I understand

8   the facts are that this recipe is dated circa 1971 or

9   something like that.

10         I mean, if Ms. Watkins, for example, acquired this

11   five years earlier and it's just lying around her house,

12   I don't think the government would suggest that that would

13   be -- that that's -- well, let's put it that way.  If that

14   were the facts, for example, I don't think there would be

15   any suggestion that it could be admissible as 404(b)

16   evidence.

17         MR. EDWARDS:  Well, I think the government would

18   argue that.

19         I mean, we don't ask the question as to certain

20   firearms that they may have brought, the QRF, as to when

21   they acquired those firearms, it's the fact that they

22   possessed those firearms during the charged timeline and did

23   something.  So I don't think we would ask the origin date of

24   other items; the same that we shouldn't ask --

25         THE COURT:  No, but there's nothing inherently

1    illegal about possessing these pages.

2              MR. EDWARDS:  Correct, Your Honor.

3              I mean, what -- I don't profess to know some of

4    the U.S. Code in terms of possession of bomb-making

5    instructions.

6              THE COURT:  Right.

7              MR. EDWARDS:  But I will note that what's relevant

8    here is the charged conspiracy.  Ms. Watkins is charged with

9    conspiring with other people to oppose the government.

10             THE COURT:  Is there any evidence at all anywhere

11   that the making of bombs was discussed, considered, talked

12   about in social media or anything else by these defendants

13   and unindicted co-conspirators?

14             MR. EDWARDS:  Not to my knowledge, Your Honor.

15             THE COURT:  Okay.

16             MR. EDWARDS:  But what we do have evidence of is

17   Ms. Watkins discussing with other people that their necks

18   were in the rope and that they needed to do anything

19   possible to help the President stay and remain in power as

20   they prepared for January.

21             And the government's argument here is that part of

22   what you may need -- and similar to what Mr. Brown possessed

23   here, what you may need to oppose the government are

24   weapons, including firearms and explosives, and so her

25   possession of that material during the timeline is relevant.

```
 1            THE COURT:  Okay.

 2            MR. EDWARDS:  Thank you, Your Honor.

 3            THE COURT:  Thank you, Mr. Edwards.

 4            Look -- I don't need to hear from the defense.

 5            Look, I'm not going to allow those pages to be

 6   admitted.  I don't think the government has made out the

 7   connection between those pages and the charged conspiracy.

 8            The government has not established, for example,

 9   when Ms. Watkins came into possession of those pages.

10   There's absolutely no evidence, as Mr. Edwards has just told

11   us, connecting either the pages themselves and reliance on

12   those pages to the alleged conspiracy, or any discussion

13   among any co-conspirators or unindicted co-conspirators

14   about bomb making being part of the alleged offense.

15            You know, and I think, in some sense, it's useful

16   to contrast this evidence with the grenades that were found

17   with Mr. Brown.  You know, at least there in that case we

18   had specific evidence suggesting that Mr. Brown was in

19   possession of something that connected up to January the

20   6th, and there just simply isn't any similar evidence here

21   to connect up Ms. Watkins' mere possession of these two

22   pages of a 40-, 50-, I guess now, what, 60-year-old recipe

23   about how to make a bomb.

24            And, you know, if, for example, there had been

25   some evidence referencing a statement by Ms. Watkins that
```

1    she knew how to build explosives or that she was prepared to

2    gather material that was consistent with the recipe itself,

3    anything like that, then I'd have a different view.

4         But, you know, based on the limited proffer that's

5    been made by the government, I don't think it gets there.

6    And so I'm going to grant the motion to exclude both on

7    relevance grounds and on 403 grounds.  Given the weakness of

8    its probative value, I do think obviously there's a high,

9    high danger of unfair prejudice not only to Ms. Watkins but

10   to the other defendants, given the lack of probative value.

11   Okay.

12        All right.  Let's turn then next to the one-page

13   note that was found in Mr. Caldwell's residence, what's been

14   referred to as the "death list:."  This is a one-page sheet

15   of paper that appears to be, I think, from a notepad of some

16   kind.  The top of the document refers to 40-plus from N.C.,

17   and somebody who's been referred to as person 3 being in

18   room 252, which I think is a reference to the room that the

19   defendants -- or at least a room that the defendants had

20   rented at the hotel in Virginia.  Also on that same piece of

21   paper is the words "death list:," and underneath the word is

22   the names of an election volunteer from the state of Georgia

23   and a relative, I believe.

24        So, Mr. Edwards, why don't we begin with you, and

25   then we'll turn to Mr. Fischer.

1              And to the extent any of you know, can you just

2    identify what -- which memorandum the images -- I can find

3    the image?  I think it's in the government's --

4              MR. EDWARDS:  Yes, it's in the government's

5    opposition to Mr. Caldwell's memo.  That's ECF No. 251.

6    It's on page 2.

7              THE COURT:  251?

8              MR. EDWARDS:  Yes, Your Honor.

9              THE COURT:  Let me just find it.

10             Okay.  Thank you.  It's helpful to have it in

11   front of me.

12             MR. EDWARDS:  Yes.

13             THE COURT:  And the other note, that is, that they

14   are in the -- the writing about North Carolina is in blue

15   ink, and then the remainder of the writing is in black ink.

16             MR. EDWARDS:  Yes, Your Honor.

17             Your Honor, it's important to note at the outset

18   that Mr. Caldwell is charged with -- again, I know I've said

19   this a few times -- but opposing the authority of the

20   government, and to what the government has charged in the

21   indictment is the purpose of that conspiracy was essentially

22   to stop by force the Presidential transfer of power; in

23   other words, keep President Trump in power, stop

24   President-Elect Biden from assuming power.

25             This note, which, again, the government doesn't

```
 1   characterize, we read the words on the page, this "death
 2   list:," lists two individuals who are known in the various
 3   conspiracy theories that were circulating around this time,
 4   as evidenced by Mr. Caldwell's opposition, to have been
 5   accused of somehow helping President-Elect Biden
 6   fraudulently, by helping President Biden assume the
 7   White House.
 8           And so, you know, Your Honor, this evidence is
 9   intrinsic to the conspiracy because it goes directly to
10   Mr. Caldwell's mindset at the time.
11           And to answer Mr. Caldwell's --
12           THE COURT:  Well, let me -- I want to be precise
13   about it.
14           It's one thing to say it goes to his state of mind
15   at the time.  It's another thing -- and I don't know whether
16   the government is going to intend to suggest this -- that
17   this was part of the conspiracy; in other words, that
18   Mr. Caldwell was actually contemplating what the face of the
19   note suggests.
20           MR. EDWARDS:  Well, certainly we'd characterize
21   this evidence as what it says, that Mr. Caldwell created a
22   notepad during the timeline of the conspiracy that says,
23   "death list:," names and relationships of two individuals
24   who were accused of fraudulently helping President-Elect
25   Biden.
```

```
1              THE COURT:  Does the government have a theory --

2    you'll have to forgive me, and I'll give you an opportunity

3    to argue, I've got two questions; one is, the suggestion has

4    been made by Mr. Fischer that to the extent this note was

5    written, it was likely written, or at least a portion of it

6    was written, as of December 30th, certainly the top portion,

7    because Mr. Caldwell would not have knowledge about the

8    location or that 40 -- Oath Keepers were coming up from

9    North Carolina until late December.

10             Does the government think the remainder of the

11   note was written at the same time or does it have a theory

12   on whether the remainder of the note was written at the same

13   time?

14             MR. EDWARDS:  Your Honor, the government's

15   position as to the timeline as when he wrote that is that

16   it happened within the timeline of the conspiracy.

17             There was public reporting of these theories of

18   these two individuals in the same month, December of 2020.

19   And so it was the government's position that the

20   North Carolina notes are actually helpful to the government

21   here, in the sense that it ties Mr. Caldwell to this

22   specific piece of paper, as opposed to somebody else using

23   that piece of paper.

24             THE COURT:  Yeah, I don't doubt that.

25             I guess the second question is the following,
```

1    which is, even taking the government's theory, is that

2    Mr. Caldwell wrote this, it reflects a state of mind, how

3    does this show -- how is this in furtherance of the charged

4    conspiracy?

5           Because the charged conspiracy is to disrupt the

6    execution of the laws or to resist the authority of the

7    Federal Government.  These are state election volunteers.

8    Depending upon when the time of this was written, assuming

9    it was long after November 3rd, and I don't know when in

10   connection with the certification by Georgia of its

11   electoral slate, how does this resist or seek to resist the

12   authority of the United States Government as opposed to

13   wanting to seek revenge on people that somebody might think

14   were responsible for the President's loss of the election?

15          MR. EDWARDS:  Your Honor, the relevance of this

16   document is broader than just the particular charge here as

17   opposing a Federal Government.

18          The relevance is that Mr. Caldwell writes -- you

19   know, the government's theory here -- writes the words

20   "death list:" and has individuals who were -- and this

21   relevant here -- allegedly helping President-Elect Biden to

22   fraudulently take the White House.

23          We have evidence that Mr. Caldwell, via a number

24   of other statements to other individuals, believed that this

25   election was fraudulent.

1          And we have messages from Mr. Caldwell in which he

2     referenced various lists he has when he's talking to other

3     individuals during this charged timeline and referencing his

4     desire to find out who to shoot next when he's talking about

5     the fraudulent election, he believed, during this timeline.

6          And so I take Your Honor's point here that these

7     are state election officials or volunteers.  But the general

8     principle here is he wanted President-Elect Biden not to

9     assume that White House due to what he believed to be a

10    fraudulent election.  Here are two named individuals that

11    are representative of that fraud.

12          THE COURT:  At a minimum, it sounds like your view

13    is that this is admissible, leaving aside whether this was

14    something that was "in furtherance of the conspiracy."  At a

15    minimum, it reflects on his state of mind at the time and is

16    probative of his intent to join the conspiracy that's

17    charged.

18          MR. EDWARDS:  Correct, Your Honor.

19          And part of that is bolstered by the fact that

20    he's using the same piece of paper around the same time to

21    discuss how many other Oath Keepers were coming, where they

22    were coming from, what room they may stop in in the QRF

23    hotel, a proper phone number for the representative he was

24    discussing this case with.

25          So all of that evidence on this piece of paper,

1    this one piece of paper on the front and back, ties

2    Mr. Caldwell's mindset to what he was thinking when he was

3    engaged in this operative planning throughout the charged

4    timeline.

5            THE COURT:  And so say hypothetically I were to

6    say to you, look, I'm not sure you've made out that this is

7    intrinsic; in other words, the fact that he wrote this down

8    is intrinsic to the charged offense, because, one, it's not

9    clear to me what the connection is of these two individuals

10   and this list to the overall conspiracy; and, two, you know,

11   again, this is a charge against resisting the Federal

12   Government.

13           But I would agree with you, say, hypothetically,

14   that it does come under 404(b) as evidence of his intent at

15   the time.  Does that evidence only come in against

16   Mr. Caldwell or against all the other defendants as well?

17           MR. EDWARDS:  Your Honor, it would come in against

18   the other defendants through the kind of valve here that it

19   is educational on Mr. Caldwell's mindset and knowledge at

20   the time.

21           So the fact that he has knowledge of what's going

22   on with regard to this alleged fraud in the Presidential

23   election can be imputed to the co-conspirators, is he's

24   messaging with them at the same time that he's writing down

25   a death list that includes these examples of that fraud.

1          And before I jump from that and continue that

2    answer, I just want to address the second part of your

3    hypothetical here in which it's not intrinsic because the

4    charged conspiracy is against the Federal Government.

5          You know, I failed to mention, I think we can take

6    it at least one hop further.  Although these

7    election-official volunteers are related to a state

8    government, that state government was engaged in a federal

9    election process, and Mr. Caldwell's efforts to -- or intent

10   at least to oppose these individuals who were involved in

11   that federal election, despite it being particular to

12   Georgia, it's still related to the overall federal election.

13          THE COURT:  Right.

14          But we also don't know, for example -- and in some

15   sense the fact that they were volunteers, undermines the

16   government's position in that we don't know whether this was

17   written, for example, after their volunteer term was over,

18   right?

19          If this was an election official, you could make

20   the argument, look, this person is an ongoing election

21   official, you know, harming that person might deter -- have

22   some deterrence, et cetera, et cetera.  But, you know, if

23   these volunteers, their work is sort of done and over

24   with...

25          MR. EDWARDS:  Your Honor, my response to that

1    would be, that position seems to stem from a focus on the

2    efficacy of this plan, if this were a part of his plan.  But

3    I'm not sure that's relevant to his intent.  I mean, it

4    could be a bad plan.  But the fact that he is focused on --

5    and the government's theory here would be that he's writing

6    "death list: names," that educates -- it would educate the

7    jury about what his intent was, regardless of whether that

8    would be a good plan or, you know, a successful one.

9             THE COURT:  All right.  Let me hear from

10   Mr. Fischer.

11            MR. FISCHER:  Thank you, Your Honor.  If the Court

12   would, please.

13            First of all, I do want to clarify that in the

14   note, the words "death list:" is written with a different

15   pen than the things that are under it, not the squiggly

16   lines in between, but Fulton County and the names that are

17   on the document.

18            And there's no indication in the word "death

19   list:" that the pen is running out of any ink.  And the

20   government in their filing indicated that they basically

21   conceded it was written with different pens.

22            So, Your Honor, unless the pen just happened to

23   run out of ink at the very moment that the colon was put on

24   this pad of paper, which is, what, a one-and-a-million shot,

25   that strongly suggests that the words "death list:" were

1    written at a different time than the other words on the

2    document.

3              I would point out that the --

4              THE COURT:  But even if you're right, Mr. Fischer,

5    I guess the question is then sort of so what?

6              I mean, the government's view is, even if this was

7    drafted -- the "death list:" portion was drafted weeks

8    earlier, it's still within the period of the conspiracy, it

9    reflects on your client's state of mind, why is that wrong?

10             MR. FISCHER:  Well, Your Honor, first of all,

11   I would tell you there are a million pieces of evidence that

12   the government has that will show that Mr. Caldwell, and

13   I believe the other defendants, would probably be -- I can't

14   speak for everybody but I'm sure they would gladly agree

15   that everybody was upset at the result of the election.

16   They certainly were upset that President Trump lost and they

17   thought he was robbed.  I mean, that's clear.  And it's in

18   dozens, maybe 100 social media messages or more that the

19   government could put into evidence to prove that point.

20             I'd also point out, as to the 40-plus from

21   North Carolina, there were multiple Signal messages,

22   Facebook messages, text messages that reference the 40-plus

23   from North Carolina.  There were phone records between --

24   and text message records and Signal messages between

25   Mr. Caldwell and person No. 3 indicating the 40-plus from

1    North Carolina.  The government doesn't need this to prove

2    anything that they're asking for.  The government's intent

3    in wanting to introduce this is basically purely

4    prejudicial; this has nothing to do with proving a

5    conspiracy.

6            Your Honor, I'd point out Georgia certified its

7    election on November 20th of 2020.  So the Georgia -- as I

8    indicate, my filing, the Georgia election, the Electoral

9    College was set in stone.  So there was no way that even in

10   the wildest fantasy of the government as to what this piece

11   of paper, they believe it means, there is no way that even

12   if Mr. Caldwell had done anything further, that that would

13   be able to further a conspiracy to stop Joe Biden from

14   becoming the President of the United States.  Georgia had

15   certified.  And these aren't officials.  As the Court

16   indicated, they're not officials.

17           And, Your Honor, Mr. Edwards referenced

18   Mr. Caldwell's various lists.  And I have to say, the

19   government is taking every single social-media message in

20   this case when it's convenient to fit their narrative.  They

21   take things literally when they're meant as jokes.

22   I pointed out in my filing that the message that they put in

23   about "Socialists have lists," you know, "We have lists

24   too," it was a reference to Jeffrey Epstein's client list.

25           And, you know, it's to the point I think the Court

has to consider the government's track record also.  The

government told this Court a long time ago that based on a

couple social media messages, that Mr. Caldwell basically

led a charge into the United States Capitol and went in

there.  That turned out not to be the case.  I mean, they

made several, several over-the-top claims based on their

interpretation of evidence that turned out to be not

accurate.

So, Your Honor, with that said, it's not a

relevant piece of evidence.  Mr. Caldwell, we are willing to

stipulate, that he had a phone conversation with person

No. 3, and that he knew that 40-plus Oath Keepers were

coming up.  We'll stipulate to all the introduction of the

social-media messages.

THE COURT:  Well, just to be clear, Mr. Fischer,

I don't think the government cares about what's on top of

this thing.  Maybe they do a little bit.  And truth be told,

I don't think there's any doubt that that portion of it is

admissible.  You know, just the handwriting itself and the

blue ink, that's clearly admissible, and I don't think

you're arguing otherwise.

You know, the question is really the rest of it.

And I take your point that people say things, and people

have said things, but I don't know how many people go around

writing the terms "death list:" and then put two people's

1    names underneath it.  I mean...

2         MR. FISCHER:  Well, Your Honor, it's not exactly a

3    list.  I mean, a list you would think you'd have -- these

4    individuals were connected to one another, they're

5    relatives.  So I wouldn't even characterize it as a list.

6         And I would point out, it's written with different

7    pens.  So unless Mr. Caldwell has just decided to switch

8    pens, it would seem to me it was written at different times.

9         THE COURT:  Well, but I guess the question is,

10   what does that matter?  In other words, okay, fine, I take

11   your point that, okay, say he wrote the "death list:"

12   portion on December 1 and then he wrote the blue portion on

13   December 30, I mean, we all write things on a piece of paper

14   at different times.  So what?  And if it's within the

15   conspiracy period and it reflects intentionality, then so

16   what?

17        MR. FISCHER:  Well, Your Honor, first of all, it

18   would seem to me that if the 40-plus from North Carolina is

19   at the top of the page, that it would seem to me the writing

20   is going up the page.  I mean, if we want to look at things

21   literally, because the 40-plus from North Carolina would

22   have had to have been written at the very end of December

23   2020 because that's the first time it shows up in discovery.

24        THE COURT:  Right.

25        MR. FISCHER:  The election workers, their names

1    started circulating in early December, so that would have

2    been in a very early December time period, most likely,

3    logically.  And, Your Honor, you have, like, a squiggly line

4    in between, which suggests that it's not one continuous

5    writing.  This is highly prejudicial.

6            I would point out, too, that Mr. Caldwell is a

7    prolific writer.  I mean, he has written literally -- he's

8    turned some things over to the government -- thousands of

9    pages get scribbled down in notes all over his house, the

10   government has his notepads, et cetera.

11           And, Your Honor, I mean, a larger point is, what

12   are they trying to show?  They're trying to show that

13   Mr. Caldwell was upset at the result of the election?

14           I mean, they certainly have no evidence in any

15   social media or any records of Mr. Caldwell's house, credit

16   card statements, or anything that would suggest he was

17   following through on what they're claiming or suggesting his

18   intent was.  So they have no proof to show that, which,

19   again, the fact that it's written with different pens

20   suggests it's been at different times, and there's no

21   other -- there's no corroborative evidence to show what

22   they're claiming -- what they're inferring from this is

23   accurate.

24           So, Your Honor -- and then as far as relevancy,

25   I mean, again, as far as state of mind, you know, there is

1   going to be no doubt that every one of these defendants was

2   upset at the result of the election.  I have no doubt the

3   government has -- they could spend 20 days presenting

4   evidence from social media and witnesses.  That's not going

5   to be an issue.  So thank you, Your Honor.

6           THE COURT:  All right.  Thank you, Mr. Fischer.

7           Mr. Edwards.

8           MR. EDWARDS:  Yes, Your Honor.

9           There is no doubt a lot of people were angry about

10  the result of the election, but not everybody is willing to

11  discuss or engage in violence to get the outcome they

12  wanted.

13          And that's the point.  Words matter.  This note

14  says "death list:."  It is evidence that Mr. Caldwell at

15  least had in his mind that he was willing to engage in or

16  discuss violence to achieve the goals that he had.  Those

17  words matter on this page.

18          And Mr. Fischer's point that there will be other

19  evidence of this, I mean, under *Old Chief*, the government

20  can pick what evidence it wants to present to prove its

21  case.

22          And, you know, if the Court is inclined to rule on

23  this evidence under the lens of 404(b), you know, the Court

24  asked earlier as to whether or not it would be admissible

25  against Mr. Caldwell or others.  You know, we're happy to

1    brief that issue in particular and address it at the

2    pretrial hearing in terms of who it comes in against and

3    how.  But the point stands, the government sees this

4    evidence as being admissible, particularly as to his intent

5    at that time.

6            THE COURT:  Okay.

7            So I think where I am on this is as follows.

8    Look, I'm not convinced that this is "intrinsic" to the

9    offense, the mere fact that this "death list:" is written on

10   the same piece of paper as information relating to travel to

11   Washington, D.C. on January the 6th.  You know, that doesn't

12   make it an act that is connected up with the charged

13   conspiracy.

14           I think making the analogy to the recipe that

15   Ms. Watkins is alleged to have had is a useful one in the

16   sense that at least no one has proffered evidence that there

17   were specific discussions among these conspirators, for

18   example, to kill specific election officials, particularly

19   state-level election officials.  Again, you know, the intent

20   that's going to be relevant here of Mr. Caldwell and his

21   co-conspirators is, one, did he join a conspiracy, and, two,

22   was this a conspiracy in furtherance of resisting the

23   authority of the United States and not of state law or

24   state-level authority.  And so the writing, even if it is

25   contemporaneous with the charged conspiracy, in my view, the

1    evidence isn't there to establish that this writing is

2    intrinsic to the charge.

3            As for 404(b) and whether it comes in as a

4    reflection of Mr. Caldwell's intent, I think it's a closer

5    call, but ultimately I think it's fairly weak evidence of

6    the ultimate intent that matters, as I said, which is, one,

7    joinder of a conspiracy, and, two, to resist the authority

8    of the United States.  That's going to be the intent that

9    matters here.  And writing something down like this, it, to

10   me, does not shed a whole lot of light on Mr. Caldwell's

11   intent to resist the authority of the United States.

12           Now, to the extent that it sheds some light on

13   Mr. Caldwell's general state of mind at the time, I'll

14   concede it does.  You know, clearly, you know, it's a fairly

15   shocking thing to see, in my view, and really, frankly, hard

16   to explain.  But that said, just because it's shocking and

17   hard to explain doesn't make it the kind of thing that's

18   going to be probative of his state of mind, at least as so

19   far as what's relevant to what's been charged.  And all of

20   this has to do with Count 1; it has even more remote

21   connection to Count 2.  And so I think it's not relevant or

22   the probative value of it is quite low as it relates to his

23   intent, particularly the intent that matters in Count 1.

24           And, look, this is a highly prejudicial and a

25   highly inflammatory document.  I believe, if I'm correct,

1   that the two people who are listed here may also have

2   been -- at least one of them, I think, may have -- I think

3   has been sort of publicly identified.

4           And so, look, I think there's a real, real danger

5   here of this kind of document inflaming the jury.  And,

6   frankly, I think for that reason, I'm going to keep it out

7   for those two reasons.  I don't think it's intrinsic, one;

8   two, I think its probative value as intent evidence under

9   404(b) is limited; and, three, I do think its potential for

10  inflaming the jury here is quite high and does substantially

11  outweigh the probative value of the evidence, all right?  So

12  I'm going to grant the motion or I'm going to exclude that

13  as 404(b).

14          Now, we still have the issue of Mr. Caldwell's

15  efforts to purchase a gun that resembles a cell phone in

16  December, I guess he ordered it in late November, of 2020,

17  and then his -- this is an email or a conversation he's

18  having with somebody in January 19th of 2021 in which he is

19  asking where that person can get him uppers, and that's a

20  gun part, I think, at least we all think it's a gun part,

21  and seeking to acquire something like that after January the

22  6th.

23          So, Mr. Edwards, if you want to be heard further

24  on this.

25          MR. EDWARDS:  Yes, Your Honor.

1          As Your Honor mentioned, there are two particular

2    instances here that relate to Mr. Caldwell and firearms; one

3    is his attempt to acquire a cell phone firearm, which is

4    apparently a smaller firearm that's able to be shot that

5    appears to resemble a cell phone; and then a second instance

6    in which he's reaching out to somebody to acquire a bunch of

7    uppers, which are firearms parts, but particularly what's

8    not addressed, in the government's view, here is the fact

9    that it's before the Inauguration, and he's noting that

10   things may get hairy when he's reaching out to this person

11   to acquire uppers.

12          I'll take those in reverse order.  So we think

13   that the fact that Mr. Caldwell, after January 6th, is

14   attempting to acquire uppers, we take Mr. Fischer's point

15   here that these are firearms parts.  But, you know, it's the

16   government's view here that, despite them being parts, he

17   certainly has lots of firearms and he's not trying to end up

18   with only uppers, he's trying to end up with fully

19   functioning firearms.

20          THE COURT:  Can you, to the extent you can shed

21   light on this -- I mean, I -- whatever this part is, is this

22   something -- is it a part that could be manufactured at

23   home; do you have any insight into that?  Mr. Fischer is

24   nodding his head up and down, yes, that is something.  All

25   right.  I am not a gun enthusiast, so I'll defer to

1    Mr. Fischer on this.

2              Go ahead, Mr. Edwards.

3              MR. EDWARDS:  Sure.

4              I know Mr. Fischer has claimed to be an enthusiast

5    or at least have more knowledge than the government.

6              THE COURT:  And I didn't say he was an enthusiast.

7    I said I wasn't and I'll defer to him.  I didn't

8    characterize his association at all.

9              MR. EDWARDS:  Sure.

10             But the final point here really is that

11   Mr. Caldwell, after January 6th, is mentioning that things

12   may get hairy.

13             As charged in the indictment, Mr. Caldwell

14   conspired with others to oppose the authority of the

15   government up to and including January 2021.  We all know

16   that January 20th was a relevant date at this time.

17             And to Mr. Fischer's point that what was

18   Mr. Caldwell to do because the 20th Amendment, you know, is

19   self-executing, the Court itself has ruled in its Rule 12

20   motions that that evidence may actually be relevant,

21   supposing they are charged with a separate prong, which they

22   are now charged with, opposing the authority of the

23   government and if there is evidence that they are attempting

24   to stop the President's ability to satisfy his oath or his

25   ability to serve as President under Article II.

1          THE COURT:  And remind me, the evidence the

2     government believes it will be able to show at trial with

3     respect to Mr. Caldwell is that he did contribute at least a

4     weapon to the QRF?

5          MR. EDWARDS:  Sure, Your Honor.

6          There are CCTV videos at the hotel that shows

7     Mr. Caldwell on the date of January -- before January 6th

8     and after January 6th bringing what appears to resemble a

9     firearm under a sheet into the hotel and then removing items

10    outside of the hotel after January 6th.

11         So, Your Honor, to turn to the first piece of

12    evidence, this cell phone gun, we take Mr. Fischer's point

13    that Mr. Caldwell possessed a number of -- in fact, an

14    arsenal, apparently, of firearms himself or a large quantity

15    of firearms himself.

16         But that doesn't address the point here that

17    Mr. Caldwell is reaching out in late December after learning

18    about January 6th to say he's eager to receive this firearm.

19    Obviously there is evidence there that he's intending to get

20    this quickly and he is charged under the indictment with

21    arranging this quick reaction force at the hotel and

22    providing firearms to that quick reaction force.  We think

23    it's perfectly relevant and intrinsic to the crime that he's

24    attempting to acquire particular kinds of firearms, both

25    before January 6th and after.

1          THE COURT:  Okay.  Thank you, Mr. Edwards.

2          MR. EDWARDS:  Thank you.

3          THE COURT:  Mr. Fischer.

4          MR. FISCHER:  If the Court would please.

5          First of all as to expertise on firearms among

6   counsel, I would defer to my colleagues in Texas, because

7   I can assure the Court that in my conversations with them,

8   they seem to be fairly knowledgeable.

9          Your Honor, one thing the Court -- I think I

10  emphasized in my filing is, nobody knew in the world that

11  there was going to be a rally on January 6th in Washington

12  until December 19th, and that's when the former President

13  tweeted out, "Come to D.C.  It's going to be wild."  You

14  look through the discovery, this is the first time where

15  anybody knows of anything.  And with the exception of maybe

16  Michael Barone or some other political people, I don't think

17  ten people even in Washington could have named the

18  significance of January 6th, most of them just political

19  junkies.  So Mr. Caldwell's purchase of this firearm was

20  done, if I remember right, it was like in early November.

21          THE COURT:  Right.

22          MR. FISCHER:  So he certainly wasn't planning to

23  use it to come to hide it, to come to a rally in Washington,

24  D.C., which hadn't even been planned and nobody even knew it

25  was going to take place.

```
1            THE COURT:  So, Mr. Fischer, I think I would --
2    I mean, I think that's compelling but for the fact that
3    there is this other communication, and if I remember
4    correctly, I'm not sure you addressed it in your opposition,
5    you know, in which he does say on December 23rd, which does
6    post-date the announcement of the rally, that "I'm eager to
7    receive this weapon," you know, so he's following up on the
8    purchase and hoping to get it, presumably, soon or sooner
9    rather than later.  So why, at a minimum, doesn't that
10   really change the equation and the calculus here?
11           MR. FISCHER:  Well, first of all, number one, his
12   original intent had nothing to do with January 6th.
13           But to the Court's point, I think the Court has to
14   understand, when someone like Mr. Caldwell or anybody else,
15   when they order a product and the product should ship in
16   24 hours or 48 hours and you're six weeks out, I don't think
17   it's unusual that you send an inquiry in and say, hey, I'm
18   eager to get this.
19           It was a time, Your Honor, most of these messages,
20   what the government is talking about, this was at a time
21   that it sort of explains what's going on here, at a time for
22   any product to receive, there was a big backlog, in fact,
23   there's still a backlog to receive products, anybody who
24   orders several types of products understands, especially at
25   this time with COVID going on, that there was a backlog.
```

```
 1    So ordinarily this gun would have shipped in 24 hours, and
 2    that's exactly what would have happened.  Instead, six weeks
 3    go by and he's still waiting for his firearms.
 4              THE COURT:  Right.
 5              MR. FISCHER:  So I don't think that's particularly
 6    unusual, Your Honor.
 7              I'd also point out, Your Honor, that the
 8    government referenced, my understanding -- and I can't
 9    breach attorney-client privilege, but what I can say is
10    there have been at least a couple of witnesses that have
11    interviewed with the government and they indicated that
12    Mr. Caldwell basically brought a show-and-tell piece to a
13    hotel, it was a .22 caliber rifle, Your Honor.
14              And just for the Court's knowledge, a .22 caliber
15    rifle is a kid's gun.  It's a squirrel gun.  It is the first
16    gun in rural America that any dad gives to their 11- or
17    12-year-old son.  It's something the Boy Scouts use.  And
18    I will tell you, I listened to an interview of person No. 3,
19    and the case agent for the FBI in this case, when he found
20    out it was a .22 caliber rifle, started busting out
21    laughing.
22              So I would say this to the Court.  I know the
23    Court is not a gun enthusiast, but, Mr. Caldwell, as I
24    indicated, he certainly had a tremendous amount of firearms,
25    like a lot of people in rural America do.  But if one were
```

1    going to try to do something untoward as far as the

2    government or use force against the government, I seriously

3    doubt you would go to a kid's gun as your weapon of choice.

4            Your Honor, as replacement parts, yes, uppers,

5    it's like replacing a carburetor on a car, it's a little

6    piece of metal that goes on top of a barrel of a firearm.

7    You can possess them legally without having a license; you

8    don't have to go through a federally licensed dealer.  You

9    can manufacture them with a 3D printer.  So they are not

10   anything -- it's basically a replacement part, Your Honor.

11   So Mr. Caldwell isn't trying to build a bunch of rifles, he

12   was seeking a couple of replacement parts.  So, Your Honor,

13   with that said, I'd ask the Court to exclude those items

14   from evidence.

15           THE COURT:  Okay.

16           MR. FISCHER:  Thank you, Your Honor.

17           THE COURT:  Thank you, Mr. Fischer.

18           All right.  So, look, I think, you know, this is a

19   different -- it fits in a different category than the lists

20   that we've been talking about at some length.

21           You know, part of the allegation in this case is

22   that these defendants had amassed weapons for this QRF.  And

23   certainly in the case of Mr. Rhodes, for example, had

24   continued to amass weapons even after January the 6th.

25           You know, this is on a much smaller scale,

1    obviously, than anything -- than what Mr. Rhodes is accused

2    of doing.  But, nevertheless, you know, again, the

3    allegations are that part of the conspiracy was the amassing

4    and collection of weapons.

5            And the fact that Mr. Caldwell, you know, follows

6    up on the status of this gun -- now, if he had just ordered

7    it in late November and all the government was presenting me

8    was evidence that he had ordered this in late November,

9    I think I'd agree with Mr. Fischer that this is not

10   something that's admissible.

11           But the fact is, four days after the announcement

12   of the 6th rally, Mr. Caldwell follows up to say that he's

13   eager to receive the weapon, suggesting a state of mind

14   about wanting to acquire the weapon.  Look, the defense may

15   be that this was purely for self-defense, purely for

16   legitimate reasons, and that's fair, but that's a question

17   of what weight to give the evidence and not its

18   admissibility.

19           I think the same thing is true of the January 19th

20   statement about trying to obtain uppers.  Again, it's fairly

21   innocuous on its face, except for the fact that Mr. Caldwell

22   sort of ties it to, "looks like things will get hairy,"

23   suggesting that part of the motivation of getting these is

24   not simply to get replacement parts but it's to get

25   replacement parts in connection with perhaps the need to use

 1    the weapons.  Again, this is all, you know, goes -- there

 2    may be perfectly valid and legitimate reasons for it that

 3    have nothing to do with the charged offense, but, again,

 4    that goes to the weight of the evidence.

 5            And given the fact that there is some relevancy to

 6    these charges, I do think it's intrinsic evidence to the

 7    offense that's charged.  It has probative value.  And to the

 8    extent that there's a 403 argument made, I don't find that

 9    its prejudicial impact substantially outweighs the probative

10    value of that evidence.  So that evidence will be admitted.

11            And so I think that gets us through the end of the

12    404(b) notice and the 404(b) motions in limine.  So we've

13    been going for about an hour and a half, I'll give our court

14    reporter and everybody a break.  It's 10 after now,

15    according to that clock, so let's take about ten minutes and

16    then we'll come back and we'll get through as much more as

17    we can before the end of the day.

18            Thanks, everyone.

19            COURTROOM DEPUTY:  All rise.  This Honorable Court

20    will stand in recess until the return of court.

21            (Recess from 3:14 p.m. to 3:26 p.m.)

22            THE COURT:  Please be seated, everyone.

23            Okay.  So let's keep going.  I think that was

24    really sort of the largest of our motions.

25            All right.  So the next one is ECF 213.  This was

1    filed by the government, seeking to preclude a public

2    authority and entrapment by estoppel defenses.

3           Mr. Harrelson, I think, is the only one that's

4    genuinely filed an opposition.  Mr. Meggs has essentially

5    conceded, I believe, that those defense arguments are not --

6    that he's not going to make those defense arguments.

7           MS. HALLER:  Your Honor, if I may?

8           We don't concede, and we did an opposition at 214

9    and 253.

10          THE COURT:  Right.

11          MS. HALLER:  But to the extent that we do have a

12   question on public authority, if I could raise it with

13   Your Honor.

14          THE COURT:  Yeah, sure.

15          MS. HALLER:  Oh, on the 214 and 213, Your Honor,

16   in the public authority, we do not assert an objection, but,

17   yes, I believe Brad Geyer does.

18          But my question relates to the President's tweet.

19   I do think that falls under estoppel, entrapment by

20   estoppel, rather than public authority, but I would preserve

21   that argument on the President's tweet that Mr. Meggs

22   tweeted out, "going wild," "this is going to be wild."

23   It's in the indictment.  Thank you, Your Honor.

24          THE COURT:  Hold on, Ms. Haller, that's sort of a

25   driveby; I'm not sure what you mean.

1          MS. HALLER:  I'm sorry.

2          Your Honor, what I'm asking is that -- but I would

3   like to combine it with my arguments on 214.  But what

4   I wanted to do is not have a blanket waiver on public

5   authority, if I may, related to that point.

6          If Your Honor would like me to address my argument

7   now, I can.

8          THE COURT:  Well, I mean, I guess two questions;

9   one is, are you saying that you wish to assert a

10  public-authority defense, one; and, two, how is a tweet that

11  says, come to D.C. on January 6th, it's going to be wild,

12  how does that provide the foundation for a public-authority

13  defense, if that's what you're suggesting?

14         MS. HALLER:  Your Honor, what we filed, which is

15  what I'm going to rely upon, which is in 214, which is

16  entrapment by estoppel, which relates to mistaken conduct or

17  reliance, which rests in an equitable argument when a

18  position in power or authority or a law enforcement leads

19  someone to do something that, let's say, is "criminal."

20  Like you cross a barrier but there's no barrier because no

21  one put a barrier there.  Then --

22         THE COURT:  Well, that's not entrapment by

23  estoppel.  That's just --

24         MS. HALLER:  Lack of reliance.

25         THE COURT:  -- lack of knowledge that you didn't

 1    know you weren't supposed to be there.

 2             MS. HALLER:  Well, it would be reliance on the

 3    lack of notice.

 4             So --

 5             THE COURT:  Right, but that's not entrapment by

 6    estoppel.

 7             Entrapment by estoppel is, hey, you know, come on

 8    in, you're welcome, and then the government turns around and

 9    prosecutes you.  That's entrapment by estoppel.  So I don't

10    know what the tweet has to do with that at all.

11             MS. HALLER:  Well, the tweet, for example, he's

12    being charged with that statement as part of the conspiracy

13    in the indictment.  I need to pull the paragraph up on the

14    indictment -- in the indictment that references that

15    paragraph.  And what we would submit is that also would fall

16    under the idea of entrapment by estoppel, and that is to

17    point out how large the relief is that the government is

18    seeking in that motion.

19             So this is the government's motion, and the

20    government seeks to bar all defenses by defendants that

21    relate to anything that could be entrapment by estoppel.

22             THE COURT:  That's right, because you can do that,

23    you can file a motion to bar the introduction of a defense

24    if there's not evidence to support the defense.

25             And the only thing you've told me so far is that

1    you're going to rely on a tweet and Mr. Meggs' response to

2    that tweet, which comes nowhere close to supporting an

3    entrapment by estoppel defense.  I mean, not under any

4    conception of the law does it come close.

5            MS. HALLER:  Okay, Your Honor, I'm not limiting by

6    any circumstances our filing on entrapment by estoppel to

7    the tweet.

8            THE COURT:  That's all you've mentioned so far.

9            MS. HALLER:  Yes, Your Honor, because I was

10   attempting to reserve that for when I go.

11           I thought Your Honor was going to call on

12   Mr. Geyer first, but I'm prepared to make the argument.

13           THE COURT:  Okay.  So make your argument,

14   Ms. Haller.

15           You said, "I have a question about that," I turned

16   to you to answer the question, and I've now asked you two

17   more questions and you haven't answered either.

18           So what is your proffer -- well, my first question

19   was:  Are you intending to advance an entrapment by estoppel

20   defense, and if you are, what is your factual proffer to

21   support that defense?

22           MS. HALLER:  Yes, Your Honor, we are intending to

23   bring forward defenses that include entrapment by estoppel,

24   facts that include the fact that the officers were told to

25   open the U.S. Capitol doors; the fact that the Capitol

```
 1    officers can be seen on the CCTV provided by the government
 2    as to not stopping anyone from opening the doors, even if
 3    you were to assume that they didn't affirmatively open the
 4    doors; there's also evidence that they stood aside; and
 5    there's further evidence that the Capitol police officers
 6    were told to go home early on the date of the Capitol
 7    incident; there's further evidence that people were waved
 8    in; there's --
 9              THE COURT:  Was Mr. Meggs waved in by anybody?
10              MS. HALLER:  Well, there's nobody telling him not
11    to go in certainly.
12              THE COURT:  Doesn't mean you can go in.
13              I mean, just because you're told, you know, you
14    can't go in doesn't mean you can go in.
15              MS. HALLER:  Your Honor, there's multiple
16    incidents where Mr. Meggs is standing next to police
17    officers.
18              THE COURT:  Okay.
19              MS. HALLER:  For example, in the --
20              THE COURT:  Once he's inside the Capitol?
21              MS. HALLER:  Once he's inside the capitol --
22              THE COURT:  Right.
23              MS. HALLER:  -- you know, he's asked to help wave
24    people out.
25              THE COURT:  And are you going to proffer to me
```

 1    that any officer directed Mr. Meggs to do any particular
 2    thing?
 3            MS. HALLER:  Yes, Your Honor.
 4            THE COURT:  And what's the proffer?
 5            MS. HALLER:  The officer spoke and agreed to
 6    Mr. Meggs waving people out to help create an exit because
 7    Mr. Meggs is a large man.  And when people were trying to
 8    exit out of the Capitol, people were coming in and there
 9    were people who couldn't get out.
10            And so Mr. Meggs, for the officer, helped him,
11    because he stood -- because he said, do you have any backup,
12    and the officer said, no.  And he said, can you do it?  And
13    Mr. Meggs got up and did it.  And what he did was he waved
14    people out, because he was able to clear people because he's
15    a big guy.
16            And so he was standing -- this is all on video.
17    You can see in the video how he's chatting with the officer.
18    And then he goes -- and his arm -- you can still see in the
19    video, his arm kind of wave.
20            But there's a couple of instances, so it's not
21    just that instance --
22            THE COURT:  How does that establish entrapment by
23    estoppel?  I mean, all you're suggesting to me is that
24    there's evidence that is contrary to the government's theory
25    that they went into the Capitol to disrupt the Electoral

1    College vote.  I mean, that's what they're charged with,

2    you've got some evidence that suggests that that's not why

3    they were in there.  Among that evidence might be

4    cooperation with officers once they arrived.  Fine.

5    What does that have to do with entrapment by estoppel?

6            MS. HALLER:  So entrapment by estoppel is the

7    unintentional entrapment by an official who mistakenly

8    misleads a person into the violation of a law.

9            And what's very interesting about this D.C. case

10   that we cited that explains that is that it then cites to

11   *Cox versus Louisiana*, 379 U.S. 559, which is a Supreme Court

12   case which happens to be dealing with a protest and it's

13   very much on point with this case and this is where they

14   discuss entrapment by estoppel in this case.

15           And in this case what the United States

16   Supreme Court said was that the officials present gave

17   permission for the demonstration to take place across the

18   street from the courthouse.  At no time did the police

19   recommend that the demonstration be held further from the

20   courthouse than it was actually -- where it was conducted.

21           The Court determined that the police had prior

22   notice that the demonstration was planned to be held in the

23   vicinity of the courthouse.  Defendant was advised that the

24   location of the demonstration would not be one near the

25   courthouse, and defendant's conviction could not be

1   sustained on the basis of the sheriff's disbursal order.

2          The point is, in that case, the Court reversed the

3   Supreme Court of Louisiana on the idea that this defendant

4   was convicted after he led a demonstration in front of a

5   courthouse.  And what the defendant had argued there was

6   that the law that they were using against him was

7   unconstitutional on its face because he was essentially

8   permitted by the law enforcement in the area to have the

9   demonstration where it occurred.

10         THE COURT:  So which of the charges do you contend

11  this defense applies to?

12         MS. HALLER:  So we would contend that it applies

13  to -- well, bear with me -- which of the charges it relates

14  to -- well, it clearly relates to destruction of property.

15  For example, the destruction of property --

16         THE COURT:  Nobody said it was okay to destroy

17  property.  So it can't relate to that one.

18         MS. HALLER:  No, but the allegation is that they

19  forcibly entered, which I think is what the predicate is for

20  the charge of destruction.

21         And then the aiding and abetting, while that may

22  be the other part of it on the destruction of property.  But

23  the destruction of property charge is premised on the idea

24  that they forcibly entered and there's damage to the doors

25  that is cited to in the evidence we got.

1          And what I'm saying is, when he entered, you can

2     see from the video that the police officers on the other

3     side, the door is locked, the police officers on the inside

4     are scurrying around because, first, a first breach occurs

5     and these protesters and the officers that are inside --

6     there's already protesters inside, and the protesters and

7     the officers somehow open the doors.

8          And I think maybe, my inference from watching that

9     video, is maybe the officer thinks it's a good idea to let

10    people out.  But the point is, the officer opens the doors.

11    And you see what happens on the video, which is all these

12    people try to come in.

13         So then the officers decide to close the doors.

14    Then ten minutes go by, you see the officers pull back the

15    benches, because first they put a bunch of benches in the

16    front of the doors as if they're trying to block the door.

17    Then you see them pull the benches away.  And then you see

18    one officer go up there and then the protester opens the

19    door, it appears, with the officer.  It's unclear, but our

20    defense would be that on the forcible entry, that there was

21    estoppel by entrapment -- or entrapment by estoppel.

22         The barriers are not posted at the time.  So you

23    can see how they walk up on a walk.  There's no police

24    officers barricading that area off.  They're on the east

25    side.  It's very peaceful.  It's not like the video you see

1    on the west side.

2        They're merely walking up, there's no signage that

3    they can't.  The police -- if there were barriers there, the

4    police don't put it back.  That's police inaction, and,

5    I would argue, very akin to the conduct in *Cox versus*

6    *Louisiana*.

7        THE COURT:  Okay.

8        All right.

9        Mr. Geyer.

10       MR. GEYER:  Your Honor, good afternoon.

11       THE COURT:  Good afternoon.

12       MR. GEYER:  So we lay some of this out today in an

13   effort to keep the Court informed and also the government

14   informed.

15       We filed 285 which lays out our anticipated expert

16   testimony that covers some of this.

17       But when you're talking about entrapment by

18   estoppel or public defense authority, you have an entire day

19   where police were working as best they could, we believe,

20   without any proper training for it, what was an event that

21   had never occurred before.

22       And the police, in the east, in particular, acted

23   with a great deal of thinking on their feet.  One of the

24   results was -- is that it confused the state of mind and the

25   intent of the rally attendees who were on the east.

 1          As we spent many months trying to get discovery

 2    information from the seize unit at the Department of

 3    Justice, we now, in the last few weeks, were able to see an

 4    officer who was leading the USCP officers in the east,

 5    bellow out to the crowd, "We understand this is your House,

 6    but we have a job to do too.  We're going to get with our

 7    leadership and get you up and onto the steps."

 8          Different opinions as to what that meant and what

 9    kind of effect that had on people who were standing there,

10    in particular when there were organized bullhorners blasting

11    that all over the crowd and we've identified those people in

12    225-2 and 225-3.

13          THE COURT:  Mr. Geyer, is Mr. Harrelson going to

14    say is that he heard that officer?

15          MR. GEYER:  No.  What Mr. Harrelson is going to

16    say that he was there for a security detail having no

17    knowledge of any messages --

18          THE COURT:  So if your theory is that he was

19    entrapped by estoppel, doesn't he have had to have heard the

20    suggestion that he was invited onto those steps?

21          MR. GEYER:  Well, again, whether or not

22    Mr. Harrelson testified or not remains to be seen.  But the

23    bottom line was, he was on a security detail that brought

24    him to that angle between the two attack points that began

25    at 1:58.  The attacks in the west had been going on and

1    raging for an hour before that.  He arrives.  Then he sees

2    the groups go forward, the VIPs bowed out in front of him,

3    and he ends up on the steps.

4              As to why he reacted that way, which is consistent

5    with how police reacted, why he would have gone into the

6    Capitol, he had very good reasons.

7              And that's why in 257-7, I was very careful to lay

8    out for the Court, because there's been a tremendous amount

9    of disinformation that has been promoted in the public space

10   about all of this.

11             And I storyboarded out a perfect example, where

12   I believe it's Judge McFadden, acquitted a Defendant Martin,

13   and you see an exchange at that east door, and Martin comes

14   in, and Judge McFadden, we can presume, viewed that visual

15   information and concluded that Mr. Martin did not have the

16   requisite knowledge to come in.

17             THE COURT:  So Judge McFadden acquitted him,

18   I believe, of a misdemeanor.

19             MR. GEYER:  Okay.

20             But on the issue of him coming in, he viewed that

21   visual information.  And sometime later, he sees three Oath

22   Keepers enter --

23             THE COURT:  Mr. Geyer, let me put it this way,

24   okay?  If there is evidence that your client heard somebody

25   invite him into the Capitol, I'm prepared to hear it and

```
 1   consider it.
 2             MR. GEYER:  If I may on that point.
 3             THE COURT:  No.  Mr. Geyer, you've got to let me
 4   finish.
 5             MR. GEYER:  So for ten years, the Oath Keepers
 6   have worked in a quasi law enforcement capacity.
 7             THE COURT:  Hang on.
 8             MR. GEYER:  There's a delay.  I'm sorry,
 9   Your Honor.
10             THE COURT:  That's okay.  It's tough when we're on
11   Zoom.
12             But, as I said, if there is evidence that you can
13   show me and share with me that there was a police officer
14   that invited Mr. Harrelson in, I'm happy to take a look at
15   that evidence and I'm happy to consider it.
16             But if what you're telling me is that some police
17   officer said on a megaphone at some time when Mr. Harrelson
18   wasn't within earshot of it, that he said, we're going to
19   check with our leadership whether you can walk up to the
20   steps or not, I don't know how that's at all relevant to any
21   defense that you can put forward.
22             MR. GEYER:  It's very relevant, because Oath
23   Keepers respond when there's a situation that -- where
24   police response -- where they need assistance, and he was
25   responding.
```

1              And after that event, you've got a police officer

2    actually exit the Capitol and solicit, go out and actively

3    hunt for Oath Keepers, so that he could be escorted into the

4    Capitol and intervening --

5              THE COURT:  That Mr. Harrelson --

6              MR. GEYER:  -- with three Oath Keepers --

7              THE COURT:  Hang on.

8              MR. GEYER:  -- who actually were pulled into the

9    Capitol by police.

10             THE COURT:  That Mr. Harrelson was pulled into the

11   Capitol by police?

12             MR. GEYER:  In terms of the reasonableness and

13   what his intent was in entering the Capitol, there is an

14   expectation that the Oath Keepers will step up and defend

15   police.  Yes, that's who my client is.  He's the guy who --

16             THE COURT:  No, no.  You're missing --

17             MR. GEYER:  -- does that.

18             THE COURT:  You're missing my point, Mr. Geyer,

19   which is, is the evidence going to be that your client was

20   pulled into the Capitol building by a police officer?

21             MR. GEYER:  No.  That happened to other Oath

22   Keepers after he entered.

23             THE COURT:  So there are Oath Keepers who were

24   pulled into the Capitol building by the police?

25             MR. GEYER:  Yes.

```
 1            THE COURT:  Who?

 2            MR. GEYER:  Actually, it's Jonathan Walden, he was

 3   yanked in along with his dog.

 4            And you have -- James walks in at the front of the

 5   column.  We're still trying to determine if he was asked for

 6   help when he went in.  He walked past --

 7            THE COURT:  Now, Mr. James, of course, has pled

 8   guilty to the top two counts in the indictment.

 9            MR. GEYER:  Yes, I'm just talking about the

10   visual -- I don't know really much about that other than

11   after he enters, Mr. Minuta comes through, the officer looks

12   at him, stops him momentarily, Mr. Minuta shows his Oath

13   Keepers patch on his chest, and the police officer lets him

14   in.

15            So why is that important?  Because Mr. Harrelson

16   was lending assistance and lending aid.  There's no

17   communications in advance that he knew about any of this

18   stuff about seditious conspiracy, about a conspiracy to

19   obstruct the Electoral College.

20            He showed up, he agreed to come three days before

21   to do a security detail.  He was delivered to that point, a

22   worst possible point to be probably anywhere on earth, three

23   minutes before the attack began, and he reacted to help

24   police.

25            THE COURT:  Okay.  All right.
```

1            Well, look, Mr. Geyer and Ms. Haller, look, the

2    bottom line is this.  If you intend to assert either of

3    these defenses, I'd like a proffer of the facts that you're

4    going to contend actually support these defenses, because

5    what I've heard so far doesn't even come close, not even

6    close.  So you have got to give me a full-throated

7    explanation of how you are going to prove up an entrapment

8    by estoppel defense.

9            And, Mr. Geyer, I'm going to tell you this right

10   now.  I don't want to hear about suspicious actors and how

11   there may have been a group of people who had conspired to

12   make all this happen, all right?

13           That's not what an entrapment by estoppel is.  It

14   is a defense that is designed to be one that is based upon

15   the conduct and statements of people who are officials.  And

16   the fact that there may have been some number of people in

17   there who are suspicious actors trying to lure people into

18   the Capitol building doesn't give you an entrapment by

19   estoppel defense, okay?

20           So if either defendant wants to establish this

21   defense or advance it, I'll hear you out but you're not

22   getting there right now.

23           MR. GEYER:  That's very fair, Your Honor.

24   Thank you.

25           THE COURT:  Bottom line is, I'll grant the motion

83

1    insofar as the public-authority defense is being proffered.

2    I haven't heard any reason, and, frankly, the notice hasn't

3    been given, but there's certainly no evidentiary support for

4    it.  And then as far as entrapment by estoppel goes, you

5    know, absent a better proffer than the one I've received so

6    far, I'm not going to let either defendant open on it.

7         Okay.  Let's turn to the motion in limine to

8    preclude certain arguments at trial by the defense.  This is

9    ECF 215 -- excuse me, 213 -- I'm sorry, 214.  And government

10   is seeking to preclude three types of evidence or argument;

11   one is that -- relating to the activity or inactivity of

12   police, except insofar as it was actually observed by the

13   defendants; second is arguments pertaining to charges or

14   dispositions in other cases; and then finally is any

15   evidence concerning diminished mental or physical capacity.

16        So why don't we start at the top.  And I think in

17   some sense we've probably talked about this a little bit,

18   Ms. Haller and Mr. Harrelson -- excuse me, Mr. Geyer, but,

19   again, I think this sort of ties into what I've already

20   said, which is that -- and I think the government is

21   conceding -- that if there are actions or inactions of law

22   enforcement that your clients, and which you can establish

23   through testimony or other evidence that they observed, the

24   government's conceding it can be brought in, okay?

25        Insofar as other police inactivity or alleged

1   failures to act, it's not clear to me how that's at all

2   relevant to what's been charged.  If you're suggesting it

3   is, I'm happy to hear from you as to why you think it might

4   be.

5           MR. GEYER:  Your Honor, it's highly relevant,

6   because, again, the Oath Keepers, if they're at an event

7   where they're providing security leading up to the event and

8   everything goes kablooey as it did, they feel obligated to

9   respond to that.

10          So the fact that others, because of this

11  confluence of factors that worked in a way that was very

12  unfortunate for countless people, they felt obligated to

13  respond.  And that's a reasonable feeling for them to have

14  based on their ten-year relationship with law enforcement,

15  where nobody can find a single instance where Oath Keepers

16  broke the law at one of these events.  They assist the

17  police.

18          And so if you have a big wave that's encouraged to

19  move in a direction because a police officer, perhaps

20  creatively, perhaps -- perhaps because that was the best he

21  could do at that moment and there's a wave of people moving

22  forward, it's reasonable for Oath Keepers, given their

23  quasi- -- this relationship -- this special relationship

24  with police, that led police to actually go out and hunt

25  them down for assistance to get back into the Capitol, it's

1     reasonable for them to go forward and respond to events and

2     try and help the police.

3              And, in fact, when he got into the Capitol, they

4     actually came to the defense of an officer.

5              THE COURT:  So, Mr. Geyer, I'll just repeat what I

6     said earlier, which is that, if these are things that any of

7     these defendants actually observed, and you can provide

8     evidence that they actually observed or heard these things,

9     I don't hear the government saying that they can't

10    potentially bring that in, argue, at a minimum, it goes to

11    their state of mind.

12             But as I said earlier, if it's not something they

13    saw, it's not something they heard, it's not -- you know,

14    I'm not going to turn this into a trial that is a referendum

15    on whether the U.S. Capitol Police adequately protected the

16    U.S. Capitol that day.  That's not going to happen, okay?

17             So I think you understand what the limitations

18    are.  If you want to go beyond that, as I said earlier,

19    you're going to have to make the factual proffer because

20    we're not going to do that at trial.

21             MR. GEYER:  If I could just maybe just put one

22    more -- make one more comment to hopefully allay the Court's

23    concerns and I hope even the government's concerns.

24             That is not my intention.  I believe the police in

25    the east, the U.S. Capitol Police in the east acted with

```
 1    professionalism and creativity in dealing with an unforeseen
 2    circumstance.
 3              THE COURT:  And I'll tell you why, Mr. Geyer, why
 4    I am concerned about it, because I read what you filed this
 5    afternoon or earlier today, I'm not quite sure if it's an
 6    expert disclosure or not, but it is suggestive of a desire
 7    to somehow put on testimony that evaluates the security that
 8    was on the Capitol that day and the success or lack of
 9    success of those efforts, and there is -- I can't fathom a
10    scenario in which any of that would be legitimate and
11    relevant, okay?
12              So I mean, again, you submitted something that was
13    probably a dozen pages, laying out that an expert
14    essentially was going to come in and testify about movements
15    in the crowd and weaknesses in the security perimeter,
16    et cetera.  I just don't know how any of that is relevant to
17    what these defendants are charged with.
18              MR. GEYER:  It's relevant because there was a
19    plan, the government's correct about that, it just didn't
20    involve my client.
21              And part of the plan was to confuse the police
22    response, which required them to really go outside their
23    training paradigms and come up with an adaptive, flexible,
24    creative defense.
25              And the individuals, the hundreds of individuals
```

1  that --

2          THE COURT:  Mr. Geyer, are you going to call any

3  of these police officers to say that's exactly what

4  happened?

5          MR. GEYER:  I would anticipate we'll be calling

6  some police officers.  But, quite frankly, Your Honor, I'll

7  be making that decision in the next two weeks.

8          THE COURT:  Okay.  All right.  Well, let's see if

9  once you've made the decision and actually are going to have

10 police officers testify, whether there's any relevance to --

11         MR. GEYER:  But what's unusual about this

12 circumstance, though, Your Honor, is that there's CCTV

13 coverage covering everything.  So we have experts --

14         THE COURT:  Right.

15         MR. GEYER:  -- who are the top in the world at

16 assessing responses.

17         THE COURT:  I really -- Mr. Geyer, you know, you

18 might have the top experts, but no expert can tell me what

19 was inside the mind of a police officer.

20         So either you can bring that person in to testify

21 why he or she did what she did and we'll figure out whether

22 it's relevant or not, but we're not calling in some expert

23 to divine what a police officer did or why they did it.

24         MR. GEYER:  I think experts are called for those

25 purposes pretty routinely --

1          THE COURT:  Not in a criminal case, Your Honor.

2          MR. GEYER:  -- it's my understanding, Your Honor.

3          THE COURT:  Not in a criminal case, they aren't.

4          All right.  Let's move on.  As I said, you all can

5     try to make these proffers, but, you know, we'll see what

6     comes of it.

7          MR. BRIGHT:  Your Honor, may I ask a point of

8     clarification?

9          This is James Lee Bright for Stewart Rhodes.

10         THE COURT:  Go ahead, Mr. Bright.

11         MR. BRIGHT:  Thank you very much, Your Honor.

12         I just wanted to clarify.  You've made a comment,

13    I think, two or three times now, regarding Ms. Haller and

14    Mr. Geyer's proffers, that they've been articulating to you

15    specifically, it seems, on the 214 government motion --

16    excuse me, on the 213 motion and now on the 214 motions,

17    that you would entertain possibly, even though, especially

18    regarding public authority, there had not been a timely

19    filed notice of that, that you might entertain at a later

20    date, a more well-articulated proffer that could be the

21    standard, that is correct, sir?

22         Because Mr. Linder and I are working on a theory

23    regarding public authority that might be a little bit out of

24    the box and we did not want to be inappropriate in

25    presenting it in a not thoroughly researched fashion for

```
1    today's hearing.

2              It is very unique, it speaks to the reliance of

3    the Oath Keepers, of the potential invocation of the

4    Insurrection Act, and the urging of that, which is part of

5    the evidence in this, specifically the seditious conspiracy

6    aspect of this case, and I wanted to know in the

7    clarification whether or not in a timely fashion and as

8    quick as possible, the Court would still entertain, as the

9    discretion of the Court allows, us to do that.

10             THE COURT:  So, you know, Mr. Bright, the deadline

11   has come and gone for noticing any --

12             MR. BRIGHT:  Right.

13             THE COURT:  -- public-authority defense.  If you

14   want me to consider one, I would urge you to put something

15   in front of me sooner rather than later, because one of the

16   things I need to consider is, if you're going to assert such

17   a defense, what impact it has on the government's ability to

18   prepare for it in time for trial.

19             So if it's something that you still wish to

20   pursue, I'd urge you to do it sooner rather than later.

21   And, you know, I can't tell you one way or another whether

22   I'd accept it, it's going to depend upon the time coming and

23   what I hear from the government, okay?

24             MR. BRIGHT:  Absolutely, sir.

25             And I do understand and respect that.
```

 1          To be very fair in terms of the government's

 2     preparation, I think there are undertones in their other

 3     documents that they have filed that I could point the Court

 4     to that would suggest that the government is actually

 5     already prepared for the argument that we would be making.

 6     So I guess that would just be a determination for the Court,

 7     Your Honor.

 8          THE COURT:  Okay.

 9          MR. BRIGHT:  But thank you for giving us the

10     potential leave to address that as it's kind of come to the

11     forefront of things we're researching.

12          THE COURT:  Okay.

13          All right.  So let's turn to the second topic,

14     which is arguments pertaining to charges or dispositions in

15     other cases.

16          The only defendant that's really responded to that

17     is Mr. Vallejo, who has suggested that the fact that there

18     are misdemeanor protester statutes and that some of the

19     January 6th defendants have been charged with misdemeanors

20     somehow is relevant to any defense Mr. Vallejo may pursue.

21          Mr. Peed.

22          MR. PEED:  Thank you, Your Honor.

23          The gist of my opposition is -- I mean, it's a

24     little bit vague what I'm -- obviously at this stage what

25     the government is asking to exclude and what I'm asking to

 1    introduce.  But the basic principle is that, you know,

 2    Mr. Vallejo was not there, and so some of the more specific

 3    charges related to conduct there may not apply to him.

 4            After the certification, he talked about going

 5    back and sort of repeating a protest at the Capitol.  And I

 6    definitely want the jury to be aware of other examples of

 7    protests in public space, namely the Capitol.  This is a

 8    fairly common --

 9            THE COURT:  Of the kind that we saw on

10    January 6th?

11            MR. PEED:  Of some of the kind we saw on

12    January 6th, not all of the kind we saw on January 6th.  You

13    know, I think I've put some examples in one of my pleadings.

14            But, you know, there were fairly vociferous

15    protests that led to arrests during the Cavanaugh hearings,

16    and there's similar sit-ins that happen all the time in the

17    Capitol.  So there's a practice of protesting in the

18    Capitol, which is illegal and leads to misdemeanor charges

19    fairly regularly.

20            THE COURT:  So what does that have to do with what

21    Mr. Vallejo is charged with?

22            MR. PEED:  Well, it goes to his intent.

23            THE COURT:  It doesn't go to his intent unless

24    he's prepared to come in and testify that when he said,

25    let's go back and protest, that's what he meant, and in

 1    which case that's his testimony and you don't need any other

 2    evidence.

 3              MR. PEED:  Well, I do need corroboration, number

 4    one.  And also, if there's statements that are admissible as

 5    party opponents, then I may be able to get them in without

 6    requiring him to testify.

 7              THE COURT:  Who's the party-opponent?

 8              The party-opponent is the United States?

 9              MR. PEED:  Yeah, the United States.

10              You know, some of the statements of the defendants

11    that have resulted from this case have been filed by the

12    government.  So there may be, you know, hearsay exceptions

13    as part of party-opponent -- as statements of a party

14    opponent in that.

15              THE COURT:  Okay.

16              Look, the only person that's raised this is you,

17    Mr. Peed.  Your client is not up for trial right now.  You

18    know, if this something, after you consider this in greater

19    detail, you want to bring him back up again, I'm happy to

20    hear whatever proffer you can make that's not vague about

21    why the fact that there are misdemeanor statutes and people

22    have been charged with misdemeanors for protests is

23    something that's relevant for the jury to hear and how that

24    bears on your client's state of mind.  But we can take that

25    up if and when there's -- we can take that up closer to your

1    client's trial.

2              MR. PEED:  Fair enough.

3              THE COURT:  All right.  So then there's the issue

4    of diminished mental or physical capacity.  There have been

5    a couple of defendants who've suggested they'd like to

6    introduce evidence of their client's diminished, physical

7    capacity, primarily Mr. Caldwell and Mr. Vallejo.

8              So, Mr. Fischer, why don't I just turn to you

9    first before I turn to the government.  So let me just make

10   sure I -- I mean, I understand what your basic gist of why

11   you'd like to introduce evidence about your client's

12   disabilities is.  But unless the government's theory is that

13   he joined this conspiracy to be able to contribute

14   physically to it, why does it matter?

15             In other words, you know, if the government comes

16   in and says that Mr. Caldwell has signed up to storm the

17   Capitol and, you know, he was going to take the lead in

18   rushing into the building and taking out police officers,

19   you know, it could then be relevant that he's physically

20   unable to perform because that would negate the government's

21   theory.

22             But the government's theory is not that

23   Mr. Caldwell was going to contribute physically to this

24   conspiracy, it's that he was an organizer, planner, and

25   contributed a firearm.  So how is his physical well-being at

```
 1   all relevant?
 2         MR. FISCHER:  Well, Your Honor, he's also charged
 3   with obstructing an official proceeding.
 4         I would also point out, I mean --
 5         THE COURT:  But, again, Mr. Fischer, that's in the
 6   same vein; in other words, you know, he wasn't one of the
 7   folks who was signed up to do security and rush into the
 8   building.
 9         MR. FISCHER:  Well, Your Honor, I'd also point out
10   the government's had a few -- a couple different theories as
11   to what Mr. Caldwell did.
12         I mean, if the Court remembers early on,
13   Mr. Caldwell was on Zello with a plan to arrest members of
14   Congress.  That was the earliest theory that was -- the
15   government, they've backed off that now and they have a
16   different theory.
17         THE COURT:  Right.
18         MR. FISCHER:  But I would point out that I believe
19   their evidence, as far as what I understand with them
20   wanting to introduce, they're going to introduce evidence of
21   social-media posts, where Mr. Caldwell indicated that he
22   stormed barricades; that he charged up or stormed up Capitol
23   Hill; that he was going to ferry heavy weapons across in a
24   boat; that he's going to hunt Antifa; "smite them down," he
25   was going to go out and attack Antifa.
```

1          I mean, Your Honor, first of all, it just --

2    they're going to introduce evidence that's -- about those

3    things, and the defense should be more than able to rebut

4    those assertions that he was physically capable of doing the

5    things that the government's claiming that he did.

6    Essentially, Your Honor, Mr. Caldwell's social-media bark

7    doesn't quite live up to his physical-condition bite.

8          I'd also point out that part of what we're going

9    to introduce, Mr. Caldwell was heavily medicated on

10   January 6th, and he will -- we anticipate he's likely to

11   testify to that.  I mean, I can't say for certain he's going

12   to testify, but I would anticipate that the Court would hear

13   testimony about him being heavily medicated, and he would

14   have to introduce evidence of his conditions as to why he

15   was medicated.

16         I'd also point out, Your Honor, his 100 percent

17   service connected VA disability rating goes to the issue of

18   the Insurrection Act, because a disabled vet, 100 percent

19   disabled vet, cannot be called up by the President of the

20   United States to serve as a part of a militia, which I think

21   that's one of the various allegations that the government --

22   or the theories the government has floated out there.

23         Your Honor, the charge of seditious conspiracy has

24   an element of force.  And, again, I mean, it's a conspiracy

25   to use force, and I think force is an element.  We certainly

 1    can show that Mr. Caldwell has a diminished capacity to use

 2    force.

 3              This is a case where there were police officers

 4    that were assaulted; there were all kinds of allegations of

 5    forcible assaults and other things.

 6              THE COURT:  And so, Mr. Fischer, if I were to

 7    allow this evidence, what is it that you precisely would

 8    propose it look like and how much of it do you intend to

 9    introduce?

10              MR. FISCHER:  Well, Your Honor, I indicated to the

11    government that we're likely not to seek expert testimony; I

12    don't see that happening.  I think this would come through

13    Mr. Caldwell and a handful of civilian witnesses that can

14    verify his issues with mobility, his issues with other

15    physical disabilities that make it unlikely that he was

16    engaging in some of the social media things he was saying

17    out there.

18              THE COURT:  Okay.

19              MR. FISCHER:  So I don't think it will hold the

20    trial up too much; I anticipate it may take an hour or so of

21    trial time for that information to get to the jury.

22              THE COURT:  Okay.  Thank you, Mr. Fischer.

23              MR. FISCHER:  Thank you, Your Honor.

24              MR. MANZO:  Thank you, Your Honor.  I'll be brief.

25    Lou Manzo on behalf of the government.

1          If health records were relevant here, they'd be

2    relevant in every single case before you, and that just

3    can't be the law.

4          Mr. Caldwell marched a mile and a half on

5    January 6th from one location to the other, he breached a

6    restricted grounds, he climbed scaffolding, and put himself

7    on the terrace of the U.S. Capitol wearing a number of

8    statements.  Here's just nothing suggesting that his

9    physical records would help the jury understand any issue of

10   fact in the case.

11         THE COURT:  But why not what Mr. Fischer has said,

12   which is that if the government is going to introduce

13   evidence of the kind that he's talking about, Mr. Caldwell's

14   social media statements that suggest that he is going to

15   engage in physical activity, or engaged in physical activity

16   like, "storming the Capitol," or -- I can't remember some of

17   the other things Mr. Fischer suggested.  I mean -- and

18   Mr. Fischer's suggestion is, a lot of what Mr. Caldwell says

19   is sort of bombast.  Why can't he corroborate that theory or

20   that defense with some limited testimony that, look,

21   Mr. Caldwell is an aging, ailing person who has limited

22   abilities to do some of the things that perhaps he wrote in

23   social media?

24         MR. MANZO:  Mr. Caldwell did almost exactly what

25   he said on social media.  He wasn't sitting at home, he

1    wasn't sitting in a hotel, he wasn't just watching TV.

2            THE COURT:  Right.

3            MR. MANZO:  He marched more able-bodied than

4    probably most people in Washington, D.C., from the Ellipse

5    to the Capitol through a large crowd.  He filmed himself on

6    social media doing that march.  He did not --

7            THE COURT:  Why doesn't all that then go

8    ultimately to the weight of the theory, which is that, look,

9    Mr. Caldwell really couldn't storm the Capitol, he couldn't

10   do this, couldn't do that.

11           And the government's point is, sure Mr. Caldwell

12   could do all that, because, in fact, he did it.  And you can

13   argue to the jury that, you know, his contention that he was

14   physically unable to participate in this conspiracy is

15   belied by the evidence that Mr. Caldwell marched for a mile

16   and a half, he climbed up stairs, he climbed up scaffolding,

17   and did all of that.

18           MR. MANZO:  Because it's simply not relevant.

19           We do not, in a month long -- and judging by how

20   long, I think, our motion work is going to take, over a

21   month-long trial, we do not want to burden the jury with

22   issues that aren't relevant to their finding of fact.

23           And going through some of these health records and

24   whether they have a pulled disk or whatnot, when no one is

25   disputing, I don't think defense is disputing,

1    Mr. Caldwell's movements that day, is just another thing

2    that's going to keep delaying trial and it's going to

3    confuse the jury.

4            And especially when it comes opioids, whether

5    Mr. Caldwell was on opioids, whether he was ingesting them

6    as prescribed, whether he was prescribed opioids, whether he

7    was abusing opioids, whether those opioids then affect his

8    capacity to commit the acts that the grand jury has found

9    probable cause and indicted him on, those are incredibly

10   confusing issues.

11           THE COURT:  Well, but I thought -- maybe I

12   misunderstood, Mr. Fischer will tell us otherwise.

13   I thought the extent to which you wanted to introduce the

14   use of medication on that day was less about a mental

15   health -- diminished mental capacity than it was to simply

16   explain to the jury why somebody -- you know, the very thing

17   that you're talking about, which is that he did walk a mile

18   and a half, that he did walk up a set of steps, why he was

19   able to do that when he ordinarily would not have been able

20   to do so?

21           MR. MANZO:  But to the ordinary person -- I used

22   to be an opioid prosecutor.  Opioids do affect people's

23   brains.  And if you put those words in front of this jury

24   and they are going to start speculating, oh, what did that

25   opioid do?  How does that opioid affect someone's ability to

1    commit the crimes as they've been alleged?

2            It's just an irrelevant matzo ball if it's not

3    explained in a more particular way.

4            THE COURT:  Okay.

5            MR. MANZO:  It's, again, just going to confuse the

6    jury and lead them astray.

7            Quite frankly, I'm not sure how to take that and

8    I'm a prosecutor.  If he's saying that he is high on opioids

9    that day or has abused opioids that day or that he's even

10   just taken them as described but somehow that's relevant to

11   the case, then we need to understand that, and, quite

12   frankly, the defense has not made a --

13           THE COURT:  Let me ask Mr. Fischer.  You've used

14   the term opioid.  I don't know if that's the drug Mr. --

15   I thought this had something to do with an injection,

16   something he had in his back.

17           Mr. Fischer.

18           MR. FISCHER:  No, Your Honor.  It's actually

19   Opana.  It's a very powerful -- it's like four times more

20   powerful than morphine that he takes.

21           I would point out just a couple of things.  First

22   of all, I'm sure Mr. Manzo just misspoke.  Mr. Caldwell

23   didn't climb scaffolding; there were some steps that he went

24   up.

25           And we do have witnesses.  His wife is prepared to

1    testify about what he took that day and that he took

2    excessive amounts to be able to -- even be able to do what

3    he did that day.

4              THE COURT:  And are you going to suggest to the

5    jury that his -- if I allow it, that his taking of this

6    medication affected his thinking or simply that this is what

7    enabled him to do what he otherwise would not be able to do?

8              MR. FISCHER:  Well, Your Honor, I don't think it's

9    going to be for the thinking about sort of his movements

10   that day.  I think it more goes to some of the zanier things

11   that were said on social media, especially just, you know,

12   kind of as the events were unfolding and later that evening

13   when he was completely heavily medicated.

14             THE COURT:  I mean, what I don't want -- what I'm

15   seeking to prevent is you getting up and arguing to the

16   jury -- and I mean, in theory you could do this, I suppose,

17   it is a specific-intent crime, one of them is a

18   specific-intent crime, that, look, he could not have

19   intended to disrupt the congressional proceedings because he

20   was too high on this medication.  And if you're going to

21   tell me here today that that's not going to be your

22   argument, then okay.

23             MR. FISCHER:  Well, Your Honor, that's the first

24   time I've heard the argument, but perhaps I'll consider it.

25             But, no, Your Honor, I would say that I don't

1    believe that -- I have not intended to raise that argument.

2         THE COURT:  All right.  Well, that's what I heard

3    Mr. Manzo's primary concern to be.  And if the -- if you're

4    not going to argue that the medication had an effect on him

5    and his mental capacity, then it's really just about what it

6    enabled him to do physically that day that differed from

7    what he might be able to do otherwise.

8         MR. FISCHER:  That's correct, Your Honor.

9         THE COURT:  Mr. Manzo, you're shaking your head.

10   So I mean, it seems to address the primary concern you had,

11   which is the effect of opioids on somebody's thought

12   processes.

13        MR. MANZO:  Your Honor, if you just heard the

14   first part of opposing counsel's statement, that Opana is

15   one of the strongest -- the strongest opioid out there, it's

16   four times stronger than morphine.

17        People are going to know what that is.  Opioids

18   have swept this country, they've swept D.C., they've swept

19   everywhere.  And just to leave this out there and say, this

20   person is on Opana, it's going to invite conversations back

21   in that jury room where they're going to say, oh, I had a

22   friend who was on Opana, he was messed up; I had a friend on

23   Opana, he had no idea it was --

24        THE COURT:  What if I instruct the jury that I'm

25   allowing this in for the limited purpose of explaining how

1    this medication affected Mr. Caldwell physically, you should

2    draw no inferences or speculate at all as to how this may

3    have affected his mental state.

4            MR. MANZO:  But then it wouldn't be relevant.

5    Mr. Caldwell, under this theory, could testify that, I have

6    a very bad back, I've had five surgeries for that back.  He

7    does not need to get into the medications that he takes,

8    which are just going to invite further speculation on his

9    mental state.

10           THE COURT:  All right.  So I think this is where

11   I am.

12           You know, Mr. Fischer, I think I'm inclined to

13   allow some but not all of this.  And here's what I mean.

14   You know, the government's theory is, in broad-brush strokes

15   in part, that this was a conspiracy to resist the authority

16   of the United States or its execution of laws by force.  You

17   are certainly right that not every participant in the

18   conspiracy needs to employ force, and also it is a

19   conspiracy, so the force itself doesn't actually have to

20   come to fruition, I get all that.

21           However, that said, you know, to the extent that

22   force is being contemplated and what you all are suggesting

23   is a forceful act, that arguably could entail some amount of

24   physical strength and ability.

25           And, you know, he is charged with trying to

 1    disrupt the congressional proceedings, and he did get up the

 2    stairs.  And, you know, if Mr. Fischer's argument is, well,

 3    the only reason he was able to get up the stairs is because

 4    he'd taken this medication that day, because otherwise he is

 5    fairly disabled, it's not so tangential, I don't think the

 6    jury is going to be overly confused by that, and I don't

 7    think they're going to end up speculating whether he's just

 8    taking this for medication purposes or is addicted to it

 9    somehow.

10           So I'll let it in, but, Mr. Fischer, I'll trust

11    that it's going to be fairly limited to non-expert

12    testimony.  And by that I mean that includes his physicians.

13    I don't want a team of physicians coming in and saying he's

14    been diagnosed with A, B, and C and has been described E, D,

15    and F.

16           If you want to have his wife come in and say,

17    look, he's really in bad shape, walking is hard for him,

18    et cetera, et cetera, and if he's going to then testify the

19    reason I was able to do this, you know, it's hard for me to

20    say a defendant can't do that at trial, okay?

21           MR. MANZO:  Very well, Your Honor.  We would just

22    ask for a limiting instruction about the mental health, as

23    you stated before.

24           THE COURT:  Okay.

25           MR. MANZO:  The final issue we wanted to raise

1    briefly is the VA records.

2             THE COURT:  Right.

3             MR. MANZO:  We just do not think those are

4    relevant anyway.  It's a third party's opinion about

5    Mr. Caldwell's health.  If you saw the brief footnote that

6    we put in there, a VA disability score is an extremely

7    complicated metric.

8             THE COURT:  Right.  I know it is.  You're right.

9             Look, I don't know that you need it, Mr. Fischer,

10   in terms of -- the disability score for the VA, my

11   understanding, is primarily to qualify somebody for certain

12   kinds of benefits.  And, you know, if your primary purpose

13   here is to establish that he's in a diminished physical

14   capacity, you know, I don't know that you need his VA status

15   to corroborate that.

16            MR. FISCHER:  If I may, Your Honor.

17            Your Honor, I do believe, as far as if the

18   government will be arguing the Insurrection Act, the fact

19   that he has been declared 100 percent disabled by the

20   Veterans Administration would mean he would be ineligible

21   for call-up by the President of the United States.

22            THE COURT:  Well, but their theory isn't that he

23   would be officially called up by the President of the

24   United States.  It's that he would -- well, not just him but

25   the Oath Keepers as a group -- as what I'll characterize --

1    and you all can fight about this at trial but as a private

2    militia -- didn't have any authority, even if the President

3    did invoke the Insurrection Act.

4            So whether he was disqualified formally or not,

5    I'm not sure why that's relevant.

6            MR. FISCHER:  Well, Your Honor, I believe that the

7    President would have the ability to call up any portion of

8    the able-bodied male citizenry at that time if they use the

9    Insurrection Act.  I think that's -- that would be the

10   President's prerogative.

11           I know as unlikely as that would be, but that's

12   the government's claim is that -- one of their claims that

13   the QRF was for the purpose of being called up by

14   President Trump.  And if Mr. Caldwell isn't eligible to be

15   called up by President Trump, I think that's irrelevant on

16   that issue.

17           And, Your Honor, I also say, just if Mr. Caldwell

18   testifies, I think just as a matter of background with him,

19   he would be able to testify to his VA -- that he's a

20   disabled vet; I think that that type of evidence is

21   certainly admissible background information.

22           THE COURT:  Okay.  Look, we'll see what happens if

23   he testifies.

24           MR. FISCHER:  Thank you, Your Honor.

25           THE COURT:  We can revisit this if and when he

 1    testifies.

 2            I guess the bottom line is, Mr. Fischer, I guess

 3    where we stand is that I'm not going to allow you to bring

 4    extrinsic evidence of it in.  If he testifies, then he can

 5    perhaps refer to it as far as background.

 6            MR. FISCHER:  Thank you, Your Honor.

 7            THE COURT:  Okay.

 8            All right.  So Mr. Vallejo has made the same

 9    request, and I guess, you know, the same ruling holds in

10    terms of Mr. Vallejo and what limited relevance it has, but,

11    you know, we can revisit the specifics of that before

12    Mr. Vallejo's trial.

13            Okay.  We'll keep moving here.  And I think we may

14    be able to get through the rest of these by the end of the

15    day, hopefully.

16            Next is the government's motion in limine with

17    respect to cross-examination of a Secret Service witness.

18    This is ECF 213.  The only opposition that was filed was by

19    Mr. Harrelson at 257.

20            So, Mr. Geyer, help me understand what you are

21    suggesting you would like to cross-examine about, beyond

22    what the government is prepared to allow.

23            MR. GEYER:  What I would actually really like --

24            THE COURT:  I should say, beyond what the

25    government is conceding is relevant.

1      MR. GEYER:  My primary concerns are -- relate to

2  the explosive devices and the reasons why the Vice

3  Presidential motorcade left that occurred during the attack,

4  just immediately before, during or shortly after.  I think

5  in fairness, I think it's just before.

6      And I circulated a stipulation to just sidestep

7  this whole issue, because I don't -- no one wants less to

8  get into Secret Service issues than me.  And what we've

9  proposed is just there be a stipulation to the effect that

10  my client or the Oath Keepers had no knowledge of these

11  explosive devices, et cetera, et cetera.  That's the way,

12  I think, to eliminate the prejudice on that front.

13      THE COURT:  Maybe I'm not following, Mr. Geyer.

14  I don't understand, what does the planting of these

15  explosive devices -- and truth be told, I don't know whether

16  they were operative or not or real or not.

17      But in any event, what does that have to do with

18  the Vice President's presence at the Capitol building that

19  day?

20      MR. GEYER:  It has to do with the fact that it

21  created a diversion for a plan or an agreement that my

22  client was not a part of.

23      So evidence that there was somebody else who was

24  involved in that or evidence that my client wasn't involved

25  in that is extremely exculpatory to my client.  He knew

1    nothing about any of that.

2            THE COURT:  But he's not charged with that.

3            I mean --

4            MR. GEYER:  No.

5            THE COURT:  -- the testimony about -- the Secret

6    Service testimony, at least in my one experience of this, is

7    simply to establish that the Vice President was there, and

8    that at a certain hour, the Vice President and his family

9    were taken to an undisclosed location within the Capitol

10   complex and that he was there for a particular period of

11   time, to include the time that the defendants were on the

12   Capitol grounds or inside the Capitol building, right?

13   That's the only purpose of that testimony --

14           MR. GEYER:  Yes.

15           THE COURT:  -- as far as I'm aware.

16           So I don't know what that has to do with explosive

17   devices or anything else.

18           MR. GEYER:  Somebody had a plan.  I believe the

19   Oath Keepers were not a part of that plan.  So we need to

20   establish who had the plan, why they did what they did.

21   There were two timers, both set to 20, they were kitchen

22   timers, maybe it was sending some kind of a message, 2020,

23   out of --

24           THE COURT:  But, Mr. Geyer, you still haven't told

25   me what that has to do with the cross-examination of a

```
 1   Secret Service witness.
 2             MR. GEYER:  My understanding is -- again, I really
 3   have no interest in getting into this, but the Secret
 4   Service, my understanding is that they're the ones that
 5   found the explosive devices --
 6             THE COURT:  Okay.
 7             MR. GEYER:  -- and there would be discussions
 8   internally about that.
 9             THE COURT:  Even if that's true, then so what?
10             MR. GEYER:  Well, I would agree the better way to
11   deal with any gross prejudice, because my position is the
12   jury coming for the big cause celeb January 6th trial is
13   going to wonder, oh, maybe we'll find something new out
14   about these explosive devices.
15             THE COURT:  Well, it's not my job -- it's not this
16   Court's job or your job to resolve and answer all the
17   questions that may be lingering about what did or did not
18   happen on January the 6th.  So if that's the concern, then
19   I'm not going to let you cross-examine a Secret Service
20   witness about that.
21             Look, if you've got some other proffer, Mr. Geyer,
22   I'll consider it, but right now, I'll agree to
23   cross-examination of the Secret Service witness to the
24   extent it's relevant to the Vice President's presence and
25   his family's presence on the grounds of the Capitol building
```

1    that day.

2        This is what I said in the Thomas Webster case on

3    this very same motion.  The government in that case had not

4    posed cross-examination about, one, the Secret Service's --

5    I'm sorry, the defendant -- let me strike that.  Hang on.

6        Right.  What I wrote is, "As conceded by the

7    government, Mr. Webster may cross-examine the Secret Service

8    agency witness about the location of Vice President Pence on

9    January 6th at all times relevant to the offenses with which

10   the defendant is charged."

11       And so I think that's the appropriate degree of

12   cross-examination here.  I'm not going to allow the agent --

13   the agency represented to be cross-examined about any

14   undisclosed locations or locations of safety that are

15   classified or are closely held information, it is simply

16   enough to establish that the element that the Vice President

17   was on the grounds at the relevant times that the defendants

18   were on the ground to establish the element of one of the

19   offenses.

20       Okay.  All right.  So that's 215.  So I guess that

21   motion is granted.

22       All right.  Let's turn to the testimony, expert

23   testimony of Dr. Jackson.  This is motion in limine 218.

24   Mr. Vallejo has filed an opposition to Dr. Jackson's

25   proposed expert testimony.

1          Look, I guess the first question is, is this

2    something I need to deal with now, for two reasons; one is,

3    has the government decided it's going to call Mr. Jackson,

4    Dr. Jackson in its case-in-chief.  The motion suggests that

5    it is not.  And, two, to the extent the government is

6    considering him only as a rebuttal witness, whether we can

7    take up this issue after I've seen all the evidence.

8          MS. HUGHES:  Good afternoon, Your Honor.

9    Alexandra Hughes for the government.

10         THE COURT:  Good afternoon.  Hi, Ms. Hughes.

11         MS. HUGHES:  We are fairly certain we will call

12    Mr. Jackson solely as a rebuttal expert.

13         THE COURT:  Okay.

14         MS. HUGHES:  And I say fairly certain only because

15    I think as today's hearing evidenced, if there are questions

16    that go to the intrinsic nature of the Oath Keepers as a

17    defensive organization that only responds when there are

18    others in need of help, that may tip in favor of calling him

19    in our case-in-chief.  We do not anticipate that, but some

20    of this is a little bit dependent on what the defense does

21    during trial.

22         THE COURT:  Okay.

23         Let me just -- given that representation, I don't

24    know that I need to do anything with this right now.  And,

25    frankly, only Mr. Vallejo has objected to it, no one in this

1  trial group has.

2          But let me just say this, which is, to the extent

3  the government is considering any such expert testimony, you

4  know, there's ample case law that talks about experts

5  about -- comes up in the context of organized crime, gangs,

6  basically expert testimony about the operations of a

7  criminal enterprise.  I understand this is not a RICO case,

8  but it's the same basic concept.

9          And, you know, courts have consistently allowed

10  testimony about structure, operations, some about history,

11  you know, basic fundamentals about the organization.  And

12  I can sort of cite a couple of cases.  It's a recent

13  decision in the *United States versus Sandoval*, 6F4th at 63.

14  You know, in which the government's expert was permitted to

15  testify about organization, history, colors, tattoos, and

16  rivals of MS-13; also allowed to testify about the mission

17  of MS-13, the requirements to join, treatment of suspected

18  informants, and the organization's association with

19  El Salvador.

20          In *United States versus Portillo*, 969 F.3d 144, in

21  which the Court wrote that law enforcement expertise allowed

22  the government's expert to impart evidence regarding the

23  inner workings of organized crime, which has been held to be

24  proper subject of expert testimony.

25          The Court says other courts have similarly allowed

law enforcement experts to testify about structure of a
criminal enterprise, including an insular group's insignia,
history, culture, and organizational hierarchy.

You know, interestingly enough, there's actually a
case out of Michigan, *U.S. versus Stone*, 279 F.R.D. 434,
which actually involves a seditious conspiracy case of a
militia group, in which the Court actually did not allow the
expert's testimony about terrorist groups in general, and
the Court said that the expert does not propose to tell the
jury about the background and structure of the militia
group.  It does not profess to have any specialized
knowledge or expertise on the inner workings of the militia
group, thus the background information that the doctor --
the proposed expert would provide would not be nearly as
relevant or as helpful as provided in other cases.

So the bottom line is this, that -- I mean, there
is certainly case law out there for the proposition that the
government expert can testify about background, history,
structure, organization, and the like.  What I'm primarily
concerned about or what mainly concerns me about the
proposed testimony is the way in which it is characterized
and the way the group is characterized.

You know, I have real concerns about an expert
coming in and saying, for example, that the Oath Keepers are
an anti-government group when they are charged with

1    seditious conspiracy based upon -- that is a

2    characterization of the organization that aligns far too

3    closely with the charged offenses, and I think comes close

4    to the line of telling the jury how to view certain

5    elements, particularly of Count 1.

6              So if we get to the point where the government is

7    going to call Dr. Jackson, I'd like to have a very specific

8    proffer of what his testimony is going to be, ensure that

9    the defense is provided with a full opportunity to object to

10   it, and in particular, to ensure that the kind of things I'm

11   concerned about his testimony entailing and him saying, that

12   line is not crossed.

13             The other thing I want to be mindful of is this;

14   that to the extent that his testimony is largely based upon

15   the statements of Mr. Rhodes, you know, I have some concerns

16   about what that means for these other defendants.  I mean,

17   just because somebody joins an organization doesn't mean

18   they espouse every statement that the leader of the

19   organization has made.  And so I'd like to understand what

20   the basis is of the defendant's testimony -- or the expert's

21   testimony and to what extent it's going to rely on

22   Mr. Rhodes' statements, okay?

23             All right.  So let's move on.  So that takes care

24   of 218.

25             ECF 219 was about Jeremy Brown and the explosives,

1    and that was filed by Mr. Meggs and we talked about that.

2            Next motion concerns protected marital

3    communications between Mr. and Ms. Meggs.  This is ECF 221.

4            So I'm happy to hear argument, but I guess the

5    first -- look, the bottom line for me is this on this issue

6    since it's getting late in the day, if the government can

7    satisfy me that the communication involved a third person,

8    namely their son, this is easy, right?  It's not a

9    confidential communication, marital privilege communication

10   does not apply, if there was a third party on the

11   communication.

12           As far as the application of sort of the joint

13   participation exception, it's a little unclear to me that

14   that would apply because of the timing of all this.  I do

15   not know when Ms. Meggs, the government believes, actually

16   joined the conspiracy, one; and so to the extent that this

17   statement is made prior to the conspiracy or either the

18   conspiracy in its entirety because these statements were

19   made on the night of the election or, you know, after

20   midnight on the 4th, I can't remember whether it was the 3rd

21   or the 4th, whether the government believes the conspiracy

22   has started at that point and therefore this is a statement

23   in furtherance of the conspiracy, it would require both

24   people to have joined the conspiracy at that point, it seems

25   to me, and it's not clear to me that Ms. Meggs had by that

1  point.

2          And, you know, the question still remains in my

3  mind, you know, if this is at least being sought to be a

4  co-conspirator statement, whether it's a statement in

5  furtherance of the conspiracy as opposed to just something

6  that has to do with state of mind of one or two actors in

7  the conspiracy.

8          So we can revisit this issue prior to trial, but

9  if you want to show me the actual exhibit that demonstrates

10  that a third party, a third person, was on the chat, I think

11  that answers the question, okay?

12          All right.  Then finally, at least in terms of --

13          MR. WOODWARD:  Your Honor?

14          THE COURT:  Yes.

15          MR. WOODWARD:  I don't want to belabor the point,

16  but I think part of the purpose of the motion is that we

17  want to see that exhibit.  We're, what now, four weeks

18  before trial, the government's had Mr. Meggs's phone for

19  some time --

20          THE COURT:  Well, I presume the chat has been

21  disclosed to you or the text.

22          MR. WOODWARD:  The chat has been disclosed.

23          THE COURT:  Right.

24          MR. WOODWARD:  It's entirely unclear from the face

25  of the chat whether or not the young Meggs is, in fact, a

1    recipient of the chat.

2            Obviously we have to prepare for trial, and so

3    knowing whether this text message can be established as

4    admissible or not is part of us preparing for our defense.

5            The government's disclosures on this don't make

6    clear that they can proffer evidence sufficient to show that

7    the son was on the chat.  And their brief really speaks to

8    that.  They simply say without support that the son was on

9    the chat.

10            THE COURT:  Well, that's not true.  Their brief

11    says that there are communications or contributions to the

12    chat from him both before and after the communication in

13    question, and the only thing that you all said in response

14    to that was, well, the government hasn't proved that he

15    received it.  I mean, if he's on the chat, he's on the chat.

16    You can't expect the government to show that he actually

17    read it.

18            MR. WOODWARD:  No, that's not our argument.

19            THE COURT:  That's what your brief said.

20            MR. WOODWARD:  Forgive me, Your Honor, but I think

21    the government can also show whether or not he actually

22    received it.  And they haven't done that.  They've simply

23    made an assertion in their brief that he received it.  And

24    at one point does the government have to show that he

25    received it or not?  And so that's our ask in this.

1           THE COURT:  Well, let me ask you this.  If the

2    government can establish that he participated in the chat

3    both before and after the chat -- the communication in

4    question, would that satisfy you that he received it?

5           MR. WOODWARD:  No, Your Honor.

6           As we point out in our brief, there are other

7    participants in the chat who are coming on and off the chat.

8           THE COURT:  Right, but that's before.

9           MR. WOODWARD:  But it's not clear -- there's no

10   indication when those people come on and off of the chat

11   based on what the government has produced to us.

12          THE COURT:  That's not what they've said in their

13   papers.  Their papers specify exactly when or seem to

14   suggest they know exactly when somebody came in and out of

15   the chat.

16          MR. WOODWARD:  I understand that their papers say

17   that, but I have yet to see the backup documentation that

18   supports the position that they've taken in their brief.

19          THE COURT:  Okay.  All right.

20          MR. WOODWARD:  They made a disclosure to us from

21   their expert in which the expert also says ipse dixit.  Yes,

22   the son is on the chat, but I'd like to understand exactly

23   how anyone is reaching that conclusion, and we're on the eve

24   of trial.

25          THE COURT:  Okay.  Well, we're not quite on the

1    eve of trial.  So, you know, I'll leave it to the government
2    to talk to you about this and try and satisfy you that the
3    evidentiary predicate exists to show that Mr. Meggs and
4    Ms. Meggs' son was on that chat.  And if you're still
5    unsatisfied, you can come back to me and we can figure out
6    what to do.
7              MR. WOODWARD:  Thank you, Your Honor.
8              MR. NESTLER:  May I briefly, Judge?
9              Two points, Your Honor.  One, the Meggs' son does
10   not need to have received the message.  The marital
11   communications privilege applies to the intent of the
12   spouses when they're speaking.  So they had no expectation
13   of privacy because their son was a member of the chat
14   thread.
15             The defense counsel has the full unscoped version
16   and the scoped version of Mr. Meggs' phone and a Cellebrite
17   extraction for this particular chat.  And we've told them
18   what our expert will say, including pulling out a Cellebrite
19   sort of spreadsheet showing all of these lines.  So that's
20   that point.
21             THE COURT:  So I take it the Cellebrite
22   spreadsheet will show who was on the communication at the
23   particular time the communication was made?  I mean, that's
24   what these -- at least as far as I've seen them, that's
25   exactly what they show.

1          MR. NESTLER:  Generally, yes, that shows that.

2     And as we pointed out in our papers, Mr. Meggs himself, a

3     couple days before sending this message, named this chat

4     "family chat," and then their son sent messages on it before

5     and after the message in question.

6          The second point, Your Honor, I think earlier --

7     and I think we'll be able to establish that, we don't have

8     to get into the Crime Fraud Exception or statements in

9     furtherance of a conspiracy.  But I believe Your Honor just

10    indicated that a statement needs to be from one

11    co-conspirator to another to be in furtherance of the

12    conspiracy, and I do not believe that is the case and we're

13    going to address that with respect to some additional --

14          THE COURT:  No, it doesn't.

15          MR. NESTLER:  Okay.

16          THE COURT:  And maybe I wasn't clear, which is

17    that, this is -- as I understand it, the exception here is

18    for joint participation; in other words, both spouses need

19    to be participating in the crime at the time the statement

20    is made.  And it's not clear to me that Ms. Meggs, at a

21    minimum, entered the conspiracy, which is the only thing she

22    is charged with, I believe, I can't remember, maybe there's

23    a substantive 1512(c) count.

24          MR. NESTLER:  There is.

25          THE COURT:  But it's not clear to me when the

1   government contends that Ms. Meggs' criminal conduct began.

2           MR. NESTLER:  That makes sense.  Sorry,

3   Your Honor.

4           THE COURT:  That's okay.

5           MR. NESTLER:  I was thinking you were talking

6   about conspiracy law more generally.

7           THE COURT:  Yeah, no, no, no.

8           Well, I may have said that.

9           The reason I may have mentioned it is, to the

10  extent the government also considers this a co-conspirator

11  statement, you know, that'll be helpful to know, because

12  we've -- you know, ultimately I've got to instruct the jury

13  what can be considered against all conspirators and what

14  can't be.

15          MR. NESTLER:  Understood, Your Honor.  Thank you.

16          THE COURT:  Okay.

17          Let me just put on the record, in addition to what

18  I've just said, which is that with respect to the marital

19  communications privilege, it's my understanding and

20  belief -- and this is how I'm thinking about it -- that the

21  marital communication is presumed to be confidential, and it

22  is the government's burden to actually show that it is not

23  confidential.  That's *Blau versus United States*, 340 U.S.

24  332 from 1951.  That's B-l-a-u.

25          So I just want to make sure that that's clear,

1    that I'm not assuming that the burden rests on the privilege

2    holder to establish it applies, but, rather, the government

3    bears the burden of piercing this particular privilege,

4    which is the opposite of usually how it's held is where the

5    burden usually rests.

6           Okay.  So then there's 252, which is defense

7    expert testimony.  We've gotten some responses from

8    Mr. Rhodes, Ms. Meggs, Mr. Watkins, and Mr. Harrelson in 262

9    and 267.  There was a supplement filed by Mr. Geyer today.

10          Let me just say this.  It is not clear to me that

11   any defendant so far has provided expert notice to the

12   government.  That includes Mr. Geyer's filing this afternoon

13   or earlier today.  If the defense is intending to call an

14   expert, make your notice, provide your notice, make sure it

15   conforms to Rule 16, and do it soon, because if it comes too

16   late and the government says to me, and I'm convinced by the

17   argument, that this is coming too late and is affecting our

18   ability to prepare for trial, you may be out of luck.

19          So if you're going to make this disclosure -- and

20   just to be clear, I mean, this has been -- we've had a

21   scheduling order in place now for months.  You all know when

22   the deadline was set for defense disclosures to be made.

23   That deadline, I believe, has passed.  Am I wrong about

24   that?  Ms. Rakoczy is shaking her head.  I'm not wrong or it

25   has not passed?

1          MS. RAKOCZY:  It has passed, Your Honor.

2          THE COURT:  Right, so it has passed.

3          You know, I am acutely aware, this is a criminal

4    case, it's a serious criminal case and, you know, this is

5    not a civil case where a judge can simply say, you know,

6    you're out of luck or at least it's less appropriate to do

7    that in my estimation.

8          So if you want to make expert disclosures, you're

9    intending to call experts, do it and do it soon so the

10   government has an opportunity to lodge its objections, if it

11   has them, and to prepare for that expert -- anticipated

12   expert testimony, both in its case-in-chief and potentially

13   in rebuttal, okay?

14         All right.  I think that brings us to the end.  By

15   my count, we don't have any additional motions in limine

16   that are ripe.  There is an outstanding motion from

17   Mr. Harrelson, 269.  And maybe it is ripe because perhaps

18   the reply deadline has passed, I'm not sure.  But I haven't

19   looked at that yet, so I need to take a closer look at that.

20         MR. EDWARDS:  Your Honor, 259, I didn't know if I

21   heard you wrong, his severance motion is ripe.

22         THE COURT:  Yeah, this is motions in limine.

23   I'm going to get to the severance motion in a moment.  So

24   that's 269.

25         And then there was the motion that was recently

1    filed by Ms. Haller, this is 280, concerning a set of Zello
2    chats.  Be my count or by our calculations, the opposition
3    is due on the 12th and the reply is due on the 19th.  I
4    think the question is whether we ought to speed that up so
5    everybody is clear where we stand on that prior to trial.
6              MR. NESTLER:  Your Honor, could I propose that we
7    file our opposition by the 6th?  And maybe the defense can
8    get their reply in so we can address this at the Pretrial
9    hearing the following week?
10             THE COURT:  Right, that's what I was -- that's
11   fine.  The 6th is the Tuesday after the long weekend.
12             And then Ms. Haller and Mr. Woodward, if you want
13   to get a reply on file, please do so by the 9th.
14             All right.  So that, I think, gets us through the
15   motions in limine.
16             Then we still have outstanding motions for
17   Mr. Harrelson, the motion to sever.  Has the reply deadline
18   for that passed; do we know?  And then also there's also the
19   *Brady* motion; is that ripe as well?
20             So there are these other motions, 269, 259, and
21   266 for Mr. Harrelson.  I am not prepared to address those
22   today.  I just -- as much as I had hoped to read everything
23   before today, I just did not get to those.
24             So let me take a look, and then if I need to call
25   counsel together -- when's our next date together?

1              MS. RAKOCZY:  It's the Pretrial Conference,

2    Your Honor.

3              THE COURT:  Oh, it's not until then?

4              All right.  So let me take a look at those

5    motions.  If we need to come back together, I'll ask you all

6    to do so; otherwise, I may just issue an order if I don't

7    need further -- if I don't need to hear further from anyone,

8    okay?

9              All right.  So it's now quarter of 5:00.  The last

10   thing I'd like to -- at least that I'd like to do is just

11   can we get a date?

12             Mr. Bright, are you still on?  It looks like he's

13   gone.  Since he's not here, we'll communicate with

14   government counsel and Mr. Linder.

15             Mr. Bright, I was just going to try and set a date

16   and time to have a telephone conversation with Mr. Linder

17   and you and government counsel about the jury questionnaire

18   that I had marked up; and if we could set that now, that

19   would be great.

20             MR. BRIGHT:  Absolutely, sir, I've been -- they're

21   about to make final arguments in the trial in Plano, Texas

22   north of Dallas.  And so he and I were texting back and

23   forth.

24             We are going to get together tomorrow and go over

25   it together and would be happy to set this whenever the

```
 1    Court would wish.  I know both he and I are traveling over

 2    the long weekend, but I think we're going to be taking our

 3    laptops and continuing to work through that period.  And

 4    then he and I are both supposed to be starting a trial on

 5    the 6th.  So when the Court would like over the next three

 6    days, we'd certainly make ourselves available.

 7              THE COURT:  So when you say you are traveling for

 8    the long weekend, what's your availability on Friday?

 9              MR. BRIGHT:  I would make myself available, sir.

10    I'm going to be in Big Sky, Montana, but we have WiFi and

11    I have a room that I can -- it's an office.  So if the Court

12    could do it sometime early afternoon, I'd be more than happy

13    to make myself available.

14              THE COURT:  I can also do it Thursday if that's

15    easier for everybody.  I could do it --

16              MR. BRIGHT:  My plane -- just for the sake of the

17    Court's consideration, Your Honor, my plane is leaving

18    Dallas with my family at 2:00 p.m. Central Time.  That would

19    be 3:00 p.m. Eastern Time.  So I could do it in the morning,

20    that would not be a problem at all, sir.  But I can't speak

21    for Mr. Linder.

22              THE COURT:  How about, are you all available at

23    11:30 Thursday -- I'm sorry, on Thursday, September 1?

24              MR. EDWARDS:  Yes, Your Honor, for the government.

25              MR. BRIGHT:  Your Honor, I know Mr. Linder is
```

     1    traveling out of the country.  I don't know his schedule and

     2    I know he's leaving that day.  I apologize for not having

     3    more of that available.

     4           THE COURT:  That's okay.

     5           All right.  Well, Mr. Bright, let's tentatively

     6    set down 11:30.  Find out what Mr. Linder's availability is.

     7    Hopefully this won't take that long.  I mean, there's more

     8    redlining on there just because I'm a judge and that's what

     9    I do.  But most of it is not terribly substantive.  There

    10    are a couple of aspects of it that are substantive, in

    11    particular, what representations we can make to the jury

    12    about the confidentiality of their responses to the

    13    questionnaires that we need to talk about and I've just had

    14    a couple of other substantive comments about it.

    15           MR. BRIGHT:  Does the Court think, Your Honor,

    16    that 30 minutes would be sufficient for what we have left to

    17    go through during this?

    18           THE COURT:  I'm hopeful that it shouldn't take

    19    longer than that.

    20           So just let us know, Mr. Bright, if that time

    21    works for you all on Thursday.  And obviously I'm not

    22    suggesting this to the exclusion of any other defense

    23    counsel, I was just told you all were taking the lead on it.

    24           MR. BRIGHT:  Yes, sir.

    25           THE COURT:  All right.  So that's what we'll do.

```
 1   We'll set that tentatively.
 2           Can I just get your position on whether your
 3   client wishes to be available for that discussion?
 4           MR. BRIGHT:  I believe he would be interested in
 5   being available, Your Honor.
 6           THE COURT:  I'm sorry, what's that?
 7           MR. BRIGHT:  I do believe Mr. Rhodes would
 8   appreciate being available for that conversation,
 9   Your Honor.
10           THE COURT:  Okay.
11           MR. BRIGHT:  I'm waiting on a response from
12   Mr. Linder as we speak, Your Honor, regarding his
13   availability on Thursday.  So hopefully I can let you know
14   immediately.
15           (Pause)
16           THE COURT:  Okay.  And then how about the other
17   defendants and their counsel, are you taking a position on
18   whether your clients need to be physically present for any
19   such discussion or are you prepared to waive?
20           MR. FISCHER:  Mr. Caldwell does not have to be.
21           THE COURT:  Okay.
22           How about for --
23           MR. FISCHER:  Ms. Watkins does not have to have.
24   I'm standing in for Mr. Crisp.
25           MR. WOODWARD:  We'll waive for Mr. Meggs.
```

```
 1                THE COURT:  Okay.

 2                And how about for Mr. Harrelson?

 3                MR. GEYER:  We'll waive for Mr. Harrelson,

 4   Your Honor.  Thank you.

 5                THE COURT:  All right.  Terrific.

 6                MR. BRIGHT:  Your Honor, instead of speaking for

 7   Mr. Rhodes, since he is in there, perhaps I should ask my

 8   client whether he would be willing to waive or not in terms

 9   of efficacy of the Court's time in getting this done on

10   Thursday.

11                DEFENDANT RHODES:  I'll be here anyway to review

12   discovery so I'm fine with being here.

13                THE COURT:  All right.  I wasn't going to say that

14   out loud but that's my understanding.

15                MR. BRIGHT:  I was hoping to not say that out loud

16   as well, but I understand.  Thank you.

17                THE COURT:  That's -- yeah.

18                Okay.  Anyway, all right.  So we've got that on

19   the schedule.  Is there anything else we should discuss

20   before we adjourn for the day?

21                MR. NESTLER:  We do have an issue related -- that

22   we discussed under seal last week related to Mr. Meggs and

23   Mr. Harrelson that we need to follow up on.

24                THE COURT:  Oh, right.  Okay.

25                Ms. Rakoczy, did you want to --
```

1    MR. NESTLER:  And then we wanted to bring to the

2  Court's attention that we recently noticed online that

3  available for prepurchase on October 18th is a copy of the

4  January 6th Committee's report available on Amazon or

5  Macmillan.  We don't have any additional information at this

6  time.  We did want to flag that for the Court.

7    When we talk about jury questionaries, we will

8  likely be asking the Court to instruct the prospective

9  jurors about media consumption and restrictions on that in

10  between the time of the questionnaire and when they come

11  back.  I just wanted to flag that for the Court.

12    THE COURT:  Okay.  Get your advance copy now.

13    MR. FISCHER:  Your Honor, I just want it to be

14  clear that the Court is ordering the extension of the

15  September 7th deadline to September 9th for the submission

16  of the exhibit list.

17    THE COURT:  Yes.

18    MR. FISCHER:  Thank you, Your Honor.

19    THE COURT:  Yes.  Of course.

20    Okay.  So all right.  So if we've got to deal with

21  this under-seal issue, why don't we have Ms. Watkins,

22  Mr. Harrelson, Mr. Rhodes, they can be taken back.  If you

23  all could keep -- I'm sorry, Mr. Meggs and Mr. Harrelson

24  need to stay.  Mr. Meggs and Mr. Harrelson need to stay;

25  Mr. Watkins and Mr. Rhodes can be taken back.  Everybody

132

1    other than counsel for those defendants, government counsel,

2    and courtroom staff, will empty the courtroom, and we'll

3    disconnect the public line.

4            Thank you, everyone.

5            (Sealed, ex parte proceedings)





134

















142











(Proceedings concluded at 5:14 p.m.)

C E R T I F I C A T E

      I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__September 5, 2022____    

      William P. Zaremba, RMR, CRR

148

**COURTROOM DEPUTY: [5]** 5/2 5/5 66/19 132/11 146/16
**DEFENDANT RHODES: [1]** 130/11
**MR. BRIGHT: [16]** 88/7 88/11 89/12 89/24 90/9 126/20 127/9 127/16 127/25 128/15 128/24 129/4 129/7 129/11 130/6 130/15
**MR. EDWARDS: [40]** 12/24 14/1 14/4 15/4 15/7 16/20 17/19 18/2 18/25 19/11 20/5 26/7 30/25 35/15 36/14 36/20 37/17 38/2 38/7 38/14 38/16 39/2 41/4 41/8 41/12 41/16 42/20 43/14 44/15 45/18 46/17 47/25 54/8 57/25 59/3 59/9 60/5 61/2 124/20 127/24
**MR. FISCHER: [41]** 9/8 10/5 21/3 21/25 22/16 22/19 22/24 23/1 23/18 24/1 24/22 25/12 26/5 48/11 49/10 52/2 52/17 52/25 61/4 61/22 62/11 63/5 64/16 94/2 94/9 94/18 96/10 96/19 96/23 100/18 101/8 101/23 102/8 105/16 106/6 106/24 107/6 129/20 129/23 131/13 131/18
**MR. GEYER: [47]** 76/10 76/12 77/15 77/21 78/19 79/2 79/5 79/8 79/22 80/6 80/8 80/12 80/17 80/21 80/25 81/2 81/9 82/23 84/5 85/21 86/18 87/5 87/11 87/15 87/24 88/2 107/23 108/1 108/20 109/4 109/14 109/18 110/2 110/7 110/10 130/3 133/9 133/14 133/24 134/3 134/8 135/14 143/22 143/24 144/13 145/4 145/18
**MR. MANZO: [11]** 96/24 97/24 98/3 98/18 99/21 100/5 102/13 103/4 104/21 104/25 105/3
**MR. NESTLER: [11]** 120/8 121/1 121/15 121/24 122/2 122/5 122/15 125/6 130/21 131/1 132/20
**MR. PEED: [6]** 90/22 91/11 91/22 92/3 92/9 93/2
**MR. WOODWARD: [28]** 117/13 117/15 117/22 117/24 118/18

119/16 119/20 120/7 129/25 135/23 137/13 137/24 138/15 139/20 140/2 140/10 140/20 140/23 141/9 141/24 142/14 142/20 143/19 146/4 146/8
**MS. HALLER: [33]** 26/13 26/16 26/19 26/21 27/1 28/19 29/14 30/2 30/23 67/7 67/11 67/15 68/1 68/14 68/24 69/2 69/11 70/5 70/9 70/22 71/10 71/15 71/19 71/21 71/23 72/3 72/5 73/6 74/12 74/18 142/21 143/8 143/13
**MS. HUGHES: [3]** 112/8 112/11 112/14
**MS. RAKOCZY: [5]** 8/10 8/25 124/1 126/1 146/12
**THE COURT: [241]**

**.**
**.22 [3]** 63/13 63/14 63/20

**0**
**08077 [1]** 2/22
**0826 [3]** 2/9 3/5 3/19

**1**
**10 [2]** 5/11 66/14
**100 [4]** 49/18 95/16 95/18 105/19
**11 [2]** 5/12 63/16
**1100 [1]** 3/10
**114 [1]** 3/14
**1150 [1]** 4/4
**11:30 [2]** 127/23 128/6
**12 [1]** 59/19
**12-year-old [1]** 63/17
**12th [1]** 125/3
**13 [2]** 113/16 113/17
**144 [1]** 113/20
**15 [2]** 1/4 5/6
**150 [2]** 7/11 7/15
**1512 [1]** 121/23
**16 [2]** 33/16 123/15
**1775 [1]** 4/3
**1808 [1]** 2/12
**187 [1]** 10/10
**18th [1]** 131/3
**19106 [1]** 3/17
**1951 [1]** 122/24
**1971 [1]** 37/8
**19th [4]** 57/18 61/12 65/19 125/3
**1:46 [1]** 1/6
**1:58 [1]** 77/25

**2**
**20 [2]** 54/3 109/21
**20001 [1]** 4/9
**20006 [1]** 4/4
**2001 [2]** 11/16 11/17
**20010 [1]** 2/13

**2004 [1]** 115/20 115/24
**2006 [1]** 2/22
**202 [5]** 1/17 2/13 2/18 4/5 4/10
**2020 [6]** 10/17 43/18 50/7 52/23 57/16 109/22
**2021 [4]** 16/23 23/7 57/18 59/15
**2022 [2]** 1/5 147/7
**20530 [1]** 1/16
**20th [2]** 50/7 59/16
**20th Amendment [1]** 59/18
**21061-3065 [3]** 2/8 3/4 3/19
**213 [5]** 66/25 67/15 83/9 88/16 107/18
**214 [8]** 2/4 67/8 67/15 68/3 68/15 83/9 88/15 88/16
**215 [3]** 3/10 83/9 111/20
**216 [1]** 10/11
**217 [1]** 10/12
**218 [2]** 111/23 115/24
**219 [4]** 10/12 26/14 26/23 115/25
**22-15 [2]** 1/4 5/6
**221 [1]** 116/3
**225-2 [1]** 77/12
**225-3 [1]** 77/12
**23 [1]** 8/4
**23rd [1]** 62/5
**24 [1]** 63/1
**24 hours [1]** 62/16
**251 [2]** 41/5 41/7
**252 [2]** 40/18 123/6
**252-7277 [1]** 1/17
**253 [1]** 67/9
**257 [1]** 107/19
**257-7 [1]** 78/7
**259 [2]** 124/20 125/20
**2615 [1]** 2/18
**262 [1]** 123/8
**265 [1]** 3/13
**266 [1]** 125/21
**267 [1]** 123/9
**269 [3]** 124/17 124/24 125/20
**279 [1]** 114/5
**27th [4]** 7/2 7/2 7/3 7/5
**280 [1]** 125/1
**285 [1]** 76/15
**2:00 [1]** 127/18

**3**
**30 [5]** 1/5 24/2 24/6 52/13 128/16
**300 [3]** 2/8 3/4 3/18
**3065 [3]** 2/8 3/4 3/19
**30th [1]** 43/6
**3249 [1]** 4/10
**3300 [1]** 2/3
**332 [1]** 122/24
**333 [1]** 4/9
**33950 [1]** 3/14
**340 [1]** 122/23

**35-minute [1]** 24/3
**352-2615 [1]** 2/18
**354-3249 [1]** 4/10
**379 [1]** 73/11
**3:00 [1]** 127/19
**3:14 [1]** 66/21
**3:26 [1]** 66/21
**3D [1]** 64/9
**3rd [2]** 44/9 116/20

**4**
**40 [2]** 39/22 43/8
**40-plus [7]** 40/16 49/20 49/22 49/25 51/12 52/18 52/21
**403 [3]** 11/8 40/7 66/8
**404 [30]** 10/8 10/10 10/22 21/5 21/8 22/2 22/9 22/23 24/9 24/19 25/2 25/3 27/18 27/22 27/24 29/13 30/4 31/2 32/11 32/13 33/13 33/24 37/15 46/14 54/23 56/3 57/9 57/13 66/12 66/12
**410 [3]** 2/9 3/5 3/19
**413 [1]** 33/17
**434 [1]** 114/5
**48 [1]** 62/16
**4th [2]** 116/20 116/21

**5**
**50 [2]** 7/16 39/22
**501 [1]** 3/9
**555 [1]** 1/16
**559 [1]** 73/11
**5708 [1]** 2/23
**575-8000 [1]** 3/15
**5:00 [1]** 126/9
**5:14 [1]** 146/18
**5th [2]** 12/1 13/17

**6**
**60-year-old [1]** 39/22
**601 [2]** 2/16 3/9
**607-5708 [1]** 2/23
**63 [1]** 113/13
**6F4th [1]** 113/13
**6th [53]** 11/24 12/7 13/8 13/17 16/1 16/19 17/25 18/3 18/21 18/21 19/12 20/23 23/12 23/17 28/9 29/5 29/11 31/6 31/10 31/12 31/16 32/9 32/24 36/4 39/20 55/11 57/22 58/13 59/11 60/7 60/8 60/10 60/18 60/25 61/11 61/18 62/12 64/24 65/12 68/11 90/19 91/10 91/12 91/12 95/10 97/5 110/12 110/18 111/9 125/7 125/11 127/5 131/4

**7**
**700 [1]** 2/3
**720-7777 [1]** 2/4

**7310 [3]** 2/7 3/3 3/18
**7447 [1]** 2/13
**75219 [1]** 2/4
**7777 [1]** 2/4
**787-0826 [3]** 2/9 3/5 3/19
**7th [2]** 9/13 131/15

**8**
**8000 [1]** 3/15
**856 [1]** 2/23

**9**
**900 [1]** 2/17
**919-9491 [1]** 4/5
**928-1100 [1]** 3/10
**941 [1]** 3/15
**9491 [1]** 4/5
**969 [1]** 113/20
**996-7447 [1]** 2/13
**9th [3]** 9/23 125/13 131/15

**A**
**abetting [1]** 74/21
**abilities [1]** 97/22
**ability [7]** 59/24 59/25 89/17 99/25 103/24 106/7 123/18
**able [25]** 21/25 22/9 22/10 24/4 50/13 58/4 60/2 72/14 77/3 92/5 93/13 95/3 98/3 99/19 99/19 101/2 101/2 101/7 102/7 104/3 104/19 106/8 106/19 107/14 121/7
**able-bodied [2]** 98/3 106/8
**about [118]** 6/15 6/19 7/8 7/18 7/21 8/11 8/18 9/6 10/14 12/20 13/25 21/23 25/17 25/18 25/18 25/19 27/21 28/14 30/9 31/3 31/5 32/5 32/22 34/17 35/14 36/24 38/1 38/12 39/14 39/23 41/14 42/13 43/7 45/4 48/7 50/23 51/16 54/9 60/18 62/20 64/20 65/14 65/20 66/13 66/15 70/15 73/9 76/17 78/10 81/9 81/10 81/17 81/18 81/18 82/10 83/17 86/4 86/14 86/19 87/11 91/4 92/20 93/11 95/2 95/13 97/13 99/14 99/17 101/1 101/9 102/5 104/22 105/4 106/1 107/21 109/1 109/5 110/8 110/14 110/17 110/20 111/4 111/8 111/13 113/4 113/5 113/6 113/10 113/10 113/11 113/15 113/16 114/1 114/8 114/10 114/18 114/20

**A**

**about...** [21] 114/20 114/23 115/11 115/16 115/25 116/1 120/2 122/6 122/20 123/23 126/17 126/21 127/22 128/12 128/13 128/14 129/16 129/22 130/2 131/7 131/9
**above** [1] 147/4
**above-titled** [1] 147/4
**absence** [2] 33/14 33/21
**absent** [2] 15/23 83/5
**absolutely** [4] 28/10 39/10 89/24 126/20
**abused** [1] 100/9
**abusing** [1] 99/7
**accept** [1] 89/22
**access** [4] 11/4 19/8 19/11 31/9
**accessed** [1] 31/11
**accessible** [1] 20/9
**according** [4] 19/23 21/9 22/1 66/15
**accurate** [2] 51/8 53/23
**accused** [3] 42/5 42/24 65/1
**achieve** [1] 54/16
**acquire** [7] 57/21 58/3 58/6 58/11 58/14 60/24 65/14
**acquired** [5] 17/8 17/10 37/7 37/10 37/21
**acquitted** [2] 78/12 78/17
**across** [4] 14/13 20/3 73/17 94/23
**act** [17] 21/11 21/13 22/4 22/5 22/11 22/22 22/23 27/24 27/25 55/12 84/1 89/4 95/18 103/23 105/18 106/3 106/9
**acted** [2] 76/22 85/25
**acting** [2] 27/20 27/21
**actions** [1] 83/21
**actively** [1] 80/2
**activity** [3] 83/11 97/15 97/15
**actors** [3] 82/10 82/17 117/6
**acts** [4] 30/17 30/17 31/3 99/8
**actual** [5] 22/23 23/15 30/12 35/8 117/9
**actually** [31] 22/11 22/16 23/13 32/18 35/23 36/11 42/18 43/20 59/20 73/20 80/2 80/8 81/2 82/4 83/12 84/24 85/4 85/7 85/8 87/9 90/4 100/18 103/19 107/23 114/4 114/6 114/7 116/15 118/16 118/21 122/22
**acutely** [1] 124/3
**adaptive** [1] 86/23

**addicted** [1] 104/8
**addition** [1] 122/17
**additional** [7] 17/10 18/7 31/24 33/23 121/13 124/15 131/5
**address** [14] 13/9 13/12 17/19 18/7 31/4 47/2 55/1 60/16 68/6 90/10 102/10 121/13 125/8 125/21
**addressed** [3] 13/5 58/8 62/4
**addresses** [1] 13/10
**adequate** [2] 9/24 21/24
**adequately** [1] 85/15
**adjourn** [1] 130/20
**Administration** [1] 105/20
**admissibility** [5] 20/7 21/21 29/13 34/2 65/18
**admissible** [15] 13/24 32/10 33/13 33/20 33/24 37/15 45/13 51/19 51/20 54/24 55/4 65/10 92/4 106/21 118/4
**admission** [1] 32/14
**admit** [3] 23/9 34/8 35/13
**admitted** [5] 20/13 32/19 35/5 39/6 66/10
**admittedly** [1] 14/4
**advance** [5] 6/12 70/19 81/17 82/21 131/12
**advised** [1] 73/23
**affect** [3] 99/7 99/22 99/25
**affected** [3] 101/6 103/1 103/3
**affecting** [1] 123/17
**affidavit** [1] 23/4
**affirmatively** [1] 71/3
**after** [31] 12/7 18/21 31/11 32/5 33/12 33/18 44/9 47/17 57/21 58/13 59/11 60/8 60/10 60/17 60/25 64/24 65/11 66/14 74/4 80/1 80/22 81/11 91/4 92/18 108/4 112/7 116/19 118/12 119/3 121/5 125/11
**afternoon** [13] 5/5 6/9 6/11 6/16 8/6 9/8 76/10 76/11 86/5 112/8 112/10 123/12 127/12
**afterwards** [3] 17/8 17/9 17/11
**again** [22] 5/21 12/7 25/23 41/18 41/25 46/11 53/19 53/25 55/19 65/2 65/20 66/1 66/3 77/21 83/19 84/6 86/12 92/19 94/5 95/24 100/5 110/2
**against** [12] 25/25 34/8 46/11 46/15 46/16

64/2 74/6 122/13
**agency** [2] 111/8 111/13
**agent** [2] 63/19 111/12
**aging** [1] 97/21
**ago** [1] 51/2
**agree** [8] 16/2 24/25 29/25 46/13 49/14 65/9 110/10 110/22
**agreed** [2] 72/5 81/20
**agreement** [1] 108/21
**ahead** [3] 15/11 59/2 88/10
**aid** [1] 81/16
**aided** [1] 4/11
**aiding** [1] 74/21
**ailing** [1] 97/21
**akin** [1] 76/5
**AL** [1] 1/6
**Alexandra** [2] 1/15 112/9
**aligns** [1] 115/2
**all** [117] 5/2 6/8 6/9 6/10 7/10 7/11 7/14 7/18 8/8 8/19 11/5 11/14 17/14 21/4 22/20 22/21 25/12 25/17 27/20 28/17 30/5 30/22 32/1 32/2 33/24 34/7 35/3 38/10 40/12 45/25 46/16 48/9 48/13 49/10 51/13 52/13 52/17 53/9 54/6 56/19 57/11 57/20 58/24 59/8 59/15 61/5 62/11 64/18 65/7 66/1 66/19 66/25 69/10 69/20 70/8 72/16 72/23 75/11 76/8 77/11 78/10 79/20 81/25 82/12 82/12 84/1 87/8 88/4 88/4 90/13 91/12 91/16 93/3 94/1 95/1 96/4 98/7 98/12 98/17 100/22 102/2 102/3 103/10 103/20 103/22 106/1 107/8 110/16 111/9 111/20 111/22 112/7 115/23 116/14 117/12 118/13 119/19 120/19 122/13 123/21 124/14 125/14 126/4 126/5 126/9 127/20 127/22 128/5 128/21 128/23 128/25 130/5 130/13 130/18 131/20 131/23
**all right** [4] 57/11 82/12 119/19 126/4
**allay** [1] 85/22
**allegation** [5] 12/2 17/9 23/11 64/21 74/18
**allegations** [4] 27/21 65/3 95/21 96/4
**alleged** [9] 11/21 22/5 25/9 39/12 39/14 46/22 55/15 83/25 100/1
**allegedly** [6] 13/25

**alleging** [1] 27/3
**allow** [10] 24/19 35/4 39/5 96/7 101/5 103/13 107/3 107/22 111/12 114/7
**allowed** [4] 11/9 113/16 113/21 113/25
**allowing** [1] 102/25
**allows** [1] 89/9
**alluded** [1] 22/13
**almost** [1] 97/24
**along** [3] 21/8 36/10 81/3
**already** [3] 75/6 83/19 90/5
**also** [31] 6/17 11/19 11/21 29/3 29/5 36/2 36/12 40/20 47/14 49/20 51/1 57/1 63/7 69/15 71/4 76/13 92/4 94/2 94/4 94/9 95/8 95/16 103/18 106/17 113/16 118/21 119/21 122/10 125/18 125/18 127/14
**although** [3] 16/17 29/3 47/6
**am** [9] 10/20 12/22 55/7 58/25 86/4 103/11 123/23 124/3 125/21
**amass** [1] 64/24
**amassed** [1] 64/22
**amassing** [1] 65/3
**Amazon** [1] 131/4
**Amendment** [1] 59/18
**AMERICA** [4] 1/3 5/7 63/16 63/25
**AMIT** [1] 1/9 5/3
**among** [6] 11/24 36/10 39/13 55/17 61/5 73/3
**amount** [3] 63/24 78/8 103/23
**amounts** [1] 101/2
**ample** [1] 113/4
**analogy** [1] 55/14
**analysis** [1] 22/2
**Angela** [2] 3/7 5/23
**angie** [1] 3/11
**angle** [1] 77/24
**angry** [1] 54/9
**announcement** [2] 62/6 65/11
**another** [6] 24/15 42/15 52/4 89/21 99/1 121/11
**answer** [11] 13/7 18/23 19/2 19/5 26/8 28/20 28/21 42/11 47/2 70/16 110/16
**answered** [1] 70/17
**answering** [1] 7/7
**answers** [1] 117/11
**anti** [1] 114/25
**anti-government** [1] 114/25
**anticipate** [5] 87/5

112/19
**anticipated** [2] 76/15 124/11
**Antifa** [3] 25/18 94/24 94/25
**any** [58] 8/7 8/12 10/18 10/20 10/21 15/18 21/1 21/16 21/22 24/13 25/16 29/4 37/15 38/10 39/12 39/13 39/20 41/1 48/19 51/18 53/14 53/15 58/23 62/22 63/16 70/3 70/6 72/1 72/1 72/11 76/20 77/17 79/20 81/17 83/2 83/14 85/6 86/10 86/16 87/2 87/10 89/11 90/20 92/1 97/9 106/2 106/7 108/17 109/1 110/11 111/13 113/3 114/11 123/11 124/15 128/22 129/18 131/5
**anybody** [6] 9/6 25/15 61/15 62/14 62/23 71/9
**anyone** [5] 9/5 17/16 71/2 119/23 126/7
**anything** [14] 34/4 38/12 38/18 40/3 50/2 50/12 53/16 61/15 64/10 65/1 69/21 109/17 112/24 130/19
**anyway** [3] 105/4 130/11 130/18
**anywhere** [2] 38/10 81/22
**apartment** [1] 36/13
**apologize** [1] 128/2
**apparently** [2] 58/4 60/14
**appearances** [5] 1/13 1/19 2/24 3/21 6/7
**appearing** [1] 6/5
**appears** [6] 40/15 58/5 60/8 75/19
**application** [1] 116/12
**applies** [4] 74/11 74/12 120/11 123/2
**apply** [4] 32/20 91/3 116/10 116/14
**appreciate** [2] 9/2 129/8
**appropriate** [2] 111/11 124/6
**are** [118] 6/3 6/4 6/14 6/23 6/24 7/13 8/2 9/11 11/3 12/2 13/6 13/14 14/17 17/16 17/18 18/19 18/19 18/23 18/24 18/24 19/18 20/12 20/22 23/19 24/14 25/9 26/20 27/12 28/3 28/8 28/12 31/8 33/1 33/2 36/12 37/8 38/23 41/14 42/2 43/20 44/7 45/7 45/10 45/11 47/7 48/15 48/16 49/11 51/10 53/12 57/1 58/1

**A**

are... **[66]** 58/7 58/15 59/21 59/22 59/23 60/6 64/9 65/3 67/5 68/9 70/19 70/20 70/22 71/25 75/4 75/5 75/22 80/23 82/7 82/15 82/17 83/21 85/6 85/18 86/17 87/2 87/9 87/15 87/24 88/22 90/2 90/18 92/4 92/21 99/9 99/24 101/4 102/17 103/8 103/17 103/22 105/3 107/20 108/1 111/14 111/15 112/11 112/15 112/17 114/24 114/25 118/11 119/6 119/7 124/16 125/20 126/12 126/24 127/1 127/4 127/7 127/22 128/10 128/10 129/17 129/19

area **[10]** 20/12 20/18 20/22 22/6 31/16 31/18 31/23 36/16 74/8 75/24

aren't **[3]** 50/15 88/3 98/22

arguably **[2]** 16/17 103/23

argue **[10]** 14/7 14/18 17/5 20/6 37/18 43/3 76/5 85/10 98/13 102/4

argued **[1]** 74/5

arguing **[3]** 51/21 101/15 105/18

argument **[22]** 12/21 13/9 15/12 21/1 27/2 38/21 47/20 66/8 67/21 68/6 68/17 70/12 70/13 83/10 90/5 101/22 101/24 102/1 104/2 116/4 118/18 123/17

arguments **[8]** 13/3 67/5 67/6 68/3 83/8 83/13 90/14 126/21

arm **[2]** 72/18 72/19

arms **[1]** 19/22

Army **[2]** 31/7 33/1

around **[10]** 6/17 19/25 20/12 24/5 37/11 42/3 45/20 51/24 69/8 75/4

arrangements **[1]** 8/5

arranging **[1]** 60/21

arrest **[3]** 33/20 35/8 94/13

arrested **[2]** 18/14 35/25

arrests **[1]** 91/15

arrived **[1]** 73/4

arrives **[1]** 78/1

arsenal **[1]** 60/14

Article **[1]** 59/25

articulated **[2]** 25/1 88/20

articulating **[1]** 88/14

as **[164]**

aside **[3]** 21/22 45/13 71/4

ask **[15]** 9/22 21/12

**A**

37/23 37/24 64/13 88/7 100/13 104/22 118/25 119/1 126/5 130/7

asked **[4]** 54/24 70/16 71/23 81/5

asking **[6]** 50/2 57/19 68/2 90/25 90/25 131/8

aspect **[1]** 89/6

aspects **[1]** 128/10

assaulted **[1]** 96/4

assaults **[1]** 96/5

assert **[4]** 67/16 68/9 82/2 89/16

assertion **[1]** 118/23

assertions **[1]** 95/4

assessing **[1]** 87/16

assist **[1]** 84/16

assistance **[3]** 79/24 81/16 84/25

associated **[2]** 11/22 12/9

association **[2]** 59/8 113/18

assume **[4]** 12/17 42/6 45/9 71/3

assuming **[4]** 28/5 41/24 44/8 123/1

assure **[1]** 61/7

astray **[1]** 100/6

attached **[1]** 32/18

attack **[4]** 77/24 81/23 94/25 108/3

attacks **[1]** 77/25

attempt **[1]** 58/3

attempting **[4]** 58/14 59/23 60/24 70/10

attendees **[1]** 76/25

attention **[1]** 131/2

attic **[1]** 36/15

attorney **[1]** 63/9

ATTORNEY'S **[1]** 1/15

attorney-client **[1]** 63/9

August **[1]** 1/5

authority **[25]** 37/1 41/19 44/6 44/12 55/23 55/24 56/7 56/11 59/14 59/22 67/2 67/12 67/16 67/20 68/5 68/10 68/12 68/18 76/18 83/1 88/18 88/23 89/13 103/15 106/2

availability **[3]** 127/8 128/6 129/13

available **[17]** 18/24 19/7 19/12 20/12 25/9 31/8 33/3 127/6 127/9 127/13 127/22 128/3 129/3 129/5 129/8 131/3 131/4

Avenue **[4]** 2/3 2/16 3/13 4/9

avoid **[1]** 7/3

aware **[4]** 35/16 91/6 109/15 124/3

away **[1]** 75/17

**B**

back **[22]** 6/8 7/15 17/13 20/2 46/1 66/16 75/14 76/4 84/25 91/5 91/25 92/19 100/16 102/20 103/6 103/6 120/5 126/5 126/22 131/11 131/22 131/25

backed **[1]** 94/15

background **[7]** 35/16 106/18 106/21 107/5 114/10 114/13 114/18

backlog **[3]** 62/22 62/23 62/25

backup **[2]** 72/11 119/17

bad **[6]** 22/5 27/24 27/25 48/4 103/6 104/17

ball **[1]** 100/2

bar **[2]** 69/20 69/23

bark **[1]** 95/6

Barone **[1]** 61/16

barrel **[1]** 64/6

barreled **[1]** 12/11

Barrett **[1]** 4/8

barricades **[1]** 94/22

barricading **[1]** 75/24

barrier **[1]** 68/20 68/20 68/21

barriers **[1]** 8/23 75/22 76/3

based **[9]** 34/22 40/4 51/2 51/6 82/14 84/14 115/1 115/14 119/11

basic **[4]** 91/1 93/10 113/8 113/11

basically **[6]** 48/20 50/3 51/3 63/12 64/10 113/6

basis **[3]** 11/8 74/1 115/20

be **[172]**

bear **[1]** 74/13

bears **[2]** 92/24 123/3

beat **[1]** 24/18

because **[65]** 8/22 14/8 16/3 21/6 21/7 23/6 26/21 28/12 29/6 30/8 30/19 35/24 42/9 43/7 44/5 46/8 47/3 52/21 52/23 56/16 59/18 61/6 68/20 69/22 70/9 71/13 72/6 72/11 72/11 72/14 72/14 74/7 75/4 75/15 78/8 79/22 81/15 82/4 84/6 84/10 84/19 84/20 85/19 86/4 86/18 88/22 89/15 93/20 95/18 98/12 98/18 101/19 104/3 104/4 108/7 110/11 112/14 115/17 116/14 116/18 120/13 122/11 123/15 124/17 128/8

becoming **[1]** 50/14

been **[55]** 6/12 8/7 8/17 11/8 11/21 11/21 12/13

**B**

17/22 23/5 30/6 32/21 33/15 35/2 39/24 40/5 40/13 40/17 42/4 43/4 52/22 53/2 53/20 56/19 57/2 57/3 61/24 63/10 64/20 66/13 77/25 78/8 78/9 82/11 82/16 83/3 84/2 88/14 88/18 90/19 92/11 92/22 93/4 99/19 100/1 104/14 104/14 105/19 113/23 117/20 117/22 123/20 126/20

before **[26]** 1/9 11/20 24/23 47/1 58/9 60/7 60/25 66/17 76/21 78/1 81/20 81/23 93/9 97/2 104/23 107/11 108/4 108/5 117/18 118/12 119/3 119/8 121/3 121/4 125/23 130/20

began **[3]** 77/24 81/23 122/1

begin **[3]** 7/4 10/8 40/24

behalf **[4]** 5/22 9/12 26/13 96/25

behold **[1]** 23/12

being **[22]** 13/17 25/23 25/25 29/15 31/20 32/5 33/6 39/14 40/17 47/11 55/4 58/16 69/12 83/1 93/25 95/13 103/22 106/13 117/3 129/5 129/8 130/12

belabor **[1]** 117/15

belied **[1]** 98/15

belief **[1]** 122/20

believe **[32]** 9/13 9/14 9/24 12/10 12/16 15/24 21/5 21/15 24/8 24/8 25/20 40/23 49/13 50/11 56/25 67/5 67/17 76/19 78/12 78/18 85/24 94/18 102/1 105/17 106/6 109/18 121/9 121/12 121/22 123/23 129/4 129/7

belladona **[1]** 60/2

116/15 116/21

bellow **[1]** 77/5

benches **[3]** 75/15 75/15 75/17

benefits **[1]** 105/12

Berry **[6]** 13/15 13/25 16/25 27/3 27/16 28/6

Berry's **[1]** 14/1

Berwick **[1]** 2/22

beside **[1]** 29/6

best **[2]** 76/19 84/20

better **[2]** 83/5 110/10

between **[12]** 15/19 18/2 18/3 32/16 39/7 48/16 49/23 49/24 53/4 77/24 116/3 131/10

beyond **[5]** 20/10 21/15

**B**

Biden **[7]** 41/24 42/5 42/6 42/25 44/21 45/8 50/13

big **[5]** 62/22 72/15 84/18 110/12 127/10

bit **[6]** 29/6 51/17 83/17 88/23 90/24 112/20

bite **[1]** 95/7

black **[1]** 41/15

blanket **[1]** 68/4

blasting **[1]** 77/10

Blau **[1]** 122/23

bleach **[1]** 35/19

block **[1]** 75/16

blue **[3]** 41/14 51/20 52/12

blunt **[1]** 31/10

boat **[1]** 94/24

bodied **[2]** 98/3 106/8

bolstered **[1]** 45/19

bomb **[5]** 35/7 35/12 38/4 39/14 39/23

bomb-making **[2]** 35/7 38/4

bombast **[1]** 97/19

bombs **[2]** 25/16 25/19 38/11

both **[13]** 7/6 9/11 35/22 40/6 60/24 109/21 116/23 118/12 119/3 121/18 124/12 127/1 127/4

bottom **[7]** 31/19 77/23 82/2 82/25 107/2 114/16 116/5

bowed **[1]** 78/2

Bowie **[1]** 29/22

box **[1]** 88/24

boxes **[1]** 28/13

Boy **[1]** 63/17

Brad **[1]** 67/17

Bradford **[3]** 2/20 2/24 5/18

Brady **[1]** 125/19

brain **[1]** 22/22

brains **[1]** 99/23

BRAND **[1]** 2/12

brandwoodwardlaw.com **[1]** 2/14

breach **[2]** 63/9 75/4

breached **[1]** 97/5

break **[1]** 66/14

brief **[9]** 55/1 96/24 105/5 118/7 118/10 118/19 118/23 119/6 119/18

briefing **[3]** 14/15 20/14 35/17

briefly **[2]** 105/1 120/8

Bright **[9]** 2/2 5/15 88/9 88/10 89/10 126/12 126/15 128/5 128/20

bring **[9]** 7/14 20/3 23/11 70/23 85/10 87/20 92/19 107/3 131/1

bringing **[8]** 7/7 11/1

**B**

bringing... [6] 11/4
11/5 22/5 25/6 30/9
60/8
brings [2] 19/14
124/14
broad [3] 23/19 27/13
103/14
broad-brush [1]
103/14
broader [1] 44/16
broke [1] 84/16
brought [6] 31/23 32/8
37/20 63/12 77/23
83/24
BROWN [42] 3/13
11/14 11/18 12/5 12/10
13/16 14/14 14/16 15/1
15/3 15/10 15/14 15/19
16/17 16/25 17/3 17/24
18/12 18/20 19/4 19/8
23/6 23/11 24/4 24/12
24/16 25/16 27/6 29/10
31/11 31/16 31/18 32/7
32/22 33/16 34/4 34/20
34/23 38/22 39/17
39/18 115/25
Brown's [10] 12/13
13/4 14/18 16/15 16/22
18/10 19/24 20/14
28/24 31/9
brush [1] 103/14
bsrwlegal.com [1]
3/15
bucket [1] 13/19
build [2] 40/1 64/11
building [9] 2/17 80/20
80/24 82/18 93/18 94/8
108/18 109/12 110/25
bullhorners [1] 77/10
bunch [3] 58/6 64/11
75/15
burden [5] 98/21
122/22 123/1 123/3
123/5
burner [1] 14/19
Burnie [3] 2/8 3/4 3/19
busting [1] 63/20

**C**

cache [1] 19/22
calculations [1] 125/2
calculus [1] 62/10
Caldwell [68] 3/17 5/11
5/25 6/4 10/11 24/10
24/12 24/17 41/18
42/18 42/21 43/7 43/21
44/2 44/18 44/23 45/1
46/16 49/12 49/25
50/12 51/3 51/10 52/7
53/6 53/13 54/14 54/25
55/20 58/2 58/13 59/11
59/13 59/18 60/3 60/7
60/13 60/17 62/14
63/12 63/23 64/11 65/5
65/12 65/21 93/7 93/16
93/23 94/11 94/13
94/21 95/9 96/1 96/13

98/9 98/11 98/15 99/5
100/22 103/1 103/5
106/14 106/17 129/20
Caldwell's [20] 10/19
40/13 41/5 42/4 42/10
42/11 46/2 46/19 47/9
50/18 53/15 56/4 56/10
56/13 57/14 61/19 95/6
97/13 99/1 105/5
caliber [3] 63/13 63/14
63/20
call [13] 28/5 29/9 56/5
70/11 87/2 105/21
106/7 112/3 112/11
115/7 123/13 124/9
125/24
call-up [1] 105/21
called [5] 87/24 95/19
105/23 106/13 106/15
calling [4] 34/3 87/5
87/22 112/18
came [6] 11/23 32/23
34/5 39/9 85/4 119/14
can [86] 6/12 6/20 7/3
8/5 9/11 13/22 15/23
16/13 17/3 17/16 18/16
20/8 22/14 23/20 34/14
34/20 36/8 36/16 41/1
41/2 46/23 47/5 54/20
57/19 58/20 58/20 61/7
63/9 64/7 64/9 66/17
68/7 69/22 69/23 71/1
71/12 71/14 72/12
72/17 72/18 75/1 75/23
78/14 79/12 79/19
79/21 83/22 83/24
84/15 85/7 87/18 87/20
88/4 92/20 92/24 92/25
96/1 96/13 98/12 106/1
106/25 107/4 107/11
112/6 113/12 114/18
116/6 117/8 118/3
118/6 118/21 119/2
120/5 120/5 122/13
124/5 125/7 125/8
126/11 127/11 127/14
128/11 129/2 129/13
131/22 131/25
can't [27] 11/16 11/25
12/7 16/4 22/7 22/7
23/22 28/1 30/4 49/13
63/8 71/14 74/17 76/3
85/9 86/9 89/21 95/11
97/3 97/16 97/19
104/20 116/20 118/16
121/22 122/14 127/20
cannot [1] 95/19
capable [1] 95/19
capacity [9] 79/6 83/15
93/4 93/7 96/1 99/8
99/15 102/5 105/14
capitol [40] 51/4 70/25
70/25 71/5 71/6 71/10
71/21 72/8 72/25 78/6
78/25 80/2 80/4 80/9
80/11 80/13 80/20
80/24 82/18 84/25 85/3

91/5 91/7 91/17 91/18
93/17 94/22 97/7 97/16
98/5 98/9 108/18 109/9
109/12 109/12 110/25
car [1] 64/5
caravan [1] 15/11
caravaned [1] 15/5
carburetor [1] 64/5
card [2] 34/24 53/16
card-carrying [1]
34/24
care [2] 11/13 115/23
careful [1] 78/7
cares [1] 51/16
Carolina [8] 41/14 43/9
43/20 49/21 49/23 50/1
52/18 52/21
carrying [1] 34/24
case [56] 5/6 9/16 9/18
11/19 12/15 13/5 13/15
14/5 14/8 14/17 22/5
22/12 23/1 27/25 29/21
29/22 33/10 33/17
39/17 45/24 50/20 51/5
54/21 63/19 63/19
64/21 64/23 73/9 73/12
73/13 73/14 73/15 74/2
88/1 88/3 89/6 92/1
92/11 96/3 97/2 97/10
100/11 111/2 111/3
112/4 112/19 113/4
113/7 114/5 114/6
114/7 121/12 124/4
124/4 124/5 124/12
cases [4] 83/14 90/15
113/12 114/15
category [1] 64/19
cause [2] 99/9 110/12
Cavanaugh [1] 91/15
CCTV [3] 60/6 71/1
87/12
celeb [1] 110/12
cell [4] 57/15 58/3 58/5
60/12
Cellebrite [3] 120/16
120/18 120/21
Central [1] 127/18
Ceremonial [1] 7/5
certain [9] 15/24 37/19
83/8 95/11 105/11
109/8 112/11 112/14
115/4
certainly [16] 15/19
42/20 43/6 49/16 53/14
58/17 61/22 63/24
64/23 71/11 83/3 95/25
103/17 106/21 114/17
127/6
certainty [5] 15/25
16/11 17/15 21/16
22/10
certification [2] 44/10
91/4
certified [3] 4/7 50/6
50/15
certify [1] 147/2
cetera [9] 34/11 47/22

104/18 104/18 108/11
108/11
CH [1] 4/8
chain [1] 13/10
chambers [1] 8/6
chance [1] 8/3
change [1] 62/10
characterization [1]
115/2
characterize [5] 42/1
42/20 52/5 59/8 105/25
characterized [2]
114/21 114/22
charge [7] 44/16 46/11
51/4 56/2 74/20 74/23
95/23
charged [48] 10/24
11/21 12/13 12/15
14/17 22/22 33/12
33/18 35/24 36/23 37/1
37/22 38/8 38/8 39/7
41/18 41/20 44/3 44/5
45/3 45/17 46/3 46/8
47/4 55/12 55/25 56/19
59/13 59/21 59/22
60/20 66/3 66/7 69/12
73/1 84/2 86/17 90/19
91/21 92/22 94/2 94/22
103/25 109/2 111/10
114/25 115/3 121/22
charges [11] 11/3
12/14 14/9 19/4 66/6
74/10 74/13 83/13
90/14 91/3 91/18
chat [22] 117/10
117/20 117/22 117/25
118/1 118/7 118/9
118/12 118/15 118/15
119/2 119/3 119/7
119/7 119/10 119/15
119/22 120/4 120/13
120/17 121/3 121/4
chats [1] 125/2
chatting [1] 72/17
check [1] 79/19
chest [1] 81/13
chief [4] 54/19 112/4
112/19 124/12
choice [1] 64/3
Cinnaminson [1] 2/22
circa [1] 37/8
Circuit [7] 21/9 22/1
32/13 32/14 33/10
33/16 33/19
circulated [1] 108/6
circulating [2] 42/3
53/1
circumstance [2] 86/2
87/12
circumstances [1]
70/6
cite [1] 113/12
cited [3] 29/21 73/10
74/25
cites [1] 73/10
citing [1] 29/22
citizenry [1] 106/8

civilian [1] 96/13
claim [1] 106/12
claimed [2] 59/4
53/17 53/22 95/5
claiming [4] 36/12
clarification [3] 12/23
88/8 89/7
clarify [2] 48/13 88/12
classified [1] 111/15
clear [20] 15/22 28/11
29/4 29/12 46/9 49/17
51/15 72/14 84/1
116/25 118/6 119/9
121/16 121/20 121/25
122/25 123/10 123/20
125/5 131/14
clearly [5] 10/24 11/6
51/20 56/14 74/14
client [13] 50/24 63/9
74/8 80/15 80/19
86/20 92/17 108/10
108/22 108/24 108/25
129/3 130/8
client's [5] 49/9 92/24
93/1 93/6 93/11
clients [2] 83/22
129/18
climb [1] 100/23
climbed [3] 97/6 98/16
98/16
CLINTON [1] 4/3
clintonpeed.com [1]
4/5
clock [1] 66/15
close [7] 18/16 70/2
70/4 75/13 82/5 82/6
115/3
closely [2] 111/15
115/3
closer [3] 56/4 92/25
124/19
co [18] 12/17 12/18
14/15 14/17 15/9 16/17
18/6 24/11 31/23 35/2
38/13 39/13 39/13
46/23 55/21 117/4
121/11 122/10
co-conspirator [9]
12/17 12/18 14/15
16/17 31/23 35/2 117/4
121/11 122/10
co-conspirators [8]
14/17 15/9 18/6 38/13
39/13 39/13 46/23
55/21
co-defendants [1]
24/11
Code [1] 38/4
colleagues [1] 61/6
colleagues' [1] 9/3
collected [1] 11/15
collection [1] 65/4
College [9] 19/21
20/19 24/2 24/6 25/23
33/6 50/9 73/1 81/19
College Park [4] 19/21

**College Park...** [3] 24/2 24/6 25/23
**colon** [1] 48/23
**colors** [1] 113/15
**COLUMBIA** [2] 1/1 25/7
**column** [1] 81/5
**combine** [1] 68/3
**come** [31] 7/15 17/3 24/7 30/19 32/2 46/14 46/15 46/17 61/13 61/23 61/23 66/16 68/11 69/7 70/4 75/12 78/16 81/20 82/5 86/14 86/23 89/11 90/10 91/24 96/12 103/20 104/16 119/10 120/5 126/5 131/10
**comes** [12] 33/8 55/2 56/3 70/2 78/13 81/11 88/6 93/15 99/4 113/5 115/3 123/15
**coming** [14] 7/11 9/13 43/8 45/21 45/22 51/13 72/8 78/20 89/22 104/13 110/12 114/24 119/7 123/17
**commence** [2] 7/1 7/2
**comment** [2] 85/22 88/12
**comments** [1] 128/14
**commercially** [4] 18/24 19/7 31/8 33/2
**commit** [3] 16/12 99/8 100/1
**commits** [1] 16/5
**committed** [2] 21/11 22/3
**Committee's** [1] 131/4
**common** [1] 91/8
**communicate** [1] 126/13
**communicated** [1] 9/9
**communication** [10] 62/3 116/7 116/9 116/9 116/11 118/12 119/3 120/22 120/23 122/21
**communications** [5] 81/17 116/3 118/11 120/11 122/19
**COMMUNITY** [1] 3/8
**comparison** [1] 20/19
**compelling** [1] 62/2
**complete** [1] 7/11
**completely** [1] 101/13
**complex** [1] 109/10
**complicated** [1] 105/7
**compound** [1] 35/20
**computer** [1] 4/11
**computer-aided** [1] 4/11
**concede** [3] 25/17 56/14 67/8
**conceded** [3] 48/21 67/5 111/6
**conceding** [3] 83/21 83/24 107/25

**concept** [1] 115/7
**conception** [1] 70/4
**concern** [5] 8/25 31/13 102/3 102/10 110/18
**concerned** [3] 86/4 114/20 115/11
**concerning** [2] 83/15 125/1
**concerns** [7] 85/23 85/23 108/1 114/20 114/23 115/15 116/2
**conclude** [1] 17/16
**concluded** [2] 78/15 146/18
**conclusion** [1] 119/23
**condition** [1] 95/7
**conditions** [2] 8/15 95/14
**conduct** [6] 13/8 68/16 76/5 82/15 91/3 122/1
**conducted** [1] 73/20
**Conference** [1] 126/1
**confident** [1] 31/5
**confidential** [3] 116/9 122/21 122/23
**confidentiality** [1] 128/12
**confirmed** [2] 18/13 31/7
**confluence** [1] 84/11
**conformity** [3] 27/20 27/22 30/8
**conforms** [1] 123/15
**confuse** [3] 86/21 99/3 100/5
**confused** [2] 76/24 104/6
**confusing** [3] 26/21 34/11 99/10
**Congress** [1] 94/14
**congressional** [2] 101/19 104/1
**connect** [2] 28/1 39/21
**connected** [4] 39/19 52/4 55/12 95/17
**connecting** [2] 30/12 39/11
**connection** [7] 15/19 32/23 39/7 44/10 46/9 56/21 65/25
**connections** [1] 28/1
**consequence** [1] 20/7
**consider** [9] 20/9 51/1 79/1 79/15 89/14 89/16 92/18 101/24 110/22
**consideration** [2] 35/4 127/17
**considered** [4] 23/20 23/21 38/11 122/13
**considering** [2] 112/6 113/3
**considers** [1] 122/10
**consistent** [3] 11/2 40/2 78/4
**consistently** [1] 113/9
**conspiracies** [1] 34/16
**conspiracy** [64] 10/25 13/20 14/10 14/24

**conspirator** [9] 12/17 12/18 14/15 16/17 31/23 35/2 117/4 121/11 122/10
**conspirators** [10] 14/17 15/9 18/6 38/13 39/13 39/13 46/23 55/17 55/21 122/13
**conspired** [2] 59/14 82/11
**conspiring** [1] 38/9
**Constitution** [1] 4/9
**consumption** [1] 131/9
**contemplated** [1] 103/22
**contemplating** [1] 42/18
**contemporaneous** [1] 55/25
**contend** [3] 74/10 74/12 82/4
**contends** [2] 11/23 122/1
**contention** [1] 98/13
**context** [5] 13/11 13/13 23/22 23/24 113/5
**continue** [1] 10/2 47/1
**continued** [4] 2/1 3/1 4/1 64/24
**continuing** [2] 6/24 127/3
**continuous** [1] 53/4
**contrary** [2] 32/11 72/24
**contrast** [1] 39/16
**Contreras's** [3] 8/2 8/6 8/11
**contribute** [1] 60/3 93/13 93/23
**contributed** [1] 93/25
**contributions** [1] 118/11
**convenient** [1] 50/20
**conversation** [4] 51/11 57/17 126/16 129/8
**conversations** [2] 61/7 102/20
**convicted** [1] 74/4
**conviction** [1] 73/25
**convince** [1] 34/20

123/16
**cooperating** [2] 12/4 31/21
**cooperation** [1] 73/4
**cooperator** [4] 13/15 15/10 15/13 34/24
**coordination** [1] 11/4
**copy** [2] 131/3 131/12
**Cordon** [1] 29/21
**correct** [9] 14/3 22/24 38/2 45/18 56/25 86/19 88/21 102/8 147/3
**correctly** [2] 36/14 62/4
**corroborate** [3] 31/20 97/19 105/15
**corroboration** [2] 18/14 92/3
**corroborative** [1] 53/21
**could** [38] 15/16 17/8 21/14 21/16 23/20 23/21 26/2 29/13 34/22 36/6 37/15 47/19 48/4 49/19 54/3 58/22 61/17 67/12 69/21 73/25 76/19 80/3 84/21 85/21 88/20 90/3 93/19 98/12 101/16 101/18 103/5 103/23 125/6 126/18 127/12 127/15 127/19 131/23
**couldn't** [5] 9/4 72/9 98/9 98/9 98/10
**counsel** [14] 8/2 9/17 10/19 12/19 20/25 61/6 120/15 125/25 126/14 126/17 128/23 129/17 132/1 132/1
**counsel's** [2] 13/3 102/14
**count** [7] 56/20 56/21 56/23 115/5 121/23 124/15 125/2
**Count 1** [3] 56/20 56/23 115/5
**Count 2** [1] 56/21
**counterfeit** [1] 29/23
**countless** [1] 84/12
**country** [2] 102/18 128/1
**counts** [1] 81/8
**County** [1] 48/16
**couple** [13] 10/3 16/20 51/3 63/10 64/12 72/20 93/5 94/10 100/21 113/12 121/3 128/10 128/14
**coupled** [1] 33/1
**course** [4] 10/6 34/9 81/7 131/19
**court** [62] 1/1 4/6 4/8 5/2 8/14 8/15 9/25 17/21 18/15 21/4 21/7 21/12 22/8 22/12 23/4 24/19 25/13 27/7 29/22 31/5 48/11 50/15 50/25

123/16
**cooperating** [2] 12/4 31/21
**cooperation** [1] 73/4
**cooperator** [4] 13/15 15/10 15/13 34/24
**coordination** [1] 11/4
**copy** [2] 131/3 131/12
**Court's** [9] 31/4 35/16 62/13 63/14 85/22 110/16 127/17 130/9 131/2
**courthouse** [6] 7/21 73/18 73/20 73/23 73/25 74/5
**courtroom** [9] 6/3 7/5 7/22 8/1 8/4 8/4 8/11 132/2 132/2
**courtrooms** [2] 8/8 9/4
**courts** [2] 113/9 113/25
**coverage** [1] 87/13
**covering** [1] 87/13
**covers** [1] 76/16
**COVID** [2] 8/13 62/25
**Cox** [2] 73/11 76/5
**CR** [1] 1/4
**create** [1] 72/6
**created** [2] 42/21 108/21
**creative** [1] 86/24
**creatively** [1] 84/20
**creativity** [1] 86/1
**credit** [1] 53/15
**crime** [13] 16/9 16/12 21/11 22/3 22/22 29/24 60/23 101/17 101/18 113/5 113/23 121/8 121/19
**crimes** [1] 100/1
**criminal** [9] 5/6 68/19 88/1 88/3 113/7 114/2 122/1 124/3 124/4
**Crisp** [2] 5/19 129/24
**cross** [11] 34/3 68/20 107/17 107/21 109/25 110/19 110/23 111/4 111/7 111/12 111/13
**cross-exam** [1] 34/3
**cross-examination** [5] 107/17 109/25 110/23 111/4 111/12
**cross-examine** [3] 107/21 110/19 111/7
**cross-examined** [1] 111/13
**crossed** [2] 24/9 115/12
**crowd** [4] 77/5 77/11 86/15 98/5
**CRR** [2] 147/2 147/8
**cuff** [1] 19/1
**culture** [1] 114/3
**currency** [1] 29/23

**C**

cuts [1] 25/25

**D**

D.C [31] 1/5 1/16 2/13 2/18 4/4 4/9 13/18 14/20 15/14 17/4 19/25 20/12 20/18 20/20 20/20 22/6 23/12 24/5 24/6 31/16 31/18 32/8 32/12 33/10 55/11 61/13 61/24 68/11 73/9 98/4 102/18
D.C. [2] 21/9 22/1
D.C. Circuit [2] 21/9 22/1
dad [1] 63/16
Dallas [3] 2/4 126/22 127/18
damage [1] 74/24
danger [3] 34/10 40/9 57/4
date [11] 12/8 37/23 59/16 60/7 62/6 71/6 88/20 125/25 126/11 126/15 147/7
dated [1] 37/8
David [8] 2/6 3/2 3/12 3/17 5/11 5/19 5/21 5/25
day [20] 30/13 66/17 76/18 85/16 86/8 99/1 99/14 100/9 100/9 101/1 101/3 101/10 102/6 104/4 107/15 108/19 111/1 116/6 128/2 130/20
days [7] 9/23 10/4 54/3 65/11 81/20 121/3 127/6
deadline [10] 9/13 9/15 9/16 9/23 89/10 123/22 123/23 124/18 125/17 131/15
deal [5] 17/6 76/23 110/11 112/2 131/20
dealer [1] 64/8
dealing [3] 28/3 73/12 86/1
death [15] 40/14 40/21 42/1 42/23 44/20 46/25 48/6 48/14 48/18 48/25 49/7 51/25 52/11 54/14 55/9
December [13] 11/16 43/6 43/9 43/18 52/12 52/13 52/22 53/1 53/2 57/16 60/17 61/12 62/5
decide [1] 75/13
decided [2] 52/7 112/3
decision [4] 8/18 87/7 87/9 113/13
declared [2] 34/23 105/19
defeat [1] 29/13
defend [1] 80/14
defendant [46] 2/2 2/6 2/11 2/20 3/2 3/7 3/12

detail [4] 77/16 77/23 81/21 92/19
details [4] 6/24 7/6 7/18 7/20
detention [2] 35/10 35/11
deter [1] 47/21
determination [1] 90/6
determine [2] 20/7 81/5
determined [1] 73/21
deterrence [1] 47/22
devices [6] 108/2 108/11 108/15 109/17 110/5 110/14
diagnosed [1] 104/14
did [42] 23/11 24/10 26/15 26/18 28/15 34/21 35/9 35/11 37/22 55/21 60/3 67/8 72/13 72/13 73/18 78/15 84/8 87/21 87/21 87/23 87/23 88/24 94/11 95/5 97/24 98/6 98/12 98/17 99/17 99/18 99/24 101/3 104/1 106/3 109/20 109/20 110/17 110/17 114/7 125/23 130/25 131/6
didn't [16] 7/24 7/25 10/21 13/24 29/2 29/4 29/6 30/3 59/6 59/7 68/25 71/3 86/19 100/23 106/2 124/20
differed [1] 102/6
difference [1] 32/16
different [18] 8/21 11/19 18/3 20/2 40/3 48/14 48/21 49/1 52/6 52/8 52/14 53/19 53/20 64/19 64/19 77/8 94/10 94/16
difficult [3] 8/23 9/15 14/5
diligently [2] 9/11 10/3
diminish [2] 17/15 18/4
diminished [6] 83/15 93/4 93/6 96/1 99/15 105/13
direct [1] 27/15
directed [1] 72/1
direction [2] 7/20 84/19
directly [4] 14/23 18/14 19/7 42/9
disabilities [2] 93/12 96/15
disability [3] 95/17 105/6 105/10
disabled [5] 95/18 95/19 104/5 105/19 106/20
disbursal [1] 74/1
disclosed [2] 117/21 117/22
disclosure [3] 86/6

disclosures [3] 118/5 123/22 124/8
disconnect [1] 132/3
discovered [5] 17/2 17/2 18/9 35/17 36/3
discovery [4] 52/23 61/14 77/1 130/12
discretion [1] 89/9
discuss [5] 45/21 54/11 54/16 73/14 130/19
discussed [2] 36/5 38/11 130/22
discussing [2] 38/17 45/24
discussion [3] 39/12 129/3 129/19
discussions [2] 55/17 110/7
disinformation [1] 78/9
disk [1] 98/24
dispositions [2] 83/14 90/14
disputing [2] 98/25 98/25
disqualified [1] 106/4
disrupt [2] 44/5 72/25 101/19 104/1
DISTRICT [4] 1/1 1/1 1/10 25/7
diversion [1] 108/21
divine [1] 87/23
dixit [1] 119/21
do [102] 6/20 7/12 7/15 8/1 10/3 13/12 14/25 15/2 17/6 19/6 21/5 22/16 24/5 27/4 32/10 32/21 38/16 38/18 40/8 48/13 50/4 51/17 56/20 57/9 58/23 59/18 62/12 63/25 64/1 66/3 66/6 67/11 67/16 67/19 68/4 68/19 69/10 69/22 72/1 72/11 72/12 73/5 74/10 77/6 81/21 84/21 85/20 89/9 89/20 89/25 91/20 92/3 94/7 96/8 97/22 98/10 98/10 98/12 98/19 98/21 99/19 99/20 99/22 99/25 100/15 100/25 101/2 101/7 101/7 101/16 102/6 102/7 104/19 104/20 105/3 105/17 108/17 108/20 109/16 109/25 112/19 112/24 116/14 117/6 120/6 121/12 123/15 124/6 124/9 124/9 125/13 125/18 126/6 126/10 127/12 127/14 127/15 127/19 128/9 128/25 129/7 130/21
do you [3] 14/25 74/10 96/8
do you have [1] 72/11

doctor [1] 114/13
document [8] 35/18 37/5 40/16 44/16 48/17 49/2 56/25 57/5
documentation [1] 119/17
documents [1] 90/3
does [39] 8/14 13/23 19/20 28/23 37/4 43/1 43/10 43/11 44/3 44/11 46/14 46/15 52/10 56/10 56/14 57/10 62/5 62/5 67/17 68/12 70/4 72/22 73/5 80/17 91/20 93/14 99/25 103/7 108/14 108/17 112/20 114/9 114/11 116/10 118/24 120/9 128/15 129/20 129/23
doesn't [29] 11/11 11/11 13/9 16/6 18/4 19/11 24/7 24/12 24/13 28/25 29/8 34/12 41/25 50/1 55/11 56/17 60/16 62/9 71/12 71/14 77/19 82/5 82/18 91/23 95/7 98/7 103/19 115/17 121/14
dog [1] 81/3
doing [5] 27/23 34/18 65/2 95/4 98/6
don't [87] 7/14 8/22 9/3 10/7 10/8 10/13 10/14 10/18 11/9 14/5 15/18 16/2 18/25 21/15 24/8 24/8 24/15 28/8 29/16 32/6 33/24 34/11 34/16 35/9 35/13 37/7 37/12 37/14 37/19 37/23 38/3 39/4 39/6 40/5 40/24 42/15 43/24 44/9 47/14 47/16 51/16 51/18 51/20 51/24 57/7 61/16 62/16 63/5 64/8 66/8 67/8 69/9 76/4 79/20 81/10 82/10 83/16 85/9 86/16 92/1 93/8 96/12 96/19 98/25 100/14 101/8 101/14 101/25 104/5 104/6 104/13 105/9 105/14 108/7 108/14 108/15 109/16 112/23 117/15 118/5 121/7 124/15 126/6 126/7 128/1 131/5 131/21
done [5] 47/23 50/12 61/20 118/22 130/9
door [4] 75/3 75/16 75/19 78/13
doors [8] 70/25 71/2 71/4 74/24 75/7 75/10 75/13 75/16
doubt [8] 15/18 21/15 43/24 51/18 54/1 54/2 54/9 64/3
Douyon [1] 8/5
down [13] 6/10 8/19

Defendant Meggs [1] 5/17
defendant's [3] 13/8 73/25 115/20
defendants [33] 1/7 6/2 6/4 6/6 10/18 12/2 14/9 17/10 24/11 24/13 32/23 34/15 38/12 40/10 40/10 40/19 46/16 46/18 49/13 54/1 64/22 69/20 83/13 85/7 86/17 90/19 92/10 93/5 109/11 111/17 115/16 129/17 132/1
DEFENDER [1] 3/8
defense [52] 6/19 9/12 9/17 12/18 13/3 13/5 16/2 17/21 19/24 20/25 25/13 34/19 39/4 65/14 65/15 67/5 67/6 68/10 68/13 69/23 69/24 70/3 70/20 70/21 74/11 75/20 76/18 79/21 82/8 82/14 82/19 82/21 83/1 83/8 85/4 86/24 89/13 89/17 90/20 95/3 97/20 98/25 100/12 112/20 115/9 118/4 120/15 123/6 123/13 123/22 125/7 128/22
Defense's [1] 13/8
defenses [5] 67/2 69/20 70/23 82/3 82/4
defensive [1] 112/17
defer [3] 58/25 59/7 61/6
definitely [1] 91/6
degree [1] 111/11
delay [1] 79/8
delaying [1] 99/2
delivered [1] 81/21
demonstrates [1] 117/9
demonstration [6] 73/17 73/19 73/22 73/24 74/4 74/9
Department [1] 77/2
depend [1] 89/22
dependent [1] 112/20
Depending [1] 44/8
described [2] 100/10 104/14
designed [1] 82/14
desire [2] 45/4 86/6
despite [2] 47/11 58/16
destroy [1] 74/16
destruction [5] 74/14 74/15 74/20 74/22

disclosure [3] 86/6

**D**

**down... [11]** 24/7 24/24 26/23 46/7 46/24 53/9 56/9 58/24 84/25 94/24 128/6

**dozen [1]** 86/13

**dozens [1]** 49/18

**Dr. [4]** 111/23 111/24 112/4 115/7

**Dr. Jackson [3]** 111/23 112/4 115/7

**Dr. Jackson's [1]** 111/24

**drafted [2]** 49/7 49/7

**draw [1]** 103/2

**drive [3]** 2/22 24/3 25/24

**driveby [1]** 67/25

**dropped [2]** 20/15 20/15

**drug [1]** 100/14

**drugs [1]** 33/19

**due [3]** 45/9 125/3 125/3

**during [13]** 11/25 35/25 36/23 37/22 38/25 42/22 45/3 45/5 91/15 108/3 108/4 112/21 128/17

**E**

**Each [1]** 8/17

**eager [4]** 60/18 62/6 62/18 65/13

**earlier [11]** 26/9 33/22 37/11 49/8 54/24 85/6 85/12 85/18 86/5 121/6 123/13

**earliest [1]** 94/14

**early [6]** 53/1 53/2 61/20 71/6 94/12 127/12

**earshot [1]** 79/18

**earth [1]** 81/22

**easier [1]** 127/15

**east [7]** 75/24 76/22 76/25 77/4 78/13 85/25 85/25

**Eastern [1]** 127/19

**easy [1]** 116/8

**ECF [9]** 10/10 26/14 26/23 41/5 66/25 83/9 107/18 115/25 116/3

**edits [1]** 6/21

**Edmund [1]** 2/11

**educate [1]** 48/6

**educates [1]** 48/6

**educational [1]** 46/19

**Edward [3]** 4/2 5/11 5/12

**Edwards [13]** 12/25 15/17 26/6 30/24 32/1 39/3 39/10 40/24 50/17 54/7 57/23 59/2 61/1

**effect [2]** 12/5 12/6 17/15 77/9 102/4 102/11 108/9

**efficacy [2]** 48/2 130/9

**efforts [3]** 47/9 57/15 86/9

**either [16]** 12/16 12/21 19/18 20/14 24/16 25/3 29/7 32/25 34/23 39/11 70/17 82/2 82/20 83/6 87/20 116/17

**EI [1]** 113/19

**El Salvador [1]** 113/19

**elapses [1]** 31/6

**Elect [5]** 41/24 42/5 42/24 44/21 45/8

**election [24]** 40/22 44/7 44/14 44/25 45/5 45/7 45/10 46/23 47/7 47/9 47/11 47/12 47/19 47/20 49/15 50/7 50/8 52/25 53/13 54/2 54/10 55/18 55/19 116/19

**election-official [1]** 47/7

**electoral [14]** 44/11 50/8 72/25 81/19

**element [4]** 95/24 95/25 111/16 111/18

**elements [1]** 115/5

**eligible [1]** 106/14

**eliminate [1]** 108/12

**Ellipse [1]** 98/4

**ELMER [3]** 1/6 2/2 5/7

**else [7]** 9/5 38/12 43/22 62/14 108/23 109/17 130/19

**elsewhere [1]** 32/25

**email [13]** 1/17 1/18 2/5 2/9 2/14 2/19 2/23 3/5 3/11 3/15 3/20 4/5 57/17

**emphasized [1]** 61/10

**Empire [3]** 2/8 3/4 3/18

**employ [1]** 103/18

**empty [1]** 132/2

**enabled [2]** 101/7 102/6

**encouraged [1]** 84/18

**end [8]** 52/22 58/17 58/18 66/11 66/17 104/7 107/14 124/14

**ends [1]** 78/3

**enforcement [7]** 68/18 74/8 79/6 83/22 84/14 113/21 114/1

**engage [3]** 54/11 54/15 97/15

**engaged [3]** 46/3 47/8 97/15

**engaging [1]** 96/16

**enough [5]** 34/1 34/2 93/2 111/16 114/4

**ensure [2]** 115/8 115/10

**entail [1]** 103/23

**entailing [1]** 115/11

**enter [1]** 78/22

**entered [5]** 74/19 74/24 75/1 80/22 121/21

**enterprise [2]** 113/7 114/2

**enters [1]** 81/11

**entertain [3]** 88/17 88/19 89/8

**enthusiast [4]** 58/25 59/4 59/6 63/23

**entire [2]** 27/24 76/18

**entirely [2]** 27/2 117/24

**entirety [1]** 116/18

**entrapment [25]** 67/2 67/19 68/16 68/22 69/5 69/7 69/9 69/16 69/21 70/3 70/6 70/19 70/23 72/22 73/5 73/6 73/7 73/14 75/21 75/21 76/17 82/7 82/13 82/18 83/4

**entrapped [1]** 77/19

**entry [1]** 75/20

**Epstein's [1]** 50/24

**equation [1]** 62/10

**equitable [1]** 68/17

**escorted [1]** 80/3

**especially [5]** 24/10 62/24 88/17 99/4 101/11

**espouse [1]** 115/18

**essentially [6]** 21/19 41/21 67/4 74/7 86/14 95/6

**establish [15]** 14/19 16/14 33/13 56/1 72/22 82/20 83/22 105/13 109/7 109/20 111/16 111/18 119/2 121/7 123/2

**established [4]** 15/19 35/3 39/8 118/3

**establishing [1]** 14/11

**estimation [1]** 124/7

**estoppel [26]** 67/2 67/19 67/20 68/16 68/23 69/6 69/7 69/9 69/16 69/21 70/3 70/4 70/19 70/23 72/23 73/5 73/6 73/14 75/21 75/21 76/18 77/19 82/8 82/13 82/19 83/4

**et [10]** 1/6 34/11 47/22 47/22 53/10 86/16 104/18 104/18 108/11 108/11

**et cetera [9]** 34/11 47/22 47/22 53/10 86/16 104/18 104/18 108/11 108/11

**evaluates [1]** 86/7

**eve [2]** 119/23 120/1

**even [28]** 17/23 21/20 22/7 24/9 25/24 28/8 33/3 44/1 49/4 49/6 50/9 50/11 52/5 55/24 56/20 61/17 61/24 61/24 64/24 71/2 82/5 82/5 85/23 88/17 100/9 101/2 106/2 110/9

**entering [1]** everlasting [1]

**event [5]** 76/20 80/1 84/6 84/7 108/17

**events [3]** 84/16 85/1 101/12

**ever [1]** 9/17

**every [8]** 34/16 34/17 34/17 50/19 54/1 97/2 103/17 115/18

**everybody [11]** 6/8 6/17 7/18 10/2 49/14 49/15 54/10 66/14 125/5 127/15 131/25

**everyone [5]** 5/4 14/20 66/18 66/22 132/4

**everything [4]** 12/21 84/8 87/13 125/22

**everywhere [1]** 102/19

**evidence [130]** 10/22 10/23 11/6 11/12 11/15 13/6 13/20 13/24 14/25 15/2 15/4 15/20 16/4 16/8 16/21 16/23 17/12 17/14 18/5 18/11 19/19 20/8 21/9 21/13 22/2 22/23 24/20 25/1 25/2 25/3 25/3 28/23 29/24 30/12 31/15 31/20 32/3 32/6 32/16 32/17 32/19 33/4 33/8 33/13 33/25 34/7 34/7 35/5 35/7 35/9 35/13 36/5 37/4 37/16 38/10 38/16 39/10 39/16 39/20 39/25 42/8 42/21 44/23 45/25 46/14 46/15 49/11 49/19 51/7 51/10 53/14 53/21 54/4 54/14 54/19 54/20 54/23 54/25 55/16 56/1 56/5 57/8 57/11 59/20 59/23 60/1 60/12 60/19 64/14 65/8 65/17 66/4 66/6 66/10 66/10 69/24 71/4 71/5 71/7 72/24 73/2 73/3 74/25 78/24 79/12 79/15 80/19 83/10 83/15 83/23 85/8 89/5 92/2 93/6 93/11 94/19 94/20 95/2 95/14 96/7 97/13 98/15 106/20 107/4 108/23 108/24 112/7 113/22 118/6

**evidenced [2]** 42/4 112/15

**evidentiary [2]** 83/3 120/3

**ex [1]** 132/5

**exact [3]** 11/17 17/4 18/13

**exactly [9]** 24/3 52/2 63/2 87/3 97/24 119/13 119/14 119/22 120/25

**exam [1]** 34/3

**examination [5]** 107/17 109/25 110/23 111/4 111/12

**examine [3]** 107/21 110/19 111/7

**examined [1]** 111/13

**example [17]** 7/10 33/12 36/11 36/18 37/10 37/14 39/8 39/24 47/14 47/17 55/18 64/23 69/11 71/19 74/15 78/11 114/24

**examples [3]** 46/25 91/6 91/13

**except [4]** 10/19 23/18 65/21 83/12

**exception [6]** 61/15 116/13 121/8 121/17

**exceptions [1]** 92/12

**excessive [1]** 101/2

**exchange [1]** 78/13

**exclude [4]** 40/6 57/12 64/13 90/25

**exclusion [1]** 128/22

**exclusive [1]** 17/24

**exculpatory [1]** 108/25

**excuse [4]** 19/21 83/9 83/18 88/16

**executes [1]** 12/9

**executing [1]** 59/19

**execution [2]** 44/6 103/16

**exhibit [3]** 117/9 117/17 131/16

**exhibits [6]** 9/14 9/16 9/18 9/19 9/20 9/21

**exists [1]** 120/3

**exit [3]** 72/6 72/8 80/2

**expect [2]** 14/25 118/16

**expectation [2]** 80/14 120/12

**experience [4]** 19/13 31/9 32/22 109/6

**expert [28]** 76/15 86/6 86/13 87/18 87/22 96/11 104/11 111/22 111/25 112/12 113/3 113/6 113/14 113/22 113/24 114/9 114/14 114/18 114/23 119/21 119/21 120/18 123/7 123/11 123/14 124/8 124/11 124/12

**expert's [2]** 114/8 115/20

**expertise [4]** 19/14 61/5 113/21 114/12

**experts [6]** 87/13 87/18 87/24 113/4 114/1 124/9

**explain [3]** 56/16 56/17 99/16

**explained [2]** 29/22 100/3

**explaining [1]** 102/25

**explains [2]** 62/21 73/10

**explanation [1]** 82/7

**explosive [9]** 23/20 23/21 23/21 108/2

**E**

explosive... [5] 108/11
108/15 109/16 110/5
110/14
explosives [38] 12/5
13/4 13/4 13/6 13/11
13/14 13/16 15/15
15/23 16/25 17/1 17/5
17/22 18/6 18/9 18/12
18/20 19/17 20/15
20/22 21/14 22/6 23/11
23/13 23/15 23/16
23/19 25/7 27/10 27/12
28/5 29/17 32/7 32/8
35/19 38/24 40/1
115/25
extend [1] 9/22
extension [1] 131/14
extent [17] 11/8 16/13
41/1 43/4 56/12 58/20
66/8 67/11 99/13
103/21 110/24 112/5
113/2 115/14 115/21
116/16 122/10
extra [1] 10/3
extraction [1] 120/17
extremely [4] 9/12
24/18 105/6 108/25
extrinsic [4] 16/8 21/6
32/17 107/4
Eye [1] 4/3

**F**

F.3d [2] 33/16 113/20
F.R.D [1] 114/5
face [4] 42/18 65/21
74/7 117/24
Facebook [1] 49/22
facing [1] 19/4
fact [57] 16/1 16/6
16/12 16/14 16/18
16/18 17/4 17/16 17/17
17/23 17/24 18/4 18/4
18/13 18/17 18/19
19/20 20/6 23/16 27/16
29/2 29/8 29/16 31/14
32/8 33/1 33/5 37/21
45/19 46/7 46/21 47/15
48/4 53/19 55/9 58/8
58/13 60/13 62/2 62/22
65/5 65/11 65/21 66/5
70/24 70/25 82/16
84/10 85/3 90/17 92/21
97/10 98/12 98/22
105/18 108/20 117/25
factors [1] 84/11
facts [6] 12/22 18/7
37/8 37/14 70/24 82/3
factual [3] 28/16 70/20
85/19
failed [1] 47/5
failure [1] 24/18
failures [1] 84/1
fair [5] 29/11 65/16
82/23 90/1 93/2
fairly [12] 8/13 56/5
56/14 61/8 65/20 91/8
91/14 91/19 104/5

fairness [1] 108/5
fall [2] 28/25 69/15
falls [1] 67/19
familiar [1] 12/22
family [3] 109/8 121/4
127/18
family's [1] 110/25
fantasy [1] 50/10
far [19] 24/1 30/4 53/24
53/25 56/19 64/1 69/25
70/8 82/5 83/4 83/6
94/19 105/17 107/5
109/15 115/2 116/12
120/24 123/11
fashion [2] 88/25 89/7
fathom [1] 86/9
favor [1] 112/18
FBI [3] 27/5 27/8 63/19
fd.org [1] 3/11
federal [8] 3/8 44/7
44/17 46/11 47/4 47/8
47/11 47/12
federally [1] 64/8
feel [1] 84/8
feeling [1] 84/13
feet [1] 76/23
felt [1] 84/12
ferry [1] 94/23
few [4] 9/17 41/19 77/3
94/10
fight [2] 16/24 106/1
fighting [1] 36/25
figure [3] 7/9 87/21
120/5
file [3] 69/23 125/7
125/13
filed [14] 26/13 67/1
67/4 68/14 76/15 86/4
88/19 90/3 92/11
107/18 111/24 116/1
123/9 125/1
filing [9] 6/14 22/13
27/7 48/20 50/8 50/22
61/10 70/6 123/12
filings [2] 24/2 26/22
filmed [1] 98/5
final [3] 59/10 104/25
126/21
finalizing [1] 7/20
finally [3] 31/19 83/14
117/12
find [10] 8/16 8/20
12/11 41/2 41/9 45/4
66/8 84/15 110/13
128/6
finding [3] 21/10 22/3
98/22
fine [6] 9/25 10/4 52/10
73/4 125/11 130/12
finish [2] 29/1 79/4
firearm [7] 58/3 58/4
60/9 60/18 61/19 64/6
93/25
firearms [20] 12/11
17/10 25/17 25/18
37/20 37/21 37/22
38/24 58/2 58/7 58/15

60/15 60/22 60/24 61/5
63/3 63/24
firm [1] 32/6
firmer [1] 19/5
first [29] 7/2 11/13 18/7
20/6 21/4 25/12 27/1
28/4 48/13 49/10 52/17
52/23 60/11 61/5 61/14
62/11 63/15 70/12
70/18 75/4 75/4 75/15
93/9 95/1 100/21
101/23 102/14 112/1
116/5
Fischer [38] 2/6 2/7 3/2
3/3 3/17 3/17 5/19 5/21
5/25 9/7 10/1 21/2
40/25 43/4 48/10 49/4
51/15 54/6 58/23 59/1
59/4 61/3 62/1 64/17
65/9 93/8 94/5 96/6
96/22 97/1 97/17
99/12 100/13 100/17
103/12 104/10 105/9
107/2
Fischer's [7] 27/10
54/18 58/14 59/17
60/12 97/18 104/2
fischerandputzi [3]
2/10 3/6 3/20
fit [2] 36/25 50/20
fits [2] 24/3 64/19
five [3] 10/14 37/11
103/6
FL [1] 3/14
flag [2] 131/6 131/11
flexible [1] 86/23
floated [1] 95/22
Florida [10] 11/21
12/14 16/22 17/21
20/18 20/20 23/3 23/5
24/13 24/14
flow [1] 7/22
fluid [1] 7/17
focus [1] 48/1
focused [1] 48/4
folks [1] 94/7
follow [1] 130/23
following [7] 22/15
23/10 43/25 53/17 62/7
108/13 125/9
follows [1] 55/7 65/5
65/12
footnote [1] 105/5
force [17] 14/12 25/25
26/2 33/7 33/7 41/22
60/21 60/22 64/2 95/24
95/25 95/25 96/2
103/16 103/18 103/19
103/22
forceful [1] 103/23
forcible [2] 75/20 96/5
forcibly [2] 74/19
74/24
forefront [1] 90/11
foregoing [1] 147/3
forever [1] 33/16
forgive [4] 7/25 18/22

formally [1] 106/4
former [3] 19/8 32/22
61/12
FormerFeds [1] 2/21
formerfedsgroup.com
[1] 2/24
forth [2] 17/13 126/23
forward [6] 10/2 70/23
78/2 79/21 84/22 85/1
found [26] 8/23 13/6
13/14 16/6 16/7 16/18
17/22 23/5 32/5 32/7
35/23 35/23 35/25 36/2
36/9 36/11 36/12 36/15
36/17 36/20 36/21
39/16 40/13 63/19 99/8
110/5
foundation [1] 68/12
four [4] 65/11 100/19
102/16 117/17
Fourth [1] 1/16
frame [1] 21/6
frankly [7] 56/15 57/6
83/2 87/6 100/7 100/12
112/25
fraud [4] 45/11 46/22
46/25 121/8
fraudulent [3] 44/25
45/5 45/10
fraudulently [3] 42/6
42/24 44/22
Friday [1] 127/8
friend [2] 102/22
102/22
front [9] 41/11 46/1
74/4 75/16 78/2 81/4
89/15 99/23 108/12
fruition [1] 103/20
full [3] 82/6 115/9
120/15
full-throated [1] 82/6
fully [2] 8/13 58/18
Fulton [1] 48/16
functioning [1] 58/19
fundamentals [1]
113/11
further [11] 35/4 47/6
50/12 50/13 57/23 71/5
71/7 73/19 103/8 126/7
126/7
furtherance [7] 44/3
45/14 55/22 116/23
117/5 121/9 121/11

**G**

game [1] 29/12
gangs [1] 113/5
gap [1] 18/16
gas [1] 23/20
gather [3] 6/18 19/23
40/2
gave [1] 73/16
gear [1] 36/4
general [6] 10/20 10/23
23/23 45/7 56/13 114/8
generally [2] 121/1
122/6

genuinely [1] 67/4
Georgia [7] 40/22
44/10 47/12 50/6 50/7
50/8 50/14
get [45] 7/18 12/23
14/19 15/21 19/5 20/1
20/2 22/9 24/5 24/6
53/9 54/11 57/19 58/10
59/12 60/19 62/8 62/18
65/22 65/24 65/24
66/16 72/9 77/1 77/6
77/7 84/25 92/5 96/21
103/7 103/20 104/1
104/3 107/14 108/8
115/6 121/8 124/23
125/8 125/13 125/23
126/11 126/24 129/2
131/12
gets [4] 32/17 40/5
66/11 125/14
getting [7] 36/24 65/23
82/22 101/15 110/3
116/6 130/9
Geyer [21] 2/20 5/18
67/17 70/12 76/9 77/13
78/23 79/3 80/18 82/1
82/9 83/18 85/5 86/3
87/2 87/17 107/20
108/13 109/24 110/21
123/9
Geyer's [2] 88/14
123/12
gist [2] 90/23 93/10
give [6] 32/18 43/2
65/17 66/13 82/6 82/18
given [11] 8/23 11/3
11/3 14/14 32/21 40/7
40/10 66/5 83/3 84/22
112/23
gives [1] 63/16
giving [2] 6/23 90/9
gladly [1] 49/14
glass [1] 8/14
Glen [3] 2/8 3/4 3/19
gmail.com [1] 2/5
go [29] 6/21 24/14
51/24 59/2 63/3 64/3
64/8 70/10 71/6 71/11
71/12 71/14 71/14
75/14 75/18 78/2 80/2
84/24 85/1 85/18 86/22
88/10 91/23 91/25
94/25 98/7 112/16
126/24 128/17
Go ahead [2] 59/2
88/10
goals [1] 54/16
goes [14] 29/18 34/6
42/9 42/14 64/6 66/1
66/4 72/18 83/4 84/8
85/10 91/22 95/17
101/10
going [105] 7/13 7/14
7/25 8/1 8/21 9/20 9/22
19/25 24/5 29/18 39/5
40/6 42/16 46/21 52/20
54/1 54/4 55/20 56/8
56/18 57/6 57/12 57/12

Case 1:22-cr-00015-APM Document 298 Filed 09/08/23 Page 156 of 170

**G**

going... [82] 61/11
61/13 61/25 62/21
62/25 64/1 66/13 66/23
67/6 67/22 67/22 68/11
68/15 70/1 70/11 71/25
77/6 77/13 77/15 77/25
79/18 80/19 82/4 82/7
82/9 83/6 85/14 85/16
85/19 85/20 86/14 87/2
87/9 89/16 89/22 91/4
93/17 93/23 94/20
94/23 94/24 94/25 95/2
95/8 95/11 97/12 97/14
98/20 98/23 99/2 99/2
99/24 100/5 101/4
101/9 101/20 101/21
102/4 102/17 102/20
102/21 103/8 104/6
104/7 104/11 104/18
107/3 110/13 110/19
111/12 112/3 115/7
115/8 115/21 121/13
123/19 124/23 126/15
126/24 127/2 127/10
130/13
gone [3] 78/5 89/11
126/13
good [10] 5/5 6/9 9/8
48/8 75/9 76/10 76/11
78/6 112/8 112/10
Gorda [1] 3/14
got [17] 19/12 29/1
30/3 32/18 37/6 43/3
72/13 73/2 74/25 79/3
80/1 82/6 85/3 110/21
122/12 130/18 131/20
gotten [1] 123/7
government [122] 1/14
5/14 8/12 9/10 9/24
11/15 11/23 12/9 12/19
13/9 13/23 14/2 16/13
17/3 21/14 23/2 23/3
29/21 31/15 31/21 34/7
35/13 37/2 37/4 37/12
37/17 38/9 38/23 39/6
39/8 40/5 41/20 41/20
41/25 42/16 43/1 43/10
43/20 44/7 44/12 44/17
46/12 47/4 47/8 47/8
48/20 49/12 49/19 50/1
50/10 50/19 51/2 51/16
53/8 53/10 54/3 54/19
55/3 59/5 59/15 59/23
60/2 62/20 63/8 63/11
64/2 64/2 65/7 67/1
69/8 69/17 69/20 71/1
76/13 83/9 83/20 85/9
88/15 89/23 90/4 90/25
92/12 93/9 93/15 94/15
95/21 95/22 96/11
96/25 97/12 105/18
107/22 107/25 111/3
111/7 112/3 112/5
112/9 113/3 114/18
114/25 115/6 116/6
116/15 116/21 118/14
118/16 118/21 118/24

122/1 122/10 123/2
123/12 123/16 124/10
126/14 126/17 127/24
132/1
government's [46]
9/20 10/10 13/15 15/12
19/16 20/13 23/10
23/15 24/9 25/20 27/2
38/21 41/3 41/4 43/14
43/19 44/1 44/19 47/16
48/5 49/6 50/2 51/1
58/8 58/16 69/19 72/24
83/24 85/23 86/19
89/17 90/1 93/12 93/20
93/22 94/10 95/5 98/11
103/14 106/12 107/16
113/14 113/22 117/18
118/5 122/22
Governor [3] 2/7 3/3
3/18
grab [1] 20/1
grade [2] 31/7 33/1
grand [1] 99/8
grant [3] 40/6 57/12
82/25
granted [1] 111/21
great [2] 76/23 126/19
greater [1] 92/18
grenades [19] 12/12
18/8 18/20 22/6 27/9
27/10 27/12 28/5 28/16
29/1 29/5 29/10 31/7
31/7 31/10 31/14 31/22
33/2 39/16
gross [1] 110/11
ground [1] 111/18
grounds [6] 40/7 40/7
97/6 109/12 110/25
111/17
group [9] 25/10 82/11
105/25 113/1 114/7
114/11 114/13 114/22
114/25
group's [1] 114/2
groups [3] 7/16 78/2
114/8
guess [15] 23/6 28/17
39/22 43/25 49/5 52/9
57/16 68/8 90/6 107/2
107/2 107/9 111/20
112/1 116/4
guide [1] 9/20
guilty [1] 81/8
gun [16] 14/18 33/11
33/17 33/22 57/15
57/20 57/20 58/25
60/12 63/1 63/15 63/15
63/16 63/23 64/3 65/6
guns [1] 33/19
guy [2] 72/15 80/15
guys [1] 30/8

**H**

Hackett [4] 3/7 5/10
5/23 6/6
had [61] 6/6 8/3 9/17
14/22 15/10 17/17

25/16 27/8 28/16 29/23
31/23 34/4 39/18 39/24
40/19 50/12 50/14
51/11 52/22 54/15
54/16 55/15 62/12
63/24 64/22 64/23 65/6
65/8 73/21 74/5 76/21
77/9 77/19 77/25 78/6
82/11 88/18 94/10
100/15 100/16 102/4
102/10 102/21 102/22
102/23 103/6 108/10
109/18 109/20 111/3
116/25 117/18 120/12
123/20 125/22 126/18
128/13
hadn't [2] 8/17 61/24
hairy [3] 58/10 59/12
65/22
half [4] 66/13 97/4
98/16 99/18
halim [3] 3/7 3/11 5/23
Haller [2] 2/15 2/16
5/16 26/12 30/22 67/24
70/14 82/1 83/18 88/13
125/1 125/12
Haller's [1] 31/1
hallerjulia [1] 2/19
hand [1] 22/17
handful [1] 96/13
handwriting [1] 51/19
hang [4] 26/11 79/7
80/7 111/5
happen [5] 7/8 82/12
85/16 91/16 110/18
happened [6] 11/2
43/16 48/22 63/2 80/21
87/4
happening [1] 96/12
happens [4] 11/20
73/12 75/11 106/22
happenstance [1]
11/19
happy [12] 12/20 12/23
19/5 31/25 54/25 79/14
79/15 84/3 92/19 116/4
126/25 127/12
hard [6] 10/2 35/1
56/15 56/17 104/17
104/19
harming [1] 47/21
Harrelson [25] 2/20 5/9
5/18 6/2 67/3 77/13
77/15 77/22 79/14
79/17 80/5 80/10 81/15
83/18 107/19 123/8
124/17 125/17 125/21
130/2 130/3 130/23
131/22 131/23 131/24
has [86] 8/18 11/21
12/5 14/14 16/3 16/25
19/8 20/21 23/13 25/13
27/25 30/5 31/15 31/24
32/13 33/15 35/2 39/6
39/8 39/10 41/20 43/3
44/20 45/2 46/21 49/12
50/4 51/1 52/7 53/7

56/20 57/3 58/17 59/4
59/19 62/13 66/7 67/4
69/10 78/9 81/7 89/11
89/17 90/17 93/16
95/22 95/23 96/1 97/11
97/21 99/8 100/9
100/12 104/14 105/19
107/8 107/10 108/20
109/16 109/25 111/24
112/3 112/25 113/1
113/23 115/19 116/22
117/6 117/20 117/22
119/11 120/15 123/11
123/20 123/23 123/25
124/1 124/2 124/10
124/11 124/18 125/17
hasn't [3] 30/6 83/2
118/14
have [144] 6/6 6/10 7/1
7/10 7/14 7/16 7/25
8/22 9/13 9/17 9/21
9/23 11/21 13/24 14/5
15/18 16/23 17/8 17/22
18/2 18/5 18/11 18/22
19/11 21/25 22/9 22/10
22/12 22/16 22/19
27/15 30/9 31/11 32/6
34/14 37/20 38/16 40/3
41/10 42/4 43/1 43/2
43/7 43/11 44/23 45/1
47/21 50/18 50/23
50/23 51/24 52/3 52/22
52/22 53/1 53/3 53/14
53/18 54/2 55/15 57/1
57/2 57/14 58/23 59/5
61/17 63/1 63/2 63/10
63/10 64/8 66/3 67/11
68/4 70/15 72/11 73/5
74/8 76/18 77/6 77/19
77/19 78/5 78/15 79/6
81/4 82/6 82/11 82/16
84/13 84/18 85/19 87/9
87/13 87/18 90/3 90/19
91/20 92/11 92/11
92/22 93/4 94/15 95/14
98/24 99/19 100/25
101/18 102/1 102/18
103/3 103/5 103/19
104/16 106/2 106/7
108/17 110/3 113/9
113/25 114/11 114/23
115/7 115/15 116/24
118/2 118/24 119/17
120/10 121/7 122/8
122/9 124/15 125/16
126/16 127/10 127/11
128/16 129/20 129/23
129/23 130/21 131/5
131/21
haven't [7] 8/3 9/19
70/17 83/2 109/24
118/22 124/18
having [10] 20/3 21/13
22/6 22/15 25/8 28/22
57/18 64/7 77/16 128/2
he [192]
he said [4] 72/11 72/12

he'd [1] 104/4
he's [59] 8/21 11/18
11/20 11/21 12/15
12/16 12/17 18/13
19/12 19/25 24/12 45/2
45/4 45/20 46/23 46/24
48/5 53/7 57/17 58/6
58/9 58/10 58/17 58/18
60/18 60/19 60/23 62/7
63/3 65/12 67/6 69/11
71/20 71/21 71/23
72/14 72/17 80/15
91/24 93/19 94/2 94/24
95/10 95/11 97/13
100/8 100/9 104/7
104/13 104/17 104/18
105/13 106/19 109/2
118/15 118/15 126/12
126/13 128/2
head [2] 58/24 102/9
123/24
health [5] 97/1 98/23
99/15 104/22 105/5
hear [14] 12/20 39/4
48/9 78/25 82/10 82/21
84/3 85/9 89/23 92/20
92/23 95/12 116/4
126/7
heard [12] 57/23 77/14
77/19 78/24 82/5 83/2
85/8 85/13 101/24
102/2 102/13 124/21
hearing [11] 1/9 6/10
8/24 15/13 21/21 35/10
35/12 55/2 89/1 112/15
125/9
hearings [1] 91/15
hearsay [3] 16/16
16/16 92/12
heavily [3] 95/9 95/13
101/13
heavy [1] 94/23
held [6] 33/19 73/19
73/22 111/15 113/23
123/4
help [9] 38/19 71/23
72/6 81/6 81/23 85/2
97/9 107/20 112/18
helped [1] 72/10
helpful [5] 22/18 41/10
43/20 114/15 122/11
helping [4] 42/5 42/6
42/24 44/21
her [16] 8/18 27/8
28/22 28/22 29/9 29/12
35/8 36/2 36/9 36/10
36/13 36/20 36/23
37/11 38/24 123/20
here [57] 6/18 6/24 8/2
13/5 14/6 15/13 16/13
20/11 20/19 20/21 26/8
27/15 28/3 29/19 31/2
32/7 32/22 34/12 34/25
35/7 36/22 38/8 38/21
38/23 39/20 43/21
44/16 44/19 44/21 45/5
45/8 45/10 46/18 47/3

here... [23]  48/5 55/20
56/9 57/1 57/5 57/10
58/2 58/8 58/15 58/16
59/10 60/16 62/10
62/21 97/1 101/21
105/13 107/13 111/12
121/17 126/13 130/11
130/12
here's [2]  97/8 103/13
hey [2]  62/17 69/7
Hi [2]  9/7 112/10
hide [1]  61/23
hierarchy [1]  114/3
high [5]  40/8 40/9
57/10 100/8 101/20
highly [4]  53/5 56/24
56/25 84/5
Highway [3]  2/7 3/3
3/18
Hill [1]  94/23
him [34]  8/20 19/12
20/12 27/7 29/7 29/11
57/19 59/7 71/10 72/10
74/6 77/24 78/2 78/17
78/20 78/25 81/12
81/12 81/13 91/3 92/6
92/19 95/13 99/9 101/7
102/4 102/6 104/17
105/24 106/18 112/6
112/18 115/11 118/12
himself [5]  60/14 60/15
97/6 98/5 121/2
his [83]  8/18 8/20
12/12 14/18 14/20
14/22 15/10 15/25
16/25 17/25 20/1 23/7
23/14 25/9 27/7 28/11
28/24 32/22 32/23 35/2
42/14 45/3 45/15 45/16
46/14 48/2 48/3 48/7
53/9 53/10 53/17 54/15
55/4 55/20 56/18 56/22
57/17 58/3 58/24 59/8
59/24 59/24 62/11 63/3
72/18 72/19 80/13 81/3
81/12 81/13 91/22
91/23 92/1 93/25 95/7
95/14 95/16 96/14
96/14 97/8 98/13 99/7
100/16 100/25 101/5
101/5 101/6 101/9
102/5 103/3 103/8
104/12 104/16 105/14
106/19 109/8 110/25
115/8 115/11 115/14
124/21 128/1 129/12
history [4]  113/10
113/15 114/3 114/18
hold [2]  67/24 96/19
holder [1]  123/2
holds [1]  107/9
holiday [1]  7/3
home [6]  28/11 28/12
28/15 58/23 71/6 97/25
homemade [1]  35/12
Honor [146]  5/5 8/10
9/1 9/8 9/9 10/5 12/24

18/8 18/23 20/5 21/3
21/25 22/16 22/24 23/1
23/18 24/1 24/8 24/22
25/12 26/5 26/7 26/13
28/9 30/2 30/15 30/25
31/13 31/19 31/24
35/15 36/15 38/2 38/14
39/2 41/8 41/16 41/17
42/8 43/14 44/15 45/18
46/17 47/25 48/11
48/22 49/10 50/6 50/17
51/9 52/2 52/17 53/3
53/11 53/24 54/5 54/8
57/25 58/1 60/5 60/11
61/9 62/19 63/6 63/7
63/13 64/4 64/10 64/12
64/16 67/7 67/13 67/15
67/23 68/2 68/6 68/14
70/5 70/9 70/11 70/22
71/15 72/3 76/10 79/9
82/23 84/5 87/6 87/12
88/1 88/2 88/7 88/11
90/7 90/22 94/2 94/9
95/1 95/6 95/16 95/23
96/10 96/23 96/24
100/18 101/8 101/23
101/25 102/8 102/13
104/21 105/16 105/17
106/6 106/17 106/24
107/6 112/8 117/13
118/20 119/5 120/7
120/9 121/6 121/9
122/3 122/15 124/1
124/20 125/6 126/2
127/17 127/24 127/25
128/15 129/5 129/9
129/12 130/4 130/6
131/13 131/18
Honor's [3]  13/7 13/19
45/6
HONORABLE [3]  1/9
5/3 66/19
hop [1]  47/6
hope [1]  85/23
hoped [1]  125/22
hopeful [1]  128/18
hopefully [4]  85/22
107/15 128/7 129/13
hoping [2]  62/8 130/15
hotel [11]  14/13 14/22
20/16 40/20 45/23 60/6
60/9 60/10 60/21 63/13
98/1
hotmail.com [3]  2/10
3/6 3/20
hour [4]  66/13 78/1
96/20 109/8
hours [4]  9/12 62/16
62/16 63/1
house [13]  15/11 17/13
17/23 18/3 23/6 23/7
37/11 42/7 44/22 45/9
53/9 53/15 77/5
how [46]  7/21 14/8
17/6 19/19 20/9 24/3
31/5 31/14 35/12 35/19
39/23 40/1 44/2 44/3

68/10 68/12 69/17
72/17 72/22 75/23 76/9
79/20 82/7 82/10 84/1
86/16 92/23 93/25 96/8
98/19 99/25 100/7
102/25 103/2 115/4
119/23 122/20 123/4
127/22 129/16 129/22
130/2
However [2]  16/10
103/21
Hughes [3]  1/15 112/9
112/10
hundreds [4]  9/18 9/19
20/17 86/25
hunt [3]  80/3 84/24
94/24
hurdle [2]  22/10 24/19
hypo [1]  16/24
hypothetical [3]  14/7
32/4 47/3
hypothetically [2]  46/5
46/13

I

I also [2]  6/17 106/17
I am [6]  55/7 58/25
86/4 103/11 124/3
125/21
I apologize [1]  128/2
I assume [1]  12/17
I believe [22]  9/13 9/14
9/24 12/10 12/16 21/15
25/20 40/23 49/13
56/25 67/5 67/17 78/12
78/18 85/24 94/18
106/6 109/18 121/9
121/22 123/23 129/4
I can [10]  9/11 36/16
41/2 61/7 63/9 68/7
113/12 127/11 127/14
129/13
I can't [5]  23/22 63/8
86/9 89/21 127/20
I couldn't [1]  9/4
I did [2]  35/9 35/11
I didn't [1]  59/7
I didn't know [1]  30/3
I didn't see [1]  10/21
I don't [30]  7/14 10/18
11/9 16/2 21/15 24/8
33/24 37/12 37/14
37/23 38/3 39/4 39/6
40/5 43/24 51/16 51/18
51/20 57/7 61/16 62/16
63/5 85/9 96/19 98/25
101/25 104/5 104/6
108/7 108/14
I don't have [1]  15/18
I guess [13]  23/6 28/17
39/22 43/25 49/5 52/9
68/8 90/6 107/2 107/2
107/9 111/20 112/1
I have [8]  54/2 70/15
102/1 103/5 114/23
115/15 119/17 127/11
I haven't [1]  124/18

I just [8]  26/17 34/11
47/2 86/16 93/8 125/22
131/11 131/13
I know [9]  6/14 10/2
23/2 59/4 63/22 106/11
127/1 127/25 128/2
I mean [39]  10/24 16/2
16/4 37/10 37/19 48/3
49/6 49/17 51/5 52/1
52/3 52/13 52/20 53/7
53/11 53/14 53/25
58/21 62/2 68/8 70/3
73/1 86/12 90/23 93/10
94/4 95/1 95/11 95/24
97/17 102/10 103/13
104/12 109/3 115/16
118/15 120/23 123/20
128/7
I pointed [1]  50/22
I really [2]  87/17 110/2
I say [1]  112/14
I should [4]  7/1 10/16
107/24 130/7
I think [72]  7/8 7/24
9/16 10/13 11/16 11/19
12/8 18/14 19/3 19/23
31/8 32/25 33/23 34/1
35/10 35/11 37/17
39/15 40/15 40/18 41/3
47/5 56/4 56/5 57/2
57/2 57/4 57/6 57/8
57/20 61/9 62/1 62/2
62/13 64/18 65/9 65/19
66/23 67/3 74/19 75/8
83/16 83/19 83/20
87/24 88/13 90/2 91/13
95/20 95/25 96/12
98/20 101/10 103/10
103/12 106/9 106/15
106/18 106/20 107/13
108/4 108/5 108/12
115/3 117/10 117/16
118/20 121/6 121/7
124/14 125/14 127/2
I thought [3]  70/11
99/13 100/15
I understand [7]  11/1
37/7 93/10 94/19 113/7
121/17 130/16
I want [2]  42/12 115/13
I wanted [2]  68/4 89/6
I was [4]  29/11 104/19
125/10 130/15
I will [2]  38/7 63/18
I would [5]  49/11 68/2
76/5 110/10 127/9
I wouldn't [1]  52/5
I'd [18]  40/3 49/20 50/6
63/7 64/13 65/9 82/3
89/20 89/22 94/9 95/8
95/16 115/7 115/19
119/22 126/10 126/10
127/12
I'll [24]  13/2 16/23 35/3
43/2 56/13 58/12 58/25
59/7 66/13 82/21 82/25
85/6 86/3 87/6 96/24

104/10 104/10
105/25 110/22 110/22
120/1 126/5 130/11
I'm [79]  12/20 12/23
19/4 21/17 21/18 21/21
22/14 22/15 24/3 24/14
26/15 27/14 31/24 39/5
40/6 46/6 48/3 49/14
55/8 56/25 57/6 57/12
57/12 62/4 62/6 62/17
67/25 68/1 68/22 68/25
70/5 70/12 75/1 78/25
79/8 79/14 79/15 81/9
82/9 83/6 83/9 84/3
85/14 86/5 90/24 90/25
92/19 100/7 100/8
100/22 101/14 102/24
103/12 106/5 107/3
108/13 109/15 110/19
111/5 111/12 114/19
115/10 116/4 122/20
123/1 123/16 123/24
124/18 124/23 127/10
127/23 128/8 128/18
128/21 129/6 129/11
129/24 130/12 131/23
I'm going [6]  57/6
57/12 57/12 68/15 82/9
123/1
I'm just [1]  22/15
I'm not [13]  24/3 39/5
55/8 70/5 83/6 85/14
86/5 107/3 108/13
111/12 123/1 123/24
128/21
I'm not sure [6]  46/6
48/3 67/25 100/7 106/5
124/18
I'm sorry [9]  21/17
22/14 68/1 79/8 83/9
111/5 127/23 129/6
131/23
I'm sure [2]  49/14
100/22
I've [24]  6/21 8/19
10/10 12/21 25/1 31/6
32/4 32/18 35/8 41/18
43/3 70/16 82/5 83/5
83/19 91/13 101/24
103/6 112/7 120/24
122/12 122/18 126/20
128/13
idea [11]  19/25 27/19
27/24 30/7 30/7 34/4
69/16 74/3 74/23 75/9
102/23
identified [5]  12/16
12/18 14/14 57/3 77/11
identifies [1]  14/22
identify [1]  41/2
identifying [1]  18/15
II [1]  59/25
III [3]  1/6 2/2 5/7
illegal [3]  12/11 38/1
91/18
image [1]  41/3
images [1]  41/2
imagine [1]  23/22

**I**

**immediately [2]** 108/4 129/14

**impact [4]** 11/11 34/14 66/9 89/17

**impart [1]** 113/22

**important [2]** 41/17 81/15

**importantly [1]** 14/21

**impression [1]** 19/2

**imputed [1]** 46/23

**inaction [1]** 76/4

**inactions [1]** 83/21

**inactivity [2]** 83/11 83/25

**inappropriate [1]** 88/24

**Inauguration [2]** 36/25 58/9

**incident [2]** 30/13 71/7

**incidents [1]** 71/16

**inclined [2]** 54/22 103/12

**include [3]** 70/23 70/24 109/11

**included [3]** 15/12 30/9 35/18

**includes [3]** 46/25 104/12 123/12

**including [9]** 15/9 20/22 25/15 36/3 36/6 38/24 59/15 114/2 120/18

**incredibly [1]** 99/9

**independently [1]** 34/21

**indicate [1]** 50/8

**indicated [9]** 22/8 24/2 48/20 50/16 63/11 63/24 94/21 96/10 121/10

**indicating [1]** 49/25

**indication [3]** 25/15 48/18 119/10

**indicted [1]** 99/9

**indictment [16]** 12/17 14/9 14/21 30/17 30/18 30/20 31/2 37/1 41/21 59/13 60/20 67/23 69/13 69/14 69/14 69/14

**individuals [13]** 15/5 42/2 42/23 43/18 44/20 44/24 45/3 45/10 46/9 47/10 52/4 86/25 86/25

**ineligible [1]** 105/20

**inference [2]** 28/2 75/8

**inferences [2]** 29/15 103/2

**inferring [1]** 53/22

**inflaming [2]** 57/5 57/10

**inflammatory [1]** 56/25

**informally [1]** 6/20

**informants [1]** 113/18

**information [9]** 55/10 77/2 78/15 78/21 96/21 106/21 111/15 114/13 131/5

**I** (continued)

**informed [2]** 76/13 76/14

**ingesting [1]** 99/5

**inherently [1]** 37/25

**injection [1]** 100/15

**ink [5]** 41/15 41/15 48/19 48/23 51/20

**inner [2]** 113/23 114/12

**innocuous [2]** 23/25 65/21

**inquiry [1]** 62/17

**ins [1]** 91/16

**inside [9]** 8/3 12/10 71/20 71/21 75/3 75/5 75/6 87/19 109/12

**insight [1]** 58/23

**insignia [1]** 114/2

**insofar [5]** 19/17 34/6 83/1 83/12 83/25

**instance [3]** 58/5 72/21 84/15

**instances [2]** 58/2 72/20

**instead [2]** 63/2 130/6

**instruct [3]** 102/24 122/12 131/8

**instruction [2]** 32/19 104/22

**instructions [5]** 35/7 35/11 35/19 36/23 38/5

**instruments [1]** 36/12

**insular [1]** 114/2

**Insurrection [5]** 89/4 95/18 105/18 106/3 106/9

**intend [4]** 37/4 42/16 82/2 96/8

**intended [2]** 101/19 102/1

**intending [5]** 60/19 70/19 70/22 123/13 124/9

**intent [28]** 21/22 30/5 33/13 33/21 45/16 46/14 47/9 48/3 48/7 50/2 53/18 55/4 55/19 56/4 56/6 56/8 56/11 56/23 56/23 57/8 62/12 76/25 80/13 91/22 91/23 101/17 101/18 120/11

**intention [2]** 25/16 85/24

**intentionality [1]** 52/15

**interchanged [1]** 28/13

**interest [1]** 110/3

**interested [1]** 129/4

**interesting [1]** 73/9

**interestingly [1]** 114/14

**intermingled [1]** 36/18

**internally [1]** 110/8

**interpretation [1]** 51/7

**interpreted [1]** 32/13

**interrupt [2]** 13/22 15/16

**intervening [1]** 80/4

**interview [2]** 27/8 63/18

**I** (continued)

**interviewed [1]** 63/10

**intrinsic [20]** 10/24 13/20 15/23 16/4 16/8 25/1 29/24 30/1 32/3 32/16 42/9 46/7 46/8 47/3 55/8 56/2 57/7 60/23 66/6 112/16

**introduce [15]** 9/18 25/21 37/4 50/3 91/1 93/6 93/11 94/20 94/20 95/2 95/9 95/14 96/9 97/12 99/13

**introduced [1]** 31/20

**introduction [2]** 51/13 69/23

**invite [3]** 78/25 102/20 103/8

**invited [1]** 77/20 79/14

**invocation [1]** 89/3

**invoke [1]** 106/3

**involve [1]** 86/20

**involved [5]** 14/12 47/10 108/24 108/24 116/7

**involves [1]** 114/6

**ipse [1]** 119/21

**irrelevant [2]** 100/2 106/15

**is [487]**

**Is there [1]** 38/10

**isn't [14]** 6/13 6/18 8/5 9/24 24/25 25/2 25/11 25/24 27/19 39/20 56/1 64/11 105/22 106/14

**issue [18]** 9/10 11/13 54/5 55/1 57/14 78/20 93/3 95/17 97/9 104/25 106/16 108/7 112/7 116/5 117/8 126/6 130/21 131/21

**issues [7]** 6/21 32/20 96/14 96/14 98/22 99/10 108/8

**it [277]**

**it happened [1]** 43/16

**it would be [2]** 54/24 69/2

**it's [159]**

**It's in [1]** 67/23

**it's like [1]** 64/5

**items [7]** 12/14 17/18 23/19 25/8 37/24 60/9 64/13

**its [208]** 11/11 20/7 20/14 34/9 40/8 44/10 50/6 54/20 57/8 57/9 59/19 65/17 65/21 66/9 74/7 103/16 112/4 116/18 124/10 124/12 131/2

**itself [9]** 7/9 21/23 22/23 34/1 35/9 40/2 51/19 59/19 103/19

**J**

**Jackson [5]** 111/23 112/3 112/4 112/12 115/7

**Jackson's [1]** 111/24

**J** (continued)

**James [5]** 81/4 81/7 88/9

**January [60]** 11/3 11/24 12/7 13/8 13/17 13/17 16/1 16/19 17/17 17/25 18/3 18/21 18/21 19/12 20/23 23/12 23/17 28/9 29/5 29/10 31/6 31/10 31/12 31/16 32/9 32/24 34/5 36/1 36/4 38/20 39/19 55/11 57/18 57/21 58/13 59/11 59/15 59/16 60/7 60/7 60/8 60/10 60/18 60/25 61/11 61/18 62/12 64/24 65/19 68/11 90/19 91/10 91/12 91/12 95/10 97/5 110/12 110/18 111/9 131/4

**January 6th [24]** 13/8 13/17 17/25 18/21 18/21 23/17 28/9 31/6 31/10 31/12 31/16 58/13 60/7 60/8 60/25 61/11 62/12 90/19 91/10 91/12 95/10 97/5 110/12 131/4

**Jeffrey [3]** 1/14 5/13 50/24

**jeffrey.nestler [1]** 1/19

**Jeremy [5]** 11/14 11/18 24/12 25/16 115/25

**Jessica [2]** 2/6 5/9

**Jewish [1]** 7/3

**jlbrightlaw [1]** 2/5

**job [4]** 77/6 110/15 110/16 110/16

**Joe [1]** 50/13

**Joe Biden [1]** 50/13

**join [3]** 45/16 55/21 113/17

**joinder [1]** 56/7

**joined [3]** 93/13 116/16 116/24

**joins [1]** 115/17

**joint [2]** 116/12 121/18

**jokes [1]** 50/21

**Jonathan [2]** 5/19 81/2

**Joseph [2]** 3/7 5/10

**Jr [1]** 2/11

**judge [11]** 1/10 8/2 8/6 8/11 8/18 78/12 78/14 78/17 120/8 124/5 128/8

**Judge Contreras's [2]** 8/2 8/11

**Judge McFadden [3]** 78/12 78/14 78/17

**judging [1]** 98/19

**Juli [2]** 2/15 5/16

**JULIA [1]** 2/16

**jump [1]** 47/1

**junkies [1]** 7/24

**jurors [4]** 7/7 7/11 7/16 131/9

**jury [38]** 6/18 6/24 7/4 7/9 7/13 7/21 20/8

**J** (continued)

21/14 22/3 22/11 34/11 48/7 57/5 57/10 91/6 92/23 96/21 97/9 98/13 98/21 99/3 99/9 99/16 99/23 100/6 101/5 101/16 102/21 102/24 104/6 110/12 114/10 115/4 122/12 126/17 128/11 131/7

**just [113]** 6/20 6/21 6/23 7/9 8/11 9/5 10/14 11/19 13/2 13/7 13/13 15/16 15/20 15/24 16/3 16/24 17/1 19/24 21/12 21/23 22/8 22/9 22/15 24/8 25/1 26/3 26/7 26/8 26/8 26/17 28/1 29/14 29/18 30/4 31/1 31/5 34/11 37/11 39/10 39/20 41/1 41/9 44/16 47/2 48/22 51/15 51/19 52/7 56/16 61/18 63/14 65/6 68/23 71/13 72/21 81/9 85/5 85/21 85/21 86/16 86/19 88/12 90/6 93/8 93/9 95/1 97/2 97/8 98/1 99/1 100/2 100/5 100/10 100/21 100/22 101/11 102/5 102/13 102/19 103/8 104/7 104/21 105/3 105/24 106/17 106/18 108/4 108/5 108/6 108/9 112/23 113/2 115/17 117/5 121/9 122/17 122/18 122/25 123/10 123/20 125/22 125/23 126/6 126/10 126/15 127/16 128/18 128/13 128/20 128/23 129/2 131/11 131/13 131/14

**Justice [1]** 77/3

**K**

**kablooey [1]** 84/8

**Kathryn [2]** 1/14 5/13

**Kathryn Rakoczy [1]** 5/13

**kathryn.rakoczy [1]** 1/18

**keep [11]** 7/17 8/15 8/21 18/11 41/23 57/6 66/23 76/13 99/2 107/13 131/23

**Keeper [1]** 34/23

**Keepers [31]** 11/22 19/13 43/8 45/21 51/12 78/22 79/5 79/23 80/3 80/6 80/14 80/22 80/23 81/13 84/6 84/15 84/22 89/3 105/25 108/10 109/19 112/16 114/24

**Kelly [2]** 2/11 5/8

**Kenneth [2]** 2/20 5/8

**key [1]** 16/10

**kid's [2]** 63/15 64/3

**kill [1]** 55/18

**kind [20]** 15/7 19/9

**K**

kind... [18]  19/24 29/5
31/10 32/6 40/16 46/18
56/17 57/5 72/19 77/9
90/10 91/9 91/11 91/12
97/13 101/12 109/22
115/10
kinds [4]  19/14 60/24
96/4 105/12
kitchen [2]  36/10
109/21
knew [9]  18/6 18/17
31/22 40/1 51/12 61/10
61/24 81/17 108/25
know [164]
knowing [2]  18/23
118/3
knowledge [22]  18/9
20/11 20/21 21/22 25/4
25/8 27/8 30/5 33/9
33/14 33/21 38/14 43/7
46/19 46/21 59/5 63/14
68/25 77/17 78/16
108/10 114/12
knowledgeable [1]
61/8
known [4]  35/20 35/21
36/4 42/2
knows [1]  61/15
Kyle [1]  28/6

**L**

lack [5]  40/10 68/24
68/25 69/3 86/8
lacking [1]  28/16
laptops [1]  127/3
large [4]  60/14 69/17
72/7 98/5
largely [1]  115/14
larger [1]  53/11
largest [1]  66/24
last [9]  7/24 8/12 13/19
21/8 22/1 31/1 77/3
126/9 130/22
late [9]  36/1 43/9 57/16
60/17 65/7 65/8 116/6
123/16 123/17
later [15]  12/8 16/6
16/7 16/11 18/18 23/13
28/10 29/7 30/12 62/9
78/21 88/19 89/15
89/20 101/12
laughing [1]  63/21
law [20]  2/12 2/16
33/10 33/15 55/23
68/18 70/4 73/8 74/6
74/8 79/6 83/21 84/14
84/16 97/3 113/4
113/21 114/1 114/17
122/6
Lawn [1]  2/3
laws [2]  44/6 103/16
lay [2]  76/12 78/7
laying [1]  86/13
lays [1]  76/15
lead [3]  93/17 100/6
128/23
leader [1]  115/18

leadership [2]
79/19
leading [2]  77/4 84/7
leads [2]  68/18 91/18
learned [1]  18/12
learning [1]  60/17
least [32]  11/22 12/8
19/17 19/23 24/2 25/2
25/9 31/25 32/12 34/22
35/1 35/3 36/17 39/17
40/19 43/5 47/6 47/10
54/15 55/16 56/18 57/2
57/20 59/5 60/3 63/10
109/6 117/3 117/12
120/24 124/6 126/10
leave [4]  21/21 90/10
102/19 120/1
leaving [3]  45/13
127/17 128/2
led [4]  51/4 74/4 84/24
91/15
Lee [2]  2/2 88/9
left [2]  108/3 128/16
legal [1]  23/19
legally [1]  64/7
legitimate [3]  65/16
66/2 86/10
lending [2]  81/16
81/16
length [1]  64/20
lens [1]  54/23
less [3]  99/14 108/7
124/6
let [29]  8/6 8/16 8/20
15/20 20/25 21/20
24/23 29/1 41/9 42/12
48/9 75/9 78/23 79/3
83/6 93/9 100/13
104/10 110/19 111/5
112/23 113/2 119/1
122/17 123/10 125/24
126/4 128/20 129/13
let's [18]  11/14 12/20
23/25 28/4 35/6 37/13
40/12 66/15 66/23
68/19 83/7 87/8 88/4
90/13 91/25 111/22
115/23 128/5
let's see [1]  87/8
lets [1]  81/13
letting [1]  9/2
level [3]  21/16 55/19
55/24
license [1]  64/7
licensed [1]  64/8
light [3]  56/10 56/12
58/21
like [38]  8/24 9/4 21/1
25/24 34/4 34/7 36/15
37/9 40/3 45/12 53/3
56/9 57/21 61/20 62/14
63/25 64/5 65/22 68/3
68/6 68/20 75/25 82/3
93/5 93/11 96/8 97/16
100/19 107/21 107/23
114/19 115/7 115/19
119/22 126/10 126/10
126/12 127/5

likely [23]  9/18 53/7
53/2 95/10 96/11 131/8
limine [8]  6/12 66/12
83/7 107/16 111/23
124/15 124/22 125/15
limitations [1]  85/17
limited [7]  40/4 57/9
97/20 97/21 102/25
104/11 107/10
limiting [3]  32/19 70/5
104/22
Linder [7]  6/18 88/22
126/14 126/16 127/21
127/25 129/12
Linder's [1]  128/6
line [1]  31/20 53/3
77/23 82/2 82/25 107/2
114/16 115/4 115/12
116/5 132/3
lines [3]  8/23 48/16
120/19
lingering [1]  110/17
link [1]  18/15
list [22]  30/4 40/14
40/21 42/2 42/23 44/20
46/10 46/25 48/6 48/14
48/19 48/25 49/7 50/24
51/25 52/3 52/3 52/5
52/11 54/14 55/9
131/16
listed [3]  14/15 30/16
57/1
listened [1]  63/18
lists [6]  42/2 45/2
50/18 50/23 50/23
64/19
literally [3]  50/21 52/21
53/7
little [10]  26/24 29/6
36/17 51/17 64/5 83/17
88/23 90/24 112/20
116/13
live [1]  95/7
LLC [1]  2/21
lo [1]  23/12
location [6]  13/17 43/8
73/24 97/5 109/9 111/8
locations [2]  111/14
111/14
locked [1]  75/3
lodge [1]  124/10
lodged [1]  10/19
logical [1]  13/10
logically [1]  53/3
logistics [1]  7/10
long [13]  9/12 10/1
12/7 32/5 44/9 51/2
98/19 98/20 98/21
125/11 127/2 127/8
128/7
longer [1]  128/19
look [35]  8/3 8/8 8/21
10/23 15/18 20/9 29/10
39/4 39/5 46/6 47/20
52/20 55/8 56/24 57/4
61/14 64/18 65/14
79/14 82/1 82/1 92/16
96/8 97/20 98/8 101/18

mail [5]  116/2 116/9
120/10 122/18 122/21
marked [1]  126/18
Marshals [1]  7/21
Martin [3]  78/12 78/13
78/15
Maryland [3]  20/1
20/20 29/17
mask [1]  26/23
material [6]  17/8 20/9
35/22 36/15 38/25 40/2
materials [4]  23/5 36/3
36/18 36/21
matt [1]  4/5
matter [7]  28/23 52/10
54/13 54/17 93/14
106/18 147/4
matters [4]  29/20 56/6
56/9 56/23
Matthew [2]  4/2 6/1
matzo [1]  100/2
may [43]  8/21 9/21
17/22 18/22 22/17 24/14
24/15 26/23 31/11
37/20 38/22 38/23
45/22 57/1 57/2 58/10
59/12 59/20 65/14 66/2
67/7 68/5 74/21 79/2
82/11 82/16 88/7 90/20
91/3 92/5 92/12 96/20
103/2 105/16 107/13
110/17 111/7 112/18
120/8 122/8 122/9
123/18 126/6
maybe [23]  6/20 8/5
11/17 12/1 12/22 20/13
21/18 29/9 35/9 49/18
51/17 61/15 75/8 75/9
85/21 99/11 108/13
109/22 110/13 121/16
121/23 121/24 121/25
McFadden [3]  78/12
78/14 78/17
MD [3]  2/8 3/4 3/19
me [79]  7/25 8/16 8/20
9/2 11/20 15/20 15/22
18/22 19/21 20/25
23/14 23/24 24/23
26/17 29/1 29/4 29/5
29/12 29/12 34/20 35/1
41/9 41/11 42/12 43/2
46/9 48/9 52/8 52/18
52/19 56/10 60/1 65/7
68/6 69/25 71/25 72/23
74/13 78/23 79/3 79/13
79/13 79/16 82/6 83/9
83/18 84/1 87/18 88/16
89/14 89/15 93/9
100/13 101/21 104/19
107/20 108/8 109/25
111/5 112/23 113/2
114/20 116/5 116/7
116/13 116/25 116/25
117/9 118/20 119/1
120/5 121/20 121/25
122/17 123/10 123/10
123/16 125/24 126/4
mean [62]  10/1 10/24

limine [8]  6/12 66/12

**M**

Macmillan [1]  131/5
made [23]  8/18 27/16
29/15 32/22 32/25 39/6
40/5 43/4 46/6 51/6
66/8 87/9 88/12 100/12
107/8 115/19 116/17
116/19 118/23 119/20
120/23 121/20 123/22
main [1]  13/8
mainly [1]  114/20
make [32]  8/5 16/6
20/19 21/1 24/7 35/12
35/19 39/23 47/19
55/12 56/17 67/6 70/12
70/13 82/12 85/19
85/22 88/5 92/20 93/9
96/15 118/5 122/25
123/14 123/14 123/19
124/8 126/21 127/6
127/9 127/13 128/11
makes [1]  12/3 13/18
122/2
making [8]  27/14 35/7
38/4 38/11 39/14 55/14
87/7 90/5
male [1]  106/8
man [1]  72/7
manage [1]  7/22
manner [1]  14/11
manufacture [1]  64/9
manufactured [1]
58/22
many [7]  6/11 8/14
11/5 26/22 45/21 51/24
77/1
Manzo [3]  96/25
100/22 102/9
Manzo's [1]  102/3
march [1]  98/6
marched [1]  97/4 98/3
98/15
Marion [1]  3/13

Lorenzana [1]  29/21
Lorenzana-Cordon [1]
29/21
loss [1]  44/14
lost [1]  49/16
lot [6]  8/14 17/7 54/9
56/10 63/25 97/18
lots [1]  58/17
Lou [1]  96/25
loud [2]  130/14 130/15
Louisiana [3]  73/11
74/3 76/6
low [1]  56/22
luck [2]  123/18 124/6
luckily [1]  14/5
lure [1]  82/17
lying [1]  37/11

**mean... [60]** 16/2 16/4 20/1 21/17 21/18 22/23 23/14 23/23 29/8 32/11 37/6 37/10 37/19 38/3 48/3 49/6 49/17 51/5 52/1 52/3 52/13 52/20 53/7 53/11 53/14 53/25 54/19 58/21 62/2 67/25 68/8 70/3 71/12 71/13 71/14 72/23 73/1 86/12 90/23 93/10 94/4 94/12 95/1 95/11 95/24 97/17 101/14 101/16 102/10 103/13 104/12 105/20 109/3 114/16 115/16 115/17 118/15 120/23 123/20 128/7

**means [4]** 14/11 21/15 50/11 115/16

**meant [3]** 50/21 77/8 91/25

**mechanical [1]** 4/11

**media [18]** 25/14 32/25 38/12 49/18 50/19 51/3 51/14 53/15 54/4 94/21 95/6 96/16 97/14 97/23 97/25 98/6 101/11 131/9

**medicated [4]** 95/9 95/13 95/15 101/13

**medication [7]** 99/14 101/6 101/20 102/4 103/1 104/4 104/8

**medications [1]** 103/7

**meet [1]** 22/7

**meets [2]** 25/2 34/12

**megaphone [1]** 79/17

**Meggs [43]** 2/11 5/8 5/17 6/2 6/15 10/12 11/24 12/3 13/14 13/25 15/3 16/24 18/12 18/17 20/10 20/21 25/4 25/8 26/14 31/22 33/9 67/4 67/21 71/9 71/16 72/1 72/6 72/7 72/10 72/13 116/1 116/3 116/15 116/25 117/25 120/3 121/2 121/20 123/8 129/25 130/22 131/23 131/24

**Meggs' [6]** 20/11 70/1 120/4 120/9 120/16 122/1

**Meggs's [2]** 16/15 117/18

**MEHTA [2]** 1/9 5/3

**member [3]** 34/17 34/24 120/13

**members [2]** 25/9 94/13

**memo [1]** 41/5

**memorandum [1]** 41/2

**mental [8]** 83/15 93/4 99/14 99/15 102/5 103/3 103/9 104/22

**mention [3]** 10/20 12/3 47/5

**mentioned [4]** 12/2 58/1 70/8 122/9

**mentioning [1]** 59/11

**mere [3]** 37/3 39/21 55/9

**merely [1]** 76/2

**Merit [1]** 4/7

**message [8]** 49/24 50/19 50/22 109/22 118/3 120/10 121/3 121/5

**messages [15]** 14/16 14/18 25/15 36/6 45/1 49/18 49/21 49/22 49/22 49/24 51/3 51/14 62/19 77/17 121/4

**messaging [2]** 36/24 46/24

**messed [1]** 102/22

**met [2]** 25/11 34/24

**metal [1]** 64/6

**metric [1]** 105/7

**Michael [1]** 61/16

**Michigan [1]** 114/5

**mid [1]** 35/25

**midnight [1]** 116/20

**might [9]** 14/4 44/13 47/21 73/3 84/3 87/18 88/19 88/23 102/7

**mile [3]** 97/4 98/15 99/17

**miles [1]** 20/18

**military [8]** 12/12 18/19 18/21 19/18 19/13 27/11 31/9 32/22

**militia [5]** 95/20 106/2 114/7 114/10 114/12

**million [2]** 48/24 49/11

**mind [16]** 18/11 42/14 44/2 45/15 49/9 53/25 54/15 56/13 56/18 65/13 76/24 85/11 87/19 92/24 117/3 117/6

**mindful [1]** 115/13

**mindset [3]** 42/10 46/2 46/19

**mine [1]** 8/19

**minimum [7]** 23/9 23/14 45/12 45/15 62/9 85/10 121/21

**Minuta [6]** 3/2 5/10 5/22 6/4 81/11 81/12

**minute [1]** 24/3

**minutes [5]** 24/6 66/15 75/14 81/23 128/16

**misdemeanor [4]** 78/18 90/18 91/18 92/21

**misdemeanors [2]** 90/19 92/22

**misleads [1]** 73/8

**missing [3]** 10/20 80/16 80/18

**mission [1]** 113/16

**misspoke [1]** 100/22

**misstatements [1]** 32/24

**mistake [2]** 33/11 33/21

**mistaken [1]** 68/16

**mistakenly [1]** 73/7

**misunderstanding [1]** 21/18

**misunderstood [1]** 99/12

**mobility [1]** 96/14

**Moerschel [4]** 3/12 5/11 5/24 6/6

**moment [3]** 48/23 84/21 124/23

**moment's [1]** 20/4

**momentarily [1]** 81/12

**Monday [1]** 7/4

**Montana [1]** 127/10

**month [6]** 11/17 29/23 30/11 43/18 98/19 98/21

**month-long [1]** 98/21

**months [13]** 12/8 16/6 16/7 16/11 18/16 18/17 23/13 28/10 29/7 29/20 33/18 77/1 123/21

**more [24]** 11/6 12/22 14/5 22/14 36/8 36/17 49/18 56/20 59/5 66/16 70/17 85/22 85/22 88/20 91/2 95/3 98/3 100/3 100/19 101/10 122/6 127/12 128/3 128/7

**morning [2]** 7/4 127/19

**morphine [2]** 100/20 102/16

**most [7]** 6/13 9/15 53/2 61/18 62/19 98/4 128/9

**motion [25]** 10/8 10/15 40/6 57/12 69/18 69/19 69/23 82/25 83/7 88/15 88/16 98/20 107/16 111/3 111/21 111/23 112/4 116/2 117/16 124/16 124/21 124/23 124/25 125/17 125/19 126/5

**motivation [1]** 65/23

**motorcade [1]** 108/3

**move [5]** 10/2 28/14 84/19 88/4 115/23

**moved [4]** 17/13 17/22 18/2 23/6

**movements [1]** 86/14 99/1 101/9

**moving [3]** 7/19 84/21 107/13

**Mr [6]** 16/24 16/25 78/15 79/3 85/5 100/14

**Mr. [309]**

**Mr. and [1]** 116/3

**Mr. Berry [4]** 13/15 13/25 27/3 27/16

**Mr. Berry's [1]** 14/1

**Mr. Bright [1]** 89/10 126/12 126/15 128/5 128/20

**Mr. Brown [35]** 12/5 12/10 13/16 14/14 14/16 15/1 15/3 15/10 15/14 15/19 16/17 16/25 17/3 17/24 18/12 18/20 19/4 19/8 23/6 23/11 24/4 24/16 27/6 29/10 31/11 31/16 31/18 32/7 32/22 34/4 34/20 34/23 38/22 39/17 39/18

**Mr. Brown's [10]** 12/13 13/4 14/18 16/15 16/22 18/10 19/24 20/14 28/24 31/9

**Mr. Caldwell [64]** 10/11 24/10 24/12 24/17 41/18 42/18 42/21 43/7 43/21 44/2 44/18 44/23 45/1 46/16 49/12 49/25 50/12 51/3 51/10 52/7 53/6 53/13 54/14 54/25 55/20 58/2 58/13 59/11 59/13 59/18 60/3 60/7 60/13 60/17 62/14 63/12 63/23 64/11 65/5 65/12 65/21 93/7 93/16 93/23 94/11 94/13 94/21 95/9 96/1 96/13 97/4 97/18 97/21 97/24 98/9 98/11 98/15 99/5 100/22 103/1 103/5 106/14 106/17 129/20

**Mr. Caldwell's [20]** 10/19 40/13 41/5 42/4 42/10 42/11 46/2 46/19 47/9 50/18 53/15 56/4 56/10 56/13 57/14 61/19 95/6 97/13 99/1 105/5

**Mr. Crisp [1]** 129/24

**Mr. Douyon [1]** 8/5

**Mr. Edwards [12]** 15/17 26/6 30/24 32/1 39/3 39/10 40/24 50/17 54/7 57/23 59/2 61/1

**Mr. Fischer [29]** 9/7 10/1 21/2 40/25 43/4 48/10 49/4 51/15 54/6 58/23 59/1 59/4 61/3 62/1 64/17 65/9 93/8 94/5 96/6 96/22 97/11 97/17 99/12 100/13 100/17 103/12 104/10 105/9 107/2

**Mr. Fischer's [7]** 27/10 54/18 58/14 59/17 60/12 97/18 104/2

**Mr. Geyer [16]** 70/12 76/9 77/13 78/23 80/18 82/1 82/9 83/18 86/3 87/2 87/17 107/20 108/13 109/24 110/21 123/9

**Mr. Geyer's [2]** 88/14 123/12

**Mr. Harrelson [21]** 67/3 77/13 77/15 77/22 79/14 79/17 80/5 80/10 81/15 83/18 107/19 123/8 124/17 125/17 125/21 130/2 130/3 130/23 131/22 131/23 131/24

**Mr. Jackson [2]** 112/3 112/12

**Mr. James [1]** 81/7

**Mr. Linder [7]** 6/18 88/22 126/14 126/16 127/21 127/25 129/12

**Mr. Linder's [1]** 128/6

**Mr. Manzo [2]** 100/22 102/9

**Mr. Manzo's [1]** 102/3

**Mr. Meggs [32]** 6/15 10/12 11/24 12/3 13/14 13/25 15/3 18/12 18/17 20/10 20/21 25/4 25/8 26/14 31/22 33/9 67/4 67/21 71/9 71/16 72/1 72/6 72/7 72/10 72/13 116/1 120/3 121/2 129/25 130/22 131/23 131/24

**Mr. Meggs' [3]** 20/11 70/1 120/16

**Mr. Meggs's [2]** 16/15 117/18

**Mr. Minuta [2]** 81/11 81/12

**Mr. Peed [2]** 90/21 92/17

**Mr. Rhodes [8]** 64/23 65/1 115/15 123/8 129/7 130/7 131/22 131/25

**Mr. Rhodes' [1]** 115/22

**Mr. Vallejo [10]** 20/3 90/17 90/20 91/2 91/21 93/7 107/8 107/10 111/24 112/25

**Mr. Vallejo's [1]** 107/12

**Mr. Watkins [2]** 123/8 131/25

**Mr. Webster [1]** 111/7

**Mr. Woodward [1]** 125/12

**MS [2]** 113/16 113/17

**MS-13 [2]** 113/16 113/17

**Ms. [36]** 8/9 26/12 30/22 31/1 35/6 35/17 35/24 36/4 36/16 37/10 38/8 38/17 39/9 39/21 39/25 40/9 55/15 67/24 70/14 82/1 83/18 88/13 112/10 116/3 116/15 116/25 120/4 121/20 122/1 123/8 123/24 125/1 125/12 129/23 130/25 131/21

**M**

Ms. Haller [9] 26/12
30/22 67/24 70/14 82/1
83/18 88/13 125/1
125/12
Ms. Haller's [1] 31/1
Ms. Hughes [1] 112/10
Ms. Meggs [5] 116/3
116/15 116/25 121/20
123/8
Ms. Meggs' [2] 120/4
122/1
Ms. Rakoczy [3] 8/9
123/24 130/25
Ms. Watkins [11] 35/24
36/4 37/10 38/8 38/17
39/9 39/25 40/9 55/15
129/23 131/21
Ms. Watkins' [4] 35/6
35/17 36/16 39/21
much [10] 20/8 29/20
64/25 66/16 73/13
81/10 88/11 96/8 96/20
125/22
multiple [7] 14/12 15/5
15/8 28/3 29/14 49/21
71/15
murder [5] 16/5 16/5
16/7 32/5 32/6
must [2] 27/21 30/9
mutually [1] 17/24
my [57] 6/17 10/23
12/15 15/21 18/9 19/2
22/13 22/22 24/2 26/8
26/20 26/23 28/17
36/14 38/14 47/25 50/8
50/22 55/25 56/15 61/6
61/7 61/10 63/8 67/18
68/3 68/6 70/18 75/8
80/15 80/18 85/24
86/20 88/2 90/23 91/13
105/10 108/1 108/10
108/21 108/24 108/25
109/6 110/2 110/4
110/11 110/15 117/2
122/19 124/7 124/15
125/2 127/16 127/17
127/18 130/7 130/14
myself [3] 8/17 127/9
127/13

**N**

N.C [1] 40/16
name [1] 32/17
named [3] 45/10 61/17
121/3
namely [2] 91/7 116/8
names [6] 40/22 42/23
48/6 48/16 52/1 52/25
narrative [2] 24/4
50/20
nature [2] 34/15
112/16
near [1] 73/24
nearly [1] 114/14
necessarily [6] 20/7
20/13 27/11 27/12
28/11 30/1

need [31] 10/3 38/22
38/23 39/4 50/1 65/25
69/13 79/24 89/16 92/1
92/3 100/11 103/7
105/9 105/14 109/19
112/2 112/18 112/24
120/10 121/18 124/19
125/24 126/5 126/7
126/7 128/13 129/18
130/23 131/24 131/24
needed [2] 25/10 38/18
needing [1] 14/19
needs [2] 103/18
121/10
negate [1] 93/20
Nestler [2] 1/14 5/13
never [3] 29/10 35/8
76/21
nevertheless [1] 65/2
new [1] 110/13
newer [1] 8/7
next [10] 35/14 40/12
45/4 66/25 71/16 87/7
107/16 116/2 125/25
127/5
night [1] 116/19
nine [6] 12/8 18/16
18/17 28/10 29/20
30/11
nine-month [1] 30/11
NJ [1] 2/22
no [64] 1/4 5/6 5/7 5/8
9/25 15/4 18/9 19/2
25/15 25/19 27/8 28/20
30/12 36/14 37/25
39/10 41/5 48/18 49/25
50/9 50/11 53/14 53/18
53/20 53/21 54/1 54/2
54/9 55/16 63/18 68/20
68/20 72/12 73/18
74/18 75/23 76/2 77/15
77/16 79/3 80/16 80/16
80/21 81/16 83/3 87/18
98/24 100/18 101/25
102/23 103/2 108/7
108/10 109/4 110/3
112/25 118/18 119/5
119/9 120/12 121/14
122/7 122/7 122/7
No. [1] 51/12
No. 3 [1] 51/12
nobody [5] 61/10
61/24 71/10 74/16
84/15
nodding [1] 58/24
non [1] 104/11
non-expert [1] 104/11
north [9] 41/14 43/9
43/20 49/21 49/23 50/1
52/18 52/21 126/22
North Carolina [6]
41/14 43/9 43/20 49/21
49/23 52/21
not [218]
note [11] 38/7 40/13
41/13 41/17 41/25
42/19 43/4 43/11 43/12

notepad [2] 40/15
42/22
notepads [1] 53/10
notes [3] 26/20 43/20
53/9
nothing [6] 37/25 50/4
62/12 66/3 97/8 109/1
notice [12] 10/9 10/10
10/16 20/4 66/12 69/3
73/22 83/2 88/19
123/11 123/14 123/14
noticed [1] 131/2
noticing [1] 89/11
noting [1] 58/9
November [10] 10/16
10/25 11/2 11/17 44/9
50/7 57/16 61/20 65/7
65/8
now [29] 7/2 13/15
15/9 34/19 35/1 39/22
56/12 57/14 59/22 65/6
66/14 68/7 70/16 77/3
81/7 82/10 82/22 88/13
88/16 92/17 94/15
110/22 112/2 112/24
117/17 123/21 126/9
126/18 131/12
now-cooperator [1]
13/15
nowhere [1] 70/2
number [12] 7/16
14/16 25/19 25/20 36/3
44/23 45/23 60/13
62/11 82/16 92/3 97/7
NW [5] 1/16 2/12 2/16
4/3 4/9

**O**

Oak [1] 2/3
oath [25] 11/22 19/13
34/23 43/8 45/21 51/12
59/24 78/21 79/5 79/22
80/3 80/6 80/14 80/21
80/23 81/12 84/6 84/15
84/22 89/3 105/25
108/10 109/19 112/16
114/24
object [1] 115/9
objected [2] 10/18
112/25
objecting [1] 9/24
objection [3] 10/20
10/21 67/16
objections [1] 124/10
obligated [2] 84/8
84/12
observed [4] 83/12
83/23 85/7 85/8
obstruct [1] 81/19
obstructing [1] 94/3
obtain [1] 65/20
obtainable [1] 33/3
obviously [14] 6/12
7/17 8/19 11/9 12/21
13/18 34/2 34/6 40/8
60/19 65/1 90/24 118/2
118/5

occurred [3] 21/16
22/11 74/9 76/21 108/3
occurs [1] 75/4
October [1] 131/3
off [9] 19/1 20/15 20/15
25/16 30/4 75/24 94/15
119/7 119/10
offense [6] 25/5 39/14
46/8 55/9 66/3 66/7
offenses [4] 10/24
111/9 111/19 115/3
offer [1] 22/7
office [4] 1/15 3/8 7/21
127/11
officer [21] 72/1 72/5
72/10 72/12 72/17 75/9
75/10 75/18 75/19 77/4
77/14 79/13 79/17 80/1
80/20 81/11 81/13
84/19 85/4 87/19 87/23
officers [18] 70/24
71/1 71/5 71/17 73/4
75/2 75/3 75/5 75/7
75/13 75/14 75/24 77/4
87/3 87/6 87/10 93/18
96/3
OFFICES [1] 2/16
official [6] 4/8 47/7
47/19 47/21 73/7 94/3
officially [1] 105/23
officials [7] 45/7 50/15
50/16 55/18 55/19
73/16 82/15
oh [9] 22/20 26/11
26/15 67/15 99/24
102/21 110/13 126/3
130/24
Ohio [4] 35/18 36/2
36/16 36/24
okay [74] 9/2 9/5 10/7
10/22 20/24 22/20
22/21 24/21 26/4 30/2
30/3 30/21 35/6 38/15
39/1 40/11 41/10 52/10
52/11 55/6 61/1 64/15
66/23 70/5 70/13 71/18
74/16 76/7 78/19 78/24
79/10 81/25 82/19 83/7
83/24 85/16 86/11 87/8
89/23 90/8 90/12 92/15
96/18 96/22 100/4
101/22 104/20 104/24
106/22 107/7 107/13
110/6 111/20 112/13
112/22 115/22 117/11
119/19 119/25 121/15
122/4 122/16 123/6
124/13 126/8 128/4
129/10 129/16 129/21
130/1 130/18 130/24
131/12 131/20
old [4] 30/12 39/22
54/19 63/17
once [5] 7/11 71/20
71/21 73/4 87/9
one [78] 12/4 13/12
13/23 15/13 16/22 17/7
17/11 18/8 19/23 22/14

22/17 24/16 25/19 26/3 26/8
29/23 31/4 35/10 35/18
40/12 40/14 42/14 43/3
46/1 46/8 47/6 48/8
48/24 52/4 53/4 54/1
55/15 55/16 55/21 56/6
57/2 57/7 58/2 61/9
62/11 63/25 66/25 67/3
68/9 68/10 68/21 73/24
74/17 75/18 76/23
82/14 83/5 83/11 84/16
85/21 85/22 89/14
89/15 89/21 91/13 92/4
94/6 95/21 97/5 98/24
101/17 102/15 106/12
108/7 109/6 111/4
111/18 112/2 112/25
116/16 117/6 118/24
120/9 121/10
one-page [2] 40/12
40/14
ones [1] 110/4
ongoing [1] 47/20
online [1] 131/2
only [18] 21/6 32/16
40/9 46/15 58/18 67/3
69/25 90/16 92/16
104/3 107/18 109/13
112/6 112/14 112/17
112/25 118/13 121/21
Opana [5] 100/19
102/14 102/20 102/22
102/23
open [5] 8/4 70/25 71/3
75/7 83/6
opening [1] 71/2
opens [2] 75/10 75/18
operation [1] 20/23
operations [2] 113/6
113/10
operative [1] 46/3
108/16
opinion [1] 105/4
opinions [1] 77/8
opioid [5] 99/22 99/25
99/25 100/14 102/15
opioids [10] 99/4 99/5
99/6 99/7 99/7 99/22
100/8 100/9 102/11
102/17
opponent [4] 92/7 92/8
92/13 92/14
opponents [1] 92/5
opportunity [3] 43/2
115/9 124/10
oppose [5] 37/1 38/9
38/23 47/10 59/14
opposed [4] 20/20
43/22 44/12 117/5
opposing [4] 41/19
44/17 59/22 102/14
opposite [1] 123/4
opposition [11] 27/15
41/5 42/4 62/4 67/4
67/8 90/23 107/18
111/24 125/2 125/7
oppositions [2] 10/9
19/24

O

**option [1]** 8/22
**order [8]** 10/15 17/20 26/20 58/12 62/15 74/1 123/21 126/6
**ordered [3]** 57/16 65/6 65/8
**ordering [1]** 131/14
**orders [1]** 62/24
**ordinarily [2]** 63/1 99/19
**ordinary [1]** 99/21
**ordnance [2]** 12/12 18/20
**organization [7]** 112/17 113/11 113/15 114/19 115/2 115/17 115/19
**organization's [1]** 113/18
**organizational [1]** 114/3
**organized [3]** 77/10 113/5 113/23
**organizer [1]** 93/24
**origin [1]** 37/23
**original [1]** 62/12
**other [71]** 16/15 18/9 21/11 22/3 22/21 24/14 25/6 28/18 28/23 31/3 36/9 36/10 36/11 36/18 36/24 37/3 37/4 37/24 38/9 38/17 40/10 41/13 41/23 42/17 44/24 44/24 45/2 45/21 46/7 46/16 46/18 49/1 49/13 52/10 53/21 54/18 61/16 62/3 74/22 75/2 80/21 81/10 83/14 83/23 83/25 90/2 90/15 91/6 92/1 93/15 94/6 96/5 96/14 97/5 97/17 110/21 113/25 114/15 115/13 115/16 119/6 121/18 125/20 128/14 128/22 129/16 132/1
**others [7]** 11/24 34/25 36/24 54/25 59/14 84/10 112/18
**otherwise [8]** 27/12 32/20 51/21 99/12 101/7 102/7 104/4 126/6
**ought [1]** 125/4
**our [27]** 8/7 8/25 9/3 13/12 14/15 18/5 35/16 66/13 66/24 70/6 75/19 76/15 77/6 79/19 98/20 112/19 118/4 118/18 118/25 119/6 120/18 121/2 123/17 125/2 125/7 125/25 127/2
**Ours [1]** 26/23
**ourselves [1]** 127/6
**out [81]** 7/5 7/9 7/19 7/22 8/16 8/20 20/1 21/7 29/14 32/2 33/5

35/5 43/14 45/4 46/18 48/19 48/23 49/3 49/20 50/6 50/22 51/5 51/7 52/6 53/6 57/6 58/6 58/10 60/17 61/13 62/16 63/7 63/20 63/20 67/22 69/17 71/24 72/6 72/8 72/9 72/14 75/10 76/12 76/15 77/5 78/2 78/8 78/11 80/2 82/21 84/24 86/13 87/21 88/23 93/18 94/4 94/9 94/18 94/25 95/8 95/16 95/22 96/17 100/21 102/15 102/19 109/23 110/13 114/5 114/17 119/6 119/14 120/5 120/18 121/2 123/18 124/6 128/1 128/6 130/14 130/15
**outcome [1]** 54/11
**outfitted [1]** 8/13
**outlook.com [1]** 2/19
**outset [1]** 41/17
**outside [4]** 30/15 30/19 60/10 86/22
**outstanding [2]** 124/16 125/16
**outweigh [3]** 11/12 34/13 57/11
**outweighed [1]** 11/10 34/10
**outweighs [1]** 66/9
**over [12]** 6/21 8/1 47/17 47/23 51/6 53/8 53/9 77/11 98/20 126/24 127/1 127/5
**overall [2]** 46/10 47/12
**overly [1]** 104/6
**overt [1]** 30/17
**own [1]** 8/18
**owner [1]** 25/24
**owns [1]** 12/10

P

**P.A [3]** 2/7 3/3 3/17
**p.m [6]** 1/6 66/21 66/21 127/18 127/19 146/18
**PA [1]** 3/10
**pad [1]** 48/24
**page [8]** 35/18 40/12 40/14 41/6 42/1 52/19 52/20 54/17
**pager [1]** 33/17
**pages [10]** 35/10 38/1 39/5 39/7 39/9 39/11 39/12 39/22 53/9 86/13
**pan [1]** 33/5
**paper [11]** 40/15 40/21 43/22 43/23 45/20 45/25 46/1 48/24 50/11 52/13 55/10
**papers [4]** 119/13 119/13 119/16 121/2
**paradigms [1]** 86/23
**paragraph [3]** 22/19 69/13 69/15
**Park [7]** 2/12 19/21

33/6
**parked [1]** 25/23
**part [38]** 9/15 11/22 13/21 14/11 15/12 19/3 19/13 19/18 25/21 34/20 37/5 38/21 39/14 42/17 45/19 47/2 48/2 57/20 57/20 58/21 58/22 64/10 64/21 65/3 65/23 69/12 74/22 86/21 89/4 92/13 95/8 95/20 102/14 103/15 108/22 109/19 117/16 118/4
**parte [1]** 132/5
**participant [1]** 103/17
**participants [1]** 119/7
**participate [1]** 98/14
**participated [1]** 119/2
**participating [1]** 121/19
**participation [2]** 116/13 121/18
**particular [17]** 10/21 18/8 44/16 47/11 55/1 58/1 60/24 72/1 76/22 77/10 100/3 109/10 115/10 120/17 120/23 123/3 128/11
**particularly [7]** 25/4 55/4 55/18 56/23 58/7 63/5 115/5
**parts [7]** 58/7 58/15 58/16 64/4 64/12 65/24 65/25
**party [7]** 92/5 92/7 92/8 92/13 92/13 116/10 117/10
**party's [1]** 105/4
**party-opponent [3]** 92/7 92/8 92/13
**pass [2]** 21/20 34/2
**passage [1]** 33/4
**passed [8]** 16/3 17/7 123/23 123/25 124/1 124/2 124/18 125/18
**past [2]** 22/9 81/6
**patch [1]** 81/13
**Pause [1]** 129/15
**peaceful [1]** 75/25
**Peed [5]** 4/2 4/3 6/1 90/21 92/17
**pen [3]** 48/15 48/19 48/22
**Pence [1]** 111/8
**pending [1]** 12/14
**Pennsylvania [1]** 2/16
**pens [4]** 48/21 52/7 52/8 53/19
**people [36]** 7/22 24/15 38/9 38/17 44/13 51/23 51/23 51/24 54/9 57/1 61/16 61/17 63/25 71/24 72/6 72/7 72/8 72/9 72/14 72/14 75/10 75/12 77/9 77/11 82/11 82/15 82/16 82/17

102/17 116/24 119/10
**people's [2]** 51/25 99/22
**percent [3]** 95/16 95/18 105/19
**perfect [1]** 78/11
**perfectly [2]** 60/23 66/2
**perform [1]** 93/20
**perhaps [10]** 6/19 65/25 84/19 84/20 84/20 97/22 101/24 107/5 124/17 130/7
**perimeter [1]** 86/15
**period [7]** 16/3 30/13 30/16 30/20 31/6 31/17 49/8 52/15 53/2 109/10 127/3
**permission [1]** 73/17
**permitted [2]** 74/8 113/14
**person [19]** 14/23 33/12 33/18 40/17 47/20 47/21 49/25 51/11 57/19 58/10 63/18 73/8 87/20 92/16 97/21 99/21 102/20 116/7 117/10
**pertaining [2]** 83/13 90/14
**Philadelphia [1]** 3/10
**phone [10]** 6/20 45/23 49/23 51/11 57/15 58/3 58/5 60/12 117/18 120/16
**phones [1]** 14/19
**physical [11]** 83/15 93/4 93/6 93/25 95/7 96/15 97/9 97/15 97/15 103/24 105/13
**physical-condition [1]** 95/7
**physically [8]** 93/14 93/19 93/23 95/4 98/14 102/6 103/1 129/18
**physicians [2]** 104/12 104/13
**pick [1]** 54/20
**piece [13]** 40/20 43/22 43/23 45/20 45/25 46/1 50/10 51/10 52/13 55/10 60/11 63/12 64/6
**pieces [2]** 16/20 49/11
**piercing [1]** 123/3
**place [8]** 8/15 13/10 13/13 61/25 73/17 123/21
**places [1]** 8/14
**plain [1]** 30/5
**Plaintiff [1]** 1/4
**plan [12]** 33/9 48/2 48/2 48/4 48/8 86/19 86/21 94/13 108/21 109/18 109/19 109/20
**plane [2]** 127/16 127/17
**planned [2]** 61/24

**planner [1]** 93/24
**planning [4]** 25/4 25/7 46/3 61/22
**Plano [1]** 126/21
**planting [1]** 108/14
**pleadings [2]** 32/12 91/13
**please [6]** 5/4 21/4 48/12 61/4 66/22 125/13
**pled [1]** 81/7
**plus [7]** 40/16 49/20 49/22 49/25 51/12 52/18 52/21
**point [65]** 6/14 6/16 11/25 15/13 17/21 18/8 20/10 25/17 27/10 27/14 27/18 29/6 29/14 30/15 31/1 31/2 31/25 45/6 49/3 49/19 49/20 50/6 50/25 51/23 52/6 52/11 53/6 53/11 54/13 54/18 55/3 58/14 59/10 59/17 60/12 60/16 62/13 63/7 68/5 69/17 73/13 74/2 75/10 79/2 80/18 81/21 81/22 88/7 90/3 94/4 94/9 94/18 95/8 95/16 98/11 100/21 115/6 116/22 116/24 117/1 117/15 118/24 119/6 120/20 121/6
**pointed [3]** 21/7 50/22 121/2
**points [3]** 26/8 77/24 120/9
**police [42]** 71/5 71/16 73/18 73/21 75/2 75/3 75/23 76/3 76/4 76/4 76/19 76/22 78/5 79/13 79/16 79/24 80/1 80/9 80/11 80/15 80/20 80/24 81/13 81/24 83/12 83/25 84/17 84/19 84/24 84/24 85/2 85/15 85/24 85/25 86/21 87/3 87/6 87/10 87/19 87/23 93/18 96/3 **political [2]** 61/16 61/18
**pool [1]** 36/6
**Portillo [1]** 113/20
**portion [7]** 43/5 43/6 49/7 51/18 52/12 52/12 106/7
**ports [1]** 14/19
**posed [1]** 111/4
**position [12]** 6/19 21/5 25/21 43/15 43/19 47/16 48/1 68/18 110/11 119/18 129/2 129/17
**possess [1]** 64/7
**possessed [7]** 13/16 15/14 23/16 36/22 37/22 38/22 60/13

**P**

possessing [1] 38/1
possession [19] 12/13 15/25 16/7 23/15 28/24 28/24 33/11 33/12 33/19 33/20 33/22 35/6 37/3 37/6 38/4 38/25 39/9 39/19 39/21
possibility [1] 31/11
possible [3] 38/19 81/22 89/8
possibly [1] 88/17
post [5] 19/12 27/25 31/6 33/20 62/6
post-arrest [1] 33/20
post-date [1] 62/6
post-January 6th [1] 19/12
posted [1] 75/22
posts [2] 14/16 94/21
potential [5] 7/11 9/21 57/9 89/3 90/10
potentially [3] 9/19 85/10 124/12
Potomac [1] 14/13
power [5] 38/19 41/22 41/23 41/24 68/18
powerful [2] 100/19 100/20
practice [1] 91/17
precise [2] 36/8 42/12
precisely [1] 96/7
preclude [3] 67/1 83/8 83/10
predicate [2] 28/16 74/19 120/3
prejudice [9] 24/10 27/19 28/19 32/20 34/6 34/11 40/9 108/12 110/11
prejudiced [1] 24/18
prejudicial [9] 11/10 11/11 30/11 34/8 34/14 50/4 53/5 56/24 66/9
preliminary [1] 9/6
premised [1] 74/23
preparation [4] 25/3 25/6 33/9 90/2
prepare [4] 89/18 118/2 123/18 124/11
prepared [10] 38/20 40/1 70/12 78/25 90/5 91/24 100/25 107/22 125/21 129/19
preparing [2] 36/25 118/4
prepurchase [1] 131/3
prerogative [1] 106/10
prescribed [2] 99/6 99/6
presence [3] 108/18 110/24 110/25
present [5] 6/3 31/21 54/20 73/16 129/18
presented [1] 10/15
presenting [1] 54/3 65/7 88/25
preserve [1] 67/20

President [M23] 39/19 41/23 41/24 42/5 42/6 42/24 44/21 45/8 49/16 50/14 59/25 61/12 95/19 105/21 105/23 106/2 106/7 106/14 106/15 109/7 109/8 111/8 111/16
President Trump [4] 41/23 49/16 106/14 106/15
President's [7] 44/14 59/24 67/18 67/21 106/10 108/18 110/24
President-Elect [5] 41/24 42/5 42/24 44/21 45/8
Presidential [3] 41/22 46/22 108/3
presiding [1] 5/3
presumably [2] 29/2 62/8
presume [2] 78/14 117/20
presumed [1] 122/21
pretrial [4] 9/14 55/2 125/8 126/1
pretty [1] 87/25
Prettyman [1] 4/8
prevent [1] 101/15
prevents [1] 27/22
primarily [3] 93/7 105/11 114/19
primary [4] 102/3 102/10 105/12 108/1
principle [2] 45/8 91/1
printer [1] 64/9
prior [10] 18/21 19/8 27/24 29/23 31/9 31/10 73/21 116/17 117/8 125/5
privacy [1] 120/13
private [1] 106/1
privilege [6] 63/9 116/9 120/11 122/19 123/1 123/3
probable [1] 99/9
probably [8] 7/15 8/5 25/14 49/13 81/22 83/17 86/13 98/4
probative [11] 11/12 34/9 40/8 40/10 45/16 56/18 56/22 57/8 57/11 66/7 66/9
problem [2] 10/1 127/20
proceeding [1] 94/3
proceedings [8] 1/9 4/11 6/3 101/19 104/1 132/5 146/18 147/4
process [2] 7/23 47/9
processes [1] 102/12
produce [1] 35/20
produced [2] 4/11 119/11
product [3] 62/15 62/15 62/22
products [2] 62/23

profess [1] 38/3 114/11
professionalism [1] 86/1
proffer [17] 21/19 21/23 32/21 34/22 40/4 70/18 70/20 71/25 72/4 82/3 83/5 85/19 88/20 92/20 110/21 115/8 118/6
proffered [2] 55/16 83/1
proffers [2] 88/5 88/14
prohibition [1] 32/13
prolific [1] 53/7
promoted [1] 78/9
prong [3] 21/8 22/1 59/21
proof [4] 16/8 21/20 22/8 53/18
propane [1] 23/21
proper [4] 20/19 45/23 76/20 113/24
property [5] 74/14 74/15 74/17 74/22 74/23
propose [3] 96/8 114/9 125/6
proposed [5] 32/5 108/9 111/25 114/14 114/21
proposition [2] 33/11 114/17
prosecutes [1] 69/9
prosecutor [2] 99/22 100/8
prosecutors [1] 23/2
prospective [1] 131/8
protected [2] 85/15 116/2
protections [1] 8/13
protest [3] 73/12 91/5 91/25
protester [2] 75/18 90/18
protesters [3] 75/5 75/6 75/6
protesting [1] 91/17
protests [3] 91/7 91/15 92/22
prove [8] 21/14 21/16 22/9 22/10 49/19 50/1 54/20 82/7
proved [2] 18/17 118/14
proven [1] 28/7
proves [1] 23/15
provide [4] 68/12 85/7 114/14 123/14
provided [4] 71/1 114/15 115/9 123/11
providing [1] 60/22 84/7
proving [1] 50/4
proximity [1] 37/6
public [16] 43/17 67/1 67/12 67/16 67/20 68/4

83/1 88/18 88/23 89/13 91/7 132/3
public-authority [4] 68/10 68/12 83/1 89/13
publicly [1] 57/3
pull [4] 26/23 69/13 75/14 75/17
pulled [5] 80/8 80/10 80/20 80/24 98/24
pulling [1] 120/18
Punta [1] 3/14
purchase [3] 57/15 61/19 62/8
purely [3] 50/3 65/15 65/15
purpose [8] 14/9 19/19 41/21 102/25 105/12 106/13 109/13 117/16
purposes [2] 87/25 104/8
pursue [1] 89/20 90/20
put [21] 22/13 22/3 23/25 37/13 48/23 49/19 50/22 51/25 68/21 75/15 76/4 78/23 79/21 85/21 86/7 89/14 91/13 97/6 99/23 105/6 122/17
PUTZI [3] 2/7 3/3 3/17
pyrotechnic [1] 35/21

**Q**

QRF [18] 10/16 10/20 10/23 10/24 12/3 14/22 19/18 19/19 20/16 24/1 24/4 25/22 27/21 37/20 45/22 60/4 64/22 106/13
QRFs [1] 11/6
qualified [1] 7/16
qualify [1] 105/11
quantity [1] 60/14
quarter [1] 126/9
quasi [2] 79/6 84/23
question [30] 8/11 11/15 13/7 16/13 19/1 19/3 26/9 26/9 27/17 30/18 31/5 34/9 37/19 43/25 49/5 51/22 52/9 65/16 67/12 67/18 70/15 70/16 70/18 112/1 117/2 117/11 118/13 119/4 121/5 125/4
questionaries [1] 131/7
questioned [1] 27/5
questionnaire [3] 6/18 126/17 131/10
questionnaires [3] 7/7 7/12 128/13
questions [8] 13/23 31/4 31/24 43/3 68/8 70/17 110/17 112/15
quick [9] 14/12 24/23 25/25 26/3 33/7 33/7 60/21 62/22 89/8

quickly [1] 60/20
quite [8] 56/22 57/10 86/5 87/6 95/7 100/7 100/11 119/25

**R**

raging [1] 78/1
raise [3] 67/12 102/1 104/25
raised [1] 92/16
raises [1] 30/18
Rakoczy [5] 1/14 5/13 8/9 123/24 130/25
rally [5] 61/11 61/23 62/6 62/12 76/25
random [1] 17/1
rather [6] 32/14 62/9 67/20 89/15 89/20 123/2
rating [1] 95/17
reaching [4] 58/6 58/10 60/17 119/23
reacted [3] 78/4 78/5 81/23
reaction [9] 14/12 15/21 25/25 26/2 28/17 33/7 33/7 60/21 60/22 60/23
read [6] 12/21 22/14 42/1 86/4 118/17 125/22
readily [1] 33/3
real [5] 24/23 57/4 57/4 108/16 114/23
really [18] 8/22 13/4 24/7 51/22 56/15 59/10 62/10 66/24 81/10 86/22 87/17 90/16 98/9 102/5 104/17 107/23 110/2 118/7
Realtime [1] 4/7
reason [8] 15/23 15/24 33/23 57/6 83/2 104/3 104/19 122/9
reasonable [4] 21/15 84/13 84/22 85/1
reasonableness [1] 80/12
reasons [10] 11/5 25/1 32/3 35/3 57/7 65/16 66/2 78/6 108/2 112/2
rebut [2] 34/4 95/3
rebuttal [3] 112/6 112/12 124/13
receive [5] 60/18 62/7 62/22 62/23 65/13
received [10] 9/19 10/10 32/12 83/5 118/15 118/22 118/23 118/25 119/4 120/10
recent [2] 6/14 113/12
recently [2] 124/25 131/2
recess [2] 66/20 66/21
recipe [4] 37/8 39/22 40/2 55/14
recipes [1] 36/10
recipient [1] 118/1
recommend [1] 73/19

**R**

record [5]  12/25 28/14 51/1 122/17 147/3
recorded [1]  4/11
records [7]  49/23 49/24 53/15 97/1 97/9 98/23 105/1
recovered [3]  16/11 16/14 17/18
recruit [1]  19/14
recruits [1]  36/25
redlining [2]  6/17 128/8
refer [2]  27/4 107/5
reference [4]  28/14 40/18 49/22 50/24
referenced [3]  45/2 50/17 63/8
references [3]  14/18 28/6 69/14
referencing [2]  39/25 45/3
referendum [1]  85/14
referred [2]  40/14 40/17
referring [1]  13/19
refers [1]  40/16
reflection [1]  56/4
reflects [4]  44/2 45/15 49/9 52/15
regard [1]  46/22
regarding [7]  9/10 26/9 88/13 88/18 88/22 113/22 129/12
regardless [2]  19/6 48/7
Registered [1]  4/7
regularly [1]  91/19
relate [4]  58/2 69/21 74/17 108/1
related [6]  47/7 47/12 68/5 91/3 130/21 130/22
relates [6]  25/5 56/22 67/18 68/16 74/13 74/14
relating [3]  11/6 55/10 83/11
relationship [3]  84/14 84/23 84/23
relationships [1]  42/23
relative [1]  40/23
relatives [1]  52/5
relevance [7]  19/3 32/20 40/7 44/15 44/18 87/10 107/10
relevancy [2]  53/24 66/5
relevant [48]  11/6 11/7 14/8 14/23 18/15 19/7 20/11 20/17 20/21 31/8 35/22 36/22 38/7 38/25 44/21 48/3 51/10 55/20 56/19 56/21 59/16 59/20 60/23 79/20 79/22 84/2 84/5 86/11 86/16 86/18 87/22 90/20 92/23 93/19 94/1

100/10 103/4 105/4 106/5 107/25 110/24 111/9 111/17 114/15
reliance [5]  39/11 68/17 68/24 69/2 89/2
relief [1]  69/17
rely [3]  68/15 70/1 115/21
relying [2]  27/2 30/7
remain [1]  38/19
remainder [3]  41/15 43/10 43/12
remained [1]  31/17
remains [2]  77/22 117/2
remember [9]  11/16 12/1 12/8 36/14 61/20 62/3 97/16 116/20 121/22
remembers [1]  94/12
remind [1]  60/1
reminding [1]  26/17
reminds [1]  32/14
remote [1]  56/20
remotely [1]  6/5
remove [1]  14/1
removing [1]  60/9
rented [1]  40/20
repeat [1]  85/5
repeatedly [1]  32/15
repeating [1]  91/5
replacement [5]  64/4 64/10 64/12 65/24 65/25
replacing [1]  64/5
reply [5]  124/18 125/3 125/8 125/13 125/17
report [1]  131/4
reporter [5]  4/6 4/7 4/7 4/8 66/14
reporting [1]  43/17
representation [1]  112/23
representations [1]  128/11
representative [2]  45/11 45/23
represented [1]  111/13
request [1]  107/9
require [2]  34/16 116/23
required [1]  86/22
requirements [1]  113/17
requires [1]  21/9
requiring [1]  92/6
requisite [1]  78/16
researched [1]  88/25
researching [1]  90/11
resemble [2]  58/5 60/8
resembles [1]  57/15
reserve [1]  70/10
residence [8]  18/10 35/17 36/2 36/9 36/16 36/20 36/24 40/13
resident [1]  28/15
residing [1]  27/6

44/11 56/7 56/11 103/15
resisting [2]  46/11 55/22
resolve [2]  6/11 110/16
respect [6]  33/21 60/3 89/25 107/17 121/13 122/18
respond [5]  27/1 79/23 84/9 84/13 85/1
responded [1]  90/16
responding [1]  79/25
responds [1]  112/17
response [9]  13/2 13/5 13/12 47/25 70/1 79/24 86/22 118/13 129/11
responses [4]  10/11 87/16 123/7 128/12
responsible [1]  44/14
rest [4]  19/22 31/25 51/22 107/14
restricted [1]  97/6
restrictions [1]  131/9
rests [3]  68/17 123/1 123/5
result [4]  49/15 53/13 54/2 54/10
resulted [1]  92/11
results [1]  76/24
return [1]  66/20
revenge [1]  44/13
reverse [2]  17/19 58/12
reversed [1]  74/2
review [1]  130/11
reviewed [1]  25/13
revisit [4]  34/22 106/25 107/11 117/8
rhetorically [1]  21/12
RHODES [14]  1/6 2/2 5/7 5/15 6/2 64/23 65/1 88/9 115/15 123/8 129/7 130/7 131/22 131/25
Rhodes' [1]  115/22
RICO [1]  113/7
rifle [3]  63/13 63/15 63/20
rifles [1]  64/11
right [88]  6/8 6/10 7/2 11/14 13/8 13/16 15/6 18/1 19/10 22/20 22/21 22/25 23/8 23/23 26/2 26/15 28/10 29/25 30/22 32/1 32/2 35/1 36/19 38/6 40/12 47/13 47/18 48/9 49/4 52/24 54/6 57/11 58/25 61/20 61/21 63/4 64/18 66/25 67/10 69/5 69/22 71/22 76/8 81/25 82/9 82/12 82/22 87/8 87/14 88/4 89/12 90/13 92/17 93/3 94/17 98/2 102/2 103/10 103/17 105/2 105/8 105/8 107/8 109/12 110/22 111/6 111/20 111/22 112/24

117/23 119/8 119/19 124/2 124/14 125/10 125/14 126/4 126/9 128/5 128/25 130/5 130/13 130/18 130/24 131/20
RIOS [1]  3/13
ripe [5]  6/13 124/16 124/17 124/21 125/19
rise [3]  5/2 28/25 66/19
Ritchie [3]  2/7 3/3 3/18
rivals [1]  113/16
river [1]  20/3
RMR [2]  147/2 147/8
Road [1]  2/12
robbed [1]  49/17
Roberto [2]  3/2 5/10
room [7]  8/2 40/18 40/18 40/19 45/22 102/21 127/11
rope [1]  38/18
routinely [1]  87/25
Rubicon [1]  24/9
rule [5]  32/13 32/14 54/22 59/19 123/15
Rule 12 [1]  59/19
Rule 16 [1]  123/15
ruled [1]  59/19
ruling [1]  107/9
run [1]  48/23
running [1]  48/19
rural [2]  63/16 63/25
rush [1]  94/7
rushing [1]  93/18
RV [36]  11/24 12/9 12/10 12/12 12/12 14/23 15/1 15/3 15/12 15/14 15/15 16/19 16/22 16/23 16/25 17/2 17/4 17/23 17/25 18/3 18/5 18/6 18/12 19/21 20/1 20/14 23/5 25/24 27/7 28/9 28/12 29/11 31/14 31/15 31/17 33/6

**S**

safety [1]  111/14
said [37]  7/1 13/25 32/10 34/19 41/18 51/9 51/24 56/6 56/16 59/7 64/13 70/15 72/11 72/12 72/12 73/16 74/16 79/12 79/17 79/18 83/20 85/6 85/12 85/18 88/4 91/24 97/11 97/25 101/11 103/21 111/2 114/9 118/13 118/19 119/12 122/8 122/18
sake [1]  127/16
Salvador [1]  113/19
same [24]  8/8 17/4 17/9 17/17 25/7 28/4 28/6 28/8 32/20 37/24 40/20 43/11 43/12 43/18 45/20 45/20 46/24 55/10 65/19 94/6

117/9 113/3 113/8
Sandoval [1]  113/13
satisfy [4]  59/24 116/7 119/4 120/2
saw [8]  28/25 29/6 29/10 85/13 91/9 91/11 91/12 105/5
say [45]  7/19 10/16 16/24 21/18 24/25 25/13 29/6 29/10 36/17 42/14 46/5 46/6 46/13 50/18 51/23 52/11 59/6 60/18 62/5 62/17 63/9 63/22 65/12 68/19 77/14 77/16 87/3 95/11 101/25 102/19 102/21 104/16 104/20 106/17 107/24 112/14 113/2 118/8 119/16 120/18 123/10 124/5 127/7 130/13 130/15
saying [11]  21/19 22/21 29/3 68/9 75/1 85/9 96/16 100/8 104/13 114/24 115/11
says [11]  12/4 42/21 42/22 54/14 68/11 93/16 97/18 113/25 118/11 119/21 123/16
scaffolding [3]  97/6 98/16 100/23
scale [1]  64/25
scenario [1]  86/10
schedule [3]  6/15 128/1 130/19
scheduling [1]  123/21
scoped [1]  120/16
score [2]  105/6 105/10
scott [3]  3/12 3/15 5/24
Scouts [1]  63/17
scribbled [1]  53/9
scurrying [1]  75/4
seal [2]  130/22 131/21
Sealed [1]  132/5
search [2]  12/9 23/3
seated [2]  5/4 66/22
second [10]  18/19 26/11 31/13 33/7 43/25 47/2 58/5 83/13 90/13 121/6
secondly [1]  27/14
Secret [9]  107/17 108/8 109/5 110/1 110/3 110/9 110/23 111/4 111/7
security [7]  77/16 77/23 81/21 84/7 86/7 86/15 94/7
seditious [5]  81/18 89/5 95/23 114/6 115/1
see [24]  10/21 20/25 29/2 29/4 29/9 35/11 56/15 72/17 72/18 75/2 75/11 75/14 75/17 75/17 75/23 75/25 77/3 78/13 87/8 88/5 96/12 106/22 117/17 119/17

S

**seek [3]** 44/11 44/13 96/11
**seeking [7]** 35/13 57/21 64/12 67/1 69/18 83/10 101/15
**seeks [1]** 69/20
**seem [5]** 52/8 52/18 52/19 61/8 119/13
**seems [11]** 6/13 17/15 23/14 23/24 25/24 29/5 29/12 48/1 88/15 102/10 116/24
**seen [6]** 28/22 35/8 71/1 77/22 112/7 120/24
**sees [3]** 55/3 78/1 78/21
**seize [1]** 77/2
**seized [3]** 28/11 33/18 36/12
**seizure [1]** 30/12
**selection [4]** 6/25 7/4 7/9 7/13
**self [3]** 34/23 59/19 65/15
**self-declared [1]** 34/23
**self-defense [1]** 65/15
**self-executing [1]** 59/19
**selling [1]** 23/7
**send [1]** 62/17
**sending [2]** 109/22 121/3
**sense [8]** 23/10 24/7 39/15 43/21 47/15 55/16 83/17 122/2
**sent [2]** 6/17 121/4
**separate [1]** 59/21
**September [16]** 9/13 9/23 13/7 13/14 16/14 16/18 16/22 17/18 18/4 18/13 28/25 31/6 127/23 131/15 131/15 147/7
**serious [1]** 124/4
**seriously [1]** 64/2
**serve [2]** 59/25 95/20
**service [10]** 19/8 95/17 107/17 108/8 109/6 110/1 110/4 110/19 110/23 111/7
**Service's [1]** 111/4
**session [1]** 5/3
**set [12]** 17/1 25/16 50/9 99/18 109/21 123/22 125/1 126/15 126/18 126/25 128/6 129/1
**sever [1]** 125/17
**several [3]** 51/6 51/6 62/24
**severance [2]** 124/21 124/23
**shaking [2]** 102/9 123/24
**shape [1]** 104/17
**share [1]** 79/13

**she's [8]** 27/4 27/6 28/25 29/2 29/3 29/4 29/6 29/6 29/8 36/22 36/23 37/7 40/1 40/1 87/21 87/21 121/21
**shed [3]** 17/2 56/10 58/20
**sheds [1]** 56/12
**sheet [2]** 40/14 60/9
**sheriff's [1]** 74/1
**ship [1]** 62/15
**Shipley [1]** 5/22
**shipped [1]** 63/1
**shocking [2]** 56/15 56/16
**shoot [1]** 45/4
**shore [1]** 26/8
**short [1]** 12/11
**short-barreled [1]** 12/11
**shortly [1]** 108/4
**shot [2]** 48/24 58/4
**should [11]** 6/15 7/1 7/10 10/16 30/19 62/15 95/3 103/1 107/24 130/7 130/19
**shouldn't [2]** 37/24 128/18
**show [27]** 15/2 15/5 17/3 21/13 22/1 25/21 29/18 33/20 44/3 49/12 53/12 53/12 53/18 53/21 60/2 63/12 79/13 96/1 117/9 118/6 118/16 118/21 118/24 120/3 120/22 120/25 122/22
**showed [1]** 81/20
**showing [2]** 18/16 120/19
**shown [2]** 30/5 30/6
**shows [5]** 27/8 52/23 60/6 81/12 121/1
**side [4]** 12/21 75/3 75/25 76/1
**sides [1]** 9/11
**sidestep [1]** 108/6
**sight [1]** 8/23
**signage [1]** 76/2
**Signal [3]** 36/5 49/21 49/24
**signed [2]** 93/16 94/7
**significance [1]** 61/18
**significant [1]** 24/11
**similar [3]** 38/22 39/20 91/16
**similarly [1]** 113/25
**simply [11]** 14/8 39/20 65/24 98/18 99/15 101/6 109/7 111/15 118/8 118/22 124/5
**since [3]** 116/6 126/13 130/7
**single [3]** 50/19 84/15 97/2
**sir [6]** 88/21 89/24 126/20 127/9 127/20 128/24

**sit-ins [1]** 91/16
**site [1]** 12/3
**sitting [2]** 97/25 98/1
**situation [3]** 14/6 22/12 79/23
**six [6]** 10/14 16/6 16/7 29/7 62/16 63/2
**Sky [1]** 127/10
**slate [1]** 44/11
**small [1]** 26/7
**smaller [2]** 58/4 64/25
**smite [1]** 94/24
**so [213]**
**so I think [8]** 11/12 32/2 33/23 55/7 56/21 66/11 85/17 111/11
**So ordinarily [1]** 63/1
**So this is [2]** 10/9 69/19
**social [17]** 25/14 32/25 38/12 49/18 50/19 51/3 51/14 53/15 54/4 94/21 95/6 96/16 97/14 94/21 97/25 98/6 101/11
**social-media [4]** 50/19 51/14 94/21 95/6
**Socialists [1]** 50/23
**solely [1]** 112/12
**solicit [1]** 80/2
**some [64]** 6/16 6/21 6/23 7/17 11/25 13/3 13/9 15/9 15/18 15/23 15/24 16/10 17/10 17/12 17/14 19/3 23/13 31/4 32/12 34/25 36/3 36/11 38/3 39/15 39/25 40/15 47/14 47/22 53/8 56/12 61/16 64/20 66/5 73/2 76/12 76/16 79/16 79/17 82/16 83/17 87/6 87/22 90/18 91/2 91/11 91/13 92/10 96/16 97/16 97/20 97/22 98/23 100/23 101/10 103/13 103/23 109/22 110/21 112/19 113/10 115/15 117/19 121/13 123/7
**somebody [13]** 16/5 40/17 43/22 44/13 57/18 58/6 78/24 99/16 105/11 108/23 109/18 115/17 119/14
**somebody's [1]** 102/11
**somehow [6]** 42/5 75/7 86/7 90/20 100/10 104/9
**someone [4]** 31/15 33/5 62/14 68/19
**someone's [1]** 99/25
**something [30]** 6/10 10/21 12/4 18/24 23/25 33/2 37/9 37/23 39/19 45/14 56/9 57/21 58/22 58/24 63/17 64/1 65/10 68/19 85/12 85/13 86/12 89/14 89/19

**some [1]** 91/16
**site [1]** 12/3
**sitting [2]** 97/25 98/1
**sometime [2]** 78/21 127/12
**sometimes [1]** 22/18
**somewhat [2]** 11/2 17/15
**son [9]** 63/17 116/8 118/7 118/8 119/22 120/4 120/9 120/13 121/4
**soon [2]** 62/8 123/15 124/9
**sooner [3]** 62/8 89/15 89/20
**sorry [11]** 21/17 22/14 26/15 68/1 79/8 83/9 111/5 122/2 127/23 126/9 131/23
**sort [24]** 6/23 7/19 8/7 10/19 15/20 16/15 19/18 25/25 33/6 33/20 47/23 49/5 57/3 62/21 65/22 66/24 67/24 83/19 91/5 97/19 101/9 113/12 116/12 120/19
**sought [1]** 117/3
**sounds [1]** 45/12
**space [2]** 78/9 91/7
**speak [5]** 9/11 18/25 49/14 127/20 129/12
**speaking [3]** 9/16 120/12 130/6
**speaks [2]** 89/2 118/7
**special [1]** 84/23
**specialized [1]** 114/11
**specific [9]** 36/17 39/18 43/22 55/17 55/18 91/2 101/17 101/18 115/7
**specific-intent [2]** 101/17 101/18
**specifically [5]** 15/2 27/9 33/15 88/15 89/5
**specifics [1]** 107/11
**specify [1]** 119/13
**speculate [1]** 103/2
**speculating [2]** 99/24 104/7
**speculation [3]** 28/4 29/18 103/8
**speculations [1]** 28/3
**speculative [1]** 28/2
**speed [1]** 125/4
**spend [1]** 54/3
**spent [1]** 77/1
**spoke [2]** 9/9 72/5
**spoken [1]** 15/10
**spouses [2]** 120/12 121/18
**spreadsheet [2]** 120/19 120/22
**squiggly [2]** 48/15 53/3
**squirrel [1]** 63/15
**Sr [3]** 2/6 3/2 3/17
**staff [2]** 7/21 132/2
**stage [1]** 90/24

**stagger [1]** 7/12
**stairs [3]** 98/16 104/2 104/3
**stand [3]** 66/20 107/3 125/5
**standalone [1]** 11/20
**standard [5]** 25/2 25/11 34/2 34/12 88/21
**standing [6]** 5/19 5/21 71/16 72/16 77/9 129/24
**standpoint [1]** 9/6
**stands [2]** 33/11 55/3
**stanley [2]** 2/11 2/14 5/16
**start [3]** 7/5 83/16 99/24
**started [3]** 53/1 63/20 116/22
**starting [2]** 10/16 127/4
**state [22]** 40/22 42/14 44/2 44/7 45/7 45/15 47/7 47/8 49/9 53/25 55/19 55/23 55/24 56/13 56/18 65/13 76/24 85/11 92/24 103/3 103/9 117/6
**state-level [2]** 55/19 55/24
**stated [2]** 32/4 104/23
**statement [19]** 9/14 16/16 16/16 16/17 27/3 27/4 27/16 39/25 65/20 69/12 102/14 115/18 116/17 116/22 117/4 117/4 121/10 121/19 122/11
**statements [12]** 44/24 53/16 82/15 92/4 92/10 92/13 97/8 97/14 115/15 115/22 116/18 121/8
**STATES [22]** 1/1 1/3 1/10 5/6 13/1 33/16 44/12 50/14 51/4 55/23 56/8 56/11 73/15 92/8 92/9 95/20 103/16 105/21 105/24 113/13 113/20 122/23
**station [1]** 33/8
**status [3]** 35/2 65/6 105/14
**statutes [2]** 90/18 92/21
**stay [3]** 38/19 131/24 131/24
**stem [1]** 48/1
**stenography [1]** 4/11
**step [1]** 80/14
**steps [6]** 77/7 77/20 78/3 79/20 99/18 100/23
**STEWART [4]** 1/6 2/2 5/7 88/9
**sticks [1]** 36/6
**still [16]** 7/6 14/8 47/12 49/8 57/14 62/23 63/3

**still... [9]** 72/18 81/5 89/8 89/19 109/24 117/2 120/4 125/16 126/12
**stipulate [2]** 51/11 51/13
**stipulation [2]** 108/6 108/9
**stone [2]** 50/9 114/5
**stood [2]** 71/4 72/11
**stop [6]** 14/21 41/22 41/23 45/22 50/13 59/24
**stopped [1]** 15/10
**stopping [1]** 71/2
**stops [1]** 81/12
**storage [1]** 17/2
**storing [1]** 14/13
**storm [2]** 93/16 98/9
**stormed [2]** 94/22 94/22
**storming [1]** 97/16
**storyboarded [1]** 78/11
**street [4]** 1/16 3/9 4/3 73/18
**strength [1]** 103/24
**strike [1]** 111/5
**strokes [1]** 103/14
**strong [1]** 34/1
**stronger [1]** 102/16
**strongest [2]** 102/15 102/15
**strongly [1]** 48/25
**structure [4]** 113/10 114/1 114/10 114/19
**stuff [3]** 17/13 21/23 81/18
**SUAREZ [1]** 3/13
**subject [3]** 34/3 35/4 113/24
**submission [1]** 131/15
**submit [2]** 30/6 69/15
**submitted [1]** 86/12
**substantially [6]** 11/10 11/11 34/10 34/12 57/10 66/9
**substantive [4]** 121/23 128/9 128/10 128/14
**success [2]** 86/8 86/9
**successful [1]** 48/8
**such [4]** 29/4 89/16 113/3 129/19
**suffice [1]** 7/19
**sufficient [7]** 21/10 21/13 21/20 22/2 23/10 118/6 128/16
**suggest [11]** 16/2 21/17 34/20 35/12 37/12 42/16 53/16 90/4 97/14 101/4 119/14
**suggested [5]** 6/22 23/4 90/17 93/5 97/17
**suggesting [13]** 17/12 19/18 39/18 53/17 65/13 65/23 68/13 72/23 84/2 97/8 103/22

**suggestion [4]** 37/15 43/3 77/20 97/18
**suggestive [1]** 86/6
**suggests [6]** 42/19 48/25 53/4 53/20 73/2 112/4
**Suite [8]** 2/3 2/8 2/17 3/4 3/9 3/14 3/18 4/4 4/4
**summer [1]** 23/6
**supplement [1]** 123/9
**support [12]** 19/19 21/10 22/2 23/3 30/17 33/6 33/8 69/24 70/21 82/4 83/3 118/8
**supporting [1]** 70/2
**supports [1]** 119/18
**suppose [1]** 101/16
**supposed [4]** 7/8 27/19 69/1 127/4
**supposing [1]** 59/21
**Supreme [3]** 73/11 73/16 74/3
**Supreme Court [3]** 73/11 73/16 74/3
**sure [24]** 10/6 16/20 20/5 24/3 24/14 26/25 46/6 48/3 49/14 59/3 59/9 60/5 62/4 67/14 67/25 86/5 93/10 98/11 100/7 100/22 106/5 122/25 123/14 124/18
**surgeries [1]** 103/6
**surprising [1]** 17/14
**suspected [1]** 113/17
**suspicious [2]** 82/10 82/17
**sustained [1]** 74/1
**swept [3]** 102/18 102/18 102/18
**switch [1]** 52/7

**T**

**T.A [3]** 27/6 27/14 28/15
**T.A.'s [1]** 27/4
**table [1]** 24/13
**tad [1]** 16/24
**take [31]** 8/3 10/13 10/14 21/5 24/5 44/22 45/6 47/5 50/21 51/23 52/10 58/12 58/14 60/12 61/25 66/15 73/17 79/14 92/24 92/25 93/17 96/20 98/20 100/7 112/7 120/21 124/19 125/24 126/4 128/7 128/18
**taken [7]** 8/19 100/10 104/4 109/9 119/18 131/22 131/25
**takes [4]** 11/13 100/20 103/7 115/23
**taking [9]** 14/12 44/1 50/19 93/18 101/5 104/8 127/2 128/23 129/17
**talk [13]** 6/15 6/19 9/6

25/18 25/19 31/3 35/14 120/2 128/13 131/7
**talked [4]** 38/11 83/17 91/4 116/1
**talking [12]** 7/20 21/23 30/8 45/2 45/4 62/20 64/20 76/17 81/9 97/13 99/17 122/5
**talks [1]** 113/4
**tandem [1]** 15/8
**tangential [1]** 104/5
**tank [1]** 23/21
**tattoos [1]** 113/15
**team [1]** 104/13
**telephone [2]** 33/17 126/16
**tell [12]** 9/4 15/20 49/11 63/12 63/18 82/9 86/3 87/18 89/21 99/12 101/21 114/9
**telling [4]** 16/24 71/10 79/16 115/4
**tells [1]** 13/15
**ten [6]** 18/3 61/17 66/15 75/14 79/5 84/14
**ten-year [1]** 84/14
**tens [1]** 25/14
**tentatively [3]** 35/4 128/5 129/1
**term [2]** 23/19 23/24 47/17 100/14
**terms [16]** 7/7 7/13 15/1 28/22 28/24 31/13 33/25 38/4 51/25 55/2 80/12 90/1 105/10 107/10 117/12 130/8
**terrace [1]** 97/7
**terribly [1]** 128/9
**Terrific [1]** 130/5
**terrorist [1]** 114/8
**testified [1]** 77/22
**testifies [4]** 106/18 106/23 107/1 107/4
**testify [17]** 29/3 31/22 86/14 87/10 87/20 91/24 92/6 95/11 95/12 101/1 103/5 104/18 106/19 113/15 113/16 114/1 114/18
**testimony [31]** 13/25 14/1 28/22 29/13 76/16 83/23 86/7 92/1 95/13 96/11 97/20 104/12 109/5 109/6 109/13 111/22 111/23 111/25 113/13 113/6 113/10 113/24 114/8 114/21 115/8 115/11 115/14 115/20 115/21 123/7 124/12
**Texas [2]** 61/6 126/21
**text [4]** 49/22 49/24 117/21 118/3
**texting [1]** 126/22
**than [26]** 16/15 20/3 37/3 44/16 48/15 49/1 59/5 62/9 64/19 65/1

83/5 89/15 89/20 95/3 98/3 99/15 100/20 102/16 108/8 127/12 128/19 132/1
**thank [40]** 8/10 9/1 10/5 12/24 21/3 24/22 26/5 26/16 26/17 26/19 30/2 30/22 30/23 32/1 39/2 39/3 41/10 48/11 54/5 54/6 61/1 61/2 64/16 64/17 67/23 82/24 88/11 90/9 90/22 96/22 96/23 96/24 106/24 107/6 120/7 122/15 130/4 130/16 131/18 132/4
**thank you [34]** 9/1 10/5 12/24 24/22 26/5 26/16 26/17 26/19 30/2 30/22 30/23 32/1 39/2 39/3 41/10 48/11 54/5 54/6 61/1 61/2 64/16 67/23 82/24 90/9 90/22 96/23 106/24 107/6 120/7 122/15 130/4 130/16 131/18 132/4
**Thanks [1]** 66/18
**that [949]**
**that'll [1]** 122/11
**that's [124]** 9/20 9/25 10/4 16/4 16/8 16/11 17/7 17/11 17/23 19/3 19/13 20/2 20/21 22/18 22/24 23/23 25/19 27/16 27/22 28/6 28/13 28/19 28/20 28/21 29/4 29/18 31/2 31/8 32/21 35/20 37/13 40/4 41/5 45/16 48/3 49/17 51/20 52/23 54/4 54/13 55/20 56/8 56/17 57/19 58/4 61/12 62/2 63/2 63/5 65/10 65/16 65/16 66/7 67/3 67/24 68/13 68/22 68/23 69/5 69/9 69/22 70/8 73/1 73/2 76/4 78/7 79/10 79/20 80/15 82/13 82/23 84/1 84/13 84/18 85/16 87/3 90/16 91/25 92/1 92/16 92/20 92/23 94/5 95/2 95/21 99/2 100/10 100/14 101/21 101/23 102/2 102/8 106/5 106/9 106/11 106/15 108/11 109/13 110/9 110/18 111/11 111/20 118/10 118/18 118/19 118/25 119/8 119/12 120/19 120/23 120/24 122/4 122/23 122/24 122/25 124/24 125/10 125/10 127/14 128/4 128/8 128/25 130/14 130/17
**their [38]** 6/7 14/9 14/10 14/11 20/23 38/17 47/17 47/23

63/16 76/23 84/14 84/22 85/11 86/22 90/2 93/6 94/19 98/2 105/22 106/12 116/8 118/7 118/10 118/23 119/12 119/13 119/16 119/18 119/21 120/13 121/4 125/8 128/12 129/17
**them [33]** 6/14 7/12 8/21 10/14 10/14 11/22 14/13 28/5 29/9 31/23 32/24 46/24 57/2 58/16 61/7 61/18 64/7 64/9 75/17 84/13 84/25 85/1 86/22 92/5 94/19 94/24 99/5 100/6 100/10 101/17 120/17 120/24 124/11
**themselves [1]** 39/11
**then [61]** 7/9 7/13 10/7 10/9 15/11 18/13 19/14 20/2 31/19 35/6 40/3 40/12 40/25 41/15 49/5 51/25 52/12 52/15 53/24 57/17 58/5 60/9 66/16 68/21 69/8 72/18 73/10 74/21 75/13 75/14 75/17 75/17 75/18 78/1 83/4 83/14 92/5 93/3 93/19 98/7 99/7 100/11 101/22 102/5 103/4 104/18 104/7 110/9 110/18 117/12 121/4 123/6 124/25 125/12 125/16 125/18 125/24 126/3 127/4 129/16 131/1
**theories [4]** 42/3 43/17 94/10 95/22
**theory [22]** 17/7 19/16 23/16 43/1 43/11 44/1 44/19 48/5 72/24 77/18 88/22 93/12 93/21 93/22 94/14 94/16 97/19 98/8 101/16 103/5 103/14 105/22
**there [112]** 6/14 8/7 8/13 8/17 9/5 11/7 16/10 17/5 17/12 18/6 18/9 20/11 20/22 22/8 23/19 25/18 25/24 30/3 33/5 37/14 38/10 39/17 39/20 39/24 40/5 43/17 49/11 49/21 49/23 50/9 50/11 51/5 53/25 54/9 54/18 55/16 56/1 58/1 59/23 60/6 60/19 60/19 61/11 62/3 62/22 62/25 63/10 66/1 66/5 68/21 69/1 72/8 73/3 74/5 75/18 75/20 76/3 76/3 77/9 77/10 77/16 78/24 79/12 79/13 80/13 80/23 82/11 82/16 82/17 82/22 83/21 86/9 86/18 88/18 90/2 90/17

**there... [36]** 91/2 91/3
91/14 92/12 92/21 93/4
95/22 96/3 96/4 96/17
100/23 102/15 102/19
105/6 108/9 108/23
109/7 109/10 109/21
110/7 112/15 112/17
114/16 114/17 116/10
118/11 119/6 121/24
123/9 124/16 124/25
125/20 128/8 128/9
130/7 130/19

**there's [64]** 10/13 11/8
12/22 15/18 16/10 17/7
17/9 17/14 25/15 25/16
25/19 26/21 27/20
28/13 28/16 29/16
30/12 33/10 33/17
35/10 37/25 39/10 40/8
48/18 51/18 53/20
53/21 57/4 62/23 66/8
68/20 69/24 71/4 71/5
71/7 71/8 71/10 71/15
72/20 72/24 74/24 75/6
75/23 76/2 78/8 79/8
79/23 81/16 83/3 84/21
87/10 87/12 91/16
91/17 92/4 92/25 93/3
113/4 114/4 119/9
121/22 123/6 125/18
128/7

**therefore [3]** 27/21
30/9 116/22

**therewith [3]** 27/20
27/22 30/8

**thermite [1]** 35/20

**these [68]** 6/3 6/11
10/13 13/11 14/9 15/22
17/17 17/22 18/8 18/19
18/20 18/23 19/14
20/12 20/15 21/13 23/2
25/8 27/20 28/8 29/17
29/19 30/8 32/23 33/1
36/22 38/1 38/12 39/21
43/17 43/18 44/7 45/6
46/9 46/25 47/6 47/10
47/23 50/15 52/3 54/1
55/17 58/15 62/19
64/22 65/23 66/6 75/5
75/11 82/3 82/4 84/16
85/6 85/7 85/8 86/17
87/3 88/5 98/23 107/14
108/10 108/14 110/14
115/16 116/18 120/19
120/24 125/20

**they [95]** 7/18 8/8
12/11 15/7 19/18 21/16
21/25 22/7 22/7 23/4
24/9 24/15 24/15 25/21
27/4 27/9 27/19 27/21
29/16 30/9 37/20 37/21
37/21 38/18 38/20
41/13 45/21 45/22
47/15 48/20 49/14
49/16 49/16 50/11
50/20 50/22 51/5 51/17
53/12 53/14 53/18 54/3

59/23 61/8 62/15 63/11
64/9 71/3 71/4 72/25
73/3 73/4 73/13 74/6
74/18 74/24 75/15
75/23 76/3 76/19 79/24
83/23 84/8 84/12 84/16
85/3 85/8 85/9 85/12
85/13 87/23 88/3 90/3
94/15 98/24 99/24
106/8 108/16 109/20
109/20 109/21 114/25
115/18 118/6 118/8
118/22 119/14 119/20
120/12 120/25 131/10
131/22

**they'd [3]** 21/1 93/5
97/1

**they're [30]** 10/15 12/1
19/6 20/23 27/3 28/5
28/10 30/7 33/2 50/2
50/16 50/21 52/4 53/12
53/17 53/22 53/22 73/1
75/16 75/24 76/2 84/6
84/7 94/20 95/2 102/21
104/7 110/4 120/12
126/20

**they've [8]** 88/14 94/15
100/1 102/18 102/18
118/22 119/12 119/18

**thing [17]** 25/8 34/17
42/14 42/15 51/17
56/15 56/17 61/9 65/19
69/25 72/2 99/1 99/16
115/13 118/13 121/21
126/10

**things [26]** 17/6 17/17
18/23 48/15 50/21
51/23 51/24 52/13
52/20 53/8 58/10 59/11
65/22 85/6 85/8 89/16
90/11 95/3 95/5 96/5
96/16 97/17 97/22
100/21 101/10 115/10

**think [127]** 7/8 7/14
7/24 9/16 10/13 10/18
11/9 11/12 11/16 11/19
12/8 13/23 15/2 18/14
19/3 19/6 19/23 21/16
31/8 32/2 32/10 32/21
32/25 33/3 33/23 33/23
33/25 34/1 34/12 35/9
35/10 35/11 37/12
37/14 37/17 37/23 39/6
39/15 40/5 40/8 40/15
40/18 41/3 43/10 44/13
47/5 50/25 51/16 51/18
51/20 52/3 55/7 55/14
56/4 56/5 56/21 57/2
57/2 57/4 57/6 57/7
57/8 57/9 57/20 57/20
58/12 60/22 61/9 61/16
62/1 62/2 62/13 62/16
63/5 64/18 65/9 65/19
66/6 66/11 66/23 67/3
67/19 74/19 75/8 83/16
83/19 83/20 84/3 85/17
87/24 88/13 90/2 91/13

96/19 98/20 98/25
101/8 101/10 103/10
103/12 104/5 104/7
105/3 106/9 106/15
106/18 106/20 107/13
108/4 108/5 108/12
111/11 112/15 115/3
117/10 117/16 118/20
121/6 121/7 124/14
125/4 125/14 127/2
128/15

**thinking [9]** 8/20 15/21
22/22 46/2 76/23 101/6
101/9 122/5 122/20

**thinks [1]** 75/9

**third [6]** 31/19 105/4
116/7 116/10 117/10
117/10

**this [289]**

**This is [1]** 5/6

**Thomas [3]** 3/17 5/11
111/2

**thoroughly [1]** 88/25

**those [44]** 7/20 8/15
8/22 11/5 11/5 12/13
12/14 13/6 17/16 17/18
17/25 18/2 31/9 31/11
31/14 35/3 36/21 37/21
37/22 39/5 39/7 39/9
39/12 54/16 57/7 58/12
64/13 67/5 67/6 77/11
77/20 86/9 87/24 95/2
95/4 99/7 99/9 99/23
105/3 119/10 125/21
125/23 126/4 132/1

**though [8]** 87/12 88/17
**thought [6]** 49/17
70/11 99/11 99/13
100/15 102/11

**thousands [3]** 25/14
25/14 53/8

**thread [1]** 120/14

**three [9]** 33/18 57/9
78/21 80/6 81/20 81/22
83/10 88/13 127/5

**threshold [2]** 21/21
22/7

**throated [1]** 82/6

**through [19]** 7/6 15/20
16/15 24/6 46/18 53/17
61/14 64/8 66/11 66/16
81/11 83/23 96/12 98/5
98/23 107/14 125/14
127/3 128/17

**throughout [2]** 31/17
46/3

**Thursday [6]** 127/14
127/23 127/23 128/21
129/13 130/10

**thus [1]** 114/13

**tie [2]** 1/9 19/20

**ties [6]** 13/4 13/6 43/21
46/1 65/22 83/19

**time [72]** 7/24 8/12
8/15 9/24 10/25 11/25
10/10 13/13 13/16
13/17 14/23 15/16 16/3

96/19 98/20 98/25
22/15 27/3 28/12 30/13
30/16 31/5 31/17 33/4
35/8 35/24 37/6 42/3
42/10 42/15 43/11
43/13 44/8 45/15 45/20
46/15 46/20 46/24 49/1
51/2 52/23 53/2 55/5
56/13 59/16 61/14
62/19 62/20 62/21
62/25 73/18 75/22
79/17 89/18 89/22
91/16 96/21 101/24
106/8 109/11 109/11
117/19 120/23 121/19
126/16 127/18 127/19
128/20 130/9 131/6
131/10

**timeline [11]** 35/24
35/25 36/23 37/22
38/25 42/22 43/15
43/16 45/3 45/5 46/4

**timely [2]** 88/18 89/7

**timers [2]** 109/21
109/22

**times [10]** 18/3 41/19
52/8 52/14 53/20 88/13
100/19 102/16 111/9
111/17

**timing [1]** 116/14

**tip [1]** 112/18

**titled [1]** 147/4

**today [8]** 8/2 76/12
86/5 101/21 123/9
123/13 125/22 125/23

**today's [2]** 89/1 112/15

**together [10]** 13/10
14/20 15/5 28/13 34/25
125/25 125/25 126/5
126/24 126/25

**told [11]** 39/10 51/2
51/17 69/25 70/24 71/6
71/13 108/15 109/24
120/17 128/23

**tomorrow [1]** 126/24

**too [8]** 50/24 53/6 77/6
96/20 101/20 115/2
123/15 123/17

**took [2]** 101/1 101/1

**top [11]** 24/18 40/16
43/6 51/6 51/16 52/19
64/6 81/8 83/16 87/15
87/18

**topic [1]** 90/13

**tough [1]** 79/10

**Towers [3]** 2/8 3/4 3/18

**town [1]** 20/2

**track [1]** 51/1

**tracking [1]** 6/13

**traffic [1]** 24/6

**trailer [2]** 16/15 19/21

**training [2]** 76/20
86/23

**transcript [3]** 1/9 4/11
147/3

**transcription [1]** 4/11

**transfer [1]** 41/22

**travel [1]** 14/20 55/10

traveled [10] 15/1 15/7
15/11 15/14 17/3 18/5
20/17 27/7 31/16 34/9

**traveling [3]** 127/1
127/7 128/1

**treatment [1]** 113/17

**tremendous [2]** 63/24
78/8

**trial [33]** 6/12 7/1 7/2
7/25 8/22 12/14 24/17
60/2 83/8 85/14 85/20
89/18 92/17 93/1 96/20
96/21 98/21 99/2
104/20 106/1 107/12
110/12 112/21 113/1
117/8 117/18 118/2
119/24 120/1 123/18
125/5 126/21 127/4

**trouble [1]** 22/15

**Troy [1]** 12/25

**true [6]** 17/23 18/17
34/14 65/19 110/9
118/10

**Trump [4]** 41/23 49/16
106/14 106/15

**trust [1]** 104/10

**truth [2]** 51/17 108/15

**try [7]** 6/11 64/1 75/12
85/2 88/5 122/20 126/15

**trying [13]** 7/9 53/12
53/12 58/17 58/18
64/11 65/20 72/7 75/16
77/1 81/5 82/17 103/25

**Tuesday [4]** 7/3 7/4
7/15 125/11

**turn [13]** 10/7 11/14
20/25 35/6 40/12 40/25
60/11 83/7 85/14 90/13
93/8 93/9 111/22

**turned [4]** 51/5 51/7
53/8 70/15

**turns [1]** 69/8

**TV [1]** 98/1

**tweet [8]** 67/18 67/21
68/10 69/10 69/11 70/1
70/2 70/7

**tweeted [2]** 61/13
67/22

**two [42]** 7/8 9/23 12/11
13/23 17/6 17/12 18/7
19/22 25/20 26/7 28/12
29/2 32/18 35/10 35/18
39/21 42/2 42/23 43/3
43/18 45/10 46/9 46/10
51/25 55/21 56/7 57/1
57/7 57/8 58/1 68/8
68/10 70/16 77/24 81/8
87/7 88/13 109/21
112/2 112/5 117/6
120/9

**two-page [1]** 35/18

**twofold [1]** 13/12

**TX [1]** 2/4

**tying [1]** 18/15

**type [1]** 106/20

**types [2]** 62/24 83/10

**U**

Uber [1] 24/5
ultimate [1] 56/6
ultimately [5] 32/10
34/1 56/5 98/8 122/12
unable [2] 93/20 98/14
uncertainty [1] 21/7
unclear [3] 75/19
116/13 117/24
unconstitutional [1]
74/7
under [18] 21/4 30/17
32/11 33/24 46/14
48/15 54/19 54/23 57/8
59/25 60/9 60/20 67/19
69/16 70/3 103/5
130/22 131/21
under-seal [1] 131/21
undergoing [1] 20/23
underlying [2] 22/22
25/5
undermines [1] 47/15
underneath [2] 40/21
52/1
understand [19] 11/1
19/17 37/7 62/14 77/5
85/17 89/25 93/10
94/19 97/9 100/11
107/20 108/14 113/7
115/19 119/16 119/22
121/17 130/16
understanding [8]
12/15 63/8 88/2 105/11
110/2 110/4 122/19
130/14
understands [1] 62/24
Understood [1] 122/15
undertones [1] 90/2
undisclosed [2] 109/9
111/14
unfair [2] 34/10 40/9
unfolding [1] 101/12
unforeseen [1] 86/1
unfortunate [1] 84/12
unindicted [6] 12/16
12/18 14/15 35/2 38/13
39/13
unintentional [1] 73/7
unique [1] 89/2
unit [1] 77/2
UNITED [22] 1/1 1/3
1/10 5/6 13/1 33/16
44/12 50/14 51/4 55/23
56/8 56/11 73/15 92/8
92/9 95/20 103/16
105/21 105/24 113/13
113/20 122/23
United States [16]
13/1 33/16 44/12 50/14
51/4 55/23 56/8 56/11
73/15 92/8 92/9 95/20
103/16 105/24 113/13
122/23
United States of [1]
5/6
unless [5] 31/24 48/22
52/7 91/23 93/12
unlike [1] 32/4

unlikely [2] 96/13
106/11
unloading [2] 12/1
12/2
unproven [1] 27/2
unsatisfied [1] 120/5
unscoped [1] 120/15
until [6] 7/16 9/23 43/9
61/12 66/20 126/3
untoward [1] 64/1
unusual [2] 62/17 63/6
87/11
up [66] 8/21 8/23 9/13
11/23 22/17 23/15 26/8
32/23 34/24 39/19
39/21 43/8 51/13 52/20
52/23 55/12 58/17
58/18 58/24 59/15 62/7
65/6 65/12 69/13 72/13
75/18 75/23 76/2 77/7
78/3 79/19 80/14 81/20
82/7 84/7 86/23 92/17
92/19 92/25 92/25
93/16 94/7 94/22 94/22
95/7 95/19 96/20 98/16
98/16 99/18 100/24
101/15 102/22 104/1
104/3 104/7 105/21
105/23 106/7 106/13
106/15 112/7 113/5
125/4 126/18 130/23
updates [1] 6/23
upon [8] 27/2 34/22
44/8 68/15 82/14 89/22
115/1 115/14
upper [1] 36/15
upper-attic-like [1]
36/15
uppers [7] 57/19 58/7
58/11 58/14 58/18 64/4
65/20
upset [4] 49/15 49/16
53/13 54/2
urge [2] 89/14 89/20
urging [1] 89/4
us [16] 8/12 9/17 9/20
27/22 32/15 39/11
66/11 89/9 90/9 99/12
118/4 119/11 119/20
124/14 125/14 128/20
USCP [1] 77/4
usdoj.gov [2] 1/18
1/19
use [9] 9/21 61/23
63/17 64/2 65/25 95/25
96/1 99/14 106/8
used [6] 16/12 17/5
27/9 36/6 99/21 100/13
useful [3] 31/15 39/15
55/15
using [3] 43/22 45/20
74/6
usually [4] 9/3 34/7
123/4 123/5

**V**

VA [6] 95/17 105/1
105/6 105/10 105/14

vague [1] 90/24 92/20
valid [1] 66/2
Vallejo [14] 4/2 5/12
6/1 6/4 20/3 90/17
90/20 91/2 91/21 93/7
107/8 107/10 111/24
112/25
Vallejo's [1] 107/12
value [9] 11/12 34/10
40/8 40/10 56/22 57/8
57/11 66/7 66/10
valve [1] 46/18
various [4] 14/16 36/5
42/2 45/2 50/18 95/21
vehicle [1] 26/1
vehicles [1] 15/8
vein [1] 94/6
verify [1] 96/14
version [2] 120/15
120/16
versus [8] 5/7 33/16
73/11 76/5 113/13
113/20 114/5 122/23
very [28] 9/17 10/3
14/20 20/2 23/19 27/13
30/11 48/23 52/22 53/2
73/9 73/13 75/25 76/5
78/6 78/7 79/22 82/23
84/11 88/11 89/2 90/1
99/16 100/19 103/6
104/21 111/3 115/7
vet [3] 95/18 95/19
106/20
Veterans [1] 105/20
via [2] 2/21 44/23
Vice [7] 108/2 108/18
109/7 109/8 110/24
111/8 111/16
vicinity [1] 73/23
video [7] 72/16 72/17
72/19 75/2 75/9 75/11
75/25
videos [1] 60/6
view [10] 10/23 19/20
40/3 45/12 49/6 55/25
56/15 58/8 58/16 115/4
viewed [2] 78/14 78/20
violation [1] 73/8
violence [2] 54/11
54/16
VIPs [1] 78/2
Virginia [5] 12/3 19/22
20/1 29/18 40/20
virtually [1] 25/17
visit [1] 9/3
visual [3] 78/14 78/21
81/10
vociferous [1] 91/14
volunteer [2] 40/22
47/17
volunteers [5] 44/7
45/7 47/7 47/15 47/23
vote [1] 73/1
vs [1] 1/5

**W**

waiting [1] 63/3 129/11

value [4] 2/4
129/25 130/3 130/8
waived [1] 6/7
waiver [1] 68/4
Walden [1] 81/2
walk [5] 75/23 75/23
79/19 99/17 99/18
walked [1] 81/6
walking [4] 19/25 24/4
76/2 104/17
walks [1] 81/4
Walnut [1] 3/9
want [29] 8/22 18/25
25/21 29/9 42/12 47/2
48/13 52/20 57/23
82/10 85/18 88/24
89/14 91/6 92/19 98/21
101/14 104/13 104/16
115/13 117/9 117/15
117/17 122/25 124/8
125/12 130/25 131/6
131/13
wanted [9] 45/8 54/12
68/4 88/12 89/6 99/13
104/25 131/1 131/11
wanting [4] 44/13 50/3
65/14 94/20
wants [6] 9/6 34/7
34/19 54/20 82/20
108/7
warrant [2] 12/9 23/3
was [222]
Washington [19] 1/5
1/16 2/13 2/18 4/4 4/9
11/23 13/18 16/1 17/4
23/12 32/8 32/24 34/5
55/11 61/11 61/17
61/23 98/4
wasn't [12] 23/2 36/17
59/7 61/22 79/18 94/6
97/25 98/1 98/1 108/24
121/16 130/13
watching [2] 75/8 98/1
Watkins [18] 2/6 5/9
5/20 6/2 10/11 35/24
36/4 37/10 38/8 38/17
39/9 39/25 40/9 55/15
123/8 129/23 131/21
Watkins' [4] 35/6 35/17
36/16 39/21
wave [4] 71/23 72/19
84/18 84/21
waved [3] 71/7 71/9
72/13
waving [1] 72/6
way [14] 17/9 23/25
37/13 50/9 50/11 78/4
78/23 84/11 89/21
100/3 108/11 110/10
114/21 114/22
we [149]
we believe [1] 76/19
We don't [1] 105/8
we will [2] 112/11
131/7
we would [3] 30/6
69/15 90/5

we'll [21] 7/5 7/15 7/17
25/17 40/25 51/13
66/16 66/16 87/5 87/21
88/5 106/22 107/13
110/13 121/7 126/13
128/25 129/1 129/25
130/3 132/2
we're [27] 7/6 7/9 7/14
7/19 7/25 8/1 9/12 9/22
15/13 28/3 28/5 31/2
54/25 77/6 79/10 79/18
81/5 85/20 87/22 90/11
95/8 96/11 117/17
119/23 119/25 121/12
127/2
we've [13] 6/12 14/15
64/20 66/12 77/11
83/17 108/8 120/17
122/12 123/7 123/20
130/18 131/20
weak [1] 56/5
weakness [1] 40/7
weaknesses [1] 86/15
weapon [10] 16/5 16/7
16/11 32/5 33/13 60/4
62/7 64/3 65/13 65/14
weaponry [1] 16/5
weapons [27] 11/1
11/4 11/4 11/5 12/2
12/3 14/12 14/22 15/22
15/25 19/15 20/4 20/12
20/22 27/11 28/4 28/8
28/9 29/19 30/9 36/7
38/24 64/22 64/24 65/4
66/1 94/23
wear [1] 36/4
wearing [1] 97/7
Webster [2] 111/2
111/7
week [2] 125/9 130/22
weekend [3] 125/11
127/2 127/8
weeks [7] 7/8 49/7
62/16 63/2 77/3 87/7
117/17
weight [4] 20/8 65/17
66/4 98/8
Weinberg [3] 3/12 3/13
5/24
welcome [2] 6/8 69/8
well [59] 8/25 11/7
12/11 16/3 23/23 24/23
25/12 28/17 28/20 30/4
37/13 37/17 42/12
42/20 46/16 49/10
51/15 52/2 52/9 52/17
62/11 68/8 68/22 69/2
69/11 70/18 71/10
74/13 74/14 77/21 82/1
87/8 88/20 91/22 92/3
93/25 94/2 94/9 96/10
99/11 101/8 101/23
102/2 104/2 104/21
105/22 105/24 106/6
110/10 110/15 117/20
110/10 118/14 119/1
119/25 122/8 125/19

**well... [2]** 128/5 130/16
**well-articulated [1]** 88/20
**well-being [1]** 93/25
**went [5]** 31/18 51/4 72/25 81/6 100/23
**were [82]** 8/12 15/25 15/25 17/5 18/6 18/9 22/21 23/5 27/19 28/9 30/8 31/7 31/14 31/22 32/7 32/7 32/25 33/5 33/18 36/3 36/12 36/21 37/14 38/18 39/16 42/3 42/24 43/8 44/14 44/20 45/21 45/22 46/5 47/10 47/15 48/2 48/25 49/16 49/21 49/23 51/12 52/4 54/9 55/17 63/25 70/24 71/3 71/6 71/7 72/7 72/8 72/9 73/3 74/6 76/3 76/19 76/25 77/3 77/9 77/10 80/8 80/23 91/14 96/3 96/4 96/4 96/6 97/1 100/23 101/11 101/12 108/16 109/9 109/11 109/19 109/21 109/21 111/18 116/18 122/5 126/22 128/23
**weren't [1]** 69/1
**west [3]** 3/9 76/1 77/25
**what [172]**
**What does [1]** 73/5
**what's [20]** 6/13 19/16 20/10 20/17 20/21 36/22 38/7 40/13 46/21 51/16 56/19 56/19 58/7 62/21 72/4 73/9 84/2 87/11 127/8 129/6
**whatever [3]** 20/15 58/21 92/20
**whatnot [1]** 98/24
**when [59]** 12/1 12/2 18/13 20/18 20/19 22/21 27/4 32/19 34/4 35/22 35/23 36/23 37/7 37/20 39/9 43/15 44/8 44/9 45/2 45/4 46/2 50/20 50/21 58/10 61/12 62/14 62/15 63/19 68/17 70/10 72/7 75/1 76/17 77/10 79/10 79/17 79/23 81/6 85/3 91/24 92/25 98/24 99/4 99/19 101/13 106/25 112/17 114/25 116/15 119/10 119/13 119/14 120/12 121/25 123/21 127/5 127/7 131/7 131/10
**when's [1]** 125/25
**whenever [1]** 126/25
**where [33]** 9/18 19/22 29/23 32/2 35/1 35/22 36/2 36/8 36/21 45/21 55/7 57/19 61/14 71/16 73/13 73/20 74/9 76/19

**whether [41]** 21/22 26/9 28/25 29/17 30/19 33/25 34/9 42/15 43/12 45/13 47/16 48/7 54/24 56/3 77/21 79/19 85/15 87/10 87/21 89/7 89/21 98/24 99/4 99/5 99/6 99/6 99/7 104/7 106/14 108/15 112/6 116/20 116/21 117/4 117/25 118/3 118/21 125/4 129/2 129/18 130/8
**which [74]** 7/8 10/15 13/18 14/12 15/11 15/12 17/16 26/20 32/4 33/17 35/20 40/18 41/2 41/25 44/1 45/1 47/3 48/24 53/4 53/18 56/6 57/18 58/3 58/6 58/7 59/21 61/24 62/5 62/5 68/14 68/15 68/15 68/16 68/17 70/2 73/11 73/12 74/10 74/13 74/19 75/11 76/15 78/4 80/19 83/20 83/22 85/6 86/10 86/22 89/4 90/14 91/18 92/1 95/20 97/12 98/8 99/13 99/17 102/11 103/8 111/9 113/2 113/14 113/21 113/23 114/6 114/7 114/21 119/21 121/16 121/21 122/18 123/4 123/6
**while [1]** 74/21
**White [3]** 42/7 44/22 45/9
**White House [2]** 42/7 44/22
**who [38]** 8/2 10/19 11/19 15/1 24/14 27/15 31/15 33/5 42/2 42/24 44/20 45/4 47/10 55/2 57/1 62/23 72/9 73/7 76/25 77/4 77/9 80/8 80/15 80/15 80/23 81/1 82/11 82/15 82/17 87/15 90/17 94/7 97/21 102/22 108/23 109/20 119/7 120/22
**who's [2]** 40/17 92/7
**who've [1]** 93/5
**whole [4]** 27/18 30/7 56/10 108/7
**why [38]** 10/7 10/8 10/13 10/14 24/25 25/2 25/11 29/12 29/20 35/13 40/24 49/9 62/9 73/2 78/4 78/5 78/7 81/15 83/16 84/3 86/3 86/3 87/21 87/23 92/21 93/8 93/10 93/14 95/14 97/11 97/19 98/7 99/16

**wife [2]** 100/25 104/16
**WiFi [1]** 127/10
**wild [4]** 61/13 67/22 67/22 68/11
**wildest [1]** 50/10
**will [27]** 7/1 7/2 7/4 8/15 9/18 15/2 16/16 31/21 31/22 38/7 49/12 54/18 60/2 63/18 65/22 66/10 66/20 80/14 95/10 96/19 99/12 105/18 112/11 120/18 120/22 131/7 132/2
**William [7]** 2/6 3/2 3/17 4/6 5/21 147/2 147/8
**willing [4]** 51/10 54/10 54/15 130/8
**wish [3]** 68/9 89/19 127/1
**wishes [1]** 129/3
**within [8]** 10/25 35/23 36/9 43/16 49/8 52/14 79/18 109/9
**without [4]** 64/7 76/20 92/5 118/8
**witness [9]** 27/15 29/9 31/21 107/17 110/1 110/20 110/23 111/8 112/6
**witnesses [6]** 12/4 34/3 54/4 63/10 96/13 100/25
**woman [1]** 27/6
**won't [1]** 128/7
**wonder [1]** 110/13
**Woodward [4]** 2/11 2/12 5/16 125/12
**word [4]** 27/9 27/13 40/21 48/18
**words [22]** 12/5 13/19 25/6 28/18 28/23 36/9 40/21 41/23 42/1 42/17 44/19 46/7 48/14 48/25 49/1 52/10 54/13 54/17 93/15 94/6 99/23 121/18
**work [4]** 6/24 47/23 98/20 127/3
**worked [7]** 7/19 79/6 84/11
**workers [1]** 52/25
**working [6]** 7/6 9/11 9/12 10/2 76/19 88/22
**workings [2]** 113/23 114/12
**works [1]** 128/21
**world [3]** 27/11 61/10 87/15
**worst [1]** 81/22
**would [116]** 13/24 14/7 14/8 14/17 14/23 15/5 17/5 20/6 21/4 21/12 24/17 24/19 25/13 27/1 29/3 29/11 29/13 30/6 33/3 33/6 37/12 37/12 37/14 37/17 37/23 43/7

**wife [2]** 100/25 104/16
**109/20 131/21**
**48/6 48/8 48/12 49/3**
**49/11 49/13 49/14**
**50/12 52/3 52/6 52/8**
**52/18 52/19 52/21 53/1**
**53/6 53/16 54/24 61/4**
**61/6 62/1 63/1 63/2**
**63/22 64/3 67/20 68/2**
**68/6 69/2 69/15 69/15**
**73/24 74/12 75/20 76/5**
**78/5 86/10 87/5 88/17**
**89/8 89/14 90/4 90/5**
**90/6 93/20 94/4 94/18**
**95/12 95/12 95/13 96/7**
**96/12 97/9 99/19**
**100/21 101/7 101/25**
**104/21 105/20 105/20**
**105/23 105/24 106/7**
**106/9 106/11 106/19**
**107/21 107/23 110/7**
**110/10 114/14 114/14**
**116/14 116/23 119/4**
**126/19 126/25 127/1**
**127/5 127/9 127/18**
**127/20 128/16 129/4**
**129/7 130/8**
**wouldn't [3]** 23/24 52/5 103/4
**write [1]** 52/13
**writer [1]** 53/7
**writes [2]** 44/18 44/19
**writing [10]** 41/14 41/15 46/24 48/5 51/25 52/19 53/5 55/24 56/1 56/9
**written [16]** 43/5 43/5 43/6 43/11 43/12 44/8 47/17 48/14 48/21 49/1 52/6 52/8 52/22 53/7 53/19 55/9
**wrong [4]** 49/9 123/23 123/24 124/21
**wrote [8]** 43/15 44/2 46/7 52/11 52/12 97/22 111/6 113/21

**Y**

**yanked [1]** 81/3
**yeah [9]** 9/25 17/19 22/18 43/24 67/14 92/9 122/7 124/22 130/17
**year [3]** 39/22 63/17 84/14
**years [2]** 37/11 79/5
**yes [29]** 8/9 26/7 26/13 28/9 30/25 35/15 41/4 41/8 41/12 41/16 54/8 57/25 58/24 64/4 67/17 70/9 70/22 72/3 80/15 80/25 81/9 109/14 117/14 119/21 121/1 127/24 128/24 131/17 131/19
**yet [4]** 9/20 28/6 119/17 124/19
**you [336]**
**you know [4]** 16/5 30/18 32/6 34/21

**you [3]** 23/9 52/3 93/11
**you'll [2]** 18/22 43/2
**you're [31]** 21/19 21/23 23/23 26/15 29/3 49/4 51/21 62/16 68/13 69/8 70/1 71/13 72/23 76/17 79/16 80/16 80/18 82/3 82/21 84/2 85/19 89/16 99/17 101/20 102/3 102/9 105/8 120/4 123/19 124/6 124/8
**you've [14]** 8/7 15/19 29/1 37/6 46/6 69/25 70/8 73/2 79/3 80/1 87/9 88/12 100/13 110/21
**young [1]** 117/25
**your [185]**
**Your Honor [139]** 5/5 8/10 9/1 9/8 9/9 10/5 12/24 13/2 14/4 14/21 15/4 18/25 20/5 21/3 21/25 22/24 23/1 23/18 24/1 24/8 24/22 25/12 26/5 26/7 30/2 30/15 30/25 31/13 31/19 31/24 35/15 36/15 38/2 38/14 39/2 41/8 41/16 41/17 42/8 43/14 44/15 45/18 46/17 48/11 48/22 49/10 50/6 50/17 51/9 52/2 52/17 53/3 53/11 53/24 54/5 54/8 57/25 58/1 60/5 60/11 61/9 62/19 63/6 63/7 63/13 64/4 64/10 64/12 64/16 67/7 67/13 67/15 67/23 68/2 68/6 68/14 70/5 70/9 70/11 70/22 71/15 72/3 76/10 79/9 82/23 84/5 87/6 87/12 88/1 88/2 88/7 88/11 90/7 90/22 94/2 94/9 95/1 95/6 95/16 95/23 96/10 96/23 96/24 100/18 101/8 101/23 101/25 102/8 102/13 104/21 105/16 105/17 106/6 106/17 106/24 107/6 112/8 118/20 119/5 120/7 120/9 121/6 121/9 122/3 122/15 124/1 124/20 125/6 126/2 127/17 127/24 127/25 128/15 129/5 129/9 130/4 130/6 131/13 131/18
**Your Honor's [3]** 13/7 13/19 45/6

**Z**

**zanier [1]** 101/10
**Zaremba [3]** 4/6 147/2 147/8
**Zello [2]** 94/13 125/1
**zoom [4]** 2/21 6/21 20/18 79/11

Z
**Zsuzsa [1]** 2/15