IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Criminal No. 1:22-cr-00015-APM <br> ) <br> ) |
| v. | ) <br> ) |
| **KELLY MEGGS, JESSICA WATKINS,** <br> **KEN HARRELSON, STEWART** <br> **RHODES, THOMAS CALDWELL** | ) <br> ) <br> ) <br> ) |
| **Defendants** | ) |

## ORDER

Based upon the Defendants' Joint Motion to Transfer Venue per Crim. Pro. Rule 21(a), any opposition thereto, any reply in support of the motion, and the entire record before this court, the Motion the motion transfer to: a) the Western District of Virginia or b) Eastern District of Virginia is hereby granted, to ensure the right of an impartial jury.

_____
The Hon. District Judge Amit P. Mehta
United States District Court Judge

*Copies to all Counsel via ECF*