**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 22-15-APM |
| ELMER STEWART RHODES, III, | * |
| KELLY MEGGS, | |
| KENNETH HARRELSON, | * |
| JESSICA WATKINS, and | |
| THOMAS CALDWELL | * |

\* \* \* \* \* \* \* \* \* \* \*

**UNOPPOSED REQUEST TO EXTEND DEADLINES FOR DEFEFENDANTS'
CONSOLIDATED REPLIES AS TO MOTION FOR JUDGMENT OF ACQUITTAL
AND MOTION FOR NEW TRIAL**

COMES NOW, the Defendants, Elmer Stewart Rhodes, III, Kelly Meggs, Kenneth Harrelson, Jessica Watkins and Thomas Caldwell, by and through counsel, and respectfully request that the deadline for defense consolidated replies as to their previously filed Motion for Judgment of Acquittal and Motion for New Trial be extended by four (4) days, and in support of said motion states as follows:

1. The Government, per Assistant U.S. Attorney Kathryn Rakoczy, does not object to the instant request.

2. The current deadline for defense consolidated replies as to the Motion for Judgment of Acquittal and Motion for New Trial is currently January 20, 2023.

3. Counsel for the defendants require additional time to prepare their consolidated replies.

4. Counsel for the Defendants believe an additional four (4) days is sufficient to prepare their replies.

WHEREFORE, the Defendants respectfully request that defense consolidated replies as to

the Motion for Judgment of Acquittal and Motion for New Trial be extended by four (4) days, thus making their replies due January 24, 2023.

                Respectfully submitted,

/s/ Phillip A. Linder
Phillip A. Linder, Esq.
3300 Oak Lawn Avenue, Suite 700
Dallas, TX 75219
(214) 252- 9900 OFFICE
(214) 252-9902 FAX
PHILLIP@THELINDERFIRM.COM
Texas Bar No. 12363560

/s/ James Lee Bright
James Lee Bright, Esq.
3300 Oak Lawn Avenue, Suite 700
Dallas, TX 75219
Ter: (214) 720-7777 Fax: (214) 720-7778
JLBRIGHTLAW@GMAIL.COM
Texas Bar No. : 24001786
Counsel for Defendant Elmer Stewart Rhodes

/s/ Brad Geyer
Bradford L. Geyer
PHV PA 62998
NJ 022751991
Suite 141 Route 130 S., Suite 303
Cinnaminson, NJ 08077
(856) 607-5708
Brad@FormerFedsGroup.Com
Counsel for Defendant Kenneth Harrelson

/s/ Juli Z. Haller
Juli Z. Haller, (DC 466921)
The Law Offices of July Haller
601 Pennsylvania Avenue, N.W., Suite 900
Washington, DC 20004
202-729-2201 (telephone)
HallerJulia@outlook.com
Counsel for Defendant Kelly Meggs

/s/ Jonathan W. Crisp
Jonathan W. Crisp, Esquire
4031 North Front St.
Harrisburg, PA 17110 I.D. # 83505
(717) 412-4676
jcrisp@crisplegal.com
Counsel for Defendant Jessica Watkins


/s/David W. Fischer
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
Empire Towers, Suite 300
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826
fischerandputzi@hotmail.com
Attorney for Defendant Thomas Caldwell

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of January, 2023, a copy of the foregoing Unopposed Request to Extend Deadline for Defendants' Consolidated Replies as to Motion for Judgment of Acquittal and Motion for New Trial was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:		Office of the United States Attorney
						555 4th Street, NW
						Washington, DC 20001

/s/David W. Fischer
David W. Fischer, Esq.
