UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD VALLEJO,<br>     *Defendant*. | No. 22-cr-15 (APM) |

### NOTICE OF JOINDER

Defendant Edward Vallejo, through counsel, hereby gives notice that he adopts and joins ECF 521, Defendant Thomas Caldwell's Notice of New Authority and Supplemental Argument as to Caldwell's Motions for Judgment of Acquittal and New Trial.

April 14, 2023　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Matthew J. Peed
　　　　　　　　　　　　　　　　　　　　　Matthew J. Peed (D.C. Bar No. 503328)
　　　　　　　　　　　　　　　　　　　　　CLINTON & PEED
　　　　　　　　　　　　　　　　　　　　　1775 I St. NW, Suite 1150
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　　　　　(202) 919-9491 (tel)
　　　　　　　　　　　　　　　　　　　　　(202) 587-5610 (fax)

　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Edward Vallejo*