IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )      CR No. 22-15
                                     )      Washington, D.C.
            vs.                      )      October 6, 2022
                                     )      9:15 a.m.
ELMER STEWART RHODES III, ET AL.,    )
                                     )      Day 6
            Defendants.              )      Morning Session
_____)

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Kathryn L. Rakoczy
                             Jeffrey S. Nestler
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277
                             Email:
                             kathryn.rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:        Phillip A. Linder
                                 BARRETT BRIGHT LASSITER LINDER
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 252-9900
                                 Email:
                                 phillip@thelinderfirm.com

                                 James Lee Bright
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 720-7777
                                 Email: jlbrightlaw@gmail.com

                                 Edward L. Tarpley, Jr.
                                 819 Johnston Street
                                 Alexandria, LA 71301
                                 (318) 487-1460
                                 Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:              Jonathan W. Crisp
                                 CRISP AND ASSOCIATES, LLC
                                 4031 North Front Street
                                 Harrisburg, PA 17110
                                 (717) 412-4676
                                 Email: jcrisp@crisplegal.com
```

```
APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                    Stanley Edmund Woodward, Jr.
                                BRAND WOODWARD LAW
                                1808 Park Road NW
                                Washington, D.C. 20010
                                (202) 996-7447
                                Email:
                                stanley@brandwoodwardlaw.com

                                Juli Zsuzsa Haller
                                LAW OFFICES OF JULIA HALLER
                                601 Pennsylvania Avenue, NW
                                Suite 900
                                S. Building
                                Washington, D.C. 20036
                                (202) 352-2615
                                Email: hallerjulia@outlook.com

For Defendant
Kenneth Harrelson:              Bradford L. Geyer
                                FormerFeds LLC
                                2006 Berwick Drive
                                Cinnaminson, NJ 08077
                                (856) 607-5708
                                Email:
                                Bradford@formerfedsgroup.com

For Defendant
Thomas E. Caldwell:             David William Fischer, Sr.
                                FISCHER & PUTZI, P.A.
                                7310 Governor Ritchie Highway
                                Empire Towers, Suite 300
                                Glen Burnie, MD 21061-3065
                                (410) 787-0826
                                Email:
                                fischerandputzi@hotmail.com
```

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
                        - - -

                    WITNESS INDEX

                        - - -

WITNESSES           DIRECT CROSS REDIRECT RECROSS

GOVERNMENT'S:

SA MICHAEL PALIAN                    1802
JOHN ZIMMERMAN      1884  1926
JOHN ZIMMERMAN            1943
JOHN ZIMMERMAN            1951
```

– – –

INDEX OF EXHIBITS

– – –

| GOVERNMENT'S | IDENTIFIED | ADMITTED |
|---|---|---|
| 22.T.13.32 | | 1816 |
| 22.S.517.A | | 1819 |
| 22.E.1 | | 1821 |
| 22.E.1.A.3 | | 1821 |
| 1.S.159.524.A.1 | | 1826 |
| 1.S.159.524.A.2 | | 1826 |
| 22.S.560.A | | 1833 |
| 22.S.560.B | | 1834 |
| 22.S.565.A | | 1835 |
| 22.T.17.9 | | 1836 |
| 2002 | | 1838 |
| 2001.C.2.E | | 1848 |
| 2001.T.129.39 THRU 65 | | 1851 |
| 22.T.27.2894 | | 1867 |
| 29.P.1 | | 1911 |

```
 1                    P R O C E E D I N G S
 2              COURTROOM DEPUTY:  All rise.  The Honorable
 3   Amit P. Mehta presiding.
 4              THE COURT:  Good morning.  Please be seated,
 5   everyone.
 6              COURTROOM DEPUTY:  Good morning, Your Honor.
 7   This is Criminal Case No. 22-15, the United States of
 8   America versus Defendant No. 1, Elmer Stewart Rhodes III;
 9   Defendant No. 2, Kelly Meggs; Defendant 3,
10   Kenneth Harrelson; and Defendant 4, Jessica Watkins; and
11   Defendant 10, Thomas Edward Caldwell.
12              Kathryn Rakoczy, Jeffrey Nestler, Alexandra
13   Hughes, Troy Edwards, and Louis Manzo for the government.
14              Phillip Linder, James Lee Bright and
15   Edward Tarpley for the Defendant Rhodes.
16              Stanley Woodward and Juli Haller for
17   Defendant Meggs.
18              Bradford Geyer for Defendant Harrelson.
19              John Crisp for Defendant Watkins.
20              And David Fischer for Defendant Caldwell.
21              All named defendants are present in the courtroom
22   for these proceedings.
23              THE COURT:  Okay.  Good morning, and welcome back,
24   everybody.  I hope everybody is doing well.
25              All right.  So, thank you, all, for being here a
```

1   little early.  There was a motion filed by the government

2   overnight concerning sort of the scope of redirect

3   examination in light of the cross-examination of the agent.

4   And why don't we -- let's start there.  And, Mr. Fischer --

5   or actually, Mr. Edwards, there you are, do you want to add

6   anything more to what your motion says?

7           MS. RAKOCZY:  Good morning, Your Honor.

8   Kate Rakoczy for the United States.

9           We do not really have much more to add beyond what

10  we filed last night.  I think the case law that we set forth

11  on both the documents of curative admissibility and on sort

12  of meeting the force of evidence that is presented and asked

13  about during cross-examination sets forth clear guidelines

14  on when the door is open to responsive information and

15  evidence.

16          We laid out in our motion several lines of

17  cross-examination that Mr. Fischer explored with the witness

18  that we believe opened the door under those two doctrines.

19  And so I don't think we'll belabor the point.

20          THE COURT:  Okay.

21          MS. RAKOCZY:  Thank you, Your Honor.

22          THE COURT:  Mr. Fischer.

23          MR. FISCHER:  Your Honor, about a month ago, the

24  Court ruled that the evidence at issue was inadmissible

25  because it had minimal probative value and it was kind of

```
 1   prejudicial.  The Court's been aware and the government's
 2   been aware that the defense argument in this case is
 3   centered around Antifa.  The government basically in its
 4   motion said I was asking questions about Antifa.  I don't
 5   understand how that would change the Court's ruling.  That
 6   was fairly clear that the defense, for 20 months now,
 7   Mr. Caldwell has made clear that the defense is going to be
 8   that the QRFs, at least to him, were regarding Antifa.
 9           I would point out that the government entered a
10   motion that talked about that we introduced an op plan, also
11   talked about the pre-strike recce.  The government brought
12   that up.  They brought up a message from Mr. Caldwell to
13   Stewart Rhodes that talked about an op and talked about a
14   pre-strike recce.  The defense is more than entitled to come
15   back and rebut that.
16           The government used another justification, says,
17   we talked about a search warrant.  The government was the
18   one, the Court remembers the Gadsden flag that the
19   government made sure was front and center for the jury to
20   see, that was part of the search warrant.  It was the
21   government that brought up the search warrant, we're
22   entitled to rebut.  We didn't open the door to anything on
23   cross-examination.
24           And, Your Honor, again, in this situation, we have
25   obviously we have put forth that this was not how the
```

1  government is characterizing it.  It is actually a Google

2  pad, even the government in a prior filing conceded that the

3  words, the names and the words were written with different

4  pens, different ink.  Unless the ink -- unless the pen ran

5  out of ink right at the instant that the colon was written

6  after the words, which is about a one in a billion chance,

7  it was written separate times.

8          So, Your Honor, nothing's changed.  I'd ask the

9  Court to stick by its ruling.  Thank you, Your Honor.

10         THE COURT:  All right.  Thank you, Mr. Fischer.

11         So, you know, look, I don't think Mr. Fischer's

12  cross-examination opened the door to the evidence I've

13  otherwise excluded.

14         You know, I've sort of never thought about the

15  opening the door concept quite in the sort of strict way

16  that it's discussed in this one case the Court of Appeals

17  decided in *United States versus Brown*, government cited 921

18  F.2d 1304.  You know, they characterize it, and maybe this

19  is one dimension of it, as sort of curative admissibility

20  doctrine.

21         And what they say is that "The curative

22  admissibility doctrine provides that the introduction of

23  inadmissible or irrelevant evidence by one party justifies

24  or opens the door to admission of other -- of otherwise

25  inadmissible evidence."

1    And the Court goes on to say, "It does not follow,

2    however, that all subsequent evidence is admissible.  This

3    Court has long recognized opening the door is one thing but

4    what comes through the door is another.  Introduction of

5    otherwise inadmissible evidence under shield of curative

6    admissibility is permitted only to the extent necessary to

7    remove any unfair prejudice which might have otherwise --

8    which might have otherwise ensued from the original

9    evidence."

10    So to the extent that what we're talking about is

11    curative admissibility, again, I don't really think of it in

12    these terms, but it doesn't really apply because Mr. Fischer

13    didn't seek to introduce any inadmissible or irrelevant

14    evidence.

15    His cross-examination was entirely appropriate in

16    terms of -- well, let's put it this way.  The evidence that

17    was actually elicited was relevant.  Some of the questions

18    he asked, which were objected to and I sustained, those

19    aren't evidence, you know, it's the answers that are

20    evidence and the jury has already been told that and they'll

21    be told that again at the end of the case.  So to the extent

22    that this falls under the rubric of curative admissibility,

23    I don't really -- it doesn't apply.

24    Insofar as the more conventional way, at least

25    I think of it as more of a rule of completeness and

```
 1    fairness, I don't think it applies there either.  You know,
 2    let's sort of leave aside the questions that were objected
 3    to.  The only actual evidence, I think, that actually came
 4    out in response to the questions that the government has
 5    cited were concerning, for example, the ops plan that
 6    Mr. Fischer noted in the document that was found on his
 7    computer and that referenced the ops plan to be with respect
 8    to protecting against violence of Antifa.  There's nothing
 9    improper about that.  It squarely rebuts what the
10    government's theory of the case is, and in my view,
11    certainly doesn't open the door.
12            I looked.  I really looked.  I re-read the entire
13    cross-examination.  If Mr. Fischer had suggested that the
14    FBI had somehow overstated Mr. Caldwell's dangerousness
15    after the search, then maybe that might have opened the
16    door, but that's not what his line of questioning concerned.
17    His line of questioning concerned -- and the reason it might
18    have opened the door is because it then would be fair to
19    come back and say, look, the FBI had concerns about him
20    because they found this note.
21            However, that's not what the questioning was
22    concerning.  The questioning concerned essentially the FBI's
23    rush to judgment to arrest Mr. Caldwell and search his home,
24    and, of course, the document was found during the search
25    and, therefore, had no relevance to why he was arrested in
```

1   the first place and why his home was searched in the first

2   place.  So for all those reasons, I don't believe the

3   cross-examination opened the door to the evidence.

4          And, look, I continue to believe about that

5   evidence, and, you know, my mind could be changed at some

6   point, is that, you know, at most what it shows is that

7   Mr. Caldwell maybe, maybe, at most that he had some thinking

8   about violence, maybe.  But the note itself has seemingly

9   nothing to do with the alleged conspiracy in two respects.

10  One, it references state election workers, and this is a

11  conspiracy against the Federal Government and the execution

12  of the federal laws.  And, as importantly, there's just --

13  there's never been any suggestion at all anywhere that any

14  portion of the conspiracy involved violence for past

15  conduct, right?

16         I mean, this is alleged violence.  You know,

17  essentially the idea is that this was, in theory, that

18  taking revenge against these citizens, and that's just --

19  there's no evidence that that's even part of the

20  government's theory that that was what the thinking was of

21  any of these defendants.  And so I tend to believe that the

22  probative value of that document is fairly low and continue

23  to believe that the highly prejudicial and I do think has a

24  potential to inflame the jury.  So for all those reasons,

25  I'm going to deny the government's motion.

1    All right.  Is there anything else either side

2  wants to raise before we get started this morning?

3    MR. FISCHER:  Perhaps we should have asked this

4  question earlier, but the Court's policy on, I know we have

5  redirect going on now.  I'm used to being in U.S. District

6  Court in Maryland and I know we have some lawyers from Texas

7  here with different practice as far as recross, if I could

8  ask the Court.

9    THE COURT:  Yeah, I don't -- not as a general

10  rule.  I mean, if there is the rare exception where I think

11  the government, on redirect, has touched on topics that you

12  didn't get an opportunity to cross on, I'd consider it, but

13  as a general matter, no.

14    MR. FISCHER:  I would ask because of Agent Palian

15  talked about deleting Facebook, although if I could inquire

16  from the government, I presume you're going to have more

17  evidence on the Facebook coming?

18    MS. RAKOCZY:  Yes, Your Honor.

19    MR. FISCHER:  Then I'll sit down, Your Honor.

20    THE COURT:  All right.  Thank you.

21    All right.  Is there anything else?  Mr. Nestler?

22    MR. NESTLER:  We do have that privilege issue we

23  need to close the loop on at some point.  I believe defense

24  counsel passed up a note and was going to confer and get

25  back to the Court and government about whether they would

1    plan to assert --

2              THE COURT:  Oh, right.

3              MR. NESTLER:  -- advice of counsel.  We don't have

4    to deal with that this morning, but I wanted to make sure it

5    was on everyone' radar screen.

6              THE COURT:  It's not coming up this morning so why

7    don't we at least line our jurors up.

8              Mr. Woodward, can I ask you to approach ex parte?

9              (Sealed, ex parte bench conference)



1      ████████████   ████████████
2      ████████████   ████████████████████
3            (Open court)
4            MR. CRISP:  Do I have enough time to run to the
5      restroom real quick, or are we bringing the jury in?
6            THE COURT:  I'm sorry?
7            MR. CRISP:  Do I have time to run to the restroom
8      real quick?
9            THE COURT:  They should be here any minute, but if
10     you want to run out, that's fine.
11           COURTROOM DEPUTY:  Jury panel.
12           (Jury entered the courtroom.)
13           THE COURT:  Okay.  Please be seated, everyone.
14           And, ladies and gentlemen, welcome back.  It's
15     nice to have all of you with us again.  I hope everybody had
16     a good Wednesday.  I'm hopeful that we have worked on the
17     temperature in here a little bit so that it's not an icebox,
18     but I'm making no promises.  But at least this morning
19     I think it's not quite as cold as it has been over the last
20     couple days.
21           So, with that, we are ready to get started.
22     Agent Palian, why don't you come back up and Ms. Rakoczy
23     will continue with the redirect examination of Agent Palian.
24
25

```
 1                          - - -

 2                   REDIRECT EXAMINATION

 3   BY MS. RAKOCZY:

 4       Q    Good morning, Special Agent Palian.

 5       A    Good morning, Ms. Rakoczy.

 6       Q    I'd like to begin by asking you a couple of

 7   questions about a defense exhibit, Mr. Caldwell's Defense

 8   Exhibit 14 that he presented to you during

 9   cross-examination, okay?

10            If we could bring up on the screen Defense Exhibit

11   14, which is part of --

12            And I should note that at the end of the redirect

13   today, Your Honor, I will seek to move into evidence all of

14   the exhibits that we referenced today, both the defense

15   exhibits and the exhibits by the government that may be

16   moved into evidence as Government's Exhibit 6623.  And so

17   we'll show those exhibits from Exhibit 6623.

18            So beginning on the screen now, we have what has

19   been presented into evidence as Mr. Caldwell's Defense

20   Exhibit 14.  Do you recognize this email that Mr. Fischer

21   showed you?

22       A    Yes, I do.

23       Q    Okay.

24            And this is an email from, appears to be an email

25   from Mr. Caldwell to Ranger Smith; is that right?
```

1    A    That is correct.

2         THE COURT:  Hang on, Ms. Rakoczy, could I ask

3    your -- she's doing it right now.  Okay.  Thank you.

4         MS. RAKOCZY:  Thank you very much, Your Honor.

5    BY MS. RAKOCZY:

6    Q    So blowing up on the screen now so humans can read

7    it.  Is this a message from Mr. Caldwell to somebody called

8    Ranger Smith?

9    A    Yes, it is.

10   Q    And can you remind us who that person is?

11   A    Ranger Smith is also known as Ranger Doug.  He is

12   the leader of the Oath Keepers in North Carolina.

13   Q    And this message was sent on December 2nd; is that

14   right?

15   A    December 2nd, 2020, yes.

16   Q    What did Mr. Caldwell write to Mr. Smith in this

17   email?

18   A    Mr. Caldwell wrote, "Greetings, brother, attached

19   please find OP plan, which can serve as template for future

20   training/actions.

21        "I am particularly interested in your thoughts on

22   logistics which seemed to break down a bit and are always a

23   problem with complicated operations.  Warmest regards, CAG,"

24   followed by his phone number.

25   Q    Okay.  And you told us yesterday or Tuesday that

1    CAG is a nickname that Mr. Caldwell goes by?

2        A    That's correct, he goes by CAG.

3        Q    Let's take a look at this ops plan that is

4    attached if we can go to next the page of the exhibit.  If

5    we could focus in on the bottom paragraph with the title.

6            So this ops plan lays out at the start a note on

7    op sec or operations security; is that right?

8        A    That's correct.

9        Q    Could you read that beginning paragraph?

10       A    Sure.

11           "Our team members will be traveling to the city to

12   attend a military memorial service at a large national

13   military cemetery close by and then to attend unit military

14   reunion.  A unit should be chosen so that those who have

15   served will be able to spout back the unit and date of the

16   operation together.  Those with clearly no military

17   background can simply say that they were contractors in the

18   same area and really can't say anymore.  They can grudgingly

19   say that they did any number of innocent jobs which they

20   feel comfortable with supplying a cover story for; i.e.,

21   'I was a contractor operating a backhoe.'"

22       Q    And then it continues on the next page.  Could you

23   just do the top photograph there?

24       A    Sure.

25           From the previous page, it says, "I worked in the

1    finance office."

2            Or, "I was a contractor and maintained building

3    electrical services.  These occupations are nearly always

4    sufficient to answer a question and to end a conversation."

5       Q    Okay.  If you could stop reading there, please.

6            So this is -- in Mr. Caldwell's own words, this is

7    a cover story that individuals on this operation should be

8    planned to give?

9       A    A cover story, yes.

10      Q    Okay.

11           If you continue reading down the operation plan,

12   does Mr. Caldwell suggest that this mission is more of a

13   search and destroy mission.  In the highlighted text in the

14   next sentence?

15      A    Yes, it says, "This mission is more of a search

16   and destroy mission."

17      Q    All right.  If you could go down a couple

18   paragraphs to the paragraph that begins "Once within the

19   theater of operation, avoid using one's actual name."

20      A    Yes.

21      Q    Could you read that paragraph?

22      A    "Once within the theater of operation, avoid using

23   one's actual name.  Even your standard call sign or nickname

24   can me attributable," I think he meant be attributable.

25   "In order to keep it simple, if we have three strike teams,

1  they will be 'red,' 'white,' 'blue.' Each member should

2  pick a name or call sign easily remembered which begins with

3  the first letter of the name of their team. Thus, strike

4  team leaders of red team could be red, 'red.' His second

5  in command can be Randy, next Rico, next Robbee. Regardless

6  of gender, each team member will have a masculine name or

7  'call sign' for this operation.

8         "The exception will be the quick reaction team of

9  2 which will act as a force multiplier. Regardless of

10  gender, these individuals will use female names. In this

11  way, there is no confusion over who is being called for. If

12  Rico from red team calls out for the Quick Reaction Force by

13  name, or more likely in the thick of a confrontation calls

14  out for 'the girls,' then everyone on the strike team will

15  know who was being called for and why and can also evaluate

16  their ability to respond to a disintegrating situation and

17  respond with all due speed."

18      Q    And so this ops plan was written and sent from

19  Mr. Caldwell to Mr. Smith around early December of 2020; is

20  that right?

21      A    Yes, that's correct.

22      Q    And Mr. Caldwell was referencing plans for

23  Quick Reaction Forces or quick reaction teams as early as

24  that date; is that right?

25      A    Yes, that is correct.

1    Q    If we could continue -- take that down and
2    continue to the page of the operations plan.
3         It then goes on to lay out various roles for
4    various leaders of the operation and members of each team;
5    is that fair to say?
6    A    Correct.
7    Q    In the middle of the page, does it reference that
8    "team members are expected to follow the strike team leader
9    regarding deployment, movement, engagement and disengagement
10   and exercise an appropriate level of violence in order to
11   neutralize threats"?
12   A    Yes, that's exactly what it says.
13   Q    If we could take that down.  And the next page of
14   the exhibit, please.
15        Does the operations plan then go on to discuss
16   logistics?
17   A    Yes, it does.
18   Q    And so here we see on page 4, there's
19   transportation logistics; is that right?
20   A    I'm sorry, where are we looking?
21   Q    Just on the middle of this page, this is about --
22   the title says transport logistics?
23   A    I see it now, thank you.  Yes, it says transport.
24   Q    And then on the next page, I see, lodging,
25   staging, communications, are those all topics?

1    A    Those are all headers.

2    Q    If you could focus -- if we could focus on the

3  bottom paragraph on communications, could you read what it

4  says there?

5    A    Sure.

6        "Every commonly used civilian personal cell phone

7  can be traced by enemy forces or by authority figures who

8  may not be sympathetic to the cause.  Not only is each call

9  and text unsecure, but even when adding an encrypted

10  application to most cell phones, the architecture of the

11  application is open source or accessible to authority

12  figures not a part of this operation.

13        "Additionally, each phone has a chip which can be

14  tracked and when making or receiving phone calls, there is a

15  record of the cell tower" -- I'm sorry -- "there is a record

16  of the cell tower used in each instance, identifying the

17  vicinity if not the exact location of the phone when a call

18  utilizes that phone."

19    Q    Thank you.  If we could take that down and go to

20  the next page of the operations plan.

21        At the bottom of the next page in "team

22  equipment," because of those communications concerns, does

23  Mr. Caldwell's operations plan thus encourage team leaders

24  to have "burner phones"?

25    A    That's correct.

1    Q    And are you familiar as a law enforcement officer

2    with the term "burner phone"?

3    A    I am.

4    Q    What does it generally mean?

5    A    Generally a burner phone is a phone that is not

6    attributable to the user or the person who purchased the

7    phone or is utilizing it.

8    Q    If we could take that down and go to the next page

9    of the operations plan.

10        In the middle of that of page is there a section

11   that begins "Anew"?

12   A    Yes.

13   Q    What is that section called?

14   A    Individual team member equipment.

15   Q    And just generally, what are some of the types of

16   things that are outlined in that section?

17   A    Outlined in that section it talks about winter

18   gear they might need, it talks about each team member having

19   two face masks without markings.  It also talks about eye

20   protection.  And then each team member should familiarize

21   himself with, I've never seen the term "schmeg," or a

22   traditional Arabic face mask.

23   Q    If you could take that down and go to the next

24   page.

25        Does Mr. Caldwell continue to articulate areas --

1    items of equipment that team members should have?

2        A    He does.

3        Q    If we could just highlight paragraphs 5 and 6

4    actually, just to make it a little bit bigger.

5              Could you describe what Mr. Called well recommends

6    in this case section?

7        A    Sure.  He recommends striking weapons in section

8    5.  And then in section 6, he talks about knives and multi

9    tools which will provide concealability.  And then a

10   tomahawk, actually, in one portion.

11       Q    Could you read the last sentence of section 5?

12       A    Sure.

13             "When the battle was joined, apply the striking

14   weapon wherever it is -- or it will do the most good

15   including to the head or face area."

16       Q    And then in section 6 where you described

17   Mr. Caldwell recommending that each team member have a

18   cutting tool or a multi tool, you referenced that there was

19   a link to something on eBay; is that right?

20       A    There is a link to something on eBay here called

21   the Zombie Killer.

22       Q    Have you gone to that website?

23       A    Yes, I have.

24       Q    If you could take this down and just scroll a

25   couple pages to past the end of the ops plan.

1          We're showing on this screen what appears to be a

2    Zombie Killer tactical, camping, hiking, tomahawk axe.  Is

3    that a picture of where that link goes to?

4         A    Yes, it is.

5         Q    If we could take that down and go back down.

6              MR. FISCHER:  Your Honor, objection.  The exhibit

7    showed a picture of Mr. Rhodes on it that's not on the

8    exhibit.

9              THE COURT:  Oh.

10             MR. FISCHER:  Just to clarify.

11             THE COURT:  That may have just been a computer

12   glitch.

13             MS. RAKOCZY:  I think we'll get to that in a

14   moment.

15             Just for the record, what popped on the screen

16   underneath the Zombie Killer tomahawk axe was Government's

17   Exhibit, I believe 1000.4.TR, which is in evidence.

18   BY MS. RAKOCZY:

19        Q    So going back to the operations plan, if we could

20   just go back up one page.

21             So we were just on the page with the equipment

22   recommended by Mr. Caldwell.  And then on the final page of

23   the exhibit, is there an addendum?

24        A    There is.  Addendum No. 1.

25        Q    If we could zoom in on the addendum, please.

```
 1              Could you read the addendum?

 2      A     Sure.

 3              "This mission operations plan may be modified by

 4      the overall tactical commander at any time at his sole

 5      discretion.  The OTC is encouraged to consider the

 6      possibility that intelligence may be obtained immediately

 7      before or even during the mission itself.  Thus, the chances

 8      that firearms may be encountered or may be desirable for the

 9      team in order to defend itself from projectiles of all types

10      cannot be discounted.

11              "Therefore, the OTC should consider having limited

12      firearms available which can be rapidly introduced into the

13      mission area.  These firearms should be those appropriate to

14      a lower level deadly force environment and should be

15      concentrated upon small arms and tactical shotguns with the

16      use of incendiary munitions a consideration.

17              "Further, the OTC should encourage the use of

18      non-attributable weapons, which are not registered to any

19      member of the mission, team or their family members or

20      friends.  Weapons purchased in a citizen-to-citizen

21      transaction are best sense they lend credence to the

22      plausible deniability and should be discarded as soon as it

23      is practicable.

24              "It is advisable that such weapons be thoroughly

25      wiped down before being loaded and that during the loading
```

1813

1    operation of the weapon, each team member utilize gloves and

2    wipe thoroughly each round loaded into the weapon.  Again,

3    this increases the chances these weapons will not be easily

4    attributable to the mission team."

5         Q    Special Agent Palian, do you ever go on operations

6    with the FBI where you and your co-workers bring firearms?

7         A    Yes, we do.

8         Q    And before those operations, do you ever wipe down

9    the weapons and the bullets that you load into them to make

10   sure that they will be non-attributable?

11        A    Never, not once.

12        Q    We can take down that exhibit, please.

13             If we could go to the first page of the operations

14   plan.  Just one page down.

15             If you could highlight the mission definition at

16   the top.

17             Special Agent, Mr. Fischer asked you about this

18   mission definition, which says that "The mission is to

19   confront Antifa and other criminal elements operating in an

20   unrestrained urban environment as they attempt to commit or

21   engage in marshaling forces in preparation in commit acts of

22   violence against innocent people and/or private property or

23   publicly owned property"; is that right?

24        A    That's correct.

25        Q    We talked yesterday about the November 9th

1814

```
 1   GoToMeeting in which Mr. Rhodes addressed a number of
 2   Oath Keepers members and affiliates, including some of his
 3   co-defendants.
 4            Do you remember that?
 5       A    I do.
 6       Q    In that GoToMeeting did Mr. Rhodes discuss Antifa
 7   and how it related to the plans that he was proposing?
 8       A    I believe he did.
 9       Q    If we could bring up on the screen two exhibits
10   now, Government's Exhibit 1004 -- 1000.4 TR, please.
11            And if we could just zoom in on the black part
12   there just to get the other thing off the screen, please.
13   Thank you.
14            Does this Exhibit 1000.4.TR show part of that
15   exhibit that we played for the jury on Tuesday?
16       A    Yes, it does.
17       Q    And does this refresh your recollection as to what
18   Mr. Rhodes said about Antifa?
19       A    Yes.
20       Q    What did he say?
21       A    He talked -- or would you like me to read it?
22       Q    Yes, please.
23       A    "If the fight comes, let the fight come.  Let
24   Antifa go.  If t they go kinetic on us, then we'll go
25   kinetic b back on them.  I'm willing to sacrifice myself for
```

1    that.  Let the fight start there, okay.  That would give

2    President Trump what he needs, frankly.  If things go

3    kinetic, good.  If they blow up bombs and shoot at us,

4    great, because that brings the President his reason and

5    rationale for dropping the Insurrection Act."

6         Q    So Mr. Rhodes said in that quote that he was

7    essentially welcoming a fight with Antifa; is that right?

8         A    I believe that's what it's saying.

9         Q    That operations plan was Mr. Caldwell's proposal

10   for how to deal with Antifa, is that right?

11        A    Correct.

12        Q    If we could take that exhibit down.

13             I'd like to bring up on the screen just for the

14   Special Agent, please.

15             So, Special Agent, I'm showing, I think, just you

16   and counsel and the Court now Government's Exhibit 22.T, for

17   text, .13.32.  Do you recognize this message?

18        A    I do recognize the message.

19        Q    And is this a message that was obtained from the

20   data extraction from Mr. Caldwell's cell phone?

21        A    Yes, it is.

22        Q    Is this a fair and accurate copy or representation

23   of a message from Mr. Caldwell's phone?

24        A    Yes.

25             MS. RAKOCZY:  At this point in time, Your Honor,

1    the government seeks to admit Government's Exhibit

2    22.T.13.32 into evidence.

3              THE COURT:  Okay.  22.T.13.32 will be admitted.

4                        (Government's Exhibit 22.T.13.32
                              received into evidence.)

5

6              MS. RAKOCZY:  If we can publish to the jury,

7    please.

8    BY MS. RAKOCZY:

9        Q    Special Agent Palian, who is this a message to and

10   from?

11       A    The message is from Defendant Caldwell and it's to

12   Mr. Stamey, who is the Western State Leader of the

13   North Carolina Oath Keepers.

14       Q    And what date was this sent?

15       A    The message was sent December 4th, 2020.

16       Q    Is that about a day after Mr. Caldwell sent that

17   ops plan to Mr. Smith?

18       A    It is.

19       Q    And what did Mr. Caldwell say?

20       A    Mr. Caldwell says, "Ranger made me think, though

21   he didn't say it in so money words, that maybe I should be

22   planning for a much bigger op, for like when we have to roll

23   into town to actually save the republic.  It seems that the

24   Ohio crew is considering this next march next weekend so

25   someone must have reached out to them."

1    Q    Okay.  Thank you.  If we could bring that down,

2  please.

3          Special Agent Caldwell -- Special Agent Palian,

4  when you were testifying last on Tuesday, I was asking you

5  some questions about Mr. Fischer's cross-examination of you

6  about the Quick Reaction Force.  Do you remember those

7  questions?

8    A    Yes, I do.

9    Q    Okay.

10          And I think I'd asked you whether you found any

11  messages in Mr. Caldwell's phone suggesting that he had

12  communicated with Mr. Stamey about efforts to obtain a boat

13  to support the QRF.  Do you remember that question?

14    A    Yes, I recall that.

15    Q    Okay.  I believe you said, yes, but we did not

16  look into any messages.

17          So I'd like to bring up on the screen now, just

18  for the Special Agent, Government's Exhibit 1.S.159.526.

19          Special Agent, do you see a message there?

20    A    Yes, I do.

21    Q    And who is this message from?

22    A    It's from Western State LEA, who is the

23  Western State Leader, who is Mr. Stamey.

24          MS. RAKOCZY:  And, I'm sorry, Your Honor this

25  message, I believe, is actually already in evidence from

1    Tuesday so if we could publish to the jury.

2    BY MS. RAKOCZY:

3         Q    Special Agent Palian, can you remind us what the

4    Western State Leader said to the D.C. op Jan. 6, '21 chat?

5         A    On January 2nd, Mr. Stamey said, "My sources D.C.,

6    working on procuring boat transport as we speak."

7         Q    And when did he send this?

8         A    January 2nd, 2021 at 5:45 in the afternoon.

9         Q    If we can take that exhibit down and bring up,

10   just for the Special Agent, Government's Exhibit 22.S.517.A.

11            Do you see a text on your screen, Special Agent?

12        A    Yes, I do.

13        Q    And when is this message from?

14        A    Message is from January 3rd, 2021, the time was

15   2255 -- I'm sorry, 12:55 in the morning.

16        Q    So this is about, I think, seven hours after the

17   message that Mr. Stamey just sent to the D.C. op chat?

18        A    Approximately.

19        Q    And is this a message that was recovered from

20   Mr. Caldwell's cellular telephone?

21        A    Yes, it was.

22        Q    Is this a Signal message?

23        A    It is a Signal message.

24        Q    Is this a fair and accurate copy of a message

25   extracted from that data?

1    A    Yes, it is.

2    Q    At this point in time, Your Honor, the government

3    would seek to move Exhibit 22.S.517.A into evidence?

4            MR. FISCHER:  No objection.

5            THE COURT:  22.S.517.A will be admitted.

6                            (Government's Exhibit 22.S.517.A

7                                received into evidence.)

8            MS. RAKOCZY:  Thank you, Your Honor.  If we could

9    publish to the jury.

10   BY MS. RAKOCZY:

11   Q    So in the previous message Mr. Stamey said, "My

12   sources in D.C. working on a boat" or something like that.

13   What does this message say?

14   A    This message is from Mr. Caldwell to Mr. Stamey.

15   It says, "I'm calling it a night.  Got feelers out in the

16   boat idea.  Will finish new map tomorrow.  Early wake up,

17   full day tomorrow, sleep well, bro: CAG is on the case!"

18   Q    Again, this is January 3rd a little after

19   midnight; is that right?

20   A    Yes.

21   Q    Yesterday, or Tuesday we moved into evidence a

22   different message that I'd like to bring up on the screen

23   now, which is 22.T.15.26.

24           Can you remind the jury just generally what this

25   message was showing that we looked at on Tuesday?

1    A    Sure, this was from Mr. Caldwell to one of his

2  associates talking about a boat.

3    Q    So this was a few hours before that message that

4  we just saw from Mr. Caldwell and Mr. Stamey; is that right?

5    A    Yes, that's right.

6    Q    Okay.  If we could bring that down now.

7         In that message we looked at from Mr. Caldwell to

8  Mr. Stamey, he also said something about, I'll send you maps

9  or something like that.  Do you recall those messages?

10    A    Yes, he did discuss maps, new maps, I believe.

11    Q    I'd like to bring up on the screen now just for

12  Special Agent Palian Government's Exhibit 22.E.1.

13         Special Agent, do you see a message on your

14  screen?

15    A    I do.

16    Q    And is this a message extracted from the data on

17  Mr. Caldwell's cell phone?

18    A    Yes, it is.

19    Q    And it's both a message, and then I believe if we

20  could scroll through, there's a few maps that follow;

21  is that correct?

22         No.

23         So let's just talk about this then.

24         MS. RAKOCZY:  At this point in time, the

25  government would seek to move Government's Exhibit 22.E.1

1    into evidence.

2            MR. FISCHER:  No objection.

3                          (Government's Exhibit 22.E.1
                              received into evidence.)
4

5            MS. RAKOCZY:  If we could take that down for a

6    moment and, just again for the Special Agent, could we bring

7    22.E.1.A.3.

8    BY MS. RAKOCZY:

9        Q    Do you see something on your screen,

10   Special Agent?

11       A    Yes, I do.

12       Q    Is it a map?

13       A    Yes.

14       Q    Is was one of the maps that was attached to that

15   message that we just looked at?

16       A    Yes, it was.

17       Q    Okay. If we could take that down, please.

18            Let's publish to the jury --

19            MS. RAKOCZY:  I'm sorry, at this point in time,

20   the government would seek to move into evidence Government's

21   Exhibit 22.E.1.A.3 into evidence, please.

22            THE COURT:  That will be admitted.

23                          (Government's Exhibit 22.E.1.A.3
                              received into evidence.)
24

25            MS. RAKOCZY:  Thank you, Your Honor.

1  BY MS. RAKOCZY:

2      Q    If we could publish to the jury, please,

3  Government's Exhibit 22.E.1.

4          So this is a message from January 30th in the

5  evening time; is that right?  I'm sorry, is it from

6  January 30th?

7      A    No, I don't believe it is.

8      Q    Okay.

9      A    I think that's a typo.

10     Q    Do you recall off the top of my head when that was

11 from?

12     A    I thought it was December 30th, but I'm not

13 positive.

14     Q    Okay.  Sometime, though, prior to January 6th, to

15 the best of your recollection?

16     A    Yes.

17     Q    All right.  If you could read who's the message to

18 and from?

19     A    The message is from Defendant Caldwell to

20 Mr. Stamey.

21     Q    And could you read the message please?

22     A    Sure.

23          "These maps walk you from the hotel into D.C. and

24 east toward the target area on multiple roads running west

25 to east, including M Street and P Street, two of my

1    favorites.  One shows a quick left-hand jog up Wisconsin

2    Avenue and then you can blast east on P or O.  Avoids a lot

3    of crud.  Cag."

4        Q    Okay.  Were there maps attached to this message?

5        A    Yes, there were.

6        Q    And if we could bring up now 22.E.1.A.3.

7             Special Agent Palian, what do we see here?

8        A    We see a map of the Potomac River, D.C., and it

9    looks like part of Virginia.

10       Q    Yesterday -- Tuesday you discussed some messages

11   that Mr. Meggs sent to the D.C. op January 6th chat that

12   discussed some QRF rally points.  Do you recall those

13   messages?

14       A    Yes, I recall that.

15       Q    It we could bring up on the screen Government's

16   Exhibit 1.S.159.524.  Is this the message you were talking

17   about?

18       A    Yes, it is.

19       Q    And Mr. Meggs is OK Gator 1, right?

20       A    Mr. Meggs is OK Gator 1.

21       Q    He said, "1 if by land, 2 if by sea," and gave

22   some locations?

23       A    Yes, that's correct.

24       Q    And then if we could bring up 1.S.159.525.

25            The next message Mr. Meggs continued that "These

1824

```
 1    are the QRF rally points, water if the bridges get closed,"
 2    is that right?
 3         A    Yes, that's what he said.
 4         Q    Did Mr. Meggs attach maps to these messages?
 5         A    Yes, he did.
 6         Q    We're going to have to go back to Government's
 7    Exhibit 6623.
 8              If you can scroll down a bit.
 9              The Court's indulgence.
10              Special Agent Palian, showing you what's been
11    identified as Government's Exhibit 1.S.159.524.A.1,
12    do you recognize this?
13         A    I do.
14         Q    What is it?
15         A    This is a map of D.C. showing the Potomac River
16    and the Lincoln Memorial that was obtained from Mr. Rhodes'
17    phone.
18         Q    Okay.
19              And was this attached to that prior message sent
20    by Mr. Meggs?
21         A    It is attached to the message sent by
22    Defendant Meggs.
23         Q    Does it appear to show sort of the fill-in of
24    lines that are often drawn in when you use a mapping
25    application?
```

1     A     Yes, it does.

2     Q     And if we could just page down to the next.

3           Government's Exhibit 1.S.159.524.A.2, what is

4     this?

5     A     This is another map.  It shows Ohio Drive

6     Southwest and West Basin Drive Southwest.

7     Q     In the bottom left corner of the map, is there a

8     body of water depicted?

9     A     Yes, there is.

10     Q     What body of water is that?

11     A     That's the Potomac River.

12     Q     And on the left or west side of the Potomac River

13     from here, is that the state of Virginia?

14     A     Yes.

15           THE COURT:  Ms. Rakoczy, do you mean for the jury

16     to be seeing these?

17           MS. RAKOCZY:  You know, I apologize.  I don't

18     think that these are moved into evidence.  I apologize.

19     I would seek to move Government's Exhibits 1.S.159.A.1 and

20     .A.2 into evidence.

21           THE COURT:  Okay.  Any objection to those?

22           MR. WOODWARD:  No objection.

23           THE COURT:  All right.  So those will be admitted

24     and can be published.

25

```
 1                          (Government's Exhibit 1.S.159.524.A.1
                                           received into evidence.)
 2                          (Government's Exhibit 1.S.159.524.A.2
                                           received into evidence.)
 3
 4              MS. RAKOCZY:  Thank you, Your Honor.  I apologize.
 5              THE COURT:  You may want to go back to the first
 6    one because I don't think the first one was shown.
 7              MS. RAKOCZY:   Okay.  Thank you, Your Honor.
 8    BY MS. RAKOCZY:
 9       Q    So go back to 1.S.159.A.1.  I think we see it on
10    the screen here.
11              Can you just describe again what we see on this
12    map?
13       A    Sure, this shows the Potomac River to the left,
14    the Lincoln Memorial at the bottom, and then as you
15    described, the blue lines showing the route that's been
16    designated.
17       Q    And then the next one was 1.S.159.524.A.2.
18    Do you see that here?
19              And this is the map you were just talking about
20    that showed a little bit southeast of that area depicted in
21    the prior map; is that fair to say?
22       A    I believe it's southeast, yes.
23       Q    If we could get fancy, is it possible to do a
24    split screen with this photograph and another one?
25              So the first one is 1.S.159.524.A.2 and the second
```

1    one is 22.E.A.3.  If we could keep on the screen now this

2    Exhibit 22.E.A.3.

3            This is the map that Mr. Caldwell sent to

4    Mr. Stamey; is that right?

5        A    Yes, it is.

6        Q    Is this area similar to or different to the area

7    that Mr. Meggs sent maps of to the D.C. op Jan 6th chat?

8        A    It's a similar area.

9        Q    Okay.

10           And specifically if we look sort of along the top

11   right corner of the picture, is that an area sort of not

12   terribly far from the Lincoln Memorial near that sort of

13   Hains Point island area?

14       A    Yeah, it's very close.

15       Q    And in the messages that Mr. Meggs sent to the

16   D.C. op Jan. 6 chat, he described this general area of the

17   QRF rally points?

18       A    Yes.  Yes, he did.

19       Q    If we could take this down, please.  Thank you

20   very much.

21           Special Agent Palian, did you find other messages

22   on Mr. Caldwell's phone in which he discussed a location for

23   staging a Quick Reaction Force?

24       A    Yes, we did.

25       Q    And did he suggest a particular hotel that should

1    be used for that purpose?

2        A    He did.

3        Q    What hotel was that?

4        A    That was the Comfort Inn in Ballston, Virginia.

5        Q    And it's in Ballston, Virginia.  Is that in the

6    County of Arlington, Virginia?

7        A    It is.

8        Q    How far a drive is that from Downtown D.C.?

9        A    Distance or time?

10       Q    Distance.

11       A    Six, seven, eight miles.

12       Q    Did Mr. Caldwell discuss these plans with -- did

13   you find messages where Mr. Caldwell discussed these plans

14   with just defendant Jessica Watkins?

15       A    Yes, I did.

16       Q    Did you find messages in which he discussed these

17   plans with Paul Stamey?

18       A    Yes, I found those messages.

19       Q    Did you find evidence that Mr. Caldwell

20   contributed a firearm of his own to the

21   Quick Reaction Force?

22       A    Mr. Caldwell did contribute a firearm to the

23   Quick Reaction Force.

24       Q    What evidence did you find?  Did you see video of

25   Mr. Caldwell carrying an apparent firearm on the hotel

```
 1    surveillance video?
 2         A    Yes, we did find that.
 3              MR. CRISP:  Your Honor, may I enter a sidebar real
 4    quick?
 5              THE COURT:  Sure.
 6              (Bench conference)
 7              MR. CRISP:  Your Honor, the objection I'm going to
 8    have, and I missed it because she went too quickly, is that
 9    she was referencing Jessica having discussions with Paul
10    Stamey independent of any of the discussion regarding
11    Mr. Caldwell, so, again, I don't believe that I opened any
12    doors or I think there's any recross that would be
13    appropriate based on my -- redirect, it would be based on my
14    cross.
15              THE COURT:  So, Mr. Crisp, I thought I understood
16    Ms. Rakoczy to say these were separate messages between
17    Mr. Caldwell and those two people.
18              Am I wrong, Ms. Rakoczy?
19              MS. RAKOCZY:  No.  I asked first about messages
20    between Mr. Caldwell and Ms. Watkins about the hotel, and
21    then I asked whether Mr. Caldwell also had communications
22    with Mr. Stamey.  I didn't ask about communications between
23    Ms. Watkins and Mr. Stamey.
24              MR. CRISP:  Then I misunderstood the question, and
25    then I apologize.  I thought it was directly between them.
```

1           THE COURT:  Thank you.

2           MS. RAKOCZY:  Thank you, Your Honor.

3           (Open court)

4  BY MS. RAKOCZY:

5       Q    Special Agent Palian, Mr. Fischer asked you a

6  number of questions yesterday about the "recce," in

7  Mr. Caldwell's words, that he engaged in.  Do you remember

8  those questions?

9       A    I do.

10      Q    If we could bring up on the screen Government's

11  Exhibit 1.S.321.2.  This is in evidence.  It can be

12  published to the jury.

13          This was a message that you read to the jury on

14  Tuesday, I think, maybe Monday night.  But do you recall

15  this message that Mr. Caldwell sent Mr. Rhodes prior to the

16  Million MAGA event?

17      A    Yes, I do.

18      Q    Okay.

19          And did he mention on November 9th that he had,

20  what sounds like he conducted a lengthy "recce"?

21      A    Yes.

22      Q    If we could take that exhibit down now and bring

23  up 6623, please.

24          I'm going to orient you in a second to Defense

25  Exhibit 5, a number of photographs that were introduced by

1    Defendant Caldwell.

2           So beginning first on the screen, we have

3    Defendant Caldwell's Exhibit 51.  And if we could just sort

4    of scroll through, I believe there's 30 plus pictures in the

5    exhibit.

6           Special Agent Caldwell, [sic] as we're looking at

7    these, this is not just one location in D.C., correct?

8    A    No, it's multiple locations in D.C.

9    Q    It's not just the Camelot Gentlemen's Club that's

10   pictured, right?

11   A    No, there's more than just the Camelot pictured.

12   Q    Do you see porta potties in any of these

13   photographs?  And I'll let you keep scrolling.

14   A    I don't recall any, but I'll keep looking.

15           (Pause)

16   Q    So did you see any porta potties in those

17   photographs?

18   A    No, I did not.

19           And I'll also note that it's not very common for

20   porta potties to be on the streets of D.C. outside of

21   construction zones.

22   Q    Special Agent Palian, how many photographs would

23   you count there?

24   A    It goes up to, I think, 38.  Is that the next one

25   there, the picture with the M?

1    Q    And then these messages were taken from

2  Mr. Caldwell's phone; is that right?

3    A    Yes -- I believe they were.  I'm not positive.

4  I haven't confronted that, but, yes I believe they were.

5    Q    And this was around the time period that

6  Mr. Caldwell was telling Mr. Rhodes he engaged in a recce?

7    A    Yes.

8    Q    Now, that's in November of 2020, right?

9    A    Correct, that's November of 2020.

10    Q    Did you find any other messages in Mr. Caldwell's

11  phone in which he discussed engaging in "recce" prior to

12  January 6th?

13    A    Yes.

14    Q    If I could bring up just for the Special Agent now

15  Government's Exhibit 22.S.560.A.

16        Do you recognize this message?

17    A    I do.

18    Q    What is this?

19    A    This is a message from Defendant Caldwell to

20  Ranger Doug.

21    Q    That's the North Carolina leader?

22    A    Yes.

23    Q    And was this a message extracted from Defendant

24  Caldwell's phone?

25    A    It was.

1           MS. RAKOCZY:  At this point in time, Your Honor,

2    the government seeks to admit Government's Exhibit

3    22.S.560.A into evidence.

4           MR. FISCHER:  No objection.

5           MS. RAKOCZY:  And we'd be publishing, if admitted.

6           THE COURT:  It's admitted.

7                          (Government's Exhibit 22.S.560.A

8                                received into evidence.)

9           MS. RAKOCZY:  Could we please publish to the jury?

10   BY MS. RAKOCZY:

11       Q    Special Agent Palian, what date was this message

12   from?

13       A    This message is from January 4th, 2021.

14       Q    And what did Mr. Caldwell say to Mr. Smith?

15       A    Mr. Caldwell said, "Paul, Sharon and I are

16   planning a pre-strike into the hornet's nest tomorrow

17   afternoon."

18       Q    And if we could bring up now just for the Special

19   Agent Government's Exhibit 22.S.560. B, next message.

20           Do you recognize this message?

21       A    I do.

22       Q    Is this also a message extracted from

23   Mr. Caldwell's phone?

24       A    Yes.

25

1    MS. RAKOCZY:  At this point in time, the

2  government would seek to admit Government's Exhibit

3  22.S.560.B into evidence.

4    THE COURT:  That will be admitted.

5    (Government's Exhibit 22.S.560.B

   received into evidence.)

6

7  BY MS. RAKOCZY:

8    Q    In the next message, what does Mr. Caldwell go on

9  to say to Mr. Smith?

10    A    "Ohio crew of 5, (3 who were here before, Donovan,

11  Jessica, and Montana,) sched to arrive Winchester, VA, this

12  evening.  They will stage with us at the hotel.  More to

13  follow tomorrow.  R/CAG."

14    Q    And what hotel did Mr. Caldwell stay at?

15    A    The Comfort Inn in Ballston.

16    Q    Based on your review of hotel records and video

17  surveillance from that hotel, what hotel did Defendant

18  Jessica Watkins stay in?

19    A    The Comfort Inn in Ballston also.

20    Q    If you could take that down and bring up just for

21  the Special Agent, Government's Exhibit 22.S.565.A.

22    Is this a message from Mr. Caldwell's phone,

23  extracted from Mr. Caldwell's phone?

24    A    Yes, it is.

25    Q    Is it a message from Mr. Smith to Mr. Caldwell a

1    couple of hours after those messages we were just looking

2    at?

3        A    Yes.

4            MS. RAKOCZY:  If we could move Government's

5    Exhibit 22.S.565.A into evidence.

6            THE COURT:  Admitted.

7                        (Government's Exhibit 22.S.565.A
                             received into evidence.)
8

9            MS. RAKOCZY:  If we could now publish to the jury,

10   please.

11   BY MS. RAKOCZY:

12       Q    Can you tell us what this message read from Doug

13   Smith to Mr. Caldwell.

14       A    Sure, Ranger Doug said, "How far is it form the

15   Capitol Building to the motel on the Virginia side."

16       Q    So this about a day before January 6th;

17   is that right?

18       A    Correct.

19       Q    And is this message, Mr. Smith is asking

20   Mr. Caldwell about the distance from the hotel to the

21   Capitol building?

22       A    Correct.

23       Q    If we could bring that down and bring up just for

24   Special Agent Palian Government's Exhibit 22.T.17.9.

25            Do you recognize this message?

1   A    I do.

2   Q    Is this a message or a depiction of a message

3  extracted from Mr. Caldwell's phone?

4   A    Yes, it is.

5   Q    And does it reference pre-strike that Mr. Caldwell

6  says he's engaging in around January 5th of 2021?

7   A    Yes, it does reference the pre-strike.

8        MS. RAKOCZY:  At the point in time, Your Honor,

9  the government would seek to admit Government's Exhibit

10  22.T.17.9 into evidence.

11        THE COURT:  Admitted.

12                            (Government's Exhibit 22.T.17.9
                                received into evidence.)
13

14        MS. RAKOCZY:  May we publish to the jury?

15        THE COURT:  You may.

16  BY MS. RAKOCZY:

17   Q    Special Agent Caldwell, [sic] what did

18  Mr. Caldwell say to someone saved in his phone as Joe on

19  January 5th of 2021?

20   A    Defendant Caldwell said, "Just us but we are

21  coordinating with three groups of Oath Keepers, Blue Ridge

22  Militia and Asian Pacific Americans for Trump.  I'll be

23  doing a pre-strike this afternoon and a group intel brief

24  tonight.  More keepers coming on buses tomorrow.  Sorry,

25  driving."

1       Q    Thank you.  We can take that down, please.

2            Let's talk, Special Agent, now, about the

3    questions Mr. Fischer asked about you January 6th of

4    Mr. Caldwell's role.

5            Mr. Fischer asked you a number of questions about

6    Mr. Caldwell's health.  Do you recall those questions?

7       A    I do.

8       Q    Did you see video that demonstrated that

9    Mr. Caldwell was able to walk from the area near the

10   Washington Monument to the Capitol Building?

11      A    Yes, I've seen that video.

12      Q    Did you see video that he was able to make that

13   walk without the assistance of a cane?

14      A    Yes, I did see that.

15      Q    Did you find any video suggesting that he had to

16   climb over anything while he was at the Capitol?

17      A    Yes, Mr. Caldwell climbed over a low cinder block

18   wall.

19           MR. FISCHER:  Your Honor, I'm going to object.

20   I've seen the video.

21           THE COURT:  Do you plan on showing the video?

22           MS. RAKOCZY:  At some point but not right now.

23           THE COURT:  Let's not ask him about what the video

24   shows.  The best evidence is the video itself.

25           MS. RAKOCZY:  Yes, Your Honor.

1    BY MS. RAKOCZY:

2        Q    Special Agent Palian, Mr. Fischer asked you a

3    number of questions about messages that Mr. Caldwell

4    exchanged with Mr. Crowl after January 6th and about how you

5    describe those messages in your initial affidavit in support

6    of Mr. Caldwell's arrest.

7            Do you remember those questions?

8        A    I do.

9        Q    If we could bring up on the screen now

10   Government's Exhibit 2002.

11           Let me actually first, before I do that,

12   Your Honor, at this point in time, the government would seek

13   to, if we haven't already, and I don't think we have, move

14   into evidence Government's Exhibit 2002, which is Facebook

15   records that we would seek to admit pursuant to a 902(11)

16   certification.

17           THE COURT:  All right.  Is there any objection to

18   2002 being admitted?

19           Okay.  Hearing none, 2002 will be admitted.

20                              (Government's Exhibit 2002
                                    received into evidence.)
21

22   BY MS. RAKOCZY:

23       Q    Special Agent Palian, did you obtain over the

24   course of this investigation records from a Facebook account

25   associated with an individual named Donovan Crowl?

1    A    Yes, we did.

2    Q    And can you remind the jury who is Donovan Crowl?

3    A    Donovan Crowl is one of the Oath Keepers from Ohio

4    who was in Defendant Watkins' militia.

5    Q    And this record here we see Government's Exhibit

6    2002, page 1 of the exhibit; is that right?

7    A    Yes, this is page 1.

8    Q    And is this the somewhat difficult to read way

9    that Facebook sends messages when the government serves

10   legal process on them?

11   A    Yeah, this is how they provide their response to

12   our search warrants.

13   Q    If we could turn to Exhibit 2002.79.A or 79A.

14        In alternative we could bring up 6623.

15        Special Agent Palian, I've brought up on the

16   screen now Government's Exhibit 2002.79.A.

17        Do you recognize this?

18   A    Yes, I do recognize this.

19   Q    Is this a page from the Facebook records that were

20   sent to us for defendant -- sorry, for Donovan Crowl's

21   Facebook account?

22   A    Yes, I believe these were Crowl's.

23   Q    Does this depict a message sent from a user named

24   Tom Caldwell?

25   A    Yes.

1840

1     Q     And what did that message read?

2     A     The body of the message says, "Us storming the

3     castle, please share.  Sharon was right with me!  I'm much

4     an instigator!  She was ready for it, man!  Didn't even mind

5     the tear gas."

6     Q     Mr. Fischer asked you some questions about this

7     quote.  You relied on this evidence in the affidavit that

8     you submitted in support of a warrant for Mr. Caldwell's

9     arrest, right?

10    A     Correct.

11    Q     And Mr. Fischer asked you some questions

12    suggesting that "us storming the castle" was a reference to

13    the movie *The Princess Bride*.  Do you remember those

14    questions?

15    A     I remember him mentioning that.

16    Q     Is there mention of the movie *The Princess Bride*

17    in that quote?

18    A     No.

19    Q     And the photograph that we see above that message,

20    is that a photograph that accompanied that message?

21    A     It is.

22    Q     Do you recognize what area is depicted in that

23    photograph?

24    A     Yes.  That's the east side of the Capitol up on

25    the balcony.

1841

1    Q    And that is the photograph that immediately

2    precedes the message "us storming the Capitol"?

3    A    Correct.

4    Q    And is --

5    A    Storming the castle.

6    Q    The castle.  Thank you for correcting me.

7         Does this photograph help to explain why you

8    thought that the quote "us storming the castle" was relevant

9    to a warrant for Mr. Caldwell's arrest?

10   A    Yes, the two were directly related.

11   Q    How so?

12   A    Well, many individuals, including Mr. Caldwell,

13   referred to storming of the Capitol as storming the castle

14   or storming the Capitol.  So the fact that Mr. Caldwell was

15   on Capitol Grounds at that time made it relevant.

16   Q    If we could go down to the next photograph that we

17   see in this exhibit 6623, so page 76 of Exhibit 6623, this

18   is a photograph that you actually put a copy of in your

19   affidavit in support of a warrant for Mr. Caldwell's arrest;

20   is that right?

21   A    That's right.

22   Q    And you cited this photograph as evidence of what

23   you believe to be evidence of Mr. Caldwell having gone

24   inside the Capitol?

25   A    Right.  I think the wording was "it appears to

1    be."

2            It appears that he went in the Capitol.

3       Q    Why did you think that?

4       A    Well, if you look at this photograph, you can see

5    that they're inside the walls, they're looking out into the

6    sunlight.  It appears to be inside a structure looking

7    outside of the structure.  I wasn't aware of any structures

8    on the Capitol Grounds that you could be inside of but not

9    inside of the Capitol.

10      Q    Do you now know that this does not show

11   Mr. Caldwell inside the Capitol?

12      A    No, it appears that this was under the

13   scaffolding.

14      Q    Okay.

15           Mr. Caldwell -- Mr. Fischer then asked you

16   questions about some of the messages that Mr. Caldwell and

17   Mr. Crowl exchanged on Facebook that follow this message,

18   "us storming the castle."  So I'd like to ask you about

19   those now.

20      A    Sure.

21      Q    If we could go to the next page of 6623, again,

22   for the record this would be page 77 of 6623, and it's

23   also -- will be entered into evidence as part of Exhibit

24   2002.T.79.A.

25           Special Agent Palian, could you describe what we

1    see here?  Is this the message that you had just read?

2        A    Yes, this is the message I just read.

3        Q    And going on to the next page of Exhibit 6623,

4    page 78, does this depict the message that Mr. Caldwell sent

5    next to Mr. Crowl on Facebook?

6        A    Yes, this is the next message.

7        Q    And what did Mr. Caldwell say then?

8        A    Mr. Caldwell told Mr. Crowl on Facebook, "Proud

9    Boys scuffled with cops and drove them inside to hide.

10   Breached the doors.  One guy made it all the way to the

11   House floor, another to Pelosi's office.  A good time."

12       Q    If we could go to the next page of the exhibit.

13            What did Mr. Caldwell say next to Mr. Crowl?

14       A    Next, Mr. Caldwell said, "We need to do this at

15   the local level.  Let's storm the Capitol in Ohio.  Tell me

16   when!"

17       Q    Mr. Fischer asked you about this quote, "Let's

18   storm the Capitol," and I think he suggested that this was a

19   reference to a protest that had happened at the Ohio State

20   Capitol prior to January 6th.

21            Do you remember those questions?

22       A    I remember the question line, yes.

23       Q    When is Mr. Caldwell sending this message?

24       A    Mr. Caldwell sent this message on January 6th.

25       Q    And he says, "Let's storm," correct?

1844

1      A    Correct.

2      Q    He doesn't talk about having stormed in the past,

3    does he?

4      A    No.

5      Q    And what does he say -- what does he follow that

6    "Let's storm the Capitol" with?

7      A    "Tell me when."

8      Q    In Mr. Caldwell's phone, did you find any videos

9    that you took while on Capitol Grounds.

10     A    Yes, we did.

11          MS. RAKOCZY:  We moved one into evidence on Monday

12   or Tuesday, Government's Exhibit 22.V.2.  I'd like to play

13   that video again, I'd like to play for demonstrative

14   purposes, a version of the transcript that's been labeled

15   Government's Exhibit 22.V.2. E.

16          (Video played)

17   BY MS. RAKOCZY:

18     Q    If you would take that down.

19          Special Agent Palian, does that video depict what

20   Mr. Caldwell and others around him were saying while on the

21   Capitol Grounds?

22     A    Yes, that's correct.

23          THE COURT:  Ladies and gentlemen, I'll just remind

24   you of the instruction I gave you earlier with respect to

25   transcripts.  It's the video itself and the audio that's the

1  evidence and not the transcript itself.  And if you notice

2  any difference between the video and audio and the

3  transcript, it's the video and audio that control.

4          Ms. Rakoczy.

5          MS. RAKOCZY:  Thank you, Your Honor.

6          If we could bring up just for the Special Agent

7  now what's been marked as Government's Exhibit 2001.C.2.D?

8          MR. FISCHER:  Repeat the number, please.

9          MS. RAKOCZY:  Sure.  2001.C.2.D.

10 BY MS. RAKOCZY:

11     Q    Special Agent Palian, do you see a message on your

12 screen right now.

13     A    Yes, I do.

14     Q    Does this message depict --

15          MR. FISCHER:  Objection.

16          THE COURT:  Basis?

17          (Bench conference)

18          MR. FISCHER:  Your Honor, this is a comment that

19 we had addressed in court where there's no context.  It's a

20 comment, Mr. Caldwell's commenting to something, and the

21 government does not have the context and they've advised me

22 they can't give me the statement that he's responding to.

23          MS. RAKOCZY:  Your Honor, we cannot, but I think

24 the message speaks pretty clear for itself as to what

25 Mr. Caldwell's intentions were going into January 6th and

1    Mr. Fischer asked many questions about whether

2    Mr. Caldwell's intent on January 6th had more to do with

3    battling Antifa or protesting or something perhaps having to

4    do with stopping the certification.

5            THE COURT:  Look, the statement itself is clearly

6    admissible.  It is admission -- it's an admission of party

7    opponent.

8            Now, the question is what the comment is in

9    response to.

10           MS. RAKOCZY:  Yes, Your Honor, we do not have --

11   the Facebook records did not come back with the comment he's

12   responding to.

13           THE COURT:  Right.

14           And, look, I'll admit it.  If you want to recross

15   or if -- Ms. Rakoczy, can you make it clear what this

16   exactly is and that you don't have the comment?

17           MS. RAKOCZY:  Yes, Your Honor.

18           THE COURT:  I'll let it in so the jury can

19   understand the full context and that you don't have the

20   actual comment, but, you know, the truth is I don't know of

21   any case or Rule of Evidence that would prevent an admission

22   from it coming in just because it's -- the surrounding

23   context is unavailable.

24           MS. RAKOCZY:  Thank you, Your Honor.

25           MR. FISCHER:  Your Honor, I do believe it would be

1   the rule of completeness because what this is, it's -- we

2   need to know what -- Mr. Caldwell doesn't even know what he

3   was commenting to.  This was sent out a long time ago.  So

4   without knowing what he's commenting to, the jury can take

5   this completely out of context.

6          THE COURT:  Well, look, I think the rule of

7   completeness now is a rule of exclusion, it's a rule of

8   inclusion to include other parts of otherwise admissible

9   testimony.  So I don't think this is a rule of completeness

10  issue, I think at most it's a 404(b) -- is a more

11  prejudicial than probative issue.

12         And I don't think it's more prejudicial than

13  probative.  Clearly, it's probative as to his state of mind,

14  what his intent is, and the fact that it lacks the initial

15  comment doesn't give rise to sufficient prejudice, it seems

16  to me, to outweigh, substantially outweigh the probative

17  value of the message itself.

18         So I'll admit it subject to Ms. Rakoczy asking in

19  direct examination the direct fact that the government was

20  unable to obtain the comment itself and this is a response

21  to somebody else's comment.

22         MS. RAKOCZY:  Thank you, Your Honor.

23         MR. FISCHER:  Thank you.

24         (Open court)

25         MS. RAKOCZY:  Thank you, Your Honor.  The

1    government moves Exhibit 2001.C.2.E into evidence.

2            THE COURT:  2001.C.2.E will be admitted subject to

3    the discussion at the bench.

4                            (Government's Exhibit 2001.C.2.E
                                    received into evidence.)
5

6            THE COURT:  Ms. Rakoczy.

7            MS. RAKOCZY:  Yes, Your Honor.

8    BY MS. RAKOCZY:

9        Q    Special Agent Palian, what we see on the screen is

10   a Facebook comment by Mr. Caldwell; is that right?

11       A    That's correct, it's a Facebook comment.

12       Q    When someone posts a comment on Facebook, can you

13   explain what that means for anyone who doesn't use it?

14       A    Sure.

15            My understanding is that the original person who

16   puts up the post puts up what they have to say and then

17   comments are allowed after that.

18       Q    Did we get back from Facebook the initial posts

19   that Mr. Caldwell is commenting on here?

20       A    No, we did not.

21       Q    So did you have any idea what Mr. Caldwell is

22   commenting on?

23       A    No.

24       Q    Okay.  That being said, is this the comment that

25   he then posted?

1    A    He did post this comment, yes.

2         MS. RAKOCZY:  If we have not, could we publish for

3    the jury, please.

4    Q    When did Mr. Caldwell make this comment on

5    Facebook?

6    A    Appears to be New Year's Day, January 1st, 2021.

7    Q    And Mr. Fischer asked you a number of questions

8    about what Mr. Caldwell was intending before January 6th,

9    where his focus was.  What did Mr. Caldwell say in this

10   message on January 1st?

11   A    Shortly after the ball dropped on New Year's Eve,

12   Mr. Caldwell said, "It begins for real on Jan. 5 and 6 on

13   Washington, D.C. when we mobilize in the streets.  Let them

14   try to certify some crud on Capitol Hill with a million or

15   more patriots in the streets.  This kettle is set to boil."

16   Q    If we could take that down.

17        Special Agent Palian, Mr. Fischer also asked you a

18   number of questions about your affidavit in support of

19   Mr. Caldwell's arrest warrant and your assertion in that

20   affidavit that you believe Mr. Caldwell had gone inside the

21   building; is that right?

22   A    That's correct.

23   Q    Do you recall, were there Facebook messages that

24   Mr. Caldwell had sent that you had reviewed prior to

25   applying for that warrant that informed your belief that he

1    had gone inside the building?

2         A    Yes.

3              MS. RAKOCZY:  Your Honor if we could bring up on

4    the screen -- actually, before we do that, I think it might

5    be easier to do a paper presentation.

6              Could I approach the witness, Your Honor?

7    BY MS. RAKOCZY:

8         Q    Special Agent Palian, these are Facebook messages

9    in a thread that Mr. Caldwell was part of; is that right?

10        A    That's correct.

11        Q    And these are from Mr. Caldwell's Facebook

12   records, which is in evidence as Government's Exhibit 2001,

13   correct?

14        A    Yes.

15        Q    And roughly pages 130 to 139?

16        A    137, I have here.

17        Q    Thank you.

18             Does this thread contain a statement or statements

19   made by Mr. Caldwell that gave you the impression that he

20   was inside the building?

21        A    Yes, it does.

22             THE COURT:  Ms. Rakoczy, I may have missed the

23   exhibit number.  Can you state it again?

24             MS. RAKOCZY:  These would be Government's Exhibit

25   2001.T.129.39 through 65.

1    THE COURT:  Okay.  And you're seeking to admit

2  those?

3    MS. RAKOCZY:  So with that foundation, Your Honor,

4  at this point in time, the government would seek to move

5  those exhibits into evidence.

6    THE COURT:  Okay.  They'll be admitted without

7  objection.

8    (Government's Exhibit 2001.T.129.39 through 2001.T.129.65
                                    received into evidence.)

9

10  BY MS. RAKOCZY:

11    Q    If we could bring up on the screen Government's

12  Exhibit -- actually could we put up exhibit 6623?

13    MR. FISCHER:  Your Honor, I'm just seeing this.

14  I haven't had a chance to go through everything, so

15  I'm going to object.  There may be some items in here...

16    MS. RAKOCZY:  Your Honor, these are the messages

17  that are cited in the affidavit that Mr. Fischer questioned

18  the Special Agent about so I just would like to ask about

19  the context.

20    MR. FISCHER:  Your Honor, may we?

21    (Bench conference)

22    MR. FISCHER:  So, Your Honor, I'm looking at this

23  and there's a bunch of incendiary stuff.  I just get handed

24  this, and there's incendiary stuff I'm seeing on page 2

25  regarding people saying "F Pence, traitor."  There are

1    people on here who are not Mr. Caldwell talking.

2         THE COURT:  Well, let me ask this, Ms. Rakoczy.

3    There are a number of statements by others on here.  And

4    I think the purpose of the exhibit as a whole is to show

5    what the Special Agent relied upon in obtaining the warrant.

6         MS. RAKOCZY:  It is also that, Your Honor, but

7    just to be clear, and I'm sorry if I'm interrupting you,

8    Your Honor, it is also to show, there were a lot of

9    questions about suggesting that there was a rush to

10   judgment, that there were overblown fears of Mr. Caldwell's

11   safety or Antifa, safety of others, and these are the quotes

12   that the agent had read before applying for this warrant.

13        And so I do think it is fair to allow the agent to

14   explain to the jury the context in which he was applying for

15   this warrant.  And I don't think that I've put in here every

16   message from this chain, but I have put in there a lot of

17   the mens.

18        So, I mean, particularly there are messages that

19   when, right after Mr. Caldwell is announcing that he is

20   inside the building, people are directing him what they

21   should be doing inside the building, and that is -- that's

22   what the Special Agent knew when he applied for this

23   warrant.

24        So to the extent that Mr. Fischer has suggested he

25   rushed inappropriately to take this arrest, I think it's

 1    very important that the Special Agent be allowed to explain

 2    that context.

 3            MR. FISCHER:  Your Honor, first of all, I just

 4    want to, as long as I have a chance to cross-examine this

 5    witness at some future point on this, you know, most of it

 6    I don't have a problem with, but there's a part in here

 7    about all members are in the tunnel under the Capitol, seal

 8    them in.  Again, if I have a chance to cross, if I'm going

 9    to have the opportunity to cross this man in the future, if

10    not, I'm just concerned if this comes in and I don't get a

11    chance to cross him.

12            MS. RAKOCZY:  So we don't object to a recross or

13    and when Special Agent testifies again, which we anticipate

14    he will do at the end of the case, we aren't opposed to him

15    being cross-examined on this.

16            THE COURT:  Okay.

17            MS. RAKOCZY:  Although I'm not sure what more

18    there is to say.

19            THE COURT:  What I suspect Mr. Fischer is going to

20    elicit is that whoever was making these statements was

21    sitting at home watching on TV.  They weren't at the Capitol

22    itself.  I mean, I think those are the kind of facts you're

23    going to want to elicit, right, Mr. Fischer.

24            MR. FISCHER:  That's correct.

25            THE COURT:  So, I mean, it's up to you,

1    Ms. Rakoczy, whether you want to bring that out now, but,

2    I mean, certainly I think Mr. Fischer, if he wishes, to have

3    the opportunity to bring that out, he'll have the

4    opportunity to do so.

5              MS. RAKOCZY:  Yes, Your Honor.  Thank you.

6              THE COURT:  Okay.

7              (Open court)

8              THE COURT:  And hang on.

9              Ms. Rakoczy.

10             (Bench conference)

11             THE COURT:  And just to be clear, the timing of

12   all this is important, however this comes out.  And what

13   I mean by that is the following, which is this comes in in

14   large part right now to explain this agent's state of mind

15   and why he sought a search warrant -- excuse me, a search

16   and an arrest warrant when he did, because that certainly

17   was the subject of cross-examination.  It's not clear to me

18   when the Special Agent would have learned, for example, that

19   Mr. Caldwell, some of the people he's talking to, weren't,

20   in fact, at the Capitol and what they were doing was just

21   sort of just play by play and spouting off.

22             So to the extent anybody is going to question

23   about that, the timing of all that needs to be made clear to

24   the jury, about both what the Special Agent understood at

25   the time he obtained the warrants and then what he learned

1    afterwards, if that's going to be the subject of

2    cross-examination or direct examination to provide context,

3    okay?

4            MR. FISCHER:  And, Your Honor, one more quick

5    thing.  I just want to be clear that when I cross-examine on

6    this, I don't want the government talking about the evidence

7    we talked about this morning, because it's going to require

8    very thorough.

9            THE COURT:  There won't be; that's been excluded.

10           (Open court)

11   BY MS. RAKOCZY:

12       Q    Special Agent Palian --

13           MS. RAKOCZY:  And so at this point in time, the

14   government would again renew its request to move exhibits

15   2001.T.129.39 through 65 into evidence.

16           THE COURT:  Let's do the following.  I'm going to

17   think about the entirety of it, but to the extent you want

18   to draw his attention to particular statements for the

19   purpose that we've talked about, let's do that right now and

20   I'll reserve on the entirety of it once I have a chance to

21   look at it myself, take a look at it.

22           MS. RAKOCZY:  Yes, Your Honor.

23           So, Your Honor, we are going to bring up

24   Government's Exhibit 2001.T.129.39.

25

1    BY MS. RAKOCZY:

2        Q    Special Agent Palian, showing you on the screen

3    right now, and I think publishing to the jury as well,

4    Government's Exhibit 2001.T.129.39, is this a message from

5    Defendant Thomas Caldwell.

6        A    Yes, it is.

7        Q    And is it to a Facebook group?

8        A    It's to several individuals.  I don't know if I'd

9    call it a group or not, but it's to several different

10   individuals, it's a direct message.

11       Q    And when did he send this message?

12       A    He sent this message on January 6th, 2021, at 2:11

13   p.m.

14       Q    What did he say?

15       A    In the message he said, "We have planted a flag on

16   the Capitol steps."  I'm sorry, "on Capitol steps."

17       Q    Had you read this message prior to applying for

18   the arrest warrant for Mr. Caldwell?

19       A    Yes.

20       Q    Did this inform your knowledge about where he was

21   that day?

22       A    It did.

23       Q    Will you go to the next message.  Message 40, what

24   did Mr. Caldwell continue to say?

25       A    In message 40, Mr. Caldwell said, "They're

1    tear-gassing a group of children.  No shit."

2        Q    In the next message, message 41, did someone

3    respond, "I love it"?

4        A    Yes.

5        Q    In the next message, message 42, did someone else

6    respond, "Fuck, that's crazy.  But awesome about the flag"?

7        A    Yes.

8        Q    In the next message, message 43, what did

9    Mr. Caldwell say at 2:48 p.m.?

10       A    At 2:48 p.m., "We are surging forward.  Doors

11   breached."

12       Q    Had you read this message before you applied for a

13   warrant for Mr. Caldwell's arrest?

14       A    Yes, and at that time, we also know that the

15   Oath Keepers Stack 1 had breached those doors at 2:40 p.m.

16       Q    Going to the next message, message 44, did someone

17   respond "Awesome"?

18       A    Yes.

19       Q    And the next message, did someone else respond,

20   "I've been watching tons of patriots inside chanting

21   Freedom.  Just saw a convoy of armored vehicles leave Dulles

22   airport"?

23       A    Yes, that was said.

24       Q    In the next message, message 46, did somebody say,

25   "All members are in the tunnels under the Capitol.  Seal

1    them in.  Turn on the gas"?

2        A    Correct, somebody said that.

3        Q    In the next message, did somebody else reply,

4    "6:00 p.m. curfew set by Bowser"?

5        A    Yes.

6        Q    Did Mayor Bowser of this city set a curfew on the

7    afternoon of January 6th?

8        A    Yes, she did.

9        Q    Was that in response to what was going on at the

10   Capitol?

11       A    Yes, it was.

12       Q    Did somebody else say, "Fuck the curfew, Dennis.

13   Let's go.  I'll come get you and Joe"?

14       A    Yes.

15       Q    In the next message, message 49, did somebody say,

16   "LOL.  Good luck"?

17       A    Yes.

18       Q    Turning to the next message, message 50, somebody

19   say, "Oh, we get in not worried BIUT THT"?

20       A    "Not worried but that," I'm not positive.

21       Q    In the next message, message 51, did that person

22   respond, "I'm looking out what's mine right here in

23   Berryville.  Jail ain't my thing, but I will absolutely

24   protect my family, friends and belongings"?

25       A    Yes.

1    Q    Turning the next message, message 52, what did

2   Mr. Caldwell say at 3:05 p.m. on January 6th.

3    A    On 3:05 p.m. on January 6th, Mr. Caldwell said,

4   "Inside."

5    Q    Was that significant to you when you were reading

6   these messages?

7    A    It was.  It signified to me that Mr. Caldwell had

8   entered the Capitol.

9    Q    Is that why you believed that he had entered the

10   Capitol?

11    A    Yes.

12    Q    Going to the next message, message 53, did

13   somebody tell Mr. Caldwell, "Tom, take that bitch over"?

14    A    Yes.

15    Q    Did that also inform where you thought

16   Mr. Caldwell was at the time?

17    A    Yes.

18    Q    Going to the next message, message 54, did

19   somebody respond, "Hell, yes, brother, patriots making a

20   rise.  Need to take but what's ours.  Stay safe, bro.  Enjoy

21   the ride.  I feel it's going to be crazier"?

22    A    Yes.

23    Q    Turning to the next message, message 55, did

24   somebody say, "Tom, all legislators are down in the tunnels,

25   3 floors down"?

1          A     Yes, this caused us to believe that Mr. Caldwell

2    was receiving instructions from the outside while he was

3    inside the Capitol.

4          Q     Turning to the next message, message 56, did

5    somebody else say, "Do like we had to do when I was in the

6    corps.  Start tearing out floors, go from type top to

7    bottom"?

8          A     Yes.

9          Q     Did this also give you an impression that

10   Mr. Caldwell was receiving instructions while inside the

11   building?

12         A     Yes.

13              MR. CRISP:  Your Honor, at this point, I'm going

14   to object to the massive amount of reading that is going on.

15   She's instructing him as to what he should think.  I think

16   the questions need to be framed a little differently here.

17              THE COURT:  Okay.

18              Ms. Rakoczy, if you'll just be mindful of the

19   structure of your questions, please.

20              MS. RAKOCZY:  Yes, Your Honor.

21   BY MS. RAKOCZY:

22         Q     Turning to the next message, message 57, what did

23   somebody named Dennis Godbold say to Mr. Caldwell at 3:09

24   p.m.?

25         A     Godbold says, "Go through back House Chamber doors

 1   facing N, left down hallway, down steps."

 2       Q    Going to the next message, message 58, what's

 3   that?

 4       A    Adrian Grimes gave a thumbs emoji.

 5       Q    Going to the next message, Message 59, what was

 6   that?

 7       A    Dennis Godbold said, "Someone just got shot inside

 8   Capitol."

 9       Q    Next message, message 60, did Mr. Caldwell

10   response?

11       A    He did, but it was unsent.

12       Q    So are we able to know what he said?

13       A    No, we weren't able to know that.

14       Q    The data here that says "Removed by sender

15   2021-01-15," where does that come from?

16       A    That is from Facebook.

17       Q    So the Facebook records themselves said "Removed

18   by sender 2021-01-15"?

19       A    Yes, it meant that the message was sent on

20   January 6th and removed on January 15th.

21       Q    Going to the next message, message 61, what did

22   somebody say?

23       A    Dennis Godbold said, "On chamber floors now."

24       Q    And the next message, message 62, what did that

25   person continue?

1    A    "News saying Trump told them to take the Capitol

2  and will be charged."

3    Q    In message 63, did Mr. Caldwell send a response?

4    A    Yes, he did, but, again, it was removed.

5    Q    Removed by sender, according to the records?

6    A    Yes.

7    Q    And on the next message, message 64, did

8  Mr. Caldwell send another message at 3:20 p.m.?

9    A    Yes.

10   Q    Were you able to know what that message said?

11   A    No.

12   Q    Why?

13   A    Same reason, it was removed by sender.

14   Q    And finally message 65, did Mr. Caldwell send

15  another message at 3:20?

16   A    Yes, he did.

17   Q    Were you able to know what that message said?

18   A    No.

19   Q    Why?

20   A    Because it was removed by sender again.

21   Q    Okay.

22        We can take that down, please.

23        Special Agent Caldwell, you were asked -- sorry,

24  Special Agent Palian, you were asked a lot of questions

25  about the timing of you're application for an arrest warrant

1    for Mr. Caldwell.  Do you remember those questions?

2        A    Yes.

3        Q    Do you remember when you applied for that warrant?

4        A    I don't remember if it was the 16th or the 17th of

5    January 2021, around that time period.  If you could show me

6    the affidavit, I'd be able to say conclusively.

7        Q    I'm going to approach you with what has been

8    marked as Defense Exhibits 108, the original affidavit, and

9    110, the amended affidavit.

10           If you could look at those exhibits and let us

11   know if that refreshes your recollection as to when you

12   applied for warrants for Mr. Caldwell's arrest?  I think on

13   the last page maybe with your signature or the Judge's.

14       A    Thank you.

15           Yes, the original affidavit was signed by Judge

16   Meriweather on the 17th of January 2021.

17       Q    And did you apply for an amended warrant or

18   complaint a couple days later?

19       A    Yes, on January 19th.

20       Q    The 17th and the 19th of January, where were those

21   dates in relation to the inauguration of President Biden?

22       A    Several days before the inauguration.

23       Q    When was President Biden inaugurated?

24       A    January 20th.

25       Q    Just for keeping track of dates on Government's

```
 1    Exhibit 1532, I'm going have you mark the inauguration on
 2    the exhibit, please.
 3         A    (Witness complied.)
 4         Q    Special Agent, are you in the month of November
 5    right now?
 6         A    I'm sorry?
 7         Q    Are you writing in the month of November right
 8    now?
 9         A    I'm so sorry.  Thank you.
10         Q    You can just cross it out.
11              When did the inauguration happen?
12         A    January 20th.
13         Q    Special Agent Palian, the messages that we just
14    read, did those give you any concerns about whether there
15    were any threats?
16              THE COURT:  Ms. Rakoczy, can you ask him when he
17    would have received those messages and reviewed them?
18              MS. RAKOCZY:  Yes, Your Honor.
19    BY MS. RAKOCZY:
20         Q    Do you recall when you -- when approximately you
21    received the Facebook records for Mr. Caldwell's Facebook
22    account that we just looked at?
23         A    It was several days before the first affidavit.
24         Q    Actually, let me ask you this.  If you could look
25    at the second amended affidavit.  If you could go to the
```

1    areas towards the end of your affidavit, paragraphs in the

2    30s, do you see towards the end of the affidavit, a section

3    in which you presented some of these messages that you were

4    just describing and specifically --

5         A    Yes, I start talking about it in paragraph 35, I

6    believe where -- no, I believe 34 is where we start talking

7    about it.

8         Q    And then in paragraph -- if I could direct your

9    attention to paragraph 48(k)?

10        A    Yes, I have 48(a).

11        Q    48(k)?

12        A    Oh, K as in kilo.

13        Q    K as in kilo?

14        A    Yes, I have it.

15        Q    In that paragraph specifically, did you address

16   some of these messages that we were just reading to the

17   jury?

18        A    Yes, I did.

19        Q    I believe that these messages are at a section of

20   that affidavit that suggests that these are new information

21   from your prior affidavit.  Does that sound fair?

22        A    Yeah, I believe so.

23        Q    So at some point perhaps between January 17th and

24   January 19th, did you learn of these messages?

25        A    Possibly.

1    Q    In any event, had you read these messages prior to

2    your application for the warrant on which you actually

3    arrested Mr. Caldwell?

4    A    Yes.

5    Q    And had you learned this information prior to the

6    inauguration of President Biden?

7    A    Yes.

8    Q    And did these inform at all, these messages that

9    you found, inform at all your understanding of any threat

10   that might be posed by Defendant Caldwell?

11   A    Yeah, we thought there was a significant threat at

12   the time.

13        MS. RAKOCZY:  The Court's indulgence.

14   BY MS. RAKOCZY:

15   Q    Special Agent Caldwell, Mr. Fischer, again, asked

16   you a number of questions about what Mr. Caldwell's intent

17   was in advance of January 6th.  Do you recall those

18   questions?

19   A    I do.

20   Q    I want to bring up just for the Special Agent,

21   please, Government's Exhibit 22.T.27.2894.

22        Is this a message that was extracted from

23   Defendant Caldwell's phone?

24   A    Yes, it is.

25   Q    Was it sent by him on the evening of January 6th?

1    A    Yes.

2    Q    If we could just go to the next page of the

3  exhibit as well.

4         Is that the conclusion of the message?

5    A    It is.

6    Q    Does this message describe what Mr. Caldwell was

7  thinking that evening or what he was saying that evening?

8    A    It describes what he was saying that evening.

9         MS. RAKOCZY:  At this point, Your Honor, the

10  government would seek to admit Government's Exhibit

11  22.T.27.2894 into evidence.

12         MR. WOODWARD:  No objection.

13         MR. FISCHER:  No objection.

14         THE COURT:  Governments Exhibits 22.T.27.2894 will

15  be admitted.

16                      (Government's Exhibit 22.T.27.2894
                               received into evidence.)

17

18         MS. RAKOCZY:  If we could publish to the jury.

19  BY MS. RAKOCZY:

20    Q    Special Agent Palian, when did Mr. Caldwell send

21  this message?

22    A    Mr. Caldwell sent this message on January 6th at

23  exactly 7:46 p.m.

24    Q    And what did he say?

25    A    In the message, Mr. Caldwell said, "This is the

1  view from the west balcony after," I believe, this is "we

2  broke through all the construction and made it upstairs and

3  inside.  Came out and Sharon helped people rinse tear gas

4  out of their eyes.  If we had had guns, I guarantee we would

5  have killed 100 politicians.  They ran off and were spirited

6  away through their underground tunnels the rats they were."

7       Q    Thank you.  We can take that down.

8            Special Agent Palian --

9            THE COURT:  I'm sorry to interrupt you, but I just

10  want to be mindful we're approaching 11:00 and I'd like take

11  our morning break then.

12            MS. RAKOCZY:  If the Court would like to take a

13  break now, we could stop.

14            THE COURT:  Sure.  Why don't we do that?

15            Why don't we take our morning break, ladies and

16  gentlemen.  It's 5 of 11:00.  Why don't we plan to resume at

17  10 after.  Thank you very much and we'll see everybody soon.

18            COURTROOM DEPUTY:  All rise.

19            (Jury exited the courtroom.)

20            THE COURT:  Okay.  We'll see everybody, start up

21  at 10 after 11:00.

22            MS. RAKOCZY:  Thank you, Your Honor.

23            MR. CRISP:  Before we break, I'm sorry,

24  Ms. Rakoczy, do you know how much longer do you think you

25  have.

1           MS. RAKOCZY:  I think 15 minutes max, Your Honor.

2           MR. CRISP:  I'd like make the argument that I have

3   the ability to do a limited, one stroke cross on things that

4   were brought in regarding Donovan Crowl which implicates

5   Ms. Watkins.

6           It's my opinion that, as I said, I think I kept my

7   cross very tight, but they had discussions about Donovan

8   Crowl being affiliated with the Ohio regular militia and

9   what he was doing which obviously is going to implicate her.

10  And I didn't get into that on my cross.

11          THE COURT:  Right.

12          I thought the cross-examination or the redirect

13  examination -- everybody can have a seat -- was limited to

14  Mr. Caldwell's communications and not communications between

15  Ms. Watkins and Mr. Crowl.

16          MR. CRISP:  That's correct.

17          What he said was or what was elicited was,

18  Caldwell was communicating with Crowl.

19          THE COURT:  Right.

20          MR. CRISP:  About what they were going to do and

21  map plans and things of that nature.  And the information

22  that was subsequently elicited was that he is affiliated

23  with the Ohio group.

24          THE COURT:  Right.

25          MR. CRISP:  So that implicates my client because

```
1   she's the leader of that.
2         I never got into any of that.  I want to be able
3   to ask a very limited series of questions on from one
4   exhibit 2002, whichever that exhibit is, Facebook messages,
5   regarding subsequent communications between Crowl -- that
6   Crowl had regarding that date, because I think it goes to
7   rebuttal.
8         THE COURT:  Maybe I'm not following.
9         MR. CRISP:  Sure.
10        THE COURT:  Because it's not clear me to how this
11  relates to Ms. Watkins other than the fact that all that
12  came out was that there was a relationship between Mr. Crowl
13  and Ms. Watkins.
14        MR. CRISP:  Crowl was part of --
15        THE COURT:  I thought that was brought out on
16  either your examination or has already been established in
17  some other way.
18        MR. CRISP:  Right.  They're getting into -- again,
19  outside the scope of what I addressed, they're getting into
20  the relationship between Crowl and the Ohio regular militia
21  on that day and what they were intending to do.  So I think
22  I should be permitted to at least elicit what Mr. Crowl has
23  said he was intending to do for an effective listener for
24  another individual on that same date.  Again by
25  implication --
```

1           THE COURT:  If what you mean is that there's

2    additional text messages that bear on Mr. Caldwell's state

3    of mind?

4           MR. CRISP:  Mr. Crowl's state of mind.

5           THE COURT:  Mr. Crowl's state of mind really

6    wasn't at issue in the direct examination -- I mean redirect

7    was all about the communications with Mr. Caldwell.  So

8    I don't think it's outside the scope of what your

9    cross-examination was.

10          MR. CRISP:  And I understand.

11          And for just for an appellate record so I can be

12   clear, I believe they're saying what they said that Caldwell

13   was saying to Crowl, goes to directions that he was giving

14   him in terms of maps, in terms of his intent.

15          THE COURT:  Right.

16          MR. CRISP:  So it certainly.  I believe it does

17   implicate Crowl's intent in that regard.

18          THE COURT:  Ms. Rakoczy.

19          MS. RAKOCZY:  Your Honor, the maps that

20   Mr. Caldwell sent were from Mr. Stamey, who's a

21   North Carolina Oath Keepers, so I don't think that that

22   implication came out.

23          THE COURT:  Did you even admit anything between

24   Mr. Caldwell and Mr. Crowl?

25          MS. RAKOCZY:  I believe just those messages from

1    the period of January 6th where Mr. Caldwell sends photos to

2    Mr. Crowl through Facebook and says, "Us storming the

3    Capitol."

4              THE COURT:  Right.

5              MS. RAKOCZY:  "We need to do this again."

6              MR. CRISP:  I misspoke.  I apologize.

7              MS. RAKOCZY:  "Let's storm the Capitol in Ohio.

8    Tell me when."  I don't think there's something from

9    Mr. Crowl necessarily that he agreed.

10             THE COURT:  The communication about the map was

11   between Mr. Caldwell and Mr. Stamey, and I'm not sure we

12   established who the email was to.

13             MS. RAKOCZY:  The email -- that's a fair question,

14   I'm not sure I caught that.  I don't know.  I think it's in

15   the message, it says across the top that it's from

16   Mr. Caldwell to Mr. Stamey.  But it was an email in which he

17   sent the maps.  I'm relatively confident that the exhibit

18   says that it was from Mr. Caldwell to Mr. Stamey.

19             MR. CRISP:  No.  You're correct, I misspoke in

20   that regard.

21             THE COURT:  Okay.

22             MR. CRISP:  To that point, however, I think what

23   was said is let's storm every other Capitol and so on.

24   So I think that makes my argument even more compelling in

25   the sense that that clearly implies that Crowl had an intent

1873

1  to storm the Capitol.  What I intend to elicit is the state

2  of mind of Crowl that is vastly different as to what

3  happened on the 6th, or what the intent was on the 6th.

4  THE COURT:  Well, but what your suggesting is that

5  there are additional messages that you think complete the

6  communications, then I think that's fine, and that's sort of

7  Rule 106.  But it's not clear to me that's what you're

8  intending to do.

9  MR. CRISP:  It is not additional messages as to

10  Caldwell and Crowl.  I don't want to mislead the Court.  It

11  is Crowl and a third party met regarding what they were

12  intent -- what Crowl was intending to do, which I think

13  rebuts the argument that the government has now put forth

14  that, hey, Mr. Caldwell is saying, this is what we did and

15  we, as the Oath Keepers, that was not the intent that day.

16  So that's my argument.

17  THE COURT:  Okay.  Well, is there any objection to

18  a brief recross on that?

19  MS. RAKOCZY:  We do, Your Honor, just because what

20  Mr. Crowl then is saying to the third party brings in his

21  point of view, which we'd ask then to re-redirect on things

22  he said in that context.  Because those are Mr. Caldwell's

23  statements.  Mr. Crowl didn't say, let's storm the Ohio

24  Capitol.  Mr. Caldwell did.

25  THE COURT:  So, Mr. Crisp, let's do this, I'm not

```
 1    going to allow it now --

 2              MR. CRISP:  Sure.

 3              THE COURT:  -- because what I fear is exactly what

 4    Ms. Rakoczy responded, which is we'd like to then provide

 5    other evidence about Mr. Crowl's state of mind --

 6              MR. CRISP:  That's fine.

 7              THE COURT:  -- on the 6th.

 8              So if this is something you want to bring in at a

 9    later point, fine.

10              MR. CRISP:  We'll raise it then.

11              THE COURT:  And we can deal with it at that

12    juncture.

13              MR. CRISP:  Understood.

14              THE COURT:  Thank you, everyone.

15              COURTROOM DEPUTY:  All rise the Court stands in

16    recess until return of court.

17              (Recess from 11:02 a.m. to 11:12 a.m.)

18              THE COURT:  Hang on, Mr. Nestler, we should wait

19    for the defendants to return.

20              I'm waiting on the lawyer on behalf of Mr. Rhodes.

21              MR. NESTLER:  Yes, Your Honor.

22              THE COURT:  All right.  Why don't you go ahead,

23    Mr. Nestler.

24              MR. WOODWARD:  I know what he's going to say.

25    I can cover it.
```

1     MR. NESTLER:  This morning, Mr. Moseley sent five

2  or six emails to the government team and the defense team

3  threatening to release FBI 302 and claimed that he has the

4  right to do so and then started copying lawyers for certain

5  media organizations on the email.

6     THE COURT:  Certain what?

7     MR. NESTLER:  Lawyers for certain media coalition

8  organizations on the email.

9     THE COURT:  Okay.

10     MR. NESTLER:  I don't exactly know how to handle

11  this.  Mr. Moseley obviously should not have any discovery

12  related to this case.  He should have provided it all to

13  Mr. Woodward.  I don't know if that has happened.  My sense

14  is that it has not given my conversation with Mr. Woodward

15  and he is shaking his head no right now.

16     I don't have sort of a suggestion right now, but I

17  did want to flag it for the Court.

18     THE COURT:  I have a suggestion, which is, he

19  signed the protective order, correct?

20     MR. NESTLER:  Correct, Your Honor, right.

21     THE COURT:  So he remains subject to the

22  protective order.  If he does anything that's inconsistent

23  with that protective order, including releasing material

24  that is subject to that protective order, he will be held in

25  contempt of court.  You all can tweet that out so

1 Mr. Moseley can see is so he understands that right now.

2 And if there is any release by Mr. Moseley of any material

3 that is subject to the protective order, he will now

4 understand what the consequences are and, Mr. Woodward, if

5 you want to communicate that to him as well, I'd ask you to

6 do so.  But that's what I have to say on that.

7          MR. NESTLER:  Thank you, Your Honor.

8          (Pause)

9          THE COURT:  Mr. Nestler, do you know whether that

10 302 is subject to -- I assume it's subject to the protective

11 order, correct?

12          MR. NESTLER:  Mr. Moseley's position, as far as

13 I can tell from the emails, is that because certain

14 materials are being discussed in court or at the Select

15 Committee or by the Select Committee, that they are losing

16 their protective order status and thus he's titled to

17 release the original document.

18          THE COURT:  Tell Mr. Moseley, I get to decide

19 whether something has lost its protective order status, not

20 you.

21          MR. BRIGHT:  I had to block him from my Gmail

22 account that I actually had to get help from my child to

23 show me how to block emails.

24          THE COURT:  Mr. Bright, I'll just, Mr. Bright,

25 I'll just ask you to --

1       MR. BRIGHT:  Sorry, Your Honor.

2           (Pause)

3       COURTROOM DEPUTY:  Jury panel.

4           (Jury entered the courtroom.)

5       THE COURT:  Okay.  Please be seated, everyone.

6       Ladies and gentlemen, welcome back.  We will

7   continue with the examination of Agent Palian, and we'll go,

8   you know, we'll go till about our lunch hour and see where

9   we are at that point in terms of witnesses.

10  BY MS. RAKOCZY:

11      Q    Good morning, Mr. Special Agent Palian, again.

12      A    Hi.  Good morning.

13      Q    Moving on, counsel for both Mr. Caldwell and for

14  Mr. Meggs, I believe, asked you a number of questions about

15  the goals or the purpose of the conspiracy that's alleged in

16  this case.

17      Do you recall those questions?

18      A    Somewhat, yes.

19      Q    You were asked some questions about what has been

20  marked as Defendant Caldwell's Exhibit 110, an affidavit you

21  submitted in support of an amended complaint for

22  Mr. Caldwell's arrest.  Do you remember those questions?

23      A    Yes.

24      Q    And that amended complaint seeks to charge not

25  only Mr. Caldwell but also Ms. Watkins and Mr. Crowl.

1    Is that right?

2         A    Yes, that's correct.

3         Q    And there is charge of conspiracy alleged there,

4    that is right?

5         A    Yes.

6         Q    One of the defense counsels asked you something to

7    the extent of did you believe that those were the only

8    conspirators in this case at that time.  Do you recall that

9    question?

10        A    I do.

11        Q    At that time, were those the only people you

12   believed who were involved in this conspiracy?

13        A    No, not at all.  We had a video of other ones, of

14   other individuals going up those stairs with them.

15        Q    Why did you apply for an arrest warrant only for

16   those three?

17        A    At that time, those were the facts and

18   circumstances that we had that supported probable cause in

19   the eyes of the judge.

20             However, I go -- to be clear, we didn't apply for

21   anything that we were denied on.  It was just at that time

22   we felt that that was where the investigation was starting.

23        Q    Special Agent Palian, you were aware -- are you

24   aware of whether there additional conspiracy charges --

25   well, let me ask you this.  At the time that you applied for

1  that arrest warrant for Mr. Caldwell and Ms. Watkins, the

2  conspiracy that was charged was, I think, you were asked on

3  cross about the fact that that was a conspiracy to obstruct

4  a law, that law being the law against obstructing an

5  official proceeding of Congress.  Was that the charge at

6  that time?

7      A    Yes.

8      Q    Today in this case before the jury, are there

9  additional conspiracy charges?

10     A    There are additional conspiracy charges.

11     Q    Such as?

12     A    Seditious conspiracy, in violation of 2384.

13     Q    And is the goal alleged of that seditious

14 conspiracy merely interfering with Congress's certification

15 on January 6th?

16     A    No, it's broader than that.

17     Q    Counsel for Mr. Meggs, Mr. Woodward, asked you

18 some questions about the messages you testified about in the

19 "Old Leadership" chat during the time period of November 4th

20 through the 7th.  Do you remember those messages?

21     A    Yes.

22     Q    And he asked you whether there were any messages

23 in that bunch that discussed plans to go to Washington, D.C.

24 on January 6th.  Do you recall those messages?

25     A    I do.

1    Q    And do you remember what your answer was?

2    A    I think I remember at that time I said, you know,

3    there were plans to go to -- I think I said that there were

4    plans to go to D.C. but not necessarily for January 6thth

5    because the tweet hadn't been set up, the rally wasn't set

6    up.  I believe that was my answer.

7    Q    Did you find any messages during that time period,

8    however, that suggested an intent to oppose the

9    certification of the election or the attempt to oppose the

10   election results?

11   A    Yes, absolutely.

12   Q    I'd like bring up on the screen now for the jury

13   what has already been moved into evidence as Government's

14   Exhibit 1.S.696.12977.

15       MR. WOODWARD:  Your Honor, while she's doing that,

16   if I could object for the record on the last question, it

17   was compound.

18       THE COURT:  It's overruled.  Sorry, it's already

19   been answered.

20       MS. RAKOCZY:  If not, we can up Government's

21   Exhibit 6623 and just go to the end of that document.

22   BY MS. RAKOCZY:

23   Q    Bringing up page 112 of Government's Exhibit 6623

24   or message 12977 from the "Old Leadership" chat.

25   Do you remember this message you testified about a couple

1    days ago?

2        A    Yes, I do.

3        Q    And what are these messages just very generally.

4        A    Generally this is what we termed the Serbian plan.

5        Q    If we could turn a few pages in, could you remind

6    the jury, did that plan involve anything involving the seat

7    of government?

8        A    Yes, the last statement of the plan on this page

9    says "We stormed Parliament," which, again, is the European

10   version of the American Congress.

11       Q    If we could just take it down from the jury but

12   not necessarily from our screen, Special Agent Palian, you

13   were asked by Mr. Woodward a number of questions about some

14   messages that he showed you in which Mr. Rhodes discussed

15   something called the Insurrection Act.  Do you recall those

16   questions?

17       A    Yes, I do.

18       Q    In the course of reading messages in Mr. Rhodes'

19   phone, did you see any statements where he suggested that he

20   and his alleged co-conspirators needed to be prepared to act

21   regardless of whether the President invoked the Insurrection

22   Act?

23       A    Yes, there were several messages like that.

24       Q    I would like to bring up just for the Special

25   Agent now, please, Government Exhibit 1.S.656.10101 through

1    10102.

2             And just for Special Agent Palian, do you see here

3    a message, a message on the screen?

4        A    Yes, I do.

5        Q    Is this a message sent by Defendant Rhodes?

6        A    It is.

7        Q    Is this a fair and accurate copy of the message

8    extracted from Mr. Rhodes' phone?

9        A    It is.

10       Q    And the messages on one page and then if we could

11   just continue to show it on the next page as well.  And then

12   the next page as well.

13            Do these two messages, are they fair and accurate

14   copies, and one former page, please -- are these fair and

15   accurate copies donation of messages that were recovered

16   from Mr. Rhodes' phone?

17       A    Yes, they are.

18            MS. RAKOCZY:  At this point in time, the

19   government would seek to move messages 10101 and 10102 from

20   this chat 656 or the OK FL Hangout chat into evidence.

21            MR. WOODWARD:  Your Honor, we do object.  This

22   chat is from a time period that well outside the scope of

23   our cross-examination.  We very precisely limited our cross

24   to a very precise time period and don't wish to re-open the

25   floor for the time period that is referenced in this chat.

1    MS. RAKOCZY:  It is on the exact same topic

2   matter, Your Honor.

3        THE COURT:  Can you all get on the phone?

4        (Bench conference)

5        THE COURT:  Ms. Rakoczy, is this something that

6   you otherwise would have introduced later in the case?

7        MS. RAKOCZY:  Yes, Your Honor.

8        THE COURT:  Let's just do that.  I mean, the texts

9   that Mr. Woodward showed were about the only November period

10  that was sort of the scope of your direct examination start.

11  So let's -- I think it's a fair objection in terms of beyond

12  the scope of direct examination.

13       MS. RAKOCZY:  Yes, Your Honor, understood.

14  Thank you.

15       (Open court)

16       THE COURT:  So the objection is sustained at

17  present subject to the discussion at the bench.

18       MS. RAKOCZY:  Special Agent Palian, I have no

19  further questions.

20       Your Honor, the government would seek to move into

21  evidence and we will tender to the government -- to the

22  Court at another time all of these messages discussed today

23  in one exhibit that we referred to as Exhibit 6623.  Subject

24  to going over that with the defense, we will later move that

25  into evidence.

1           THE COURT:  Okay.  Thank you, Ms. Rakoczy.

2           MS. RAKOCZY:  Thank you, Your Honor.

3           THE COURT:  Okay.  You may step down,

4   Agent Palian.

5           Is the government ready with its next witness.

6           MS. RAKOCZY:  Yes, Your Honor.

7           Your Honor, the government calls Mr. John

8   Zimmerman.  Just have the Court's indulgence, he's just in

9   the next room.

10          (Pause)

11          COURTROOM DEPUTY:  Please raise your right hand.

12          (Witness is placed under oath.)

13          COURTROOM DEPUTY:  Thank you.

14          THE COURT:  Good morning.  Feel free to remove

15  your mask.  I'll need you to take it off because that's a

16  microphone.  Just put it down in front of you.

17                          - - -

18  JOHN ZIMMERMAN, WITNESS FOR THE GOVERNMENT, SWORN

19                       DIRECT EXAMINATION

20                          - - -

21  BY MS. RAKOCZY:

22      Q    Good morning.

23      A    Good morning.

24      Q    In a loud and clear voice, could you please

25  introduce yourself to the ladies and gentlemen of the jury.

1    A    My name is John Zimmerman.

2    Q    Can you spell your last name, please.

3    A    Z-i-m-m-e-r-m-a-n.

4    Q    Without telling us precisely where you live, where

5  roughly do you live?

6    A    Fayetteville, North Carolina.

7    Q    And what type of work generally do you do for a

8  living?

9    A    Currently I am a porter concierge.

10    Q    Have you done other business work prior to that?

11    A    I have.  I was an emergency preparedness store

12  owner.  Prior to that, retired military, over-the-road

13  transporter, expedited freight.  I've done several things.

14    Q    How long did you serve in the military?

15    A    Cumulatively, 27 years.

16    Q    Which branch?

17    A    The Army and the Army Reserve.

18    Q    And you mentioned that you had previously owned

19  and operated your own emergency preparedness business, is

20  that right?

21    A    Yes, ma'am.

22    Q    What was its name?

23    A    Prepper Jakz, spelled J-a-k-z, which stood for

24  John and Kim Zimmerman, my wife's name.

25    Q    Sir, are you familiar with an organization called

1    the Oath Keepers?

2         A    I am.

3         Q    How are you familiar with them?

4         A    I was a former member.

5         Q    When did you become a member?

6         A    Somewhere in the time frame of August to September

7    2020, I believe.

8         Q    Could you tell the jury a little bit about how you

9    became a member of the Oath Keepers?

10        A    Kind of an interesting story.

11             A friend of ours had mentioned it to me, seemed I

12   had heard the name before but I wasn't familiar with what

13   they did.

14             She had let us know, my wife and I know that there

15   was a meeting to be held, they were trying to re-establish

16   Oath Keepers chapter in North Carolina.  We went to a

17   meeting.

18             There were some members there from the

19   North Carolina chapter.  There was several sidebar

20   conversations going on.  And then one former member tried to

21   start the meeting and was talking and kept talking to me, my

22   wife, the friend of ours and some others.  But the sidebar

23   conversations were distracting and I'm like, hey, what's

24   going on, you guys are trying to start an organization but

25   there's no organization.  You know, there's absolutely no

1    respect for this guy trying to hold this meeting.

2            And Paul Stamey kind of piped up and looked at me

3    and says, well, is sounds like you need to step up and run

4    the Cumberland County chapter.  My wife poked me the ribs.

5    And, yeah, I got myself into something I probably shouldn't

6    have.

7            But I agreed and it kind of went from there.

8        Q    Is Cumberland County the county in North Carolina

9    where you live?

10       A    It is.  I apologize.

11       Q    And you mentioned someone named Paul Stamey.

12   Is that a person you know?

13       A    It is.

14       Q    How did you know him?

15       A    That was the first time I had met him and later

16   would come to find out that he grew up in an area that I

17   grew up in in North Carolina.  We knew a lot of the same

18   people, a lot of the same area.  He was just a little bit

19   older than I was.

20       Q    And you said he was at this meeting that you first

21   went to that was affiliated with the Oath Keepers?

22       A    Yes, ma'am.  I later found out that he was the --

23   he was later to be the western leader, the western side of

24   North Carolina leader of the North Carolina chapter.

25       Q    Once you became -- well, let me ask you this.  Do

1    have to do anything official to become a member of the Oath

2    Keepers?

3        A    No, just was pretty much appointed.

4        Q    Okay.

5            And from that point forward, were you then the

6    Cumberland County lead for the North Carolina chapter?

7        A    I was the Cumberland County lead, yes, ma'am.

8        Q    And during the course of getting involved, did you

9    ever come to meet the leader of the Oath Keepers?

10       A    There was a time in September through a conference

11   call, Stewart Rhodes was on the conference call, talking

12   about several different things; specifically with regards to

13   training efforts to get ready for Antifa, BLM-type attacks,

14   because at that point they were rising up in various

15   different cities, causing a lot of the burning, and I

16   believe in, I believe it was Minnesota, Minneapolis, some

17   other areas.  And we had talked about it, plus, the Breonna

18   Taylor case was going on somewhere in Kentucky.

19           So there was a lot of conversations about that.

20           There were some conversations mentioned about

21   volunteers for Kentucky.  On one of the conference calls,

22   I don't remember specifically which one, obviously, it was

23   brought to my attention that then President Trump was coming

24   to Fayetteville on a rally.  And I had mentioned it.  And at

25   that time, Stewart coordinated getting people to show up in

1    Fayetteville, North Carolina, to help form, I guess, a team

2    to help escort people back and forth from the rally back to

3    their vehicles.

4        Q    Do you know how or if the Oath Keepers were asked

5    to do that by someone?

6        A    I don't know if -- I don't know if we were asked

7    specifically.  I do know, like I said, I had mentioned on

8    the call that President Trump was coming.  Then it was

9    mentioned, okay, hey, this would be a great example to

10   demonstrate what Oath Keepers does.

11       Q    Who said that?

12       A    Stewart Rhodes.

13            And that was when I actually met him.

14            So he had actually flown in the day before the

15   rally, I believe it was September -- I don't want to say the

16   date because I don't remember exactly.  It was in September.

17       Q    I'm sorry to interrupt you, but roughly September

18   of 2020 we're talking about?

19       A    I believe it was 2020, yes, ma'am.

20            When was -- the election was 2020?  Yeah, that's

21   correct.

22            So, yeah, it was September of 2020.

23            He flew in the night before.  We had talked a

24   little bit, got to -- he took us out to dinner, talked a

25   little bit more with my tactical lead.

1              The next day, people from across the state came in

2    to help.  We kind of organized a little bit as far as who

3    was doing what, and we had printed up some petitions, two

4    different type of petitions, had placed them on a table at

5    the racetrack just outside of Fayetteville.  And then we did

6    what we did.

7         Q    You've been talking about someone named Mr. Rhodes

8    and you mentioned meeting that person.  Would you recognize

9    him if you saw him again?

10        A    Yes, ma'am.

11        Q    Could you take a look around the courtroom and let

12   us know if you see Mr. Rhodes here today?

13        A    Yes, ma'am.

14        Q    Do you see him?

15        A    Yes.

16        Q    Could you describe where he's seated and what he's

17   wearing?

18        A    To about my 11:00.

19        Q    Could you describe what he's wearing?

20        A    I'm sorry?

21        Q    Could you describe what he's wearing?

22        A    Looks like a black suit, navy blue tie, black

23   mask.

24             MS. RAKOCZY:  Your Honor, may the record reflect

25   the in-court identification of Mr. Rhodes.

1      THE COURT:  Any objection?

2      MR. LINDER:  No objection.

3      THE COURT:  The record will reflect an in-court

4  identification of Mr. Rhodes by this witness.

5  BY MS. RAKOCZY:

6      Q    Mr. Zimmerman, did you continue then into the

7  month of November of 2020 as the Cumberland County lead?

8      A    Yes, ma'am.

9      Q    And did you become aware of an event known as the

10  Million MAGA March?

11      A    Yes, ma'am.

12      Q    Do you recall when that occurred?

13      A    It was -- I believe it was the weekend after the

14  elections.

15      Q    Sometime in November, though, of 2020?

16      A    Yes, ma'am.

17      Q    And how did you become aware of it?

18      A    I think that was also made -- known through

19  conference calls and in the North Carolina leadership.

20      Q    Do you remember what conference call service was

21  used by the Oath Keepers meetings that you were part of?

22  That's fine if you don't.

23      A    Not specifically.

24      Q    Okay.

25      Do you recall when you joined those meetings,

1    did you call in from a phone number?

2        A    I did.

3        Q    And the phone that you would have used at that

4    time, did it end in the numbers 6276?

5        A    Yes, ma'am.

6        Q    Did you discuss with others in your North Carolina

7    chapter attending the Million MAGA event?

8        A    Yes, ma'am.  We were actually encouraged to try

9    and recruit as many as we could to make a possible showing

10   because it was going to be a historic event and we could use

11   as many people to represent as possible.

12       Q    How did you have those discussions?

13       A    Most of mine were either in person with, of

14   course, local people, or some of the other leadership via

15   normal telephone calls, that kind of stuff.

16       Q    Did you ever use an application called Signal to

17   discuss things with other members or affiliates of the

18   Oath Keepers?

19       A    Yes, ma'am.

20       Q    Do you recall what name you used on Signal?

21       A    My name on there, I believe -- it would have been

22   Cumberland County Lead John Z at that time.

23            And I have since changed it, but I don't remember

24   if I changed it at that time or shortly thereafter.

25       Q    You mentioned earlier someone named Paul Stamey

1    who you described as a leader of the western part of the

2    state chapter from North Carolina.  Do you remember if he

3    used Signal in those conversations?

4        A    He did.

5        Q    Do you remember what name he used?

6        A    I believe he was just Western Lead.  I believe

7    that's correct.  It's been some time.

8        Q    So did you ultimately decide to come up to

9    Washington, D.C., area for this Million MAGA event?

10       A    I'm sorry, did I decide to?

11       Q    Did you go?

12       A    Yes, ma'am, I did.

13       Q    Did anyone else from North Carolina chapter come?

14       A    Yes, ma'am, my tactical lead did.  And there were

15   probably -- if I had to estimate, probably another 15

16   North Carolina members that came, approximately.

17       Q    The individual we've been talking about, Paul

18   Stamey, did he come up for the Washington, D.C. event?

19       A    Yes, ma'am.

20       Q    Where did you stay?

21       A    We stayed on Thomas Caldwell's property and I

22   slept in my van.

23       Q    Did you meet Mr. Caldwell while you stayed at his

24   property?

25       A    Yes, ma'am.

1894

1     Q    Would you recognize him if you saw him again?

2     A    Yes, ma'am.

3     Q    Could you look around the courtroom and let us

4    know if you see Mr. Caldwell here today?

5     A    I do.

6     Q    Can you describe where he's seated and what he's

7    wearing?

8     A    Directly behind you, in a, looks like a black

9    suit, maybe navy blue, with a blue and silverish tie with a

10   gray shirt.

11        MS. RAKOCZY:  Your Honor, may the record reflect

12   the in-court identification of Defendant Caldwell.

13        THE COURT:  The record will reflect an in-court ID

14   of Defendant Caldwell.

15   BY MS. RAKOCZY:

16    Q    Mr. Zimmerman, do you know how you all came to

17   stay at Mr. Caldwell's place?  If you know, if you have

18   firsthand knowledge.

19    A    I do actually.

20        There was a gentleman, I don't know his last name,

21   but we knew him as Dan Freedom.  My understanding from Dan

22   was that he and Stewart Rhodes had -- I don't know if this

23   was for the Million MAGA March or what the purpose was, but

24   they had come --

25    Q    Let me just stop you for just one second.  Are you

```
 1    going to talk about -- I'm sorry, what was his last name's

 2    Dan's last name?

 3         A     Freedom.

 4         Q     Freedom?

 5         A     Yes, ma'am.

 6         Q     Like f-r-e-e-d-o-m?

 7         A     Like, yeah, liberty, freedom, yes.

 8         Q     Are you about to tell us something he told you

 9    outside of court?  Something he told you?

10         A     Yes.

11         Q     Okay.  I'm not going to ask you about that right

12    now, so let me move on to something else.

13         A     Okay.

14         Q     So you said you stayed at Mr. Caldwell's farm.

15    Did the other folks from North Carolina who came up with you

16    stay there?

17         A     Yes.

18         Q     Did other Oath Keepers members and affiliates stay

19    at Mr. Caldwell's property?

20         A     Yes, ma'am.  Some stayed in tents, but others

21    stayed -- slept on it floor inside Mr. Caldwell's garage.

22         Q     Do you recall what states those folks came from?

23         A     Most of us came from North Carolina.  One came

24    from Oklahoma, one came from New York.  A few came from

25    Ohio.  And I don't recall interacting with them, but
```

1    I understand there were a few that came from Florida.

2        Q    Did you interact with the folks from Ohio?

3        A    I did.

4        Q    Do you recall their names?

5        A    One young man that we remember as the name

6    Montana, Jessica Watkins, and Donovan Crowl.

7        Q    Would you recognize those individuals if you saw

8    them again?

9        A    Possibly.

10       Q    Okay.

11            If you could look around the courtroom, could you

12   let us know if you see Jessica Watkins here today.

13       A    Not that I recall.

14       Q    Okay.

15            Do you remember when you got to Mr. Caldwell's

16   residence, what day of the week?

17       A    We got there on a Friday.  I followed my tactical

18   lead and I -- followed each other.  We got there Friday

19   afternoonish.

20            I think we actually got there right about sundown,

21   because Mr. Caldwell had already prepared dinner and we got

22   there just in time for dinner.

23       Q    How long did you wind up staying?

24       A    Friday through Sunday.  We left Sunday afternoon.

25       Q    Did Stewart Rhodes ever make an appearance at

1    Mr. Caldwell's residence?

2        A    Yes, ma'am.

3        Q    Did he stay there?

4        A    I believe he stayed there Friday night.

5        Q    Okay.

6        A    He was not there Saturday night.

7        Q    Did you interact with him at all while he was at

8    Mr. Caldwell's residence?

9        A    Briefly.  He wasn't there for the two times that

10   I -- well, three times that he was there that I recall, he

11   wasn't there very long.

12       Q    Did he address the individuals who had gathered at

13   Mr. Caldwell's residence?

14       A    Yes, ma'am.

15       Q    Can you describe that?

16       A    It would have been Saturday, he was actually late

17   for our departure time.

18            When he addressed us -- he actually addressed us

19   Friday night as well now that I think about it.

20            Because he had mentioned who was going to be in

21   charge, who our points of contact were going to be with

22   regards to coming in to D.C.

23            Thomas Caldwell was supposed to be our tour guide,

24   so to speak.  He had laid out maps that all of us got on

25   Friday night.

1    Thomas gave us a little briefing, I'm sorry,

2  Mr. Caldwell gave us a little briefing about the maps, how

3  we could navigate within the city, what streets would most

4  likely be blocked off, so on and so forth.

5    Stewart talked when, around that same time frame,

6  about there were some supplies that he was going out to get

7  or had got but that we needed to arm up to make sure that we

8  defended ourselves and it was like baseball helmets, some

9  gloves, and a few other items.  But that there should have

10  been enough for everybody and we needed to get some to be

11  prepared.

12    He didn't -- to be prepared to be attacked from

13  Antifa or BLM members that could potentially arrive.  That's

14  what that was for.

15    There were -- I believe it was the Walmart closed

16  early.  He wasn't able to get everything that he wanted so

17  he had went out the next morning with Paul Stamey,

18  Mr. Stamey, to get those supplies, which is why he was late

19  getting back for our departure to D.C. on Saturday.

20    Q    Can you help explain why there was a concern, at

21  least by yourself, about groups called Antifa and BLM?

22    A    The concerns were that they were attacking obvious

23  weaker people, such as like single mothers pushing baby

24  carriages, older people with canes, just attacking smaller

25  individuals, ganging up on them, because that was what,

1    through what he had found and was explaining to us, that

2    that was how they worked within crowds.

3         Q    So let me interrupt you.

4         A    Go ahead.

5         Q    Is your understanding here coming from what

6    Mr. Rhodes is saying?

7         A    Yes.

8              And at that time if anybody was watching on TV,

9    that's pretty much exactly what was happening with --

10   because there was Oath Keepers, Proud Boys, BLM, Antifa

11   folks, those seem to be the top three.  Of course, I think

12   there were other smaller entities, but those seem to be the

13   top three groups that seem to be at odds.  So when he said

14   that that was their tactics, it was for us to be prepared

15   and -- to protect ourselves as well as others around us.

16        Q    And at that time, what did you understand Antifa,

17   what or who did you understand Antifa to be?

18        A    Mostly BLM folks, anti --

19        Q    Who do you understand BLM to be?

20        A    Pretty much people who were fighting racism.  And

21   most people, as I understood it, with Antifa, BLM, didn't

22   like Trump supporters.

23        Q    Okay.

24             When you were at Mr. Caldwell's residence on that

25   Saturday morning, was that before you then later that

1    afternoon came into D.C.?

2        A    I'm sorry, ask that one more time.

3        Q    On that Saturday morning you were telling us

4    about?

5        A    Yes.

6        Q    Later that day, did you go into Washington, D.C.?

7        A    Yes.

8        Q    Before you went into Washington, D.C. while you

9    were still at Mr. Caldwell's residence, did the group have

10   any discussions of the need for any weapons other than bats

11   and helmets and things?

12       A    There was that -- there was -- I don't recall

13   exactly how everybody was supposed to get weapons to the

14   outside of D.C.  I just recall mentioning that since I had

15   the larger vehicle, 2018 3500 Ram Promaster van, that I

16   could carry everybody's weapons and remain on the outside of

17   D.C.  But the need for the weapons would be if

18   President Trump enacted the Insurrection Act.

19       Q    Okay.  Let me ask you a couple questions about

20   that.

21            Did you bring firearms to Mr. Caldwell's

22   residence?

23       A    Yes.

24       Q    Did you see others in possession of firearms in

25   Mr. Caldwell's residence?

1    A    Yes.

2    Q    And you said there became a discussion about how

3  to get these weapons into D.C. if needed; is that right?

4    A    There was -- I'm sorry.

5    Q    How did this conversation come up where you

6  ultimately volunteered your vehicle?

7    A    Just that we would need the weapons in the event

8  that President Trump enacted the Insurrection Act.

9    Q    Who was saying that?

10    A    Mostly Stewart Rhodes.

11    Q    That's Mr. Rhodes?

12    A    Yes.

13    Q    Did he explain any more about what that meant?

14    A    No.

15    Q    And did those there at Mr. Caldwell's residence

16  agree to gather firearms in case Mr. Trump, the President,

17  invoked the Insurrection Act?

18        MR. CRISP:  Objection; lack of foundation,

19  Your Honor.

20        THE WITNESS:  Yes.

21        THE COURT:  It's overruled.

22  BY MS. RAKOCZY:

23    Q    So that means you can answer the question.

24        Did the folks who were at Mr. Caldwell's

25  residence, what did they do after Mr. Rhodes mentioned that

1902

```
 1     firearms might be needed if the President invoked the
 2     Insurrection Act?
 3          A     How did people act after he mentioned that?
 4          Q     What did people say and do in response to that?
 5          A     They were just in agreement, that, yeah, we needed
 6     them.
 7          Q     Okay.
 8                And you said you volunteered your vehicle for
 9     that?
10          A     Yes.
11          Q     And why?
12          A     Well, for a couple of reasons.
13                My van has a sleeping quarters area professionally
14     done, because, as I said, I did some expedited freight
15     across country.
16                In the sleeping area is where the sliding door is.
17                And then in the back is storage where we can
18     actually carry two pallets worth of weapons or two pallets
19     worth of freight, sorry.
20                So there was plenty of room to carry weapons,
21     people, anything that was required.
22          Q     Okay?
23          A     Supplies.
24          Q     And were weapons placed into your vehicle then?
25          A     Yes.
```

1    Q    By whom?

2    A    The members of Oath Keepers that were there.

3    Q    Did just a few people put weapons in your vehicle

4  or did just about everyone there contribute firearms?

5    A    There was probably a good 10 to 15 long arms.

6  I think all the hand guns were -- stayed in the cab of the

7  vehicle.

8    Q    Stayed at where?

9    A    In the cab, in the front, up with myself.

10    Q    Okay.

11        About how many -- so let's just stop for a minute.

12  When you were using the word side arms?

13    A    Pistols, sidearms.

14    Q    When you used the term long gun?

15    A    Rifles, ARs.

16    Q    Do you remember about how many sidearms were up

17  towards the front of the vehicle?

18    A    Rough guess of six.

19    Q    Do you remember how many long guns were -- those

20  were in the back of the vehicle, you said?

21    A    I didn't watch when everybody put them in.

22  I just -- my instruction to everybody was make sure you put

23  it where you know where it is in case you need to get it.

24  Some were put in long ways, some were put in crossways.  But

25  they were laid out to where they knew where theirs was and

1    they could reach in and grab it.

2         Q    Do you have a sense of approximately how many long

3    arms were back there?

4         A    I want to say there's between 12 and 15,

5    approximately.

6         Q    And were you the only person who then was

7    responsible for that vehicle?

8         A    Well, it was my vehicle and I was driving, so,

9    yes.

10        Q    Did anybody join you in the vehicle?

11        A    Paul Stamey also rode with me.  He's an elderly

12   gentleman.  He couldn't make the walk if he tried.  Not that

13   he didn't want to.  He wanted to, but physically he just

14   wasn't able so he rode in the passenger's seat.

15             And then my tactical lead and another gentleman

16   from Rowan County also rode in the -- they sat on the bed, a

17   portion of the cab.

18        Q    So four of you were in the vehicle?

19        A    Yes, ma'am.

20        Q    And just for the court reporter, how do you spell

21   Rowan County?

22        A    R-o-w-a-n.

23        Q    Okay.

24             And --

25        A    You Yankees call it Rowan.

1    Q    Sorry.

2         How did you -- how did it come to be that like the

3    other folks were joining you in the vehicle, were they just

4    sort of all a part of North Carolina?

5    A    Paul rode with me because as I said, he couldn't

6    walk.  The other two said that they could act as the Quick

7    Reactionary Force, which made sense because, again, the

8    sliding door, they could get out quickly, grab somebody if

9    they were injured, throw them in the van if we were to go

10   into D.C. to extricate them for medical aid or movement or

11   whatever was needed.

12   Q    You used the term Quick Reactionary Force.  What

13   does that mean to you?

14   A    Just what the name implies, Quick Reactionary

15   Force, whatever is needed in a hurry, we would be the ones

16   who react.

17   Q    Okay.

18        Is that a term that only you used to refer to what

19   you were doing with your vehicle, or did others that

20   Mr. Caldwell's residence know and say that you were the

21   Quick Reactionary Force?

22   A    It was a common term.  Most of us had spent time

23   in the military and knew what a QRF or Quick Reactionary

24   Force is.

25   Q    Is that a term used in the military?

1    A    Yes, ma'am.

2    Q    Now, you mentioned that one possibility of you

3  being needed as the Quick Reactionary Force was for injuries

4  or extraction of folks from D.C.

5    A    Yes.

6    Q    And I guess the plan was, you would have driven

7  them back to Virginia somewhere?

8    A    Yes, ma'am.

9    Q    You also mentioned that there was this idea that

10 you might be needed if the President invoked the

11 Insurrection Act; is that right?

12    A    Correct.

13    Q    Did you have an understanding of how you were

14 going to find out if the President did that?

15    A    It wasn't clear exactly how we would find out.

16 The assumption was that we would be told from either Stewart

17 Rhodes, or whoever was put in charge at the time.  Details

18 weren't really released as far as where we would meet, how

19 we would get there, resupply, how -- none of that came

20 about.  And a lot of us, myself, I'll speak for myself,

21 believed that we might get those details at a later time.

22    Q    Did Mr. Rhodes tell you that he had some kind of a

23 connection with President Trump that might lead him to be

24 called to action by Mr. Trump?

25    A    Not that I recall specifically, but he did have a

1    phone number for a Secret Service agent or claimed to be a

2    Secret Service agent back in September.

3          And the conversation led that it could actually

4    have been a Secret Service agent on the other end based on

5    the conversation.

6    Q    I'm going to try to get you to explain that a

7    little bit more.

8          So back at that rally in Fayetteville, correct?

9    A    Yes, ma'am.

10   Q    At that rally, you said Mr. Rhodes came, right?

11   A    Yes.

12   Q    So did he get on the phone with someone who he

13   told you all was a Secret Service agent?

14   A    Yes, to find out what parameters that we were able

15   to work in with regards to firearms for protecting people

16   going back and forth with the rally.  I don't know who the

17   person was, but with the conversation when he asked, what

18   are our parameters, what are our boundaries, that kind of

19   led me to believe that it was a Secret Service person.

20   Q    Okay.  Did Mr. Rhodes also tell you it was a

21   Secret Service agent?

22   A    Yes.

23   Q    And from what you could hear while you didn't talk

24   to the person, it sounded like it might have been a

25   conversation with someone like that?

1    A    I didn't hear the person-on-the-other-end's

2    conversation, but the questions that Stewart was asking,

3    Mr. Rhodes, it sounded like it could have been, yes.

4    Q    And so did you all bring firearms to assist and

5    support the Fayetteville rally.

6    A    Yes.

7    Q    Was there a Quick Reactionary Force for that?

8    A    There was.

9    Q    And what was the purchase of the Quick Reactionary

10   Force at that rally?

11   A    At that point, it was just for recon purposes,

12   scouting, because in relation to where we were set up and to

13   where the rally was, the rally was at an airport, we were at

14   a racetrack approximately four miles away, three to four

15   meals.

16        And so our Quick Reactionary Force, the buses

17   would transport them back to the racetrack, and the Quick

18   Reactionary Force was going back and forth just if we saw

19   anything out of the ordinary, things that, something that

20   didn't belong there, potentially Antifa or BLM members, that

21   type of stuff.

22   Q    How would you know how to recognize Antifa or BLM

23   members?

24   A    At that time, it was that most of them were

25   dressed in black or non-President Trump attire or favor.

1    Q    Okay.

2         For that Fayetteville event, was there any idea

3    that your Quick Reactionary Force might be called into

4    service if the President invoked the Insurrection Act?

5    A    At that time, no.

6    Q    Okay.

7         What -- going back to November when that was one

8    of the possible purposes for the Quick Reactionary Force,

9    what insurrection did you understand your Quick Reactionary

10   Force would be helping to do something about?

11   A    Just a rogue government, is all I understood.

12   Q    I'm sorry?

13   A    Just a rogue government is all I understood.

14   Q    Can you elaborate what do you mean by a rogue

15   government?

16   A    Just honestly kind of what we're going through

17   right no where it seems like Congress just does whatever

18   they want.

19   Q    Okay.

20        So the President would have to do something about

21   Congress going rogue, essentially?

22   A    Yes.

23   Q    Okay.

24        I'd like to show you two photographs now,

25   Mr. Zimmerman, okay?

1910

```
 1        A    Sure.

 2        Q    Okay.

 3             And these are photographs that have already been

 4   moved into evidence.

 5             The Court's indulgence.

 6             And let's just show the witness first even though

 7   this is in evidence.

 8             Just for the record, showing Mr. Zimmerman

 9   Government's Exhibit 22.S.456.B.  That's the photograph --

10   this is the photograph from that exhibit that is in

11   evidence.  This photograph is labeled 29.P.1.

12             So this photograph, do you recognize this

13   photograph, Mr. Zimmerman?

14        A    I do.

15        Q    And can you describe what it is a photograph of?

16        A    This is the group of -- I can't say everybody

17   because a few people had left the night before and earlier

18   that morning, but that is a group of those of us who were at

19   Mr. Caldwell's place Sunday mid-morning, I believe.

20        Q    Okay.

21             And do you see yourself in this photograph?

22        A    I do.

23        Q    Does this appear to be a fair and accurate copy of

24   the photo that was taken that morning?

25        A    Yes.
```

1          MS. RAKOCZY:  At this point in time, Your Honor,

2   the government would seek to admit this photograph into

3   evidence that's labeled 29.P.1 which is also, just for the

4   record, part of 22.S.456.B.

5          MR. FISCHER:  No objection.

6          MS. RAKOCZY:  The photo is part of another exhibit

7   we saw, 22.S.456.B, as in boy, but this photograph is 29.P,

8   as in photo, .1.

9          THE COURT:  29.P.1 will be admitted.

10                              (Government Exhibit 29.P.1
                                   received into evidence.)

11

12         MS. RAKOCZY:  Could we publish to the jury,

13  please?

14  BY MS. RAKOCZY:

15     Q    Mr. Zimmerman, if you actually take your finger

16  and draw on the screen, a line or circle will appear.  Could

17  you circle yourself.

18     A    (Witness complied.)

19     Q    You've just drawn a blue circle around the person

20  who is, as we look at the photograph, to left of the flag;

21  is that right?

22     A    Correct.

23     Q    Do you see anyone else in that photograph you

24  recognize?

25     A    Most everybody.

1    Q    The person who is all the way on the right of the

2  photograph, and I'll just draw an arrow with the No. 1 above

3  it, sort of on the far right of the photograph standing up,

4  do you recognize that person?

5    A    That's Mr. Paul Stamey.

6    Q    Okay.

7         And I'm going to draw another arrow.

8    A    Mr. Thomas Caldwell.

9    Q    Number 2.  Just for the record that's the person

10  just to the left of Mr. Stamey as we see it, who's that?

11    A    Mr. Thomas Caldwell.

12    Q    Okay.

13         I'm going to draw another arrow with a No. 3 above

14  it.  Do you recognize that person?

15    A    Mr. Doug Smith.

16    Q    Who's Doug Smith?

17    A    He's the, at the time, was the North Carolina

18  state leader.

19    Q    Did he go by any nicknames?

20    A    Ranger Doug.

21    Q    I'm going to draw an arrow now underneath someone

22  with a No. 4.  Do you recognize that person?

23    A    That would be Jessica Watkins.

24    Q    Okay.

25         And --

1913

```
1      A     Which I think I may -- could identify now.

2      Q     In court?

3      A     Yes.

4      Q     Okay.  I'm not going to ask you to do that.  You

5   told us that it's been a while.  Okay.

6            But in this picture, you recognize the person

7   under or on top of the arrow 4 as Ms. Watkins?

8      A     Yes, that's her.

9      Q     And I'm drawing a No. 5 next to an arrow pointing

10  out the person on the right side of the photo kneeling.

11  Do you recognize that person?

12     A     I met her that Sunday and that was Mrs. Caldwell,

13  Mr. Thomas Caldwell's wife.

14     Q     Okay.

15           Just for the record so it's clear, I'm not sure I

16  said this, but the person next to photograph 4 -- the person

17  indicated with the arrow in the No. 4, just for the record,

18  that person is also on the bottom row of the photo, second

19  from the left also kneeling.

20           And the person to the left of the person you said

21  was Ms. Watkins, I'll draw an arrow and a No. 6, that person

22  is kneeling third from the left, do you recognize that

23  person?

24     A     I only knew them as Montana.

25     Q     Okay.
```

1    And that's the Montana you referenced as being

2 from Ohio?

3    A    Yes.

4    Q    And then do you recognize this person?  I'm

5 drawing an arrow and the No. 7 who is, just for the record,

6 standing second from the left?

7    A    That's Mr. Thomas -- I'm sorry, Mr. Donovan Crowl.

8    Q    Okay.  We can take down this photo.

9    In that photo, you were holding a flag.

10 Do you remember where that flag came from?

11    A    I believe that flag belonged to Mr. Caldwell.  He

12 had brought it out for all of us to sign kind of as a

13 momentum for that occasion.

14    Q    Did you sign the flag?

15    A    I did.

16    Q    If we could show what's already in evidence as

17 Government's Exhibit 725.5 to both the witness and the jury.

18 This appears to be a picture of a flag; is that fair.  Is

19 that what that looks like to you?

20    A    Yes.

21    Q    Do you recognize your own handwriting on this

22 photograph?

23    A    That is mine.

24    Q    And where do we see it?

25    A    Where do I see it?

```
1      Q     Yeah.

2      A     On the flag.

3            It's right below the snake portion of the flag.

4      Q     Okay.  Did you write upside down on the flag?

5      A     I did.

6      Q     Is that something that you do --

7      A     It is.

8      Q     -- when you sign things?

9      A     Birthday cards, anniversary cards.  That way

10 I know it's me.

11     Q     Okay.

12           And what did you write on the flag?

13     A     "If you ain't prepared, you don't know Jakz,

14 Prepper Jakz."  That was our store slogan.

15     Q     Then how did you sign your name?

16     A     John Z. Cumberland County, North Carolina, OK

17 lead.

18     Q     We can take that down, please.  Thank you.

19           Mr. Zimmerman, you described the role you played

20 as driving the vehicle that was the Quick Reactionary Force.

21 Where did that vehicle go?

22     A     What do you mean?

23     Q     Where did you drive it?  Did you leave

24 Mr. Caldwell's residence, or did you stay there?

25     A     It was kind of a gaggle that morning because we
```

1    were leaving late, trying to get there, trying to get some

2    of the better parking spots.

3            Most everybody else had left in other vehicles,

4    and later most everybody got dispersed or away from the

5    group.

6            We could not find a suitable place to park the van

7    that we would be still on the outskirts of D.C. but still be

8    able to get in if we needed to.

9            We had parked as a 7-Eleven for a little while.

10   I don't remember exactly where.

11           That didn't really seem to pan out for where we

12   were at, so eventually we wound up at Arlington Cemetery.

13       Q    Were you able to the park there?

14       A    Yes.

15       Q    What did you do?

16       A    Sat there.

17       Q    Did you get called?

18       A    Did we get called?  No.

19           What we did primarily at that point, once we got

20   situated, between Paul and myself, I had an iPad with Google

21   Maps up so we could see the roads and try to find out --

22   figure out where everybody was.  We had used the -- we were

23   using the app Zello to be able to coordinate where everybody

24   was and what was going on at the time.

25       Q    Can you explain how you used Zello?

1917

```
 1        A    For those who don't know, Zello is like a cell
 2   phone version of a walkie-talkie.  You push a button to
 3   talk, you release it, and then that way everybody else can
 4   talk too.
 5        Q    Did everyone in your group have to get on like the
 6   same channel to talk to each other on Zello?
 7        A    Yes.
 8        Q    How did you know what channel to get on?
 9        A    Jessica Watkins had actually set it up the night
10   before.  I don't know if she actually set up the channel
11   itself, but for those who of us who were a little
12   technical -- or untechnical savvy, she set it up for us.
13        Q    And did you then use that channel that she had set
14   up when you were talking about communicating with people as
15   you're sitting in your vehicle at Arlington Cemetery?
16        A    Yes.
17             It had a greater reach than regular, standard
18   walkie-talkies.
19        Q    You mentioned, Mr. Zimmerman, some types of
20   weapons that were brought, including some firearms, some
21   helmets.  Did anyone bring any pool cues?
22        A    Jessica Watkins had brought cut-off pool cues,
23   yes.
24        Q    Can you tell us more about that.
25        A    A pool cue is thicker at the bottom, narrower at
```

1    the top, for -- I'm describing because some people don't

2    know what a pool cue might be.

3          Q     Appreciate it.

4          A     Most have a rubber stopper on the bottom.

5                These were cut with the thicker bottom part of the

6    pool cue approximately 18 to 24 inches in length.

7                The one that I had received actually had a hole

8    through the thinner end with like a wire tie for like a

9    handle, I guess.

10         Q     Did Ms. Watkins bring one or more than one pool

11   cue in this fashion?

12         A     She brought several.  She said she had enough for

13   everybody.

14         Q     Did she give one to you then?

15         A     She did.

16         Q     Did she say what they were for?

17         A     It was, again, for self-defense in the event that

18   we happened to be attacked by BLM or Antifa.

19         Q     Did you take your pool cue in your vehicle with

20   you as part of the Quick Reactionary Force?

21         A     I did, yeah.

22         Q     Did you take anyone else's pool cues in your

23   vehicle?

24         A     I don't recall if anybody else had any.

25                I had mine, obviously, but I don't remember --

1    didn't really pay much attention to it.  I thought it was

2    kind of a unique item, but something I wouldn't have thought

3    of, but...

4            But I don't -- it wasn't something that was, you

5    know, that I'm looking for.

6        Q    You said you did not get called up to act as the

7    Quick Reactionary Force?

8        A    No, ma'am.

9        Q    Did you ever go into D.C. that afternoon?

10       A    No, ma'am.

11       Q    Later that night, did you go back to

12   Mr. Caldwell's?

13       A    We did.

14       Q    And did the folks who had -- did other folks then

15   come back to Mr. Caldwell's as well?

16       A    Yes, ma'am.  We -- as -- where we were set up, it

17   was -- it got up to be about 5:00, or right at 5:00, the

18   park was closing.

19           We tried to wait as long as possible because

20   everybody was still, all the stragglers were still trying to

21   group up and get back or get together to get back, and we

22   wanted to make sure that we didn't leave anybody behind.

23           We eventually were -- I don't want to say we were

24   approached, but we were passed by some of the Park Police

25   to -- because they were trying to clear the park, obviously,

1    and they're trying to make sure that we're okay and, I mean,

2    they didn't stop and question or anything.

3              But that was where we were trying to get everybody

4    back to.  And once we felt confident enough that we got

5    people back, one particular vehicle said that they couldn't

6    get in but they were out front, and we said, okay, we're on

7    our way out, once we were confident enough that we got

8    everybody together and headed back, then that's when we

9    left.

10        Q    Was there a dispute about when and how the

11   Oath Keepers group should leave D.C.?

12        A    Later that night, yes.

13        Q    How do you know about that?  Did you hear a part

14   of the conversation?

15        A    I did.

16        Q    Can you tell us what you heard?

17        A    So what I had heard was part of the conversation

18   with Ranger Doug.

19        Q    Was Mr. Rhodes part of that conversation?

20        A    I was led to believe he was the one on the other

21   end of the phone.

22        Q    Okay.

23        A    Basically, you're trying to figure out where

24   everybody was at, wondered why we still weren't downtown,

25   because there were still people downtown that needed

1921

```
 1    escorting to their vehicles and escorting out of downtown.
 2    And there was lost communication with Mr. Rhodes through
 3    part of the afternoon.
 4            And that wasn't communication that I was privy to
 5    until after the fact.  But he wanted us to come back, and
 6    most all of us were tired because we had been up since 5:00,
 7    earlier, 6:00, somewhere in that neighborhood, getting
 8    ready, and so all of us were tired.  And most of us were,
 9    no, we're not going back.
10            And my understanding is there was handful that
11    went back to go meet him, and I don't recall what happened
12    with that.
13    Q    Was there a conversation with Mr. Rhodes that you
14    participated in later that night or the next day?
15    A    The next day on Sunday, yes, ma'am.
16    Q    Can you tell us about that conversation?
17    A    He had contacted and wanted to talk to all the
18    leaders on Sunday, kind of to do an after-action review,
19    AAR, about what went right, what went wrong, what could we
20    do better type situation.
21            And I had agreed to hang around, still had a long
22    drive to get back home, but I agreed to hang around.
23            And when he -- he said he'd be there about noon,
24    it was somewhere in the neighborhood of about 1:30, almost
25    2:00 when he showed up.
```

1    At that time, we were all -- those of us that were

2 left were pretty upset with how things actually transpired

3 after the fact.

4    When he arrived there, we went into the AAR.  He

5 had -- basically was, for lack of a better term, badmouthing

6 Ranger Doug, saying that he made the wrong decision and we

7 were supposed to stay out there and he'll never make another

8 decision again type comments.

9    And it was pretty loud.

10    Q    Was there something that Mr. Rhodes suggested that

11 you all should have been doing and did that prompt some kind

12 of a comment from you?

13    A    Not that we should be doing but things that we

14 should consider.

15    What he was referring to was since the makeup of

16 Antifa, BLM, their motive, I guess, or method, that's the

17 word I'm looking, their method of attack was to attack the

18 weak, singled out, elderly, those kind of things, he thought

19 that we should dress up as elderly or be like a single

20 parent pushing a baby carriage with some weapons in the baby

21 carriage so that if we could entice them to attack us, then

22 we can just give them a beat-down.

23    Q    Okay.

24    A    And I told him that, no, that's not what we do.

25 That's entrapment.  You can't do that.  That's illegal.

1923

```
1            MR. CRISP:  Objection, called for a legal
2    conclusion.
3            THE COURT:  I'm sorry, I don't think he's using it
4    in a legal sense.  Overruled.
5    BY MS. RAKOCZY:
6       Q    Mr. Zimmerman, what was your problem with that
7    plan?
8       A    That it was illegal.
9            My understanding --
10      Q    In your opinion, right?  You're not a cop, right?
11           MR. CRISP:  Again, I'm objecting because he's
12   stating a conclusion that it is, in fact, illegal, and I
13   would posit to the Court that it was not and I think that's
14   misleading to jury.
15           THE COURT:  All right.  Well -- okay.
16           Sir, I'll just ask you to avoid the term --
17           THE WITNESS:  The word, I understand, yes, sir.
18   BY MS. RAKOCZY:
19      Q    Were you concerned that you could get in trouble
20   if you did that?
21      A    Yes.
22           Basically, my understanding of what Oath Keepers
23   was and why I agreed to join them to start with, let me take
24   a deep breath because I'm starting to feel blood pressure
25   rise.
```

1924

1     The whole point out what Oath Keepers as it was

2  described to me by Stewart Rhodes, because I wanted

3  confirmation, was that Oath Keepers was like a CERT, or

4  community emergency response team, to which I am a CERT

5  instructor, and that's why I bought into the idea of what

6  Oath Keepers was, which is the method of what CERT is is

7  you, in the event of a disaster, you take care of you and

8  your family first.  Then you reach out and you take care of

9  your neighborhood, if there's anything that needs to be

10  done, if you're able to help, help.  From the neighborhood,

11  then you branch out to the streets.  Then you branch out to

12  the city, county, state.  And that's the exact premise of

13  what CERT is.  So I bought in hook, line, and sinker.

14     So when he's talking about you making threats to

15  you should get dressed up and have people -- trick people to

16  come in and attack you so that we can give them a beat-down,

17  no, that's not what we do.

18     The other side of what North Carolina, why we left

19  after November, was because the North Carolina chapter of

20  Oath Keepers was also working with the North Carolina

21  Sheriff's Association, because the other way that

22  Oath Keepers was described is, just like Sheriff Arpaio out

23  in Arizona does, which I got to experience firsthand, which

24  he hired civilians to be auxiliary police.

25     Q    Sir, let me interrupt you for a second just to

1925

1    make sure there's a question before you.

2              Did the North Carolina Oath Keepers want to serve

3    in a similar role helping the police?

4         A    Yes, that's why we were trying to work with the

5    North Carolina Sheriff's Association.  And we had several

6    different county sheriffs that had agreed that if in the

7    event they needed additional manpower, they would call on

8    Oath Keepers to come and help.

9         Q    Were you worried?

10        A    So now, if we're going to -- and I try to avoid

11   the word again, but if we're going to trick people into

12   attacking us so that we can give them a beat-down, that's

13   not what we do.

14        Q    Mr. Zimmerman, did you come to Washington, D.C.

15   for the January 6th, 2021, events?

16        A    No, I did not.  I was recovering from COVID.

17             MS. RAKOCZY:  Thank you, Your Honor.  I have no

18   further questions.

19             Thank you, Mr. Zimmerman.

20             THE WITNESS:  Yes, ma'am.

21             THE COURT:  Okay.

22             MR. BRIGHT:  If I may, Your Honor?

23             THE COURT:  Okay.  Mr. Bright.

24

25

```
 1                          -  -  -

 2                    CROSS-EXAMINATION

 3   BY MR. BRIGHT:

 4        Q    Good morning, Mr. Zimmerman.  How are you?

 5        A    I am blessed and highly favored.  How are you,

 6   sir?

 7        Q    I'm wonderful today.  Thank you very much.

 8        A    Good.

 9        Q    Sounds like that conversation really bothers you?

10        A    It did.  And it still does today.

11        Q    I understand.

12             And you felt that was part of a discussion that

13   was leading towards an idea or a concept that you didn't

14   approve of?

15        A    Absolutely correct.

16        Q    You were an Oath Keeper for about three months; is

17   that fair, maybe less, late August until --

18        A    Unactive, yes, correct.

19        Q    Okay.

20             I'd like walk through a few questions with you if

21   I may, not really very many because I believe you've really

22   been very forthcoming today.

23             Could you describe for us, please, the two sides,

24   the two chapters of the Oath Keepers in North Carolina,

25   please.  I believe you said there was there's a western and
```

1927

```
 1    is there an eastern?
 2         A     Just divided, yes.
 3               And it's not that there's two separate chapters.
 4    It's the North Carolina Chapter, just the western division
 5    and the eastern division.
 6         Q     Okay.
 7               And was Doug Smith over one of those divisions or
 8    was he over the entirety of the North Carolina?
 9         A     He was over the entire state of North Carolina.
10         Q     And was Paul Stamey, I believe you described Paul
11    as the leader of one of the western side?
12         A     Of the western side, yes, sir.
13         Q     But for the state chapter, was he essentially the
14    version of a vice president or assistant to Doug Smith?
15         A     He was, yes, sir.
16         Q     And based on what you've described on the evening
17    or when Stewart got back on the Sunday, correct, so that
18    would have been the 15th?
19         A     I believe that's correct, yes, sir.
20         Q     So if the MAGA Million March was during the day on
21    the 14th, y'all got back to Caldwell's farm late on the
22    evening of the 14th, right?
23         A     It was somewhere between 6 and 8:00 p.m., yes,
24    sir.
25         Q     How many of the original participants the day
```

1  before that had been there and spent the night came back to

2  that location; do you recall?

3      A    On that Saturday?

4      Q    Yes, sir.

5      A    We all did, to the best of my knowledge, yes, sir.

6      Q    You indicated that upon Mr. Rhodes' request, some

7  group or parts did agree to go back into the District to

8  provide the personal security details.  Is that your

9  recollection?

10     A    Yes, that's what I understood, yes.

11     Q    But they were not part of the group that came and

12  went from Caldwell's farm or did some come back much later?

13     A    No, they did leave from Caldwell's farm,

14  Mr. Caldwell's farm, to go back into D.C.

15     Q    Do you recall who it was that went back into D.C.

16  by chance?

17     A    The only ones that I can recall or were told who

18  went back were --

19     Q    Yes, sir.

20     A    -- Randall Livengood, Steve Cochran, and -- I do

21  not know 100 percent for a fact if Donovan Crowl went back

22  but he had mentioned going.

23     Q    Okay.

24     A    If seemed like there were at least two others but

25  I don't recall the names.

1    Q    Now, do I recall correctly that Mr. Livengood, he
2    was actually part of your QRF; is that accurate?
3    A    That is correct, yes, sir.
4    Q    So he had ridden in your van?
5    A    Yes, sir.
6    Q    There, sat the entire time with you in the
7    Arlington National Cemetery parking lot?
8    A    Yes, sir.
9    Q    And then ultimately went back and then he left
10   with Steve Cochran and one other that you just don't
11   remember.
12   A    Yes, sir.
13   Q    Fair enough.
14        And when they left, whose vehicle did they take?
15   A    I don't know, sir.  I didn't even know that they
16   had left.
17   Q    But it was --
18   A    I knew they weren't around with the group at
19   dinner because Mr. Caldwell, I believe, him and Donovan had
20   already started grilling hamburgers.
21   Q    Okay?
22   A    And most of us had ate.
23        And when I came back into the garage to check on
24   Doug, because he was very shaken over the conversation with
25   Mr. Stewart, those individuals were gone.

1930

1    Q    What was the time, the drive time from the farm to

2    where you had parked in Arlington National Cemetery, or the

3    drive time coming back?

4    A    I honestly don't recall, sir.  I want to say it

5    was probably somewhere between an hour and 15 minutes to an

6    hour and a half.

7    Q    To your recollection and your understanding of

8    that evening, the reason that Mr. Rhodes had wanted those

9    individuals to come back had to do with what were described

10   as personal security details, they would escort people?

11   A    Yes, sir.  My understanding was it was for

12   personal security details, that there were still people left

13   that needed to be escorted, and that was another part of the

14   conversation on Sunday was that part of the argument was, we

15   were no longer there to offer that personal security detail

16   when that was never mentioned what we were doing.  We were

17   only there to participate in the march to show support for

18   President Trump, but there was no mention of personal

19   security details.

20   Q    To your knowledge.  You said were just not briefed

21   on that detail.

22   A    That was the general consensus from the majority

23   of --

24   Q    I'm asking you.

25   A    -- everybody that was there.

1        But for me, yes, that was what I understood.

2    Q    But you do understand, you were aware that that is

3    something that the Oath Keepers did regularly do at events,

4    correct?

5    A    Yes.

6    Q    Okay.

7        And so on September 7th, 2020, in Fayetteville,

8    when you all were at the racetrack, the Oath Keepers

9    actually used your 3500 high top Dodge Promaster as a

10   staging area for both the QRF, which you had there, correct?

11   A    I did have it there.  It was not used for the QRF

12   at that time.

13   Q    Okay.  Well, just a minute ago on direct you

14   referenced that at the previous event.

15   A    I said there was a QRF.  I did not say my van was

16   the QRF.

17   Q    Okay.

18   A    Not at the Trump rally.

19   Q    So there was a QRF just this time it wasn't your

20   van?

21   A    Correct.

22   Q    Thank you.  Appreciate the clarification.

23       But you were aware from admittedly limited

24   experience with the Oath Keepers, but you were aware that at

25   various events that they participated in, it was both common

1932

1    and normal for them to provide personal security detail.  So

2    they could call the departments PSDs, right?

3        A    Correct, yes.

4        Q    To your understanding what was purpose of them

5    offering PSDs at any of these given events?

6        A    To offer protection details.

7        Q    Could you describe that, though?  I mean, for the

8    jury are people that have never heard of this or they're

9    unfamiliar with why that would ever be used.

10       A    Sure.  Basically to walk people back from an event

11   to their vehicles for safety.

12            The specific event that was mentioned was there

13   was an individual, I don't recall any of the details other

14   than it was a male that was leaving the Trump rally in

15   Dallas, that he was walking back to his vehicle and somehow

16   or another walked in between two vehicles, and as he came

17   out of from between those two vehicles got jumped by Antifa

18   and BLM.  So that was -- the purpose was to increase the

19   numbers so that, again, you're not -- they're not attacking

20   the single mom with a stroller or an old couple with canes

21   just to offer additional people.

22       Q    Let's elaborate a bit if I may since the

23   government has opened it up and talked about this.

24            You've said there was a consensus, a concern

25   within the group.  And let's, for now, limit it to just

1    those that were at Caldwell's farm.

2        A    Okay.

3        Q    But that there was a nationwide concern.  You used

4    the exact word concern, regarding what was happening in

5    various American cities with BLM, Antifa, other, what might

6    be perceived as leftest organizations or groups.  That's

7    your concern, correct?

8        A    It was at the time, yes.

9        Q    From your perspective within the groups that you

10   moved within, people that you knew, just the population that

11   you talked to in Fayetteville, North Carolina, that was a

12   common concern at the time among other civilians; is that

13   accurate?

14       A    Well, I can't speak for everybody else, but I

15   would say that, yes.

16       Q    Well, I'm just asking if that was your perception,

17   not what they said, but your perception based on your

18   interactions with --

19       A    Well, I tried to give my perception a minute ago

20   and you didn't want that.

21       Q    I'm so sorry, sir.  Could you clarify?

22   I apologize.  When you said I didn't want your perception?

23       A    Yeah, when I had it was the general conception,

24   somebody didn't want that, somebody objected that.

25            So I can't speak.

1    Q    Not me.  I apologize.

2    A    That's why I said somebody instead of you.

3    Q    Yes, sir.

4    A    But my understanding is that, yes, that was the

5    general consensus.

6    Q    Okay.  And within the group with Caldwell's farm,

7    that was actually something that was very openly discussed,

8    I'm sure you had talks about it.  It was an open topic of

9    discussion regularly; is that correct?

10    A    It was, and not just among Oath Keepers, it was

11    the general conversation by a lot of people at that time.

12    Q    Okay.  And you would agree with me then that based

13    on their perception, your perception at the time, that the

14    need for a QRF, the need for PSDs, was absolutely relevant

15    and needed at these events, rallies and marches; is that

16    accurate?

17    A    Yeah, I would say they would, but I don't know how

18    30 people were going to protect 3 million people in the City

19    of D.C.

20    Q    No.  That's fair.  That's reasonable.

21         But you will agree it was a rational decision to

22    make, you participated in it?

23    A    Yeah, I would say that.

24    Q    You've stated that long barrels.  Let's clarify

25    the guns that they had in your car.  They were a large

1935

```
 1    number for the average person who had 15, 20, 10, AR-15s in

 2    your vehicle?

 3         A    Uh-huh.

 4         Q    Okay.

 5              And those weren't for your usage, those weren't

 6    for Mr. Livengood's usage, those weren't for Paul Stamey's

 7    usage.  They were actually for, as you termed it, extraction

 8    or defensive purposes, correct?

 9         A    Correct.

10         Q    And me, having never served in military or any

11    other type of organization, this is all very new to me, but

12    you're saying the parlance of a QRF, or Quick Reaction

13    Force, within those types of organizations is common, the

14    QRF, within the military?

15         A    QRF is a common entity within the military, yes.

16         Q    So an organization that is primary made up, not

17    exclusively but primarily made up of former law enforcement,

18    former military, it wouldn't be surprising that they would

19    use a term like that; is that reasonable?

20         A    Yeah, that's reasonable.

21         Q    Would it also be reasonable from your perspective

22    that a lot of the language that these groups would use

23    might, to the uninitiated, sound militaristic?

24         A    Well, yeah, because we were all military or law

25    enforcement at one point in time.  That's just a common
```

1    terminology like, you know, what you lawyers speak.

2        Q    Excuse me?

3        A    It's common terminology like your lawyers speak

4    use.

5        Q    Yes.

6             We do use unusual language sometimes.

7        A    So does the military.  So does law enforcement.

8    So does the EMS.

9        Q    Fair enough.

10       A    But it's all common among the military and law

11   enforcement.

12       Q    Right.

13            So it would have actually surprised you if you had

14   joined the Oath Keepers, if they all got involved and it was

15   legal language they were using, or legalese per se, instead

16   of the military-type language that were regularly exchanged

17   in meetings, chats, in any of y'all's discussions?

18       A    You're asking me if I would be surprised?  Yeah.

19       Q    Okay.  Thank you.

20            Just to clarify real quick, I believe you called

21   it your tactical detail that came with you to Caldwell?

22       A    My tactical lead.

23       Q    Was that -- who was that?

24       A    That was Steve Cochran.

25       Q    It was Steve Cochran.  Thank you.

1    You had mentioned a minute ago that in preparation

2    for the September 7th Trump rally that was -- I believe, it

3    was at the airport at Fayetteville, correct?

4        A    The Trump rally was at the airport, yes.

5        Q    You had the QRF, not in your van but the QRF and

6    then your van as staging area.  How far away was that?

7        A    Approximately four and a half, five miles, four or

8    four and a half, five miles.

9        Q    The purpose of that staging area again was for

10   PSDs, needed extraction and just a rally point for the

11   Oath Keepers that were volunteering to be PSDs.  Is that

12   accurate?

13       A    That was part of what we were doing.  The other

14   part was recruiting, as well as -- and part of how we were

15   recruiting was with the two petitions, Stewart had told us

16   that that's how we gained people's information to contact

17   them later to recruit them to grow our little chapters or,

18   like, the Cumberland County chapter, that's how we would

19   grow it.

20       Q    Certainly, so I had a note not, because I hadn't

21   seen anything in the evidence that we reviewed regarding the

22   petitions.

23       What were the nature of the two petitions that you

24   all had printed out and had out on a table?

25       A    One was about the one standard for concealed carry

1  nationwide.  And I think the other one was to declare BLM as

2  a domestic terrorist group.

3      Q    That would have included Antifa as well, right?

4      A    It would have, yes, sir.

5      Q    Again, in common strain with everything that was

6  talked about this, it wouldn't be surprising that there

7  would be a petition regarding firearms and ownership at an

8  Oath Keepers event or staging area; is that reasonable?

9      A    Well, yeah, because Oath Keepers is pro Second

10  Amendment.

11      Q    Absolutely.

12      Do me a favor, if you could, please, sir, let's

13  talk about the impending split that kind of happened in the

14  Oath Keepers statewide.  You've detailed for us what the

15  reasoning was from your perspective, it was a very upsetting

16  discussion about a notion that you disagreed with clearly?

17      A    Uh-huh.

18      Q    It also had to do, if I understand correctly, with

19  what I would fundamentally call Stewart dressing down Doug

20  Smith; is that right?

21      A    Yes, sir.

22      Q    I believe the exact terminology you used, bad

23  mouthing?

24      A    I could say throw him under the bus because it all

25  amounts to the same thing.

```
1      Q    Right.
2           So egos were hurt here clearly.
3      A    If you want to go down this road, it's going to be
4  a long story.
5      Q    No, I don't need the whole story.  I'm just
6  establishing that there was clearly bad blood between
7  Mr. Rhodes and Mr. Smith at this point?
8      A    Generated that day, yes.
9      Q    Yes, sir.
10          And I accept that.
11          Would you agree with me that fundamentally at that
12 moment, that there was an immediate split between the
13 Oath Keepers?
14     A    That day, yes, sir.
15     Q    Yes.
16          And that would have been led, that split would
17 have been led by Doug Smith, as the Oath Keepers' president
18 for his North Carolina chapter?
19     A    I don't even know that he had to say anything
20 because that's how obvious it was.
21     Q    Okay.  Fair enough.
22          Then did that include Paul Stamey?
23     A    Yes, it did.
24     Q    Who else kind of went that route?  I believe in
25 previous discussions you might have had with the
```

1    authorities, you kind of made an indication that some people

2    went one way and some people went the other way, and

3    I believe you based that on a conversation?

4         A    There were a couple of people that went the other

5    way, yes, sir.

6         Q    How did that form?  How did those people stay in

7    touch with Oath Keepers national, if you will, or did they

8    kind of form their own?

9         A    I don't know.  I wasn't part of them anymore.

10        Q    So after that, you stayed -- did you stay as a

11   Oath Keepers member in terms of what your mindset was, or

12   you just went with Doug Smith and stayed with them?

13        A    Our intentions were that we were still

14   Oath Keepers, we just weren't associating with what national

15   was doing.

16        Q    Okay.

17        A    We were still going with the base premise of what

18   Oath Keepers was.  We weren't calling ourselves

19   Oath Keepers.  We had actually, in fact, changed our name,

20   but we were going with the same premise of what Oath Keepers

21   originally was founded on.

22        Q    The same concept, the same ethos?

23        A    Yes.

24        Q    Keeping your oath as you originally take it?

25        A    Yes, sir.

1941

1     Q    What did you change your name to?

2     A    Carolina Guards, I believe.

3     Q    Did you all have any pamphlets and pins --

4     A    No.

5     Q    -- anything printed Carolina Guards?

6     A    No.

7     Q    Is that something that Doug Smith and Mr. Stamey

8 would also?

9     A    Actually, it was shortly after that time, Doug

10 Smith basically just stepped away, period.

11    Q    Stepped out completely?

12    A    Stepped completely away.

13         And it basically, we all fizzled out, we all

14 basically stayed friends.  There are a few that still get

15 together, couldn't even tell you the last time that I even

16 spoke to Doug or been to his property or, I mean, I've seen

17 a couple of the few people, but the Signal chat is still

18 active.  Other than a few comments here and there, I don't

19 even bother with it anymore.

20    Q    To your knowledge, Paul Stamey, did he stay in

21 touch with some parts of the Oath Keepers nationals?

22    A    No, not with the nationals.

23         Not to my knowledge.

24    Q    To your knowledge, he was not part of a QRF on

25 January 6th?

1942

```
 1        A     Not on January 6th, no.

 2        Q     Me not knowing Paul Stamey I have to rely on you

 3   that you said he had trouble walking?

 4        A     Yes.

 5        Q     To what extent at the time.  I know it's been 18

 6   months but -- well, excuse me, two years, but to your

 7   knowledge, what do you recall was the reason, just age

 8   catching up with him, couldn't walk very far?

 9        A     Age, overweight.

10        Q     Weight.

11              Mobility issues?

12        A     Heavy smoker.

13        Q     If a QRF wasn't mobile; i.e., in your Dodge

14   Promaster, how effective could a QRF be if it involved

15   somebody that was incapable of walking or doing anything?

16        A     It could be very capable.

17        Q     What's that?

18        A     It could be very capable.

19        Q     It could be very capable?

20        A     Uh-huh.

21        Q     Even if he's not mobile and somebody who is

22   immobile needed to run it?

23        A     If you're talking about his, how effective would a

24   QRF be, how effective would he be with to the QRF.

25        Q     That's all I'm asking.
```

1943

```
 1        A    He could be the communications person.  He doesn't
 2   have to do anything.  He can sit there and talk on the
 3   radio.
 4        Q    Fair enough.
 5             MR. BRIGHT:  I'd pass the witness, Your Honor.
 6             THE COURT:  Okay, Mr. Bright.
 7             Okay.  Mr. Woodward.
 8                         -  -  -
 9                    CROSS-EXAMINATION
10   BY MR. WOODWARD:
11        Q    Good morning, sir.
12        A    Good morning, sir.
13        Q    My name is Stanley Woodward.  I represent
14   Kelly Meggs.  You don't know Kelly Meggs, do you?
15        A    No, sir.
16        Q    You served 27 years in the military?
17        A    I did.
18        Q    Thank you, sir, for your service.  That's a
19   lifetime.
20        A    Thank you very much.
21        Q    And that service, you learned a thing or two about
22   survival?
23        A    Uh-huh.
24        Q    And protection?
25        A    Yes, sir.
```

1    Q    And security?

2    A    Yes, sir.

3    Q    You ran a business as of August of 2020?

4    A    Yes, sir.

5    Q    Selling survival related gear?

6    A    Yes, sir.

7    Q    And at that time, I think it's fair to say that

8  you were aware of the protests that were occurring across

9  the country?

10    A    I was.

11    Q    You'd see them on the news?

12    A    Yes, sir.

13    Q    Knew that people had been injured at those

14  protests?

15    A    Yes, sir.

16    Q    You specifically mentioned somebody being jumped

17  in Texas?

18    A    Yes, sir.

19    Q    At a Trump rally?

20    A    Yes, sir.

21    Q    When you learned about the Oath Keepers and the

22  idea that there was a group looking out for those that were

23  attending rallies such as those with Mr. Trump, that idea

24  appealed to you?

25    A    Yes, sir.

1    Q    You knew that you could be helpful?

2    A    Yes, sir.

3    Q    Based on your training?

4    A    Yes, sir.

5    Q    And experience?

6    A    Yes, sir.

7    Q    And because you cared?

8    A    Absolutely.

9    Q    So when President Trump came to Fayetteville in

10   September of 2020 for an election rally and Stewart Rhodes

11   suggested that the Oath Keepers could provide a service, you

12   agreed?

13   A    I did.

14   Q    And you yourself attended that rally in September

15   of 2020?

16   A    I did.

17   Q    And you yourself provided a service?

18   A    I did.

19   Q    Now, nothing violent came of your participation in

20   that rally, correct?

21   A    Correct.

22   Q    And did you think that in some small part that may

23   have been because you were there to provide protection?

24        MS. RAKOCZY:  Objection.  Calls for speculation.

25        THE COURT:  He can answer to the extent he has a

```
1    view on it.
2              THE WITNESS:  Honestly, I don't know, but, yeah,
3    possibly.  I'll agree to it.
4    BY MR. WOODWARD:
5         Q    You mentioned that Mr. Rhodes, that you believed
6    Mr. Rhodes was speaking to someone at the Secret Service in
7    advance of that rally?
8         A    Yes, sir.
9         Q    And you believed that Mr. Rhodes, in fact, did
10   speak with someone at the Secret Service?
11        A    Yes, sir.
12        Q    Secret Service, however, only protects the
13   President, to your knowledge?
14        A    Yes, sir.
15        Q    And wouldn't have been there to protect the people
16   that were attending the rally?
17        A    Correct.
18        Q    Which is why the Oath Keepers were there to
19   protect those that were attending the rally?
20        A    Yes, sir.
21        Q    You had a QRF at that rally?
22        A    Yes, sir.
23        Q    And the QRF was armed at that rally?
24        A    Yes, sir.
25             Can I ask if this is going anywhere?
```

1    Q    You may.  You may answer the question.

2    A    Because I'm getting tired of saying yes, sir

3  because you're asking all the correct -- but, go ahead.

4  BY MR. WOODWARD:

5    Q    I hope not to ask a question that you say no, sir,

6  to?

7    A    I appreciate your clarity to detail.  I mean, and

8  I say that lightly, but I do understand the gravity of the

9  situation and what we're under, but please continue.

10   Q    I'm simply wanting to ask you these questions in

11 more of a chronological, organized fashion?

12   A    I got you.

13   Q    So that it's clear for the record.

14        After the September rally, you also participated

15 in an event in Washington, D.C.?

16   A    Correct.

17   Q    That was the Million MAGA March?

18   A    Yes.

19   Q    And you also believed that there might be violence

20 at that march?

21   A    Yes, sir.

22   Q    And that it might be Antifa or Black Lives Matter

23 that would cause that violence?

24   A    Yes, sir.

25   Q    And you mentioned that you described Antifa, BLM

```
 1   and the Oath Keepers as being the organizations, but Antifa
 2   and BLM, they weren't targeting the Oath Keepers, correct?
 3        A    I can't speak to that.
 4        Q    You were concerned about those that were attending
 5   the march, correct?
 6        A    Concerned how?
 7        Q    You were concerned for their safety?
 8        A    I would be concerned for my own safety because
 9   I was in attendance, yes, sir.
10        Q    Why would you be concerned for your own safety?
11        A    3 million people downtown, I mean, a lot can
12   happen, people can get trampled and not necessarily even by
13   BLM or Antifa.
14        Q    So the addition of a QRF at the march, that was
15   necessary in your eyes, in your view?
16        A    The QRF was more so in case of the
17   Insurrection Act being announced.  It wasn't necessarily for
18   BLM or Antifa attack.
19        Q    Well, and -- fair enough, let me explore that with
20   you.
21             You described how your van has a -- it's a sliding
22   door --
23        A    Yes.
24        Q    -- on it.  And then if necessary, you could open
25   that door and bring someone who'd been injured into the van?
```

1    A    Correct.

2    Q    Where those that were assisting you that day could

3    treat an individual who had been injured?

4    A    Correct.

5    Q    And then where would you take that individual?

6    A    Well, I would assume either to a hospital or just

7    out of harm's way at that point.

8    Q    Your van that day had weapons in it, correct?

9    A    Yes.

10    Q    And you did not take those weapons into the

11    District of Columbia that day?

12    A    Correct.

13    Q    Why not?

14    A    Because it's illegal -- oh, I'm sorry, was I

15    supposed to use that word?

16         It's not allowed.

17    Q    At the end of that mission, that op, you had a

18    disagreement about your understanding of the purpose of the

19    Oath Keepers?

20    A    No, sir.

21    Q    You learned --

22    A    That night, there was a disagreement in what the

23    mission for that day was.

24    Q    And you were only interested in providing a

25    service as part of the Oath Keepers?

1950

1     A     Elaborate.

2     Q     Excuse me, I'm sorry to talk over you.

3     A     Elaborate, please.  What did you mean?  What do

4  you mean by a service?

5     Q     Well, I wouldn't describe trying to bait someone

6  into violence as a service.

7     A     Well, I wouldn't ether.

8     Q     But I would describe providing personal security

9  as a service?

10     A     Could, yes.

11     Q     And so your desire to be part of the Oath Keepers

12  was about providing a service?

13     A     As an Oath Keepers member, yes; however, our -- it

14  was described that our whole point for November was to be a

15  part of the Million MAGA March in support of

16  President Trump.  It was not about, oh, you're coming up

17  here to provide a personal security detail.  That's not what

18  that was about.  That was never mentioned, it was never

19  told.  And I don't care how many times somebody thinks, oh,

20  well, that's obvious because that's all we do.  Well, not if

21  you're talking about baiting people and beating their asses.

22     Q     And also providing a QRF?

23     A     QRF as part of a military function.

24     Q     So I think my last question would be, you believed

25  that the purpose of the Oath Keepers was to provide a

1   security service at events?

2       A    No.

3       Q    What did you believe the Oath Keepers to do?

4       A    My -- what I believed Oath Keepers was, again, as

5   described under the premise of what CERT is or even the

6   auxiliary police that Sheriff Arpaio out in Arizona used, is

7   that we're there to support law enforcement and we are to

8   support -- basically provide help for anybody who needs it.

9       Q    Others shared that view of what the Oath Keepers

10  did, correct?

11      A    My understanding yes.

12           MR. WOODWARD:  Thank you, sir.

13           THE COURT:  Okay.  Mr. Geyer.

14           Folks, just bear with me, I want to get

15  Mr. Zimmerman off the stand and out of Washington, D.C. so

16  we can just go a little bit longer.

17           THE WITNESS:  I'm fine, sir.  Whatever you need.

18           THE COURT:  Okay.

19                         -  -  -

20                    CROSS-EXAMINATION

21  BY MR. GEYER:

22      Q    From experience, it's crucial that you leave

23  before 2:00 or you wait until after 9:00.  That's my advice

24  to you, sir.

25           Thank you for being here.

1   A    Thank you, sir.

2   Q    Thank you for your service.

3   A    Thank you, sir.

4   Q    You mentioned --

5   A    Who are you, sir?

6   Q    You mentioned, I believe, that what attracted you

7   to the Oath Keepers?

8   A    I'm sorry, your name, sir?

9   Q    My name is Brad Geyer.  It's nice to meet you.  I

10  represent Ken Harrelson back in the corner?

11  A    I don't know that person.  But nice to meet you.

12  Q    Never met him, never communicated with him?

13  A    Not that I'm aware of, no, sir.

14  Q    You testified that you -- what attracted you to

15  the Oath Keepers was the Community Emergency Response Team;

16  is that correct?

17  A    Correct.

18  Q    How often does North Carolina find itself in the

19  path of hurricanes?

20  A    How often does North Carolina invite itself into

21  the path of hurricanes?

22       THE COURT:  I think he said "find itself."

23       THE WITNESS:  Oh, find itself.

24       MR. GEYER:  Yeah.

25       THE WITNESS:  Find itself, my misunderstanding.

1    I apologize.

2         THE COURT:  I don't think anybody is inviting a

3    hurricane.

4         MR. GEYER:  No one is inviting hurricanes around

5    here, even in D.C.

6         THE WITNESS:  North Carolina, how often do we find

7    ourselves in the midst of hurricanes?

8         I don't recall the exact year because I just moved

9    to Fayetteville about three and a half years ago, but prior

10   to my arrival three and a half years ago, I understood that

11   Fayetteville was actually hit by two hurricanes and was

12   under water for the majority of a good portion of the time.

13   BY MR. GEYER:

14   Q    And when that happens in southern states like

15   North Carolina, services are often out for days, even weeks,

16   sometimes even months; is that correct?

17   A    Yes, sir.

18   Q    So you're talking about no electric?

19   A    Correct.

20   Q    The water is bad?

21   A    Yes, sir.

22   Q    Sometimes the toilets don't work?

23   A    Sometimes.

24   Q    You have to clean up debris?

25   A    Yes, sir.

1954

```
 1       Q    Trees fall down, take down power lines?

 2       A    Uh-huh.

 3       Q    The power companies can't get to you?

 4       A    Correct.

 5       Q    You can't get police protection?

 6       A    Correct.

 7       Q    You can't -- the fire department, you know,

 8  they're busy?

 9       A    First responders, right, and EMS.

10       Q    So is it really kind of a situation where you and

11  your neighbor reach together and say, hey, I'm here, if you

12  need me, call me?

13       A    If the phones are out, they can't really do that.

14            But, yes, sir.

15       Q    But do you have another way of communicating in

16  these areas?

17       A    Myself and my tactical lead at the time, yes, we

18  had radios that in the event power went out, we would know

19  to turn the radios on.

20       Q    And maybe on your way to Washington, D.C., you see

21  all the references to federal agencies, there's tremendous

22  local services provided by D.C. government.

23            MS. RAKOCZY:  Objection; relevance.

24       Q    Houses stacked on each other, did you observe that

25  on your way in?
```

1955

```
 1              THE COURT:  I'm sorry.
 2              MS. RAKOCZY:  Objection; relevance.  Objection to
 3    relevance, Your Honor.
 4              THE COURT:  A little bit.
 5              But let's --
 6              MR. GEYER:  Thank you, Your Honor.  I'll speed it
 7    up.  Thank you though.
 8              THE WITNESS:  I'm sorry, and your question?
 9    BY MR. GEYER:
10        Q    My question is, did you notice that there's a --
11        A    Yes, I did, evacuation route, yes, I did notice
12    all of that stuff, sir.
13        Q    Precisely.
14              So because there's a, perhaps, people may be
15    wondering what would be the need to join an organization
16    like the Oath Keepers, and if you're living in a place like
17    North Carolina where you're getting hit by hurricanes
18    without lot of the services that you might have in
19    Washington, D.C., joining the Oath Keepers might be a darn
20    good idea.  Am I right?
21        A    Yes, sir.
22        Q    And that's what attracted you to the organization.
23        A    Yes, sir.
24              Primarily because what it sounded like to me is we
25    would be an extension of law enforcement, when they're
```

```
 1    needed.  We would also be an extension as firefighters,
 2    first responders.
 3            Those agencies, because I don't know where you're
 4    from, sir, but some of the Oath Keepers are from Florida,
 5    who have experienced hurricanes.  I was actually born in
 6    Fort Lauderdale, lived there till I was eight years old.
 7    I've experienced hurricanes.  I've been caught in wild
 8    fires.  I've been caught on the interstate at 11 degrees out
 9    in Arizona -- I'm sorry, in New Mexico, so I've been through
10    some natural disasters.  A lot of those agencies, the reason
11    why it takes FEMA two weeks sometimes to get to ground zero
12    for almost any disaster is because they get overwhelmed,
13    they don't have enough people, they don't have enough
14    resources.
15            Oath Keepers, as I understood it, was an extension
16    of these resources so that we could help them.  If we're out
17    here beating up people, that's not really a good image for
18    Oath Keepers.
19            MR. GEYER:  I understand.  Thank you very much for
20    your time today, sir.
21            THE WITNESS:  Yes, sir.
22            THE COURT:  Counsel, could I ask you all to just
23    get on the phone for a moment?
24            (Bench conference)
25            THE COURT:  Mr. Crisp, how much more
```

```
1    cross-examination do you expect?
2              MR. CRISP:  I don't have much, sir.  I'd say
3    probably five minutes.
4              THE COURT:  Okay.
5              MR. FISCHER:  Your Honor, mine is going to last
6    about a half hour.
7              THE COURT:  Really?  Okay.
8              (Open court)
9              THE COURT:  Why don't we take lunch now, ladies
10   and gentlemen.  I'm sorry.
11             THE WITNESS:  That's a cool tool.  I like that.
12             THE COURT:  So it's almost 1:00 now, so why don't
13   we plan to resume at 2:00 have a nice lunch break.  Just
14   standard reminders, no discussion, no research, and no
15   media.  Thank you, everybody, we'll see you shortly.
16             COURTROOM DEPUTY:  All rise.
17             (Jury exited the courtroom.)
18             THE COURT:  All right, Mr. Zimmerman, you can step
19   down.  I'm going to just ask you to be back in the courtroom
20   about 5 of 2:00, sir.
21             THE WITNESS:  Yes, sir.
22             THE COURT:  And just ask you not to discuss your
23   testimony during the lunch hour with anyone.
24             THE WITNESS:  Okay.
25             THE COURT:  And we'll see you at about 2:00.
```

1958

```
1              THE WITNESS:  Yes, sir.

2              THE COURT:  Thank you.

3              THE WITNESS:  Thank you.

4              THE COURT:  I've got a matter.  So unless there's

5    something -- I'm sticking around; you all can head out.

6              (Recess from 12:57 a.m. to 2:00 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__October 6, 2022_____    

William P. Zaremba, RMR, CRR

1960

1849/6 1849/10

**BY MR. BRIGHT: [1]**
1926/3
**BY MR. GEYER: [3]**
1951/21 1953/13
1955/9
**BY MR. WOODWARD:**
**[3]** 1943/10 1946/4
1947/4
**BY MS. RAKOCZY:**
**[36]** 1802/3 1803/5
1811/13 1816/8 1818/2
1819/10 1821/8 1822/1
1826/8 1830/4 1833/10
1834/7 1835/11
1836/16 1838/1
1838/22 1844/17
1845/10 1848/8 1850/7
1851/10 1855/11
1855/25 1860/21
1864/19 1866/14
1867/19 1877/10
1880/22 1884/21
1891/5 1894/15
1901/22 1911/14
1923/5 1923/18
**COURTROOM**
**DEPUTY: [9]** 1791/2
1791/6 1801/11
1868/18 1874/15
1877/3 1884/11
1884/13 1957/16
**MR. BRIGHT: [4]**
1876/21 1877/1
1925/22 1943/5
**MR. CRISP: [29]**
1801/4 1801/7 1829/3
1829/7 1829/24
1860/13 1868/23
1869/2 1869/16
1869/20 1869/25
1870/9 1870/14
1870/18 1871/4
1871/10 1871/16
1872/6 1872/19
1872/22 1873/9 1874/2
1874/6 1874/10
1874/13 1901/18
1923/1 1923/11 1957/2
**MR. FISCHER: [24]**
1792/23 1798/3
1798/14 1798/19
1811/6 1811/10 1819/4
1821/2 1833/4 1837/19
1845/8 1845/15
1845/18 1846/25
1847/23 1851/13
1851/20 1851/22
1853/3 1853/24 1855/4
1867/13 1911/5 1957/5
**MR. GEYER: [4]**
1952/24 1953/4 1955/6
1956/19
**MR. LINDER: [1]**
1891/2
**MR. NESTLER: [9]**
1798/22 1799/3
1874/21 1875/1 1875/7

1875/20 1875/23
1876/7 1876/12
**MR. WOODWARD:**
**[16]** 1799/13 1799/15
1799/22 1799/24
1800/5 1800/8 1800/10
1800/17 1800/19
1801/1 1825/22
1867/12 1874/24
1880/15 1882/21
1951/12
**MS. RAKOCZY: [80]**
1792/7 1792/21
1798/18 1803/4
1811/13 1815/25
1816/6 1817/24 1819/8
1820/24 1821/5
1821/19 1821/25
1825/17 1826/4 1826/7
1829/19 1830/2 1833/1
1833/5 1833/9 1833/25
1835/4 1835/9 1836/8
1836/14 1837/22
1837/25 1844/11
1845/5 1845/9 1845/23
1846/10 1846/17
1846/24 1847/22
1847/25 1848/7 1849/2
1850/3 1850/24 1851/2
1851/16 1852/6
1853/12 1853/17
1854/5 1855/13
1855/22 1860/20
1864/18 1866/13
1867/9 1867/18
1868/12 1868/22
1869/1 1871/19
1871/25 1872/5 1872/7
1872/13 1873/19
1880/20 1882/18
1883/1 1883/7 1883/13
1883/18 1884/2 1884/6
1890/24 1894/11
1911/1 1911/6 1911/12
1925/17 1945/24
1954/23 1955/2
**THE COURT: [137]**
1791/4 1791/23
1792/20 1792/22
1794/10 1798/9
1798/20 1799/2 1799/6
1799/10 1799/14
1799/16 1799/23
1800/3 1800/7 1800/9
1800/13 1800/18
1800/21 1801/2 1801/6
1801/9 1801/13 1803/2
1811/9 1811/11 1816/3
1819/5 1821/22
1825/15 1825/21
1825/23 1826/5 1829/5
1829/15 1830/1 1833/6
1834/4 1835/6 1836/11
1836/15 1837/21
1837/23 1838/17
1844/23 1845/16
1846/5 1846/13
1846/18 1847/6 1848/2

1851/6 1852/2 1853/16
1853/19 1853/25
1854/6 1854/8 1854/11
1855/9 1855/16
1860/17 1864/16
1867/14 1868/9
1868/14 1868/20
1869/11 1869/19
1869/24 1870/8
1870/10 1870/15
1871/1 1871/5 1871/15
1871/18 1871/23
1872/4 1872/10
1872/21 1873/4
1873/17 1873/25
1874/3 1874/7 1874/11
1874/14 1874/18
1874/22 1875/6 1875/9
1875/18 1875/21
1876/9 1876/18
1876/24 1877/5
1880/18 1883/3 1883/5
1883/8 1883/16 1884/1
1884/3 1884/14 1891/1
1891/3 1894/13
1901/21 1911/9 1923/3
1923/15 1925/21
1925/23 1943/6
1945/25 1951/13
1951/18 1952/22
1953/2 1955/1 1955/4
1956/22 1956/25
1957/4 1957/7 1957/9
1957/12 1957/18
1957/22 1957/25
1958/2 1958/4
**THE WITNESS: [15]**
1901/20 1923/17
1925/20 1946/2
1951/17 1952/23
1952/25 1953/6 1955/8
1956/21 1957/11
1957/21 1957/24
1958/1 1958/3

**'**
**'21 [1]** 1818/4
**'blue.' [1]** 1806/1
**'call [1]** 1806/7
**'I [1]** 1804/21
**'I was [1]** 1804/21
**'red, [1]** 1806/1
**'red.' [1]** 1806/4
**'the [1]** 1806/14
**'white,' [1]** 1806/1

**.**
**.1 [1]** 1911/8
**.13.32 [1]** 1815/17
**.A.2 [1]** 1825/20

**0**
**08077 [1]** 1787/13
**0826 [1]** 1787/18

**1**
**1.S.159.524 [1]**
1823/16

1824/11 1826/1
**1.S.159.524.A.2 [4]**
1825/3 1826/2 1826/17
1826/25
**1.S.159.525 [1]**
1823/24
**1.S.159.526 [1]**
1817/18
**1.S.159.A.1 [2]** 1825/19
1826/9
**1.S.321.2 [1]** 1830/11
**1.S.656.10101 [1]**
1881/25
**1.S.696.12977 [1]**
1880/14
**10 [5]** 1791/11 1868/17
1868/21 1903/5 1935/1
**100 [2]** 1868/5 1928/21
**1000.4 [1]** 1814/10
**1000.4.TR [2]** 1811/17
1814/14
**1004 [1]** 1814/10
**10101 [1]** 1882/19
**10102 [2]** 1882/1
1882/19
**106 [1]** 1873/7
**108 [1]** 1863/8
**11 [2]** 1838/15 1956/8
**110 [2]** 1863/9 1877/20
**112 [1]** 1880/23
**11:00 [4]** 1868/10
1868/16 1868/21
1890/18
**11:02 [1]** 1874/17
**11:12 [1]** 1874/17
**12 [1]** 1904/4
**12977 [1]** 1880/24
**12:55 [1]** 1818/15
**12:57 [1]** 1958/6
**130 [1]** 1850/15
**1304 [1]** 1794/18
**137 [1]** 1850/12
**139 [1]** 1850/15
**14 [3]** 1802/8 1802/11
1802/20
**1460 [1]** 1786/12
**14th [2]** 1927/21
1927/22
**15 [10]** 1785/4 1791/7
1861/15 1861/18
1869/1 1893/15 1903/5
1904/4 1930/5 1935/1
**1532 [1]** 1864/1
**15s [1]** 1935/1
**15th [2]** 1861/20
1927/18
**16th [1]** 1863/4
**17110 [1]** 1786/15
**17th [4]** 1863/4
1863/16 1863/20
1865/23
**18 [2]** 1918/6 1942/5
**1808 [1]** 1787/3
**19th [3]** 1863/19
1863/20 1865/24
**1:00 [1]** 1957/12
**1:30 [1]** 1921/24

**2**
**20 [2]** 1793/6 1935/1
**20001 [1]** 1788/5
**2001 [1]** 1850/12
**2001.C.2.D [2]** 1845/7
1845/9
**2001.C.2.E [3]** 1848/1
1848/2 1848/4
**2001.T.129.39 [5]**
1850/25 1851/8
1855/15 1855/24
1856/4
**2001.T.129.65 [1]**
1851/8
**20010 [1]** 1787/4
**2002 [7]** 1838/10
1838/14 1838/18
1838/19 1838/20
1839/6 1870/4
**2002.79.A [2]** 1839/13
1839/16
**2002.T.79.A [1]**
1842/24
**20036 [1]** 1787/9
**2006 [1]** 1787/12
**2018 [1]** 1900/15
**202 [4]** 1785/16 1787/4
1787/9 1788/5
**2020 [16]** 1803/15
1806/19 1816/15
1832/8 1832/9 1886/7
1889/18 1889/19
1889/20 1889/22
1891/7 1891/15 1931/7
1944/3 1945/10
1945/15
**2021 [10]** 1818/8
1818/14 1833/13
1836/6 1836/19 1849/6
1856/12 1863/5
1863/16 1925/15
**2021-01-15 [2]** 1861/15
1861/18
**2022 [2]** 1785/5 1959/7
**20579 [1]** 1785/16
**20th [2]** 1863/24
1864/12
**21061-3065 [1]**
1787/18
**214 [2]** 1786/5 1786/9
**22-15 [2]** 1785/4
1791/7
**22.E.1 [4]** 1820/12
1820/25 1821/3 1822/3
**22.E.1.A.3 [1]** 1821/7
1821/21 1821/23
1823/6
**22.E.A.3 [2]** 1827/1
1827/2
**22.S.456.B [3]** 1910/9
1911/4 1911/7
**22.S.517.A [4]** 1818/10
1819/3 1819/5 1819/6
**22.S.560 [1]** 1833/19
**22.S.560.A [3]** 1832/15
1833/3 1833/7

**22.S.560.B [2]** 1834/3 1834/5
**22.S.565.A [3]** 1834/21 1835/5 1835/7
**22.T [1]** 1815/16
**22.T.13.32 [3]** 1816/2 1816/3 1816/4
**22.T.15.26 [1]** 1819/23
**22.T.17.9 [3]** 1835/24 1836/10 1836/12
**22.T.27.2894 [4]** 1866/21 1867/11 1867/14 1867/16
**22.V.2 [2]** 1844/12 1844/15
**2255 [1]** 1818/15
**2384 [1]** 1879/12
**24 [1]** 1918/6
**252-7277 [1]** 1785/16
**252-9900 [1]** 1786/5
**2615 [1]** 1787/9
**27 [2]** 1885/15 1943/16
**29.P [1]** 1911/7
**29.P.1 [4]** 1910/11 1911/3 1911/9 1911/10
**2:00 [6]** 1921/25 1951/23 1957/13 1957/20 1957/25 1958/6
**2:11 [1]** 1856/12
**2:40 [1]** 1857/15
**2:48 [2]** 1857/9 1857/10
**2nd [4]** 1803/13 1803/15 1818/5 1818/8

**3**
**30 [2]** 1831/4 1934/18
**300 [1]** 1787/17
**302 [2]** 1875/3 1876/10
**3065 [1]** 1787/18
**30s [1]** 1865/2
**30th [3]** 1822/4 1822/6 1822/12
**318 [1]** 1786/12
**3249 [1]** 1788/5
**3300 [2]** 1786/3 1786/7
**333 [1]** 1788/4
**34 [1]** 1865/6
**35 [1]** 1865/5
**3500 [2]** 1900/15 1931/9
**352-2615 [1]** 1787/9
**354-3249 [1]** 1788/5
**38 [1]** 1831/24
**3:05 [2]** 1859/2 1859/3
**3:09 [1]** 1860/23
**3:20 [2]** 1862/8 1862/15
**3rd [2]** 1818/14 1819/18

**4**
**40 [2]** 1856/23 1856/25
**4031 [1]** 1786/15
**404 [1]** 1847/10
**41 [1]** 1857/2

**412-4676 [1]** 1786/16
**42 [1]** 1857/5
**43 [1]** 1857/8
**44 [1]** 1857/16
**46 [1]** 1857/24
**4676 [1]** 1786/16
**48 [3]** 1865/9 1865/10 1865/11
**487-1460 [1]** 1786/12
**49 [1]** 1858/15
**4th [3]** 1816/15 1833/13 1879/19

**5**
**50 [1]** 1858/18
**51 [2]** 1831/3 1858/21
**52 [1]** 1859/1
**53 [1]** 1859/12
**54 [1]** 1859/18
**55 [1]** 1859/23
**56 [1]** 1860/4
**57 [1]** 1860/22
**5708 [1]** 1787/13
**58 [1]** 1861/2
**59 [1]** 1861/5
**5:00 [3]** 1919/17 1919/17 1921/6
**5:45 [1]** 1818/8
**5th [2]** 1836/6 1836/19

**6**
**60 [1]** 1861/9
**601 [2]** 1785/15 1787/7
**607-5708 [1]** 1787/13
**61 [1]** 1861/21
**62 [1]** 1861/24
**6276 [1]** 1892/4
**63 [1]** 1862/3
**64 [1]** 1862/7
**65 [3]** 1850/25 1855/15 1862/14
**656 [1]** 1882/20
**6623 [14]** 1802/16 1802/17 1824/7 1830/23 1839/14 1841/17 1841/17 1842/21 1842/22 1843/3 1851/12 1880/21 1880/23 1883/23
**6:00 [2]** 1858/4 1921/7
**6th [29]** 1822/14 1823/11 1827/7 1832/12 1835/16 1837/3 1838/4 1843/20 1843/24 1845/25 1846/2 1849/8 1856/12 1858/7 1859/2 1859/3 1861/20 1866/17 1866/25 1867/22 1872/1 1873/3 1873/3 1874/7 1879/15 1879/24 1925/15 1941/25 1942/1
**6thth [1]** 1880/4

**7**
**7-Eleven [1]** 1916/9

**71301 [1]** 1786/11
**717 [1]** 1786/16
**720-7777 [1]** 1786/9
**725.5 [1]** 1914/17
**7277 [1]** 1785/16
**7310 [1]** 1787/17
**7447 [1]** 1787/4
**75219 [2]** 1786/4 1786/8
**76 [1]** 1841/17
**77 [1]** 1842/22
**7777 [1]** 1786/9
**78 [1]** 1843/4
**787-0826 [1]** 1787/18
**79A [1]** 1839/13
**7:46 [1]** 1867/23
**7th [3]** 1879/20 1931/7 1937/2

**8**
**819 [1]** 1786/11
**856 [1]** 1787/13
**8:00 [1]** 1927/23

**9**
**900 [1]** 1787/8
**902 [1]** 1838/15
**921 [1]** 1794/17
**9900 [1]** 1786/5
**996-7447 [1]** 1787/4
**9:00 [1]** 1951/23
**9:15 [1]** 1785/6
**9th [2]** 1813/25 1830/19

**A**
**a.m [4]** 1785/6 1874/17 1874/17 1958/6
**AAR [2]** 1921/19 1922/4
**ability [2]** 1806/16 1869/3
**able [16]** 1804/15 1837/9 1837/12 1861/12 1861/13 1862/10 1862/17 1863/6 1870/2 1898/16 1904/14 1907/14 1916/8 1916/13 1916/23 1924/10
**about [145]** 1792/13 1792/23 1793/4 1793/10 1793/11 1793/13 1793/13 1793/17 1794/6 1794/14 1795/10 1796/9 1796/19 1797/4 1797/8 1798/15 1798/25 1802/7 1807/21 1809/17 1809/18 1809/19 1810/8 1813/17 1813/25 1814/18 1816/16 1817/5 1817/6 1817/12 1818/16 1820/2 1820/8 1820/23 1823/17 1826/19

1829/22 1830/6
1835/16 1835/20
1837/2 1837/3 1837/5
1837/23 1838/3 1838/4
1840/6 1842/16
1842/18 1843/17
1844/2 1846/1 1849/8
1849/18 1851/18
1851/18 1852/9 1853/7
1854/23 1854/24
1855/6 1855/7 1855/7
1855/19 1856/20
1857/6 1862/25
1864/14 1865/5 1865/7
1866/16 1866/7
1869/20 1871/7
1872/10 1874/5 1877/8
1877/14 1877/19
1879/3 1879/18
1879/18 1880/25
1881/13 1883/9 1886/8
1888/12 1888/17
1888/19 1888/20
1889/18 1890/7
1890/18 1893/17
1895/1 1895/8 1895/11
1896/20 1897/19
1898/2 1898/6 1898/21
1900/4 1900/19 1901/2
1901/13 1903/4
1903/11 1903/16
1906/20 1907/10
1909/20 1917/14
1917/24 1919/17
1920/10 1920/13
1921/16 1921/19
1921/23 1921/24
1924/14 1926/16
1932/23 1934/8
1937/25 1938/6
1938/13 1938/16
1942/23 1943/21
1944/21 1948/4
1949/18 1950/12
1950/16 1950/18
1950/21 1953/9
1953/18 1957/6
1957/20 1957/25
**above [4]** 1840/19
1912/2 1912/13 1959/4
**above-titled [1]** 1959/4
**absolutely [7]** 1858/23
1880/11 1886/25
1926/15 1934/14
1938/11 1945/8
**accept [1]** 1939/10
**accessible [1]** 1808/11
**accompanied [1]**
1840/20
**according [1]** 1862/5
**account [3]** 1838/24
1839/21 1864/22
1876/22
**accurate [10]** 1815/22
1818/24 1882/7
1882/13 1882/15
1910/23 1929/2

1813 1934/16
1937/12
**across [4]** 1872/15
1890/1 1902/15 1944/8
**act [15]** 1806/9 1815/5
1881/15 1881/20
1881/22 1900/18
1901/8 1901/17 1902/2
1902/3 1905/6 1906/11
1909/4 1919/6 1948/17
**action [2]** 1906/24
1921/18
**actions [1]** 1803/20
**active [1]** 1941/18
**acts [1]** 1813/21
**actual [4]** 1796/3
1805/19 1805/23
1846/20
**actually [38]** 1792/5
1794/1 1795/17 1796/3
1810/4 1810/10
1816/23 1817/25
1838/11 1841/18
1850/4 1851/12
1864/24 1866/2
1876/22 1889/13
1889/14 1892/8
1894/19 1896/20
1897/16 1897/18
1902/18 1907/3
1911/15 1917/9
1917/10 1918/7 1922/2
1929/2 1931/9 1934/7
1935/7 1936/13
1940/19 1941/9
1953/11 1956/5
**add [2]** 1792/5 1792/9
**addendum [4]** 1811/23
1811/24 1811/25
1812/1
**adding [1]** 1808/9
**addition [1]** 1948/14
**additional [8]** 1871/2
1873/5 1873/9 1878/24
1879/9 1879/10 1925/7
1932/21
**Additionally [1]**
1808/13
**address [2]** 1865/15
1897/12
**addressed [5]** 1814/1
1845/19 1870/19
1897/18 1897/18
**admissibility [6]**
1792/11 1794/19
1794/22 1795/6
1795/11 1795/22
**admissible [3]** 1795/2
1846/6 1847/8
**admission [4]** 1794/24
1846/6 1846/6 1846/21
**admit [11]** 1816/1
1833/2 1834/2 1836/9
1838/15 1846/14
1847/18 1851/1
1867/10 1871/23
1911/2
**admitted [16]** 1790/4

admitted... **[15]** 1816/3
1819/5 1821/22
1825/23 1833/5 1833/6
1834/4 1835/6 1836/11
1838/18 1838/19
1848/2 1851/6 1867/15
1911/9
admittedly **[1]** 1931/23
**Adrian [1]** 1861/4
advance **[2]** 1866/17
1946/7
advice **[2]** 1799/3
1951/23
advisable **[1]** 1812/24
advised **[1]** 1845/21
affidavit **[17]** 1838/5
1840/7 1841/19
1849/18 1849/20
1851/17 1863/6 1863/8
1863/9 1863/15
1864/23 1864/25
1865/1 1865/2 1865/20
1865/21 1877/20
affiliated **[3]** 1869/8
1869/22 1887/21
affiliates **[3]** 1814/2
1892/17 1895/18
after **[24]** 1794/6
1796/15 1816/16
1818/16 1819/18
1835/1 1838/4 1848/17
1849/11 1852/19
1868/1 1868/17
1868/21 1891/13
1901/25 1902/3 1921/5
1921/18 1922/3
1924/19 1940/10
1941/9 1947/14
1951/23
after-action **[1]**
1921/18
afternoon **[8]** 1818/8
1833/17 1836/23
1858/7 1896/24 1900/1
1919/9 1921/3
afternoonish **[1]**
1896/19
afterwards **[1]** 1855/1
again **[35]** 1793/24
1795/11 1795/21
1801/15 1813/2
1819/18 1821/6
1826/11 1829/11
1842/21 1844/13
1850/23 1853/8
1853/13 1855/14
1862/4 1862/20
1866/15 1870/18
1870/24 1872/5
1877/11 1881/9 1890/9
1894/1 1896/8 1905/7
1918/17 1922/8
1923/11 1925/11
1932/19 1937/9 1938/5
1951/4
against **[5]** 1796/8
1797/11 1797/18

age **[2]** 1942/7 1942/9
agencies **[1]** 1954/21
1956/3 1956/10
agent **[76]** 1792/3
1798/14 1801/22
1801/23 1802/4 1813/5
1813/17 1815/14
1815/15 1816/9 1817/3
1817/3 1817/18
1817/19 1818/3
1818/10 1818/11
1820/12 1820/13
1821/6 1821/10 1823/7
1824/10 1827/21
1830/5 1831/6 1831/22
1832/14 1833/11
1833/19 1834/21
1835/24 1836/17
1837/2 1838/2 1838/23
1839/15 1842/25
1844/19 1845/6
1845/11 1848/9
1849/17 1850/8
1851/18 1852/5
1852/12 1852/13
1852/22 1853/1
1853/13 1854/18
1854/24 1855/12
1856/2 1862/23
1862/24 1864/4
1864/13 1866/15
1866/20 1867/20
1868/8 1877/7 1877/11
1878/23 1881/12
1881/25 1882/2
1883/18 1884/4 1907/1
1907/2 1907/4 1907/13
1907/21
**Agent Palian [5]**
1801/22 1801/23
1845/11 1850/8 1884/4
agent's **[1]** 1854/14
ago **[8]** 1792/23 1847/3
1881/1 1931/13
1933/19 1937/1 1953/9
1953/10
agree **[6]** 1901/16
1928/7 1934/12
1934/21 1939/11
1946/3
agreed **[7]** 1872/9
1887/7 1921/21
1921/22 1923/23
1925/6 1945/12
agreement **[1]** 1902/5
ahead **[1]** 1874/22
1899/4 1947/3
aid **[1]** 1905/10
aided **[1]** 1788/7
ain't **[2]** 1858/23
1915/13
airport **[4]** 1857/22
1908/13 1937/3 1937/4
**AL [1]** 1785/6
**Alexandra [1]** 1791/12
**Alexandra [1]** 1786/11
all **[80]** 1791/2 1791/21

1794/10 1795/2 1797/2
1797/13 1797/24
1798/1 1798/20
1798/21 1801/15
1802/13 1805/17
1806/17 1807/25
1808/1 1812/9 1822/17
1825/23 1838/17
1843/10 1853/3 1853/7
1854/12 1854/23
1857/25 1859/24
1866/8 1866/9 1868/2
1868/18 1870/11
1871/7 1874/15
1874/22 1875/12
1875/25 1878/13
1883/3 1883/22
1894/16 1897/7
1897/24 1903/6 1905/4
1907/13 1908/4
1909/11 1909/13
1912/1 1914/12
1919/20 1921/6 1921/8
1921/17 1922/1
1922/11 1923/15
1928/5 1931/8 1935/11
1935/24 1936/10
1936/14 1937/24
1938/24 1941/3
1941/13 1941/13
1942/25 1947/3
1950/20 1954/21
1955/12 1956/22
1957/16 1957/18
1958/5
**All right [2]** 1825/23
1874/22
alleged **[6]** 1797/9
1797/16 1877/15
1878/3 1879/13
1881/20
allow **[2]** 1852/13
1874/1
allowed **[3]** 1848/17
1853/1 1949/16
almost **[3]** 1921/24
1956/12 1957/12
along **[1]** 1827/10
already **[10]** 1795/20
1817/25 1838/13
1870/16 1880/13
1880/18 1896/21
1910/3 1914/16
1929/20
also **[33]** 1793/10
1803/11 1806/15
1809/19 1820/8
1829/21 1831/19
1833/22 1834/19
1842/23 1849/17
1852/6 1852/8 1857/14
1859/15 1860/9
1877/25 1891/18
1904/11 1904/16
1906/9 1907/20 1911/3
1913/18 1913/19
1924/20 1935/21

1947/14 1947/19
1950/22 1956/1
alternative **[1]** 1839/14
although **[2]** 1798/15
1853/17
always **[1]** 1803/22
1805/3
am **[8]** 1803/21 1809/3
1829/18 1885/9 1886/2
1924/4 1926/5 1955/20
amended **[5]** 1863/9
1863/17 1864/25
1877/21 1877/24
**Amendment [1]**
1938/10
**AMERICA [2]** 1785/3
1791/8
**American [2]** 1881/10
1933/5
**Americans [1]** 1836/22
**AMIT [2]** 1785/9 1791/3
**Amit P. Mehta [1]**
1791/3
among **[3]** 1933/12
1934/10 1936/10
amount **[1]** 1860/14
amounts **[1]** 1938/25
**Anew [1]** 1809/11
anniversary **[1]** 1915/9
announced **[1]**
1948/17
announcing **[1]**
1852/19
another **[18]** 1793/16
1795/4 1825/5 1826/24
1843/11 1862/8
1862/15 1870/24
1883/22 1893/15
1904/15 1911/6 1912/7
1912/13 1922/7
1930/13 1932/16
1954/15
answer **[6]** 1805/4
1880/1 1880/6 1901/23
1945/25 1947/1
answered **[1]** 1880/19
answers **[1]** 1795/19
anti **[1]** 1899/18
anticipate **[1]** 1853/13
**Antifa [31]** 1793/3
1793/4 1793/8 1796/8
1813/19 1814/6
1814/18 1814/24
1815/7 1815/10 1846/3
1852/11 1888/13
1898/13 1898/21
1899/10 1899/16
1899/17 1899/21
1908/20 1908/22
1918/18 1922/16
1932/17 1933/5 1938/3
1947/22 1947/25
1948/1 1948/13
1948/18
any **[52]** 1795/7
1795/13 1797/13
1797/13 1797/21

1798/18 1826/15
1829/10 1829/11
1829/12 1831/12
1831/14 1831/16
1832/10 1837/15
1838/17 1842/7 1844/8
1845/2 1846/21
1848/21 1864/14
1864/15 1866/1 1866/9
1870/2 1873/17
1875/11 1876/2 1876/2
1879/22 1880/7
1881/19 1891/1
1900/10 1900/10
1901/13 1909/2
1912/19 1917/21
1918/24 1932/5
1932/13 1935/10
1936/17 1941/3
1956/12
anybody **[7]** 1854/22
1899/8 1904/10
1918/24 1919/22
1951/8 1953/2
anymore **[3]** 1804/18
1940/9 1941/19
anyone **[6]** 1848/13
1893/13 1911/23
1917/21 1918/22
1957/23
anything **[19]** 1792/6
1793/22 1798/1
1798/21 1837/16
1871/23 1875/22
1878/21 1881/6 1888/1
1902/21 1908/19
1920/2 1924/9 1937/21
1939/19 1941/5
1942/15 1943/2
anywhere **[2]** 1797/13
1946/25
apologize **[9]** 1825/17
1825/18 1826/4
1829/25 1872/6
1887/10 1933/22
1934/1 1953/1
app **[1]** 1916/23
apparent **[1]** 1828/25
appealed **[1]** 1944/24
**Appeals [1]** 1794/16
appear **[3]** 1824/23
1910/23 1911/16
appearance **[1]**
1896/25
**APPEARANCES [4]**
1785/13 1785/19
1786/17 1787/20
appears **[8]** 1802/24
1811/1 1841/25 1842/2
1842/6 1842/12 1849/6
1914/18
appellate **[1]** 1871/11
application **[6]**
1808/10 1808/11
1824/25 1862/25
1866/2 1892/16

**A**

**applied [5]** 1852/22
1857/12 1863/3
1863/12 1878/25
**applies [1]** 1796/1
**apply [6]** 1795/12
1795/23 1810/13
1863/17 1878/15
1878/20
**applying [4]** 1849/25
1852/12 1852/14
1856/17
**appointed [1]** 1888/3
**appreciate [3]** 1918/3
1931/22 1947/7
**approach [3]** 1799/8
1850/6 1863/7
**approached [1]**
1919/24
**approaching [1]**
1868/10
**appropriate [4]**
1795/15 1807/10
1812/13 1829/13
**approve [1]** 1926/14
**approximately [8]**
1818/18 1864/20
1893/16 1904/2 1904/5
1908/14 1918/6 1937/7
**AR [1]** 1935/1
**AR-15s [1]** 1935/1
**Arabic [1]** 1809/22
**architecture [1]**
1808/10
**are [73]** 1791/21
1792/5 1795/19 1801/5
1801/21 1803/22
1805/3 1807/8 1807/20
1807/25 1808/1 1809/1
1809/15 1809/16
1812/18 1812/21
1824/1 1824/24
1825/18 1833/15
1836/20 1848/17
1850/8 1850/11
1851/16 1851/17
1851/25 1852/1 1852/3
1852/11 1852/18
1852/20 1853/7
1853/22 1855/23
1857/10 1857/25
1859/24 1861/12
1864/4 1864/7 1865/19
1865/20 1873/5
1873/22 1876/4
1876/14 1876/15
1877/9 1878/23 1879/8
1879/10 1881/3
1882/13 1882/14
1882/17 1885/25
1886/3 1886/24
1894/25 1895/8
1907/18 1907/18
1910/3 1926/4 1926/5
1932/8 1941/14 1951/7
1952/5 1953/15
1954/13 1956/4
**area [22]** 1804/18

1822/24 1826/20
1827/6 1827/6 1827/8
1827/11 1827/13
1827/16 1837/9
1840/22 1887/16
1887/18 1893/9
1902/13 1902/16
1931/10 1937/6 1937/9
1938/8
**areas [4]** 1809/25
1865/1 1888/17
1954/16
**aren't [2]** 1795/19
1853/14
**argument [6]** 1793/2
1869/2 1872/24
1873/13 1873/16
1930/14
**Arizona [3]** 1924/23
1951/6 1956/9
**Arlington [5]** 1828/6
1916/12 1917/15
1929/7 1930/2
**arm [1]** 1898/7
**armed [1]** 1946/23
**armored [1]** 1857/21
**arms [4]** 1812/15
1903/5 1903/12 1904/3
**Army [2]** 1885/17
1885/17
**around [17]** 1793/3
1806/19 1832/5 1836/6
1844/20 1863/5
1890/11 1894/3
1896/11 1898/5
1899/15 1911/19
1921/21 1921/22
1929/18 1953/4 1958/5
**Arpaio [2]** 1924/22
1951/6
**arrest [15]** 1796/23
1838/6 1840/9 1841/9
1841/19 1849/19
1852/25 1854/16
1856/18 1857/13
1862/25 1863/12
1877/22 1878/15
1879/1
**arrested [2]** 1796/25
1866/3
**arrival [1]** 1953/10
**arrive [2]** 1834/11
1898/13
**arrived [1]** 1922/4
**arrow [9]** 1912/2
1912/7 1912/13
1912/21 1913/7 1913/9
1913/17 1913/21
1914/5
**ARs [1]** 1903/15
**articulate [1]** 1809/25
**as [124]** 1794/19
1795/24 1795/25
1797/12 1798/7 1798/7
1798/9 1798/13
1801/19 1801/19
1802/16 1802/19

1806/9 1806/23
1806/23 1809/1
1812/22 1812/22
1813/20 1814/17
1818/6 1824/11
1826/14 1831/6
1836/18 1841/13
1841/22 1842/23
1845/7 1845/24
1847/13 1850/12
1852/4 1853/4 1853/4
1856/3 1860/15 1863/8
1863/11 1865/12
1865/13 1867/3 1869/6
1873/2 1873/9 1873/15
1876/5 1876/12
1876/12 1877/20
1879/11 1880/13
1882/11 1882/12
1883/23 1890/2 1890/2
1891/7 1891/9 1892/9
1892/9 1892/11
1892/11 1893/1
1894/21 1896/5
1897/19 1898/23
1899/15 1899/15
1899/21 1902/14
1905/5 1905/6 1906/3
1906/18 1906/18
1911/7 1911/8 1911/20
1912/10 1913/7
1913/24 1914/1
1914/12 1914/16
1915/20 1916/9
1917/14 1918/20
1919/6 1919/15
1919/16 1919/19
1919/19 1922/19
1924/1 1927/11
1930/10 1931/9
1932/16 1933/6 1935/7
1937/6 1937/14
1937/14 1938/1 1938/3
1939/17 1940/10
1940/24 1944/3
1944/23 1948/1
1949/25 1950/6 1950/9
1950/13 1950/23
1951/4 1956/1 1956/15
**Asian [1]** 1836/22
**aside [1]** 1796/2
**ask [29]** 1794/8 1798/8
1798/14 1799/8 1803/2
1829/22 1837/23
1842/18 1851/18
1852/2 1864/16
1864/24 1870/3
1873/21 1876/5
1876/25 1878/25
1887/25 1895/11
1900/2 1900/19 1913/4
1923/16 1946/25
1947/5 1947/10
1956/22 1957/19
1957/22
**asked [31]** 1792/12
1795/18 1798/3

1829/19 1829/21
1830/5 1837/3 1837/5
1838/2 1840/6 1840/11
1842/15 1843/17
1846/1 1849/7 1849/17
1862/23 1862/24
1866/15 1877/14
1877/19 1878/6 1879/2
1879/17 1879/22
1881/13 1889/4 1889/6
1907/17
**asking [11]** 1793/4
1802/6 1817/4 1835/19
1847/18 1908/2
1930/24 1933/16
1936/18 1942/25
1947/3
**assert [1]** 1799/1
**assertion [1]** 1849/19
**asses [1]** 1950/21
**assist [1]** 1908/4
**assistance [1]** 1837/13
**assistant [1]** 1927/14
**assisting [1]** 1949/2
**associated [1]** 1838/25
**associates [2]** 1786/14
1820/2
**associating [1]**
1940/14
**Association [2]**
1924/21 1925/5
**assume [2]** 1876/10
1949/6
**assumption [1]**
1906/16
**ate [1]** 1929/22
**att.net [1]** 1786/12
**attach [1]** 1824/4
**attached [6]** 1803/18
1804/4 1821/14 1823/4
1824/19 1824/21
**attack [5]** 1922/17
1922/17 1922/21
1924/16 1948/18
**attacked [2]** 1898/12
1918/18
**attacking [4]** 1898/22
1898/24 1925/12
1932/19
**attacks [1]** 1888/13
**attempt [2]** 1813/20
1880/9
**attend [2]** 1804/12
1804/13
**attendance [1]** 1948/9
**attended [1]** 1945/14
**attending [5]** 1892/7
1944/23 1946/16
1946/19 1948/4
**attention [4]** 1855/18
1865/9 1888/23 1919/1
**attire [1]** 1908/25
**ATTORNEY'S [1]**
1785/15
**attracted [3]** 1952/6
1952/14 1955/22
**attributable [6]**

1809/6 1812/18 1813/4
1813/10
**audio [3]** 1844/25
1845/2 1845/3
**August [3]** 1886/6
1926/17 1944/3
**authorities [1]** 1940/1
**authority [2]** 1808/7
1808/11
**auxiliary [2]** 1924/24
1951/6
**available [1]** 1812/12
**Avenue [5]** 1786/3
1786/7 1787/7 1788/4
1823/2
**average [1]** 1935/1
**avoid [4]** 1805/19
1805/22 1923/16
1925/10
**Avoids [1]** 1823/2
**aware [12]** 1793/1
1793/2 1842/7 1878/23
1878/24 1891/9
1891/17 1931/2
1931/23 1931/24
1944/8 1952/13
**away [6]** 1868/6
1908/14 1916/4 1937/6
1941/10 1941/12
**awesome [2]** 1857/6
1857/17
**axe [2]** 1811/2 1811/16

**B**

**baby [3]** 1898/23
1922/20 1922/20
**back [59]** 1791/23
1793/15 1796/19
1798/25 1801/14
1801/22 1804/15
1811/5 1811/19
1811/20 1814/25
1824/6 1826/5 1826/9
1846/11 1848/18
1860/25 1877/6 1889/2
1889/2 1898/19
1902/17 1903/20
1904/3 1906/7 1907/2
1907/8 1907/16
1908/17 1908/18
1909/7 1919/11
1919/15 1919/21
1919/21 1920/4 1920/5
1920/8 1921/5 1921/9
1921/11 1921/22
1927/17 1927/21
1928/1 1928/7 1928/12
1928/14 1928/15
1928/18 1928/21
1929/9 1929/23 1930/3
1930/9 1932/10
1932/15 1952/10
1957/19
**background [1]**
1804/17
**backhoe.' [1]** 1804/21
**bad [3]** 1938/22 1939/6

bad... [1] 1953/20
badmouthing [1]
1922/5
bait [1] 1950/5
baiting [1] 1950/21
balcony [2] 1840/25
1868/1
ball [1] 1849/11
Ballston [4] 1828/4
1828/5 1834/15
1834/19
barrels [1] 1934/24
BARRETT [2] 1786/3
1788/4
base [1] 1940/17
baseball [1] 1898/8
based [9] 1829/13
1829/13 1834/16
1907/4 1927/16
1933/17 1934/12
1940/3 1945/3
basically [9] 1793/3
1920/23 1922/5
1923/22 1932/10
1941/10 1941/13
1941/14 1951/8
Basin [1] 1825/6
Basis [1] 1845/16
bats [1] 1900/10
battle [1] 1810/13
battling [1] 1846/3
be [160] 1791/4 1793/7
1795/21 1796/7
1796/18 1797/5 1801/9
1801/13 1802/15
1802/24 1804/11
1804/14 1804/15
1805/7 1805/24 1806/1
1806/4 1806/5 1806/8
1808/7 1808/8 1808/13
1811/1 1812/3 1812/6
1812/8 1812/8 1812/10
1812/12 1812/13
1812/14 1812/22
1812/24 1813/3
1813/10 1816/3
1816/21 1819/5
1821/22 1825/16
1825/23 1825/24
1828/1 1829/12
1829/13 1830/11
1831/20 1833/5 1834/4
1836/22 1838/19
1841/23 1842/1 1842/6
1842/8 1842/22
1842/23 1846/25
1848/2 1849/6 1850/5
1850/24 1851/6
1851/15 1852/7
1852/21 1853/1
1854/11 1854/23
1855/1 1855/5 1855/9
1859/21 1860/16
1860/18 1862/2 1863/6
1866/10 1867/15
1868/10 1870/2
1870/22 1871/11

1878/20 1881/20
1878/24 1881/20
1886/15 1887/23
1889/9 1892/10
1897/20 1897/21
1897/23 1898/4
1898/10 1898/12
1898/12 1899/11
1899/12 1899/13
1899/14 1899/17
1899/19 1900/17
1902/1 1905/2 1905/15
1906/10 1906/16
1906/23 1907/1 1909/3
1909/10 1910/23
1911/9 1912/23
1914/18 1916/7 1916/7
1916/23 1918/2
1918/18 1919/17
1921/23 1922/13
1922/19 1924/9
1924/24 1930/13
1932/9 1933/6 1935/18
1935/21 1936/18
1937/11 1938/6 1938/7
1939/3 1942/14
1942/16 1942/18
1942/19 1942/24
1942/24 1943/1 1945/1
1947/19 1947/22
1948/8 1948/10
1950/11 1950/14
1950/24 1955/14
1955/15 1955/19
1955/25 1956/1
1957/19
bear [2] 1871/2
1951/14
beat [3] 1922/22
1924/16 1925/12
beat-down [3] 1922/22
1924/16 1925/12
beating [2] 1950/21
1956/17
became [3] 1886/9
1887/25 1901/2
because [66] 1792/25
1795/12 1796/18
1796/20 1798/14
1808/22 1815/4 1826/6
1829/8 1846/22 1847/1
1854/16 1855/7
1862/20 1869/25
1870/6 1870/10
1873/19 1873/22
1874/3 1876/13 1880/5
1884/15 1888/14
1889/16 1892/10
1896/21 1897/20
1898/25 1899/10
1902/14 1905/5 1905/7
1908/12 1910/17
1915/25 1918/1
1919/19 1919/25
1920/25 1921/6
1923/11 1923/24
1924/2 1924/19
1924/21 1926/21

1927/16 1929/7
1929/16 1929/24
1935/24 1937/20
1938/9 1938/24
1939/20 1945/7
1945/23 1947/2 1947/3
1948/8 1949/14
1950/20 1953/8
1955/14 1955/24
1956/3 1956/12
become [4] 1886/5
1888/1 1891/9 1891/17
bed [1] 1904/16
been [47] 1793/1
1793/2 1795/20
1797/13 1801/19
1802/19 1811/11
1824/10 1826/15
1844/14 1845/7 1855/9
1857/20 1863/7
1870/16 1877/19
1880/5 1880/13
1880/19 1890/7
1892/21 1893/7
1893/17 1897/16
1898/10 1907/4
1907/24 1908/3 1910/3
1913/5 1921/6 1922/11
1926/22 1927/18
1928/1 1939/16
1939/17 1941/16
1942/5 1944/13
1945/23 1946/15
1948/25 1949/3 1956/7
1956/8 1956/9
before [27] 1785/9
1798/2 1812/7 1812/25
1813/8 1820/3 1834/10
1835/16 1838/11
1849/8 1850/4 1852/12
1857/12 1863/22
1864/23 1868/23
1879/8 1886/12
1889/14 1889/23
1899/25 1900/8
1910/17 1917/10
1925/1 1928/1 1951/23
begin [1] 1802/6
beginning [3] 1802/18
1804/9 1831/2
begins [4] 1805/18
1806/2 1809/11
1849/12
behalf [1] 1874/20
behind [2] 1894/8
1919/22
being [17] 1791/25
1798/5 1806/11
1806/15 1812/25
1838/18 1848/24
1853/15 1869/8
1876/14 1879/4 1906/3
1914/1 1944/16 1948/1
1948/17 1951/25
belabor [1] 1792/19
belief [1] 1849/25
believe [63] 1792/18
1797/1 1797/4 1797/21
1797/23 1798/23

1817/15 1817/25
1820/10 1820/19
1822/7 1826/22
1829/11 1831/4 1832/3
1832/4 1839/22
1841/23 1846/25
1849/20 1860/1 1865/6
1865/6 1865/19
1865/22 1868/1
1871/12 1871/16
1871/25 1877/14
1878/7 1880/6 1886/7
1888/16 1888/16
1889/15 1889/19
1891/13 1892/21
1893/6 1893/6 1897/4
1898/15 1907/19
1910/19 1914/11
1920/20 1926/21
1926/25 1927/10
1927/19 1929/19
1936/20 1937/2
1938/22 1939/24
1940/3 1941/2 1951/3
1952/6
believed [8] 1859/9
1878/12 1906/21
1946/5 1946/9 1947/19
1950/24 1951/4
belong [1] 1908/20
belonged [1] 1914/11
belongings [1]
1858/24
below [1] 1915/3
bench [9] 1799/9
1829/6 1845/17 1848/3
1851/21 1854/10
1883/4 1883/17
1956/24
Berryville [1] 1858/23
Berwick [1] 1787/12
best [4] 1812/21
1822/15 1837/24
1928/5
better [3] 1916/2
1921/20 1922/5
between [20] 1829/16
1829/20 1829/22
1829/25 1845/2
1865/23 1869/14
1870/5 1870/12
1870/20 1871/23
1872/11 1904/4
1916/20 1927/23
1930/5 1932/16
1932/17 1939/6
1939/12
beyond [2] 1792/9
1883/11
Biden [3] 1863/21
1863/23 1866/6
bigger [2] 1810/4
1816/22
billion [1] 1794/6
Birthday [1] 1915/9
bit [14] 1801/17
1803/22 1810/4 1824/8

1825/20 1886/8
1887/18 1889/24
1889/25 1890/2 1907/7
1932/22 1951/16
1955/4
bitch [1] 1859/13
BIUT [1] 1858/19
black [6] 1814/11
1890/22 1890/22
1894/8 1908/25
1947/22
blast [1] 1823/2
blessed [1] 1926/5
BLM [18] 1888/13
1898/13 1898/21
1899/10 1899/18
1899/19 1899/21
1908/20 1908/22
1918/18 1922/16
1932/18 1933/5 1938/1
1947/25 1948/2
1948/13 1948/18
BLM-type [1] 1888/13
block [3] 1837/17
1876/21 1876/23
blocked [1] 1898/4
blood [2] 1923/24
1939/6
blow [1] 1815/3
blowing [1] 1803/6
blue [6] 1826/15
1836/21 1890/22
1894/9 1894/9 1911/19
boat [5] 1817/12
1818/6 1819/12
1819/16 1820/2
body [3] 1825/8
1825/10 1840/2
boil [1] 1849/15
bombs [1] 1815/3
born [1] 1956/5
both [8] 1792/11
1802/14 1820/19
1854/24 1877/13
1914/17 1931/10
1931/25
bother [1] 1941/19
bothers [1] 1926/9
bottom [10] 1804/5
1808/3 1808/21 1825/7
1826/14 1860/7
1913/18 1917/25
1918/4 1918/5
bought [2] 1924/5
1924/13
boundaries [1]
1907/18
Bowser [2] 1858/4
1858/6
boy [1] 1911/7
Boys [1] 1843/9
1899/10
Brad [1] 1952/9
Bradford [3] 1787/11
1787/14 1791/18
branch [3] 1885/16
1924/11 1924/11
BRAND [1] 1787/3

**B**

brandwoodwardlaw.com [1] 1787/5
breached [3] 1843/10 1857/11 1857/15
break [6] 1803/22 1868/11 1868/13 1868/15 1868/23 1957/13
breath [1] 1923/24
Breonna [1] 1888/17
Bride [2] 1840/13 1840/16
bridges [1] 1824/1
brief [2] 1836/23 1873/18
briefed [1] 1930/20
briefing [2] 1898/1 1898/2
Briefly [1] 1897/9
BRIGHT [7] 1786/3 1786/7 1791/14 1876/24 1876/24 1925/23 1943/6
bring [38] 1802/10 1813/6 1814/9 1815/13 1817/1 1817/17 1818/9 1819/22 1820/6 1820/11 1821/6 1823/6 1823/15 1823/24 1830/10 1830/22 1832/14 1833/18 1834/20 1835/23 1835/23 1838/9 1839/14 1845/6 1850/3 1851/11 1854/1 1854/3 1855/23 1866/20 1874/8 1880/12 1881/24 1900/21 1908/4 1917/21 1918/10 1948/25
bringing [2] 1801/5 1880/23
brings [2] 1815/4 1873/20
bro [2] 1819/17 1859/20
broader [1] 1879/16
broke [1] 1868/2
brother [2] 1803/18 1859/19
brought [11] 1793/11 1793/12 1793/21 1839/15 1869/4 1870/15 1888/23 1914/12 1917/20 1917/22 1918/12
Brown [1] 1794/17
building [11] 1787/8 1805/2 1835/15 1835/21 1837/10 1849/21 1850/1 1850/20 1852/20 1852/21 1860/11
bullets [1] 1813/9
bunch [2] 1851/23 1879/23
burner [3] 1808/24

Burnie [1] 1787/18
burning [1] 1888/15
bus [1] 1938/20
buses [2] 1836/24 1908/16
business [3] 1885/10 1885/19 1944/3
busy [1] 1954/8
button [1] 1917/2

**C**

cab [3] 1903/6 1903/9 1904/17
CAG [6] 1803/23 1804/1 1804/2 1819/17 1823/3 1834/13
Caldwell [141] 1787/16 1791/11 1791/20 1793/7 1793/12 1796/23 1797/7 1802/25 1803/7 1803/16 1803/18 1804/1 1805/12 1806/19 1806/22 1809/25 1810/17 1811/22 1816/11 1816/16 1816/19 1816/20 1817/3 1819/14 1820/1 1820/4 1820/7 1822/19 1827/3 1828/12 1828/13 1828/19 1828/22 1828/25 1829/11 1829/17 1829/20 1829/21 1830/15 1831/1 1831/6 1832/6 1832/19 1833/14 1833/15 1834/8 1834/14 1834/25 1835/13 1835/20 1836/5 1836/17 1836/18 1836/20 1837/9 1837/17 1838/3 1839/24 1841/12 1841/14 1841/23 1842/11 1842/15 1842/16 1843/4 1843/7 1843/8 1843/13 1843/14 1843/23 1843/24 1844/20 1847/2 1848/10 1848/19 1848/21 1849/4 1849/8 1849/9 1849/12 1849/20 1849/24 1850/9 1850/19 1852/1 1852/19 1854/19 1856/5 1856/18 1856/24 1856/25 1857/9 1859/2 1859/3 1859/7 1859/13 1859/16 1860/1 1860/10 1860/23 1861/9 1862/3 1862/8 1862/14 1862/23 1863/1 1866/3 1866/10 1866/15 1867/6

1867/25 1869/18 1871/7 1871/12 1871/20 1871/24 1872/1 1872/11 1872/16 1872/18 1873/10 1873/14 1873/24 1877/13 1877/25 1879/1 1893/23 1894/4 1894/12 1894/14 1896/21 1897/23 1898/2 1912/8 1912/11 1913/12 1914/11 1929/19 1936/21
Caldwell's [71] 1796/14 1802/7 1802/19 1805/6 1808/23 1815/9 1815/20 1815/23 1817/11 1818/20 1820/17 1827/22 1830/7 1831/3 1832/2 1832/10 1832/24 1833/23 1834/22 1834/23 1836/3 1837/4 1837/6 1838/6 1840/8 1841/9 1841/19 1844/8 1845/20 1845/25 1846/2 1849/19 1850/11 1852/10 1857/13 1863/12 1864/21 1866/16 1866/23 1869/14 1871/2 1873/22 1877/20 1877/22 1893/21 1894/17 1895/14 1895/19 1895/21 1896/15 1897/1 1897/8 1897/13 1899/24 1900/9 1900/21 1900/25 1901/15 1901/24 1905/20 1910/19 1913/13 1915/24 1919/12 1919/15 1927/21 1928/12 1928/13 1928/14 1933/1 1934/6
call [15] 1805/23 1806/2 1808/8 1808/17 1856/9 1888/11 1888/11 1889/8 1891/20 1892/1 1904/25 1925/7 1932/2 1938/19 1954/12
called [17] 1803/7 1806/11 1806/15 1809/13 1810/5 1810/20 1881/15 1885/25 1892/16 1898/21 1906/24 1909/3 1916/17 1916/18 1919/6 1923/1 1936/20
calling [2] 1819/15 1940/18
calls [8] 1806/12

1884/7 1888/21 1891/19 1892/15 1945/24
came [25] 1796/3 1868/3 1870/12 1871/22 1890/1 1893/16 1894/16 1895/15 1895/22 1895/23 1895/23 1895/24 1895/24 1896/1 1900/1 1906/19 1907/10 1914/10 1928/1 1928/11 1929/23 1932/16 1936/21 1945/9 1945/19
Camelot [2] 1831/9 1831/11
camping [1] 1811/2
can [72] 1799/8 1803/6 1803/10 1803/19 1804/4 1804/17 1804/18 1805/24 1806/5 1806/15 1808/7 1808/13 1812/12 1813/12 1816/6 1818/3 1818/9 1819/24 1823/2 1824/8 1825/24 1826/11 1830/11 1835/12 1837/1 1839/2 1842/4 1846/15 1846/18 1847/4 1848/12 1850/23 1862/22 1864/10 1864/16 1868/7 1869/13 1871/11 1874/11 1874/25 1875/25 1876/1 1876/13 1880/20 1883/3 1885/2 1884/6 1897/15 1898/20 1901/23 1902/17 1909/14 1910/15 1914/8 1915/18 1916/25 1917/3 1917/24 1920/16 1921/16 1922/22 1924/16 1925/12 1928/17 1943/2 1945/25 1946/25 1948/11 1948/12 1951/16 1957/18 1958/5
can't [11] 1804/18 1845/22 1910/16 1922/25 1933/14 1933/25 1948/3 1954/3 1954/5 1954/7 1954/13
cane [1] 1837/13
canes [2] 1898/24 1932/20
cannot [2] 1812/10 1845/23
capable [3] 1942/16 1942/18 1942/19
Capitol [38] 1835/15 1835/21 1837/10

1841/2 1841/13 1841/14 1841/15 1841/24 1842/2 1842/8 1842/9 1842/11 1843/15 1843/18 1843/20 1844/6 1844/9 1844/21 1849/14 1853/7 1853/21 1854/20 1856/16 1856/16 1857/25 1858/10 1859/8 1859/10 1860/3 1861/8 1862/1 1872/3 1872/7 1872/23 1873/1 1873/24
car [1] 1934/25
cards [2] 1915/9 1915/9
care [3] 1924/7 1924/8 1950/19
cared [1] 1945/7
Carolina [41] 1803/12 1816/13 1832/21 1871/21 1885/6 1886/16 1886/19 1887/8 1887/17 1887/24 1887/24 1888/6 1889/1 1891/19 1892/6 1893/2 1893/13 1893/16 1895/15 1895/23 1905/4 1912/17 1915/16 1924/18 1924/19 1924/20 1925/2 1925/5 1926/24 1927/4 1927/8 1927/9 1933/11 1939/18 1941/2 1941/5 1952/18 1952/20 1953/6 1953/15 1955/17
carriage [2] 1922/20 1922/21
carriages [1] 1898/24
carry [4] 1900/16 1902/18 1902/20 1937/25
carrying [1] 1828/25
case [19] 1791/7 1792/10 1793/2 1794/16 1795/21 1796/10 1810/6 1819/17 1846/21 1853/14 1875/12 1877/16 1878/8 1879/8 1883/6 1888/18 1901/16 1903/23 1948/16
castle [7] 1840/3 1840/12 1841/5 1841/6 1841/8 1841/13 1842/18
catching [1] 1942/8
caught [3] 1872/14 1956/7 1956/8
cause [3] 1808/8 1878/18 1947/23
caused [1] 1860/1

**causing** [1] 1888/15
**cell** [7] 1808/6 1808/10
1808/15 1808/16
1815/20 1820/17
1917/1
**cellular** [1] 1818/20
**cemetery** [5] 1804/13
1916/12 1917/15
1929/7 1930/2
**center** [1] 1793/19
**centered** [1] 1793/3
**CERT** [5] 1924/3
1924/4 1924/6 1924/13
1951/5
**certain** [4] 1875/4
1875/6 1875/7 1876/13
**certainly** [5] 1796/11
1854/2 1854/16
1871/16 1937/20
**certification** [4]
1838/16 1846/4
1879/14 1880/9
**Certified** [1] 1788/3
**certify** [2] 1849/14
1959/2
**CH** [1] 1788/4
**chain** [1] 1852/16
**chamber** [2] 1860/25
1861/23
**chance** [7] 1794/6
1851/14 1853/4 1853/8
1853/11 1855/20
1928/16
**chances** [2] 1812/7
1813/3
**change** [2] 1793/5
1941/1
**changed** [5] 1794/8
1797/5 1892/23
1892/24 1940/19
**channel** [4] 1917/6
1917/8 1917/10
1917/13
**chanting** [1] 1857/20
**chapter** [13] 1886/16
1886/19 1887/4
1887/24 1888/6 1892/7
1893/2 1893/13
1924/19 1927/4
1927/13 1937/18
1939/18
**chapters** [3] 1926/24
1927/3 1937/17
**characterize** [1]
1794/18
**characterizing** [1]
1794/1
**charge** [5] 1877/24
1878/3 1879/5 1897/21
1906/17
**charged** [2] 1862/2
1879/2
**charges** [3] 1878/24
1879/9 1879/10
**chat** [12] 1818/4
1818/17 1823/11
1827/7 1827/16

1882/20 1882/20
1882/22 1882/25
1941/17
**chats** [1] 1936/17
**check** [1] 1929/23
**child** [1] 1876/22
**children** [1] 1857/1
**chip** [1] 1808/13
**chosen** [1] 1804/14
**chronological** [1]
1947/11
**cinder** [1] 1837/17
**Cinnaminson** [1]
1787/13
**circle** [3] 1911/16
1911/17 1911/19
**circumstances** [1]
1878/18
**cited** [4] 1794/17
1796/15 1841/22
1851/17
**cities** [2] 1888/15
1933/5
**citizen** [2] 1812/20
1812/20
**citizens** [1] 1797/18
**city** [5] 1804/11 1858/6
1898/3 1924/12
1934/18
**civilian** [1] 1808/6
**civilians** [2] 1924/24
1933/12
**claimed** [2] 1875/3
1907/1
**clarification** [1]
1931/22
**clarify** [4] 1811/10
1933/21 1934/24
1936/20
**clarity** [1] 1947/7
**clean** [1] 1953/24
**clear** [19] 1792/13
1793/6 1793/7 1845/24
1846/15 1852/7
1854/11 1854/17
1854/23 1855/5
1870/10 1871/12
1873/7 1878/20
1884/24 1906/15
1913/15 1919/25
1947/13
**clearly** [7] 1804/16
1846/5 1847/13
1872/25 1938/16
1939/2 1939/6
**client** [1] 1869/25
**climb** [1] 1837/16
**climbed** [1] 1837/17
**close** [3] 1798/23
1804/13 1827/14
**closed** [2] 1824/1
1898/15
**closing** [1] 1919/18
**Club** [1] 1831/9
**co** [3] 1813/6 1814/3
1881/20
**co-conspirators** [1]

**co-defendants** [1]
1814/3
**co-workers** [1] 1813/6
**coalition** [1] 1875/7
**Cochran** [4] 1928/20
1929/10 1936/24
1936/25
**cold** [1] 1801/19
**colon** [1] 1794/5
**COLUMBIA** [2] 1785/1
1949/11
**come** [22] 1793/14
1796/19 1801/22
1814/23 1846/11
1858/13 1861/15
1887/16 1888/9 1893/8
1893/13 1893/18
1894/24 1901/5 1905/2
1919/15 1921/5
1924/16 1925/8
1925/14 1928/12
1930/9
**comes** [5] 1795/4
1814/23 1853/10
1854/12 1854/13
**Comfort** [1] 1828/4
1834/15 1834/19
**comfortable** [1]
1804/20
**coming** [10] 1798/17
1799/6 1836/24
1846/22 1888/23
1889/8 1897/22 1899/5
1930/3 1950/16
**command** [1] 1806/5
**commander** [1] 1812/4
**comment** [16] 1845/18
1845/20 1846/8
1846/11 1846/16
1846/20 1847/15
1847/20 1847/21
1848/10 1848/11
1848/12 1848/24
1849/1 1849/4 1922/12
**commenting** [5]
1845/20 1847/3 1847/4
1848/19 1848/22
**comments** [3] 1848/17
1922/8 1941/18
**commit** [2] 1813/20
1813/21
**Committee** [2] 1876/15
1876/15
**common** [10] 1831/19
1905/22 1931/25
1933/12 1935/13
1935/15 1935/25
1936/3 1936/10 1938/5
**commonly** [1] 1808/6
**communicate** [1]
1876/5
**communicated** [2]
1817/12 1952/12
**communicating** [3]
1869/18 1917/14
1954/15
**communication** [3]

**communications** [11]
1807/25 1808/3
1808/22 1829/21
1829/22 1869/14
1869/14 1870/5 1871/7
1873/6 1943/1
**community** [2] 1924/4
1952/15
**companies** [1] 1954/3
**compelling** [1]
1872/24
**complaint** [3] 1863/18
1877/21 1877/24
**complete** [1] 1873/5
**completely** [3] 1847/5
1941/11 1941/12
**completeness** [4]
1795/25 1847/1 1847/7
1847/9
**complicated** [1]
1803/23
**complied** [2] 1864/3
1911/18
**compound** [1] 1880/17
**computer** [3] 1788/7
1796/7 1811/11
**computer-aided** [1]
1788/7
**concealability** [1]
1810/9
**concealed** [1] 1937/25
**conceded** [1] 1794/2
**concentrated** [1]
1812/15
**concept** [3] 1794/15
1926/13 1940/22
**conception** [1]
1933/23
**concern** [6] 1898/20
1932/24 1933/3 1933/4
1933/7 1933/12
**concerned** [10]
1796/16 1796/17
1796/22 1853/10
1923/19 1948/4 1948/6
1948/7 1948/8 1948/10
**concerning** [3] 1792/2
1796/5 1796/22
**concerns** [4] 1796/19
1808/22 1864/14
1898/22
**concierge** [1] 1885/9
**conclusion** [3] 1867/4
1923/2 1923/12
**conclusively** [1]
1863/6
**conduct** [1] 1797/15
**conducted** [1] 1830/20
**confer** [1] 1798/24
**conference** [12]
1799/9 1829/6 1845/17
1851/21 1854/10
1883/4 1888/10
1888/11 1888/21
1891/19 1891/20
1956/24
**confident** [3] 1872/17

**confirmation** [1]
1924/3
**confront** [1] 1813/19
**confrontation** [1]
1806/13
**confronted** [1] 1832/4
**confusion** [1] 1806/11
**Congress** [4] 1879/5
1881/10 1909/17
1909/21
**Congress's** [1]
1879/14
**connection** [1]
1906/23
**consensus** [3] 1930/22
1932/24 1934/5
**consequences** [1]
1876/4
**consider** [4] 1798/12
1812/5 1812/11
1922/14
**consideration** [1]
1812/16
**considering** [1]
1816/24
**conspiracy** [13]
1797/9 1797/11
1877/14 1877/15
1878/3 1878/12
1878/24 1879/2 1879/3
1879/9 1879/10
1879/12 1879/14
**conspirators** [2]
1878/8 1881/20
**Constitution** [1]
1788/4
**construction** [2]
1831/21 1868/2
**contact** [2] 1897/21
1937/16
**contacted** [1] 1921/17
**contain** [1] 1850/18
**contempt** [1] 1875/25
**context** [10] 1845/19
1845/21 1846/19
1846/23 1847/5
1851/19 1852/14
1853/2 1855/2 1873/22
**continue** [13] 1797/4
1797/22 1801/23
1805/11 1807/1 1807/2
1809/25 1856/24
1861/25 1877/7
1882/11 1891/6 1947/9
**continued** [4] 1786/1
1787/1 1788/1 1823/25
**continues** [1] 1804/22
**contractor** [2] 1804/21
1805/2
**contractors** [1]
1804/17
**contribute** [2] 1828/22
1903/4
**contributed** [1]
1828/20
**control** [1] 1845/3
**conventional** [1]

1967

**conventional... [1]** 1795/24

**conversation [18]** 1805/4 1875/14 1901/5 1907/3 1907/5 1907/17 1907/25 1908/2 1920/14 1920/17 1920/19 1921/13 1921/16 1926/9 1929/24 1930/14 1934/11 1940/3

**conversations [5]** 1886/20 1886/23 1888/20 1888/20 1893/3

**convoy [1]** 1857/21

**cool [1]** 1957/11

**coordinate [1]** 1916/23

**coordinated [1]** 1888/25

**coordinating [1]** 1836/21

**cop [1]** 1923/10

**copies [2]** 1882/14 1882/15

**cops [1]** 1843/9

**copy [5]** 1815/22 1818/24 1841/18 1882/7 1910/23

**copying [1]** 1875/4

**corner [3]** 1825/7 1827/11 1952/10

**corps [1]** 1860/6

**correct [70]** 1803/1 1804/2 1804/8 1806/21 1806/25 1807/6 1808/25 1813/24 1815/11 1820/21 1823/23 1831/7 1832/9 1835/18 1835/22 1840/10 1841/3 1843/25 1844/1 1844/22 1848/11 1849/22 1850/10 1850/13 1853/24 1858/2 1869/16 1872/19 1875/19 1875/20 1876/11 1878/2 1889/21 1893/7 1906/12 1907/8 1911/22 1926/15 1926/18 1927/17 1927/19 1929/3 1931/4 1931/10 1931/21 1932/3 1933/7 1934/9 1935/8 1935/9 1937/3 1945/20 1945/21 1946/17 1947/3 1947/16 1948/2 1948/5 1949/1 1949/4 1949/8 1949/12 1951/10 1952/16 1952/17 1953/16 1953/19 1954/4 1954/6 1959/3

**correcting [1]** 1841/6

**correctly [2]** 1929/1 1938/18

**could [36]** 1795/4 1798/7 1798/15 1802/10 1803/2 1804/5 1804/9 1804/22 1805/5 1805/17 1805/21 1806/4 1807/1 1807/13 1808/2 1808/2 1808/3 1808/19 1809/8 1809/23 1810/3 1810/5 1810/11 1810/24 1811/5 1811/19 1811/25 1812/1 1813/13 1813/15 1814/9 1814/11 1815/12 1817/1 1818/1 1819/8 1820/6 1820/20 1821/5 1821/6 1821/17 1822/2 1822/17 1822/21 1823/6 1823/15 1823/24 1825/2 1826/23 1827/1 1827/19 1830/10 1830/22 1831/3 1832/14 1833/9 1833/18 1834/20 1835/4 1835/9 1835/23 1838/9 1839/13 1839/14 1841/16 1842/8 1842/21 1842/25 1843/12 1845/6 1849/2 1849/16 1850/3 1850/6 1851/11 1851/12 1863/5 1863/10 1864/24 1864/25 1865/8 1867/2 1867/18 1868/13 1880/16 1881/5 1881/5 1881/11 1882/10 1884/24 1886/8 1890/11 1890/16 1890/19 1890/21 1892/9 1892/10 1894/3 1896/11 1896/11 1898/3 1898/13 1900/16 1904/1 1905/6 1905/8 1907/3 1907/23 1908/3 1911/12 1911/16 1913/1 1914/16 1916/6 1916/21 1921/19 1922/21 1923/19 1926/23 1932/3 1932/7 1933/21 1938/12 1938/24 1942/14 1942/16 1942/18 1942/19 1943/1 1945/1 1945/11 1948/24 1949/2 1950/10 1956/16 1956/22

**Could you [2]** 1804/22 1890/16

**couldn't [5]** 1904/12 1905/5 1920/5 1941/15 1942/8

**counsel [6]** 1798/24 1799/3 1815/16 1877/13 1879/17 1956/22

**counsels [1]** 1876/12

**count [1]** 1831/23

**country [2]** 1902/15 1944/9

**county [14]** 1828/6 1887/4 1887/8 1887/8 1888/6 1888/7 1891/7 1892/22 1904/16 1904/21 1915/16 1924/12 1925/6 1937/18

**couple [12]** 1801/20 1802/6 1805/17 1810/25 1835/1 1863/18 1880/25 1900/19 1902/12 1932/20 1940/4 1941/17

**course [6]** 1796/24 1838/24 1881/18 1888/8 1892/14 1899/11

**court [37]** 1785/1 1788/2 1788/3 1792/24 1793/18 1794/9 1794/16 1795/1 1795/3 1798/6 1798/8 1798/25 1801/3 1815/16 1830/3 1845/19 1847/24 1854/7 1855/10 1868/12 1873/10 1874/15 1874/16 1875/17 1875/25 1876/14 1883/15 1883/22 1890/25 1891/3 1894/12 1894/13 1895/9 1904/20 1913/2 1923/13 1957/8

**court reporter [1]** 1904/20

**Court's [7]** 1793/1 1793/5 1798/4 1824/9 1866/13 1884/8 1910/5

**courtroom [9]** 1791/21 1801/12 1868/19 1877/4 1890/11 1894/3 1896/11 1957/17 1957/19

**cover [4]** 1804/20 1805/7 1805/9 1874/25

**COVID [1]** 1925/16

**CR [1]** 1785/4

**crazier [1]** 1859/21

**crazy [1]** 1857/6

**credence [1]** 1812/21

**crew [2]** 1816/24 1834/10

**criminal [2]** 1791/7 1813/19

**Crisp [6]** 1786/14 1786/14 1791/19 1829/15 1873/25 1956/25

**crisplegal.com [1]** 1786/16

**cross [34]** 1789/4 1792/3 1792/13

1794/12 1795/15 1796/13 1797/3 1798/12 1802/9 1817/5 1829/14 1853/4 1853/8 1853/9 1853/11 1853/15 1854/17 1855/2 1855/5 1864/10 1869/3 1869/7 1869/10 1869/12 1871/9 1879/3 1882/23 1882/23 1926/2 1943/9 1951/20 1957/1

**cross-examination [19]** 1792/3 1792/13 1792/17 1793/23 1794/12 1795/15 1796/13 1797/3 1802/9 1817/5 1854/17 1855/2 1869/12 1871/9 1882/23 1926/2 1943/9 1951/20 1957/1

**cross-examine [2]** 1853/4 1855/5

**cross-examined [1]** 1853/15

**crossways [1]** 1903/24

**crowds [1]** 1899/2

**Crowl [33]** 1838/4 1838/25 1839/2 1839/3 1842/17 1843/5 1843/8 1843/13 1869/4 1869/8 1869/15 1869/18 1870/5 1870/6 1870/12 1870/14 1870/20 1870/22 1871/13 1871/24 1872/2 1872/9 1872/25 1873/2 1873/10 1873/11 1873/12 1873/20 1873/23 1877/25 1896/6 1914/7 1928/21

**Crowl's [6]** 1839/20 1839/22 1871/4 1871/5 1871/17 1874/5

**CRR [2]** 1959/2 1959/8

**crucial [1]** 1951/22

**crud [2]** 1823/3 1849/14

**cue [5]** 1917/25 1918/2 1918/6 1918/11 1918/19

**cues [3]** 1917/21 1917/22 1918/22

**Cumberland [8]** 1887/4 1887/8 1888/6 1888/7 1891/7 1892/22 1915/16 1937/18

**Cumulatively [1]** 1885/15

**curative [6]** 1792/11 1794/19 1794/21 1795/9 1795/11 1795/22

**curfew [3]** 1858/4 1858/6 1858/12

**Currently [1]** 1885/9

**cut [2]** 1917/22 1918/5

**current [1]** 1917/22

**cutting [1]** 1810/18

**D**

**D.C [47]** 1785/5 1785/16 1787/4 1787/9 1788/5 1818/4 1818/5 1818/17 1819/12 1822/23 1823/8 1823/11 1824/15 1827/7 1827/16 1828/8 1831/7 1831/8 1831/20 1849/13 1879/23 1880/4 1893/9 1893/18 1897/22 1898/19 1900/1 1900/6 1900/8 1900/14 1900/17 1901/3 1905/10 1906/4 1916/7 1919/9 1920/11 1925/14 1928/14 1928/15 1934/19 1947/15 1951/15 1953/5 1954/20 1954/22 1955/19

**Dallas [3]** 1786/4 1786/8 1932/15

**Dan [2]** 1894/21 1894/21

**Dan's [1]** 1895/2

**dangerousness [1]** 1796/14

**darn [1]** 1955/19

**data [4]** 1815/20 1818/25 1820/16 1861/14

**date [8]** 1804/15 1806/24 1816/14 1833/11 1870/6 1870/24 1889/16 1959/7

**dates [2]** 1863/21 1863/25

**David [2]** 1787/16 1791/20

**day [22]** 1785/7 1816/16 1819/17 1835/16 1849/6 1856/21 1870/21 1873/15 1889/14 1890/1 1896/16 1900/6 1921/14 1921/15 1927/20 1927/25 1939/8 1939/14 1949/2 1949/8 1949/11 1949/23

**days [6]** 1801/20 1863/18 1863/22 1864/23 1881/1 1953/15

**deadly [1]** 1812/14

**deal [3]** 1799/4 1815/10 1874/11

**debris [1]** 1953/24

**December [5]** 1803/13 1803/15 1806/19 1816/15 1822/12 1893/8 1893/10

**decided [1]** 1794/17
**decision [3]** 1922/6
1922/8 1934/21
**declare [1]** 1938/1
**deep [1]** 1923/24
**defend [1]** 1812/9
**defendant [34]** 1786/2
1786/13 1787/2
1787/11 1787/15
1791/8 1791/9 1791/9
1791/10 1791/11
1791/15 1791/17
1791/18 1791/19
1791/20 1816/11
1822/19 1824/22
1828/14 1831/1 1831/3
1832/19 1832/23
1834/17 1836/20
1839/4 1839/20 1856/5
1866/10 1866/23
1877/20 1882/5
1894/12 1894/14
**Defendant 10 [1]**
1791/11
**Defendant 4 [1]**
1791/10
**Defendant Caldwell [2]**
1791/20 1894/14
**Defendant Meggs [2]**
1791/17 1824/22
**Defendant No. 2 [1]**
1791/9
**Defendant Rhodes [1]**
1882/5
**Defendant Watkins [1]**
1791/19
**defendants [5]** 1785/7
1791/21 1797/21
1814/3 1874/19
**defended [1]** 1898/8
**defense [16]** 1793/2
1793/6 1793/7 1793/14
1798/23 1802/7 1802/7
1802/10 1802/14
1802/19 1830/24
1863/8 1875/2 1878/6
1883/24 1918/17
**defensive [1]** 1935/8
**definition [2]** 1813/15
1813/18
**degrees [1]** 1956/8
**deleting [1]** 1798/19
**demonstrate [1]**
1889/10
**demonstrated [1]**
1837/8
**demonstrative [1]**
1844/13
**deniability [1]** 1812/22
**denied [1]** 1878/21
**Dennis [4]** 1858/12
1860/23 1861/7
1861/23
**deny [1]** 1797/25
**department [1]** 1954/7
**departments [1]**
1932/2

**departure [1]**
1898/19
**depict [4]** 1839/23
1843/4 1844/19
1845/14
**depicted [3]** 1825/8
1826/20 1840/22
**depiction [1]** 1836/2
**deployment [1]** 1807/9
**describe [15]** 1810/5
1826/11 1838/5
1842/25 1867/6
1890/16 1890/19
1890/21 1894/6
1897/15 1910/15
1926/23 1932/7 1950/5
1950/8
**described [14]**
1810/16 1826/15
1827/16 1893/1
1915/19 1924/2
1924/22 1927/10
1927/16 1930/9
1947/25 1948/21
1950/14 1951/5
**describes [1]** 1867/8
**describing [2]** 1865/4
1918/1
**designated [1]**
1826/16
**desirable [1]** 1812/8
**desire [1]** 1950/11
**destroy [2]** 1805/13
1805/16
**detail [6]** 1930/15
1930/21 1932/1
1936/21 1947/7
1950/17
**detailed [1]** 1938/14
**details [8]** 1906/17
1906/21 1928/8
1930/10 1930/12
1930/19 1932/6
1932/13
**did [239]**
**did you [31]** 1838/23
1863/17 1865/15
1865/24 1871/23
1878/15 1886/5 1891/6
1891/9 1891/17 1892/1
1893/8 1893/20
1893/23 1896/23
1899/16 1900/21
1905/2 1908/4 1915/4
1915/12 1915/15
1915/23 1915/24
1917/13 1920/13
1925/14 1940/10
1941/1 1954/24
1955/10
**didn't [25]** 1793/22
1795/13 1798/12
1816/21 1829/22
1840/4 1869/10
1873/23 1878/20
1898/12 1899/21
1903/21 1904/13
1907/23 1908/1

1908/16 1916/19
1919/1 1919/22 1920/2
1926/13 1929/15
1933/20 1933/22
1933/24
**difference [1]** 1845/2
**different [11]** 1794/3
1794/4 1798/7 1819/22
1827/6 1856/9 1873/2
1888/12 1888/15
1890/4 1925/6
**differently [1]** 1860/16
**difficult [1]** 1839/8
**dimension [1]** 1794/19
**dinner [4]** 1889/24
1896/21 1896/22
1929/19
**direct [11]** 1789/4
1847/19 1847/19
1855/2 1856/10 1865/8
1871/6 1883/10
1883/12 1884/19
1931/13
**directing [1]** 1852/20
**directions [1]** 1871/13
**directly [3]** 1829/25
1841/10 1894/8
**disagreed [1]** 1938/16
**disagreement [2]**
1949/18 1949/22
**disaster [2]** 1924/7
1956/12
**disasters [1]** 1956/10
**discarded [1]** 1812/22
**discounted [1]**
1812/10
**discovery [1]** 1875/11
**discretion [1]** 1812/5
**discuss [7]** 1807/15
1814/6 1820/10
1828/12 1892/6
1892/17 1957/22
**discussed [12]**
1794/16 1823/10
1823/12 1827/22
1828/13 1828/16
1832/11 1876/14
1879/23 1881/14
1883/22 1934/7
**discussion [8]** 1829/10
1848/3 1863/17 1901/2
1926/12 1934/9
1938/16 1957/14
**discussions [6]** 1829/9
1869/7 1892/12
1900/10 1936/17
1939/25
**disengagement [1]**
1807/9
**disintegrating [1]**
1806/16
**dispersed [1]** 1916/4
**dispute [1]** 1920/10
**distance [3]** 1828/9
1828/10 1835/20
**distracting [1]** 1886/23
**DISTRICT [6]** 1785/1
1785/1 1785/10 1798/5

**divided [1]** 1927/2
**division [2]** 1927/4
1927/5
**divisions [1]** 1927/7
**do [194]**
**do you [25]** 1814/4
1817/13 1820/9
1822/10 1823/12
1837/6 1842/10
1849/23 1864/20
1866/17 1877/17
1878/8 1879/24
1881/15 1891/12
1891/25 1892/20
1896/4 1904/20
1915/22 1928/2
1928/15 1942/7
1943/14 1957/1
**do you ever [1]** 1813/5
**do you have [2]**
1904/2 1954/15
**do you know [4]**
1868/24 1876/9
1894/16 1920/13
**do you recognize [16]**
1802/20 1815/17
1824/12 1832/16
1833/20 1835/25
1839/17 1840/22
1910/12 1912/4
1912/14 1912/22
1913/11 1913/22
1914/4 1914/21
**do you remember [17]**
1817/6 1830/7 1838/7
1840/13 1863/1 1863/3
1877/22 1879/20
1880/1 1880/25
1891/20 1893/2 1893/5
1896/15 1903/16
1903/19 1914/10
**do you see [11]**
1817/19 1818/11
1820/13 1821/9
1826/18 1831/12
1845/11 1865/2
1890/14 1910/21
1911/23
**doctrine [2]** 1794/20
1794/22
**doctrines [1]** 1792/18
**document [5]** 1796/6
1796/24 1797/22
1876/17 1880/21
**documents [1]**
1792/11
**Dodge [2]** 1931/9
1942/13
**does [46]** 1795/1
1805/12 1807/7
1807/15 1807/17
1808/22 1809/4
1809/25 1810/2
1814/14 1814/16
1814/17 1819/13
1824/23 1825/1 1834/8
1836/5 1836/7 1839/23

1842/10 1843/4
1844/3 1844/5 1844/5
1844/19 1845/14
1845/21 1850/18
1850/21 1861/15
1865/21 1867/6
1871/16 1875/22
1889/10 1905/13
1909/17 1910/23
1924/23 1926/10
1936/7 1936/7 1936/8
1952/18 1952/20
**doesn't [8]** 1795/12
1795/23 1796/11
1844/2 1847/2 1847/15
1848/13 1943/1
**doing [15]** 1791/24
1803/3 1836/23
1852/21 1854/20
1869/9 1880/15 1890/3
1905/19 1922/11
1922/13 1930/16
1937/13 1940/15
1942/15
**domestic [1]** 1938/2
**don't [89]** 1792/4
1792/19 1793/4
1794/11 1795/11
1795/23 1796/1 1797/2
1798/9 1799/3 1799/7
1801/22 1822/7
1825/17 1826/6
1829/11 1831/14
1838/13 1846/16
1846/19 1846/20
1847/9 1847/12
1852/15 1853/6
1853/10 1853/12
1855/6 1856/8 1863/4
1868/14 1868/15
1868/16 1871/8
1871/21 1872/8
1872/14 1873/10
1874/22 1875/10
1875/13 1875/16
1882/24 1888/22
1889/6 1889/6 1889/15
1889/16 1891/22
1892/23 1894/20
1894/22 1895/25
1900/12 1907/16
1915/13 1916/10
1917/1 1917/10 1918/1
1918/24 1918/25
1919/4 1919/23
1921/11 1923/3
1928/25 1929/10
1929/15 1930/4
1932/13 1934/17
1939/5 1939/19 1940/9
1941/18 1943/14
1946/2 1950/19
1952/11 1953/2 1953/8
1953/22 1956/3
1956/13 1956/13
1957/2 1957/9 1957/12
**donation [1]** 1882/15
**done [4]** 1885/10

1969

**done... [3]** 1885/13
1902/14 1924/10
**Donovan [11]** 1834/10
1838/25 1839/2 1839/3
1839/20 1869/4 1869/7
1896/6 1914/7 1928/21
1929/19
**door [16]** 1792/14
1792/18 1793/22
1794/12 1794/15
1794/24 1795/3 1795/4
1796/11 1796/16
1796/18 1797/3
1902/16 1905/8
1948/22 1948/25
**doors [5]** 1829/12
1843/10 1857/10
1857/15 1860/25
**Doug [18]** 1803/11
1832/20 1835/12
1835/14 1912/15
1912/16 1912/20
1920/18 1922/6 1927/7
1927/14 1929/24
1938/19 1939/17
1940/12 1941/7 1941/9
1941/16
**down [52]** 1798/19
1803/22 1805/11
1805/17 1807/1
1807/13 1808/19
1809/8 1809/23
1810/24 1811/5 1811/5
1812/25 1813/8
1813/12 1813/14
1815/12 1817/1 1818/9
1820/6 1821/5 1821/17
1824/8 1825/2 1827/19
1830/22 1834/20
1835/23 1837/1
1841/16 1844/18
1849/16 1859/24
1859/25 1861/1 1861/1
1862/22 1868/7
1881/11 1884/3
1884/16 1914/8 1915/4
1915/18 1922/22
1924/16 1925/12
1938/19 1939/3 1954/1
1954/1 1957/19
**downtown [5]** 1828/8
1920/24 1920/25
1921/1 1948/11
**Downtown D.C [1]**
1828/8
**draw [7]** 1855/18
1911/16 1912/2 1912/7
1912/13 1912/21
1913/21
**drawing [2]** 1913/9
1914/5
**drawn [2]** 1824/24
1911/19
**dress [1]** 1922/19
**dressed [2]** 1908/25
1924/15
**dressing [1]** 1938/19

drive... [4] 1787/12
1825/5 1825/6 1828/8
1915/23 1921/22
1930/1 1930/3
**driven [1]** 1906/6
**driving [3]** 1836/25
1904/8 1915/20
**dropped [1]** 1849/11
**dropping [1]** 1815/5
**drove [1]** 1843/9
**due [1]** 1806/17
**Dulles [1]** 1857/21
**during [10]** 1792/13
1796/24 1802/8 1812/7
1812/25 1879/19
1880/7 1888/8 1927/20
1957/23

# E

**each [14]** 1806/1
1806/16 1807/4 1808/8
1808/13 1808/16
1809/18 1809/20
1810/17 1813/1 1813/2
1896/18 1917/10
1954/24
**earlier [5]** 1798/4
1844/24 1892/25
1910/17 1921/7
**early [5]** 1792/1
1806/19 1806/23
1819/16 1898/16
**easier [1]** 1850/5
**easily [2]** 1806/2
1813/3
**east [4]** 1822/24
1822/25 1823/2
1840/24
**eastern [2]** 1927/1
1927/5
**eBay [2]** 1810/19
1810/20
**Edmund [1]** 1787/2
**Edward [3]** 1786/10
1791/11 1791/15
**Edward Tarpley [1]**
1791/15
**Edwards [2]** 1791/13
1792/5
**edwardtarpley [1]**
1786/12
**effective [4]** 1870/23
1942/14 1942/23
1942/24
**efforts [2]** 1817/12
1888/13
**egos [1]** 1939/2
**eight [2]** 1828/11
1956/6
**either [6]** 1796/1
1798/1 1870/16
1892/13 1906/16
1949/6
**elaborate [4]** 1909/14
1932/22 1950/1 1950/3
**elderly [3]** 1904/11
1922/18 1922/19
**election [5]** 1797/10

1889/20 1945/10
**elections [1]** 1891/14
**electric [1]** 1953/18
**electrical [1]** 1805/3
**elements [1]** 1813/19
**Eleven [1]** 1916/9
**elicit [4]** 1853/20
1853/23 1870/22
1873/1
**elicited [3]** 1795/17
1869/17 1869/22
**ELMER [3]** 1785/6
1786/2 1791/8
**Elmer Stewart Rhodes
III [1]** 1791/8
**else [15]** 1798/1
1798/21 1857/5
1857/19 1858/3
1858/12 1860/5
1893/13 1895/12
1911/23 1916/3 1917/3
1918/24 1933/14
1939/24
**else's [2]** 1847/21
1918/22
**email [19]** 1785/17
1785/18 1786/5 1786/9
1786/12 1786/16
1787/5 1787/10
1787/14 1787/19
1802/20 1802/24
1802/24 1803/17
1872/12 1872/13
1872/16 1875/5 1875/8
**emails [3]** 1875/2
1876/13 1876/23
**emergency [4]**
1885/11 1885/19
1924/4 1952/15
**emoji [1]** 1861/4
**Empire [1]** 1787/17
**EMS [2]** 1936/8 1954/9
**enacted [2]** 1900/18
1901/8
**encountered [1]**
1812/8
**encourage [2]** 1808/23
1812/17
**encouraged [2]** 1812/5
1892/8
**encrypted [1]** 1808/9
**end [13]** 1795/21
1802/12 1805/14
1810/25 1853/14
1865/1 1865/2 1880/21
1892/4 1907/4 1918/8
1920/21 1949/17
**end's [1]** 1908/1
**enemy [1]** 1808/7
**enforcement [7]**
1809/1 1935/17
1935/25 1936/7
1936/11 1951/7
1955/25
**engage [1]** 1813/21
**engaged [2]** 1830/7
1832/6

1807/9
**engaging [2]** 1832/11
1836/6
**Enjoy [1]** 1859/20
**enough [12]** 1801/4
1898/10 1918/12
1920/4 1920/7 1929/13
1936/9 1939/21 1943/4
1948/19 1956/13
1956/13
**ensued [1]** 1795/8
**enter [1]** 1829/3
**entered [6]** 1793/9
1801/12 1842/23
1859/8 1859/9 1877/4
**entice [1]** 1922/21
**entire [3]** 1796/12
1927/9 1929/6
**entirely [1]** 1795/15
**entirety [3]** 1855/17
1855/20 1927/8
**entities [1]** 1899/12
**entitled [2]** 1793/14
1793/22
**entity [1]** 1935/15
**entrapment [1]**
1922/25
**environment [2]**
1812/14 1813/20
**equipment [4]** 1808/22
1809/14 1810/1
1811/21
**escort [2]** 1889/2
1930/10
**escorted [1]** 1930/13
**escorting [2]** 1921/1
1921/1
**essentially [5]** 1796/22
1797/17 1815/7
1909/21 1927/13
**establish [1]** 1886/15
**established [2]**
1870/16 1872/12
**establishing [1]**
1939/6
**estimate [1]** 1893/15
**ET [1]** 1785/6
**ether [1]** 1950/7
**ethos [1]** 1940/22
**European [1]** 1881/9
**evacuation [1]** 1955/11
**evaluate [1]** 1806/15
**Eve [1]** 1849/11
**even [21]** 1794/2
1797/19 1805/23
1808/9 1812/7 1840/4
1847/2 1871/23
1872/24 1910/6
1929/15 1939/19
1941/15 1941/15
1941/19 1942/21
1948/12 1951/5 1953/5
1953/15 1953/16
**evening [9]** 1822/5
1834/12 1866/25
1867/7 1867/7 1867/8
1867/16 1927/22

**event [18]** 1830/16
1866/1 1891/9 1892/7
1892/10 1893/9
1893/18 1901/7 1909/2
1918/17 1924/7 1925/7
1931/14 1932/10
1932/12 1938/8
1947/15 1954/18
**events [6]** 1925/15
1931/3 1931/25 1932/5
1934/15 1951/1
**eventually [2]** 1916/12
1919/23
**ever [7]** 1813/5 1813/8
1888/9 1892/16
1896/25 1919/9 1932/9
**every [3]** 1808/6
1852/15 1872/23
**everybody [25]**
1791/24 1791/24
1801/15 1868/17
1868/20 1869/13
1898/10 1900/13
1903/21 1903/22
1910/16 1911/25
1916/3 1916/4 1916/22
1916/23 1917/3
1918/13 1919/20
1920/3 1920/8 1920/24
1930/25 1933/14
1957/15
**everybody's [1]**
1900/16
**everyone [7]** 1791/5
1801/13 1806/14
1874/14 1877/5 1903/4
1917/5
**everyone' [1]** 1799/5
**everything [3]** 1851/14
1898/16 1938/5
**evidence [79]** 1792/12
1792/15 1792/24
1794/12 1794/23
1794/25 1795/2 1795/5
1795/9 1795/14
1795/16 1795/19
1795/20 1796/3 1797/3
1797/5 1797/19
1798/17 1802/13
1802/16 1802/19
1811/17 1816/2 1816/4
1817/25 1819/3 1819/6
1819/21 1821/1 1821/3
1821/20 1821/21
1821/23 1825/18
1825/20 1826/1 1826/2
1828/19 1828/24
1830/11 1833/3 1833/7
1834/3 1834/5 1835/5
1835/7 1836/10
1836/12 1837/24
1838/14 1838/20
1840/7 1841/22
1841/23 1842/23
1844/11 1845/1
1846/21 1848/1 1848/4
1850/12 1851/5 1851/8

**evidence... [16]**  1855/6
1855/15 1867/11
1867/16 1874/5
1880/13 1882/20
1883/21 1883/25
1910/4 1910/7 1910/11
1911/3 1911/10
1914/16 1937/21
**ex [2]**  1799/3 1799/9
**exact [6]**  1808/17
1883/1 1924/12 1933/4
1938/22 1953/8
**exactly [10]**  1807/12
1846/16 1867/23
1874/3 1875/10
1889/16 1899/9
1900/13 1906/15
1916/10
**examination [31]**
1792/3 1792/3 1792/13
1792/17 1793/23
1794/12 1795/15
1796/13 1797/3
1801/23 1802/2 1802/9
1817/5 1847/19
1854/17 1855/2 1855/2
1869/12 1869/13
1870/16 1871/6 1871/9
1877/7 1882/23
1883/10 1883/12
1884/19 1926/2 1943/9
1951/20 1957/1
**examine [2]**  1853/4
1855/5
**examined [1]**  1853/15
**example [3]**  1796/5
1854/18 1889/9
**exception [2]**  1798/10
1806/8
**exchanged [3]**  1838/4
1842/17 1936/16
**excluded [1]**  1794/13
1855/9
**exclusion [1]**  1847/7
**exclusively [1]**
1935/17
**excuse [4]**  1854/15
1936/2 1942/6 1950/2
**execution [1]**  1797/11
**exercise [1]**  1807/10
**exhibit [102]**  1802/7
1802/8 1802/10
1802/16 1802/17
1802/20 1804/4
1807/14 1811/6 1811/8
1811/17 1811/23
1813/12 1814/10
1814/14 1814/15
1815/12 1815/16
1816/1 1816/4 1817/18
1818/9 1818/10 1819/3
1819/6 1820/12
1820/25 1821/3
1821/21 1821/23
1822/3 1823/16 1824/7
1824/11 1825/3 1826/1
1826/2 1827/2 1830/11

1831/3 1831/3 1832/15
1833/2 1833/7 1833/19
1834/2 1834/5 1834/21
1835/5 1835/7 1835/24
1836/9 1836/12
1838/10 1838/14
1838/20 1839/5 1839/6
1839/13 1839/16
1841/17 1841/17
1842/23 1843/3
1843/12 1844/12
1844/15 1845/7 1848/1
1848/4 1850/12
1850/23 1850/24
1851/8 1851/12
1851/12 1852/4
1855/24 1856/4 1864/1
1864/2 1866/21 1867/3
1867/10 1867/16
1870/4 1870/4 1872/17
1877/20 1880/14
1880/21 1880/23
1881/25 1883/23
1883/23 1910/9
1910/10 1911/6
1911/10 1914/17
**Exhibit 1.S.159.526 [1]**
1817/18
**Exhibit 22.S.517.A [1]**
1818/10
**exhibits [12]**  1790/2
1802/14 1802/15
1802/15 1802/17
1814/9 1825/19 1851/5
1855/14 1863/8
1863/10 1867/14
**exited [2]**  1868/19
1957/17
**expect [1]**  1957/1
**expected [1]**  1807/8
**expedited [2]**  1885/13
1902/14
**experience [4]**  1924/23
1931/24 1945/5
1951/22
**experienced [2]**
1956/5 1956/7
**explain [9]**  1841/7
1848/13 1852/14
1853/1 1854/14
1898/20 1901/13
1907/6 1916/25
**explaining [1]**  1899/1
**explore [1]**  1948/19
**explored [1]**  1792/17
**extension [2]**  1955/25
1956/1 1956/15
**extent [9]**  1795/6
1795/10 1795/21
1852/24 1854/22
1855/17 1878/7 1942/5
1945/25
**extracted [8]**  1818/25
1820/16 1832/23
1833/22 1834/23
1836/3 1866/22 1882/8
**extraction [4]**  1815/20

**extricate [1]**  1905/10
**eye [1]**  1809/19
**eyes [3]**  1868/4
1878/19 1948/15

**F**

**f-r-e-e-d-o-m [1]**
1895/6
**F.2d [1]**  1794/18
**face [3]**  1809/19
1809/22 1810/15
**Facebook [26]**  1798/15
1798/17 1838/14
1838/24 1839/9
1839/19 1839/21
1842/17 1843/5 1843/8
1846/11 1848/10
1848/11 1848/12
1848/18 1849/5
1849/23 1850/8
1850/11 1856/7
1861/16 1861/17
1864/21 1864/21
1870/4 1872/2
**facing [1]**  1861/1
**fact [12]**  1841/14
1847/14 1847/19
1854/20 1870/11
1879/3 1921/5 1922/3
1923/12 1928/21
1940/19 1946/9
**facts [1]**  1853/22
1878/17
**fair [22]**  1796/18
1807/5 1815/22
1818/24 1826/21
1852/13 1865/21
1872/13 1882/7
1882/13 1882/14
1883/11 1910/23
1914/18 1926/17
1929/13 1934/20
1936/9 1939/21 1943/4
1944/7 1948/19
**fairly [2]**  1793/6
1797/22
**fairness [1]**  1796/1
**fall [1]**  1954/1
**falls [1]**  1795/22
**familiar [4]**  1809/1
1885/25 1886/3
1886/12
**familiarize [1]**  1809/20
**family [3]**  1812/19
1858/24 1924/8
**fancy [1]**  1826/23
**far [10]**  1798/7 1827/12
1828/8 1835/14
1876/12 1890/2
1906/18 1912/3 1937/6
1942/8
**farm [8]**  1895/14
1927/21 1928/12
1928/13 1928/14
1930/1 1933/1 1934/6
**fashion [2]**  1918/11
1947/11

1938/12
**favored [1]**  1926/5
**favorites [1]**  1823/1
**Fayetteville [13]**
1885/6 1888/24 1889/1
1890/5 1907/8 1908/5
1909/2 1931/7 1933/11
1937/3 1945/9 1953/9
1953/11
**FBI [4]**  1796/14
1796/19 1813/6 1875/3
**FBI's [1]**  1796/22
**fear [1]**  1874/3
**fears [1]**  1852/10
**federal [3]**  1797/11
1797/12 1954/21
**feel [4]**  1804/20
1859/21 1884/14
1923/24
**feelers [1]**  1819/15
**felt [3]**  1878/22 1920/4
1926/12
**FEMA [1]**  1956/11
**female [1]**  1806/10
**few [12]**  1820/3
1820/20 1881/5
1895/24 1896/1 1898/9
1903/3 1910/17
1926/20 1941/14
1941/17 1941/18
**fight [4]**  1814/23
1814/23 1815/1 1815/7
**fighting [1]**  1899/20
**figure [2]**  1916/22
1920/23
**figures [2]**  1808/7
1808/12
**filed [2]**  1792/1
1792/10
**filing [1]**  1794/2
**fill [1]**  1824/23
**fill-in [1]**  1824/23
**final [1]**  1811/22
**finally [1]**  1862/14
**finance [1]**  1805/1
**find [22]**  1803/19
1827/21 1828/13
1828/16 1828/19
1828/24 1829/2
1832/10 1837/15
1844/8 1880/7 1887/16
1906/14 1906/15
1907/14 1916/6
1916/21 1952/18
1952/22 1952/23
1952/25 1953/6
**fine [6]**  1801/10 1873/6
1874/6 1874/9 1891/22
1951/17
**finger [1]**  1911/15
**finish [1]**  1971/6
**fire [1]**  1954/7
**firearm [3]**  1828/20
1828/22 1828/25
**firearms [13]**  1812/8
1812/12 1812/13
1813/6 1900/21

1924 1901/16
1902/1 1903/4 1907/15
1908/4 1917/20 1938/7
**firefighters [1]**  1956/1
**fires [1]**  1956/8
**first [18]**  1797/1 1797/1
1806/3 1813/13 1826/5
1826/6 1826/25
1829/19 1831/2
1838/11 1853/3
1864/23 1887/15
1887/20 1910/6 1924/8
1954/9 1956/2
**firsthand [2]**  1894/18
1924/23
**Fischer [29]**  1787/16
1787/16 1791/20
1792/4 1792/17
1792/22 1794/10
1795/12 1796/6
1796/13 1802/20
1813/17 1830/5 1837/3
1837/5 1838/2 1840/6
1840/11 1842/15
1843/17 1846/1 1849/7
1849/17 1851/17
1852/24 1853/19
1853/23 1854/2
1866/15
**Fischer's [2]**  1794/11
1817/5
**fischerandputzi [1]**
1787/19
**five [4]**  1875/1 1937/7
1937/8 1957/3
**fizzled [1]**  1941/13
**FL [1]**  1882/20
**flag [14]**  1793/18
1856/15 1857/6
1875/17 1911/20
1914/9 1914/10
1914/11 1914/14
1914/18 1915/2 1915/3
1915/4 1915/12
**flew [1]**  1889/23
**floor [3]**  1843/11
1882/25 1895/21
**floors [3]**  1859/25
1860/6 1861/23
**Florida [2]**  1896/1
1956/4
**flown [1]**  1889/14
**focus [4]**  1804/5
1808/2 1808/2 1849/9
**folks [11]**  1895/15
1895/22 1896/2
1899/11 1899/18
1901/24 1905/3 1906/4
1919/14 1919/14
1951/14
**follow [6]**  1795/1
1807/8 1820/20
1834/13 1842/17
1844/5
**followed [3]**  1803/24
1896/17 1896/18
**following [3]**  1854/13
1855/16 1870/8

## F

**force [25]** 1792/12 1806/9 1806/12 1812/14 1817/6 1827/23 1828/21 1828/23 1905/7 1905/12 1905/15 1905/21 1905/24 1906/3 1908/7 1908/10 1908/16 1908/18 1909/3 1909/8 1909/10 1915/20 1918/20 1919/7 1935/13
**forces [3]** 1806/23 1808/7 1813/21
**foregoing [1]** 1959/3
**form [4]** 1835/14 1889/1 1940/6 1940/8
**former [5]** 1882/14 1886/4 1886/20 1935/17 1935/18
**FormerFeds [1]** 1787/12
**formerfedsgroup.com [1]** 1787/14
**Fort [1]** 1956/6
**forth [8]** 1792/10 1792/13 1793/25 1873/13 1889/2 1898/4 1907/16 1908/18
**forthcoming [1]** 1926/22
**forward [2]** 1857/10 1888/5
**found [8]** 1796/6 1796/20 1796/24 1817/10 1828/18 1866/9 1887/22 1899/1
**foundation [2]** 1851/3 1901/18
**founded [1]** 1940/21
**four [6]** 1904/18 1908/14 1908/14 1937/7 1937/7 1937/8
**frame [2]** 1886/6 1898/5
**framed [1]** 1860/16
**frankly [1]** 1815/2
**free [1]** 1884/14
**freedom [5]** 1857/21 1894/21 1895/3 1895/4 1895/7
**freight [3]** 1885/13 1902/14 1902/19
**Friday [6]** 1896/17 1896/18 1896/24 1897/4 1897/19 1897/25
**friend [2]** 1886/11 1886/22
**friends [3]** 1812/20 1858/24 1941/14
**front [6]** 1786/15 1793/19 1884/16 1903/9 1903/17 1920/6
**Fuck [2]** 1857/6 1858/12
**full [2]** 1819/17

**function [1]** 1950/23
**fundamentally [2]** 1938/19 1939/11
**further [3]** 1812/17 1883/19 1925/18
**future [3]** 1803/19 1853/5 1853/9

## G

**Gadsden [1]** 1793/18
**gaggle [1]** 1915/25
**gained [1]** 1937/16
**ganging [1]** 1898/25
**garage [2]** 1895/21 1929/23
**gas [3]** 1840/5 1858/1 1868/3
**gassing [1]** 1857/1
**gather [1]** 1901/16
**gathered [1]** 1897/12
**Gator [2]** 1823/19 1823/20
**gave [6]** 1823/21 1844/24 1850/19 1861/4 1898/1 1898/2
**gear [2]** 1809/18 1944/5
**gender [2]** 1806/6 1806/10
**general [7]** 1798/9 1798/13 1827/16 1930/22 1933/23 1934/5 1934/11
**generally [7]** 1809/4 1809/5 1809/15 1819/24 1881/3 1881/4 1885/7
**Generated [1]** 1939/8
**gentleman [3]** 1894/20 1904/12 1904/15
**gentlemen [6]** 1801/14 1844/23 1868/16 1877/6 1884/25 1957/10
**Gentlemen's [1]** 1831/9
**get [54]** 1798/2 1798/12 1798/24 1801/21 1811/13 1814/12 1824/1 1826/23 1848/18 1851/23 1853/10 1858/13 1858/19 1869/10 1876/18 1876/22 1883/3 1888/13 1898/6 1898/10 1898/16 1898/18 1900/13 1901/3 1903/23 1905/8 1906/19 1906/21 1907/6 1907/12 1916/1 1916/1 1916/8 1916/17 1916/18 1917/5 1917/8 1919/6 1919/21 1919/21 1919/21 1920/3 1920/6 1921/22 1923/19 1924/15

1951/14 1954/3 1954/5 1956/11 1956/12 1956/23
**getting [8]** 1870/18 1870/19 1888/8 1888/25 1898/19 1921/7 1947/2 1955/17
**Geyer [4]** 1787/11 1791/18 1951/13 1952/9
**girls,' [1]** 1806/14
**give [11]** 1805/8 1815/11 1845/22 1847/15 1860/9 1864/14 1918/14 1922/22 1924/16 1925/12 1933/19
**given [2]** 1875/14 1932/5
**giving [1]** 1871/13
**Glen [1]** 1787/18
**glitch [1]** 1811/12
**gloves [2]** 1813/1 1898/9
**Gmail [1]** 1876/21
**gmail.com [1]** 1786/9
**go [50]** 1804/4 1805/17 1807/15 1808/19 1809/8 1809/23 1811/5 1811/20 1813/5 1813/13 1814/24 1814/24 1814/24 1815/2 1824/6 1826/5 1826/9 1834/8 1841/16 1842/21 1843/12 1851/14 1856/23 1858/13 1860/6 1860/25 1864/25 1867/2 1874/22 1877/7 1877/8 1878/20 1879/23 1880/3 1880/4 1880/21 1893/11 1899/4 1900/6 1905/9 1912/19 1915/21 1919/9 1919/11 1921/11 1928/7 1928/14 1939/3 1947/3 1951/16
**go ahead [2]** 1899/4 1947/3
**goal [1]** 1879/13
**goals [1]** 1877/15
**Godbold [4]** 1860/23 1860/25 1861/7 1861/23
**goes [8]** 1795/1 1804/1 1804/2 1807/3 1811/3 1831/24 1870/6 1871/13
**going [71]** 1793/7 1797/25 1798/5 1798/16 1798/24 1811/19 1824/6 1829/7 1830/24 1837/19 1843/3 1845/25 1851/15 1853/8 1853/19 1853/23

1855/16 1855/23 1857/16 1858/9 1859/12 1859/18 1859/21 1860/13 1860/14 1861/2 1861/5 1861/21 1863/7 1864/1 1869/9 1869/20 1874/1 1874/24 1878/14 1883/24 1886/20 1886/24 1888/18 1892/10 1895/1 1895/11 1897/20 1897/21 1898/6 1906/14 1907/6 1907/16 1908/18 1909/7 1909/16 1909/21 1912/7 1912/13 1912/21 1913/4 1916/24 1921/9 1925/10 1925/11 1928/22 1934/18 1939/3 1940/17 1940/20 1946/25 1957/5 1957/19
**gone [5]** 1810/22 1841/23 1849/20 1850/1 1929/25
**good [24]** 1791/4 1791/6 1791/23 1792/7 1801/16 1802/4 1802/5 1810/14 1815/3 1843/11 1858/16 1877/11 1877/12 1884/14 1884/22 1884/23 1903/5 1926/4 1926/8 1943/11 1943/12 1953/12 1955/20 1956/17
**Good morning [11]** 1791/4 1791/23 1792/7 1802/4 1877/11 1877/12 1884/14 1884/22 1884/23 1926/4 1943/11
**Google [2]** 1794/1 1916/20
**got [24]** 1819/15 1861/7 1870/2 1887/5 1889/24 1896/15 1896/17 1896/18 1896/20 1896/21 1897/24 1898/7 1916/4 1916/19 1919/17 1920/4 1920/7 1924/23 1927/17 1927/21 1932/17 1936/14 1947/12 1958/4
**GoToMeeting [2]** 1814/1 1814/6
**government [52]** 1785/14 1791/13 1792/1 1793/3 1793/9 1793/11 1793/16 1793/17 1793/19 1793/21 1794/1 1794/2 1794/17 1796/4 1797/11 1798/11

1802/15 1816/1 1819/2 1820/25 1821/20 1833/2 1834/2 1836/9 1838/12 1839/9 1845/21 1847/19 1848/1 1851/4 1855/6 1855/14 1867/10 1873/13 1875/2 1881/7 1881/25 1882/19 1883/20 1883/21 1884/5 1884/7 1884/18 1909/11 1909/13 1909/15 1911/2 1911/10 1932/23 1954/22
**government's [65]** 1789/5 1790/4 1793/1 1796/10 1797/20 1797/25 1802/16 1811/16 1814/10 1815/16 1816/1 1816/4 1817/18 1818/10 1819/6 1820/12 1820/25 1821/3 1821/20 1821/23 1822/3 1823/15 1824/6 1824/11 1825/3 1825/19 1826/1 1826/2 1830/10 1832/15 1833/2 1833/7 1833/19 1834/2 1834/5 1834/21 1835/4 1835/7 1835/24 1836/9 1836/12 1838/10 1838/14 1838/20 1839/5 1839/16 1844/12 1844/15 1845/7 1848/4 1850/12 1850/24 1851/8 1851/11 1855/24 1856/4 1863/25 1866/21 1867/10 1867/16 1880/13 1880/20 1880/23 1910/9 1914/17
**Governments [1]** 1867/14
**Governor [1]** 1787/17
**grab [2]** 1904/1 1905/8
**gravity [1]** 1947/8
**gray [1]** 1894/10
**great [2]** 1815/4 1889/9
**greater [1]** 1791/17
**Greetings [1]** 1803/18
**grew [2]** 1887/16 1887/17
**grilling [1]** 1929/20
**Grimes [1]** 1861/4
**ground [1]** 1956/11
**Grounds [4]** 1841/15 1842/8 1844/9 1844/21
**group [19]** 1836/23 1856/7 1856/9 1857/1 1869/23 1900/9 1910/16 1910/18 1916/5 1917/5 1919/21 1920/11 1928/7

**group... [6]** 1928/11 1929/18 1932/25 1934/6 1938/2 1944/22
**groups [6]** 1836/21 1898/21 1899/13 1933/6 1933/9 1935/22
**grow [2]** 1937/17 1937/19
**grudgingly [1]** 1804/18
**guarantee [1]** 1868/4
**Guards [2]** 1941/2 1941/5
**guess [5]** 1889/1 1903/18 1906/6 1918/9 1922/16
**guide [1]** 1897/23
**guidelines [1]** 1792/13 1903/14
**gun [1]** 1903/14
**guns [4]** 1868/4 1903/6 1903/19 1934/25
**guy [2]** 1843/10 1887/1
**guys [1]** 1886/24

**H**

**had [119]** 1792/25 1796/13 1796/14 1796/19 1796/25 1797/7 1801/15 1817/11 1829/21 1830/19 1837/15 1843/1 1843/19 1845/19 1846/2 1849/20 1849/24 1849/24 1850/1 1851/14 1852/12 1856/17 1857/12 1857/15 1859/7 1859/9 1860/5 1866/1 1866/5 1868/4 1868/4 1869/7 1870/6 1872/25 1876/21 1876/22 1878/13 1878/18 1885/18 1886/11 1886/12 1886/14 1887/15 1888/17 1888/24 1889/7 1889/14 1889/23 1890/3 1890/4 1893/15 1894/22 1894/24 1896/21 1897/12 1897/20 1897/24 1898/7 1898/17 1899/1 1900/14 1905/22 1906/22 1910/17 1914/12 1916/3 1916/9 1916/20 1916/22 1917/9 1917/17 1917/22 1918/7 1918/7 1918/12 1918/24 1918/25 1919/14 1920/17 1921/6 1921/17 1921/21 1921/21 1922/5 1925/5 1925/6 1928/1 1928/22 1929/4 1929/16 1929/19 1929/22 1930/2 1930/8

**G** 1933/23 1934/8
1934/25 1935/1 1936/13 1937/1 1937/5 1937/15 1937/20 1937/24 1937/24 1938/18 1939/19 1939/25 1940/19 1942/3 1944/13 1946/21 1949/3 1949/8 1949/17 1954/18
**hadn't [2]** 1880/5 1937/20
**Hains [1]** 1827/13
**half [6]** 1930/6 1937/7 1937/8 1953/9 1953/10 1957/6
**Haller [3]** 1787/6 1787/7 1791/16
**hallerjulia [1]** 1787/10
**hallway [1]** 1861/1
**hamburgers [1]** 1929/20
**hand [3]** 1823/1 1884/11 1903/6
**handed [1]** 1851/23
**handful [1]** 1921/10
**handle [2]** 1875/10 1918/9
**handwriting [1]** 1914/21
**hang [5]** 1803/2 1854/8 1874/18 1921/21 1921/22
**Hangout [1]** 1882/20
**happen [2]** 1864/11 1948/12
**happened [6]** 1843/19 1873/3 1875/13 1918/18 1921/11 1938/13
**happening [2]** 1899/9 1933/4
**happens [1]** 1953/14
**harm's [1]** 1949/7
**Harrelson [4]** 1787/11 1791/10 1791/18 1952/10
**Harrisburg [1]** 1786/15
**has [25]** 1793/7 1795/3 1795/20 1796/4 1797/8 1797/23 1798/11 1801/19 1802/18 1808/13 1852/24 1863/7 1870/16 1870/22 1873/13 1875/3 1875/13 1875/14 1876/19 1877/19 1880/13 1902/13 1932/23 1945/25 1948/21
**have [117]** 1792/9 1793/24 1793/25 1795/7 1795/8 1796/15 1796/18 1798/3 1798/4 1798/6 1798/16 1798/22 1799/3 1801/4 1801/7 1801/15

**G** 1804/14 1805/25
1806/6 1808/24 1810/1 1810/17 1810/22 1810/23 1811/11 1816/22 1816/25 1824/6 1829/8 1831/2 1838/13 1845/21 1846/10 1846/16 1846/19 1848/16 1848/21 1849/2 1850/16 1850/22 1852/16 1853/4 1853/6 1853/8 1853/9 1854/2 1854/3 1854/18 1855/20 1856/15 1864/1 1864/17 1865/10 1865/14 1868/5 1868/25 1869/2 1869/13 1875/11 1875/12 1875/16 1875/18 1876/6 1883/6 1883/18 1884/8 1885/10 1885/11 1887/6 1888/1 1892/3 1892/12 1892/21 1892/23 1894/17 1897/16 1898/9 1900/9 1904/2 1906/6 1906/13 1906/25 1907/4 1907/24 1908/3 1909/20 1910/3 1917/5 1918/4 1919/2 1922/11 1924/15 1925/17 1927/18 1931/11 1932/8 1936/13 1938/3 1938/4 1939/16 1939/17 1939/25 1941/3 1942/2 1943/2 1945/23 1946/15 1953/24 1954/15 1955/18 1956/5 1956/13 1956/13 1957/2 1957/13
**haven't [3]** 1832/4 1838/13 1851/14
**having [7]** 1809/18 1812/11 1829/9 1841/23 1844/2 1846/3 1935/10
**he [185]**
**He didn't [1]** 1898/12
**he said [8]** 1824/3 1856/15 1861/12 1869/17 1873/22 1899/13 1921/23 1952/22
**he'd [1]** 1921/23
**he'll [2]** 1854/3 1922/7
**he's [20]** 1836/6 1845/22 1846/11 1847/4 1854/19 1874/24 1876/16 1884/8 1890/16 1890/16 1890/19 1890/21 1894/6 1894/6 1904/11 1912/17 1923/3 1923/11

**G** head [4] 1810/15
1822/10 1875/15 1958/5
**headed [1]** 1920/8
**headers [1]** 1808/1
**health [1]** 1837/6
**hear [3]** 1907/23 1908/1 1920/13
**heard [4]** 1886/12 1920/16 1920/17 1932/8
**Hearing [1]** 1838/19
**Heavy [1]** 1942/12
**held [2]** 1875/24 1886/15
**Hell [1]** 1859/19
**helmets [3]** 1898/8 1900/11 1917/21
**help [11]** 1841/7 1876/22 1889/1 1889/2 1890/2 1898/20 1924/10 1924/10 1925/8 1951/8 1956/16
**helped [1]** 1868/3
**helpful [1]** 1945/1
**helping [2]** 1909/10 1925/3
**her [3]** 1869/9 1913/8 1913/12
**here [35]** 1791/25 1798/7 1801/9 1801/17 1807/18 1810/20 1823/7 1825/13 1826/10 1826/18 1834/10 1839/5 1843/1 1848/19 1850/16 1851/15 1852/1 1852/3 1852/15 1853/6 1858/22 1860/16 1861/14 1882/2 1890/12 1894/4 1896/12 1899/5 1939/2 1941/18 1950/17 1951/25 1953/5 1954/11 1956/17
**hey [4]** 1873/14 1886/23 1889/9 1954/11
**Hi [1]** 1877/12
**hide [1]** 1843/9
**high [1]** 1931/9
**highlight [2]** 1810/3 1813/15
**highlighted [1]** 1805/13
**highly [2]** 1797/23 1926/5
**Highway [1]** 1787/17
**hiking [1]** 1811/2
**Hill [1]** 1849/14
**him [32]** 1791/9 1796/19 1837/23 1840/15 1844/20 1852/20 1853/11 1853/14 1860/15 1864/16 1866/25 1871/14 1876/5

**G** 1887/14
1887/15 1889/13 1890/9 1890/9 1890/14 1894/1 1894/1 1894/21 1897/7 1906/23 1921/11 1922/24 1929/19 1938/24 1942/8 1952/12 1952/12
**himself [1]** 1809/21
**hired [1]** 1924/24
**his [29]** 1795/15 1796/6 1796/16 1796/17 1796/23 1797/1 1803/24 1806/4 1812/4 1814/2 1815/4 1820/1 1828/20 1836/18 1847/13 1847/14 1849/9 1855/18 1871/14 1873/20 1875/15 1881/20 1893/23 1894/20 1895/1 1932/15 1939/18 1941/16 1942/23
**historic [1]** 1892/10
**hit [2]** 1953/11 1955/17
**hold [1]** 1887/1
**holding [1]** 1914/9
**hole [1]** 1918/7
**home [4]** 1796/23 1797/1 1853/21 1921/22
**honestly [3]** 1909/16 1930/4 1946/2
**Honor [82]** 1791/6 1792/7 1792/21 1792/23 1793/24 1794/8 1794/9 1798/18 1798/19 1802/13 1803/4 1811/6 1815/25 1817/24 1819/2 1819/8 1821/25 1826/4 1826/7 1829/3 1829/7 1830/2 1833/1 1836/8 1837/19 1837/25 1838/12 1845/5 1845/18 1845/23 1846/10 1846/17 1846/24 1846/25 1847/22 1847/25 1848/7 1850/7 1850/3 1850/6 1851/3 1851/13 1851/16 1851/20 1851/22 1852/6 1852/8 1853/3 1854/5 1855/4 1855/22 1855/23 1860/13 1860/20 1864/18 1867/9 1868/22 1869/1 1871/19 1873/19 1874/21 1875/20 1876/5 1876/7 1877/1 1880/15 1882/21 1883/2 1883/7 1883/13 1883/20 1884/2 1884/6 1884/7 1890/24 1894/11 1901/19 1911/1 1925/17 1925/22

Honor... **[4]** 1943/5
1955/3 1955/6 1957/5
**HONORABLE [2]**
1785/9 1791/2
**hook [1]** 1924/13
**hope [3]** 1791/24
1801/15 1947/5
**hopeful [1]** 1801/16
**hornet's [1]** 1833/16
**hospital [1]** 1949/6
**hotel [11]** 1822/23
1827/25 1828/3
1828/25 1829/20
1834/12 1834/14
1834/16 1834/17
1834/17 1835/20
**hotmail.com [1]**
1787/19
**hour [5]** 1877/8 1930/5
1930/6 1957/6 1957/23
**hours [3]** 1818/16
1820/3 1835/1
**House [2]** 1843/11
1860/25
**Houses [1]** 1954/24
**how [69]** 1793/5
1793/25 1814/7
1815/10 1828/8
1831/22 1835/14
1838/4 1839/11
1841/11 1868/24
1870/10 1875/10
1876/23 1885/14
1886/3 1886/8 1887/14
1889/4 1891/17
1892/12 1894/16
1896/23 1898/2 1899/2
1900/13 1901/2 1901/5
1902/3 1903/11
1903/16 1903/19
1904/2 1904/20 1905/2
1905/2 1906/13
1906/15 1906/18
1906/19 1908/22
1908/22 1915/15
1916/25 1917/8
1920/10 1920/13
1922/2 1926/4 1926/5
1927/25 1934/17
1937/6 1937/14
1937/16 1937/18
1939/20 1940/6 1940/6
1942/14 1942/23
1942/24 1948/6
1948/21 1950/19
1952/18 1952/20
1953/6 1956/25
**however [8]** 1795/2
1796/21 1854/12
1872/22 1878/20
1880/8 1946/12
1950/13
**Hughes [1]** 1791/13
**huh [5]** 1935/3 1938/17
1942/20 1943/23
1954/2
**humans [1]** 1803/6

**hurricane [1]** 1953/10
**hurricanes [8]** 1952/19
1952/21 1953/4 1953/7
1953/11 1955/17
1956/5 1956/7
**hurry [1]** 1905/15
**hurt [1]** 1939/2

**I**

**I am [6]** 1803/21
1809/3 1885/9 1886/2
1924/4 1926/5
**I apologize [6]** 1825/17
1826/4 1829/25
1887/10 1933/22
1953/1
**I believe [42]** 1798/23
1811/17 1814/8
1817/15 1817/25
1820/10 1820/19
1826/22 1831/4 1832/4
1839/22 1865/6
1865/19 1871/12
1871/16 1871/25
1877/14 1880/6 1886/7
1888/16 1889/15
1889/19 1891/13
1892/21 1893/6 1893/6
1897/4 1898/15
1910/19 1914/11
1926/21 1926/25
1927/10 1927/19
1929/19 1936/20
1937/2 1938/22
1939/24 1940/3 1941/2
1952/6
**I can [4]** 1871/11
1874/25 1876/13
1928/17
**I can't [3]** 1933/14
1933/25 1948/3
**I did [14]** 1892/2
1893/12 1896/3
1902/14 1914/15
1915/5 1918/21
1920/15 1931/11
1931/15 1943/17
1945/13 1945/16
1945/18
**I didn't [3]** 1829/22
1869/10 1908/1
**I don't [33]** 1792/19
1794/11 1795/11
1795/23 1796/1 1797/2
1798/9 1822/7 1825/17
1826/6 1829/11
1838/13 1847/9
1847/12 1852/15
1853/10 1863/4 1871/8
1871/21 1872/8
1875/10 1888/22
1889/16 1892/23
1916/10 1918/25
1919/4 1923/3 1939/5
1939/19 1941/18
1950/19 1953/2
**I don't have [3]** 1853/6
1875/16 1957/2

**I don't recall [1]**
1831/14 1900/12
1918/24 1921/11
1928/25 1932/13
1953/8
**I gave [1]** 1844/24
**I guess [4]** 1889/1
1906/6 1918/9 1922/16
**I have [13]** 1801/4
1850/16 1852/16
1853/4 1855/20
1865/10 1869/2 1876/6
1883/18 1885/11
1892/23 1925/17
1942/2
**I haven't [2]** 1832/4
1851/14
**I hope [3]** 1791/24
1801/15 1947/5
**I just [8]** 1843/2
1851/18 1851/23
1853/3 1855/5 1900/14
1903/22 1953/8
**I know [5]** 1798/4
1798/6 1874/24
1915/10 1942/5
**I mean [13]** 1797/16
1798/10 1852/18
1853/22 1853/25
1854/2 1854/13 1871/6
1883/8 1920/1 1932/7
1947/7 1948/11
**I recall [3]** 1896/13
1897/10 1929/1
**I say [1]** 1947/8
**I should [3]** 1802/12
1816/21 1870/22
**I tend [1]** 1797/21
**I think [47]** 1792/10
1795/25 1796/3
1798/10 1801/19
1805/24 1811/13
1817/10 1818/16
1822/9 1826/9 1829/12
1830/14 1831/24
1841/25 1843/18
1845/23 1847/6
1847/10 1850/4 1852/4
1852/25 1853/22
1854/2 1856/3 1860/15
1863/12 1869/11 1869/6
1870/6 1872/14
1872/22 1873/6
1873/12 1880/2 1880/3
1883/11 1891/18
1896/20 1897/19
1899/11 1903/6 1913/1
1923/13 1938/1 1944/7
1952/22
**I thought [5]** 1829/15
1829/25 1869/12
1870/15 1919/1
**I told [1]** 1922/24
**I understand [5]**
1871/10 1896/1
1923/17 1926/11
1956/19
**I want [5]** 1866/20

1951/14
**I wanted [1]** 1924/2
**I was [14]** 1793/4
1805/2 1817/4 1885/11
1886/4 1887/19 1888/7
1904/8 1920/20 1921/4
1925/16 1944/10
1948/9 1956/6
**I will [2]** 1802/13
1858/23
**I worked [1]** 1804/25
**I would [1]** 1825/19
**I wouldn't [1]** 1950/7
**I'd [21]** 1794/8 1798/12
1802/6 1815/13
1817/10 1817/17
1819/22 1820/11
1842/18 1844/12
1844/13 1856/8 1863/6
1868/10 1869/2 1876/5
1880/12 1909/24
1926/20 1943/5 1957/2
**I'll [21]** 1798/19 1820/8
1831/13 1831/14
1831/19 1836/22
1844/23 1846/14
1846/18 1847/18
1855/20 1858/13
1876/24 1876/25
1884/15 1906/20
1912/2 1913/21
1923/16 1946/3 1955/6
**I'm [92]** 1797/25
1798/5 1801/6 1801/16
1801/18 1807/20
1808/15 1814/25
1815/15 1817/24
1818/15 1819/15
1821/19 1822/5
1822/12 1829/7
1830/24 1832/3
1837/19 1840/3
1851/13 1851/15
1851/22 1851/24
1852/7 1852/7 1853/8
1853/10 1853/17
1855/16 1856/16
1858/20 1858/22
1860/13 1863/7 1864/1
1864/6 1864/9 1868/9
1868/23 1870/8
1872/11 1872/14
1872/17 1873/25
1874/20 1886/23
1889/17 1890/20
1893/10 1895/1
1895/11 1898/1 1900/2
1901/4 1907/6 1909/12
1912/7 1912/13
1912/21 1913/4 1913/9
1913/15 1914/4 1914/7
1918/1 1919/5 1922/17
1923/3 1923/11
1923/24 1926/7
1930/24 1933/16
1933/21 1934/8 1939/5
1942/25 1947/2

1951/14
1950/2 1951/17 1952/8
1952/13 1954/11
1955/1 1955/8 1956/9
1957/10 1957/19
1958/5
**I'm going [11]** 1797/25
1829/7 1851/15 1853/8
1855/16 1860/13
1863/7 1864/1 1912/7
1912/13 1957/19
**I'm just [3]** 1853/10
1933/16 1939/5
**I'm not [6]** 1822/12
1832/3 1858/20 1870/8
1873/25 1913/4
**I'm not sure [2]**
1853/17 1913/15
**I'm sorry [22]** 1801/6
1807/20 1808/15
1817/24 1821/19
1822/5 1856/16
1868/23 1890/20
1893/10 1895/1 1898/1
1900/2 1901/4 1914/7
1923/3 1949/14 1950/2
1952/8 1955/1 1955/8
1956/9
**I've [15]** 1794/12
1794/14 1809/21
1837/11 1837/20
1839/15 1852/15
1857/20 1885/13
1941/16 1956/7 1956/7
1956/8 1956/9 1958/4
**i.e [2]** 1804/20 1942/13
**icebox [1]** 1801/17
**ID [1]** 1894/13
**idea [10]** 1797/17
1819/16 1848/21
1906/9 1909/2 1924/5
1926/13 1944/22
1944/23 1955/20
**identification [3]**
1890/25 1891/4
1894/12
**identified [2]** 1790/4
1824/11
**identify [1]** 1913/1
**identifying [1]** 1808/16
**III [3]** 1785/6 1786/2
1791/8
**illegal [4]** 1922/25
1923/8 1923/12
1949/14
**image [1]** 1956/17
**immediate [1]** 1939/12
**immediately [2]** 1812/6
1841/1
**immobile [1]** 1942/22
**impending [1]** 1938/13
**implicate [2]** 1869/9
1871/17
**implicates [2]** 1869/4
1869/25
**implication [2]**
1870/25 1871/22
**implies [2]** 1872/25

implies... [1] 1905/14
implies... [1] 1905/14
implies... 1905/14
implies... [1] 1905/14

implies... [1] 1905/14
important [1] 1853/1
1854/12
importantly [1]
1797/12
impression [2]
1850/19 1860/9
improper [1] 1796/9
inadmissible [5]
1792/24 1794/23
1794/25 1795/5
1795/13
inappropriately [1]
1852/25
inaugurated [1]
1863/23
inauguration [5]
1863/21 1863/22
1864/1 1864/11 1866/6
incapable [1] 1942/15
incendiary [3] 1812/16
1851/23 1851/24
inches [1] 1918/6
include [2] 1847/8
1939/22
included [1] 1938/3
including [6] 1810/15
1814/2 1822/25
1841/12 1875/23
1917/20
inclusion [1] 1847/8
inconsistent [1]
1875/22
increase [1] 1932/18
increases [1] 1813/3
independent [1]
1829/10
INDEX [2] 1789/2
1790/2
indicated [2] 1913/17
1928/6
indication [1] 1940/1
individual [7] 1809/14
1838/25 1870/24
1893/17 1932/13
1949/3 1949/5
individuals [11] 1805/7
1806/10 1841/12
1856/8 1856/10
1878/14 1896/7
1897/12 1898/25
1929/25 1930/9
indulgence [4] 1824/9
1866/13 1884/8 1910/5
inflame [1] 1797/24
inform [4] 1856/20
1859/15 1866/8 1866/9
information [5]
1792/14 1865/20
1866/5 1869/21
1937/16
informed [1] 1849/25
initial [3] 1838/5
1847/14 1848/18
injured [4] 1905/9
1944/13 1948/25
1949/3

ink [3] 1794/1 1794/4
1794/5
Inn [3] 1828/4 1834/15
1834/19
innocent [2] 1804/19
1813/22
inquire [1] 1798/15
inside [19] 1841/24
1842/5 1842/6 1842/8
1842/9 1842/11 1843/9
1849/20 1850/1
1850/20 1852/20
1852/21 1857/20
1859/4 1860/3 1860/10
1861/7 1868/3 1895/21
Insofar [1] 1795/24
instance [1] 1808/16
instant [1] 1794/5
instead [2] 1934/2
1936/15
instigator [1] 1840/4
instructing [1] 1860/15
instruction [2] 1844/24
1903/22
instructions [2] 1860/2
1860/10
instructor [1] 1924/5
insurrection [11]
1815/5 1881/15
1881/21 1900/18
1901/8 1901/17 1902/2
1906/11 1909/4 1909/9
1948/17
Insurrection Act [3]
1815/5 1881/15
1948/17
intel [1] 1836/23
intelligence [1] 1812/6
intend [1] 1873/1
intending [5] 1849/8
1870/21 1870/23
1873/8 1873/12
intent [10] 1846/2
1847/14 1866/16
1871/14 1871/17
1872/25 1873/3
1873/12 1873/15
1880/8
intentions [1] 1845/25
1940/13
interact [2] 1896/2
1897/7
interacting [1] 1895/25
interactions [1]
1933/18
interested [2] 1803/21
1949/24
interesting [1] 1886/10
interfering [1] 1879/14
interrupt [4] 1868/9
1889/17 1899/3
1924/25
interrupting [1] 1852/7
interstate [1] 1956/8
introduce [2] 1795/13
1884/25
introduced [4] 1793/10

1883/6
introduction [2]
1794/22 1795/4
investigation [2]
1838/24 1878/22
invite [1] 1952/20
inviting [2] 1953/2
1953/4
invoked [5] 1881/21
1901/17 1902/1
1906/10 1909/4
involve [1] 1881/6
involved [5] 1797/14
1878/12 1888/8
1936/14 1942/14
involving [1] 1881/6
iPad [1] 1916/20
irrelevant [2] 1794/23
1795/13
is [366]
Is that [1] 1887/12
is that correct [4]
1820/21 1934/9
1952/16 1953/16
is that fair [2] 1826/21
1914/18
is that right [4] 1820/4
1835/17 1841/20
1878/1
is there [7] 1798/1
1811/23 1825/7
1838/17 1840/16
1873/17 1927/1
island [1] 1827/13
issue [5] 1792/24
1798/22 1847/10
1847/11 1871/6
issues [1] 1942/11
it [306]
it would be [1]
1829/13
it's [70] 1794/16
1795/19 1799/6
1801/14 1801/17
1801/19 1815/8
1816/11 1817/22
1820/19 1826/22
1827/8 1827/14 1828/5
1831/8 1831/9 1831/19
1833/6 1842/22
1844/25 1845/3
1845/19 1846/6
1846/22 1847/1 1847/7
1847/10 1847/12
1847/13 1848/11
1852/25 1853/25
1854/17 1855/7 1856/8
1856/9 1856/10
1859/21 1868/16
1869/6 1870/10 1871/8
1872/14 1872/15
1873/7 1876/10
1879/16 1880/18
1880/18 1883/11
1893/7 1901/21 1913/5
1913/15 1915/3
1915/10 1927/3 1927/4

1942/5 1944/7 1947/13
1948/21 1949/14
1949/16 1951/22
1952/9 1957/12
item [1] 1919/2
items [3] 1810/1
1851/15 1898/9
its [6] 1793/3 1794/9
1855/14 1876/19
1884/5 1885/22
itself [17] 1797/8
1812/7 1812/9 1837/24
1844/25 1845/1
1845/24 1846/5
1847/17 1847/20
1853/22 1917/11
1952/18 1952/20
1952/22 1952/23
1952/25

**J**

J-a-k-z [1] 1885/23
Jail [1] 1858/23
Jakz [3] 1885/23
1915/13 1915/14
James [2] 1786/7
1791/14
James Lee Bright [1]
1791/14
Jan [4] 1818/4 1827/7
1827/16 1849/12
January [46] 1818/5
1818/8 1818/14
1819/18 1822/4 1822/6
1822/14 1823/11
1832/12 1833/13
1835/16 1836/6
1836/19 1837/3 1838/4
1843/20 1843/24
1845/25 1846/2 1849/6
1849/8 1849/10
1856/12 1858/7 1859/2
1859/3 1861/20
1861/20 1863/5
1863/16 1863/19
1863/20 1863/24
1864/12 1865/23
1865/24 1866/17
1866/25 1867/22
1872/1 1879/15
1879/24 1880/4
1925/15 1941/25
1942/1
January 30th [1]
1822/6
January 6th [19]
1822/14 1823/11
1832/12 1837/3
1843/20 1843/24
1845/25 1846/2
1856/12 1859/2 1859/3
1861/20 1866/17
1866/25 1872/1
1879/15 1879/24
1925/15 1941/25
January 6thth [1]
1880/4

j-b [1] 1786/16
Jeffrey [2] 1785/14
1791/12
jeffrey.nestler [1]
1785/18
Jessica [11] 1786/16
1791/10 1828/14
1829/9 1834/11
1834/18 1896/6
1896/12 1912/23
1917/9 1917/22
Jessica Watkins [3]
1896/12 1912/23
1917/22
jlbrightlaw [1] 1786/9
jobs [1] 1804/19
Joe [2] 1836/18
1858/13
jog [1] 1823/1
John [7] 1791/19
1884/7 1884/18 1885/1
1885/24 1892/22
1915/16
Johnston [1] 1786/11
join [3] 1904/10
1923/23 1955/15
joined [3] 1810/13
1891/25 1936/14
joining [2] 1905/3
1955/19
Jonathan [1] 1786/14
Jr [2] 1786/10 1787/2
judge [3] 1785/10
1863/15 1878/19
Judge's [1] 1863/13
judgment [2] 1796/23
1852/10
Juli [2] 1787/6 1791/16
JULIA [1] 1787/7
jumped [2] 1932/17
1944/16
juncture [1] 1874/12
jurors [1] 1799/7
jury [43] 1785/9
1793/19 1795/20
1797/24 1801/5
1801/11 1801/12
1814/15 1816/6 1818/1
1819/9 1819/24
1821/18 1822/2
1825/15 1830/12
1830/13 1833/9 1835/9
1836/14 1839/2
1846/18 1847/4 1849/3
1852/14 1854/24
1856/3 1865/17
1867/18 1868/19
1877/3 1877/4 1879/8
1880/12 1881/6
1881/11 1884/25
1886/8 1911/12
1914/17 1923/14
1932/3 1957/17
just [150] 1797/12
1797/18 1804/23
1807/21 1809/15
1810/3 1810/4 1810/24
1811/10 1811/11

just... [140] 1811/15
1811/20 1811/21
1813/14 1814/11
1814/12 1815/13
1815/15 1817/17
1818/10 1818/17
1819/24 1820/4
1820/11 1820/23
1821/6 1821/15 1825/2
1826/11 1826/19
1828/14 1831/3 1831/7
1831/9 1831/11
1832/14 1833/18
1834/20 1835/1
1835/23 1836/20
1843/1 1843/2 1844/23
1845/6 1846/22
1851/13 1851/18
1851/23 1852/7 1853/3
1853/10 1854/11
1854/20 1854/21
1855/5 1857/21
1860/18 1861/7
1863/25 1864/10
1864/13 1864/22
1865/4 1865/16
1866/20 1867/2 1868/9
1871/11 1871/25
1873/19 1876/24
1876/25 1878/21
1880/21 1881/3
1881/11 1881/24
1882/2 1882/11 1883/8
1884/8 1884/8 1884/16
1887/18 1888/3 1890/5
1893/6 1894/25
1894/25 1896/22
1898/24 1900/14
1901/7 1902/5 1903/3
1903/4 1903/11
1903/22 1904/13
1904/20 1905/3
1905/14 1908/11
1908/18 1909/11
1909/13 1909/16
1909/17 1910/6 1910/8
1911/3 1911/19 1912/2
1912/9 1912/10
1913/15 1913/17
1914/5 1922/22
1923/16 1924/22
1924/25 1927/2 1927/4
1929/10 1930/20
1931/13 1931/19
1932/21 1932/25
1933/10 1933/16
1934/10 1935/25
1936/20 1937/10
1939/5 1940/12
1940/14 1941/10
1942/7 1949/6 1951/14
1951/16 1953/8
1956/22 1957/13
1957/19 1957/22
justification [1]
1793/16
justifies [1] 1794/23

**K**
Kate [1] 1792/8
Kate Rakoczy [1]
1792/8
Kathryn [2] 1785/14
1791/12
Kathryn Rakoczy [1]
1791/12
kathryn.rakoczy [1]
1785/17
keep [4] 1805/25
1827/1 1831/13
1831/14
Keeper [1] 1926/16
keepers [69] 1803/12
1814/2 1816/13
1836/21 1836/24
1839/3 1857/15
1871/21 1873/15
1886/1 1886/9 1886/16
1887/21 1888/2 1888/9
1889/4 1889/10
1891/21 1892/18
1895/18 1899/10
1903/2 1920/11
1923/22 1924/1 1924/3
1924/6 1924/20
1924/22 1925/2 1925/8
1926/24 1931/3 1931/8
1931/24 1934/10
1936/14 1937/11
1938/8 1938/9 1938/14
1939/13 1940/7
1940/11 1940/14
1940/18 1940/19
1940/20 1941/21
1944/21 1945/11
1946/18 1948/1 1948/2
1949/19 1949/25
1950/11 1950/13
1950/25 1951/3 1951/4
1951/9 1952/7 1952/15
1955/16 1955/19
1956/4 1956/15
1956/18
Keepers' [1] 1939/17
keeping [2] 1863/25
1940/24
Kelly [4] 1787/2 1791/9
1943/14 1943/14
Kelly Meggs [3]
1791/9 1943/14
1943/14
Ken [1] 1952/10
Kenneth [2] 1787/11
1791/10
Kenneth Harrelson [1]
1791/10
Kentucky [2] 1888/18
1888/21
kept [2] 1869/6
1886/21
kettle [1] 1849/15
killed [1] 1868/5
Killer [3] 1810/21
1811/2 1811/16
kilo [2] 1865/12
1865/13

km [1] 1885/18
kind [21] 1792/25
1853/22 1886/10
1887/22 1887/7 1890/2
1892/15 1906/22
1907/18 1909/16
1914/12 1915/25
1919/2 1921/18
1922/11 1922/18
1938/13 1939/24
1940/1 1940/8 1954/10
kinetic [3] 1814/24
1814/25 1815/3
kneeling [3] 1913/10
1913/19 1913/22
knew [10] 1852/22
1887/17 1894/21
1903/25 1905/23
1913/24 1929/18
1933/10 1944/13
1945/1
knives [1] 1810/8
know [75] 1794/11
1794/14 1794/18
1795/19 1796/1 1797/5
1797/6 1797/16 1798/4
1798/6 1806/15
1825/17 1842/10
1846/20 1846/20
1847/2 1847/2 1853/5
1856/8 1857/14
1861/12 1861/13
1862/10 1862/17
1863/11 1868/24
1872/14 1874/24
1875/10 1875/13
1876/9 1877/8 1880/2
1886/14 1886/14
1886/25 1887/12
1887/14 1889/4 1889/6
1889/6 1889/7 1890/12
1894/4 1894/16
1894/17 1894/20
1894/22 1896/12
1903/23 1905/20
1907/16 1908/22
1915/10 1915/13
1917/1 1917/8 1917/10
1918/2 1919/5 1920/13
1928/21 1929/15
1929/15 1934/17
1936/1 1939/19 1940/9
1942/5 1943/14 1946/2
1952/11 1954/7
1954/18 1956/13
knowing [2] 1847/4
1942/2
knowledge [9] 1856/20
1894/18 1928/5
1930/20 1941/20
1941/23 1941/24
1942/7 1946/13
known [3] 1803/11
1891/9 1891/18

**L**
LA [1] 1786/11
labeled [3] 1844/14

lack [2] 1901/18
1922/5
lacks [1] 1847/14
ladies [6] 1801/14
1844/23 1868/15
1877/6 1884/25 1957/9
laid [3] 1792/16
1897/24 1903/25
land [1] 1823/21
language [4] 1935/22
1936/6 1936/15
1936/16
large [3] 1804/12
1854/14 1934/25
larger [1] 1900/15
LASSITER [1] 1786/3
last [14] 1792/10
1801/19 1810/11
1817/4 1863/13
1880/16 1881/8 1885/2
1894/20 1895/1 1895/2
1941/15 1950/24
1957/5
late [5] 1897/16
1898/18 1916/1
1926/17 1927/21
later [16] 1863/18
1874/9 1883/6 1883/24
1887/15 1887/22
1887/23 1899/25
1900/6 1906/21 1916/4
1919/11 1920/12
1921/14 1928/12
1937/17
Lauderdale [1] 1956/6
law [13] 1787/3 1787/7
1792/10 1809/1 1879/4
1879/4 1879/4 1935/17
1935/24 1936/7
1936/10 1951/7
1955/25
Lawn [2] 1786/3
1786/7
laws [1] 1797/12
lawyer [1] 1874/20
lawyers [5] 1798/6
1875/4 1875/7 1936/1
1936/3
lay [1] 1807/3
lays [1] 1804/6
LEA [1] 1817/22
lead [13] 1888/6
1888/7 1889/25 1891/7
1892/22 1893/6
1893/14 1896/18
1904/15 1906/23
1915/17 1936/22
1954/17
leader [13] 1803/12
1807/8 1816/12
1817/23 1818/4
1832/21 1870/1
1887/23 1887/24
1888/9 1893/1 1912/18
1927/11
leaders [4] 1806/4
1807/4 1808/23

leadership [4] 1879/19
1880/24 1891/19
1892/14
leading [1] 1926/13
learn [1] 1865/24
learned [6] 1854/18
1854/25 1866/5
1943/21 1944/21
1949/21
least [7] 1793/8
1795/24 1799/7
1801/18 1870/22
1898/21 1928/24
leave [7] 1796/2
1857/21 1915/23
1919/22 1920/11
1928/13 1951/22
leaving [2] 1916/1
1932/14
led [5] 1907/3 1907/19
1920/20 1939/16
1939/17
Lee [2] 1786/7 1791/14
left [21] 1823/1 1825/7
1825/12 1826/13
1861/1 1896/24
1910/17 1911/20
1912/10 1913/19
1913/20 1913/22
1914/6 1916/3 1920/9
1922/2 1924/18 1929/9
1929/14 1929/16
1930/12
left-hand [1] 1823/1
leftest [1] 1933/6
legal [4] 1839/10
1923/1 1923/4 1936/15
legalese [1] 1936/15
legislators [1] 1859/24
lend [1] 1812/21
length [1] 1918/6
lengthy [1] 1830/20
less [1] 1926/17
let [23] 1814/23
1814/23 1815/1
1831/13 1838/11
1846/18 1849/13
1852/2 1863/10
1864/24 1878/25
1886/14 1887/25
1890/11 1894/3
1894/25 1895/12
1896/12 1899/3
1900/19 1923/23
1924/25 1948/19
let's [28] 1792/4
1795/16 1796/2 1804/3
1820/23 1821/18
1837/2 1837/23
1843/15 1843/17
1843/25 1844/6
1855/16 1855/19
1858/13 1872/7
1872/23 1873/23
1873/25 1883/8
1883/11 1903/11
1910/6 1932/22

1976

1976

**L**

let's... **[4]** 1932/25 1934/24 1938/12 1955/5
letter **[1]** 1806/3
level **[3]** 1807/10 1812/14 1843/15
liberty **[1]** 1895/7
lifetime **[1]** 1943/19
light **[1]** 1792/3
lightly **[1]** 1947/8
like **[59]** 1802/6 1814/21 1815/13 1816/22 1817/17 1819/12 1819/22 1820/9 1820/11 1823/9 1830/20 1842/18 1844/12 1844/13 1851/18 1860/5 1868/10 1868/12 1869/2 1874/4 1880/12 1881/23 1881/24 1886/23 1887/3 1889/7 1890/22 1894/8 1895/6 1895/7 1898/8 1898/23 1899/22 1905/2 1907/24 1907/25 1908/3 1909/17 1909/24 1914/19 1917/1 1917/5 1918/8 1918/8 1922/19 1924/3 1924/22 1926/9 1926/20 1928/24 1935/19 1936/1 1936/3 1937/18 1953/14 1955/16 1955/16 1955/24 1957/11
likely **[2]** 1806/13 1898/4
limit **[1]** 1932/25
limited **[6]** 1812/11 1869/3 1869/13 1870/3 1882/23 1931/23
Lincoln **[3]** 1824/16 1826/14 1827/12
Linder **[3]** 1786/2 1786/3 1791/14
line **[6]** 1796/16 1796/17 1799/7 1843/22 1911/16 1924/13
lines **[4]** 1792/16 1824/24 1826/15 1954/1
link **[3]** 1810/19 1810/20 1811/3
listener **[1]** 1870/23
little **[19]** 1792/1 1801/17 1810/4 1819/18 1826/20 1860/16 1886/8 1887/18 1889/24 1889/25 1890/2 1898/1 1898/2 1907/7 1916/9 1917/11 1937/17 1951/16 1955/4
live **[3]** 1885/4 1885/5 1887/9

Livengood **[2]** 1928/20 1929/1
Livengood's **[1]** 1935/6
Lives **[1]** 1947/22
living **[2]** 1885/8 1955/16
LLC **[2]** 1786/22 1787/12
load **[1]** 1813/9
loaded **[2]** 1812/25 1813/2
loading **[1]** 1812/25
local **[3]** 1843/15 1892/14 1954/22
location **[4]** 1808/17 1827/22 1831/7 1928/2
locations **[2]** 1823/22 1831/8
lodging **[1]** 1807/24
logistics **[4]** 1803/22 1807/16 1807/19 1807/22
LOL **[1]** 1858/14
long **[15]** 1795/3 1847/3 1853/4 1885/14 1896/23 1897/11 1903/5 1903/14 1903/19 1903/24 1904/2 1919/19 1921/21 1934/24 1939/4
longer **[3]** 1868/24 1930/15 1951/16
look **[18]** 1794/11 1796/19 1797/4 1804/3 1817/16 1827/10 1842/4 1846/5 1846/14 1847/6 1855/21 1855/21 1863/10 1864/24 1890/11 1894/3 1896/11 1911/20
looked **[7]** 1796/12 1796/12 1819/25 1820/7 1821/15 1864/22 1887/2
looking **[11]** 1807/20 1831/6 1831/14 1835/1 1842/5 1842/6 1851/22 1858/22 1919/5 1922/17 1944/22
looks **[4]** 1823/9 1890/22 1894/8 1914/19
loop **[1]** 1798/23
losing **[1]** 1876/15
lost **[2]** 1876/19 1921/2
lot **[15]** 1823/2 1852/8 1852/16 1862/24 1887/17 1887/18 1888/15 1888/19 1906/20 1929/7 1934/11 1935/22 1948/11 1955/18 1956/10
loud **[2]** 1884/24

Louis **[1]** 1791/13
love **[1]** 1857/3
low **[2]** 1797/22 1837/17
lower **[1]** 1812/14
luck **[1]** 1858/16
lunch **[4]** 1877/8 1957/9 1957/13 1957/23

**M**

ma'am **[30]** 1885/21 1887/22 1888/7 1889/19 1890/10 1890/13 1891/8 1891/11 1891/16 1892/5 1892/8 1892/19 1893/12 1893/14 1893/19 1893/25 1894/2 1895/5 1895/20 1897/2 1897/14 1904/19 1906/1 1906/8 1907/9 1919/8 1919/10 1919/16 1921/15 1925/20
made **[14]** 1793/7 1793/19 1816/20 1841/15 1843/10 1850/19 1854/23 1868/2 1891/18 1905/7 1922/6 1935/16 1935/17 1940/1
MAGA **[8]** 1830/16 1891/10 1892/7 1893/9 1894/23 1927/20 1947/17 1950/15
maintained **[1]** 1805/2
majority **[2]** 1930/22 1953/12
make **[17]** 1799/4 1810/4 1813/9 1837/12 1846/15 1849/4 1869/2 1892/9 1896/25 1898/7 1903/22 1904/12 1919/22 1920/1 1922/7 1925/1 1934/22
makes **[1]** 1872/24
makeup **[1]** 1922/15
making **[5]** 1801/18 1808/14 1853/20 1859/19 1924/14
male **[1]** 1932/14
man **[3]** 1840/4 1853/9 1896/5
manpower **[1]** 1925/7
many **[12]** 1831/22 1841/12 1846/1 1892/9 1892/11 1903/11 1903/16 1903/19 1904/2 1926/21 1927/25 1950/19
Manzo **[1]** 1791/13
map **[12]** 1819/16 1821/12 1823/8 1824/15 1825/5 1825/7 1826/12 1826/19 1826/21 1827/3

mapping **[1]** 1824/24
maps **[15]** 1820/8 1820/10 1820/10 1820/20 1821/14 1822/23 1823/4 1824/4 1827/7 1871/14 1871/19 1872/17 1897/24 1898/2 1916/21
march **[10]** 1816/24 1891/10 1894/23 1927/20 1930/17 1947/17 1947/20 1948/5 1948/14 1950/15
marches **[1]** 1934/15
mark **[1]** 1864/1
marked **[3]** 1845/7 1863/24 1877/20
markings **[1]** 1809/19
marshaling **[1]** 1813/21
Maryland **[1]** 1798/6
masculine **[1]** 1806/6
mask **[3]** 1809/22 1884/15 1890/23
masks **[1]** 1809/19
massive **[1]** 1860/14
material **[2]** 1875/23 1876/2
materials **[1]** 1876/14
matter **[5]** 1798/13 1883/2 1947/22 1958/4 1959/4
max **[1]** 1869/1
may **[25]** 1802/15 1808/8 1811/11 1812/3 1812/6 1812/8 1812/8 1826/5 1829/3 1836/14 1836/15 1850/22 1851/15 1851/20 1884/3 1890/24 1894/11 1913/1 1925/22 1926/21 1932/22 1945/22 1947/1 1947/1 1955/14
maybe **[12]** 1794/18 1796/15 1797/7 1797/7 1797/8 1816/21 1830/14 1863/13 1870/8 1894/9 1926/17 1954/20
Mayor **[1]** 1858/6
MD **[1]** 1787/18
me **[55]** 1805/24 1814/21 1816/20 1838/11 1840/3 1841/6 1843/15 1844/7 1845/21 1845/22 1847/16 1852/2 1854/15 1854/17 1859/7 1863/5 1864/24 1870/10 1872/8 1873/7 1876/23 1878/25 1886/11 1886/21 1887/2 1887/4 1887/25 1894/25 1895/12

1892/16 1898/3 1900/19 1904/11 1905/25 1907/19 1915/10 1923/23 1924/2 1924/25 1931/1 1934/1 1934/12 1935/10 1935/11 1936/2 1936/18 1938/12 1939/11 1942/2 1942/6 1948/19 1950/2 1951/14 1954/12 1954/12 1955/24
meals **[1]** 1908/15
mean **[22]** 1797/16 1798/10 1809/4 1825/15 1852/18 1853/22 1853/25 1854/2 1854/13 1871/1 1871/6 1883/8 1905/13 1909/14 1915/22 1920/1 1932/7 1941/16 1947/7 1948/11 1950/3 1950/4
means **[2]** 1848/13 1901/23
meant **[3]** 1805/24 1861/19 1901/13
mechanical **[1]** 1788/6
media **[3]** 1875/5 1875/7 1957/15
medical **[1]** 1905/10
meet **[6]** 1888/9 1893/23 1906/18 1921/11 1952/9 1952/11
meeting **[7]** 1792/12 1886/15 1886/17 1886/21 1887/1 1887/20 1890/8
meetings **[3]** 1891/21 1891/25 1936/17
Meggs **[16]** 1787/2 1791/9 1791/17 1823/11 1823/19 1823/20 1823/25 1824/4 1824/20 1824/22 1827/7 1827/15 1877/14 1879/17 1943/14 1943/14
MEHTA **[2]** 1785/9 1791/3
member **[15]** 1806/1 1806/6 1809/14 1809/18 1809/20 1810/17 1812/19 1813/1 1886/4 1886/5 1886/9 1886/20 1888/1 1940/11 1950/13
members **[16]** 1804/11 1807/4 1807/8 1810/1 1812/19 1814/2 1853/7 1857/25 1886/18 1892/17 1893/16 1895/18 1898/13 1903/2 1908/20 1908/23
memorial **[4]** 1804/12

1977

**memorial... [3]** 1824/16 1826/14 1827/12
**mens [1]** 1852/17
**mention [3]** 1830/19 1840/16 1930/18
**mentioned [25]** 1885/18 1886/11 1887/11 1888/20 1888/24 1889/7 1889/9 1890/8 1892/25 1897/20 1901/25 1902/3 1906/2 1906/9 1917/19 1928/22 1930/16 1932/12 1937/1 1944/16 1946/5 1947/25 1950/18 1952/4 1952/6
**mentioning [2]** 1840/15 1900/14
**merely [1]** 1879/14
**Merit [1]** 1788/2
**Meriwether [1]** 1863/16
**message [149]** 1793/12 1803/7 1803/13 1815/17 1815/18 1815/19 1815/23 1816/9 1816/11 1816/15 1817/19 1817/21 1817/25 1818/13 1818/14 1818/17 1818/19 1818/22 1818/23 1818/24 1819/11 1819/13 1819/14 1819/22 1819/25 1820/3 1820/7 1820/13 1820/16 1820/19 1821/15 1822/4 1822/17 1822/19 1822/21 1823/4 1823/16 1823/25 1824/19 1824/21 1830/13 1830/15 1832/16 1832/19 1832/23 1833/11 1833/13 1833/19 1833/20 1833/22 1834/8 1834/22 1834/25 1835/12 1835/19 1835/25 1836/2 1836/2 1839/23 1840/1 1840/2 1840/19 1840/20 1841/2 1842/17 1843/1 1843/2 1843/4 1843/6 1845/11 1845/14 1845/24 1847/17 1849/10 1852/16 1856/4 1856/10 1856/11 1856/12 1856/15 1856/17 1856/23 1856/23 1856/25 1857/2 1857/2 1857/5 1857/5 1857/8
1857/8 1857/12 1857/16 1857/16 1857/19 1857/24 1857/24 1858/3 1858/15 1858/15 1858/18 1858/18 1858/21 1858/21 1859/1 1859/1 1859/12 1859/12 1859/18 1859/18 1859/23 1860/4 1860/4 1860/22 1860/22 1861/2 1861/2 1861/5 1861/9 1861/9 1861/19 1861/21 1861/21 1861/24 1861/24 1862/3 1862/7 1862/8 1862/10 1862/14 1862/15 1862/17 1866/22 1867/4 1867/6 1867/21 1867/22 1867/25 1872/15 1880/24 1880/25 1882/3 1882/3 1882/5 1882/7
**message 53 [1]** 1859/12
**Message 59 [1]** 1861/5
**messages [52]** 1817/11 1817/16 1820/9 1823/10 1823/13 1824/4 1827/15 1827/21 1828/13 1828/16 1828/18 1829/16 1829/19 1832/1 1832/10 1835/1 1838/3 1838/5 1839/9 1842/16 1849/23 1850/8 1851/16 1852/18 1859/6 1864/13 1864/17 1865/3 1865/16 1865/19 1865/24 1866/1 1866/8 1870/4 1871/2 1871/25 1873/5 1873/9 1879/18 1879/20 1879/22 1879/24 1880/7 1881/3 1881/14 1881/18 1881/23 1882/10 1882/13 1882/15 1882/19 1882/22
**met [5]** 1873/11 1887/15 1889/13 1913/12 1952/12
**method [3]** 1922/16 1922/17 1924/6
**Mexico [1]** 1956/9
**microphone [1]** 1884/16
**mid [1]** 1910/19
**mid-morning [1]** 1910/19
**middle [3]** 1807/7 1807/21 1809/10
**midnight [1]** 1819/19
**midst [1]** 1953/7
**might [21]** 1795/7

1796/17 1809/18 1850/4 1866/10 1902/1 1906/10 1906/21 1906/23 1907/24 1909/3 1918/2 1933/5 1935/23 1939/25 1947/19 1947/22 1955/18 1955/19
**miles [4]** 1828/11 1908/14 1937/7 1937/8
**militaristic [1]** 1935/23
**military [18]** 1804/12 1804/13 1804/13 1804/16 1885/12 1885/14 1905/25 1905/25 1935/10 1935/14 1935/15 1935/18 1935/24 1936/7 1936/10 1936/16 1943/16 1950/23
**military-type [1]** 1936/16
**militia [4]** 1836/22 1839/4 1869/8 1870/20
**million [11]** 1830/16 1849/14 1891/10 1892/7 1893/9 1894/23 1927/20 1934/18 1947/17 1948/11 1950/15
**mind [9]** 1797/5 1840/4 1847/13 1854/14 1871/3 1871/4 1871/5 1873/2 1874/5
**mindful [2]** 1860/18 1868/10
**mindset [1]** 1940/11
**mine [5]** 1858/22 1892/13 1914/23 1918/25 1957/5
**minimal [1]** 1792/25
**Minneapolis [1]** 1888/16
**Minnesota [1]** 1888/16
**minute [5]** 1801/9 1903/11 1931/13 1933/19 1937/1
**minutes [3]** 1869/1 1930/5 1957/3
**mislead [1]** 1873/10
**misleading [1]** 1923/14
**missed [2]** 1829/8 1850/22
**mission [14]** 1805/12 1805/13 1805/15 1805/16 1812/3 1812/7 1812/13 1812/19 1813/4 1813/15 1813/18 1813/18 1949/17 1949/23
**misspoke [2]** 1872/6 1872/19
**misunderstanding [1]** 1952/25
**misunderstood [1]** 1829/24

1942/21 
**Mobility [1]** 1942/11
**mobilize [1]** 1849/13
**modified [1]** 1812/3
**mom [1]** 1932/20
**moment [4]** 1811/14 1821/6 1939/12 1956/23
**momentum [1]** 1914/13
**Monday [2]** 1830/14 1844/11
**money [1]** 1816/21
**Montana [4]** 1834/11 1896/6 1913/24 1914/1
**month [4]** 1792/23 1864/4 1864/7 1891/7
**months [4]** 1793/6 1926/16 1942/6 1953/16
**Monument [1]** 1837/10
**more [28]** 1792/6 1792/9 1793/14 1795/24 1795/25 1798/16 1805/12 1805/15 1806/13 1831/11 1834/12 1836/24 1846/2 1847/10 1847/12 1849/15 1853/17 1855/4 1872/24 1889/25 1900/2 1901/13 1907/7 1917/24 1918/10 1947/11 1948/16 1956/25
**morning [31]** 1785/7 1791/4 1791/6 1791/23 1792/7 1798/2 1799/4 1799/6 1801/18 1802/4 1802/5 1818/15 1855/7 1868/11 1868/15 1875/1 1877/11 1877/12 1884/14 1884/22 1884/23 1898/17 1899/25 1900/3 1910/18 1910/19 1910/24 1915/25 1926/4 1943/11 1943/12
**Moseley [5]** 1875/1 1875/11 1876/1 1876/2 1876/18
**Moseley's [1]** 1876/12
**most [19]** 1797/6 1797/7 1808/10 1810/14 1847/10 1853/5 1892/13 1895/23 1898/3 1899/21 1905/22 1908/24 1911/25 1916/3 1916/4 1918/4 1921/6 1921/8 1929/22 **Mostly [2]** 1899/18 1901/10
**motel [1]** 1835/15
**mothers [1]** 1898/23

**motion [6]** 1792/1 1792/6 1792/16 1793/4 1793/10 1797/25
**motive [1]** 1922/16
**mouthing [1]** 1938/23
**move [13]** 1802/13 1819/3 1820/25 1821/20 1825/19 1835/4 1838/13 1851/4 1855/14 1882/19 1883/20 1883/24 1895/12
**moved [8]** 1802/16 1819/21 1825/18 1844/11 1880/13 1910/4 1933/10 1953/8
**movement [2]** 1807/9 1905/10
**moves [1]** 1848/1
**movie [2]** 1840/13 1840/16
**Moving [1]** 1877/13
**Mr [6]** 1824/20 1844/8 1859/13 1860/23 1872/11 1875/1
**Mr. [343]**
**Mr. Bright [4]** 1876/24 1876/24 1925/23 1943/6
**Mr. Caldwell [113]** 1793/7 1793/12 1796/23 1797/7 1802/25 1803/7 1803/16 1803/18 1804/1 1805/12 1806/19 1806/22 1809/25 1810/17 1811/22 1816/16 1816/19 1816/20 1819/14 1820/1 1820/4 1820/7 1827/3 1828/12 1828/13 1828/19 1828/22 1828/25 1829/11 1829/17 1829/20 1829/21 1830/15 1832/6 1833/14 1833/15 1834/8 1834/14 1834/25 1835/13 1835/20 1836/5 1836/18 1837/9 1837/17 1838/3 1841/12 1841/14 1841/23 1842/11 1842/15 1842/16 1843/4 1843/7 1843/8 1843/13 1843/14 1843/23 1843/24 1844/20 1847/2 1848/10 1848/19 1848/21 1849/4 1849/8 1849/9 1849/12 1849/20 1849/24 1850/9 1850/19 1852/1 1852/19 1854/19 1856/18 1856/24 1856/25 1857/9 1859/2 1859/3 1859/7 1859/16

**Mr. Caldwell... [30]**
1860/1 1860/10 1861/9
1862/3 1862/8 1862/14
1863/1 1866/3 1867/6
1867/20 1867/22
1867/25 1871/7
1871/20 1871/24
1872/1 1872/11
1872/16 1872/18
1873/14 1873/24
1877/13 1877/25
1879/1 1893/23 1894/4
1896/21 1898/2
1914/19 1929/19
**Mr. Caldwell's [59]**
1796/14 1802/7
1802/19 1805/6
1808/23 1815/9
1815/20 1815/23
1817/11 1818/20
1820/17 1827/22
1830/7 1832/2 1832/10
1833/23 1834/22
1834/23 1836/3 1837/4
1837/6 1838/6 1840/8
1841/9 1841/19
1845/20 1845/25
1846/2 1849/19
1850/11 1852/10
1857/13 1863/12
1864/21 1866/16
1869/14 1871/2
1873/22 1877/22
1894/17 1895/14
1895/19 1895/21
1896/15 1897/1 1897/8
1897/13 1899/24
1900/9 1900/21
1900/25 1901/15
1901/24 1905/20
1910/19 1915/24
1919/12 1919/15
1928/14
**Mr. Called [1]** 1810/5
**Mr. Crisp [3]** 1829/15
1873/25 1956/25
**Mr. Crowl [14]** 1838/4
1842/17 1843/5 1843/8
1843/13 1869/15
1870/12 1870/22
1871/24 1872/2 1872/9
1873/20 1873/23
1877/25
**Mr. Crowl's [3]** 1871/4
1871/5 1874/5
**Mr. Donovan [1]**
1914/7
**Mr. Doug [1]** 1912/5
**Mr. Edwards [1]**
1792/5
**Mr. Fischer [26]**
1792/4 1792/17
1792/22 1794/10
1795/12 1796/6
1796/13 1802/20
1813/17 1830/5 1837/3
1837/5 1838/2 1840/6

1840/11 1842/15
1843/17 1846/1 1849/7
1849/17 1851/17
1852/24 1853/19
1853/23 1854/2
1866/15
**Mr. Fischer's [2]**
1794/11 1817/5
**Mr. Geyer [1]** 1951/13
**Mr. John [1]** 1884/7
**Mr. Livengood [1]**
1929/1
**Mr. Livengood's [1]**
1935/6
**Mr. Meggs [9]** 1823/11
1823/19 1823/20
1823/25 1824/4 1827/7
1827/15 1877/14
1879/17
**Mr. Moseley [4]**
1875/11 1876/1 1876/2
1876/18
**Mr. Moseley's [1]**
1876/12
**Mr. Nestler [4]** 1798/21
1874/18 1874/23
1876/9
**Mr. Paul [1]** 1912/5
**Mr. Rhodes [29]**
1811/7 1814/1 1814/6
1814/18 1815/6
1830/15 1832/6
1874/20 1881/14
1890/7 1890/12
1890/25 1891/4 1899/6
1901/11 1901/25
1906/22 1907/10
1907/20 1908/3
1920/19 1921/2
1921/13 1922/10
1930/8 1939/7 1946/5
1946/6 1946/9
**Mr. Rhodes' [5]**
1824/16 1881/18
1882/8 1882/16 1928/6
**Mr. Smith [8]** 1803/16
1806/19 1816/17
1833/14 1834/9
1834/25 1835/19
1939/7
**Mr. Special Agent [1]**
1877/11
**Mr. Stamey [19]**
1816/12 1817/12
1817/23 1818/5
1818/17 1819/11
1819/14 1820/4 1820/8
1822/20 1827/4
1829/22 1829/23
1871/20 1872/16
1872/18 1898/18
1912/10 1941/7
**Mr. Stewart [1]**
1929/25
**Mr. Thomas [1]** 1914/7
**Mr. Thomas Caldwell
[2]** 1912/8 1912/11
**Mr. Thomas Caldwell's
[1]** 1913/13

**Mr. Trump [3]** 1901/18
1906/24 1944/23
**Mr. Woodward [8]**
1799/8 1875/13
1875/14 1876/4
1879/17 1881/13
1883/9 1943/7
**Mr. Zimmerman [14]**
1891/6 1894/16
1909/25 1910/8
1910/13 1911/15
1915/19 1917/19
1923/6 1925/14
1925/19 1926/4
1951/15 1957/18
**Mrs. [1]** 1913/12
**Mrs. Caldwell [1]**
1913/12
**Ms [5]** 1829/16
1829/18 1846/15
1848/6 1854/9
**Ms. [27]** 1801/22
1802/5 1803/2 1825/15
1829/20 1829/23
1845/4 1847/18
1850/22 1852/2 1854/1
1860/18 1864/16
1868/24 1869/5
1869/15 1870/11
1870/13 1871/18
1874/4 1877/25 1879/1
1883/5 1884/1 1913/7
1913/21 1918/10
**Ms. Rakoczy [16]**
1801/22 1802/5 1803/2
1825/15 1845/4
1847/18 1850/22
1852/1 1854/1 1860/18
1864/16 1868/24
1871/18 1874/4 1883/5
1884/1
**Ms. Watkins [11]**
1829/20 1829/23
1869/5 1869/15
1870/11 1870/13
1877/25 1879/1 1913/7
1913/21 1918/10
**much [17]** 1792/9
1803/4 1816/22
1827/20 1840/3
1868/17 1868/24
1888/3 1899/9 1899/20
1919/1 1926/7 1928/12
1943/20 1956/19
1956/25 1957/2
**multi [2]** 1810/8
1810/18
**multiple [2]** 1822/24
1831/8
**multiplier [1]** 1806/9
**munitions [1]** 1812/16
**must [1]** 1816/25
**my [60]** 1796/10
1797/5 1818/5 1819/11
1822/10 1822/25
1829/13 1829/13
1858/23 1858/23
1858/24 1869/6 1869/6

**Mr Trump [3]** 1901/18
1872/24 1873/16
1875/13 1875/14
1876/21 1876/22
1880/6 1885/1 1885/24
1886/14 1886/21
1887/4 1888/23
1889/25 1890/18
1892/21 1893/14
1893/22 1894/21
1896/17 1902/13
1903/22 1904/8
1904/15 1921/10
1923/9 1923/22 1928/5
1930/11 1931/15
1933/19 1934/4
1936/22 1941/23
1943/13 1948/8
1950/24 1951/4
1951/11 1951/23
1952/9 1952/25
1953/10 1954/17
1955/10
**myself [8]** 1814/25
1855/21 1887/5 1903/9
1906/20 1906/20
1916/20 1954/17

# N

**name [24]** 1805/19
1805/23 1806/2 1806/3
1806/6 1806/13 1885/1
1885/2 1885/22
1885/24 1886/12
1892/20 1892/21
1893/5 1894/20 1895/2
1896/5 1905/14
1915/15 1940/19
1941/1 1943/13 1952/8
1952/9
**name's [1]** 1895/1
**named [7]** 1791/21
1838/25 1839/23
1860/23 1887/11
1890/7 1892/25
**names [4]** 1794/3
1806/10 1896/4
1928/25
**narrower [1]** 1917/25
**national [5]** 1804/12
1929/7 1930/2 1940/7
1940/14
**nationals [2]** 1941/21
1941/22
**nationwide [2]** 1933/3
1938/1
**natural [1]** 1956/10
**nature [2]** 1869/21
1937/23
**navigate [1]** 1898/3
**navy [2]** 1890/22
1894/9
**near [2]** 1827/12
1837/9
**nearly [1]** 1805/3
**necessarily [5]** 1872/9
1880/4 1881/12
1948/12 1948/17

**necessary [3]** 1795/6
1948/15 1948/24
**need [19]** 1798/23
1809/18 1843/14
1847/2 1859/20
1860/16 1872/5
1884/15 1887/3
1900/10 1900/17
1901/7 1903/23
1934/14 1934/14
1939/5 1951/17
1954/12 1955/15
**needed [18]** 1881/20
1898/7 1898/10 1901/3
1902/1 1902/5 1905/11
1905/15 1906/3
1906/10 1916/8
1920/25 1925/7
1930/13 1934/15
1937/10 1942/22
1956/1
**needs [4]** 1815/2
1854/23 1924/9 1951/8
**neighbor [1]** 1954/11
**neighborhood [4]**
1921/7 1921/24 1924/9
1924/10
**nest [1]** 1833/16
**Nestler [6]** 1785/14
1791/12 1798/21
1874/18 1874/23
1876/9
**neutralize [1]** 1807/11
**never [13]** 1794/14
1797/13 1809/21
1813/11 1870/2 1922/7
1930/16 1932/8
1935/10 1950/18
1950/18 1952/12
1952/12
**new [8]** 1819/16
1820/10 1849/6
1849/11 1865/20
1895/24 1935/11
1956/9
**New York [1]** 1895/24
**news [2]** 1862/1
1944/11
**next [61]** 1804/4
1804/22 1805/14
1806/5 1806/5 1807/13
1807/24 1808/20
1808/21 1809/8
1809/23 1816/24
1816/24 1823/25
1825/2 1826/17
1831/24 1833/19
1834/8 1841/16
1842/21 1843/3 1843/5
1843/6 1843/12
1843/13 1843/14
1856/23 1857/2 1857/5
1857/8 1857/16
1857/19 1857/24
1858/3 1858/15
1858/18 1858/21
1859/1 1859/12
1859/18 1859/23

**N**

next... [19] 1860/4
1860/22 1861/2 1861/5
1861/9 1861/21
1861/24 1862/7 1867/2
1882/11 1882/12
1884/5 1884/9 1890/1
1898/17 1913/9
1913/16 1921/14
1921/15
nice [4] 1801/15
1952/9 1952/11
1957/13
nickname [2] 1804/1
1805/23
nicknames [1] 1912/19
night [15] 1792/10
1819/15 1830/14
1889/23 1897/4 1897/6
1897/19 1897/25
1910/17 1917/9
1919/11 1920/12
1921/14 1928/1
1949/22
NJ [1] 1787/13
no [80] 1785/4 1791/7
1791/8 1796/25
1797/19 1798/13
1801/18 1804/16
1806/11 1811/24
1819/4 1820/22 1821/2
1822/7 1825/22
1829/19 1831/8
1831/11 1831/18
1833/4 1840/18
1842/12 1844/4
1845/19 1848/20
1848/23 1857/1
1861/13 1862/11
1862/18 1865/6
1867/12 1867/13
1872/19 1875/15
1878/13 1879/16
1883/18 1886/25
1886/25 1888/3 1891/2
1901/14 1909/5
1909/17 1911/5 1912/2
1912/13 1912/22
1913/9 1913/17
1913/21 1914/5
1916/18 1919/8
1919/10 1921/9
1922/24 1924/17
1925/16 1925/17
1928/13 1930/15
1930/18 1934/20
1939/5 1941/4 1941/6
1941/22 1942/1
1943/15 1947/5
1949/20 1951/2
1952/13 1953/4
1953/18 1957/14
1957/14 1957/14
No. [1] 1791/9
non [2] 1812/18
1813/10 1908/25
non-attributable [2]
1812/18 1813/10

next... [1] 1908/25
none [2] 1838/19
1906/19
noon [1] 1921/23
normal [2] 1892/15
1932/1
North [40] 1786/15
1803/12 1816/13
1832/21 1871/21
1885/6 1886/16
1886/19 1887/8
1887/17 1887/24
1887/24 1888/6 1889/1
1891/19 1892/6 1893/2
1893/13 1893/16
1895/15 1895/23
1905/4 1912/17
1915/16 1924/18
1924/19 1924/20
1925/2 1925/5 1926/24
1927/4 1927/8 1927/9
1933/11 1939/18
1952/18 1952/20
1953/6 1953/15
1955/17
North Carolina [39]
1803/12 1816/13
1832/21 1871/21
1885/6 1886/16
1886/19 1887/8
1887/17 1887/24
1887/24 1888/6 1889/1
1891/19 1892/6 1893/2
1893/13 1893/16
1895/15 1895/23
1905/4 1912/17
1915/16 1924/18
1924/19 1924/20
1925/2 1925/5 1926/24
1927/4 1927/8 1927/9
1933/11 1939/18
1952/18 1952/20
1953/6 1953/15
1955/17
not [112] 1792/9
1793/25 1795/1
1796/16 1796/21
1798/19 1799/6 1801/17
1801/19 1808/8 1808/8
1808/12 1808/17
1809/5 1811/7 1812/18
1813/3 1813/11
1817/15 1822/12
1827/11 1831/7 1831/9
1831/18 1831/19
1832/3 1837/22
1837/23 1842/8
1842/10 1845/1
1845/21 1846/10
1846/11 1848/20
1849/2 1852/1 1853/10
1853/17 1854/17
1856/9 1858/19
1858/20 1858/20
1869/14 1870/8
1870/10 1872/11
1872/14 1873/7 1873/9

1875/11 1875/14
1876/19 1877/24
1878/13 1880/4
1880/20 1881/12
1891/23 1895/11
1896/13 1897/6
1904/12 1906/25
1913/4 1913/15 1916/6
1919/6 1921/9 1922/13
1922/24 1923/10
1923/13 1924/17
1925/13 1925/16
1926/21 1927/3
1928/11 1928/21
1930/20 1931/11
1931/15 1931/18
1932/19 1932/19
1933/17 1934/1
1934/10 1935/16
1937/5 1937/20
1941/22 1941/23
1941/24 1942/1 1942/2
1942/21 1947/5
1948/12 1949/10
1949/13 1949/16
1950/16 1950/17
1950/20 1952/13
1956/17 1957/22
note [7] 1796/20
1797/8 1798/24
1802/12 1804/6
1831/19 1937/20
noted [1] 1796/6
nothing [3] 1796/8
1797/9 1945/19
nothing's [1] 1794/8
notice [3] 1845/1
1955/10 1955/11
notion [1] 1938/16
November [13]
1813/25 1830/19
1832/8 1832/9 1864/4
1864/7 1879/19 1883/9
1891/7 1891/15 1909/7
1924/19 1950/14
now [57] 1793/6
1798/5 1802/18 1803/3
1803/6 1807/23
1814/10 1815/16
1817/17 1819/23
1820/6 1820/11 1823/6
1827/1 1830/22 1832/8
1832/14 1833/18
1835/9 1837/2 1837/22
1838/9 1839/16
1842/10 1842/19
1845/7 1845/12 1846/8
1847/7 1854/1 1854/14
1855/19 1856/3
1861/23 1864/5 1864/8
1868/13 1873/13
1874/1 1875/15
1875/16 1876/1 1876/3
1880/12 1881/25
1895/12 1897/19
1906/2 1909/24
1912/21 1913/1

1932/25 1945/19
1957/9 1957/12
number [19] 1803/24
1804/19 1814/1 1830/6
1830/25 1837/5 1838/3
1845/8 1849/7 1849/18
1850/23 1852/3
1866/16 1877/14
1881/13 1892/1 1907/1
1912/9 1935/1
numbers [2] 1892/4
1932/19
NW [4] 1785/15 1787/3
1787/7 1788/4

**O**

Oak [2] 1786/3 1786/7
oath [72] 1803/12
1814/2 1816/13
1836/21 1839/3
1857/15 1871/21
1873/15 1884/12
1886/1 1886/9 1886/16
1887/21 1888/1 1888/9
1889/4 1889/10
1891/21 1892/18
1895/18 1899/10
1903/2 1920/11
1923/22 1924/1 1924/3
1924/6 1924/20
1924/22 1925/2 1925/8
1926/16 1926/24
1931/3 1931/8 1931/24
1934/10 1936/14
1937/11 1938/8 1938/9
1938/14 1939/13
1939/17 1940/7
1940/11 1940/14
1940/18 1940/19
1940/20 1940/24
1941/21 1944/21
1945/11 1946/18
1948/1 1948/2 1949/19
1949/25 1950/11
1950/13 1950/25
1951/3 1951/4 1951/9
1952/7 1952/15
1955/16 1955/19
1956/4 1956/15
1956/18
Oath Keeper [1]
1926/16
Oath Keepers [67]
1803/12 1814/2
1816/13 1836/21
1839/3 1857/15
1871/21 1873/15
1886/1 1886/9 1886/16
1887/21 1888/9 1889/4
1889/10 1891/21
1892/18 1895/18
1899/10 1903/2
1920/11 1923/22
1924/1 1924/3 1924/6
1924/20 1924/22
1925/2 1925/8 1926/24
1931/3 1931/8 1931/24

1936/14
1937/11 1938/8 1938/9
1938/14 1939/13
1940/7 1940/11
1940/14 1940/18
1940/19 1940/20
1941/21 1944/21
1945/11 1946/18
1948/1 1948/2 1949/19
1949/25 1950/11
1950/13 1950/25
1951/3 1951/4 1951/9
1952/7 1952/15
1955/16 1955/19
1956/4 1956/15
1956/18
Oath Keepers' [1]
1939/17
object [6] 1837/19
1851/15 1853/12
1860/14 1880/16
1882/21
objected [3] 1795/18
1796/2 1933/24
objecting [1] 1923/11
objection [24] 1811/6
1819/4 1821/2 1825/21
1825/22 1829/7 1833/4
1838/17 1845/15
1851/7 1867/12
1867/13 1873/17
1883/11 1883/16
1891/1 1891/2 1901/18
1911/5 1923/1 1945/24
1954/23 1955/2 1955/2
observe [1] 1954/24
obstruct [1] 1879/3
obstructing [1] 1879/4
obtain [3] 1817/12
1838/23 1847/20
obtained [4] 1812/6
1815/19 1824/16
1854/25
obtaining [1] 1852/5
obvious [3] 1898/22
1939/20 1950/20
obviously [6] 1793/25
1869/9 1875/11
1888/22 1918/25
1919/25
occasion [1] 1914/13
occupations [1]
1805/3
occurred [1] 1891/12
occurring [1] 1944/8
October [2] 1785/5
1959/7
odds [1] 1899/13
off [8] 1814/12 1822/10
1854/21 1868/5
1884/15 1898/4
1917/22 1951/15
offer [3] 1930/15
1932/6 1932/21
offering [1] 1932/5
office [3] 1785/15
1805/1 1843/11
officer [1] 1809/1

OFFICES [1] 1787/7
official [3] 1788/3
1879/5 1888/1
often [5] 1824/24
1952/18 1952/20
1953/6 1953/15
oh [8] 1799/2 1811/9
1858/19 1865/12
1949/14 1950/16
1950/19 1952/23
Ohio [14] 1816/24
1825/5 1834/10 1839/3
1843/15 1843/19
1869/8 1869/23
1870/20 1872/7
1873/23 1895/25
1896/2 1914/2
OK [4] 1823/19
1823/20 1882/20
1915/16
okay [102] 1791/23
1792/20 1801/13
1802/9 1802/23 1803/3
1803/25 1805/5
1805/10 1815/1 1816/3
1817/1 1817/9 1817/15
1820/6 1821/17 1822/8
1822/14 1823/4
1824/18 1825/21
1826/7 1827/9 1830/18
1838/19 1842/14
1848/24 1851/1 1851/6
1853/16 1854/6 1855/3
1860/17 1862/21
1868/20 1872/21
1873/17 1875/9 1877/5
1884/1 1884/3 1888/4
1889/9 1891/24
1895/11 1895/13
1896/10 1896/14
1897/5 1899/23
1900/19 1902/7
1902/22 1903/10
1904/23 1905/17
1907/20 1909/1 1909/6
1909/19 1909/23
1909/25 1910/2
1910/20 1912/6
1912/12 1912/24
1913/4 1913/5 1913/14
1913/25 1914/8 1915/4
1915/11 1920/1 1920/6
1920/22 1922/23
1923/15 1925/21
1925/23 1926/19
1927/6 1928/23
1929/21 1931/6
1931/13 1931/17
1933/2 1934/6 1934/12
1935/4 1936/19
1939/21 1940/16
1943/6 1943/7 1951/13
1951/18 1957/4 1957/7
1957/24
Oklahoma [1] 1895/24
old [4] 1879/19
1880/24 1932/20

older [2] 1887/19
1898/24
once [8] 1805/18
1805/22 1813/11
1855/20 1887/25
1916/19 1920/4 1920/7
one [56] 1793/18
1794/6 1794/16
1794/19 1794/23
1795/3 1797/10
1810/10 1811/20
1813/14 1820/1
1821/14 1823/1 1826/6
1826/6 1826/17
1826/24 1826/25
1827/1 1831/7 1831/24
1839/3 1843/10
1844/11 1855/4 1869/3
1870/3 1878/6 1882/10
1882/14 1883/23
1886/20 1888/21
1888/22 1894/25
1895/23 1895/24
1896/5 1900/2 1906/2
1909/7 1918/7 1918/10
1918/10 1918/14
1920/5 1920/20 1927/7
1927/11 1929/10
1935/25 1937/25
1937/25 1938/1 1940/2
1953/4
one's [2] 1805/19
1805/23
ones [3] 1878/13
1905/15 1928/17
only [15] 1795/6
1796/3 1808/8 1877/25
1878/7 1878/11
1878/15 1883/9 1904/6
1905/18 1913/24
1928/17 1930/17
1946/12 1949/24
op [11] 1793/10
1793/13 1803/19
1804/7 1816/22 1818/4
1818/17 1823/11
1827/7 1827/16
1949/17
open [14] 1792/14
1793/22 1796/11
1801/3 1808/11 1830/3
1847/24 1854/7
1855/10 1882/24
1883/15 1934/8
1948/24 1957/8
opened [7] 1792/18
1794/12 1796/15
1796/18 1797/3
1829/11 1932/23
opening [2] 1794/15
1795/3
openly [1] 1934/7
opens [1] 1794/24
operated [1] 1885/19
operating [2] 1804/21
1813/19
operation [9] 1804/16

1805/19 1805/22
1806/7 1807/4 1808/12
1813/1
operations [13]
1803/23 1804/7 1807/2
1807/15 1808/20
1808/23 1809/9
1811/19 1812/3 1813/5
1813/8 1813/13 1815/9
opinion [2] 1869/6
1923/10
opponent [1] 1846/7
opportunity [4]
1798/12 1853/9 1854/3
1854/4
oppose [2] 1880/8
1880/9
opposed [1] 1853/14
ops [7] 1796/5 1796/7
1804/3 1804/6 1806/18
1810/25 1816/17
order [11] 1805/25
1807/10 1812/9
1875/19 1875/22
1875/23 1875/24
1876/3 1876/11
1876/16 1876/19
ordinary [1] 1908/19
organization [7]
1885/25 1886/24
1886/25 1935/11
1935/16 1955/15
1955/22
organizations [5]
1875/5 1875/8 1933/6
1935/13 1948/1
organized [2] 1890/2
1947/11
orient [1] 1830/24
original [6] 1795/8
1848/15 1863/8
1863/15 1876/17
1927/25
originally [2] 1940/21
1940/24
OTC [3] 1812/5
1812/11 1812/17
other [43] 1794/24
1813/19 1814/12
1827/21 1832/10
1847/8 1870/11
1870/17 1872/23
1874/5 1878/13
1878/14 1885/10
1888/17 1892/14
1892/17 1895/15
1895/18 1896/18
1898/9 1899/12
1900/10 1905/3 1905/6
1907/4 1908/1 1916/3
1917/6 1919/14
1920/20 1924/18
1924/21 1929/10
1932/13 1933/5
1933/12 1935/11
1937/13 1938/1 1940/2
1940/4 1941/18

others [11] 1844/20
1852/3 1852/11
1886/22 1892/6
1895/20 1899/15
1900/24 1905/19
1928/24 1951/9
otherwise [7] 1794/13
1794/24 1795/5 1795/7
1795/8 1847/8 1883/6
our [24] 1792/16
1799/7 1804/11
1839/12 1868/11
1868/15 1877/8
1881/12 1882/23
1882/23 1897/17
1897/21 1897/23
1898/19 1907/18
1907/18 1908/16
1915/14 1920/7
1937/17 1940/13
1940/19 1950/13
1950/14
ours [3] 1859/20
1886/11 1886/22
ourselves [4] 1898/8
1899/15 1940/18
1953/7
out [69] 1792/16
1793/9 1794/5 1796/4
1801/10 1804/6
1806/12 1806/14
1807/3 1816/25
1819/15 1842/5 1847/3
1847/5 1854/1 1854/3
1854/12 1858/22
1860/6 1864/10 1868/3
1868/4 1870/12
1870/15 1871/22
1875/25 1887/16
1887/22 1889/24
1897/24 1898/6
1898/17 1903/25
1905/8 1906/14
1906/15 1907/14
1908/19 1913/10
1914/12 1916/11
1916/21 1916/22
1920/6 1920/7 1920/23
1921/1 1922/7 1922/18
1924/1 1924/8 1924/11
1924/11 1924/22
1932/17 1937/24
1937/24 1941/11
1941/13 1944/22
1949/7 1951/6 1951/15
1953/15 1954/13
1954/18 1956/8
1956/16 1958/5
outlined [2] 1809/16
1809/17
outlook.com [1]
1787/10
outside [10] 1831/20
1842/7 1860/2 1870/19
1871/8 1882/22 1890/5
1895/9 1900/14
1900/16

outskirts [1] 1916/7
outweigh [2] 1847/16
1847/16
over [13] 1801/19
1806/11 1837/16
1837/17 1838/23
1859/13 1883/24
1885/12 1927/7 1927/8
1927/9 1929/24 1950/2
overall [1] 1812/4
overblown [1] 1852/10
overnight [1] 1792/2
overruled [3] 1880/18
1901/21 1923/4
overstated [1] 1796/14
overweight [1] 1942/9
overwhelmed [1]
1956/12
own [7] 1805/6
1828/20 1885/19
1914/21 1940/8 1948/8
1948/10
owned [2] 1813/23
1885/18
owner [1] 1885/12
ownership [1] 1938/7

## P

P. [1] 1791/3
P.A [1] 1787/16
p.m [12] 1856/13
1857/9 1857/10
1857/15 1858/4 1859/2
1859/3 1860/24 1862/8
1867/23 1927/23
1958/6
PA [1] 1786/15
Pacific [1] 1836/22
pad [1] 1794/2
page [38] 1804/4
1804/22 1804/25
1807/2 1807/7 1807/13
1807/18 1807/21
1807/24 1808/20
1808/21 1809/8
1809/10 1809/24
1811/20 1811/21
1811/22 1813/13
1813/14 1825/2 1839/6
1839/7 1839/19
1841/17 1842/21
1842/22 1843/3 1843/4
1843/12 1851/24
1863/13 1867/2
1880/23 1881/8
1882/10 1882/11
1882/12 1882/14
pages [3] 1810/25
1850/15 1881/5
Palian [38] 1798/14
1801/22 1801/23
1802/4 1813/5 1816/9
1817/3 1818/3 1820/12
1823/7 1824/10
1827/21 1830/5
1831/22 1833/11
1835/24 1838/2
1838/23 1839/15

**P**

Palian... **[19]** 1842/25
1844/19 1845/11
1848/9 1849/17 1850/8
1855/12 1856/2
1862/24 1864/13
1867/20 1868/8 1877/7
1877/11 1878/23
1881/12 1882/2
1883/18 1884/4
**pallets [2]** 1902/18
1902/18
**pamphlets [1]** 1941/3
**pan [1]** 1916/11
**panel [2]** 1801/11
1877/3
**paper [1]** 1850/5
**paragraph [9]** 1804/5
1804/9 1805/18
1805/21 1808/3 1865/5
1865/8 1865/9 1865/15
**paragraphs [3]**
1805/18 1810/3 1865/1
**parameters [2]**
1907/14 1907/18
**parent [1]** 1922/20
**park [6]** 1787/3 1916/6
1916/13 1919/18
1919/24 1919/25
**parked [2]** 1916/9
1930/2
**parking [2]** 1916/2
1929/7
**parlance [1]** 1935/12
**Parliament [1]** 1881/9
**part [38]** 1793/20
1797/19 1802/11
1808/12 1814/11
1814/14 1823/9
1842/23 1850/9 1853/6
1854/14 1870/14
1891/21 1893/1 1905/4
1911/4 1911/6 1918/5
1918/20 1920/13
1920/17 1920/19
1921/3 1926/12
1928/11 1929/2
1930/13 1930/14
1937/13 1937/14
1937/14 1940/9
1941/24 1945/22
1949/25 1950/11
1950/15 1950/23
**parte [2]** 1799/8 1799/9
**participants [1]**
1927/25
**participate [1]** 1930/17
**participated [4]**
1921/14 1931/25
1934/22 1947/14
**participation [1]**
1945/19
**particular [3]** 1827/25
1855/18 1920/5
**particularly [2]**
1803/21 1852/18
**parts [3]** 1847/8 1928/7
1941/21

party **[4]** 1794/23
1846/6 1873/11
1873/20
**pass [1]** 1943/5
**passed [2]** 1798/24
1919/24
**passenger's [1]**
1904/14
**past [3]** 1797/14
1810/25 1844/2
**path [2]** 1952/19
1952/21
**patriots [3]** 1849/15
1857/20 1859/19
**Paul [18]** 1828/17
1829/9 1833/15 1887/2
1887/11 1892/25
1893/17 1898/17
1904/11 1905/5 1912/5
1916/20 1927/10
1927/10 1935/6
1939/22 1941/20
1942/2
**Paul Stamey [2]**
1828/17 1898/17
**Pause [4]** 1831/15
1876/8 1877/2 1884/10
**pay [1]** 1919/1
**Pelosi's [1]** 1843/11
**pen [1]** 1794/4
**Pence [1]** 1851/25
**Pennsylvania [1]**
1787/7
**pens [1]** 1794/4
**people [53]** 1813/22
1829/17 1851/25
1852/1 1852/20
1854/19 1868/3
1878/11 1887/18
1888/25 1889/2 1890/1
1892/11 1892/14
1898/23 1898/24
1899/20 1899/21
1902/3 1902/4 1902/21
1903/3 1907/15
1910/17 1917/14
1918/1 1920/5 1920/25
1924/15 1924/15
1925/11 1930/10
1930/12 1932/8
1932/10 1932/21
1933/10 1934/11
1934/18 1934/18
1940/1 1940/2 1940/4
1940/6 1941/17
1944/13 1946/15
1948/11 1948/12
1950/21 1955/14
1956/13 1956/17
**people's [1]** 1937/16
**per [1]** 1936/15
**perceived [1]** 1933/6
**percent [1]** 1928/21
**perception [6]** 1933/16
1933/17 1933/19
1933/22 1934/13
1934/13
**perhaps [4]** 1798/3

early **[7]** 1794/22
1846/7 1865/23
1955/14
**period [10]** 1832/5
1863/5 1872/1 1879/19
1880/7 1882/22
1882/24 1882/25
1883/9 1941/10
**permitted [2]** 1795/6
1870/22
**person [33]** 1803/10
1809/6 1848/15
1858/21 1861/25
1887/12 1890/8
1892/13 1904/6
1907/17 1907/19
1907/24 1908/1
1911/19 1912/1 1912/4
1912/9 1912/14
1912/22 1913/6
1913/10 1913/11
1913/16 1913/16
1913/18 1913/20
1913/20 1913/21
1913/23 1914/4 1935/1
1943/1 1952/11
**person-on-the-other-e
nd's [1]** 1908/1
**personal [9]** 1808/6
1928/8 1930/10
1930/12 1930/15
1930/18 1932/1 1950/8
1950/17
**perspective [3]** 1933/9
1935/21 1938/15
**petition [1]** 1938/7
**petitions [5]** 1890/3
1890/4 1937/15
1937/22 1937/23
**phillip [3]** 1786/2
1786/6 1791/14
**phone [37]** 1803/24
1808/6 1808/13
1808/14 1808/17
1808/18 1809/2 1809/5
1809/5 1809/7 1815/20
1815/23 1817/11
1820/17 1824/17
1827/22 1832/2
1832/11 1832/24
1833/23 1834/22
1834/23 1836/3
1836/18 1844/8
1866/23 1881/19
1882/8 1882/16 1883/3
1892/1 1892/3 1907/1
1907/12 1917/2
1920/21 1956/23
**phones [3]** 1808/10
1808/24 1954/13
**photo [7]** 1910/24
1911/6 1911/8 1913/10
1913/18 1914/8 1914/9
**photograph [26]**
1804/23 1826/24
1840/19 1840/20
1840/23 1841/1 1841/7
1841/16 1841/18
1841/22 1842/4 1910/9

1810/12 1910/13
1910/15 1910/21
1911/2 1911/7 1911/20
1911/23 1912/2 1912/3
1913/16 1914/22
**photographs [6]**
1830/25 1831/13
1831/17 1831/22
1909/24 1910/3
**photos [1]** 1872/1
**physically [1]** 1904/13
**pick [1]** 1806/2
**picture [6]** 1811/3
1811/7 1827/11
1831/25 1913/6
1914/18
**pictured [2]** 1831/10
1831/11
**pictures [1]** 1831/4
**pins [1]** 1941/3
**piped [1]** 1887/2
**Pistols [1]** 1903/13
**place [6]** 1797/1
1797/2 1894/17
1910/19 1916/6
1955/16
**placed [3]** 1884/12
1890/4 1902/24
**Plaintiff [1]** 1785/4
**plan [28]** 1793/10
1796/5 1796/7 1799/1
1803/19 1804/3 1804/6
1805/11 1806/18
1807/2 1807/15
1808/20 1808/23
1809/9 1810/25
1811/19 1812/3
1813/14 1815/9
1816/17 1837/21
1868/16 1881/4 1881/6
1881/8 1906/6 1923/7
1957/13
**planned [1]** 1805/8
**planning [2]** 1816/22
1833/16
**plans [9]** 1806/22
1814/7 1828/12
1828/13 1828/17
1869/21 1879/23
1880/3 1880/4
**planted [1]** 1856/15
**plausible [1]** 1812/22
**play [4]** 1844/12
1844/13 1854/21
1854/21
**played [3]** 1814/15
1844/16 1915/19
**please [42]** 1791/4
1801/13 1803/19
1805/5 1807/14
1811/25 1813/12
1814/10 1814/12
1814/22 1815/14
1816/7 1817/2 1821/17
1821/21 1822/2
1822/21 1827/19
1830/23 1833/9

1835/10 1837/1 1840/3
1845/8 1849/3 1860/19
1862/22 1864/2
1866/21 1877/5
1881/25 1882/14
1884/11 1884/24
1885/2 1911/13
1915/18 1926/23
1926/25 1938/12
1947/9 1950/3
**plenty [1]** 1902/20
**plus [2]** 1831/4
1888/17
**point [36]** 1792/19
1793/9 1797/6 1798/23
1815/25 1819/2
1820/24 1821/19
1827/13 1833/1 1834/1
1836/8 1837/22
1838/12 1851/4 1853/5
1855/13 1860/13
1865/23 1867/9
1872/22 1873/21
1874/9 1877/9 1882/18
1888/5 1888/14
1908/11 1911/1
1916/19 1924/1
1935/25 1937/10
1939/7 1949/7 1950/14
**pointing [1]** 1913/9
**points [4]** 1823/12
1824/1 1827/17
1897/21
**poked [1]** 1887/4
**police [5]** 1919/24
1924/24 1925/3 1951/6
1954/5
**policy [1]** 1798/4
**politicians [1]** 1868/5
**pool [8]** 1917/21
1917/22 1917/25
1918/2 1918/6 1918/10
1918/19 1918/22
**popped [1]** 1811/15
**population [1]** 1933/10
**porta [3]** 1831/12
1831/16 1831/20
**porter [1]** 1885/9
**portion [5]** 1797/14
1810/10 1904/17
1915/3 1953/12
**posed [1]** 1866/10
**posit [1]** 1923/13
**position [1]** 1876/12
**positive [3]** 1822/13
1832/3 1858/20
**possession [1]**
1900/24
**possibility [2]** 1812/6
1906/2
**possible [5]** 1826/23
1892/9 1892/11 1909/8
1919/19
**possibly [3]** 1865/25
1896/9 1946/3
**post [2]** 1848/16
1849/1
**posted [1]** 1848/25

**P**

**posts [2]** 1848/12 1848/18
**potential [1]** 1797/24
**potentially [2]** 1898/13 1908/20
**Potomac [1]** 1823/8 1824/15 1825/11 1825/12 1826/13
**potties [3]** 1831/12 1831/16 1831/21
**power [3]** 1954/1 1954/3 1954/18
**practicable [1]** 1812/23
**practice [1]** 1798/7
**pre [6]** 1793/11 1793/14 1833/16 1836/5 1836/7 1836/23
**pre-strike [6]** 1793/11 1793/14 1833/16 1836/5 1836/7 1836/23
**precedes [1]** 1841/2
**precise [1]** 1882/24
**precisely [3]** 1882/23 1885/4 1955/13
**prejudice [2]** 1795/7 1847/15
**prejudicial [4]** 1793/1 1797/23 1847/11 1847/12
**premise [4]** 1924/12 1940/17 1940/20 1951/5
**preparation [2]** 1813/21 1937/1
**prepared [6]** 1881/20 1896/21 1898/11 1898/12 1899/14 1915/13
**preparedness [2]** 1885/11 1885/19
**Prepper [2]** 1885/23 1915/14
**present [2]** 1791/21 1883/17
**presentation [1]** 1850/5
**presented [4]** 1792/12 1802/8 1802/19 1865/3
**president [24]** 1815/2 1815/4 1863/21 1863/23 1866/6 1881/21 1888/23 1889/8 1900/18 1901/8 1901/16 1902/1 1906/10 1906/14 1906/23 1908/25 1909/4 1909/20 1927/14 1930/18 1939/17 1945/9 1946/13 1950/16
**President Biden [3]** 1863/21 1863/23 1866/6
**President Trump [9]** 1815/2 1888/23 1889/8 1900/18 1901/8

**1956/25**
**PM [1]** 1830/18
**1945/9 1950/16**
**presiding [1]** 1791/3
**pressure [1]** 1923/12
**presume [1]** 1798/16
**pretty [6]** 1845/24 1888/3 1899/9 1899/20 1922/2 1922/9
**Prettyman [1]** 1788/4
**prevent [1]** 1846/21
**previous [4]** 1804/25 1819/11 1931/14 1939/25
**previously [1]** 1885/18
**primarily [3]** 1916/19 1935/17 1955/24
**primary [1]** 1935/16
**Princess [2]** 1840/13 1840/16
**printed [3]** 1890/3 1937/24 1941/5
**prior [15]** 1794/2 1822/14 1824/19 1826/21 1830/15 1832/11 1843/20 1849/24 1856/17 1865/21 1866/1 1866/5 1885/10 1885/12 1953/9
**private [1]** 1813/22
**privilege [1]** 1798/22
**privy [1]** 1921/4
**pro [1]** 1938/9
**probable [1]** 1878/18
**probably [6]** 1887/5 1893/15 1893/15 1903/5 1930/5 1957/3
**probative [6]** 1792/25 1797/22 1847/11 1847/13 1847/13 1847/16
**problem [3]** 1803/23 1853/6 1923/6
**proceeding [1]** 1879/5
**proceedings [4]** 1785/9 1788/6 1791/22 1959/4
**process [1]** 1839/10
**procuring [1]** 1818/6
**produced [1]** 1788/7
**professionally [1]** 1902/13
**projectiles [1]** 1812/9
**Promaster [3]** 1900/15 1931/9 1942/14
**promises [1]** 1801/18
**prompt [1]** 1922/11
**property [6]** 1813/22 1813/23 1893/21 1893/24 1895/19 1941/16
**proposal [1]** 1815/9
**proposing [1]** 1814/7
**protect [5]** 1858/24 1899/15 1934/18 1946/15 1946/19
**protecting [2]** 1796/8 1907/15

**protection [5]** 1809/20
**1932/6 1943/24**
**1945/23 1954/5**
**protective [8]** 1875/19 1875/22 1875/23 1875/24 1876/3 1876/10 1876/16 1876/19
**protects [1]** 1946/12
**protest [1]** 1843/19
**protesting [1]** 1846/3
**protests [2]** 1944/8 1944/14
**Proud [1]** 1843/8 1899/10
**provide [11]** 1810/9 1839/11 1855/2 1874/4 1928/8 1932/1 1945/11 1945/23 1950/17 1950/25 1951/8
**provided [3]** 1875/12 1945/17 1954/22
**provides [1]** 1794/22
**providing [4]** 1949/24 1950/8 1950/12 1950/22
**PSDs [5]** 1932/2 1932/5 1934/14 1937/10 1937/11
**publicly [1]** 1813/23
**publish [11]** 1816/6 1818/1 1819/9 1821/18 1822/2 1833/9 1835/9 1836/14 1849/2 1867/18 1911/12
**published [2]** 1825/24 1830/12
**publishing [2]** 1833/5 1856/3
**purchase [1]** 1908/9
**purchased [1]** 1809/6 1812/20
**purpose [10]** 1828/1 1852/4 1855/19 1877/15 1894/23 1932/4 1932/18 1937/9 1949/18 1950/25
**purposes [4]** 1844/14 1908/11 1909/8 1935/8
**pursuant [1]** 1838/15
**push [1]** 1917/2
**pushing [1]** 1898/23 1922/20
**put [14]** 1793/25 1795/16 1841/18 1851/12 1852/15 1852/16 1873/13 1884/16 1903/3 1903/21 1903/22 1903/24 1903/24 1906/17
**puts [2]** 1848/16 1848/16
**PUTZI [1]** 1787/16

**Q**

**QRF [28]** 1817/13 1823/12 1824/1

**1809/18**
**1929/2 1931/10**
**1931/11 1931/15**
**1931/16 1931/19**
**1934/14 1935/12**
**1935/14 1935/15**
**1937/5 1937/5 1941/24**
**1942/13 1942/14**
**1942/24 1942/24**
**1946/21 1946/23**
**1948/14 1948/16**
**1950/22 1950/23**
**QRFs [1]** 1793/8
**quarters [1]** 1902/13
**question [18]** 1798/4 1805/4 1817/13 1829/24 1843/22 1846/8 1854/22 1872/13 1878/9 1880/16 1901/23 1920/2 1925/1 1947/1 1947/5 1950/24 1955/8 1955/10
**questioned [1]** 1851/17
**questioning [4]** 1796/16 1796/17 1796/21 1796/22
**questions [43]** 1793/4 1795/17 1796/2 1796/4 1802/7 1817/5 1817/7 1830/6 1830/8 1837/3 1837/5 1837/6 1838/3 1838/7 1840/6 1840/11 1840/14 1842/16 1843/21 1846/1 1849/7 1849/18 1852/9 1860/16 1860/19 1862/24 1863/1 1866/16 1866/18 1870/3 1877/14 1877/17 1877/19 1877/22 1879/18 1881/13 1881/16 1883/19 1900/19 1908/2 1925/18 1926/20 1947/10
**quick [31]** 1801/5 1801/8 1806/8 1806/12 1806/23 1806/23 1817/6 1823/1 1827/23 1828/21 1828/23 1829/4 1855/4 1905/6 1905/12 1905/14 1905/21 1905/23 1906/3 1908/7 1908/9 1908/16 1908/17 1909/3 1908/9 1909/9 1915/20 1918/20 1919/7 1935/12 1936/20
**Quick Reaction Force [3]** 1806/12 1828/21 1828/23
**Quick Reaction Forces [1]** 1806/23
**quickly [2]** 1829/8 1905/4

**quote [1]** 1815/6 1840/7 1840/17 1841/8 1843/17
**quotes [1]** 1852/11

**R**

**R/CAG [1]** 1834/13
**racetrack [4]** 1890/5 1908/14 1908/17 1931/8
**racism [1]** 1899/20
**radar [1]** 1799/5
**radio [1]** 1943/3
**radios [2]** 1954/18 1954/19
**raise [3]** 1792/8 1874/10 1884/11
**Rakoczy [24]** 1785/14 1791/12 1792/8 1801/22 1802/5 1803/2 1825/15 1829/16 1829/18 1845/4 1846/15 1847/18 1848/6 1850/22 1852/2 1854/1 1854/9 1860/18 1864/16 1868/24 1871/18 1874/4 1883/5 1884/1
**rallies [1]** 1934/15 1944/23
**rally [29]** 1823/12 1824/1 1827/17 1880/5 1888/24 1889/2 1889/15 1907/8 1907/10 1907/16 1908/5 1908/10 1908/13 1908/13 1931/18 1932/14 1937/2 1937/4 1937/10 1944/19 1945/10 1945/14 1945/20 1946/7 1946/16 1946/19 1946/21 1946/23 1947/14
**Ram [1]** 1900/15
**ran [3]** 1794/4 1868/5 1944/3
**Randall [1]** 1928/20
**Randy [1]** 1806/5
**Ranger [10]** 1802/25 1803/8 1803/11 1803/11 1816/20 1832/20 1835/14 1912/20 1920/14 1922/6
**Ranger Doug [4]** 1832/20 1835/14 1912/20 1920/18
**rapidly [1]** 1812/12
**rare [1]** 1798/10
**rational [1]** 1934/21
**rationale [1]** 1815/5
**rats [1]** 1868/6
**re [4]** 1796/12 1873/21 1882/24 1886/15
**re-establish [1]**

re-establish... [1] 1886/15
re-open [1] 1882/24
re-read [1] 1796/12
re-redirect [1] 1873/21
reach [4] 1904/1 1917/17 1924/8 1954/11
reached [1] 1816/25
react [1] 1905/16
reaction [9] 1806/8 1806/12 1806/23 1806/23 1817/6 1827/23 1828/21 1828/23 1935/12
Reactionary [16] 1905/7 1905/12 1905/14 1905/21 1905/23 1906/3 1908/7 1908/9 1908/16 1908/18 1909/3 1909/8 1909/9 1915/20 1918/20 1919/7
read [21] 1796/12 1803/6 1804/9 1805/21 1808/3 1810/11 1812/1 1814/21 1822/17 1822/21 1830/13 1835/12 1839/8 1840/1 1843/1 1843/2 1852/12 1856/17 1857/12 1864/14 1866/1
reading [6] 1805/5 1805/11 1859/5 1860/14 1865/16 1881/18
ready [5] 1801/21 1840/4 1884/5 1888/13 1921/8
real [5] 1801/5 1801/8 1829/3 1849/12 1936/20
really [17] 1792/9 1795/11 1795/12 1795/23 1796/12 1804/18 1871/5 1906/18 1916/11 1919/1 1926/9 1926/21 1926/21 1954/10 1954/13 1956/17 1957/7
Realtime [1] 1788/3
reason [6] 1796/17 1815/4 1862/13 1930/8 1942/7 1956/10
reasonable [5] 1934/20 1935/19 1935/20 1935/21 1938/8
reasoning [1] 1938/15
reasons [3] 1797/2 1797/24 1902/12
rebut [2] 1793/15 1793/22
rebuts [2] 1796/9 1873/13
rebuttal [1] 1870/7

recall [17] 1811/22 1820/9 1822/10 1823/12 1823/14 1830/14 1831/14 1837/6 1849/23 1864/20 1866/17 1877/17 1878/8 1879/24 1881/15 1891/12 1891/25 1892/20 1895/22 1895/25 1896/4 1896/13 1897/10 1900/12 1900/14 1906/25 1918/24 1921/11 1928/2 1928/15 1928/17 1928/25 1929/1 1930/4 1932/13 1942/7 1953/8
recce [6] 1793/11 1793/14 1830/6 1830/20 1832/6 1832/11
received [18] 1816/4 1819/6 1821/3 1821/23 1826/1 1826/2 1833/7 1834/5 1835/7 1836/12 1838/20 1848/4 1851/8 1864/17 1864/21 1867/16 1911/10 1918/7
receiving [3] 1808/14 1860/2 1860/10
recess [3] 1874/16 1874/17 1958/6
recognize [24] 1802/20 1815/17 1815/18 1824/12 1832/15 1833/20 1835/25 1839/17 1839/18 1840/22 1890/8 1894/1 1896/7 1908/22 1910/12 1911/24 1912/4 1912/14 1912/22 1913/6 1913/11 1913/22 1914/4 1914/21
recognized [1] 1795/3
recollection [5] 1814/17 1822/15 1863/11 1928/9 1930/7
recommended [1] 1811/22
recommending [1] 1810/17
recommends [2] 1810/5 1810/7
recon [1] 1908/11
record [19] 1808/15 1808/15 1811/15 1839/15 1842/22 1871/11 1880/16 1890/24 1891/3 1894/11 1894/13 1910/8 1911/4 1912/9 1913/15 1913/17 1914/5 1947/13 1959/3
recorded [1] 1788/6
records [9] 1834/16

recross... [1] 1837/15 1838/7
recorded [1] 1839/19 1846/11
1850/12 1861/17 1862/5 1864/21
recovered [2] 1818/19 1882/15
recovering [1] 1925/16
recross [1] 1789/4 1798/7 1829/12 1846/14 1853/12 1873/18
recruit [1] 1892/9 1937/17
recruiting [2] 1937/14 1937/15
red [3] 1806/4 1806/4 1806/12
redirect [11] 1789/4 1792/2 1798/5 1798/11 1801/23 1802/2 1802/12 1829/13 1869/12 1871/6 1873/21
refer [1] 1905/18
reference [5] 1807/7 1836/5 1836/7 1840/12 1843/19
referenced [6] 1796/7 1802/14 1810/18 1882/25 1914/1 1931/14
references [2] 1797/10 1954/21
referencing [2] 1806/22 1829/9
referred [2] 1841/13 1883/23
referring [1] 1922/15
reflect [4] 1890/24 1891/3 1894/11 1894/13
refresh [1] 1814/17
refreshes [1] 1863/11
regard [2] 1871/17 1872/20
regarding [11] 1793/8 1807/9 1829/10 1851/25 1869/4 1870/5 1870/6 1873/11 1933/4 1937/21 1938/7
regardless [3] 1806/5 1806/9 1881/21
regards [4] 1803/23 1888/12 1897/22 1907/15
registered [2] 1788/2 1812/18
regular [3] 1869/8 1870/20 1917/17
regularly [1] 1931/3 1934/9 1936/16
related [4] 1814/7 1841/10 1875/12 1944/5
relates [1] 1870/11
relation [2] 1863/21 1908/12
relationship [1]

relatively [1] 1872/17
release [4] 1875/3 1876/2 1876/17 1917/3
released [1] 1906/18
releasing [1] 1875/23
relevance [4] 1796/25 1954/23 1955/2 1955/3
relevant [4] 1795/17 1841/8 1841/15 1934/14
relied [2] 1840/7 1852/5
rely [1] 1942/2
remain [1] 1900/16
remains [1] 1875/21
remember [31] 1814/4 1817/6 1817/13 1830/7 1838/7 1840/13 1840/15 1843/21 1843/22 1863/1 1863/3 1863/4 1877/22 1879/20 1880/1 1880/2 1880/25 1888/22 1889/16 1891/20 1892/23 1893/2 1893/5 1896/5 1896/15 1903/16 1903/19 1914/10 1916/10 1918/25 1929/11
remembered [1] 1806/2
remembers [1] 1793/18
remind [6] 1803/10 1818/3 1819/24 1839/2 1844/23 1881/5
reminders [1] 1957/14
remove [2] 1795/7 1884/14
removed [7] 1861/14 1861/17 1861/20 1862/4 1862/5 1862/13 1862/20
renew [1] 1855/14
Repeat [1] 1845/8
reply [1] 1858/3
reporter [5] 1788/2 1788/2 1788/3 1788/3 1904/20
represent [3] 1892/11 1943/13 1952/10
representation [1] 1815/22
republic [1] 1816/23
request [2] 1855/14 1928/6
require [1] 1855/7
required [1] 1902/21
research [1] 1957/14
reserve [2] 1855/20 1885/17
residence [12] 1896/16 1897/1 1897/8 1897/13 1899/24 1900/9 1900/22 1900/25 1901/15 1901/25 1905/20 1915/24

resources [2] 1956/14 1956/16
respect [3] 1796/7 1844/24 1887/1
respects [1] 1797/9
respond [8] 1806/16 1806/17 1857/3 1857/6 1857/17 1857/19 1858/22 1859/19
responded [1] 1874/4
responders [2] 1954/9 1956/2
responding [2] 1845/22 1846/12
response [10] 1796/4 1839/11 1846/9 1847/20 1858/9 1861/10 1862/3 1902/4 1924/4 1952/15
responsible [1] 1904/7
responsive [1] 1792/14
restroom [2] 1801/5 1801/7
results [1] 1880/10
resume [2] 1868/16 1957/13
resupply [1] 1906/19
retired [1] 1885/12
return [2] 1874/16 1874/19
reunion [1] 1804/14
revenge [1] 1797/18
review [2] 1834/16 1921/18
reviewed [2] 1849/24 1864/17 1937/21
RHODES [43] 1785/6 1786/2 1791/8 1791/15 1793/13 1811/7 1814/1 1814/6 1814/18 1815/6 1830/15 1832/6 1874/20 1881/14 1882/5 1888/11 1889/12 1890/7 1890/12 1890/25 1891/4 1894/22 1896/25 1899/6 1901/10 1901/11 1901/25 1906/17 1906/22 1907/10 1907/20 1908/3 1920/19 1921/2 1921/13 1922/10 1924/2 1930/8 1939/7 1945/10 1946/5 1946/6 1946/9
Rhodes' [5] 1824/16 1881/18 1882/8 1882/16 1928/6
ribs [1] 1887/4
Rico [2] 1806/5 1806/12
ridden [1] 1929/4
ride [1] 1859/21
Ridge [1] 1836/21
Rifles [1] 1903/15
right [96] 1791/25

**right... [95]** 1794/5
1794/10 1797/15
1798/1 1798/20
1798/21 1799/2
1802/25 1803/3
1803/14 1804/7
1805/17 1806/20
1806/24 1807/19
1810/19 1813/23
1815/7 1815/10
1819/19 1820/4 1820/5
1822/5 1822/17
1823/19 1824/2
1825/23 1827/4
1827/11 1831/10
1832/2 1832/8 1835/17
1837/22 1838/17
1839/6 1840/3 1840/9
1841/20 1841/21
1841/25 1845/12
1846/13 1848/10
1849/21 1850/9
1852/19 1853/23
1854/19 1855/19
1856/3 1858/22 1864/5
1864/7 1869/11
1869/19 1869/24
1870/18 1871/15
1872/4 1874/22 1875/4
1875/15 1875/16
1875/20 1876/1 1878/1
1878/4 1884/11
1885/20 1895/11
1896/20 1901/3
1906/11 1907/10
1909/17 1911/21
1912/1 1912/3 1913/10
1915/3 1919/17
1921/19 1923/10
1923/10 1923/15
1927/22 1932/2
1936/12 1938/3
1938/20 1939/1 1954/9
1955/20 1957/18
**rinse [1]** 1868/3
**rise [7]** 1791/2 1847/15
1859/20 1868/18
1874/15 1923/25
1957/16
**rising [1]** 1888/14
**Ritchie [1]** 1787/17
**River [5]** 1823/8
1824/15 1825/11
1825/12 1826/13
**RMR [2]** 1959/2 1959/8
**road [3]** 1787/3
1885/12 1939/3
**roads [2]** 1822/24
1916/21
**Robbee [1]** 1806/5
**rode [4]** 1904/11
1904/14 1904/16
1905/5
**rogue [4]** 1909/11
1909/13 1909/14
1909/21
**role [3]** 1837/4 1915/19

**roles [1]** 1807/3
**roll [1]** 1816/22
**room [2]** 1884/9
1902/20
**Rough [1]** 1903/18
**roughly [3]** 1850/15
1885/5 1889/17
**round [1]** 1813/2
**route [3]** 1826/15
1939/24 1955/11
**row [1]** 1913/18
**Rowan [3]** 1904/16
1904/21 1904/25
**rubber [1]** 1918/4
**rubric [1]** 1795/22
**rule [9]** 1795/25
1798/10 1846/21
1847/1 1847/6 1847/7
1847/7 1847/9 1873/7
**ruled [1]** 1792/24
**ruling [2]** 1793/5
1794/9
**run [5]** 1801/4 1801/7
1801/10 1887/3
1942/22
**running [1]** 1822/24
**rush [2]** 1796/23
1852/9
**rushed [1]** 1852/25

## S

**sacrifice [1]** 1814/25
**safe [1]** 1859/20
**safety [6]** 1852/11
1852/11 1932/11
1948/7 1948/8 1948/10
**said [64]** 1793/4
1814/18 1815/6
1817/15 1818/4 1818/5
1819/11 1820/8
1823/21 1824/3
1833/15 1835/14
1836/20 1843/14
1848/24 1849/12
1856/15 1856/25
1857/23 1858/2 1859/3
1861/7 1861/12
1861/17 1861/23
1862/10 1862/17
1867/25 1869/6
1869/17 1870/23
1871/12 1872/23
1873/22 1880/2 1880/3
1887/20 1889/7
1889/11 1895/14
1899/13 1901/2 1902/8
1902/14 1903/20
1905/5 1905/6 1907/10
1913/16 1913/20
1918/12 1919/6 1920/5
1920/6 1921/23
1926/25 1930/20
1931/15 1932/24
1933/17 1933/22
1934/2 1942/3 1952/22
**same [12]** 1804/18
1862/13 1870/24

1887/16 1887/17
1887/18 1898/5 1917/6
1938/25 1940/20
1940/22 1940/22
**sat [3]** 1904/16
1916/16 1929/6
**Saturday [6]** 1897/6
1897/16 1898/19
1899/25 1900/3 1928/3
**save [1]** 1816/23
**saved [1]** 1836/18
**savvy [1]** 1917/12
**saw [7]** 1820/4
1857/21 1890/9 1894/1
1896/7 1908/18 1911/7
**say [58]** 1794/21
1795/1 1796/19
1804/17 1804/18
1804/19 1807/5
1814/20 1816/19
1816/21 1819/13
1826/21 1829/16
1833/14 1834/9
1836/18 1843/7
1843/13 1844/5
1848/16 1849/9
1853/18 1856/14
1856/24 1857/9
1857/24 1858/12
1858/15 1858/19
1859/2 1859/24 1860/5
1860/23 1861/22
1863/6 1867/24
1873/23 1874/24
1876/6 1889/15 1902/4
1904/4 1905/20
1910/16 1918/16
1919/23 1930/4
1931/15 1933/15
1934/17 1934/23
1938/24 1939/19
1944/7 1947/5 1947/8
1954/11 1957/2
**saying [15]** 1815/8
1844/20 1851/25
1862/1 1867/7 1867/8
1871/12 1871/13
1873/14 1873/20
1899/6 1901/9 1922/6
1935/12 1947/2
**says [21]** 1792/6
1793/16 1804/25
1805/15 1807/12
1807/22 1807/23
1808/4 1813/18
1816/20 1819/15
1836/6 1840/2 1843/25
1860/25 1861/14
1872/2 1872/15
1872/18 1881/9 1887/3
**scaffolding [1]**
1842/13
**sched [1]** 1834/11
**schmeg [1]** 1809/21
**scope [6]** 1792/2
1870/19 1871/8
1882/22 1883/10
1883/12

1883/12 1831/16
1837/8 1837/12
1837/14 1839/5
1840/19 1841/17
1842/4 1843/1 1845/11
1848/9 1865/2 1868/17
1868/20 1876/1 1877/8
1881/19 1882/2
1890/12 1890/14
1894/4 1896/12
1900/24 1910/21
1911/23 1912/10
1914/24 1914/25
1916/21 1944/11
1954/20 1957/15
1957/25
**seeing [3]** 1825/16
1851/13 1851/24
**seek [15]** 1795/13
1802/13 1819/3
1820/25 1821/20
1825/19 1834/2 1836/9
1838/12 1838/15
1851/4 1867/10
1882/19 1883/20
1911/2
**seeking [1]** 1851/1
**seeks [3]** 1816/1
1833/2 1877/24
**seem [4]** 1899/11
1899/12 1899/13
1916/11
**seemed [3]** 1803/22
1886/11 1928/24
**seemingly [1]** 1797/8
**seems [3]** 1816/23
1847/15 1909/17
**seen [5]** 1809/21
1837/11 1837/20
1937/21 1941/16
**Select [2]** 1876/14
1876/15
**self [1]** 1918/17
**self-defense [1]**
1918/17
**Selling [1]** 1944/5
**send [7]** 1818/7 1820/8
1856/11 1862/3 1862/8
1862/14 1867/20
**sender [5]** 1861/14
1861/18 1862/5
1862/13 1862/20
**sending [1]** 1843/23
**sends [2]** 1839/9
1872/1
**sense [6]** 1812/21
1872/25 1875/13
1904/2 1905/7 1923/4
**sent [27]** 1803/13
1806/18 1816/14
1816/15 1816/16
1818/17 1823/11
1824/19 1824/21
1827/3 1827/7 1827/15
1830/15 1839/20
1839/23 1843/4
1843/24 1847/3
1849/24 1856/12

**screen [32]** 1799/5
1802/10 1802/18
1803/6 1811/1 1811/15
1814/9 1814/12
1815/13 1817/17
1818/11 1819/22
1820/11 1820/14
1821/9 1823/15
1826/10 1826/24
1827/1 1830/10 1831/2
1838/9 1839/16
1845/12 1848/9 1850/4
1851/11 1856/2
1880/12 1881/12
1882/3 1911/16
**scroll [4]** 1810/24
1820/20 1824/8 1831/4
**scrolling [1]** 1831/13
**scuffled [1]** 1843/9
**se [1]** 1936/15
**sea [1]** 1823/21
**seal [2]** 1853/7
1857/25
**Sealed [1]** 1799/9
**search [11]** 1793/17
1793/20 1793/21
1796/15 1796/23
1796/24 1805/13
1805/15 1839/12
1854/15 1854/15
**searched [1]** 1797/1
**seat [3]** 1869/13
1881/6 1904/14
**seated [5]** 1791/4
1801/13 1877/5
1890/16 1894/6
**sec [1]** 1804/7
**second [9]** 1806/4
1826/25 1830/24
1864/25 1894/25
1913/18 1914/6
1924/25 1938/9
**Secret [9]** 1907/1
1907/2 1907/4 1907/13
1907/19 1907/21
1946/6 1946/10
1946/12
**section [11]** 1809/10
1809/13 1809/16
1809/17 1810/6 1810/7
1810/8 1810/11
1810/16 1865/2
1865/19
**security [11]** 1804/7
1928/8 1930/10
1930/12 1930/15
1930/19 1932/1 1944/1
1950/8 1950/17 1951/1
**seditious [2]** 1879/12
1879/13
**see [48]** 1793/20
1807/18 1807/23
1807/24 1817/19
1818/11 1820/13
1821/9 1823/7 1823/8
1826/9 1826/11
1826/18 1828/24

**S**

sent... [7] 1861/19
1866/25 1867/22
1871/20 1872/17
1875/1 1882/5
sentence [2] 1805/14
1810/11
separate [3] 1794/7
1829/16 1927/3
September [12] 1886/6
1888/10 1889/15
1889/16 1889/17
1889/22 1907/2 1931/7
1937/2 1945/10
1945/14 1947/14
Serbian [1] 1881/4
series [1] 1870/3
serve [3] 1803/19
1885/14 1925/2
served [3] 1804/15
1935/10 1943/16
serves [1] 1839/9
service [23] 1804/12
1891/20 1907/1 1907/2
1907/4 1907/13
1907/19 1907/21
1909/4 1943/18
1943/21 1945/11
1945/17 1946/6
1946/10 1946/12
1949/25 1950/4 1950/6
1950/9 1950/12 1951/1
1952/2
services [4] 1805/3
1953/15 1954/22
1955/18
Session [1] 1785/7
set [12] 1792/10
1849/15 1858/4 1858/6
1880/5 1880/5 1908/12
1917/9 1917/10
1917/12 1917/13
1919/16
sets [1] 1792/13
seven [2] 1818/16
1828/11
several [11] 1792/16
1856/8 1856/9 1863/22
1864/23 1881/23
1885/13 1886/19
1888/12 1918/12
1925/5
shaken [1] 1929/24
shaking [1] 1875/15
share [1] 1840/3
shared [1] 1951/9
Sharon [3] 1833/15
1840/3 1868/3
she [14] 1829/8 1829/9
1840/4 1858/8 1886/14
1917/10 1917/12
1917/13 1918/12
1918/12 1918/12
1918/14 1918/15
1918/16
she's [4] 1803/3
1860/15 1870/1
1880/15

sher... [2] 1924/22
1951/6
Sheriff's [2] 1924/21
1925/5
sheriffs [1] 1925/6
shield [1] 1795/5
shirt [1] 1894/10
shit [1] 1857/1
shoot [1] 1815/3
shortly [4] 1849/11
1892/24 1941/9
1957/15
shot [1] 1861/7
shotguns [1] 1812/15
should [28] 1798/3
1801/9 1802/12
1804/14 1805/7 1806/1
1809/20 1810/1
1812/11 1812/13
1812/14 1812/17
1812/22 1816/21
1827/25 1852/21
1860/15 1870/22
1874/18 1875/11
1875/12 1898/9
1920/11 1922/11
1922/13 1922/14
1922/19 1924/15
shouldn't [1] 1887/5
show [14] 1802/17
1814/14 1824/23
1842/10 1852/4 1852/8
1863/5 1876/23
1882/11 1888/25
1909/24 1910/6
1914/16 1930/17
showed [6] 1802/21
1811/7 1826/20
1881/14 1883/9
1921/25
showing [10] 1811/1
1815/15 1819/25
1824/10 1824/15
1826/15 1837/21
1856/2 1892/9 1910/8
shown [1] 1826/6
shows [5] 1797/6
1823/1 1825/5 1826/13
1837/24
sic [2] 1831/6 1836/17
side [10] 1798/1
1825/12 1835/15
1840/24 1887/23
1903/12 1913/10
1924/18 1927/11
1927/12
sidearms [2] 1903/13
1903/16
sidebar [3] 1829/3
1886/19 1886/22
sides [1] 1926/23
sign [6] 1805/23
1806/2 1914/12
1914/14 1915/8
1915/15
sign' [1] 1806/7
Signal [6] 1818/22
1818/23 1892/16

sh... [2] 1893/16 1893/7
1941/17
signature [1] 1893/18
signed [2] 1863/15
1875/19
significant [2] 1859/5
1866/11
signified [1] 1859/7
silverish [1] 1894/9
similar [3] 1827/6
1827/8 1925/3
simple [1] 1805/25
simply [2] 1804/17
1947/10
since [5] 1892/23
1900/14 1921/6
1922/15 1932/22
single [3] 1898/23
1922/19 1932/20
singled [1] 1922/18
sinker [1] 1924/13
sir [78] 1885/25
1923/16 1923/17
1924/25 1926/6
1927/12 1927/15
1927/19 1927/24
1928/4 1928/5 1928/19
1929/3 1929/5 1929/8
1929/12 1929/15
1930/4 1930/11
1933/21 1934/3 1938/4
1938/12 1938/21
1939/9 1939/14 1940/5
1940/25 1943/11
1943/12 1943/15
1943/18 1943/25
1944/2 1944/4 1944/6
1944/12 1944/15
1944/18 1944/20
1944/25 1945/2 1945/4
1945/6 1946/8 1946/11
1946/14 1946/20
1946/22 1946/24
1947/2 1947/5 1947/21
1947/24 1948/9
1949/20 1951/12
1951/17 1951/24
1952/1 1952/3 1952/5
1952/8 1952/13
1953/17 1953/21
1953/25 1954/14
1955/12 1955/21
1955/23 1956/4
1956/20 1956/21
1957/2 1957/20
1957/21 1958/1
sit [2] 1798/19 1943/2
sitting [2] 1853/21
1917/15
situated [1] 1916/20
situation [5] 1793/24
1806/16 1921/20
1947/9 1954/10
six [3] 1828/11 1875/2
1903/18
sleep [1] 1819/17
sleeping [2] 1902/13
1902/16

sleep... [2] 1894/22
1895/21
sliding [3] 1902/16
1905/8 1948/21
slogan [1] 1915/14
small [2] 1812/15
1945/22
smaller [2] 1898/24
1899/12
Smith [21] 1802/25
1803/8 1803/11
1803/16 1806/19
1816/17 1833/14
1834/9 1834/25
1835/13 1835/19
1912/15 1912/16
1927/7 1927/14
1938/20 1939/7
1939/17 1940/12
1941/7 1941/10
smoker [1] 1942/12
snake [1] 1915/3
so [155] 1791/25
1792/19 1794/8
1794/11 1795/10
1795/21 1797/2
1797/21 1797/24
1799/6 1801/17
1801/21 1802/16
1802/18 1803/6 1803/6
1804/6 1804/14 1805/6
1806/18 1807/18
1811/19 1811/21
1815/6 1815/15
1816/21 1816/24
1817/17 1818/1
1818/16 1819/11
1820/3 1820/23 1822/4
1825/23 1826/9
1826/25 1829/11
1829/15 1831/2
1831/16 1835/16
1841/11 1841/14
1841/17 1842/18
1846/18 1847/3 1847/9
1847/18 1848/21
1851/3 1851/14
1851/18 1851/22
1852/13 1852/18
1852/24 1853/12
1853/25 1854/4
1854/22 1855/13
1855/23 1861/12
1861/17 1864/9
1865/22 1865/23
1869/25 1870/21
1871/7 1871/11
1871/16 1871/21
1872/23 1872/24
1873/16 1873/25
1874/8 1875/4 1875/21
1875/25 1876/1 1876/6
1883/11 1883/16
1888/19 1889/14
1889/22 1893/8
1895/12 1895/14
1897/24 1898/4 1898/4
1898/16 1899/3

so... [2] 1900/13 1901/23
1902/20 1903/11
1904/8 1904/14
1904/18 1907/8
1907/12 1908/4
1908/16 1909/20
1910/12 1913/15
1916/12 1916/21
1920/17 1921/8
1922/21 1924/13
1924/14 1924/16
1925/10 1925/12
1927/17 1927/20
1929/4 1931/7 1931/19
1932/1 1932/18
1932/19 1933/21
1933/25 1935/16
1936/7 1936/7 1936/8
1936/13 1937/20
1939/2 1940/10 1945/9
1947/13 1948/14
1948/16 1950/11
1950/24 1951/15
1953/16 1954/10
1955/14 1956/9
1956/16 1957/12
1957/12 1958/4
So I think [3] 1870/21
1872/24 1950/24
So it's [1] 1957/12
So this about [1]
1835/16
So this is [3] 1805/6
1818/16 1822/4
so this ops [2] 1804/6
1806/18
So this photograph [1]
1910/12
sole [1] 1812/4
some [57] 1795/17
1797/5 1797/7 1798/6
1798/23 1809/15
1814/2 1817/5 1823/10
1823/12 1823/22
1837/22 1840/6
1840/11 1842/16
1849/14 1851/15
1853/5 1854/19 1865/3
1865/16 1865/23
1870/17 1877/19
1879/18 1881/13
1886/18 1886/22
1888/16 1888/20
1890/3 1892/14 1893/7
1895/20 1898/6 1898/8
1898/10 1902/14
1903/24 1903/24
1906/22 1916/1
1917/19 1917/20
1917/20 1918/1
1919/24 1922/11
1922/20 1928/6
1928/12 1940/1 1940/2
1941/21 1945/22
1956/4 1956/10
somebody [22] 1803/7
1847/21 1857/24
1858/2 1858/3 1858/12

1986

**somebody... [16]**
1858/15 1858/18
1859/13 1859/19
1859/24 1860/5
1860/23 1861/22
1905/8 1933/24
1933/24 1934/2
1942/15 1942/21
1944/16 1950/19

**somehow [2]** 1796/14
1932/15

**someone [19]** 1816/25
1836/18 1848/12
1857/2 1857/5 1857/16
1857/19 1861/7
1887/11 1889/5 1890/7
1892/25 1907/12
1907/25 1912/21
1946/6 1946/10
1948/25 1950/5

**something [29]**
1810/19 1810/20
1819/12 1820/8 1820/9
1821/9 1845/20 1846/3
1872/8 1874/8 1876/19
1878/6 1881/15 1883/5
1887/5 1895/8 1895/9
1895/12 1908/19
1909/10 1909/20
1915/6 1919/2 1919/4
1922/10 1931/3 1934/7
1941/7 1958/5

**Sometime [2]** 1822/14
1891/15

**sometimes [5]** 1936/6
1953/16 1953/22
1953/23 1956/11

**somewhat [2]** 1839/8
1877/18

**somewhere [7]** 1886/6
1888/18 1906/7 1921/7
1921/24 1927/23
1930/5

**soon [2]** 1812/22
1868/17

**sorry [38]** 1801/6
1807/20 1808/15
1817/24 1818/15
1821/19 1822/5
1836/24 1839/20
1852/7 1856/16
1862/23 1864/6 1864/9
1868/9 1868/23 1877/1
1880/18 1889/17
1890/20 1893/10
1895/1 1898/1 1900/2
1901/4 1902/19 1905/1
1909/12 1914/7 1923/3
1933/21 1949/14
1950/2 1952/8 1955/1
1955/8 1956/9 1957/10

**sort [17]** 1792/2
1792/11 1794/14
1794/15 1794/19
1796/2 1824/23
1827/10 1827/11
1827/12 1831/3

1854/2 1873/6
1875/16 1883/10
1905/4 1912/3

**sought [1]** 1854/15

**sound [2]** 1865/21
1935/23

**sounded [3]** 1907/24
1908/3 1955/24

**sounds [1]** 1830/20
1887/3 1926/9

**source [1]** 1808/11

**sources [2]** 1818/5
1819/12

**southeast [2]** 1826/20
1826/22

**southern [1]** 1953/14

**Southwest [2]** 1825/6
1825/6

**speak [9]** 1818/6
1897/24 1906/20
1933/14 1933/25
1936/1 1936/3 1946/10
1948/3

**speaking [1]** 1946/6

**speaks [1]** 1845/24

**Special [63]** 1802/4
1813/5 1813/17
1815/14 1815/15
1816/9 1817/3 1817/3
1817/18 1817/19
1818/3 1818/10
1818/11 1820/12
1820/13 1821/6
1821/10 1823/7
1824/10 1827/21
1830/5 1831/6 1831/22
1832/14 1833/11
1833/18 1834/21
1835/24 1836/17
1837/2 1838/2 1838/23
1839/15 1842/25
1844/19 1845/6
1845/11 1848/9
1849/17 1850/8
1851/18 1852/5
1852/22 1853/1
1853/13 1854/18
1856/2 1862/23
1862/24 1864/4
1864/13 1866/15
1866/20 1867/20
1868/8 1877/11
1878/23 1881/12
1881/24 1882/2
1883/18

**Special Agent [15]**
1813/17 1815/14
1817/3 1817/19
1821/10 1831/6
1836/17 1837/2 1845/6
1851/18 1853/13
1854/24 1856/2 1864/4
1881/12

**Special Agent Palian
[22]** 1802/4 1813/5
1816/9 1817/3 1818/3
1820/12 1824/10

1835/24 1838/23
1842/25 1844/19
1848/9 1849/17
1855/12 1862/24
1864/13 1867/20
1868/8 1882/2 1883/18
**specific [1]** 1932/12
**specifically [9]**
1827/10 1865/4
1865/15 1888/12
1888/22 1889/7
1891/23 1906/25
1944/16
**speculation [1]**
1945/24
**speed [2]** 1806/17
1955/6
**spell [2]** 1885/2
1904/20
**spelled [1]** 1885/23
**spent [2]** 1905/22
1928/1
**spirited [1]** 1868/5
**split [4]** 1826/24
1938/13 1939/12
1939/16
**spoke [1]** 1941/16
**spots [1]** 1916/2
**spout [1]** 1804/15
**spouting [1]** 1854/21
**squarely [1]** 1796/9
**Sr [1]** 1787/16
**Stack [1]** 1857/15
**Stack 1 [1]** 1857/15
**stacked [1]** 1954/24
**stage [1]** 1834/12
**staging [6]** 1807/25
1827/23 1931/10
1937/6 1937/9 1938/8
**stairs [1]** 1878/14
**Stamey [33]** 1816/12
1817/12 1817/23
1818/5 1818/17
1819/11 1819/14
1820/4 1820/8 1822/20
1827/4 1828/17
1829/10 1829/22
1829/23 1871/20
1872/11 1872/16
1872/18 1887/2
1887/11 1892/25
1893/18 1898/17
1898/18 1904/11
1912/5 1912/10
1927/10 1939/22
1941/7 1941/20 1942/2
**Stamey's [1]** 1935/6
**stand [1]** 1951/15
**standard [4]** 1805/23
1917/17 1937/25
1957/14
**standing [2]** 1912/3
1914/6
**stands [1]** 1874/15
**stanley [4]** 1787/2
1787/5 1791/16
1943/13

1804/6 1815/1 1860/6
1865/5 1865/6 1868/20
1883/10 1886/21
1886/24 1923/23
**started [4]** 1798/2
1801/21 1875/4
1929/20
**starting [2]** 1878/22
1923/24
**state [21]** 1797/10
1816/12 1817/22
1817/23 1818/4
1825/13 1843/19
1847/13 1850/23
1854/14 1871/2 1871/4
1871/5 1873/1 1874/5
1890/1 1893/2 1912/18
1924/12 1927/9
1927/13
**stated [1]** 1934/24
**statement [4]** 1845/22
1846/5 1850/18 1881/8
**statements [6]**
1850/18 1852/3
1853/20 1855/18
1873/23 1881/19
**states [8]** 1785/1
1785/3 1785/10 1791/7
1792/8 1794/17
1895/22 1953/14
**statewide [1]** 1938/14
**stating [1]** 1923/12
**status [2]** 1876/16
1876/19
**stay [13]** 1834/14
1834/18 1859/20
1893/20 1894/17
1895/16 1895/18
1897/3 1915/24 1922/7
1940/6 1940/10
1941/20
**stayed [11]** 1893/21
1893/23 1895/14
1895/20 1895/21
1897/4 1903/6 1903/8
1940/10 1940/12
1941/14
**staying [1]** 1896/23
**stenography [1]**
1788/6
**step [3]** 1884/3 1887/3
1957/18
**stepped [3]** 1941/10
1941/11 1941/12
**steps [3]** 1856/16
1856/16 1861/1
**Steve [4]** 1928/20
1929/10 1936/24
1936/25
**STEWART [19]** 1785/6
1786/2 1791/8 1793/13
1888/11 1888/25
1889/12 1894/22
1896/25 1898/5
1901/10 1906/16
1908/2 1924/2 1927/17
1929/25 1937/15

**Stewart Rhodes [8]**
1793/13 1888/11
1889/12 1894/22
1896/25 1901/10
1924/2 1945/10
**stick [1]** 1794/9
**sticking [1]** 1958/5
**still [14]** 1900/9 1916/7
1916/7 1919/20
1919/20 1920/24
1920/25 1921/21
1926/10 1930/12
1940/13 1940/17
1941/14 1941/17
**stood [1]** 1885/23
**stop [5]** 1805/5
1868/13 1894/25
1903/11 1920/2
**stopper [1]** 1918/4
**stopping [1]** 1846/4
**storage [1]** 1902/17
**store [2]** 1885/11
1915/14
**storm [8]** 1843/15
1843/18 1843/25
1844/6 1872/7 1872/23
1873/1 1873/23
**stormed [2]** 1844/2
1881/9
**storming [10]** 1840/2
1840/12 1841/2 1841/5
1841/8 1841/13
1841/13 1841/14
1842/18 1872/2
**story [6]** 1804/20
1805/7 1805/9 1886/10
1939/4 1939/5
**stragglers [1]** 1919/20
**strain [1]** 1938/5
**Street [5]** 1785/15
1786/11 1786/15
1822/25 1822/25
**streets [5]** 1831/20
1849/13 1849/15
1898/3 1924/11
**strict [1]** 1794/15
**strike [10]** 1793/11
1793/14 1805/25
1806/3 1806/14 1807/8
1833/16 1836/5 1836/7
1836/23
**striking [2]** 1810/7
1810/13
**stroke [1]** 1869/3
**stroller [1]** 1932/20
**structure [1]** 1842/6
1842/7 1860/19
**structures [1]** 1842/7
**stuff [5]** 1851/23
1851/24 1892/15
1908/21 1955/12
**subject [11]** 1847/18
1848/2 1854/17 1855/1
1875/21 1875/24
1876/3 1876/10
1876/10 1883/17
1883/23

**submitted [2]** 1840/8 1877/21
**subsequent [2]** 1795/2 1870/5
**subsequently [1]** 1869/22
**substantially [1]** 1847/16
**such [4]** 1812/24 1879/11 1898/23 1944/23
**sufficient [2]** 1805/4 1847/15
**suggest [2]** 1805/12 1827/25
**suggested [7]** 1796/15 1843/18 1852/24 1880/8 1881/19 1922/10 1945/11
**suggesting [5]** 1817/11 1837/15 1840/12 1852/9 1873/4
**suggestion [3]** 1797/13 1875/16 1875/18
**suggests [1]** 1865/20
**suit [2]** 1890/22 1894/9
**suitable [1]** 1916/6
**Suite [4]** 1786/4 1786/8 1787/8 1787/17
**Sunday [8]** 1896/24 1896/24 1910/19 1913/12 1921/15 1921/18 1927/17 1930/14
**sundown [1]** 1896/20
**sunlight [1]** 1842/6
**supplies [3]** 1898/6 1898/18 1902/23
**supplying [1]** 1804/20
**support [11]** 1817/13 1838/5 1840/8 1841/19 1849/18 1877/21 1908/5 1930/17 1950/15 1951/7 1951/8
**supported [1]** 1878/18
**supporters [1]** 1899/22
**supposed [4]** 1897/23 1900/13 1922/7 1949/15
**sure [32]** 1793/19 1799/4 1804/10 1804/24 1808/5 1810/7 1810/12 1812/2 1813/10 1820/1 1822/22 1826/13 1829/5 1835/14 1842/20 1845/9 1848/14 1853/17 1868/14 1870/9 1872/11 1872/14 1874/2 1898/7 1903/22 1910/1 1913/15 1919/22 1920/1 1925/1 1932/10 1934/8
**surging [1]** 1857/10
**surprised [2]** 1936/13

**surprising [2]** 1935/14 1938/6
**surrounding [1]** 1846/22
**surveillance [2]** 1829/1 1834/17
**survival [2]** 1943/22 1944/5
**suspect [1]** 1853/19
**sustained [2]** 1795/18 1883/16
**SWORN [1]** 1884/18
**sympathetic [1]** 1808/8

**T**
**table [2]** 1890/4 1937/24
**tactical [10]** 1811/2 1812/4 1812/15 1889/25 1893/14 1896/17 1904/15 1936/21 1936/22 1954/17
**tactics [1]** 1899/14
**take [47]** 1804/3 1807/1 1807/13 1808/19 1809/8 1809/23 1810/24 1811/5 1813/12 1815/12 1818/9 1821/5 1821/17 1827/19 1830/22 1834/20 1837/1 1844/18 1847/4 1849/16 1852/25 1855/21 1859/13 1859/20 1862/1 1862/22 1868/7 1868/10 1868/12 1868/15 1881/11 1884/15 1890/11 1911/15 1914/8 1915/18 1918/19 1918/22 1923/23 1924/7 1924/8 1929/14 1940/24 1949/5 1949/10 1954/1 1957/9
**taken [2]** 1832/1 1910/24
**takes [1]** 1956/11
**taking [1]** 1797/18
**talk [12]** 1820/23 1837/2 1844/2 1895/1 1907/23 1917/3 1917/4 1917/6 1921/17 1938/13 1943/2 1950/2
**talked [17]** 1793/10 1793/11 1793/13 1793/13 1793/17 1798/15 1813/25 1814/21 1855/7 1855/19 1888/17 1889/23 1889/24 1898/5 1932/23 1933/11 1938/6
**talkie [1]** 1917/2
**talkies [1]** 1917/18

**talking [20]** 1793/1 1795/10 1820/2 1823/16 1826/19 1852/1 1854/19 1855/6 1865/5 1865/6 1886/21 1886/21 1888/11 1889/18 1890/7 1893/17 1917/14 1924/14 1942/23 1950/21 1953/18
**talks [5]** 1809/17 1809/18 1809/19 1810/8 1934/8
**target [1]** 1822/24
**targeting [1]** 1948/2
**Tarpley [2]** 1786/10 1791/15
**Taylor [1]** 1888/18
**team [27]** 1804/11 1806/3 1806/4 1806/4 1806/6 1806/8 1806/12 1806/14 1807/4 1807/8 1807/8 1808/21 1808/23 1809/14 1809/18 1809/20 1810/1 1810/17 1812/9 1812/19 1813/1 1813/4 1875/2 1875/2 1889/1 1924/4 1952/15
**teams [2]** 1805/25 1806/23
**tear [3]** 1840/5 1857/1 1868/3
**tear-gassing [1]** 1857/1
**tearing [1]** 1860/6
**technical [1]** 1917/12
**telephone [2]** 1818/20 1892/15
**tell [15]** 1835/12 1843/15 1844/7 1859/13 1872/8 1876/13 1876/18 1886/8 1895/8 1906/22 1907/20 1917/24 1920/16 1921/16 1941/15
**telling [3]** 1832/6 1885/4 1900/3
**temperature [1]** 1801/17
**template [1]** 1803/19
**tend [1]** 1797/21
**tender [1]** 1883/21
**tents [1]** 1895/20
**term [10]** 1809/2 1809/21 1903/14 1905/12 1905/18 1905/22 1905/25 1922/5 1923/16 1935/19
**termed [2]** 1881/4 1935/7
**terminology [3]** 1936/1 1936/3 1938/22
**terms [7]** 1795/12 1795/16 1871/14 1871/14 1877/9

**terribly [1]** 1827/12
**terrorist [1]** 1938/2
**testified [3]** 1879/18 1880/25 1952/14
**testifies [1]** 1853/13
**testifying [1]** 1817/4
**testimony [2]** 1847/9 1957/23
**Texas [2]** 1798/6 1944/17
**text [5]** 1805/13 1808/9 1815/17 1818/11 1871/2
**texts [1]** 1883/8
**than [12]** 1793/14 1831/11 1847/11 1847/12 1870/11 1879/16 1887/19 1900/10 1917/17 1918/10 1932/14 1941/18
**thank [58]** 1791/25 1792/21 1794/9 1794/10 1798/20 1803/3 1803/4 1807/23 1808/19 1814/13 1817/1 1819/8 1821/25 1826/4 1826/7 1827/19 1830/1 1830/2 1837/1 1841/6 1845/5 1846/24 1847/22 1847/23 1847/25 1850/17 1854/5 1863/14 1864/9 1868/7 1868/17 1868/22 1876/7 1883/14 1884/1 1884/2 1884/13 1915/18 1925/17 1925/19 1926/7 1931/22 1936/19 1936/25 1943/18 1943/20 1951/12 1951/25 1952/1 1952/2 1952/3 1955/6 1955/7 1956/19 1957/11 1958/2 1958/3
**thank you [45]** 1791/25 1792/21 1794/9 1794/10 1798/20 1808/19 1814/13 1817/1 1819/8 1821/25 1826/4 1826/7 1827/19 1830/2 1837/1 1841/6 1845/5 1846/24 1847/22 1850/17 1863/14 1868/7 1868/17 1868/22 1883/14 1884/1 1884/2 1884/13 1915/18 1925/17 1925/19 1926/7 1936/19 1936/25 1943/18 1943/20 1951/12 1951/25 1952/2 1952/3 1955/7 1956/19 1957/15 1958/2 1958/3
**that [899]**

**finals [92]** 1796/16 1796/21 1797/16 1797/19 1801/10 1804/2 1804/8 1806/21 1807/12 1808/25 1811/7 1813/24 1815/8 1820/5 1822/9 1823/23 1824/3 1825/11 1826/15 1831/9 1832/8 1832/9 1832/21 1840/24 1841/21 1844/14 1844/22 1844/25 1848/11 1849/22 1850/10 1852/21 1853/24 1855/1 1855/9 1857/6 1869/16 1872/13 1873/6 1873/6 1873/7 1873/16 1874/6 1875/22 1876/6 1877/15 1878/2 1884/15 1889/20 1891/22 1893/7 1898/13 1899/9 1901/11 1910/9 1911/3 1912/5 1912/9 1913/8 1914/1 1914/7 1920/8 1922/16 1922/24 1922/25 1922/25 1923/13 1924/5 1924/12 1924/17 1925/4 1925/12 1927/19 1928/10 1933/6 1934/2 1934/20 1934/20 1935/20 1935/25 1937/16 1937/18 1939/20 1942/25 1943/18 1950/17 1950/20 1950/20 1951/23 1955/22 1956/17 1957/11
**theater [2]** 1805/19 1805/22
**their [18]** 1806/3 1806/16 1812/19 1839/11 1868/4 1868/6 1876/16 1889/3 1896/4 1899/14 1921/1 1922/16 1922/17 1932/11 1934/13 1940/8 1948/7 1950/21
**theirs [1]** 1903/25
**thelinderfirm.com [1]** 1786/6
**them [38]** 1813/9 1814/25 1816/25 1829/25 1839/10 1843/9 1849/13 1853/8 1858/1 1862/1 1864/17 1878/14 1886/3 1890/4 1895/25 1896/8 1898/25 1902/6 1903/21 1905/9 1905/10 1906/7 1908/17 1908/24 1913/24 1922/21 1922/22 1923/23

them... **[10]** 1924/16
1925/12 1932/1 1932/4
1937/17 1937/17
1940/9 1940/12
1944/11 1956/16
**themselves [1]**
1861/17
**then [69]** 1796/15
1796/18 1798/19
1804/13 1804/22
1806/14 1807/3
1807/15 1807/24
1809/20 1810/8 1810/9
1810/16 1811/22
1814/24 1820/19
1820/23 1823/2
1823/24 1826/14
1826/17 1829/21
1829/24 1829/25
1832/1 1842/15 1843/7
1848/16 1848/25
1854/25 1865/8
1868/11 1873/6
1873/20 1873/21
1874/4 1874/10 1875/4
1882/10 1882/11
1886/20 1888/5
1888/23 1889/8 1890/5
1891/6 1899/25
1902/17 1902/24
1904/6 1904/15 1914/4
1915/15 1917/3
1917/13 1918/14
1919/14 1920/8
1922/21 1924/8
1924/11 1924/11
1929/9 1929/9 1934/12
1937/6 1939/22
1948/24 1949/5
**theory [3]** 1796/10
1797/17 1797/20
**there [145]** 1792/1
1792/4 1792/5 1796/1
1798/1 1798/10
1798/21 1804/23
1805/5 1806/11 1808/4
1808/14 1808/15
1809/10 1810/18
1810/20 1811/23
1811/24 1814/12
1815/1 1817/19 1823/4
1823/5 1825/7 1825/9
1831/23 1831/25
1838/17 1840/16
1849/23 1851/15
1851/25 1852/3 1852/8
1852/9 1852/10
1852/16 1852/11
1853/18 1855/9
1864/14 1866/11
1870/12 1873/5
1873/17 1876/2 1878/3
1878/3 1878/24 1879/8
1879/10 1879/22
1880/3 1880/3 1881/23
1886/14 1886/18
1886/18 1886/19

1887/14 1888/10
1888/19 1888/20
1892/21 1893/14
1894/20 1895/16
1896/1 1896/17
1896/18 1896/20
1896/22 1897/3 1897/4
1897/6 1897/9 1897/10
1897/11 1898/6 1898/9
1898/15 1898/20
1899/10 1899/12
1900/12 1900/12
1901/2 1901/4 1901/15
1902/20 1903/2 1903/4
1903/5 1904/3 1906/9
1906/19 1908/7 1908/8
1908/20 1909/2
1915/24 1916/1
1916/13 1916/16
1920/10 1920/25
1921/2 1921/10
1921/13 1921/23
1922/4 1922/7 1922/10
1926/25 1927/1 1928/1
1928/24 1929/6
1930/12 1930/15
1930/17 1930/18
1930/25 1931/10
1931/11 1931/15
1931/19 1932/12
1932/24 1933/3 1938/6
1939/6 1939/12 1940/4
1941/14 1941/18
1943/2 1944/22
1945/23 1946/15
1946/18 1947/19
1949/22 1951/7 1956/6
**there's [26]** 1796/8
1797/12 1797/13
1797/19 1807/18
1820/20 1829/12
1831/4 1831/11
1845/19 1851/23
1851/24 1853/6 1871/1
1872/8 1886/25
1886/25 1904/4 1924/9
1925/1 1926/25 1927/3
1954/21 1955/10
1955/14 1958/4
**thereafter [1]** 1892/24
**therefore [2]** 1796/25
1812/11
**these [49]** 1791/22
1795/12 1797/18
1797/21 1805/3
1806/10 1812/13
1813/3 1822/23
1823/25 1824/4
1825/16 1825/18
1828/12 1828/13
1828/16 1829/16
1831/7 1831/12 1832/1
1839/22 1850/8
1850/11 1850/24
1851/16 1852/11
1853/20 1859/6 1865/3
1865/16 1865/19
1865/20 1865/24

1881/3 1882/13
1882/14 1883/22
1901/3 1910/3 1918/5
1932/5 1934/15
1935/22 1947/10
1954/16 1956/16
**they [83]** 1793/12
1794/18 1794/21
1796/20 1798/25
1801/9 1804/17
1804/18 1804/19
1804/19 1806/1
1809/18 1812/21
1813/10 1813/20
1814/24 1815/3 1832/3
1832/4 1834/12
1839/11 1845/22
1848/16 1852/20
1853/21 1854/20
1868/5 1868/6 1869/7
1869/20 1870/21
1871/12 1873/11
1876/15 1882/13
1882/17 1886/13
1886/15 1888/14
1894/24 1898/22
1899/2 1901/25 1902/5
1903/25 1903/25
1904/1 1904/16 1905/3
1905/6 1905/8 1905/9
1909/18 1918/16
1919/25 1920/2 1920/5
1920/6 1925/7 1925/7
1928/11 1928/13
1929/14 1929/14
1929/15 1929/18
1930/10 1931/25
1932/2 1933/17
1934/17 1934/25
1934/25 1935/7
1935/18 1936/14
1936/15 1940/7 1948/2
1954/13 1956/12
1956/13 1956/13
**they'll [2]** 1795/20
1851/6
**they're [11]** 1842/5
1842/5 1856/25
1870/18 1870/19
1871/12 1920/1 1932/8
1932/19 1954/8
1955/25
**they've [1]** 1845/21
**thick [1]** 1806/13
**thicker [2]** 1917/25
1918/5
**thing [6]** 1795/3
1814/12 1855/5
1858/23 1938/25
1943/21
**things [14]** 1809/16
1815/2 1869/3 1869/21
1873/21 1885/13
1888/12 1892/17
1900/11 1908/19
1915/8 1922/2 1922/13
1922/18

1792/19 1794/11
1795/11 1795/25
1796/1 1796/3 1797/23
1798/10 1801/19
1805/24 1811/13
1815/15 1816/20
1817/10 1818/16
1822/9 1825/18 1826/6
1826/9 1829/12
1830/14 1831/24
1838/13 1841/25
1842/3 1843/18
1845/23 1847/6 1847/9
1847/10 1847/12
1850/4 1852/4 1852/13
1852/15 1852/25
1853/22 1854/2
1855/17 1856/3
1860/15 1860/15
1863/12 1868/24
1869/1 1869/6 1870/6
1870/21 1871/8
1871/21 1872/8
1872/14 1872/22
1872/24 1873/5 1873/6
1873/12 1879/2 1880/2
1880/3 1883/11
1891/18 1896/20
1897/19 1899/11
1903/6 1913/1 1923/3
1923/13 1938/1 1944/7
1945/22 1950/24
1952/22 1953/2
**thinking [3]** 1797/7
1797/20 1867/7
**thinks [1]** 1950/19
**thinner [1]** 1918/8
**third [3]** 1873/11
1873/20 1913/22
**this [254]**
**This is [1]** 1791/7
**Thomas [10]** 1787/16
1791/11 1856/5
1893/21 1897/23
1898/1 1912/8 1912/11
1913/13 1914/7
**Thomas Caldwell [1]**
1897/23
**Thomas Caldwell's [1]**
1893/21
**thorough [1]** 1855/8
**thoroughly [2]** 1812/24
1813/2
**those [85]** 1792/18
1795/18 1797/2
1797/24 1802/17
1804/14 1804/16
1807/25 1808/1
1808/22 1812/13
1813/8 1817/6 1820/9
1823/12 1825/21
1825/23 1828/18
1829/17 1830/8
1831/16 1835/1 1837/6
1838/5 1838/7 1840/13
1842/19 1843/21
1851/2 1851/5 1853/22

1863/15 1863/1
1863/10 1863/20
1864/14 1864/17
1866/17 1871/25
1873/22 1877/17
1877/22 1878/7
1878/11 1878/14
1878/16 1878/17
1879/20 1879/24
1881/15 1891/25
1892/12 1893/3
1895/22 1896/7
1898/18 1899/11
1899/12 1901/15
1903/19 1906/21
1910/18 1917/1
1917/11 1922/1
1922/18 1927/7
1929/25 1930/8
1932/17 1933/1 1935/5
1935/5 1935/6 1935/13
1940/6 1944/13
1944/22 1944/23
1946/19 1948/4 1949/2
1949/10 1956/3
1956/10
**though [6]** 1816/20
1822/14 1891/15
1910/6 1932/7 1955/7
**thought [12]** 1794/14
1822/12 1829/15
1829/25 1841/8
1859/15 1866/11
1869/12 1870/15
1919/1 1919/2 1922/18
**thoughts [1]** 1803/21
**thread [2]** 1850/9
1850/18
**threat [2]** 1866/9
1866/11
**threatening [1]** 1875/3
**threats [3]** 1807/11
1864/15 1924/14
**three [10]** 1805/25
1836/21 1878/16
1897/10 1899/11
1899/13 1908/14
1926/16 1953/9
1953/10
**through [22]** 1795/4
1820/20 1831/4
1850/25 1851/8
1851/14 1855/15
1860/25 1868/2 1868/6
1872/2 1879/20
1881/25 1888/10
1891/18 1896/24
1899/1 1909/16 1918/8
1921/2 1926/20 1956/9
**throw [2]** 1905/9
1938/24
**THT [1]** 1858/19
**thumbs [1]** 1861/4
**thus [4]** 1806/3
1808/23 1812/7
1876/16
**tie [3]** 1890/22 1894/9
1918/8

1989

**tight [1]** 1869/7
**till [2]** 1877/8 1956/6
**time [80]** 1801/4
1801/7 1812/4 1815/25
1818/14 1819/2
1820/24 1821/19
1822/5 1828/9 1832/5
1833/1 1834/1 1836/8
1838/12 1841/15
1843/11 1847/3 1851/4
1854/25 1855/13
1857/14 1859/16
1863/5 1866/12 1878/8
1878/11 1878/17
1878/21 1878/25
1879/6 1879/19 1880/2
1880/7 1882/18
1882/22 1882/24
1882/25 1883/22
1886/6 1887/15
1888/10 1888/25
1892/4 1892/22
1892/24 1893/7
1896/22 1897/17
1898/5 1899/8 1899/16
1900/2 1905/22
1906/17 1906/21
1908/24 1909/5 1911/1
1912/17 1916/24
1922/1 1929/6 1930/1
1930/1 1930/3 1931/12
1931/19 1933/8
1933/12 1934/11
1934/13 1935/25
1941/9 1941/15 1942/5
1944/7 1953/12
1954/17 1956/20
**times [4]** 1794/7
1897/9 1897/10
1950/19
**timing [3]** 1854/11
1854/23 1862/25
**tired [3]** 1921/6 1921/8
1947/2
**title [2]** 1804/5 1807/22
**titled [2]** 1876/16
1959/4
**today [11]** 1802/13
1802/14 1879/8
1883/22 1890/12
1894/4 1896/12 1926/7
1926/10 1926/22
1956/20
**together [5]** 1804/16
1919/21 1920/8
1941/15 1954/11
**toilets [1]** 1953/22
**told [14]** 1795/20
1795/21 1803/25
1843/8 1862/1 1895/8
1895/9 1906/16
1907/13 1913/5
1922/24 1928/17
1937/15 1950/19
**Tom [3]** 1839/24
1859/13 1859/24
**Tom Caldwell [1]**

**tomahawk [3]** 1810/10
1811/2 1811/16
**tomorrow [5]** 1819/16
1819/17 1833/16
1834/13 1836/24
**tonight [1]** 1836/24
**tons [1]** 1857/20
**too [2]** 1829/8 1917/4
**took [2]** 1844/9
1889/24
**tool [3]** 1810/18
1810/18 1957/11
**tools [1]** 1810/9
**top [11]** 1804/23
1813/16 1822/10
1827/10 1860/6
1872/15 1899/11
1899/13 1913/7 1918/1
1931/9
**topic [2]** 1883/1 1934/8
**topics [2]** 1798/11
1807/25
**touch [2]** 1940/7
1941/21
**touched [1]** 1798/11
**tour [1]** 1897/23
**toward [1]** 1822/24
**towards [4]** 1865/1
1865/2 1903/17
1926/13
**tower [2]** 1808/15
1808/16
**Towers [1]** 1787/17
**town [1]** 1816/23
**TR [1]** 1814/10
**traced [1]** 1808/7
**track [1]** 1863/25
**tracked [1]** 1808/14
**traditional [1]** 1809/22
**training [3]** 1803/20
1888/13 1945/3
**training/actions [1]**
1803/20
**traitor [1]** 1851/25
**trampled [1]** 1948/12
**transaction [1]**
1812/21
**transcript [6]** 1785/9
1788/6 1844/14 1845/1
1845/3 1959/3
**transcription [1]**
1788/7
**transcripts [1]** 1844/25
**transpired [1]** 1922/2
**transport [4]** 1807/22
1807/23 1818/6
1908/17
**transportation [1]**
1807/19
**transporter [1]**
1885/13
**traveling [1]** 1804/11
**treat [1]** 1949/3
**Trees [1]** 1954/1
**tremendous [1]**
1954/21
**TRIAL [1]** 1785/9

1925/11
**tried [4]** 1886/20
1904/12 1919/19
1933/19
**trouble [2]** 1923/19
1942/3
**Troy [1]** 1791/13
**Trump [21]** 1815/2
1836/22 1862/1
1888/23 1889/8
1899/22 1900/18
1901/8 1901/16
1906/23 1906/24
1908/25 1930/18
1931/18 1932/14
1937/2 1937/4 1944/19
1944/23 1945/9
1950/16
**truth [1]** 1846/20
**try [5]** 1849/14 1892/8
1907/6 1916/21
1925/10
**trying [12]** 1886/15
1886/24 1887/1 1916/1
1916/1 1919/20
1919/25 1920/1 1920/3
1920/23 1925/4 1950/5
**Tuesday [9]** 1803/25
1814/15 1817/4 1818/1
1819/21 1819/25
1823/10 1830/14
1844/12
**tunnel [1]** 1853/7
**tunnels [3]** 1857/25
1859/24 1868/6
**turn [4]** 1839/13
1858/1 1881/5 1954/19
**Turning [5]** 1858/18
1859/1 1859/23 1860/4
1860/22
**TV [2]** 1853/21 1899/8
**tweet [2]** 1875/25
1880/5
**two [26]** 1792/18
1797/9 1809/19 1814/9
1822/25 1829/17
1841/10 1882/13
1890/3 1897/9 1902/18
1902/18 1905/6
1909/24 1926/23
1926/24 1927/3
1928/24 1932/16
1932/17 1937/15
1937/23 1942/6
1943/21 1953/11
1956/11
**TX [2]** 1786/4 1786/8
**type [9]** 1860/6 1885/7
1888/13 1890/4
1908/21 1921/20
1922/8 1935/11
1936/16
**types [4]** 1809/15
1812/9 1917/19
1935/13
**typo [1]** 1822/9

**U.S [2]** 1785/15 1798/5
**Uh [5]** 1935/3 1938/17
1942/20 1943/23
1954/2
**Uh-huh [5]** 1935/3
1938/17 1942/20
1943/23 1954/2
**ultimately [1]** 1893/8
1901/6 1929/9
**unable [1]** 1847/20
**Unactive [1]** 1926/18
**unavailable [1]**
1846/23
**under [12]** 1792/18
1795/5 1795/22
1842/12 1853/7
1857/25 1884/12
1913/7 1938/24 1947/9
1951/5 1953/12
**underground [1]**
1868/6
**underneath [2]**
1811/16 1912/21
**understand [15]**
1793/5 1846/19
1871/10 1876/4 1896/1
1899/16 1899/17
1899/19 1909/9
1923/17 1926/11
1931/2 1938/18 1947/8
1956/19
**understanding [14]**
1848/15 1866/9
1894/21 1899/5
1906/13 1921/10
1923/9 1923/22 1930/7
1930/11 1932/4 1934/4
1949/18 1951/11
**understands [1]**
1876/1
**understood [11]**
1829/15 1854/24
1874/13 1883/13
1899/21 1909/11
1909/13 1928/10
1931/1 1953/10
1956/15
**unfair [1]** 1795/7
**unfamiliar [1]** 1932/9
**uninitiated [1]** 1935/23
**unique [1]** 1919/2
**unit [3]** 1804/13
1804/14 1804/15
**UNITED [6]** 1785/1
1785/3 1785/10 1791/7
1792/8 1794/17
**United States [1]**
1792/8
**United States of [1]**
1791/7
**unless [3]** 1794/4
1794/4 1958/4
**unrestrained [1]**
1813/20
**unsecure [1]** 1808/9
**unsent [1]** 1861/11
**untechnical [1]**

**until [4]** 1874/16
1921/5 1926/17
1951/23
**unusual [1]** 1936/6
**up [80]** 1793/12
1793/12 1793/21
1798/24 1799/6 1799/7
1801/22 1802/10
1803/6 1811/20 1814/9
1815/3 1815/13
1817/17 1818/9
1819/16 1819/22
1820/11 1823/1 1823/6
1823/15 1823/24
1830/10 1830/23
1831/24 1832/14
1833/18 1834/20
1835/23 1838/9
1839/14 1839/15
1840/24 1845/6
1848/16 1848/16
1850/3 1851/11
1851/12 1853/25
1855/23 1866/20
1868/20 1878/14
1880/5 1880/6 1880/12
1880/20 1880/23
1881/24 1887/2 1887/3
1887/16 1887/17
1888/14 1888/25
1890/3 1893/8 1893/18
1895/15 1896/23
1898/7 1898/25 1901/5
1903/9 1903/16
1908/12 1912/3
1916/12 1916/21
1917/9 1917/10
1917/12 1917/14
1919/6 1919/16
1919/17 1919/21
1921/6 1921/25
1922/19 1924/15
1932/23 1935/16
1935/17 1942/8
1950/16 1953/24
1955/7 1956/17
**upon [3]** 1812/15
1852/5 1928/6
**upset [1]** 1922/2
**upsetting [1]** 1938/15
**upside [1]** 1915/4
**upstairs [1]** 1868/2
**urban [1]** 1813/20
**us [56]** 1801/15
1803/10 1803/25
1814/24 1815/3 1818/3
1834/12 1835/12
1836/20 1839/20
1840/2 1840/12 1841/2
1841/8 1842/18 1860/1
1863/10 1872/2 1885/4
1886/14 1889/24
1890/12 1894/3 1895/8
1895/23 1896/12
1897/18 1897/18
1897/24 1898/1 1898/2
1899/1 1899/14

**U**

us... [23] 1899/15
1900/3 1905/22
1906/20 1910/18
1913/5 1914/12
1917/11 1917/12
1917/24 1920/16
1921/5 1921/6 1921/8
1921/8 1921/16 1922/1
1922/21 1925/12
1926/23 1929/22
1937/13 1938/14
usage [3] 1935/5
1935/6 1935/7
usdoj.gov [2] 1785/17
1785/18
use [13] 1806/10
1812/16 1812/17
1824/24 1848/13
1892/10 1892/16
1917/13 1935/19
1935/22 1936/4 1936/6
1949/15
used [22] 1793/16
1798/5 1808/6 1808/16
1828/1 1891/21 1892/3
1892/20 1893/3 1893/5
1903/14 1905/12
1905/18 1905/25
1916/22 1916/25
1931/9 1931/11 1932/9
1933/3 1938/22 1951/6
user [2] 1809/6
1839/23
using [6] 1805/19
1805/22 1903/12
1916/23 1923/3
1936/15
utilize [1] 1813/1
utilizes [1] 1808/18
utilizing [1] 1809/7

**V**

VA [1] 1834/11
value [3] 1792/25
1797/22 1847/17
van [13] 1893/22
1900/15 1902/13
1905/9 1916/6 1929/4
1931/15 1931/20
1937/5 1937/6 1948/21
1948/25 1949/8
various [5] 1807/3
1807/4 1888/14
1931/25 1933/5
vastly [1] 1873/2
vehicle [23] 1900/15
1901/6 1902/8 1902/24
1903/3 1903/7 1903/17
1903/20 1904/7 1904/8
1904/10 1904/18
1905/3 1905/19
1915/20 1915/21
1917/15 1918/19
1918/23 1920/5
1929/14 1932/15
1935/2
vehicles [7] 1857/21

1932/11 1932/16
1932/17
version [4] 1844/14
1881/10 1917/2
1927/14
versus [2] 1791/8
1794/17
very [26] 1803/4
1827/14 1827/20
1831/19 1853/1 1855/8
1868/17 1869/7 1870/3
1881/3 1882/23
1882/24 1897/11
1926/7 1926/21
1926/22 1929/24
1934/7 1935/11
1938/15 1942/8
1942/16 1942/18
1942/19 1943/20
1956/19
vice [1] 1927/14
vicinity [1] 1808/17
video [18] 1828/24
1829/1 1834/16 1837/8
1837/11 1837/12
1837/15 1837/20
1837/21 1837/23
1837/24 1844/13
1844/16 1844/19
1844/25 1845/2 1845/3
1878/13
videos [1] 1844/8
view [6] 1796/10
1868/1 1873/21 1946/1
1948/15 1951/9
violation [1] 1879/12
violence [9] 1796/8
1797/8 1797/14
1797/16 1807/10
1813/22 1947/19
1947/23 1950/6
violent [1] 1945/19
Virginia [7] 1823/9
1825/13 1828/4 1828/5
1828/6 1835/15 1906/7
voice [1] 1884/24
volunteered [2] 1901/6
1902/8
volunteering [1]
1937/11
volunteers [1] 1888/21
vs [1] 1785/5

**W**

wait [3] 1874/14
1919/19 1951/23
waiting [1] 1874/20
wake [1] 1819/16
walk [8] 1822/23
1837/9 1837/13
1904/12 1905/6
1926/20 1932/10
1942/8
walked [1] 1932/16
walkie [2] 1917/2
1917/18

walkie-talkie [1]
1917/2
walkie-talkies [1]
1917/18
walking [3] 1932/15
1942/3 1942/15
wall [1] 1837/18
walls [1] 1842/5
Walmart [1] 1898/15
want [29] 1792/5
1801/10 1826/5
1846/14 1853/4
1853/23 1854/1 1855/5
1855/6 1855/17
1866/20 1868/10
1870/2 1873/10 1874/8
1875/17 1876/5
1889/15 1904/4
1904/13 1909/18
1919/23 1925/2 1930/4
1933/20 1933/22
1933/24 1939/3
1951/14
wanted [8] 1799/4
1898/16 1904/13
1919/22 1921/5
1921/17 1924/2 1930/8
wanting [1] 1947/10
wants [1] 1798/2
Warmest [1] 1803/23
warrant [22] 1793/17
1793/20 1793/21
1840/8 1841/9 1841/19
1849/19 1849/25
1852/5 1852/12
1852/15 1852/23
1854/15 1854/16
1856/18 1857/13
1862/25 1863/3
1863/17 1866/2
1878/15 1879/1
warrants [1] 1839/12
1854/25 1863/12
was [412]
Washington [17]
1785/5 1785/16 1787/4
1787/9 1788/5 1837/10
1849/13 1879/23
1893/9 1893/18 1900/6
1900/8 1925/14
1947/15 1951/15
1954/20 1955/19
Washington
Monument [1]
1837/10
wasn't [15] 1842/7
1871/6 1880/5 1886/12
1897/9 1897/11
1898/16 1904/14
1906/15 1919/4 1921/4
1931/19 1940/9
1942/13 1948/17
watch [1] 1903/21
watching [3] 1853/21
1857/20 1899/8
water [5] 1824/1
1825/8 1825/10
1953/12 1953/20

Watkins [2] 1785/3
1791/10 1791/19
1828/14 1829/20
1829/23 1834/18
1869/5 1869/15
1870/11 1870/13
1877/25 1879/1 1896/6
1896/12 1912/23
1913/7 1913/21 1917/9
1917/22 1918/10
Watkins' [1] 1839/4
way [19] 1794/15
1795/16 1795/24
1806/11 1839/8
1843/10 1870/17
1912/1 1915/9 1917/3
1920/7 1924/21 1940/2
1940/2 1940/5 1949/7
1954/15 1954/20
1954/25
ways [1] 1903/24
we [307]
we believe [1] 1792/18
we will [3] 1877/6
1883/21 1883/24
we'd [3] 1833/5
1873/21 1874/4
we'll [11] 1792/19
1802/17 1811/13
1814/24 1868/17
1868/20 1874/10
1877/7 1877/8 1957/15
1957/25
we're [16] 1793/21
1795/10 1811/1 1824/6
1831/6 1868/10
1889/18 1909/16
1920/1 1920/6 1921/9
1925/10 1925/11
1947/9 1951/7 1956/16
we've [2] 1855/19
1893/17
weak [1] 1922/18
weaker [1] 1898/23
weapon [2] 1810/14
1813/1 1813/2
weapons [20] 1810/7
1812/18 1812/20
1812/24 1813/3 1813/9
1900/10 1900/13
1900/16 1900/17
1901/3 1901/7 1902/18
1902/20 1902/24
1903/3 1917/20
1922/20 1949/8
1949/10
wearing [4] 1890/17
1890/19 1890/21
1894/7
website [1] 1810/22
Wednesday [1]
1801/16
week [1] 1896/16
weekend [2] 1816/24
1891/13
weeks [2] 1953/15
1956/11
Weight [1] 1942/10

welcome [3] 1791/23
1801/14 1877/6
welcoming [1] 1815/7
well [41] 1791/24
1795/16 1810/5
1819/17 1841/12
1842/4 1847/6 1852/2
1856/3 1867/3 1873/4
1873/17 1876/5
1878/25 1882/11
1882/12 1882/22
1887/3 1887/25
1897/10 1897/19
1899/15 1902/12
1904/8 1919/15
1923/15 1931/13
1933/14 1933/16
1933/19 1935/24
1937/14 1938/3 1938/9
1942/6 1948/19 1949/6
1950/5 1950/7 1950/20
1950/20
went [22] 1829/8
1842/2 1886/16 1887/7
1887/21 1898/17
1900/8 1921/11
1921/19 1921/19
1922/4 1928/12
1928/15 1928/18
1928/21 1929/9
1939/24 1940/2 1940/2
1940/4 1940/12
1954/18
were [184]
weren't [12] 1853/21
1854/19 1861/13
1906/18 1920/24
1929/18 1935/5 1935/5
1935/6 1940/14
1940/18 1948/2
west [4] 1822/24
1825/6 1825/12 1868/1
western [12] 1816/12
1817/22 1817/23
1818/4 1887/23
1887/23 1893/1 1893/6
1926/25 1927/4
1927/11 1927/12
Western State Leader
[3] 1816/12 1817/23
1818/4
what [233]
what's [8] 1824/10
1845/7 1858/22
1859/20 1861/2
1886/23 1914/16
1942/17
whatever [4] 1905/11
1905/15 1909/17
1951/17
when [70] 1792/14
1808/9 1808/14
1808/17 1810/13
1816/22 1817/4 1818/7
1818/13 1822/10
1824/24 1839/9
1843/16 1843/23
1844/7 1848/12 1849/4

1991

**W**

**when... [53]** 1849/13
1852/19 1852/22
1853/13 1854/16
1854/18 1855/5
1856/11 1859/5 1860/5
1863/3 1863/11
1863/23 1864/11
1864/16 1864/20
1864/20 1867/20
1872/8 1886/5 1889/13
1889/20 1891/12
1891/25 1896/15
1897/18 1898/5
1899/13 1899/24
1903/12 1903/14
1903/21 1907/17
1909/7 1915/8 1917/14
1920/8 1920/10
1921/23 1921/25
1922/4 1924/14
1927/17 1929/14
1929/23 1930/16
1931/8 1933/22
1933/23 1944/21
1945/9 1953/14
1955/25
**where [54]** 1798/10
1807/20 1810/16
1811/3 1813/6 1828/13
1845/19 1849/9
1856/20 1859/15
1861/15 1863/20
1865/6 1865/6 1872/1
1877/8 1878/22
1881/19 1885/4 1885/4
1887/9 1890/16
1893/20 1894/6 1901/5
1902/16 1902/17
1903/8 1903/23
1903/23 1903/25
1903/25 1906/18
1908/12 1908/13
1909/17 1914/10
1914/24 1914/25
1915/21 1915/23
1916/10 1916/11
1916/22 1916/23
1919/16 1920/3
1920/23 1930/2 1949/2
1949/5 1954/10
1955/17 1956/3
**wherever [1]** 1810/14
**whether [11]** 1798/25
1817/10 1829/21
1846/1 1854/1 1864/14
1876/9 1876/19
1878/24 1879/22
1881/21
**which [50]** 1794/6
1795/7 1795/8 1795/18
1802/11 1803/19
1803/22 1804/19
1806/2 1806/9 1808/13
1810/9 1811/17
1812/12 1812/18
1813/18 1814/1
1819/23 1827/22

1838/14 1850/12
1852/14 1853/13
1854/13 1865/3 1866/2
1869/4 1869/9 1872/16
1873/12 1873/21
1874/4 1875/18 1881/9
1881/14 1885/16
1885/23 1888/22
1898/18 1905/7 1911/3
1913/1 1924/4 1924/6
1924/23 1924/23
1931/10 1946/18
**whichever [1]** 1870/4
**while [12]** 1837/16
1844/9 1844/20 1860/2
1860/10 1880/15
1893/23 1897/7 1900/8
1907/23 1913/5 1916/9
**who [53]** 1803/10
1804/14 1806/11
1806/15 1808/7 1809/6
1816/9 1816/12
1817/21 1817/22
1817/23 1834/10
1839/2 1839/4 1848/13
1848/15 1852/1
1872/12 1878/12
1889/11 1890/2 1893/1
1895/15 1897/12
1897/20 1897/21
1899/17 1899/19
1899/20 1901/9
1901/24 1904/6
1905/16 1907/12
1907/16 1910/18
1911/20 1912/1 1914/5
1917/1 1917/11
1917/11 1919/14
1928/15 1928/17
1935/1 1936/23
1939/24 1942/21
1949/3 1951/8 1952/5
1956/5
**who'd [1]** 1948/25
**who's [4]** 1822/17
1871/20 1912/10
1912/16
**whoever [2]** 1853/20
1906/17
**whole [4]** 1852/4
1924/1 1939/5 1950/14
**whom [1]** 1903/1
**whose [1]** 1929/14
**why [33]** 1792/4
1796/25 1797/1 1799/6
1801/22 1806/15
1841/7 1842/3 1854/15
1859/9 1862/12
1862/19 1868/14
1868/15 1868/16
1874/22 1878/15
1898/18 1898/20
1902/11 1920/24
1923/23 1924/5
1924/18 1925/4 1932/9
1934/2 1946/18
1948/10 1949/13

1957/16 1957/19
1957/12
**wife [4]** 1886/14
1886/22 1887/4
1913/13
**wife's [1]** 1885/24
**wild [1]** 1956/7
**will [40]** 1801/23
1802/13 1804/11
1804/15 1806/1 1806/6
1806/8 1806/9 1806/10
1806/14 1810/9
1810/14 1813/3
1813/10 1816/3 1819/5
1819/16 1821/22
1825/23 1834/4
1834/12 1838/19
1842/23 1848/2
1853/14 1856/23
1858/23 1862/2
1867/14 1875/24
1876/3 1877/6 1883/21
1883/24 1891/3
1894/13 1911/9
1911/16 1934/21
1940/7
**William [4]** 1787/16
1788/2 1959/2 1959/8
**willing [1]** 1814/25
**Winchester [1]**
1834/11
**wind [1]** 1896/23
**winter [1]** 1809/17
**wipe [2]** 1813/2 1813/8
**wiped [1]** 1812/25
**wire [1]** 1918/8
**Wisconsin [1]** 1823/1
**wish [1]** 1882/24
**wishes [1]** 1854/2
**within [11]** 1805/18
1805/22 1898/3 1899/2
1932/25 1933/9
1933/10 1934/6
1935/13 1935/14
1935/15
**without [6]** 1809/19
1837/13 1847/4 1851/6
1885/4 1955/18
**witness [13]** 1789/2
1792/17 1850/6 1853/5
1864/3 1884/5 1884/12
1884/18 1891/4 1910/6
1911/18 1914/17
1943/5
**witnesses [2]** 1789/4
1877/9
**won't [1]** 1855/9
**wondered [1]** 1920/24
**wonderful [1]** 1926/7
**wondering [1]** 1955/15
**Woodward [12]** 1787/2
1787/3 1791/16 1799/8
1875/13 1875/14
1876/4 1879/17
1881/13 1883/9 1943/7
1943/13
**word [6]** 1903/12
1922/17 1923/17

1949/15
**wording [1]** 1841/25
**words [6]** 1794/3
1794/3 1794/6 1805/6
1816/21 1830/7
**work [5]** 1885/7
1885/10 1907/15
1925/4 1953/22
**worked [3]** 1801/16
1804/25 1899/2
**workers [2]** 1797/10
1813/6
**working [3]** 1818/6
1819/12 1924/20
**worried [3]** 1858/19
1858/20 1925/9
**worth [2]** 1902/18
1902/19
**would [96]** 1793/5
1793/9 1796/18
1798/14 1798/25
1814/21 1815/1 1819/3
1820/25 1821/20
1825/19 1829/12
1829/13 1831/22
1834/2 1836/9 1838/12
1838/15 1842/22
1844/18 1846/21
1846/25 1850/24
1851/4 1851/18
1854/18 1855/14
1864/17 1867/10
1868/4 1868/12
1881/24 1882/19
1883/6 1883/20
1887/16 1889/9 1890/8
1892/3 1892/21 1894/1
1896/7 1897/16 1898/3
1900/17 1901/7
1905/15 1906/6
1906/15 1906/16
1906/18 1906/19
1908/17 1908/22
1909/10 1909/20
1911/2 1912/23 1916/7
1923/13 1925/7
1927/18 1930/10
1932/9 1933/15
1934/12 1934/17
1934/17 1934/23
1935/18 1935/21
1935/22 1936/13
1936/18 1937/18
1938/3 1938/4 1938/7
1938/19 1939/11
1939/16 1939/16
1941/8 1942/23
1942/24 1947/23
1948/8 1948/10 1949/5
1949/6 1950/8 1950/24
1954/18 1955/15
1955/25 1956/1
**wouldn't [6]** 1919/2
1935/18 1938/6
1946/15 1950/5 1950/7
**wound [1]** 1916/12
**write [3]** 1803/16

1803/23 1915/12
**writing [1]** 1864/7
**written [4]** 1794/3
1794/5 1794/7 1806/19
**wrong [3]** 1829/18
1921/19 1922/6
**wrote [1]** 1803/18

**Y**

**y'all [1]** 1927/21
**y'all's [1]** 1936/17
**Yankees [1]** 1904/25
**yeah [21]** 1798/9
1827/14 1839/11
1865/22 1866/11
1887/5 1889/20
1889/22 1895/7 1902/5
1915/1 1918/21
1933/23 1934/17
1934/23 1935/20
1935/24 1936/18
1938/9 1946/2 1952/24
**year [1]** 1953/8
**Year's [2]** 1849/6
1849/11
**years [6]** 1885/15
1942/6 1943/16 1953/9
1953/10 1956/6
**yes [286]**
**yesterday [5]** 1803/25
1813/25 1819/21
1823/10 1830/6
**York [1]** 1895/24
**you [708]**
**you know [1]** 1797/5
**You'd [1]** 1944/11
**you'll [1]** 1860/18
**you're [21]** 1798/16
1851/1 1853/22
1862/25 1872/19
1873/7 1917/15
1920/23 1923/10
1924/10 1932/19
1935/12 1936/18
1942/23 1947/3
1950/16 1950/20
1953/18 1955/16
1955/17 1956/3
**you've [7]** 1890/7
1911/19 1926/21
1927/16 1932/24
1934/24 1938/14
**young [1]** 1896/5
**your [190]**
**Your Honor [75]**
1791/6 1792/7 1792/21
1792/23 1793/24
1794/8 1794/9 1798/18
1798/19 1802/13
1803/4 1811/6 1815/25
1817/24 1819/2 1819/8
1821/25 1826/4 1826/7
1829/3 1829/7 1830/2
1833/1 1836/8 1837/19
1837/25 1838/12
1845/5 1845/18
1845/23 1846/10
1846/17 1846/18

**Your Honor... [42]**
1848/7 1850/3 1850/6
1851/3 1851/16
1851/20 1851/22
1852/6 1852/8 1853/3
1854/5 1855/4 1855/22
1855/23 1860/13
1860/20 1864/18
1867/9 1868/22
1871/19 1873/19
1874/21 1875/20
1876/7 1877/1 1880/15
1882/21 1883/2 1883/7
1883/13 1883/20
1884/2 1884/6 1884/7
1890/24 1894/11
1901/19 1911/1
1925/17 1925/22
1943/5 1955/3
**yourself [6]** 1884/25
1898/21 1910/21
1911/17 1945/14
1945/17

**Z**

**Zaremba [3]** 1788/2
1959/2 1959/8
**Zello [4]** 1916/23
1916/25 1917/1 1917/6
**zero [1]** 1956/11
**Zimmerman [18]**
1884/8 1884/18 1885/1
1885/24 1891/6
1894/16 1909/25
1910/8 1910/13
1911/15 1915/19
1917/19 1923/6
1925/14 1925/19
1926/4 1951/15
1957/18
**Zombie [3]** 1810/21
1811/2 1811/16
**zones [1]** 1831/21
**zoom [2]** 1811/25
1814/11
**Zsuzsa [1]** 1787/6