```
1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
2
     * * * * * * * * * * * * * * *   )
3    UNITED STATES OF AMERICA,       )      Criminal Action
                                     )       No. 22-00015
4                 Plaintiff,         )
                                     )
5      vs.                           )      AFTERNOON SESSION
                                     )
6    ELMER STEWART RHODES, III,      )      Washington, D.C.
     et al.,                         )      October 13, 2022
7                                    )
                  Defendants.        )      1:42 p.m.
8                                    )
     * * * * * * * * * * * * * * *   )
9


10              TRANSCRIPT OF JURY TRIAL - DAY 10
11          BEFORE THE HONORABLE AMIT P. MEHTA,
                UNITED STATES DISTRICT JUDGE
12


13
     APPEARANCES:
14
     FOR THE GOVERNMENT:     KATHRYN L. RAKOCZY, ESQ.
15                           TROY A. EDWARDS, JR., ESQ.
                             JEFFREY S. NESTLER, ESQ.
16                           LOUIS MANZO, ESQ.
                             UNITED STATES ATTORNEY'S OFFICE
17                             FOR THE DISTRICT OF COLUMBIA
                             601 D Street, Northwest
18                           Washington, D.C. 20579

19                           ALEXANDRA S. HUGHES, ESQ.
                             JUSTIN T. SHER, ESQ.
20                           U.S. DEPARTMENT OF JUSTICE
                             950 Pennsylvania Avenue, Northwest
21                           Washington, D.C. 20530

22
     FOR THE DEFENDANT       PHILLIP A. LINDER, ESQ.
23            RHODES:        JAMES L. BRIGHT, ESQ.
                             EDWARD L. TARPLEY, JR., ESQ.
24                           BARRETT BRIGHT LASSITER LINDER
                             3300 Oak Lawn Avenue
25                           Suite 700
                             Dallas, Texas 75219
```

```
 1      APPEARANCES, CONT'D:

 2      FOR THE DEFENDANT        STANLEY E. WOODWARD, JR., ESQ.
                  MEGGS:        BRAND WOODWARD LAW
 3                              1808 Park Road, Northwest
                                Washington, D.C. 20010
 4
                                JULI HALLER, ESQ.
 5                              LAW OFFICES OF JULI HALLER
                                601 Pennsylvania Avenue, Northwest
 6                              Suite 900
                                Washington, D.C. 20036
 7

 8      FOR THE DEFENDANT        BRADFORD L. GEYER, ESQ.
                HARRELSON:      FORMERFEDSGROUP.COM, LLC
 9                              141 I Route 130 South
                                Suite 303
10                              Cinnaminson, New Jersey 08077

11
        FOR THE DEFENDANT        JONATHAN W. CRISP, ESQ.
12                WATKINS:      CRISP AND ASSOCIATES, LLC
                                4031 North Front Street
13                              Harrisburg, Pennsylvania 17110

14
        FOR THE DEFENDANT        DAVID W. FISCHER, SR., ESQ.
15                CALDWELL:      FISCHER & PUTZI, P.A.
                                7310 Governor Ritchie Highway
16                              Glen Burnie, Maryland 21061

17
        REPORTED BY:            LISA EDWARDS, RDR, CRR
18                              Official Court Reporter
                                United States District Court for the
19                                District of Columbia
                                333 Constitution Avenue, Northwest
20                              Room 6706
                                Washington, D.C. 20001
21                              (202) 354-3269

22

23

24

25
```

```
1                              I N D E X

2

3                                    Direct      Cross        Red.

4

5      WITNESSES FOR THE GOVERNMENT:

6      Kelsey Harris                     3178
                                         3184
7                                        3216        3236

8      Craig S. Arney                    3248        3268

9      Jennifer Banks                    3270

10

11     EXHIBITS RECEIVED IN EVIDENCE                           PAGE

12     Government's Exhibit No. 4802.1                         3185
       Government's Exhibit No. 6863.1                         3214
13     Government's Exhibit Nos. 720.53, 720.58-720.60         3255
       Government's Exhibit No. 5                              3259
14     Government's Exhibit No. 6                              3262
       Government's Exhibit No. 1107                           3263
15     Government's Exhibit No. 16                             3264
       Government's Exhibit No. 17                             3265
16     Government's Exhibit No. 9000                           3275

17     Defendant Meggs's Exhibit KM-10                         3204

18

19

20

21

22

23

24

25
```

```
 1              THE COURT:  Please be seated, everyone.

 2              I think everybody was advised -- hopefully

 3    everybody was advised of this by J.C.  The juror in Seat 7

 4    just expressed a concern about, when the guns are displayed,

 5    to not have them sort of pointing toward the jury.  And so

 6    I'd just ask the Government to make sure its witnesses, if

 7    there are additional guns to be displayed, that they be

 8    mindful of that.

 9              MS. RAKOCZY:  Yes, your Honor.  We apologize for

10    that.  Thank you.

11              THE COURT:  That's fine.

12              THE COURTROOM DEPUTY:  Jury panel.

13              (Whereupon, the jury entered the courtroom at 1:47

14    p.m. and the following proceedings were had:)

15              THE COURT:  Please be seated, everyone.  Welcome

16    back, ladies and gentlemen.  I hope everybody had a nice

17    lunch break.

18              Agent Harris, why don't you come on back up.

19              Mr. Fischer, you can continue with Agent Harris's

20    cross-examination.

21              (Agent Harris retakes the stand.)

22              MR. FISCHER:  If the Court please.  Thank you.

23                         CROSS-EXAMINATION

24    BY MR. FISCHER:

25    Q.  Agent, I guess my first question is:  At the lunch
```

1    break, did you go over your testimony or any possible

2    questions that I might ask you with any of these folks here

3    at the table?

4    A.  I did not.

5    Q.  Okay.  Did they ask you or give you any sample questions

6    that I might ask?

7    A.  No, sir.

8    Q.  Okay.  Sir, we were talking -- when we went for the

9    break, we were talking about several questions that you had

10   forwarded to the Portland office regarding an investigation

11   into Mr. Cummings.  That is correct?

12   A.  That's correct.

13   Q.  Sir, a question for you:  I know you wrote a report that

14   contained a list of questions.  Were those questions

15   originally written by you or were those questions that were

16   part of the team that got forwarded over to you?

17   A.  I'm sorry.  Can you ask that again?

18   Q.  Fair enough.

19        So the 15 or so questions in your report, I know

20   they're listed in your report that got forwarded to the

21   Portland office of the FBI.  So my question is:  Did you

22   personally author or write those questions yourself or were

23   those standard questions that were sent over to you from a

24   different FBI agent or office?

25   A.  I don't recall.  I don't recall if someone forwarded --

1    if I discussed, you know, what questions would need to be
2    asked with anyone.  But I do know I drafted that whole 1057
3    and wrote out those questions on that 1057.
4            But I don't recall if I discussed that with anyone
5    else prior to compiling those questions or if anything
6    needed -- else to be asked of Mr. Cummings.
7    Q.  Okay.  And I know a few times you've indicated --
8    obviously, you're located down in Florida.  But certainly,
9    sir, you've had numerous contacts, either by Webex meetings,
10   Zoom, telephone, email, with other agents across the country
11   regarding this case.  Is that fair to say?
12   A.  Not really.  I've had, you know, contacts with a couple
13   of the agents that were here in D.C. regarding the case if
14   anything came up pertaining to Mr. Harrelson or if we had
15   anything that could help the overall broad investigation.
16           But no, not necessarily agents all over the
17   country.
18   Q.  Okay.  And, sir, when did you get specifically assigned
19   to the conspiracy unit?  I'm not holding you to a date,
20   obviously.  But approximately when did you get assigned to
21   the conspiracy unit?
22   A.  I came and joined this unit in August of this year.
23   Q.  In August of this year --
24   A.  Yes, sir.
25   Q.  -- is that correct?

```
 1              Okay.  And so the unit you were originally on was
 2   not titled anything regarding conspiracy.  Correct?
 3   A.  Correct.  I wasn't on a unit related to the overall
 4   conspiracy case.
 5   Q.  And, sir, you would agree that -- well, I'm going to go
 6   back here a second.
 7              Mr. Cummings, who testified yesterday, I believe
 8   you answered you had interviewed him at least a couple of
 9   times back in 2021.  Is that fair to say?
10   A.  Yes, sir.
11   Q.  Okay.  And in fact, the last time I believe you
12   interviewed him, as far as the year 2021, I believe it was
13   in mid-or late November of 2021.  You had an interview on
14   Webex where Mr. Cummings was in Portland with other agents.
15   Is that fair to say?
16   A.  Yes.  That sounds about correct.
17   Q.  Okay.  And on that interview with Mr. Cummings, I
18   believe Mr. Nestler, the assistant U.S. attorney here, was
19   on that as well.  Is that correct?
20   A.  I believe so.
21   Q.  Okay.  And so subsequent to Mr. Cummings providing
22   information to the FBI and to Mr. Nestler, you're aware that
23   just shortly thereafter, January 12th of 2022, the
24   Government indicted these Defendants on the charges that are
25   before the Court today.  Are you aware of that?
```

```
 1              MR. MANZO:  Objection.  Relevance.
 2              THE COURT:  I'll allow it.  If he knows.
 3    BY MR. FISCHER:
 4    Q.  You're aware that there was a subsequent indictment
 5    in -- on January 12th of 2022?
 6    A.  Yes.
 7    Q.  And, sir, were you aware -- I'll go back to
 8    Mr. Caldwell.  Are you aware that Mr. Caldwell has been
 9    continuously charged since January 17th of 2021 until today?
10    Were you aware of that?
11    A.  No, sir.
12    Q.  Okay.  Sir, you brought up the name Holden Haney.  I
13    think that was in one of the Government's exhibits.
14    Correct?
15    A.  Correct.
16    Q.  That's a subject of the FBI investigation.  Is that fair
17    to say?
18    A.  I don't know if he's a subject -- named subject in his
19    own investigative file or not.  But throughout watching that
20    video, you know, I just obtained identities of people that
21    were in the video just for, you know, thoroughness review.
22    Q.  And I apologize, because I'm using FBI-speak when I
23    say -- I didn't mean to use FBI-speak.
24              When I say he was a subject, he's somebody that
25    the FBI has looked at, or has at least looked into.  Is that
```

1    fair to say?

2    A.  I believe so.  I haven't investigated Mr. Haney at all.

3    But I just know of his identity just through his picture in

4    that video.

5    Q.  Okay.  The Government brought up numerous times there

6    were messages regarding the American Revolution.

7              Do you remember those messages?

8    A.  Yes, sir.

9    Q.  Sir, certainly you're aware -- I mean, we were talking

10    about history.  But the American Revolution started when the

11    British went out to go after colonists.  Are you aware of

12    that?

13    A.  I'm not a historian.  But I'll take your word for it if

14    you have that knowledge.

15    Q.  Well, and the colonists confronted the British when they

16    came out.  Correct?  Do you know that?

17    A.  I do not.

18    Q.  That's fair enough, sir.

19              But you certainly would agree, no matter what,

20    sir -- you're certainly aware that Lexington and Concord,

21    you've heard of those two battles of the American

22    Revolutionary War?

23    A.  Yes, sir, I have.

24    Q.  You'd certainly agree that the colonists, when they --

25    when the British came after them, that the colonists didn't

1    store their firearms 20 or 30 minutes away in a hotel.

2    Correct?

3    A.  I do not know that.  I don't.

4              MR. FISCHER:  Your Honor, I have nothing else.

5              Sir, thank you.

6              THE WITNESS:  Thank you.

7              THE COURT:  Mr. Crisp?

8              MR. CRISP:  No.  Thank you, your Honor.

9              THE COURT:  Ms. Woodward?  Ms. Haller?

10             MR. WOODWARD:  Yeah.

11                        CROSS-EXAMINATION

12   BY MR. WOODWARD:

13   Q.  Sir, Stanley Woodward.  Thank you so much for your time

14   and for being here today.  I represent Kelly Meggs --

15   A.  Nice to meet you.

16   Q.  -- along with my colleague, Juli Haller.

17             I'd like to start --

18             MR. WOODWARD:  This is just us, J.C.?

19             THE COURTROOM DEPUTY:  Yes.

20   BY MR. WOODWARD:

21   Q.  I'd like to start with the complete video.

22             (Technical difficulties with the audiovisual

23   equipment.)

24             MR. WOODWARD:  My apologies, ladies and gentlemen.

25             Here we go.

```
1    BY MR. WOODWARD:

2    Q.  This is Government's Exhibit 4802.1.

3          MR. WOODWARD:  Did you admit -- did the Government

4    admit all of 4802 or just 4802.2?

5    BY MR. WOODWARD:

6    Q.  Well, let's look at it, sir.  If you could just --

7          MR. MANZO:  We're happy to admit the whole thing.

8          THE COURT:  I think -- 4802.1 will be admitted if

9    it hasn't been already.

10          (Whereupon, Government's Exhibit No. 4802.1 was

11    entered into evidence.)

12          (Whereupon, segments of Government's Exhibit No.

13    4802.1 were published in open court.)

14          MR. WOODWARD:  Do I have the volume?

15          THE COURTROOM DEPUTY:  Pause it for a second.

16    There should be a cable for the audio.

17          (Whereupon, segments of Government's Exhibit No.

18    4802.1 were published in open court.)

19    BY MR. WOODWARD:

20    Q.  This is about where you picked up in the video that you

21    played for the jury yesterday.  Correct?

22          MR. MANZO:  Objection, your Honor.

23          THE COURT:  He can answer.  But --

24    BY MR. WOODWARD:

25    Q.  If you know.
```

```
1    A.  No.  I don't believe we picked up there.  I believe we

2    ended the video there.  I believe it was a two-minute clip.

3    Q.  Excuse me.  This is about where you ended the video.

4              (Whereupon, segments of Government's Exhibit No.

5    4802.1 were published in open court.)

6    BY MR. WOODWARD:

7    Q.  Now, Agent, you testified that you reviewed that video.

8    Correct?

9    A.  Yes, sir.

10   Q.  And if you could just listen carefully to what's being

11   said at the start of the video.

12              MR. WOODWARD:  I've lost the sound.

13              THE COURTROOM DEPUTY:  Turn the volume up that's

14   connected on the other setting.  Turn that up a little bit.

15              MR. WOODWARD:  Technology.  It allows us to do

16   these things.

17              (Whereupon, segments of Government's Exhibit No.

18   4802.1 were published in open court.)

19   BY MR. WOODWARD:

20   Q.  Can you hear that, Agent?  Maybe it will save us a

21   little bit of trouble.

22   A.  I can hear it.

23              (Whereupon, segments of Government's Exhibit No.

24   4802.1 were published in open court.)

25
```

```
 1    BY MR. WOODWARD:

 2    Q.  What did he say just there?

 3    A.  "To stop a threat."

 4    Q.  You disagree -- did you have a chance to watch this

 5    video, both now and in your investigation?

 6    A.  I've watched the entire video.

 7    Q.  And you've listened to what this gentleman, Andrew --

 8    A.  Smrecek, I believe.

 9    Q.  -- Smrecek, what he says in the video.

10           Did you listen to what Mr. Smrecek said in the

11    video?

12    A.  Yes.

13    Q.  And do you disagree with anything he said in the video?

14    A.  In what regards?  You know, the --

15    Q.  Any regards.

16    A.  -- video is about six minutes long.  What part?

17    Q.  I played all of this intentionally.  Is there anything

18    in this video that you disagree with as far as the

19    instruction that he's giving?

20           MR. MANZO:  Objection as to relevance.  It's

21    calling for an opinion of the agent.

22           THE COURT:  I'll allow it.  It's

23    cross-examination.

24           Go ahead.

25           THE WITNESS:  I was just going to say, you know, I
```

1    don't want to offer an opinion on whether I think the

2    technical instruction he's providing is good or bad

3    instruction.  So it's not the same instruction I've received

4    as an FBI agent at the FBI Academy when it comes to shooting

5    and tactics.  So I don't want to, you know, offer an opinion

6    on if I think his instruction is good or bad that he's

7    providing to the people that are in that class.

8    BY MR. WOODWARD:

9    Q.   Okay.  Fair enough.

10              Where did you obtain this video?

11   A.   This video was provided in a business record return.

12   Q.   And you reviewed the return?

13   A.   Yes.

14   Q.   All of the files that you received in the return?

15   A.   I believe so.  There were emails and receipts and

16   liability waivers in those returns.

17              MR. WOODWARD:  If we could publish my screen just

18   for the witness, please.

19   BY MR. WOODWARD:

20   Q.   I can bring my laptop over or I can scroll, but if you

21   could tell the jury whether this looks like the return that

22   you received.

23   A.   Yes, sir.

24   Q.   These are the files that were provided in response to a

25   subpoena?

1   A.  Yes, sir.

2   Q.  Could you explain why there's no video files in this

3   return?

4           MR. MANZO:  Objection, your Honor.  Can we get on

5   the phone?

6           THE COURT:  Sure.

7           (Whereupon, the following proceedings were had at

8   sidebar outside the presence of the jury:)

9           MR. MANZO:  We do not understand the relevance.

10  There's not a discovery violation here.  The fact that this

11  agent has or has not seen a video file that is on

12  Mr. Woodward's computer is not of relevance to the jury's

13  determination in this case.

14          If this was a case where --

15          THE COURT:  Hold on.  Hold on.

16          Mr. Woodward, what's the -- what are you trying to

17  get at here?

18          MR. WOODWARD:  In fact, the videos were not

19  produced as part of the return.

20          MR. MANZO:  That's --

21          THE COURT:  How do you know what you have on your

22  screen here is the full return?

23          MR. WOODWARD:  Well, I'm asking him.  I'm trying

24  to lay the foundation.  But there's a file on the return

25  that has links to social media websites.  And so the agent,

1    in fact, would have gone to the social media website and

2    downloaded the video.  And that's not consistent with his

3    testimony in authenticating these records.

4         THE COURT:  Well, I don't know that you can show

5    him this and say it's not in here, because it's not clear to

6    me that what you're showing him on the screen is the full

7    return.  I don't know how you have what you have and why you

8    have it, but -- I don't know whether the Government can

9    represent it's the full return or not.

10        MR. WOODWARD:  I think the Government is going to

11   have a hard time telling your Honor they received the video

12   as part of this return.

13        MR. MANZO:  We can investigate further during the

14   break, but we just do not think this is an area or avenue

15   for cross-examination of the agent.  He has no idea what is

16   discovery -- the discovery was not provided -- or the return

17   was not provided to him.  It's just not something that he

18   has any personal knowledge of.

19        THE COURT:  Well, I don't recall that he said this

20   came back as part of the return.  But if he did and it

21   didn't, then you can cross-examine him about it.  If you

22   want to establish that he believed the video was part of the

23   return -- I don't remember if he said that or not.

24        MR. WOODWARD:  I think he did say that already.

25        THE COURT:  Okay.

```
1              (Whereupon, the following proceedings were had in
2     open court:)
3              THE COURT:   The objection is overruled.
4     BY MR. WOODWARD:
5     Q.  One of the documents provided by Mr. Smrecek was a file
6     called video links.
7              Do you recall that?
8     A.  Yes, sir.
9     Q.  And in that file, which I am pulling up on the screen
10    for you, there were several links.  Correct?
11    A.  Yes.
12    Q.  And did you click on any of those links as part of your
13    investigation?
14    A.  I haven't watched the rest of those links.  No, sir.
15    Q.  You have not clicked on any of the links in this
16    document?
17    A.  No, sir.  I've only reviewed the video that we've just
18    watched here.
19    Q.  And where did you get the video?
20    A.  If it wasn't provided in that file, I can't tell you the
21    source of it.  It was in the material that I reviewed prior
22    to my testimony here today.
23    Q.  Well, if I could ask you to look at -- you saw me click
24    on the link?
25    A.  Yes, sir.  It's an Instagram link.
```

1    Q.  And is this one of the videos that you played for the

2    jury yesterday?

3    A.  It is.

4    Q.  And do you see the text here on the right of that video?

5    A.  Yes.

6    Q.  And do you see the hashtags and the "at" symbol notices

7    as well?

8    A.  Yes.

9    Q.  And do you see the one here that is "Stop Antifa"?

10    A.  I see that.

11    Q.  The trainings that you testified about, they occurred on

12    September 20th and then again on October 25th?

13    A.  Yes.

14    Q.  Are you aware of -- and -- new sentence.  I'm sorry:

15    You testified that Mr. Meggs participated in the trainings?

16    A.  Yes, sir.

17    Q.  And that Mr. Harrelson participated in the trainings?

18    A.  Yes, sir.

19    Q.  Are you aware of either Mr. Meggs or Mr. Harrelson

20    participating in any trainings after November 3rd of 2020?

21    A.  Not to my knowledge with Combat Art Training.  No.

22    Q.  Are you aware of them participating in any other combat

23    training after November 3rd of 2020?

24    A.  I don't believe so.

25    Q.  So the only two trainings you're aware that Mr. Meggs

1    and Mr. Harrelson participated in, they occurred on

2    September 20th and October 25th?

3    A.  Yes.

4    Q.  Now, the Government has put together an exhibit for us.

5    This is Exhibit --

6              MR. WOODWARD:  It's unlabeled.

7              MR. NESTLER:  1532.

8              MR. WOODWARD:  -- 1532.

9    BY MR. WOODWARD:

10   Q.  And if you've been here throughout the testimony, you've

11   seen your colleagues write on this board.  Correct?

12   A.  Yes, sir.

13   Q.  And do you see the month of September on this board?

14   A.  September or October isn't on the board.

15   Q.  There was actually a training that I believe you

16   testified about with respect to Mr. Meggs and maybe

17   Mr. Harrelson as well.  It was a training offered by Jeremy

18   Brown.  Correct?

19   A.  Yes, sir.

20   Q.  And you remember that occurring in November?

21   A.  I believe so.

22   Q.  Do you understand the difference between conventional

23   warfare and unconventional warfare?

24   A.  No, sir.  I'm not an expert on the difference between

25   the two.

1    Q.  Well, would you disagree that conventional warfare is

2    going to involve things like tanks?

3    A.  I would say conventional is what people would think of

4    when you think of a war, which is --

5    Q.  What we're seeing in the news right now?

6    A.  Correct.

7    Q.  And unconventional warfare is not that?

8    A.  Correct.

9    Q.  Would you be surprised that it was at that training that

10   Mr. Meggs learned about encryption technologies?

11   A.  Would I be surprised that he learned about encryption at

12   that training?

13   Q.  Yes.

14   A.  I'm unaware of everything that was taught or the

15   complete substance of the unconventional warfare training.

16   I haven't read the complete text of that.

17   Q.  Well, you testified about Proton Mail and Signal.  And

18   you testified about how they provide -- and VPN.  You

19   testified about VPNs.

20   A.  Yes, sir.

21   Q.  And about how they provide the ability to communicate in

22   an encrypted format.

23   A.  That's correct.

24   Q.  And would it surprise you to learn that those

25   technologies -- well, let me rephrase that question.

```
1              You also testified that a search warrant return
2     for a Signal message is not going to return -- a search
3     warrant return from Signal, the company, would not return
4     the messages.  Correct?
5     A.  The content of the messages.  Yes.  That's correct.
6     Q.  Because Signal, the company, doesn't keep the content of
7     messages?
8     A.  That's correct.
9     Q.  But you also are aware that Verizon, AT&T, T-Mobile,
10    they don't keep the content of messages either?
11    A.  That's correct.
12    Q.  And so while you may not know what the information
13    provided at the November unconventional warfare training
14    was, you did testify that it was around that time that
15    Mr. Meggs started referring to himself as OK Gator in the
16    GoToMeeting logs that you displayed for the jury.
17    A.  I don't remember the exact date.  We could look at the
18    GoToMeetings records to see when the name was changed.
19    Q.  I'm happy to put those up for you.
20              THE COURT:  Mr. Woodward?
21              MR. WOODWARD:  I'll move on, your Honor.
22    BY MR. WOODWARD:
23    Q.  Speaking of Signal chats, you testified -- you read a
24    number of Signal chats to the jury.  Correct?
25    A.  Yes, sir.
```

1    Q.  Including --

2                  MR. WOODWARD:  We can publish this one for the

3    jury.

4    BY MR. WOODWARD:

5    Q.  Including the one I've put up here.  This is a link that

6    you clicked on and you went to?

7    A.  Yes.

8    Q.  And you read to the jury from that link?

9    A.  Yes, sir.

10   Q.  And this is the article that you read portions of for

11   the jury?

12   A.  Yes, sir.

13                  THE COURT REPORTER:  Counsel, I don't know if you

14   want to identify any of this for the record.

15                  MR. WOODWARD:  Thank you, ma'am.  This is Exhibit

16   6860 and 6860.2.

17   BY MR. WOODWARD:

18   Q.  Could you read the paragraph that I'm going to -- could

19   you read that for the jury?  Please.

20   A.  "Because we also realize the radical left will quickly

21   take to the streets to try to murder patriots and seize

22   control over the country, we urge all Americans to prepare

23   your own homes, families and neighborhoods to defend against

24   Antifa/Black Lives Matter terrorism, which is now synonymous

25   with FBI terrorism and FBI raids on patriots.  The FBI is

1    now essentially a branch of Black Lives Matter, and it

2    functions in its entirety as a terrorism front group for the

3    radical left."

4    Q.  You also -- you also testified about somebody named

5    Hacksaw Jim Duggan?

6    A.  Yes, sir.

7    Q.  And you told the jury you knew who he was?

8    A.  Yes.

9    Q.  And could you remind them, who is Hacksaw Jim Duggan?

10   A.  He's a former wrestler, WWE wrestler.

11   Q.  WWE wrestler?

12   A.  Yes, sir.

13   Q.  Are you aware --

14   A.  Or if it was -- so before WWE, it was WWF or -- I know

15   the name has changed over the years.

16   Q.  This was a picture, I believe, that you showed the jury.

17   This is Exhibit 6863.2?

18   A.  Yes, sir.

19   Q.  And you testified that he was known for hitting people

20   with a two-by-four?

21   A.  Yes.

22   Q.  And you're aware, I hope, that WWE is fake?

23   A.  I believe everyone has common knowledge that WWE is

24   not -- you aren't actually harmed during those matches.

25   Q.  You are [sic] harmed during those matches.  But there's

1    some level of acting involved in WWE performances?

2    A.  Well, no.  That's what I said.  I said I think we're all

3    aware that no one is actually harmed.

4    Q.  No one is actually -- so he's not actually hurting

5    people with this two-by-four?

6    A.  No.  But it is -- he's acting as if he is harming people

7    with it.

8    Q.  He's pretending?

9    A.  Yes.

10   Q.  Okay.  Now, you were here for Terry Cummings's

11   testimony.  Correct?

12   A.  Yes, sir.

13   Q.  And you saw some of the evidence that was put on by

14   Mr. Cummings, including what was introduced as Exhibit 5202.

15            MR. WOODWARD:  If we could show the jury again.

16   BY MR. WOODWARD:

17   Q.  Do you recognize Mr. Meggs in this picture?

18   A.  I believe -- I'm not sure if that's Mr. Meggs in the

19   center of that photo there.  But I don't recall watching

20   this video here --

21   Q.  All right.  Well, if I --

22   A.  -- prior to my testimony today.  If the --

23   Q.  If I could direct your attention --

24            THE COURT REPORTER:  I'm sorry.  What was the last

25   thing you said?

```
1              THE WITNESS:  I said I don't believe I reviewed
2     this particular video here prior to today.
3     BY MR. WOODWARD:
4     Q.  If I could just direct your attention to the individual
5     that I've shaded here.
6              Do you see that person?
7     A.  Yes, sir.
8     Q.  Do you see them carrying a two-by-four?
9     A.  No, sir.
10    Q.  You read a lot of Signal messages to the jury.  But you
11    wouldn't disagree, would you, that there's a lot of Signal
12    messages that you didn't read to the jury also?  Correct?
13    A.  That's correct.
14    Q.  And would you disagree with me that on Mr. Rhodes's
15    phone alone, something in the neighborhood of 20,000
16    messages were collected?
17    A.  I know there were thousands.  I don't know the exact
18    number.
19    Q.  And you testified that you didn't choose what exhibits
20    were going to be read.  You read what was asked of you.
21    A.  That's correct.  I don't choose --
22    Q.  If I --
23    A.  -- what is put on as evidence.
24    Q.  I'm sorry to talk over you, sir.  If you could repeat
25    your answer.
```

1    A.  I stated that that's correct.  I don't choose what is

2    presented as evidence.

3    Q.  Okay.  Well, if I could ask you to read a few more of

4    those messages.

5            So you read this message to the jury yesterday.

6    Correct?

7            MR. MANZO:  Objection, your Honor.

8            THE COURT:  Basis?

9            MR. MANZO:  If we could get on the phone.

10            (Whereupon, the following proceedings were had at

11    sidebar outside the presence of the jury:)

12            THE COURT:  Mr. Manzo?

13            MR. MANZO:  That message is incorrect.  He didn't

14    say that.

15            THE COURT:  I'm sorry?

16            MR. MANZO:  The message is wrong.

17            THE COURT:  The message is wrong?  What do you

18    mean?

19            MR. MANZO:  It's got -- it's distributed to

20    Stewart Rhodes.  It's not him saying that in the real

21    message.

22            THE COURT:  Oh.  So it's just incorrectly labeled,

23    is what you're saying?

24            MR. MANZO:  Yes.

25            THE COURT:  She's fixed it.

```
 1                (Whereupon, the following proceedings were had in

 2      open court:)

 3      BY MR. WOODWARD:

 4      Q.  Do you recall reading this message to the jury

 5      yesterday?

 6      A.  No, sir.

 7      Q.  Well, would you read it for the jury now, please?

 8      A.  "Anyone that doesn't have a Taser for personal defense,

 9      order one now."

10                MR. WOODWARD:  And we'll label this as Exhibit

11      KM-10.

12                MR. MANZO:  Your Honor, can we get on the phone

13      again?

14                (Whereupon, the following proceedings were had at

15      sidebar outside the presence of the jury:)

16                MR. MANZO:  We did not -- this agent did not read

17      these messages and we did not move these into evidence.

18                THE COURT:  I know.

19                I assume these are coming in under a rule of

20      completeness request?

21                MR. WOODWARD:  Correct.

22                THE COURTROOM DEPUTY:  I published it early.

23                THE COURT:  Mr. Woodward, is that the --

24                MR. WOODWARD:  Correct.

25                MR. MANZO:  We just saw them on the screen to the
```

```
 1    jury.
 2              THE COURT:  I think that was probably -- that was
 3    inadvertent.
 4              But is there any objection to admitting these?
 5              MR. MANZO:  We've made a series of objections.
 6    But I believe Mr. Woodward is aware of them and we'll pause
 7    when we get to them.
 8              MR. WOODWARD:  A series of objections?  There are
 9    three specific slides I'm aware of.
10              Have we taken it down from the jury?
11              THE COURTROOM DEPUTY:  Yes.
12              MR. WOODWARD:  Do you want to -- can you put up
13    the ones that they've objected to?
14              MR. MANZO:  Apologies.  My colleague was reviewing
15    these at lunch and I think -- Ms. Rakoczy --
16              THE COURT:  What's the issue?  Can we move
17    forward?
18              MS. RAKOCZY:  Your Honor, we objected to Nos. 11
19    through 12 coming in under rule of completeness.  You'll see
20    the prior one, Slide 10.  If we just look at Slide 10, our
21    guess was that that was responsive to some comments that
22    Mr. Meggs himself made about referencing the Proud Boys.  So
23    we can understand why this one comes in.
24              Going on to Slides 11 to 12, Mr. Ulrich's
25    statements about why he did not or -- did not want to join
```

1    the Proud Boys seemed to us to not be pertinent under rule

2    of completeness.

3              THE COURT:  Can I see them?

4              Next.  Oh, it was 9 and 10 you're objecting to?

5              MS. RAKOCZY:  No, your Honor.  11 and 12.

6              THE COURT:  Okay.  That's what I thought.

7              Next.

8              MS. RAKOCZY:  Your Honor, the other objection was

9    Slide 27.

10             Your Honor, a number of the messages in here

11   talked about weapons and what weapons they could or could

12   not bring and the D.C. laws on weapons.  We understand why

13   some of those were coming in.

14             Here, Mr. Siekerman's comment about kits, TP and

15   wipes and Porta Potties just did not seem to be on that same

16   chain.

17             THE COURT:  Well, I don't think it's a terribly

18   significant one, but I'll let 27 in.

19             I don't remember.  Did anything come in from

20   Mr. Ulrich before in terms of his comments on the chat?

21             MS. RAKOCZY:  There were a few through Special

22   Agent Abrams's testimony at the start of the day yesterday.

23             MR. WOODWARD:  He is also Bilbo.

24             THE COURT:  Right.

25             MR. WOODWARD:  There were several messages --

1          THE COURT:  Look, Mr. Ulrich is alleged to be part

2    of the conspiracy.  I don't remember whether this

3    necessarily is contextualizing what was already admitted,

4    but it's harmless to allow it in.  And so I'll allow them

5    in.

6          Go ahead.

7          (Whereupon, the following proceedings were had in

8    open court:)

9          THE COURT:  The objection is overruled.

10          MR. WOODWARD:  So then we'd move to admit KM-10

11    and publish to the jury.

12          THE COURT:  KM-10 will be admitted.

13          (Whereupon, Defendant Meggs's Exhibit No. KM-10

14    was entered into evidence.)

15    BY MR. WOODWARD:

16    Q.  And I won't ask you to read Slide 2 again.

17          Slide 3, also admitted by the Government.

18          Slide 4 was admitted by the Government.

19          Slide 5 was admitted by the Government.

20          Slide 6 was admitted by the Government.

21          Slide 7 was admitted by the Government.

22          Slide 8 was admitted by the Government.

23          But Slide 9 was not admitted by the Government.

24    Could you read Slide 9 for us, please?

25    A.  Sure.  "Proud Boys leader said many won't be dressed in

1   their colors for D.C. but will instead look like Antifa.

2   And if shit gets weird, they will attack from within."

3   Q.  And Slide 10?

4   A.  "Makes no sense at all.  Not the time to go gray.

5   That's for sure.  Just proves their motives vary greatly

6   from ours.  They want to chase kids around the street.  We

7   want to save the republic.  I guess both have their place.

8   But I like where we stand."

9   Q.  And who sent that message?

10  A.  Kelly Meggs.

11  Q.  Slide 11?

12  A.  "That's why, when I was looking for a group to join, I

13  couldn't bring myself to even think about joining Proud

14  Boys.  There's a lot of things they do that I respect and,

15  like you said, there's a time and place, but I can't help

16  but feel like they have a frat boy image and they're just

17  out looking for a fight."

18          "Continued."

19  Q.  Slide 12.

20  A.  "Having said that, it's great when they help those in

21  need and push Antifa away from Trump supporters."

22  Q.  Next slide.

23  A.  "You won't win against D.C. gun laws if you're caught."

24  Q.  Next slide.

25  A.  "As stated before, I was sharing a video that someone

1    forwarded me.  A heads-up, if you will."

2    Q.  Next slide.

3    A.  "Reading the gun laws, you wouldn't want a gun anyways.

4    No castle doctrine and no stand your ground.  Basically,

5    you're in the clear if someone shoots at you first."

6    Q.  Next slide.

7    A.  "Clarification on firearms:  By all means, bring them

8    with you to Virginia in case the shit hits the fan.

9    Majority.  We will need them if it does.  Roll with your

10    load out and be ready for what may come.  But do not bring

11    weapons into D.C. unless you are LEO with LEOSA creds.

12    Unless and until shit truly hits the fan."

13    Q.  LEO is law enforcement officer?

14    A.  Yes.

15    Q.  If you could read the next slide for us, please.

16    A.  "This is the exact same thing we did in both prior D.C.

17    ops.  We come armed to Virginia and stow our weapons there

18    someplace safe and we go into D.C. without guns (except for

19    or LEOSA credential cops)."

20    Q.  Next slide.

21    A.  "Our firearms can be in the hands of a dedicated QRF

22    team who can link up with us if the shit truly hits the fan.

23    But otherwise, they stay out of D.C.  Understand?"

24    Q.  The next slide -- the Government admitted this one, and

25    this and this and this.

1              But the Government -- you don't disagree that the

2      Government did not admit -- did not ask you or one of your

3      colleagues to read this.  Could you read this text for us,

4      please?

5      A.  "Yep.  I always carry a few kits, a plastic bag with

6      some TP and some wet wipes.  Even if they have Porta

7      Potties, a lot of times there is no TP by the time I get

8      there."

9      Q.  Now, the Government admitted this text.  Correct?

10     A.  I'm not sure.  I haven't read this message during my

11     testimony.

12     Q.  Why don't you read it for us now.

13     A.  "Someone can tell me if I'm crazy, but I'm planning on

14     having a backpack for regular use and then a separate

15     backpack with my ammo load out with some basics that I can

16     just switch to if shit truly hits the fan blades."

17     Q.  Basics like toilet paper?

18     A.  I don't know what he meant by "basics."

19     Q.  Next slide.

20              Next slide.

21              Next slide.

22              If you could read this one for us.

23     A.  "I have a ruck for the day with all my items, and if we

24     get a QRF set up, I have a go-bag to put in that."

25     Q.  A go-bag with toilet paper?

```
 1   A.   (No response.)

 2   Q.   You don't know?

 3   A.   I don't know.

 4   Q.   Next slide.  Could you read that for us, please?

 5   A.   "Yep.  Med kits are important to have.  Have my IFAK

 6   kit, another tourniquet and a larger kit for my ruck."

 7   Q.   Next slide, please.

 8   A.   "Old Army medic here and a longtime EMT."

 9   Q.   And who sent that message?

10   A.   Mr. Don Siekerman.

11   Q.   Do you know who he is?

12   A.   I do.

13   Q.   Is he on the board, if you will?

14   A.   He is.

15   Q.   Next slide, please.

16   A.   "We will have a team there Monday and Tuesday from

17   Florida."

18   Q.   What's the date of that message?

19   A.   December 31st of 2020.

20   Q.   Next slide, please.

21   A.   "I am sorry.  Tuesday and Wednesday."

22   Q.   Next slide, please.  Do you remember reading this

23   message today?

24   A.   I do.

25   Q.   Next slide, please.  But not this one?
```

1    A.  No.  I have not read this message.

2    Q.  Could you read it for us, please.

3    A.  "Okay, folks.  For all you LEOSA qualified

4    retired/active LEOs, just talked to the LT who is watch

5    commander for the first district DCPD.  He knows of no

6    special specific restrictions on LEOSA carry as far as the

7    city.  However, he gave me the direct email for the district

8    commander, but she is out until Monday."

9    Q.  Sorry.  If we could go back to the prior slide.

10            First district DCPD.  By that, would you agree

11   that he's referring to the District of Columbia police

12   department?

13   A.  I would assume so.

14   Q.  Okay.  And you didn't read this slide before just now?

15   A.  No, sir.

16   Q.  Next slide.

17   A.  "So" --

18   Q.  Read that, please.

19   A.  "So I am waiting for something in hard copy on that.

20   One thing to keep in mind is that you must follow the

21   magazine limits of ten rounds, but the LT knows of no limits

22   on numbers of mags."

23   Q.  Next slide.

24   A.  "Okay, folks.  Got something totally different from the

25   district commander:  It goes totally against Act 218, but I

1    don't think I want to be the one to test it for the next ten

2    years in court.  So if you carry, beware.  This is the email

3    I received:  Good afternoon, Don.  You cannot carry while

4    engaged in First Amendment activities.  We will post

5    warnings advising of such, and persons will be subject to

6    arrest and prosecution.  Commander Kane.  Sent from my

7    iPhone."

8    Q.  Next slide, please.

9    A.  "Any restrictions in D.C. on Tasers?"

10   Q.  Next slide, please.

11   A.  "The flashlight stun gun type."

12   Q.  Next slide, please.

13   A.  "Taser are a no.  Stun gun, yes."

14   Q.  Next slide, please.

15   A.  "I have a Vipertek/flashlight/Taser combo."

16   Q.  Next slide.

17   A.  "Roger that."

18   Q.  Next slide, please.

19   A.  "Same here, Vipertek 989/stun gun/flashlight."

20   Q.  Next slide, please.

21   A.  "I've bringing an OK flag on a nice thick piece of

22   wood."

23   Q.  This is the message that you read earlier in context to

24   the WWF?

25   A.  Yes, sir.

1    Q.  Next slide, please.

2    A.  "That will be enough for me.  Hacksaw" --

3    Q.  I think we've had enough fun with Mr. Duggan for one

4    day.

5         Next slide, please.

6    A.  "Lots of folks had some very stout walking sticks during

7    the last one.  Didn't see PD say anything."

8    Q.  Do you remember reading that earlier today?

9    A.  I do.

10   Q.  How about the next one?

11   A.  "Yes.  Saw the same thing."

12   Q.  Next slide.

13   A.  "Make sure it looks like a hiking staff and should be no

14   issue."

15   Q.  Next slide, please.

16   A.  "So I have a truck driver's tire thumper.  Will that

17   work?"

18   Q.  Next slide, please.

19   A.  "Well, you have to be careful.  The wording of their

20   weapons regulations does not have a common purpose, and

21   knowing DAs, if there was no legitimate reason to have it on

22   you at that time, not trying to discourage.  Just advising.

23   I know how these people think.  A really good walking staff

24   has that purpose."

25   Q.  Next slide, please.

1    A.  "Cattle prods aren't mentioned in the banned items."

2    Q.  You read that one earlier today as well?

3    A.  I did.

4    Q.  Next slide, please.

5    A.  "Need lots of rope."

6    Q.  Next slide, please.  That's it.

7            And, again, you didn't choose which slides you

8    read today?

9    A.  No, sir.

10   Q.  You also showed the jury a picture of a guillotine.

11   Correct?

12   A.  Yes, sir.

13   Q.  And you testified that you were familiar with the

14   guillotine's use during the French Revolution?

15   A.  Yes, sir.

16   Q.  Do you have any knowledge of the guillotine being used

17   today?

18   A.  I don't know of any time it's actually been used against

19   anyone.  No, sir.

20   Q.  I'll pull this picture up for you.  This is Government's

21   Exhibit 6868.2.

22            Do you remember this picture?

23   A.  That's the picture of the guillotine.

24   Q.  And I'm just going to zoom in on a few areas here.

25            Do you think that this is an actual Home Depot

1    advertisement?

2    A.   No.   This appears to be a meme.

3    Q.   A meme.   What is a meme?

4    A.   It's a photo that someone has made on their own and

5    shared it, usually on social media.

6    Q.   And would you agree that a meme is typically meant in

7    jest?

8    A.   Depends on what's on the meme.

9    Q.   All right.   Do you think that this instruction actually

10   provides -- or this image actually provides instruction for

11   how to build a guillotine?

12   A.   It shows the components of a guillotine.   But I believe,

13   when you take this meme and pair it with a comment, it gives

14   it context.

15   Q.   All right.   Now, you also read a number of Facebook

16   messages.   Actually, let's go to the other video that you

17   played for the jury today.

18            MR. WOODWARD:   This is Government's Exhibit

19   6863.1.   I believe the Government only admitted a portion of

20   it, but we would seek to admit the entire video.

21            MR. MANZO:   What number?

22            MR. WOODWARD:   6863.1.

23            THE COURT:   Is there any objection to the full

24   video coming in?

25            MR. MANZO:   No, your Honor.

```
1              THE COURT:  6863.1 will be admitted.
2              (Whereupon, Government's Exhibit No. 6863.1 was
3     entered into evidence.)
4              (Whereupon, segments of Government's Exhibit No.
5     6863.1 were published in open court.)
6              MR. WOODWARD:  Let me just turn that down a little
7     bit.  And if anybody can't hear that, please let the Court
8     know.
9              (Whereupon, segments of Government's Exhibit No.
10    6863.1 were published in open court.)
11    BY MR. WOODWARD:
12    Q.  Do you agree with anything that he said?
13             MR. MANZO:  Objection.  Calls for an opinion.
14             THE COURT:  Sustained.
15    BY MR. WOODWARD:
16    Q.  But you testified that Kelly Meggs sent that video to a
17    chat.  Correct?
18    A.  Multiple times.
19             MR. WOODWARD:  If we could put --
20    BY MR. WOODWARD:
21    Q.  "I'm not making any suggestions in any way, but this is
22    sent as an FYI."
23             That's the text you read earlier today?
24    A.  That is one of the texts I read today in relation to
25    that post.
```

1    Q.  And then later, he says:  "It's from a few weeks back,

2    making its round on the internet"?

3    A.  That is another related to that.  It is.

4              MR. WOODWARD:  Keep going, please.

5              Again.

6              That's it.

7    BY MR. WOODWARD:

8    Q.  Well, speaking of bringing firearms to D.C., are you

9    aware of any evidence in this investigation that Mr. Meggs

10   brought firearms into the District of Columbia?

11   A.  I am not.

12   Q.  Are you aware of any evidence in this investigation that

13   Mr. Meggs had any weapons seized from his house?

14   A.  I'm not aware of any weapons that were seized from

15   Mr. Meggs.  No.

16   Q.  Do you have any specific knowledge of the weapons that

17   were -- that the Government claims were stored at the QRF in

18   Virginia?

19   A.  You said do I have knowledge that there were weapons

20   stored at a QRF in Virginia?

21   Q.  Well, I said specific knowledge.  But if you have some

22   knowledge, that's -- please tell us.

23   A.  Yes.

24   Q.  Have you had the opportunity to look inside the hotel

25   room where those weapons were stored?

```
 1    A.   No.
 2    Q.   And did you know -- and did you know -- well, I'll move
 3    on.
 4               MR. WOODWARD:   I think that's it.   Thank you.
 5               THE COURT:   Thank you.
 6               Mr. Geyer?
 7               MR. GEYER:   Thank you.
 8                         CROSS-EXAMINATION
 9    BY MR. GEYER:
10    Q.   Special Agent, nice to meet you.
11    A.   Good afternoon, sir.
12    Q.   My name is Brad Geyer.   And back in the corner is Ken
13    Harrelson.
14               Directing your attention to --
15               MR. GEYER:   Could you pull up 700.1, please.
16    BY MR. GEYER:
17    Q.   Directing your attention to March 10th, 2021, did you
18    have occasion to execute a search warrant at the Harrelson
19    home?
20    A.   Yes, sir.
21    Q.   And --
22               THE AUDIOVISUAL TECHNICIAN:   J.C., please switch
23    it over.
24               MR. GEYER:   Thank you.   It's already been
25    introduced into evidence.
```

```
 1    BY MR. GEYER:

 2    Q.  And when you arrived at the house, was Mr. Harrelson on

 3    the ladder cleaning his gutters?

 4    A.  He was.

 5    Q.  And you allowed him to come down off the ladder.  And

 6    you cuffed him while he was standing up.

 7    A.  Yes, sir.

 8    Q.  In other words, you didn't throw him on the ground.

 9    A.  That's correct.

10    Q.  Thank you for that, sir.  I appreciate that.

11         There was some -- initially some talk about having

12    him detained at the end of his driveway.  But I understand

13    reasonable minds prevailed and he was brought back to the

14    porch and given his last cigarette.  Is that right?

15    A.  I don't ever -- I don't remember anything about a

16    discussion about him being detained at the end of his

17    driveway.  I don't know what you're referring to.

18    Q.  Okay.

19         MR. GEYER:  Can you please put up 700.2.

20    BY MR. GEYER:

21    Q.  I'm interested in the evolving interpretations and

22    definitions of what is considered a go-bag.

23         What about that is a go-bag to you?  It's a Klein

24    bag, isn't it?  It's a Klein tool bag.  Are you familiar

25    with that?
```

1   A.  You're referring to the brand of the bag?

2   Q.  It's a bag for carrying tools.  It's not a bag for

3   running off into the woods.  Do you realize that?

4   A.  I believe you can throw items into any bag, including a

5   plastic bag, and it can be considered a go-bag based off the

6   contents of the bag.

7   Q.  But you realize there's connotations associated with

8   go-bag?

9   A.  I do.

10  Q.  Okay.  In the bag, you found a handgun?

11  A.  Yes, sir.

12  Q.  And you must be aware, because the handgun is still

13  located in the Harrelson household, that both Ken Harrelson

14  and Angel Harrelson were lawful CCW carriers.  Is that

15  correct?

16  A.  I don't know if they have CCWs or not.  But you don't

17  need a CCW to have a weapon at your home.

18  Q.  But you said that you were -- you do a thorough

19  investigation.  You would not have determined whether they

20  were active CCW carriers?

21  A.  Yes.  That is usually one of the things we look up.

22  That will give us an indication if someone has a firearm or

23  not.  But if they don't have a CCW, it doesn't mean that

24  they don't have firearms, because you don't need a CCW to

25  own a firearm.

1    Q.  I understand.  Thanks for clarifying that.

2            THE COURT:  Mr. Geyer, could you just ask the

3    witness to clarify what the term "CCW" means?

4            MR. GEYER:  Excuse me?

5            THE COURT:  What CCW means.  I'm not sure

6    everybody on the jury may know what it means.

7            MR. GEYER:  Thank you, your Honor.

8    BY MR. GEYER:

9    Q.  Could you inform us what CCW is, it stands for?

10   A.  CCW refers to concealed carry weapon permit, meaning

11   that is what you would need to conceal a weapon on -- your

12   firearm away from your residence and carry that weapon on

13   you in the state of Florida.

14   Q.  Thank you.

15           MR. GEYER:  And thank you, your Honor.

16   BY MR. GEYER:

17   Q.  And is it your understanding that there's many states

18   outside of the District, that if you have a CCW permit, you

19   can buy weapons, carry weapons, transport weapons?  Is that

20   correct?

21   A.  Yes.  It depends on if you can legally or not.

22   Q.  And so people might buy a weapon in Florida, drive to

23   Texas, store it, drive up north and stay in a Virginia

24   hotel, keep the weapons there, come back, and there's really

25   nothing that law enforcement can do about that in most

1    instances.  Isn't that correct?

2    A.  I don't believe --

3            MR. MANZO:  Objection.  It calls for opinion.

4            THE COURT:  I agree.  That's an opinion --

5            MR. GEYER:  I'll withdraw it.

6            THE COURT:  -- question.  He's not prepared to

7    answer that.  So it's sustained.

8    BY MR. GEYER:

9    Q.  Also -- also --

10            MR. GEYER:  Would you be willing to put on 700.19,

11    please.

12    BY MR. GEYER:

13    Q.  Now, these are books that were recovered -- they were

14    recovered from the household, let's say.

15            Were you aware that Angel Harrelson purchased

16    these books?

17    A.  No, sir.  I don't know who purchased the books.

18    Q.  And were you aware that their son -- and I'd request

19    that we not mention his name; I know you probably know who

20    that is -- that their son was interested at that time in

21    entering the military?

22    A.  No, sir.  I don't have any knowledge of the son and his

23    activities.

24    Q.  Okay.  And did you know that Ken at that time was

25    reading books, among -- some among these, in an effort to

1    mentor his son for a military career?

2    A.  No, sir.  I don't know about any of Mr. Harrelson's

3    activities with his family outside of this investigation.

4    Q.  Do you know that his son went to boot camp in June and

5    is currently in the Army?

6    A.  No, sir.  I don't have any knowledge in that -- with

7    regards to that.

8    Q.  And his daughter is currently in JROTC and may pursue a

9    career in the Army?

10   A.  No, sir.  I did not know that.

11   Q.  Okay.

12          MR. GEYER:  Can you please put up 700.24.

13   BY MR. GEYER:

14   Q.  Now, there's two long guns in that safe, aren't there?

15   A.  Yes.

16   Q.  One is an Airsoft gun and one is an AR-15.  Is that

17   right?

18   A.  Yes, sir.

19   Q.  And neither of those guns were seized on that occasion?

20   A.  No, sir.

21   Q.  So no illegal weapons in the house?

22          MR. MANZO:  Objection.  Legal conclusion.

23          THE COURT:  I'll sustain the objection.  You can

24   ask the question differently.  But I think the way it's

25   phrased is not proper.

1          MR. GEYER:  Okay.  Would you be willing to pull up

2    6863.010.  I remember the old days when we had single-digit

3    exhibits.  6863.010.

4          THE AUDIOVISUAL TECHNICIAN  6863.010 you said?

5          MR. GEYER:  Do you know what?  I can move on.

6    It's okay.  I probably copied the wrong one down.

7    BY MR. GEYER:

8    Q.  You testified about how, on this particular text, which

9    is on the D.C. Op January 6th '21 -- Op chat, I guess, that

10   at the bottom, the .695 indicates that there was 695 chats

11   beneath this one.  Is that correct?

12   A.  That indicates that this message that was posted was

13   message No. 695 within the D.C. Op Jan 6th '21 chat.

14   Q.  And when somebody is added to a chat, they don't see all

15   the chats that came before it.  They see the chats that come

16   after it.  Isn't that right?

17   A.  I believe that may be the way Signal works.

18   Q.  So somebody added on the 3rd of January wouldn't have

19   seen all the 695 chats leading up to it.  You would agree

20   with that?

21   A.  Yeah.  I'm not an expert on Signal.  I can't -- I don't

22   want to say for sure.

23   Q.  But the --

24   A.  You know, I know how to -- in regards to a text message,

25   if you get added, you don't see the messages that are

1    already there.

2    Q.  Right.

3          MR. GEYER:  Can we go to Facebook -- I'm sorry --

4    6868-007.  I hope I got the right number down.

5    BY MR. GEYER:

6    Q.  Now, this is a Facebook thread.  Is that right?

7    A.  That's correct.

8    Q.  And so this means that on this particular thread on

9    Facebook, there were 1,070 posts, which doesn't include the

10   replies in the posts.  Is that right?

11   A.  No, sir.  That's not correct.

12   Q.  Okay.

13   A.  1,070 refers to the page number of the return from

14   Facebook.  Usually, in a Facebook return, you will get many

15   pages, even hundreds, of unusable data.  It may be 20 pages

16   long and it just lists the names of your friends list.  You

17   may have other pages that just may list searches that you've

18   conducted.

19          So this particular 1070 marking at the bottom just

20   refers to the page number of the PDF that we received from

21   Facebook.

22   Q.  Okay.

23   A.  So no, it doesn't correspond to messages that were

24   posted prior to this message.

25   Q.  Thank you for clearing that up.  That actually makes my

1    point a little bit less profound.  But you -- thank you,

2    Special Agent.

3    A.  You're welcome.

4    Q.  But you would agree that Ken Harrelson -- actually, let

5    me rephrase that.

6            Are you aware that Ken Harrelson canceled his

7    social media accounts in 2014?

8    A.  I haven't reviewed any other social media of

9    Mr. Harrelson, so I can't say that he has Facebook pages.

10   Q.  So you'd be in a position to accept my assertion that,

11   since 2014, he wasn't on Facebook and he wasn't on Twitter?

12   A.  I've never seen a Twitter account belonging to -- or a

13   Facebook account belonging to Mr. Harrelson.

14   Q.  So wouldn't that have been valuable context for anybody

15   seeking to get a sense as to societal conditions in 2015,

16   2016 through January 6th, to have been using Facebook and

17   Twitter, in particular Twitter?

18            MR. MANZO:  Object as to form.

19            MR. GEYER:  Agreed.  I'll withdraw the question.

20   BY MR. GEYER:

21   Q.  You referenced a full kit -- in one of the texts there's

22   a reference to a full kit.  And is that classified as

23   personal protection equipment, PPE?  Are you familiar with

24   that term?

25   A.  I am familiar with the term "PPE."  When discussing the

1    term "full kit" or "kit" in general, I've never referred to

2    it as PPE.  Usually, when you think of PPE, you think of

3    goggles; you think of ear protection; gloves if you're using

4    knives.  Those are forms of PPE, to my knowledge.

5              I've never referred to my personal kit that I wear

6    when I'm conducting operations with the FBI as PPE.

7    Q.  Interesting.

8              Were you aware that Ken, on January 6th, was not

9    wearing any protective equipment except for perhaps gloves?

10   It was cold.

11   A.  Yes.  I've seen the photos of him on January 6th.

12   Q.  There seems to be a little bit of a misunderstanding

13   about security details during January 6th that we're trying

14   to get to the bottom of.  And I'm wondering if you would

15   help me by reviewing a video now that's been introduced in

16   evidence.  Would you be willing to do that?

17   A.  I will watch the video.

18   Q.  Thank you.

19             THE COURT:  Is this Harrelson 1, Mr. Geyer?

20             MR. GEYER:  Oh, yes.  I'm sorry.  Defense Exhibit

21   Harrelson 1.

22             (Whereupon, segments of Defendant Harrelson's

23   Exhibit No. 1 were published in open court.)

24   BY MR. GEYER:

25   Q.  First of all, this is roughly around 1:44 on

1    January 6th.  And it's on First and Constitution.  There's a

2    gentleman at the bottom left.  Since you're an agent, isn't

3    it true that that's Tom Burgess?  Do you recognize him as

4    being Tom Burgess?

5    A.  I don't know who that is, sir.

6    Q.  Okay.  That's fair.

7              I'm next going to play the video.  Are you

8    familiar with the individual at the bottom left of the

9    screen, Michael Coudrey?

10   A.  I also don't know who that is.

11   Q.  Are you aware that he was in a rush to get over to the

12   Capitol for a scheduled speaking event that was fully

13   licensed?

14   A.  Today is my first time ever hearing that name, so no, I

15   don't know anything about him or what he was doing that day.

16   Q.  That's fair.

17             (Whereupon, segments of Defendant Harrelson's

18   Exhibit No. 1 were published in open court.)

19   BY MR. GEYER:

20   Q.  There's a gentleman -- there's actually a woman in the

21   bottom left who has red on.  And then at about her 2 o'clock

22   you'll see somebody in an Oath Keepers shirt, a tan hat with

23   almost like a burka on.  It was cold, I think.

24             Do you recognize that individual as being Jason

25   Dolan?

1    A.  I believe so.

2    Q.  Okay.  Thank you.

3             (Whereupon, segments of Defendant Harrelson's

4    Exhibit No. 1 were published in open court.)

5    BY MR. GEYER:

6    Q.  Now, there's a man at the end, in the anchorman

7    position, with his arm out to the left.

8             Do you recognize that?

9    A.  Yes.  That appears to be Mr. Harrelson.

10   Q.  Thank you.

11            (Whereupon, segments of Defendant Harrelson's

12   Exhibit No. 1 were published in open court.)

13   BY MR. GEYER:

14   Q.  You would agree that it seems as if he's directing

15   protectees at this point?

16   A.  I don't know who the people are that's within that

17   group.  So I don't know if I could classify them as

18   protectees or just women he was escorting or helping across

19   the street.  I don't know who those folks are within that

20   crowd.

21   Q.  But does it really matter?  If you're helping people,

22   you're helping people.  Right?

23   A.  I don't know how much help someone would need crossing a

24   street with barriers set up.  I don't think any cars would

25   get through there.

1    Q.  Most of these were actually speakers.  So in this group,

2    you know that Dr. Sandra Gold was in this group.  Are you

3    familiar with her?

4    A.  I am not, sir.

5    Q.  Jonathan Strand, I believe.

6    A.  Never heard the name.

7    Q.  Michael Coudrey.

8    A.  Never heard that name.

9    Q.  Daniel Bostic?

10   A.  No, sir.

11   Q.  And another one off the top of my head would be Rose

12   Tennent.

13   A.  No, sir.  I'm not familiar with the individual.

14   Q.  So this is roughly at 1:44 p.m.  And if you're aware of

15   the timeline, isn't it true that at about 1:57 p.m., the

16   gates were pushed through on the northeast of the Capitol by

17   the Senate?

18   A.  I don't want to speak to the exact times.  I'm not -- I

19   don't know those off the top of my head.  I would have to go

20   and review either video or some photographs.  But I'll take

21   your word for it.

22   Q.  Okay.  Well, maybe we'll host you and have you come back

23   when it's our turn.

24            And about a minute later, the vice presidential

25   motorcade rolled out and a group of provocateurs in front of

1    the east steps pushed through.

2                THE COURT:  Mr. Geyer -- sustained.

3                MR. GEYER:  I'll move on, your Honor.

4                THE COURT:  Thank you.

5    BY MR. GEYER:

6    Q.  Now, there's been a lot of difficult presentations to

7    listen to from a gentleman by the name of Sam Adams -- I'm

8    sorry -- Sam Andrews.  And there are some aspects to that

9    that I'd like to walk you through.  And one of those things

10   is that he was actually there on January 6th.  Were you

11   aware of that?

12   A.  No, sir.  I was not aware of that.

13   Q.  I hope we're going to be able to work with you to get

14   this individual identified.

15                But --

16                MR. MANZO:  Objection, your Honor.  Relevance.

17                THE COURT:  Can we get on the phone.

18                (Whereupon, the following proceedings were had at

19   sidebar outside the presence of the jury:)

20                THE COURT:  Mr. Geyer, you'll have to forgive me,

21   but I don't remember the name Sam Andrews coming up.  Who is

22   that?

23                MR. GEYER:  He was the individual making the

24   bloviated appeals for 500,000 armed veterans to come to the

25   Capitol.  He actually showed up shortly after Timothy Allen

1    Hart, about five minutes after he showed up with his posse.

2    We have them identified at the Peace Circle.  Ten minutes

3    after he left, Timothy Allen Hart pushed through with other

4    provocateurs.  We've identified they later viciously

5    attacked police.  They break off.  They break off from

6    police and push through at 1:57 in front of the northeast

7    gates.

8              THE COURT:  I'm sorry.  So Mr. Andrews was one of

9    the -- he's on one of the videos?

10             MR. GEYER:  Yes.  Your Honor, he was the guy

11   saying the things that were very difficult to listen to

12   about our patriots coming and -- it's rough.  It's rough to

13   listen to.

14             THE COURT:  Right.  He was the one that was

15   talking about patriots coming to Washington?

16             MR. GEYER:  Precisely.

17             It's my position that he actually had a plan.  The

18   Oath Keepers were not in it.  And if I can lay the

19   foundation, I think I can -- I'll try to go as fast as I

20   can.

21             THE COURT:  Mr. Geyer, I don't know that it's

22   relevant.  I mean, Mr. Andrews was -- his lawyers were

23   introduced because Mr. Meggs, I think, forwarded them his

24   actual conduct on January 6th.  It seems to me to be not

25   relevant and has the potential to confuse the jury.  I mean,

1    we're not here to prosecute him.

2           MR. GEYER:  Actually, your Honor, in the statement

3    of facts of George Tenney, he specifically refers to these

4    calls for 500,000 patriots to come to the Capitol.  He

5    opened the first door in Hart's statement of facts.

6           By the way, they were both charged properly.

7    Hart --

8           THE COURT:  But -- I'm not disputing, Mr. Geyer,

9    that you've got a good-faith basis for asking about this

10   gentleman's conduct on January 6th.

11          My concern is the relevance as to this case.  And,

12   you know, I understand why he was introduced, because his

13   words were earlier heard by Mr. Meggs.  But I don't have any

14   reason to believe that this gentleman was in contact with

15   any of these Defendants or any --

16          MR. GEYER:  No, your Honor.  It's actually in

17   223-3, 223-2.  We actually listed Sam Andrews.  We've got no

18   discovery.  And every --

19          THE COURT:  Well, hold on.  You're missing what

20   I'm saying, which is that I don't have any reason to believe

21   that Mr. Andrews was in contact with any of your clients or

22   any of these Defendants or any Oath Keepers on January 6th.

23   Correct?

24          MR. GEYER:  That part of it is correct.  But the

25   issue in terms of my defense is that my client was working.

1      He was not there to protest.  Everybody walked towards the

2      steps because of the actions of these people.  He responded

3      appropriately and acted commendably.

4            THE COURT:  Well, I'm not going to -- that may be.

5      But I don't think you're going to get there by making this a

6      case about Mr. Andrews.  And frankly, I doubt this

7      particular agent knows much about that unless he's involved

8      in that case.

9            So I'm going to ask you to move on.  I just don't

10     think it's relevant.  And as I said, I think it has the

11     potential for causing confusion as it involves somebody and

12     his conduct that's not been charged here.  Okay?

13           MR. GEYER:  Just to make the Court aware, since I

14     filed 223.1, .2 and .3, there's been -- I have a list.  I've

15     been meaning to -- you know, with this *Brady* thing, you have

16     to mention it, you know, frequently in as short a time as I

17     possibly can.  But there's a lot of discovery we still don't

18     have.  I believe we need it.  This is very important because

19     he goes over and connects up with Pastor Bill Duffy, who was

20     charged just last week.  He meets up with people from the

21     back of building and actually says "Mission accomplished" at

22     2:46.

23           THE COURT:  Mr. Geyer, forgive me.  I think I

24     handled this in some respect in one of the orders in which I

25     sort of acknowledged that, in theory, yes, there's such a

1    thing as a third-party perpetrator defense, but it's not

2    something that's available here.

3            And absent some reason to think -- well, let me

4    just leave it at that.  I mean, your clients are charged

5    with what they are charged with, and the fact that somebody

6    else did something else really isn't terribly relevant.

7            MR. GEYER:  The reason I would argue it's

8    relevant, your Honor, is because he had a -- he had

9    protectees and there were Oath Keepers.  Throughout the day,

10   there was at least a half dozen instances where Oath Keepers

11   either provided assistance or police actually sought them

12   out to provide assistance.

13           THE COURT:  Well --

14           MR. GEYER:  He'll testify about that.

15           THE COURT:  Well, I mean, if you've got those

16   witnesses, you can call them in your case.  But I don't

17   think it's something you're going to cross-examine this

18   witness on.  All right?

19           MR. GEYER:  Thank you, your Honor.

20           THE WITNESS:  That's fair.

21           (Whereupon, the following proceedings were had in

22   open court:)

23           THE COURT:  The objection is -- I don't know if

24   there was a formal objection, but it will be sustained.

25           MR. GEYER:  Thank you, your Honor.  I'll just move

```
 1   on.
 2                Do we have a stipulation on --
 3                (Confers with opposing counsel privately.)
 4                MR. GEYER:  No more questions, your Honor.  Thank
 5   you.
 6                THE COURT:  Okay.  Thank you.
 7                MR. GEYER:  Oh, sorry.  One more.
 8                THE COURT:  With all these electronics, it's easy
 9   to forget the paper.
10                MR. GEYER:  Sorry.
11   BY MR. GEYER:
12   Q.  You've read a lot of text messages today, Special Agent.
13   Did you read any about a plan to go to the Capitol?
14   A.  I've read Signal messages today, and I think those
15   messages refer to just disrupting that transfer of power and
16   not about going to the Capitol.
17   Q.  How about stopping the certification?
18   A.  Yes, sir.
19   Q.  Where?  Could you direct me to those?
20   A.  Sir, I believe there's messages in a totality of the
21   circumstances where there's several messages that state, "We
22   mustn't allow Biden to become president."  In my honest
23   opinion, I believe that was one of the messages that was
24   posted.
25                I believe there were some messages posted by
```

1    Mr. Rhodes in particular that said that if the president

2    doesn't act, we will still act.

3            Just to name a -- a couple of those messages.

4    Q.  But isn't it -- can't that mean a lot of things?  Can't

5    that mean that we're going to go and file lawsuits in

6    different states and we're going to go and demonstrate and a

7    whole host of things?  It doesn't mean that there's any plan

8    to go to the Capitol.  I don't see -- I've yet to see any

9    evidence of that whatsoever.

10           THE COURT:  Mr. Geyer, I'll just ask you to

11   rephrase.

12   BY MR. GEYER:

13   Q.  Can you direct me to those specific texts?

14   A.  The texts that I just referred to?

15   Q.  Yes.

16   A.  Sure.

17   Q.  Okay.

18   A.  Well, I don't have access to the exhibits to direct you,

19   but I can speak to the messages.  For example, the message

20   posted by Mr. Rhodes that said that where we go one, we go

21   all, and we must defend and nullify together.  But even if

22   the president didn't -- the president needed to know that

23   even if he didn't invoke the Insurrection Act, that they

24   would still be forced to act.

25           That's the message, one of the messages that I'm

1    referring to.

2    Q.   Okay.  And in your view, that was endorsing or

3    authorizing Oath Keeper members to attack the Capitol or

4    enter the Capitol?

5    A.   I don't want to try to get into Mr. Rhodes's mental

6    state when he posted that, or what he specifically meant.

7    But we've just presented the messages as they are.

8              MR. GEYER:  No more questions.  Thank you.

9              THE COURT:  Thank you, Mr. Geyer.

10             Mr. Manzo, could I just ask if you have any

11   redirect?  If so, how long?

12             MR. MANZO:  Fifteen minutes.

13             THE COURT:  Why don't we get started and then

14   we'll take our break after that.

15                      REDIRECT EXAMINATION

16   BY MR. MANZO:

17   Q.   Agent Harris, on cross-examination from Mr. Geyer, he

18   asked you a series of questions about the backpack that was

19   found in Mr. Harrelson's house.

20             Do you remember that?

21   A.   Yes, sir.

22   Q.   What objects were in that bag?

23   A.   A pistol was in the bag; survival books, amongst other

24   books, were in the bag; a flip phone that was stored in a

25   plastic baggie; a tourniquet.

```
1              I believe that those were all the items that were
2      in the bag.
3      Q.  Were the books that you photographed in the 700 series,
4      were those from the bag or were those from his son or
5      daughter's bookcase?
6      A.  All those books were from the backpack.
7      Q.  Mr. Fischer started off by asking a series of questions
8      about whether you talked to us at lunch.  Is that fair to
9      say?
10     A.  He asked if I had discussed anything with you all during
11     the lunch break.  Yes.
12     Q.  Do you remember Ms. Rakoczy telling you to eat your
13     salad in the hallway?
14     A.  Yes, because I went to the room before you guys did, and
15     I left the room to allow you guys to eat and I went and ate
16     my lunch downstairs near the cafeteria.
17     Q.  And why did you not eat with us?
18     A.  Because we cannot discuss my testimony while I'm still
19     under oath with you guys.
20     Q.  Mr. Fischer asks you a series of questions about the
21     legality of guns in Florida.
22              Do you remember that?
23     A.  Yes.
24     Q.  If someone owns -- legally owns a gun, can they still
25     use it in an illegal manner?
```

```
1    A.   Absolutely.

2    Q.   If you legally owned a gun and went and robbed a bank

3    with that gun, what would happen?

4              MR. WOODWARD:  Objection.

5              THE COURT:  It's overruled.

6              THE WITNESS:  You would be arrested just the same.

7    BY MR. MANZO:

8    Q.   If you had a gun and used it to support a conspiracy,

9    what would happen?

10   A.   You'd be arrested just the same.

11   Q.   And if you had a gun and used it in support of a

12   conspiracy to stop the transfer of power?

13             THE COURT:  That is -- that is sustained.

14   BY MR. MANZO:

15   Q.   Mr. Fischer asked you a series of questions about

16   whether this was -- the weapons displayed in court were

17   semiautomatic or automatic.

18             Do you remember that?

19   A.   Yes, sir.

20   Q.   Can you describe what a semiautomatic weapon is?

21   A.   A semiautomatic weapon is a weapon that fires one bullet

22   per trigger press.

23   Q.   How many bullets could you fire in a semiautomatic

24   weapon in about ten seconds?

25   A.   It depends on how fast you can flick your finger.  So
```

1    more than ten.  20.  15 to 20, maybe.

2    Q.  Mr. Woodward, I believe, asked you a series of questions

3    about Donald Siekerman allegedly contacting the Metropolitan

4    Police Department.

5            Do you remember that?

6    A.  Yes, sir.

7    Q.  Are you aware of whether Don Siekerman provided the

8    Signal messages to the Metropolitan Police Department as

9    well?

10   A.  I'm not aware of that.

11   Q.  Have you seen any evidence of that?

12   A.  No, sir.

13   Q.  Mr. Woodward also asked you questions about some

14   messages regarding Mr. Ulrich's potential membership in the

15   Proud Boys.

16           Do you remember that?

17   A.  Yes, sir.

18   Q.  Are the Proud Boys on trial in this courtroom today?

19   A.  No, sir.

20   Q.  Mr. Woodward asked you a series of questions about

21   omitted text messages, and there was a series of questions

22   surrounding the text messages regarding the cattle prod.

23           Do you remember that?

24   A.  Yes.

25   Q.  Agent Harris, if we included every message regarding

1    weapons in this case, how long would this case go on for?

2                MR. FISCHER:  Objection.

3                MR. WOODWARD:  Objection.

4                THE COURT:  Sustained.

5                That's a question for me to answer, not for him.

6    BY MR. MANZO:

7    Q.  Agent Harris, have we included every message in this

8    case?

9    A.  No, sir.

10   Q.  Who picks what messages are presented in this case?

11   A.  You and the rest of the prosecution team.

12   Q.  And who ultimately rules on whether they're admissible?

13   A.  The judge.

14   Q.  Do you remember Mr. Fischer asked you a series of

15   questions about hunting in Florida?

16   A.  Yes.  I recall that.

17               MR. MANZO:  Ms. Rohde, could you pull up 6870,

18   Slide 3.

19   BY MR. MANZO:

20   Q.  Agent Harris, can you read 6870, Slide 3?

21   A.  "That's gonna be about it for Tuesday, but they want

22   volunteers for night escorts.  If you wanna do it, great.

23   If not, no big deal.  Not hunting, just waking people out."

24   Q.  Sir, have you ever hunted in Washington, D.C.?

25   A.  No, sir.  I have not.

3241

1    Q.  Are there any hunting grounds in Washington, D.C.?

2    A.  I don't live here, but I haven't seen them in the months

3    that I've been here in downtown.

4    Q.  When I say hunting, hunting for animals.  Are there any

5    animal hunting grounds in Washington, D.C.?

6    A.  Not that I know of.

7    Q.  On cross-examination, you were asked a series of

8    questions about Mr. Cummings's testimony yesterday.  Do you

9    remember that?

10    A.  Yes.

11        MR. MANZO:  Ms. Rohde, can you please pull up

12    6860.44.

13    BY MR. MANZO:

14    Q.  And I'm not going to belabor the point, but can you look

15    at 6860.44 and .45 --

16        MR. MANZO:  Sorry.  The next message.  The next

17    message.  And the next message.  One more.

18    BY MR. MANZO:

19    Q.  Sir, on any of the messages in 6860, is Mr. Cummings on

20    these?

21    A.  No, sir.

22    Q.  Mr. Fischer asked you a series of questions about a

23    timeline regarding when an arrest is made.  Do you remember

24    that?

25    A.  Yes, I do.

1    Q.  When an arrest is made, do you stop the investigation?

2    A.  No, not at all.

3    Q.  Why not?

4    A.  Because a lot of times there's still evidence to be

5    gathered; additional charges could be added later on down

6    the road based off that evidence.  But no, the investigation

7    does not stop.  Usually, that's just the beginning of an

8    investigation.  It continues.

9    Q.  What are some of the reasons to make an arrest quickly?

10   A.  Usually if the person is a danger to the public, you

11   know, you want to get them off the street quickly.  You also

12   want to attempt to preserve evidence that could be

13   jeopardized if that person is still free.

14   Q.  In this case, have you come across evidence that's been

15   destroyed?

16   A.  Yes.

17          MR. MANZO:  Thank you.  No further questions.

18          THE COURT:  Okay.  Agent Harris, you may step

19   down.  Thank you for your testimony, sir.

20          THE WITNESS:  Thank you, sir.

21          (Witness excused.)

22          THE COURT:  Ladies and gentlemen, we will take our

23   afternoon break.  It's 3:30 on the dot.  We will resume at

24   3:45.  Thank you very much.

25          (Whereupon, the jury exited the courtroom at 3:31

```
 1    a.m. and the following proceedings were had:)

 2              THE COURT:  Thank you, everyone.  We'll get

 3    started around 3:45.

 4              (Thereupon a recess was taken, after which the

 5    following proceedings were had:)

 6              THE COURT:  Please be seated, everyone.

 7              After we conclude today, could I ask counsel to

 8    stay behind for a sealed session?  It has nothing to do with

 9    the case.

10              MR. CRISP:  All counsel?

11              THE COURT:  Defense counsel can be here if you

12    want.  I don't want you to feel like I'm talking about the

13    case with them.  I'm not.  It's something else entirely.

14              MR. NESTLER:  Yes, your Honor.  Of course.

15              There is one issue Mr. Woodward and I should flag

16    for the Court before we bring the jury in.

17              THE COURT:  Okay.

18              MR. NESTLER:  At some point potentially with this

19    witness we did want to play a portion of a jail call from

20    Mr. Meggs.  It's him and his son.  And his son makes a

21    comment about Biden confiscating all the guns --

22              THE COURT REPORTER:  I'm sorry.  Confiscating?

23              MR. NESTLER:  Yes.  About President Biden

24    confiscating all the guns.

25              And Mr. Meggs is making a comment in response, you
```

1    know, "Lucky for us we lost them all in the fire" or

2    something like that.

3         There are similar messages that he has with

4    Mr. Harrelson about getting rid of all their tools and also

5    a text message chain he has about -- laughing about his gear

6    being lost in a boating accident.

7         This is all in line with Mr. Woodward's cross of

8    Agent Harris about Mr. Meggs not having any guns found at

9    his house.  We're about to explore that with this next

10   witness.

11        We intend to -- well, we offered defense counsel a

12   short stipulation to not play the actual jail call, to just

13   read the two or three sentences where this is relevant.  I

14   believe Mr. Woodward is not interested in that and would

15   prefer to play the entire call.

16        I don't believe the rest of the call would come in

17   under 106 because the rest of the call does not give any

18   context to that statement.  But we can hash that out.

19        THE COURT:  Okay.  So are you consenting to what

20   is the typical introduction of a jail call?

21        MR. WOODWARD:  So this is a difficult question, of

22   course.  We disagree -- we'd strenuously disagree with

23   Mr. Nestler's characterization of the remainder of the call.

24   Really, very little of it is not contextual for the

25   statement about guns.

1          Mr. Meggs and his son are talking about the

2     entirety of the reason why he's been detained.  And

3     the before and after, this discussion of a house fire that

4     occurred at the Meggs' property, is all very contextual.  It

5     all adds insight into why the statement about Biden taking

6     guns away is relevant at all.

7          So if the Court is prepared to allow us to play

8     the entire 15-minute call, then, yes, we're prepared to deal

9     with the acknowledgement that the jury is going to hear that

10    Mr. Meggs is now detained.  Or --

11         THE COURT:  Well, I'm not sure -- well, I guess

12    I'd have to hear the call, because I don't know if there are

13    comments within the call or conversations in the call that

14    would make it clear that he's presently incarcerated while

15    the call happens.

16         MR. WOODWARD:  There are.  There are.

17         THE COURT:  There are?

18         MR. MANZO:  And to be clear, the call occurs in

19    March of 2021.  But we're happy to facilitate the Court

20    having the full 15-minute audio, and we can defer on this

21    until tomorrow after the Court has reviewed it.

22         THE COURT:  I guess I'd like to hear it all to

23    really determine if it needs to be played in full.

24         I mean, look, I would -- this is not the

25    ordinary -- I shouldn't say "ordinary."  This is not like

1    some cases that we have in federal court that there are lots

2    of jail calls, and because of there being lots of jail calls

3    it's unavoidable to let the jury know that somebody is

4    detained pretrial.

5            This is not that case.  And so it would be my

6    preference to avoid any reference to Mr. Meggs being

7    detained, in particular if there's any reference to the

8    timing of the call, which would leave the jury with the

9    impression of how long he's been detained, and then raise a

10   whole host of questions about the other Defendants, at least

11   quietly in their own minds, that I'd rather not have them

12   thinking about.  Okay?

13           MR. WOODWARD:  Okay.

14           THE COURT:  So if you all could get me the audio,

15   we can then -- I'll listen to it this evening and we can

16   take it up tomorrow morning.

17           MR. NESTLER:  Yes, your Honor.  No problem.  Thank

18   you.

19           THE COURT:  And how long do we think this witness

20   will be?  I take it until the end of the day on direct?

21           MR. NESTLER:  On direct?  No.  On direct, 15, 20

22   minutes.

23           THE COURT:  Oh, okay.  And then you plan to

24   re-call him for the --

25           MR. NESTLER:  We can re-call him or a different

```
 1    witness to get into this other issue.

 2              THE COURT:  Okay.

 3              MR. NESTLER:  This is the witness from Florida who

 4    did the search of Mr. Meggs's house.

 5              THE COURT:  Okay.

 6              THE COURTROOM DEPUTY:  Jury panel.

 7              (Whereupon, the jury entered the courtroom at 3:52

 8    p.m. and the following proceedings were had:)

 9              THE COURT:  Please be seated, everybody.  Welcome

10    back.  We are in the homestretch for the day.

11              Mr. Nestler, next witness for the Government.

12              MR. NESTLER:  Thank you, your Honor.  The

13    Government calls FBI Special Agent Craig Arney, retired.

14              CRAIG ARNEY, GOVERNMENT WITNESS, SWORN.

15              THE COURT:  Agent Arney -- Retired Agent Arney,

16    welcome.

17              THE WITNESS:  Sir.

18              THE COURT:  Have a seat, please.

19              THE WITNESS:  Thank you.

20              THE COURT:  If you're comfortable testifying with

21    your mask off, please feel free to remove it.

22              THE WITNESS:  Thank you, your Honor.

23                          DIRECT EXAMINATION

24    BY MR. NESTLER:

25    Q.  Good afternoon, sir.
```

1    A.  Good afternoon, sir.

2    Q.  Could you please state and spell your name for us.

3    A.  Craig S. Arney.  Last name A-R-N-E-Y.

4    Q.  And, Special Agent Arney, how many years did you spend

5    with the FBI?

6    A.  Twenty-two years.

7    Q.  And is it correct that you retired from the FBI about a

8    year ago?

9    A.  Yes.

10   Q.  While you were in the FBI, can you walk us through

11   briefly the positions you held within the FBI.

12   A.  I started out as a special agent.  I was promoted to

13   supervisory special agent, unit chief, assistant section

14   chief and then acting section chief.

15   Q.  And approximately how many people does an acting section

16   chief supervise?

17   A.  Between 150 and 200 --

18   Q.  And --

19   A.  -- individuals.

20   Q.  Sorry.

21   A.  Individuals.  Sorry.  That would include contractors and

22   support employees.

23   Q.  And where were you stationed when you were the acting

24   section chief?

25   A.  I was assigned to the operational technology division in

1    Quantico, Virginia.

2    Q.  Did there come a time when you stepped down from your

3    management role with the FBI?

4    A.  Yes.  I took a transfer to the Jacksonville division,

5    Ocala resident agency.

6    Q.  Why did you stop being a manager and go back to being a

7    special agent?

8    A.  The Bureau affords you one free trip during your course

9    of your career.  And I decided to move back to Florida,

10   where I had grown up.

11   Q.  And when you moved back to Florida, you said you were in

12   the Jacksonville field office.  Is that correct?

13   A.  Yes.

14   Q.  And was there a particular resident agency within the

15   Jacksonville field office out of which you worked?

16   A.  Ocala resident agency.

17   Q.  And does the Ocala area of Florida cover where

18   Dunnellon, Florida, is?

19   A.  Yes.  It's part of our AOR, area of responsibility.

20   Q.  Now, Agent Arney, did you have a role in the arrest of

21   an individual named Kelly Meggs on February 17th of 2021 in

22   Dunnellon, Florida?

23   A.  I did.

24   Q.  At the time he was arrested, did the FBI make a notation

25   about his height?

1    A.  Yes.

2    Q.  What did the FBI record his height as?

3    A.  Six-foot-four.

4    Q.  And did the FBI make a notation as to his weight?

5    A.  Yes.  267 pounds.

6    Q.  On that same date, did you have a role in the search of

7    Mr. Meggs's property in Dunnellon, Florida?

8    A.  Yes, I did.

9    Q.  What was your role with respect to that search?

10   A.  It's as a searching agent.

11   Q.  Why was the FBI searching Mr. Meggs's property?

12   A.  There was a search warrant issued from the District of

13   Columbia to search his residence.

14   Q.  Just generally, what were you and your colleagues

15   looking for when you searched his residence?

16   A.  We were looking for the clothing that Mr. and Mrs. Meggs

17   were wearing at -- on January 6th that was captured on

18   surveillance video.

19   Q.  And in addition to clothing that you saw on surveillance

20   video, were there any other items you were looking for?

21   A.  Any affiliation to the Oath Keepers group as well as

22   communication devices and firearms.

23   Q.  Did you locate communication devices at Mr. Meggs's

24   property?

25   A.  Yes, we did.

1    Q.  And did you locate clothing that resembled Oath Keepers

2    clothing or Oath Keepers paraphernalia?

3    A.  Yes.

4    Q.  Did you locate any firearms?

5    A.  No.

6    Q.  You mentioned clothing that Mr. Meggs was wearing on

7    January 6th at the Capitol.  Is that correct?

8    A.  Yes.

9    Q.  Prior to searching his house, did you review any video

10   or photographs to give you a sense of what to look for?

11   A.  Yes.  I observed still photos as well as video

12   surveillance prior to the search.

13              MR. NESTLER:  If we could pull up on the screen

14   Government Exhibit 1051.1.  It's already in evidence.  And

15   if we could play till about 16 seconds, please, Ms. Rohde.

16   We don't need volume.

17              (Whereupon, segments of Government's Exhibit No.

18   1051.1 were published in open court.)

19              MR. NESTLER:  If we could stop it there.

20              If we could rewind for about one second, please.

21              (Whereupon, segments of Government's Exhibit No.

22   1051.1 were published in open court.)

23              MR. NESTLER:  Right there.

24   BY MR. NESTLER:

25   Q.  Does this video resemble one of the videos you would

1    have seen prior to conducting the search?

2    A.  Yes.

3    Q.  And the individual in the center frame of this video,

4    can you describe what that person is wearing on their top

5    half?

6    A.  It appears to be a ballistic carrier vest with a --

7    Q.  And are you familiar with --

8            THE COURT REPORTER:  I'm sorry.  What vest?

9            THE WITNESS:  Ballistic carrier vest.

10   BY MR. NESTLER:

11   Q.  And I think you were saying "with a" -- and what's on

12   the ballistic carrier vest?

13   A.  Oh, there's a couple of patches that are on it.

14           MR. NESTLER:  And if we could pull up

15   Exhibit 1051.3 already in evidence.

16   BY MR. NESTLER:

17   Q.  And on the screen here, do you see a couple of patches?

18   A.  Yes, I do.

19   Q.  Are these some of the patches you were looking for when

20   you searched Mr. Meggs's property?

21   A.  Yes.

22   Q.  Can you read what the one on the left says?

23   A.  The one on the left, "Guardians of the republic," the

24   number 10, "Not on our watch."

25   Q.  And what does the patch on the right say?

1    A.  "I don't believe in anything.  I'm just here for the

2    violence."

3            MR. NESTLER:  We can take that down, please,

4    Ms. Rohde.

5    BY MR. NESTLER:

6    Q.  Did you locate this patch when searching Mr. Meggs's

7    residence?

8    A.  No.

9    Q.  Approximately how many people from the FBI and the local

10   sheriff's office were involved in the search of his

11   residence?

12   A.  Approximately 19.

13   Q.  And approximately how long did the team spend searching

14   the residence?

15   A.  Roughly four and a half hours.

16   Q.  Can you generally describe the property that you

17   searched?

18   A.  Yes.  It was a fenced-in compound with an electronic

19   gate.  It had a house, a shed, a barn.  There was an RV

20   there and three vehicles parked in the driveway.

21   Q.  Did you search all of those structures and vehicles?

22   A.  Yes.

23   Q.  Would you characterize your search as thorough or

24   cursory?

25   A.  I would say it was extremely thorough.  Yes.

1    Q.  Why would the FBI conduct a thorough search?

2    A.  It's our policy to conduct a thorough search.

3              THE COURT:  Mr. Nestler, I may have missed this,

4    and I apologize.  Could you just ask the special agent the

5    date of the search?

6              MR. NESTLER:  I'm sorry.  Yes.

7    BY MR. NESTLER:

8    Q.  February 17th of 2021:  Is that the date that the search

9    was conducted?

10   A.  Yes.

11             THE COURT:  Thank you.

12             MR. NESTLER:  Of course.

13   BY MR. NESTLER:

14   Q.  While you were searching the property, was there a

15   person there with a camera?

16   A.  Yes.

17   Q.  Why?

18   A.  To document in pictures the search from beginning to

19   end.

20   Q.  Is that part of FBI's protocol?

21   A.  Yes, it is.

22   Q.  Have you reviewed photographs taken by your colleagues

23   during that search?

24   A.  Yes.

25             MR. NESTLER:  If we could show just the witness

1     and defense counsel 720.53 and .58 through .60.

2              (Whereupon, Government's Exhibit Nos. 720.53 and

3     720.58 through 720.60 were published to the witness.)

4     BY MR. NESTLER:

5     Q.  Are those four photographs of items that you recall

6     observing while you were at Mr. Meggs's property on

7     February 17th of 2021?

8     A.  Yes.

9     Q.  Do they fairly and accurately depict the property and

10    the evidence as you recall them?

11    A.  Yes.

12             MR. NESTLER:  The Government moves to admit into

13    evidence Exhibits 720.53, .58, .59 and .60.

14             THE COURT:  Any objection?

15             MR. WOODWARD:  No objection.

16             THE COURT:  Those exhibits will be admitted.

17             (Whereupon, Government's Exhibit Nos. 720.53 and

18    720.58 through 720.60 were entered into evidence.)

19             MR. NESTLER:  Can we please pull up on the screen,

20    Ms. Rohde, 720.53.

21    BY MR. NESTLER:

22    Q.  What are we looking at here in the center of the screen

23    that's green, Agent Arney?

24    A.  A polo shirt with a sewn-in decal that says Oath

25    Keepers.  Or a patch.

1          MR. NESTLER:  And if we could now go to 720.58.

2     BY MR. NESTLER:

3     Q.  What are we looking at here?

4     A.  This is a telephone with a text message appearing on

5     there.

6     Q.  And what's the name of the person that the phone says

7     the message is from?

8     A.  Dad.

9     Q.  And what did Dad write?

10    A.  "They got me."

11    Q.  And approximately -- well, what time is being shown on

12    the screen of the phone?

13    A.  The screen time is 9:34.

14    Q.  And does the message say approximately when the message

15    was received?

16    A.  It says one hour ago.

17          MR. NESTLER:  And if we could now go to 720.59.

18    BY MR. NESTLER:

19    Q.  Do you recall a safe being present in Mr. Meggs's house?

20    A.  Yes.

21    Q.  Was the safe open or closed when you searched the

22    property?

23    A.  I believe the safe was open.

24    Q.  Did you locate any firearms in that safe?

25    A.  No.

1          MR. NESTLER:  We can now go to 720.60.

2     BY MR. NESTLER:

3     Q.  What are we looking at here, Agent Arney?

4     A.  Those are flags with Oath Keepers on them.

5     Q.  Agent Arney, while you were at the house and on

6     Mr. Meggs's property, was there any sign of a fire?

7     A.  Not that I observed.  No.

8     Q.  Was there any sign of fire damage?

9     A.  No.

10          MR. NESTLER:  We can take this photo down, please.

11     BY MR. NESTLER:

12     Q.  Now, let's move forward about six weeks.  Okay, Agent

13     Arney?

14     A.  Yes.

15     Q.  Let's move forward till about April 9th of 2021.  After

16     you arrested Mr. Meggs in February of 2021, are you aware of

17     whether he had an attorney named David Wilson?

18     A.  I was.  Yes.

19     Q.  On April 9th of 2021, did you go to Mr. Wilson's law

20     office in Ocala, Florida?

21     A.  I did.

22     Q.  Who told you to go there?

23     A.  You did, sir.

24     Q.  And what did I tell you to do while you were there?

25     A.  Gather articles of clothing, et cetera, that was to be

1      put into evidence.

2      Q.  Did you go to Mr. Wilson's office?

3      A.  I did.

4      Q.  What did you do while you were there?

5      A.  I gathered the clothing and other articles as evidence.

6      Q.  Let's go through those items now.

7              Have you recently reviewed them?

8      A.  Yes.

9              MR. NESTLER:  We'll start with Exhibit 5.  If I

10     could ask Special Agent Abrams to pull Exhibit 5 and bring

11     it over to you, Agent Arney.

12             (Special Agent Abrams tenders items to witness.)

13     BY MR. NESTLER:

14     Q.  Let's start with the item up on top, if you could, Agent

15     Arney.  Could you --

16             MR. NESTLER:  Well, first of all, the

17     Government -- let me back up for a second.

18     BY MR. NESTLER:

19     Q.  Does this box, Government's Exhibit 5, contain items

20     that you collected from Mr. Wilson's office?

21     A.  Yes, sir.  Yes, it does.

22             MR. NESTLER:  The Government moves into evidence

23     Exhibit 5.

24             MR. WOODWARD:  No objection.

25             MS. HALLER:  Can we see it?

```
1    BY MR. NESTLER:

2    Q.  Agent Arney, can you stand up, with the Court's

3    permission, and can you hold up the top item and display it

4    to the jury?

5    A.  (Complies.)

6              THE COURT:  5 is admitted and can now be shown to

7    the jury.

8              (Whereupon, Government's Exhibit No. 5 was entered

9    into evidence.)

10             MR. NESTLER:  Thank you, your Honor.

11   BY MR. NESTLER:

12   Q.  Can you please describe -- you can just start with the

13   vest.  Can you describe that vest for us?

14   A.  This is a ballistic carrier vest.

15   Q.  You can sit down.  If you can use the microphone, too.

16   A.  (Complies.)

17             MR. NESTLER:  If we could pull back up on the

18   screen, Ms. Rohde, 1051.1 at about 15 seconds.  It's right

19   there.

20   BY MR. NESTLER:

21   Q.  Does that vest that you're holding, Exhibit 5, appear

22   consistent with the vest we see on the screen at 1051.1?

23   A.  Yes.

24   Q.  On the back of that vest, is there a patch?

25   A.  Yes, there is.
```

1    Q.  And what does that patch say?

2    A.  "Oath Keepers, guardians of the republic," the number

3    10, "Not on our watch."

4    Q.  Does that vest have a patch that says:  "I'm not here

5    for the violence" -- sorry.  I'm just -- "I'm only here for

6    the violence"?

7    A.  No, it does not.

8    Q.  What's the approximate weight of that vest, Agent Arney?

9    A.  These are the ballistic ceramic plates that you can put

10   inside the vest.  With both plates in, it runs about 20 to

11   25 pounds.

12   Q.  When you received this vest, were the ballistic plates

13   inside of it?

14   A.  Yes.

15   Q.  Can you explain -- can you hold up one of those plates

16   for the jury?  You can put the vest down.

17   A.  Yes.

18   Q.  Have you ever worn a plate carrier or plate vest?

19   A.  Yes, I have.

20   Q.  Why?

21   A.  As an FBI agent, when we would do searches or arrests,

22   we would put on vests to take people into custody.

23   Q.  What are the plates inside of the vest designed to do?

24   A.  To slow down or stop high-velocity rounds, projectiles.

25   Q.  Bullets?

1   A.  Correct.

2   Q.  Does wearing a plate carrier with plates have any effect

3   on the wearer's movement?

4   A.  Absolutely.

5   Q.  In what way?

6   A.  It's very hot, uncomfortable and it restricts upper body

7   movement.

8   Q.  What are -- as far as you're aware, what are plate

9   carriers with plates designed to do?  What kind of

10  adversaries would a person be concerned about if they were

11  wearing those?

12  A.  Most commonly the adversary would have a gun of some

13  sort.

14  Q.  You can put the plate down.

15  A.  (Complies.)

16  Q.  Was there also, in Government Exhibit 5, a tactical

17  vest?

18  A.  Yes.

19  Q.  When you received that from Mr. Meggs's lawyer, did it

20  have any plates in it?

21  A.  No.

22  Q.  Does that vest have that patch we were talking about

23  that said:  "I'm only here for the violence"?

24  A.  No, it does not.

25  Q.  Inside of that box, is there also a waist pouch?

1    A.  Yes.

2    Q.  Can you please hold that up for the jury and then tell

3    the jury what a waist pouch is.

4    A.  So it just affords the wearer extra pockets to carry

5    additional equipment.  Usually it's used for magazines

6    for -- additional magazines for a gun.

7    Q.  Thank you.  You can put that stuff back in the box.

8            MR. NESTLER:  Now we'll go to Government Exhibit

9    6.

10           Agent Abrams, if you wouldn't mind grabbing that

11   and showing it to defense counsel.

12           (Special Agent Abrams tenders items to the

13   witness.)

14   BY MR. NESTLER:

15   Q.  And these items in Government Exhibit 6, did you also

16   obtain these from Mr. Meggs's attorney?

17   A.  I did.

18           MR. NESTLER:  The Government moves into evidence

19   Government Exhibit 6.

20           MR. WOODWARD:  No objection.

21           THE COURT:  Exhibit 6 will be admitted.

22           (Whereupon, Government's Exhibit No. 6 was entered

23   into evidence.)

24   BY MR. NESTLER:

25   Q.  If you could please tell the jury what's inside the box.

1    A.   Three helmets.

2    Q.   And how would you characterize these helmets?

3    A.   One helmet in particular has additional weight which I

4    believe has some ballistic capability to it.

5    Q.   What does it mean when a helmet has ballistic

6    capability?

7    A.   So it provides the wearer with additional layers of

8    protection against a high-velocity projectile.

9    Q.   And do these helmets have any patches on them?

10   A.   Yes.  One has an Oath Keepers patch on the side.  And

11   there's a third helmet that also has an Oath Keepers patch

12   on the side.

13   Q.   Thank you, Agent Arney.

14              MR. NESTLER:  We can take that down, please.

15              Now we'll go to Government Exhibit 16.

16              While we're doing that, the Government is going to

17   move into evidence Government Exhibit 1107 pursuant to a

18   business records certification.

19              MR. WOODWARD:  No objection.

20              THE COURT:  1107 will be admitted.

21              (Whereupon, Government's Exhibit No. 1107 was

22   entered into evidence.)

23              MR. NESTLER:  Can we put on the screen, Ms. Rohde,

24   Government Exhibit 1107, which, pursuant to a business

25   records certification, is a photograph from January 5th of

1    2021.

2    BY MR. NESTLER:

3    Q.  Do you see the photograph on the screen, Agent Arney?

4    A.  I do.

5    Q.  And do you see the person in the middle wearing a plate

6    carrier?

7    A.  Yes.

8    Q.  Is that plate carrier consistent with the ones -- one of

9    the ones we just saw in Exhibit 5?

10   A.  It is.

11   Q.  And now if we could show you Government Exhibit 16.

12              (Special Agent Abrams tenders items to the

13   witness.)

14   BY MR. NESTLER:

15   Q.  Are these items that you recovered from Mr. Meggs's

16   lawyer?

17   A.  Yes.

18              MR. NESTLER:  The Government moves into evidence

19   Government Exhibit 16.

20              MR. WOODWARD:  No objection.

21              THE COURT:  16 will be admitted.

22              (Whereupon, Government's Exhibit No. 16 was

23   entered into evidence.)

24   BY MR. NESTLER:

25   Q.  If you could please display them to the jury and tell us

1    what they are.

2    A.  They're neck gaiters with an American flag symbol on

3    them.

4    Q.  What's a neck gaiter?

5    A.  It's commonly worn around the neck or face.

6    Q.  The neck gaiters that you're holding up now, are they

7    consistent with the one being worn on this person here in

8    Government Exhibit 1107?

9    A.  Yes.

10                MR. NESTLER:  Finally, let's move to Government

11    Exhibit 17.

12                (Special Agent Abrams tenders item to the

13    witness.)

14    BY MR. NESTLER:

15    Q.  Is Government Exhibit 17 also an item you recovered from

16    Mr. Meggs's lawyer?

17    A.  Yes, it is.

18                MR. NESTLER:  The Government moves into evidence

19    Exhibit 17.

20                MS. HALLER:  No objection.

21                THE COURT:  17 will be admitted.

22                (Whereupon, Government's Exhibit No. 17 was

23    entered into evidence.)

24    BY MR. NESTLER:

25    Q.  Can you please display it for the jury, Agent Arney?

1    A.   (Complies.)

2    Q.   And can you read the back of it for us.

3    A.   Sure.  Across the top, it says:  "Oath Keepers.

4    Guardians of the republic.  Not on our watch.  Established

5    April 19th, 2009.  Lexington Green, Mass -- or MA."

6    Q.   And what does the size on the inside label say?

7    A.   This is triple extra large.

8    Q.   Thank you, Agent Arney.

9            MR. NESTLER:  If you can grab that, Agent Abrams.

10   Thank you.

11           Now, let's talk about firearms briefly, Agent

12   Arney.

13           If we can pull up on the screen 4801.5, already in

14   evidence.

15   BY MR. NESTLER:

16   Q.   Do you see in this photograph Kelly Meggs, Connie Meggs

17   and Zachary Meggs?

18   A.   I do.

19   Q.   Do you see them carrying firearms or holding firearms?

20   A.   Yes.

21   Q.   Did you locate any of those firearms when you searched

22   their property in February of 2021?

23   A.   No.

24           MR. NESTLER:  If we could pull up now Government

25   Exhibit 4807.3, already in evidence.  And if we could zoom

1    in on the top portion, please, until -- right there is

2    perfect.

3    BY MR. NESTLER:

4    Q.  Do you see --

5            MR. NESTLER:  I see Ms. Rohde was right the first

6    time.

7    BY MR. NESTLER:

8    Q.  Do you see where Kelly Meggs says, on September 16th of

9    2020:  "My wife, son and I all have CORE rifle systems,

10    truck guns, like a smaller AR, shoots 223/556"?

11    A.  Yes, I do.

12    Q.  Do you know what a CORE rifle system is?

13    A.  It's an assault rifle.

14    Q.  And do you know what 223/556 is?

15    A.  It's a diameter of a bullet.

16    Q.  And do you see where Mr. Meggs also wrote:  "I also have

17    an AK that shoots 762"?

18    A.  Yes.

19    Q.  What's an AK?

20    A.  It's a Russian assault rifle.

21    Q.  And what's 762?

22    A.  Another diameter measurement of a round.

23    Q.  Did you recover any firearms that resembled the firearms

24    mentioned here from Mr. Meggs's property?

25    A.  No.

1    Q.  Did you recover any firearms like the firearms mentioned

2    here from Mr. Meggs's lawyer?

3    A.  No.

4                MR. NESTLER:  No further questions.

5                THE COURT:  Cross-examination?

6                        CROSS-EXAMINATION

7    BY MR. WOODWARD:

8    Q.  Thank you, Special Agent.  22 years in the service?

9    A.  Yes, sir.

10   Q.  Thank you for that.

11   A.  Thank you.

12   Q.  And we appreciate your coming here today.  Just a couple

13   of questions.

14   A.  Yes, sir.

15   Q.  I recall you testifying that, when you searched

16   Mr. Meggs's house, you were looking for -- forgive me if I

17   misquote you -- but articles of clothing related to the Oath

18   Keepers?

19   A.  Yes, sir.  Any affiliation to the Oath Keepers.

20   Q.  And you found and showed the jury several such articles,

21   including T-shirts?

22   A.  Yes.

23   Q.  Flags?

24   A.  Yes.

25   Q.  In fact, do you recall that the FBI seized the T-shirt

1    that Mr. Meggs was wearing that day?

2    A.   That I didn't recall.

3    Q.   No firearms in the house, however?

4    A.   Correct.

5              MR. WOODWARD:  Nothing further.

6              THE COURT:  Any redirect?

7              Oh, I should ask, any other cross-examination?

8              MR. BRIGHT:  No, sir.

9              THE COURT:  Any redirect?

10             MR. MANZO:  The Government calls --

11             MR. NESTLER:  Sorry.  No, your Honor.

12             THE COURT:  I appreciate the enthusiasm.

13             All right.  Agent Arney, thank you for your time

14   and your testimony.  Safe travels home, sir.

15             THE WITNESS:  Thank you very much, sir.

16             (Witness excused.)

17             THE COURT:  Now Mr. Manzo.

18             MR. MANZO:  We call Jenni Banks, FBI agent, to the

19   stand.

20             Apologies for the delay.  We didn't expect the

21   short cross.

22             THE COURT:  I'm sorry?

23             MR. MANZO:  Apologies for the delay.  We did not

24   expect the short cross.

25             JENNIFER BANKS, GOVERNMENT WITNESS, SWORN

| | |
|---|---|
| 1 | THE COURT:  Agent Banks, welcome.  Have a seat. |
| 2 | Feel free to remove your mask, please. |
| 3 | THE WITNESS:  Thank you. |
| 4 | DIRECT EXAMINATION |
| 5 | BY MR. MANZO: |
| 6 | Q.  Good afternoon, Agent.  Can you please introduce |
| 7 | yourself to the jury by stating and spelling your name. |
| 8 | A.  My name is Jennifer Banks, J-E-N-N-I-F-E-R, B-A-N-K-S. |
| 9 | Q.  What do you do for a living, ma'am? |
| 10 | A.  I'm a special agent with the FBI. |
| 11 | Q.  How long have you been with the FBI? |
| 12 | A.  February will be 20 years. |
| 13 | Q.  And what positions have you held? |
| 14 | A.  Well, I was a special agent up until September 1st when |
| 15 | I was promoted to supervisory special agent. |
| 16 | Q.  And what have your duties been previously as a special |
| 17 | agent? |
| 18 | A.  I have investigated white-collar crime for a couple of |
| 19 | years, violent crime, drug and gang crime, and a little bit |
| 20 | of counterterrorism years ago. |
| 21 | Q.  At some point did you start working on the FBI CAST |
| 22 | team? |
| 23 | A.  Yes.  In May of 2011, I was certified as a CAST asset. |
| 24 | CAST, C-A-S-T, is cellular analysis survey team.  I was |
| 25 | certified in May of 2011. |

1    Q.  And what does the CAST team do?

2    A.  Most of us that are certified have worked violent crime

3    or gangs and have a lot of experience looking at cell phone

4    records from companies like Verizon, T-Mobile, Sprint.  And

5    we look at those records and use the cell site information

6    in those records to determine a general location of where a

7    phone was historically.  And we also use data in real time

8    to locate, you know, missing kids or fugitives or,

9    unfortunately, sometimes the deceased.

10   Q.  How long have you worked with cell phone records?

11   A.  I started using records in my investigations in 2006, in

12   particular, the cell site records.  Tolls have -- I've

13   always used those, all 20 years.

14   Q.  When you say tolls, what do you mean?

15   A.  Sorry about that.  That would just be who a phone number

16   is calling and who's calling it, but without the cell site

17   information.

18   Q.  Have you received any specialized training?

19   A.  Yes.  When I was accepted on the CAST team, or I was at

20   least admitted into our training in 2011, I received over

21   200 hours in additional training on cellular frequencies,

22   the different cellular networks, in addition to training

23   from the service providers on how their records are produced

24   and how to read them.  That was part of my initial training.

25                And then I've gone to some additional schools on

1    radio frequency and the cellular networks, as well as every

2    year we have an annual certification course that we have to

3    take that's sponsored by the FBI.

4    Q.  How many call detail records do you think you've

5    analyzed in your career?

6    A.  Thousands.

7    Q.  And have you done that for the FBI or other law

8    enforcement agencies as well?

9    A.  My requests come from all law enforcement agencies.

10    Q.  Have you ever testified at the request of a defense

11    attorney?

12    A.  Yes.  One time, actually, in Seattle.  I can't remember

13    the particulars, but yes.

14    Q.  Have you given any trainings in cell site analysis?

15    A.  Yes.  Probably an average now once a month.  But I train

16    law enforcement.

17    Q.  And what do these trainings look like?  What are you

18    trying to impart?

19    A.  We teach them how to request, through proper legal

20    process, the actual cell phone records from the providers

21    and then, once you get those records, how to illustrate

22    those on a map to help the user of them determine where a

23    phone was located, or is located.

24    Q.  Have you ever testified in court as an expert?

25    A.  Yes.

```
 1   Q.  Approximately how many times have you been qualified as
 2   an expert?
 3   A.  I believe it's over 30 now.
 4   Q.  When was the last time you testified in court?
 5   A.  Yesterday.
 6   Q.  Were you qualified as an expert?
 7   A.  Yes.  Yes.
 8   Q.  What jurisdiction was that in?
 9   A.  The -- King County in Seattle, Washington.
10   Q.  Have you testified in state courts as well?
11   A.  Yes.  That was state court.  And both state and federal
12   courts I've testified in.
13            MR. MANZO:  Your Honor, at this point, I'd seek to
14   have Agent Banks qualified as an expert in cell site
15   technology and analysis.
16            MR. FISCHER:  No objection.
17            THE COURT:  Agent Banks will be recognized as an
18   expert in cell site technology and analysis.
19            Ladies and gentlemen, let me just advise you of
20   something, which is that there are some witnesses who,
21   because of their expertise, qualify to provide opinion
22   testimony.  If scientific, technical or otherwise
23   specialized knowledge might assist a jury in understanding
24   the evidence or in determining a fact in issue, a witness
25   who possesses knowledge, skill, experience, training or
```

1  education may testify and state an opinion concerning such

2  matters.

3          You are not bound to accept this witness's

4  opinion.  If you find that the opinion is not based on

5  sufficient education or experience, that the reasons

6  supporting the opinion are not sound or that the opinion is

7  outweighed by other evidence, you may completely or

8  partially disregard the opinion.  You should consider this

9  evidence with all the other evidence in the case and give it

10  as much weight as you think it fairly deserves.

11  BY MR. MANZO:

12  Q.  Agent Banks, on your screen in front of you, do you have

13  Government Exhibit 9000?

14  A.  I'm sorry.  Could you repeat that?  Was that a question?

15  Q.  Yes.  On the screen in front of you, do you have

16  Government Exhibit 9000?  Do you recognize what that is?

17  A.  Oh, I'm sorry.  Yes.  I see it's 9000.  Okay.

18  Q.  What is 9000?  What is this report?

19  A.  This is the cover page of my report.

20          MR. MANZO:  Your Honor, we'd seek to publish this

21  to the jury as the agent testifies.

22          THE COURT:  Any objection?

23          MR. BRIGHT:  No, sir.

24          THE COURT:  Government Exhibit 9000 will be

25  admitted.

```
 1              (Whereupon, Government's Exhibit No. 9000 was
 2    entered into evidence.)
 3              MR. MANZO:  Thank you.
 4    BY MR. MANZO:
 5    Q.  Agent --
 6              MR. MANZO:  Can we go to the second page of this
 7    report.
 8    BY MR. MANZO:
 9    Q.  Can you walk the jury through what the second page of
10    your report says generally here?
11    A.  So this page is just an overview of what I'm doing in
12    the report, the pages that follow in the report.
13    Specifically, I give a brief background of how I got
14    involved in the investigation and then kind of explaining
15    how I get records, compare them to a list, put them on a map
16    to show historically where a phone is.
17    Q.  And as a part of your work on this case, have you
18    prepared or reviewed phones that you're not going to talk
19    about today?
20    A.  Yes.
21    Q.  And to the best of your knowledge, you have provided
22    those to our prosecution team.  Correct?
23    A.  Correct.
24    Q.  And what is the methodology of this report?
25    A.  In order to do a historical cell site analysis, I need
```

1    the call records from the phone company, which I'll refer to

2    as CDR, call detail record.  That record shows me date and

3    time of a call, who the parties involved were as far as the

4    phone number goes, how long the call might be, what cell

5    site was used at the beginning of the call, and potentially

6    at the end, depending on the carrier, the provider.

7           I take those records.  I combine it with the tower

8    lists that are obtained from the service providers, meaning

9    I can look at a case in January -- what month is it? --

10   October of 2022 that happened in January of 2020.  And if

11   that's the case, I need to look at where the towers were in

12   January of 2020.  So I need the tower makeup as it was at

13   the time of an incident or of analysis.

14          So I take the tower list, the CDR, and I combine

15   them and review them both together and create a map that

16   depicts where a phone was historically during the time

17   period I'm requested to analyze.

18   Q.  And were you able to determine certain cell site

19   locations based on the time of the report that you created

20   here?

21   A.  Yes.

22          MR. MANZO:  Going forward now to the next page,

23   please.

24   BY MR. MANZO:

25   Q.  Can you give an example or tell the jury what a cell

1  tower is?

2  A.  Yes.  So a brief overview of what I'm also doing when

3  I'm comparing those records is I'm trying to understand what

4  the cellular network looked like from each provider.  So in

5  order to do that, you need to understand a little bit about

6  what towers look like.  So this -- is this posted for the

7  jury?

8  Q.  Yes.

9  A.  Okay.  So there's pictures here of examples of several

10  different types of cell towers.  The one we're most familiar

11  with seeing is the one on the top left that has sort of a

12  cloudy background in it.  That one is like your typical mono

13  pole in the ground with an array of antennas around it.

14       The other ones are just illustrative to show you

15  that they can be kind of anywhere.  You may not know there's

16  a tower somewhere that's providing you service.

17       Here in D.C. we have them very close together.

18  I've worked here -- I worked here for ten years at the

19  beginning of my career and got very comfortable with where

20  they were all located.  So they all, more than likely, are

21  on a building here or just sort of embedded into the façade

22  of a building, too.  So this page is to show you what they

23  might look like.

24       MR. MANZO:  Ms. Rohde, can we go to the next page.

25

```
1    BY MR. MANZO:
2    Q.  Can you talk about sectors and orientation?
3    A.  So no matter what they might look like -- we'll fall
4    back to that mono pole, that tower in the ground -- because
5    all of the antennas on a tower are focused around a specific
6    latitude and longitude point.  From that, the providers will
7    set up an array of antennas around it to provide a
8    360-degree of coverage around that point.
9             They might do that with one antenna and provide an
10   omni-directional tower.  But most likely, or most common, is
11   a three-sector tower that -- the three into 360 is
12   120-degree sectors.  So we'll split that circle in three.
13            And so, generally, each sector or each antenna
14   that's facing a certain sector provides 120 degrees of
15   coverage, or a third of that circle.
16            So the companies label each of those antennas 1, 2
17   or 3.  This picture shows the sector 1.  In this case, it
18   would be oriented at 12 o'clock on a clock face or, as the
19   records tell us, or the tower lists tell us, at zero degrees
20   north.  Sector 2 would be at 120 degrees.  Sector 3, at 240.
21            So the beam of that antenna -- think of a
22   flashlight.  I'm pointing it at zero degrees.  But if you're
23   off 60 degrees, you can still see it; it's just not as
24   bright as when you're in front of it.
25            So that's sort of how -- that's kind of a simple
```

1    way to understand the frequencies that are coming off a

2    tower, is if you're kind of right in front of it, clear line

3    of sight, you get the strongest part of that signal.  And it

4    will dissipate as you move away from it or out of its line

5    of sight.

6    Q.  Thank you.

7         MR. MANZO:  Ms. Rohde, can we go to the next page.

8    BY MR. MANZO:

9    Q.  Is this basically the sector illustration that you were

10   talking about here?

11   A.  Yes.  So in my maps, you will see, depending on what

12   degree azimuth, or degree that that antenna was pointed at,

13   I will illustrate in my maps that you'll see in the next

14   pages by this wedge with a shaded arc.  And it's not meant

15   to indicate that that's the coverage area; it's just where

16   that flashlight is pointed.

17        So if I see cell site, you know, 1, 2, 3, 4 in a

18   subject's -- excuse me -- a target phone's records and I

19   look up that tower in the tower list, it will tell me it's

20   at zero degrees, for example, and I will draw that

21   zero-degree wedge on my map.

22   Q.  Thank you.

23        MR. MANZO:  Can we go to the next page.

24   BY MR. MANZO:

25   Q.  Is this what you're talking about in terms of sector

1     mapping illustration?

2     A.   Yes.   And it will indicate whether it's an incoming call

3     or an outgoing call.   It's not -- the drawing doesn't change

4     depending on what type of activity it was on the records.

5     It's just meant to show that that phone used resources on

6     that specific cell site.

7               MR. MANZO:   Ms. Rohde, can we go to the next page,

8     please.

9     BY MR. MANZO:

10    Q.   So in preparation for your testimony here today, did we

11    ask you to analyze a phone number ending in 6558 associated

12    with Stewart Rhodes for the period of January 3, 2021, to

13    January 5, 2021?

14    A.   Yes.

15    Q.   What is this map currently in front of the jury?

16    A.   So this map is to show an overview of the movement of

17    that phone from January 3rd to January 5th.   You don't see

18    those wedges on this at this point because there's -- at

19    this point, I'm just trying to show more of an overview of

20    the long movement that this phone made.

21              THE COURT REPORTER:   Did you say long or lawn?

22              THE WITNESS:   Long.   The distance it moved.

23              So the red dots indicate the specific

24    lat/longitude of a tower.

25

1    BY MR. MANZO:

2    Q.  And so where did the phone number ending in 6558 begin

3    on 1-3-21?

4    A.  So this phone was in Granbury, Texas.  One of the last

5    registrations I saw in that area was at 1:59 p.m. on

6    January 3rd, 2021.  And it moved to D.C. -- I'm sorry.  You

7    can actually see, as you follow these red dots, we have some

8    cell site activity up until -- as the phone moves east

9    towards Shreveport.

10            There's no activity after that until we get

11   towards Mississippi, up through Birmingham, up through

12   Tennessee and into Virginia, and ultimately in D.C. on

13   January 5th, 2021, at 2:38 p.m.

14   Q.  When you say "activity," can you describe what you mean

15   by that to the jury?  What types of activity might create a

16   record in a cell phone tower?

17   A.  So depending on what service provider you're dealing

18   with, you can get different types of things.  So this phone

19   is a Verizon phone.  So on this map, we're largely looking

20   at voice calls.

21            MR. MANZO:  Can we go to the next slide,

22   Ms. Rohde.

23   BY MR. MANZO:

24   Q.  So we also asked you to perform an analysis for the

25   phone number ending in 6843, associated with Ed Vallejo from

1    January 2 to January 5, 2021.  Is that correct?

2    A.  Correct.

3    Q.  Can you describe for the jury what this analysis states?

4    A.  So this is a similar analysis of -- looking at the

5    overview of the long-range distance this phone moved over

6    the course of these days.

7             Starting on January 2nd in 2021, this phone was

8    north of Phoenix.  So this was the first activity I had

9    showing that phone out of that area.

10            The phone began to move to the east.  You can see

11   it almost follows those yellow lines, which are the

12   interstates, and moves through Arkansas, then to Tennessee,

13   up through Virginia, and ultimately in D.C. on January 5th,

14   2021, at 12:52 p.m.

15   Q.  Thank you.

16            MR. MANZO:  Ms. Rohde, can we go to the next page.

17   BY MR. MANZO:

18   Q.  Agent Banks, we also asked you to perform an analysis

19   for the phone numbers associated with Kelly Meggs, Connie

20   Meggs, Kenneth Harrelson, Joseph Hackett, Jason Dolan and

21   Caleb Berry on January 4th, 2021, in the area of Whiteville,

22   North Carolina.

23   A.  That's correct.

24   Q.  Did you do that analysis?

25   A.  I did.

```
1              MR. MANZO:  Can we go to the next page.

2    BY MR. MANZO:

3    Q.  What are we looking at here?

4    A.  This is the phone number ending in 0600.  And when I

5    reviewed the range of records that I had, I was able to

6    determine that -- and I -- excuse me.  I looked from

7    January 4th at 5:00 p.m. to January 6th at 6:00 a.m.  And in

8    that time, the phone had registrations on towers in

9    Whiteville, North Carolina, at the times noted on this

10   picture, in this illustration.

11             THE COURT REPORTER:  I'm sorry.  Just for clarity

12   of the record, you said January 6th.  Is that what you meant

13   to say?

14             THE WITNESS:  No.  I meant to say January 5th at

15   6:00 a.m.  Thank you.

16   BY MR. MANZO:

17   Q.  And the address of 1880 Dock Road, Whiteville, North

18   Carolina, did we give that to you or did you give that to

19   us?  Why is it on the map?

20   A.  That was provided to me.

21   Q.  Do you know any significance of what that address is?

22   A.  It's someone's home.  But I don't know whose.

23   Q.  And just to be clear, have you been intimately involved

24   in the case other than performing cell site analysis?

25   A.  No.
```

1          MR. MANZO:  Can we go to the next page, please.

2    BY MR. MANZO:

3    Q.  What are we looking at on Page 11 of your deck?

4    A.  This is a phone ending in 8614 that I'm told belongs to

5    a Connie Meggs.  That phone had activity in Whiteville,

6    North Carolina, on January 5th at 12:02 a.m.

7    Q.  Can you just describe to the jury what that two-legged

8    triangle means again?

9    A.  So the --

10   Q.  And circle it on your screen.

11   A.  Oh, yes.  Of course.  So the red dot is a Verizon tower.

12   That's that lat/longitude.

13          The callout box you see indicates an E-node-B, No.

14   156405-3.  So that was the number of the cell -- unique cell

15   ID for -- part of it, for this device that was used on

16   January 5th at 12:02 a.m.

17          So I looked that up in the tower list, found the

18   lat/longitude and the orientation of that sector 3, and

19   determined it was facing -- I think this one is, like, 355

20   degrees.  It's just off zero degrees, if my memory serves me

21   correct.

22   Q.  Thank you.

23          MR. MANZO:  Can we go to the next page.

24   BY MR. MANZO:

25   Q.  Agent Banks, what are we looking at on Page 12?

1    A.  This is a phone number ending in 0136 that I am told was

2    used by Kenneth Harrelson.  This phone had activity in the

3    area of Whiteville, North Carolina, on January 4th in the

4    later evening hours through January 5th to the morning.

5    Q.  And I'm looking at the numbers on the right, and it

6    seems like there's a number of entries from 1:00 a.m. all

7    the way through till 4:34 a.m.  Does that mean that the

8    phone was being actively used to call people during that

9    period?

10   A.  No.  The items in bold are actually data sessions.  So

11   when we use our phone to connect to the data network, that's

12   what I'm showing here.  This is an AT&T phone, so they

13   provide -- they provide all that information to us with our

14   request.

15          The 9:57 p.m. is not bolded, so that is a voice or

16   a text.

17          You see all this -- you see activity every 10, 20

18   minutes perhaps.  It could be user-driven, but it could also

19   be an app in the background.  You know, your Snapchat or

20   something is constantly updating.  I wouldn't know unless I

21   could look at a phone.  Or you can request -- from AT&T, you

22   can request a flow logic report where it will tell you

23   website access sometimes.

24   Q.  Thank you.

25          MR. MANZO:  And, Ms. Rohde, can we go to the next

1    page.

2    BY MR. MANZO:

3    Q.  What are we looking at on Page 13?

4    A.  This is phone number ending in 6396 that was used by a

5    Joseph Hackett.  This phone also had activity near

6    Whiteville, North Carolina, on January 4th, in the evening

7    hours, through the morning hours of January 5th.

8    Q.  Thank you.

9         MR. MANZO:  Ms. Rohde, can we go to the next page.

10   BY MR. MANZO:

11   Q.  What are we looking at on Page 14?

12   A.  Again, this is a phone number ending in 6217 that was

13   used by a Jason Dolan.  This phone had activity on towers in

14   Whiteville, North Carolina, on the evening hours of

15   January 4th into the morning hours of January 5th.

16        MR. MANZO:  Can we go to the next page, Ms. Rohde.

17   BY MR. MANZO:

18   Q.  What are we looking at here on Slide 15?

19   A.  The same thing as the other phones.  This one is ending

20   in 2552, used by a Caleb Berry.  This phone had activity in

21   Whiteville, North Carolina, on the evening hours of

22   January 4th into the morning hours of January 5th.

23   Q.  I'm looking at the sector analyses here.  They look

24   different.  Can you tell the jury what's going on here?

25   A.  So this is showing this phone coming into the -- it just

1    had more activity to plot or to map.  It shows the phone

2    coming into the area, gets down near that White [sic] Dock

3    Road address, and appears to be using multiple sectors on

4    that tower.  Again, that would indicate to me that phone

5    wasn't necessarily stationary the whole time, and then

6    begins to move out at 5:00 in the morning out of Whiteville,

7    North Carolina.

8    Q.  Thank you.

9            MR. MANZO:  Ms. Rohde, can we go to the next page.

10   BY MR. MANZO:

11   Q.  Did we also ask you to prepare an analysis here for

12   trial for phone numbers that were in the vicinity -- not

13   phone numbers, but phones pinging off towers in the vicinity

14   of 122 North Glebe Road, Arlington, Virginia, between

15   January 5 and 7, and specifically for the phones associated

16   with Jessica Watkins, Donovan Crowl, Bennie Parker, Sandra

17   Parker, Thomas Caldwell, Connie Meggs, Kenneth Harrelson,

18   David Moerschel, Caleb Berry, Ed Vallejo, Todd Kandaris and

19   Jeffrey Stamey?

20   A.  Yes.

21   Q.  And did you perform that analysis?

22   A.  Yes.

23           MR. MANZO:  Can we go to the next page, please.

24   BY MR. MANZO:

25   Q.  What are we looking at at Page 17?

1    A.  This is the number ending in 8551 believed to be used by

2    Jessica Watkins.  I had activity near the Comfort Inn on

3    Glebe Road in Arlington at 6:12 on January 5th, 2021.  That

4    was 6:12 p.m.  It had another activity at 8:35 p.m. and then

5    one at 5:04 the next morning, on January 6th.

6    Q.  Agent, are you aware of the importance or unimportance

7    of the Comfort Inn in this case?

8    A.  I believe it was a meeting location for several people.

9    Q.  But again, you're not intimately involved in the details

10   of the case other than the cell site analysis?

11   A.  No.  I just assumed, because they wanted to know if they

12   were all there.

13   Q.  Fair enough.  Thank you.

14            MR. MANZO:  Can we go to the next page, Ms. Rohde.

15   BY MR. MANZO:

16   Q.  What are we looking at at Page 18?

17   A.  This is the number ending in 7949 showing this phone

18   using resources near the Comfort Inn Glebe Road Hotel on

19   January 5th at 5:02 p.m. through 7:24 p.m.

20            MR. MANZO:  Can we go to the next page, Ms. Rohde.

21            THE WITNESS:  This is --

22   BY MR. MANZO:

23   Q.  So on Page 19, what are we looking at?

24   A.  This is the number ending in 7949 believed to be used by

25   Donovan Crowl that had -- that used cellular resources near

1    the Comfort Inn Glebe Road -- on Glebe Road on January 6th

2    at 8:07 p.m. to January 7th at 11:21 a.m.

3    Q.  And can you just circle the location on the map where

4    the Comfort Inn at Glebe Road is?

5    A.  (Complies.)

6    Q.  Thank you.  And for the record, you just circled the

7    blue flag in the middle of the page?

8    A.  Yes.

9          MR. MANZO:  Ms. Rohde, can we go to the next page.

10   BY MR. MANZO:

11   Q.  What are we looking at on Page 20?

12   A.  This is illustrating the number ending in 5576, believed

13   to be used by Bennie Parker, on January 5th, 2021, at 5:15

14   p.m. to 6:49 p.m.

15         MR. MANZO:  Can we go to the next page, Ms. Rohde,

16   please.

17   BY MR. MANZO:

18   Q.  What are we looking at here?

19   A.  This is that same phone number, now again on January 6th

20   at 6:20 p.m. into the morning of January 7th at 11:01 a.m.

21         MR. MANZO:  Ms. Rohde, can we go to the next page.

22   BY MR. MANZO:

23   Q.  What are we looking at here on Page 22?

24   A.  This is the phone number ending in 6790, believed to be

25   used by Sandra Parker, that was used on January 5 at 11:40

1    p.m.

2              MR. MANZO:  Can we go to Page 23.

3    BY MR. MANZO:

4    Q.  What are we looking at on Page 23?

5    A.  This is a phone number ending in 3957 believed to be

6    used by Thomas Caldwell that was using resources at the

7    Comfort Inn -- excuse me -- believed to be using cellular

8    resources providing service to the Comfort Inn on

9    January 6th, 2021, from 4:46 a.m. to 5:04 a.m.

10   Q.  Now, if somebody turned off their phone or took the

11   battery out of their phone, would that phone still hit off a

12   tower in any way?

13   A.  No.

14   Q.  Again, can you tell based on this information whether

15   these are voice calls, text messages or data sessions?

16   A.  These are voice or SMS.

17             MR. MANZO:  Can we go to the next page.

18             MR. BRIGHT:  I'd ask her to repeat that, your

19   Honor.  The second part sounded muffled.

20             THE WITNESS:  I said those are voice or SMS.

21             MR. BRIGHT:  Thank you.

22   BY MR. MANZO:

23   Q.  What are we looking at at Page 24?

24   A.  This is the phone number ending in 3957, believed to be

25   used by Thomas Caldwell.  This phone used cellular resources

1    providing service to the Comfort Inn from January 6th -- on

2    January 6th, 2021, at 5:29 p.m. to January 7th, 2021, at

3    11:00 a.m.

4              MR. MANZO:  Can we go to the next page.

5    BY MR. MANZO:

6    Q.  What are we looking at here on Slide 25?

7    A.  This is the phone number ending in 0600, believed to be

8    used by Kelly Meggs, on January 5th at 11:44 a.m., using a

9    tower providing service to the Comfort Inn on Glebe Road.

10             MR. MANZO:  Can we go to the next page.

11   BY MR. MANZO:

12   Q.  What are we looking at on Page 26?

13   A.  This is the phone ending in 8614, believed to be used by

14   Connie Meggs, from January 5th, 2021, at 11:33 a.m. to 12:05

15   p.m., using the cell tower that would provide service to the

16   Comfort Inn on Glebe Road in Arlington.

17             MR. MANZO:  Can we go to Page 27.

18   BY MR. MANZO:

19   Q.  What are we looking at on Page 27?

20   A.  This is a phone number ending in 0136, believed to be

21   used by Kenneth Harrelson, on January 5th, 2021, at 11:31

22   a.m.

23             MR. MANZO:  Can we go to Page 28.

24   BY MR. MANZO:

25   Q.  What are we looking at here?

1    A.  This is that same phone number for -- ending in 0136 on

2    January 7th at 9:08 a.m. to 9:43 a.m., using a cell tower

3    that's to the northeast of the Comfort Inn on Glebe Road in

4    Arlington.

5    Q.  Now, when a cell phone is in your pocket, for example --

6    and let's say there's no data sessions going on -- will that

7    phone be hitting off a tower or will that phone not be

8    communicating with a tower that would show up on your

9    records?

10   A.  Similar to the earlier question about overnight, if your

11   phone is there and apps are in the background, it will still

12   register with the tower -- excuse me -- it will still use

13   resources if there are active data sessions trying to

14   communicate with the network.

15   Q.  If there's no active data sessions, would any records

16   appear?

17   A.  Right.  If you had everything closed out and you weren't

18   making any calls or texts, then no.

19           MR. MANZO:  Can we go to Slide 29.

20   BY MR. MANZO:

21   Q.  Can you describe what we're looking at in Slide 29?

22   A.  This is a phone number ending in 9475, used by David

23   Moerschel, from January 5th, 2021, at 12:00 p.m. to 12:30.

24   There were two cell site registrations on a tower that would

25   provide service to the Comfort Inn on Glebe Road in

1    Arlington.

2            MR. MANZO:  Can we go to Page 30.

3    BY MR. MANZO:

4    Q.  What are we looking at here?

5    A.  This is illustrating a phone number ending in 2552, used

6    by -- believed to be used by Caleb Berry, on January 5th at

7    11:42 a.m. to 12:03 p.m., Using a cell tower that provides

8    service to the Comfort Inn on Glebe Road in Arlington.

9            MR. MANZO:  Page 31.

10   BY MR. MANZO:

11   Q.  What are we looking at here?

12   A.  This is the phone ending in 2552 continued into January

13   7th at 7:47 a.m. to 8:00 a.m.  That phone used two cellular

14   towers, one that would provide coverage to the Comfort Inn

15   and one off to the east that would provide coverage in that

16   general area.

17           MR. MANZO:  Can we go to Slide 32.

18   BY MR. MANZO:

19   Q.  What are we looking at on Slide 32?

20   A.  This is a phone number ending in 4843, believed to be

21   used by Ed Vallejo, on January 5th, 2021, at 12:52 p.m.

22   through 12:45.  We see that phone used cell site resources

23   that provide coverage to the Comfort Inn on Glebe Road.  And

24   then at 3:31 that phone has moved to the east towards the

25   District of Columbia.

```
1              MR. MANZO:  Can we go to the next page.

2    BY MR. MANZO:

3    Q.  What are we looking at on Page 33?

4    A.  This is also the phone ending in 6843 used by Ed

5    Vallejo.  This is now showing January 6th at 7:28 in the

6    morning to 11:36 a.m.  There are four registrations on a

7    tower that would provide service to the Comfort Inn on Glebe

8    Road.

9              MR. MANZO:  Can we look at Page 34.

10   BY MR. MANZO:

11   Q.  What are we looking at on Page 34?

12   A.  This is the phone number ending in 6843, again, for Ed

13   Vallejo, now showing on January 6th.  In the timeframe from

14   2:00 p.m. to 10:00 p.m., that phone was using resources that

15   would provide coverage to the Comfort Inn on Glebe Road.

16   And then, by 9:08, that phone has moved out to the west

17   towards Falls Church.

18   Q.  Now, on the right, on your map here, it says:  "62 SMS,

19   3 voice."

20              What does that mean?

21   A.  That -- because there was quite a bit of activity in the

22   2:32-p.m.-to-9:00-p.m. timeframe, I just summarized it by

23   saying how many.  So there were 62 text messages and three

24   voice calls.

25              MR. MANZO:  Can we go to the next page.
```

1    BY MR. MANZO:

2    Q.  What are we looking at here on Page 35?

3    A.  This phone is also ending in 6843 for a phone used by Ed

4    Vallejo.  We're looking at January 6th at 11:00 p.m. now.

5    That phone is in the East Falls Church area and moved

6    towards the Comfort -- towards the cellular towers that

7    would provide service to the Comfort Inn in Arlington at

8    11:15 p.m. up until the 12:25 a.m. on the 7th.

9              MR. MANZO:  Can we look at Page 36.

10   BY MR. MANZO:

11   Q.  What are we looking at on Page 36?

12   A.  This is a phone number ending in 2299, believed to be

13   used by Todd Kandaris.  On January 5th at 1:23 p.m. up until

14   2:24 p.m., that phone used cellular resources that would

15   provide service to the Comfort Inn on Glebe Road in

16   Arlington.

17             MR. MANZO:  Can we go to Page 37.

18   BY MR. MANZO:

19   Q.  What are we looking at on Page 37?

20   A.  This is the number ending in 2299, continued on to

21   January 5th at 9:33 p.m. into the morning hours of

22   January 6th to the afternoon of -- January 6th.  Excuse me.

23             We see that, on January 5th, the phone was using

24   cellular resources that would provide coverage to the

25   Comfort Inn, and then in the morning hours also using an

1    additional sector or antenna that's facing a different

2    orientation at 9:18 up until 4:22 p.m.  And then at 3:08, it

3    appears that phone -- it appears the phone was somewhat

4    mobile, probably moving around that area.

5    Q.  Thank you.

6         MR. MANZO:  Let's go to Page 38.

7    BY MR. MANZO:

8    Q.  What are we looking at on Page 38?

9    A.  This is a phone number ending in 2817, believed to be

10   used by Jeffrey Stamey, on January 5th at 4:48 p.m.  From

11   4:48 p.m. up until 4:04 [sic] p.m., this phone is using

12   cellular resources that would provide coverage to the

13   Comfort Inn.  The phone appears to have some eastern

14   movement in the area of Arlington, and then moves back

15   towards the hotel by 4:15 up until 5:31 p.m.

16   Q.  Thank you.

17        MR. MANZO:  Page 39.

18        THE COURT:  Mr. Manzo, it's about five of 5:00.

19        MR. MANZO:  Your Honor, just for the record, we'd

20   move in the underlying records, pursuant to business records

21   certifications of -- which are Exhibits 2409, 2410, 2406,

22   2404, 2407, 2413, 2417, 2416, 2408, 2401, 2402 and 2403.

23        MS. HALLER:  With the Court's indulgence.

24        (Confers with counsel privately.)

25        MR. MANZO:  We'll just ID them for the record.  My

```
 1    apologies.
 2              THE COURT:  Sorry.  Say that again.
 3              MR. MANZO:  We will just ID those records -- those
 4    records for the record and not move them into evidence.
 5    Those are the underlying records that the agent relied on in
 6    her testimony.
 7              THE COURT:  Okay.
 8              MR. MANZO:  That's it.  Thank you, your Honor.
 9              THE COURT:  If you all could go to the phone
10    quickly.
11              (Whereupon, the following proceedings were had at
12    sidebar outside the presence of the jury:)
13              THE COURT:  Expectation of cross-examination and
14    the length of cross-examination?
15              MR. LINDER:  We plan on doing cross-examination.
16    I would like to have -- wait until the morning.  There are
17    some reports that she didn't put in that we would like to
18    use as exhibits tomorrow morning.
19              THE COURT:  Okay.
20              MR. MANZO:  For the record, we'd be arguing that's
21    outside the scope of her testimony.
22              THE COURT:  Well, that depends on what it is.  So
23    let's break for the evening and then we'll come back in the
24    morning.
25              (Whereupon, the following proceedings were had in
```

```
 1    open court:)
 2              THE COURT:  Ladies and gentlemen, we have come to
 3    the conclusion of our day.  Thank you very much for your
 4    time and attention today.  Reminder:  Tomorrow is Friday, so
 5    we have a half day tomorrow.  9:30 we will start and finish
 6    up around lunchtime.
 7              I just want to impress upon you the sort of
 8    instruction that I gave you at the start of the day about
 9    the hearing on the Hill.  Please avoid viewing any video of
10    it, either in full or excerpts of it, and please avoid any
11    media of it, social media or otherwise.
12              Thank you all very much.  We look forward to
13    seeing you in the morning.
14              (Whereupon, the jury exited the courtroom at 4:57
15    p.m. and the following proceedings were had:)
16              THE COURT:  Have a seat, everyone.
17              Agent, feel free to step down.  I'll ask you not
18    to discuss your testimony with anybody overnight.  Thank
19    you.
20              THE WITNESS:  Thank you.
21              (Witness excused.)
22              THE COURT:  Counsel, can I ask you to get on the
23    phones.
24              (Whereupon, the following proceedings were had at
25    sidebar:)
```

3299

```
 1              THE COURT:  I'm going to -- this part of the
 2      transcript should be under seal.
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



3300









3305



3306



3307





3309



3310



(Proceedings concluded.)

3311

1                                **CERTIFICATE**

2

3                I, LISA EDWARDS, RDR, CRR, do hereby

4       certify that the foregoing constitutes a true and accurate

5       transcript of my stenographic notes, and is a full, true,

6       and complete transcript of the proceedings produced to the

7       best of my ability.

8

9

10               Dated this 13th day of October, 2022.

11

12             /s/ Lisa Edwards, RDR, CRR
               Official Court Reporter
13             United States District Court for the
                 District of Columbia
14             333 Constitution Avenue, Northwest
               Washington, D.C. 20001
15             (202) 354-3269

16

17

18

19

20

21

22

23

24

25

3312

**'**

**'21** [2] - 3222:9, 3222:13

**/**

**/s** [1] - 3311:12

**0**

**0136** [3] - 3285:1, 3291:20, 3292:1
**0600** [2] - 3283:4, 3291:7
**08077** [1] - 3176:10

**1**

**1** [9] - 3225:19, 3225:21, 3225:23, 3226:18, 3227:4, 3227:12, 3278:16, 3278:17, 3279:17
**1,070** [2] - 3223:9, 3223:13
**1-3-21** [1] - 3281:3
**10** [8] - 3175:10, 3202:20, 3203:4, 3205:3, 3252:24, 3260:3, 3285:17
**1051.1** [5] - 3251:14, 3251:18, 3251:22, 3259:18, 3259:22
**1051.3** [1] - 3252:15
**1057** [2] - 3180:2, 3180:3
**106** [1] - 3244:17
**1070** [1] - 3223:19
**10:00** [1] - 3294:14
**10th** [1] - 3216:17
**11** [5] - 3202:18, 3202:24, 3203:5, 3205:11, 3284:3
**1107** [6] - 3177:14, 3263:17, 3263:20, 3263:21, 3263:24, 3265:8
**11:00** [2] - 3291:3, 3295:4
**11:01** [1] - 3289:20
**11:15** [1] - 3295:8
**11:21** [1] - 3289:2
**11:31** [1] - 3291:21
**11:33** [1] - 3291:14
**11:36** [1] - 3294:6
**11:40** [1] - 3289:25

**11:42** [1] - 3293:7
**11:44** [1] - 3291:8
**12** [6] - 3202:19, 3202:24, 3203:5, 3205:19, 3278:18, 3284:25
**120** [2] - 3278:14, 3278:20
**120-degree** [1] - 3278:12
**122** [1] - 3287:14
**12:00** [1] - 3292:23
**12:02** [2] - 3284:6, 3284:16
**12:03** [1] - 3293:7
**12:05** [1] - 3291:14
**12:25** [1] - 3295:8
**12:30** [1] - 3292:23
**12:45** [1] - 3293:22
**12:52** [2] - 3282:14, 3293:21
**12th** [2] - 3181:23, 3182:5
**13** [2] - 3175:6, 3286:3
**130** [1] - 3176:9
**13th** [1] - 3311:10
**14** [1] - 3286:11
**141** [1] - 3176:9
**15** [5] - 3179:19, 3239:1, 3246:21, 3259:18, 3286:18
**15-minute** [2] - 3245:8, 3245:20
**150** [1] - 3248:17
**1532** [2] - 3193:7, 3193:8
**156405-3** [1] - 3284:14
**16** [7] - 3177:15, 3251:15, 3263:15, 3264:11, 3264:19, 3264:21, 3264:22
**16th** [1] - 3267:8
**17** [7] - 3177:15, 3265:11, 3265:15, 3265:19, 3265:21, 3265:22, 3287:25
**17110** [1] - 3176:13
**17th** [4] - 3182:9, 3249:21, 3254:8, 3255:7
**18** [1] - 3288:16
**1808** [1] - 3176:3
**1880** [1] - 3283:17
**19** [2] - 3253:12, 3288:23
**19th** [1] - 3266:5
**1:00** [1] - 3285:6
**1:23** [1] - 3295:13

**1:42** [1] - 3175:7
**1:44** [2] - 3225:25, 3228:14
**1:47** [1] - 3178:13
**1:57** [2] - 3228:15, 3230:6
**1:59** [1] - 3281:5
**1st** [1] - 3270:14

**2**

**2** [7] - 3204:16, 3226:21, 3232:14, 3278:16, 3278:20, 3279:17, 3282:1
**20** [10] - 3184:1, 3223:15, 3239:1, 3246:21, 3260:10, 3270:12, 3271:13, 3285:17, 3289:11
**20,000** [1] - 3199:15
**200** [2] - 3248:17, 3271:21
**20001** [2] - 3176:20, 3311:14
**20010** [1] - 3176:3
**20036** [1] - 3176:6
**2006** [1] - 3271:11
**2009** [1] - 3266:5
**2011** [3] - 3270:23, 3270:25, 3271:20
**2014** [2] - 3224:7, 3224:11
**2015** [1] - 3224:15
**2016** [1] - 3224:16
**202** [2] - 3176:21, 3311:15
**2020** [6] - 3192:20, 3192:23, 3208:19, 3267:9, 3276:10, 3276:12
**2021** [31] - 3181:9, 3181:12, 3181:13, 3182:9, 3216:17, 3245:19, 3249:21, 3254:8, 3255:7, 3257:15, 3257:16, 3257:19, 3264:1, 3266:22, 3280:12, 3280:13, 3281:6, 3281:13, 3282:1, 3282:7, 3282:14, 3282:21, 3288:3, 3290:9, 3291:2, 3291:14, 3291:21, 3292:23, 3293:21
**2022** [5] - 3175:6, 3181:23, 3182:5,

3276:10, 3311:10
**20530** [1] - 3175:21
**20579** [1] - 3175:18
**20th** [2] - 3192:12, 3193:2
**21061** [1] - 3176:16
**218** [1] - 3209:25
**22** [2] - 3268:8, 3289:23
**22-00015** [1] - 3175:3
**223-2** [1] - 3231:17
**223-3** [1] - 3231:17
**223.1** [1] - 3232:14
**223/556** [2] - 3267:10, 3267:14
**2299** [2] - 3295:12, 3295:20
**23** [2] - 3290:2, 3290:4
**24** [1] - 3290:23
**240** [1] - 3278:20
**2401** [1] - 3296:22
**2402** [1] - 3296:22
**2403** [1] - 3296:22
**2404** [1] - 3296:22
**2406** [1] - 3296:21
**2407** [1] - 3296:22
**2408** [1] - 3296:22
**2409** [1] - 3296:21
**2410** [1] - 3296:21
**2413** [1] - 3296:22
**2416** [1] - 3296:22
**2417** [1] - 3296:22
**25** [2] - 3260:11, 3291:6
**2552** [3] - 3286:20, 3293:5, 3293:12
**25th** [2] - 3192:12, 3193:2
**26** [1] - 3291:12
**267** [1] - 3250:5
**27** [4] - 3203:9, 3203:18, 3291:17, 3291:19
**28** [1] - 3291:23
**2817** [1] - 3296:9
**29** [2] - 3292:19, 3292:21
**2:00** [1] - 3294:14
**2:24** [1] - 3295:14
**2:32-p.m.-to-9:00-p.m** [1] - 3294:22
**2:38** [1] - 3281:13
**2:46** [1] - 3232:22
**2nd** [1] - 3282:7

**3**

**3** [10] - 3204:17,

3232:14, 3240:18, 3240:20, 3278:17, 3278:20, 3279:17, 3280:12, 3284:18, 3294:19
**30** [3] - 3184:1, 3273:3, 3293:2
**303** [1] - 3176:9
**31** [1] - 3293:9
**3178** [1] - 3177:6
**3184** [1] - 3177:6
**3185** [1] - 3177:12
**31st** [1] - 3208:19
**32** [2] - 3293:17, 3293:19
**3204** [1] - 3177:17
**3214** [1] - 3177:12
**3216** [1] - 3177:7
**3236** [1] - 3177:7
**3248** [1] - 3177:8
**3255** [1] - 3177:13
**3259** [1] - 3177:13
**3262** [1] - 3177:14
**3263** [1] - 3177:14
**3264** [1] - 3177:15
**3265** [1] - 3177:15
**3268** [1] - 3177:8
**3270** [1] - 3177:9
**3275** [1] - 3177:16
**33** [1] - 3294:3
**3300** [1] - 3175:24
**333** [2] - 3176:19, 3311:14
**34** [2] - 3294:9, 3294:11
**35** [1] - 3295:2
**354-3269** [2] - 3176:21, 3311:15
**355** [1] - 3284:19
**36** [2] - 3295:9, 3295:11
**360** [1] - 3278:11
**360-degree** [1] - 3278:8
**37** [2] - 3295:17, 3295:19
**38** [2] - 3296:6, 3296:8
**39** [1] - 3296:17
**3957** [2] - 3290:5, 3290:24
**3:08** [1] - 3296:2
**3:30** [1] - 3242:23
**3:31** [2] - 3242:25, 3293:24
**3:45** [2] - 3242:24, 3243:3
**3:52** [1] - 3247:7
**3rd** [5] - 3192:20,

3313

3192:23, 3222:18, 3280:17, 3281:6

## 4

**4** [2] - 3204:18, 3279:17
**4031** [1] - 3176:12
**45** [1] - 3241:15
**4801.5** [1] - 3266:13
**4802** [1] - 3185:4
**4802.1** [9] - 3177:12, 3185:2, 3185:8, 3185:10, 3185:13, 3185:18, 3186:5, 3186:18, 3186:24
**4802.2** [1] - 3185:4
**4807.3** [1] - 3266:25
**4843** [1] - 3293:20
**4:04** [1] - 3296:11
**4:15** [1] - 3296:15
**4:22** [1] - 3296:2
**4:34** [1] - 3285:7
**4:46** [1] - 3290:9
**4:48** [2] - 3296:10, 3296:11
**4:57** [1] - 3298:14
**4th** [6] - 3282:21, 3283:7, 3285:3, 3286:6, 3286:15, 3286:22

## 5

**5** [15] - 3177:13, 3204:19, 3258:9, 3258:10, 3258:19, 3258:23, 3259:6, 3259:8, 3259:21, 3261:16, 3264:9, 3280:13, 3282:1, 3287:15, 3289:25
**500,000** [2] - 3229:24, 3231:4
**5202** [1] - 3198:14
**5576** [1] - 3289:12
**58** [2] - 3255:1, 3255:13
**59** [1] - 3255:13
**5:00** [3] - 3283:7, 3287:6, 3296:18
**5:02** [1] - 3288:19
**5:04** [2] - 3288:5, 3290:9
**5:15** [1] - 3289:12
**5:29** [1] - 3291:2
**5:31** [1] - 3296:15
**5th** [24] - 3263:25,

3280:17, 3281:13, 3282:13, 3283:14, 3284:6, 3284:16, 3285:4, 3286:7, 3286:15, 3286:22, 3288:3, 3288:19, 3289:13, 3291:8, 3291:14, 3291:21, 3292:23, 3293:6, 3293:21, 3295:13, 3295:21, 3295:23, 3296:10

## 6

**6** [7] - 3177:14, 3204:20, 3262:9, 3262:15, 3262:19, 3262:21, 3262:22
**60** [3] - 3255:1, 3255:13, 3278:23
**601** [2] - 3175:17, 3176:5
**62** [1] - 3294:18, 3294:23
**6217** [1] - 3286:12
**6396** [1] - 3286:4
**6558** [2] - 3280:11, 3281:2
**6706** [1] - 3176:20
**6790** [1] - 3289:24
**6843** [4] - 3281:25, 3294:4, 3294:12, 3295:3
**6860** [2] - 3196:16, 3241:19
**6860.2** [1] - 3196:16
**6860.44** [2] - 3241:12, 3241:15
**6863.010** [3] - 3222:2, 3222:3, 3222:4
**6863.1** [7] - 3177:12, 3213:19, 3213:22, 3214:1, 3214:2, 3214:5, 3214:10
**6863.2** [1] - 3197:17
**6868-007** [1] - 3223:4
**6868.2** [1] - 3212:21
**6870** [2] - 3240:17, 3240:20
**695** [4] - 3222:10, 3222:13, 3222:19
**6:00** [2] - 3283:7, 3283:15
**6:12** [2] - 3288:3, 3288:4
**6:20** [1] - 3289:20
**6:49** [1] - 3289:14

**6th** [26] - 3222:9, 3222:13, 3224:16, 3225:8, 3225:11, 3225:13, 3226:1, 3229:10, 3230:24, 3231:10, 3231:22, 3250:17, 3251:7, 3283:7, 3283:12, 3288:5, 3289:1, 3289:19, 3290:9, 3291:1, 3291:2, 3294:5, 3294:13, 3295:4, 3295:22

## 7

**7** [3] - 3178:3, 3204:21, 3287:15
**700** [2] - 3175:25, 3237:3
**700.1** [1] - 3216:15
**700.19** [1] - 3220:10
**700.2** [1] - 3217:19
**700.24** [1] - 3219:1
**720.53** [6] - 3177:13, 3255:1, 3255:2, 3255:13, 3255:17, 3255:20
**720.58** [3] - 3255:3, 3255:18, 3256:1
**720.58-720.60** [1] - 3177:13
**720.59** [1] - 3256:17
**720.60** [3] - 3255:3, 3255:18, 3257:1
**7310** [1] - 3176:15
**75219** [1] - 3175:25
**762** [2] - 3267:17, 3267:21
**7949** [2] - 3288:17, 3288:24
**7:24** [1] - 3288:19
**7:28** [1] - 3294:5
**7:47** [1] - 3293:13
**7th** [6] - 3289:2, 3289:20, 3291:2, 3292:2, 3293:13, 3295:8

## 8

**8** [1] - 3204:22
**8551** [1] - 3288:1
**8614** [2] - 3284:4, 3291:13
**8:00** [1] - 3293:13
**8:07** [1] - 3289:2
**8:35** [1] - 3288:4

## 9

**9** [3] - 3203:4, 3204:23, 3204:24
**900** [1] - 3176:6
**9000** [7] - 3177:16, 3274:13, 3274:16, 3274:17, 3274:18, 3274:24, 3275:1
**9475** [1] - 3292:22
**950** [1] - 3175:20
**989/stun** [1] - 3210:19
**9:08** [2] - 3292:2, 3294:16
**9:18** [1] - 3296:2
**9:30** [1] - 3298:5
**9:33** [1] - 3295:21
**9:34** [1] - 3256:13
**9:43** [1] - 3292:2
**9:57** [1] - 3285:15
**9th** [2] - 3257:15, 3257:19

## A

**A-R-N-E-Y** [1] - 3248:3
**a.m** [22] - 3243:1, 3283:7, 3283:15, 3284:6, 3284:16, 3285:6, 3285:7, 3289:2, 3289:20, 3290:9, 3291:3, 3291:8, 3291:14, 3291:22, 3292:2, 3293:7, 3293:13, 3294:6, 3295:8
**ability** [2] - 3194:21, 3311:7
**able** [3] - 3229:13, 3276:18, 3283:5
**Abrams** [7] - 3258:10, 3258:12, 3262:10, 3262:12, 3264:12, 3265:12, 3266:9
**Abrams's** [1] - 3203:22
**absent** [1] - 3233:3
**absolutely** [2] - 3238:1, 3261:4
**Academy** [1] - 3188:4
**accept** [2] - 3224:10, 3274:3
**accepted** [1] - 3271:19

**access** [2] - 3235:18, 3285:23
**accident** [1] - 3244:6
**accomplished** [1] - 3232:21
**account** [2] - 3224:12, 3224:13
**accounts** [1] - 3224:7
**accurate** [1] - 3311:4
**accurately** [1] - 3255:9
**acknowledged** [1] - 3232:25
**acknowledgement** [1] - 3245:9
**Act** [2] - 3209:25, 3235:23
**act** [2] - 3235:2, 3235:24
**acted** [1] - 3232:3
**acting** [5] - 3198:1, 3198:6, 3248:14, 3248:15, 3248:23
**Action** [1] - 3175:3
**actions** [1] - 3232:2
**active** [3] - 3218:20, 3292:13, 3292:15
**actively** [1] - 3285:8
**activities** [3] - 3210:4, 3220:23, 3221:3
**activity** [16] - 3280:4, 3281:8, 3281:10, 3281:14, 3281:15, 3282:8, 3284:5, 3285:2, 3285:17, 3286:5, 3286:13, 3286:20, 3287:1, 3288:2, 3288:4, 3294:21
**actual** [4] - 3212:25, 3230:24, 3244:12, 3272:20
**Adams** [1] - 3229:7
**added** [4] - 3222:14, 3222:18, 3222:25, 3242:5
**addition** [2] - 3250:19, 3271:22
**additional** [9] - 3178:7, 3242:5, 3262:5, 3262:6, 3263:3, 3263:7, 3271:21, 3271:25, 3296:1
**address** [3] - 3283:17, 3283:21, 3287:3
**adds** [1] - 3245:5

3314

**admissible** [1] - 3240:12

**admit** [7] - 3185:3, 3185:4, 3185:7, 3204:10, 3207:2, 3213:20, 3255:12

**admitted** [22] - 3185:8, 3204:3, 3204:12, 3204:17, 3204:18, 3204:19, 3204:20, 3204:21, 3204:22, 3204:23, 3206:24, 3207:9, 3213:19, 3214:1, 3255:16, 3259:6, 3262:21, 3263:20, 3264:21, 3265:21, 3271:20, 3274:25

**admitting** [1] - 3202:4

**adversaries** [1] - 3261:10

**adversary** [1] - 3261:12

**advertisement** [1] - 3213:1

**advise** [1] - 3273:19

**advised** [2] - 3178:2, 3178:3

**advising** [2] - 3210:5, 3211:22

**affiliation** [2] - 3250:21, 3268:19

**affords** [2] - 3249:8, 3262:4

**AFTERNOON** [1] - 3175:5

**afternoon** [7] - 3210:3, 3216:11, 3242:23, 3247:25, 3248:1, 3270:6, 3295:22

**agencies** [2] - 3272:8, 3272:9

**agency** [3] - 3249:5, 3249:14, 3249:16

**agent** [31] - 3178:25, 3179:24, 3187:21, 3188:4, 3189:11, 3189:25, 3190:15, 3201:16, 3226:2, 3232:7, 3247:15, 3248:12, 3248:13, 3249:7, 3250:10, 3254:4, 3259:2, 3260:21, 3269:13, 3269:18, 3270:1, 3270:10, 3270:14, 3270:15, 3270:17, 3274:21, 3275:5,

3284:25, 3288:6, 3297:5, 3298:17

**Agent** [44] - 3178:18, 3178:19, 3178:21, 3186:7, 3186:20, 3203:22, 3216:10, 3224:2, 3234:12, 3236:17, 3239:25, 3240:7, 3240:20, 3242:18, 3244:8, 3247:13, 3247:15, 3248:4, 3249:20, 3255:23, 3257:3, 3257:5, 3257:12, 3258:10, 3258:11, 3258:12, 3258:14, 3260:8, 3262:10, 3262:12, 3263:13, 3264:3, 3264:12, 3265:12, 3265:25, 3266:8, 3266:9, 3266:11, 3268:8, 3270:6, 3273:14, 3273:17, 3274:12, 3282:18

**agents** [4] - 3180:10, 3180:13, 3180:16, 3181:14

**ago** [3] - 3248:8, 3256:16, 3270:20

**agree** [10] - 3181:5, 3183:19, 3183:24, 3209:10, 3213:6, 3214:12, 3220:4, 3222:19, 3224:4, 3227:14

**agreed** [1] - 3224:19

**ahead** [2] - 3187:24, 3204:6

**Airsoft** [1] - 3221:16

**AK** [2] - 3267:17, 3267:19

**al** [1] - 3175:6

**ALEXANDRA** [1] - 3175:19

**alleged** [1] - 3204:1

**allegedly** [1] - 3239:3

**Allen** [2] - 3229:25, 3230:3

**allow** [7] - 3182:2, 3187:22, 3204:4, 3234:22, 3237:15, 3245:7

**allowed** [1] - 3217:5

**allows** [1] - 3186:15

**almost** [2] - 3226:23, 3282:11

**alone** [1] - 3199:15

**Amendment** [1] -

3210:4

**AMERICA** [1] - 3175:3

**American** [4] - 3183:6, 3183:10, 3183:21, 3265:2

**Americans** [1] - 3196:22

**AMIT** [1] - 3175:11

**ammo** [1] - 3207:15

**analyses** [1] - 3286:23

**analysis** [15] - 3270:24, 3272:14, 3273:15, 3273:18, 3275:25, 3276:13, 3281:24, 3282:3, 3282:4, 3282:18, 3282:24, 3283:24, 3287:11, 3287:21, 3288:10

**analyze** [2] - 3276:17, 3280:11

**analyzed** [1] - 3272:5

**anchorman** [1] - 3227:6

**AND** [1] - 3176:12

**Andrew** [1] - 3187:7

**Andrews** [7] - 3229:8, 3229:21, 3230:8, 3230:22, 3231:17, 3231:21, 3232:6

**Angel** [2] - 3218:14, 3220:15

**animal** [1] - 3241:5

**animals** [1] - 3241:4

**annual** [1] - 3272:2

**answer** [4] - 3185:23, 3199:25, 3220:7, 3240:5

**answered** [1] - 3181:8

**antenna** [5] - 3278:9, 3278:13, 3278:21, 3279:12, 3296:1

**antennas** [4] - 3277:13, 3278:5, 3278:7, 3278:16

**Antifa** [3] - 3192:9, 3205:1, 3205:21

**Antifa/Black** [1] - 3196:24

**anyways** [1] - 3206:3

**AOR** [1] - 3249:19

**apologies** [5] - 3184:24, 3202:14, 3269:20, 3269:23, 3297:1

**apologize** [3] -

3178:9, 3182:22, 3254:4

**app** [1] - 3285:19

**appeals** [1] - 3229:24

**appear** [2] - 3259:21, 3292:16

**APPEARANCES** [1] - 3176:1

**aPPEARANCES** [1] - 3175:13

**appearing** [1] - 3256:4

**appreciate** [3] - 3217:10, 3268:12, 3269:12

**appropriately** [1] - 3232:3

**approximate** [1] - 3260:8

**apps** [1] - 3292:11

**April** [3] - 3257:15, 3257:19, 3266:5

**AR** [1] - 3267:10

**AR-15** [1] - 3221:16

**arc** [1] - 3279:14

**area** [13] - 3190:14, 3249:17, 3249:19, 3279:15, 3281:5, 3282:9, 3282:21, 3285:3, 3287:2, 3293:16, 3295:5, 3296:4, 3296:14

**areas** [1] - 3212:24

**argue** [1] - 3233:7

**arguing** [1] - 3297:20

**Arkansas** [1] - 3282:12

**Arlington** [9] - 3287:14, 3288:3, 3291:16, 3292:4, 3293:1, 3293:8, 3295:7, 3295:16, 3296:14

**arm** [1] - 3227:7

**armed** [2] - 3206:17, 3229:24

**Army** [3] - 3208:8, 3221:5, 3221:9

**ARNEY** [1] - 3247:14

**Arney** [21] - 3177:8, 3247:13, 3247:15, 3248:3, 3248:4, 3249:20, 3255:23, 3257:3, 3257:5, 3257:13, 3258:11, 3258:15, 3259:2, 3260:8, 3263:13, 3264:3, 3265:25, 3266:8, 3266:12,

3269:13

**array** [2] - 3277:13, 3278:7

**arrest** [5] - 3210:6, 3241:23, 3242:1, 3242:9, 3249:20

**arrested** [4] - 3238:6, 3238:10, 3249:24, 3257:16

**arrests** [1] - 3260:21

**arrived** [1] - 3217:2

**Art** [1] - 3192:21

**article** [1] - 3196:10

**articles** [4] - 3257:25, 3258:5, 3268:17, 3268:20

**aspects** [1] - 3229:8

**assault** [2] - 3267:13, 3267:20

**assertion** [1] - 3224:10

**asset** [1] - 3270:23

**assigned** [3] - 3180:18, 3180:20, 3248:25

**assist** [1] - 3273:23

**assistance** [2] - 3233:11, 3233:12

**assistant** [2] - 3181:18, 3248:13

**associated** [5] - 3218:7, 3280:11, 3281:25, 3282:19, 3287:15

**ASSOCIATES** [1] - 3176:12

**assume** [2] - 3201:19, 3209:13

**assumed** [1] - 3288:11

**AT&T** [3] - 3195:9, 3285:12, 3285:21

**ate** [1] - 3237:15

**attack** [2] - 3205:2, 3236:3

**attacked** [1] - 3230:5

**attempt** [1] - 3242:12

**attention** [5] - 3198:23, 3199:4, 3216:14, 3216:17, 3298:4

**attorney** [4] - 3181:18, 3257:17, 3262:16, 3272:11

**ATTORNEY'S** [1] - 3175:16

**audio** [3] - 3185:16, 3245:20, 3246:14

**AUDIOVISUAL** [2] - 3216:22, 3222:4

3315

**audiovisual** [1] - 3184:22
**August** [2] - 3180:22, 3180:23
**authenticating** [1] - 3190:3
**author** [1] - 3179:22
**authorizing** [1] - 3236:3
**automatic** [1] - 3238:17
**available** [1] - 3233:2
**Avenue** [5] - 3175:20, 3175:24, 3176:5, 3176:19, 3311:14
**avenue** [1] - 3190:14
**average** [1] - 3272:15
**avoid** [3] - 3246:6, 3298:9, 3298:10
**aware** [37] - 3181:22, 3181:25, 3182:4, 3182:7, 3182:8, 3182:10, 3183:9, 3183:11, 3183:20, 3192:14, 3192:19, 3192:22, 3192:25, 3195:9, 3197:13, 3197:22, 3198:3, 3202:6, 3202:9, 3215:9, 3215:12, 3215:14, 3218:12, 3220:15, 3220:18, 3224:6, 3225:8, 3226:11, 3228:14, 3229:11, 3229:12, 3232:13, 3239:7, 3239:10, 3257:16, 3261:8, 3288:6
**azimuth** [1] - 3279:12

## B

**B-A-N-K-S** [1] - 3270:8
**background** [4] - 3275:13, 3277:12, 3285:19, 3292:11
**backpack** [4] - 3207:14, 3207:15, 3236:18, 3237:6
**bad** [2] - 3188:2, 3188:6
**bag** [21] - 3207:5, 3207:24, 3207:25, 3217:22, 3217:23, 3217:24, 3218:1,

3218:2, 3218:4, 3218:5, 3218:6, 3218:8, 3218:10, 3236:22, 3236:23, 3236:24, 3237:2, 3237:4
**baggie** [1] - 3236:25
**ballistic** [8] - 3252:6, 3252:9, 3252:12, 3259:14, 3260:9, 3260:12, 3263:4, 3263:5
**bank** [1] - 3238:2
**BANKS** [1] - 3269:25
**Banks** [9] - 3177:9, 3269:18, 3270:1, 3270:8, 3273:14, 3273:17, 3274:12, 3282:18, 3284:25
**banned** [1] - 3212:1
**barn** [1] - 3253:19
**BARRETT** [1] - 3175:24
**barriers** [1] - 3227:24
**based** [5] - 3218:5, 3242:6, 3274:4, 3276:19, 3290:14
**basics** [3] - 3207:15, 3207:17, 3207:18
**basis** [2] - 3200:8, 3231:9
**battery** [1] - 3290:11
**battles** [1] - 3183:21
**beam** [1] - 3278:21
**become** [1] - 3234:22
**BEFORE** [1] - 3175:11
**began** [1] - 3282:10
**begin** [1] - 3281:2
**beginning** [4] - 3242:7, 3254:18, 3276:5, 3277:19
**begins** [1] - 3287:6
**behind** [1] - 3243:8
**belabor** [1] - 3241:14
**belonging** [2] - 3224:12, 3224:13
**belongs** [1] - 3284:4
**beneath** [1] - 3222:11
**Bennie** [2] - 3287:16, 3289:13
**Berry** [4] - 3282:21, 3286:20, 3287:18, 3293:6
**best** [2] - 3275:21, 3311:7
**between** [4] - 3193:22, 3193:24,

3248:17, 3287:14
**beware** [1] - 3210:2
**Biden** [4] - 3234:22, 3243:21, 3243:23, 3245:5
**big** [1] - 3240:23
**Bilbo** [1] - 3203:23
**Bill** [1] - 3232:19
**Birmingham** [1] - 3281:11
**bit** [8] - 3186:14, 3186:21, 3214:7, 3224:1, 3225:12, 3270:19, 3277:5, 3294:21
**Black** [1] - 3197:1
**blades** [1] - 3207:16
**bloviated** [1] - 3229:24
**blue** [1] - 3289:7
**board** [4] - 3193:11, 3193:13, 3193:14, 3208:13
**boating** [1] - 3244:6
**body** [1] - 3261:6
**bold** [1] - 3285:10
**bolded** [1] - 3285:15
**bookcase** [1] - 3237:5
**books** [8] - 3220:13, 3220:16, 3220:17, 3220:25, 3236:23, 3236:24, 3237:3, 3237:6
**boot** [1] - 3221:4
**Bostic** [1] - 3228:9
**bottom** [6] - 3222:10, 3223:19, 3225:14, 3226:2, 3226:8, 3226:21
**bound** [1] - 3274:3
**box** [5] - 3258:19, 3261:25, 3262:7, 3262:25, 3284:13
**boy** [1] - 3205:16
**Boys** [6] - 3202:22, 3203:1, 3204:25, 3205:14, 3239:15, 3239:18
**Brad** [1] - 3216:12
**BRADFORD** [1] - 3176:8
**Brady** [1] - 3232:15
**branch** [1] - 3197:1
**brand** [1] - 3218:1
**BRAND** [1] - 3176:2
**break** [10] - 3178:17, 3179:1, 3179:9, 3190:14, 3230:5, 3236:14, 3237:11,

3242:23, 3297:23
**brief** [2] - 3275:13, 3277:2
**briefly** [2] - 3248:11, 3266:11
**bright** [1] - 3278:24
**BRIGHT** [6] - 3175:23, 3175:24, 3269:8, 3274:23, 3290:18, 3290:21
**bring** [7] - 3188:20, 3203:12, 3205:13, 3206:7, 3206:10, 3243:16, 3258:10
**bringing** [2] - 3210:21, 3215:8
**British** [3] - 3183:11, 3183:15, 3183:25
**broad** [1] - 3180:15
**brought** [4] - 3182:12, 3183:5, 3215:10, 3217:13
**Brown** [1] - 3193:18
**build** [1] - 3213:11
**building** [3] - 3232:21, 3277:21, 3277:22
**bullet** [2] - 3238:21, 3267:15
**bullets** [2] - 3238:23, 3260:25
**Bureau** [1] - 3249:8
**Burgess** [2] - 3226:3, 3226:4
**burka** [1] - 3226:23
**Burnie** [1] - 3176:16
**business** [4] - 3188:11, 3263:18, 3263:24, 3296:20
**buy** [2] - 3219:19, 3219:22
**BY** [124] - 3176:17, 3178:24, 3182:3, 3184:12, 3184:20, 3185:1, 3185:5, 3185:19, 3185:24, 3186:6, 3186:19, 3187:1, 3188:8, 3188:19, 3191:4, 3193:9, 3195:22, 3196:4, 3196:17, 3198:16, 3199:3, 3201:3, 3204:15, 3214:11, 3214:15, 3214:20, 3215:7, 3216:9, 3216:16, 3217:1, 3217:20, 3219:8, 3219:16, 3220:8, 3220:12, 3221:13, 3222:7,

3223:5, 3224:20, 3225:24, 3226:19, 3227:5, 3227:13, 3229:5, 3234:11, 3235:12, 3236:16, 3238:7, 3238:14, 3240:6, 3240:19, 3241:13, 3241:18, 3247:24, 3251:24, 3252:10, 3252:16, 3253:5, 3254:7, 3254:13, 3255:4, 3255:21, 3256:2, 3256:18, 3257:2, 3257:11, 3258:13, 3259:1, 3259:11, 3259:20, 3262:14, 3262:24, 3264:2, 3264:14, 3264:24, 3265:14, 3265:24, 3266:15, 3267:3, 3267:7, 3268:7, 3270:5, 3274:11, 3275:4, 3275:8, 3276:24, 3278:1, 3279:8, 3279:24, 3280:9, 3281:1, 3281:23, 3282:17, 3283:2, 3283:16, 3284:2, 3284:24, 3286:2, 3286:10, 3286:17, 3287:10, 3287:24, 3288:15, 3288:22, 3289:10, 3289:17, 3289:22, 3290:3, 3290:22, 3291:5, 3291:11, 3291:18, 3291:24, 3292:20, 3293:3, 3293:10, 3293:18, 3294:2, 3294:10, 3295:1, 3295:10, 3295:18, 3296:7

## C

**cable** [1] - 3185:16
**cafeteria** [1] - 3237:16
**Caldwell** [5] - 3182:8, 3287:17, 3290:6, 3290:25
**CALDWELL** [1] - 3176:15
**Caleb** [4] - 3282:21, 3286:20, 3287:18, 3293:6
**callout** [1] - 3284:13
**camera** [1] - 3254:15

**camp** [1] - 3221:4
**canceled** [1] - 3224:6
**cannot** [2] - 3210:3, 3237:18
**capability** [2] - 3263:4, 3263:6
**Capitol** [10] - 3226:12, 3228:16, 3229:25, 3231:4, 3234:13, 3234:16, 3235:8, 3236:3, 3236:4, 3251:7
**captured** [1] - 3250:17
**career** [5] - 3221:1, 3221:9, 3249:9, 3272:5, 3277:19
**careful** [1] - 3211:19
**carefully** [1] - 3186:10
**Carolina** [9] - 3282:22, 3283:9, 3283:18, 3284:6, 3285:3, 3286:6, 3286:14, 3286:21, 3287:7
**carrier** [9] - 3252:6, 3252:9, 3252:12, 3259:14, 3260:18, 3261:2, 3264:6, 3264:8, 3276:6
**carriers** [3] - 3218:14, 3218:20, 3261:9
**carry** [8] - 3207:5, 3209:6, 3210:2, 3210:3, 3219:10, 3219:12, 3219:19, 3262:4
**carrying** [3] - 3199:8, 3218:2, 3266:19
**cars** [1] - 3227:24
**case** [26] - 3180:11, 3180:13, 3181:4, 3189:13, 3189:14, 3206:8, 3231:11, 3232:6, 3232:8, 3233:16, 3240:1, 3240:8, 3240:10, 3242:14, 3243:9, 3243:13, 3246:5, 3274:9, 3275:17, 3276:9, 3276:11, 3278:17, 3283:24, 3288:7, 3288:10
**cases** [1] - 3246:1
**CAST** [6] - 3270:21, 3270:23, 3270:24, 3271:1, 3271:19

**castle** [1] - 3206:4
**cattle** [2] - 3212:1, 3239:22
**caught** [1] - 3205:23
**causing** [1] - 3232:11
**CCW** [10] - 3218:14, 3218:17, 3218:20, 3218:23, 3218:24, 3219:3, 3219:5, 3219:9, 3219:10, 3219:18
**CCWs** [1] - 3218:16
**CDR** [2] - 3276:2, 3276:14
**cell** [28] - 3271:3, 3271:5, 3271:10, 3271:12, 3271:16, 3272:14, 3272:20, 3273:14, 3273:18, 3275:25, 3276:4, 3276:18, 3276:25, 3277:10, 3279:17, 3280:6, 3281:8, 3281:16, 3283:24, 3284:14, 3288:10, 3291:15, 3292:2, 3292:5, 3292:24, 3293:7, 3293:22
**cellular** [13] - 3270:24, 3271:21, 3271:22, 3272:1, 3277:4, 3288:25, 3290:7, 3290:25, 3293:13, 3295:6, 3295:14, 3295:24, 3296:12
**center** [3] - 3198:19, 3252:3, 3255:22
**ceramic** [1] - 3260:9
**certain** [2] - 3276:18, 3278:14
**certainly** [5] - 3180:8, 3183:9, 3183:19, 3183:20, 3183:24
**CERTIFICATE** [1] - 3311:1
**certification** [4] - 3234:17, 3263:18, 3263:25, 3272:2
**certifications** [1] - 3296:21
**certified** [3] - 3270:23, 3270:25, 3271:2
**certify** [1] - 3311:4
**cetera** [1] - 3257:25
**chain** [2] - 3203:16, 3244:5

**chance** [1] - 3187:4
**change** [1] - 3280:3
**changed** [2] - 3195:18, 3197:15
**characterization** [1] - 3244:23
**characterize** [2] - 3253:23, 3263:2
**charged** [6] - 3182:9, 3231:6, 3232:12, 3232:20, 3233:4, 3233:5
**charges** [2] - 3181:24, 3242:5
**chase** [1] - 3205:6
**chat** [5] - 3203:20, 3214:17, 3222:9, 3222:13, 3222:14
**chats** [6] - 3195:23, 3195:24, 3222:10, 3222:15, 3222:19
**chief** [5] - 3248:13, 3248:14, 3248:16, 3248:24
**choose** [4] - 3199:19, 3199:21, 3200:1, 3212:7
**Church** [2] - 3294:17, 3295:5
**cigarette** [1] - 3217:14
**Cinnaminson** [1] - 3176:10
**Circle** [1] - 3230:2
**circle** [4] - 3278:12, 3278:15, 3284:10, 3289:3
**circled** [1] - 3289:6
**circumstances** [1] - 3234:21
**city** [1] - 3209:7
**claims** [1] - 3215:17
**clarification** [1] - 3206:7
**clarify** [1] - 3219:3
**clarifying** [1] - 3219:1
**clarity** [1] - 3283:11
**class** [1] - 3188:7
**classified** [1] - 3224:22
**classify** [1] - 3227:17
**cleaning** [1] - 3217:3
**clear** [6] - 3190:5, 3206:5, 3245:14, 3245:18, 3279:2, 3283:23
**clearing** [1] - 3223:25
**click** [2] - 3191:12,

3191:23
**clicked** [2] - 3191:15, 3196:6
**client** [1] - 3231:25
**clients** [2] - 3231:21, 3233:4
**clip** [1] - 3186:2
**clock** [1] - 3278:18
**close** [1] - 3277:17
**closed** [2] - 3256:21, 3292:17
**clothing** [8] - 3250:16, 3250:19, 3251:1, 3251:2, 3251:6, 3257:25, 3258:5, 3268:17
**cloudy** [1] - 3277:12
**cold** [2] - 3225:10, 3226:23
**collar** [1] - 3270:18
**colleague** [2] - 3184:16, 3202:14
**colleagues** [4] - 3193:11, 3207:3, 3250:14, 3254:22
**collected** [2] - 3199:16, 3258:20
**colonists** [4] - 3183:11, 3183:15, 3183:24, 3183:25
**colors** [1] - 3205:1
**COLUMBIA** [2] - 3175:1, 3175:17
**Columbia** [6] - 3176:19, 3209:11, 3215:10, 3250:13, 3293:25, 3311:13
**Combat** [1] - 3192:21
**combat** [1] - 3192:22
**combine** [2] - 3276:7, 3276:14
**combo** [1] - 3210:15
**Comfort** [22] - 3288:2, 3288:7, 3288:18, 3289:1, 3289:4, 3290:7, 3290:8, 3291:1, 3291:9, 3291:16, 3292:3, 3292:25, 3293:8, 3293:14, 3293:23, 3294:7, 3294:15, 3295:6, 3295:7, 3295:15, 3295:25, 3296:13
**comfortable** [2] - 3247:20, 3277:19
**coming** [4] - 3201:19, 3202:19, 3203:13, 3213:24,

3229:21, 3230:12, 3230:15, 3268:12, 3279:1, 3286:25, 3287:2
**commander** [4] - 3209:5, 3209:8, 3209:25, 3210:6
**commendably** [1] - 3232:3
**comment** [4] - 3203:14, 3213:13, 3243:21, 3243:25
**comments** [3] - 3202:21, 3203:20, 3245:13
**common** [3] - 3197:23, 3211:20, 3278:10
**commonly** [2] - 3261:12, 3265:5
**communicate** [2] - 3194:21, 3292:14
**communicating** [1] - 3292:8
**communication** [2] - 3250:22, 3250:23
**companies** [2] - 3271:4, 3278:16
**company** [3] - 3195:3, 3195:6, 3276:1
**compare** [1] - 3275:15
**comparing** [1] - 3277:3
**compiling** [1] - 3180:5
**complete** [4] - 3184:21, 3194:15, 3194:16, 3311:6
**completely** [1] - 3274:7
**completeness** [3] - 3201:20, 3202:19, 3203:2
**complies** [5] - 3259:5, 3259:16, 3261:15, 3266:1, 3289:5
**components** [1] - 3213:12
**compound** [1] - 3253:18
**computer** [1] - 3189:12
**conceal** [1] - 3219:11
**concealed** [1] - 3219:10
**concern** [2] - 3178:4,

3231:11
**concerned** [1] - 3261:10
**concerning** [1] - 3274:1
**conclude** [1] - 3243:7
**concluded** [1] - 3310:20
**conclusion** [2] - 3221:22, 3298:3
**Concord** [1] - 3183:20
**conditions** [1] - 3224:15
**conduct** [5] - 3230:24, 3231:10, 3232:12, 3254:1, 3254:2
**conducted** [2] - 3223:18, 3254:9
**conducting** [2] - 3225:6, 3252:1
**confers** [2] - 3234:3, 3296:24
**confiscating** [3] - 3243:21, 3243:22, 3243:24
**confronted** [1] - 3183:15
**confuse** [1] - 3230:25
**confusion** [1] - 3232:11
**connect** [1] - 3285:11
**connected** [1] - 3186:14
**connects** [1] - 3232:19
**Connie** [5] - 3266:16, 3282:19, 3284:5, 3287:17, 3291:14
**connotations** [1] - 3218:7
**consenting** [1] - 3244:19
**consider** [1] - 3274:8
**considered** [2] - 3217:22, 3218:5
**consistent** [4] - 3190:2, 3259:22, 3264:8, 3265:7
**conspiracy** [7] - 3180:19, 3180:21, 3181:2, 3181:4, 3204:2, 3238:8, 3238:12
**constantly** [1] - 3285:20

**constitutes** [1] - 3311:4
**Constitution** [3] - 3176:19, 3226:1, 3311:14
**CONT'D** [1] - 3176:1
**contact** [2] - 3231:14, 3231:21
**contacting** [1] - 3239:3
**contacts** [2] - 3180:9, 3180:12
**contain** [1] - 3258:19
**contained** [1] - 3179:14
**content** [3] - 3195:5, 3195:6, 3195:10
**contents** [1] - 3218:6
**context** [4] - 3210:23, 3213:14, 3224:14, 3244:18
**contextual** [2] - 3244:24, 3245:4
**contextualizing** [1] - 3204:3
**continue** [1] - 3178:19
**continued** [3] - 3205:18, 3293:12, 3295:20
**continues** [1] - 3242:8
**continuously** [1] - 3182:9
**contractors** [1] - 3248:21
**control** [1] - 3196:22
**conventional** [3] - 3193:22, 3194:1, 3194:3
**conversations** [1] - 3245:13
**copied** [1] - 3222:6
**cops** [1] - 3206:19
**copy** [1] - 3209:19
**CORE** [2] - 3267:9, 3267:12
**corner** [1] - 3216:12
**correct** [55] - 3179:11, 3179:12, 3180:25, 3181:2, 3181:3, 3181:16, 3181:19, 3182:14, 3182:15, 3183:16, 3184:2, 3185:21, 3186:8, 3191:10, 3193:11, 3193:18, 3194:6, 3194:8, 3194:23, 3195:4, 3195:5, 3195:8,

3195:11, 3195:24, 3198:11, 3199:12, 3199:13, 3199:21, 3200:1, 3200:6, 3201:21, 3201:24, 3207:9, 3212:11, 3214:17, 3217:9, 3218:15, 3219:20, 3220:1, 3222:11, 3223:7, 3223:11, 3231:23, 3231:24, 3248:7, 3249:12, 3251:7, 3261:1, 3269:4, 3275:22, 3275:23, 3282:1, 3282:2, 3282:23, 3284:21
**correspond** [1] - 3223:23
**Coudrey** [2] - 3226:9, 3228:7
**counsel** [10] - 3196:13, 3234:3, 3243:7, 3243:10, 3243:11, 3244:11, 3255:1, 3262:11, 3296:24, 3298:22
**counterterrorism** [1] - 3270:20
**country** [3] - 3180:10, 3180:17, 3196:22
**County** [1] - 3273:9
**couple** [7] - 3180:12, 3181:8, 3235:3, 3252:13, 3252:17, 3268:12, 3270:18
**course** [7] - 3243:14, 3244:22, 3249:8, 3254:12, 3272:2, 3282:6, 3284:11
**Court** [12] - 3176:18, 3176:18, 3178:22, 3181:25, 3214:7, 3232:13, 3243:16, 3245:7, 3245:19, 3245:21, 3311:12, 3311:13
**COURT** [122] - 3175:1, 3178:1, 3178:11, 3178:15, 3182:2, 3184:7, 3184:9, 3185:8, 3185:23, 3187:22, 3189:6, 3189:15, 3189:21, 3190:4, 3190:19, 3190:25, 3191:3, 3195:20, 3196:13, 3198:24, 3200:8, 3200:12,

3200:15, 3200:17, 3200:22, 3200:25, 3201:18, 3201:23, 3202:2, 3202:16, 3203:3, 3203:6, 3203:17, 3203:24, 3204:1, 3204:9, 3204:12, 3213:23, 3214:1, 3214:14, 3216:5, 3219:2, 3219:5, 3220:4, 3220:6, 3221:23, 3225:19, 3229:2, 3229:4, 3229:17, 3229:20, 3230:8, 3230:14, 3230:21, 3231:8, 3231:19, 3232:4, 3232:23, 3233:13, 3233:15, 3233:23, 3234:6, 3234:8, 3235:10, 3236:9, 3236:13, 3238:5, 3238:13, 3240:4, 3242:18, 3242:22, 3243:2, 3243:6, 3243:11, 3243:17, 3243:22, 3244:19, 3245:11, 3245:17, 3245:22, 3246:14, 3246:19, 3246:23, 3247:2, 3247:5, 3247:9, 3247:15, 3247:18, 3247:20, 3252:8, 3254:3, 3254:11, 3255:14, 3255:16, 3259:6, 3262:21, 3263:20, 3264:21, 3265:21, 3268:5, 3269:6, 3269:9, 3269:12, 3269:17, 3269:22, 3270:1, 3273:17, 3274:22, 3274:24, 3280:21, 3283:11, 3296:18, 3297:2, 3297:7, 3297:9, 3297:13, 3297:19, 3297:22, 3298:2, 3298:16, 3298:22, 3299:1
**court** [24] - 3185:13, 3185:18, 3186:5, 3186:18, 3186:24, 3191:2, 3201:2, 3204:8, 3210:2, 3214:5, 3214:10, 3225:23, 3226:18, 3227:4, 3227:12, 3233:22, 3238:16, 3246:1, 3251:18, 3251:22, 3272:24,

3273:4, 3273:11, 3298:1
**Court's** [2] - 3259:2, 3296:23
**COURTROOM** [7] - 3178:12, 3184:19, 3185:15, 3186:13, 3201:22, 3202:11, 3247:6
**courtroom** [5] - 3178:13, 3239:18, 3242:25, 3247:7, 3298:14
**courts** [2] - 3273:10, 3273:12
**cover** [2] - 3249:17, 3274:19
**coverage** [9] - 3278:8, 3278:15, 3279:15, 3293:14, 3293:15, 3293:23, 3294:15, 3295:24, 3296:12
**Craig** [3] - 3177:8, 3247:13, 3248:3
**CRAIG** [1] - 3247:14
**crazy** [1] - 3207:13
**create** [2] - 3276:15, 3281:15
**created** [1] - 3276:19
**credential** [1] - 3206:19
**creds** [1] - 3206:11
**crime** [4] - 3270:18, 3270:19, 3271:2
**Criminal** [1] - 3175:3
**Crisp** [1] - 3184:7
**CRISP** [4] - 3176:11, 3176:12, 3184:8, 3243:10
**cross** [15] - 3178:20, 3187:23, 3190:15, 3190:21, 3233:17, 3236:17, 3241:7, 3244:7, 3268:5, 3269:7, 3269:21, 3269:24, 3297:13, 3297:14, 3297:15
**CROSS** [4] - 3178:23, 3184:11, 3216:8, 3268:6
**Cross** [1] - 3177:3
**cross-examination** [10] - 3178:20, 3187:23, 3190:15, 3236:17, 3241:7, 3268:5, 3269:7, 3297:13, 3297:14, 3297:15
**CROSS-**

**EXAMINATION** [4] - 3178:23, 3184:11, 3216:8, 3268:6
  **cross-examine** [2] - 3190:21, 3233:17
  **crossing** [1] - 3227:23
  **crowd** [1] - 3227:20
  **Crowl** [2] - 3287:16, 3288:25
  **CRR** [3] - 3176:17, 3311:3, 3311:12
  **cuffed** [1] - 3217:6
  **Cummings** [8] - 3179:11, 3180:6, 3181:7, 3181:14, 3181:17, 3181:21, 3198:14, 3241:19
  **Cummings's** [2] - 3198:10, 3241:8
  **cursory** [1] - 3253:24
  **custody** [1] - 3260:22

**D**

  **D.C** [26] - 3175:6, 3175:18, 3175:21, 3176:3, 3176:6, 3176:20, 3180:13, 3203:12, 3205:1, 3205:23, 3206:11, 3206:16, 3206:18, 3206:23, 3210:9, 3215:8, 3222:9, 3222:13, 3240:24, 3241:1, 3241:5, 3277:17, 3281:6, 3281:12, 3282:13, 3311:14
  **dad** [1] - 3256:8
  **Dad** [1] - 3256:9
  **Dallas** [1] - 3175:25
  **damage** [1] - 3257:8
  **danger** [1] - 3242:10
  **Daniel** [1] - 3228:9
  **DAs** [1] - 3211:21
  **data** [8] - 3223:15, 3271:7, 3285:10, 3285:11, 3290:15, 3292:6, 3292:13, 3292:15
  **date** [7] - 3180:19, 3195:17, 3208:18, 3250:6, 3254:5, 3254:8, 3276:2
  **Dated** [1] - 3311:10
  **daughter** [1] - 3221:8

  **daughter's** [1] - 3237:5
  **DAVID** [1] - 3176:14
  **David** [3] - 3257:17, 3287:18, 3292:22
  **DAY** [1] - 3175:10
  **days** [2] - 3222:2, 3282:6
  **DCPD** [2] - 3209:5, 3209:10
  **deal** [2] - 3240:23, 3245:8
  **dealing** [1] - 3281:17
  **decal** [1] - 3255:24
  **deceased** [1] - 3271:9
  **December** [1] - 3208:19
  **decided** [1] - 3249:9
  **deck** [1] - 3284:3
  **dedicated** [1] - 3206:21
  **defend** [2] - 3196:23, 3235:21
  **DEFENDANT** [5] - 3175:22, 3176:2, 3176:8, 3176:11, 3176:14
  **Defendant** [6] - 3177:17, 3204:13, 3225:22, 3226:17, 3227:3, 3227:11
  **Defendants** [5] - 3175:7, 3181:24, 3231:15, 3231:22, 3246:10
  **defense** [9] - 3201:8, 3225:20, 3231:25, 3233:1, 3243:11, 3244:11, 3255:1, 3262:11, 3272:10
  **defer** [1] - 3245:20
  **definitions** [1] - 3217:22
  **degree** [3] - 3279:12, 3279:21
  **degrees** [8] - 3278:14, 3278:19, 3278:20, 3278:22, 3278:23, 3279:20, 3284:20
  **delay** [2] - 3269:20, 3269:23
  **demonstrate** [1] - 3235:6
  **department** [1] - 3209:12
  **Department** [2] - 3239:4, 3239:8
  **DEPARTMENT** [1] -

3175:20
  **depict** [1] - 3255:9
  **depicts** [1] - 3276:16
  **Depot** [1] - 3212:25
  **DEPUTY** [7] - 3178:12, 3184:19, 3185:15, 3186:13, 3201:22, 3202:11, 3247:6
  **describe** [9] - 3238:20, 3252:4, 3253:16, 3259:12, 3259:13, 3281:14, 3282:3, 3284:7, 3292:21
  **deserves** [1] - 3274:10
  **designed** [2] - 3260:23, 3261:9
  **destroyed** [1] - 3242:15
  **detail** [2] - 3272:4, 3276:2
  **details** [2] - 3225:13, 3288:9
  **detained** [7] - 3217:12, 3217:16, 3245:2, 3245:10, 3246:4, 3246:7, 3246:9
  **determination** [1] - 3189:13
  **determine** [5] - 3245:23, 3271:6, 3272:22, 3276:18, 3283:6
  **determined** [2] - 3218:19, 3284:19
  **determining** [1] - 3273:24
  **device** [1] - 3284:15
  **devices** [2] - 3250:22, 3250:23
  **diameter** [2] - 3267:15, 3267:22
  **difference** [2] - 3193:22, 3193:24
  **different** [9] - 3179:24, 3209:24, 3235:6, 3246:25, 3271:22, 3277:10, 3281:18, 3286:24, 3296:1
  **differently** [1] - 3221:24
  **difficult** [3] - 3229:6, 3230:11, 3244:21
  **difficulties** [1] - 3184:22
  **digit** [1] - 3222:2

  **direct** [9] - 3198:23, 3199:4, 3209:7, 3234:19, 3235:13, 3235:18, 3246:20, 3246:21
  **DIRECT** [2] - 3247:23, 3270:4
  **Direct** [1] - 3177:3
  **directing** [3] - 3216:14, 3216:17, 3227:14
  **directional** [1] - 3278:10
  **disagree** [9] - 3187:4, 3187:13, 3187:18, 3194:1, 3199:11, 3199:14, 3207:1, 3244:22
  **discourage** [1] - 3211:22
  **discovery** [5] - 3189:10, 3190:16, 3231:18, 3232:17
  **discuss** [2] - 3237:18, 3298:18
  **discussed** [3] - 3180:1, 3180:4, 3237:10
  **discussing** [1] - 3224:25
  **discussion** [2] - 3217:16, 3245:3
  **display** [3] - 3259:3, 3264:25, 3265:25
  **displayed** [4] - 3178:4, 3178:7, 3195:16, 3238:16
  **disputing** [1] - 3231:8
  **disregard** [1] - 3274:8
  **disrupting** [1] - 3234:15
  **dissipate** [1] - 3279:4
  **distance** [2] - 3280:22, 3282:5
  **distributed** [1] - 3200:19
  **district** [5] - 3209:5, 3209:7, 3209:10, 3209:25, 3311:13
  **District** [8] - 3176:18, 3176:19, 3209:11, 3215:10, 3219:18, 3250:12, 3293:25, 3311:13
  **DISTRICT** [4] - 3175:1, 3175:1, 3175:11, 3175:17

  **division** [2] - 3248:25, 3249:4
  **Dock** [2] - 3283:17, 3287:2
  **doctrine** [1] - 3206:4
  **document** [2] - 3191:16, 3254:18
  **documents** [1] - 3191:5
  **Dolan** [3] - 3226:25, 3282:20, 3286:13
  **Don** [3] - 3208:10, 3210:3, 3239:7
  **Donald** [1] - 3239:3
  **done** [1] - 3272:7
  **Donovan** [2] - 3287:16, 3288:25
  **door** [1] - 3231:5
  **dot** [2] - 3242:23, 3284:11
  **dots** [2] - 3280:23, 3281:7
  **doubt** [1] - 3232:6
  **down** [18] - 3180:8, 3202:10, 3214:6, 3217:5, 3222:6, 3223:4, 3242:5, 3242:19, 3249:2, 3253:3, 3257:10, 3259:15, 3260:16, 3260:24, 3261:14, 3263:14, 3287:2, 3298:17
  **downloaded** [1] - 3190:2
  **downstairs** [1] - 3237:16
  **downtown** [1] - 3241:3
  **dozen** [1] - 3233:10
  **Dr** [1] - 3228:2
  **drafted** [1] - 3180:2
  **draw** [1] - 3279:20
  **drawing** [1] - 3280:3
  **dressed** [1] - 3204:25
  **drive** [2] - 3219:22, 3219:23
  **driven** [1] - 3285:18
  **driver's** [1] - 3211:16
  **driveway** [3] - 3217:12, 3217:17, 3253:20
  **drug** [1] - 3270:19
  **Duffy** [1] - 3232:19
  **Duggan** [3] - 3197:5, 3197:9, 3211:3
  **Dunnellon** [3] - 3249:18, 3249:22, 3250:7

3319

**during** [12] - 3190:13, 3197:24, 3197:25, 3207:10, 3211:6, 3212:14, 3225:13, 3237:10, 3249:8, 3254:23, 3276:16, 3285:8
**duties** [1] - 3270:16

# E

**E-node-B** [1] - 3284:13
**ear** [1] - 3225:3
**early** - 3201:22
**East** [1] - 3295:5
**east** [5] - 3229:1, 3281:8, 3282:10, 3293:15, 3293:24
**eastern** [1] - 3296:13
**easy** [1] - 3234:8
**eat** [3] - 3237:12, 3237:15, 3237:17
**Ed** [6] - 3281:25, 3287:18, 3293:21, 3294:4, 3294:12, 3295:3
**education** [2] - 3274:1, 3274:5
**EDWARD** [1] - 3175:23
**Edwards** [1] - 3311:12
**EDWARDS** [3] - 3175:15, 3176:17, 3311:3
**effect** [1] - 3261:2
**effort** - 3220:25
**either** [6] - 3180:9, 3192:19, 3195:10, 3228:20, 3233:11, 3298:10
**electronic** [1] - 3253:18
**electronics** [1] - 3234:8
**ELMER** [1] - 3175:6
**email** [3] - 3180:10, 3209:7, 3210:2
**emails** [1] - 3188:15
**embedded** [1] - 3277:21
**employees** [1] - 3248:22
**EMT** - 3208:8
**encrypted** [1] - 3194:22
**encryption** [2] - 3194:10, 3194:11

**end** [6] - 3217:12, 3217:16, 3227:6, 3246:20, 3254:19, 3276:6
**ended** [2] - 3186:2, 3186:3
**ending** [30] - 3280:11, 3281:2, 3281:25, 3283:4, 3284:4, 3285:1, 3286:4, 3286:12, 3286:19, 3288:1, 3288:17, 3288:24, 3289:12, 3289:24, 3290:5, 3290:24, 3291:7, 3291:13, 3291:20, 3292:1, 3292:22, 3293:5, 3293:12, 3293:20, 3294:4, 3294:12, 3295:3, 3295:12, 3295:20, 3296:9
**endorsing** [1] - 3236:2
**enforcement** [5] - 3206:13, 3219:25, 3272:8, 3272:9, 3272:16
**engaged** [1] - 3210:4
**enter** [1] - 3236:4
**entered** [12] - 3178:13, 3185:11, 3204:14, 3214:3, 3247:7, 3255:18, 3259:8, 3262:22, 3263:22, 3264:23, 3265:23, 3275:2
**entering** [1] - 3220:21
**enthusiasm** [1] - 3269:12
**entire** [4] - 3187:6, 3213:20, 3244:15, 3245:8
**entirely** [1] - 3243:13
**entirety** [2] - 3197:2, 3245:2
**entries** [1] - 3285:6
**equipment** [4] - 3184:23, 3224:23, 3225:9, 3262:5
**escorting** [1] - 3227:18
**escorts** [1] - 3240:22
**ESQ** [14] - 3175:14, 3175:15, 3175:15, 3175:16, 3175:19, 3175:19, 3175:22, 3175:23, 3175:23, 3176:2, 3176:4,

3176:8, 3176:11, 3176:14
**essentially** [1] - 3197:1
**establish** [1] - 3190:22
**established** [1] - 3266:4
**et** [2] - 3175:6, 3257:25
**evening** [6] - 3246:15, 3285:4, 3286:6, 3286:14, 3286:21, 3297:23
**event** [1] - 3226:12
**EVIDENCE** [1] - 3177:11
**evidence** [42] - 3185:11, 3198:13, 3199:23, 3200:2, 3201:17, 3204:14, 3214:3, 3215:9, 3215:12, 3216:25, 3225:16, 3235:9, 3239:11, 3242:4, 3242:6, 3242:12, 3242:14, 3251:14, 3252:15, 3255:10, 3255:13, 3255:18, 3258:1, 3258:5, 3258:22, 3259:9, 3262:18, 3262:23, 3263:17, 3263:22, 3264:18, 3264:23, 3265:18, 3265:23, 3266:14, 3266:25, 3273:24, 3274:7, 3274:9, 3275:2, 3297:4
**evolving** [1] - 3217:21
**exact** [4] - 3195:17, 3199:17, 3206:16, 3228:18
**examination** [10] - 3178:20, 3187:23, 3190:15, 3236:17, 3241:7, 3268:5, 3269:7, 3297:13, 3297:14, 3297:15
**EXAMINATION** [7] - 3178:23, 3184:11, 3216:8, 3236:15, 3247:23, 3268:6, 3270:4
**examine** [2] - 3190:21, 3233:17
**example** [4] - 3235:19, 3276:25, 3279:20, 3292:5

**examples** [1] - 3277:9
**except** [2] - 3206:18, 3225:9
**excerpts** [1] - 3298:10
**excuse** [7] - 3186:3, 3219:4, 3279:18, 3283:6, 3290:7, 3292:12, 3295:22
**excused** [3] - 3242:21, 3269:16, 3298:21
**execute** [1] - 3216:18
**Exhibit** [69] - 3177:12, 3177:12, 3177:13, 3177:13, 3177:14, 3177:14, 3177:15, 3177:15, 3177:16, 3177:17, 3185:2, 3185:10, 3185:12, 3185:17, 3186:4, 3186:17, 3186:23, 3193:5, 3196:15, 3197:17, 3198:14, 3201:10, 3204:13, 3212:21, 3213:18, 3214:2, 3214:4, 3214:9, 3225:20, 3225:23, 3226:18, 3227:4, 3227:12, 3251:14, 3251:17, 3251:21, 3252:15, 3255:2, 3255:17, 3258:9, 3258:10, 3258:19, 3258:23, 3259:8, 3259:21, 3261:16, 3262:8, 3262:15, 3262:19, 3262:21, 3262:22, 3263:15, 3263:17, 3263:21, 3263:24, 3264:9, 3264:11, 3264:19, 3264:22, 3265:8, 3265:11, 3265:15, 3265:19, 3265:22, 3266:25, 3274:13, 3274:16, 3274:24, 3275:1
**exhibit** [1] - 3193:4
**exhibits** [6] - 3182:13, 3199:19, 3222:3, 3235:18, 3255:16, 3297:18
**Exhibits** [2] - 3255:13, 3296:21
**EXHIBITS** [1] - 3177:11

**exited** [2] - 3242:25, 3298:14
**expect** [2] - 3269:20, 3269:24
**expectation** [1] - 3297:13
**experience** [3] - 3271:3, 3273:25, 3274:5
**expert** [7] - 3193:24, 3222:21, 3272:24, 3273:2, 3273:6, 3273:14, 3273:18
**expertise** [1] - 3273:21
**explain** [2] - 3189:2, 3260:15
**explaining** [1] - 3275:14
**explore** [1] - 3244:9
**expressed** [1] - 3178:4
**extra** [2] - 3262:4, 3266:7
**extremely** [1] - 3253:25

# F

**face** [2] - 3265:5, 3278:18
**Facebook** [11] - 3213:15, 3223:3, 3223:6, 3223:9, 3223:14, 3223:21, 3224:9, 3224:11, 3224:13, 3224:16
**facilitate** [1] - 3245:19
**facing** [3] - 3278:14, 3284:19, 3296:1
**fact** [7] - 3181:11, 3189:10, 3189:18, 3190:1, 3233:5, 3268:25, 3273:24
**facts** [2] - 3231:3, 3231:5
**fair** [13] - 3179:18, 3180:11, 3181:9, 3181:15, 3182:16, 3183:1, 3183:18, 3188:9, 3226:6, 3226:16, 3233:20, 3237:8, 3288:13
**fairly** [2] - 3255:9, 3274:10
**faith** [1] - 3231:9
**fake** [1] - 3197:22
**fall** [1] - 3278:3

3320

**Falls** [2] - 3294:17, 3295:5
**familiar** [9] - 3212:13, 3217:24, 3224:23, 3224:25, 3226:8, 3228:3, 3228:13, 3252:7, 3277:10
**families** [1] - 3196:23
**family** [1] - 3221:3
**fan** [4] - 3206:8, 3206:12, 3206:22, 3207:16
**far** [5] - 3181:12, 3187:18, 3209:6, 3261:8, 3276:3
**fast** [2] - 3230:19, 3238:25
**façade** [1] - 3277:21
**FBI** [33] - 3179:21, 3179:24, 3181:22, 3182:16, 3182:22, 3182:23, 3182:25, 3188:4, 3196:25, 3225:6, 3247:13, 3248:5, 3248:7, 3248:10, 3248:11, 3249:3, 3249:24, 3250:2, 3250:4, 3250:11, 3253:9, 3254:1, 3260:21, 3268:25, 3269:18, 3270:10, 3270:11, 3270:21, 3272:3, 3272:7
**FBI's** [1] - 3254:20
**FBI-speak** [2] - 3182:22, 3182:23
**February** [6] - 3249:21, 3254:8, 3255:7, 3257:16, 3266:22, 3270:12
**federal** [2] - 3246:1, 3273:11
**fenced** [1] - 3253:18
**fenced-in** [1] - 3253:18
**few** [6] - 3180:7, 3200:3, 3203:21, 3207:5, 3212:24, 3215:1
**field** [2] - 3249:12, 3249:15
**fifteen** [1] - 3236:12
**fight** [1] - 3205:17
**file** [7] - 3182:19, 3189:11, 3189:24, 3191:5, 3191:9, 3191:20, 3235:5

**filed** [1] - 3232:14
**files** [3] - 3188:14, 3188:24, 3189:2
**finally** [1] - 3265:10
**fine** [1] - 3178:11
**finger** [1] - 3238:25
**finish** [1] - 3298:5
**fire** [5] - 3238:23, 3244:1, 3245:3, 3257:6, 3257:8
**firearm** [3] - 3218:22, 3218:25, 3219:12
**firearms** [18] - 3184:1, 3206:7, 3206:21, 3215:8, 3215:10, 3218:24, 3250:22, 3251:4, 3256:24, 3266:11, 3266:19, 3266:21, 3267:23, 3268:1, 3269:3
**fires** [1] - 3238:21
**First** [2] - 3210:4, 3226:1
**first** [10] - 3178:25, 3206:5, 3209:5, 3209:10, 3225:25, 3226:14, 3231:5, 3258:16, 3267:5, 3282:8
**FISCHER** [8] - 3176:14, 3176:15, 3178:22, 3178:24, 3182:3, 3184:4, 3240:2, 3273:16
**Fischer** [6] - 3178:19, 3237:7, 3237:20, 3238:15, 3240:14, 3241:22
**five** [2] - 3230:1, 3296:18
**fixed** [1] - 3200:25
**flag** [4] - 3210:21, 3243:15, 3265:2, 3289:7
**flags** [1] - 3257:4, 3268:23
**flashlight** [3] - 3210:11, 3278:22, 3279:16
**flick** [1] - 3238:25
**flip** [1] - 3236:24
**Florida** [14] - 3180:8, 3208:17, 3219:13, 3219:22, 3237:21, 3240:15, 3247:3, 3249:9, 3249:11, 3249:17, 3249:18, 3249:22, 3250:7, 3257:20

**flow** [1] - 3285:22
**focused** [1] - 3278:5
**folks** [5] - 3179:2, 3209:3, 3209:24, 3211:6, 3227:19
**follow** [3] - 3209:20, 3275:12, 3281:7
**following** [16] - 3178:14, 3189:7, 3191:1, 3200:10, 3201:1, 3201:14, 3204:7, 3229:18, 3233:21, 3243:1, 3243:5, 3247:8, 3297:11, 3297:25, 3298:15, 3298:24
**follows** [1] - 3282:11
**foot** [1] - 3250:3
**FOR** [9] - 3175:1, 3175:14, 3175:17, 3175:22, 3176:2, 3176:8, 3176:11, 3176:14, 3177:5
**forced** [1] - 3235:24
**foregoing** [1] - 3311:4
**forget** [1] - 3234:9
**forgive** [3] - 3229:20, 3232:23, 3268:16
**form** [1] - 3224:18
**formal** [1] - 3233:24
**format** [1] - 3194:22
**former** [1] - 3197:10
**FORMERFEDSGR OUP.COM** [1] - 3176:8
**forms** [1] - 3225:4
**forward** [5] - 3202:17, 3257:12, 3257:15, 3276:22, 3298:12
**forwarded** [6] - 3179:10, 3179:16, 3179:20, 3179:25, 3206:1, 3230:23
**foundation** [2] - 3189:24, 3230:19
**four** [7] - 3197:20, 3198:5, 3199:8, 3250:3, 3253:15, 3255:5, 3294:6
**frame** [1] - 3252:3
**frankly** [1] - 3232:6
**frat** [1] - 3205:16
**free** [5] - 3242:13, 3247:21, 3249:8, 3270:2, 3298:17
**French** [1] - 3212:14
**frequencies** [2] - 3271:21, 3279:1
**frequency** [1] -

3272:1
**frequently** [1] - 3232:16
**Friday** [1] - 3298:4
**friends** [1] - 3223:16
**front** [8] - 3197:2, 3228:25, 3230:6, 3274:12, 3274:15, 3278:24, 3279:2, 3280:15
**Front** [1] - 3176:12
**fugitives** [1] - 3271:8
**full** [11] - 3189:22, 3190:6, 3190:9, 3213:23, 3224:21, 3224:22, 3225:1, 3245:20, 3245:23, 3298:10, 3311:5
**fully** [1] - 3226:12
**fun** [1] - 3211:3
**functions** [1] - 3197:2
**FYI** [1] - 3214:22

**G**

**gaiter** [1] - 3265:4
**gaiters** [2] - 3265:2, 3265:6
**gang** [1] - 3270:19
**gangs** [1] - 3271:3
**gate** [1] - 3253:19
**gates** [2] - 3228:16, 3230:7
**gather** [1] - 3257:25
**gathered** [2] - 3242:5, 3258:5
**Gator** [1] - 3195:15
**gear** [1] - 3244:5
**general** [3] - 3225:1, 3271:6, 3293:16
**generally** [4] - 3250:14, 3253:16, 3275:10, 3278:13
**gentleman** [5] - 3187:7, 3226:2, 3226:20, 3229:7, 3231:14
**gentleman's** [1] - 3231:10
**gentlemen** [5] - 3178:16, 3184:24, 3242:22, 3273:19, 3298:2
**George** [1] - 3231:3
**Geyer** [12] - 3216:6, 3216:12, 3219:2, 3225:19, 3229:2, 3229:20, 3230:21,

3231:8, 3232:23, 3235:10, 3236:9, 3236:17
**GEYER** [51] - 3176:8, 3216:7, 3216:9, 3216:15, 3216:16, 3216:24, 3217:1, 3217:19, 3217:20, 3219:4, 3219:7, 3219:8, 3219:15, 3219:16, 3220:5, 3220:8, 3220:10, 3220:12, 3221:12, 3221:13, 3222:1, 3222:5, 3222:7, 3223:3, 3223:5, 3224:19, 3224:20, 3225:20, 3225:24, 3226:19, 3227:5, 3227:13, 3229:3, 3229:5, 3229:23, 3230:10, 3230:16, 3231:2, 3231:16, 3231:24, 3232:13, 3233:7, 3233:14, 3233:19, 3233:25, 3234:4, 3234:7, 3234:10, 3234:11, 3235:12, 3236:8
**given** [2] - 3217:14, 3272:14
**Glebe** [15] - 3287:14, 3288:3, 3288:18, 3289:1, 3289:4, 3291:9, 3291:16, 3292:3, 3292:25, 3293:8, 3293:23, 3294:7, 3294:15, 3295:15
**Glen** [1] - 3176:16
**gloves** [2] - 3225:3, 3225:9
**go-bag** [6] - 3207:24, 3207:25, 3217:22, 3217:23, 3218:5, 3218:8
**goggles** [1] - 3225:3
**Gold** [1] - 3228:2
**gonna** [1] - 3240:21
**good-faith** [1] - 3231:9
**GoToMeeting** [1] - 3195:16
**GoToMeetings** [1] - 3195:18
**GOVERNMENT** [4] - 3175:14, 3177:5, 3247:14, 3269:25
**Government** [47] - 3178:6, 3181:24,

3183:5, 3185:3, 3190:8, 3190:10, 3193:4, 3204:17, 3204:18, 3204:19, 3204:20, 3204:21, 3204:22, 3204:23, 3206:24, 3207:1, 3207:2, 3207:9, 3213:19, 3215:17, 3247:11, 3247:13, 3251:14, 3255:12, 3258:17, 3258:22, 3261:16, 3262:8, 3262:15, 3262:18, 3262:19, 3263:15, 3263:16, 3263:17, 3263:24, 3264:11, 3264:18, 3264:19, 3265:8, 3265:10, 3265:15, 3265:18, 3266:24, 3269:10, 3274:13, 3274:16, 3274:24

**government's** [8] - 3177:12, 3177:13, 3177:13, 3177:14, 3177:15, 3177:15, 3177:16

**Government's** [25] - 3177:14, 3182:13, 3185:2, 3185:10, 3185:12, 3185:17, 3186:4, 3186:17, 3186:23, 3212:20, 3213:18, 3214:2, 3214:4, 3214:9, 3251:17, 3251:21, 3255:2, 3255:17, 3258:19, 3259:8, 3262:22, 3263:21, 3264:22, 3265:22, 3275:1

**Governor** [1] - 3176:15

**grab** [1] - 3266:9

**grabbing** [1] - 3262:10

**Granbury** [1] - 3281:4

**gray** [1] - 3205:4

**great** [2] - 3205:20, 3240:22

**greatly** [1] - 3205:5

**Green** [1] - 3266:5

**green** [1] - 3255:23

**ground** [4] - 3206:4, 3217:8, 3277:13, 3278:4

**grounds** [2] - 3241:1, 3241:5

**group** [7] - 3197:2, 3205:12, 3227:17, 3228:1, 3228:2, 3228:25, 3250:21

**grown** [1] - 3249:10

**guardians** [1] - 3260:2

**Guardians** [2] - 3252:23, 3266:4

**guess** [6] - 3178:25, 3202:21, 3205:7, 3222:9, 3245:11, 3245:22

**guillotine** [5] - 3212:10, 3212:16, 3212:23, 3213:11, 3213:12

**guillotine's** [1] - 3212:14

**gun** [13] - 3205:23, 3206:3, 3210:11, 3210:13, 3221:16, 3237:24, 3238:2, 3238:3, 3238:8, 3238:11, 3261:12, 3262:6

**gun/flashlight** [1] - 3210:19

**guns** [12] - 3178:4, 3178:7, 3206:18, 3221:14, 3221:19, 3237:21, 3243:21, 3243:24, 3244:8, 3244:25, 3245:6, 3267:10

**gutters** [1] - 3217:3

**guy** [1] - 3230:10

**guys** [3] - 3237:14, 3237:15, 3237:19

# H

**Hackett** [2] - 3282:20, 3286:5

**Hacksaw** [2] - 3197:5, 3197:9

**hacksaw** [1] - 3211:2

**half** [4] - 3233:10, 3252:5, 3253:15, 3298:5

**Haller** [2] - 3184:9, 3184:16

**HALLER** [5] - 3176:4, 3176:5, 3258:25, 3265:20, 3296:23

**hallway** [1] - 3237:13

**handgun** [1] - 3218:10, 3218:12

**handled** [1] - 3232:24

**hands** [1] - 3206:21

**Haney** [2] - 3182:12, 3183:2

**happy** [3] - 3185:7, 3195:19, 3245:19

**hard** [2] - 3190:11, 3209:19

**harmed** [3] - 3197:24, 3197:25, 3198:3

**harming** [1] - 3198:6

**harmless** [1] - 3204:4

**Harrelson** [24] - 3180:14, 3192:17, 3192:19, 3193:1, 3193:17, 3216:13, 3216:18, 3217:2, 3218:13, 3218:14, 3220:15, 3224:4, 3224:6, 3224:9, 3224:13, 3225:19, 3225:21, 3227:9, 3244:4, 3282:20, 3285:2, 3287:17, 3291:21

**HARRELSON** [1] - 3176:8

**Harrelson's** [6] - 3221:2, 3225:22, 3226:17, 3227:3, 3227:11, 3236:19

**Harris** [9] - 3177:6, 3178:18, 3178:21, 3236:17, 3239:25, 3240:7, 3240:20, 3242:18, 3244:8

**Harris's** [1] - 3178:19

**Harrisburg** [1] - 3176:13

**Hart** [3] - 3230:1, 3230:3, 3231:7

**Hart's** [1] - 3231:5

**hash** [1] - 3244:18

**hashtags** [1] - 3192:6

**hat** [1] - 3226:22

**head** [2] - 3228:11, 3228:19

**heads** [1] - 3206:1

**heads-up** [1] - 3206:1

**hear** [6] - 3186:20, 3186:22, 3214:7, 3245:9, 3245:12, 3245:22

**heard** [4] - 3183:21, 3228:6, 3228:8,

3231:13

**hearing** [2] - 3226:14, 3298:9

**height** [2] - 3249:25, 3250:2

**held** [2] - 3248:11, 3270:13

**helmet** [3] - 3263:3, 3263:5, 3263:11

**helmets** [3] - 3263:1, 3263:2, 3263:9

**help** [6] - 3180:15, 3205:15, 3205:20, 3225:15, 3227:23, 3272:22

**helping** [3] - 3227:18, 3227:21, 3227:22

**hereby** [1] - 3311:3

**high** [2] - 3260:24, 3263:8

**high-velocity** [2] - 3260:24, 3263:8

**Highway** [1] - 3176:15

**hiking** [1] - 3211:13

**Hill** [1] - 3298:9

**himself** [2] - 3195:15, 3202:22

**historian** [1] - 3183:13

**historical** [1] - 3275:25

**historically** [3] - 3271:7, 3275:16, 3276:16

**history** [1] - 3183:10

**hit** [1] - 3290:11

**hits** [4] - 3206:8, 3206:12, 3206:22, 3207:16

**hitting** [2] - 3197:19, 3292:7

**hold** [6] - 3189:15, 3231:19, 3259:3, 3260:15, 3262:2

**Holden** [1] - 3182:12

**holding** [4] - 3180:19, 3259:21, 3265:6, 3266:19

**Home** [1] - 3212:25

**home** [4] - 3216:19, 3218:17, 3269:14, 3283:22

**homes** [1] - 3196:23

**homestretch** [1] - 3247:10

**honest** [1] - 3234:22

**Honor** [36] - 3178:9, 3184:4, 3184:8,

3185:22, 3189:4, 3190:11, 3195:21, 3200:7, 3201:12, 3202:18, 3203:5, 3203:8, 3203:10, 3213:25, 3219:7, 3219:15, 3229:3, 3229:16, 3230:10, 3231:2, 3231:16, 3233:8, 3233:19, 3233:25, 3234:4, 3243:14, 3246:17, 3247:12, 3247:22, 3259:10, 3269:11, 3273:13, 3274:20, 3290:19, 3296:19, 3297:8

**HONORABLE** [1] - 3175:11

**hope** [4] - 3178:16, 3197:22, 3223:4, 3229:13

**hopefully** [1] - 3178:2

**host** [3] - 3228:22, 3235:7, 3246:10

**hot** [1] - 3261:6

**hotel** [4] - 3184:1, 3215:24, 3219:24, 3296:15

**Hotel** [1] - 3288:18

**hour** [1] - 3256:16

**hours** [11] - 3253:15, 3271:21, 3285:4, 3286:7, 3286:14, 3286:15, 3286:21, 3286:22, 3295:21, 3295:25

**house** [13] - 3215:13, 3217:2, 3221:21, 3236:19, 3244:9, 3245:3, 3247:4, 3251:9, 3253:19, 3256:19, 3257:5, 3268:16, 3269:3

**household** [2] - 3218:13, 3220:14

**HUGHES** [1] - 3175:19

**hundreds** [1] - 3223:15

**hunted** [1] - 3240:24

**hunting** [6] - 3240:15, 3240:23, 3241:1, 3241:4, 3241:5

**hurting** [1] - 3198:4

3322

**I**

**ID** [3] - 3284:15, 3296:25, 3297:3
**idea** [1] - 3190:15
**identified** [3] - 3229:14, 3230:2, 3230:4
**identify** [1] - 3196:14
**identities** [1] - 3182:20
**identity** [1] - 3183:3
**IFAK** [1] - 3208:5
**III** [1] - 3175:6
**illegal** [2] - 3221:21, 3237:25
**illustrate** [2] - 3272:21, 3279:13
**illustrating** [2] - 3289:12, 3293:5
**illustration** [3] - 3279:9, 3280:1, 3283:10
**illustrative** [1] - 3277:14
**image** [2] - 3205:16, 3213:10
**impart** [1] - 3272:18
**importance** [1] - 3288:6
**important** [2] - 3208:5, 3232:18
**impress** [1] - 3298:7
**impression** [1] - 3246:9
**IN** [1] - 3177:11
**inadvertent** [1] - 3202:3
**incarcerated** [1] - 3245:14
**incident** [1] - 3276:13
**include** [2] - 3223:9, 3248:21
**included** [2] - 3239:25, 3240:7
**including** [5] - 3196:1, 3196:5, 3198:14, 3218:4, 3268:21
**incoming** [1] - 3280:2
**incorrect** [1] - 3200:13
**incorrectly** [1] - 3200:22
**indicate** [4] - 3279:15, 3280:2, 3280:23, 3287:4

**indicated** [1] - 3180:7
**indicates** [3] - 3222:10, 3222:12, 3284:13
**indication** [1] - 3218:22
**indicted** [1] - 3181:24
**indictment** [1] - 3182:4
**individual** [8] - 3199:4, 3226:8, 3226:24, 3228:13, 3229:14, 3229:23, 3249:21, 3252:3
**individuals** [2] - 3248:19, 3248:21
**indulgence** [1] - 3296:23
**inform** [1] - 3219:9
**information** [6] - 3181:22, 3195:12, 3271:5, 3271:17, 3285:13, 3290:14
**initial** [1] - 3271:24
**Inn** [21] - 3288:2, 3288:7, 3288:18, 3289:1, 3289:4, 3290:7, 3290:8, 3291:1, 3291:9, 3291:16, 3292:3, 3292:25, 3293:8, 3293:14, 3293:23, 3294:7, 3294:15, 3295:7, 3295:15, 3295:25, 3296:13
**inside** [7] - 3215:24, 3260:10, 3260:13, 3260:23, 3261:25, 3262:25, 3266:6
**insight** [1] - 3245:5
**Instagram** [1] - 3191:25
**instances** [2] - 3220:1, 3233:10
**instead** [1] - 3205:1
**instruction** [8] - 3187:19, 3188:2, 3188:3, 3188:6, 3213:9, 3213:10, 3298:8
**Insurrection** [1] - 3235:23
**intend** [1] - 3244:11
**intentionally** [1] - 3187:17
**interested** [3] - 3217:21, 3220:20, 3244:14

**interesting** [1] - 3225:7
**internet** [1] - 3215:2
**interpretations** [1] - 3217:21
**interstates** [1] - 3282:12
**interview** [2] - 3181:13, 3181:17
**interviewed** [2] - 3181:8, 3181:12
**intimately** [2] - 3283:23, 3288:9
**introduce** [1] - 3270:6
**introduced** [5] - 3198:14, 3216:25, 3225:15, 3230:23, 3231:12
**introduction** [1] - 3244:20
**investigate** [1] - 3190:13
**investigated** [2] - 3183:2, 3270:18
**investigation** [13] - 3179:10, 3180:15, 3182:16, 3187:5, 3191:13, 3215:9, 3215:12, 3218:19, 3221:3, 3242:1, 3242:6, 3242:8, 3275:14
**investigations** [1] - 3271:11
**investigative** [1] - 3182:19
**invoke** [1] - 3235:23
**involve** [1] - 3194:2
**involved** [7] - 3198:1, 3232:7, 3253:10, 3275:14, 3276:3, 3283:23, 3288:9
**involves** [1] - 3232:11
**iPhone** [1] - 3210:7
**issue** [6] - 3202:16, 3211:14, 3231:25, 3243:15, 3247:1, 3273:24
**issued** [1] - 3250:12
**item** [4] - 3258:14, 3259:3, 3265:12, 3265:15
**items** [14] - 3207:23, 3212:1, 3218:4, 3237:1, 3250:20, 3255:5, 3258:6, 3258:12, 3258:19,

3262:12, 3262:15, 3264:12, 3264:15, 3285:10

**J**

**J.C** [3] - 3178:3, 3184:18, 3216:22
**Jacksonville** [3] - 3249:4, 3249:12, 3249:15
**jail** [5] - 3243:19, 3244:12, 3244:20, 3246:2
**JAMES** [1] - 3175:23
**Jan** [1] - 3222:13
**January** [76] - 3181:23, 3182:5, 3182:9, 3222:9, 3222:18, 3224:16, 3225:8, 3225:11, 3225:13, 3226:1, 3229:10, 3230:24, 3231:10, 3231:22, 3250:17, 3251:7, 3263:25, 3276:9, 3276:10, 3276:12, 3280:12, 3280:13, 3280:17, 3281:6, 3281:13, 3282:1, 3282:7, 3282:13, 3282:21, 3283:7, 3283:12, 3283:14, 3284:6, 3284:16, 3285:3, 3285:4, 3286:6, 3286:7, 3286:15, 3286:22, 3287:15, 3288:3, 3288:5, 3289:19, 3289:1, 3289:2, 3289:13, 3289:19, 3289:20, 3289:25, 3290:9, 3291:1, 3291:2, 3291:8, 3291:14, 3291:21, 3292:2, 3292:23, 3293:6, 3293:12, 3293:21, 3294:5, 3294:13, 3295:4, 3295:13, 3295:21, 3295:22, 3295:23, 3296:10
**Jason** [3] - 3226:24, 3282:20, 3286:13
**Jeffrey** [2] - 3287:19, 3296:10
**JEFFREY** [1] - 3175:15
**Jenni** [1] - 3269:18
**Jennifer** [2] - 3177:9,

3270:8
**JENNIFER** [2] - 3269:25, 3270:8
**jeopardized** [1] - 3242:13
**Jeremy** [1] - 3193:17
**Jersey** [1] - 3176:10
**Jessica** [2] - 3287:16, 3288:2
**jest** [1] - 3213:7
**Jim** [2] - 3197:5, 3197:9
**join** [2] - 3202:25, 3205:12
**joined** [1] - 3180:22
**joining** [1] - 3205:13
**Jonathan** [1] - 3228:5
**JONATHAN** [1] - 3176:11
**Joseph** [2] - 3282:20, 3286:5
**JR** [3] - 3175:15, 3175:23, 3176:2
**JROTC** [1] - 3221:8
**judge** [1] - 3240:13
**JUDGE** [1] - 3175:11
**Juli** [1] - 3184:16
**JULI** [2] - 3176:4, 3176:5
**June** [1] - 3221:4
**jurisdiction** [1] - 3273:8
**juror** [1] - 3178:3
**JURY** [1] - 3175:10
**jury** [60] - 3178:5, 3178:12, 3178:13, 3185:21, 3188:21, 3189:8, 3192:2, 3195:16, 3195:24, 3196:3, 3196:8, 3196:11, 3196:19, 3197:7, 3197:16, 3198:15, 3199:10, 3199:12, 3200:5, 3200:11, 3201:4, 3201:7, 3201:15, 3202:1, 3202:10, 3204:11, 3212:10, 3213:17, 3219:6, 3229:19, 3230:25, 3242:25, 3243:16, 3245:9, 3246:3, 3246:8, 3247:6, 3247:7, 3259:4, 3259:7, 3260:16, 3262:2, 3262:3, 3262:25, 3264:25, 3265:25, 3268:20, 3270:7, 3273:23,

3323

3274:21, 3275:9, 3276:25, 3277:7, 3280:15, 3281:15, 3282:3, 3284:7, 3286:24, 3297:12, 3298:14

**jury's** [1] - 3189:12

**JUSTICE** [1] - 3175:20

**JUSTIN** [1] - 3175:19

## K

**Kandaris** [2] - 3287:18, 3295:13

**Kane** [1] - 3210:6

**KATHRYN** [1] - 3175:14

**keep** [5] - 3195:6, 3195:10, 3209:20, 3215:4, 3219:24

**Keeper** [1] - 3236:3

**Keepers** [16] - 3226:22, 3230:18, 3231:22, 3233:9, 3233:10, 3250:21, 3251:1, 3251:2, 3255:25, 3257:4, 3260:2, 3263:10, 3263:11, 3266:3, 3268:18, 3268:19

**Kelly** [8] - 3184:14, 3205:10, 3214:16, 3249:21, 3266:16, 3267:8, 3282:19, 3291:8

**Kelsey** [1] - 3177:6

**Ken** [6] - 3216:12, 3218:13, 3220:24, 3224:4, 3224:6, 3225:8

**Kenneth** [4] - 3282:20, 3285:2, 3287:17, 3291:21

**kids** [2] - 3205:6, 3271:8

**kind** [5] - 3261:9, 3275:14, 3277:15, 3278:25, 3279:2

**King** [1] - 3273:9

**kit** [7] - 3208:6, 3224:21, 3224:22, 3225:1, 3225:5

**kits** [3] - 3203:14, 3207:5, 3208:5

**Klein** [2] - 3217:23, 3217:24

**KM-10** [5] - 3177:17, 3201:11, 3204:10,

3204:12, 3204:13

**knives** [1] - 3225:4

**knowing** [1] - 3211:21

**knowledge** [15] - 3183:14, 3190:18, 3192:21, 3197:23, 3212:16, 3215:16, 3215:19, 3215:21, 3215:22, 3220:22, 3221:6, 3225:4, 3273:23, 3273:25, 3275:21

**known** [1] - 3197:19

**knows** [4] - 3182:2, 3209:5, 3209:21, 3232:7

## L

**label** [3] - 3201:10, 3266:6, 3278:16

**labeled** [1] - 3200:22

**ladder** [2] - 3217:3, 3217:5

**ladies** [5] - 3178:16, 3184:24, 3242:22, 3273:19, 3298:2

**laptop** [1] - 3188:20

**large** [1] - 3266:7

**largely** [1] - 3281:19

**larger** [1] - 3208:6

**LASSITER** [1] - 3175:24

**last** [8] - 3181:11, 3198:24, 3211:7, 3217:14, 3232:20, 3248:3, 3273:4, 3281:4

**lat/longitude** [3] - 3280:24, 3284:12, 3284:18

**late** [1] - 3181:13

**latitude** [1] - 3278:6

**laughing** [1] - 3244:5

**law** [6] - 3206:13, 3219:25, 3257:19, 3272:7, 3272:9, 3272:16

**LAW** [2] - 3176:2, 3176:5

**lawful** [1] - 3218:14

**lawn** [1] - 3280:21

**Lawn** [1] - 3175:24

**laws** [3] - 3203:12, 3205:23, 3206:3

**lawsuits** [1] - 3235:5

**lawyer** [4] - 3261:19, 3264:16, 3265:16,

3268:2

**lawyers** [1] - 3230:22

**lay** [2] - 3189:24, 3230:18

**layers** [1] - 3263:7

**leader** [1] - 3204:25

**leading** [1] - 3222:19

**learn** [1] - 3194:24

**learned** [2] - 3194:10, 3194:11

**least** [5] - 3181:8, 3182:25, 3233:10, 3246:10, 3271:20

**leave** [2] - 3233:4, 3246:8

**left** [11] - 3196:20, 3197:3, 3226:2, 3226:8, 3226:21, 3227:7, 3230:3, 3237:15, 3252:22, 3252:23, 3277:17

**legal** [2] - 3221:22, 3272:19

**legality** [1] - 3237:21

**legally** [3] - 3219:21, 3237:24, 3238:2

**legged** [1] - 3284:7

**legitimate** [1] - 3211:21

**length** [1] - 3297:14

**LEO** [2] - 3206:11, 3206:13

**LEOs** [1] - 3209:4

**LEOSA** [4] - 3206:11, 3206:19, 3209:3, 3209:6

**less** [1] - 3224:1

**level** [1] - 3198:1

**Lexington** [2] - 3183:20, 3266:5

**liability** [1] - 3188:16

**licensed** [1] - 3226:13

**likely** [2] - 3277:20, 3278:10

**limits** [2] - 3209:21

**LINDER** [3] - 3175:22, 3175:24, 3297:15

**line** [3] - 3244:7, 3279:2, 3279:4

**lines** [1] - 3282:11

**link** [5] - 3191:24, 3191:25, 3196:5, 3196:8, 3206:22

**links** [6] - 3189:25, 3191:6, 3191:10, 3191:12, 3191:14, 3191:15

**LISA** [2] - 3176:17,

3311:3

**Lisa** [1] - 3311:12

**list** [8] - 3179:14, 3223:16, 3223:17, 3232:14, 3275:15, 3276:14, 3279:19, 3284:17

**listed** [2] - 3179:20, 3231:17

**listen** [6] - 3186:10, 3187:10, 3229:7, 3230:11, 3230:13, 3246:15

**listened** [1] - 3187:7

**lists** [3] - 3223:16, 3276:8, 3278:19

**live** [1] - 3241:2

**Lives** [2] - 3196:24, 3197:1

**living** [1] - 3270:9

**LLC** [2] - 3176:8, 3176:12

**load** [2] - 3206:10, 3207:15

**local** [1] - 3253:9

**locate** [7] - 3250:23, 3251:1, 3251:4, 3253:6, 3256:24, 3266:21, 3271:8

**located** [5] - 3180:8, 3218:13, 3272:23, 3277:20

**location** [3] - 3271:6, 3288:8, 3289:3

**locations** [1] - 3276:19

**logic** [1] - 3285:22

**logs** [1] - 3195:16

**long-range** [1] - 3282:5

**longitude** [1] - 3278:6

**longtime** [1] - 3208:8

**look** [24] - 3185:6, 3191:23, 3195:17, 3202:20, 3204:1, 3205:1, 3215:24, 3218:21, 3241:14, 3245:24, 3251:10, 3271:5, 3272:17, 3276:9, 3276:11, 3277:6, 3277:23, 3278:3, 3279:19, 3285:21, 3286:23, 3294:9, 3295:9, 3298:12

**looked** [5] - 3182:25, 3277:4, 3283:6, 3284:17

**looking** [44] -

3205:12, 3205:17, 3250:15, 3250:16, 3250:20, 3252:19, 3255:22, 3256:3, 3257:3, 3268:16, 3271:3, 3281:19, 3282:4, 3283:3, 3284:3, 3284:25, 3285:5, 3286:3, 3286:11, 3286:18, 3286:23, 3287:25, 3288:16, 3288:23, 3289:18, 3289:23, 3290:4, 3290:23, 3291:6, 3291:12, 3291:19, 3291:25, 3292:21, 3293:4, 3293:11, 3293:19, 3294:3, 3294:11, 3295:2, 3295:4, 3295:11, 3295:19, 3296:8

**looks** [2] - 3188:21, 3211:13

**lost** [3] - 3186:12, 3244:1, 3244:6

**LOUIS** [1] - 3175:16

**LT** [2] - 3209:4, 3209:21

**Lucky** [1] - 3244:1

**lunch** [6] - 3178:17, 3178:25, 3202:15, 3237:8, 3237:11, 3237:16

**lunchtime** [1] - 3298:6

## M

**MA** [1] - 3266:5

**ma'am** [2] - 3196:15, 3270:9

**magazine** [1] - 3209:21

**magazines** [2] - 3262:5, 3262:6

**mags** [1] - 3209:22

**Mail** [1] - 3194:17

**majority** [1] - 3206:9

**makeup** [1] - 3276:12

**man** [1] - 3227:6

**management** [1] - 3249:3

**manager** [1] - 3249:6

**manner** [1] - 3237:25

**Manzo** [4] - 3200:12, 3236:10, 3269:17, 3296:18

3324

**MANZO** [131] - 3175:16, 3182:1, 3185:7, 3185:22, 3187:20, 3189:4, 3189:9, 3189:20, 3190:13, 3200:7, 3200:9, 3200:13, 3200:16, 3200:19, 3200:24, 3201:12, 3201:16, 3201:25, 3202:5, 3202:14, 3213:21, 3213:25, 3214:13, 3220:3, 3221:22, 3224:18, 3229:16, 3236:12, 3236:16, 3238:7, 3238:14, 3240:6, 3240:17, 3240:19, 3241:11, 3241:13, 3241:16, 3241:18, 3242:17, 3245:18, 3269:10, 3269:18, 3269:23, 3270:5, 3273:13, 3274:11, 3274:20, 3275:3, 3275:4, 3275:6, 3275:8, 3276:22, 3276:24, 3277:24, 3278:1, 3279:7, 3279:8, 3279:23, 3279:24, 3280:7, 3280:9, 3281:1, 3281:21, 3281:23, 3282:16, 3282:17, 3283:1, 3283:2, 3283:16, 3284:1, 3284:2, 3284:23, 3284:24, 3285:25, 3286:2, 3286:9, 3286:10, 3286:16, 3286:17, 3287:9, 3287:10, 3287:23, 3287:24, 3288:14, 3288:15, 3288:20, 3288:22, 3289:9, 3289:10, 3289:15, 3289:17, 3289:21, 3289:22, 3290:2, 3290:3, 3290:17, 3290:22, 3291:4, 3291:5, 3291:10, 3291:11, 3291:17, 3291:18, 3291:23, 3291:24, 3292:19, 3292:20, 3293:2, 3293:3, 3293:9, 3293:10, 3293:17, 3293:18, 3294:1, 3294:2, 3294:9, 3294:10, 3294:25, 3295:1, 3295:9,

3295:10, 3295:17, 3295:18, 3296:6, 3296:7, 3296:17, 3296:19, 3296:25, 3297:3, 3297:8, 3297:20
  **map** [11] - 3272:22, 3275:15, 3276:15, 3279:21, 3280:15, 3280:16, 3281:19, 3283:19, 3287:1, 3289:3, 3294:18
  **mapping** [1] - 3280:1
  **maps** [2] - 3279:11, 3279:13
  **March** [2] - 3216:17, 3245:19
  **marking** [1] - 3223:19
  **Maryland** [1] - 3176:16
  **mask** [2] - 3247:21, 3270:2
  **Mass** [1] - 3266:5
  **matches** [2] - 3197:24, 3197:25
  **material** [1] - 3191:21
  **matter** [3] - 3183:19, 3227:21, 3278:3
  **Matter** [2] - 3196:24, 3197:1
  **matters** [1] - 3274:2
  **mean** [17] - 3182:23, 3183:9, 3200:18, 3218:23, 3230:22, 3230:25, 3233:4, 3233:15, 3235:4, 3235:5, 3235:7, 3245:24, 3263:5, 3271:14, 3281:14, 3285:7, 3294:20
  **meaning** [3] - 3219:10, 3232:15, 3276:8
  **means** [6] - 3206:7, 3219:3, 3219:5, 3219:6, 3223:8, 3284:8
  **meant** [7] - 3207:18, 3213:6, 3236:6, 3279:14, 3280:5, 3283:12, 3283:14
  **measurement** [1] - 3267:22
  **Med** [1] - 3208:5
  **media** [7] - 3189:25, 3190:1, 3213:5, 3224:7, 3224:8, 3298:11

**medic** [1] - 3208:8
  **meet** [2] - 3184:15, 3216:10
  **meeting** [1] - 3288:8
  **meetings** [1] - 3180:9
  **meets** [1] - 3232:20
  **Meggs** [39] - 3184:14, 3192:15, 3192:19, 3192:25, 3193:16, 3194:10, 3195:15, 3198:17, 3198:18, 3202:22, 3205:10, 3214:16, 3215:9, 3215:13, 3215:15, 3230:23, 3231:13, 3243:20, 3243:25, 3244:8, 3245:1, 3245:10, 3246:6, 3249:21, 3250:16, 3251:6, 3257:16, 3266:16, 3266:17, 3267:8, 3267:16, 3269:1, 3282:19, 3282:20, 3284:5, 3287:17, 3291:8, 3291:14
  **MEGGS** [1] - 3176:2
  **Meggs'** [1] - 3245:4
  **Meggs's** [18] - 3177:17, 3204:13, 3247:4, 3250:7, 3250:11, 3250:23, 3252:20, 3253:6, 3255:6, 3256:19, 3257:6, 3261:19, 3262:16, 3264:15, 3265:16, 3267:24, 3268:2, 3268:16
  **MEHTA** [1] - 3175:11
  **members** [1] - 3236:3
  **membership** [1] - 3239:14
  **meme** [6] - 3213:2, 3213:3, 3213:6, 3213:8, 3213:13
  **memory** [1] - 3284:20
  **mental** [1] - 3236:5
  **mention** [2] - 3220:19, 3232:16
  **mentioned** [4] - 3212:1, 3251:6, 3267:24, 3268:1
  **mentor** [1] - 3221:1
  **message** [30] - 3195:2, 3200:5, 3200:13, 3200:16, 3200:17, 3200:21,

3201:4, 3205:9, 3207:10, 3208:9, 3208:18, 3208:23, 3209:1, 3210:23, 3222:12, 3222:13, 3222:24, 3223:24, 3235:19, 3235:25, 3239:25, 3240:7, 3241:16, 3241:17, 3244:5, 3256:4, 3256:7, 3256:14
  **messages** [36] - 3183:6, 3183:7, 3195:4, 3195:5, 3195:7, 3195:10, 3199:10, 3199:12, 3199:16, 3200:4, 3201:17, 3203:10, 3203:25, 3213:16, 3222:25, 3223:23, 3234:12, 3234:14, 3234:15, 3234:20, 3234:21, 3234:23, 3234:25, 3235:3, 3235:19, 3235:25, 3236:7, 3239:8, 3239:14, 3239:21, 3239:22, 3240:10, 3241:19, 3244:3, 3290:15, 3294:23
  **methodology** [1] - 3275:24
  **Metropolitan** [2] - 3239:3, 3239:8
  **Michael** [2] - 3226:9, 3228:7
  **microphone** [1] - 3259:15
  **mid** [1] - 3181:13
  **mid-or** [1] - 3181:13
  **middle** [2] - 3264:5, 3289:7
  **might** [9] - 3179:2, 3179:6, 3219:22, 3273:23, 3276:4, 3277:23, 3278:3, 3278:9, 3281:15
  **military** [2] - 3220:21, 3221:1
  **mind** [2] - 3209:20, 3262:10
  **mindful** [1] - 3178:8
  **minds** [2] - 3217:13, 3246:11
  **minute** [2] - 3186:2, 3228:24
  **minutes** [7] - 3184:1, 3187:16, 3230:1, 3230:2, 3236:12, 3246:22, 3285:18

**misquote** [1] - 3268:17
  **missed** [1] - 3254:3
  **missing** [2] - 3231:19, 3271:8
  **Mission** [1] - 3232:21
  **Mississippi** [1] - 3281:11
  **misunderstanding** [1] - 3225:12
  **mobile** [1] - 3296:4
  **Mobile** [2] - 3195:9, 3271:4
  **Moerschel** [2] - 3287:18, 3292:23
  **Monday** [2] - 3208:16, 3209:8
  **mono** [2] - 3277:12, 3278:4
  **month** [3] - 3193:13, 3272:15, 3276:9
  **months** [1] - 3241:2
  **morning** [15] - 3246:16, 3285:4, 3286:7, 3286:15, 3286:22, 3287:6, 3288:5, 3289:20, 3294:6, 3295:21, 3295:25, 3297:16, 3297:18, 3297:24, 3298:13
  **most** [7] - 3219:25, 3228:1, 3261:12, 3271:2, 3277:10, 3278:10
  **motives** [1] - 3205:5
  **motorcade** [1] - 3228:25
  **move** [19] - 3195:21, 3201:17, 3202:16, 3204:10, 3216:2, 3222:5, 3229:3, 3232:9, 3233:25, 3249:9, 3257:12, 3257:15, 3263:17, 3265:10, 3279:4, 3282:10, 3287:6, 3296:20, 3297:4
  **moved** [7] - 3249:11, 3280:22, 3281:6, 3282:5, 3293:24, 3294:16, 3295:5
  **movement** [5] - 3261:3, 3261:7, 3280:16, 3280:20, 3296:14
  **moves** [8] - 3255:12, 3258:22, 3262:18, 3264:18, 3265:18,

3325

3281:8, 3282:12,
3296:14
  **moving** [1] - 3296:7
**MR** [329] - 3178:22,
3178:24, 3182:1,
3182:3, 3184:4,
3184:8, 3184:10,
3184:12, 3184:18,
3184:20, 3184:24,
3185:1, 3185:3,
3185:5, 3185:7,
3185:14, 3185:19,
3185:22, 3185:24,
3186:6, 3186:12,
3186:15, 3186:19,
3187:1, 3187:20,
3188:8, 3188:17,
3188:19, 3189:4,
3189:9, 3189:18,
3189:20, 3189:23,
3190:10, 3190:13,
3190:24, 3191:4,
3193:6, 3193:7,
3193:8, 3193:9,
3195:21, 3195:22,
3196:2, 3196:4,
3196:15, 3196:17,
3198:15, 3198:16,
3199:3, 3200:7,
3200:9, 3200:13,
3200:16, 3200:19,
3200:24, 3201:3,
3201:10, 3201:12,
3201:16, 3201:21,
3201:24, 3201:25,
3202:5, 3202:8,
3202:12, 3202:14,
3203:23, 3203:25,
3204:10, 3204:15,
3213:18, 3213:21,
3213:22, 3213:25,
3214:6, 3214:11,
3214:13, 3214:15,
3214:19, 3214:20,
3215:4, 3215:7,
3216:4, 3216:7,
3216:9, 3216:15,
3216:16, 3216:24,
3217:1, 3217:19,
3217:20, 3219:4,
3219:7, 3219:8,
3219:15, 3219:16,
3220:3, 3220:5,
3220:8, 3220:10,
3220:12, 3221:12,
3221:13, 3221:22,
3222:1, 3222:5,
3222:7, 3223:3,
3223:5, 3224:18,
3224:19, 3224:20,
3225:20, 3225:24,

3226:19, 3227:5,
3227:13, 3229:3,
3229:5, 3229:16,
3229:23, 3230:10,
3230:16, 3231:2,
3231:16, 3231:24,
3232:13, 3233:7,
3233:14, 3233:19,
3233:25, 3234:4,
3234:7, 3234:10,
3234:11, 3235:12,
3236:8, 3236:12,
3236:16, 3238:4,
3238:7, 3238:14,
3240:2, 3240:3,
3240:6, 3240:17,
3240:19, 3241:11,
3241:13, 3241:16,
3241:18, 3242:17,
3243:10, 3243:14,
3243:18, 3243:23,
3244:21, 3245:16,
3245:18, 3246:13,
3246:17, 3246:21,
3246:25, 3247:3,
3247:12, 3247:24,
3251:13, 3251:19,
3251:23, 3251:24,
3252:10, 3252:14,
3252:16, 3253:3,
3253:5, 3254:6,
3254:7, 3254:12,
3254:13, 3254:25,
3255:4, 3255:12,
3255:15, 3255:19,
3255:21, 3256:1,
3256:2, 3256:17,
3256:18, 3257:1,
3257:2, 3257:10,
3257:11, 3258:9,
3258:13, 3258:16,
3258:18, 3258:22,
3258:24, 3259:1,
3259:10, 3259:11,
3259:17, 3259:20,
3262:8, 3262:14,
3262:18, 3262:20,
3262:24, 3263:14,
3263:19, 3263:23,
3264:2, 3264:14,
3264:18, 3264:20,
3264:24, 3265:10,
3265:14, 3265:18,
3265:24, 3266:9,
3266:15, 3266:24,
3267:3, 3267:5,
3267:7, 3268:7,
3268:7, 3269:5,
3269:8, 3269:10,
3269:11, 3269:18,
3269:23, 3270:5,

3273:13, 3273:16,
3274:11, 3274:20,
3274:23, 3275:3,
3275:4, 3275:6,
3275:8, 3276:22,
3276:24, 3277:24,
3278:1, 3279:7,
3279:8, 3279:23,
3279:24, 3280:7,
3280:9, 3281:1,
3281:21, 3281:23,
3282:16, 3282:17,
3283:1, 3283:2,
3283:16, 3284:1,
3284:2, 3284:23,
3284:24, 3285:25,
3286:2, 3286:9,
3286:10, 3286:16,
3286:17, 3287:9,
3287:10, 3287:23,
3287:24, 3288:14,
3288:15, 3288:20,
3288:22, 3289:9,
3289:10, 3289:15,
3289:17, 3289:21,
3289:22, 3290:2,
3290:3, 3290:17,
3290:18, 3290:21,
3290:22, 3291:4,
3291:5, 3291:10,
3291:11, 3291:17,
3291:18, 3291:23,
3291:24, 3292:19,
3292:20, 3293:2,
3293:3, 3293:9,
3293:10, 3293:17,
3293:18, 3294:1,
3294:2, 3294:9,
3294:10, 3294:25,
3295:1, 3295:9,
3295:10, 3295:17,
3295:18, 3296:6,
3296:7, 3296:17,
3296:19, 3296:25,
3297:3, 3297:8,
3297:15, 3297:20
  **MS** [8] - 3178:9,
3202:18, 3203:5,
3203:8, 3203:21,
3258:25, 3265:20,
3296:23
  **muffled** [1] - 3290:19
  **multiple** [2] -
3214:18, 3287:3
  **murder** [1] - 3196:21
  **must** [3] - 3209:20,
3218:12, 3235:21
  **mustn't** [1] - 3234:22

# N

  **name** [16] - 3182:12,
3195:18, 3197:15,
3216:12, 3220:19,
3226:14, 3228:6,
3228:8, 3229:7,
3229:21, 3235:3,
3248:2, 3248:3,
3256:6, 3270:7,
3270:8
  **named** [4] - 3182:18,
3197:4, 3249:21,
3257:17
  **names** [1] - 3223:16
  **near** [6] - 3237:16,
3286:5, 3287:2,
3288:2, 3288:18,
3288:25
  **necessarily** [3] -
3180:16, 3204:3,
3287:5
  **neck** [4] - 3265:2,
3265:4, 3265:5,
3265:6
  **need** [14] - 3180:1,
3205:21, 3206:9,
3212:5, 3218:17,
3218:24, 3219:11,
3227:23, 3232:18,
3251:16, 3275:25,
3276:11, 3276:12,
3277:5
  **needed** [2] - 3180:6,
3235:22
  **needs** [1] - 3245:23
  **neighborhood** [1] -
3199:15
  **neighborhoods** [1] -
3196:23
  **Nestler** [4] - 3181:18,
3181:22, 3247:11,
3254:3
  **NESTLER** [69] -
3175:15, 3193:7,
3243:14, 3243:18,
3243:23, 3246:17,
3246:21, 3246:25,
3247:3, 3247:12,
3247:24, 3251:13,
3251:19, 3251:23,
3251:24, 3252:10,
3252:14, 3252:16,
3253:3, 3253:5,
3254:6, 3254:7,
3254:12, 3254:13,
3254:25, 3255:4,
3255:12, 3255:19,
3255:21, 3256:1,

3256:2, 3256:17,
3256:18, 3257:1,
3257:2, 3257:10,
3257:11, 3258:9,
3258:13, 3258:16,
3258:18, 3258:22,
3259:1, 3259:10,
3259:11, 3259:17,
3259:20, 3262:8,
3262:14, 3262:18,
3262:24, 3263:14,
3263:23, 3264:2,
3264:14, 3264:18,
3264:24, 3265:10,
3265:14, 3265:18,
3265:24, 3266:9,
3266:15, 3266:24,
3267:3, 3267:5,
3267:7, 3268:4,
3269:11
  **Nestler's** [1] -
3244:23
  **network** [3] - 3277:4,
3285:11, 3292:14
  **networks** [2] -
3271:22, 3272:1
  **never** [5] - 3224:12,
3225:1, 3225:5,
3228:6, 3228:8
  **new** [1] - 3192:14
  **New** [1] - 3176:10
  **news** [1] - 3194:5
  **next** [70] - 3203:4,
3203:7, 3205:22,
3205:24, 3206:2,
3206:6, 3206:15,
3206:20, 3206:24,
3207:19, 3207:20,
3207:21, 3208:4,
3208:7, 3208:15,
3208:20, 3208:22,
3208:25, 3209:16,
3209:23, 3210:1,
3210:8, 3210:10,
3210:12, 3210:14,
3210:16, 3210:18,
3210:20, 3211:1,
3211:5, 3211:10,
3211:12, 3211:15,
3211:18, 3211:25,
3212:4, 3212:6,
3226:7, 3241:16,
3241:17, 3244:9,
3247:11, 3276:22,
3277:24, 3279:7,
3279:13, 3279:23,
3280:7, 3281:21,
3282:16, 3283:1,
3284:1, 3284:23,
3285:25, 3286:9,

3286:16, 3287:9, 3287:23, 3288:5, 3288:14, 3288:20, 3289:9, 3289:15, 3289:21, 3290:17, 3291:4, 3291:10, 3294:1, 3294:25

**nice** [4] - 3178:16, 3184:15, 3210:21, 3216:10

**night** [1] - 3240:22

**node** [1] - 3284:13

**north** [1] - 3219:23, 3278:20, 3282:8

**North** [11] - 3176:12, 3282:22, 3283:9, 3283:17, 3284:6, 3285:3, 3286:6, 3286:14, 3286:21, 3287:7, 3287:14

**northeast** [2] - 3228:16, 3230:6, 3292:3

**Northwest** [6] - 3175:17, 3175:20, 3176:3, 3176:5, 3176:19, 3311:14

**Nos** [4] - 3177:13, 3202:18, 3255:2, 3255:17

**notation** [2] - 3249:24, 3250:4

**noted** [1] - 3283:9

**notes** [1] - 3311:5

**nothing** [4] - 3184:4, 3219:25, 3243:8, 3269:5

**notices** [1] - 3192:6

**November** [5] - 3181:13, 3192:20, 3192:23, 3193:20, 3195:13

**nullify** [1] - 3235:21

**number** [39] - 3195:24, 3199:18, 3203:10, 3213:15, 3213:21, 3223:4, 3223:13, 3223:20, 3252:24, 3260:2, 3271:15, 3276:4, 3280:11, 3281:2, 3281:25, 3283:4, 3284:14, 3285:1, 3285:6, 3286:4, 3286:12, 3288:1, 3288:17, 3288:24, 3289:12, 3289:19, 3289:24, 3290:5, 3290:24, 3291:7, 3291:20, 3292:1,

3292:22, 3293:5, 3293:20, 3294:12, 3295:12, 3295:20, 3296:9

**numbers** [5] - 3209:22, 3282:19, 3285:5, 3287:12, 3287:13

**numerous** [2] - 3180:9, 3183:5

## O

**o'clock** [2] - 3226:21, 3278:18

**Oak** [1] - 3175:24

**Oath** [17] - 3226:22, 3230:18, 3231:22, 3233:9, 3233:10, 3236:3, 3250:21, 3251:1, 3251:2, 3255:24, 3257:4, 3260:2, 3263:10, 3263:11, 3266:3, 3268:17, 3268:19

**oath** [1] - 3237:19

**object** [1] - 3224:18

**objected** [2] - 3202:13, 3202:18

**objecting** [1] - 3203:4

**objection** [29] - 3182:1, 3185:22, 3187:20, 3189:4, 3191:3, 3200:7, 3202:4, 3203:8, 3204:9, 3213:23, 3214:13, 3220:3, 3221:22, 3221:23, 3229:16, 3233:23, 3233:24, 3238:4, 3240:2, 3240:3, 3255:14, 3255:15, 3258:24, 3262:20, 3263:19, 3264:20, 3265:20, 3273:16, 3274:22

**objections** [2] - 3202:5, 3202:8

**objects** [1] - 3236:22

**observed** [2] - 3251:11, 3257:7

**observing** [1] - 3255:6

**obtain** [2] - 3188:10, 3262:16

**obtained** [2] - 3182:20, 3276:8

**obviously** [2] -

3180:8, 3180:20

**Ocala** [4] - 3249:5, 3249:16, 3249:17, 3257:20

**occasion** [2] - 3216:18, 3221:19

**occurred** [3] - 3192:11, 3193:1, 3245:4

**occurring** [1] - 3193:20

**occurs** [1] - 3245:18

**October** [6] - 3175:6, 3192:12, 3193:2, 3193:14, 3276:10, 3311:10

**OF** [6] - 3175:1, 3175:3, 3175:10, 3175:17, 3175:20, 3176:5

**offer** [2] - 3188:1, 3188:5

**offered** [2] - 3193:17, 3244:11

**office** [9] - 3179:10, 3179:21, 3179:24, 3249:12, 3249:15, 3253:10, 3257:20, 3258:2, 3258:20

**OFFICE** [1] - 3175:16

**officer** [1] - 3206:13

**OFFICES** [1] - 3176:5

**official** [1] - 3311:12

**Official** [1] - 3176:18

**OK** [2] - 3195:15, 3210:21

**old** [2] - 3208:8, 3222:2

**omitted** [1] - 3239:21

**omni** [1] - 3278:10

**omni-directional** [1] - 3278:10

**once** [2] - 3272:15, 3272:21

**one** [64] - 3182:13, 3191:5, 3192:1, 3192:9, 3196:2, 3196:5, 3198:3, 3198:4, 3201:9, 3202:20, 3202:23, 3203:18, 3206:24, 3207:2, 3207:22, 3208:25, 3209:20, 3210:1, 3211:3, 3211:7, 3211:10, 3212:2, 3214:24, 3218:21, 3221:16, 3222:6, 3222:11, 3224:21, 3228:11,

3229:9, 3230:8, 3230:9, 3230:14, 3232:24, 3234:7, 3234:23, 3235:20, 3235:25, 3238:21, 3241:17, 3243:15, 3249:8, 3251:20, 3251:25, 3252:22, 3252:23, 3256:16, 3260:15, 3263:3, 3263:10, 3264:8, 3265:7, 3272:12, 3277:10, 3277:11, 3277:12, 3278:9, 3281:4, 3284:19, 3286:19, 3288:5, 3293:14, 3293:15

**ones** [4] - 3202:13, 3264:8, 3264:9, 3277:14

**Op** [3] - 3222:9, 3222:13

**open** [20] - 3185:13, 3185:18, 3186:5, 3186:18, 3186:24, 3191:2, 3201:2, 3204:8, 3214:5, 3214:10, 3225:23, 3226:18, 3227:4, 3227:12, 3233:22, 3251:18, 3251:22, 3256:21, 3256:23, 3298:1

**opened** [1] - 3231:5

**operational** [1] - 3248:25

**operations** [1] - 3225:6

**opinion** [14] - 3187:21, 3188:1, 3188:5, 3214:13, 3220:3, 3220:4, 3234:23, 3273:21, 3274:1, 3274:4, 3274:6, 3274:8

**opportunity** [1] - 3215:24

**opposing** [1] - 3234:3

**ops** [1] - 3206:17

**order** [3] - 3201:9, 3275:25, 3277:5

**orders** [1] - 3232:24

**ordinary** [2] - 3245:25

**orientation** [3] - 3278:2, 3284:18, 3296:2

**oriented** [1] - 3278:18

**originally** [2] - 3179:15, 3181:1

**otherwise** [3] - 3206:23, 3273:22, 3298:11

**outgoing** [1] - 3280:3

**outside** [8] - 3189:8, 3200:11, 3201:15, 3219:18, 3221:3, 3229:19, 3297:12, 3297:21

**outweighed** [1] - 3274:7

**overall** [2] - 3180:15, 3181:3

**overnight** [1] - 3292:10, 3298:18

**overruled** [3] - 3191:3, 3204:9, 3238:5

**overview** [5] - 3275:11, 3277:2, 3280:16, 3280:19, 3282:5

**own** [5] - 3182:19, 3196:23, 3213:4, 3218:25, 3246:11

**owned** [1] - 3238:2

**owns** [2] - 3237:24

## P

**P.A** [1] - 3176:15

**p.m** [37] - 3175:7, 3178:14, 3228:14, 3228:15, 3247:8, 3281:5, 3281:13, 3282:14, 3283:7, 3285:15, 3288:4, 3288:19, 3289:2, 3289:14, 3289:20, 3290:1, 3291:2, 3291:15, 3292:23, 3293:7, 3293:21, 3294:14, 3295:4, 3295:8, 3295:13, 3295:14, 3295:21, 3296:2, 3296:10, 3296:11, 3296:15, 3298:15

**Page** [29] - 3284:3, 3284:25, 3286:3, 3286:11, 3287:25, 3288:16, 3288:23, 3289:11, 3289:23, 3290:2, 3290:4, 3290:23, 3291:12, 3291:17, 3291:19, 3291:23, 3293:2,

3327

3293:9, 3294:3, 3294:9, 3294:11, 3295:2, 3295:9, 3295:11, 3295:17, 3295:19, 3296:6, 3296:8, 3296:17

**page** [32] - 3223:13, 3223:20, 3274:19, 3275:6, 3275:9, 3275:11, 3276:22, 3277:22, 3277:24, 3279:7, 3279:23, 3280:7, 3282:16, 3283:1, 3284:1, 3284:23, 3286:1, 3286:9, 3286:16, 3287:9, 3287:23, 3288:14, 3288:20, 3289:7, 3289:9, 3289:15, 3289:21, 3290:17, 3291:4, 3291:10, 3294:1, 3294:25

**PAGE** [1] - 3177:11
**pages** [6] - 3223:15, 3223:17, 3224:9, 3275:12, 3279:14
**pair** [1] - 3213:13
**panel** [2] - 3178:12, 3247:6
**paper** [3] - 3207:17, 3207:25, 3234:9
**paragraph** [1] - 3196:18
**paraphernalia** [1] - 3251:2
**Park** [1] - 3176:3
**parked** [1] - 3253:20
**Parker** [4] - 3287:16, 3287:17, 3289:13, 3289:25
**part** [17] - 3179:16, 3187:16, 3189:19, 3190:12, 3190:20, 3190:22, 3191:12, 3204:1, 3231:24, 3249:19, 3254:20, 3271:24, 3275:17, 3279:3, 3284:15, 3290:19, 3299:1
**partially** [1] - 3274:8
**participated** [3] - 3192:15, 3192:17, 3193:1
**participating** [2] - 3192:20, 3192:22
**particular** [11] - 3199:2, 3222:8, 3223:8, 3223:19, 3224:17, 3232:7,

3235:1, 3246:7, 3249:14, 3263:3, 3271:12
**particulars** [1] - 3272:13
**parties** [1] - 3276:3
**party** [1] - 3233:1
**Pastor** [1] - 3232:19
**patch** [9] - 3252:25, 3253:6, 3255:25, 3259:24, 3260:1, 3260:4, 3261:22, 3263:10, 3263:11
**patches** [4] - 3252:13, 3252:17, 3252:19, 3263:9
**patriots** [5] - 3196:21, 3196:25, 3230:12, 3230:15, 3231:4
**pause** [2] - 3185:15, 3202:6
**PD** [1] - 3211:7
**PDF** [1] - 3223:20
**Peace** [1] - 3230:2
**Pennsylvania** [3] - 3175:20, 3176:5, 3176:13
**people** [19] - 3182:20, 3188:7, 3194:3, 3197:19, 3198:5, 3198:6, 3211:23, 3219:22, 3227:16, 3227:21, 3227:22, 3232:2, 3232:20, 3240:23, 3248:15, 3253:9, 3260:22, 3285:8, 3288:8
**per** [1] - 3238:22
**perfect** [1] - 3267:2
**perform** [3] - 3281:24, 3282:18, 3287:21
**performances** [1] - 3198:1
**performing** [1] - 3283:24
**perhaps** [2] - 3225:9, 3285:18
**period** [3] - 3276:17, 3280:12, 3285:9
**permission** [1] - 3259:3
**permit** [2] - 3219:10, 3219:18
**perpetrator** [1] - 3233:1
**person** [9] - 3199:6, 3242:10, 3242:13,

3252:4, 3254:15, 3256:6, 3261:10, 3264:5, 3265:7
**personal** [4] - 3190:18, 3201:8, 3224:23, 3225:5
**personally** [1] - 3179:22
**persons** [1] - 3210:5
**pertaining** [1] - 3180:14
**pertinent** [1] - 3203:1
**PHILLIP** [1] - 3175:22
**Phoenix** [1] - 3282:8
**phone** [94] - 3189:5, 3199:15, 3200:9, 3201:12, 3229:17, 3236:24, 3256:6, 3256:12, 3271:3, 3271:7, 3271:10, 3271:15, 3272:20, 3272:23, 3275:16, 3276:1, 3276:4, 3276:16, 3280:5, 3280:11, 3280:17, 3280:20, 3281:2, 3281:4, 3281:8, 3281:16, 3281:18, 3281:19, 3281:25, 3282:5, 3282:7, 3282:9, 3282:10, 3282:19, 3283:4, 3283:8, 3284:4, 3284:5, 3285:1, 3285:2, 3285:8, 3285:11, 3285:12, 3285:21, 3286:4, 3286:5, 3286:12, 3286:13, 3286:20, 3286:25, 3287:1, 3287:4, 3287:12, 3287:13, 3288:17, 3289:19, 3289:24, 3290:5, 3290:10, 3290:11, 3290:24, 3290:25, 3291:7, 3291:13, 3291:20, 3292:1, 3292:5, 3292:7, 3292:11, 3292:22, 3293:5, 3293:12, 3293:13, 3293:20, 3293:22, 3293:24, 3294:4, 3294:12, 3294:14, 3294:16, 3295:3, 3295:5, 3295:12, 3295:14, 3295:23, 3296:3, 3296:9,

3296:11, 3296:13, 3297:9
**phone's** [1] - 3279:18
**phones** [5] - 3275:18, 3286:19, 3287:13, 3287:15, 3298:23
**photo** [3] - 3198:19, 3213:4, 3257:10
**photograph** [3] - 3263:25, 3264:3, 3266:16
**photographed** [1] - 3237:3
**photographs** [4] - 3228:20, 3251:10, 3254:22, 3255:5
**photos** [2] - 3225:11, 3251:11
**phrased** [1] - 3221:25
**picked** [2] - 3185:20, 3186:1
**picks** [1] - 3240:10
**picture** [9] - 3183:3, 3197:16, 3198:17, 3212:10, 3212:20, 3212:22, 3212:23, 3278:17, 3283:10
**pictures** [2] - 3254:18, 3277:9
**piece** [1] - 3210:21
**pinging** [1] - 3287:13
**pistol** [1] - 3236:23
**place** [2] - 3205:7, 3205:15
**Plaintiff** [1] - 3175:4
**plan** [5] - 3230:17, 3234:13, 3235:7, 3246:23, 3297:15
**planning** [1] - 3207:13
**plastic** [3] - 3207:5, 3218:5, 3236:25
**plate** [7] - 3260:18, 3261:2, 3261:8, 3261:14, 3264:5, 3264:8
**plates** [8] - 3260:9, 3260:10, 3260:12, 3260:15, 3260:23, 3261:2, 3261:9, 3261:20
**play** [6] - 3226:7, 3243:19, 3244:12, 3244:15, 3245:7, 3251:15
**played** [5] - 3185:21, 3187:17, 3192:1,

3213:17, 3245:23
**plot** [1] - 3287:1
**pocket** [1] - 3292:5
**pockets** [1] - 3262:4
**point** [10] - 3224:1, 3227:15, 3241:14, 3243:18, 3270:21, 3273:13, 3278:6, 3278:8, 3280:18, 3280:19
**pointed** [2] - 3279:12, 3279:16
**pointing** [2] - 3178:5, 3278:22
**pole** [2] - 3277:13, 3278:4
**Police** [2] - 3239:4, 3239:8
**police** [4] - 3209:11, 3230:5, 3230:6, 3233:11
**policy** [1] - 3254:2
**polo** [1] - 3255:24
**porch** [1] - 3217:14
**Porta** [2] - 3203:15, 3207:6
**portion** [3] - 3213:19, 3243:19, 3267:1
**portions** [1] - 3196:10
**Portland** [3] - 3179:10, 3179:21, 3181:14
**position** [3] - 3224:10, 3227:7, 3230:17
**positions** [2] - 3248:11, 3270:13
**posse** [1] - 3230:1
**possesses** [1] - 3273:25
**possible** [1] - 3179:1
**possibly** [1] - 3232:17
**post** [2] - 3210:4, 3214:25
**posted** [7] - 3222:12, 3223:24, 3234:24, 3234:25, 3235:20, 3236:6, 3277:6
**posts** [2] - 3223:9, 3223:10
**potential** [3] - 3230:25, 3232:11, 3239:14
**potentially** [2] - 3243:18, 3276:5
**Potties** [2] - 3203:15, 3207:7

3328

**pouch** [2] - 3261:25, 3262:3

**pounds** [2] - 3250:5, 3260:11

**power** [2] - 3234:15, 3238:12

**PPE** [6] - 3224:23, 3224:25, 3225:2, 3225:4, 3225:6

**precisely** [1] - 3230:16

**prefer** [1] - 3244:15

**preference** [1] - 3246:6

**preparation** [1] - 3280:10

**prepare** [2] - 3196:22, 3287:11

**prepared** [4] - 3220:6, 3245:7, 3245:8, 3275:18

**presence** [5] - 3189:8, 3200:11, 3201:15, 3229:19, 3297:12

**present** [1] - 3256:19

**presentations** [1] - 3229:6

**presented** [3] - 3200:2, 3236:7, 3240:10

**presently** [1] - 3245:14

**preserve** [1] - 3242:12

**president** [4] - 3234:22, 3235:1, 3235:22

**President** [1] - 3243:23

**presidential** [1] - 3228:24

**press** [1] - 3238:22

**pretending** [1] - 3198:8

**pretrial** [1] - 3246:4

**prevailed** [1] - 3217:13

**previously** [1] - 3270:16

**privately** [2] - 3234:3, 3296:24

**problem** [1] - 3246:17

**Proceedings** [1] - 3310:20

**proceedings** [17] - 3178:14, 3189:7, 3191:1, 3200:10, 3201:1, 3201:14,

3204:7, 3229:18, 3233:21, 3243:1, 3243:5, 3247:8, 3297:11, 3297:25, 3298:15, 3298:24, 3311:6

**process** [1] - 3272:20

**prod** [1] - 3239:22

**prods** [1] - 3212:1

**produced** [3] - 3189:19, 3271:23, 3311:6

**profound** [1] - 3224:1

**projectile** [1] - 3263:8

**projectiles** [1] - 3260:24

**promoted** [2] - 3248:12, 3270:15

**proper** [2] - 3221:25, 3272:19

**properly** [1] - 3231:6

**property** [13] - 3245:4, 3250:7, 3250:11, 3250:24, 3252:20, 3253:16, 3254:14, 3255:6, 3255:9, 3256:22, 3257:6, 3266:22, 3267:24

**prosecute** [1] - 3231:1

**prosecution** [3] - 3210:6, 3240:11, 3275:22

**protectees** [3] - 3227:15, 3227:18, 3233:9

**protection** [3] - 3224:23, 3225:3, 3263:8

**protective** [1] - 3225:9

**protest** [1] - 3232:1

**protocol** [1] - 3254:20

**Proton** [1] - 3194:17

**Proud** [6] - 3202:22, 3203:1, 3204:25, 3205:13, 3239:15, 3239:18

**proves** [1] - 3205:5

**provide** [19] - 3194:18, 3194:21, 3233:12, 3273:21, 3278:7, 3278:9, 3285:13, 3291:15, 3292:25, 3293:14,

3293:15, 3293:23, 3294:7, 3294:15, 3295:7, 3295:15, 3295:24, 3296:12

**provided** [11] - 3188:11, 3188:24, 3190:16, 3190:17, 3191:5, 3191:20, 3195:13, 3233:11, 3239:7, 3275:21, 3283:20

**provider** [3] - 3276:6, 3277:4, 3281:17

**providers** [4] - 3271:23, 3272:20, 3276:8, 3278:6

**provides** [5] - 3213:10, 3263:7, 3278:14, 3293:7

**providing** [7] - 3181:21, 3188:2, 3188:7, 3277:16, 3290:8, 3291:1, 3291:9

**provocateurs** [2] - 3228:25, 3230:4

**public** [1] - 3242:10

**publish** [4] - 3188:17, 3196:2, 3204:11, 3274:20

**published** [15] - 3185:13, 3185:18, 3186:5, 3186:18, 3186:24, 3201:22, 3214:5, 3214:10, 3225:23, 3226:18, 3227:4, 3227:12, 3251:18, 3251:22, 3255:3

**pull** [12] - 3212:20, 3216:15, 3222:1, 3240:17, 3241:11, 3251:13, 3252:14, 3255:19, 3258:10, 3259:17, 3266:13, 3266:24

**pulling** [1] - 3191:9

**purchased** [2] - 3220:15, 3220:17

**purpose** [2] - 3211:20, 3211:24

**pursuant** [3] - 3263:17, 3263:24, 3296:20

**pursue** [1] - 3221:8

**push** [2] - 3205:21, 3230:6

**pushed** [3] - 3228:16, 3229:1,

3230:3

**put** [20] - 3193:4, 3195:19, 3196:5, 3198:13, 3199:23, 3202:12, 3207:24, 3214:19, 3217:19, 3220:10, 3221:12, 3258:1, 3260:9, 3260:16, 3260:22, 3261:14, 3262:7, 3263:23, 3275:15, 3297:17

**PUTZI** [1] - 3176:15

**Q**

**QRF** [4] - 3206:21, 3207:24, 3215:17, 3215:20

**qualified** [4] - 3209:3, 3273:1, 3273:6, 3273:14

**qualify** [1] - 3273:21

**Quantico** [1] - 3249:1

**questions** [29] - 3179:2, 3179:5, 3179:9, 3179:14, 3179:15, 3179:19, 3179:22, 3179:23, 3180:1, 3180:3, 3180:5, 3234:4, 3236:8, 3236:18, 3237:7, 3237:20, 3238:15, 3239:2, 3239:13, 3239:20, 3239:21, 3240:15, 3241:8, 3241:22, 3242:17, 3246:10, 3268:4, 3268:13

**quickly** [4] - 3196:20, 3242:9, 3242:11, 3297:10

**quietly** [1] - 3246:11

**quite** [1] - 3294:21

**R**

**radical** [2] - 3196:20, 3197:3

**radio** [1] - 3272:1

**raids** [1] - 3196:25

**raise** [1] - 3246:9

**Rakoczy** [2] - 3202:15, 3237:12

**RAKOCZY** [6] - 3175:14, 3178:9, 3202:18, 3203:5, 3203:8, 3203:21

**range** [2] - 3282:5, 3283:5

**rather** [1] - 3246:11

**RDR** [3] - 3176:17, 3311:3, 3311:12

**re** [2] - 3246:24, 3246:25

**re-call** [2] - 3246:24, 3246:25

**read** [41] - 3194:16, 3195:23, 3196:8, 3196:10, 3196:18, 3196:19, 3199:10, 3199:12, 3199:20, 3200:3, 3200:5, 3201:7, 3201:16, 3204:16, 3204:24, 3206:15, 3207:3, 3207:10, 3207:12, 3207:22, 3208:4, 3209:1, 3209:2, 3209:14, 3209:18, 3210:23, 3212:2, 3212:8, 3213:15, 3214:23, 3214:24, 3234:12, 3234:13, 3234:14, 3240:20, 3244:13, 3252:22, 3266:2, 3271:24

**reading** [5] - 3201:4, 3206:3, 3208:22, 3211:8, 3220:25

**ready** [1] - 3206:10

**real** [2] - 3200:20, 3271:7

**realize** [3] - 3196:20, 3218:3, 3218:7

**really** [7] - 3180:12, 3211:23, 3219:24, 3227:21, 3233:6, 3244:24, 3245:23

**reason** [6] - 3211:21, 3231:14, 3231:20, 3233:3, 3233:7, 3245:2

**reasonable** [1] - 3217:13

**reasons** [2] - 3242:9, 3274:5

**receipts** [1] - 3188:15

**RECEIVED** [1] - 3177:11

**received** [11] - 3188:3, 3188:14, 3188:22, 3190:11, 3210:3, 3223:20, 3256:15, 3260:12, 3261:19, 3271:18, 3271:20

recently [1] - 3258:7
recess [1] - 3243:4
recognize [5] -
3198:17, 3226:3,
3226:24, 3227:8,
3274:16
recognized [1] -
3273:17
record [12] -
3188:11, 3196:14,
3250:2, 3276:2,
3281:16, 3283:12,
3289:6, 3296:19,
3296:25, 3297:4,
3297:20
records [29] -
3190:3, 3195:18,
3263:18, 3263:25,
3271:4, 3271:5,
3271:6, 3271:10,
3271:11, 3271:12,
3271:23, 3272:4,
3272:20, 3272:21,
3275:15, 3276:1,
3276:7, 3277:3,
3278:19, 3279:18,
3280:4, 3283:5,
3292:9, 3292:15,
3296:20, 3297:3,
3297:4, 3297:5
recover [2] -
3267:23, 3268:1
recovered [4] -
3220:13, 3220:14,
3264:15, 3265:15
red [4] - 3226:21,
3280:23, 3281:7,
3284:11
Red [1] - 3177:3
redirect [3] -
3236:11, 3269:6,
3269:9
REDIRECT [1] -
3236:15
refer [2] - 3234:15,
3276:1
reference [3] -
3224:22, 3246:6,
3246:7
referenced [1] -
3224:21
referencing [1] -
3202:22
referred [3] - 3225:1,
3225:5, 3235:14
referring [5] -
3195:15, 3209:11,
3217:17, 3218:1,
3236:1
refers [4] - 3219:10,

3223:13, 3223:20,
3231:3
regarding [9] -
3179:10, 3180:11,
3180:13, 3181:2,
3183:6, 3239:14,
3239:22, 3239:25,
3241:23
regards [4] -
3187:14, 3187:15,
3221:7, 3222:24
register [1] - 3292:12
registrations [4] -
3281:5, 3283:8,
3292:24, 3294:6
regular [1] - 3207:14
regulations [1] -
3211:20
related [3] - 3181:3,
3215:3, 3268:17
relation [1] - 3214:24
relevance [6] -
3182:1, 3187:20,
3189:9, 3189:12,
3229:16, 3231:11
relevant [7] -
3230:22, 3230:25,
3232:10, 3233:6,
3233:8, 3244:13,
3245:6
relied [1] - 3297:5
remainder [1] -
3244:23
remember [23] -
3183:7, 3190:23,
3193:20, 3195:17,
3203:19, 3204:2,
3208:22, 3211:8,
3212:22, 3217:15,
3222:2, 3229:21,
3236:20, 3237:12,
3237:22, 3238:18,
3239:5, 3239:16,
3239:23, 3240:14,
3241:9, 3241:23,
3272:12
remind [1] - 3197:9
reminder [1] -
3298:4
remove [2] -
3247:21, 3270:2
repeat [3] - 3199:24,
3274:14, 3290:18
rephrase [3] -
3194:25, 3224:5,
3235:11
replies [1] - 3223:10
report [12] - 3179:13,
3179:19, 3179:20,
3274:18, 3274:19,

3275:7, 3275:10,
3275:12, 3275:24,
3276:19, 3285:22
REPORTED [1] -
3176:17
REPORTER [6] -
3196:13, 3198:24,
3243:22, 3252:8,
3280:21, 3283:11
Reporter [2] -
3176:18, 3311:12
reports [1] - 3297:17
represent [2] -
3184:14, 3190:9
republic [4] - 3205:7,
3252:23, 3260:2,
3266:4
request [7] -
3201:20, 3220:18,
3272:10, 3272:19,
3285:14, 3285:21,
3285:22
requested [1] -
3276:17
requests [1] - 3272:9
resemble [1] -
3251:25
resembled [2] -
3251:1, 3267:23
residence [6] -
3219:12, 3250:13,
3250:15, 3253:7,
3253:11, 3253:14
resident [3] - 3249:5,
3249:14, 3249:16
resources [12] -
3280:5, 3288:18,
3288:25, 3290:6,
3290:8, 3290:25,
3292:13, 3293:22,
3294:14, 3295:14,
3295:24, 3296:12
respect [4] -
3193:16, 3205:14,
3232:24, 3250:9
responded [1] -
3232:2
response [3] -
3188:24, 3208:1,
3243:25
responsibility [1] -
3249:19
responsive [1] -
3202:21
rest [4] - 3191:14,
3240:11, 3244:16,
3244:17
restrictions [2] -
3209:6, 3210:9
restricts [1] - 3261:6

resume [1] - 3242:23
retakes [1] - 3178:21
retired [2] - 3247:13,
3248:7
Retired [1] - 3247:15
retired/active [1] -
3209:4
return [20] - 3188:11,
3188:12, 3188:14,
3188:21, 3189:3,
3189:19, 3189:22,
3189:24, 3190:7,
3190:9, 3190:12,
3190:16, 3190:20,
3190:23, 3195:1,
3195:2, 3195:3,
3223:13, 3223:14
returns [1] - 3188:16
review [4] - 3182:21,
3228:20, 3251:9,
3276:15
reviewed [11] -
3186:7, 3188:12,
3191:17, 3191:21,
3199:1, 3224:8,
3245:21, 3254:22,
3258:7, 3275:18,
3283:5
reviewing [2] -
3202:14, 3225:15
Revolution [3] -
3183:6, 3183:10,
3212:14
Revolutionary [1] -
3183:22
rewind [1] - 3251:20
RHODES [2] -
3175:6, 3175:23
Rhodes [4] -
3200:20, 3235:1,
3235:20, 3280:12
Rhodes's [2] -
3199:14, 3236:5
rid [1] - 3244:4
rifle [4] - 3267:9,
3267:12, 3267:13,
3267:20
Ritchie [1] - 3176:15
road [1] - 3242:6
Road [18] - 3176:3,
3283:17, 3287:3,
3287:14, 3288:3,
3288:18, 3289:1,
3289:4, 3291:9,
3291:16, 3292:3,
3292:25, 3293:8,
3293:23, 3294:8,
3294:15, 3295:15
robbed [1] - 3238:2
Roger [1] - 3210:17

Rohde [22] -
3240:17, 3241:11,
3251:15, 3253:4,
3255:20, 3259:18,
3263:23, 3267:5,
3277:24, 3279:7,
3280:7, 3281:22,
3282:16, 3285:25,
3286:9, 3286:16,
3287:9, 3288:14,
3288:20, 3289:9,
3289:15, 3289:21
role [4] - 3249:3,
3249:20, 3250:6,
3250:9
roll [1] - 3206:9
rolled [1] - 3228:25
room [3] - 3215:25,
3237:14, 3237:15
Room [1] - 3176:20
rope [1] - 3212:5
Rose [1] - 3228:11
rough [2] - 3230:12
roughly [3] -
3225:25, 3228:14,
3253:15
round [2] - 3215:2,
3267:22
rounds [2] - 3209:21,
3260:24
Route [1] - 3176:9
ruck [2] - 3207:23,
3208:6
rule [3] - 3201:19,
3202:19, 3203:1
rules [1] - 3240:12
running [1] - 3218:3
runs [1] - 3260:10
rush [1] - 3226:11
Russian [1] -
3267:20
RV [1] - 3253:19

# S

safe [7] - 3206:18,
3221:14, 3256:19,
3256:21, 3256:23,
3256:24, 3269:14
salad [1] - 3237:13
Sam [4] - 3229:7,
3229:8, 3229:21,
3231:17
sample [1] - 3179:5
Sandra [3] - 3228:2,
3287:16, 3289:25
save [2] - 3186:20,
3205:7
saw [7] - 3191:23,

3330

3198:13, 3201:25, 3211:11, 3250:19, 3264:9, 3281:5

**scheduled** [1] - 3226:12

**schools** [1] - 3271:25

**scientific** [1] - 3273:22

**scope** [1] - 3297:21

**screen** [20] - 3188:17, 3189:22, 3190:6, 3191:9, 3201:25, 3226:9, 3251:13, 3252:17, 3255:19, 3255:22, 3256:12, 3256:13, 3259:18, 3259:22, 3263:23, 3264:3, 3266:13, 3274:12, 3274:15, 3284:10

**scroll** [1] - 3188:20

**seal** [1] - 3299:2

**sealed** [1] - 3243:8

**search** [19] - 3195:1, 3195:2, 3216:18, 3247:4, 3250:6, 3250:9, 3250:12, 3250:13, 3251:12, 3252:1, 3253:10, 3253:21, 3253:23, 3254:1, 3254:2, 3254:5, 3254:8, 3254:18, 3254:23

**searched** [6] - 3250:15, 3252:20, 3253:17, 3256:21, 3266:21, 3268:15

**searches** [2] - 3223:17, 3260:21

**searching** [6] - 3250:10, 3250:11, 3251:9, 3253:6, 3253:13, 3254:14

**Seat** [1] - 3178:3

**seat** [3] - 3247:18, 3270:1, 3298:16

**seated** [4] - 3178:1, 3178:15, 3243:6, 3247:9

**Seattle** [2] - 3272:12, 3273:9

**second** [7] - 3181:6, 3185:15, 3251:20, 3258:17, 3275:6, 3275:9, 3290:19

**seconds** [3] - 3238:24, 3251:15, 3259:18

**section** [4] -

3248:13, 3248:14, 3248:15, 3248:24

**sector** [11] - 3278:11, 3278:13, 3278:14, 3278:17, 3278:20, 3279:9, 3279:25, 3284:18, 3286:23, 3296:1

**sectors** [3] - 3278:2, 3278:12, 3287:3

**security** [1] - 3225:13

**see** [41] - 3192:4, 3192:6, 3192:9, 3192:10, 3193:13, 3195:18, 3199:6, 3199:8, 3202:19, 3203:3, 3211:7, 3222:14, 3222:15, 3222:25, 3226:22, 3235:8, 3252:17, 3258:25, 3259:22, 3264:3, 3264:5, 3266:16, 3266:19, 3267:4, 3267:5, 3267:8, 3267:16, 3274:17, 3278:23, 3279:11, 3279:13, 3279:17, 3280:17, 3281:7, 3282:10, 3284:13, 3285:17, 3293:22, 3295:23

**seeing** [3] - 3194:5, 3277:11, 3298:13

**seek** [3] - 3213:20, 3273:13, 3274:20

**seeking** [1] - 3224:15

**seem** [1] - 3203:15

**segments** [3] - 3185:12, 3185:17, 3186:4, 3186:17, 3186:23, 3214:4, 3214:9, 3225:22, 3226:17, 3227:3, 3227:11, 3251:17, 3251:21

**seize** [1] - 3196:21

**seized** [4] - 3215:13, 3215:14, 3221:19, 3268:25

**semiautomatic** [4] - 3238:17, 3238:20, 3238:21, 3238:23

**Senate** [1] - 3228:17

**sense** [3] - 3205:4, 3224:15, 3251:10

**sent** [6] - 3179:23, 3205:9, 3208:9, 3210:6, 3214:16,

3214:22

**sentence** [1] - 3192:14

**sentences** [1] - 3244:13

**separate** [1] - 3207:14

**September** [6] - 3192:12, 3193:2, 3193:13, 3193:14, 3267:8, 3270:14

**series** [13] - 3202:5, 3202:8, 3236:18, 3237:3, 3237:7, 3237:20, 3238:15, 3239:2, 3239:20, 3239:21, 3240:14, 3241:7, 3241:22

**serves** [1] - 3284:20

**service** [14] - 3268:8, 3271:23, 3276:8, 3277:16, 3281:17, 3290:8, 3291:1, 3291:9, 3291:15, 3292:25, 3293:8, 3294:7, 3295:7, 3295:15

**session** [1] - 3243:8

**SESSION** [1] - 3175:5

**sessions** [5] - 3285:10, 3290:15, 3292:6, 3292:13, 3292:15

**set** [3] - 3207:24, 3227:24, 3278:7

**setting** [1] - 3186:14

**several** [7] - 3179:9, 3191:10, 3203:25, 3234:21, 3268:20, 3277:9, 3288:8

**sewn** [1] - 3255:24

**sewn-in** [1] - 3255:24

**shaded** [2] - 3199:5, 3279:14

**shared** [1] - 3213:5

**sharing** [1] - 3205:25

**shed** [1] - 3253:19

**SHER** [1] - 3175:19

**sheriff's** [1] - 3253:10

**shirt** [3] - 3226:22, 3255:24, 3268:25

**shirts** [1] - 3268:21

**shit** [5] - 3205:2, 3206:8, 3206:12, 3206:22, 3207:16

**shooting** [1] - 3188:4

**shoots** [3] - 3206:5,

3267:10, 3267:17

**short** [4] - 3232:16, 3244:12, 3269:21, 3269:24

**shortly** [2] - 3181:23, 3229:25

**show** [11] - 3190:4, 3198:15, 3254:25, 3264:11, 3275:16, 3277:14, 3277:22, 3280:5, 3280:16, 3280:19, 3292:8

**showed** [5] - 3197:16, 3212:10, 3229:25, 3230:1, 3268:20

**showing** [8] - 3190:6, 3262:11, 3282:9, 3285:12, 3286:25, 3288:17, 3294:5, 3294:13

**shown** [2] - 3256:11, 3259:6

**shows** [4] - 3213:12, 3276:2, 3278:17, 3287:1

**Shreveport** [1] - 3281:9

**sic** [3] - 3197:25, 3287:2, 3296:11

**side** [2] - 3263:10, 3263:12

**sidebar** [6] - 3189:8, 3200:11, 3201:15, 3229:19, 3297:12, 3298:25

**Siekerman** [3] - 3208:10, 3239:3, 3239:7

**Siekerman's** [1] - 3203:14

**sight** [2] - 3279:3, 3279:5

**sign** [2] - 3257:6, 3257:8

**Signal** [12] - 3194:17, 3195:2, 3195:3, 3195:6, 3195:23, 3195:24, 3199:10, 3199:11, 3222:17, 3222:21, 3234:14, 3239:8

**signal** [1] - 3279:3

**significance** [1] - 3283:21

**significant** [1] - 3203:18

**similar** [3] - 3244:3, 3282:4, 3292:10

**simple** [1] - 3278:25

**single** [1] - 3222:2

**single-digit** [1] - 3222:2

**sit** [1] - 3259:15

**site** [16] - 3271:5, 3271:12, 3271:16, 3272:14, 3273:14, 3273:18, 3275:25, 3276:5, 3276:18, 3279:17, 3280:6, 3281:8, 3283:24, 3288:10, 3292:24, 3293:22

**six** [3] - 3187:16, 3250:3, 3257:12

**six-foot-four** [1] - 3250:3

**size** [1] - 3266:6

**skill** [1] - 3273:25

**Slide** [23] - 3202:20, 3203:9, 3204:16, 3204:17, 3204:18, 3204:19, 3204:20, 3204:21, 3204:22, 3204:23, 3204:24, 3205:3, 3205:11, 3205:19, 3240:18, 3240:20, 3286:18, 3291:6, 3292:19, 3292:21, 3293:17, 3293:19

**slide** [36] - 3205:22, 3205:24, 3206:2, 3206:6, 3206:15, 3206:20, 3206:24, 3207:19, 3207:20, 3207:21, 3208:4, 3208:7, 3208:15, 3208:20, 3208:22, 3208:25, 3209:9, 3209:14, 3209:16, 3209:23, 3210:8, 3210:10, 3210:12, 3210:14, 3210:16, 3210:18, 3210:20, 3211:1, 3211:5, 3211:12, 3211:15, 3211:18, 3211:25, 3212:4, 3212:6, 3281:21

**slides** [2] - 3202:9, 3212:7

**Slides** [1] - 3202:24

**slow** [1] - 3260:24

**smaller** [1] - 3267:10

**Smrecek** [4] - 3187:8, 3187:9, 3187:10, 3191:5

**SMS** [3] - 3290:16, 3290:20, 3294:18

3331

**Snapchat** [1] - 3285:19
**social** [6] - 3189:25, 3190:1, 3213:5, 3224:7, 3224:8, 3298:11
**societal** [1] - 3224:15
**someone** [8] - 3179:25, 3205:25, 3206:5, 3207:13, 3213:4, 3218:22, 3227:23, 3237:24
**someplace** [1] - 3206:18
**sometimes** [2] - 3271:9, 3285:23
**somewhat** [1] - 3296:3
**somewhere** [1] - 3277:16
**son** [10] - 3220:18, 3220:20, 3220:22, 3221:1, 3221:4, 3237:4, 3243:20, 3245:1, 3267:9
**sorry** [28] - 3179:17, 3192:14, 3198:24, 3199:24, 3200:15, 3208:21, 3209:9, 3223:3, 3225:20, 3229:8, 3230:8, 3234:7, 3234:10, 3241:16, 3243:22, 3248:20, 3248:21, 3252:8, 3254:6, 3260:5, 3269:11, 3269:22, 3271:15, 3274:14, 3274:17, 3281:6, 3283:11, 3297:2
**sort** [7] - 3178:5, 3232:25, 3261:13, 3277:11, 3277:21, 3278:25, 3298:7
**sought** [1] - 3233:11
**sound** [2] - 3186:12, 3274:6
**sounded** [1] - 3290:19
**sounds** [1] - 3181:16
**source** [1] - 3191:21
**South** [1] - 3176:9
**speakers** [1] - 3228:1
**speaking** [3] - 3195:23, 3215:8, 3226:12
**Special** [12] - 3203:21, 3216:10,

3224:2, 3234:12, 3247:13, 3248:4, 3258:10, 3258:12, 3262:12, 3264:12, 3265:12, 3268:8
**special** [9] - 3209:6, 3248:12, 3248:13, 3249:7, 3254:4, 3270:10, 3270:14, 3270:15, 3270:16
**specialized** [2] - 3271:18, 3273:23
**specific** [8] - 3202:9, 3209:6, 3215:16, 3215:21, 3235:13, 3278:5, 3280:6, 3280:23
**specifically** [5] - 3180:18, 3231:3, 3236:6, 3275:13, 3287:15
**spell** [1] - 3248:2
**spelling** [1] - 3270:7
**spend** [2] - 3248:4, 3253:13
**split** [1] - 3278:12
**sponsored** [1] - 3272:3
**Sprint** [1] - 3271:4
**SR** [1] - 3176:14
**staff** [2] - 3211:13, 3211:23
**Stamey** [2] - 3287:19, 3296:10
**stand** [5] - 3178:21, 3205:8, 3206:4, 3259:2, 3269:19
**standard** [1] - 3179:23
**standing** [1] - 3217:6
**stands** [1] - 3219:9
**STANLEY** [1] - 3176:2
**Stanley** [1] - 3184:13
**start** [10] - 3184:17, 3184:21, 3186:11, 3203:22, 3258:9, 3258:14, 3259:12, 3270:21, 3298:5, 3298:8
**started** [7] - 3183:10, 3195:15, 3236:13, 3237:7, 3243:3, 3248:12, 3271:11
**starting** [1] - 3282:7
**state** [8] - 3219:13, 3234:21, 3236:6, 3248:2, 3273:10, 3273:11, 3274:1
**statement** [5] -

3231:2, 3231:5, 3244:18, 3244:25, 3245:5
**statements** [1] - 3202:25
**STATES** [4] - 3175:1, 3175:3, 3175:11, 3175:16
**states** [3] - 3219:17, 3235:6, 3282:3
**States** [2] - 3176:18, 3311:13
**stating** [1] - 3270:7
**stationary** [1] - 3287:5
**stationed** [1] - 3248:23
**stay** [3] - 3206:23, 3219:23, 3243:8
**stenographic** [1] - 3311:5
**step** [2] - 3242:18, 3298:17
**stepped** [1] - 3249:2
**steps** [2] - 3229:1, 3232:2
**STEWARD** [1] - 3175:6
**Stewart** [2] - 3200:20, 3280:12
**sticks** [1] - 3211:6
**still** [13] - 3218:12, 3232:17, 3235:2, 3235:24, 3237:18, 3237:24, 3242:4, 3242:13, 3251:11, 3278:23, 3290:11, 3292:11, 3292:12
**stipulation** [2] - 3234:2, 3244:12
**Stop** [1] - 3192:9
**stop** [7] - 3187:3, 3238:12, 3242:1, 3242:7, 3249:6, 3251:19, 3260:24
**stopping** [1] - 3234:17
**store** [2] - 3184:1, 3219:23
**stored** [4] - 3215:17, 3215:20, 3215:25, 3236:24
**stout** [1] - 3211:6
**stow** [1] - 3206:17
**Strand** [1] - 3228:5
**Street** [2] - 3175:17, 3176:12
**street** [4] - 3205:6, 3227:19, 3227:24, 3242:11

**streets** [1] - 3196:21
**strenuously** [1] - 3244:22
**strongest** [1] - 3279:3
**structures** [1] - 3253:21
**stuff** [1] - 3262:7
**stun** [2] - 3210:11, 3210:13
**subject** [5] - 3182:16, 3182:18, 3182:24, 3210:5
**subject's** [1] - 3279:18
**subpoena** [1] - 3188:25
**subsequent** [2] - 3181:21, 3182:4
**substance** [1] - 3194:15
**sufficient** [1] - 3274:5
**suggestions** [1] - 3214:21
**Suite** [3] - 3175:25, 3176:6, 3176:9
**summarized** [1] - 3294:22
**supervise** [1] - 3248:16
**supervisory** [2] - 3248:13, 3270:15
**support** [3] - 3238:8, 3238:11, 3248:22
**supporters** [1] - 3205:21
**supporting** [1] - 3274:6
**surprise** [1] - 3194:24
**surprised** [2] - 3194:9, 3194:11
**surrounding** [1] - 3239:22
**surveillance** [3] - 3250:18, 3250:19, 3251:12
**survey** [1] - 3270:24
**survival** [1] - 3236:23
**sustain** [1] - 3221:23
**sustained** [6] - 3214:14, 3220:7, 3229:2, 3233:24, 3238:13, 3240:4
**switch** [2] - 3207:16, 3216:22
**SWORN** [2] - 3247:14, 3269:25

**symbol** [2] - 3192:6, 3265:2
**synonymous** [1] - 3196:24
**system** [1] - 3267:12
**systems** [1] - 3267:9

## T

**T-Mobile** [2] - 3195:9, 3271:4
**T-shirt** [1] - 3268:25
**T-shirts** [1] - 3268:21
**table** [1] - 3179:3
**tactical** [1] - 3261:16
**tactics** [1] - 3188:5
**tan** [1] - 3226:22
**tanks** [1] - 3194:2
**target** [1] - 3279:18
**TARPLEY** [1] - 3175:23
**Taser** [2] - 3201:8, 3210:13
**Tasers** [1] - 3210:9
**taught** [1] - 3194:14
**teach** [1] - 3272:19
**team** [10] - 3179:16, 3206:22, 3208:16, 3240:11, 3253:13, 3270:22, 3270:24, 3271:1, 3271:19, 3275:22
**technical** [3] - 3184:22, 3188:2, 3273:22
**TECHNICIAN** [2] - 3216:22, 3222:4
**technologies** [2] - 3194:10, 3194:25
**technology** [4] - 3186:15, 3248:25, 3273:15, 3273:18
**telephone** [2] - 3180:10, 3256:4
**ten** [6] - 3209:21, 3210:1, 3230:2, 3238:24, 3239:1, 3277:18
**tenders** [4] - 3258:12, 3262:12, 3264:12, 3265:12
**Tennent** [1] - 3228:12
**Tennessee** [2] - 3281:12, 3282:12
**Tenney** [1] - 3231:3
**term** [4] - 3219:3, 3224:24, 3224:25, 3225:1

3332

**terms** [3] - 3203:20, 3231:25, 3279:25
**terribly** [2] - 3203:17, 3233:6
**terrorism** [3] - 3196:24, 3196:25, 3197:2
**Terry** [1] - 3198:10
**test** [1] - 3210:1
**testified** [21] - 3181:7, 3186:7, 3192:11, 3192:15, 3193:16, 3194:17, 3194:18, 3194:19, 3195:1, 3195:23, 3197:4, 3197:19, 3199:19, 3212:13, 3214:16, 3222:8, 3272:10, 3272:24, 3273:4, 3273:10, 3273:12
**testifies** [1] - 3274:21
**testify** [3] - 3195:14, 3233:14, 3274:1
**testifying** [2] - 3247:20, 3268:15
**testimony** [17] - 3179:1, 3190:3, 3191:22, 3193:10, 3198:11, 3198:22, 3203:22, 3207:11, 3237:18, 3241:8, 3242:19, 3269:14, 3273:22, 3280:10, 3297:6, 3297:21, 3298:18
**Texas** [3] - 3175:25, 3219:23, 3281:4
**text** [15] - 3192:4, 3194:16, 3207:3, 3207:9, 3214:23, 3222:8, 3222:24, 3234:12, 3239:21, 3239:22, 3244:5, 3256:4, 3285:16, 3290:15, 3294:23
**texts** [5] - 3214:24, 3224:21, 3235:13, 3235:14, 3292:18
**THE** [157] - 3175:1, 3175:11, 3175:14, 3175:17, 3175:22, 3176:2, 3176:8, 3176:11, 3176:14, 3177:5, 3178:1, 3178:11, 3178:12, 3178:15, 3182:2, 3184:6, 3184:7, 3184:9, 3184:19,

3185:8, 3185:15, 3185:23, 3186:13, 3187:22, 3187:25, 3189:6, 3189:15, 3189:21, 3190:4, 3190:19, 3190:25, 3191:3, 3195:20, 3196:13, 3198:24, 3199:1, 3200:8, 3200:12, 3200:15, 3200:17, 3200:22, 3200:25, 3201:18, 3201:22, 3201:23, 3202:2, 3202:11, 3202:16, 3203:3, 3203:6, 3203:17, 3203:24, 3204:1, 3204:9, 3204:12, 3213:23, 3214:1, 3214:14, 3216:5, 3216:22, 3219:2, 3219:5, 3220:4, 3220:6, 3221:23, 3222:4, 3225:19, 3229:2, 3229:4, 3229:17, 3229:20, 3230:8, 3230:14, 3230:21, 3231:8, 3231:19, 3232:4, 3232:23, 3233:13, 3233:15, 3233:20, 3233:23, 3234:6, 3234:8, 3235:10, 3236:9, 3236:13, 3238:5, 3238:6, 3238:13, 3240:4, 3242:18, 3242:20, 3242:22, 3243:2, 3243:6, 3243:11, 3243:17, 3243:22, 3244:19, 3245:11, 3245:17, 3245:22, 3246:14, 3246:19, 3246:23, 3247:2, 3247:5, 3247:6, 3247:9, 3247:15, 3247:17, 3247:18, 3247:19, 3247:20, 3247:22, 3252:8, 3252:9, 3254:3, 3254:11, 3255:14, 3255:16, 3259:6, 3262:21, 3263:20, 3264:21, 3265:21, 3268:5, 3269:6, 3269:9, 3269:12, 3269:15, 3269:17, 3269:22, 3270:1, 3270:3, 3273:17, 3274:22, 3274:24, 3280:21, 3280:22,

3283:11, 3283:14, 3288:21, 3290:20, 3296:18, 3297:2, 3297:7, 3297:9, 3297:13, 3297:19, 3297:22, 3298:2, 3298:16, 3298:20, 3298:22, 3299:1
**theory** [1] - 3232:25
**thereafter** [1] - 3181:23
**Thereupon** [1] - 3243:4
**they've** [1] - 3202:13
**thick** [1] - 3210:21
**thinking** [1] - 3246:12
**third** [3] - 3233:1, 3263:11, 3278:15
**third-party** [1] - 3233:1
**Thomas** [3] - 3287:17, 3290:6, 3290:25
**thorough** [5] - 3218:18, 3253:23, 3253:25, 3254:1, 3254:2
**thoroughness** [1] - 3182:21
**thousands** [2] - 3199:17, 3272:6
**thread** [2] - 3223:6, 3223:8
**threat** [1] - 3187:3
**three** [8] - 3202:9, 3244:13, 3253:20, 3263:1, 3278:11, 3278:12, 3294:23
**three-sector** [1] - 3278:11
**throughout** [3] - 3182:19, 3193:10, 3233:9
**throw** [2] - 3217:8, 3218:4
**thumper** [1] - 3211:16
**timeframe** [2] - 3294:13, 3294:22
**timeline** [2] - 3228:15, 3241:23
**timing** [1] - 3246:8
**Timothy** [2] - 3229:25, 3230:3
**tire** [1] - 3211:16
**titled** [1] - 3181:2
**today** [23] - 3181:25, 3182:9, 3184:14, 3191:22, 3198:22,

3199:2, 3208:23, 3211:8, 3212:2, 3212:8, 3212:17, 3213:17, 3214:23, 3214:24, 3226:14, 3234:12, 3234:14, 3239:18, 3243:7, 3268:12, 3275:19, 3280:10, 3298:4
**Todd** [2] - 3287:18, 3295:13
**together** [4] - 3193:4, 3235:21, 3276:15, 3277:17
**toilet** [2] - 3207:17, 3207:25
**tolls** [2] - 3271:12, 3271:14
**Tom** [2] - 3226:3, 3226:4
**tomorrow** [5] - 3245:21, 3246:16, 3297:18, 3298:4, 3298:5
**took** [2] - 3249:4, 3290:10
**tool** [1] - 3217:24
**tools** [2] - 3218:2, 3244:4
**top** [8] - 3228:11, 3228:19, 3252:4, 3258:14, 3259:3, 3266:3, 3267:1, 3277:11
**totality** [1] - 3234:20
**totally** [2] - 3209:24, 3209:25
**tourniquet** [2] - 3208:6, 3236:25
**toward** [1] - 3178:5
**towards** [8] - 3232:1, 3281:9, 3281:11, 3293:24, 3294:17, 3295:6, 3296:15
**tower** [28] - 3276:7, 3276:12, 3276:14, 3277:1, 3277:16, 3278:4, 3278:5, 3278:10, 3278:11, 3278:19, 3279:2, 3279:19, 3280:24, 3281:16, 3284:11, 3284:17, 3287:4, 3290:12, 3291:9, 3291:15, 3292:2, 3292:7, 3292:8, 3292:12, 3292:24, 3293:7, 3294:7
**towers** [8] - 3276:11, 3277:6, 3277:10,

3283:8, 3286:13, 3287:13, 3293:14, 3295:6
**TP** [3] - 3203:14, 3207:6, 3207:7
**train** [1] - 3272:15
**Training** [1] - 3192:21
**training** [13] - 3192:23, 3193:15, 3193:17, 3194:9, 3194:12, 3194:15, 3195:13, 3271:18, 3271:20, 3271:21, 3271:22, 3271:24, 3273:25
**trainings** [7] - 3192:11, 3192:15, 3192:17, 3192:20, 3192:25, 3272:14, 3272:17
**TRANSCRIPT** [1] - 3175:10
**transcript** [3] - 3299:2, 3311:5, 3311:6
**transfer** [3] - 3234:15, 3238:12, 3249:4
**transport** [1] - 3219:19
**travels** [1] - 3269:14
**TRIAL** [1] - 3175:10
**trial** [2] - 3239:18, 3287:12
**triangle** [1] - 3284:8
**trigger** [1] - 3238:22
**trip** [1] - 3249:8
**triple** [1] - 3266:7
**trouble** [1] - 3186:21
**TROY** [1] - 3175:15
**truck** [2] - 3211:16, 3267:10
**true** [4] - 3226:3, 3228:15, 3311:4, 3311:5
**truly** [3] - 3206:12, 3206:22, 3207:16
**Trump** [1] - 3205:21
**try** [3] - 3196:21, 3230:19, 3236:5
**trying** [8] - 3189:16, 3189:23, 3211:22, 3225:13, 3272:18, 3277:3, 3280:19, 3292:13
**Tuesday** [3] - 3208:16, 3208:21, 3240:21
**turn** [4] - 3186:13,

3333

3186:14, 3214:6, 3228:23

**turned** [1] - 3290:10
**twenty** [1] - 3248:6
**twenty-two** [1] - 3248:6
**Twitter** [4] - 3224:11, 3224:12, 3224:17
**two** [13] - 3183:21, 3186:2, 3192:25, 3193:25, 3197:20, 3198:5, 3199:8, 3221:14, 3244:13, 3248:6, 3284:7, 3292:24, 3293:13
**two-by-four** [3] - 3197:20, 3198:5, 3199:8
**two-legged** [1] - 3284:7
**two-minute** [1] - 3186:2
**type** [2] - 3210:11, 3280:4
**types** [3] - 3277:10, 3281:15, 3281:18
**typical** [2] - 3244:20, 3277:12
**typically** [1] - 3213:6

**U**

**U.S** [2] - 3175:20, 3181:18
**Ulrich** [2] - 3203:20, 3204:1
**Ulrich's** [2] - 3202:24, 3239:14
**ultimately** [3] - 3240:12, 3281:12, 3282:13
**unavoidable** [1] - 3246:3
**unaware** [1] - 3194:14
**uncomfortable** [1] - 3261:6
**unconventional** [4] - 3193:23, 3194:7, 3194:15, 3195:13
**under** [6] - 3201:19, 3202:19, 3203:1, 3237:19, 3244:17, 3299:2
**underlying** [2] - 3296:20, 3297:5
**unfortunately** [1] - 3271:9
**unimportance** [1] -

3288:6
**unique** [1] - 3284:14
**unit** [6] - 3180:19, 3180:21, 3180:22, 3181:1, 3181:3, 3248:13
**UNITED** [4] - 3175:1, 3175:3, 3175:11, 3175:16
**united** [1] - 3176:18
**United** [1] - 3311:13
**unlabeled** [1] - 3193:6
**unless** [4] - 3206:11, 3206:12, 3232:7, 3285:20
**unusable** [1] - 3223:15
**up** [63] - 3178:18, 3180:14, 3182:12, 3183:5, 3185:20, 3186:1, 3186:13, 3186:14, 3191:9, 3195:19, 3196:5, 3202:12, 3206:1, 3206:22, 3207:24, 3212:20, 3216:15, 3217:6, 3217:19, 3218:21, 3219:23, 3221:12, 3222:1, 3222:19, 3223:25, 3227:24, 3229:21, 3229:25, 3230:1, 3232:19, 3232:20, 3240:17, 3241:11, 3246:16, 3249:10, 3251:13, 3252:14, 3255:19, 3258:14, 3258:17, 3259:2, 3259:3, 3259:17, 3260:15, 3262:2, 3265:6, 3266:13, 3266:24, 3270:14, 3278:7, 3279:19, 3281:8, 3281:11, 3282:13, 3284:17, 3292:8, 3295:8, 3295:13, 3296:2, 3296:11, 3296:15, 3298:6
**updating** [1] - 3285:20
**upper** [1] - 3261:6
**urge** [1] - 3196:22
**user** [2] - 3272:22, 3285:18
**user-driven** [1] - 3285:18

**V**

**Vallejo** [6] - 3281:25, 3287:18, 3293:21, 3294:5, 3294:13, 3295:4
**valuable** [1] - 3224:14
**vary** [1] - 3205:5
**vehicles** [2] - 3253:20, 3253:21
**velocity** [2] - 3260:24, 3263:8
**Verizon** [4] - 3195:9, 3271:4, 3281:19, 3284:11
**vest** [19] - 3252:6, 3252:8, 3252:9, 3252:12, 3259:13, 3259:14, 3259:21, 3259:22, 3259:24, 3260:4, 3260:8, 3260:10, 3260:12, 3260:16, 3260:18, 3260:23, 3261:17, 3261:22
**vests** [1] - 3260:22
**veterans** [1] - 3229:24
**vice** [1] - 3228:24
**vicinity** [2] - 3287:12, 3287:13
**viciously** [1] - 3230:4
**video** [45] - 3182:20, 3182:21, 3183:4, 3184:21, 3185:20, 3186:2, 3186:3, 3186:7, 3186:11, 3187:5, 3187:6, 3187:9, 3187:11, 3187:13, 3187:16, 3187:18, 3188:10, 3188:11, 3189:2, 3189:11, 3190:2, 3190:11, 3190:22, 3191:6, 3191:17, 3191:19, 3192:4, 3198:20, 3199:2, 3205:25, 3213:16, 3213:20, 3213:24, 3214:16, 3225:15, 3225:17, 3226:7, 3228:20, 3250:18, 3250:20, 3251:9, 3251:11, 3251:25, 3252:3, 3298:9
**videos** [4] - 3189:18, 3192:1, 3230:9, 3251:25

**view** [1] - 3236:2
**viewing** [1] - 3298:9
**violation** [1] - 3189:10
**violence** [4] - 3253:2, 3260:5, 3260:6, 3261:23
**violent** [2] - 3270:19, 3271:2
**Vipertek** [1] - 3210:19
**Vipertek/flashlight/Taser** [1] - 3210:15
**Virginia** [9] - 3206:8, 3206:17, 3215:18, 3215:20, 3219:23, 3249:1, 3281:12, 3282:13, 3287:14
**voice** [7] - 3281:20, 3285:15, 3290:15, 3290:16, 3290:20, 3294:19, 3294:24
**volume** [2] - 3185:14, 3186:13, 3251:16
**volunteers** [1] - 3240:22
**VPN** [1] - 3194:18
**VPNs** [1] - 3194:19
**vs** [1] - 3175:5

**W**

**waist** [2] - 3261:25, 3262:3
**wait** [1] - 3297:16
**waiting** [1] - 3209:19
**waivers** [1] - 3188:16
**waking** [1] - 3240:23
**walk** [3] - 3229:9, 3248:10, 3275:9
**walked** [1] - 3232:1
**walking** [2] - 3211:6, 3211:23
**wanna** [1] - 3240:22
**War** [1] - 3183:22
**war** [1] - 3194:4
**warfare** [6] - 3193:23, 3194:7, 3194:7, 3194:15, 3195:13
**warnings** [1] - 3210:5
**warrant** [4] - 3195:1, 3195:3, 3216:18, 3250:12
**washington** [1] - 3176:6
**Washington** [11] -

3175:6, 3175:18, 3175:21, 3176:3, 3176:20, 3230:15, 3240:24, 3241:1, 3241:5, 3273:9, 3311:14
**watch** [6] - 3187:4, 3209:4, 3225:17, 3252:24, 3260:3, 3266:4
**watched** [3] - 3187:6, 3191:14, 3191:18
**watching** [2] - 3182:19, 3198:19
**Watkins** [2] - 3287:16, 3288:2
**WATKINS** [1] - 3176:12
**weapon** [9] - 3218:17, 3219:10, 3219:11, 3219:12, 3219:22, 3238:20, 3238:21, 3238:24
**weapons** [18] - 3203:11, 3203:12, 3206:11, 3206:17, 3211:20, 3215:13, 3215:14, 3215:16, 3215:19, 3215:25, 3219:19, 3219:24, 3221:21, 3238:16, 3240:1
**wear** [1] - 3225:5
**wearer** [2] - 3262:4, 3263:7
**wearer's** [1] - 3261:3
**wearing** [8] - 3225:9, 3250:17, 3251:6, 3252:4, 3261:2, 3261:11, 3264:5, 3269:1
**Webex** [2] - 3180:9, 3181:14
**website** [2] - 3190:1, 3285:23
**websites** [1] - 3189:25
**wedge** [2] - 3279:14, 3279:21
**wedges** [1] - 3280:18
**Wednesday** [1] - 3208:21
**week** [1] - 3232:20
**weeks** [2] - 3215:1, 3257:12
**weight** [4] - 3250:4, 3260:8, 3263:3, 3274:10
**weird** [1] - 3205:2

welcome [5] - 3178:15, 3224:3, 3247:9, 3247:16, 3270:1
west [1] - 3294:16
wet [1] - 3207:6
whatsoever [1] - 3235:9
white [1] - 3270:18
White [1] - 3287:2
white-collar [1] - 3270:18
Whiteville [9] - 3282:21, 3283:9, 3283:17, 3284:5, 3285:3, 3286:6, 3286:14, 3286:21, 3287:6
whole [5] - 3180:2, 3185:7, 3235:7, 3246:10, 3287:5
wife [1] - 3267:9
willing [3] - 3220:10, 3222:1, 3225:16
Wilson [1] - 3257:17
Wilson's [3] - 3257:19, 3258:2, 3258:20
win [1] - 3205:23
wipes [2] - 3203:15, 3207:6
withdraw [2] - 3220:5, 3224:19
Witness [2] - 3242:21, 3269:16
WITNESS [19] - 3184:6, 3187:25, 3199:1, 3233:20, 3238:6, 3242:20, 3247:14, 3247:17, 3247:19, 3247:22, 3252:9, 3269:15, 3269:25, 3270:3, 3280:22, 3283:14, 3288:21, 3290:20, 3298:20
witness [17] - 3188:18, 3219:3, 3233:18, 3243:19, 3244:10, 3246:19, 3247:1, 3247:3, 3247:11, 3254:25, 3255:3, 3258:12, 3262:13, 3264:13, 3265:13, 3273:24, 3298:21
witness's [1] - 3274:3
witnesses [3] - 3178:6, 3233:16,

3273:20
WITNESSES [1] - 3177:5
woman [1] - 3226:20
women [1] - 3227:18
wondering [1] - 3225:14
wood [1] - 3210:22
woods [1] - 3218:3
WOODWARD [70] - 3176:2, 3176:2, 3184:10, 3184:12, 3184:18, 3184:20, 3184:24, 3185:1, 3185:3, 3185:5, 3185:14, 3185:19, 3185:24, 3186:6, 3186:12, 3186:15, 3186:19, 3187:1, 3188:8, 3188:17, 3188:19, 3189:18, 3189:23, 3190:10, 3190:24, 3191:4, 3193:6, 3193:8, 3193:9, 3195:21, 3195:22, 3196:2, 3196:4, 3196:15, 3196:17, 3198:15, 3198:16, 3199:3, 3201:3, 3201:10, 3201:21, 3201:24, 3202:8, 3202:12, 3203:23, 3203:25, 3204:10, 3204:15, 3213:18, 3213:22, 3214:6, 3214:11, 3214:15, 3214:19, 3214:20, 3215:4, 3215:7, 3216:4, 3238:4, 3240:3, 3244:21, 3245:16, 3246:13, 3255:15, 3258:24, 3262:20, 3263:19, 3264:20, 3268:7, 3269:5
Woodward [11] - 3184:9, 3184:13, 3189:16, 3195:20, 3201:23, 3202:6, 3239:2, 3239:13, 3239:20, 3243:15, 3244:14
Woodward's [2] - 3189:12, 3244:7
word [2] - 3183:13, 3228:21
wording [1] - 3211:19
words [2] - 3217:8, 3231:13

works [1] - 3222:17
worn [3] - 3260:18, 3265:5, 3265:7
wrestler [3] - 3197:10, 3197:11
write [3] - 3179:22, 3193:11, 3256:9
written [1] - 3179:15
wrote [3] - 3179:13, 3180:3, 3267:16
WWE [6] - 3197:10, 3197:11, 3197:14, 3197:22, 3197:23, 3198:1
WWF [2] - 3197:14, 3210:24

## Y

year [5] - 3180:22, 3180:23, 3181:12, 3248:8, 3272:2
years [10] - 3197:15, 3210:2, 3248:4, 3248:6, 3268:8, 3270:12, 3270:19, 3270:20, 3271:13, 3277:18
yellow [1] - 3282:11
yesterday [8] - 3181:7, 3185:21, 3192:2, 3200:5, 3201:5, 3203:22, 3241:8, 3273:5
yourself [2] - 3179:22, 3270:7

## Z

Zachary [1] - 3266:17
zero [5] - 3278:19, 3278:22, 3279:20, 3279:21, 3284:20
zero-degree [1] - 3279:21
zoom [2] - 3212:24, 3266:25
Zoom [1] - 3180:10