```
                 IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,        )
                                 )  CR No. 22-15
                                 )  Washington, D.C.
            vs.                   )  November 7, 2022
                                 )  2:00 p.m.
ELMER STEWART RHODES III, ET AL., )
                                 )  Day 25
                Defendants.       )  Afternoon Session
_____  )
```

```
                 TRANSCRIPT OF JURY TRIAL PROCEEDINGS
                 BEFORE THE HONORABLE AMIT P. MEHTA
                    UNITED STATES DISTRICT JUDGE
```

APPEARANCES:


For the Government:        Kathryn L. Rakoczy
                           Jeffrey S. Nestler
                           Alexandra Hughes
                           Louis Manzo
                           Troy Edwards
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277




For Defendant Elmer
Stewart Rhodes III:        Phillip A. Linder
                             BARRETT BRIGHT LASSITER LINDER
                             3300 Oak Lawn Avenue, Suite 700
                             Dallas, TX 75219
                             (214) 252-9900

                           James Lee Bright
                             3300 Oak Lawn Avenue, Suite 700
                             Dallas, TX 75219
                             (214) 720-7777

APPEARANCES CONTINUED:

For Defendant Elmer
Stewart Rhodes III:          Edward L. Tarpley, Jr.
                              819 Johnston Street
                              Alexandria, LA  71301
                              (318) 487-1460

For Defendant
Jessica M. Watkins:          Jonathan W. Crisp
                              CRISP AND ASSOCIATES, LLC
                              4031 North Front Street
                              Harrisburg, PA 17110
                              (717) 412-4676

For Defendant
Kelly Meggs:                 Stanley Edmund Woodward, Jr.
                              BRAND WOODWARD LAW
                              1808 Park Road NW
                              Washington, D.C. 20010
                              (202)996-7447

                              Juli Zsuzsa Haller
                              LAW OFFICES OF JULIA HALLER
                              601 Pennsylvania Avenue, NW
                              Suite 900
                              S. Building
                              Washington, D.C. 20036
                              (202) 352-2615

For Defendant
Kenneth Harrelson:           Bradford L. Geyer
                              FormerFeds LLC
                              2006 Berwick Drive
                              Cinnaminson, NJ 08077
                              (856) 607-5708

For Defendant
Thomas E. Caldwell:          David William Fischer, Sr.
                              FISCHER & PUTZI, P.A.
                              7310 Governor Ritchie Highway
                              Empire Towers, Suite 300
                              Glen Burnie, MD 21061-3065
                              (410) 787-0826

```
Court Reporter:          Lorraine T. Herman, RPR, CRC
                         Official Court Reporter
                         333 Constitution Avenue, NW
                         Washington, D.C. 20001
                         (202) 354-3196
```

\*\*\*   Proceedings recorded by mechanical stenography.

\*\*\*   Transcript produced by computer-aided transcription.

1                          **I N D E X**

2      **WITNESS**                                        **PAGE**

3      ELMER STEWART RHODES III

4          Continued Cross-Examination by Ms. Rakoczy      7359
           Redirect Examination by Mr. Linder             7486
5

6                          **E X H I B I T S**

7      **EXHIBIT**                                         **PAGE**

8      Government's No. 9105    Received into Evidence      7401
       Government's No. 9104    Received into Evidence      7423
9      Government's No. 9120    Received into Evidence      7430
       Government's No. 9914    Received into Evidence      7448
10     Government's No. 9916    Received into Evidence      7460
       S. Rhodes'  No. SR-15    Received into Evidence      7499
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              **P R O C E E D I N G S**

2          **THE COURT:**  Counsel ready?

3      (Bench conference)

4

5

6

7

8

9

10      (Open court)

11          **THE COURT:**  Sorry for the delay, everybody.

12      (Jury entered the courtroom)

13          **THE COURT:**  Please be seated everyone.  Welcome

14  back.  I hope everybody had a nice lunch break.  We will

15  continue with the government's with cross-examination.

16          Ms. Rakoczy.

17          **MS. RAKOCZY:**  Thank you, Your Honor.

18      **CROSS-EXAMINATION OF ELMER STEWART RHODES III (CONT'D.)**

19                      **- - -**

20                  **CROSS-EXAMINATION**

21  BY MS. RAKOCZY:

22      **Q.**   Good afternoon, Mr. Rhodes.

23      **A.**   Good afternoon.

24      **Q.**   Sir, before the break, we were talking about some

25  of the Oath Keeper operations across the country.

1          Do you recall that?

2      **A.**    Yes, ma'am.

3      **Q.**    In the fall of 2020, September of 2020, you

4  contemplated another operation in the Vancouver,

5  Washington area.

6          Do you recall that?

7      **A.**    Is that the mall service for the person shot --

8      **Q.**    Right.

9      **A.**    -- Antifa.

10     **Q.**    So to clue in everyone else to what we are talking

11 about, there was a member of the Patriot Movement who had

12 killed in a protest situation in Portland; is that fair to

13 say?

14     **A.**    He was assassinated on the street.

15     **Q.**    And there were many people upset about this

16 obviously.  Correct?

17     **A.**    Correct.

18     **Q.**    And there was going to be a memorial service

19 somewhere near Portland, Oregon; is that right?

20     **A.**    There was discussion about whether to have a

21 memorial service at the scene of his murder or some

22 someplace else.

23     **Q.**    You discussed and Oath Keepers operation in

24 Vancouver, Washington, correct?

25     **A.**    We discussed the possibility of going to help

1    secure the memorial service.  We decided not to, though.

2       Q.   You decided to go -- you discussed going on the

3    Alex Jones Show to let the world, including members of

4    Antifa or BLM, know you were going to go.  Right?

5       A.   I don't recall what I said on the Alex Jones Show.

6       Q.   And your plan was to announce you all would be in

7    Vancouver, Washington.  Correct?

8       A.   There was a discussion whether we should do it in

9    Portland or where he was actually slain.  It was up to the

10   family or do it someplace safer in Vancouver.

11      Q.   The plan to be in Vancouver was so that you could

12   have your weapons and you could bait Antifa and BLM to come

13   across the line and ambush them.  Correct?

14      A.   That's incorrect.

15      Q.   Sir, on direct, you talked about how you founded

16   the Oath Keepers as a non-profit.

17           Do you remember that?

18      A.   Yes.

19      Q.   You said words to the effect, I'm not in it for

20   the money.  Right?

21      A.   That's correct.

22      Q.   Isn't it true that you have been living off the

23   Oath Keepers for the last decade?

24      A.   True.  As I testified, I draw a salary.

25      Q.   The Oath Keepers are funded largely through

1    donations and membership dues.  Right?

2         A.    That's correct.

3         Q.    And for the last 12 years or so, you've been using

4    Oath Keepers money to pay for your dinners.  Correct?

5         A.    Um, yes.  While I've traveling, yes.

6         Q.    You use the Oath Keepers credit card for that.

7    Right?

8         A.    Yes.

9         Q.    And you travel a lot?

10        A.    Yes, I do.

11        Q.    And you use the Oath Keepers credit card to pay

12    for firearms-related equipment.  Correct.

13        A.    Yes.

14        Q.    You use the Oath Keepers credit card to pay for

15    your travel.  Right?

16        A.    Yes.

17        Q.    In, say, Christmastime of 2020, you used the

18    Oath Keepers credit card to travel to visit family.

19    Correct.

20        A.    I don't recall.

21        Q.    You traveled to visit family and then to come back

22    to the Texas area.  Right?

23        A.    Which -- which occasion?

24        Q.    Christmastime of 2020.

25        A.    I don't remember.  If you got some receipts to

1    show me, that's fine.

2         **Q.**    It's fair to say you use the Oath Keepers credit

3    card quite a bit for personal expenses.  Right?

4         **A.**    I wouldn't say that.  It's my full-time job.  I

5    travel a lot.  Yeah, I'm all over the country.

6         **Q.**    And, historically, members of the Oath Keepers

7    Board of Directors have raised concerns with you about your

8    use of Oath Keepers money for personal expenses.  Correct?

9         **A.**    Well, we have had a few, like, falling outs and,

10   of course, they try to raise whatever they can, so --

11        **Q.**    At least one board member has resigned over

12   concerns about your use of Oath Keepers funding.  Right?

13        **A.**    Yes.  That's probably fair to say.

14        **Q.**    Speaking of income, Mr. Rhodes you did not file or

15   pay your personal income taxes from 2008 through 2020.

16   Correct?

17             **MR. NESTLER:**  Objection.  Relevance.

18             **THE COURT:**  Telephone, please.

19        (Bench conference)

20             **THE COURT:**  Ms. Rakoczy?

21        **MS. RAKOCZY:**  Goes to credibility and

22   law-abidingness, both of which have been raised by the

23   defense on direct.

24             **MR. LINDER:**  Judge, he hasn't been charged with

25   any financial crimes.  It's 403.  It's irrelevant, and it's

1    trying to slander the defendant.

2         **THE COURT:**  Ms. Rakoczy what are you about to ask

3    him, and what do you expect the answer to be, as you

4    understand it?

5         **MS. RAKOCZY:**  I understand the answer would be he

6    knew the Oath Keepers did not pay or file even their taxes

7    for a significant number of years.

8         **THE COURT:**  There hasn't been an issue in this

9    case about how assiduous the Oath Keepers are or are not at

10   obeying the law.

11        **MS. RAKOCZY:**  There has been an issue, not with

12   respect to the tax laws, Your Honor, respectfully, but

13   certainly with respect to other laws.

14        **THE COURT:**  No, no.  I was asking Mr. Linder why

15   it then would not be appropriate to ask questions about the

16   filing of tax returns.

17        Mr. Linder, if you are speaking, I can't hear you.

18        **MR. LINDER:**  He's not charged with any financial

19   crimes, Your Honor.

20        **THE COURT:**  Right.  But that's not the only reason

21   tax returns and the failure to file could be relevant.

22   Again, this has to go to law-abidingness.  Although I don't

23   know -- I don't think anybody specifically testified to his

24   character or reputation for being law abiding, but it

25   certainly came through in the direct examination.

1          **MR. LINDER:**  This is going to open up a whole can

2     of worms, whether he's got a bookkeeper, whether he has a

3     CPA, one that worked for him and then quit.  There's a lot

4     of different issues there.

5          **MR. CRISP:**  Judge, I would disagree with

6     character -- I specifically said character for

7     law-abidingness with Ms. Watkins.

8          But I think that if you raise character for

9     law-abidingness, do it broadly.  But if you're saying, Do

10    you abide by a particular order, that's a much narrower line

11    of inquiry.

12         **THE COURT:**  Well, let me be clear.  I knew you

13    asked him about Ms. Watkins, and that's why I said it hasn't

14    been asked about Mr. Rhodes, at least yet.

15         **MR. GEYER:**  Your Honor, I have a question.  This

16    is Brad Geyer.

17         I have not seen any of ex parte disclosures in the

18    discovery that I am aware of.  The way that this can be

19    independently confirmed, there is a whole system for

20    releasing official tax filings.  I've seen none of it.  It

21    seems like it's based on innuendo.

22         You can make advanced payments for taxes not filed

23    for years.  It's not unusual.

24         **MS. RAKOCZY:**  Your Honor, we provided to the

25    defense in late August or early September a failure-to-file

1     letter from the IRS that covered Mr. Rhodes and the other

2     defendants.

3              **MR. LINDER:**  It's not ex parte for tax filings.

4              **THE COURT:**  I'm sorry.  What?

5              **MR. LINDER:**  I don't believe that's an ex parte

6     disclosure for tax filings.  There is a special process set

7     up to avoid these kinds of situations where you make a

8     special request to the IRS and they give you an official

9     record.  There's an extensive process you have to go

10    through.  And once you go through that, it's all

11    authenticated, not he said/she said.

12             **THE COURT:**  I think the question is, Is there any

13    tax records to speak of?

14             Well, let's do this -- Ms. Rakoczy, can we move

15    on?  I don't know how much -- how much longer do you think

16    you will take?

17             **MS. RAKOCZY:**  Probably another hour and a half to

18    two hours, Your Honor.

19             **THE COURT:**  Well, let's move forward, and then

20    I'll -- depending where we are, hopefully we can have a

21    longer discussion about this, because I do want to think

22    about it and understand what the government's actually

23    disclosed at this point --

24             **MS. RAKOCZY:**  Yes, Your Honor.

25             **THE COURT:**  -- and what it's basis is in the

1    letters.  If there's been no tax filings at all and they are

2    required to file tax, certainly given the amount of revenue

3    the Oath Keepers would have brought in, they crossed

4    whatever threshold there is for filing taxes.

5           **MS. RAKOCZY:**  Yes, Your Honor.  The records do

6    indicate that both personally and for the organization,

7    there was a failure to even file for certain years.  I have

8    them written down.  So we can provide -- we have provided

9    that to the defense, and we can provide it to the Court

10   later.

11          **THE COURT:**  Okay.  Let's move forward.  I will

12   figure it out.  Thanks.

13          **MS. RAKOCZY:**  Thank you, Your Honor.

14          (Open court)

15   **BY MS. RAKOCZY:**

16      **Q.**   Mr. Rhodes, let's move to talking about the period

17   following the 2020 U.S. presidential election.  Okay?

18          In the immediate aftermath of the election, you

19   urged your followers to oppose the result.  Correct?

20      **A.**   Um, yes.

21      **Q.**   Now --

22      **A.**   I urged them to not recognize Biden as a

23   legitimate President -- not as a legitimate winner.

24   Correct.

25      **Q.**   Now, you said on direct that this was about the

7368

1    process, not about who won, but you opposed President Biden

2    as president.  Correct?

3         A.    Are you asking me if I preferred President Trump?

4         Q.    Yes.

5         A.    Yes, I did.

6         Q.    In fact, you repeatedly referred to

7    President Biden and Vice President Harris as "Chi-Com

8    puppets."  Correct?

9         A.    That's correct.

10         Q.    So it was not just the process, but it was the

11    results that you opposed as well.  Right?

12         A.    It was both.  I opposed them being named or

13    installed in office because it was unconstitutional.

14         Q.    And because you were worried about what they would

15    do as President and Vice President.  Right?

16         A.    I was worried, but the opposition came from my

17    constitutional opposition.

18         Q.    And about that you thought they were Chi-Com

19    puppets?

20         A.    If they had been constitutionally elected, I still

21    would have opposed them, but not to the same degree as if

22    they -- because they were not elected properly.

23         Q.    Sir, on direct examination, you talked about some

24    election fraud that you believe Kellye SoRelle witnessed

25    when she was serving in some capacity at a polling place in

1    Michigan, I think; is that right?

2         **A.**   She observed what she believed was election fraud;

3    that's correct.

4         **Q.**   And she said she saw people wheeling ballots out

5    of the election place, the polling place.  Right?

6         **A.**   No, that's not accurate.  She -- she had said that

7    she saw people bringing in what she suspected were

8    additional ballots --

9         **Q.**   I'm sorry.

10        **A.**   -- after the count was supposed to have been

11   stopped.

12        **Q.**   Thank you for correcting me.

13             To be clear, what Ms. SoRelle actually saw was a

14   news camera crew bringing in their equipment, right?

15        **A.**   That's what the media said.  It's not what she

16   says.  She saw multiple containers coming in.

17        **Q.**   Sir, you also encouraged your followers, members

18   of the Oath Keepers and their affiliates, to use any means

19   necessary, up to and including force, to oppose the election

20   results from becoming finalized.  Right?

21        **A.**   That's not true.  That's not true

22        **MS. RAKOCZY:**  Let's bring up on the screen

23   Government's 6615.B, which is already in evidence.

24   **BY MS. RAKOCZY:**

25        **Q.**   Sir, November 7, 2020, four days after the

1    election, you told the "Old Leadership" chat, "The answer

2    must be to refuse to accept, acknowledge, respect, or obey

3    any of these imposters or their pretend legislation.  And

4    get your gear squared away and ready to fight."

5            That's what you said on November 7th.  Right?

6        **A.**   For the future.  For after, in case Biden did come

7    in as President.

8        **Q.**   Okay, sir.

9            **MS. RAKOCZY:**  Let's bring up Government's

10   Exhibit 6615.C, Page 7.

11   **BY MS. RAKOCZY:**

12       **Q.**   Sir, this message is also from November 7th to the

13   "Friends of Stone" chat this time.  And in this one, you

14   were more clear.  You said, "Nope.  The final defense is us

15   and our rifles."

16           Correct?

17       **A.**   In part.

18       **Q.**   And you said, "Trump has a duty to stand, but so

19   far he hasn't, as Roger Stone said."

20           Correct?

21       **A.**   Yes.

22       **Q.**   So you're talking now about what needs to happen

23   before President Biden takes office on January 20th?

24       **A.**   That's not correct at all.

25           **MS. RAKOCZY:**  Let's go to the next slide.

**BY MS. RAKOCZY:**

1

2      **Q.**    It continues:  "Trump has one last chance right

3    now to stand, but he will need us and our rifles, too."

4            Right?

5      **A.**    If he invokes the Insurrection Act.

6      **Q.**    "But will he finally act?" you ask.  Right?

7            Isn't that what you asked?  Right?

8      **A.**    Yes, it's what it says.

9      **Q.**    Then you say, "Only if we act and call on him to

10   lead us."  Isn't that correct?

11     **A.**    That's correct.

12     **Q.**    And then the slide continued.  You encourage those

13   on the "Friends of Stone" to listen to the video that you

14   posted above; is that right?

15     **A.**    Yes.

16     **Q.**    You said, "It has to happen now."  Right?

17     **A.**    Yes.

18     **Q.**    And that video that you posted was the video that

19   we've seen earlier in trial where you reoffered the advice

20   that had been offered to you by a "Serbian" patriot.  Right?

21     **A.**    We aren't in Serbia.  We don't have the same

22   system of government.

23            **MS. RAKOCZY:**  Well, if we could go back to the

24   beginning of this slide, of this exhibit, 6615.C -- the

25   Court's indulgence.

1          Could we bring up on the screen Government's

2    Exhibit 6615.B again?  If we could go through -- I'm sorry.

3    Court's indulgence.

4    **BY MS. RAKOCZY:**

5        **Q.**    Okay.  Sir, we are looking at the version of this

6    message that you posted to the "Old Leadership" chat.

7    Correct?

8        **A.**    Correct.

9        **Q.**    You posted the same message on the

10   "Friends of Stone" Chat.  Right?

11       **A.**    Same -- I posted the same video, you mean, from

12   the Serbian guy?

13       **Q.**    Correct.

14       **A.**    Yes.

15       **Q.**    You said here to the "Old Leadership" chat,

16   introducing the Serbian guy's video, "And we must now do

17   what the people of Serbia did when Milošević stole their

18   election.  Refuse to accept it and march en masse on the

19   nation's Capitol."

20          Right?

21       **A.**    Yes; to protest.

22       **Q.**    Also to storm the Capitol.  Right?

23       **A.**    No, that's not correct.

24          **MS. RAKOCZY:**  Well, let's go to the next slide.

25

1    BY MS. RAKOCZY:

2        Q.    You sent, here, the link to the video.  Right?

3        A.    Uh-huh.

4        Q.    If you go to the next slide, we see this is the

5    link that that goes to.  Right?

6        A.    Yes.

7        Q.    If we go to the next slide, you say, "I am in

8    direct contact with the Serbian author of that video.  His

9    videos are excellent.  Here is his written advice to us."

10            Right?

11       A.    Correct.

12       Q.    In the next slide he begins the plan.  And we go

13   through protests, round one.  Right?

14       A.    Uh-huh.

15       Q.    Then ratcheting up to complete disobedience.

16            Correct?

17       A.    Yes; after he was in office.

18       Q.    Well, you don't say that here, do you?

19       A.    That's what would happen.  You can't do civil

20   disobedience if someone is not in office yet.

21       Q.    I think you can do civil disobedience at any time;

22   isn't that fair to say, sir?

23       A.    No.  If you are talking about civil disobedience,

24   like, for rogue style, it's to be civilly disobedient to the

25   authority in office.

1    **Q.**   With due respect, sir, isn't what happened at the

2   Capitol civil disobedience that occurred to try to fight the

3   election result during President Trump's presidency?

4    **A.**   It's not my civil disobedience, no.

5    **Q.**   All right.  We will get back to that.

6        **MS. RAKOCZY:**  Let's go to the next slide, please.

7   **BY MS. RAKOCZY:**

8    **Q.**   You are encouraging the Serbian plan that the next

9   step is connect with local police and start to organize my

10   neighborhoods.  Right?

11    **A.**   Yes.  We do that a lot, too.

12    **Q.**   The next step is to swarm the streets and

13   confronting the opponents.  Right?

14    **A.**   That's what he said.  Correct.

15    **Q.**   That's just what you encourage people to do with

16   baiting Antifa and BLM.  Right?

17    **A.**   That's not true.

18    **Q.**   Let's go to the next slide.  The plan then rachets

19   up.  You were encouraging, repeating the words of the

20   Serbian patriot, that millions should gather in the Capitol,

21   right?

22    **A.**   To protest, yes.

23    **Q.**   And that there would be no barricade strong enough

24   to stop them.  Right?

25    **A.**   That's what he said.

1    **Q.**    You said the police and military align with the

2    people.  Right?

3    **A.**    That's what he said, yeah.

4    **Q.**    And then this advice that you are recommending and

5    passing along, the Serbian notes that we stormed the

6    parliament.  Right?

7    **A.**    Yes, but only in the future context, not between

8    now and the inauguration.

9    **Q.**    You don't say that here.

10    **A.**    Pardon?

11    **Q.**    You don't say that here, do you?

12    **A.**    That's what I meant.

13        **MS. RAKOCZY:**  If we can go to 6615.C again,

14    Page 7, and go to Page 8.  I think it's actually Page 9.

15    **BY MS. RAKOCZY:**

16    **Q.**    You refer to that video and said, "It has to

17    happen now."

18        Right?

19    **A.**    Well, 1 and 2, yes.

20    **Q.**    You don't say that here, do you?

21    **A.**    That's what I meant.

22    **Q.**    Let's turn to the GotoMeeting that occurred on

23    November 9th.  You remember speaking on that call that you

24    now know was recorded.  Right?

25    **A.**    Yes.  Correct.

1          **MS. RAKOCZY:**  Can we go to what is in evidence as

2    Government's Exhibit 1000.7.TR and go to Slide 4.

3    **BY MS. RAKOCZY:**

4          **Q.**   Sir --

5          **MS. RAKOCZY:**  If we could play this quote.

6          (Video played)

7          (Brief pause)

8    **BY MS. RAKOCZY:**

9          **Q.**   So, sir, even as early as November 9th, you were

10   telling your Oath Keepers members and affiliates that you

11   were in the same position as founding fathers in March of

12   1775.  Correct?

13         **A.**   Yes, that is what I said.

14         **Q.**   You said, "There is nothing left to do but to

15   fight."

16              Right?

17         **A.**   Right.  But it's the -- on the condition if Trump

18   invokes the Insurrection Act.

19         **Q.**   You later would say, as we got closer to

20   January 6th, that you and your followers needed to be

21   prepared to fight, regardless of what the President did.

22              Right?

23         **A.**   In the future, that's correct.

24         **Q.**   Let's get back to those messages in a second, sir.

25         **MS. RAKOCZY:**  Thank you, Ms. Rohde.  We can take

1    this down.

2    **BY MS. RAKOCZY:**

3        Q.    So in the days after this open meeting, after

4    November 9th, you and your followers came to

5    Washington, D.C.

6            Right?

7        A.    Yes; for the Million MAGA March; that's correct.

8        Q.    You organized a Quick Reaction Force for that.

9            Correct?

10       A.    Yes.

11       Q.    And the purpose of that QRF was to be prepared to

12   use force to help President Trump to fight to stay in power.

13   Right?

14       A.    No.  That's not correct.  The purpose was to

15   protect the White House in case -- as I said, the call to

16   action was a Benghazi-style attack on the White House and

17   stand-down orders, D.C. Metro, to not intervene.

18       Q.    Because you didn't think the Secret Service would

19   protect the President if it was attacked.

20       A.    They were really overwhelmed in the summer and

21   needed to evacuate him to the basement, so I was concerned

22   about that.

23       Q.    So because they moved the President to the

24   basement during the protest, you thought the Oath Keepers

25   had to go help him --

7378

1      **A.**    Because there were multiple agents injured and the

2  White House was under assault.

3      **Q.**    All right.  So this QRF in November it included

4  firearms.  Correct?

5      **A.**    Yes.

6      **Q.**    And you knew that.  Right?

7      **A.**    Of course.

8      **Q.**    You were present at Mr. Caldwell's farm when those

9  plans were discussed?

10     **A.**    Yes.  I made the plans.

11     **Q.**    In December, you and some Oath Keepers came to

12  D.C. again for the December 12th Jericho March event.

13  Correct?

14     **A.**    Correct.

15     **Q.**    And in that speech -- in that event, you gave a

16  speech.  Right?

17     **A.**    Yes, I did.

18     **Q.**    In that speech, you implored President Trump to

19  invoke the Insurrection Act.  Right?

20     **A.**    Correct.

21     **Q.**    You said in that speech that President Trump

22  should invoke the Insurrection Act to show the world who the

23  traitors are and use the Insurrection Act to drop the hammer

24  on them.

25          Right?

1    **A.**    To do a mass declassification and data dump to

2    expose corruption and treason.  Correct.

3    **Q.**    Mr. Rhodes the President doesn't need the

4    Insurrection Act to declassify documents, does he?

5    **A.**    No.  They do it all the time.

6    **Q.**    He has pretty broad declassification powers.

7    Correct?

8    **A.**    Yes.  They were very broad.

9    **Q.**    So he didn't need you or the Insurrection Act to

10    take such steps.  Right?

11    **A.**    Well, he would need the Insurrection Act to use

12    the military and the National Guard and also the militia,

13    the organized militia included, to help him to seize the

14    data.  That's the issue there.

15    **Q.**    To seize what data?

16    **A.**    The data in the CIA, NSA, FBI, et cetera, in their

17    data banks.

18    **Q.**    Is this the data that was going to expose

19    government officials as being pedophiles?

20    **A.**    Or other crimes, yes.

21    **Q.**    And that's what you wanted to happen at that time?

22    **A.**    Yes.

23    **Q.**    But the President could have done that at any

24    point just using declassification powers.  Right?

25    **A.**    He could declassify.  But as far as securing the

1    data, that would be an issue.  It would be hard to do that

2    given the record of non-compliance from alternate agencies.

3        **Q.**    Sir, isn't it true that what you really wanted him

4    to do was to call you all up as his private bodyguards to

5    stay in power?

6        **A.**    No, that's not true.

7        **Q.**    In that speech at the Jericho March, you warned

8    President Trump that if he didn't act, that you and the

9    other "patriots" would need to do it yourselves in a "much

10   more desperate, much more bloody war."

11            Right?

12       **A.**    If he were to leave office without exposing the

13   corruption in our government, then, yes, down the road we

14   would have no choice, if we have to, but to fight.

15       **Q.**    Well, again, sir, you are not putting any time

16   constraints on this when you are making the statement in

17   real time, are you?

18       **A.**    I think I said several times, If you leave office

19   without fixing this, that will be our -- that will be our

20   situation.

21       **Q.**    You certainly didn't say it in this speech, did

22   you?

23       **A.**    I can't recall.

24       **Q.**    And President Trump had not invoked the

25   Insurrection Act on December 12th of 2020, had he?

1    **A.**    No, unfortunately not.

2    **Q.**    So on December 14th the electors from the various

3    electoral colleges met and cast their votes for President.

4    Right?

5    **A.**    Yes, that's correct.

6    **Q.**    That resulted in the majority of the votes being

7    cast in favor of President Biden, thus making him the winner

8    of the election; is that right?

9    **A.**    Unconstitutionally, yes.

10    **Q.**    And that frustrated you.  Right?

11    **A.**    Yeah.  I think I published an open letter on

12    that date.

13    **Q.**    That's when you published the first open letter.

14    Right?

15    **A.**    That's right.

16    **Q.**    And that night you wrote to the "Old Leadership"

17    chat that Trump has one last chance to act; he must use the

18    Insurrection Act.

19    Right?

20    **A.**    Correct.

21    **Q.**    You were talking about using the Insurrection Act

22    to stop the election results.  Right?

23    **A.**    It's more complicated than that.

24    **Q.**    Mr. Rhodes, this is the night of -- the night that

25    President Biden truly wins the election since the electors

1    have cast their vote.  Right?

2        A.    I wasn't paying attention to that.  I was writing

3    an open letter to the President.  I don't think I referenced

4    that in the letter.  Did I?

5        Q.    Sir, given your position and how much attention

6    you were paying to the election, you are telling us you had

7    no idea that December 14th was the date the electors --

8        A.    It wasn't really a big priority in my mind.

9        Q.    So that's why you posted this message saying that

10   you all need to fight a bloody civil war or revolution?

11       A.    That's not what I said.  I was focused on

12   President Trump and what he could do before he left office.

13       Q.    And, sir, the President did not invoke the

14   Insurrection Act on December 14th.  Correct?

15       A.    No, unfortunately not.

16       Q.    And so you wrote these two open letters to the

17   President.  Correct?

18       A.    Correct.  I followed up with him on the 23rd.

19       Q.    So on the 14th in that open letter, you told

20   President Trump that you and the Oath Keepers and all the

21   other patriots "stand ready to answer your call to arms."

22             Right?

23       A.    Correct.

24       Q.    And you are talking here about using firearms.

25             Right?

1          A.    Bearing arms.

2          Q.    To, at least in part, help President Trump stay in

3    power.  Correct?

4          A.    I wouldn't characterize it like that.  Like I said

5    before, I would not want him to attempt to interrupt

6    Congress' certification of electors, even though I consider

7    them illegitimate.  I would want him instead to put his

8    focus on what I've said a lot, exposing criminality.

9          MS. RAKOCZY:  Let's bring up the open letter,

10   Government's Exhibit 1005, your first open letter to the

11   President on December 14th.

12               If we could go to the next page.  Can we zoom in

13   on the --

14   BY MS. RAKOCZY:

15         Q.    Well, first of all, what is in this picture?  Is

16   this General Washington leading troops into battle?

17         A.    Yes.

18         Q.    You wanted President Trump to be like

19   General Washington.  Right?

20         A.    More like him, yes.

21         Q.    Yes.  You wanted him to start a battle to stay in

22   power.  Correct?

23         A.    Through declassification and data dump and data

24   seizure.

25         Q.    And using the militia.  Right?

1        **A.**    To keep the peace -- I mean, we can just read it.

2   That would probably be the best thing to do.

3        **Q.**    Why don't we look at the title.

4            "Open letter to President Trump:  You must use the

5   Insurrection Act to 'Stop the Steal' and defeat the coup."

6            Correct?

7        **A.**    Correct.

8        **Q.**    So this open letter is imploring the President to

9   use the Insurrection Act to stop the election results.

10  Right?

11       **A.**    Like I said, to expose corruption and expose fraud

12  and also --

13       **Q.**    And stop the steal.

14       **A.**    -- and to prompt other officeholders to do their

15  duty.

16       **Q.**    And stop the steal.  Correct?

17       **A.**    That's right.

18           **MS. RAKOCZY:**  Let's look at the Government's

19  Exhibit 1008.  This is the second letter.  If we could zoom

20  in on the title.

21  **BY MS. RAKOCZY:**

22       **Q.**    This letter is entitled "Open Letter to

23  President Trump, Part II:  Act now.  Do not wait far

24  January 6."

25           Correct?

1      **A.**   Correct.

2      **Q.**   So you wanted the President to act before

3   certification.  Right?

4      **A.**   Yes.

5           **MS. RAKOCZY:**  Okay.  If we could take that down,

6   and if we could go to the bottom of Page 5 of this exhibit.

7   And if we could go to the bottom of the page, that last

8   section.

9           Yes, please.  Thank you.

10  **BY MS. RAKOCZY:**

11     **Q.**   Among the many things that you called on the

12  President to do in this letter, one was:  "Immediately order

13  the U.S. military and National Guard units to conduct a new

14  nationwide election that is an actually clean election using

15  paper ballots.  Order this to be done ASAP."

16          Is that right?

17     **A.**   That's correct.

18     **Q.**   You went on to say, "Do not concede to an

19  illegitimate, fraudulent election or illegitimate state and

20  federal rubber-stamping of that illegitimate election."

21          Correct?

22     **A.**   That's what I wrote.

23     **Q.**   And the rubber-stamping you're referring to there

24  is your fear that on January 6th, Congress would

25  rubber-stamp the election.

7386

1          Right?

2     **A.**    That's not true.  What I am referring there to is

3     the states, through the Attorney Generals -- or is it the

4     Secretary of State? -- certifying unconstitutional results.

5     **Q.**    And so part of what you were asking

6     President Trump to do here is, while he is still in office,

7     to throw out the current election and hold a new one.

8          Right?

9     **A.**    Yes.  If you have an unconstitutional election,

10    the best thing to do is if the states come together and

11    select their own electors or hold new elections.  If they

12    are not going to do that, then -- and you have no review by

13    the Supreme Court because the Supreme Court is refusing to

14    review the case, what do you do?

15    **Q.**    So there have been legal challenges to the

16    election.  Correct?

17    **A.**    The one from Texas suing the State of Pennsylvania

18    on the Supreme Court's original jurisdiction, the Supreme

19    Court did not hear that case, unfortunately.

20    **Q.**    Right.  So there had been probably dozens of

21    lawsuits challenging the election.  Correct?

22    **A.**    That is the only one that challenged the

23    constitutionality, Article II.

24    **Q.**    And that, in your opinion, was an important

25    lawsuit.  Right?

1       **A.**   Absolutely.

2       **Q.**   And it worked its way all the way through the

3  courts.  Correct?

4       **A.**   No.  It's simply -- the court's original

5  jurisdiction was the Supreme Court of the United Stats.

6       **Q.**   It got to the highest court of the land.  Correct?

7       **A.**   When there is controversy between two states, the

8  Supreme Court of the United States, under its original

9  jurisdiction, is the trial court.

10      **Q.**   And the Supreme Court declined to take the case.

11  Correct?

12      **A.**   Illegitimately, yes.  Justice Thomas and Alito

13  both said, We have no discretion not to hear this case.

14  It's under our original jurisdiction over the trial court,

15  yet the Court did not hear it.

16      **Q.**   You suggested that the Supreme Court should be

17  declared itself in insurrection for that decision.  Correct?

18      **A.**   I didn't say that.  I think I said that,

19  unfortunately, the -- what did I actually say?

20          **MS. RAKOCZY:**  The Court's indulgence.

21          **THE WITNESS:**  I definitely said that they did not

22  do their responsibility.

23  **BY MS. RAKOCZY:**

24      **Q.**   Sir, here you write that, "If the President fails

25  to act before January 6th and if Congress at that time fails

1    to defend the Constitution and stop the steal, as we expect

2    them to, then we urge you to immediately take the following

3    actions."

4              That's what you say.  Right?

5    **A.**   Correct.

6    **Q.**   Just to be clear, here before January 6th, this

7    open letter was published December 23rd.  Correct?

8    **A.**   Yes.

9    **Q.**   And you already at that point in time were saying

10   that you do not expect Congress to do anything to stop the

11   steal.  Correct?

12   **A.**   (Reading sotto voce)

13             "...as we expect them to, then we urge you to

14   immediately take the following actions."

15             Yes.

16   **Q.**   Okay.  Among the things that you asked them to do,

17   first, you asked the President to "declare that Congress has

18   failed to defend the Constitution by rubber-stamping a

19   fraudulent and unconstitutional election."

20   **A.**   That's right.

21   **Q.**   Further declared that the "states also failed to

22   defend the Constitution by failing to decertify a fraudulent

23   election and fraudulently-selected electors."

24             Right?

25   **A.**   Correct.

1     **Q.**   And then you say, "Also declare that seven out of

2     nine justices on the Supreme Court likewise failed in their

3     duty by refusing to hear case squarely within their original

4     jurisdiction."  Right?

5     **A.**   That's correct.

6     **Q.**   Okay.  Then you asked him to declare that the

7     American people are now being subjected to an extra

8     constitutional illegitimate system that "rules through

9     systemic fraud without the actual consent of the government

10     and declare that, therefore, you honor your oath to preserve

11     and protect and defend the Constitution of the United

12     States."  Correct?

13     **A.**   Correct.

14     **Q.**   And --

15          **MS. RAKOCZY:**  If you could take that down.  Thank

16     you.  We can take the whole exhibit down.

17          **THE WITNESS:**  All post-January 6th.

18     **BY MS. RAKOCZY:**

19     **Q.**   There.  Right?

20     **A.**   Yeah.

21     **Q.**   In that particular spot.  Correct?

22     **A.**   Yeah.  I was contemplating what I expected to

23     happen on January 6th and what he should do after January

24     6th.

25     **Q.**   We will get to what you told your people to do --

1    to be prepared to do in response.  Let's talk about what

2    you're saying in this actual open letter here.

3              A lawsuit had been filed.  Correct?

4    **A.**    Which one?

5    **Q.**    The Texas one.  Where Texas sued Pennsylvania?

6    **A.**    Yes.  I think joined ultimately by 22 states.

7    **Q.**    And the highest court in the land didn't take the

8    case.  Right?

9    **A.**    That's correct.

10   **Q.**    So legal challenges had been tried.  Right?

11   **A.**    Yes, but unlike Bush v Gore in 2000, the Supreme

12   Court did not do their duty.

13   **Q.**    Says you.  Right?

14   **A.**    Pardon?

15   **Q.**    Says you.

16   **A.**    Says a lot of people.

17   **Q.**    And because of that, you told your people, We have

18   to take matters into our hands.

19   **A.**    That's not what I said.

20   **Q.**    And you're asking the President here to take

21   matters into his own hands.  Right?

22   **A.**    I am asking him to do what he can do within his

23   office to defend the constitution.

24   **Q.**    You are asking -- you're suggesting that a

25   President of the United States should be able to throw out

1    an election result and stay in power despite the Supreme

2    Court not taking a legal case to address it.  Right?

3        **A.**    I think he had a responsibility, just like with

4    Lincoln, to defend the Constitution when others are failing

5    to do so.

6        **Q.**    You claim to be a constitutionalist, right, sir?

7        **A.**    Yes, ma'am.

8        **Q.**    What is to prevent every president in the future

9    from doing the exact same thing?

10       **A.**    Um -- hold the constitutional election and then

11    that won't have to happen.

12       **Q.**    What if the next president, notwithstanding there

13    being a constitutional election says, I don't think there

14    was one, so I am invoking the Insurrection Act, throwing out

15    the result and bringing in the military and hosting a new

16    election.

17            **MR. CRISP:**  Objection.  Speculation.

18            **THE COURT:**  It's overruled.

19            **THE WITNESS:**  That's the problem when you go

20    beyond the Constitution.  You wind up in a situation where

21    you are in unchartered territory.

22    **BY MS. RAKOCZY:**

23       **Q.**    That's what you are asking the President to do

24    here.  Right?

25       **A.**    Just like Lincoln, like I said.  Throughout that

1    situation the President still has to act and do something.

2    You can't just let the Constitution be destroyed.

3         Q.   Sir, the Insurrection Act has never been invoked

4    in order to deal with an election, to throw out an election,

5    has it?

6         A.   This is the first time we had an election like

7    this, which is unconstitutional.

8         Q.   The President didn't listen to you, did he?

9         A.   I'm not sure he heard what I had to say.  I was

10   trying to reach him.

11        Q.   You knew January 6th was an important date.

12   Correct?

13        A.   I knew that Congress was certifying on that date,

14   yes.

15        Q.   It was in your words, "A hard constitutional line

16   and limit."  Right?

17        A.   Right.

18        Q.   And you did not believe anyone in Congress was

19   going to intervene to stop the election result from becoming

20   finalized --

21        A.   I supported the challenges, but given the track

22   record of Congress, I didn't hold much faith in it.

23        Q.   In fact, you said that you thought that it was a

24   mistake to wait until after January 6th because you thought

25   Congress would stab the President in the back.  Right?

1       **A.**   I thought it was a mistake for him to wait, for

2  Trump to wait; that's correct.

3       **Q.**   And you believed that --

4       **MS. RAKOCZY:**  Well, let's bring up on the screen

5  Government's Exhibit 6701, Page 23.

6       **THE WITNESS:**  That's a **<u>Zoolander</u>** reference.

7  **BY MS. RAKOCZY:**

8       **Q.**   "Taking crazy pills?"

9       **A.**   It's obscure but that's what that is.  I don't

10  take crazy pills.

11       **Q.**   Okay.  Noted.

12       (Laughter.)

13       **A.**   I just threw out about taking crazy pills.

14       **Q.**   You say in this message, sir, on the

15  "Friends of Stone" Chat that, "The President must do it now

16  before January 6.  He needs to give the state legislators

17  time to decertify before January 6 in at least three of

18  those states."

19       **A.**   That's right.

20       **MS. RAKOCZY:**  If we could go to the next page.

21  **BY MS. RAKOCZY:**

22       **Q.**   You said, "I will say it again.  It is a tragic

23  mistake for him to wait until January 6 or after"; is that

24  right?

25       **A.**   Yes.  The likelihood of getting the states to

1  decertify is going to be less after that.  It will be harder

2  to convince them.

3       **Q.**   You said, "Congress will stab him in the back.

4  The GOP Senate will stab him in the back.  Heck, McConnell

5  has already made that clear."  Right?

6       **A.**   That's correct.

7       **Q.**   You did not believe that anyone could trust Mitch

8  McConnell.  Correct?

9       **A.**   Not as far as you can chuck him, no.

10       **Q.**   You believe that because he's married to a Chinese

11  national, in your opinion.

12       **A.**   In part.  There's other behaviors too.  I think

13  he's been comprised.

14       **Q.**   You have said --

15       **A.**   He's tied to the Communist party, his wife.

16       **Q.**   Now, you are talking about GOP Senate Majority

17  Leader Mitch McConnell.

18       **A.**   That's correct.

19       **Q.**   His wife is former U.S. Secretary of

20  Transportation, Elaine Chow.

21       **A.**   I believe so.

22       **Q.**   Okay.  She's someone who also served an

23  appointed -- and that was during the Trump administration.

24  Right?

25       **A.**   I'm not sure.

1      **Q.**   She's also served under Presidents George H.W.

2  Bush and Ronald Reagan.  Right?

3      **A.**   I don't recall.

4      **Q.**   And she's a naturalized U.S. citizen.  Correct?

5      **A.**   I believe so.

6      **Q.**   But because she came to this country when she was

7  eight years old, you don't believe that she or her husband

8  can be trusted?

9      **A.**   That's not what I said.  I think she has contacts

10  or ties to the Communist party in China.

11      **Q.**   You will believe Secretary Chow has ties to the

12  Communist party?

13      **A.**   I do.

14      **Q.**   And her husband Mitch McConnell therefore too?

15      **A.**   Yes.

16      **Q.**   She --

17      **A.**   Her family in China has ties to the Communist

18  party.

19      **Q.**   Okay.  Sir, you knew that President Trump would

20  either have to invoke the Insurrection Act before January

21  6th or you and the Oath Keepers would need to act.  Right?

22      **A.**   Pardon?

23      **Q.**   You knew that either President Trump would need to

24  invoke the Insurrection Act or you and your followers would

25  need to do your part.  Correct?

1          A.    No, that's incorrect.

2                MS. RAKOCZY:  Let's bring up on the screen what is

3     already in evidence as Government's Exhibit 6748.

4     BY MS. RAKOCZY:

5          Q.    This is a message you sent on December 10th to

6     Kellye SoRelle and three other of your friends or

7     associates.  Correct?

8          A.    Yes.  But there is no reference to January 6th on

9     that.

10         Q.    You say here, sir, that either there's going to be

11    the President invoking the Insurrection Act, "either Trump

12    gets off his ass and uses the Insurrection Act to defeat the

13    Chi-Com puppet coup or we will have to rise up in

14    insurrection (rebellion) against the Chi-Com puppet Biden,

15    take your pick."  Right?

16         A.    That's correct.  Once he's in office past January

17    20th.

18         Q.    So what are you trying to clarify here is that the

19    Civil War would be on the 21st and not the 6th?

20         A.    No, that's not what I said.  It could be

21    afterward.  If we follow the founders path, it could take

22    years.  It's hard to say.  And hopefully never happen but

23    that's the path we are on now.

24                MS. RAKOCZY:  Let's bring up Government's Exhibit

25    6749.

1   **BY MS. RAKOCZY:**

2        **Q.**   This is the message you were sending privately to

3   Kellye SoRelle.  Correct?

4        **A.**   Yes.  I'm not sure -- if you don't mind, let me

5   read it a second.

6        (Brief pause)

7        Yes.  Yes, I said that to her.

8        **Q.**   You said, "I will make my peace with it, and then

9   I will turn my attention to what I need to do" --

10       **A.**   What is the slide -- pardon me.  I didn't mean to

11  interrupt you there.  What was the statement before that?

12  I'm trying to get the context.

13       **Q.**   I'm sorry, sir, I don't have that available.  On

14  December 29th, you said, "Then I'll turn my attention to

15  what I need to do as the founder and leader of the

16  Oath Keepers to prepare for what comes after Trump fails to

17  do his duty."  Correct?

18       **A.**   Yes.  I'm not sure what the context was.

19       **Q.**   You also said, "I'll also have a small contingency

20  plan for what to do if he suddenly grows a pair."  Right?

21       **A.**   Correct.

22       **Q.**   In the next message you said, "But most of my

23  focus will be on presuming he won't and preparing for the

24  worst."  Right?

25       **A.**   Yes.  I think an open letter to the current

1    serving U.S. military is needed.

2        **Q.**    That's what you said.  Right?

3        **A.**    That's what I said.

4        **Q.**    And in case you are concerned about the context,

5    let's go to the next slide, you said about a week or so

6    before January 6th:  "This will be D.C. rally number three,

7    getting kind of old.  They don't give a shit how many show

8    up and wave a sign, pray or yell.  They won't fear us until

9    we come with rifles in hand."  That's what you said.  Right?

10       **A.**    That's what I said.

11       **Q.**    And you knew that the President wasn't likely to

12   invoke the Insurrection Act on January 6th.  Correct?

13       **A.**    I was still hoping he would.  I was not sure.

14           **MS. RAKOCZY:**  Let's --

15   **BY MS. RAKOCZY:**

16       **Q.**    You were asked about this in your interview with

17   Special Agent Palian.

18       **A.**    About which one?

19       **Q.**    Whether you thought in advance of January 6th it

20   was likely that the President would invoke the

21   Insurrection Act?

22       **A.**    Yeah, I thought it was less likely.  As time went

23   on, it got less and less likely.  I still had hopes he

24   would.

25           **MS. RAKOCZY:**  Let's bring up Government's Exhibit

1    9105.

2              **THE WITNESS:**  That's why I --

3              **MS. RAKOCZY:**  We can pause.

4    **BY MS. RAKOCZY:**

5       **Q.**   This person we see three-quarters of their body on

6    the right, that's you.  Correct?

7       **A.**   Yes, that's me.

8       **Q.**   And this is from your interview with Special

9    Agent Palian.  Right?

10      **A.**   I did not know there was a video.  But, yes, there

11   it is.

12      **Q.**   And this appears to be some kind of lapel or

13   body-worn camera footage.  Correct?

14      **A.**   Yes, it does.

15             **MS. RAKOCZY:**  At this point in time, the

16   Government would seek to admit Government's Exhibit 9105

17   into evidence.

18             **THE WITNESS:**  The entire interview or just

19   the clip?

20             **THE COURT:**  Defense counsel, any objection to

21   9105?

22         (Bench conference)

23             **MR. LINDER:**  Judge, we were provided the video

24   this morning but none of us have had a chance to watch it

25   yet.

1          **THE COURT:**  Have you not had this before?

2          **MS. RAKOCZY:**  They've had the entire video, but

3     didn't know until today exactly where we were going to go

4     with cross-examination, Your Honor.

5          **THE COURT:**  I'm sorry.  They have seen the entire

6     video.  In other words, it was disclosed previous to today?

7          **MS. RAKOCZY:**  Yes, Your Honor.  It was quite a

8     while ago in discovery we provided it.  This is a

9     post-arrest -- not post-arrest but a May 3rd interview.  So,

10    yes, they've had the transcript since July of 2021 and the

11    video around that time, too.

12         **MR. LINDER:**  We just -- Judge, we do have the

13    transcript.  We have -- I have not seen the video.  I've

14    read the transcript.  I know what it said, but I don't know

15    where we are in this video.

16         **MS. RAKOCZY:**  So this is where he's asked about

17    his thoughts on whether the president was likely to invoke

18    the Insurrection Act.  I'm happy to give counsel a chance to

19    watch it themselves.  I think it's a minute-long clip

20    at most.

21         **MR. LINDER:**  We're okay.  If that's all it is, we

22    are fine.

23         **THE COURT:**  Thank you.

24       (Open court)

25         **THE WITNESS:**  I need to go on a diet; I can say

1    that.

2            **MS. RAKOCZY:**  I'm sorry?

3            **THE WITNESS:**  I said, I need to go on a diet;

4    that's for sure.

5            **MS. RAKOCZY:**  We would seek to admit 9105.

6            **THE COURT:**  9105 will be admitted.

7            **MS. RAKOCZY:**  And we ask permission to publish.

8            Let's play the video.

9        (Video played)

10        (Government's Exhibit 9105 was received)

11   **BY MS. RAKOCZY:**

12       **Q.**   So that's what you told Special Agent Palian.

13   Right?

14       **A.**   Yes, but I was thinking in terms of an attack on

15   the White House.  That's what I was thinking of.  That's

16   what the QRF was for, was to protect the White House as far

17   as our media, having rifles outside of D.C.

18            So I was talking about, I didn't think it was

19   likely there would be an attack on the White House, that he

20   would invoke the Insurrection Act.

21       **Q.**   What you said is, By January we knew there would

22   be zero percent chance he would invoke the Insurrection Act.

23   Right?

24       **A.**   Correct.  For the purpose -- for protecting the

25   White House; that's correct.

1       **Q.**   So you repeatedly told your followers that they

2    would need to be prepared to take action themselves on

3    January 6th.  Correct?

4       **A.**   That's not true.

5       **Q.**   Okay.  You didn't say, "Trump needs to go for it

6    and do his duty.  He should do it now.  But if he does wait

7    until January 6th, he should still do it.  And we need to be

8    ready to support him 100 hundred precent and then some"?

9       **A.**   After January 6, correct, he should still invoke

10   the Insurrection Act; that's right.

11      **Q.**   Again, there is no clarification in that message

12   that your followers would need to wait until after the 20th.

13   Right?

14      **A.**   Well, actually -- repeat -- quote me again,

15   please.

16      **Q.**   You said, quote, "But if he does wait until

17   January 6th, then we should -- then he should still do it,

18   and we need to be ready to support him 100 percent and

19   then some."

20      **A.**   And "do it" is invoke the Insurrection Act.

21      **Q.**   Then you said, quote, "Be ready to roll in any way

22   needed.  Get your affairs in order and get yourself and your

23   gear squared away."

24           Correct?

25      **A.**   That's correct.

1          **MS. RAKOCZY:**  And then if we could go to what's

2     already in evidence as Government's Exhibit 5310, the first

3     page of that exhibit.

4     **BY MS. RAKOCZY:**

5          **Q.**   This is from December 21st.  Correct?

6          **A.**   Yes.

7          **Q.**   This is a message you sent to "OK FL Hangout"

8     chat.  Right?

9          **A.**   That's correct.

10         **Q.**   That included Defendants Kelly Meggs and

11    Kenneth Harrelson.  Correct?

12         **A.**   If they were both on it then, yes.

13         **Q.**   You said, "We need to push Trump to do his duty.

14    If he doesn't, we will do ours.  Declare independence, defy,

15    resist, defend, conquer, or die.  This needs to be our

16    attitude."

17              Right?

18         **A.**   That would be post-January 20th.

19         **MS. RAKOCZY:**  Let's bring up Government's

20    Exhibit 6701, Page 46.

21              If we could go to Page 46 of this exhibit, please.

22              Court's indulgence.

23              I apologize for the record.  This is Page 50 of

24    the exhibit.

25

**BY MS. RAKOCZY:**

    **Q.**   Here on December 31st, a week before January 6th, you told the "Old Leadership" chat, "On the 6th, they are going to put the final nail in the coffin of this republic, unless we fight our way out.  With Trump (preferably) or without him, we have no choice."

        Correct?

    **A.**   That's what I wrote.

    **Q.**   Thank you, sir.

    **MS. RAKOCZY:**  We can take that down, please. Thank you.

**BY MS. RAKOCZY:**

    **Q.**   On January 6th, you and the Oath Keepers came prepared for battle.  Correct?

    **A.**   That's incorrect.

    **Q.**   You brought guns with you.  Yes?

    **A.**   To Virginia but left them in the hotel.

    **Q.**   You brought rifles.  Right?

    **A.**   Yes; to Virginia.

    **Q.**   More than one.  Right?

    **A.**   Yes.

    **Q.**   More than five?

    **A.**   Well, there was more than five of us.  Correct.

    **Q.**   How many rifles did you bring?

    **A.**   I'm not sure.  I'm not sure how many Mr. Meggs had

1    on his team or any other teams.

2        Q.    You, personally.  How many rifles did you bring?

3        A.    Um, I think maybe two.  I'm not quite sure.

4        Q.    You brought sidearms.  Correct?

5        A.    Yes.  A couple handguns.

6        Q.    Okay.  You brought hundreds of rounds of

7    ammunition.  You personally brought hundreds of rounds of

8    ammunition.  Right?

9        A.    Yes.

10        Q.    On your way to D.C., you purchased some $17,000

11    worth of firearms-related equipment.  Correct?

12        A.    Yes.

13        Q.    And your group organized a Quick Reaction Force to

14    support your efforts --

15        A.    Is that counting the night vision or not counting

16    the night vision?

17        Q.    I think that counts the night vision.  Right?

18        A.    Okay.

19        Q.    To be clear, you had some lady in Virginia order

20    night-vision goggles for you?

21        A.    No, it was Marsha Lessard, the organizer of the

22    Virginia Freedom Keepers event.  I shipped the order to her

23    house.

24        Q.    And you had Mr. Greene and Joshua James pick those

25    up from Ms. Lessard; is that right?

1      **A.**    That's correct.

2      **Q.**    And you and the Oath Keepers organized a

3  Quick Reaction Force for January 6th.  Right?

4      **A.**    Um, we did not have the vehicle.  I did not leave

5  anyone in my hotel.  Michael Greene and I that morning

6  decided we did not need to do that, because it was unlikely

7  Trump would invoke the Insurrection Act, unlikely be an

8  attack on White House.

9      **Q.**    Well, sir, you didn't leave anything in your hotel

10  because there was a Quick Reaction Force at the Comfort Inn

11  Ballston.  Right?

12      **A.**    I knew that Kelly Meggs had gotten two hotel rooms

13  so that he did not have to leave his firearms with me, like

14  I had offered to do, and that's the extent of it.  I knew he

15  had two hotel rooms outside of Virginia -- or in Virginia to

16  leave his guns at.  I did not know that there was anybody

17  sitting on them to do anything with them.

18      **Q.**    Well, sir, let's be clear.  You were -- this was

19  planned in plain sight of you.  Correct?

20      **A.**    Which one, ma'am?

21      **Q.**    The QRF.

22      **A.**    I was not in any of the chats between Paul Stamey

23  and Kelly Meggs.  I didn't know Paul Stamey was in the

24  picture at all.

25          **MS. RAKOCZY:**  Let's bring up what's already in

1    evidence as Government's Exhibit 6923 --

2            **THE WITNESS:**  As far as their side chats.

3            **MS. RAKOCZY:**  Well, let's bring up 6923.

4            Let's go around Page 44.

5    **BY MS. RAKOCZY:**

6        **Q.**    Here on January 2nd, Kelly Meggs tells you, "Last

7    night call with Don, we discussed a QRF RP" -- that's a

8    rally point.  Right?

9        **A.**    That's right.

10        **Q.**    -- "so we may do that.  As well as the North

11    Carolina team has a hotel room close by."

12        **A.**    Yes, that's what it says.

13        **Q.**    In the next message, you said, "Okay.  We will

14    have a QRF.  The situation calls for it."

15            Correct?

16        **A.**    Right.  I meant us.  I didn't mean us with Paul

17    Stamey, though.

18            **MS. RAKOCZY:**  Okay.  Let's go to Page 48, Page 48

19    of this same exhibit.

20    **BY MS. RAKOCZY:**

21        **Q.**    You went on -- Kelly Meggs went on to tell you,

22    "We have the overlay maps of street closures, and it looks

23    like Lincoln is our rally point if shit hits the fan."

24            Right?

25        **A.**    Yes.

1        Q.   So here Mr. Meggs is telling you that there are

2   plans for a QRF, and it looks like Lincoln, the

3   Lincoln Memorial, is the rally point if shit hits the fan.

4   Correct?

5        A.   Yes.

6        Q.   He says, "Lots of access roads on the edge of the

7   main area."

8             Right?

9        A.   Right.  But I'm not sure -- this is the problem

10   with the term "QRF," is that it's used for too many things.

11   So there are armed QRFs and there are unarmed QRFs.

12        Q.   You don't ask any follow-up questions, do you?

13        A.   I don't remember.

14        Q.   In the next message you say, "Cool.  That's good.

15   Both in and out is very useful.  I'll reimburse you for

16   them.  Just let me know how much."

17             Right?

18        A.   For the hotel rooms?  Is that what you were

19   referring to?

20        Q.   I don't know.  That's what you said.  "That's

21   good.  Both in and out is very useful."

22             You are talking about the ingress and egress

23   routes for the QRF.  Right?

24        A.   Um --

25        Q.   If you go back to the previous message, Mr. Meggs

1    says, "There are closures.  Lincoln is the rally point.

2    Lots of access roads on the edge of the main area."

3          And then in the next message, you say, "Cool.

4    That's good.  Both in and out is very useful."

5          Right?

6    A.    Yeah.  I think that's referring to his hotel

7    rooms.

8    Q.    In and out?

9    A.    Pardon?

10   Q.    "Both in and out is very useful."  You are talking

11   about the entrance and exit routes for the QRF.  Right?

12   A.    I believe so, if that's what they are actually

13   talking about.

14   Q.    In the next message -- now this is the

15   "D.C. Op Jan. 6, 21" chat.  Right?

16   A.    This is D.C. Op Jan. 6, 21," Right.

17   Q.    You are in that chat.  Right?

18   A.    Yes, but I didn't send the message.

19   Q.    You are the administrator of the chat.  Correct?

20   A.    Yes.

21   Q.    You added the North Carolina leaders to that chat.

22   Right?

23   A.    Yes, I did.

24   Q.    So on January 2nd, Kelly Meggs told that chat you

25   were on, "Good call last night.  Lots covered.  I will get

7410

1    with the NC team today and find out the QRF location."

2    Correct?

3         **A.**    That's what it says.

4         **Q.**    That's at 6:28 a.m.?

5         **A.**    Right.

6         **Q.**    If you go back to the previous message, these are

7    just before that at 5:53 a.m.  Correct?

8         **A.**    Right.

9         **Q.**    Half an hour before or so.  Right?

10        **A.**    I did not know that Kelly Meggs was staying in the

11   same hotel as Paul Stamey.

12        **Q.**    On this thread you are talking on January 2nd at

13   5:53 a.m. to Mr. Meggs, and then half an hour later in the

14   next message Mr. Meggs is posting --

15            **MS. RAKOCZY:**  If we could go to the next message,

16   please.

17   **BY MS. RAKOCZY:**

18        **Q.**    Mr. Meggs is posting to "D.C. Op Jan. 6."

19   Correct?

20        **A.**    Yes.

21        **Q.**    Okay.  So he tells everyone he is going to get

22   with the NC team to find out the QRF location.  Right?

23        **A.**    That's correct.

24        **Q.**    In the next message -- should go to the next

25   message.  He follows up that message to "D.C. Op Jan. 6, 21"

1    chat, by saying, "1 if by land, north side of

2    Lincoln Memorial.  2 if by sea, corner of the West Basin and

3    Ohio is a water transport landing."

4           Correct?

5    **A.**    Yes, at 5:43 p.m.; that's right.

6    **Q.**    In the next message, he clarifies "QRF rally

7    points" -- that's what those are -- "water if the bridges

8    get closed."  Right?

9    **A.**    That's correct.  But I didn't really know -- you

10   know, I saw them, but I really didn't know why he was

11   posting up about bridges or the landing points.

12   **Q.**    Sir, this is your organization.  Right?

13   **A.**    Yes.

14   **Q.**    This is your op chat for January 6th.  Correct?

15   **A.**    Yes, it wasn't my op.  It was Don Siekerman.  It

16   was his op, and with Michael Greene as number two.  You

17   know, Don and Kelly were working on something, that's fine.

18   **Q.**    Sir, the buck stopped with you in this operation.

19   Correct?

20   **A.**    Um -- the buck stops with me in the operation?

21   **Q.**    Yes.

22   **A.**    I am responsible for everything everyone did?

23   **Q.**    You are in charge.  Right?

24   **A.**    Pardon?

25   **Q.**    You are in charge.  Right?

1      **A.**    Not when they do something off mission, I'm not in

2    charge, unfortunately.

3      **Q.**    Well, that's convenient.  But, sir, for you, you

4    are the Oath Keepers' chairman of the board for life.

5    Right?

6      **A.**    Yes.

7      **Q.**    We saw that in this exhibit RS-1 that we looked at

8    yesterday, the bylaws of the organization.  Right?

9      **A.**    Right.

10     **Q.**    And this command structure carried over into the

11    operations.  Right?

12     **A.**    No, it's not true.

13     **Q.**    Let's look at what is already in evidence as

14    Government's Exhibit 6701, I believe Page 32.

15          Sorry.  Court's indulgence.

16          I apologize, Your Honor.

17    **BY MS. RAKOCZY:**

18     **Q.**    On Exhibit 6701 we are now looking at Page 36 of

19    the exhibit so towards the beginning of the life of this

20    "D.C. Op Jan. 6th" chat, on December 30th you wrote, "I

21    prefer that when cohesive teams come to an op, they run as a

22    team, under the immediate leadership of their own team

23    leads.  That way they get operational experience as a unit

24    and their leaders get to lead."  Correct?

25     **A.**    Yes, that's what I wrote.

1    Q.    The next message, you said, "But under the overall

2    command of the op leadership I assign who have been on prior

3    ops in D.C. and, of course, under my overall command."

4    Correct?

5    A.    Yes.  I say, "I will be busy speaking and doing

6    meetings, so I will only step in if I see a major problem.

7    That's leadership by exception."

8    Q.    January 6th there were some problems.  Right?

9    A.    Yes, that's why I stepped in and tried to get

10    folks to come to me who were not on mission.

11    Q.    To call people to the Capitol.  Right?

12    A.    To me, the northeast corner, Area 8, where we were

13    supposed to have our next event.

14    Q.    An event you knew wasn't going to happen.  Right?

15    A.    Well, I was wondering, because I didn't see the

16    sound equipment.

17    Q.    You saw the riot going on, sir.  Right?

18    A.    That's right.  I knew they were supposed to be

19    going there so, of course, I was trying to find my guys who

20    were supposed to be going there to keep them out of trouble.

21    Q.    Let's go back to that in a second.  To be clear,

22    though, you wrote to your people on this operation chat for

23    January 6th that the overall command would be yours.

24    Correct?

25    A.    I only step in if I see a major problem.  I

1    delegated to my team leaders.

2            **MS. RAKOCZY:**  Okay.  Let's turn back to 6923 --

3            **THE WITNESS:**  That's the commander's intent that

4    Mr. Crisp was talking about earlier.

5    **BY MS. RAKOCZY:**

6        **Q.**    That's correct, sir.  The commander's intent is

7    you and many members of your organization were familiar

8    with.  Right?

9        **A.**    Yes.  It came straight out of Elements of Warfare

10   from Colonel John Boyd, that leadership not try to

11   microimage, should select good leaders, they should

12   understand the mission and give them discretion to work the

13   mission.

14       **Q.**    And that's what you did for January 6th.  Right?

15       **A.**    Yes.  I selected Don Siekerman and Michael Greene.

16   Don got sick so Whip took over.  He is a good leader.

17       **Q.**    More to the point, sir, you made the mission

18   clear.  Correct?

19       **A.**    Yes, we are there to defend Latinos for Trump,

20   Blacks for Trump, Virginia Freedom Keepers.  We are there to

21   protect the Ali Alexander community event in Area 8.  We

22   were there to escort Roger Stone to his speaking events and

23   also to escort Ali Alexander and be a body guard for him.

24   That was Mr. Morelock's job, and to escort his speakers and

25   VIPs to Area 8, and then afterwards to escort Trump

1    supporters back to their hotels, vehicles and Metro stops.

2         **Q.**    That wasn't the only part of your mission, was it?

3         **A.**    That was all the entirety of the mission.

4              **MS. RAKOCZY:**  Let's bring up Exhibit 6860, please.

5              **THE WITNESS:**  Unless the President invoked the

6    Insurrection Act, then, of course, we would respond to his

7    call to call up and then follow his orders.

8    **BY MS. RAKOCZY:**

9         **Q.**    If he didn't, you told your followers that they

10   would need to act.  Right?

11        **A.**    Pardon?

12        **Q.**    If the President didn't, you told your followers,

13   as the commander, the mission was that they would need to be

14   prepared to act.

15        **A.**    That's not true.

16             **MS. RAKOCZY:**  Let's look at Government's Exhibit

17   6860.

18             **THE WITNESS:**  Not on January 6.  Our mission

19   was only security; that's it.

20             **MS. RAKOCZY:**  Let's turn to Page 70.

21   **BY MS. RAKOCZY:**

22        **Q.**    This is a series of messages you sent to the OK FL

23   Hangout chat on December 25th.  Correct?

24        **A.**    Yes, that's correct.

25        **Q.**    This is in response to a question that was asked

1    by Graydon Young.  Right?

2        **A.**   I am not sure who asked the question, but if

3    that's accurate then, yes.

4        **Q.**   Let's go back a few pages.

5        **A.**   Yes, that's correct.

6        **MS. RAKOCZY:**  Okay.  Let's go back a couple pages.

7    Here we go.  One more before that, please.

8            Sorry.  One more before that.

9            A couple more before that.

10           All right.  I'm sorry.  We will come back to this.

11           If we could go back, please, to Page --

12       **THE WITNESS:**  Obviously we won't be doing that --

13   oh, okay.

14   **BY MS. RAKOCZY:**

15       **Q.**   Sir, Graydon Young asked you a question.  Right?

16       **A.**   Yes.

17       **Q.**   Graydon Young was looking to you for some

18   guidance.  Right?

19       **A.**   That's right.

20       **Q.**   He did not want to come to D.C. if something

21   wasn't really going to finally happen.  Right?

22       **A.**   He didn't want to waste his time.  He didn't want

23   to come on a fool's errand.  I said, "It's not a fool's

24   errand, it has benefits regardless of outcome and regardless

25   of what we then do."

1    **Q.**    You went on to say, "Trump needs to know we

2    support him in using the Insurrection Act."

3    **A.**    That's correct.

4    **Q.**    Okay.  You said, "That needs to be the message.

5    If Congress rubber stamps an unconstitutional fraud,

6    President Trump must defend the Constitution and we urge him

7    to use the Insurrection Act to do so."  Correct?

8    **A.**    That's right.  Yeah, January 6th.

9    **Q.**    And you said, "We will support him with our boots

10    on the ground nationwide.  We will protect him and assist

11    him.  He needs to know that to his bones.  We need to make

12    it clear."  Right?

13    **A.**    That's correct.

14    **Q.**    And then you said, "We need to have that message

15    echoing off every rooftop from now till that day.  Focus

16    like a laser on it."  Right?

17    **A.**    Yes, that's right.

18    **Q.**    In the very next message you said, "And he needs

19    to know that if he fails to act, then we will.  He needs to

20    understand that we will have no choice."  Right?

21    **A.**    Right.  That was post-J6.

22    **Q.**    Where did you say that here?

23    **A.**    Go back two slides.  You will see where I talk

24    about it.  Keep going back.  Hold on.  Must defend the

25    constitution.  Go back one more, please.

1      **Q.**   You said that needs --

2      **A.**   "That needs to be the message, if Congress rubber

3  stamps an unconstitutional fraud" --

4      **Q.**   What was happening on January 6th?

5      **A.**   -- "by certifying the election.  President Trump

6  then" -- if you don't mind going forward -- "must defend the

7  constitution and we urge him to use the Insurrection Act to

8  do so."  So that's post-January 6th.

9      **Q.**   You don't say that anywhere in here, do you?

10     **A.**   I do because it says, if he -- if Congress rubber

11 stamps an unconstitutional fraud --

12     **Q.**   What happened on January 6th, sir?

13     **A.**   That would be on January 6th.  Then after that, he

14 must defend the constitution and we urge him to use the

15 Insurrection Act to do so.

16     **Q.**   Sir, on January 6th, we will get to this more in a

17 moment, but on January 6th you alerted your followers that

18 Vice President and President had "punked" out?

19     **A.**   I'm sorry.  I couldn't hear you.

20     **Q.**   You said that the Vice President and the President

21 had basically failed to do their duty on January 6th.

22 Right?

23     **A.**   Um -- do you have a quote?

24     **Q.**   We will get there in a second, sir.  You don't

25 remember saying that?

1     **A.**   No, I don't.  That's okay.

2     **Q.**   You tell Graydon Young here on December 25th --

3          **MS. RAKOCZY:**  If we could go two slides forward.

4     BY MS. RAKOCZY:

5     **Q.**   "President Trump needs to know if he fails to act,

6     we will.  He needs to understand that we will have no

7     choice."  Right?

8     **A.**   Sure.  If Biden -- if he doesn't do anything and

9     Biden comes into office as an illegitimate president, yes.

10    **Q.**   Sir, this is in response to Graydon Young's

11    question, Should I come on the 6th?  Is something going to

12    happen?  You say, Yes, because if it doesn't, we will act --

13    **A.**   That's not --

14    **Q.**   -- we will have no choice.

15    **A.**   That's not what he asked.  He asked if it was a

16    going to be a fool's errand.

17    **Q.**   And you said, No.

18    **A.**   I said, No.

19    **Q.**   Get ready for battle.  Right?

20    **A.**   No, that's not what I said.

21    **Q.**   All right.  Now, let's return to what we were

22    talking about just a moment ago.  You organized this

23    Quick Reaction Force for the 6th.  Correct?

24    **A.**   Actually, no.  We decided we did not need to have

25    anyone stay and --

1          **MS. RAKOCZY:**  Let's go back to 6923.

2          **THE WITNESS:**  -- save all our weapons for the 6th.

3          **MS. RAKOCZY:**  If we could go back to 6923, please,

4     page -- I think Page 53-ish is where we were.

5     BY MS. RAKOCZY:

6     **Q.**  Here's page 82.  You are saying, "We will have

7     several well-equipped QRFs outside D.C.  There are many,

8     many others from other groups who will be watching and

9     waiting on the outside in case of the worst-case scenarios."

10         That's what you are saying on the morning of

11    the 6th.  Correct?

12    **A.**  That's correct.

13    **Q.**  If we can go back to 6923, around Page 50.  So

14    this is where, again, back on the 2nd, Mr. Meggs was saying

15    to the D.C. Op that he was going to find out the QRF

16    location.  And as we go through the next pages, we will see

17    that Mr. Meggs then sends those messages over the next few

18    pages where he talks about the QRF rally points.  And then

19    on the next page, he provides the two maps for the QRF rally

20    points.  Right?

21         Is that right, sir?

22    **A.**  Yes.  But I thought he meant for us, not for

23    Paul Stamey.

24    **Q.**  Well, let's get to the next message.

25         "What does Paul Stamey say in response to this

7421

1    discussion about the QRF rally points?"

2            Paul Stamey says, "My sources D.C. are working on

3    procuring boat transport as we speak."

4            Right?

5    **A.**    Yes, that's correct.

6    **Q.**    And that's Mr. Caldwell was trying to procure a

7    boat.  Right?

8    **A.**    I would have to guess so.  Yeah.  But I'm not

9    sure.  Actually, I'm not sure.  So I'm just going to say I

10   don't know.

11   **Q.**    So you were well aware of the QRF plan that was

12   going on in advance of January 6th.  Right?

13   **A.**    I was well aware that Kelly Meggs was going to

14   leave his weapons at his QRF hotel, which is just a hotel in

15   Virginia.

16   **Q.**    Okay.

17   **A.**    And I was aware that we were going to leave our

18   weapons, Michael Greene and myself, along with Todd Wilson

19   and Landon Bentley and his buddy Joe were going to leave our

20   weapons in Virginia at our hotel.

21   **Q.**    Okay.

22   **A.**    I was not aware that Paul Stamey was in the same

23   hotel as Kelly Meggs' hotel rooms.

24   **Q.**    Even though they were planning this in your chat?

25   **A.**    I was not aware that they were coordinating.

1      Q.    When you were interviewed by Special Agent Palian

2  on May 3rd, 2021 --

3      MS. RAKOCZY:  You can bring that down.  Thank you

4  very much.

5  BY MS. RAKOCZY:

6      Q.    -- you tried to suggest you had no idea about the

7  plans for the QRF for January 6th, correct?

8      A.    Here's the problem.  Everybody uses that term for

9  everything.  So, like, with Vallejo, I am fairly reasonably

10  certain he meant simply picking people up.  So when he left

11  QRF, it's like which one?  In which person's head.

12      Q.    The QRF as to the operation, I think, is what

13  Special Agent Palian was asking you about.  Right?

14      A.    But which one?  The hotel room with Kelly Meggs or

15  my hotel room with my weapons?

16      Q.    Perhaps it would help to look at the clip.

17      MS. RAKOCZY:  Let's bring up on the screen

18  Government's Exhibit 9104.

19  BY MS. RAKOCZY:

20      Q.    This is you, again, on the screen during your

21  interview with Special Agent Palian on May 3rd.  Correct?

22      A.    Yes.

23      MS. RAKOCZY:  At this point in time, the

24  government would seek to admit Government's 9104

25  into evidence.

7423

1          **MR. LINDER:**  No objection.

2          **THE COURT:**  9104 is admitted.

3       (Government's Exhibit 9104 was received)

4          **MS. RAKOCZY:**  If you could play that now, please.

5       (Video played)

6    BY MS. RAKOCZY:

7       **Q.**  So you tried to say there that you were not privy

8    to the plans of the North Carolina guys.  Correct?

9       **A.**  That's correct.

10      **Q.**  But you added North Carolina guys to your

11   "D.C. Op Jan. 6" chat.  Right?

12      **A.**  Right.

13      **Q.**  You saw there, you were present as they were

14   discussing the plans for the QRF, Mr. Stamey and Mr. Meggs?

15      **A.**  I didn't see that post.

16      **Q.**  Okay.

17          You were asked about the Arizona guys, and you

18   denied knowing anything about the Arizona guys.

19      **A.**  Oh, no.  I knew Vallejo was coming.

20      **Q.**  You didn't say that there.  Right?

21      **A.**  I didn't know about him being involved in

22   armed QRF.

23      **Q.**  You said, quote, "I got cut out of all of that

24   shit."

25          Right?

1      **A.**    I meant the chatter between Caldwell and Stamey

2  and Meggs and Stamey and Jessica and Stamey and Caldwell.

3      **Q.**    Sir, that response was in response to a direct

4  question that you were asked by the agent about the Arizona

5  guys.  Right?

6      **A.**    If Vallejo was involved in some other armed QRF, I

7  was cut out of it and was not aware of it.

8          **MS. RAKOCZY:**  Let's look at what is already in

9  evidence as Government's Exhibit 6923 around Page 95.

10 **BY MS. RAKOCZY:**

11     **Q.**    So you had a conversation with someone saved in

12 your phone as Prometheus.  Right?

13     **A.**    Yes.

14     **Q.**    His name was Todd Kandaris.  Right?

15     **A.**    Yes.  I figured that out later, yeah.

16     **Q.**    He was an Oath Keeper from Arizona.  Correct?

17     **A.**    Yes.

18     **Q.**    He came out on January 6th with Ed Vallejo.

19 Right?

20     **A.**    That's correct.

21     **Q.**    So after he reminded you who he was, you said, "I

22 remember.  Who are you bringing?"

23          Right?

24     **A.**    That's right.

25     **Q.**    And he responded on the next message that he was

1    bringing, among other people, Ed Vallejo.  Correct?

2         A.    That's correct.

3         Q.    On the next message you asked, "As attendees?

4    Speakers?  Security volunteers?"

5               Right?

6         A.    Yes.  I did not know why they were coming.

7         Q.    On the next message, he said, "Just as volunteers.

8    As far as I know, no one is speaking.  We are rifles,

9    manpower, warm bodies there to support the process and

10   the President."

11              Is that correct?

12        A.    That's correct.

13        MS. RAKOCZY:  Thank you.  We can take that down --

14   I'm sorry.  Actually, again, if we can go back to

15   Exhibit 6923, around Slide 103.

16        DEPUTY CLERK:  One of the monitors blacked out.

17        THE COURT:  All right.  Why don't we take a break.

18   This is an opportune time.  I think that was a sign we

19   should take a break.

20              All right.  We will take a break now, folks.  It's

21   almost 3:15.  We will restart at 3:30.

22              Thank you, all, very much.

23        (Jury exited the courtroom)

24        THE COURT:  You can step down, Mr. Rhodes.

25              I'm going to sustain the objection about the

1      cross-examination concerning the tax returns.

2              Let's just put it this way:  There has been plenty

3      to cross-examine about.  I don't think it's necessary, and

4      it may cause undue confusion and delay.

5              **MS. RAKOCZY:**  Yes, your Honor.  We may submit case

6      law on it, but --

7              **THE COURT:**  If you want to submit something,

8      that's fine.

9              **MS. RAKOCZY:**  Thank you.

10         (Recess at 3:16 p.m. until 3:39 p.m.)

11         (Jury entered the courtroom)

12             **THE COURT:**  Please be seated, everyone.

13             Okay.

14             There you are, Ms. Rakoczy.

15             **MS. RAKOCZY:**  Thank you, Your Honor.

16     **BY MS. RAKOCZY:**

17         **Q.**   Mr. Rhodes, let's talk about January 6th.  You

18     told us on direct that at some point, maybe around

19     1:45 p.m., Whip, or Mr. Greene, called you and said words to

20     the effect that they are storming the Capitol.

21         **A.**   That's correct.

22         **Q.**   And you didn't stay away.  You went to the

23     Capitol.  Right?

24         **A.**   I asked him, "Who?"

25             And he said, "The Trump supporters."

1              And then I told him I was going to go and see

2    what's going on and then meet up with him.

3          Q.   And you went to the Capitol Grounds.  Right?

4          A.   I went to Area 8 where we were supposed to have an

5    event; that's correct.

6          Q.   You saw there was no event going on.  Right?

7          A.   I saw that my people weren't there, and I couldn't

8    see where the stage was supposed to be.

9          Q.   And then you walked into the area that earlier in

10   the day had been restricted.  Correct?

11         A.   I -- yeah.  I didn't know it was restricted.  So I

12   walked around -- I was trying to locate Whip.  He said he

13   was by the trailers.  So I went to go and see where the

14   trailers were and tried to hook up with him.

15         Q.   You knew that the rioters had pushed past the

16   barricades.  Correct?

17         A.   On the left side; that's correct.

18         Q.   And where you were as well?

19         A.   No, I didn't know that.  Because there was no --

20   I'm sorry.

21             There were no barricades up, and I did not realize

22   that that was a closed-off area prior to me getting there.

23         Q.   Certainly you knew that the rioters had gotten

24   past the barricades on several sides of the building.

25   Correct?

1          A.    On the west side.

2          Q.    And you then spent time moving around the

3    Capitol Grounds.  Correct?

4          A.    Right.  Trying to locate Whip and then -- yeah.

5    Trying to orientate myself.

6          Q.    And you didn't tell your followers to stay away

7    from the Capitol, did you?

8          A.    Well, they were supposed to be going to the

9    Capitol, so I was trying to contact the guys who were

10   supposed to be going to make sure that they came to me.

11         Q.    But there was a riot going on.  Right?

12         A.    I'm not sure I'd call it a riot.  I didn't know

13   about the violence down below on the west side.

14         Q.    And you did not tell your people to stay away.

15   Correct?

16         A.    Which people, ma'am?

17         Q.    You did not tell the people on any of your Signal

18   chats, any of the Oath Keepers who knew you were there in

19   D.C. that day, Don't come here.  Protestors -- what did Whip

20   tell you?  Protesters have stormed the Capitol?

21         A.    I told them, If you are not on mission, come to me

22   at the northeast corner by Area 8.

23         Q.    So you called them to the Capitol.  Right?

24         A.    I called those who were not on mission.  There

25   were multiple teams who were still on mission who I, of

1    course, did not call to the Capitol.

2        **Q.**    Yeah, but you called everyone else to the Capitol.

3        **A.**    Anybody who was not on mission -- what I said was,

4    Anyone who is not on mission, come to the northeast corner

5    of the Capitol.

6            Like I said, the folks I was concerned about were

7    Kelly Meggs and his team.  I couldn't figure out where

8    they were.

9        **Q.**    You called them to come to the Capitol.  Right?

10       **A.**    I told them to come to me.  They were already on

11   their way to the Capitol.

12       **Q.**    Okay.  And you didn't condemn the attack on the

13   Capitol.  Right?

14       **A.**    On January 6th, no.

15       **Q.**    You praised it.  Correct?

16       **A.**    I said that, in historical context, this is no

17   worse than what the founding fathers did in trashing the

18   Governor of Massachusetts' mansion or dumping tea in the

19   harbor.  I did not know the extent of the injuries at

20   that time.

21       **Q.**    Let's look at what you said that day.

22           **MS. RAKOCZY:**  Let's look at Government's

23   Exhibit 9120, please.  This is not in evidence, so just for

24   the witness.

25           **THE COURT:**  What was the exhibit again,

1    Ms. Rakoczy?

2            **MS. RAKOCZY:**  9120, please.

3    **BY MS. RAKOCZY:**

4        **Q.**  Sir, these are some of --

5            **MS. RAKOCZY:**  This -- and if we could go to the

6    next page.

7    **BY MS. RAKOCZY:**

8        **Q.**  These are some of your messages on January 6th.

9    Correct?

10       **A.**  Let's see.  Yes.

11           **MS. RAKOCZY:**  At this point government seeks to

12   admit 9120 into evidence.

13           **MR. LINDER:**  No objection, Your Honor.

14           **THE COURT:**  All right.  9120 will be admitted.

15       (Government's Exhibit 9120 was received)

16   **BY MS. RAKOCZY:**

17       **Q.**  Okay.  So at about 1:25 p.m. you wrote to the

18   D.C. Op Jan 6, 21" chat, "Pence is doing nothing"?

19       **A.**  I believe the -- pardon.  I believe the times are

20   incorrect by one hour.  These are one hour too slow.

21       **Q.**  That's what you said.  Right?

22       **A.**  Pardon?

23       **Q.**  That's what you think.  Right?

24       **A.**  Yes, that's exactly what I think.

25       **Q.**  Okay.

1      **A.**    Because the -- I was not at the Capitol until at

2      least 2:12.  So, like, the -- one, two, three -- the fourth

3      comment.  It says 2:01.  Couldn't have been happening at

4      2:01 because I wasn't there yet.  So that is actually 3:01.

5      **Q.**    Sir, you knew at 1:45 p.m. that -- from Whip, from

6      Mr. Greene, that patriots had stormed the Capitol.  Right?

7      **A.**    They had gone onto the grounds but not inside.

8      **Q.**    You told us on direct at 1:45 Whip called and

9      said, "They are storming the Capitol."  Right?

10     **A.**    Which means the grounds.  The 1:45 -- the first

11     breach didn't happen until 2:15 p.m.  It was a physical

12     impossibility for them to have been storming the actual

13     building at 1:45.

14     **Q.**    But you said "They are storming the Capitol."

15     Right?

16     **A.**    No, Whip said, "They are storming the Capitol."

17     **Q.**    Right.  So you knew that fact at 1:45 p.m.  Right?

18     **A.**    That there were people -- they showed me a video

19     of a fight happening at the bike racks.

20     **Q.**    Okay.

21     **A.**    I realized people were entering the

22     Capitol Grounds at 1:45.

23     **Q.**    Okay.  You knew that was happening.  Right?

24     **A.**    Yes.

25     **Q.**    Okay.  And we will look at the evidence in other

1     context for the precise time, but let's say for the sake of

2     argument here that this exhibit is accurate.  At 1:25 p.m.

3     you said, "Pence is doing nothing as I predicted."  Correct?

4         **A.**    This is not an accurate exhibit, ma'am.  It is off

5     one full hour.  Each one of those timestamps is one hour too

6     slow.  1:25 is actually 2:25 and 1:38 is actually 2:38.

7         **Q.**    I understand that's what you are saying, sir.

8             After you knew that the Capitol was under attack

9     by people who were Trump supporters, you wrote, "Pence is

10    doing nothing, as I predicted."  Correct?

11        **A.**    At 2:25:41 I wrote, "Pence is doing nothing, as I

12    predicted."

13        **Q.**    You also said, "All I see Trump doing is

14    complaining.  I see no intent by him to do anything.  So the

15    patriots are taking it into their own hands; they've had

16    enough."

17        **A.**    That's correct.  I was speaking as a third-party

18    observer; that's right.

19        **Q.**    Sir, the important thing to note here is that you

20    had been saying for weeks, if not months, when the President

21    didn't act, your supporters would take matters into their

22    own hands.  Correct?

23        **A.**    No.  It's not what I said.

24        **Q.**    Sir, on December 25th, we just looked at those

25    messages on the OK FL hangout chat, folks like Kelly Meggs,

1    Kenneth Harrelson, Graydon Young and Jason Dolan all heard

2    you say that "When the President doesn't act, we will need

3    to take matters into our own hands.  The President must to

4    understand that we will have no choice."  Correct?

5         A.    If he does not act while he is President; that's

6    correct.

7         Q.    On January 6th, he didn't act, did he?

8         A.    Not yet, no.

9         Q.    So when you told the people on this chat "All

10   Trump is doing is complaining, the patriots are taking it

11   into their own hands," that was all the call you needed to

12   give as a call to action.  Right?

13        A.    That's not right.

14        Q.    You went on to say, "Hey, the founding generation

15   stormed the Governor's mansion in Massachusetts and tarred

16   and feathered his tax collectors.  They seized and dumped

17   his tea in the water.  They didn't fire on them, but they

18   street fought; that's where we are now."

19             You described what was going on at the Capitol as

20   street fighting just like the founding fathers did, and then

21   you said, "Next it comes our Lexington.  It's coming."

22   Correct?

23        A.    That's what I wrote, but what I was not doing was

24   encouraging anyone to do anything on January 6th.  Like I

25   said, I was speaking as a third-party observer.  I had no

7434

1    idea that any Oath Keeper was even thinking about going

2    inside or would go inside.

3        **Q.**    Sir, for weeks you had been describing how we were

4    on the brink of a war.  Correct?

5        **A.**    Yes.

6        **Q.**    And on January 6th, you described what was

7    happening at the Capitol as "the street fighting just like

8    the patriots and next comes our Lexington."  Right?

9        **A.**    Yeah, that's what I said.

10       **Q.**    You described the people storming the Capitol as

11   actual patriots, "pissed off patriots, like the Sons of

12   Liberty were pissed off patriots."  Correct?

13       **A.**    That was at 3:01, after I realized people had,

14   indeed, gone inside.

15       **Q.**    You said the words, "actual patriots, pissed off

16   patriots, like the Sons of Liberty were patriots."  Correct?

17       **A.**    Right.  We were arguing about whether these were

18   Antifa or Trump supporters.  Most of my folks thought they

19   were just Antifa.  I said, No.  I'm right here looking at

20   them.  They are actual Trump supporters.

21       **Q.**    So you let your followers know that you approved

22   of that conduct.  Correct?

23       **A.**    I'm just identifying that they are actual Trump

24   supporters.

25       **Q.**    You called them patriots.  Right?

1      **A.**   Yes.

2      **Q.**   You then said, "Trump has one last chance to man

3   up and fulfill his oath.  Will he?"

4            Right?

5      **A.**   Right.

6      **Q.**   You had an exchange with Mr. Greene where you were

7   trying to find him.  Right?

8      **A.**   That's correct.

9      **MS. RAKOCZY:**  If we could go to the next page.

10  **BY MS. RAKOCZY:**

11     **Q.**   You said, "I'm on the Supreme Court side of the

12  U.S. Capitol, Whip or Landon, where are you?"  Correct.

13     **A.**   That's right.  And that's actually at 3:15 p.m.

14     **MS. RAKOCZY:**  Your Honor, could we go to Exhibit

15  1500, please?  If we could go to 1 minute and 20 seconds

16  into the video.

17  **BY MS. RAKOCZY:**

18     **Q.**   You will note that what is in evidence as

19  Government's Exhibit 1500 also puts your first quote there

20  as, "Pence is doing nothing as I predicted."  Correct?

21     **A.**   That's correct.  But the timestamp is still

22  incorrect.  It started at 2:25 p.m.

23     **Q.**   Sir, this exhibit is already in evidence and has

24  not been objected to by your counsel and the Judge has this.

25  So the time stamp is 1:25 p.m. Correct?

7436

1          **MR. LINDER:**  It's not correct.

2          **THE WITNESS:**  It's not correct, ma'am.

3          **MS. RAKOCZY:**  I think the evidence will show it is

4     the correct time stamp, so let's take it down but go back to

5     Exhibit 9120, please.

6     **BY MS. RAKOCZY:**

7          **Q.**  So you encouraged people to come to the Capitol.

8     Correct?

9          **A.**  No, that's not correct.

10         **Q.**  You tell Kelly Meggs, "Go to south side of U.S.

11    Capitol.  That's where I'm going."

12         **A.**  Kelly Meggs was already in route to the Capitol as

13    part of his mission.  I was trying to get him to come to me,

14    to where I was.

15         **Q.**  Do you not say, "Go to south side of U.S. Capitol"

16    in this message?

17         **A.**  It was because I was completely upside down about

18    which side I was on.

19         **Q.**  I am not making fun of you for your sense of

20    direction, I'm just asking you, you do say in this message

21    to come to the Capitol to Kelly Meggs.  Right?

22         **A.**  I say "Go to the south side of the U.S. Capitol.

23    That is where I am going to link up to Whip."  I didn't say,

24    "Come to the U.S. Capitol."

25         **Q.**  It's fair to say, sir, you called Kelly Meggs to

1  the Capitol.  Right?

2      **A.**   He was already in route.  I was trying to get him

3  to come to me.  I didn't want him going anywhere else.  I

4  wanted him to come to where I figured out later was the

5  north side, which is where I was standing.

6      **Q.**   You don't tell him to go away, do you?

7      **A.**   I told him to come to me.

8      **Q.**   You didn't say, There is a bad situation here.  We

9  got to get out of here.

10      **A.**   That's why I told him to come to me.

11      **Q.**   You keep telling us he was protecting people.

12  Right?

13      **A.**   He was and escorting people.

14      **Q.**   You thought it was good for him to bring his

15  people to that situation?

16      **A.**   Ma'am, he was already doing that that day.  It was

17  his mission on that day.

18      **Q.**   You were there on the ground, you could have told

19  him to go away, there's a riot going on.

20      **A.**   I wanted to make sure that he came with me and

21  Whip and stayed with us.

22      **Q.**   I'm sure you did, but not necessarily for that

23  reason.  Right?

24      **A.**   Is that a question, ma'am?

25      **Q.**   It was.  That was not the real reason you called

7438

1    him to the Capitol, was it?

2        **A.**    Which one was that?

3        **Q.**    What you just said.

4        **A.**    To come with me?

5        **Q.**    Yes.

6        **A.**    That was the real reason.

7        **Q.**    Sir, you then, at 12:26 p.m., told the group on

8    the "D.C. Op Jan 6, 21" chat, you reposted Whiplash's

9    message.  Whiplash is Michael Greene.  Correct?

10       **A.**    That's correct.

11       **Q.**    And Mr. Greene said, "We need to regroup any

12   members who are not on mission;" is that right?

13       **A.**    That's right.

14       **Q.**    You said, "Come to the south side of U.S. Capitol,

15   on steps."  Correct?

16       **A.**    Right.  Which was actually supposed to be the

17   north side.

18       **Q.**    Nowhere in these messages do you tell your people

19   in D.C., Go away from the Capitol.  Do you?

20       **A.**    I tell everyone who is not on mission to -- and

21   the only ones that could not be on mission would be

22   Kelly Meggs and possibly Josh James.  They were supposed to

23   be going to Area 8.  I wanted to make sure that if they were

24   somehow done with their mission that they came to where I

25   was standing.

1      Q.   On the Capitol Grounds.  Right?

2      A.   Correct.

3      Q.   Now, shortly after this message where you say,

4  "Come to south side of Capitol on steps" at 2:26 p.m., the

5  members of Stack 1, Kelly Meggs, Jessica Watkins, and others

6  come on to the east plaza of the Capitol.  Correct?

7      A.   I don't know.  At that time I had no idea where

8  they were.

9           MS. RAKOCZY:  Let's play Government's Exhibit

10 1500.  If we could go to 7 minutes and 34 seconds -- right

11 around there -- 7 minutes 34, 32 seconds.

12 BY MS. RAKOCZY:

13     Q.   Here we see, again, at 2:24, 2:26 p.m. you repost

14 Whip's message and say, "Come to the south side of the

15 Capitol."  Correct?

16     A.   Like I said, I believe that's an hour off.

17     Q.   Okay, sir.  That's what you said.  Right?

18     A.   That's what I said, yes.

19     Q.   Okay.

20     A.   At the --

21          MS. RAKOCZY:  You can keep playing.

22 BY MS. RAKOCZY:

23     Q.   Somebody else, Horse Whisperer, then sends another

24 message.  And then we can see here on the CCTV camera

25 footage that about 2:29 p.m., Stack 1 is rounding the corner

7440

1    onto the East Plaza.  Correct?

2        **A.**    That's what the exhibit says, yeah.

3        **Q.**    Here we see Kelly Meggs and others?

4        **A.**    Right.  Where am I supposed to be at the

5    same time?

6            **MS. RAKOCZY:**  If you can pause the footage for a

7    second, please, Ms. Rohde.

8    **BY MS. RAKOCZY:**

9        **Q.**    If you could look at the top left of the video

10    screen, Mr. Rhodes, you're going to see a timestamp

11    superimposed by United States Capitol Police that reads

12    2:29 p.m. and 14 seconds.

13            Do you see that?

14        **A.**    Yes.

15        **Q.**    So at 2:29 p.m., the stack is rounding their way

16    onto the East Plaza of the Capitol.  Correct?

17        **A.**    According to the exhibit, yeah.

18            **MS. RAKOCZY:**  Okay.  If we could keep playing

19    then.

20    **BY MS. RAKOCZY:**

21        **Q.**    At this point in time you were on the west side of

22    the Capitol.  Correct?

23            **MS. RAKOCZY:**  You can pause there, please.

24            **THE WITNESS:**  Yes, I believe that's correct.

25            **MS. RAKOCZY:**  Okay.  If you could keep playing.

1    BY MS. RAKOCZY:

2         Q.    You were on your phone, I can't help but notice.

3    Right?

4         A.    Sure.  In part.

5              MS. RAKOCZY:  If we could pause for a second.

6    BY MS. RAKOCZY:

7         Q.    Sort of straight ahead of you, we see an alcove in

8    the building.

9              Do you see that?

10        A.    Correct.

11        Q.    That is where some of the first rioters breached

12   the building.  Correct?

13        A.    That's not correct.

14        Q.    Okay.

15        A.    The first rioters to breached the building, I

16   found out later, down below, like two tiers down on the

17   west side.

18        Q.    Sir, that's a window through which Dominic Pezzola

19   and other members of the Proud Boys breached the building.

20   Correct?

21        A.    That's not correct.

22             MS. RAKOCZY:  If we could keep playing the

23   video, please.

24             THE WITNESS:  They did that down below, and it was

25   at 2:15 p.m.  So by this time, they had already entered down

7442

 1     below.  I found out all of this after the fact.

 2          (Video played)

 3     **BY MS. RAKOCZY:**

 4          **Q.**   All right.  If we could pause here.

 5               Sir, about 2:31 p.m., while you are on the west

 6     side of the Capitol, you received a phone call from

 7     Michael Greene; is that correct?

 8          **A.**   That's correct.  I believe these timestamps are

 9     accurate.

10          **Q.**   Thank you.

11               You picked up the phone.  Right?

12          **A.**   Well, I can't remember if he called me or -- okay,

13     yeah.  If he called me, then, yes, of course, I answered.

14          **Q.**   And you were able to communicate with him.

15     Correct?

16          **A.**   Barely.  It was very loud where he was --

17               **MS. RAKOCZY:**  Let's keep playing.

18               **THE WITNESS:**  -- and where I was also.

19               Yeah, we could hear each other a little bit.

20               **MS. RAKOCZY:**  If we could pause here.

21     **BY MS. RAKOCZY:**

22          **Q.**   You talked to Mr. Greene for not quite a minute,

23     maybe about 45 seconds, before you had the call-waiting

24     thing where somebody was calling your phone at the same

25     time.  And that was Kelly Meggs.  Right?

7443

1      **A.**    That's correct.

2              **MS. RAKOCZY:**  If we could keep playing.

3              So if we could pause there, please.

4   **BY MS. RAKOCZY:**

5      **Q.**    Takes about 7 seconds for the call to connect, but

6   you pick up the phone, and then you merged the call back in

7   with Mr. Greene.  Correct?

8      **A.**    Yes.

9      **Q.**    Now, you tried to say on direct that you couldn't

10  really understand or hear a thing Mr. Meggs was saying.

11  Right?

12     **A.**    I couldn't hear him at all.

13     **Q.**    So let me get this straight.  You pick up the

14  phone and say, "Hello."  Right?

15     **A.**    Uh-huh.

16     **Q.**    You can see on your phone it's Kelly Meggs.

17  Right?

18     **A.**    Yes.

19     **Q.**    I assume you had him saved in your phone.  Right?

20     **A.**    Yeah, I could see him.

21     **Q.**    And so you can't hear a word he's saying, but you

22  still decide to merge him in with Michael Greene?

23     **A.**    Sure, because we are still trying to, you know,

24  hear each other and get to a quieter spot, same thing I was

25  doing with Michael Greene.

7444

1      **Q.**   So you are saying, Hello.  Hello.  Hello.  I can't

2   hear.  I'm just going to merge you in with Michael Greene,

3   even though I can't understand a word you are saying.

4      **A.**   I'm not sure what I said, but I was trying to

5   patch him in.

6           **MS. RAKOCZY:**  So let's keep playing.

7           Pause, please.

8           Now, at 2:33 -- pause, please.

9   **BY MS. RAKOCZY:**

10     **Q.**   So you are on the phone now.  You and Mr. Greene

11   and Kelly Meggs are on a three-way call from 2:32 and 18

12   seconds and 2:33 p.m and 48 seconds.

13          I'm no math genius, but that's about 90 seconds, a

14   minute and a half.  Right?

15     **A.**   Yeah, about that.

16     **Q.**   Okay.  So for 90 seconds, you and Mr. Greene and

17   Mr. Meggs are all just saying, Hello.  Hello.  I can't

18   hear you.  I can't hear you?

19     **A.**   Yeah, trying --

20     **Q.**   Ninety seconds?

21     **A.**   Yes.  Trying to -- trying to hear each other.

22     **Q.**   No idea -- no idea at all what anyone is saying?

23     **A.**   I could hear -- I could still hear Michael Greene,

24   but I could not hear Mr. Meggs.  So I was walking around,

25   trying to get a better signal and trying to get to a

1    quieter spot.

2        **Q.**   And then you hang up the phone or Mr. Meggs leaves

3    the call.  Right?

4            **MS. RAKOCZY:**  If we could keep playing.

5            **THE WITNESS:**  His call dropped.  Right.

6    **BY MS. RAKOCZY:**

7        **Q.**   Well, okay, if that's what you say.

8            And then in the next message --

9        **A.**   Or he hangs up.

10       **Q.**   -- at 2:37 p.m., your phone call --

11           **MS. RAKOCZY:**  Could we pause there, please?

12   **BY MS. RAKOCZY:**

13       **Q.**   So you then were able to talk to Mr. Greene for

14   another nearly four minutes, three and a half minutes.

15   Right?

16       **A.**   Yes.

17       **Q.**   Okay.

18       **A.**   We were communicating.  It was Mr. Meggs' phone we

19   could not reach.

20       **Q.**   Okay.  And for 90 seconds, you sat on that

21   dead air.  Right?

22       **A.**   Trying to reach him.

23       **Q.**   Okay.  Let's hang up the phone.  That's about

24   2:33 p.m. that Meggs leaves the call.  Right?

25       **A.**   Yeah.  According to the exhibit, yeah.

1          **MS. RAKOCZY:**  We can take this exhibit down

2    entirely, actually.  Thank you.

3    **BY MS. RAKOCZY:**

4          **Q.**    It's about two minutes later that Kelly Meggs

5    leads Stack 1 up the steps of the Capitol.  Right?

6          **A.**    Um --

7          **Q.**    That happened at about 2:35 p.m.  Correct?

8          **A.**    I thought they entered at 2:41.

9          **Q.**    They go up the steps of the building first.

10   Right?

11         **A.**    I mean, I'm finding this out after the fact, yes.

12         **Q.**    And then they breached the building at around

13   2:39, 2:40 p.m.  Correct?

14         **A.**    They didn't breach the building, no.

15         **Q.**    They unlawfully entered the Capitol at 2:40 p.m.?

16         **A.**    They walked in.  The door's already opened from

17   the inside; that's correct.

18         **Q.**    And alarm bells blaring.  Right?

19         **A.**    I don't know.  I wasn't there.

20         **Q.**    Well, you seem to have an opinion about this

21   topic, sir.

22         **A.**    I know from looking at what you showed earlier

23   that they didn't open the doors.

24         **Q.**    No.  They joined the crowd that assaulted the

25   doors and the officers forcing entry.  Right?

1      **A.**    That's not what they did, ma'am.  Not according to

2  what I saw.  They walked through doors already opened, which

3  on that day I had no idea about at all.  No idea they were

4  even doing anything.

5      **Q.**    Sir, you are careful with your words.  Correct?

6      **A.**    I try to be.

7      **Q.**    And you scolded your people that it was important

8  not to say certain things on chats and in open forums.

9  Right?

10     **A.**    I let them know that you don't want to be saying

11  things that you know or you should know are actually not

12  lawful, and you should not be planning things that you know

13  are not lawful either.  So you shouldn't be talking crap,

14  basically.  I talk crap, too.  We all do.

15     **Q.**    You said, for example --

16          **MS. RAKOCZY:**  Let's bring up Government's

17  Exhibit 9114.

18  **BY MS. RAKOCZY:**

19     **Q.**    Here are two messages "Old Leadership" chat from

20  September 7, one from someone named Chris and then on the

21  next page, one from you in response.

22          Do you see these messages?

23     **A.**    Let me go back to the first one.

24          (Reading sotto voce)

25          Okay.

1      Q.    These are -- these are -- this is a message

2  exchange that you participated in --

3      A.    Yes.  This is a member -- I believe it is a member

4  from El Paso, Texas.

5          MS. RAKOCZY:  At this time government seeks to

6  admit Government's Exhibit 9914 into evidence.

7          MR. LINDER:  No objection.

8          THE COURT:  All right.  9914 will be admitted.

9      (Government's Exhibit 9914 was received)

10 BY MS. RAKOCZY:

11     Q.    Mr. Rhodes, on November 7 of 2020, four days after

12 the election, Chris said to you --

13         MS. RAKOCZY:  Can we publish to the jury, please?

14 BY MS. RAKOCZY:

15     Q.    Chris said to you, "But, Stewart, as we discussed,

16 what do you need from me to assist with ops plans and such

17 and my background?"

18         That's the question he asked.  Right?

19     A.    Right.

20     Q.    And then in response, you said on the next page,

21 "A lot of it will be done in person op sec."

22         Right?

23     A.    Yes.

24     Q.    So four days after the election, when you're

25 talking about what needs to be done, you are stressing that

1    some things need to be done in person for operational

2    security reasons.  Right?

3        A.    Right.  But I'm not sure of the context, though.

4    So Chris was --

5            MS. RAKOCZY:  I'm sorry, sir.  I'm going to move

6    now --

7            THE WITNESS:  Okay.

8            MS. RAKOCZY:  -- to Government's Exhibit 6732.  If

9    we could go to Page 56.  This is already in evidence, so we

10   can publish it to the jury.

11   **BY MS. RAKOCZY:**

12       Q.    On the night of the 6th, people were saying things

13   on the "D.C. Op Jan. 6, 21" chat, and you reminded people,

14   quote, "Be very careful and mindful that anything you say

15   can and will be used against you.  Expect it."

16            Right?

17       A.    That's correct.

18            MS. RAKOCZY:  We can take that down, please.

19   Thank you.

20   **BY MS. RAKOCZY:**

21       Q.    Sir, on the evening of January 6th, you were aware

22   that the Capitol had been attacked.  Right?

23       A.    Yes.

24       Q.    And you did not condemn that attack, did you?

25       A.    Not publicly.

1      **Q.**   And, in fact, you privately on your Signal chats

2      with Oath Keepers members you basically said, "This is the

3      first step."

4              Right?

5      **A.**   Pardon?

6      **Q.**   You said, "This is the first step."

7              Right?

8      **A.**   I can't remember me saying that, but if that's

9      what I said.

10             **MS. RAKOCZY:**  Can we bring up Government's

11     Exhibit 6732, Page 44.  And this is already in evidence, so

12     we can publish it, please.

13     **BY MS. RAKOCZY:**

14     **Q.**   On the "D.C. Op Jan. 6, 21" chat at about 7:30 on

15     January 6 in the evening, you said, "Thousands of ticked-off

16     patriots spontaneously marched on the Capitol and sent the

17     message that they will not live under an illegitimate

18     Chi-Com puppet regime.  You can't handle that, hit the door.

19     You ain't seen nothing yet."

20     **A.**   Yes.  Spontaneously marched on the Capitol.

21             **MS. RAKOCZY:**  If we go to page 48.

22             **THE WITNESS:**  I didn't say anything about next

23     steps -- or what did you say.

24     **BY MS. RAKOCZY:**

25     **Q.**   Well, you said, "You ain't seen nothing yet."

1    **A.**    That is not what you said before.  I'm just

2    letting you know.

3              **MS. RAKOCZY:**  And then if we could go to Page 48.

4    **BY MS. RAKOCZY:**

5    **Q.**    A little after that at 7:41 p.m. on the same chat,

6    you said, "The founding generations, Sons of Liberty,

7    stormed the mansion of the corrupt royal Governor of

8    Massachusetts and trashed the place.  They also jumped on

9    board a ship carrying East India tea and dumped it in the

10    harbor.

11              "We are actually in a far more deadly situation,

12    given the fact that enemies, foreign and domestic, have

13    subverted, infiltrated, and taken over nearly every single

14    office and level of power in this nation.  We have one final

15    chance to get Trump to do his job and duty.  Patriots

16    entering their own Capitol to send a message to the traitors

17    is nothing compared to what's coming if Trump doesn't take

18    decisive action right now.  It helped to send that message

19    to him.  He was the most important audience today.  I hope

20    he got the message."

21              That's what you said.  Right?

22    **A.**    Yes, that's what I wrote.

23    **Q.**    Okay.  On then on Page 66 of this same exhibit,

24    that same night, later at about 11:30 p.m., you wrote to the

25    "Old Leadership" chat, "Patriots, it was a long day but a

1    day when patriots began to stand.  Stand now or kneel

2    forever.  Honor your oaths.  Remember your legacy."

3            That's what you said.  Right?

4       **A.**    That's correct.

5       **Q.**    So that evening of the 6th --

6            **MS. RAKOCZY:**  Thank you.  You can take that down.

7    **BY MS. RAKOCZY:**

8       **Q.**    That evening of the 6th, sir, you went to the

9    Olive Garden with some of your closest associates for

10   dinner.  Right?

11      **A.**    Not some of my closest associates.  But, sure,

12   some of the folks that had been with us that day.

13      **Q.**    Kellye SoRelle was there?

14      **A.**    Yes.

15      **Q.**    Joshua James was there?

16      **A.**    Yes.

17      **Q.**    Ed Vallejo was there?

18      **A.**    I believe so, yes.

19      **Q.**    Other Oath Keepers from the Midwest, from

20   Kentucky, named Landon Bentley and Joe Harrington were

21   there?

22      **A.**    Yes.  They were the ones with Whip all day; that's

23   right.

24      **Q.**    Todd Kandaris, who had been with Arizona, and Ed

25   Vallejo was there?

1      **A.**   Yes.

2      **Q.**   And you ate dinner.  Correct?

3      **A.**   Yes.

4      **Q.**   And people talked about what they had done at the

5  Capitol that day.  Right?

6      **A.**   No.  Actually, Josh James did not say he had gone

7  inside.

8      **Q.**   Didn't he tell you he went inside and you said,

9  "Good job"?

10     **A.**   No, that's not true.  He did not tell me until --

11 I believe it was when Kelly and I stopped in Alabama and met

12 him for dinner when he let me know he had gone in.  Then he

13 showed me a short clip without any sound.  I had no idea

14 what he had said to the officers.

15          He basically lied to me, misrepresented what he

16 had done.

17     **Q.**   At some point during that dinner --

18     **A.**   He told me he had -- I'm sorry, ma'am.

19          He told me he had gone in to help police officers

20 and was trying to help a police officer get out of a

21 Capitol, and another officer hit him not realizing he was

22 trying to help.  And he did not show the audio.

23          Now I know what he really did.

24     **Q.**   So you are trying to tell us he showed you a video

25 and didn't play any sound?

7454

1      **A.**    That's correct.

2      **Q.**    You now know that he yanked officers out of that

3    Rotunda, right?

4      **A.**    I do know that now.  That's right.

5      **Q.**    While screaming, "Get out of my Capitol."

6    Correct?

7      **A.**    I heard that for the first time right here,

8    sitting over there.

9      **Q.**    A sentiment that was embodied on numerous of these

10   chats that we've been reading throughout trial, right?

11     **A.**    No, not at all.  I would never condone putting

12   hands on a police officer unless, like I said, to save

13   someone's life.

14     **Q.**    Or unless they were, you know, at the Bundy Ranch

15   doing something you didn't agree with.  You'd point weapons

16   on them.  Right?

17     **A.**    That's not true either.  Same thing.  Only to

18   defend life; that's it.

19     **Q.**    Or what you think are the rights that those people

20   are infringing upon.  Right?

21     **A.**    No.  We were at Bundy Ranch to prevent a

22   Waco-style slaughter.

23     **Q.**    Okay.

24     **A.**    That's the only reason we were there.

25     **Q.**    So back at the Olive Garden, at some point

1    in time --

2         **A.**   We had five current serving sheriffs to come stand

3    with us basically as human shields so that the government

4    would not use excessive force.  They'd be worried that they

5    may kill an active-duty sheriff.  That was my strategy at

6    Bundy Ranch.

7         **Q.**   Are you finished?

8         **A.**   Yes, ma'am.

9         **Q.**   So back at the Olive Garden, at some point in

10   time, someone, I think Ms. SoRelle, got word that the FBI

11   was starting to arrest people.  Right?

12        **A.**   Yes.  I think -- no, actually, no.  It wasn't the

13   FBI.  It was a rumor going around that Virginia State Police

14   were going door to door through the hotels looking for Trump

15   supporters.

16        **Q.**   They had been getting the people who had been at

17   the Capitol.  Right?  That was the rumor.  Correct?

18        **A.**   Yeah.  Virginia State Police were doing that.

19        **Q.**   Okay.  And so you all abruptly left dinner.

20   Correct?

21        **A.**   Oh, no, that's not true.

22        **Q.**   You went back to your hotel.  Right?

23        **A.**   We didn't leave until, like, 5 a.m. the next

24   morning, actually.

25        **Q.**   Sir, you left at, like, 1:00 in the morning.

1    Right?

2        **A.**    Well, I'm not quite sure what time we left.  I

3    think it was -- you know what?  That's a good question.  I

4    really don't know.

5        **Q.**    So --

6        **A.**    We didn't leave dinner abruptly.

7        **Q.**    You had a reservation through the next day.

8    Correct?

9        **A.**    Until the next morning; that's right.

10        **Q.**    Right.  Normal checkout time, 10 a.m. or 11 a.m.,

11    thereabouts.

12        **A.**    Yeah, something like that.

13        **Q.**    Okay.  After, you heard that law enforcement was

14    starting to round up folks who had been participating in the

15    attack on the Capitol, you went back to your hotel and

16    immediately packed up your stuff --

17        **A.**    What we heard is that the Virginia State Police

18    were going door to door in the hotel looking for Trump

19    supporters.  And so we decided to go ahead and leave.

20        **Q.**    Trump supporters who had attacked the Capitol.

21    Right?

22        **A.**    That's not what they said.

23        **Q.**    They were just rounding up Trump supporters for

24    no reason?

25        **A.**    No.  I'm just letting you what we were told.  We

7457

1    were told -- I believe it was Marshall Watson in Texas said,

2    Hey, we are hearing that Virginia State Police is going

3    around door to door in hotels looking for Trump supporters.

4            So Kellye said, Hey, we should just go ahead and

5    leave early.

6            I said, All right.  Let's go.

7    **Q.**  So you went back to your hotel.  Right?

8    **A.**  I think we were already at the hotel when we heard

9    that.

10   **Q.**  You packed up your stuff.  Correct?

11   **A.**  I'm not sure.  I'm not sure.  I think we had

12   dinner and went back to the hotel and then got a call

13   saying that.

14   **Q.**  You packed up your stuff.  Right?

15   **A.**  Pardon?

16   **Q.**  You packed up your stuff.  Correct?

17   **A.**  Yes.

18   **Q.**  And you and Ms. SoRelle drove to a gas station.

19   Correct?

20   **A.**  Yes.

21   **Q.**  And at that gas station, you met up with

22   Joshua James.  Correct?

23   **A.**  Everybody at the hotel, we all left and went to

24   the gas station to gas up.

25   **Q.**  All of you packed up your stuff and met up at a

1  gas station.  Correct?

2      **A.**    So I could buy them all gas using the Oath Keepers

3  credit card; that's correct.

4      **Q.**    This is the middle of the night.  Right?

5      **A.**    Whatever time it was, yeah.

6      **Q.**    And you were there and Ms. SoRelle was there in

7  one vehicle.  Right?

8      **A.**    Yes.

9      **Q.**    Joshua James is there in one vehicle?

10     **A.**    Yeah; his truck.

11     **Q.**    Whip is there in his vehicle?

12     **A.**    Yes.

13     **Q.**    And the guys from Kentucky, Landon Bentley and

14  Joe Harrington, are in their vehicle.  Right?

15     **A.**    Yes.

16     **Q.**    And you then divide up the firearms and

17  ammunition.  Right?

18     **A.**    Um, no, I don't remember doing that.

19     **Q.**    Because if you get arrested, you don't want all of

20  the firearms and ammunition getting nabbed in one car.

21  Right?

22     **A.**    No, that's not true.  I don't believe I divvied up

23  anything with anybody.

24     **Q.**    And you take your phone and give it to

25  Ms. SoRelle.  Correct?

1      **A.**    Yes.

2      **Q.**    And you get in Landon Bentley's vehicle.  Right?

3      **A.**    That's correct.

4      **Q.**    You did that because you did not want to be caught

5   by police.  Correct?

6      **A.**    No.  It's because Kellye wanted to go and meet

7   someone for some kind of election challenge work she was

8   doing.  And she asked for my phone.  And then she took it

9   and wrapped it in foil and took it with her.

10     **Q.**    She was meeting someone for an election challenge

11  meeting in the middle of the night?

12     **A.**    She was going to another state, driving someplace

13  else.

14     **Q.**    Because you had given her your phone,

15  Landon Bentley sent her a text so that they would have each

16  other's numbers and could communicate.  Correct?

17     **A.**    That's correct, yeah.

18         **MS. RAKOCZY:**  I would like to bring up on the

19  screen now what has been marked as Government's

20  Exhibit 9116.

21  **BY MS. RAKOCZY:**

22     **Q.**    Here we see a phone number associated with

23  Landon Bentley.  Right?

24     **A.**    Yes.

25     **Q.**    Ending in 8824, sending a message to Ms. SoRelle.

1    Correct?

2         **A.**    That's correct.

3         **MS. RAKOCZY:**  At this point in time, Your Honor,

4    the government seeks to move the series of messages in

5    Government's Exhibit 9116 [sic] into evidence.

6         **MR. LINDER:**  No objection.

7         **THE COURT:**  9916 will be admitted.

8         **MS. RAKOCZY:**  May we publish?

9         **THE COURT:**  You may.

10        (Government's Exhibit 9916 was received)

11   **BY MS. RAKOCZY:**

12        **Q.**    So at 11:30 p.m. on January 6th, Landon Bentley

13   sends a text to Kellye SoRelle that says, "Landon."  Right?

14        **A.**    Yes.

15        **Q.**    So that she would have his phone number.  Right?

16        **A.**    Yes.

17        **MS. RAKOCZY:**  If we could go to the next slide.

18   **BY MS. RAKOCZY:**

19        **Q.**    At 1:14 a.m., Ms. SoRelle sends a message to

20   Landon Bentley that has got this screenshot of state

21   capitols being under siege in several states.  Do you see

22   that?

23        **A.**    Yes, I see it.

24        **MS. RAKOCZY:**  If we could go to the next slide.

25

1    BY MS. RAKOCZY:

2        **Q.**    Now, at 4:49 a.m, Landon Bentley's phone asks

3    Ms. SoRelle, "How are you doing?"  Is that right?

4        **A.**    Correct.

5        **Q.**    That's you.  Right?  You're sending this message.

6    Correct?

7        **A.**    It's either me or he's sending it for me or he's

8    just checking.  I can't remember, actually.

9        **Q.**    You were using Mr. Bentley's phone in the car.

10    Right?

11        **A.**    Sometimes.  It was almost two years ago but, yeah.

12        **MS. RAKOCZY:**  Let's go to the next message.

13    BY MS. RAKOCZY:

14        **Q.**    Now, at 5:03 a.m.,on Landon Bentley's phone, you

15    or Mr. Bentley send this message.  "Hey, Kellye, this is

16    Landon.  You mentioned wanting to check out nice places to

17    live and buy land in West Virginia.  You should check out

18    Huntington, West Virginia, nice town and right on the border

19    in the tri-state area.  It's only 45 minutes from where I

20    live in Kentucky.  That way you can check out Kentucky too."

21    Correct?

22        **A.**    Yeah, he said that to her.

23        **Q.**    Now, either he or you are sending this message

24    because you're trying to set up a rendezvous point, but you

25    don't want any law enforcement who may be reading these

1    messages to know the location.  Correct?

2        A.    Possibly.  He was being a little bit secret

3    squirrel, yeah.

4            MS. RAKOCZY:  Let's go to the next message.

5    BY MS. RAKOCZY:

6        Q.    You say, "We'd be happy to show you around.  If

7    you can stop by on your way back to Texas, just let me know.

8    Take care."  Correct?

9        A.    Right.  She was very paranoid.

10           MS. RAKOCZY:  Let's go to the next message.

11   BY MS. RAKOCZY:

12       Q.    You or Mr. Bentley go on with this ruse that "the

13   sheriff in my county is patriot too.  Has known my granddad

14   all his life.  That's a plus."  Correct?

15       A.    That's him talking.

16           MS. RAKOCZY:  Go to the next message, please.

17   BY MS. RAKOCZY:

18       Q.    What does Ms. SoRelle respond, "I will head that

19   way."  Right?

20       A.    That's right.

21       Q.    Next message, you or Mr. Bentley say, "Okay,

22   great.  Let me know when you are about an hour out."  Right?

23       A.    Right.

24       Q.    That's at 10:13 a.m. on the 7th.  Correct?

25       A.    Right.

7463

1      **Q.**   If we go to the next message, Kellye SoRelle sends

2    a thumbs up.  Right?

3      **A.**   Yes.

4      **Q.**   In the next message, now here a couple hours

5    later, at 12:30 p.m., Ms. SoRelle sends a message saying,

6    "Emergency."  Right?

7      **A.**   Yes.

8      **Q.**   And the next message, she says, "Need to go to

9    Texas."  Right?

10     **A.**   Yes.

11     **Q.**   Next message, she says.  "Need assistance."

12   Right?

13     **A.**   Right.

14     **Q.**   And the message after that, Landon Bentley's phone

15   says, "Are you still going to see Huntington?"  Right?

16     **A.**   Yes.

17     **Q.**   And that's because you had been planning on

18   meeting up with her in Huntington, West Virginia.  Right?

19     **A.**   Yes, that's right.

20     **Q.**   If you go to the next message you say, "Call now."

21   Right?

22     **A.**   Yes, that's right.

23     **Q.**   The next message you say, "Come here."  Right?

24     **A.**   Right.

25     **Q.**   In the next message she says, "I can't."  Correct?

1      **A.**    Right.

2      **Q.**    In the message after that you say, "Where are you?

3   I will come to you."  Right?

4      **A.**    Yeah.

5      **Q.**    And the message after that she says, "I have to

6   get to Tennessee."  Right?

7      **A.**    That's the meeting I was talking about, yeah.

8      **Q.**    This meeting she was going to?

9      **A.**    Yes, ma'am.

10     **Q.**    Okay.  After that you say, "I have a car for you.

11  Come here now.  Be a good girl and do what I say."

12     **A.**    Yes, that's me talking.

13     **Q.**    In the next message you say, "Or give me a clear

14  time and place in Tennessee to meet you and I'll roll now."

15  Is that right?

16     **A.**    That's right.  Correct.

17     **Q.**    The next message after that there is, like, an

18  audio file.  And then the message after that she says, "I

19  will be in Bristol in two and a half hours."  Right?

20     **A.**    Yes.

21     **Q.**    The next message, you say, "Go there.  Wait there.

22  Text Whip and ask him to go there to, or to Texas to Austin.

23  Tell him he is needed."  Correct?

24     **A.**    That's correct.

25     **Q.**    We know from earlier evidence here that

1    Ms. SoRelle did send such a message to Whip.  Right?

2        **A.**    That's right.  I wanted him to come and resume

3    protecting her.

4        **Q.**    Resume protecting you too.  Right?

5        **A.**    No, I don't need protection.  I am my own body

6    guard.

7        **Q.**    If we could go to the next message, you say,

8    "Bristol is 4.5 hours from me.  I'm coming now.  Text

9    meeting spot."  Right?

10        **A.**    That's correct.

11        **Q.**    The next message you say, "Look for a text."

12    Correct?

13        **A.**    Yes.

14        **Q.**    In the next message, Ms. SoRelle gives the okay

15    emoji.  Correct?

16        **A.**    That's right, yes.

17        **Q.**    In the next message you post a number.  Correct?

18        **A.**    I'm not sure what the number is for, though.

19        **Q.**    That number is because you had Mr. Bentley drive

20    you to a store so you could purchase a burner phone.  Right?

21        **A.**    Oh, okay.  Right.  Right.  Use my own burner

22    phone, not his.

23        **Q.**    You use burner phones in your operations, right,

24    Mr. Rhodes?

25        **A.**    Yes, we use them for hurricane relief, all kind of

1    things, security operations.  We use them many, many times.

2        **Q.**    A burner phone is a phone you buy and then throw

3    away after it's used?

4        **A.**    Temporary phone.

5        **Q.**    So that's the burner phone number and you send it

6    to Ms. SoRelle.  Correct?

7        **A.**    Apparently.

8        **Q.**    And you exchange messages with her on that number,

9    and ultimately wound up finding a way to meet up in Bristol,

10    Tennessee.  Right?

11        **A.**    Yes, we did.

12        **Q.**    Thank you, we can take that down.

13            So at some point on the evening of the 7th or the

14    early morning hours of the 8th, you meet up with Ms. SoRelle

15    in Bristol, Tennessee.  Right?

16        **A.**    Um -- I imagine at some point we met up.  I mean,

17    it's been a long time.

18        **Q.**    Okay.  And so, you were then with her at that

19    point?  You then now leave Mr. Bentley's vehicle and you are

20    with Ms. SoRelle and you are driving with her on the rest of

21    the way back to Texas.  Correct?

22        **A.**    That's correct.

23            **MS. RAKOCZY:**    If we could bring up Government's

24    Exhibit 9061 and go to Page 3.

25

1    BY MS. RAKOCZY:

2        Q.   It's now at January 8th, on the morning of the 8th

3    at around 11:16 a.m., that you have Ms. SoRelle send these

4    messages from her phone.  Right?

5        A.   Yes, but I think she added something that I didn't

6    tell her to add.

7        Q.   Okay.  So the first says, "Allcon from Stewart,"

8    right?

9        A.   Right.

10       Q.   "Stop chatter and listen."  Correct?

11       A.   Yes.

12       Q.   Next message, "This is Stewart."  So you see this

13   message?

14       A.   Yes.

15       Q.   This is you now, you have the phone.  Right?

16       A.   I believe so.  Correct.

17       Q.   And the next message, "From Stewart part II.  Do

18   not chatter about any OK members doing anything at the

19   Capitol.  Stop the chatter.  I told you before that anything

20   you say can and will be used against you.  Apparently that

21   wasn't strongly worded enough for some to get the message."

22   That's what you say.  Right?

23       A.   Yes.

24       Q.   In the next message, "So let me say this like

25   this:  Clam up.  Do not say a damn thing," right?

1      **A.**    That's right.

2      **Q.**    Now, in the next message, a few minutes later,

3  "From Stewart:  We are still in the twilight before open

4  conflict.  In this environment 'law fare' by the black hats

5  is a very real threat.  They will be coming after anyone

6  they can identify as being in the building.  Do not make it

7  easier for them.  Make them do their own work."  Right?

8      **A.**    Yes, I did say that.

9      **Q.**    Next message, "Stewart:  Let me finish this point:

10  Do not chat about Oath Keepers members allegedly doing

11  anything at the Capitol.  Go dark on that.  Do not discuss.

12  That's what I would advise any criminal defense client to

13  anyone at risk of being accused and indicted."  Correct?

14      **A.**    That's correct.

15      **Q.**    Now, the next message, this has got to be you,

16  right?

17      **A.**    Yes, it's definitely me, yeah.

18      **Q.**    "Let me put it in infantry speak.  Shut the fuck

19  up.  Do not discuss who did what.  Go silent.  Comms

20  discipline.  Don't write AARs.  Don't do verbal AARs.  Don't

21  chat with your buddies or your team.  Clam up."  Correct?

22      **A.**    Yes, because they just love to chat, that's a

23  fact.

24      **Q.**    And the next message, "Stewart:  You all need to

25  delete any of your comments regarding who did what.  You are

7469

1    under zero obligation to leave them.  You/we have not yet

2    gotten a preservation order instructing us to retain those

3    chats.  Do delete."  Correct?

4        A.    That is not me.  That was Ms. SoRelle doing that

5    one?

6        Q.    This is at 11:51 and 19 seconds.  Correct?

7        A.    That's what it says.

8        Q.    Go to the previous message, 11:45 and 16 seconds.

9    Correct?

10        A.    So five minutes later?

11        Q.    Okay.  All right.  So let's go to the next

12    message.

13        A.    She got her phone back and started writing as if

14    she was me, but that wasn't me, it was her.

15        Q.    Sir, it's pretty clear from those prior messages

16    where you told Ms. SoRelle to be a good girl and come to you

17    that you have some level of control over her.  Correct?

18        A.    Um, well, we were dating.  Is that what you mean?

19        Q.    Was it a relationship where you had some power

20    that you exercised over her?

21        A.    Do we have to get into kink?  I mean, really.  We

22    enjoy a little bit of kink but...

23        Q.    And she listened to what you said.  Right?

24            MR. LINDER:  Judge, I'm going to object to this

25    line of questioning.

1          **THE COURT:**  I don't think that was the answer she

2     was seeking to elicit.

3          **THE WITNESS:**  Outside the bedroom, she is

4     definitely a type A.  Inside the bedroom, she definitely

5     switches to a sub.

6     **BY MS. RAKOCZY:**

7        **Q.**   She did what you said on the night -- on the early

8     morning hours of January 7th, the night of January 6th, when

9     you told her, "Come to me"?

10       **A.**   No, I had to go to her.  She could be a real pain

11    in the neck sometimes.

12       **Q.**   When you told her, "Listen to me.  Do what I say,

13    be a good girl," she did.  Right?

14       **A.**   Well, we linked up eventually.

15         **MS. RAKOCZY:**  I think we can take that exhibit

16    down now.

17         **THE WITNESS:**  She jumped in and took over, spoke

18    out of turn for me.

19    **BY MS. RAKOCZY:**

20       **Q.**   Okay, Mr. Rhodes.

21         Now, Mr. Rhodes, those messages encouraged people

22    to delete incriminating evidence from their phones.

23    Correct?

24       **A.**   Um, yes, they did --

25         **MR. LINDER:**  Objection.  Calls for speculation.

1          **THE COURT:** I'm sorry. Can you repeat the

2    question?

3    **BY MS. RAKOCZY:**

4       **Q.** Those messages that we were just looking at

5    encouraged people to delete incriminating evidence from

6    their phones. Correct?

7       **A.** Can I see it again?

8          **MR. LINDER:** I renew my objection for speculation,

9    what other people thought they needed to do.

10         **THE COURT:** I think -- I'll overrule the objection

11   to the extent she is asking what he intended that message to

12   convey.

13         **MR. LINDER:** He testified he didn't send that

14   message.

15         **THE COURT:** Okay. Fair enough.

16         **MS. RAKOCZY:** If we could bring up on the screen

17   now Government's Exhibit, again, 60 -- 9601. I think we

18   were at around Page 9 or 10. We can publish this to the

19   jury. It is in evidence. Go to 11. Right.

20         So -- go to the previous message. I'm sorry,

21   Page 10.

22   **BY MS. RAKOCZY:**

23      **Q.** So this message says, "You all need to delete any

24   of your comments regarding who did what."

25          Right?

7472

1          A.    That's what it says.

2          Q.    The next message, it says, "I can't delete them

3     because this is a legacy Signal chat."

4                Correct?

5          A.    Yes.

6          Q.    That is the case.  Right?  This chat that you were

7     using, the administrator couldn't delete all of

8     the messages?

9          A.    No Signal chat -- a legacy chat could be deleted

10    by anybody.

11         Q.    Right.

12         A.    That is why there are so many on my phone.  They

13    are just there forever.

14         Q.    Right.

15         A.    They're like zombies.

16         Q.    I'm sorry.

17         A.    I'm sorry.  They are like zombie chats, yeah.

18         Q.    So if things needed to be deleted, the posters of

19    the messages needed to delete them themselves.  Right?

20         A.    Um -- yes, each individual post could be deleted

21    by the individual poster.  Right.

22         Q.    In numerous chats, the administrator can just,

23    like, delete a whole chat?

24         A.    That's right.  They were set up to be auto-delete

25    or disappearing messages.

1    Q.   So the person who is sending this chat is

2    lamenting that even though normally the administrator can

3    delete the entire chat, that can't be done here.

4         "I can't do that for you here."

5         Right?

6    A.   Like I said, I believe -- this is Ms. SoRelle

7    speaking out of turn for me.

8    Q.   She wasn't the administrator of these chats,

9    was she?

10   A.   No.  She -- that's the problem.  She was speaking

11   for me.

12   Q.   But you were the administrator of the chat.

13   Right?

14   A.   Yes.  Correct.

15   Q.   Okay.  So the administrator is saying, "I can't

16   delete them because this is a legacy Signal chat."

17   A.   She was impersonating me, ma'am.

18   Q.   Okay, Mr. Rhodes.  Sir, you --

19        THE COURT:  Ms. Rakoczy, if you could just avoid

20   the comments.

21        MS. RAKOCZY:  Yes, sir.

22        THE COURT:  Thank you.

23   BY MS. RAKOCZY:

24   Q.   Mr. Rhodes, you went to law school.  Right?

25   A.   Yes, ma'am.

1        **Q.**    You were initially barred to practice law by the

2   State of Montana.  Correct?

3        **A.**    Yes.

4        **Q.**    And you were disbarred by the State of Montana in

5   2015.  Correct?

6             **MR. LINDER:**  I object to the relevance of this.

7   He's never held himself out as a lawyer, as a practicing

8   lawyer in any of this Oath Keepers --

9             **THE COURT:**  Get on the phone, please.

10        (bench conference)

11            **THE COURT:**  Ms. Rakoczy, what is the basis for the

12   disbarment?  I may know the answer to that.

13            **MS. RAKOCZY:**  It's for failure to comply with the

14   disciplinary proceeding.  He wouldn't participate and so

15   they disbarred him.

16            **MR. LINDER:**  Yes.  He was not disbarred for

17   committing any crime or offense.  He missed a filing

18   deadline.  It's one of a grievance.  He didn't respond to

19   the grievance.

20            **MS. RAKOCZY:**  It goes to the question of what

21   authority he does and does not respect, Your Honor.

22            **THE COURT:**  You know, Mr. Rhodes has consistently

23   held himself out to be somebody who tries to assiduously

24   follow the law and follow the orders as they've been

25   provided to him.

1          If this is a situation where he didn't do it, it's

2     fair to impeach him with that.

3          **MR. LINDER:**  Your Honor, he did -- he said he

4     follows the law just like a lot of other citizens follow the

5     law.  He holds himself out as a constitutional expert.  He

6     has never once held himself out as to be either lawyer for

7     the Oath Keepers or giving legal advice per se.

8          **THE COURT:**  No, this is not about that.  That he

9     was disbarred because he failed to comply with an order.

10    Right?

11         **MR. LINDER:**  He didn't respond to a grievance.  It

12    wasn't really an order.  It's a letter which you get from

13    the disciplinary committee saying, Hey, we would like a

14    response.  He just didn't send one in.

15         **MS. RAKOCZY:**  There was also a proceeding that he

16    did not participate in; that he was required to participate

17    in to retain his bar license.

18         **MR. LINDER:**  Disciplinary proceedings are not

19    orders by a court.  They are -- I sat as chairman of a

20    disciplinary committee in Texas.  They are voluntary.  If

21    you don't show up, you get disbarred.

22         **MS. RAKOCZY:**  In the State of Montana, the court

23    actually opens up a proceeding.

24         **THE COURT:**  So was there a court order for him to

25    appear for the disciplinary proceeding?

1           **MR. LINDER:**  I do not believe so.

2           **MS. RAKOCZY:**  We have the documents, Your Honor.

3    I don't recall off the top of my head the answer to that

4    precise question.

5           **THE COURT:**  All right.  Until you get the answer

6    to that -- I mean, look, to the extent that any of this is

7    relevant, it's -- I suppose it's prior bad acts that are

8    inconsistent with his claim of law-abidingness or following

9    the law to the letter or orders to a T.  And if there was an

10   actual order in place, then that may be one issue.  But if

11   it was simply a voluntary process that he could have chosen

12   to be part of or not, then I think that is a different

13   situation.

14          **MR. LINDER:**  Your Honor, they are looking to

15   introduce evidence, extrinsic evidence of prior bad acts

16   anyway, to ask him.  He can answer the question.

17          **THE COURT:**  Well, that's right -- but you objected

18   to the question.  So I'm not suggesting that if he says, No,

19   that he hasn't been disbarred, that they can prove that he

20   has been.

21          But the question is:  Can the question be asked in

22   the first place?  And you objected.

23          And so my question is:  To what is this going to?

24   And the nature of the proceeding matters, it seems to me, in

25   terms of its probative value.

1          **MS. RAKOCZY:**  So you all know, Your Honor, we just

2     brought up on the screen Government's Exhibit 9121, which is

3     the final order of disbarment.  And it discusses the -- that

4     the grievance Committee served grievances.  And then we'll

5     pull up the actual final order, too.

6          **MR. CRISP:**  Hang on.  Can you go back to that

7     previous page?

8          **THE COURT:**  It says here, "The mailings from the

9     Office of Disciplinary Counsel lawfully required that

10    respondent respond to the grievances; however, respondent

11    failed to provide a response to either grievance.

12    Consequently, the Commission issued an order to show cause

13    directing respondent to appear and show" -- I don't know

14    what else it says -- "cause why appropriate discipline or

15    sanctions should not be imposed for his refusal to respond

16    to the demands for a response or to justify his refusal.

17         "Failure to appear at this scheduled time for the

18    hearing was not represented by counsel and did not attempt

19    to contact the Commission to request an extension of time

20    at all."

21         (Brief pause)

22         **THE COURT:**  All right.  I am going to let this in.

23    The Commission says here, "The Commission reason mailed:

24    Although respondent's conduct does not involve conduct that

25    has historically been the basis of disbarment by this

1    Court" -- and this is from, I think, the Supreme Court of

2    Montana.  Right?

3          **MS. RAKOCZY:**  Yes, Your Honor.

4          **THE COURT:**  "Respondent's refusal to cooperate in

5    the disciplinary process constituted a knowing and

6    intentional disregard of his obligation as an attorney,

7    barred to the profession and the public; and, therefore, he

8    should forfeit the privilege of practicing law in Montana

9    and be disbarred.  The Commission also recommended that

10   respondent be assessed with the cost of these proceedings."

11          Look, the bottom line is, Mr. Rhodes has testified

12   in a way that, and a theme of the defense has been that he

13   follows the law; and that he attempts to follow the law when

14   it is imposed.  And the government's response is, He does

15   that when it's convenient to him and it's advantageous to

16   him.

17          This was a situation where he was ordered by a

18   Court to appear and respond, and he refused to do so.

19          **MR. LINDER:**  Okay.  Understood.

20          **THE COURT:**  And just to complete it, and then --

21   you know, there's obviously prejudicial value to it, but I

22   don't think it's substantially outweighed by the probative

23   value of the inquiry.  So I will allow the inquiry.

24          (Open court)

25          **MS. RAKOCZY:**  Thank you, Your Honor.

1    BY MS. RAKOCZY:

2       **Q.**    Mr. Rhodes, the State of Montana disbarred you in

3    2015.  Correct?

4       **A.**    Correct.

5       **Q.**    And that was for failing to participate at all in

6    the disciplinary process.  Right?

7       **A.**    Failing to respond to their mailings.  Correct.

8       **Q.**    Because there had been two grievances filed

9    against you.  Correct?

10      **A.**    Yes.

11      **Q.**    You did not respond to those complaints when the

12   Office of Disciplinary Matters tried to reach out to you.

13   Right?

14      **A.**    That's correct.

15      **Q.**    All right.  And then the Office of Disciplinary

16   Counsel filed their findings of fact in front of the State

17   Supreme Court of Montana.  Right?

18      **A.**    Yes.

19      **Q.**    You had 30 days to respond to that.  Correct?

20      **A.**    Yes.

21      **Q.**    And you didn't acknowledge it at all.  Correct?

22      **A.**    I did not know that it existed.

23      **Q.**    You didn't know it existed?

24      **A.**    No.

25      **Q.**    Sir, that was sent to you by some kind of

1    registered mail.  Right?

2         A.    It was at a PO box.  They sign for you.  I did not

3    know what was happening.

4         Q.    You had received the disciplinary proceedings.

5    Correct?

6         A.    Same thing.  I didn't check mail for a couple

7    months.  I did not know this was happening.

8         Q.    And then the State of Montana disbarred you.

9    Correct?

10         A.    Yeah.  It was at a UPS service and they sign

11    for you.

12         MS. RAKOCZY:  Your Honor, at this point in time,

13    the government would seek to admit into evidence

14    Government's Exhibit 9121, the proceedings that we are

15    talking about.

16         MR. LINDER:  I would like to reserve my former

17    objection, Your Honor.

18         THE COURT:  I will reserve on the question.

19         MS. RAKOCZY:  Thank you, Your Honor.  We can take

20    that down from the screen.  Correct.

21    BY MS. RAKOCZY:

22         Q.    Now, Mr. Rhodes, when you and Ms. SoRelle found

23    each other in Bristol, Tennessee, you then drove to Alabama.

24    Correct?

25         A.    Yes.

1    **Q.**    You met up with Joshua James there.  Right?

2    **A.**    Correct.

3    **Q.**    You told Mr. James that you needed him to come to

4    Texas with you, correct?

5    **A.**    Yes; to protect Kellye SoRelle.

6    **Q.**    That is after you knew that he had participated in

7    the attack on the Capitol.  Right?

8    **A.**    After he told me he had gone inside, he told me he

9    had helped police officers and, like I said, showed me a

10   no-audio, short clip that made it look like he was helping

11   police officers.  So he misled me.

12   **Q.**    And you called Mr. James to come with you to Texas

13   as part of a national call to action.  Correct?

14   **A.**    No.  It was his spin on it.  I called him there,

15   along with Whip, to come and do a PSD for Kelly, the same

16   thing that Whip and Morelock had done.  But Morelock was not

17   available, so I needed to find someone else to go with Whip.

18   **Q.**    You told him to bring all available firearms.

19   Correct?

20   **A.**    No.  That is what he said.  I just told him to

21   bring what he thought he needed to do the work.

22   **Q.**    And for the next 10 days or so, you stocked up to

23   firearms-related equipment.  Correct?

24   **A.**    Yes.  I had gone through the assault weapons ban

25   in the '90s and how the prices skyrocketed.  So I was

1    getting what I could while I could.

2        **Q.**   And isn't it true that one of those stores, an

3    Academy Sports store, you had multiple carts' worth of

4    items?

5        **A.**   Yes.

6        **Q.**   Isn't it true that you had so many items that the

7    store clerks were concerned and asked you what you were

8    up to.

9        **A.**   Um, I'm not sure I recall that.

10       **Q.**   Sir, you continued to send messages to your people

11   in these weeks after January 6th encouraging them to

12   continue to oppose the election results from becoming

13   finalized.  Right?

14       **A.**   To refuse to accept them as legitimate.  Correct.

15       **Q.**   Because to you, Mr. Rhodes, January 6th was just a

16   battle in an ongoing war.  Right?

17       **A.**   That's not correct.

18       **Q.**   From November 2020 through January 2021 you

19   repeatedly stated that "We are finding ourselves in a

20   situation resembling that that the founders found themselves

21   in in 1775."

22            Correct?

23       **A.**   On the eve of conflict, not in conflict.

24       **Q.**   What that does that mean, other than we are about

25   to enter into a war?

1          **A.**    Right.  But in the future, not currently.

2          **Q.**    Okay.

3          **A.**    I mean, they lingered on the eve of conflict for

4     quite a long time.

5          **Q.**    And you wanted to be part of that conflict.

6     Right?

7          **A.**    I hoped to avoid that.  I never had to, ever, take

8     anyone's life in my entire life, fortunately.  I hope I

9     never have to.

10         **Q.**    Because, in your words, we, the people, reserve

11    the right to alter or abolish any form of government?

12         **A.**    That's the Declaration of Independence's words.

13         **Q.**    Those are important -- those were the words

14    that the --

15         **A.**    One of our founding documents.

16         **Q.**    Those were the words that we issued when we began

17    a revolution with England.  Correct?

18         **A.**    That's when we separated.  The fight began

19    April 19th, 1775.

20         **Q.**    Right.  In Lexington.  Correct?

21         **A.**    Over a year later, the actual separation happened.

22         **Q.**    That fight began in Lexington, Massachusetts.

23    Right?

24         **A.**    Correct.

25         **Q.**    And you and the Oath Keepers were prepared to take

7484

1    steps to alter or abolish this government if it didn't

2    comply with what you believed to be constitutionally

3    correct.  Right?

4        **A.**    We were prepared to take steps -- were we prepared

5    to walk the founders' path?  Yes.

6        **Q.**    And --

7        **A.**    Like I said, I hope -- I still hope that conflict

8    can be avoided.  I really do.  When you have a government

9    that steps outside of the constitution, it puts you in a

10   bad place.

11       **Q.**    And that's something that you appointed yourself

12   to take care of.  Right?

13       **A.**    No.  That's not true.

14       **Q.**    You said on direct that you didn't condone what

15   happened on January 6th.  Correct?

16       **A.**    I don't condone the violence that happened.  I

17   don't condone what Josh James did.  I would have kicked him

18   out, if I would have known what he had actually done.  I

19   don't condone any assault on a police officer.  Anyone who

20   did assault a police officer that day should be prosecuted

21   for it.

22       **Q.**    That's not what you said on the recording with

23   Jason Alpers, is it?

24       **A.**    I can't recall what I said.

25           **MS. RAKOCZY:**  If we could bring up what is already

1    in evidence as Government's Exhibit 1202.5.  1202.5, please.

2            Thank you.  If we could go to the second-to-last

3    slide, please.  Slide 3, please.  If we could play.

4        (Video played)

5            **MS. RAKOCZY:**  Can we pause.

6        (Video continued playing)

7    **BY MS. RAKOCZY:**

8        **Q.**    So Mr. Alpers said he didn't condone the actions

9    of the Capitol.  Right?

10       **A.**    Yeah.

11       **Q.**    But you said, "But it showed the people that we

12   got a spirit of resistance."

13            Right?

14       **A.**    I said, "maybe."

15       **Q.**    You said your only regret was that they should

16   have brought rifles.  Right?

17       **A.**    Yeah, I did say that.

18           **MS. RAKOCZY:**  If we could go to the next slide and

19   play that, please.

20       (Video played)

21   **BY MS. RAKOCZY:**

22       **Q.**    And that's what you said four days after the

23   attack on the Capitol.  Right?

24       **A.**    Yeah, after a couple drinks and I was pissed off.

25   Yeah.

1        **MS. RAKOCZY:**  I have no further questions.

2        Thank you, sir.

3        **THE COURT:**  Okay.  Mr. Linder?

4            **REDIRECT OF ELMER STEWART RHODES III**

5   **BY MR. LINDER:**

6        **Q.**   Mr. Rhodes, did you ever represent Oath Keepers as

7   a lawyer?

8        **A.**   No.

9        **Q.**   Okay.  Did you ever bill Oath Keepers as a lawyer?

10       **A.**   No.

11       **Q.**   Did you ever file any documents or lawsuits on

12  behalf of Oath Keepers as a lawyer?

13       **A.**   No.

14       **Q.**   In fact, when you got into the dispute with the

15  sheriff in Missouri in 2015, did you represent Oath Keepers

16  as a lawyer?

17       **A.**   No.  I hired two lawyers from Missouri.

18       **Q.**   Anytime you've needed a lawyer to do something for

19  Oath Keepers, you've hired a licensed lawyer in whatever

20  state that needed to be.  Correct?

21       **A.**   Right.  Or I got some pro bono from our members or

22  from Ms. SoRelle.

23       **Q.**   You have attorneys?

24       **A.**   Okay.

25       **Q.**   I want to go back.  Ms. Rakoczy started, kind of,

1    back at the Bundy Ranch, back at the beginning of her cross.

2    This is a time you met FBI Special Agent Seyler; is that

3    correct?

4        **A.**    After Bundy Ranch, he asked for a sit-down to

5    discuss -- he wanted to know what would happen, what I

6    thought would happen if the FBI began to arrest people,

7    anybody who had been at Bundy Ranch.

8        **Q.**    Okay.  Did you talk to him about tactics they did

9    right and things they may have done wrong?

10       **A.**    Yes.  I let them know that we were there to defend

11   the family only.  And I did not agree with them seizing the

12   cattle, and we did not take part in that.

13       **Q.**    Okay.  Ms. Rakoczy also brought up Berkeley in

14   saying you guys tried to provoke violence; is that correct?

15       **A.**    I believe that is what she said.

16       **Q.**    Right.  Did you guys try to provoke violence --

17       **A.**    No, not at all.  We were trying to prevent a

18   repeat of what we had seen before, which was the police

19   standing down and allowing pretty catastrophic violence.

20       **Q.**    So there were -- there were, I guess, assaults on

21   speakers at Berkeley before you guys ever went?

22       **A.**    We watched a livestream from the March rally that

23   was done, early March, right after Trump was inaugurated,

24   and watched people being beaten with poles and bike locks

25   and things like that.  Right.

1    **Q.**    So you guys then attended two Berkeley speaking

2    events after that?

3    **A.**    We were the security for those two events; that's

4    correct.

5    **Q.**    Okay.  And did those events go off kind of like

6    the video we saw from Kentucky where you guys are standing

7    around and there's --

8    **A.**    Not even that dramatic.  It was -- Antifa was,

9    like, 20 feet away, yelling, burning American flags, which

10    upset a lot of us veterans.

11    **Q.**    Right.

12    **A.**    But we didn't try to stop them.

13    **Q.**    Okay.

14    **A.**    So --

15    **Q.**    So from 2009 to current, up until J6, J5/6, you

16    had mentioned that Oath Keepers had never been cited for any

17    kind of violent attack on anybody and had never used to use

18    force in any one of these events.

19    **A.**    Never have, yeah.

20    **Q.**    How many events have you worked in 12, 13 years?

21    **A.**    Probably -- altogether?

22    **Q.**    Yeah.

23    **A.**    Myself personally, hundreds.

24    **Q.**    Hundreds.

25    **A.**    The organization, thousands.

1      **Q.**   Okay.

2      **A.**   I had forgotten about the incident with

3  Doug Smith.  He did improperly point his weapon at the

4  gentleman in the car.  I had forgotten about that.  But

5  there was no -- he did not discharge it, thankfully, and

6  there was no other further follow-up on that.  That was the

7  only incident that I can say an Oath Keeper did something

8  improper with his weapon on an operation.

9      **Q.**   Okay.

10     **A.**   And I just totally forgot about it.

11     **Q.**   I got Government's Exhibit 9115 pulled up on the

12 screen here.  Ms. Rakoczy went over this with you earlier.

13 This is where you refer to cracking heads.  Correct?

14     **A.**   I was talking to someone else.  Yeah.  The

15 Colorado chat.  I believe I was talking to one of the guys

16 that worked with Tig Tiegen and his group.

17     **Q.**   Okay.  And what were --

18     **A.**   They were being -- that is the their language they

19 were kind of using, like, Hey, we are going to go out there

20 and crack heads.

21     **Q.**   You are not using this as a cover, like, Hey,

22 don't put that in a text, are you?

23     **A.**   No.  I'm saying, Look, man, everybody gets

24 hotheaded and they say things they shouldn't say.  I said,

25 If you are going to go out there and announce it to the

1    public that you are going to crack heads, you are done for a

2    self-defense claim.

3        **Q.**   And down there at the bottom, you referred to,

4    "You always got to have a righteous mission."

5        **A.**   Right.  In reality.  Not just say you have one,

6    but always have one, too.

7        **Q.**   What is a righteous mission?

8        **A.**   Lawful.

9        **Q.**   Protecting one's property?

10       **A.**   Defensive.

11       **Q.**   Okay.

12       **A.**   Not being aggressive.

13       **Q.**   Is that what the Oath Keepers did consistently for

14   13 years?

15       **A.**   Yes.

16       **Q.**   Thank you.

17       **A.**   Yeah.

18       **Q.**   The Louisville, Kentucky video that was shown

19   earlier, you all are protecting a gas station; is that

20   correct?

21       **A.**   And two pawn shops.  One right there and then,

22   like I said, a business with a residence above it, too.

23       **Q.**   Ms. Rakoczy tried to illustrate that you guys

24   looked like you were protecting your cars, but were there

25   other people over at the gas station protecting the gas

7491

1  station, too?

2       A.    No.  We were all getting ready to go across the

3  street to do the operation at the gas station and then also

4  to a pawn shop.  The hotel was catty-corner to the pawn

5  shop, and the gas station, all in the same, right there at

6  the intersection.

7       Q.    Were you all able to protect them?

8       A.    Oh, yes.  We were very successful.

9       Q.    No other property damage or anything like that

10  while on your watch?

11       A.    None whatsoever for that one.  It was a really

12  good outcome.

13       Q.    We see you cracking heads out there in that video?

14       A.    I see us just talking calmly to people that are

15  yelling at us, guns in their waistbands.

16       Q.    Right.  You all were getting verbally abused?

17       A.    Yeah.

18       Q.    Accosted, rather.

19       A.    Yeah.

20       Q.    You all remained calm, kept the peace, and

21  protected the property?

22       A.    And after we explained to them that we actually

23  agreed with them about Breonna Taylor's shooting being a

24  crime, they understood that we weren't there to

25  counterprotest them.  We weren't there to try to stop them

1    from protesting.  We didn't have a dog in that fight.  We

2    were there just to protect the properties and life.

3        **Q.**    Okay.  And Ms. Rakoczy brought up an incident in

4    Dade County, Florida, where some volunteers were arrested

5    for violating curfew?

6        **A.**    They stayed out after curfew, contrary to what we

7    told them to do.  We said, Do not stay out after curfew.

8    Make sure you're back here.  This people went ahead and kept

9    these people out after curfew.

10       **Q.**    Were these actual Oath Keepers, or were these just

11   people that were volunteering to be there?

12       **A.**    They were just volunteers.  I think they had one

13   of our members with them, who was a retired police officer.

14   He was not happy about being arrested for that.

15       **Q.**    Okay.

16       **A.**    Because he was an actual cop.

17       **Q.**    All right.  Ms. Rhodes --

18       **A.**    The charges were later dropped.  All of the

19   charges were dropped.

20       **Q.**    Okay.  Ms. Rakoczy also brought up a receipt from

21   a store where you bought a couple canes with a steel top on

22   them.

23       **A.**    Yes.  I wanted to correct the record on that,

24   actually.

25       **Q.**    Okay.

1    **A.**    If you don't mind bringing up the description.

2    **Q.**    Of the receipt?

3    **A.**    Oh, both, actually.  The receipt and the

4    description.

5    **Q.**    You want the receipt --

6    **A.**    Let's do that first, sure, if you want to.

7    **Q.**    Do you see that receipt in front of you?

8    **A.**    I'm looking at it right now.

9    **Q.**    Are you able to read it?

10   **A.**    Can you scroll down.

11        I'm trying to find the items.

12   **Q.**    I think the item was at the top.

13   **A.**    There we go, yeah.

14        Quantity sold, Cold Steel heavy-duty cane, one.

15        Below that, Cold Steel pistol-grip city

16   stick, one.

17   **Q.**    Right.

18   **A.**    So the quantity sold was actually one of each.

19   **Q.**    Okay.  So were you going to overthrow the

20   government with two canes?

21   **A.**    No, sir.  Like I said, that's why I wanted to

22   correct it.  I believe the one stick, the first one, cost

23   33.99.  And the second one -- or walking stick -- was 59.99

24   and quantity sold was one.  I also bought one Trijicon MRA

25   and one Crimson Trace tac light and one Cold Steel Best Pal

1    and, I believe, another Cold Steel Best Pal, so that added

2    up to two.  So the quantities are the center line.  I have

3    no idea what the far-right numbers are supposed to

4    represent.

5        **Q.**    And what were these purchased for?

6        **A.**    They were purchased to have for us to have in

7    prohibited environments.  Personally, the why -- I would

8    carry a C-cell flashlight in my backpack.  Every

9    jurisdiction has different rules.  But unless they preclude

10   you from carrying -- at Berkeley, we couldn't carry

11   anything.  They passed a special ordinance right before.  I

12   had bought riot shields for my guys to use because Antifa

13   comes in with poles and whatnot.

14       **Q.**    Yeah.

15       **A.**    They passed special orders we couldn't have

16   anything in the park.  So in that situation all we had was

17   unarmed police and us unarmed veterans.  And all we were

18   allowed to have was protective gear like body armor, helmet,

19   and gloves.

20       **Q.**    Okay.

21       **A.**    I was upset.  I told the sergeant in charge, All

22   we have is lethal force or empty hands.  No intermediate.

23   No pepper spray, no batons, nothing intermediate or less

24   than lethal.

25       **Q.**    Okay.

1      **A.**   It was just the way it was.

2      **Q.**   Was the op in Louisville a practice run for

3   attacking the Capitol?

4      **A.**   Absolutely not.

5      **Q.**   And the intoxicated guy that followed you all that

6   Ms. Rakoczy talked about and you confronted, was that in

7   Louisville also?

8      **A.**   Yes.  We didn't confront him.  He had followed --

9   we didn't want him coming to -- this was what happened after

10  the parking lot incident.  I said, Look, Whip, it's not a

11  good idea to have the objective rally point where we get

12  ready to go for an operation right across the street from

13  the objective.  That's a mistake.

14         We need to be -- I just let him -- I was trying

15  not to micromanage him.  Let's just correct that.  Let's go

16  find a place outside of, like, the bubble of operation where

17  guys can get ready and do all the stuff they are going to

18  do.  We will drive in and drop them off.  That's what

19  we did.

20         Then this guy followed our guys back to that other

21  location, and they were just down the street.  I said, Don't

22  come here.  We don't want him to get out where we actually

23  are getting our gear up and everything.  Take him over to a

24  park down the street.

25         That's what they did.  They just pulled in and

1    turned around, and he just stopped dead in the middle of the

2    road looking at them.

3              Then we drove up, and I had Whip and Todd go talk

4    to him.  He was totally free to go the entire time.  He was

5    standing there videotaping everybody and doing his

6    own audio.

7        Q.   Was he a member of Congress, by chance?

8        A.   No.

9        Q.   Okay.  I didn't think so.

10             He was just following you guys around videoing,

11   and you wanted to see what was up?

12       A.   Right.  Local podcaster.

13       Q.   Was he assaulted?

14       A.   No.

15       Q.   Okay.  Okay.

16       A.   Well, Doug pointed his weapon at him, which was

17   not right.

18       Q.   Okay.

19       A.   I don't think he saw that, thankfully.

20       Q.   Again, you apologized to the jury that you had

21   forgotten that one incident?

22       A.   Yes, I do apologize.  I had forgotten about that.

23       Q.   Now, have you or any members of the Oath Keepers

24   ever been charged, aside from this conspiracy, with any

25   offenses out of Bundy Ranch, Ferguson, D.C. 1 and 2, Atlanta

1    "Stop the Steal," or anything like that?

2         A.    There was one gentleman at Bundy Ranch who joined

3    the Oath Keepers while he was driving to Bundy Ranch that

4    was later charged.  He had been doing his own side chat with

5    Bundy, making his own plans.

6         Q.    That had nothing to do with you?

7         A.    Nothing at all; that's right.

8         Q.    Okay.  Ms. Rakoczy also mentioned that a lot of

9    these people or these people in these cities didn't want you

10   around; is that correct?

11        A.    That's what she said.

12        Q.    That's what she said.

13        A.    Right.

14        Q.    Isn't it true that a lot of these people, these

15   business owners, called and invited you to come there?

16        A.    The business owners wanted us to be there.

17   Because of the media twist on things, like in Ferguson, at

18   first we had Black Lives Matter run by and chanting, you

19   know, "KKK."  One of our Filipino Army veterans pulled his

20   mask down and said, "I didn't know the KKK was expanding

21   their membership opportunities."

22             And then they realized we're not a bunch of Nazis,

23   and then they kind of chilled out.  Once they talked to our

24   guys, realized we had minorities with us, they chilled out.

25        Q.    In fact, when you were in Houston, did you get

1    your picture taken with the Mayor in Houston?

2         **A.**    Yes.

3         **Q.**    What event was that?

4         **A.**    That was Hurricane Harvey.  The Mayor of Houston

5    came to visit.  We were guarding a massive warehouse that

6    was being used as a hub for disaster relief.  Volunteer

7    truckers were bringing in food.

8         **Q.**    Okay.

9              **MR. LINDER:**  Can we pull up Stewart Rhodes

10   Exhibit SR-15.

11             **THE WITNESS:**  That is me and the Houston Mayor.

12   **BY MR. LINDER:**

13        **Q.**    That's the Mayor of Houston.  When was this?

14        **A.**    That is 2017.

15        **Q.**    Okay.  Is that a fair and accurate depiction of

16   what's going on there, you with the Mayor?

17        **A.**    Yes, that's the warehouse that was being used.  We

18   were asked by -- the warehouse owner reached out to us

19   online and asked us to come in and protect his warehouse.

20             **MR. LINDER:**  Okay.  I'd like to offer SR-15 into

21   evidence at this time.

22             **MS. RAKOCZY:**  No objection.

23             **THE COURT:**  Slide 15 may be admitted and

24   published.

25             **THE WITNESS:**  There is one where he's hugging me,

7499

1    too.  I don't know if that's in here.

2    **BY MR. LINDER:**

3        **Q.**    It looks like a very friendly meeting.

4        **A.**    It was.  Yeah, yeah.

5        (S. Rhodes' Exhibit SR-15 was received)

6        **THE WITNESS:**  We were going out also from there

7    and escorting relief teams, going out into neighborhoods

8    where the Red Cross was afraid to go.

9    **BY MR. LINDER:**

10       **Q.**    Ms. Rakoczy brought up the fact that there

11   appeared to be some communication or lack of communication

12   with the North Carolina group of Oath Keepers on

13   January 6th.  True?

14       **A.**    I'm sorry?

15       **Q.**    She brought up some problems with the

16   communication between you and the North Carolina

17   Oath Keepers on January 6th.

18       **A.**    Right.  I knew that Doug -- behind my back -- was

19   already declaring to the declaring to the rest of

20   North Carolina that they were not going to be doing anything

21   with national in D.C.

22       **Q.**    All right.  In fact, isn't it true that on

23   January 1st, you had a GoToMeeting for people who were going

24   to be going to D.C. for January 5/6?

25       **A.**    I believe Don Siekerman had that.

1      Q.   Okay.  Because he was your lead.  That's correct.

2      A.   I don't think I was on that one.

3      Q.   Were you aware that North Carolina did not

4  participate in that GoToMeeting?

5      A.   I'm not surprised.

6           MR. LINDER:  One minute, Your Honor.

7  BY MR. LINDER:

8      Q.   Now, post-election all the way up to January 6th,

9  it's true that you had a lot of language and Signal chats

10  and all of these kinds of things about wanting Trump to

11  invoke the Insurrection Act.

12     A.   Yes.  I was a one-track 8-track tape on that one.

13     Q.   In your mind, it's your belief that he could

14  legally do that, and you were just asking him to do that?

15     A.   Right.  I didn't see what else he could do.

16     Q.   Okay.  And it's your belief you weren't asking him

17  to do anything illegal?

18     A.   No.

19     Q.   Okay.  Now, there's also several chats saying, We

20  are going to have to fight our way out.  We will have to use

21  our guns.  If he fails to act, we are going to have to

22  do it.

23           Did Trump fail to invoke the Insurrection Act?

24     A.   He did.

25     Q.   Have you had to fight your way out of

7501

1    anything yet?

2        **A.**    Not yet.

3        **Q.**    Have you declared your independence or defied any

4    government orders?

5        **A.**    Not yet.  The flag hasn't done anything like quite

6    that.

7        **Q.**    So all of these things that you are talking about,

8    it's bombastic language; would you agree?

9        **A.**    Yeah, it is.  Like I said, I wear my heart on my

10   sleeve.  That's just the way I am.

11       **Q.**    If a college football coach is trying to get his

12   players excited and says, Let's go kill the other team, does

13   he mean he is going too kill the other team?

14       **A.**    No, of course not.

15       **Q.**    So there is bombastic language.  Would you say it

16   is protected free speech on some level?

17           **MS. RAKOCZY:**  Objection.

18           **THE COURT:**  Sustained as phrased.

19   **BY MR. LINDER:**

20       **Q.**    Did you feel the speech you were using was not

21   against the law?

22       **A.**    Absolute--

23           **MS. RAKOCZY:**  Objection.

24           **THE COURT:**  That's sustained as well.

25           **MR. LINDER:**  Sir?

1          **THE COURT:**  That's sustained as well.

2  BY MR. LINDER:

3     **Q.**  Did you believe, in your mind, that you weren't

4  asking Trump to do anything he couldn't legally do?

5     **A.**  Yeah.  My state of mind was that everything I was

6  advocating was lawful activity that President Trump could

7  carry out.  The same goes for everything I was encouraging

8  everybody else to do.  My state of mind was that that was

9  also lawful and did not cross the line.

10     **Q.**  Okay.  Now, on January 6th when you are walking

11  around the Capitol, Ms. Rakoczy indicated that there were

12  some texts you either weren't responding to or there was a

13  phone call that you may have had.  Again, was it very

14  difficult to connect with anybody that day?

15     **A.**  Yeah, especially with Kelly Meggs' phone.  That's

16  why I had to be the intermediary between Jeff Morelock to

17  get the message to Kelly about where to go.  But then he

18  didn't respond to it.  I posted it in the chat.  I hope you

19  can see it there.  And he still didn't respond.

20          And Morelock had to physically go find him on the

21  ground to bring him in, to give him the VIP passes, to get

22  his people into the event.  So there was a complete failure

23  of communication.

24     **Q.**  Okay.  And do you remember on the government's

25  case where, I believe it was one of the experts testified

1    that Kelly Meggs didn't even receive some texts sent by you

2    for over six hours?

3        **A.**    That's correct.

4            **MS. RAKOCZY:**  Objection.  Misstates the evidence.

5            **THE COURT:**  Can you restate the question again.

6    **BY MR. LINDER:**

7        **Q.**    Did you become aware, based on, I think, the

8    government's expert, that you had sent Kelly Meggs some text

9    messages that he didn't get for quite some time.

10           **MS. RAKOCZY:**  Objection; misstates the evidence.

11           **THE COURT:**  I'll sustain the objection just

12   because he can't comment on it.  The jury's recollection

13   will control as to what the evidence was.

14           **MR. LINDER:**  Okay.

15   **BY MR. LINDER:**

16       **Q.**    But you were aware there were a lot of

17   communication issues out there that day?

18       **A.**    Yes, absolutely, which is why I was typically

19   worried I wasn't able to reach Kelly.  That's why I was

20   concerned about where him and his team were.

21       **Q.**    Okay.

22           **THE COURT:**  Mr. Linder, sorry to interrupt you.

23   Can I ask you to get on the phone?

24           (Bench conference)

25           **THE COURT:**  I'd like to figure out scheduling here

1    in terms of what your thinking is in terms of redirect left.

2    It's 5 of 5 now.

3              **MR. LINDER:**  Five minutes, Your Honor.

4              **THE COURT:**  Okay.  So you think you'll be able to

5    finish up in five.  Okay.  All right.  Terrific.  Thank you.

6              (Open court)

7    **BY MR. LINDER:**

8        **Q.**    When you were out there on the 6th at 1:45, 2:30,

9    whatever it is, and you are observing the people going --

10   breaching the Capitol grounds and going up to the Capitol,

11   you were reporting on that.  Correct?

12       **A.**    When I was standing on what I know now to be the

13   West Top Terrace?

14       **Q.**    Yes.

15       **A.**    When I saw them pounding on the doors?

16       **Q.**    Yes.

17       **A.**    Yes.

18       **Q.**    Okay.  You are reporting about what's going on as

19   an observer, are you not?

20       **A.**    Right.  I'm commonly known as a third-party

21   observer, while I'm trying to hook up with Whip.

22       **Q.**    Okay.  It would be similar to watching a house

23   fire, standing outside going, Here is what's going on?

24       **A.**    Right.

25       **Q.**    Okay.  You weren't commanding anybody to go in?

1      **A.**   No.

2      **Q.**   Didn't order anybody to go in?

3      **A.**   No.

4      **Q.**   Had no plan to go in?

5      **A.**   No.

6      **Q.**   Were you aware of any Oath Keepers that went in?

7      **A.**   No.  Not until --

8      **Q.**   Not until later?

9      **A.**   Right.

10     **Q.**   Okay.  Ms. Rakoczy also tried to make it a big

11 deal where you didn't tell the Oath Keepers to run away when

12 you are texting people:  Go away.  Go away.

13          You didn't do that.  Right?

14     **A.**   Well -- correct.  Yeah.

15     **Q.**   You wanted them to come to you?

16     **A.**   I wanted them to come to me.  I was trying to get

17 people who were already tasked with taking speakers to the

18 Capitol to make sure they came straight to me.  That's

19 right.

20     **Q.**   So you wanted them to come to you so that you

21 could then take them and leave?

22     **A.**   I wanted to make sure that they did not get

23 wrapped up in what I saw happening on the outside before I

24 realized anyone had gone in.  I didn't want them to get

25 wrapped up in the crowd that was banging on the windows on

 1    the top tier of the west side in particular, right.

 2        **Q.**   Once you got them all together, did you, in

 3    fact, leave?

 4        **A.**   Yes.  Once we got them all together.  Right.

 5        **Q.**   And when Mr. Dolan or someone told you that they

 6    had gone in, did you, in fact, say, That was that stupid?

 7        **A.**   I did.

 8            **MR. LINDER:**  All right.  No further questions.

 9            **THE COURT:**  All right.  Thank you.  All right.

10    Mr. Rhodes, you may step down, sir.

11            **THE WITNESS:**  All right.

12            **THE COURT:**  All right.  Ladies and gentlemen, we

13    have come to the end of our day.  Thank you very much for

14    your time and attention.  We will resume tomorrow at 9:30.

15            Just the usual reminders to please avoid any media

16    coverage.  Please do not discuss the case and no independent

17    research.  We look forward to seeing you in the morning.

18            Thank you, everyone.

19        (Jury exited the courtroom)

20            **THE COURT:**  Okay.  All right.  Have a seat,

21    everybody, please.

22            Mr. Linder, just in terms of scheduling, your

23    expectation of your case continued-- Mr. Bright?

24            **MR. BRIGHT:**  Your Honor, I literally was just

25    talking to Mr. Nestler about the next three-witness lineup

1    we have; that I think will carry us through, possibly, the

2    entirety of tomorrow.  I think some of that would be subject

3    to the extent to which the government chooses to

4    cross-examine and how long they would choose to.

5            We've got a couple of people that were part of the

6    original list I had gone over with them on Friday that may

7    not be coming any further.

8            So I've tried to provide the government with the

9    next three for tomorrow as well as one more carryover, if

10   you will.  Depending on how long some of these take, at this

11   point, I think we could anticipate the case-in-chief for

12   Mr. Rhodes finishing Wednesday afternoon.

13           **THE COURT:**  Wednesday afternoon.

14           **MR. BRIGHT:**  Today is Monday.  Right?  I'm sorry.

15   My days are blurring together.

16           **THE COURT:**  Just to be clear, you have three

17   witnesses for tomorrow?

18           **MR. BRIGHT:**  Yes, and then two more that would

19   carry -- that would be -- again, depending on scheduling --

20   and I am doing my best to pinpoint for the Court.

21           **THE COURT:**  I understand.

22           **MR. BRIGHT:**  I would anticipate we -- we've got

23   two shorter ones to start the day tomorrow, one that's more

24   substantial that I think you would agree could take a while

25   for you all?

1              **MR. NESTLER:**  Maybe not.

2              **MR. BRIGHT:**  Maybe not.  Okay.  Again, I'm trying

3     my best.  But if they did not take very long on our third

4     witness tomorrow, depending on my direct, we would naturally

5     be going with one more that --

6              **THE COURT:**  So bottom line, Mr. Bright, is that

7     you have four, potentially -- you have --

8              **MR. BRIGHT:**  We have five more total.

9              **THE COURT:**  You have four ready to go tomorrow, it

10    sounds like?

11             **MR. BRIGHT:**  Yes, Your Honor.

12             **THE COURT:**  And your fifth is not available

13    tomorrow?

14             **MR. BRIGHT:**  I'm sorry, sir?

15             **THE COURT:**  Your fifth is not available tomorrow?

16             **MR. BRIGHT:**  Our fifth would not be available

17    tomorrow, no, sir.  I'm not prepared to direct him yet

18    either.

19             **THE COURT:**  Who would be going next?

20             Mr. Woodward, if we run out -- if we get through

21    those four tomorrow, are you prepared to have somebody

22    available tomorrow?

23             **MR. BRIGHT:**  On Wednesday, you mean, Your Honor?

24             **THE COURT:**  Mr. Woodward, Mr. Meggs.

25             **MR. WOODWARD:**  No, Your Honor, not tomorrow.

1    **MR. BRIGHT:**  I have five more.  I might squeeze

2    four in tomorrow.  Might.  And then we would still have one

3    more to do on Wednesday, Your Honor .

4            **THE COURT:**  I got all of that.

5            **MR. BRIGHT:**  I'm sorry, Your Honor.

6            **THE COURT:**  I am anticipating that we may have

7    time left over tomorrow, but maybe I'm wrong about that.

8            **MR. LINDER:**  If we finish our four, we can put on

9    the fifth --

10            **MR. BRIGHT:**  I cannot get to the fifth tomorrow.

11    Is that clear?

12            **MR. LINDER:**  Just asking.

13            **MR. WOODWARD:**  CJ family --

14            **THE COURT:**  We've got a wonderful mediation

15    program.

16            [Laughter]

17            **MR. BRIGHT:**  We've been living together seven

18    weeks, Judge, and we haven't had a fight yet.

19            **MR. LINDER:**  We are trying to figure who is Oscar

20    and who is Felix.

21            **THE COURT:**  I just hope he keeps a clean side of

22    his room.

23            So that's where we are.  Hopefully we will be able

24    to use most of the day tomorrow.

25            **MR. BRIGHT:**  We will be able to use all of the day

1    tomorrow.

2              **THE COURT:**  Okay.  All right.  Great.

3              All right.  Anything else we need to take up?  I

4    do want to talk to you, Mr. Bright, ex parte about your

5    notes.

6              **MR. BRIGHT:**  Absolutely.

7              **THE COURT:**  So I can just ask some questions.

8              **MR. BRIGHT:**  Of course.

9              **THE COURT:**  All right.  Anything?

10             **MR. NESTLER:**  That's fine.  I appreciate

11   Mr. Bright has told us the next five witnesses for the

12   defense and the order.  We certainly appreciate that.

13             We have not heard from counsel for Mr. Meggs or

14   from Mr. Harrelson about who they expect to call.

15   Mr. Caldwell has, I believe, 13 potential witnesses.  He has

16   gone down a few from there.

17             That's where we are.  We are also trying to get

18   this moving.  So we want to know who the witnesses are going

19   to be.  We can address that and move it forward.

20             **THE COURT:**  Just a reminder that we -- Friday is a

21   federal holiday.  So unless everybody would like to come in

22   on Friday, I suspect we won't be --

23             **MR. BRIGHT:**  I already have a flight booked,

24   Your Honor.  I can't do that.

25             **MR. LINDER:**  I can be here.  I don't go home.  I

1    stay here.

2            **THE COURT:**  I'm not going to tell your wife that.

3    Thanks, everybody.  We will see you all in the morning.

4        (Sealed bench conference)





1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16          (Sealed bench conference concluded)

17          (Proceedings concluded at 5:12 p.m.)

18

19

20

21

22

23

24

25

7514

1                    **C E R T I F I C A T E**

2

3          I, **Lorraine T. Herman, Official Court Reporter,**

4    certify that the foregoing is a true and correct transcript

5    of the record of proceedings in the above-entitled matter.

6

7

8

9

10    ___November 7, 2022___        __/s/_____
                 **DATE**                    **Lorraine T. Herman**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**BY MR. LINDER: [10]**
7486/5 7498/12 7499/2
7499/9 7500/7 7501/19
7502/2 7503/6 7503/15
7504/7
**BY MS. RAKOCZY:**
**[89]** 7359/21 7367/15
7369/24 7370/11
7371/1 7372/4 7372/25
7374/7 7375/15 7376/3
7376/8 7377/2 7383/14
7384/21 7385/10
7387/23 7389/18
7391/22 7393/7
7393/21 7396/4 7397/1
7398/15 7399/4
7401/11 7403/4
7403/25 7404/12
7407/5 7407/20
7410/17 7412/17
7414/5 7415/8 7415/21
7416/14 7419/4 7420/5
7422/5 7422/19 7423/6
7424/10 7426/16
7430/3 7430/7 7430/16
7435/10 7435/17
7436/6 7439/12
7439/22 7440/8
7440/20 7441/1 7441/6
7442/3 7442/21 7443/4
7444/9 7445/6 7445/12
7446/3 7447/18
7448/10 7448/14
7449/11 7449/20
7450/13 7450/24
7451/4 7452/7 7459/21
7460/11 7460/18
7460/25 7461/13
7462/5 7462/11
7462/17 7466/25
7470/6 7470/19 7471/3
7471/22 7473/23
7479/1 7480/21 7485/7
7485/21
**DEPUTY CLERK: [1]**
7425/16
**MR. BRIGHT: [30]**
7506/24 7507/14
7507/18 7507/22
7508/2 7508/8 7508/11
7508/14 7508/16
7508/23 7509/1 7509/5
7509/10 7509/17

7509/25 7510/6 7510/8
7510/23 7511/8
7511/12 7511/16
7511/21 7511/24
7512/8 7512/13
7512/18 7512/22
7513/6 7513/9 7513/13
**MR. CRISP: [3]** 7365/5
7391/17 7477/6
**MR. GEYER: [1]**
7365/15
**MR. LINDER: [37]**
7363/24 7364/18
7365/1 7366/3 7366/5
7399/23 7400/12
7400/21 7423/1
7430/13 7436/1 7448/7
7460/6 7469/24
7470/25 7471/8
7471/13 7474/6
7474/16 7475/3
7475/11 7475/18
7476/1 7476/14
7478/19 7480/16
7498/9 7498/20 7500/6
7501/25 7503/14
7504/3 7506/8 7509/8
7509/12 7509/19
7510/25
**MR. NESTLER: [3]**
7363/17 7508/1
7510/10
**MR. WOODWARD: [2]**
7508/25 7509/13
**MS. RAKOCZY: [126]**
7359/1 7363/21
7364/5 7364/11
7365/24 7366/17
7366/24 7367/5
7367/13 7369/22
7370/9 7370/25
7371/23 7372/24
7374/6 7375/13 7376/1
7376/5 7376/25 7383/9
7384/18 7385/5
7387/20 7389/15
7393/4 7393/20 7396/2
7396/24 7398/14
7398/25 7399/3
7399/15 7400/2 7400/7
7400/16 7401/2 7401/5
7401/7 7403/1 7403/19
7404/10 7406/25
7407/3 7407/18

7410/15 7414/2 7415/4
7415/16 7415/20
7416/6 7419/3 7420/1
7420/3 7422/3 7422/17
7422/23 7423/4 7424/8
7425/13 7426/5 7426/9
7426/15 7429/22
7430/2 7430/5 7430/11
7435/9 7435/14 7436/3
7439/9 7439/21 7440/6
7440/18 7440/23
7440/25 7441/5
7441/22 7442/17
7442/20 7443/2 7444/6
7445/4 7445/11 7446/1
7447/16 7448/5
7448/13 7449/5 7449/8
7449/18 7450/10
7450/21 7451/3 7452/6
7459/18 7460/3 7460/8
7460/17 7460/24
7461/12 7462/4
7462/10 7462/16
7466/23 7470/15
7471/16 7473/21
7474/13 7474/20
7475/15 7475/22
7476/2 7477/1 7478/3
7478/25 7480/12
7480/19 7484/25
7485/5 7485/18 7486/1
7498/22 7501/17
7501/23 7503/4
7503/10
**THE COURT: [94]**
7359/2 7359/4 7359/11
7359/13 7363/18
7363/20 7364/2 7364/8
7364/14 7364/20
7365/12 7366/4
7366/12 7366/19
7366/25 7367/11
7391/18 7399/20
7400/1 7400/5 7400/23
7401/6 7423/2 7425/17
7425/24 7426/7
7426/12 7429/25
7430/14 7448/8 7460/7
7460/9 7470/1 7471/1
7471/10 7471/15
7473/19 7473/21
7474/9 7474/11
7474/22 7475/8
7475/24 7476/5

7477/22 7478/4
7478/20 7480/18
7486/3 7498/23
7501/18 7501/24
7502/1 7503/5 7503/11
7503/22 7503/25
7504/4 7506/9 7506/12
7506/20 7507/13
7507/16 7507/21
7508/6 7508/9 7508/12
7508/15 7508/19
7508/24 7509/4 7509/6
7509/14 7509/21
7510/2 7510/7 7510/9
7510/20 7511/2 7511/5
7511/10 7511/14
7511/20 7511/23
7512/4 7512/10
7512/17 7512/20
7513/2 7513/7 7513/10
7513/14
**THE WITNESS: [27]**
7387/21 7389/17
7391/19 7393/6 7399/2
7399/18 7400/25
7401/3 7407/2 7414/3
7415/5 7415/18
7416/12 7420/2 7436/22
7440/24 7441/24
7442/18 7445/5 7449/7
7450/22 7470/3
7470/17 7498/11
7498/25 7499/6
7506/11

**$**
**$17,000 [1]** 7405/10

**'**
**'90s [1]** 7481/25
**'law [1]** 7468/4
**'Stop [1]** 7384/5

**.**
**...as [1]** 7388/13

**/**
**/s [1]** 7514/10

**0**
**08077 [1]** 7356/19
**0826 [1]** 7356/23

**1**

**10 a.m [1]** 7456/10
**100 [2]** 7402/8 7402/18
**1000.7.TR [1]** 7376/2
**1005 [1]** 7383/10
**1008 [1]** 7384/19
**103 [1]** 7425/15
**10:13 a.m [1]** 7462/24
**10th [1]** 7396/5
**11 [2]** 7456/10 7471/19
**11:16 a.m [1]** 7467/3
**11:30 p.m [2]** 7451/24
7460/12
**11:45 [1]** 7469/8
**11:51 [1]** 7469/6
**12 [2]** 7362/3 7488/20
**1202.5 [2]** 7485/1
7485/1
**12:26 p.m [1]** 7438/7
**12:30 p.m [1]** 7463/5
**12th [2]** 7378/12
7380/25
**13 [3]** 7488/20 7490/14
7510/15
**14 seconds [1]**
7440/12
**1460 [1]** 7356/4
**14th [5]** 7381/2 7382/7
7382/14 7382/19
7383/11
**15 [5]** 7355/3 7498/10
7498/20 7498/23
7499/5
**1500 [3]** 7435/15
7435/19 7439/10
**16 [1]** 7469/8
**17110 [1]** 7356/7
**1775 [3]** 7376/12
7482/21 7483/19
**18 [1]** 7444/11
**1808 [1]** 7356/10
**19 [1]** 7469/6
**19th [1]** 7483/19
**1:00 [1]** 7455/25
**1:14 a.m [1]** 7460/19
**1:25 [1]** 7432/6
**1:25 p.m [3]** 7430/17
7432/2 7435/25
**1:38 [1]** 7432/6
**1:45 [5]** 7431/8
7431/10 7431/13
7431/22 7504/8
**1:45 p.m [3]** 7426/19
7431/5 7431/17

**2**

**20 [2]** 7435/15 7488/9
**2000 [1]** 7390/11
**20001 [1]** 7357/2
**20010 [1]** 7356/11
**20036 [1]** 7356/15
**2006 [1]** 7356/18
**2008 [1]** 7363/15
**2009 [1]** 7488/15
**2015 [3]** 7474/5 7479/3
7486/15
**2017 [1]** 7498/14
**202 [4]** 7355/16
7356/11 7356/15
7357/3
**2020 [10]** 7360/3
7360/3 7362/17
7362/24 7363/15
7367/17 7369/25
7380/25 7448/11
7482/18
**2021 [3]** 7400/10
7422/2 7482/18
**2022 [2]** 7355/4
7514/10
**20579 [1]** 7355/16
**20th [4]** 7370/23
7396/17 7402/12
7403/18
**21 [7]** 7409/15 7409/16
7410/25 7430/18
7438/8 7449/13
7450/14
**21061-3065 [1]**
7356/23
**214 [2]** 7355/21
7355/23
**21st [2]** 7396/19
7403/5
**22 [1]** 7390/6
**22-15 [1]** 7355/3
**23 [1]** 7393/5
**23rd [2]** 7382/18
7388/7
**25 [1]** 7355/6
**252-7277 [1]** 7355/16
**252-9900 [1]** 7355/21
**25th [3]** 7415/23
7419/2 7432/24
**2615 [1]** 7356/15
**29th [1]** 7397/14
**2:00 [1]** 7355/5

**2:01 [2]** 7431/2 7431/4
**2:12 [1]** 7431/2
**2:15 p.m [2]** 7431/11
7441/25
**2:24 [1]** 7439/13
**2:25 [1]** 7432/6
**2:25 p.m [1]** 7435/22
**2:25:41 [1]** 7432/11
**2:26 [1]** 7439/13
**2:26 p.m [1]** 7439/4
**2:29 p.m [3]** 7439/25
7440/12 7440/15
**2:30 [1]** 7504/8
**2:31 p.m [1]** 7442/5
**2:32 [1]** 7444/11
**2:33 [2]** 7444/8
7444/12
**2:33 p.m [1]** 7445/24
**2:35 p.m [1]** 7446/7
**2:37 [1]** 7445/10
**2:38 [1]** 7432/6
**2:39 [1]** 7446/13
**2:40 [1]** 7446/15
**2:40 p.m [1]** 7446/13
**2:41 [1]** 7446/8
**2nd [4]** 7407/6
7409/24 7410/12
7420/14

**3**

**30 [1]** 7479/19
**300 [1]** 7356/22
**3065 [1]** 7356/23
**30th [1]** 7412/20
**318 [1]** 7356/4
**3196 [1]** 7357/3
**31st [1]** 7404/2
**32 [2]** 7412/14 7439/11
**33.99 [1]** 7493/23
**3300 [2]** 7355/20
7355/22
**333 [1]** 7357/2
**34 [2]** 7439/10 7439/11
**352-2615 [1]** 7356/15
**354-3196 [1]** 7357/3
**36 [1]** 7412/18
**3:01 [2]** 7431/4
7434/13
**3:15 [2]** 7425/21
7435/13
**3:16 [1]** 7426/10
**3:30 [1]** 7425/21
**3:39 [1]** 7426/10
**3nd [1]** 7400/9

**3rd [2]** 7422/2 7422/21

**4**

**4.5 [1]** 7465/8
**403 [1]** 7363/25
**4031 [1]** 7356/6
**410 [1]** 7356/23
**412-4676 [1]** 7356/7
**44 [2]** 7407/4 7450/11
**45 [2]** 7442/23 7461/19
**46 [2]** 7403/20 7403/21
**4676 [1]** 7356/7
**48 [5]** 7407/18 7407/18
7444/12 7450/21
7451/3
**487-1460 [1]** 7356/4
**4:49 [1]** 7461/2

**5**

**5 a.m [1]** 7455/23
**50 [2]** 7403/23 7420/13
**53-ish [1]** 7420/4
**5310 [1]** 7403/2
**56 [1]** 7449/9
**5708 [1]** 7356/19
**59.99 [1]** 7493/23
**5:03 a.m.,on [1]**
7461/14
**5:12 p.m [1]** 7513/17
**5:43 [1]** 7411/5
**5:53 [1]** 7410/13
**5:53 a.m [1]** 7410/7

**6**

**60 [1]** 7471/17
**601 [2]** 7355/15
7356/13
**607-5708 [1]** 7356/19
**66 [1]** 7451/23
**6615.B [2]** 7369/23
7372/2
**6615.C [3]** 7370/10
7371/24 7375/13
**6701 [4]** 7393/5
7403/20 7412/14
7412/18
**6732 [2]** 7449/8
7450/11
**6748 [1]** 7396/3
**6749 [1]** 7396/25
**6860 [2]** 7415/4
7415/17
**6923 [8]** 7407/1 7407/3
7414/2 7420/1 7420/3

**6923... [3]** 7420/13
7424/9 7425/15
**6:28 a.m [1]** 7410/4
**6th [62]** 7376/20
7385/24 7387/25
7388/6 7389/17
7389/23 7389/24
7392/11 7392/24
7395/21 7396/8
7396/19 7398/6
7398/12 7398/19
7402/3 7402/7 7402/17
7404/2 7404/3 7404/13
7406/3 7411/14
7412/20 7413/8
7413/23 7414/14
7417/8 7418/4 7418/8
7418/12 7418/13
7418/16 7418/17
7418/21 7419/11
7419/23 7420/2
7420/11 7421/12
7422/7 7424/18
7426/17 7429/14
7430/8 7433/7 7433/24
7434/6 7449/12
7449/21 7452/5 7452/8
7460/12 7470/8
7482/11 7482/15
7484/15 7499/13
7499/17 7500/8
7502/10 7504/8

**7**

**70 [1]** 7415/20
**700 [2]** 7355/20
7355/22
**71301 [1]** 7356/3
**717 [1]** 7356/7
**720-7777 [1]** 7355/23
**7277 [1]** 7355/16
**7310 [1]** 7356/22
**7447 [1]** 7356/11
**75219 [2]** 7355/20
7355/23
**7777 [1]** 7355/23
**787-0826 [1]** 7356/23
**7:30 [1]** 7450/14
**7:41 [1]** 7451/5
**7th [5]** 7370/5 7370/12
7462/24 7466/13
7470/8

**8**

**8-track [1]** 7500/12
**819 [1]** 7356/3
**82 [1]** 7420/6
**856 [1]** 7356/19
**8824 [1]** 7459/25
**8th [3]** 7466/14 7467/2
7467/2

**9**

**90 [3]** 7444/13 7444/16
7445/20
**900 [1]** 7356/14
**9061 [1]** 7466/24
**9104 [4]** 7422/18
7422/24 7423/2 7423/3
**9105 [6]** 7399/1
7399/16 7399/21
7401/5 7401/6 7401/10
**9114 [1]** 7447/17
**9115 [1]** 7489/11
**9116 [2]** 7459/20
7460/5
**9120 [6]** 7429/23
7430/2 7430/12
7430/14 7430/15
7436/5
**9121 [2]** 7477/2
7480/14
**95 [1]** 7424/9
**9601 [1]** 7471/17
**9900 [1]** 7355/21
**9914 [3]** 7448/6 7448/8
7448/9
**9916 [2]** 7460/7
7460/10
**996-7447 [1]** 7356/11
**9:30 [1]** 7506/14
**9th [3]** 7375/23 7376/9
7377/4

**A**

**a.m [10]** 7410/4 7410/7
7410/13 7455/23
7456/10 7456/10
7460/19 7461/2
7462/24 7467/3
**a.m.,on [1]** 7461/14
**AARs [2]** 7468/20
7468/20
**abide [1]** 7365/10
**abiding [1]** 7364/24
**abidingness [5]**
7363/22 7364/22

**able [9]** 7390/25
7442/14 7445/13
7491/7 7493/9 7503/19
7504/4 7509/23
7509/25
**abolish [2]** 7483/11
7484/1
**about [98]** 7359/24
7360/11 7360/15
7360/20 7361/15
7363/7 7363/12 7364/2
7364/9 7364/15
7365/13 7365/14
7366/21 7366/22
7367/16 7367/25
7368/1 7368/14
7368/18 7368/23
7370/22 7373/23
7377/22 7381/21
7382/24 7390/1
7393/13 7394/16
7398/4 7398/5 7398/16
7398/18 7400/16
7401/18 7408/22
7409/11 7409/13
7411/11 7414/4
7417/24 7419/22
7420/18 7421/1 7422/6
7422/13 7423/17
7423/18 7423/21
7424/4 7425/25 7426/3
7426/17 7428/13
7429/6 7430/17 7434/1
7434/17 7436/17
7439/25 7442/5
7442/23 7443/5
7444/13 7444/15
7445/23 7446/4 7446/7
7446/20 7447/3
7448/25 7450/14
7450/22 7451/24
7453/4 7462/22 7464/7
7467/18 7468/10
7475/8 7480/15
7482/24 7487/8 7489/2
7489/4 7489/10
7491/3 7492/14
7495/6 7496/22
7500/10 7501/7
7502/17 7503/20
7504/18 7506/25
7509/7 7510/4 7510/14
**above [3]** 7371/14

**able [9]** 7390/25

**above-entitled [1]**
7514/5
**abruptly [2]** 7455/19
7456/6
**Absolute [1]** 7501/22
**absolutely [4]** 7387/1
7495/4 7503/18 7510/6
**abused [1]** 7491/16
**Academy [1]** 7482/3
**Academy Sports [1]**
7482/3
**accept [3]** 7370/2
7372/18 7482/14
**access [2]** 7408/6
7409/2
**according [3]** 7440/17
7445/25 7447/1
**Accosted [1]** 7491/18
**accurate [6]** 7369/6
7416/3 7432/2 7432/4
7442/9 7498/15
**accused [1]** 7468/13
**acknowledge [2]**
7370/2 7479/21
**across [4]** 7359/25
7361/13 7491/2
7495/12
**act [54]** 7371/5 7371/6
7371/9 7376/18
7378/19 7378/22
7378/23 7379/4 7379/9
7379/11 7380/8
7380/25 7381/17
7381/18 7381/21
7382/14 7384/5 7384/9
7384/23 7385/2
7387/25 7391/14
7392/1 7392/3 7395/20
7395/21 7395/24
7396/11 7396/12
7398/12 7398/21
7400/18 7401/20
7401/22 7402/10
7402/20 7406/7 7415/6
7415/10 7415/14
7417/2 7417/7 7417/19
7418/7 7418/15 7419/5
7419/12 7432/21
7433/2 7433/5 7433/7
7500/11 7500/21
7500/23
**action [5]** 7377/16
7402/2 7433/12

**action... [2]** 7451/18 7481/13
**actions [3]** 7388/3 7388/14 7485/8
**active [1]** 7455/5
**active-duty [1]** 7455/5
**activity [1]** 7502/6
**acts [2]** 7476/7 7476/15
**actual [12]** 7389/9 7390/2 7431/12 7434/11 7434/15 7434/20 7434/23 7476/10 7477/5 7483/21 7492/10 7492/16
**actually [30]** 7361/9 7366/22 7369/13 7375/14 7385/14 7387/19 7402/14 7409/12 7419/24 7421/9 7425/14 7431/4 7432/6 7432/6 7435/13 7438/16 7446/2 7447/11 7451/11 7453/6 7455/12 7455/24 7461/8 7475/23 7484/18 7491/22 7492/24 7493/3 7493/18 7495/22
**add [1]** 7467/6
**added [4]** 7409/21 7423/10 7467/5 7494/1
**additional [1]** 7369/8
**address [2]** 7391/2 7510/19
**administration [1]** 7394/23
**administrator [7]** 7409/19 7472/7 7472/22 7473/2 7473/8 7473/12 7473/15
**admit [6]** 7399/16 7401/5 7422/24 7430/12 7448/6 7480/13
**admit 9105 [1]** 7401/5
**admitted [6]** 7401/6 7423/2 7430/14 7448/8 7460/7 7498/23
**advance [2]** 7398/19 7421/12

**advanced [1]** 7365/22
**advantageous [1]** 7478/15
**advice [4]** 7371/19 7373/9 7375/4 7475/7
**advise [1]** 7468/12
**advocating [1]** 7502/6
**affairs [1]** 7402/22
**affiliates [2]** 7369/18 7376/10
**afraid [1]** 7499/8
**after [45]** 7369/10 7369/25 7370/6 7373/17 7377/3 7377/3 7389/23 7392/24 7393/23 7394/1 7397/16 7402/9 7402/12 7418/13 7424/21 7432/8 7434/13 7439/3 7442/1 7446/11 7448/11 7448/24 7451/5 7456/13 7463/14 7464/2 7464/5 7464/10 7464/17 7464/18 7466/3 7468/5 7481/6 7481/8 7482/11 7485/22 7485/24 7487/4 7487/23 7488/2 7491/22 7492/6 7492/7 7492/9 7495/9
**aftermath [1]** 7367/18
**afternoon [5]** 7355/6 7359/22 7359/23 7507/12 7507/13
**afterward [1]** 7396/21
**afterwards [1]** 7414/25
**again [20]** 7364/22 7372/2 7375/13 7378/12 7380/15 7393/22 7402/11 7402/14 7420/14 7422/20 7425/14 7429/25 7439/13 7471/7 7471/17 7496/20 7502/13 7503/5 7507/19 7508/2
**against [5]** 7396/14 7449/15 7467/20 7479/9 7501/21
**agencies [1]** 7380/2
**agent [8]** 7398/17 7399/9 7401/12 7422/1 7422/13 7422/21

**Agent Palian [5]** 7398/17 7399/9 7401/12 7422/1 7422/21
**Agent Seyler [1]** 7487/2
**agents [1]** 7378/1
**aggressive [1]** 7490/12
**ago [3]** 7400/8 7419/22 7461/11
**agree [4]** 7454/15 7487/11 7501/8 7507/24
**agreed [1]** 7491/23
**ahead [4]** 7441/7 7456/19 7457/4 7492/8
**aided [1]** 7357/7
**ain't [2]** 7450/19 7450/25
**air [1]** 7445/21
**AL [1]** 7355/5
**Alabama [2]** 7453/11 7480/23
**alarm [1]** 7446/18
**alcove [1]** 7441/7
**alerted [1]** 7418/17
**Alex [2]** 7361/3 7361/5
**Alex Jones Show [2]** 7361/3 7361/5
**Alexander [2]** 7414/21 7414/23
**Alexandra [1]** 7355/13
**Alexandria [1]** 7356/3
**Ali [2]** 7414/21 7414/23
**align [1]** 7375/1
**Alito [1]** 7387/12
**all [94]** 7361/6 7363/5 7366/10 7367/1 7370/24 7374/5 7378/3 7379/5 7380/4 7382/10 7382/20 7383/15 7387/2 7389/17 7400/21 7406/24 7415/3 7416/10 7419/21 7420/2 7423/23 7425/17 7425/20 7425/22 7430/14 7432/13 7433/1 7433/9 7433/11 7442/1 7442/4 7443/12 7444/17 7444/22

7447/14 7448/8 7452/22 7454/11 7455/19 7457/6 7457/23 7457/25 7458/2 7458/19 7462/14 7465/25 7468/24 7469/11 7471/23 7472/7 7476/5 7477/1 7477/20 7477/22 7479/5 7479/15 7479/21 7481/18 7487/17 7490/19 7491/2 7491/5 7491/7 7491/16 7491/20 7492/17 7492/18 7494/16 7494/17 7494/21 7495/5 7495/17 7497/7 7499/22 7500/8 7500/10 7501/7 7504/5 7506/2 7506/4 7506/8 7506/9 7506/9 7506/11 7506/12 7506/20 7507/25 7509/4 7509/25 7510/2 7510/3 7510/9 7511/3
**Allcon [1]** 7467/7
**allegedly [1]** 7468/10
**allow [1]** 7478/23
**allowed [1]** 7494/18
**allowing [1]** 7487/19
**almost [2]** 7425/21 7461/11
**along [3]** 7375/5 7421/18 7481/15
**Alpers [2]** 7484/23 7485/8
**already [23]** 7369/23 7388/9 7394/5 7396/3 7403/2 7406/25 7412/13 7424/8 7429/10 7435/23 7436/12 7437/2 7437/16 7441/25 7446/16 7447/2 7449/9 7450/11 7457/8 7484/25 7499/19 7505/17 7510/23
**also [29]** 7369/17 7370/12 7372/22 7379/12 7384/12 7388/21 7389/1 7394/22 7395/1 7397/19 7397/19

**also... [18]** 7414/23 7432/13 7435/19 7442/18 7451/8 7475/15 7478/9 7487/13 7491/3 7492/20 7493/24 7495/7 7497/8 7499/6 7500/19 7502/9 7505/10 7510/17
**alter [2]** 7483/11 7484/1
**alternate [1]** 7380/2
**Although [2]** 7364/22 7477/24
**altogether [1]** 7488/21
**always [2]** 7490/4 7490/6
**am [16]** 7365/18 7373/7 7386/2 7390/22 7391/14 7411/22 7416/2 7422/9 7436/19 7436/23 7440/4 7465/5 7477/22 7501/10 7507/20 7509/6
**ambush [1]** 7361/13
**AMERICA [1]** 7355/2
**American [2]** 7389/7 7488/9
**AMIT [1]** 7355/9
**ammunition [4]** 7405/7 7405/8 7458/17 7458/20
**among [3]** 7385/11 7388/16 7425/1
**amount [1]** 7367/2
**announce [2]** 7361/6 7489/25
**another [7]** 7360/4 7366/17 7439/23 7445/14 7453/21 7459/12 7494/1
**answer [9]** 7364/3 7364/5 7370/1 7382/21 7470/1 7474/12 7476/3 7476/5 7476/16
**answered [1]** 7442/13
**anticipate [2]** 7507/11 7507/22
**anticipating [1]** 7509/6
**Antifa [8]** 7360/9 7361/4 7361/12 7374/16 7434/18

7494/12
**any [39]** 7363/25 7364/18 7365/17 7366/12 7369/18 7370/3 7373/21 7379/23 7380/15 7399/20 7402/21 7405/1 7406/22 7408/12 7428/17 7428/18 7434/1 7438/11 7453/13 7453/25 7461/25 7467/18 7468/12 7468/25 7471/23 7474/8 7474/17 7476/6 7483/11 7484/19 7486/11 7488/16 7488/18 7496/23 7496/24 7501/3 7505/6 7506/15 7507/7
**anybody [10]** 7364/23 7406/16 7429/3 7458/23 7472/10 7487/7 7488/17 7502/14 7504/25 7505/2
**anyone [11]** 7392/18 7394/7 7406/5 7419/25 7429/4 7433/24 7444/22 7468/5 7468/13 7484/19 7505/24
**anyone's [1]** 7483/8
**anything [25]** 7388/10 7406/9 7406/17 7419/8 7423/18 7432/14 7433/24 7447/4 7449/14 7450/22 7458/23 7467/18 7467/19 7468/11 7491/9 7494/11 7494/16 7497/1 7499/20 7500/17 7501/1 7501/5 7502/4 7510/3 7510/9
**anything yet [1]** 7501/1
**Anytime [1]** 7486/18
**anyway [1]** 7476/16
**anywhere [2]** 7418/9 7437/3
**apologize [3]** 7403/23 7412/16 7496/22

**apologized [1]** 7496/20
**Apparently [2]** 7466/7 7467/20
**appear [4]** 7475/25 7477/13 7477/17 7478/18
**APPEARANCES [2]** 7355/11 7356/1
**appeared [1]** 7499/11
**appears [1]** 7399/12
**appointed [2]** 7394/23 7484/11
**appreciate [2]** 7510/10 7510/12
**appropriate [2]** 7364/15 7477/14
**approved [1]** 7434/21
**April [1]** 7483/19
**April 19th [1]** 7483/19
**are [147]** 7360/10 7361/25 7364/2 7364/9 7364/9 7364/17 7366/20 7367/1 7368/3 7372/5 7373/9 7373/23 7374/8 7375/4 7378/23 7380/15 7380/16 7380/17 7382/6 7382/24 7386/12 7389/7 7390/24 7391/4 7391/21 7391/23 7394/16 7396/18 7396/23 7398/4 7400/15 7400/22 7404/3 7408/1 7408/11 7408/11 7408/22 7409/1 7409/10 7409/12 7409/17 7409/19 7410/6 7410/12 7411/7 7411/23 7411/25 7412/4 7412/18 7414/19 7414/20 7420/6 7420/7 7420/10 7421/2 7424/22 7425/8 7426/14 7426/20 7428/21 7430/4 7430/8 7430/19 7430/20 7431/9 7431/14 7431/16 7432/7 7432/15 7433/10 7433/18 7434/20 7434/23 7435/12 7438/12 7442/5 7442/8

7443/23 7444/1 7444/3 7444/10 7444/11 7444/17 7447/5 7447/11 7447/13 7447/19 7448/1 7448/1 7448/25 7451/11 7453/24 7454/19 7454/20 7455/7 7457/2 7458/14 7461/3 7461/23 7462/22 7463/15 7464/2 7466/19 7466/20 7468/3 7468/25 7472/12 7472/13 7472/17 7475/18 7475/19 7475/20 7476/7 7476/16 7480/14 7482/19 7482/24 7483/13 7488/6 7489/19 7489/21 7489/22 7489/25 7490/1 7490/1 7490/19 7491/14 7493/9 7494/2 7494/3 7495/17 7495/23 7500/20 7500/21 7501/7 7502/10 7504/9 7504/18 7504/19 7505/12 7507/15 7508/21 7509/19 7509/23 7510/17 7510/18
**area [13]** 7360/5 7362/22 7408/7 7409/2 7413/12 7414/21 7414/25 7427/4 7427/9 7427/22 7428/22 7438/23 7461/19
**Area 8 [3]** 7427/4 7428/22 7438/23
**aren't [1]** 7371/21
**arguing [1]** 7434/17
**argument [1]** 7432/2
**Arizona [5]** 7423/17 7423/18 7424/4 7424/16 7452/24
**armed [3]** 7408/11 7423/22 7424/6
**armed QRF [1]** 7423/22
**armor [1]** 7494/18
**arms [2]** 7382/21 7383/1
**Army [1]** 7497/19

7520

# A

**around [21]** 7400/11
7407/4 7420/13 7424/9
7425/15 7426/18
7427/12 7428/2
7439/11 7444/24
7446/12 7455/13
7457/3 7462/6 7467/3
7471/18 7488/7 7496/1
7496/10 7497/10
7502/11
**arrest [4]** 7400/9
7400/9 7455/11 7487/6
**arrested [3]** 7458/19
7492/4 7492/14
**Article [1]** 7386/23
**Article II [1]** 7386/23
**as [97]** 7361/16
7361/24 7364/3
7367/22 7367/23
7368/2 7368/7 7368/11
7368/15 7368/21
7370/7 7370/19 7376/1
7376/9 7376/9 7376/11
7376/19 7377/15
7379/19 7379/25
7379/25 7380/4 7388/1
7394/9 7394/9 7396/3
7397/15 7398/22
7401/16 7401/17
7403/2 7407/1 7407/2
7407/2 7407/10
7407/10 7410/11
7411/16 7412/13
7412/21 7412/23
7415/13 7419/9
7420/16 7421/3
7421/23 7422/12
7423/13 7424/9
7424/12 7425/3 7425/7
7425/8 7425/8 7427/18
7432/3 7432/10
7432/11 7432/17
7433/12 7433/19
7433/25 7434/7
7434/10 7435/18
7435/20 7435/20
7436/12 7448/15
7455/3 7459/19 7468/6
7469/13 7474/7 7474/7
7474/24 7475/5 7475/6
7475/19 7478/6
7481/13 7482/14
7485/1 7486/6 7486/9

7486/12 7486/16
7489/21 7498/6
7501/18 7501/24
7502/1 7503/13
7504/18 7504/20
7507/9 7507/9
**ASAP [1]** 7385/15
**aside [1]** 7496/24
**ask [9]** 7364/2 7364/15
7371/6 7401/7 7408/12
7464/22 7476/16
7503/23 7510/7
**asked [24]** 7365/13
7365/14 7371/7
7388/16 7388/17
7389/6 7398/16
7400/16 7415/25
7416/2 7416/15
7419/15 7419/15
7423/17 7424/4 7425/3
7426/24 7448/18
7459/8 7476/21 7482/7
7487/4 7498/18
7498/19
**asking [14]** 7364/14
7368/3 7386/5 7390/20
7390/22 7390/24
7391/23 7422/13
7436/20 7471/11
7500/14 7500/16
7502/4 7509/12
**asks [1]** 7461/2
**ass [1]** 7396/12
**assassinated [1]**
7360/14
**assault [4]** 7378/2
7481/24 7484/19
7484/20
**assaulted [2]** 7446/24
7496/13
**assaults [1]** 7487/20
**assessed [1]** 7478/10
**assiduous [1]** 7364/9
**assiduously [1]**
7474/23
**assign [1]** 7413/2
**assist [2]** 7417/10
7448/16
**assistance [1]**
7463/11
**associated [1]**
7459/22
**associates [4]** 7356/6
7396/7 7452/9 7452/11

**assume [1]** 7443/19
**ate [1]** 7453/2
**Atlanta [1]** 7496/25
**attack [11]** 7377/16
7401/14 7401/19
7406/8 7429/12 7432/8
7449/24 7456/15
7481/7 7485/23
7488/17
**attacked [3]** 7377/19
7449/22 7456/20
**attacking [1]** 7495/3
**attempt [2]** 7383/5
7477/18
**attempts [1]** 7478/13
**attended [1]** 7488/1
**attendees [1]** 7425/3
**attention [5]** 7382/2
7382/5 7397/9 7397/14
7506/14
**attitude [1]** 7403/16
**attorney [2]** 7386/3
7478/6
**ATTORNEY'S [1]**
7355/15
**attorneys [1]** 7486/23
**audience [1]** 7451/19
**audio [4]** 7453/22
7464/18 7481/10
7496/6
**August [1]** 7365/25
**Austin [1]** 7464/22
**authenticated [1]**
7366/11
**author [1]** 7373/8
**authority [2]** 7373/25
7474/21
**auto [1]** 7472/24
**auto-delete [1]**
7472/24
**available [7]** 7397/13
7481/17 7481/18
7508/12 7508/15
7508/16 7508/22
**Avenue [4]** 7355/20
7355/22 7356/13
7357/2
**avoid [4]** 7366/7
7473/19 7483/7
7506/15
**avoided [1]** 7484/8
**aware [12]** 7365/18
7421/11 7421/13
7421/17 7421/22

7449/21 7500/3 7503/7
7503/16 7505/6
**away [13]** 7370/4
7402/23 7426/22
7428/6 7428/14 7437/6
7437/19 7438/19
7466/3 7488/9 7505/11
7505/12 7505/12

# B

**back [44]** 7359/14
7362/21 7371/23
7374/5 7376/24
7392/25 7394/3 7394/4
7408/25 7410/6
7413/21 7414/2 7415/1
7416/4 7416/6 7416/10
7416/11 7417/23
7417/24 7417/25
7420/1 7420/3 7420/13
7420/14 7425/14
7436/4 7443/6 7447/23
7454/25 7455/9
7455/22 7456/15
7457/7 7457/12 7462/7
7466/21 7469/13
7477/6 7486/25 7487/1
7487/1 7492/8 7495/20
7499/18
**background [1]**
7448/17
**backpack [1]** 7494/8
**bad [4]** 7437/8 7476/7
7476/15 7484/10
**bad place [1]** 7484/10
**bait [1]** 7361/12
**baiting [1]** 7374/16
**ballots [3]** 7369/4
7369/9 7385/15
**Ballston [1]** 7406/11
**ban [1]** 7481/24
**banging [1]** 7505/25
**banks [1]** 7379/17
**bar [1]** 7475/17
**Barely [1]** 7442/16
**barred [2]** 7474/1
7478/7
**BARRETT [1]** 7355/19
**barricade [1]** 7374/23
**barricades [3]** 7427/16
7427/21 7427/24
**based [2]** 7365/21
7503/7

**basement [2]** 7377/21
7377/24
**basically [5]** 7418/21
7447/14 7450/2
7453/15 7455/3
**Basin [1]** 7411/2
**basis [3]** 7366/25
7474/11 7477/25
**batons [1]** 7494/23
**battle [5]** 7383/16
7383/21 7404/14
7419/19 7482/16
**be [137]** 7359/13
7360/18 7361/6
7361/11 7364/3 7364/5
7364/15 7364/21
7365/12 7365/18
7369/13 7370/2
7373/24 7374/23
7376/20 7377/11
7380/1 7380/1 7380/19
7380/19 7383/18
7384/2 7385/15
7387/16 7388/6 7390/1
7390/25 7391/6 7392/2
7394/1 7394/1 7395/8
7396/10 7396/19
7396/20 7397/23
7398/6 7399/12 7401/6
7401/19 7401/22
7402/2 7402/7 7402/18
7402/21 7403/15
7403/18 7405/19
7406/7 7406/18 7413/5
7413/18 7413/20
7413/21 7413/23
7414/23 7415/13
7416/12 7417/4 7418/2
7418/13 7419/16
7420/8 7426/12 7427/8
7428/8 7428/10
7430/14 7438/16
7438/21 7438/21
7438/23 7440/4 7447/6
7447/10 7447/12
7447/13 7448/8
7448/21 7448/25
7449/1 7449/14
7449/15 7455/4 7459/4
7460/7 7461/25 7462/6
7464/11 7464/19
7467/20 7468/5
7468/15 7469/16

7470/10 7470/13
7472/9 7472/18
7472/20 7472/24
7473/3 7474/23 7475/6
7476/10 7476/12
7476/21 7477/15
7478/9 7478/10 7483/5
7484/2 7484/8 7484/20
7486/20 7492/11
7495/14 7497/16
7498/23 7499/11
7499/20 7499/24
7502/16 7504/4
7504/12 7504/22
7507/2 7507/7 7507/16
7507/19 7508/5
7508/16 7508/19
7509/23 7509/25
7510/19 7510/22
7510/25
**Bearing [1]** 7383/1
**beaten [1]** 7487/24
**because [41]** 7366/21
7368/13 7368/14
7368/22 7377/18
7377/23 7378/1
7386/13 7390/17
7392/24 7394/10
7395/6 7406/6 7406/10
7413/15 7418/10
7419/12 7427/19
7431/1 7431/4 7436/17
7443/23 7458/19
7459/4 7459/6 7459/14
7461/24 7463/17
7465/19 7468/22
7472/3 7473/16 7475/9
7479/8 7482/15
7483/10 7492/16
7494/12 7497/17
7500/1 7503/12
**become [1]** 7503/7
**becoming [3]** 7369/20
7392/19 7482/12
**bedroom [2]** 7470/3
7470/4
**been [46]** 7361/22
7362/3 7363/22
7363/24 7364/8
7364/11 7365/14
7367/1 7368/20
7369/10 7371/20
7386/15 7386/20
7390/3 7390/10 7392/3

7394/13 7413/24 7426/20
7427/10 7431/3
7431/12 7432/20
7434/3 7435/24
7449/22 7452/12
7452/24 7454/10
7455/16 7455/16
7456/14 7459/19
7463/17 7466/17
7474/24 7476/19
7476/20 7477/25
7478/12 7479/8 7487/7
7488/16 7496/24
7497/4 7509/17
**before [28]** 7355/9
7359/24 7370/23
7382/12 7383/5 7385/2
7387/25 7388/6
7393/16 7393/17
7395/20 7397/11
7398/6 7400/1 7404/2
7410/7 7410/9 7416/7
7416/8 7416/9 7442/23
7451/1 7467/19 7468/3
7487/18 7487/21
7494/11 7505/23
**began [5]** 7452/1
7483/16 7483/18
7483/22 7487/6
**beginning [3]** 7371/24
7412/19 7487/1
**begins [1]** 7373/12
**behalf [1]** 7486/12
**behaviors [1]** 7394/12
**behind [1]** 7499/18
**being [18]** 7364/24
7368/12 7379/19
7381/6 7389/7 7391/13
7423/21 7460/21
7462/2 7468/6 7468/13
7487/24 7489/18
7490/12 7491/23
7492/14 7498/6
7498/17
**belief [2]** 7500/13
7500/16
**believe [32]** 7366/5
7368/24 7392/18
7394/7 7394/10
7394/21 7395/5 7395/7
7395/11 7409/12
7412/14 7430/19
7430/19 7439/16
7440/24 7442/8 7448/3

7452/18 7453/11
7457/1 7458/22
7467/16 7473/6 7476/1
7487/15 7489/15
7493/22 7494/1
7499/25 7502/3
7502/25 7510/15
**believed [2]** 7369/2
7393/3 7484/2
**bells [1]** 7446/18
**below [5]** 7428/13
7441/16 7441/24
7442/1 7493/15
**bench [7]** 7359/3
7363/19 7399/22
7474/10 7503/24
7511/4 7513/16
**benefits [1]** 7416/24
**Benghazi [1]** 7377/16
**Benghazi-style [1]**
7377/16
**Bentley [11]** 7421/19
7452/20 7458/13
7459/15 7459/23
7460/12 7460/20
7461/15 7462/12
7462/21 7465/19
**Bentley's [6]** 7459/2
7461/2 7461/9 7461/14
7463/14 7466/19
**Berkeley [4]** 7487/13
7487/21 7488/1
7494/10
**Berwick [1]** 7356/18
**best [6]** 7384/2
7386/10 7493/25
7494/1 7507/20 7508/3
**Best Pal [2]** 7493/25
7494/1
**better [1]** 7444/25
**between [6]** 7375/7
7387/7 7406/22 7424/1
7499/16 7502/16
**beyond [1]** 7391/20
**Biden [10]** 7367/22
7368/1 7368/7 7370/6
7370/23 7381/7
7381/25 7396/14
7419/8 7419/9
**big [2]** 7382/8 7505/10
**bike [2]** 7431/19
7487/24
**bill [1]** 7486/9
**bit [4]** 7363/3 7442/19

# B

bit... [2] 7462/2 7469/22
black [2] 7468/4 7497/18
Black Lives Matter [1] 7497/18
blacked [1] 7425/16
Blacks [1] 7414/20
blaring [1] 7446/18
BLM [3] 7361/4 7361/12 7374/16
bloody [2] 7380/10 7382/10
blurring [1] 7507/15
board [4] 7363/7 7363/11 7412/4 7451/9
boat [2] 7421/3 7421/7
bodies [1] 7425/9
body [5] 7399/5 7399/13 7414/23 7465/5 7494/18
body-worn [1] 7399/13
bodyguards [1] 7380/4
bombastic [2] 7501/8 7501/15
bones [1] 7417/11
bono [1] 7486/21
booked [1] 7510/23
bookkeeper [1] 7365/2
boots [1] 7417/9
border [1] 7461/18
both [10] 7363/22 7367/6 7368/12 7387/13 7403/12 7408/15 7408/21 7409/4 7409/10 7493/3
bottom [5] 7385/6 7385/7 7478/11 7490/3 7508/6
bought [3] 7492/21 7493/24 7494/12
box [1] 7480/2
Boyd [1] 7414/10
Boys [1] 7441/19
Brad [1] 7365/16
Brad Geyer [1] 7365/16
Bradford [1] 7356/17
BRAND [1] 7356/10
breach [2] 7431/11 7446/14

breached [4] 7441/15 7441/15 7441/19 7446/12
breaching [1] 7504/10
break [5] 7359/14 7359/24 7425/17 7425/19 7425/20
Breonna [1] 7491/23
bridges [2] 7411/7 7411/11
Brief [3] 7376/7 7397/6 7477/21
BRIGHT [6] 7355/7 7355/22 7506/23 7508/6 7510/4 7510/11
bring [26] 7369/22 7370/9 7372/1 7383/9 7393/7 7396/2 7396/24 7398/25 7403/19 7404/24 7405/2 7406/25 7407/3 7415/4 7422/3 7422/17 7437/14 7447/16 7450/10 7459/18 7466/23 7471/16 7481/18 7481/21 7484/25 7502/21
bringing [7] 7369/7 7369/14 7391/15 7424/22 7425/1 7493/1 7498/7
brink [1] 7434/4
Bristol [5] 7464/19 7465/8 7466/9 7466/15 7480/23
broad [2] 7379/6 7379/8
broadly [1] 7365/9
brought [13] 7367/3 7404/16 7404/18 7405/4 7405/6 7405/7 7477/2 7485/16 7487/13 7492/3 7492/20 7499/10 7499/15
bubble [1] 7495/16
buck [2] 7411/18 7411/20
buddies [1] 7468/21
buddy [1] 7421/19
building [11] 7356/14 7427/24 7431/13 7441/8 7441/12 7441/15 7441/19

7446/9 7446/12 7446/14 7468/6
bunch [1] 7497/22
Bundy [10] 7454/14 7454/21 7455/6 7487/1 7487/4 7487/7 7496/25 7497/2 7497/3 7497/5
Bundy Ranch [9] 7454/14 7454/21 7455/6 7487/1 7487/4 7487/7 7496/25 7497/2 7497/3
burner [5] 7465/20 7465/21 7465/23 7466/2 7466/5
Burnie [1] 7356/23
burning [1] 7488/9
Bush [2] 7390/11 7395/2
business [3] 7490/22 7497/15 7497/16
busy [1] 7413/5
buy [3] 7458/2 7461/17 7466/2 7466/2
bylaws [1] 7412/8

# C

C-cell [1] 7494/8
Caldwell [5] 7356/21 7421/6 7424/1 7424/2 7510/15
Caldwell's [1] 7378/8
call [28] 7371/9 7375/23 7377/15 7380/4 7382/21 7407/7 7409/25 7413/11 7415/7 7415/7 7428/12 7429/1 7433/11 7433/12 7442/6 7442/23 7443/5 7443/6 7444/11 7445/3 7445/5 7445/10 7445/24 7457/12 7463/20 7481/13 7502/13 7510/14
call-waiting [1] 7442/23
called [15] 7385/11 7426/19 7428/23 7428/24 7429/2 7429/9 7431/8 7434/25 7436/25 7437/25 7442/12 7442/13 7481/12 7481/14

calling [1] 7442/24
calls [2] 7407/14 7470/25
calm [1] 7491/20
calmly [1] 7491/14
came [13] 7364/25 7368/16 7377/4 7378/11 7395/6 7404/13 7414/9 7424/18 7428/10 7437/20 7438/24 7498/5 7505/18
camera [3] 7369/14 7399/13 7439/24
can [68] 7363/10 7365/1 7365/18 7365/22 7366/14 7366/20 7367/8 7367/9 7373/21 7375/13 7376/1 7376/25 7383/12 7384/1 7389/16 7390/22 7394/9 7395/8 7399/3 7400/25 7404/10 7420/13 7422/3 7425/13 7425/24 7439/21 7439/24 7440/6 7440/23 7443/16 7446/1 7448/13 7449/10 7449/15 7449/18 7450/10 7450/12 7452/6 7461/20 7462/7 7466/12 7467/20 7468/6 7470/15 7471/1 7471/7 7471/18 7472/22 7473/2 7476/16 7476/19 7476/21 7477/6 7480/19 7484/8 7485/7 7489/7 7493/10 7495/17 7498/9 7502/19 7503/5 7503/23 7509/8 7510/7 7510/19 7510/25
can't [22] 7364/17 7373/19 7380/23 7392/2 7441/2 7442/12 7443/2 7444/1 7444/3 7444/17 7444/18 7450/8 7450/18 7461/8 7463/25 7472/2 7473/3

**can't... [5]** 7473/4
7473/15 7484/24
7503/12 7510/24
**cane [1]** 7493/14
**canes [2]** 7492/21
7493/20
**cannot [1]** 7509/10
**capacity [1]** 7368/25
**Capitol [71]** 7372/19
7372/22 7374/2
7374/20 7413/11
7426/20 7426/23
7427/3 7428/3 7428/7
7428/9 7428/20
7428/23 7429/1 7429/2
7429/5 7429/9 7429/11
7429/13 7431/1 7431/6
7431/9 7431/14
7431/16 7431/22
7432/8 7433/19 7434/7
7434/10 7435/12
7436/7 7436/11
7436/12 7436/15
7436/21 7436/22
7436/24 7437/1 7438/1
7438/14 7438/19
7439/1 7439/4 7439/6
7439/15 7440/11
7440/16 7440/22
7442/6 7446/5 7446/15
7449/22 7450/16
7450/20 7451/16
7453/5 7453/21 7454/5
7455/17 7456/15
7456/20 7467/19
7468/11 7481/7 7485/9
7485/23 7495/3
7502/11 7504/10
7504/10 7505/18
**Capitol Grounds [4]**
7427/3 7428/3 7431/22
7439/1
**Capitol Police [1]**
7440/11
**capitols [1]** 7460/21
**car [4]** 7458/20 7461/9
7464/10 7489/4
**card [6]** 7362/6
7362/11 7362/14
7362/18 7363/3 7458/3
**care [2]** 7462/8
7484/12
**careful [2]** 7447/5

**Carolina [8]** 7407/11
7409/21 7423/8
7423/10 7499/12
7499/16 7499/20
7500/3
**carried [1]** 7412/10
**carry [5]** 7494/8
7494/10 7502/7 7507/1
7507/19
**carrying [2]** 7451/9
7494/10
**carryover [1]** 7507/9
**cars [1]** 7490/24
**carts' [1]** 7482/3
**case [19]** 7364/9
7370/6 7377/15
7386/14 7386/19
7387/10 7387/13
7389/3 7390/8 7391/2
7398/4 7420/9 7420/9
7426/5 7472/6 7502/25
7506/16 7506/23
7507/11
**cast [3]** 7381/3 7381/7
7382/1
**catastrophic [1]**
7487/19
**cattle [1]** 7487/12
**catty [1]** 7491/4
**catty-corner [1]**
7491/4
**caught [1]** 7459/4
**cause [3]** 7426/4
7477/12 7477/14
**CCTV [1]** 7439/24
**cell [1]** 7494/8
**center [1]** 7494/2
**certain [3]** 7367/7
7422/10 7447/8
**certainly [6]** 7364/13
7364/25 7367/2
7380/21 7427/23
7510/12
**certification [2]**
7383/6 7385/3
**certify [1]** 7514/4
**certifying [3]** 7386/4
7392/13 7418/5
**cetera [1]** 7379/16
**chairman [2]** 7412/4
7475/19
**challenge [2]** 7459/7
7459/10

**challenged [1]**
7386/22
**challenges [3]**
7386/15 7390/10
7392/21
**challenging [1]**
7386/21
**chance [8]** 7371/2
7381/17 7399/24
7400/18 7401/22
7435/2 7451/15 7496/7
**chanting [1]** 7497/18
**character [4]** 7364/24
7365/6 7365/6 7365/8
**characterize [1]**
7383/4
**charge [4]** 7411/23
7411/25 7412/2
7494/21
**charged [4]** 7363/24
7364/18 7496/24
7497/4
**charges [2]** 7492/18
7492/19
**chat [45]** 7370/1
7370/13 7372/6
7372/10 7372/15
7381/17 7393/15
7403/8 7404/3 7409/15
7409/17 7409/19
7409/21 7409/24
7411/1 7411/14
7412/20 7413/22
7415/23 7421/24
7423/11 7430/18
7432/25 7433/9 7438/8
7447/19 7449/13
7450/14 7451/5
7451/25 7468/10
7468/21 7468/22
7472/3 7472/6 7472/9
7472/9 7472/23 7473/1
7473/3 7473/12
7473/16 7489/15
7497/4 7502/18
**chats [12]** 7406/22
7407/2 7428/18 7447/8
7450/1 7454/10 7469/3
7472/17 7472/22
7473/8 7500/9 7500/19
**chatter [4]** 7424/1
7467/10 7467/1
7467/19
**check [4]** 7461/16

7480/6
**checking [1]** 7461/8
**checkout [1]** 7456/10
**Chi [5]** 7368/7 7368/18
7396/13 7396/14
7450/18
**Chi-Com [5]** 7368/7
7368/18 7396/13
7396/14 7450/18
**chief [1]** 7507/11
**chilled [2]** 7497/23
7497/24
**China [2]** 7395/10
7395/17
**Chinese [1]** 7394/10
**choice [6]** 7380/14
7404/6 7417/20 7419/7
7419/14 7433/4
**choose [1]** 7507/4
**chooses [1]** 7507/3
**chosen [1]** 7476/11
**Chow [2]** 7394/20
7395/11
**Chris [4]** 7447/20
7448/12 7448/15
7449/4
**Christmastime [2]**
7362/17 7362/24
**chuck [1]** 7394/9
**CIA [1]** 7379/16
**Cinnaminson [1]**
7356/19
**cited [1]** 7488/16
**cities [1]** 7497/9
**citizen [1]** 7395/4
**citizens [1]** 7475/4
**city [1]** 7493/15
**civil [7]** 7373/19
7373/21 7373/23
7374/2 7374/4 7382/10
7396/19
**civilly [1]** 7373/24
**CJ [1]** 7509/13
**claim [3]** 7391/6
7476/8 7490/2
**Clam [2]** 7467/25
7468/21
**clarification [1]**
7402/11
**clarifies [1]** 7411/6
**clarify [1]** 7396/18
**clean [2]** 7385/14
7509/21

**clear [14]** 7365/12 7369/13 7370/14 7388/6 7394/5 7405/19 7406/18 7413/21 7414/18 7417/12 7464/13 7469/15 7507/16 7509/11
**clerks [1]** 7482/7
**client [1]** 7468/12
**clip [5]** 7399/19 7400/19 7422/16 7453/13 7481/10
**close [1]** 7407/11
**closed [2]** 7411/8 7427/22
**closed-off [1]** 7427/22
**closer [1]** 7376/19
**closest [2]** 7452/9 7452/11
**closures [2]** 7407/22 7409/1
**clue [1]** 7360/10
**coach [1]** 7501/11
**coffin [1]** 7404/4
**cohesive [1]** 7412/21
**Cold [4]** 7493/14 7493/15 7493/25 7494/1
**Cold Steel [4]** 7493/14 7493/15 7493/25 7494/1
**collectors [1]** 7433/16
**college [1]** 7501/11
**colleges [1]** 7381/3
**Colonel [1]** 7414/10
**Colorado [1]** 7489/15
**COLUMBIA [1]** 7355/1
**Com [5]** 7368/7 7368/18 7396/13 7396/14 7450/18
**come [47]** 7361/12 7362/21 7370/6 7386/10 7398/9 7412/21 7413/10 7416/10 7416/20 7416/23 7419/11 7428/19 7428/21 7429/4 7429/9 7429/10 7436/7 7436/13 7436/21 7436/24 7437/3 7437/4 7437/7 7437/10 7438/4 7438/14 7439/4 7439/6

7439/14 7463/2 7463/23 7464/3 7464/11 7465/2 7469/16 7470/9 7481/3 7481/12 7481/15 7495/22 7497/15 7498/19 7505/15 7505/16 7505/20 7506/13 7510/21
**comes [5]** 7397/16 7419/9 7433/21 7434/8 7494/13
**Comfort [1]** 7406/10
**Comfort Inn [1]** 7406/10
**coming [9]** 7369/16 7423/19 7425/6 7433/21 7451/17 7465/8 7468/5 7495/9 7507/7
**command [4]** 7412/10 7413/2 7413/3 7413/23
**commander [1]** 7415/13
**commander's [2]** 7414/3 7414/6
**commanding [1]** 7504/25
**comment [2]** 7431/3 7503/12
**comments [3]** 7468/25 7471/24 7473/20
**Commission [5]** 7477/12 7477/19 7477/23 7477/23 7478/9
**committee [3]** 7475/13 7475/20 7477/4
**committing [1]** 7474/17
**commonly [1]** 7504/20
**Comms [1]** 7468/19
**communicate [2]** 7442/14 7459/16
**communicating [1]** 7445/18
**communication [5]** 7499/11 7499/11 7499/16 7502/23 7503/17
**Communist [4]** 7394/15 7395/10 7395/12 7395/17
**community [1]**

7416/2
**compared [1]** 7451/17
**complaining [2]** 7432/14 7433/10
**complaints [1]** 7479/11
**complete [3]** 7373/15 7478/20 7502/22
**completely [1]** 7436/17
**compliance [1]** 7380/2
**complicated [1]** 7381/23
**comply [3]** 7474/13 7475/9 7484/2
**comprised [1]** 7394/13
**computer [1]** 7357/7
**computer-aided [1]** 7357/7
**concede [1]** 7385/18
**concerned [5]** 7377/21 7398/4 7429/6 7482/7 7503/20
**concerning [1]** 7426/1
**concerns [2]** 7363/7 7363/12
**concluded [2]** 7513/16 7513/17
**condemn [2]** 7429/12 7449/24
**condition [1]** 7376/17
**condone [6]** 7454/11 7484/14 7484/16 7484/17 7484/19 7485/8
**conduct [4]** 7385/13 7434/22 7477/24 7477/24
**conference [7]** 7359/3 7363/19 7399/22 7474/10 7503/24 7511/4 7513/16
**confirmed [1]** 7365/19
**conflict [6]** 7468/4 7482/23 7482/23 7483/3 7483/5 7484/7
**confront [1]** 7495/8
**confronted [1]** 7495/6
**confronting [1]** 7374/13
**confusion [1]** 7426/4
**Congress [13]** 7385/24 7387/25 7388/10 7388/17

7392/15 7392/18 7392/22 7392/25 7394/3 7417/5 7418/2 7418/10 7496/7
**Congress rubber [1]** 7418/2
**Congress' [1]** 7383/6
**connect [3]** 7374/9 7443/5 7502/14
**conquer [1]** 7403/15
**consent [1]** 7389/9
**Consequently [1]** 7477/12
**consider [1]** 7383/6
**consistently [2]** 7474/22 7490/13
**conspiracy [1]** 7496/24
**constituted [1]** 7478/5
**constitution [14]** 7357/2 7388/1 7388/18 7388/22 7389/11 7390/23 7391/4 7391/20 7392/2 7417/6 7417/25 7418/7 7418/14 7484/9
**constitutional [6]** 7368/17 7389/8 7391/10 7391/13 7392/15 7475/5
**constitutionalist [1]** 7391/6
**constitutionality [1]** 7386/23
**constitutionally [2]** 7368/20 7484/2
**constraints [1]** 7380/16
**CONT'D [1]** 7359/18
**contact [3]** 7373/8 7428/9 7477/19
**contacts [1]** 7395/9
**containers [1]** 7369/16
**contemplated [1]** 7360/4
**contemplating [1]** 7389/22
**context [7]** 7375/7 7397/12 7397/18 7398/4 7429/16 7432/1 7449/3
**contingency [1]** 7397/19
**continue [2]** 7359/15

**C**

continue... [1] 7482/12
continued [6] 7356/1
7358/4 7371/12
7482/10 7485/6
7506/23
continues [1] 7371/2
contrary [1] 7492/6
control [2] 7469/17
7503/13
controversy [1]
7387/7
convenient [2] 7412/3
7478/15
conversation [1]
7424/11
convey [1] 7471/12
convince [1] 7394/2
Cool [2] 7408/14
7409/3
cooperate [1] 7478/4
coordinating [1]
7421/25
cop [1] 7492/16
corner [6] 7411/2
7413/12 7428/22
7429/4 7439/25 7491/4
correct [288]
correcting [1] 7369/12
corrupt [1] 7451/7
corruption [3] 7379/2
7380/13 7384/11
cost [2] 7478/10
7493/22
could [78] 7361/11
7361/12 7364/21
7371/23 7372/1 7372/2
7376/5 7379/23
7379/25 7382/12
7383/12 7384/19
7385/5 7385/6 7385/7
7389/15 7393/20
7394/7 7396/20
7396/21 7403/1
7403/21 7410/15
7416/11 7419/3 7420/3
7423/4 7430/5 7435/9
7435/14 7435/15
7437/18 7438/21
7439/10 7440/9
7440/18 7440/25
7441/5 7441/22 7442/4
7442/19 7442/20
7443/2 7443/3 7443/20

7444/23 7444/23
7444/24 7445/4
7445/11 7445/19
7449/9 7451/3 7458/2
7459/16 7460/17
7460/24 7465/7
7465/20 7466/23
7470/10 7471/16
7472/9 7472/20
7473/19 7476/11
7482/1 7482/1 7484/25
7485/2 7485/3 7485/18
7500/13 7500/15
7502/6 7505/21
7507/11 7507/24
couldn't [10] 7418/19
7427/7 7429/7 7431/3
7443/9 7443/12 7472/7
7494/10 7494/15
7502/4
counsel [8] 7359/2
7399/20 7400/18
7435/24 7477/9
7477/18 7479/16
7510/13
count [1] 7369/10
counterprotest [1]
7491/25
counting [2] 7405/15
7405/15
country [3] 7359/25
7363/5 7395/6
counts [1] 7405/17
county [2] 7462/13
7492/4
coup [2] 7384/5
7396/13
couple [8] 7405/5
7416/6 7416/9 7463/4
7480/6 7485/24
7492/21 7507/5
course [9] 7363/10
7378/7 7413/3 7413/19
7415/6 7429/1 7442/13
7501/14 7510/8
court [34] 7355/1
7357/1 7357/1 7359/10
7367/9 7367/14
7386/13 7386/13
7386/19 7387/5 7387/6
7387/8 7387/9 7387/10
7387/14 7387/15
7387/16 7389/2 7390/7
7390/12 7391/2

7400/24 7435/24
7475/19 7475/22
7475/24 7478/1 7478/1
7478/18 7478/24
7479/17 7504/6
7507/20 7514/3
court's [7] 7371/25
7372/3 7386/18 7387/4
7387/20 7403/22
7412/15
courtroom [4] 7359/12
7425/23 7426/11
7506/19
courts [1] 7387/3
cover [1] 7489/21
coverage [1] 7506/16
covered [1] 7366/1
7409/25
CPA [1] 7365/3
CR [1] 7355/3
crack [2] 7489/20
7490/1
cracking [2] 7489/13
7491/13
crap [2] 7447/13
7447/14
crazy [3] 7393/8
7393/10 7393/13
CRC [1] 7357/1
credibility [1] 7363/21
credit [6] 7362/6
7362/11 7362/14
7362/18 7363/2 7458/3
crew [1] 7369/14
crime [2] 7474/17
7491/24
crimes [3] 7363/25
7364/19 7379/20
criminal [1] 7468/12
criminality [1] 7383/8
Crimson [1] 7493/25
Crimson Trace [1]
7493/25
Crisp [3] 7356/5
7356/6 7414/4
cross [11] 7358/4
7359/15 7359/18
7359/20 7400/4 7426/1
7426/3 7487/1 7499/8
7502/9 7507/10
cross-examination [6]
7358/4 7359/15
7359/18 7359/20
7400/4 7426/1

cross-examine [2]
7426/3 7507/4
crossed [1] 7367/3
crowd [2] 7446/24
7505/25
curfew [4] 7492/5
7492/6 7492/7 7492/9
current [4] 7386/7
7397/25 7455/2
7488/15
currently [1] 7483/1
cut [2] 7423/23 7424/7

**D**

D.C [21] 7355/4
7355/16 7356/11
7356/15 7357/2 7377/5
7377/17 7378/12
7398/6 7401/17
7405/10 7413/3
7416/20 7420/7
7420/15 7421/2
7428/19 7438/19
7496/25 7499/21
7499/24
D.C. [10] 7409/15
7409/16 7410/18
7410/25 7412/20
7423/11 7430/18
7438/8 7449/13
7450/14
D.C. Op Jan 6, 21 [2]
7430/18 7438/8
D.C. Op Jan. 6 [3]
7409/15 7410/18
7423/11
D.C. Op Jan. 6, 21 [4]
7409/16 7410/25
7449/13 7450/14
D.C. Op Jan. 6th [1]
7412/20
Dade [1] 7492/4
Dallas [2] 7355/20
7355/23
damage [1] 7491/9
damn [1] 7467/25
dark [1] 7468/11
data [9] 7379/1
7379/14 7379/15
7379/16 7379/17
7379/18 7380/1
7383/23 7383/23
date [5] 7381/12
7382/7 7392/11

**date... [2]** 7392/13 7514/10
**dating [1]** 7469/18
**David [1]** 7356/21
**day [21]** 7355/6 7417/15 7427/10 7428/19 7429/21 7437/16 7437/17 7447/3 7451/25 7452/1 7452/12 7452/22 7453/5 7456/7 7484/20 7502/14 7503/17 7506/13 7507/23 7509/24 7509/25
**days [8]** 7369/25 7377/3 7448/11 7448/24 7479/19 7481/22 7485/22 7507/15
**dead [2]** 7445/21 7496/1
**dead air [1]** 7445/21
**deadline [1]** 7474/18
**deadly [1]** 7451/11
**deal [2]** 7392/4 7505/11
**decade [1]** 7361/23
**December [16]** 7378/11 7378/12 7380/25 7381/2 7382/7 7382/14 7383/11 7388/7 7396/5 7397/14 7403/5 7404/2 7412/20 7415/23 7419/2 7432/24
**December 12th [2]** 7378/12 7380/25
**December 14th [4]** 7381/2 7382/7 7382/14 7383/11
**December 21st [1]** 7403/5
**decertify [3]** 7388/22 7393/17 7394/1
**decide [1]** 7443/22
**decided [5]** 7361/1 7361/2 7406/6 7419/24 7456/19
**decision [1]** 7387/17
**decisive [1]** 7451/18
**Declaration [1]** 7483/12
**declare [5]** 7388/17

7389/1 7389/6 7389/10 7403/14
**declared [3]** 7387/17 7388/21 7501/3
**declaring [2]** 7499/19 7499/19
**declassification [4]** 7379/1 7379/6 7379/24 7383/23
**declassify [2]** 7379/4 7379/25
**declined [1]** 7387/10
**defeat [2]** 7384/5 7396/12
**defend [14]** 7388/1 7388/18 7388/22 7389/11 7390/23 7391/4 7403/15 7414/19 7417/6 7417/24 7418/6 7418/14 7454/18 7487/10
**defendant [7]** 7355/18 7356/2 7356/5 7356/9 7356/17 7356/20 7364/1
**defendants [3]** 7355/6 7366/2 7403/10
**Defendants Kelly Meggs [1]** 7403/10
**defense [9]** 7363/23 7365/25 7367/9 7370/14 7399/20 7468/12 7478/12 7490/2 7510/12
**Defensive [1]** 7490/10
**defied [1]** 7501/3
**definitely [4]** 7387/21 7468/17 7470/4 7470/4
**defy [1]** 7403/14
**degree [1]** 7368/21
**delay [2]** 7359/11 7426/4
**delegated [1]** 7414/1
**delete [12]** 7468/25 7469/3 7470/22 7471/5 7471/23 7472/2 7472/7 7472/19 7472/23 7472/24 7473/3 7473/16
**deleted [3]** 7472/9 7472/18 7472/20
**demands [1]** 7477/16
**denied [1]** 7423/18

**depending [4]** 7366/20 7507/10 7507/19 7508/4
**depiction [1]** 7498/15
**described [3]** 7433/19 7434/6 7434/10
**describing [1]** 7434/3
**description [2]** 7493/1 7493/4
**desperate [1]** 7380/10
**despite [1]** 7391/1
**destroyed [1]** 7392/2
**did [104]** 7363/14 7364/6 7368/5 7370/6 7372/17 7376/21 7378/17 7380/21 7382/4 7382/13 7386/19 7387/15 7387/19 7387/21 7390/12 7392/8 7392/18 7394/7 7399/10 7404/24 7405/2 7406/4 7406/4 7406/6 7406/13 7406/16 7409/23 7410/10 7411/22 7414/14 7416/20 7417/22 7419/24 7425/6 7427/21 7428/7 7428/14 7428/17 7428/19 7429/1 7429/17 7429/19 7433/7 7433/20 7437/22 7441/24 7447/1 7449/24 7449/24 7450/23 7453/6 7453/10 7453/22 7453/23 7459/4 7459/4 7465/1 7466/11 7468/8 7468/19 7468/25 7470/7 7470/13 7470/24 7471/24 7475/3 7475/16 7477/18 7479/11 7479/22 7480/2 7480/7 7484/17 7484/20 7485/17 7486/6 7486/9 7486/11 7486/15 7487/8 7487/8 7487/11 7487/12 7487/16 7488/5 7489/3 7489/5 7489/7 7490/13 7495/19 7495/25

7497/25 7500/3 7500/23 7500/24 7501/20 7502/3 7502/9 7503/7 7505/22 7506/2 7506/6 7506/7 7508/3
**didn't [75]** 7377/18 7379/9 7380/8 7380/21 7387/18 7390/7 7392/8 7392/22 7397/10 7400/3 7401/18 7402/5 7406/9 7406/23 7407/16 7409/18 7411/9 7411/10 7413/15 7415/9 7415/12 7416/22 7416/22 7423/15 7423/20 7423/21 7426/22 7427/11 7427/19 7428/6 7428/12 7429/12 7431/11 7432/21 7433/7 7433/17 7436/23 7437/3 7437/8 7446/14 7446/23 7450/22 7453/8 7453/25 7454/15 7455/23 7456/6 7467/5 7471/13 7474/18 7475/1 7475/11 7475/14 7479/21 7479/23 7480/6 7484/1 7484/14 7485/8 7488/12 7492/1 7495/8 7495/9 7496/9 7497/9 7497/20 7500/15 7502/18 7502/19 7503/1 7503/9 7505/2 7505/11 7505/13 7505/24
**die [1]** 7403/15
**diet [2]** 7400/25 7401/3
**different [3]** 7365/4 7476/12 7494/9
**difficult [1]** 7502/14
**dinner [7]** 7452/10 7453/2 7453/12 7453/17 7455/19 7456/6 7457/12
**dinners [1]** 7362/4
**direct [13]** 7361/15 7363/23 7364/25 7367/25 7368/23 7373/8 7424/3 7426/18

7373/24

**direct... [5]** 7431/8
7443/9 7484/14 7508/4
7508/17
**directing [1]** 7477/13
**direction [1]** 7436/20
**Directors [1]** 7363/7
**disagree [1]** 7365/5
**disappearing [1]**
7472/25
**disaster [1]** 7498/6
**disbarment [3]**
7474/12 7477/3
7477/25
**disbarred [9]** 7474/4
7474/15 7474/16
7475/9 7475/21
7476/19 7478/9 7479/2
7480/8
**discharge [1]** 7489/5
**disciplinary [11]**
7474/14 7475/13
7475/18 7475/20
7475/25 7477/9 7478/5
7479/6 7479/12
7479/15 7480/4
**discipline [2]** 7468/20
7477/14
**disclosed [2]** 7366/23
7400/6
**disclosure [1]** 7366/6
**disclosures [1]**
7365/17
**discovery [2]** 7365/18
7400/8
**discretion [2]** 7387/13
7414/12
**discuss [4]** 7468/11
7468/19 7487/5
7506/16
**discussed [6]** 7360/23
7360/25 7361/2 7378/9
7407/7 7448/15
**discusses [1]** 7477/3
**discussing [1]**
7423/14
**discussion [4]**
7360/20 7361/8
7366/21 7421/1
**disobedience [6]**
7373/15 7373/20
7373/21 7373/23
7374/2 7374/4
**disobedient [1]**

**dispute [1]** 7486/14
**disregard [1]** 7478/6
**DISTRICT [3]** 7355/1
7355/1 7355/9
**divide [1]** 7458/16
**divvied [1]** 7458/22
**do [141]** 7360/1
7360/6 7361/8 7361/10
7361/17 7362/10
7364/3 7365/9 7365/9
7366/14 7366/15
7366/21 7367/5
7368/15 7372/16
7373/18 7373/19
7373/21 7374/11
7374/15 7375/11
7375/20 7376/14
7379/1 7379/5 7380/1
7380/4 7380/9 7382/12
7384/2 7384/14
7384/23 7385/12
7385/18 7386/6
7386/10 7386/12
7386/14 7386/14
7387/22 7388/10
7388/10 7388/16
7389/23 7389/25
7390/1 7390/12
7390/22 7390/22
7391/5 7391/23 7392/1
7393/15 7395/13
7395/25 7397/9
7397/15 7397/17
7397/20 7400/12
7402/6 7402/6 7402/7
7402/17 7402/20
7403/13 7403/14
7406/6 7406/14
7406/17 7407/10
7408/12 7412/1
7416/25 7417/7 7418/8
7418/9 7418/10
7418/15 7418/21
7418/23 7419/8
7432/14 7433/24
7436/15 7436/20
7437/6 7438/18
7438/19 7440/13
7441/9 7447/14
7447/22 7448/16
7451/15 7454/4
7460/21 7464/11
7467/17 7467/25

7468/6 7468/7 7468/10
7468/11 7468/19
7468/20 7469/3
7469/21 7470/12
7471/9 7473/4 7475/1
7476/1 7478/18
7481/15 7481/21
7484/8 7486/18 7491/3
7492/7 7492/7 7493/6
7493/7 7495/17
7495/18 7496/22
7497/6 7500/14
7500/14 7500/15
7500/17 7500/22
7502/4 7502/4 7502/8
7502/24 7505/13
7506/16 7509/3 7510/4
7510/24
**do it [1]** 7500/22
**documents [4]** 7379/4
7476/2 7483/15
7486/11
**does [13]** 7379/4
7399/14 7402/6
7402/16 7420/25
7433/5 7462/18
7474/21 7474/21
7477/24 7478/14
7482/24 7501/12
**doesn't [6]** 7379/3
7403/14 7419/8
7419/12 7433/2
7451/17
**dog [1]** 7492/1
**doing [26]** 7391/9
7413/5 7416/12
7430/18 7432/3
7432/10 7432/11
7432/13 7433/10
7433/23 7435/20
7437/16 7443/25
7447/4 7454/15
7455/18 7458/18
7459/8 7461/3 7467/18
7468/10 7469/4 7496/5
7497/4 7499/20
7507/20
**Dolan [2]** 7433/1
7506/5
**domestic [1]** 7451/12
**Dominic [1]** 7441/18
**Dominic Pezzola [1]**
7441/18
**Don [6]** 7407/7

7414/15 7414/16
7499/25
**don't [62]** 7361/5
7362/20 7362/25
7364/22 7364/23
7366/5 7366/15
7371/21 7373/18
7375/9 7375/11
7375/20 7382/3 7384/3
7391/13 7393/9 7395/3
7395/7 7397/4 7397/13
7398/7 7400/14
7408/12 7408/13
7408/20 7418/6 7418/9
7418/24 7419/1
7421/10 7425/17
7426/3 7428/19 7437/6
7439/7 7446/19
7447/10 7456/4
7458/18 7458/19
7458/22 7461/25
7465/5 7468/20
7468/20 7468/20
7470/1 7475/21 7476/3
7477/13 7478/22
7484/16 7484/17
7484/19 7489/22
7493/1 7495/21
7495/22 7496/19
7499/1 7500/2 7510/25
**donations [1]** 7362/1
**done [15]** 7379/23
7385/15 7438/24
7448/21 7448/25
7449/1 7453/4 7453/16
7473/3 7481/16
7484/18 7487/9
7487/23 7490/1 7501/5
**door [7]** 7450/18
7455/14 7455/14
7456/18 7456/18
7457/3 7457/3
**door's [1]** 7446/16
**doors [4]** 7446/23
7446/25 7447/2
7504/15
**Doug [3]** 7489/3
7496/16 7499/18
**Doug Smith [1]**
7489/3
**down [33]** 7367/8
7377/1 7377/17
7380/13 7385/5

**down... [28]** 7389/15
7389/16 7404/10
7422/3 7425/13
7425/24 7428/13
7436/4 7436/17
7441/16 7441/16
7441/24 7441/25
7446/1 7449/18 7452/6
7466/12 7470/16
7480/20 7487/4
7487/19 7490/3
7493/10 7495/21
7495/24 7497/20
7506/10 7510/16
**dozens [1]** 7386/20
**dramatic [1]** 7488/8
**draw [1]** 7361/24
**drinks [1]** 7485/24
**drive [3]** 7356/18
7465/19 7495/18
**driving [3]** 7459/12
7466/20 7497/3
**drop [2]** 7378/23
7495/18
**dropped [3]** 7445/5
7492/18 7492/19
**drove [3]** 7457/18
7480/23 7496/3
**due [1]** 7374/1
**dues [1]** 7362/1
**dump [2]** 7379/1
7383/23
**dumped [2]** 7433/16
7451/9
**dumping [1]** 7429/18
**during [5]** 7374/3
7377/24 7394/23
7422/20 7453/17
**duty [11]** 7370/18
7384/15 7389/3
7390/12 7397/17
7402/6 7403/13
7418/21 7451/16
7455/5 7493/14

**E**

**each [8]** 7432/5
7442/19 7443/24
7444/21 7459/15
7472/20 7480/23
7493/18
**earlier [7]** 7371/19
7414/4 7427/9 7446/22

7464/25 7489/12
7490/19
**early [6]** 7365/25
7376/9 7457/5 7466/14
7470/7 7487/23
**easier [1]** 7468/7
**east [4]** 7439/6 7440/1
7440/16 7451/9
**East Plaza [1]** 7440/1
**echoing [1]** 7417/15
**Ed [4]** 7424/18 7425/1
7452/17 7452/24
**Ed Vallejo [3]** 7424/18
7425/1 7452/17
**edge [2]** 7408/6
7409/2
**Edmund [1]** 7356/9
**Edward [1]** 7356/2
**Edwards [1]** 7355/14
**effect [2]** 7361/19
7426/20
**efforts [1]** 7405/14
**egress [1]** 7408/22
**eight [1]** 7395/7
**either [12]** 7395/20
7395/23 7396/10
7396/11 7447/13
7454/17 7461/7
7461/23 7475/6
7477/11 7502/12
7508/18
**El [1]** 7448/4
**El Paso [1]** 7448/4
**Elaine [1]** 7394/20
**elected [2]** 7368/20
7368/22
**election [40]** 7367/17
7367/18 7368/24
7369/2 7369/5 7369/19
7370/1 7372/18 7374/3
7381/8 7381/22
7381/25 7382/6 7384/9
7385/14 7385/14
7385/19 7385/20
7385/25 7386/7 7386/9
7386/19 7386/21
7388/19 7388/23
7391/1 7391/10
7391/13 7391/16
7392/4 7392/4 7392/6
7392/19 7418/5
7448/12 7448/24
7459/7 7459/10
7482/12 7500/8

**elections [1]** 7386/17
**electoral [1]** 7381/9
**electors [6]** 7381/2
7381/25 7382/7 7383/6
7386/11 7388/23
**Elements [1]** 7414/9
**elicit [1]** 7470/2
**ELMER [6]** 7355/5
7355/18 7356/2 7358/3
7359/18 7486/4
**else [12]** 7360/10
7360/22 7429/2 7437/3
7439/23 7459/13
7477/14 7481/17
7489/14 7500/15
7502/8 7510/3
**embodied [1]** 7454/9
**Emergency [1]** 7463/6
**emoji [1]** 7465/15
**Empire [1]** 7356/22
**empty [1]** 7494/22
**en [1]** 7372/18
**en masse [1]** 7372/18
**encourage [2]** 7371/12
7374/15
**encouraged [4]**
7369/17 7436/7
7470/21 7471/5
**encouraging [5]**
7374/8 7374/19
7433/24 7482/11
7502/7
**end [1]** 7506/13
**Ending [1]** 7459/25
**enemies [1]** 7451/12
**enforcement [2]**
7456/13 7461/25
**England [1]** 7483/17
**enjoy [1]** 7469/22
**enough [4]** 7374/23
7432/16 7467/21
7471/15
**enter [1]** 7482/25
**entered [5]** 7359/12
7426/11 7441/25
7446/8 7446/15
**entering [2]** 7431/21
7451/16
**entire [6]** 7399/18
7400/2 7400/5 7473/3
7483/8 7496/4
**entirely [1]** 7446/2
**entirety [2]** 7415/3
7507/2

**entitled [2]** 7384/22
7514/5
**entrance [1]** 7409/11
**entry [1]** 7446/25
**environment [1]**
7468/4
**environments [1]**
7494/7
**equipment [5]** 7362/12
7369/14 7405/11
7413/16 7481/23
**equipped [1]** 7420/7
**errand [3]** 7416/23
7416/24 7419/16
**escort [4]** 7414/22
7414/23 7414/24
7414/25
**escorting [2]** 7437/13
7499/7
**especially [1]** 7502/15
**et [2]** 7355/5 7379/16
**et cetera [1]** 7379/16
**evacuate [1]** 7377/21
**eve [2]** 7482/23 7483/3
**even [11]** 7364/6
7367/7 7376/9 7383/6
7421/24 7434/1 7444/3
7447/4 7473/2 7488/8
7503/1
**evening [5]** 7449/21
7450/15 7452/5 7452/8
7466/13
**event [10]** 7378/12
7378/15 7405/22
7413/13 7413/14
7414/21 7427/5 7427/6
7498/3 7502/22
**events [6]** 7414/22
7488/2 7488/3 7488/5
7488/18 7488/20
**eventually [1]** 7470/14
**ever [6]** 7483/7 7486/6
7486/9 7486/11
7487/21 7496/21
**every [4]** 7391/8
7417/15 7451/13
7494/8
**everybody [10]**
7359/11 7359/14
7422/8 7457/23
7489/23 7496/5 7502/8
7506/21 7510/21
7511/3
**everyone [8]** 7359/13

**everyone... [7]**
7360/10 7410/21
7411/22 7426/12
7429/2 7438/20
7506/18
**everything [5]** 7411/22
7422/9 7495/23 7502/5
7502/7
**evidence [37]** 7358/8
7358/8 7358/9 7358/9
7358/10 7358/10
7369/23 7376/1 7396/3
7399/17 7403/2 7407/1
7412/13 7422/25
7424/9 7429/23
7430/12 7431/25
7435/18 7435/23
7436/3 7448/6 7449/9
7450/11 7460/5
7464/25 7470/22
7471/5 7471/19
7476/15 7476/15
7480/13 7485/1
7498/21 7503/4
7503/10 7503/13
**ex [4]** 7365/17 7366/3
7366/5 7510/4
**ex parte [1]** 7366/5
**exact [1]** 7391/9
**exactly [2]** 7400/3
7430/24
**examination [9]**
7358/4 7358/4 7359/15
7359/18 7359/20
7364/25 7368/23
7400/4 7426/1
**examine [2]** 7426/3
7507/4
**example [1]** 7447/15
**excellent [1]** 7373/9
**exception [1]** 7413/7
**excessive [1]** 7455/4
**exchange [3]** 7435/6
7448/2 7466/8
**excited [1]** 7501/12
**exercised [1]** 7469/20
**exhibit [64]** 7358/7
7370/10 7371/24
7372/2 7376/2 7383/10
7384/19 7385/6
7389/16 7393/5 7396/3
7396/24 7398/25
7399/16 7401/10

7403/2 7403/3 7403/20
7403/21 7403/24
7407/1 7407/19 7412/7
7412/14 7412/18
7412/19 7415/4
7415/16 7422/18
7423/3 7424/9 7425/15
7429/23 7429/25
7430/15 7432/2 7432/4
7435/14 7435/19
7435/23 7436/5 7439/9
7440/2 7440/17
7445/25 7446/1
7447/17 7448/6 7448/9
7449/8 7450/11
7451/23 7459/20
7460/5 7460/10
7466/24 7470/15
7471/17 7477/2
7480/14 7485/1
7489/11 7498/10
7499/5
**Exhibit 6615.C [1]**
7370/10
**Exhibit 6701 [1]**
7403/20
**Exhibit 6732 [2]**
7449/8 7450/11
**Exhibit 6923 [3]**
7407/1 7424/9 7425/15
**Exhibit 9104 [1]**
7422/18
**Exhibit 9105 [1]**
7399/16
**Exhibit 9114 [1]**
7447/17
**Exhibit 9116 [1]**
7459/20
**Exhibit 9120 [1]**
7429/23
**Exhibit 9121 [2]**
7477/2 7480/14
**Exhibit SR-15 [1]**
7498/10
**existed [2]** 7479/22
7479/23
**exit [1]** 7409/11
**exited [2]** 7425/23
7506/19
**expanding [1]** 7497/20
**expect [6]** 7364/3
7388/1 7388/10
7388/13 7449/15
7510/14

**expectation [1]**
7506/23
**expected [1]** 7389/22
**expenses [2]** 7363/3
7363/8
**experience [1]**
7412/23
**expert [2]** 7475/5
7503/8
**experts [1]** 7502/25
**explained [1]** 7491/22
**expose [4]** 7379/2
7379/18 7384/11
7384/11
**exposing [2]** 7380/12
7383/8
**extension [1]** 7477/19
**extensive [1]** 7366/9
**extent [5]** 7406/14
7429/19 7471/11
7476/6 7507/3
**extra [1]** 7389/7
**extrinsic [1]** 7476/15

**F**

**fact [14]** 7368/6
7392/23 7431/17
7442/1 7446/11 7450/1
7451/12 7468/23
7479/16 7486/14
7497/25 7499/10
7499/22 7506/6
**fact, [1]** 7506/3
**fact, leave [1]** 7506/3
**fail [1]** 7500/23
**failed [6]** 7388/18
7388/21 7389/2
7418/21 7475/9
7477/11
**failing [4]** 7388/22
7391/4 7479/5 7479/7
**fails [6]** 7387/24
7387/25 7397/16
7417/19 7419/5
7500/21
**failure [6]** 7364/21
7365/25 7367/7
7474/13 7477/17
7502/22
**fair [6]** 7360/12 7363/2
7363/13 7373/22
7436/25 7471/15
7475/2 7498/15
**fairly [1]** 7422/9

**faith [1]** 7392/22
**fall [1]** 7360/3
**falling [1]** 7363/9
**familiar [1]** 7414/7
**family [6]** 7361/10
7362/18 7362/21
7395/17 7487/11
7509/13
**fan [2]** 7407/23 7408/3
**far [9]** 7370/19
7379/25 7384/23
7394/9 7401/16 7407/2
7425/8 7451/11 7494/3
**far-right [1]** 7494/3
**fare' [1]** 7468/4
**farm [1]** 7378/8
**fathers [3]** 7376/11
7429/17 7433/20
**favor [1]** 7381/7
**FBI [5]** 7379/16
7455/10 7455/13
7487/2 7487/6
**fear [2]** 7385/24
7398/8
**feathered [1]** 7433/16
**federal [2]** 7385/20
7510/21
**feel [1]** 7501/20
**feet [1]** 7488/9
**Felix [1]** 7509/20
**Ferguson [2]** 7496/25
7497/17
**few [5]** 7363/9 7416/4
7420/17 7468/2
7510/16
**fifth [5]** 7508/12
7508/15 7508/16
7509/9 7509/10
**fight [15]** 7370/4
7374/2 7376/15
7376/21 7377/12
7380/14 7382/10
7404/5 7431/19
7483/18 7483/22
7492/1 7500/20
7500/25 7509/18
**fighting [2]** 7433/20
7434/7
**figure [4]** 7367/12
7429/7 7503/25
7509/19
**figured [2]** 7424/15
7437/4
**file [8]** 7363/14 7364/6

7530

## F

**file... [6]** 7364/21 7365/25 7367/2 7367/7 7464/18 7486/11
**filed [4]** 7365/22 7390/3 7479/8 7479/16
**filing [3]** 7364/16 7367/4 7474/17
**filings [4]** 7365/20 7366/3 7366/6 7367/1
**Filipino [1]** 7497/19
**final [5]** 7370/14 7404/4 7451/14 7477/3 7477/5
**finalized [3]** 7369/20 7392/20 7482/13
**finally [2]** 7371/6 7416/21
**financial [2]** 7363/25 7364/18
**find [9]** 7410/1 7410/22 7413/19 7420/15 7435/7 7481/17 7493/11 7495/16 7502/20
**finding [3]** 7446/11 7466/9 7482/19
**findings [1]** 7479/16
**fine [5]** 7363/1 7400/22 7411/17 7426/8 7510/10
**finish [3]** 7468/9 7504/5 7509/8
**finished [1]** 7455/7
**finishing [1]** 7507/12
**fire [2]** 7433/17 7504/23
**firearms [9]** 7362/12 7378/4 7382/24 7405/11 7406/13 7458/16 7458/20 7481/18 7481/23
**firearms-related [3]** 7362/12 7405/11 7481/23
**first [20]** 7381/13 7383/10 7383/15 7388/17 7392/6 7403/2 7431/10 7435/19 7441/11 7441/15 7446/9 7447/23 7450/3 7450/6 7454/7 7467/7 7476/22 7493/6 7493/22 7497/18

**first step [1]** 7480/3
**Fischer [2]** 7356/21 7356/21
**five [9]** 7404/22 7404/23 7455/2 7469/10 7504/3 7504/5 7508/8 7509/1 7510/11
**fixing [1]** 7380/19
**FL [3]** 7403/7 7415/22 7432/25
**flag [1]** 7501/5
**flags [1]** 7488/9
**flashlight [1]** 7494/8
**flight [1]** 7510/23
**Florida [1]** 7492/4
**focus [3]** 7383/8 7397/23 7417/15
**focused [1]** 7382/11
**foil [1]** 7459/9
**folks [7]** 7413/10 7425/20 7429/6 7432/25 7434/18 7452/12 7456/14
**follow [8]** 7396/21 7408/12 7415/7 7474/24 7474/24 7475/4 7478/13 7489/6
**follow-up [2]** 7408/12 7489/6
**followed [4]** 7382/18 7495/5 7495/8 7495/20
**followers [12]** 7367/19 7369/17 7376/20 7377/4 7395/24 7402/1 7402/12 7415/9 7415/12 7418/17 7428/6 7434/21
**following [5]** 7367/17 7388/2 7388/14 7476/8 7496/10
**follows [3]** 7410/25 7475/4 7478/13
**food [1]** 7498/7
**fool's [3]** 7416/23 7416/23 7419/16
**footage [3]** 7399/13 7439/25 7440/6
**football [1]** 7501/11
**force [10]** 7369/19 7377/8 7377/12 7405/13 7406/3 7406/10 7419/23 7455/4 7488/18 7494/22

**forcing [1]** 7446/25
**foregoing [1]** 7514/4
**foreign [1]** 7451/12
**forever [2]** 7452/2 7472/13
**forfeit [1]** 7478/8
**forgot [1]** 7489/10
**forgotten [4]** 7489/2 7489/4 7496/21 7496/22
**form [1]** 7483/11
**former [2]** 7394/19 7480/16
**FormerFeds [1]** 7356/18
**fortunately [1]** 7483/8
**forums [1]** 7447/8
**forward [6]** 7366/19 7367/11 7418/6 7419/3 7506/17 7510/19
**fought [1]** 7433/18
**found [4]** 7441/16 7442/1 7480/22 7482/20
**founded [1]** 7361/15
**founder [1]** 7397/15
**founders [2]** 7396/21 7482/20
**founders' [1]** 7484/5
**founding [6]** 7376/11 7429/17 7433/14 7433/20 7451/6 7483/15
**four [10]** 7369/25 7445/14 7448/11 7448/24 7485/22 7508/7 7508/9 7508/21 7509/2 7509/8
**fourth [1]** 7431/2
**fraud [7]** 7368/24 7369/2 7384/11 7389/9 7417/5 7418/3 7418/11
**fraudulent [3]** 7385/19 7388/19 7388/22
**fraudulently [1]** 7388/23
**fraudulently-selected [1]** 7388/23
**free [2]** 7496/4 7501/16
**Freedom [2]** 7405/22 7414/20
**Friday [3]** 7507/6 7510/20 7510/22

**friendly [1]** 7499/3
**friends [5]** 7370/13 7371/13 7372/10 7393/15 7396/6
**front [3]** 7356/6 7479/16 7493/7
**frustrated [1]** 7381/10
**fuck [1]** 7468/18
**fulfill [1]** 7435/3
**full [2]** 7363/4 7432/5
**full-time [1]** 7363/4
**fun [1]** 7436/19
**funded [1]** 7361/25
**funding [1]** 7363/12
**further [5]** 7388/21 7486/1 7489/6 7506/8 7507/7
**future [5]** 7370/6 7375/7 7376/23 7391/8 7483/1

## G

**Garden [3]** 7452/9 7454/25 7455/9
**gas [11]** 7457/18 7457/21 7457/24 7457/24 7458/1 7458/2 7490/19 7490/25 7490/25 7491/3 7491/5
**gather [1]** 7374/20
**gave [1]** 7378/15
**gear [4]** 7370/4 7402/23 7494/18 7495/23
**General [2]** 7383/16 7383/19
**General Washington [1]** 7383/19
**Generals [1]** 7386/3
**generation [1]** 7433/14
**generations [1]** 7451/6
**genius [1]** 7444/13
**gentleman [2]** 7489/4 7497/2
**gentlemen [1]** 7506/12
**George [1]** 7395/1
**get [51]** 7370/4 7374/5 7376/24 7389/25 7397/12 7402/22 7402/22 7409/25 7410/21 7411/8 7412/23 7412/24

get... **[39]** 7413/9
7418/16 7418/24
7419/19 7420/24
7436/13 7437/2 7437/9
7443/13 7443/24
7444/25 7444/25
7451/15 7453/20
7454/5 7458/19 7459/2
7464/6 7467/21
7469/21 7474/9
7475/12 7475/21
7476/5 7495/11
7495/17 7495/22
7497/25 7501/11
7502/17 7502/21
7503/9 7503/23
7505/16 7505/22
7505/24 7508/20
7509/10 7510/17
gets **[2]** 7396/12
7489/23
getting **[9]** 7393/25
7398/7 7427/22
7455/16 7458/20
7482/1 7491/2 7491/16
7495/23
Geyer **[2]** 7356/17
7365/16
girl **[3]** 7464/11
7469/16 7470/13
give **[9]** 7366/8
7393/16 7398/7
7400/18 7414/12
7433/12 7458/24
7464/13 7502/21
given **[6]** 7367/2
7380/2 7382/5 7392/21
7451/12 7459/14
gives **[1]** 7465/14
giving **[1]** 7475/7
Glen **[1]** 7356/23
gloves **[1]** 7494/19
go **[120]** 7361/2
7361/4 7364/22 7366/9
7366/10 7370/25
7371/23 7372/2
7372/24 7373/4 7373/7
7373/12 7374/6
7374/18 7375/13
7375/14 7376/1 7376/2
7377/25 7383/12
7385/6 7385/7 7391/19
7393/20 7398/5 7400/3

7400/25 7401/3 7402/5
7403/1 7403/21 7407/4
7407/18 7408/25
7410/6 7410/15
7410/24 7413/21
7416/4 7416/6 7416/7
7416/11 7417/23
7417/25 7419/3 7420/1
7420/3 7420/13
7420/16 7425/14
7427/1 7427/13 7430/5
7434/2 7435/9 7435/14
7435/15 7436/4
7436/10 7436/15
7436/22 7437/6
7437/19 7438/19
7439/10 7446/9
7447/23 7449/9
7450/21 7451/3
7456/19 7457/4 7457/6
7459/6 7460/17
7460/24 7461/12
7462/4 7462/10
7462/12 7462/16
7463/1 7463/8 7463/20
7464/21 7464/22
7465/7 7466/24
7468/11 7468/19
7469/8 7469/11
7470/10 7471/19
7471/20 7477/6
7481/17 7485/2
7485/18 7486/25
7488/5 7489/19
7489/25 7491/2
7493/13 7495/12
7495/15 7496/3 7496/4
7499/8 7501/12
7502/17 7502/20
7504/25 7505/2 7505/4
7505/12 7505/12
7508/9 7510/25
goes **[4]** 7363/21
7373/5 7474/20 7502/7
goggles **[1]** 7405/20
going **[78]** 7360/18
7360/25 7361/2 7361/4
7365/1 7379/18
7386/12 7392/19
7394/1 7396/10 7400/3
7404/4 7410/21
7413/14 7413/17
7413/19 7413/20
7416/21 7417/24

7418/6 7419/11
7419/16 7420/15
7421/9 7421/12
7421/13 7421/17
7421/19 7425/25
7427/1 7427/2 7427/6
7428/8 7428/10
7428/11 7433/19
7434/1 7436/11
7436/23 7437/3
7437/19 7438/23
7440/10 7444/2 7449/5
7455/13 7455/14
7456/18 7457/2
7459/12 7463/15
7464/8 7469/24
7476/23 7477/22
7489/19 7489/25
7490/1 7493/19
7495/17 7498/16
7499/6 7499/7 7499/20
7499/23 7499/24
7500/20 7500/21
7501/13 7504/9
7504/10 7504/18
7504/23 7504/23
7508/5 7508/19
7510/18 7511/2
gone **[11]** 7431/7
7434/14 7453/6
7453/12 7453/19
7481/8 7481/24
7505/24 7506/6 7507/6
7510/16
good **[16]** 7359/22
7359/23 7408/14
7408/21 7409/4
7409/25 7414/11
7414/16 7437/14
7453/9 7456/3 7464/11
7469/16 7470/13
7491/12 7495/15
GOP **[2]** 7394/4
7394/16
Gore **[1]** 7390/11
got **[25]** 7362/25
7365/2 7376/19 7387/6
7398/23 7414/16
7423/23 7437/9
7451/20 7455/10
7457/12 7460/20
7468/15 7469/13
7485/12 7486/14
7486/21 7489/11

7490/4 7506/2 7506/4
7507/5 7507/22 7509/4
7509/14
GotoMeeting **[3]**
7375/22 7499/23
7500/4
gotten **[3]** 7406/12
7427/23 7469/2
government **[19]**
7355/12 7371/22
7379/19 7380/13
7389/9 7399/16
7422/24 7430/11
7448/5 7455/3 7460/4
7480/13 7483/11
7484/1 7484/8 7493/20
7501/4 7507/3 7507/8
government's **[44]**
7359/15 7366/22
7369/23 7370/9 7372/1
7376/2 7383/10
7384/18 7393/5 7396/3
7396/24 7398/25
7399/16 7401/10
7403/2 7403/19 7407/1
7412/14 7415/16
7422/18 7422/24
7423/3 7424/9 7429/22
7430/15 7435/19
7439/9 7447/16 7448/6
7448/9 7449/8 7450/10
7459/19 7460/5
7460/10 7466/23
7471/17 7477/2
7478/14 7480/14
7485/1 7489/11
7502/24 7503/8
Governor **[3]** 7356/22
7429/18 7451/7
Governor's **[1]**
7433/15
granddad **[1]** 7462/13
Graydon **[6]** 7416/1
7416/15 7416/17
7419/2 7419/10 7433/1
great **[2]** 7462/22
7510/2
Greene **[20]** 7405/24
7406/5 7411/16
7414/15 7421/18
7426/19 7431/6 7435/6
7438/9 7438/11 7442/7
7442/22 7443/7
7443/22 7443/25

7532

# G

**Greene... [5]** 7444/2
7444/10 7444/16
7444/23 7445/13
**grievance [5]** 7474/18
7474/19 7475/11
7477/4 7477/11
**grievances [3]** 7477/4
7477/10 7479/8
**grip [1]** 7493/15
**ground [3]** 7417/10
7437/18 7502/21
**grounds [7]** 7427/3
7428/3 7431/7 7431/10
7431/22 7439/1
7504/10
**group [4]** 7405/13
7438/7 7489/16
7499/12
**groups [1]** 7420/8
**grows [1]** 7397/20
**guard [4]** 7379/12
7385/13 7414/23
7465/6
**guarding [1]** 7498/5
**guess [2]** 7421/8
7487/20
**guidance [1]** 7416/18
**guns [4]** 7404/16
7406/16 7491/15
7500/21
**guy [3]** 7372/12
7495/5 7495/20
**guy's [1]** 7372/16
**guys [20]** 7413/19
7423/8 7423/10
7423/17 7423/18
7424/5 7428/9 7458/13
7487/14 7487/16
7487/21 7488/1 7488/6
7489/15 7490/23
7494/12 7495/17
7495/20 7496/10
7497/24

# H

**H.W [1]** 7395/1
**had [113]** 7359/14
7360/11 7363/9
7368/20 7369/6
7371/20 7377/25
7380/24 7380/25
7382/6 7386/20 7390/3
7390/10 7391/3 7392/6

7392/9 7398/23
7399/24 7400/1 7400/2
7400/10 7404/25
7405/19 7405/24
7406/12 7406/14
7406/15 7418/18
7418/21 7422/6
7424/11 7427/10
7427/15 7427/23
7431/6 7431/7 7432/15
7432/20 7433/25
7434/3 7434/13 7435/6
7439/7 7441/25
7442/23 7443/19
7447/3 7449/22
7452/12 7452/24
7453/4 7453/6 7453/12
7453/13 7453/14
7453/16 7453/18
7453/19 7455/2
7455/16 7455/16
7456/7 7456/14
7456/20 7457/11
7459/14 7463/17
7465/19 7469/19
7470/10 7479/8
7479/19 7480/4 7481/6
7481/8 7481/9 7481/16
7481/24 7482/3 7482/6
7483/7 7484/18 7487/7
7487/18 7488/16
7488/16 7488/17
7489/2 7489/4 7492/12
7494/12 7494/16
7495/8 7496/3 7496/20
7496/22 7497/4 7497/6
7497/18 7497/24
7499/23 7499/25
7500/9 7500/25
7502/13 7502/16
7502/20 7503/8 7505/4
7505/24 7506/6 7507/6
7509/18
**half [6]** 7366/17
7410/9 7410/13
7444/14 7445/14
7464/19
**Haller [2]** 7356/12
7356/13
**hammer [1]** 7378/23
**hand [1]** 7398/9
**handguns [1]** 7405/5
**handle [1]** 7450/18
**hands [8]** 7390/18

7390/21 7432/15
7432/22 7433/3
7433/11 7454/12
7494/22
**hang [3]** 7445/2
7445/23 7477/6
**hangout [3]** 7403/7
7415/23 7432/25
**hangs [1]** 7445/9
**happen [14]** 7370/22
7371/16 7373/19
7375/17 7379/21
7389/23 7391/11
7396/22 7413/14
7416/21 7419/12
7431/11 7487/5 7487/6
**happened [7]** 7374/1
7418/12 7446/7
7483/21 7484/15
7484/16 7495/9
**happening [8]** 7418/4
7431/3 7431/19
7431/23 7434/7 7480/3
7480/7 7505/23
**happy [3]** 7400/18
7462/6 7492/14
**harbor [2]** 7429/19
7451/10
**hard [3]** 7380/1
7392/15 7396/22
**harder [1]** 7394/1
**Harrelson [7]** 7356/17
7403/11 7433/1
7510/14
**Harrington [2]**
7452/20 7458/14
**Harris [1]** 7368/7
**Harrisburg [1]** 7356/7
**Harvey [1]** 7498/4
**has [38]** 7363/11
7364/11 7364/22
7365/2 7370/18 7371/2
7371/16 7375/16
7379/6 7381/17
7388/17 7392/1 7392/3
7392/5 7394/5 7395/9
7395/11 7395/17
7407/11 7416/24
7426/2 7435/2 7435/23
7435/24 7459/19
7460/20 7462/13
7468/15 7474/22
7475/6 7476/20
7477/25 7478/11

7478/12 7494/9
7510/11 7510/15
7510/15
**hasn't [6]** 7363/24
7364/8 7365/13
7370/19 7476/19
7501/5
**hats [1]** 7468/4
**have [114]** 7360/20
7361/12 7361/22
7363/7 7363/9 7363/22
7365/15 7365/17
7366/9 7366/20 7367/3
7367/7 7367/8 7368/21
7369/10 7371/21
7379/23 7380/14
7380/14 7382/1 7386/9
7386/12 7386/15
7387/13 7390/17
7391/11 7394/14
7395/20 7396/13
7397/13 7397/19
7399/24 7400/1 7400/5
7400/12 7400/13
7400/13 7404/6 7406/2
7406/13 7407/6
7407/22 7413/2
7413/13 7417/14
7417/20 7418/23
7419/6 7419/14
7419/24 7420/6 7421/8
7427/4 7428/20 7431/3
7431/12 7433/4
7437/18 7446/20
7451/12 7451/14
7459/15 7460/15
7464/5 7464/10 7467/3
7467/15 7469/1
7469/17 7469/21
7476/2 7476/11 7483/9
7484/8 7484/17
7484/18 7485/16
7486/1 7486/23 7487/9
7488/19 7488/20
7490/4 7490/5 7490/6
7492/1 7494/2 7494/6
7494/6 7494/15
7494/18 7494/22
7495/11 7496/23
7500/9 7500/20
7500/21 7500/25
7501/3 7502/13
7506/13 7506/20
7507/1 7507/16 7508/7

**H**

**have...** [9] 7508/7
7508/8 7508/9 7508/21
7509/1 7509/2 7509/6
7510/13 7510/23
**haven't** [1] 7509/18
**having** [1] 7401/17
**he** [199]
**he's** [12] 7364/18
7365/2 7394/10
7394/13 7394/15
7396/16 7400/16
7443/21 7461/7 7461/7
7474/7 7498/25
**head** [3] 7422/11
7462/18 7476/3
**heads** [4] 7489/13
7489/20 7490/1
7491/13
**hear** [18] 7364/17
7386/19 7387/13
7387/15 7389/3
7418/19 7442/19
7443/10 7443/12
7443/21 7443/24
7444/2 7444/18
7444/18 7444/21
7444/23 7444/23
7444/24
**hear you** [1] 7444/18
**heard** [7] 7392/9
7433/1 7454/7 7456/13
7456/17 7457/8
7510/13
**hearing** [1] 7457/2
7477/18
**heart** [1] 7501/9
**heavy** [1] 7493/14
**heavy-duty** [1]
7493/14
**Heck** [1] 7394/4
**held** [3] 7474/7
7474/23 7475/6
**Hello** [6] 7443/14
7444/1 7444/1 7444/1
7444/17 7444/17
**helmet** [1] 7494/18
**help** [10] 7360/25
7377/12 7377/25
7379/13 7383/2
7422/16 7441/2
7453/19 7453/20
7453/22
**helped** [2] 7451/18

**helping** [1] 7481/10
**her** [24] 7395/7
7395/14 7395/17
7397/7 7405/22 7459/9
7459/14 7459/15
7461/22 7463/18
7465/3 7466/8 7466/18
7466/20 7467/4 7467/6
7469/13 7469/14
7469/17 7469/20
7470/9 7470/10
7470/12 7487/1
**here** [53] 7372/15
7373/2 7373/9 7373/18
7375/9 7375/11
7375/20 7382/24
7386/6 7387/24 7388/6
7390/2 7390/20
7391/24 7396/10
7396/18 7404/2 7407/6
7408/1 7416/7 7417/22
7418/9 7419/2 7428/19
7432/2 7432/19
7434/19 7437/8 7437/9
7439/13 7439/24
7440/3 7442/4 7442/20
7447/19 7454/7
7459/22 7463/4
7463/23 7464/11
7464/25 7473/3 7473/4
7477/8 7477/23
7489/12 7492/8
7495/22 7499/1
7503/25 7504/23
7510/25 7511/1
**Here's** [2] 7420/6
7422/8
**Herman** [3] 7357/1
7514/3 7514/10
**Hey** [7] 7433/14
7457/2 7457/4 7461/15
7475/13 7489/19
7489/21
**highest** [2] 7387/6
7390/7
**Highway** [1] 7356/22
**him** [92] 7364/3
7365/3 7365/13 7371/9
7377/21 7377/25
7379/13 7380/3 7381/7
7382/18 7383/5 7383/7
7383/20 7383/21
7389/6 7390/22

7392/10 7393/14 7457/17
7393/23 7394/3 7394/4
7394/9 7402/8 7402/18
7404/6 7414/23 7417/2
7417/6 7417/9 7417/10
7417/11 7418/7
7418/14 7423/21
7426/24 7427/1 7427/2
7427/14 7432/14
7435/7 7436/13 7437/2
7437/3 7437/4 7437/6
7437/7 7437/10
7437/17 7437/19
7438/1 7442/14
7443/12 7443/19
7443/20 7443/22
7444/5 7445/22
7451/19 7453/12
7453/21 7462/15
7464/22 7464/23
7465/2 7474/15
7474/25 7475/2
7475/24 7476/16
7478/15 7478/16
7481/3 7481/14
7481/18 7481/20
7484/17 7487/8 7495/8
7495/9 7495/14
7495/15 7495/22
7495/23 7496/4
7496/16 7500/14
7500/16 7502/20
7502/21 7502/21
7503/20 7508/17
**himself** [4] 7474/7
7474/23 7475/5 7475/6
**hired** [2] 7486/17
7486/19
**his** [63] 7360/21
7364/23 7373/8 7373/9
7380/4 7383/7 7390/21
7390/22 7394/15
7394/19 7396/12
7397/17 7400/17
7402/6 7403/13 7405/1
7406/13 7406/16
7409/6 7411/16
7414/22 7414/24
7415/6 7415/7 7416/22
7417/11 7421/14
7421/14 7421/19
7424/14 7429/7
7433/16 7433/17
7435/3 7436/13

7437/14 7457/17
7445/5 7451/15
7458/10 7458/11
7460/15 7462/14
7465/22 7475/17
7476/8 7477/15
7477/16 7478/6
7481/14 7489/3 7489/8
7489/16 7496/5
7496/16 7497/4 7497/5
7497/19 7498/19
7501/11 7502/22
7503/20 7509/22
**historical** [1] 7429/16
**historically** [2] 7363/6
7477/25
**hit** [2] 7450/18
7453/21
**hits** [2] 7407/23
7408/3
**hold** [5] 7386/7
7386/11 7391/10
7392/22 7417/24
**holds** [1] 7475/5
**holiday** [1] 7510/21
**home** [1] 7510/25
**honor** [38] 7359/17
7364/12 7364/19
7365/15 7365/24
7366/18 7366/24
7367/5 7367/13
7389/10 7400/4 7400/7
7412/16 7426/5
7426/15 7430/13
7435/14 7452/2 7460/3
7474/21 7475/3 7476/2
7476/14 7477/1 7478/3
7478/25 7480/12
7480/17 7480/19
7500/6 7504/3 7506/24
7508/11 7508/23
7508/25 7509/3 7509/5
7510/24
**HONORABLE** [1]
7355/9
**hook** [2] 7427/14
7504/21
**hope** [7] 7359/14
7451/19 7483/8 7484/7
7484/7 7502/18
7509/21
**hoped** [1] 7483/7
**hopefully** [3] 7366/20
7396/22 7509/23

**H**

**hopes [1]** 7398/23
**hoping [1]** 7398/13
**Horse [1]** 7439/23
**hosting [1]** 7391/15
**hotel [24]** 7404/17
7406/5 7406/9 7406/12
7406/15 7407/11
7408/18 7409/6
7410/11 7421/14
7421/14 7421/20
7421/23 7421/23
7422/14 7422/15
7455/22 7456/15
7456/18 7457/7 7457/8
7457/12 7457/23
7491/4
**hotels [3]** 7415/1
7455/14 7457/3
**hotheaded [1]** 7489/24
**hour [9]** 7366/17
7410/9 7410/13
7430/20 7430/20
7432/5 7432/5 7439/16
7462/22
**hours [7]** 7366/18
7463/4 7464/19 7465/8
7466/14 7470/8 7503/2
**house [10]** 7377/15
7377/16 7378/2
7401/15 7401/16
7401/19 7401/25
7405/23 7406/8
7504/22
**Houston [5]** 7497/25
7498/1 7498/4 7498/11
7498/13
**how [16]** 7361/15
7364/9 7366/15
7366/15 7382/5 7398/7
7404/24 7404/25
7405/2 7408/16 7434/3
7461/3 7481/25
7488/20 7507/4
7507/10
**however [1]** 7477/10
**hub [1]** 7498/6
**hugging [1]** 7498/25
**Hughes [1]** 7355/13
**huh [3]** 7373/3
7373/14 7443/15
**human [1]** 7455/3
**hundred [1]** 7402/8
**hundreds [4]** 7405/6

7405/7 7488/23
7488/24
**Huntington [3]**
7461/18 7463/15
7463/18
**hurricane [2]** 7465/25
7498/4
**Hurricane Harvey [1]**
7498/4
**husband [2]** 7395/7
7395/14

**I**

**I thought [1]** 7398/22
**I'd [3]** 7428/12 7498/20
7503/25
**I'll [7]** 7366/20 7397/14
7397/19 7408/15
7464/14 7471/10
7503/11
**I'm [70]** 7361/19
7363/5 7366/4 7369/9
7372/2 7392/9 7394/25
7397/4 7397/12
7397/13 7397/18
7400/5 7400/18 7401/2
7404/25 7404/25
7405/3 7408/9 7412/1
7416/10 7418/19
7421/8 7421/9 7421/9
7425/14 7425/25
7427/20 7428/12
7434/19 7434/23
7435/11 7436/11
7436/20 7437/22
7444/2 7444/4 7444/13
7446/11 7449/3 7449/5
7449/5 7451/1 7453/18
7456/2 7456/25
7457/11 7457/11
7465/8 7465/18
7469/24 7471/1
7471/20 7472/16
7472/17 7476/18
7482/9 7489/23 7493/8
7493/11 7499/14
7500/5 7504/20
7504/21 7507/14
7508/2 7508/14
7508/17 7509/5 7509/7
7511/2
**I've [5]** 7362/5 7365/20
7383/8 7400/13 7507/8
**idea [11]** 7382/7

7422/6 7434/12 7439/7
7444/22 7444/22
7447/3 7447/3 7453/13
7494/3 7495/11
**identify [1]** 7468/6
**identifying [1]** 7434/23
**II [3]** 7384/23 7386/23
7467/17
**III [6]** 7355/5 7355/19
7356/2 7358/3 7359/18
7486/4
**illegal [1]** 7500/17
**illegitimate [7]** 7383/7
7385/19 7385/19
7385/20 7389/8 7419/9
7450/25
**Illegitimately [1]**
7387/12
**illustrate [1]** 7490/23
**imagine [1]** 7466/16
**immediate [2]** 7367/18
7412/22
**immediately [4]**
7385/12 7388/2
7388/14 7456/16
**impeach [1]** 7475/2
**impersonating [1]**
7473/17
**implored [1]** 7378/18
**imploring [1]** 7384/8
**important [6]** 7386/24
7392/11 7432/24
7447/7 7451/19
7483/13
**imposed [2]** 7477/15
7478/14
**impossibility [1]**
7431/12
**imposters [1]** 7370/3
**improper [1]** 7489/8
**improperly [1]** 7489/3
**inaugurated [1]**
7487/23
**inauguration [1]**
7375/8
**incident [5]** 7489/2
7489/7 7492/3 7495/10
7496/21
**included [3]** 7378/3
7379/13 7403/10
**including [2]** 7361/3
7369/19
**income [2]** 7363/14
7363/15

**inconsistent [1]**
7476/8
**incorrect [5]** 7361/14
7396/1 7404/15
7430/20 7435/22
**incriminating [2]**
7470/22 7471/5
**indeed [1]** 7434/12
**independence [2]**
7403/14 7501/3
**Independence's [1]**
7483/12
**independent [1]**
7506/16
**independently [1]**
7365/19
**India [1]** 7451/9
**indicate [1]** 7367/6
**indicated [1]** 7502/11
**indicted [1]** 7468/13
**individual [2]** 7472/20
7472/21
**indulgence [5]**
7371/25 7372/3
7387/20 7403/22
7412/15
**infantry [1]** 7468/18
**infiltrated [1]** 7451/13
**infringing [1]** 7454/20
**ingress [1]** 7408/22
**initially [1]** 7474/1
**injured [1]** 7378/1
**injuries [1]** 7429/19
**Inn [1]** 7406/10
**innuendo [1]** 7365/21
**inquiry [1]** 7365/11
7478/23 7478/23
**inside [9]** 7431/7
7434/2 7434/2 7434/14
7446/17 7453/7 7453/13
7470/4 7481/8
**installed [1]** 7368/13
**instead [1]** 7383/7
**instructing [1]** 7469/2
**insurrection [37]**
7371/5 7376/18
7378/19 7378/22
7378/23 7379/4 7379/9
7379/11 7380/25
7381/18 7381/21
7382/14 7384/5 7384/9
7387/17 7391/14
7392/3 7395/20
7395/24 7396/11

**I**

**insurrection... [17]**
7396/12 7396/14
7398/12 7398/21
7400/18 7401/20
7401/22 7402/10
7402/20 7406/7 7415/6
7417/2 7417/7 7418/7
7418/15 7500/11
7500/23
**Insurrection Act [30]**
7371/5 7376/18
7378/19 7378/23
7379/4 7379/9 7379/11
7380/25 7381/18
7381/21 7382/14
7384/5 7384/9 7392/3
7395/20 7395/24
7398/12 7398/21
7400/18 7401/20
7401/22 7402/10
7402/20 7406/7 7415/6
7417/2 7417/7 7418/7
7500/11 7500/23
**intended [1]** 7471/11
**intent [3]** 7414/3
7414/6 7432/14
**intentional [1]** 7478/6
**intermediary [1]**
7502/16
**intermediate [2]**
7494/22 7494/23
**interrupt [3]** 7383/5
7397/11 7503/22
**intersection [1]**
7491/6
**intervene [2]** 7377/17
7392/19
**interview [5]** 7398/16
7399/8 7399/18 7400/9
7422/21
**interviewed [1]** 7422/1
**intoxicated [1]** 7495/5
**introduce [1]** 7476/15
**introducing [1]**
7372/16
**invited [1]** 7497/15
**invoke [15]** 7378/19
7378/22 7382/13
7395/20 7395/24
7398/12 7398/20
7400/17 7401/20
7401/22 7402/9
7402/20 7406/7

**invoked [3]** 7380/24
7392/3 7415/5
**invokes [2]** 7371/5
7376/18
**invoking [2]** 7391/4
7396/11
**involve [1]** 7477/24
**involved [2]** 7423/21
7424/6
**irrelevant [1]** 7363/25
**IRS [2]** 7366/1 7366/8
**is [237]**
**ish [1]** 7420/4
**isn't [10]** 7361/22
7371/7 7371/10
7373/22 7374/1 7380/3
7482/2 7482/6 7497/14
7499/22
**issue [5]** 7364/8
7364/11 7379/14
7380/1 7476/10
**issued [2]** 7477/12
7483/16
**issues [2]** 7365/4
7503/17
**it [206]**
**it's [59]** 7363/2 7363/4
7363/25 7363/25
7363/25 7365/21
7365/23 7366/3
7366/10 7366/25
7369/15 7371/8
7373/24 7374/4
7375/14 7376/17
7381/23 7387/4
7387/14 7391/18
7393/9 7396/22
7400/19 7408/10
7412/12 7416/23
7422/11 7425/20
7426/3 7432/23
7433/21 7436/1 7436/2
7436/25 7443/16
7446/4 7459/6 7461/7
7461/19 7466/3
7466/17 7467/2
7468/17 7469/15
7474/13 7474/18
7475/1 7475/12 7476/7
7476/7 7478/15
7478/15 7478/22
7495/10 7500/9
7500/13 7500/16

**item [1]** 7493/12
**items [3]** 7482/4
7482/6 7493/11
**its [3]** 7387/2 7387/8
7476/25
**itself [1]** 7387/17

**J**

**J5 [1]** 7488/15
**J5/6 [1]** 7488/15
**J6 [2]** 7417/21 7488/15
**James [11]** 7355/22
7405/24 7438/22
7452/15 7453/6
7457/22 7458/9 7481/1
7481/3 7481/12
7484/17
**Jan [2]** 7430/18 7438/8
**Jan. [8]** 7409/15
7409/16 7410/18
7410/25 7412/20
7423/11 7449/13
7450/14
**January [70]** 7370/23
7376/20 7384/24
7385/24 7387/25
7388/6 7389/17
7389/23 7389/23
7392/11 7392/24
7393/16 7393/17
7393/23 7395/20
7396/8 7396/16 7398/6
7398/12 7398/19
7401/21 7402/3 7402/7
7402/9 7402/17
7403/18 7404/2
7404/13 7406/3 7407/6
7409/24 7410/12
7411/14 7413/8
7413/23 7414/14
7415/18 7417/8 7418/4
7418/8 7418/12
7418/13 7418/16
7418/17 7418/21
7421/12 7422/7
7424/18 7426/17
7429/14 7430/8 7433/7
7433/24 7434/6
7449/21 7450/15
7460/12 7467/2 7470/8
7470/8 7482/11
7482/15 7482/18
7484/15 7499/13

7499/24 7500/8
7502/10
**January 1st [1]**
7499/23
**January 2nd [1]**
7407/6
**January 5/6 [1]**
7499/24
**January 6 [3]** 7384/24
7402/9 7415/18
**January 6th [36]**
7376/20 7385/24
7402/3 7402/7 7402/17
7404/2 7406/3 7411/14
7413/8 7413/23
7414/14 7417/8 7418/4
7418/12 7418/16
7418/17 7418/21
7421/12 7422/7
7424/18 7426/17
7429/14 7430/8 7433/7
7433/24 7434/6
7449/21 7460/12
7470/8 7482/11
7482/15 7484/15
7499/13 7499/17
7500/8 7502/10
**Jason [2]** 7433/1
7484/23
**Jason Alpers [1]**
7484/23
**Jeff [1]** 7502/16
**Jeff Morelock [1]**
7502/16
**Jeffrey [1]** 7355/13
**Jericho [2]** 7378/12
7380/7
**Jericho March [2]**
7378/12 7380/7
**Jessica [3]** 7356/5
7424/2 7439/5
**job [4]** 7363/4 7414/24
7451/15 7453/9
**Joe [3]** 7421/19
7452/20 7458/14
**Joe Harrington [1]**
7458/14
**John [1]** 7414/10
**Johnston [1]** 7356/3
**joined [3]** 7390/6
7446/24 7497/2
**Jonathan [1]** 7356/5
**Jones [2]** 7361/3

**Jones...** [1]  7361/5
**Josh** [3]  7438/22
7453/6 7484/17
**Josh James** [1]
7453/6
**Joshua** [5]  7405/24
7452/15 7457/22
7458/9 7481/1
**Joshua James** [5]
7405/24 7452/15
7457/22 7458/9 7481/1
**Jr** [2]  7356/2 7356/9
**JUDGE** [8]  7355/9
7363/24 7365/5
7399/23 7400/12
7435/24 7469/24
7509/18
**Juli** [1]  7356/12
**JULIA** [1]  7356/13
**July** [1]  7400/10
**jumped** [2]  7451/8
7470/17
**jurisdiction** [6]
7386/18 7387/5 7387/9
7387/14 7389/4 7494/9
**jury** [9]  7355/8
7359/12 7425/23
7426/11 7448/13
7449/10 7471/19
7496/20 7506/19
**jury's** [1]  7503/12
**just** [69]  7368/10
7374/15 7379/24
7384/1 7388/6 7391/3
7391/25 7392/2
7393/13 7399/18
7400/12 7408/16
7410/7 7419/22 7421/9
7421/14 7425/7 7426/2
7429/23 7432/24
7433/20 7434/7
7434/19 7434/23
7436/20 7438/3 7444/2
7444/17 7451/1
7456/23 7456/25
7457/4 7461/8 7462/7
7468/22 7471/4
7472/13 7472/22
7473/19 7475/4
7475/14 7477/1
7478/20 7481/20
7482/15 7489/10
7490/5 7491/14 7492/2

7492/10 7492/12
7495/1 7495/14
7495/15 7495/21
7495/25 7496/1
7496/10 7500/14
7501/10 7503/11
7506/15 7506/22
7506/24 7507/16
7509/12 7509/21
7510/7 7510/20
**Justice** [1]  7387/12
**justices** [1]  7389/2
**justify** [1]  7477/16

**K**
**Kandaris** [2]  7424/14
7452/24
**Kathryn** [1]  7355/12
**keep** [12]  7384/1
7413/20 7417/24
7437/11 7439/21
7440/18 7440/25
7441/22 7442/17
7443/22 7444/6 7445/4
**Keeper** [4]  7359/25
7424/16 7434/1 7489/7
**Keepers** [49]  7360/23
7361/16 7361/23
7361/25 7362/4 7362/6
7362/11 7362/14
7362/18 7363/2 7363/6
7363/8 7363/12 7364/6
7364/9 7367/3 7369/18
7376/10 7377/24
7378/11 7382/20
7395/21 7397/16
7404/13 7405/22
7406/2 7414/20
7428/18 7450/2
7452/19 7458/2
7468/10 7474/8 7475/7
7483/25 7486/6 7486/9
7486/12 7486/15
7486/19 7488/16
7490/13 7492/10
7496/23 7497/3
7499/12 7499/17
7505/6 7505/11
**Keepers'** [1]  7412/4
**keeps** [1]  7509/21
**Kelly** [32]  7356/9
7403/10 7406/12
7406/23 7407/6
7407/21 7409/24

7410/10 7417/4
7421/13 7421/23
7422/14 7429/7
7432/25 7436/10
7436/12 7436/21
7436/25 7438/22
7439/5 7440/3 7442/25
7443/16 7444/11
7446/4 7453/11
7481/15 7502/15
7502/17 7503/1 7503/8
7503/19
**Kelly Meggs** [22]
7406/23 7407/6
7407/21 7409/24
7410/10 7421/13
7422/14 7429/7
7432/25 7436/10
7436/12 7436/21
7436/25 7438/22
7439/5 7440/3 7442/25
7443/16 7444/11
7446/4 7503/1 7503/8
**Kelly Meggs'** [2]
7421/23 7502/15
**Kellye** [10]  7368/24
7396/6 7397/3 7452/13
7457/4 7459/6 7460/13
7461/15 7463/1 7481/5
**Kellye SoRelle** [3]
7368/24 7463/1 7481/5
**Kenneth** [3]  7356/17
7403/11 7433/1
**Kenneth Harrelson** [1]
7403/11
**Kentucky** [6]  7452/20
7458/13 7461/20
7461/20 7488/6
7490/18
**kept** [2]  7491/20
7492/8
**kicked** [1]  7484/17
**kill** [3]  7455/5 7501/12
7501/13
**killed** [1]  7360/12
**kind** [10]  7398/7
7399/12 7459/7
7465/25 7479/25
7486/25 7488/5
7488/17 7489/19
7497/23
**kinds** [2]  7366/7
7500/10
**kink** [2]  7469/21

**KKK** [2]  7497/19
7497/20
**kneel** [1]  7452/1
**knew** [23]  7364/6
7365/12 7378/6
7392/11 7392/13
7395/19 7395/23
7398/11 7401/21
7406/12 7406/14
7413/14 7413/18
7423/19 7427/15
7427/23 7428/18
7431/5 7431/17
7431/23 7432/8 7481/6
7499/18
**know** [66]  7361/4
7364/23 7366/15
7375/24 7399/10
7400/3 7400/14
7400/14 7406/16
7406/23 7408/16
7408/20 7410/10
7411/9 7411/10
7411/10 7411/17
7417/1 7417/11
7417/19 7419/5
7421/10 7423/21
7425/6 7425/8 7427/11
7427/19 7428/12
7429/19 7434/21
7439/7 7443/23
7446/19 7446/22
7447/10 7447/11
7447/11 7447/12
7451/2 7453/12
7453/23 7454/2 7454/4
7454/14 7456/3 7456/4
7462/1 7462/7 7462/22
7464/25 7474/12
7474/22 7477/1
7477/13 7478/21
7479/22 7479/23
7480/3 7480/7 7487/5
7487/10 7497/19
7497/20 7499/1
7504/12 7510/18
**knowing** [2]  7423/18
7478/5
**known** [3]  7462/13
7484/18 7504/20

**L**
**LA** [1]  7356/3

# L

lack [1] 7499/11
Ladies [1] 7506/12
lady [1] 7405/19
lamenting [1] 7473/2
land [4] 7387/6 7390/7 7411/1 7461/17
landing [2] 7411/3 7411/11
Landon [14] 7421/19 7435/12 7452/20 7458/13 7459/2 7459/15 7459/23 7460/12 7460/13 7460/20 7461/2 7461/14 7461/16 7463/14
Landon Bentley [7] 7421/19 7452/20 7458/13 7459/15 7459/23 7460/12 7460/20
Landon Bentley's [3] 7459/2 7461/14 7463/14
language [4] 7489/18 7500/9 7501/8 7501/15
lapel [1] 7399/12
largely [1] 7361/25
laser [1] 7417/16
LASSITER [1] 7355/19
last [9] 7361/23 7362/3 7371/2 7381/17 7385/7 7407/6 7409/25 7435/2 7485/2
late [1] 7365/25
later [15] 7367/10 7376/19 7410/13 7424/15 7437/4 7441/16 7446/4 7451/24 7463/5 7468/2 7469/10 7483/21 7492/18 7497/4 7505/8
Latinos [1] 7414/19
Laughter [2] 7393/12 7509/16
law [22] 7356/10 7356/13 7363/22 7364/10 7364/22 7364/24 7365/7 7365/9 7426/6 7456/13 7461/25 7473/24 7474/1 7474/24 7475/4 7475/5 7476/8 7476/9

7478/8 7478/13 7478/13 7501/21
law-abidingness [5] 7363/22 7364/22 7365/7 7365/9 7476/8 7502/9
lawful [5] 7447/12 7447/13 7490/8 7502/6 7502/9
lawfully [1] 7477/9
Lawn [2] 7355/20 7355/22
laws [2] 7364/21 7364/13
lawsuit [2] 7386/25 7390/3
lawsuits [2] 7386/21 7486/11
lawyer [9] 7474/7 7474/8 7475/6 7486/7 7486/9 7486/12 7486/16 7486/18 7486/19
lawyers [1] 7486/17
lead [3] 7371/10 7412/24 7500/1
leader [3] 7394/17 7397/15 7414/16
leaders [4] 7409/21 7412/24 7414/1 7414/11
leadership [11] 7370/1 7372/6 7372/15 7381/16 7404/3 7412/22 7413/2 7413/7 7414/10 7447/19 7451/25
leading [1] 7383/16
leads [2] 7412/23 7446/5
least [5] 7363/11 7365/14 7383/2 7393/17 7431/2
leave [17] 7380/12 7380/18 7406/4 7406/9 7406/13 7406/16 7421/14 7421/17 7421/19 7455/23 7456/6 7456/19 7457/5 7466/19 7469/1 7505/21 7506/3
leaves [2] 7445/2 7445/24
Lee [1] 7355/22
left [12] 7376/14

7382/12 7404/14 7422/10 7427/17 7440/9 7455/19 7455/25 7456/2 7457/22 7504/1 7509/7
legacy [4] 7452/2 7472/3 7472/9 7473/16
legal [4] 7386/15 7390/10 7391/2 7475/7
legally [2] 7500/14 7502/4
legislation [1] 7370/3
legislators [1] 7393/16
legitimate [3] 7367/23 7367/23 7482/14
less [5] 7394/1 7398/22 7398/23 7398/23 7494/23
Lessard [2] 7405/21 7405/25
let [18] 7361/3 7365/12 7392/2 7397/4 7408/16 7434/21 7443/13 7447/10 7447/23 7453/12 7462/7 7462/22 7467/24 7468/9 7468/18 7477/22 7487/10 7495/14
let's [62] 7366/14 7366/19 7367/11 7367/16 7369/22 7370/9 7370/25 7372/24 7374/6 7374/18 7375/22 7376/24 7383/9 7384/18 7390/1 7393/4 7396/2 7396/24 7398/5 7398/14 7398/25 7401/8 7403/19 7406/18 7406/25 7407/3 7407/4 7407/18 7412/13 7413/21 7414/2 7415/4 7415/16 7415/20 7416/4 7416/6 7419/21 7420/1 7420/24 7422/17 7424/8 7426/2 7426/17 7429/21 7429/22 7430/10 7432/1 7436/4 7439/7 7442/17 7444/6 7445/23 7447/16 7457/6 7461/12 7462/4 7462/10 7469/11

7493/6 7494/8 7494/15 7495/15 7501/12
lethal [2] 7494/22 7494/24
letter [19] 7366/1 7381/11 7381/13 7382/3 7382/4 7382/19 7383/9 7383/10 7384/4 7384/8 7384/19 7384/22 7384/22 7385/12 7388/7 7390/2 7397/25 7475/12 7476/9
letters [2] 7367/1 7382/16
letting [2] 7451/2 7456/25
level [3] 7451/14 7469/17 7501/16
Lexington [4] 7433/21 7434/8 7483/20 7483/22
Liberty [3] 7434/12 7434/16 7451/6
license [1] 7475/17
licensed [1] 7486/19
lied [1] 7453/15
life [8] 7412/4 7412/19 7454/13 7454/18 7462/14 7483/8 7483/8 7492/2
light [1] 7493/25
like [65] 7363/9 7365/21 7373/24 7383/4 7383/4 7383/18 7383/20 7384/11 7391/3 7391/25 7391/25 7392/6 7406/13 7407/23 7408/2 7417/16 7422/9 7422/11 7429/6 7431/2 7432/25 7433/20 7433/24 7434/7 7434/11 7434/16 7439/16 7441/16 7454/12 7455/23 7455/25 7456/12 7459/18 7464/17 7467/24 7472/15 7472/17 7472/23 7473/6 7475/4 7475/13 7480/16 7481/9 7481/10 7484/7 7487/25 7488/5 7488/9

# L

**like... [17]** 7489/19 7489/21 7490/22 7490/24 7491/9 7493/21 7494/18 7495/16 7497/1 7497/17 7498/20 7499/3 7501/5 7501/9 7503/25 7508/10 7510/21

**likelihood [1]** 7393/25

**likely [6]** 7398/11 7398/20 7398/22 7398/23 7400/17 7401/19

**likewise [1]** 7389/2

**limit [1]** 7392/16

**Lincoln [7]** 7391/4 7391/25 7407/23 7408/2 7408/3 7409/1 7411/2

**Lincoln Memorial [2]** 7408/3 7411/2

**Linder [8]** 7355/19 7355/19 7358/4 7364/14 7364/17 7486/3 7503/22 7506/22

**line [8]** 7361/13 7365/10 7392/15 7469/25 7478/11 7494/2 7502/9 7508/6

**lineup [1]** 7506/25

**lingered [1]** 7483/3

**link [3]** 7373/2 7373/5 7436/23

**linked [1]** 7470/14

**list [1]** 7507/6

**listen [4]** 7371/13 7392/8 7467/10 7470/12

**listened [1]** 7469/23

**literally [1]** 7506/24

**little [4]** 7442/19 7451/5 7462/2 7469/22

**live [3]** 7450/17 7461/17 7461/20

**Lives [1]** 7497/18

**livestream [1]** 7487/22

**living [2]** 7361/22 7509/17

**LLC [2]** 7356/6 7356/18

**local [2]** 7374/9

7496/12

**locate [2]** 7427/12 7428/4

**location [5]** 7410/1 7410/22 7420/16 7462/1 7495/21

**locks [1]** 7487/24

**long [7]** 7400/19 7451/25 7466/17 7483/4 7507/4 7507/10 7508/3

**longer [2]** 7366/15 7366/21

**look [17]** 7384/3 7384/18 7412/13 7415/16 7422/16 7424/8 7429/21 7429/22 7431/25 7440/9 7465/11 7476/6 7478/11 7481/10 7489/23 7495/10 7506/17

**looked [3]** 7412/7 7432/24 7490/24

**looking [12]** 7372/5 7412/18 7416/17 7434/19 7446/22 7455/14 7456/18 7457/3 7471/4 7476/14 7493/8 7496/2

**looks [3]** 7407/22 7408/2 7499/3

**Lorraine [3]** 7357/1 7514/3 7514/10

**lot [15]** 7362/9 7363/5 7365/3 7374/11 7383/8 7390/16 7448/21 7475/4 7488/10 7495/10 7497/8 7497/14 7500/9 7503/16

**Lots [3]** 7408/6 7409/2 7409/25

**loud [1]** 7442/16

**Louis [1]** 7355/14

**Louisville [3]** 7490/18 7495/2 7495/7

**love [1]** 7468/22

**lunch [1]** 7359/14

# M

**ma'am [14]** 7360/2 7391/7 7406/20 7428/16 7432/4 7436/2

7496/10 7437/24 7447/1 7453/18 7455/8 7464/9 7473/17 7473/25

**made [4]** 7378/10 7394/5 7414/17 7481/10

**MAGA [1]** 7377/7

**mail [2]** 7480/1 7480/6

**mailed [1]** 7477/23

**mailings [2]** 7477/8 7479/7

**main [2]** 7408/7 7409/2

**major [2]** 7413/6 7413/25

**majority [2]** 7381/6 7394/16

**make [13]** 7365/22 7366/7 7397/8 7417/11 7428/10 7437/20 7438/23 7468/6 7468/7 7492/8 7505/10 7505/18 7505/22

**making [4]** 7380/16 7381/7 7436/19 7497/5

**mall [1]** 7360/7

**man [2]** 7435/2 7489/23

**manpower [1]** 7425/9

**mansion [3]** 7429/18 7433/15 7451/7

**many [15]** 7360/15 7385/11 7398/7 7404/24 7404/25 7405/2 7408/10 7414/7 7420/7 7420/8 7466/1 7466/1 7472/12 7482/6 7488/20

**Manzo [1]** 7355/14

**maps [2]** 7407/22 7420/19

**march [7]** 7372/18 7376/11 7377/7 7378/12 7380/7 7487/22 7487/23

**marched [2]** 7450/16 7450/20

**marked [1]** 7459/19

**married [1]** 7394/10

**Marsha [1]** 7405/21

**Marsha Lessard [1]** 7405/21

**Marshall [1]** 7457/1

Marshall Watson [1] 7457/1

**mask [1]** 7497/20

**mass [1]** 7379/1

**Massachusetts [3]** 7433/15 7451/8 7483/22

**Massachusetts' [1]** 7429/18

**masse [1]** 7372/18

**massive [1]** 7498/5

**math [1]** 7444/13

**matter [2]** 7497/18 7514/5

**matters [6]** 7390/18 7390/21 7432/21 7433/3 7476/24 7479/12

**may [18]** 7400/9 7407/10 7422/2 7422/21 7426/4 7426/5 7455/5 7460/8 7460/9 7461/25 7474/12 7476/10 7487/9 7498/23 7502/13 7506/10 7507/6 7509/6

**May 3rd [1]** 7400/9

**maybe [7]** 7405/3 7426/18 7442/23 7485/14 7508/1 7508/2 7509/7

**Mayor [5]** 7498/1 7498/4 7498/11 7498/13 7498/16

**McConnell [4]** 7394/4 7394/8 7394/17 7395/14

**MD [1]** 7356/23

**me [65]** 7363/1 7365/12 7368/3 7369/12 7397/4 7397/10 7399/7 7402/14 7406/13 7408/16 7411/20 7413/10 7413/12 7427/22 7428/10 7428/21 7429/10 7431/18 7436/13 7437/3 7437/7 7437/10 7437/20 7438/4 7442/12 7442/13 7443/13 7447/23 7448/16 7450/8 7453/10 7453/12

**me... [33]** 7453/13
7453/15 7453/18
7453/19 7461/7 7461/7
7462/7 7462/22
7464/12 7464/13
7465/8 7467/24 7468/9
7468/17 7468/18
7469/4 7469/14
7469/14 7470/9
7470/12 7470/18
7473/7 7473/11
7473/17 7476/24
7481/8 7481/8 7481/9
7481/11 7498/11
7498/25 7505/16
7505/18
**mean [13]** 7372/11
7384/1 7397/10
7407/16 7446/11
7466/16 7469/18
7469/21 7476/6
7482/24 7483/3
7501/13 7508/23
**means [2]** 7369/18
7431/10
**meant [6]** 7375/12
7375/21 7407/16
7420/22 7422/10
7424/1
**mechanical [1]** 7357/6
**media [4]** 7369/15
7401/17 7497/17
7506/15
**mediation [1]** 7509/14
**meet [5]** 7427/2
7459/6 7464/14 7466/9
7466/14
**meeting [8]** 7377/3
7459/10 7459/11
7463/18 7464/7 7464/8
7465/9 7499/3
**meetings [1]** 7413/6
**Meggs [42]** 7356/9
7403/10 7404/25
7406/12 7406/23
7407/6 7407/21 7408/1
7408/25 7409/24
7410/10 7410/13
7410/14 7410/18
7420/14 7420/17
7421/13 7422/14
7423/14 7424/2 7429/7
7432/25 7436/10

7436/12 7436/23
7436/25 7438/22
7439/5 7440/3 7442/25
7443/10 7443/16
7444/11 7444/17
7444/24 7445/2
7445/24 7446/4 7503/1
7503/8 7508/24
7510/13
**Meggs' [3]** 7421/23
7445/18 7502/15
**MEHTA [1]** 7355/9
**member [5]** 7360/11
7363/11 7448/3 7448/3
7496/7
**members [14]** 7361/3
7363/6 7369/17
7376/10 7414/7
7438/12 7439/5
7441/19 7450/2
7467/18 7468/10
7486/21 7492/13
7496/23
**membership [2]**
7362/1 7497/21
**memorial [5]** 7360/18
7360/21 7361/1 7408/3
7411/2
**mentioned [3]** 7461/16
7488/16 7497/8
**merge [2]** 7443/22
7444/2
**merged [1]** 7443/6
**message [91]** 7370/12
7372/6 7372/9 7382/9
7393/14 7396/5 7397/2
7397/22 7402/11
7403/7 7407/13
7408/14 7408/25
7409/3 7409/14
7409/18 7410/6
7410/14 7410/15
7410/24 7410/25
7410/25 7411/6 7413/1
7417/4 7417/14
7417/18 7418/2
7420/24 7424/25
7425/3 7425/7 7436/16
7436/20 7438/9 7439/3
7439/14 7439/24
7445/8 7448/1 7450/17
7451/16 7451/18
7451/20 7459/25
7460/19 7461/5

7461/23 7462/4
7462/10 7462/16
7462/21 7463/1 7463/4
7463/5 7463/8 7463/11
7463/14 7463/20
7463/23 7463/25
7464/2 7464/5 7464/13
7464/17 7464/18
7464/21 7465/1 7465/7
7465/11 7465/14
7465/17 7467/12
7467/13 7467/17
7467/21 7467/24
7468/2 7468/9 7468/15
7468/24 7469/8
7469/12 7471/11
7471/14 7471/20
7471/23 7472/2
7502/17
**message and [1]**
7439/14
**messages [20]**
7376/24 7415/22
7420/17 7430/8
7432/25 7438/18
7447/19 7447/22
7460/4 7462/1 7466/8
7467/4 7469/15
7470/21 7471/4 7472/8
7472/19 7472/25
7482/10 7503/9
**met [7]** 7381/3
7453/11 7457/21
7457/25 7466/16
7481/1 7487/2
**Metro [2]** 7377/17
7415/1
**Michael [10]** 7406/5
7411/16 7414/15
7421/18 7438/9 7442/7
7443/22 7443/25
7444/2 7444/23
**Michael Greene [4]**
7442/7 7443/25 7444/2
7444/23
**Michigan [1]** 7369/1
**microimage [1]**
7414/11
**micromanage [1]**
7495/15
**middle [3]** 7458/4
7459/11 7496/1
**Midwest [1]** 7452/19

**might [2]** 7509/1
7509/2
**military [5]** 7375/1
7379/12 7385/13
7391/15 7398/1
**militia [3]** 7379/12
7379/13 7383/25
**Million [1]** 7377/7
**Million MAGA March
[1]** 7377/7
**millions [1]** 7374/20
**Miloševic [1]** 7372/17
**mind [8]** 7382/8
7397/4 7418/6 7493/1
7500/13 7502/3 7502/5
7502/8
**mindful [1]** 7449/14
**minorities [1]** 7497/24
**minute [5]** 7400/19
7435/15 7442/22
7444/14 7500/6
**minute-long [1]**
7400/19
**minutes [9]** 7439/10
7439/11 7445/14
7445/14 7446/4
7461/19 7468/2
7469/10 7504/3
**misled [1]** 7481/11
**misrepresented [1]**
7453/15
**missed [1]** 7474/17
**mission [22]** 7412/1
7413/10 7414/12
7414/13 7414/17
7415/2 7415/3 7415/13
7415/18 7428/21
7428/24 7428/25
7429/3 7429/4 7436/13
7437/17 7438/12
7438/20 7438/21
7438/24 7490/4 7490/7
**Missouri [2]** 7486/15
7486/17
**misstates [2]** 7503/4
7503/10
**mistake [4]** 7392/24
7393/1 7393/23
7495/13
**Mitch [3]** 7394/7
7394/17 7395/14
**moment [2]** 7418/17
7419/22
**Monday [1]** 7507/14

**money [3]** 7361/20
7362/4 7363/8
**monitors [1]** 7425/16
**Montana [8]** 7474/2
7474/4 7475/22 7478/2
7478/8 7479/2 7479/17
7480/8
**months [2]** 7432/20
7480/7
**more [22]** 7370/14
7380/10 7380/10
7381/23 7383/20
7404/20 7404/22
7404/23 7414/17
7416/7 7416/8 7416/9
7417/25 7418/16
7451/11 7507/9
7507/18 7507/23
7508/5 7508/8 7509/1
7509/3
**Morelock [4]** 7481/16
7481/16 7502/16
7502/20
**Morelock's [1]**
7414/24
**morning [11]** 7399/24
7406/5 7420/10
7455/24 7455/25
7456/9 7466/14 7467/2
7470/8 7506/17 7511/3
**most [5]** 7397/22
7400/20 7434/18
7451/19 7509/24
**move [7]** 7366/14
7366/19 7367/11
7367/16 7449/5 7460/4
7510/19
**moved [1]** 7377/23
**Movement [1]** 7360/11
**moving [2]** 7428/2
7510/18
**Mr [5]** 7358/4 7410/18
7438/11 7461/15
7506/23
**Mr. [75]** 7359/22
7363/14 7364/14
7364/17 7365/14
7366/1 7367/16 7378/8
7379/3 7381/24
7404/25 7405/24
7408/1 7408/25
7410/13 7410/14
7414/4 7414/24

7420/14 7420/17
7421/6 7423/14
7423/14 7425/24
7426/17 7426/19
7431/6 7435/6 7440/10
7442/22 7443/7
7443/10 7444/10
7444/16 7444/17
7444/24 7445/2
7445/13 7445/18
7448/11 7461/9
7462/12 7462/21
7465/19 7465/24
7466/19 7470/20
7470/21 7473/18
7473/24 7474/22
7478/11 7479/2
7480/22 7481/3
7481/12 7482/15
7485/8 7486/3 7486/6
7503/22 7506/5
7506/10 7506/22
7506/25 7507/12
7508/6 7508/20
7508/24 7508/24
7510/4 7510/11
7510/13 7510/14
7510/15
**Mr. Alpers [1]** 7485/8
**Mr. Bentley [3]**
7462/12 7462/21
7465/19
**Mr. Bentley's [2]**
7461/9 7466/19
**Mr. Bright [3]** 7508/6
7510/4 7510/11
**Mr. Caldwell [2]**
7421/6 7510/15
**Mr. Caldwell's [1]**
7378/8
**Mr. Crisp [1]** 7414/4
**Mr. Dolan [1]** 7506/5
**Mr. Greene [9]**
7405/24 7426/19
7431/6 7435/6 7442/22
7443/7 7444/10
7444/16 7445/13
**Mr. Harrelson [1]**
7510/14
**Mr. James [2]** 7481/3
7481/12
**Mr. Linder [5]** 7364/14
7364/17 7486/3
7503/22 7506/22

**Mr. Meggs [14]**
7404/25 7408/1
7408/25 7410/13
7410/14 7420/14
7420/17 7423/14
7443/10 7444/17
7444/24 7445/2
7508/24 7510/13
**Mr. Meggs' [1]**
7445/18
**Mr. Morelock's [1]**
7414/24
**Mr. Nestler [1]**
7506/25
**Mr. Rhodes [24]**
7359/22 7363/14
7365/14 7366/1
7367/16 7379/3
7381/24 7425/24
7426/17 7440/10
7448/11 7465/24
7470/20 7470/21
7473/18 7473/24
7474/22 7478/11
7479/2 7480/22
7482/15 7486/6
7506/10 7507/12
**Mr. Stamey [1]**
7423/14
**Mr. Woodward [2]**
7508/20 7508/24
**MRA [1]** 7493/24
**Ms [8]** 7358/4 7455/10
7458/25 7460/19
7462/18 7463/5 7466/6
7469/4
**Ms. [39]** 7359/16
7363/20 7364/2 7365/7
7365/13 7366/14
7369/13 7376/25
7405/25 7426/14
7430/1 7440/7 7457/18
7458/6 7459/25 7461/3
7465/1 7465/14
7466/14 7466/20
7467/3 7469/16 7473/6
7473/19 7474/11
7480/22 7486/22
7486/25 7487/13
7489/12 7490/23
7492/3 7492/17
7492/20 7495/6 7497/8
7499/10 7502/11
7505/10

**Ms. Lessard [1]**
7405/25
**Ms. Rakoczy [19]**
7359/16 7363/20
7364/2 7366/14
7426/14 7430/1
7473/19 7474/11
7486/25 7487/13
7489/12 7490/23
7492/3 7492/20 7495/6
7497/8 7499/10
7502/11 7505/10
**Ms. Rhodes [1]**
7492/17
**Ms. Rohde [2]** 7376/25
7440/7
**Ms. SoRelle [14]**
7369/13 7457/18
7458/6 7459/25 7461/3
7465/1 7465/14
7466/14 7466/20
7467/3 7469/16 7473/6
7480/22 7486/22
**Ms. Watkins [2]**
7365/7 7365/13
**much [11]** 7365/10
7366/15 7366/15
7380/9 7380/10 7382/5
7392/22 7408/16
7422/4 7425/22
7506/13
**multiple [4]** 7369/16
7378/1 7428/25 7482/3
**murder [1]** 7360/21
**must [10]** 7370/2
7372/16 7381/17
7384/4 7393/15 7417/6
7417/24 7418/6
7418/14 7433/3
**my [45]** 7363/4
7368/16 7374/4 7374/9
7382/8 7397/8 7397/9
7397/14 7397/22
7406/5 7411/15 7413/3
7413/19 7414/1 7421/2
7422/15 7422/15
7427/7 7434/18
7448/17 7452/11
7454/5 7455/5 7459/8
7462/13 7462/13
7465/5 7465/21 7471/8
7472/12 7476/3
7476/23 7480/16
7483/8 7494/8 7494/12

**my... [9]** 7499/3
7501/9 7501/9 7502/5
7502/8 7507/15
7507/20 7508/3 7508/4
**myself [3]** 7421/18
7428/5 7488/23

**N**

**nabbed [1]** 7458/20
**nail [1]** 7404/4
**name [1]** 7424/14
**named [3]** 7368/12
7447/20 7452/20
**narrower [1]** 7365/10
**nation [1]** 7451/14
**nation's [1]** 7372/19
**national [5]** 7379/12
7385/13 7394/11
7481/13 7499/21
**nationwide [2]**
7385/14 7417/10
**naturalized [1]** 7395/4
**naturally [1]** 7508/4
**nature [1]** 7476/24
**Nazis [1]** 7497/22
**NC [2]** 7410/1 7410/22
**near [1]** 7360/19
**nearly [2]** 7445/14
7451/13
**necessarily [1]**
7437/22
**necessary [2]** 7369/19
7426/3
**neck [1]** 7470/11
**need [35]** 7371/3
7379/3 7379/9 7379/11
7380/9 7382/10
7395/21 7395/23
7395/25 7397/9
7397/15 7400/25
7401/3 7402/2 7402/7
7402/12 7402/18
7403/13 7406/6
7415/10 7415/13
7417/11 7417/14
7419/24 7433/2
7438/11 7448/16
7449/1 7463/8 7463/11
7465/5 7468/24
7471/23 7495/14
7510/3
**needed [14]** 7376/20
7377/21 7398/1

7402/22 7433/11
7464/23 7471/9
7472/18 7472/19
7481/3 7481/17
7481/21 7486/18
7486/20
**needs [14]** 7370/22
7393/16 7402/5
7403/15 7417/1 7417/4
7417/11 7417/18
7417/19 7418/1 7418/2
7419/5 7419/6 7448/25
**neighborhoods [2]**
7374/10 7499/7
**Nestler [2]** 7355/13
7506/25
**never [10]** 7392/3
7396/22 7454/11
7474/7 7475/6 7483/7
7483/9 7488/16
7488/17 7488/19
**new [4]** 7385/13
7386/7 7386/11
7391/15
**news [1]** 7369/14
**next [80]** 7370/25
7372/24 7373/4 7373/7
7373/12 7374/6 7374/8
7374/12 7374/18
7383/12 7391/12
7393/20 7397/22
7398/5 7407/13
7408/14 7409/3
7409/14 7410/14
7410/15 7410/24
7410/24 7411/6 7413/1
7413/13 7417/18
7420/16 7420/17
7420/19 7420/24
7424/25 7425/3 7425/7
7430/6 7433/21 7434/8
7435/9 7445/8 7447/21
7448/20 7455/22
7455/23 7456/7 7456/9
7460/17 7460/24
7461/12 7462/4
7462/10 7462/16
7462/21 7463/1 7463/4
7463/8 7463/11
7463/20 7463/23
7463/25 7464/13
7464/17 7464/21
7465/7 7465/11
7465/14 7465/17

7467/24 7468/2 7468/9
7468/15 7468/24
7469/11 7472/2
7481/22 7485/18
7506/25 7507/9
7508/19 7510/11
**nice [3]** 7359/14
7461/16 7461/18
**night [15]** 7381/16
7381/24 7381/24
7405/15 7405/16
7405/17 7405/20
7407/7 7409/25
7449/12 7451/24
7458/4 7459/11 7470/7
7470/8
**night-vision [1]**
7405/20
**nine [1]** 7389/2
**Ninety [1]** 7444/20
**NJ [1]** 7356/19
**no [118]** 7355/3
7364/14 7364/14
7367/1 7369/6 7372/23
7373/23 7374/4
7374/23 7377/14
7379/5 7380/6 7380/14
7381/7 7382/7 7382/15
7386/12 7387/4
7387/13 7394/9 7396/1
7396/8 7396/20
7402/11 7404/6
7405/21 7412/12
7417/20 7419/1 7419/6
7419/14 7419/17
7419/18 7419/20
7419/24 7422/6 7423/1
7423/19 7425/8 7427/6
7427/19 7427/19
7427/21 7429/14
7429/16 7430/13
7431/16 7432/14
7432/23 7433/4 7433/8
7433/25 7434/19
7436/9 7439/7 7444/13
7444/22 7444/22
7446/14 7446/24
7447/3 7447/3 7448/7
7453/6 7453/10
7453/13 7454/11
7454/21 7455/12
7455/12 7455/21
7456/24 7456/25

7459/6 7460/6 7465/5
7470/10 7472/9
7473/10 7475/8
7476/18 7479/24
7481/10 7481/14
7481/20 7484/13
7486/1 7486/8 7486/10
7486/13 7486/17
7487/17 7489/5 7489/6
7489/23 7491/2 7491/9
7493/21 7494/3
7494/22 7494/23
7494/23 7496/8
7496/14 7498/22
7500/18 7501/14
7505/1 7505/3 7505/4
7505/5 7505/7 7506/8
7506/16 7508/17
7508/25
**no reason [1]** 7456/24
**no-audio [1]** 7481/10
**non [2]** 7361/16
7380/2
**non-compliance [1]**
7380/2
**non-profit [1]** 7361/16
**none [3]** 7365/20
7399/24 7491/11
**Nope [1]** 7370/14
**Normal [1]** 7456/10
**normally [1]** 7473/2
**north [12]** 7356/6
7407/10 7409/21
7411/1 7423/8 7423/10
7437/5 7438/17
7499/12 7499/16
7499/20 7500/3
**North Carolina [4]**
7499/12 7499/16
7499/20 7500/3
**northeast [3]** 7413/12
7428/22 7429/4
**not [238]**
**note [2]** 7432/19
7435/18
**Noted [1]** 7393/11
**notes [2]** 7375/5
7510/5
**nothing [12]** 7376/14
7430/18 7432/3
7432/10 7432/11
7435/20 7450/19
7450/25 7451/17

**N**

nothing... [3] 7494/23
7497/6 7497/7
notice [1] 7441/2
notwithstanding [1]
7391/12
November [11] 7355/4
7369/25 7370/5
7370/12 7375/23
7376/9 7377/4 7378/3
7448/11 7482/18
7514/10
November 7 [1]
7448/11
November 7th [2]
7370/5 7370/12
November 9th [3]
7375/23 7376/9 7377/4
now [57] 7367/21
7367/25 7370/22
7371/3 7371/16
7372/16 7375/8
7375/17 7375/24
7384/23 7389/7
7393/15 7394/16
7396/23 7402/6
7409/14 7412/18
7417/15 7419/21
7423/4 7425/20
7433/18 7439/3 7443/9
7444/8 7444/10 7449/6
7451/18 7452/1
7453/23 7454/2 7454/4
7459/19 7461/2
7461/14 7461/23
7463/4 7463/20
7464/11 7464/14
7465/8 7466/19 7467/2
7467/15 7468/2
7468/15 7470/16
7470/21 7471/17
7480/22 7493/8
7496/23 7500/8
7500/19 7502/10
7504/2 7504/12
Nowhere [1] 7438/18
NSA [1] 7379/16
number [10] 7364/7
7398/6 7411/16
7459/22 7460/15
7465/17 7465/18
7465/19 7466/5 7466/8
numbers [2] 7459/16
7494/3

numerous [2] 7454/51
7472/22
NW [4] 7355/15
7356/10 7356/13
7357/2

**O**

Oak [2] 7355/20
7355/22
oath [54] 7359/25
7360/23 7361/16
7361/23 7361/25
7362/4 7362/6 7362/11
7362/14 7362/18
7363/2 7363/6 7363/8
7363/12 7364/6 7364/9
7367/3 7369/18
7376/10 7377/24
7378/11 7382/20
7389/10 7395/21
7397/16 7404/13
7406/2 7412/4 7424/16
7428/18 7434/1 7435/3
7450/2 7452/19 7458/2
7468/10 7474/8 7475/7
7483/25 7486/6 7486/9
7486/12 7486/15
7486/19 7488/16
7489/7 7490/13
7492/10 7496/23
7497/3 7499/12
7499/17 7505/6
7505/11
Oath Keeper [3]
7424/16 7434/1 7489/7
Oath Keepers [47]
7360/23 7361/16
7361/23 7361/25
7362/4 7362/6 7362/11
7362/14 7362/18
7363/2 7363/6 7363/8
7363/12 7364/6 7364/9
7367/3 7369/18
7376/10 7377/24
7378/11 7382/20
7395/21 7397/16
7404/13 7406/2
7428/18 7450/2
7452/19 7458/2
7468/10 7474/8 7475/7
7483/25 7486/6 7486/9
7486/12 7486/15
7486/19 7488/16
7490/13 7492/10

7496/23 7497/3
7499/12 7499/17
7505/6 7505/11
Oath Keepers' [1]
7412/4
oaths [1] 7452/2
obey [1] 7370/2
obeying [1] 7364/10
object [2] 7469/24
7474/6
objected [3] 7435/24
7476/17 7476/22
objection [18] 7363/17
7391/17 7399/20
7423/1 7425/25
7430/13 7448/7 7460/6
7470/25 7471/8
7471/10 7480/17
7498/22 7501/17
7501/23 7503/4
7503/10 7503/11
objective [2] 7495/11
7495/13
obligation [2] 7469/1
7478/6
obscure [1] 7393/9
observed [1] 7369/2
observer [4] 7432/18
7433/25 7504/19
7504/21
observing [1] 7504/9
obviously [3] 7360/16
7416/12 7478/21
occasion [1] 7362/23
occurred [2] 7374/2
7375/22
off [15] 7361/22
7396/12 7412/1
7417/15 7427/22
7432/4 7434/11
7434/12 7434/15
7439/16 7450/15
7476/3 7485/24 7488/5
7495/18
offense [1] 7474/17
offenses [1] 7496/25
offer [1] 7498/20
offered [2] 7371/20
7406/14
office [17] 7355/15
7368/13 7370/23
7373/17 7373/20
7373/25 7380/12
7380/18 7382/12

7396/16 7419/9
7451/14 7477/9
7479/12 7479/15
officeholders [1]
7384/14
officer [6] 7453/20
7453/21 7454/12
7484/19 7484/20
7492/13
officers [6] 7446/25
7453/14 7453/19
7454/2 7481/9 7481/11
OFFICES [1] 7356/13
official [4] 7357/1
7365/20 7366/8 7514/3
officials [1] 7379/19
oh [6] 7416/13
7423/19 7455/21
7465/21 7491/8 7493/3
Ohio [1] 7411/3
OK [4] 7403/7 7415/22
7432/25 7467/18
OK FL [1] 7403/7
okay [104] 7367/11
7367/17 7370/8 7372/5
7385/5 7388/16 7389/6
7393/11 7394/22
7395/19 7400/21
7402/5 7405/6 7405/18
7407/13 7407/18
7410/21 7414/2 7416/6
7416/13 7417/4 7419/1
7421/16 7421/21
7423/16 7426/13
7429/12 7430/17
7430/25 7431/20
7431/23 7431/25
7439/17 7439/19
7440/18 7440/25
7441/14 7442/12
7444/16 7445/7
7445/17 7445/20
7445/23 7447/25
7449/7 7451/23
7454/23 7455/19
7456/13 7462/21
7464/10 7465/14
7465/21 7466/18
7467/7 7469/11
7470/20 7471/15
7473/15 7473/18
7478/19 7483/2 7486/3
7486/9 7486/24 7487/8

**O**

**okay... [38]** 7487/13 7488/5 7488/13 7489/1 7489/9 7489/17 7490/11 7492/3 7492/15 7492/20 7492/25 7493/19 7494/20 7494/25 7496/9 7496/15 7496/16 7496/18 7497/8 7498/8 7498/15 7498/20 7500/1 7500/16 7500/19 7502/10 7502/24 7503/14 7503/21 7504/4 7504/5 7504/18 7504/22 7504/25 7505/10 7506/20 7508/2 7510/2

**old [9]** 7370/1 7372/6 7372/15 7381/16 7395/7 7398/7 7404/3 7447/19 7451/25

**Old Leadership [3]** 7372/6 7372/15 7447/19

**Olive [3]** 7452/9 7454/25 7455/9

**Olive Garden [1]** 7454/25

**once [6]** 7366/10 7396/16 7475/6 7497/23 7506/2 7506/4

**one [74]** 7363/11 7365/3 7370/13 7371/2 7373/13 7381/17 7385/12 7386/7 7386/17 7386/22 7390/4 7390/5 7391/14 7398/18 7404/20 7406/20 7416/7 7416/8 7417/25 7422/11 7422/14 7425/8 7425/16 7430/20 7430/20 7431/2 7432/5 7432/5 7432/5 7435/2 7438/2 7447/20 7447/21 7447/23 7451/14 7458/7 7458/9 7458/20 7469/5 7474/18 7475/14 7476/10 7482/2 7483/15 7488/18 7489/15 7490/5 7490/6

7490/21 7491/19 7492/12 7493/14 7493/16 7493/18 7493/22 7493/25 7493/23 7493/24 7493/25 7494/17 7496/21 7497/2 7497/19 7498/25 7500/2 7500/6 7500/12 7500/12 7502/25 7507/9 7507/23 7508/5 7509/2 **one's [1]** 7490/9 **one-track [1]** 7500/12 **ones [3]** 7438/21 7452/22 7507/23 **ongoing [1]** 7482/16 **online [1]** 7498/19 **only [15]** 7364/20 7371/9 7375/7 7386/22 7413/6 7413/25 7415/2 7415/19 7438/21 7454/17 7454/24 7461/19 7485/15 7487/11 7489/7 **op [18]** 7409/15 7409/16 7410/18 7410/24 7411/14 7411/15 7411/16 7412/20 7412/21 7413/2 7420/15 7423/11 7430/18 7438/8 7448/21 7449/13 7450/14 7495/2 **open [23]** 7359/10 7365/1 7367/14 7377/3 7381/11 7381/13 7382/3 7382/16 7382/19 7383/9 7383/10 7384/4 7384/8 7384/22 7388/7 7390/2 7397/25 7400/24 7446/23 7447/8 7468/3 7478/24 7504/6 **opened [2]** 7446/16 7447/2 **opens [1]** 7475/23 **operation [10]** 7360/4 7360/23 7411/18 7411/20 7413/22 7422/12 7489/8 7491/3 7495/12 7495/16 **operational [2]**

**operations [4]** 7359/25 7412/11 7465/23 7466/1 **opinion [3]** 7386/24 7394/11 7446/20 **opponents [1]** 7374/13 **opportune [1]** 7425/18 **opportunities [1]** 7497/21 **oppose [3]** 7367/19 7369/19 7482/12 **opposed [4]** 7368/1 7368/11 7368/12 7368/21 **opposition [2]** 7368/16 7368/17 **ops [2]** 7413/3 7448/16 **order [17]** 7365/10 7385/12 7385/15 7392/4 7402/22 7405/19 7405/22 7469/2 7475/9 7475/12 7475/24 7476/10 7477/3 7477/5 7477/12 7505/2 7510/12 **ordered [1]** 7478/17 **orders [7]** 7377/17 7415/7 7474/24 7475/19 7476/9 7494/15 7501/4 **ordinance [1]** 7494/11 **Oregon [1]** 7360/19 **organization [5]** 7367/6 7411/12 7412/8 7414/7 7488/25 **organize [1]** 7374/9 **organized [5]** 7377/8 7379/13 7405/13 7406/2 7419/22 **organizer [1]** 7405/21 **orientate [1]** 7428/5 **original [6]** 7386/18 7387/4 7387/8 7387/14 7389/3 7507/6 **Oscar [1]** 7509/19 **other [29]** 7364/13 7366/1 7379/20 7380/9 7382/21 7384/14 7394/12 7396/6 7400/6 7405/1 7420/8 7424/6 7425/1 7431/25

7441/23 7442/16 7442/19 7443/24 7444/21 7452/19 7471/9 7475/4 7480/23 7482/24 7489/6 7490/25 7491/9 7495/20 7501/12 7501/13 **other's [1]** 7459/16 **others [4]** 7391/4 7420/8 7439/5 7440/3 **our [34]** 7370/15 7371/3 7380/13 7380/19 7380/19 7380/19 7387/14 7390/18 7401/17 7403/15 7404/5 7407/23 7413/13 7415/18 7417/9 7420/2 7421/17 7421/19 7421/20 7433/3 7433/21 7434/8 7483/15 7486/21 7492/13 7495/20 7495/23 7497/19 7497/23 7500/20 7500/21 7506/13 7508/3 7508/16 7509/8 **ours [1]** 7403/14 **ourselves [1]** 7482/19 **out [66]** 7367/12 7369/4 7386/7 7389/1 7390/25 7391/14 7392/7 7393/13 7404/5 7408/15 7408/21 7409/4 7409/8 7409/10 7410/1 7410/22 7413/20 7414/9 7418/18 7420/15 7423/23 7424/7 7424/15 7424/18 7425/16 7429/7 7437/4 7437/9 7441/16 7442/1 7446/11 7453/20 7454/2 7454/5 7461/16 7461/17 7461/20 7462/22 7470/18 7473/7 7474/7 7474/23 7475/5 7475/6 7479/12 7484/18 7489/19 7489/25 7491/13 7492/6 7492/7 7492/9 7495/22 7496/25 7497/23 7497/24 7498/18 7499/6 7499/7 7500/20 7500/25

# O

**out... [5]** 7502/7
7503/17 7503/25
7504/8 7508/20
**outcome [2]** 7416/24
7491/12
**outs [1]** 7363/9
**outside [9]** 7401/17
7406/15 7420/7 7420/9
7470/3 7484/9 7495/16
7504/23 7505/23
**outweighed [1]**
7478/22
**over [18]** 7363/5
7363/11 7387/14
7412/10 7414/16
7420/17 7451/13
7454/8 7469/17
7469/20 7470/17
7483/21 7489/12
7490/25 7495/23
7503/2 7507/6 7509/7
**overall [3]** 7413/1
7413/3 7413/23
**overlay [1]** 7407/22
**overrule [1]** 7471/10
**overruled [1]** 7391/18
**overthrow [1]** 7493/19
**overwhelmed [1]**
7377/20
**own [14]** 7386/11
7390/21 7412/22
7432/15 7432/22
7433/3 7433/11
7451/16 7465/5
7465/21 7468/7 7496/6
7497/4 7497/5
**own audio [1]** 7496/6
**owner [1]** 7498/18
**owners [2]** 7497/15
7497/16

# P

**P.A [1]** 7356/21
**p.m [32]** 7355/5
7411/5 7426/10
7426/10 7426/19
7430/17 7431/5
7431/11 7431/17
7432/2 7435/13
7435/22 7435/25
7438/7 7439/4 7439/13
7439/25 7440/12
7440/15 7441/25

7442/5 7444/12
7445/10 7445/24
7446/7 7446/13
7446/15 7451/5
7451/24 7460/12
7463/5 7513/17
**PA [1]** 7356/7
**packed [5]** 7456/16
7457/10 7457/14
7457/16 7457/25
**page [41]** 7358/2
7358/7 7370/10
7375/14 7375/14
7375/14 7383/12
7385/6 7385/7 7393/5
7393/20 7403/3
7403/20 7403/21
7403/23 7407/4
7407/18 7407/18
7412/14 7412/18
7415/20 7416/11
7420/4 7420/4 7420/6
7420/13 7420/19
7424/9 7430/6 7435/9
7447/21 7448/20
7449/9 7450/11
7450/21 7451/3
7451/23 7466/24
7471/18 7471/21
7477/7
**Page 10 [1]** 7471/21
**Page 7 [1]** 7375/14
**Page 8 [1]** 7375/14
**Page 9 [1]** 7375/14
**pages [4]** 7416/4
7416/6 7420/16
7420/18
**pain [1]** 7470/10
**pair [1]** 7397/20
**Pal [2]** 7493/25 7494/1
**Palian [6]** 7398/17
7399/9 7401/12 7422/1
7422/13 7422/21
**paper [1]** 7385/15
**paranoid [1]** 7462/9
**pardon [11]** 7375/10
7390/14 7395/22
7397/10 7409/9
7411/24 7415/11
7430/19 7430/22
7450/5 7457/15
**park [3]** 7356/10
7494/16 7495/24
**parking [1]** 7495/10

**parliament [1]** 7375/9
**part [15]** 7370/17
7383/2 7384/23 7386/5
7394/12 7395/25
7415/2 7436/13 7441/4
7467/17 7476/12
7481/13 7483/5
7487/12 7507/5
**parte [4]** 7365/17
7366/3 7366/5 7510/4
**participate [5]** 7474/14
7475/16 7475/16
7479/5 7500/4
**participated [2]**
7448/2 7481/6
**participating [1]**
7456/14
**particular [3]** 7365/10
7389/21 7506/1
**party [7]** 7394/15
7395/10 7395/12
7395/18 7432/17
7433/25 7504/20
**Paso [1]** 7448/4
**passed [2]** 7494/11
7494/15
**passes [1]** 7502/21
**passing [1]** 7375/5
**past [3]** 7396/16
7427/15 7427/24
**patch [1]** 7444/5
**path [3]** 7396/21
7396/23 7484/5
**patriot [4]** 7360/11
7371/20 7374/20
7462/13
**patriots [17]** 7380/9
7382/21 7431/6
7432/15 7433/10
7434/8 7434/11
7434/11 7434/12
7434/15 7434/16
7434/16 7434/25
7450/16 7451/25
7451/25 7452/1
**Paul [8]** 7406/22
7406/23 7407/16
7410/11 7420/23
7420/25 7421/2
7421/22
**Paul Stamey [6]**
7406/22 7406/23
7420/23 7420/25
7421/2 7421/22

7397/6 7399/3 7440/6
7440/23 7441/5 7442/4
7442/20 7443/3 7444/7
7444/8 7445/11
7477/21 7485/5
**pawn [3]** 7490/21
7491/4 7491/14
**pay [5]** 7362/4 7362/11
7362/14 7363/15
7364/6
**paying [1]** 7382/2
7382/6
**payments [1]** 7365/22
**peace [3]** 7384/1
7397/8 7491/20
**pedophiles [1]**
7379/19
**Pence [5]** 7430/18
7432/3 7432/9 7432/11
7435/20
**Pennsylvania [3]**
7356/13 7386/17
7390/5
**people [58]** 7360/15
7369/4 7369/7 7372/17
7374/15 7375/2 7389/7
7389/25 7390/16
7390/17 7413/11
7413/22 7422/10
7425/1 7427/7 7428/14
7428/16 7428/17
7431/18 7431/21
7432/9 7433/9 7434/10
7434/13 7436/7
7437/11 7437/13
7437/15 7438/18
7447/7 7449/12
7449/13 7453/4
7454/19 7455/11
7455/16 7470/21
7471/5 7471/9 7482/10
7483/10 7485/11
7487/6 7487/24
7490/25 7491/14
7492/8 7492/9 7492/11
7497/9 7497/9 7497/14
7499/9 7502/22
7505/17 7507/5
**pepper [1]** 7494/23
**per [1]** 7475/7
**percent [2]** 7401/22
7402/18

**Perhaps [1]** 7422/16
**period [1]** 7367/16
**permission [1]** 7401/7
**person [5]** 7360/7 7399/5 7448/21 7449/1 7473/1
**person's [1]** 7422/11
**personal [3]** 7363/3 7363/8 7363/15
**personally [5]** 7367/6 7405/2 7405/7 7488/23 7494/7
**Pezzola [1]** 7441/18
**Phillip [1]** 7355/19
**phone [37]** 7424/12 7441/2 7442/6 7442/11 7442/24 7443/6 7443/14 7443/16 7443/19 7444/10 7445/2 7445/10 7445/18 7445/23 7458/24 7459/8 7459/14 7459/22 7460/15 7461/2 7461/9 7461/14 7463/14 7465/20 7465/22 7466/2 7466/2 7466/4 7466/5 7467/4 7467/15 7469/13 7472/12 7474/9 7502/13 7502/15 7503/23
**phones [3]** 7465/23 7470/22 7471/6
**phrased [1]** 7501/18
**physical [1]** 7431/11
**physically [1]** 7502/20
**pick [4]** 7396/15 7405/24 7443/6 7443/13
**picked [1]** 7442/11
**picking [1]** 7422/10
**picture [3]** 7383/15 7406/24 7498/1
**pills [3]** 7393/8 7393/10 7393/13
**pinpoint [1]** 7507/20
**pissed [4]** 7434/11 7434/12 7434/15 7485/24
**pistol [1]** 7493/15
**pistol-grip [1]** 7493/15
**place [9]** 7368/25 7369/5 7369/5 7451/8

7464/14 7476/10 7476/22 7484/10 7495/16
**places [1]** 7461/16
**plain [1]** 7406/19
**Plaintiff [1]** 7355/3
**plan [8]** 7361/6 7361/11 7373/12 7374/8 7374/18 7397/20 7421/11 7505/4
**planned [1]** 7406/19
**planning [3]** 7421/24 7447/12 7463/17
**plans [8]** 7378/9 7378/10 7408/2 7422/7 7423/8 7423/14 7448/16 7497/5
**play [7]** 7376/5 7401/8 7423/4 7439/9 7453/25 7485/3 7485/19
**played [6]** 7376/6 7401/9 7423/5 7442/2 7485/4 7485/20
**players [1]** 7501/12
**playing [9]** 7439/21 7440/18 7440/25 7441/22 7442/17 7443/2 7444/6 7445/4 7485/6
**plaza [3]** 7439/6 7440/1 7440/16
**please [38]** 7359/13 7363/18 7374/6 7385/9 7402/15 7403/21 7404/10 7410/16 7415/4 7416/7 7416/11 7417/25 7420/3 7423/4 7426/12 7429/23 7430/2 7435/15 7436/5 7440/7 7440/23 7441/23 7443/3 7444/7 7444/8 7445/11 7448/13 7449/18 7450/12 7462/16 7474/9 7485/1 7485/3 7485/3 7485/9 7506/15 7506/16 7506/21
**plenty [1]** 7426/2
**plus [1]** 7462/14
**PO [1]** 7480/2
**podcaster [1]** 7496/12
**point [27]** 7366/23

7373/24 7386/24 7399/15 7407/8 7407/23 7408/3 7409/1 7414/17 7422/23 7426/18 7430/11 7440/21 7453/17 7454/15 7454/25 7455/9 7460/3 7461/24 7466/13 7466/16 7466/19 7468/9 7480/12 7489/3 7495/11 7507/11
**pointed [1]** 7496/16
**points [5]** 7411/7 7411/11 7420/18 7420/20 7421/1
**poles [2]** 7487/24 7494/13
**police [18]** 7374/9 7375/1 7440/11 7453/19 7453/20 7454/12 7455/13 7455/17 7456/17 7457/2 7459/5 7481/9 7481/11 7484/19 7484/20 7487/18 7492/13 7494/17
**polling [2]** 7368/25 7369/5
**Portland [3]** 7360/12 7360/19 7361/9
**position [2]** 7376/11 7382/5
**possibility [1]** 7360/25
**possibly [3]** 7438/22 7462/2 7507/1
**post [10]** 7389/17 7400/9 7400/9 7403/18 7417/21 7418/8 7423/15 7465/17 7472/20 7500/8
**post-arrest [2]** 7400/9 7400/9
**post-election [1]** 7500/8
**post-J6 [1]** 7417/21
**post-January [2]** 7389/17 7403/18
**post-January 6th [1]** 7418/8
**posted [7]** 7371/14 7371/18 7372/6 7372/9 7372/11 7382/9 7502/18

**poster [1]** 7472/21
**posters [1]** 7472/18
**posting [3]** 7410/14 7410/18 7411/11
**potential [1]** 7510/15
**potentially [1]** 7508/7
**pounding [1]** 7504/15
**power [7]** 7377/12 7380/5 7383/3 7383/22 7391/1 7451/14 7469/19
**powers [2]** 7379/6 7379/24
**practice [2]** 7474/1 7495/2
**practicing [2]** 7474/7 7478/8
**praised [1]** 7429/15
**pray [1]** 7398/8
**precent [1]** 7402/8
**precise [2]** 7432/1 7476/4
**preclude [1]** 7494/9
**predicted [4]** 7432/3 7432/10 7432/12 7435/20
**prefer [1]** 7412/21
**preferably [1]** 7404/5
**preferred [1]** 7368/3
**prejudicial [1]** 7478/21
**prepare [1]** 7397/16
**prepared [11]** 7376/21 7377/11 7390/1 7402/2 7404/14 7415/14 7483/25 7484/4 7484/4 7508/17 7508/21
**preparing [1]** 7397/23
**present [2]** 7378/8 7423/13
**preservation [1]** 7469/2
**preserve [1]** 7389/10
**presidency [1]** 7374/3
**president [71]** 7367/23 7368/1 7368/2 7368/3 7368/7 7368/7 7368/15 7368/15 7370/7 7370/23 7374/3 7376/21 7377/12 7377/19 7377/23 7378/18 7378/21 7379/3 7379/23 7380/8 7380/24 7381/3 7381/7 7381/25 7382/3

**P**

**president... [46]**
7382/12 7382/13
7382/17 7382/20
7383/2 7383/11
7383/18 7384/4 7384/8
7384/23 7385/2
7385/12 7386/6
7387/24 7388/17
7390/20 7390/25
7391/8 7391/12
7391/23 7392/1 7392/8
7392/25 7393/15
7395/19 7395/23
7396/11 7398/11
7398/20 7400/17
7415/5 7415/12 7417/6
7418/5 7418/18
7418/18 7418/20
7418/20 7419/5 7419/9
7425/10 7432/20
7433/2 7433/3 7433/5
7502/6

**President Biden [4]**
7368/1 7368/7 7381/7
7381/25

**President Trump [17]**
7368/3 7378/18
7378/21 7380/8
7380/24 7382/12
7382/20 7383/2
7383/18 7384/4
7384/23 7386/6
7395/19 7395/23
7417/6 7419/5 7502/6

**President Trump's [1]**
7374/3

**presidential [1]**
7367/17

**Presidents [1]** 7395/1

**presuming [1]**
7397/23

**pretend [1]** 7370/3

**pretty [3]** 7379/6
7469/15 7487/19

**prevent [3]** 7391/8
7454/21 7487/17

**previous [6]** 7400/6
7408/25 7410/6 7469/8
7471/20 7477/7

**prices [1]** 7481/25

**prior [5]** 7413/2
7427/22 7469/15
7476/7 7476/15

**priority [1]** 7382/8

**private [1]** 7380/4

**privately [2]** 7397/2
7450/1

**privilege [1]** 7478/8

**privy [1]** 7423/7

**pro [1]** 7486/21

**pro bono [1]** 7486/21

**probably [5]** 7363/13
7366/17 7384/2
7386/20 7488/21

**probative [2]** 7476/25
7478/22

**problem [6]** 7391/19
7408/9 7413/6 7413/25
7422/8 7473/10

**problems [2]** 7413/8
7499/15

**proceeding [5]**
7474/14 7475/15
7475/23 7475/25
7476/24

**proceedings [8]**
7355/8 7357/6 7475/18
7478/10 7480/4
7480/14 7513/17
7514/5

**process [8]** 7366/6
7366/9 7368/1 7368/10
7425/9 7476/11 7478/5
7479/6

**procure [1]** 7421/6

**procuring [1]** 7421/3

**produced [1]** 7357/7

**profession [1]** 7478/7

**profit [1]** 7361/16

**program [1]** 7509/15

**prohibited [1]** 7494/7

**Prometheus [1]**
7424/12

**prompt [1]** 7384/14

**properly [1]** 7368/22

**properties [1]** 7492/2

**property [3]** 7490/9
7491/9 7491/21

**prosecuted [1]**
7484/20

**protect [10]** 7377/15
7377/19 7389/11
7401/16 7414/21
7417/10 7481/5 7491/7
7492/2 7498/19

**protected [2]** 7491/21
7501/16

**protecting [8]** 7401/24
7437/11 7465/3 7465/4
7490/9 7490/19
7490/24 7490/25

**protection [1]** 7465/5

**protective [1]** 7494/18

**protest [4]** 7360/12
7372/21 7374/22
7377/24

**Protesters [1]** 7428/20

**protesting [1]** 7492/1

**Protestors [1]** 7428/19

**protests [1]** 7373/13

**Proud [1]** 7441/19

**Proud Boys [1]**
7441/19

**prove [1]** 7476/19

**provide [4]** 7367/8
7367/9 7477/11 7507/8

**provided [5]** 7365/24
7367/8 7399/23 7400/8
7474/25

**provides [1]** 7420/19

**provoke [2]** 7487/14
7487/16

**PSD [1]** 7481/15

**public [2]** 7478/7
7490/1

**publicly [1]** 7449/25

**publish [6]** 7401/7
7448/13 7449/10
7450/12 7460/8
7471/18

**published [4]** 7381/11
7381/13 7388/7
7498/24

**pull [2]** 7477/5 7498/9

**pulled [3]** 7489/11
7495/25 7497/19

**punked [1]** 7418/18

**puppet [3]** 7396/13
7396/14 7450/18

**puppets [2]** 7368/8
7368/19

**purchase [1]** 7465/20

**purchased [3]** 7405/10
7494/5 7494/6

**purpose [3]** 7377/11
7377/14 7401/24

**push [1]** 7403/13

**pushed [1]** 7427/15

**put [6]** 7383/7 7404/4
7426/2 7468/18
7489/22 7509/8

**puts [2]** 7401/24
7484/9

**putting [2]** 7380/15
7454/11

**PUTZI [1]** 7356/21

**Q**

**QRF [25]** 7377/11
7378/3 7401/16
7406/21 7407/7
7407/14 7408/2
7408/10 7408/23
7409/11 7410/1
7410/22 7411/6
7420/15 7420/18
7420/19 7421/1
7421/11 7421/14
7422/7 7422/11
7422/12 7423/14
7423/22 7424/6

**QRFs [3]** 7408/11
7408/11 7420/7

**quantities [1]** 7494/2

**quantity [3]** 7493/17
7493/18 7493/24

**quarters [1]** 7399/5

**question [20]** 7365/15
7366/12 7415/25
7416/2 7416/15
7419/11 7424/4
7437/24 7448/18
7456/3 7471/2 7474/20
7476/4 7476/16
7476/18 7476/21
7476/21 7476/23
7480/18 7503/5

**questioning [1]**
7469/25

**questions [5]** 7364/15
7408/12 7486/1 7506/8
7510/7

**Quick [5]** 7377/8
7405/13 7406/3
7406/10 7419/23

**Quick Reaction Force
[4]** 7377/8 7405/13
7406/3 7419/23

**quieter [2]** 7443/24
7445/1

**quieter spot [1]**
7445/1

**quit [1]** 7365/3

**quite [8]** 7363/3
7400/7 7405/3 7442/22

7547

# Q

**quite... [4]** 7456/2
7483/4 7501/5 7503/9
**quote [8]** 7376/5
7402/14 7402/16
7402/21 7418/23
7423/23 7435/12
7449/14

# R

**rachets [1]** 7374/18
**racks [1]** 7431/19
**raise [2]** 7363/10
7365/8
**raised [2]** 7363/7
7363/22
**Rakoczy [21]** 7355/12
7358/4 7359/16
7363/20 7364/2
7366/14 7426/14
7430/1 7473/19
7474/11 7486/25
7487/13 7489/12
7490/23 7492/3
7492/20 7495/6 7497/8
7499/10 7502/11
7505/10
**rally [11]** 7398/6
7407/8 7407/23 7408/3
7409/1 7411/6 7420/18
7420/19 7421/1
7487/22 7495/11
**Ranch [9]** 7454/14
7454/21 7455/6 7487/1
7487/4 7487/7 7496/25
7497/2 7497/3
**ratcheting [1]** 7373/15
**rather [1]** 7491/18
**reach [5]** 7392/10
7445/19 7445/22
7479/12 7503/19
**reached [1]** 7498/18
**Reaction [5]** 7377/8
7405/13 7406/3
7406/10 7419/23
**read [4]** 7384/1 7397/5
7400/14 7493/9
**reading [4]** 7388/12
7447/24 7454/10
7461/25
**reads [1]** 7440/11
**ready [11]** 7359/2
7370/4 7382/21 7402/8
7402/18 7402/21

7419/19 7491/2
7495/12 7495/17
7508/9
**Reagan [1]** 7395/2
**real [5]** 7380/17
7437/25 7438/6 7468/5
7470/10
**reality [1]** 7490/5
**realize [1]** 7427/21
**realized [5]** 7431/21
7434/13 7497/22
7497/24 7505/24
**realizing [1]** 7453/21
**really [13]** 7377/20
7380/3 7382/8 7411/9
7411/10 7416/21
7443/10 7453/23
7456/4 7469/21
7475/12 7484/8
7491/11
**reason [7]** 7364/20
7437/23 7437/25
7438/6 7454/24
7456/24 7477/23
**reasonably [1]** 7422/9
**reasons [1]** 7449/2
**rebellion [1]** 7396/14
**recall [9]** 7360/1
7360/6 7361/5 7362/20
7380/23 7395/3 7476/3
7482/9 7484/24
**receipt [5]** 7492/20
7493/2 7493/3 7493/5
7493/7
**receipts [1]** 7362/25
**receive [1]** 7503/1
**received [14]** 7358/8
7358/8 7358/9 7358/9
7358/10 7358/10
7401/10 7423/3
7430/15 7442/6 7448/9
7460/10 7480/4 7499/5
**Recess [1]** 7426/10
**recognize [1]** 7367/22
**recollection [1]**
7503/12
**recommended [1]**
7478/9
**recommending [1]**
7375/4
**record [6]** 7366/9
7380/2 7392/22
7403/23 7492/23
7514/5

**recorded [2]** 7357/6
7375/24
**recording [1]** 7484/22
**records [2]** 7366/13
7367/5
**Red [1]** 7499/8
**Red Cross [1]** 7499/8
**redirect [3]** 7358/4
7486/4 7504/1
**refer [2]** 7375/16
7489/13
**reference [2]** 7393/6
7396/8
**referenced [1]** 7382/3
**referred [2]** 7368/6
7490/3
**referring [4]** 7385/23
7386/2 7408/19 7409/6
**refusal [3]** 7477/15
7477/16 7478/4
**refuse [3]** 7370/2
7372/18 7482/14
**refused [1]** 7478/18
**refusing [2]** 7386/13
7389/3
**regarding [2]** 7468/25
7471/24
**regardless [3]** 7376/21
7416/24 7416/24
**regime [1]** 7450/18
**registered [1]** 7480/1
**regret [1]** 7485/15
**regroup [1]** 7438/11
**reimburse [1]** 7408/15
**related [3]** 7362/12
7405/11 7481/23
**relationship [1]**
7469/19
**releasing [1]** 7365/20
**relevance [2]** 7363/17
7474/6
**relevant [2]** 7364/21
7467/7
**relief [3]** 7465/25
7498/6 7499/7
**remained [1]** 7491/20
**remember [12]**
7361/17 7362/25
7375/23 7408/13
7418/25 7424/22
7442/12 7450/8 7452/2
7458/18 7461/8
7502/24
**reminded [2]** 7424/21

**reminder [1]** 7510/20
**reminders [1]** 7506/15
**rendezvous [1]**
7461/24
**renew [1]** 7471/8
**reoffered [1]** 7371/19
**repeat [3]** 7402/14
7471/1 7487/18
**repeatedly [3]** 7368/6
7402/1 7482/19
**repeating [1]** 7374/19
**Reporter [3]** 7357/1
7357/1 7514/3
**reporting [2]** 7504/11
7504/18
**repost [1]** 7439/13
**reposted [1]** 7438/8
**represent [3]** 7486/6
7486/15 7494/4
**represented [1]**
7477/18
**republic [1]** 7404/4
**reputation [1]** 7364/24
**request [2]** 7366/8
7477/19
**required [3]** 7367/2
7475/16 7477/9
**research [1]** 7506/17
**resembling [1]**
7482/20
**reservation [1]** 7456/7
**reserve [3]** 7480/16
7480/18 7483/10
**residence [1]** 7490/22
**resigned [1]** 7363/11
**resist [1]** 7403/15
**resistance [1]** 7485/12
**respect [5]** 7364/12
7364/13 7370/2 7374/1
7474/21
**respectfully [1]**
7364/12
**respond [12]** 7415/6
7462/18 7474/18
7475/11 7477/10
7477/15 7478/18
7479/7 7479/11
7479/19 7502/18
7502/19
**responded [1]**
7424/25
**respondent [4]**
7477/10 7477/10

**respondent...** [2]
7477/13 7478/10
**respondent's** [2]
7477/24 7478/4
**responding** [1]
7502/12
**response** [12] 7390/1
7415/25 7419/10
7420/25 7424/3 7424/3
7447/21 7448/20
7475/14 7477/11
7477/16 7478/14
**responsibility** [2]
7387/22 7391/3
**responsible** [1]
7411/22
**rest** [2] 7466/20
7499/19
**restart** [1] 7425/21
**restate** [1] 7503/5
**restricted** [2] 7427/10
7427/11
**result** [5] 7367/19
7374/3 7391/1 7391/15
7392/19
**resulted** [1] 7381/6
**results** [6] 7368/11
7369/20 7381/22
7384/9 7386/4 7482/12
**resume** [3] 7465/2
7465/4 7506/14
**retain** [2] 7469/2
7475/17
**retired** [1] 7492/13
**return** [1] 7419/21
**returns** [3] 7364/16
7364/21 7426/1
**revenue** [1] 7367/2
**review** [2] 7386/12
7386/14
**revolution** [2] 7382/10
7483/17
**RHODES** [32] 7355/5
7355/19 7356/2 7358/3
7359/18 7359/22
7363/14 7365/14
7366/1 7367/16 7379/3
7381/24 7425/24
7426/17 7440/10
7448/11 7465/24
7470/20 7470/21
7473/18 7473/24
7474/22 7478/11

7479/2 7480/22
7482/15 7486/4 7486/6
7492/17 7498/9
7506/10 7507/12
**Rhodes'** [1] 7499/5
**rifles** [9] 7370/15
7371/3 7398/9 7401/17
7404/18 7404/24
7405/2 7425/8 7485/16
**right** [413]
**righteous** [2] 7490/4
7490/7
**rights** [1] 7454/19
**riot** [5] 7413/17
7428/11 7428/12
7437/19 7494/12
**rioters** [4] 7427/15
7427/23 7441/11
7441/15
**rise** [1] 7396/13
**risk** [1] 7468/13
**Ritchie** [1] 7356/22
**road** [3] 7356/10
7380/13 7496/2
**roads** [2] 7408/6
7409/2
**Roger** [2] 7370/19
7414/22
**rogue** [1] 7373/24
**Rohde** [2] 7376/25
7440/7
**roll** [2] 7402/21
7464/14
**Ronald** [1] 7395/2
**rooftop** [1] 7417/15
**room** [4] 7407/11
7422/14 7422/15
7509/22
**rooms** [5] 7406/12
7406/15 7408/18
7409/7 7421/23
**Rotunda** [1] 7454/3
**round** [2] 7373/13
7456/14
**rounding** [3] 7439/25
7440/15 7456/23
**rounds** [2] 7405/6
7405/7
**route** [2] 7436/12
7437/2
**routes** [2] 7408/23
7409/11
**royal** [1] 7451/7
**RP** [1] 7407/7

**RPR** [1] 7367/4
**RS** [1] 7412/7
**RS-1** [1] 7412/7
**rubber** [7] 7385/20
7385/23 7385/25
7388/18 7417/5 7418/2
7418/10
**rubber-stamp** [1]
7385/25
**rubber-stamping** [3]
7385/20 7385/23
7388/18
**rules** [2] 7389/8
7494/9
**rumor** [2] 7455/13
7455/17
**run** [5] 7412/21 7495/2
7497/18 7505/11
7508/20
**ruse** [1] 7462/12

**S**

**safer** [1] 7361/10
**said** [148] 7361/5
7361/19 7365/6
7365/13 7366/11
7366/11 7367/25
7369/4 7369/6 7369/15
7370/5 7370/14
7370/18 7370/19
7371/16 7372/15
7374/14 7374/25
7375/1 7375/3 7375/16
7376/13 7376/14
7377/15 7378/21
7380/18 7382/11
7383/4 7383/8 7384/11
7387/13 7387/18
7387/21 7390/19
7391/25 7392/23
7393/22 7394/3
7394/14 7395/9
7396/20 7397/7 7397/8
7397/14 7397/19
7397/22 7398/2 7398/3
7398/5 7398/9 7398/10
7400/14 7401/3
7401/21 7402/16
7402/21 7403/13
7407/13 7408/20
7413/1 7416/23 7417/4
7417/9 7417/14
7417/18 7418/1
7418/20 7419/17

7419/18 7419/20
7423/23 7424/21
7425/7 7426/19
7426/25 7427/12
7429/3 7429/6 7429/16
7429/21 7430/21
7431/9 7431/14
7431/16 7432/3
7432/13 7432/23
7433/21 7433/25
7434/9 7434/15
7434/19 7435/2
7435/11 7438/3
7438/11 7438/14
7439/16 7439/17
7439/18 7444/4
7447/15 7448/12
7448/15 7448/20
7450/2 7450/6 7450/9
7450/15 7450/25
7451/1 7451/6 7451/21
7452/3 7453/8 7453/14
7454/12 7456/22
7457/1 7457/4 7457/6
7461/22 7469/23
7470/7 7473/6 7475/3
7481/9 7481/20 7484/7
7484/14 7484/22
7484/24 7485/8
7485/11 7485/14
7485/15 7485/22
7487/15 7489/24
7490/22 7492/7
7493/21 7495/10
7495/21 7497/11
7497/12 7497/20
7501/9
**said that** [1] 7418/1
**said/she** [1] 7366/11
**sake** [1] 7432/1
**salary** [1] 7361/24
**same** [21] 7368/21
7371/21 7372/9
7372/11 7372/11
7376/11 7391/9
7407/19 7410/11
7421/22 7440/5
7442/24 7443/24
7451/5 7451/23
7451/24 7454/17
7480/6 7481/15 7491/5
7502/7
**same time** [1] 7440/5
**sanctions** [1] 7477/15

**sat [2]** 7445/20
7475/19
**save [2]** 7420/2
7454/12
**saved [2]** 7424/11
7443/19
**saw [15]** 7369/4
7369/7 7369/13
7369/16 7411/10
7412/7 7413/17
7423/13 7427/6 7427/7
7447/2 7488/6 7496/19
7504/15 7505/23
**say [80]** 7360/13
7362/17 7363/2 7363/4
7363/13 7371/9 7373/7
7373/18 7373/22
7375/9 7375/11
7375/20 7376/19
7380/21 7385/18
7387/18 7387/19
7388/4 7389/1 7392/9
7393/14 7393/22
7396/10 7396/22
7400/25 7402/5
7408/14 7409/3 7413/5
7417/1 7417/22 7418/9
7419/12 7420/25
7421/9 7423/7 7423/20
7432/1 7433/2 7433/14
7436/15 7436/20
7436/22 7436/23
7436/25 7437/8 7439/3
7439/14 7443/9
7443/14 7445/7 7447/8
7449/14 7450/22
7450/23 7453/6 7462/6
7462/21 7463/20
7463/23 7464/2
7464/10 7464/11
7464/13 7464/21
7465/7 7465/11
7467/20 7467/22
7467/24 7467/25
7468/8 7470/12
7485/17 7489/7
7489/24 7489/24
7490/5 7501/15 7506/6
**saying [27]** 7365/9
7382/9 7388/9 7390/2
7411/1 7418/25 7420/6
7420/10 7420/14
7432/7 7432/20

7443/10 7443/24
7444/1 7444/3 7444/17
7444/22 7447/10
7449/12 7450/8
7457/13 7463/5
7473/15 7475/13
7487/14 7489/23
7500/19
**saying that [1]**
7457/13
**says [31]** 7369/16
7371/8 7390/13
7390/15 7390/16
7391/13 7407/12
7408/6 7409/1 7410/3
7418/10 7421/2 7431/3
7440/2 7460/13 7463/8
7463/11 7463/15
7463/25 7464/5
7464/18 7467/7 7469/7
7471/23 7472/1 7472/2
7476/18 7477/8
7477/14 7477/23
7501/12
**scenarios [1]** 7420/9
**scene [1]** 7360/21
**scheduled [1]** 7477/17
**scheduling [3]**
7503/25 7506/22
7507/19
**school [1]** 7473/24
**scolded [1]** 7447/7
**screaming [1]** 7454/5
**screen [12]** 7369/22
7372/1 7393/4 7396/2
7422/17 7422/20
7440/10 7459/19
7471/16 7477/2
7480/20 7489/12
**screenshot [1]**
7460/20
**scroll [1]** 7493/10
**se [1]** 7475/7
**sea [1]** 7411/2
**Sealed [2]** 7511/4
7513/16
**seat [1]** 7506/20
**seated [2]** 7359/13
7426/12
**sec [1]** 7448/21
**second [9]** 7376/24
7384/19 7397/5
7413/21 7418/24
7440/7 7441/5 7485/2

7496/23
**seconds [14]** 7435/15
7439/10 7439/11
7440/12 7442/23
7443/5 7444/12
7444/12 7444/13
7444/16 7444/20
7445/20 7469/6 7469/8
**secret [2]** 7377/18
7462/2
**Secretary [3]** 7386/4
7394/19 7395/11
**section [1]** 7385/8
**secure [1]** 7361/1
**securing [5]** 7379/25
7425/4 7449/2 7466/1
7488/3
**see [37]** 7373/4 7399/5
7413/6 7413/15
7413/25 7417/23
7420/16 7423/15
7427/1 7427/8 7427/13
7430/10 7432/13
7432/14 7439/13
7439/24 7440/3
7440/10 7440/13
7441/7 7441/9 7443/16
7443/20 7447/22
7459/22 7460/21
7460/23 7463/15
7467/12 7471/7
7491/13 7491/14
7493/7 7496/11
7500/15 7502/19
7511/3
**seeing [1]** 7506/17
**seek [4]** 7399/16
7401/5 7422/24
7480/13
**seeking [1]** 7470/2
**seeks [3]** 7430/11
7448/5 7460/4
**seem [1]** 7446/20
**seems [2]** 7365/21
7476/24
**seen [8]** 7365/17
7365/20 7371/19
7400/5 7400/13
7450/19 7450/25
7487/18
**seize [2]** 7379/13
7379/15
**seized [1]** 7433/16

**seizing [1]** 7487/11
**seizure [1]** 7383/24
**select [2]** 7386/11
7414/11
**selected [2]** 7388/23
7414/15
**self [1]** 7490/2
**self-defense [1]**
7490/2
**Senate [3]** 7394/4
7394/16
**send [10]** 7409/18
7451/18 7451/18
7461/15 7465/1 7466/5
7467/3 7471/13
7475/14 7482/10
**sending [6]** 7397/2
7459/25 7461/5 7461/7
7461/23 7473/1
**sends [6]** 7420/17
7439/23 7460/13
7460/19 7463/1 7463/5
**sense [1]** 7436/19
**sent [9]** 7373/2 7396/5
7403/7 7415/22
7450/16 7459/15
7479/25 7503/1 7503/8
**sentiment [1]** 7454/9
**separated [1]** 7483/18
**separation [1]** 7483/21
**September [3]** 7360/3
7365/25 7447/20
**Serbia [2]** 7371/21
7372/17
**Serbian [7]** 7371/21
7372/12 7372/16
7373/8 7374/8 7374/20
7375/5
**sergeant [1]** 7494/21
**series [2]** 7415/22
7460/4
**served [3]** 7394/22
7395/1 7477/4
**service [6]** 7360/7
7360/18 7360/21
7361/1 7377/18
7480/10
**serving [3]** 7368/25
7398/1 7455/2
**Session [1]** 7355/6
**set [3]** 7366/6 7461/24
7472/24
**seven [2]** 7389/1
7509/17

**several [5]** 7380/18
7420/7 7427/24
7460/21 7500/19
**Seyler [1]** 7487/2
**she [51]** 7366/11
7368/25 7369/2 7369/2
7369/4 7369/4 7369/6
7369/6 7369/7 7369/7
7369/15 7369/16
7395/6 7395/6 7395/7
7395/9 7395/16 7459/7
7459/8 7459/8 7459/10
7459/12 7460/15
7462/9 7463/8 7463/11
7463/25 7464/5 7464/8
7464/18 7467/5
7469/13 7469/14
7469/23 7470/1 7470/3
7470/4 7470/7 7470/10
7470/13 7470/17
7471/11 7473/8 7473/9
7473/10 7473/10
7473/17 7487/15
7497/11 7497/12
7499/15
**she's [3]** 7394/22
7395/1 7395/4
**sheriff [3]** 7455/5
7462/13 7486/15
**sheriffs [1]** 7455/2
**shields [2]** 7455/3
7494/12
**ship [1]** 7451/9
**shipped [1]** 7405/22
**shit [4]** 7398/7
7407/23 7408/3
7423/24
**shooting [1]** 7491/23
**shop [2]** 7491/4
7491/5
**shops [1]** 7490/21
**short [2]** 7453/13
7481/10
**shorter [1]** 7507/23
**shortly [1]** 7439/3
**shot [1]** 7360/7
**should [24]** 7361/8
7374/20 7378/22
7387/16 7389/23
7390/25 7402/6 7402/7
7402/9 7402/17
7402/17 7410/24
7414/11 7414/11

7419/11 7420/19
7447/11 7447/12
7457/4 7461/17
7477/15 7478/8
7484/20 7485/15
**shouldn't [2]** 7447/13
7489/24
**show [11]** 7361/3
7361/5 7363/1 7378/22
7398/7 7436/3 7453/22
7462/6 7475/21
7477/12 7477/13
**showed [6]** 7431/4
7446/22 7453/13
7453/24 7481/9
7485/11
**shown [1]** 7490/18
**Shut [1]** 7468/18
**sic [1]** 7460/5
**sick [1]** 7414/16
**side [21]** 7407/2
7411/1 7427/17 7428/1
7428/13 7435/11
7436/10 7436/15
7436/18 7436/22
7437/5 7438/14
7438/17 7439/4
7439/14 7440/21
7441/17 7442/6 7497/4
7506/1 7509/21
**sidearms [1]** 7405/4
**sides [1]** 7427/24
**siege [1]** 7460/21
**Siekerman [3]** 7411/15
7414/15 7499/25
**sight [1]** 7406/19
**sign [4]** 7398/8
7425/18 7480/2
7480/10
**signal [7]** 7428/17
7444/25 7450/1 7472/3
7472/9 7473/16 7500/9
**significant [1]** 7364/7
**silent [1]** 7468/19
**similar [1]** 7504/22
**simply [3]** 7387/4
7422/10 7476/11
**since [2]** 7381/25
7400/10
**single [1]** 7451/13
**sir [69]** 7359/24
7361/15 7368/23
7369/17 7369/25
7370/8 7370/12 7372/5

7375/22 7374/24
7376/9 7376/24 7380/3
7380/15 7382/5
7382/13 7387/24
7391/6 7392/3 7393/14
7395/9 7396/10
7397/13 7404/9 7406/9
7406/18 7411/12
7411/18 7412/3
7413/17 7414/6
7414/17 7416/15
7418/12 7418/16
7418/24 7419/10
7420/21 7424/3 7430/4
7431/5 7432/7 7432/19
7432/24 7434/3
7435/23 7436/25
7438/7 7439/17
7441/18 7442/5
7446/21 7447/5 7449/5
7449/21 7452/8
7455/25 7469/15
7473/18 7473/21
7479/25 7482/10
7486/2 7493/21
7501/25 7506/10
7508/14 7508/17
**sit [1]** 7487/4
**sit-down [1]** 7487/4
**sitting [2]** 7406/17
7454/8
**situation [13]** 7360/12
7380/20 7391/20
7392/1 7407/14 7437/8
7437/15 7451/11
7475/1 7476/13
7478/17 7482/20
7494/16
**situations [1]** 7366/7
**six [1]** 7503/2
**skyrocketed [1]**
7481/25
**slain [1]** 7361/9
**slander [1]** 7364/1
**slaughter [1]** 7454/22
**sleeve [1]** 7501/10
**slide [19]** 7370/25
7371/12 7371/24
7372/24 7373/4 7373/7
7373/12 7374/6
7374/18 7376/2
7397/10 7398/5
7425/15 7460/17
7460/24 7485/3 7485/3

7485/18 7498/23
**slides [2]** 7417/23
7419/3
**slow [2]** 7430/20
7432/6
**small [1]** 7397/19
**Smith [1]** 7489/3
**so [158]** 7360/10
7361/11 7362/3
7363/10 7367/8
7368/10 7370/18
7370/22 7376/9 7377/3
7377/21 7377/23
7378/3 7379/9 7381/2
7382/9 7382/16
7382/19 7384/8 7385/2
7386/5 7386/15
7386/20 7390/10
7391/5 7391/14
7394/21 7395/5
7396/18 7398/5 7400/9
7400/16 7401/12
7401/18 7402/1
7406/13 7407/10
7408/1 7408/11
7409/12 7409/24
7410/9 7410/21
7412/19 7413/6
7413/19 7414/16
7417/7 7418/8 7418/8
7418/15 7420/13
7421/8 7421/9 7421/11
7422/9 7422/10 7423/7
7424/11 7424/21
7427/11 7427/13
7428/9 7428/23
7429/23 7430/17
7431/2 7431/4 7431/17
7432/14 7433/9
7434/21 7435/25
7436/4 7436/7 7440/15
7441/25 7443/3
7443/13 7443/21
7444/1 7444/6 7444/10
7444/16 7444/24
7445/13 7447/13
7448/24 7449/4 7449/9
7450/11 7452/5
7452/18 7453/24
7454/25 7455/3 7455/9
7455/19 7456/5
7456/19 7457/4 7457/7
7458/2 7459/15
7460/12 7460/15

so... [52]  7465/20
7466/5  7466/13
7466/18  7467/7
7467/12  7467/16
7467/24  7469/10
7469/11  7471/20
7471/23  7472/12
7472/18  7473/1
7473/15  7474/14
7475/24  7476/1
7476/18  7476/23
7477/1  7478/18
7478/23  7481/11
7481/17  7481/22
7481/25  7482/6  7485/8
7487/20  7488/1
7488/14  7488/15
7493/18  7493/19
7494/1  7494/2  7494/16
7496/9  7501/7  7501/15
7502/22  7504/4
7505/20  7505/20
7507/8  7508/6  7509/23
7510/7  7510/18
7510/21
sold [3]  7493/14
7493/18  7493/24
some [44]  7359/24
7360/21  7362/25
7368/23  7368/25
7378/11  7399/12
7402/8  7402/19
7405/10  7405/19
7413/8  7416/17  7424/6
7426/18  7430/4  7430/8
7441/11  7449/1  7452/9
7452/11  7452/12
7453/17  7454/25
7455/9  7459/7  7466/13
7466/16  7467/21
7469/17  7469/19
7479/25  7486/21
7492/4  7499/11
7499/15  7501/16
7502/12  7503/1  7503/8
7503/9  7507/2  7507/10
7510/7
somebody [4]  7439/23
7442/24  7474/23
7508/21
somehow [1]  7438/24
someone [10]  7373/20
7394/22  7424/11

7447/20  7455/10
7459/7  7459/10
7481/17  7489/14
7506/5
someone's [1]
7454/13
someplace [3]
7360/22  7361/10
7459/12
something [12]  7392/1
7411/17  7412/1
7416/20  7419/11
7426/7  7454/15
7456/12  7467/5
7484/11  7486/18
7489/7
sometimes [2]
7461/11  7470/11
somewhere [1]
7360/19
Sons [3]  7434/11
7434/16  7451/6
SoRelle [28]  7368/24
7369/13  7396/6  7397/3
7452/13  7455/10
7457/18  7458/6
7458/25  7459/25
7460/13  7460/19
7461/3  7462/18  7463/1
7463/5  7465/1  7465/14
7466/6  7466/14
7466/20  7467/3  7469/4
7469/16  7473/6
7480/22  7481/5
7486/22
sorry [24]  7359/11
7366/4  7369/9  7372/2
7397/13  7400/5  7401/2
7412/15  7416/8
7416/10  7418/19
7425/14  7427/20
7449/5  7453/18  7471/1
7471/20  7472/16
7472/17  7499/14
7503/22  7507/14
7508/14  7509/5
Sort [1]  7441/7
sotto [2]  7388/12
7447/24
sound [3]  7413/16
7453/13  7453/25
sounds [1]  7508/10
sources [1]  7421/2
south [6]  7436/10

7436/15  7436/22
7438/14  7439/4
7439/14
speak [3]  7366/13
7421/3  7468/18
speakers [4]  7414/24
7425/4  7487/21
7505/17
speaking [11]  7363/14
7364/17  7375/23
7413/5  7414/22  7425/8
7432/17  7433/25
7473/7  7473/10  7488/1
special [11]  7366/6
7366/8  7398/17  7399/8
7401/12  7422/1
7422/13  7422/21
7487/2  7494/11
7494/15
Special Agent Palian
[1]  7422/13
specifically [2]
7364/23  7365/6
speculation [3]
7391/17  7470/25
7471/8
speech [8]  7378/15
7378/16  7378/18
7378/21  7380/7
7380/21  7501/16
7501/20
spent [1]  7428/2
spin [1]  7481/14
spirit [1]  7485/12
spoke [1]  7470/17
spontaneously [2]
7450/16  7450/20
Sports [1]  7482/3
spot [4]  7389/21
7443/24  7445/1  7465/9
spray [1]  7494/23
squared [2]  7370/4
7402/23
squarely [1]  7389/3
squeeze [1]  7509/1
squirrel [1]  7462/3
Sr [4]  7356/21  7498/10
7498/20  7499/5
SR-15 [2]  7498/20
7499/5
stab [3]  7392/25
7394/3  7394/4
stack [4]  7439/5
7439/25  7440/15

Stack 1 [2]  7439/25
7446/5
stage [1]  7427/8
Stamey [3]  7406/22
7406/23  7407/17
7410/11  7420/23
7420/25  7421/2
7421/22  7423/14
7424/1  7424/2  7424/2
stamp [3]  7385/25
7435/25  7436/4
stamping [3]  7385/20
7385/23  7388/18
stamps [3]  7417/5
7418/3  7418/11
stand [7]  7370/18
7371/3  7377/17
7382/21  7452/1  7452/1
7455/2
stand-down [1]
7377/17
standing [7]  7437/5
7438/25  7487/19
7488/6  7496/5  7504/12
7504/23
Stanley [1]  7356/9
start [3]  7374/9
7383/21  7507/23
started [3]  7435/22
7469/13  7486/25
starting [2]  7455/11
7456/14
state [20]  7385/19
7386/4  7386/17
7393/16  7455/13
7455/18  7456/17
7457/2  7459/12
7460/20  7461/19
7474/7  7474/4  7475/22
7479/2  7479/16  7480/8
7486/20  7502/5  7502/8
stated [1]  7482/19
statement [2]  7380/16
7397/11
states [15]  7355/1
7355/2  7355/9  7386/3
7386/10  7387/7  7387/8
7388/21  7389/12
7390/6  7390/25
7393/18  7393/25
7440/11  7460/21
station [9]  7457/18
7457/21  7457/24

7552

**station... [6]** 7458/1
7490/19 7490/25
7491/1 7491/3 7491/5
**Stats [1]** 7387/5
**stay [11]** 7377/12
7380/5 7383/2 7383/21
7391/1 7419/25
7426/22 7428/6
7428/14 7492/7 7511/1
**stayed [2]** 7437/21
7492/6
**staying [1]** 7410/10
**steal [5]** 7384/13
7384/16 7388/1
7388/11 7497/1
**Steal' [1]** 7384/5
**steel [5]** 7492/21
7493/14 7493/15
7493/25 7494/1
**stenography [1]**
7357/6
**step [8]** 7374/9
7374/12 7413/6
7413/25 7425/24
7450/3 7450/6 7506/10
**stepped [1]** 7413/9
**steps [9]** 7379/10
7438/15 7439/4 7446/5
7446/9 7450/23 7484/1
7484/4 7484/9
**STEWART [14]** 7355/5
7355/19 7356/2 7358/3
7359/18 7448/15
7467/7 7467/12
7467/17 7468/3 7468/9
7468/24 7486/4 7498/9
**Stewart Rhodes [1]**
7498/9
**stick [2]** 7493/22
7493/23
**stick, [1]** 7493/16
**stick, one [1]** 7493/16
**still [18]** 7368/20
7386/6 7392/1 7398/13
7398/23 7402/7 7402/9
7402/17 7428/25
7435/21 7443/22
7443/23 7444/23
7463/15 7468/3 7484/7
7502/19 7509/2
**stocked [1]** 7481/22
**stole [1]** 7372/17
**Stone [6]** 7370/13

7370/19 7371/13
7372/10 7393/15
7414/22
**stop [14]** 7374/24
7381/22 7384/9
7384/13 7384/16
7388/1 7388/10
7392/19 7462/7
7467/10 7467/19
7488/12 7491/25
7497/1
**stopped [4]** 7369/11
7411/18 7453/11
7496/1
**stops [2]** 7411/20
7415/1
**store [4]** 7465/20
7482/3 7482/7 7492/21
**stores [1]** 7482/2
**storm [1]** 7372/22
**stormed [5]** 7375/5
7428/20 7431/6
7433/15 7451/7
**storming [6]** 7426/20
7431/9 7431/12
7431/14 7431/16
7434/10
**straight [4]** 7414/9
7441/7 7443/13
7505/18
**strategy [1]** 7455/5
**street [12]** 7355/15
7356/3 7356/6 7360/14
7407/22 7433/18
7433/20 7434/7 7491/3
7495/12 7495/21
7495/24
**streets [1]** 7374/12
**stressing [1]** 7448/25
**strong [1]** 7374/23
**strongly [1]** 7467/21
**structure [1]** 7412/10
**stuff [6]** 7456/16
7457/10 7457/14
7457/16 7457/25
7495/17
**stupid [1]** 7506/6
**style [3]** 7373/24
7377/16 7454/22
**sub [1]** 7470/5
**subject [1]** 7507/2
**subjected [1]** 7389/7
**submit [2]** 7426/5
7426/7

**substantial [1]**
7507/24
**substantially [1]**
7478/22
**subverted [1]** 7451/13
**successful [1]** 7491/8
**such [3]** 7379/10
7448/16 7465/1
**suddenly [1]** 7397/20
**sued [1]** 7390/5
**suggest [1]** 7422/6
**suggested [1]** 7387/16
**suggesting [2]**
7390/24 7476/18
**suing [1]** 7386/17
**Suite [1]** 7355/20
7355/22 7356/14
7356/22
**summer [1]** 7377/20
**superimposed [1]**
7440/11
**support [6]** 7402/8
7402/18 7405/14
7417/2 7417/9 7425/9
**supported [1]** 7392/21
**supporters [12]**
7415/1 7426/25 7432/9
7432/21 7434/18
7434/20 7434/24
7455/15 7456/19
7456/20 7456/23
7457/3
**suppose [1]** 7476/7
**supposed [12]**
7369/10 7413/13
7413/18 7413/20
7427/4 7427/8 7428/8
7428/10 7438/16
7438/22 7440/4 7494/3
**Supreme [14]** 7386/13
7386/13 7386/18
7386/18 7387/5 7387/8
7387/10 7387/16
7389/2 7390/11 7391/1
7435/11 7478/1
7479/17
**Supreme Court [1]**
7478/1
**sure [33]** 7392/9
7394/25 7397/4
7397/18 7398/13
7401/4 7404/25
7404/25 7405/3 7408/9
7416/2 7419/8 7421/9

7421/9 7426/10
7428/12 7437/20
7437/22 7438/23
7441/4 7443/23 7444/4
7449/3 7452/11 7456/2
7457/11 7457/11
7465/18 7482/9 7492/8
7493/6 7505/18
7505/22
**surprised [1]** 7500/5
**suspect [1]** 7510/22
**suspected [1]** 7369/7
**sustain [2]** 7425/25
7503/11
**sustained [3]** 7501/18
7501/24 7502/1
**swarm [1]** 7374/12
**switches [1]** 7470/5
**system [3]** 7365/19
7371/22 7389/8
**systemic [1]** 7389/9

**T**

**tac [1]** 7493/25
**tactics [1]** 7487/8
**take [44]** 7366/16
7376/25 7379/10
7385/5 7387/10 7388/2
7388/14 7389/15
7389/16 7390/7
7390/18 7390/20
7393/10 7396/15
7396/21 7402/2
7404/10 7425/13
7425/17 7425/19
7425/20 7432/21
7433/3 7436/4 7446/1
7449/18 7451/17
7452/6 7458/24 7462/8
7466/12 7470/15
7480/19 7483/7
7483/25 7484/4
7484/12 7487/12
7495/23 7505/21
7507/10 7507/24
7508/3 7510/3
**taken [2]** 7451/13
7498/1
**takes [2]** 7370/23
7443/5
**taking [6]** 7391/2
7393/8 7393/13
7432/15 7433/10
7505/17

**talk [8]** 7390/1 7417/23
7426/17 7445/13
7447/14 7487/8 7496/3
7510/4
**talked [6]** 7361/15
7368/23 7442/22
7453/4 7495/6 7497/23
**talking [26]** 7359/24
7360/10 7367/16
7370/22 7373/23
7381/21 7382/24
7394/16 7401/18
7408/22 7409/10
7409/13 7410/12
7414/4 7419/22
7447/13 7448/25
7462/15 7464/7
7464/12 7480/15
7489/14 7489/15
7491/14 7501/7
7506/25
**talks [1]** 7420/18
**tape [1]** 7500/12
**Tarpley [1]** 7356/2
**tarred [1]** 7433/15
**tasked [1]** 7505/17
**tax [11]** 7364/12
7364/16 7364/21
7365/20 7366/3 7366/6
7366/13 7367/1 7367/2
7426/1 7433/16
**taxes [4]** 7363/15
7364/6 7365/22 7367/4
**Taylor's [1]** 7491/23
**tea [3]** 7429/18
7433/17 7451/9
**team [12]** 7405/1
7407/11 7410/1
7410/22 7412/22
7412/22 7414/1 7429/7
7468/21 7501/12
7501/13 7503/20
**teams [4]** 7405/1
7412/21 7428/25
7499/7
**Telephone [1]** 7363/18
**tell [17]** 7407/21
7419/2 7428/6 7428/14
7428/17 7428/20
7436/10 7437/6
7438/18 7438/20
7453/8 7453/10
7453/24 7464/23

**telling [4]** 7376/10
7382/6 7408/1 7437/11
**tells [2]** 7407/6
7410/21
**Temporary [1]** 7466/4
**Tennessee [5]** 7464/6
7464/14 7466/10
7466/15 7480/23
**term [2]** 7408/10
7422/8
**terms [5]** 7401/14
7476/25 7504/1 7504/1
7506/22
**Terrace [1]** 7504/13
**Terrific [1]** 7504/5
**territory [1]** 7391/21
**testified [5]** 7361/24
7364/23 7471/13
7478/11 7502/25
**Texas [13]** 7362/22
7386/17 7390/5 7390/5
7448/4 7457/1 7462/7
7463/9 7464/22
7466/21 7475/20
7481/4 7481/12
**text [7]** 7459/15
7460/13 7464/22
7465/8 7465/11
7489/22 7503/8
**texting [1]** 7505/12
**texts [2]** 7502/12
7503/1
**than [7]** 7381/23
7404/20 7404/22
7404/23 7429/17
7482/24 7494/24
**Thank [29]** 7359/17
7367/13 7369/12
7376/25 7385/9
7389/15 7400/23
7404/9 7404/11 7422/3
7425/13 7425/22
7426/9 7426/15
7442/10 7446/2
7449/19 7452/6
7466/12 7473/22
7478/25 7480/19
7485/2 7486/2 7490/16
7504/5 7506/9 7506/13
7506/18
**thankfully [2]** 7489/5
7496/19
**Thanks [2]** 7367/12

**that [571]**
**that date [1]** 7381/12
**that the [1]** 7483/14
**that time [1]** 7429/20
**that's [249]**
**their [36]** 7364/6
7369/14 7369/18
7370/3 7372/17
7379/16 7381/3 7382/1
7384/14 7386/11
7387/22 7389/2 7389/3
7390/12 7399/5 7407/2
7412/22 7412/24
7415/1 7418/21
7429/11 7432/15
7432/21 7433/11
7438/24 7440/15
7451/16 7458/14
7468/7 7470/22 7471/6
7479/7 7479/16
7489/18 7491/15
7497/21
**them [62]** 7361/13
7367/8 7367/22
7368/12 7368/21
7374/24 7378/24
7383/7 7388/2 7388/13
7388/16 7394/2
7404/17 7406/17
7406/17 7408/16
7411/10 7413/20
7414/12 7428/21
7428/23 7429/9
7429/10 7431/12
7433/17 7434/20
7434/25 7447/10
7454/16 7458/2
7465/25 7466/1 7468/7
7468/7 7469/1 7472/2
7472/19 7473/16
7482/11 7482/14
7487/10 7487/11
7488/12 7491/7
7491/22 7491/23
7491/25 7491/25
7492/7 7492/13
7492/22 7495/18
7496/2 7504/15
7505/15 7505/16
7505/20 7505/21
7505/24 7506/2 7506/4
7507/6
**theme [1]** 7478/12

**themselves [4]**
7400/19 7402/2
7472/19 7482/20
**then [85]** 7362/21
7364/15 7365/3
7366/19 7371/9
7371/12 7373/15
7374/18 7375/4
7380/13 7386/12
7388/2 7388/13 7389/1
7389/6 7391/10 7397/8
7397/14 7402/8
7402/17 7402/17
7402/19 7402/21
7403/1 7403/12 7409/3
7410/13 7414/25
7415/6 7415/7 7416/3
7416/25 7417/14
7417/19 7418/6
7418/13 7420/17
7420/18 7427/1 7427/2
7427/9 7428/2 7428/4
7433/20 7435/2 7438/7
7439/23 7439/24
7440/19 7442/13
7443/6 7445/2 7445/8
7445/13 7446/12
7447/20 7448/20
7451/3 7451/23
7453/12 7457/12
7458/16 7459/8
7464/18 7466/2
7466/18 7466/19
7476/10 7476/12
7477/4 7478/20
7479/15 7480/8
7480/23 7488/1
7490/21 7491/3
7495/20 7496/3
7497/22 7497/23
7502/17 7505/21
7507/18 7509/2
**then some [1]** 7402/19
**there [128]** 7360/11
7360/15 7360/18
7360/20 7361/8 7364/8
7364/11 7365/4
7365/19 7366/6
7366/12 7367/4 7367/7
7374/23 7376/14
7378/1 7379/14
7385/23 7386/2
7386/15 7386/20
7387/7 7389/19

**T**

**there... [105]** 7391/12
7391/13 7396/8
7397/11 7399/10
7399/10 7401/19
7401/21 7402/11
7404/23 7406/10
7406/16 7408/1
7408/11 7408/11
7409/1 7413/8 7413/19
7413/20 7414/19
7414/20 7414/22
7418/24 7420/7 7423/7
7423/13 7423/20
7425/9 7426/2 7426/14
7427/6 7427/7 7427/19
7427/21 7427/22
7428/11 7428/18
7428/24 7431/4
7431/18 7435/19
7437/8 7437/18
7439/11 7440/23
7443/3 7445/11
7446/19 7452/13
7452/15 7452/17
7452/21 7452/25
7454/8 7454/24 7458/6
7458/6 7458/9 7458/11
7464/17 7464/21
7464/21 7464/22
7472/12 7472/13
7475/15 7475/24
7476/9 7479/8 7481/1
7481/14 7487/10
7487/20 7487/20
7489/5 7489/6 7489/19
7489/25 7490/3
7490/21 7490/24
7491/5 7491/13
7491/24 7491/25
7492/2 7492/11
7493/13 7496/5 7497/2
7497/15 7497/16
7498/16 7498/25
7499/6 7499/10
7501/15 7502/11
7502/12 7502/19
7502/22 7503/16
7503/17 7504/8
7510/16
**there's [9]** 7365/3
7366/9 7367/1 7394/12
7396/10 7437/19
7478/21 7488/7

**thereabouts [1]**
7456/11
**therefore [3]** 7389/10
7395/14 7478/7
**these [32]** 7366/7
7370/3 7382/16 7410/6
7430/4 7430/8 7430/20
7434/17 7438/18
7442/8 7447/22 7448/1
7448/1 7454/9 7461/25
7467/3 7473/8 7478/10
7482/11 7488/18
7492/9 7492/10
7492/10 7494/5 7497/9
7497/9 7497/9 7497/14
7497/14 7500/10
7501/7 7507/10
**they [123]** 7363/10
7363/10 7366/8 7367/1
7367/3 7368/14
7368/18 7368/20
7368/22 7368/22
7377/20 7377/23
7379/5 7379/8 7386/11
7387/21 7398/7 7398/8
7400/5 7402/1 7403/12
7404/3 7409/12 7412/1
7412/21 7412/23
7413/18 7414/11
7415/9 7415/13
7421/24 7421/25
7423/13 7425/6
7426/20 7428/8
7428/10 7429/8
7429/10 7431/7 7431/9
7431/14 7431/16
7431/18 7433/16
7433/17 7433/17
7434/18 7434/20
7434/23 7438/22
7438/23 7438/24
7439/8 7441/24
7441/25 7446/8 7446/9
7446/12 7446/14
7446/15 7446/16
7446/23 7446/24
7447/1 7447/2 7447/3
7450/17 7451/8
7452/22 7453/4
7454/14 7455/4
7455/16 7456/22
7456/23 7459/15
7468/5 7468/6 7468/22

7500/19

7470/24 7471/24
7472/12 7472/17
7472/24 7474/15
7475/19 7475/20
7476/14 7476/19
7480/2 7480/10 7483/3
7485/15 7487/8 7487/9
7489/18 7489/18
7489/24 7489/24
7491/24 7492/6
7492/12 7492/12
7494/6 7494/9 7494/11
7494/15 7495/17
7495/21 7495/25
7495/25 7497/22
7497/23 7497/23
7497/24 7499/20
7505/18 7505/22
7506/5 7507/4 7508/3
7510/14
**they were [1]** 7429/8
**They'd [1]** 7455/4
**They're [1]** 7472/15
**they've [4]** 7400/2
7400/10 7432/15
7474/24
**thing [11]** 7384/2
7386/10 7391/9
7432/19 7442/24
7443/10 7443/24
7454/17 7467/25
7480/6 7481/16
**things [16]** 7385/11
7388/16 7408/10
7447/8 7447/11
7447/12 7449/1
7449/12 7466/1
7472/18 7487/9
7487/25 7489/24
7497/17 7500/10
7501/7
**think [56]** 7364/23
7365/8 7366/12
7366/15 7366/21
7369/1 7373/21
7375/14 7377/18
7380/18 7381/11
7382/3 7387/18 7390/6
7391/3 7391/13
7394/12 7395/9
7397/25 7400/19
7401/18 7405/3
7405/17 7409/6 7420/4
7422/12 7425/18

7426/3 7430/23
7430/24 7436/3
7454/19 7455/10
7455/12 7456/3 7457/8
7457/11 7467/5 7470/1
7470/15 7471/10
7471/17 7476/12
7478/1 7478/22
7492/12 7493/12
7496/9 7496/19 7500/2
7503/7 7504/4 7507/1
7507/2 7507/11
7507/24
**thinking [4]** 7401/14
7401/15 7434/1 7504/1
**third [4]** 7432/17
7433/25 7504/20
7508/3
**third-party [3]** 7432/17
7433/25 7504/20
**this [168]**
**Thomas [2]** 7356/21
7387/12
**those [23]** 7371/12
7376/24 7378/8
7393/18 7405/24
7411/7 7420/17
7428/24 7432/5
7432/24 7454/19
7469/2 7469/15
7470/21 7471/4
7479/11 7482/2
7483/13 7483/13
7483/16 7488/3 7488/5
7508/21
**though [9]** 7361/1
7383/6 7407/17
7413/22 7421/24
7444/3 7449/3 7465/18
7473/2
**thought [14]** 7368/18
7377/24 7392/23
7392/24 7393/1
7398/19 7398/22
7420/22 7434/18
7437/14 7446/8 7471/9
7481/21 7487/6
**thoughts [1]** 7400/17
**thousands [2]** 7450/15
7488/25
**thread [1]** 7410/12
**threat [1]** 7468/5
**three [10]** 7393/17
7396/6 7398/6 7399/5

**three... [6]** 7431/2
7444/11 7445/14
7506/25 7507/9
7507/16
**three-quarters [1]**
7399/5
**three-way [1]** 7444/11
**three-witness [1]**
7506/25
**threshold [1]** 7367/4
**threw [1]** 7393/13
**through [20]** 7361/25
7363/15 7364/25
7366/10 7366/10
7372/2 7373/13
7383/23 7386/3 7387/2
7389/8 7420/16
7441/18 7447/2
7455/14 7456/7
7481/24 7482/18
7507/1 7508/20
**throughout [2]**
7391/25 7454/10
**throw [4]** 7386/7
7390/25 7392/4 7466/2
**throwing [1]** 7391/14
**thumbs [1]** 7463/2
**thus [1]** 7381/7
**ticked [1]** 7450/15
**ticked-off [1]** 7450/15
**tied [1]** 7394/15
**Tiegen [1]** 7489/16
**tier [1]** 7506/1
**tiers [1]** 7441/16
**ties [3]** 7395/10
7395/11 7395/17
**Tig [1]** 7489/16
**Tig Tiegen [1]** 7489/16
**till [1]** 7417/15
**time [47]** 7363/4
7370/13 7373/21
7379/5 7379/21
7380/15 7380/17
7387/25 7388/9 7392/6
7393/17 7398/22
7399/15 7400/11
7416/22 7422/23
7425/18 7428/2
7429/20 7432/1
7435/25 7436/4 7439/7
7440/5 7440/21
7441/25 7442/25
7448/5 7454/7 7455/1

7455/10 7466/2
7456/10 7458/5 7460/3
7464/14 7466/17
7477/17 7477/19
7480/12 7483/4 7487/2
7496/12 7498/21 7503/9
7506/14 7509/7
**times [3]** 7380/18
7430/19 7466/1
**timestamp [2]** 7435/21
7440/10
**timestamps [2]** 7432/5
7442/8
**title [2]** 7384/3
7384/20
**today [5]** 7400/3
7400/6 7410/1 7451/19
7507/14
**Todd [4]** 7421/18
7424/14 7452/24
7496/3
**together [5]** 7386/10
7506/2 7506/4 7507/15
7509/17
**told [37]** 7370/1
7382/19 7389/25
7390/17 7401/12
7402/1 7404/3 7409/24
7415/9 7415/12
7426/18 7427/1
7428/21 7429/10
7431/8 7433/9 7437/7
7437/10 7437/18
7438/7 7453/18
7453/19 7456/25
7457/1 7467/19
7469/16 7470/9
7470/12 7481/3 7481/8
7481/8 7481/18
7481/20 7492/7
7494/21 7506/5
7510/11
**tomorrow [18]**
7506/14 7507/2 7507/9
7507/17 7507/23
7508/4 7508/9 7508/13
7508/15 7508/17
7508/21 7508/22
7508/25 7509/2 7509/7
7509/10 7509/24
7510/1
**too [18]** 7371/3
7374/11 7394/12
7395/14 7400/11

7408/10 7430/20
7432/5 7447/14
7461/20 7462/13
7465/4 7477/5 7490/6
7490/22 7491/1 7499/1
7501/13
**took [4]** 7414/16
7459/8 7459/9 7470/17
**top [6]** 7440/9 7476/3
7492/21 7493/12
7504/13 7506/1
**topic [1]** 7446/21
**total [1]** 7508/8
**totally [2]** 7489/10
7496/4
**towards [1]** 7412/19
**Towers [1]** 7356/22
**town [1]** 7461/18
**Trace [1]** 7493/25
**track [3]** 7392/21
7500/12 7500/12
**tragic [1]** 7393/22
**trailers [2]** 7427/13
7427/14
**traitors [2]** 7378/23
7451/16
**transcript [6]** 7355/8
7357/7 7400/10
7400/13 7400/14
7514/4
**transcription [1]**
7357/7
**transport [2]** 7411/3
7421/3
**Transportation [1]**
7394/20
**trashed [1]** 7451/8
**trashing [1]** 7429/17
**travel [4]** 7362/9
7362/15 7362/18
7363/5
**traveled [1]** 7362/21
**traveling [1]** 7362/5
**treason [1]** 7379/2
**tri [1]** 7461/19
**tri-state [1]** 7461/19
**trial [5]** 7355/8
7371/19 7387/9
7387/14 7454/10
**tried [11]** 7390/10
7413/9 7422/6 7423/7
7427/14 7443/9
7479/12 7487/14
7490/23 7505/10

7507/8
**tries [1]** 7474/23
**Trijicon [1]** 7493/24
**troops [1]** 7383/16
**trouble [1]** 7413/20
**Troy [1]** 7355/14
**truck [1]** 7458/10
**truckers [1]** 7498/7
**true [23]** 7361/22
7361/24 7369/21
7369/21 7374/17
7380/3 7380/6 7386/2
7402/4 7412/12
7415/15 7453/10
7454/17 7455/21
7458/22 7482/2 7482/6
7484/13 7497/14
7499/13 7499/22
7500/9 7514/4
**truly [1]** 7381/25
**Trump [54]** 7368/3
7370/18 7371/2
7376/17 7377/12
7378/18 7378/21
7380/8 7380/24
7381/17 7382/12
7382/20 7383/2
7383/18 7384/4
7384/23 7386/6 7393/2
7394/23 7395/19
7395/23 7396/11
7397/16 7402/5
7403/13 7404/5 7406/7
7414/19 7414/20
7414/25 7417/1 7417/6
7418/5 7419/5 7426/25
7432/9 7432/13
7433/10 7434/18
7434/20 7434/23
7435/2 7451/15
7451/17 7455/14
7456/18 7456/20
7456/23 7457/3
7487/23 7500/10
7500/23 7502/4 7502/6
**Trump's [1]** 7374/3
**trust [1]** 7394/7
**trusted [1]** 7395/8
**try [7]** 7363/10 7374/2
7414/10 7447/6
7487/16 7488/12
7491/25
**trying [34]** 7364/1
7392/10 7396/18

**T**

**trying... [31]** 7397/12
7413/19 7421/6
7427/12 7428/4 7428/5
7428/9 7435/7 7436/13
7437/2 7443/23 7444/4
7444/19 7444/21
7444/21 7444/25
7444/25 7445/22
7453/20 7453/22
7453/24 7461/24
7487/17 7493/11
7495/14 7501/11
7504/21 7505/16
7508/2 7509/19
7510/17
**turn [7]** 7375/22
7397/9 7397/14 7414/2
7415/20 7470/18
7473/7
**turned [1]** 7496/1
**twilight [1]** 7468/3
**twist [1]** 7497/17
**two [25]** 7366/18
7382/16 7387/7 7405/3
7406/12 7406/15
7411/16 7417/23
7419/3 7420/19 7431/2
7441/16 7446/4
7447/19 7461/11
7464/19 7479/8
7486/17 7488/1 7488/3
7490/21 7493/20
7494/2 7507/18
7507/23
**TX [2]** 7355/20
7355/23
**type [1]** 7470/4
**typically [1]** 7503/18

**U**

**U.S [10]** 7355/15
7367/17 7385/13
7394/19 7395/4 7398/1
7436/10 7436/2
7436/24 7438/14
**U.S. [2]** 7435/12
7436/15
**U.S. Capitol [2]**
7435/12 7436/15
**Uh [3]** 7373/3 7373/14
7443/15
**Uh-huh [3]** 7373/3
7373/14 7443/15

**ultimately [2]** 7390/6
7466/9
**Um [15]** 7362/5
7367/20 7391/10
7405/3 7406/4 7408/24
7411/20 7418/23
7446/6 7458/18
7466/16 7469/18
7470/24 7472/20
7482/9
**unarmed [3]** 7408/11
7494/17 7494/17
**unchartered [1]**
7391/21
**unconstitutional [8]**
7368/13 7386/4 7386/9
7388/19 7392/7 7417/5
7418/3 7418/11
**Unconstitutionally [1]**
7381/9
**under [11]** 7378/2
7387/8 7387/14 7395/1
7412/22 7413/1 7413/3
7432/8 7450/17
7460/21 7469/1
**understand [11]**
7364/4 7364/5 7366/22
7414/12 7417/20
7419/6 7432/7 7433/4
7443/10 7444/3
7507/21
**understood [2]**
7478/19 7491/24
**undue [1]** 7426/4
**unfortunately [5]**
7381/1 7382/15
7386/19 7387/19
7412/2
**unit [1]** 7412/23
**UNITED [8]** 7355/1
7355/2 7355/9 7387/5
7387/8 7389/11
7390/25 7440/11
**United States [1]**
7440/11
**units [1]** 7385/13
**unlawfully [1]** 7446/15
**unless [6]** 7404/5
7415/5 7454/12
7454/14 7494/9
7510/21
**unlike [1]** 7390/11
**unlikely [2]** 7406/6
7406/7

**until [17]** 7392/24
7393/23 7398/8 7400/3
7402/7 7402/12
7402/16 7426/10
7431/1 7431/11
7453/10 7455/23
7456/9 7476/5 7488/15
7505/7 7505/8
**unusual [1]** 7365/23
**up [101]** 7361/9
7365/1 7366/7 7369/19
7369/22 7370/9 7372/1
7373/15 7374/19
7380/4 7382/18 7383/9
7391/20 7393/4 7396/2
7396/13 7396/24
7398/8 7398/25
7403/19 7405/25
7406/25 7407/3
7408/12 7410/25
7411/11 7415/4 7415/7
7422/10 7422/17
7427/2 7427/14
7427/21 7435/3
7436/23 7442/11
7443/6 7443/13 7445/2
7445/9 7445/23 7446/5
7446/9 7447/16
7450/10 7456/14
7456/16 7456/23
7457/10 7457/14
7457/16 7457/21
7457/24 7457/25
7457/25 7458/16
7458/22 7459/18
7461/24 7463/2
7463/18 7466/9 7466/9
7466/14 7466/16
7466/23 7467/25
7468/19 7468/21
7470/14 7471/16
7472/24 7475/21
7475/23 7477/2 7477/5
7481/1 7481/22 7482/8
7484/25 7487/13
7488/15 7489/6
7489/11 7492/3
7492/20 7493/1 7494/2
7495/23 7496/3
7496/11 7498/9
7499/10 7499/15
7500/8 7504/5 7504/10
7504/21 7505/23
7505/25 7510/3

**up to [1]** 7482/8
**upon [1]** 7454/20
**UPS [1]** 7480/10
**upset [3]** 7360/15
7488/10 7494/21
**upside [1]** 7436/17
**urge [5]** 7388/2
7388/13 7417/6 7418/7
7418/14
**urged [2]** 7367/19
7367/22
**us [30]** 7370/14 7371/3
7371/10 7373/9 7382/6
7398/8 7399/24
7404/23 7407/16
7407/16 7420/22
7426/18 7431/8
7437/11 7437/21
7452/12 7453/24
7455/3 7466/2 7488/10
7491/14 7491/15
7494/6 7494/17
7497/16 7497/24
7498/18 7498/19
7507/1 7510/11
**use [26]** 7362/6
7362/11 7362/14
7363/2 7363/8 7363/12
7369/18 7377/12
7378/23 7379/11
7381/17 7384/4 7384/9
7417/7 7418/7 7418/14
7455/4 7465/21
7465/23 7465/25
7466/1 7488/17
7494/12 7500/20
7509/24 7509/25
**used [8]** 7362/17
7408/10 7449/15
7466/3 7467/20
7488/17 7498/6
7498/17
**useful [4]** 7408/15
7408/21 7409/4
7409/10
**uses [2]** 7396/12
7422/8
**using [13]** 7362/3
7379/24 7381/21
7382/24 7383/25
7385/14 7417/2 7458/2
7461/9 7472/7 7489/19
7489/21 7501/20
**usual [1]** 7506/15

# V

**Vallejo [7]** 7422/9
7423/19 7424/6
7424/18 7425/1
7452/17 7452/25
**value [3]** 7476/25
7478/21 7478/23
**Vancouver [5]** 7360/4
7360/24 7361/7
7361/10 7361/11
**various [1]** 7381/2
**vehicle [7]** 7406/4
7458/7 7458/9 7458/11
7458/14 7459/2
7466/19
**vehicles [1]** 7415/1
**verbal [1]** 7468/20
**verbally [1]** 7491/16
**version [1]** 7372/5
**very [17]** 7379/8
7408/15 7408/21
7409/4 7409/10
7417/18 7422/4
7425/22 7442/16
7449/14 7462/9 7468/5
7491/8 7499/3 7502/13
7506/13 7508/3
**veterans [3]** 7488/10
7494/17 7497/19
**Vice [4]** 7368/7
7368/15 7418/18
7418/20
**Vice President Harris
[1]** 7368/7
**video [30]** 7371/13
7371/18 7371/18
7372/11 7372/16
7373/2 7373/8 7375/16
7376/6 7399/10
7399/23 7400/2 7400/6
7400/11 7400/13
7400/15 7401/8 7401/9
7423/5 7431/18
7435/16 7440/9 7442/2
7453/24 7485/4 7485/6
7485/20 7488/6
7490/18 7491/13
**video, [1]** 7441/23
**video, please [1]**
7441/23
**videoing [1]** 7496/10
**videos [1]** 7373/9
**videotaping [1]** 7496/5
**violating [1]** 7492/5

**violence [8]** 7428/15
7484/16 7487/14
7487/16 7487/19
**violent [1]** 7488/17
**VIP [1]** 7502/21
**VIPs [1]** 7414/25
**Virginia [16]** 7404/17
7404/19 7405/19
7405/22 7406/15
7406/15 7414/20
7421/15 7421/20
7455/13 7455/18
7456/17 7457/2
7461/17 7461/18
7463/18
**Virginia Freedom
Keepers [1]** 7405/22
**vision [4]** 7405/15
7405/16 7405/17
7405/20
**visit [3]** 7362/18
7362/21 7498/5
**voce [2]** 7388/12
7447/24
**voluntary [2]** 7475/20
7476/11
**Volunteer [1]** 7498/6
**volunteering [1]**
7492/11
**volunteers [4]** 7425/4
7425/7 7492/4 7492/12
**vote [1]** 7382/1
**votes [2]** 7381/3
7381/6
**vs [1]** 7355/4

# W

**Waco [1]** 7454/22
**Waco-style [1]**
7454/22
**waistbands [1]**
7491/15
**wait [9]** 7384/23
7392/24 7393/1 7393/2
7393/23 7402/6
7402/12 7402/16
7464/21
**waiting [2]** 7420/9
7442/23
**walk [1]** 7484/5
**walked [4]** 7427/9
7427/12 7446/16
7447/2
**walking [3]** 7444/24

7496/23 7502/20
**want [21]** 7366/21
7383/5 7383/7 7416/20
7416/22 7416/22
7426/7 7437/3 7447/10
7458/19 7459/4
7461/25 7486/25
7493/5 7493/6 7495/9
7495/22 7497/9
7505/24 7510/4
7510/18
**wanted [20]** 7379/21
7380/3 7383/18
7383/21 7385/2 7437/4
7437/20 7438/23
7459/6 7465/2 7483/5
7487/5 7492/23
7493/21 7496/11
7497/16 7505/15
7505/16 7505/20
7505/22
**wanting [2]** 7461/16
7500/10
**war [6]** 7380/10
7382/10 7396/19
7434/4 7482/16
7482/25
**warehouse [4]** 7498/5
7498/17 7498/18
7498/19
**Warfare [1]** 7414/9
**warm [1]** 7425/9
**warned [1]** 7380/7
**was [309]**
**was only [1]** 7415/19
**was she [1]** 7473/9
**Washington [10]**
7355/4 7355/16
7356/11 7356/15
7357/2 7360/5 7360/24
7361/7 7383/16
7383/19
**Washington area [1]**
7360/5
**Washington, [1]**
7377/5
**Washington, D.C [1]**
7377/5
**wasn't [15]** 7382/2
7382/8 7398/11
7411/15 7413/14
7415/2 7416/21 7431/4
7446/19 7455/12
7467/21 7469/14

7473/8 7496/12
7503/19
**waste [1]** 7416/22
**watch [3]** 7399/24
7400/19 7491/10
**watched [2]** 7487/22
7487/24
**watching [2]** 7420/8
7504/24
**water [3]** 7411/3
7411/7 7433/17
**Watkins [7]** 7356/5
7365/7 7365/13 7439/5
**Watson [1]** 7457/1
**wave [1]** 7398/8
**way [22]** 7365/18
7387/2 7387/2 7402/21
7404/5 7405/10
7412/23 7426/2
7429/11 7440/15
7444/11 7461/20
7462/7 7462/19 7466/9
7466/21 7478/12
7495/1 7500/8 7500/20
7500/25 7501/10
**we [314]**
**we did [1]** 7495/19
**We'd [1]** 7462/6
**we'll [1]** 7477/4
**we're [2]** 7400/21
7497/22
**we've [6]** 7371/19
7454/10 7507/5
7507/22 7509/14
7509/17
**weapon [3]** 7489/3
7489/8 7496/16
**weapons [8]** 7361/12
7420/2 7421/14
7421/18 7421/20
7422/15 7454/15
7481/24
**wear [1]** 7501/9
**Wednesday [4]**
7507/12 7507/13
7508/23 7509/3
**week [2]** 7398/5
7404/2
**weeks [4]** 7432/20
7434/3 7482/11
7509/18
**Welcome [1]** 7359/13
**well [40]** 7363/9
7365/12 7366/14

7557

**well... [37]** 7366/19
7368/11 7371/23
7372/24 7373/18
7375/19 7379/11
7380/15 7383/15
7393/4 7402/14
7404/23 7406/9
7406/18 7407/3
7407/10 7412/3
7413/15 7420/7
7420/24 7421/11
7421/13 7427/18
7428/8 7442/12 7445/7
7446/20 7450/25
7456/2 7469/18
7470/14 7476/17
7496/16 7501/24
7502/1 7505/14 7507/9
**well-equipped [1]**
7420/7
**went [22]** 7385/18
7398/22 7407/21
7407/21 7417/1
7426/22 7427/3 7427/4
7427/13 7433/14
7452/8 7453/8 7455/22
7456/15 7457/7
7457/12 7457/23
7473/24 7487/21
7489/12 7492/8 7505/6
**were [162]**
**weren't [7]** 7427/7
7491/24 7491/25
7500/16 7502/3
7502/12 7504/25
**west [11]** 7411/2
7428/1 7428/13
7440/21 7441/17
7442/5 7461/17
7461/18 7463/18
7504/13 7506/1
**West Basin [1]** 7411/2
**west side [1]** 7441/17
**what [194]**
**what's [7]** 7403/1
7406/25 7427/2
7451/17 7498/16
7504/18 7504/23
**whatever [5]** 7363/10
7367/4 7458/5 7486/19
7504/9
**whatnot [1]** 7494/13
**whatsoever [1]**

**wheeling [1]** 7369/4
**when [40]** 7368/25
7372/17 7378/8
7380/16 7381/13
7387/7 7391/4 7391/19
7395/6 7412/1 7412/21
7422/1 7422/10
7432/20 7433/2 7433/9
7448/24 7452/1
7453/11 7453/12
7457/8 7462/22 7470/8
7470/12 7478/13
7478/15 7479/11
7480/22 7483/16
7483/18 7484/8
7486/14 7497/25
7498/13 7502/10
7504/8 7504/12
7504/15 7505/11
7506/5
**where [57]** 7361/9
7366/7 7366/20
7371/19 7390/5
7391/20 7400/3
7400/15 7400/16
7413/12 7417/22
7417/23 7420/4
7420/14 7420/18
7427/4 7427/8 7427/13
7427/18 7429/7
7433/18 7435/6
7435/12 7436/11
7436/14 7436/23
7437/4 7437/5 7438/24
7439/3 7439/7 7440/4
7441/11 7442/16
7442/18 7442/24
7461/19 7464/2
7469/16 7469/19
7475/1 7478/17 7488/6
7489/13 7492/4
7492/21 7495/11
7495/16 7495/22
7498/25 7499/8
7502/17 7502/25
7503/20 7505/11
7509/23 7510/17
**whether [7]** 7360/20
7361/18 7365/2 7365/2
7398/19 7400/17
7434/17
**which [27]** 7362/23
7362/23 7363/22

7366/23 7390/24 7392/19
7398/18 7406/20
7421/14 7422/11
7422/11 7422/14
7428/16 7431/10
7436/16 7437/5 7438/2
7438/16 7441/18
7447/2 7475/12 7477/2
7487/18 7488/9
7496/16 7503/18
7507/3
**while [11]** 7362/5
7386/6 7400/8 7433/5
7442/5 7454/5 7482/1
7491/10 7497/3
7504/21 7507/24
**Whip [21]** 7414/16
7426/19 7427/12
7428/4 7428/19 7431/5
7431/8 7431/16
7435/12 7436/23
7437/21 7452/22
7458/11 7464/22
7465/1 7481/15
7481/16 7481/17
7495/10 7496/3
7504/21
**Whip's [1]** 7439/14
**Whiplash [1]** 7438/9
**Whiplash's [1]** 7438/8
**Whisperer [1]** 7439/23
**White [8]** 7377/15
7377/16 7378/2
7401/15 7401/16
7401/19 7401/25
7406/8
**White House [3]**
7401/16 7401/25
7406/8
**who [43]** 7360/11
7368/1 7378/22
7394/22 7413/2
7413/10 7413/19
7416/24 7420/8 7424/21
7424/22 7426/24
7428/9 7428/18
7428/24 7428/25
7428/25 7429/3 7429/4
7432/9 7438/12
7438/20 7452/24
7455/16 7456/14
7456/20 7461/25
7468/19 7468/25
7471/24 7473/1

7467/23 7464/19
7487/7 7492/13 7497/2
7499/23 7505/17
7508/19 7509/19
7509/20 7510/14
7510/18
**whole [4]** 7365/1
7365/19 7389/16
7472/23
**why [17]** 7364/14
7365/13 7382/9 7384/3
7399/2 7411/10 7413/9
7425/6 7425/17
7437/10 7472/12
7477/14 7493/21
7494/7 7502/16
7503/18 7503/19
**wife [3]** 7394/15
7394/19 7511/2
**will [70]** 7359/14
7366/16 7367/11
7371/3 7371/6 7374/5
7380/19 7380/19
7389/25 7393/22
7394/1 7394/3 7394/4
7395/11 7396/13
7397/8 7397/9 7397/23
7398/6 7401/6 7403/14
7407/13 7409/25
7413/5 7413/6 7416/10
7417/9 7417/10
7417/19 7417/20
7417/23 7418/16
7418/24 7419/6 7419/6
7419/12 7419/14
7420/6 7420/8 7420/10
7425/20 7425/21
7430/14 7431/25
7433/2 7433/4 7435/3
7435/17 7436/3 7448/8
7448/21 7449/15
7450/17 7460/7
7462/18 7464/3
7464/19 7467/20
7468/5 7478/23
7480/18 7495/18
7500/20 7503/13
7506/14 7507/1
7507/10 7509/23
7509/25 7511/3
**William [1]** 7356/21
**Wilson [1]** 7421/18
**wind [1]** 7391/20
**window [1]** 7441/18

# W

**windows [1]** 7505/25
**winner [2]** 7367/23
7381/7
**wins [1]** 7381/25
**within [2]** 7389/3
7390/22
**without [5]** 7380/12
7380/19 7389/9 7404/6
7453/13
**witness [4]** 7358/2
7429/24 7506/25
7508/4
**witnessed [1]** 7368/24
**witnesses [4]** 7507/17
7510/11 7510/15
7510/18
**won [1]** 7368/1
**won't [5]** 7391/11
7397/23 7398/8
7416/12 7510/22
**wonderful [1]** 7509/14
**wondering [1]**
7413/15
**Woodward [4]** 7356/9
7356/10 7508/20
7508/24
**word [3]** 7443/21
7444/3 7455/10
**worded [1]** 7467/21
**words [11]** 7361/19
7374/19 7392/15
7400/6 7426/19
7434/15 7447/5
7483/10 7483/12
7483/13 7483/16
**work [4]** 7414/12
7459/7 7468/7 7481/21
**worked [4]** 7365/3
7387/2 7488/20
7489/16
**working [2]** 7411/17
7421/2
**world [2]** 7361/3
7378/22
**worms [1]** 7365/2
**worn [1]** 7399/13
**worried [4]** 7368/14
7368/16 7455/4
7503/19
**worse [1]** 7429/17
**worst [2]** 7397/24
7420/9
**worst-case [1]** 7420/9

# worth [2] 7405/11

7482/3
**would [78]** 7361/6
7364/5 7364/15 7365/5
7367/3 7368/14
7368/21 7373/19
7374/23 7376/19
7377/18 7379/11
7380/1 7380/1 7380/9
7380/14 7383/5 7383/7
7384/2 7385/24
7392/25 7395/19
7395/21 7395/23
7395/24 7396/19
7398/13 7398/20
7398/24 7399/16
7401/5 7401/19
7401/20 7401/21
7401/22 7402/2
7402/12 7403/18
7406/7 7413/23 7415/6
7415/10 7415/13
7418/13 7421/8
7422/16 7422/24
7432/21 7434/2
7438/21 7454/11
7455/4 7459/15
7459/18 7460/15
7468/12 7475/13
7480/13 7480/16
7484/17 7484/18
7487/5 7487/6 7494/7
7501/8 7501/15
7504/22 7507/2 7507/4
7507/18 7507/19
7507/22 7507/24
7508/4 7508/16
7508/19 7509/2
7510/21
**wouldn't [3]** 7363/4
7383/4 7474/14
**wound [1]** 7466/9
**wrapped [3]** 7459/9
7505/23 7505/25
**write [2]** 7387/24
7468/20
**writing [2]** 7382/2
7469/13
**written [2]** 7367/8
7373/9
**wrong [2]** 7487/9
7509/7
**wrote [13]** 7381/16
7382/16 7385/22

7404/8 7412/24
7412/25 7413/22
7430/17 7432/9
7432/11 7433/23
7451/22 7451/24

# Y

**yanked [1]** 7454/2
**yeah [54]** 7363/5
7375/3 7381/11
7389/20 7389/22
7398/22 7409/6 7417/8
7421/8 7424/15
7427/11 7428/4 7429/2
7434/9 7440/2 7440/17
7442/13 7442/19
7443/20 7444/15
7444/19 7445/25
7445/25 7455/18
7456/12 7458/5
7458/10 7459/17
7461/11 7461/22
7462/3 7464/4 7464/7
7468/17 7472/17
7480/10 7485/10
7485/17 7485/24
7485/25 7488/19
7488/22 7489/14
7490/17 7491/17
7491/19 7493/13
7494/14 7499/4 7499/4
7501/9 7502/5 7502/15
7505/14
**year [1]** 7483/21
**years [9]** 7362/3
7364/7 7365/23 7367/7
7395/7 7396/22
7461/11 7488/20
7490/14
**yell [1]** 7398/8
**yelling [2]** 7488/9
7491/15
**yes [198]**
**yesterday [1]** 7412/8
**yet [14]** 7365/14
7373/20 7387/15
7399/25 7431/4 7433/8
7450/19 7450/25
7469/1 7501/1 7501/2
7501/5 7508/17
7509/18
**you [791]**
**You'd [1]** 7454/15
**you'll [1]** 7504/4

7505/9
7370/22 7385/23
7390/2 7390/20
7390/24 7440/10
7448/24 7461/5
7461/24 7492/8
**you've [3]** 7362/3
7486/18 7486/19
**You/we [1]** 7469/1
**Young [5]** 7416/1
7416/15 7416/17
7419/2 7433/1
**Young's [1]** 7419/10
**your [143]** 7359/17
7361/6 7361/12 7362/4
7362/15 7363/7
7363/12 7363/15
7364/12 7364/19
7365/15 7365/24
7366/18 7366/24
7367/5 7367/13
7367/19 7369/17
7370/4 7376/10
7376/20 7377/4 7382/5
7382/21 7383/10
7385/24 7386/24
7389/10 7389/25
7390/17 7392/15
7394/11 7395/24
7395/25 7396/6
7396/15 7398/16
7399/8 7400/4 7400/7
7402/1 7402/12
7402/22 7402/22
7405/10 7405/13
7405/14 7406/9
7411/12 7411/14
7412/16 7413/22
7414/7 7415/2 7415/9
7415/12 7418/17
7421/24 7422/20
7423/10 7424/12
7426/5 7426/15 7428/6
7428/14 7428/17
7430/8 7430/13
7432/21 7434/21
7435/14 7435/19
7435/24 7436/19
7438/18 7441/2
7442/24 7443/16
7443/19 7445/10
7447/5 7447/7 7450/1
7452/2 7452/2 7452/9
7455/22 7456/15

**Y**

**your... [55]** 7456/16
7457/7 7457/10
7457/14 7457/16
7457/25 7458/24
7459/14 7460/3 7462/7
7465/23 7468/21
7468/21 7468/25
7471/24 7474/21
7475/3 7476/2 7476/14
7477/1 7478/3 7478/25
7480/12 7480/17
7480/19 7482/10
7483/10 7485/15
7490/24 7491/10
7498/1 7500/1 7500/6
7500/13 7500/13
7500/16 7500/25
7501/3 7502/3 7504/1
7504/3 7506/14
7506/22 7506/23
7506/24 7508/11
7508/12 7508/15
7508/23 7508/25
7509/3 7509/5 7510/4
7510/24 7511/2
**Your Honor [2]** 7509/3
7510/24
**yours [1]** 7413/23
**yourself [2]** 7402/22
7484/11
**yourselves [1]** 7380/9

**Z**

**zero [2]** 7401/22
7469/1
**zombie [1]** 7472/17
**zombies [1]** 7472/15
**Zoolander [1]** 7393/6
**zoom [2]** 7383/12
7384/19
**Zsuzsa [1]** 7356/12