```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,        )
                                 )
          Plaintiff,             )
                                 )    CR No. 22-15
                                 )    Washington, D.C.
       vs.                       )    November 21, 2022
                                 )    9:00 a.m.
ELMER STEWART RHODES III, ET AL.,)
                                 )    Day 34
          Defendants.            )
_____)


     TRANSCRIPT OF JURY TRIAL CLOSING ARGUMENT PROCEEDINGS
          BEFORE THE HONORABLE AMIT P. MEHTA
              UNITED STATES DISTRICT JUDGE




APPEARANCES:

For the Government:         Kathryn L. Rakoczy
                            Jeffrey S. Nestler
                            Alexandra Hughes
                            Louis Manzo
                            Troy Edwards
                            U.S. ATTORNEY'S OFFICE
                            601 D Street, NW
                            Washington, D.C. 20579
                            (202) 252-7277
                            Email:
                            kathryn.rakoczy@usdoj.gov
                            Email:
                            jeffrey.nestler@usdoj.gov
```

```
APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:        Phillip A. Linder
                                 BARRETT BRIGHT LASSITER LINDER
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 252-9900
                                 Email:
                                 phillip@thelinderfirm.com

                                 James Lee Bright
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 720-7777
                                 Email: jlbrightlaw@gmail.com

                                 Edward L. Tarpley, Jr.
                                 819 Johnston Street
                                 Alexandria, LA 71301
                                 (318) 487-1460
                                 Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:              Jonathan W. Crisp
                                 CRISP AND ASSOCIATES, LLC
                                 4031 North Front Street
                                 Harrisburg, PA 17110
                                 (717) 412-4676
                                 Email: jcrisp@crisplegal.com
```

APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                          Stanley Edmund Woodward, Jr.
                                      BRAND WOODWARD LAW
                                      1808 Park Road NW
                                      Washington, D.C. 20010
                                      (202) 996-7447
                                      Email:
                                      stanley@brandwoodwardlaw.com

For Defendant
Kenneth Harrelson:                    Bradford L. Geyer
                                      FormerFeds LLC
                                      2006 Berwick Drive
                                      Cinnaminson, NJ 08077
                                      (856) 607-5708
                                      Email:
                                      Bradford@formerfedsgroup.com

For Defendant
Thomas E. Caldwell:                   David William Fischer, Sr.
                                      FISCHER & PUTZI, P.A.
                                      7310 Governor Ritchie Highway
                                      Empire Towers, Suite 300
                                      Glen Burnie, MD 21061-3065
                                      (410) 787-0826
                                      Email:
                                      fischerandputzi@hotmail.com

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                    P R O C E E D I N G S

 2            THE COURT:  Good morning.

 3            Can we move forward?

 4            MR. CRISP:  No objection.

 5            MR. FISCHER:  No objection.

 6            MR. GEYER:  No objection.

 7            MR. LINDER:  No objection.

 8            COURTROOM DEPUTY:  Good morning, Your Honor.

 9            This is Criminal Case No. 22-15, the United States

10   of America versus Defendant No. 1, Elmer Stewart Rhodes III;

11   Defendant 2, Kelly Meggs; Defendant 3, Kenneth Harrelson;

12   Defendant 4, Jessica Watkins; and Defendant 10, Thomas

13   Edward Caldwell.

14            Kathryn Rakoczy, Jeffrey Nestler, Alexandra

15   Hughes, Troy Edwards, and Louis Manzo for the government.

16            Phillip Linder, James Lee Bright, and Edward

17   Tarpley for Defendant Rhodes.

18            Stanley Woodward and Juli Haller for Defendant

19   Meggs.

20            Bradford Geyer for Defendant Harrelson.

21            Jonathan Crisp for Defendant Watkins.

22            And David Fischer for Defendant Caldwell.

23            The defendants are present in the courtroom for

24   these proceedings.

25            THE COURT:  Why don't we at least start with
```

1    Mr. Fischer's -- the motion in limine concerning

2    Mr. Fischer, Mr. Fischer's closing since Mr. Caldwell is

3    present, we're still waiting on Mr. Harrelson.

4         So I read the parties' papers that were filed from

5    the government last week and then Mr. Fischer filed

6    something, I think, Friday evening.  Does either side wish

7    to be heard any further on the matter?

8         MR. MANZO:  Just very briefly, Your Honor.

9         I think Mr. Fischer is free to compare

10   Mr. Caldwell to other defendants in this case.  Our

11   objection is to comparing him to individuals outside of this

12   courtroom in terms of charged defendants saying something

13   like, he's the face of January 6th or things like that.  The

14   government doesn't think that's in the record in front of

15   the jury.

16        And in the second part where Mr. Fischer is

17   maintaining that Mr. Caldwell told the truth in the

18   custodial interview, we have objected since the very opening

19   statement to that.

20        Of course, Mr. Fischer is free to attack the

21   investigation, but Mr. Caldwell did not tell the truth in

22   the custodial interview, and that's beside the point because

23   there's nothing in it in the record, we haven't introduced

24   anything.  So we would just rest on that, and I think our

25   pleading speaks for itself.

1          Your Honor ruled when we were going through the

2    grenades that, I don't know if you remember this, but, you

3    know, he was -- what was trying to be done there was not

4    proper in terms of trying to backdoor in the fact that

5    Mr. Caldwell allegedly told the truth and the government on

6    that.  So with that, we'd rest.

7          THE COURT:  Okay.  Mr. Fischer.

8          MR. FISCHER:  Your Honor, I'm not going to argue

9    anything about the grenade.  I'm not going to bring the

10   grenade up.  He was warned.  The FBI agent testified that he

11   warned him that he could to be charged with lying to a

12   federal agent.  He's not been charged with that.  I think

13   that's obvious to the jury he hasn't been charged with that

14   so I think it's fair game, and I think that speaks for

15   itself.

16          As far as comparing to someone outside the case,

17   I'm not going to do that anyway.

18          THE COURT:  Okay.

19          So just the framework here is defense counsel are

20   permitted to all argue all reasonable inferences from the

21   facts in the record.  Counsel, however, may not premise

22   arguments on evidence which has not been admitted or make

23   statements as to facts not proven.  There's a series of

24   D.C. Circuit cases, all of which involve different factual

25   settings, but nevertheless those principles are applied

1    squarely in those settings.

2          They are *United States versus Brodie*, that's

3    B-r-o-d-i-e, 424 F.3d 259 and 267; *U.S. versus Stubblefield*,

4    643 F.3d 291, 296; *United States versus Borda*, that's

5    B-o-r-d-a, 848 F.3d 1044 at 1063; and then, most recently,

6    *United States versus Johnson*, 4F 4th, 116 at 123.

7          So insofar as the arguments that Mr. Fischer

8    wishes to make, and I'm not sure exactly how to characterize

9    these, but insofar as the arguments he wishes to make

10   concerning the rush to judgment and the facts that you

11   believe support that, I think that's certainly fair game.

12   It's been a theme and I've allowed you to ask questions

13   about that and that seems fair.

14         You've argued in your papers sort of a bottom of

15   page two, carryover to page three, that you think it's fair

16   to make the argument that the fact that Mr. Rhodes was

17   indicted so much later than Mr. Caldwell sort of undercuts

18   the notion that some agents have testified that somebody's

19   dangerousness might be related to the speed at which the

20   investigation moves and the charges are made.  I think

21   that's a fair argument to make based upon the evidence and

22   it's an inference the jury can either accept or not.

23         In terms of Mr. Caldwell's prior statements -- and

24   I think -- I'm not going to -- well, let's put it this way.

25   The government did not seek to introduce any of his

1    statements in its case-in-chief.  To the extent I permitted

2    cross-examination about that interview, it was largely, one,

3    to establish that Mr. Caldwell, in fact, had provided

4    statements to the FBI, that he volunteered to do so, and

5    what the circumstances were of that statement; and, two,

6    that it is sort of part of your rush to judgment theory,

7    which was, for example, that Mr. Caldwell had advised, or at

8    least that Agent Palian had confronted him with the idea

9    that Mr. Caldwell had been inside the Capitol, showed him a

10   photograph that he thought established him to be inside the

11   Capitol and, in fact, he was not in the Capitol.

12          However, what is not permitted as matter of

13   evidence is to bolster Mr. Caldwell's testimony, whether in

14   fact he testified or not, particularly since he testified,

15   with any prior consistent statements.  That certainly is not

16   something that can be done.

17          And I think by arguing that Mr. Caldwell has not

18   been charged with a 1001 violation, it sort of bolsters

19   somehow that he's told the truth during that initial

20   interrogation, I think is improper, and, in fact, I was very

21   careful about what we allowed in about that first

22   interrogation because I wanted to avoid the very issue we've

23   just had on display here, which is opening the door to the

24   government coming in and saying, well, Mr. Caldwell, we

25   think, lied in the following half dozen ways, and I don't

1    know whether they would put that on or not, but there's a

2    reason I limited the evidence as to what could be admitted

3    as to Mr. Caldwell's first interrogation and I thought I was

4    fairly consistent about that.

5         So I'll allow the arguments that you've made sort

6    of on page 1 through the top of page 3, allow you to do that

7    Mr. Fischer.  Insofar as the 1001 arguments, I will

8    foreclose you from making that argument.

9         MR. FISCHER:  And to clarify, Your Honor, am I

10   allowed point out that the government has not brought forth

11   testimony, like they tried with, or bring in Agent Eller

12   regarding Jessica Watkins to come in here to show any

13   portion that he lied during the interview?  I mean, I could

14   say he was not charged when a crime, but I believe

15   it would be fair game to point out that the FBI -- the

16   government has not presented a witness to show anywhere in

17   his interview where he lied at.

18        THE COURT:  Well, I think the problem is, I don't

19   think Mr. Caldwell was confronted with any prior statement,

20   and so Ms. Watkins was confronted with prior statements.

21   And because, in the government's view, she said things

22   different than what she had said previously, it was

23   appropriate to bring in the agents for impeachment purposes.

24        I don't think Mr. Caldwell was confronted with

25   anything he said in his prior interviews so I don't think

```
 1    that's appropriate either, given there was no confrontation
 2    because there was no confrontation, there would have been no
 3    basis to bring in an impeachment witness on their rebuttal
 4    case.
 5              MR. FISCHER:  Understood, Your Honor.  Thank you.
 6              THE COURT:  All right.  Thank you.
 7              And, Mr. Geyer, in terms of Mr. Harrelson, anybody
 8    wish further to be heard about this?
 9              MR. GEYER:  Good morning, Your Honor.
10              No, I put it in a quick response.
11              I don't even know how far we are apart in terms of
12    what expectations are.
13              THE COURT:  Well, let me just ask this, Mr. Geyer.
14    I'm not quite sure -- well, it seems that you all are in
15    agreement as to the issue of introducing -- that you can't
16    argue about evidence that's not in the record.
17              MR. GEYER:  Correct.
18              THE COURT:  You had made some statements in
19    opening, for example, that suggested there would be
20    evidence, for example, that your client's voting record.
21              MR. GEYER:  Yes.
22              THE COURT:  I want to be clear about one thing.
23    You're right, I did sustain the objection admitting that
24    through an agent, but I never precluded you from bringing
25    that in otherwise.
```

1          MR. GEYER:  Correct, Your Honor.  Thank you.

2          THE COURT:  But in terms of what I hear you

3    suggesting is that you wish to argue to the jury that the

4    reason Mr. Harrelson went into the Capitol is because he had

5    heard about shots fired, or at least argue to the jury that

6    it's a reasonable inference from the evidence that the

7    Oath Keepers went in because they heard about shots fired or

8    that that they went up to assist the officers who had been

9    sprayed.  Is that what you intend to do?

10          MR. GEYER:  I think it's a little bit of gradient

11    shift from there.  I think the reasonable inferences from

12    the video which are part of exhibits, that's one of the

13    conclusions or inferences that the jury could draw, among

14    others, but it's primarily driven from the video that's been

15    made now part of the record.

16          THE COURT:  But when you say -- I mean, I want to

17    be exact here, which is, are you going to argue -- is it

18    your intention to argue to the jury that what the video

19    supports is that the Oath Keepers went in to provide

20    assistance either to a shooting victim or to officers who

21    were sprayed at the door front?

22          MR. GEYER:  That's an inference the jury could

23    draw based on the context of the video evidence that's part

24    of the record.

25          THE COURT:  Forgive me, Mr. Geyer.  I'm just

```
 1   asking more -- are you intending to ask that?  I mean, the
 2   jury can infer what it wants when it's deliberating.  My
 3   question is, is that something you intend to argue to them?
 4            MR. GEYER:  I would intend to say that, you know,
 5   there's a variety of factors that went into this situation
 6   that you can now see recorded on video.  Among them is that
 7   this attack that occurred during the last two stanzas of the
 8   National Anthem may have filtered through to them to the
 9   crowd, they may have gone up to investigate.  There's many
10   reasons why they may have gone up.
11            THE COURT:  So here's the problem with that and
12   the difficulty I'm having, which is that while you can argue
13   based upon reasonable inferences from the record, there's
14   been no testimony at all about why anybody went in, and in
15   fact, the only two witnesses from Stack 1 who testified
16   about why they went in, both Ms. Watkins and Mr. Young said
17   essentially that we were caught up in the moment, that
18   neither of them testified that we went in to assist anybody,
19   and that's one.
20            And, two, in fact -- and two, in addition to that,
21   Ms. Watkins, for example, said just the opposite in one
22   sense in that she said, I didn't even see the officers being
23   assaulted at the door front.  And I think Mr. Harrelson was
24   behind Ms. Watkins in the stack?  No, he was in front of
25   her?
```

10123

```
 1              MR. GEYER:  No.
 2              THE COURT:  I can't remember the order in which
 3    they went up there.
 4              MR. GEYER:  Watkins was well behind.
 5              Harrelson went before two people who were
 6    bracketing Isaacs.  Isaacs was brought deep, very close to
 7    the door.
 8              THE COURT:  Right.
 9              MR. GEYER:  And they only had 30 seconds to react
10    because the doors opened, they got trash compacted.
11              THE COURT:  Right.
12              MR. GEYER:  I'm not intending to gild the lily
13    here, but there's reasonable interpretations anybody could
14    make from looking at the video.
15              THE COURT:  I want to be clear here, Mr. Geyer,
16    which is, there's no evidence from anybody testimonially
17    that they went in for -- to help officers or in response to
18    a shooting.  And, two, there's no evidence that there was
19    any murmur even within the crowd on the steps about any
20    shooting or that the officers were being assaulted at the
21    front of the doors.
22              MR. GEYER:  Well, we've heard from --
23              THE COURT:  So if you intend to affirmatively
24    argue that that's why they went in, I don't think there's an
25    evidentiary basis to argue that.
```

1          MR. GEYER:  There's actually -- I respectfully
2    would suggest, Your Honor, that there is.
3          In Mr. Nestler's opening, he mentioned how the
4    crowd parted.  One of the reasons why the crowd may have
5    parted is because they realized there was this vicious
6    attack that had been occurring with chemicals and mace,
7    which can now be seen on video and we have it time syned on
8    an admitted court exhibit.  It's just crowd dynamics.  It's
9    a logical thing that the -- that word of that would have
10   filtered back.
11         In addition, there were two people who were
12   actively engaged in those attacks who escorted Isaacs up to
13   the front.
14         Additionally, the Oath Keepers came to the fence
15   while they were inside the Capitol.  So the best evidence
16   that they may have been thinking that when they went in was
17   what they actually did --
18         THE COURT:  Well, that's the Harry Dunn issue, and
19   I think that's a different issue, right?  I mean, there's
20   certainly been testimony -- I can't remember whether it's
21   affirmative or at a minimum through cross-examination of
22   Officer Dunn and the inferences about his recollection that
23   would permit that kind of argument.  There's no doubt about
24   that.
25         And, I mean, if you want to argue that, you know,

```
 1   you can infer or you know -- or the government has not been
 2   able to prove that the reason they didn't go in was to help,
 3   and we know that they helped because of Officer Dunn, that's
 4   fine.  But I think the argument that somehow that it was --
 5   that they went up the stairs to assist those officers who
 6   were being, you know, sprayed with the pepper spray, I mean,
 7   there's just been nothing about that.
 8            MR. GEYER:  Harrelson's situation is different
 9   from any of the others because he was on an active security
10   detail.  Everybody understood that that was going to
11   continue after the scheduled event which was in Section 8,
12   and they were going to actually escort people back to their
13   hotels, the metro cars.  As a disabled veteran, it's hard
14   for these guys to know when the duty shuts off.
15            Eventually, he found his way onto the stairs like
16   somebody would if they were lost in the forest, you don't
17   wonder around the forest --
18            THE COURT:  I'm sorry to interject, but, I mean,
19   there's been evidence that Mr. Caldwell is a disabled
20   veteran but is the first I'm hearing that Mr. Harrelson is a
21   disabled veteran, and I don't think the jury has heard any
22   evidence of that, have they?
23            MR. GEYER:  No.  But it's just --
24            THE COURT:  Okay.
25            MR. GEYER:  -- it's a part of his identity and --
```

```
 1              THE COURT:  No, but, I mean, again, it may be but
 2   we're talking about within the confines of a closing
 3   argument and what you're permitted to argue and what the
 4   evidence is, and you can't interject into the closing
 5   something that hasn't been admitted in the evidence which is
 6   that Mr. Harrelson was a disabled veteran.
 7              MR. GEYER:  Okay.  If it's the Judge's decision
 8   that I not reference him being a disabled veteran
 9   100 percent psychologically and physically, I won't, it's
10   very simple.  I can comply with that, and there's no problem
11   there.
12              In terms of what happened in that one minute after
13   the National Anthem, we really don't know, and the Court is
14   absolutely correct, there's not a lot of evidence on that.
15              There's multiple reasons for that, among them,
16   Mr. Harrelson didn't testify.  But also it just happened
17   very, very fast, it was a --
18              THE COURT:  So I guess the bottom line is --
19   because I want to get our jury in here.  I wanted to hear
20   what you have to say.  I mean, I think there's ways to
21   perhaps couch it that arguably might be appropriate in sort
22   of, you know, has the government proven to you beyond a
23   reasonable doubt that the only reason they went in was to
24   disrupt the certification?  And I would submit to you that
25   they have not --
```

```
1              MR. GEYER:  Okay.

2              THE COURT:  -- for the following reasons and look

3     at this evidence.  But to affirmatively say they went in for

4     that particular reason I think is problematic because

5     there's no evidence to affirmatively support that.

6              So I think if you word it in a particular way,

7     it's probably okay, but to make the affirmative declaration,

8     I think is more problematic.

9              MR. GEYER:  Okay.  I'll attempt to be delicate,

10    Your Honor.  Thank you.

11             THE COURT:  Okay.

12             MR. MANZO:  And, Your Honor, we've received

13    Mr. Crisp's closing and PowerPoint.  We've not received

14    anything from anyone else, so we're assuming that they will

15    not be using exhibits or --

16             MR. FISCHER:  Mine should be on USAfx.

17             MR. MANZO:  Okay.  We'll check there.

18             THE COURT:  Mr. Geyer, did you intend to use any

19    demonstratives in your closing?

20             MR. GEYER:  I have -- yes, I have videos, exhibits

21    I want to play those for the jury.

22             THE COURT:  Have you shown what you intend to show

23    to the government?

24             MR. GEYER:  Yes, on Friday.

25             MR. NESTLER:  Same videos?
```

1          MR. GEYER:  Same videos, yeah.

2          MR. NESTLER:  Okay.

3          THE COURT:  Okay.

4          Also, before we -- we don't have time now, but I'd

5    like to talk about the verdict form, which I have to

6    confess, I have not focused on previously and want to have a

7    conversation about it.  So we'll carve out some time

8    probably right around lunch in order to do that.

9          Well, why don't we at least begin a conversation

10   about it while we're waiting for JC to line them up.

11         So has everybody seen the verdict form that

12   Mr. Nestler circulated last evening, I guess, or over the

13   weekend at some point?

14         All right.  Well, hopefully you have.  If not,

15   then we'll make sure you do.

16         But I guess I wanted to understand what the

17   thinking was in having these in Count 1, and for the

18   conspiracy counts to have special interrogatories, in

19   particular, sort of asking first whether there has been a

20   conspiracy established and then asking what the object of

21   the conspiracy is, and then asking whether -- which --

22   whether each defendant is guilty of a conspiracy.

23         At first glance, I found it confusing because

24   ultimately the question is, did each defendant participate

25   in a conspiracy as to a particular object that's alleged,

1    not that the defendant participated in an undefined

2    conspiracy.

3            You know, they are asked, for example, in this

4    special interrogatory, "Has the government proved beyond a

5    reasonable doubt the existence of a conspiracy charged in

6    Count 1?"  Well, if I'm a juror, I'm going, "Well, what is

7    the conspiracy precisely charged in Count 1 other than

8    seditious conspiracy?"

9            What the instructions say is that each defendant,

10   in order to find that defendant guilty, has to have

11   conspired with one or more persons, or at least one other

12   person, as to a particular object that's alleged, and they

13   have to be unanimous as to, obviously, all the elements of

14   the offense and the particular object.

15           And I think the way this is structured, it begs a

16   lot of questions that don't need to be answered.  And it

17   just seems to me that the way to do this is to simply just

18   ask, are these defendants -- "Is each defendant guilty of

19   the count?"  And not have the special interrogatories

20   because I think the jury instructions are quite clear as to

21   what the jury has to determine as to each defendant.

22           And I think the same is true for Ms. Watkins in

23   Count 6.  I mean, the elements of -- in the instructions,

24   I don't think there's any need for the jury to identify what

25   particular object of the civil disorder is included in

```
1    the -- or that they've determined one way or the other.
2              MR. CRISP:  Certainly as to Count 6, we would
3    effectively concede it, so I'm not really going to harken
4    about it, so I'm okay with that, Judge.
5              MR. NESTLER:  We're amenable to all of the Court's
6    suggestions.
7              THE COURT:  All right.  So let's take out the
8    special interrogatories and just ask the question, "Do you
9    find the defendant guilty" -- you know, in the same way that
10   Count 3 is just obstruction of the count, and then list the
11   defendants, guilty, not guilty, and I think that takes care
12   of it.
13             MR. WOODWARD:  Your Honor, I've reached out to the
14   counsel on our end who took the lead in drafting, and so
15   I'll get an answer for you by lunch if there's some reason
16   why -- I'm not -- I don't have a personal preference, we're
17   amenable to the Court's suggestion, but let me just make
18   sure that defense counsel aren't overlooking something that
19   one of our colleagues thought was critical in drafting this.
20             THE COURT:  Okay.
21             Mr. Geyer, are you still estimating 90 minutes?
22             MR. GEYER:  90 minutes, yes, Your Honor.
23             THE COURT:  Okay.
24             And then Mr. Crisp, how long do you think you'll
25   be?
```

```
1              MR. CRISP:  Right about 45.

2              THE COURT:  I'm sorry?

3              MR. CRISP:  Right about 45.

4              THE COURT:  Mr. Fischer, do you have an estimate?

5              MR. FISCHER:  90 minutes.

6              THE COURT:  Okay.

7              And I won't stop the clock at 90 but I'll just ask

8    you all to be mindful of that time estimate.

9              I guess while we're on the topic, Mr. Nestler, are

10   you doing the government's rebuttal?

11             MR. NESTLER:  Yes, Your Honor.

12             THE COURT:  And do you have a sense of how long

13   that'll be?

14             MR. NESTLER:  No, Your Honor.

15             THE COURT:  What's that?  I understand that it

16   depends on what's said.

17             I get it.

18             MR. NESTLER:  I hope to finish it today.

19             THE COURT:  All right.  Well, that would be a good

20   thing.  That would be a good thing.

21             COURTROOM DEPUTY:  Jury panel.

22             (Jury entered the courtroom.)

23             THE COURT:  Okay.  Ladies and gentlemen, please be

24   seated.  And welcome back, it's nice to see everybody again.

25   I hope everybody had a nice weekend despite the cold.
```

```
1              So we are ready to get started and what I am
2    hopeful will be the final days -- the final day of our
3    closing arguments.  And so we will get started with
4    Mr. Geyer on behalf of Mr. Harrelson.
5              MR. GEYER:  May it please the Court, ladies and
6    gentlemen of the jury, once again, my name is Bradford
7    Geyer, and I have the honor to stand here before you today
8    and advocate for the innocence of my client, Sergeant
9    Kenneth Harrelson.
10             I first became attracted to Kenny's case because
11   of one primary thing, the charges against him and the very
12   first video evidence of those charges as presented by the
13   government were in direct contradiction of one another.
14   When I saw this contradiction of truth in reality, my first
15   question was, am I looking at simple carelessness on behalf
16   of the government, or is this an outright indifference to
17   the truth?
18             That was 14 month ago, and here I now proudly
19   stand before you with that truth in hand, not my truth, not
20   Kenny's truth, but the actual truth as presented in this
21   trial by the government itself charging these defendants
22   with damage and destruction to doors that were first opened
23   before they ever arrived, then opened again with 75 to 100
24   people passing through before they ever reached those doors,
25   doors that were being broken and being shattered before
```

1    these defendants even arrived.  Doesn't that make you

2    hesitate?  Doors opened from the inside, doors no Oath

3    Keeper ever touched or pulled upon or pushed open.

4            These are facts contained in irrefutable video

5    evidence as presented by the government in government

6    exhibits, and it's these smaller fallacies, accusations of

7    crimes not even committed, that makes everything else they

8    presented fair game for criticism and question, and it

9    should make you hesitate.

10           And there's more, a lot more.  Kenny's January 6th

11   story didn't begin at the gun training range in Florida.

12   You saw that video at least three or four, maybe even five

13   or six times, the government loves that video.  Back in

14   September 2020, two months before the election and four

15   months before the January 6th demonstration was even

16   planned, Assistant U.S. Attorney Kathryn Rakoczy in her

17   closing statement on Friday tried to insinuate an ominous

18   specter, and I quote, "Defendant Harrelson was firing those

19   rifles at targets with pictures of humans drawn on them."

20           First of all, Kenny wasn't trained at a Florida

21   gun range.  He was trained by the United States Army.

22   Firing at targets with human silhouettes, just like every

23   gun range, tens of thousands of gun ranges in the United

24   States, thankfully, perhaps, as far as I know, none of them

25   inside the District.

1          There's nothing unusual or anything close to an

2     insinuation of a desire to kill people by Kenny Harrelson or

3     any other defendant in this matter.  No more so than that of

4     millions of Americans who go to licensed gun ranges every

5     day and practice on those same types of silhouettes.

6          We've even heard testimony in this trial from FBI

7     special agencies who also practice weapons training.  Want

8     to guess what they fire at?  Correct, silhouette caricatures

9     just like you saw on that video and many others.

10          Ms. Rakoczy's was just another absurd insinuation

11     of crimes not committed and crimes not intended by what they

12     were doing that September day in Florida.

13          Kenny's January 6th story didn't begin with the

14     Million MAGA March in November of 2020.  Why?  Because he

15     didn't come to D.C. for that march either.  In fact, in

16     those dozens of or hundreds of message slides talking about

17     the Million MAGA March, there's one name you never, not even

18     one time, saw come up on those slides:  Kenny Harrelson.

19          Kenny's January 6th story didn't begin with the

20     Jericho March in December.  Why?  Because he didn't come to

21     D.C. then either.  January 6th was the first time he'd ever

22     been in his life in Virginia or D.C.

23          In those dozens or hundreds of slides on planning

24     regarding the December Jericho March, his name didn't come

25     up once.

 1              In Ms. Rakoczy's argument on Friday, she put forth

 2       the most egregious mischaracterization of the facts.  She

 3       said, and I quote, "We do not have some of the same messages

 4       for Defendant Harrelson, because, as you heard,

 5       Defendant Harrelson deleted almost all the Signal content on

 6       his phone prior to March of 2021."

 7              Here I was for weeks sitting in the back there --

 8       you can't see it, but I have a cot set up back there with a

 9       blankie and a stuffed animal, and I was taking a nap and all

10       of a sudden I start hearing for the first time in closing

11       statement, which is not even evidence, my client's name

12       being mentioned two or three times in ridiculous ways.

13              Ladies and gentlemen of the jury, we heard

14       extensive evidence about how the government was able to pull

15       all the messages off of all the phones of anyone who was on

16       those Signal chats.  As such, we saw the complete content of

17       the Signal chats.  Well, I mean, we saw the messages the

18       government wanted you to see and they didn't conveniently

19       skip over.

20              You know, there's reams of messages dealing with

21       the actual planning of the security operations on

22       January 6th.  Remember when Special Agent Palian testified,

23       he was lead-off batter.  He didn't even know there were

24       PSDs.  Didn't even though they were occurring.  Actually, it

25       was a little bit embarrassing because he caught me

1    flat-footed.  I had no idea he was going to say that.

2         But, yes, we saw what they wanted us to see, we

3    heard what they wanted us to hear.  The government had all

4    the Signal chats.  Kenny's own braggadocio, his scary words

5    weren't missing because he deleted them, they weren't there

6    because he didn't say them.  They weren't in his head, they

7    weren't in his consciousness.  Had he said them, they would

8    have been extracted from other people's phones, the

9    government knows that, and put up on the screens time and

10   time again like everybody's else was.  They do not exist.

11        The government stooped even lower on Friday in an

12   effort to insinuate Kenny into a non-existence evolving or

13   devolving conspiracy.  Ms. Rakoczy brought up the testimony

14   of Abdullah Rasheed.  If you were like me, you ran home that

15   day after that guy showed up and you took a hot shower with

16   antibacterial soap.  The felony convicted child molester,

17   and his taken recording of a November 9th GoToMeeting call

18   on Ken Harrelson's 40th birthday, not discussing

19   January 6th, that hadn't yet even been announced, but

20   discussing the upcoming Million MAGA March on November 14th.

21        Ms. Rakoczy said that this was, and I quote, "the

22   very first concrete moment where you saw evidence that

23   others were joining in and agreeing to these proposals of

24   Mr. Rhodes."

25        Agreeing to these proposals?  How did she know

1    that?  There's no evidence of this.  She's just asserting

2    it.  She's inferring it.

3         Then she said, "What did Defendant

4    Kenneth Harrelson think of that call that he was on?  We

5    know that he was on that call because you've seen the

6    GoToMeetings records ."

7         Notice, we know he was on that call with 60 to 80

8    others because of the call records, not because Kenny said

9    anything.

10        She didn't answer the question because she doesn't

11   have one, because, as in the case of every chat and call the

12   government has presented, Kenny didn't contribute.  We don't

13   know if he was listening, we don't know if he was partying

14   on his 40th birthday, we don't know what he was doing.

15        But what did Kenny think?  This is what it's come

16   down to.  No longer is the entirety of the government's case

17   just about scary words, which is bad enough, but now you're

18   being asked to convict based on what he might have been

19   thinking.

20        There it is, the slide they did about four, five

21   or six weeks into their presentation of their evidence, the

22   implicit conspiracy theory.

23        The government switched gears after every single

24   one of their own eyewitnesses told us they never saw a

25   single message calling for these defendants to enter the

1  Capitol, attack police officers, or stop the certification

2  of the 2020 results.

3         Also, according to Ms. Rakoczy, Abdullah Rasheed

4  said that he was terrified of that call.  Oh, my gosh, this

5  guy, they want you to believe his sensibilities all of a

6  sudden were offended.  This guy who sexually abused

7  youngsters.

8         MS. RAKOCZY:  Objection.

9         THE COURT:  It's overruled.  Go ahead.

10        MR. GEYER:  That the government has to stoop so

11  slow as to bring in a man who has used six different legal

12  names since 2009, not counting the 30 to 40 others he told

13  us he uses online, who lied on his Oath Keepers application

14  about his felony conviction and who was convicted of

15  aggravated sexual assault of a minor.  That's what's

16  terrifying.  That they're putting that up against a wrongly

17  accused veteran.

18        Kenny's January 6th story didn't begin with either

19  of the open letters from Stewart Rhodes to President Trump

20  either, begging him to invoke the Insurrection Act.  He

21  didn't see them.  Even if he did, Kenny wouldn't know what

22  an Insurrection Act was if it bit him in the ass.

23        The funny thing is, when we first got involved in

24  this case, and we're talking about this Insurrection Act

25  thing, none of us knew what it was either.

1             MS. RAKOCZY:  Objection.

2             THE COURT:  Sustained.

3             Ignore that, ladies and gentlemen.

4             MR. GEYER:  I'll continue, Your Honor.

5             THE COURT:  Thank you.

6             MR. GEYER:  But it turns out the Insurrection Act

7    is an actual thing.

8             I'm not saying Mr. Rhodes' interpretation of that

9    law is right or wrong, I don't know, that's not my field of

10   expertise; but I can tell you Kenny, a hardworking veteran,

11   had no concept of what he may or may not have heard from a

12   Yale law school graduate or the organization's General

13   Counsel.

14            Here's the thing that struck me the hardest during

15   those early weeks of the government's witnesses, exhibits,

16   and message slides.  You know, with all the inflammatory,

17   bravado, Revolutionary War language, war sounding scary

18   words, Kenny Harrelson's name, not a peep, not because he

19   didn't delete them but because he didn't participate in

20   those conversations about either of those 2020 marches here

21   in D.C.

22            Then, as we learned from the government's own

23   witnesses, Kenny, or by Signal handle, Gator 6, wasn't even

24   added to the "D.C. Op" chat until the evening of

25   January 3rd.

1          Then the government goes all hyperbolic.  Once

2     again, Ms. Rakoczy stated on Friday, "Just underneath the

3     operations leader Michael Greene, AKA Whip, was Kelly Meggs,

4     one of the leaders of those on the ground that day," like

5     we're talking about Desert Storm or something.

6          "You know, in turn that Mr. Meggs tapped

7     Defendant Kenneth Harrelson, Gator 6, to be the ground team

8     leader for the operation for January 6th."

9          Ground team leader?  For what?

10          As my colleague Mr. Woodward rightly pointed out

11    in his argument for Mr. Meggs' innocence, the government

12    totally skipped over a voluminous number of messages and

13    chat conversations and records, signed records, purposefully

14    obscuring the planning about the personal security details

15    to be performed by these defendants on January 5th and 6th.

16          Yes, Kenny was appointed ground team leader, but

17    not for the purpose of interfering with the certification of

18    an election or assaulting the Capitol.  There's not a stitch

19    of evidence that suggests that.  But it was for the security

20    and safety of VIP speakers he was escorting from The Ellipse

21    to their legally permitted stage on Capitol Grounds, and

22    that has been well documented to those VIPs, hotels, to

23    their vehicles, or to the metro, including riding home on

24    the Metro if necessary.

25          Kenny is a veteran.  Veterans have a hard time

```
 1    knowing when they can flip off the duty.  They spend a lot
 2    of time, many time years, figuring out how to shut it off.
 3    And he was in the same position as others there on that day
 4    not knowing exactly how to react.
 5            But he was taking on that day VIPs to an event on
 6    a stage.  Stephen Brown, with that attractive British
 7    accent, you remember him?  He told us about the stage, he
 8    showed us the documents through Mr. Woodward's questioning,
 9    I believe.  So that's where Kenny was headed.
10            But because he had no intention of coming to D.C.
11    for the January 6th event, it wasn't until he received a
12    call from Kelly Meggs on the evening of the 3rd, telling
13    Kenny that they needed for him, for personal security
14    details, for congressional detailees, that he even
15    considered going.
16            MS. RAKOCZY:  Objection; not in evidence.
17            MR. GEYER:  Even then --
18            THE COURT:  Hang on, Mr. Geyer.
19            MR. GEYER:  I'll continue, Your Honor.
20            THE COURT:  Thank you.
21            MR. GEYER:  Even then, Kenny told Mr. Meggs he
22    couldn't afford the trip, but after he was assured his
23    expenses would be covered, he agreed to go.
24            MS. RAKOCZY:  Objection; not in evidence.
25            THE COURT:  Sustained.
```

 1          MR. GEYER:  I'll continue, Your Honor.

 2          I'm sure you remember time and time again after

 3    the testimony of each of the government's witnesses,

 4    particularly that of the FBI Special Agent, I'd walk up to

 5    this lectern, point in another direction, was Mr. Harrelson

 6    in that chat group?  Answer:  Not I'm thought aware of.  Was

 7    Mr. Harrelson on that conference call?  Not to my knowledge.

 8          Why?  As I told you in my opening statement

 9    several weeks ago, politics is just not his thing.

10          You also remember me asking all the Special Agents

11    if they were aware that Kenny hasn't had a Twitter, Facebook

12    account, cable TV since 2014, any social media since 2014,

13    Parler, none of it.

14          So all the context that we had, we were getting

15    all embroiled in the politics of the day leading up to 2016

16    election, leading up to the 2020 election, getting concerned

17    over this tweet or that tweet and the effect they may have

18    on a foreign leader, all that stuff was completely outside

19    of Kenny's awareness.  He chose a different path.  He

20    checked out.  He unplugged.

21          Politics are just not his thing.

22          There's another thing you probably noticed in the

23    final days of presentation of the various defendant's cases.

24    Did you notice that I didn't call any witnesses even on

25    Kelly's behalf?  Why?  Because the government already did

1    that for Kenny.  They did it themselves.

2          Let me explain it.  Let's go back to the beginning

3    of Kenny's January 6th story, which began with that phone

4    call asking him to help with personal security details.

5          MS. RAKOCZY:  Objection; not in evidence.

6          MR. GEYER:  I'll move on, Your Honor.

7          THE COURT:  Thank you, Mr. Geyer.

8          MR. GEYER:  The government presented two of their

9    own witnesses, both of whom were in the same car with Kenny,

10    from the morning of the 4th, from Florida to North Carolina,

11    where they spent the night at first evening, then the rest

12    of the way to Virginia and D.C. on the 5th, all day on the

13    6th, and then the long straight shot back to Florida on the

14    7th.  Might be 2000 miles.

15          Those two government witnesses, their witnesses,

16    were Terry Cummings and Jason Dolan, Staff Sergeant

17    Jason Dolan, retired.

18          The three men, including Kenny, spent four days in

19    intimate proximity with one another in the same vehicle,

20    traveling hundreds of miles together.  If there's going to

21    be a conspiracy hatched to commit a crime together, they had

22    plenty of hours to discuss and work out the plan.

23          Now, I have to tell you, when I have a client,

24    I tell them right off the bat, you've got to tell me

25    everything, good, bad, and ugly.  And when I learned that

1  the government was bringing in two witnesses that spent that

2  much time --

3          MS. RAKOCZY:  Objection.

4          THE COURT:  It's overruled.

5          MR. GEYER:  Spent that much time with my client,

6  frankly, I brace for the worst, you never know what's going

7  to happen, especially since at least one of them had made a

8  plea deal with the government with the stated hope that his

9  testimony from the government's case would hopefully work to

10 his advantage in getting a lighter sentence.

11         On the 6th day of this trial, Mr. Cummings was

12 called to the witness stand.  When it was my time to

13 cross-examine him, I simply asked, "During the entire trip

14 from January 4th through 7th, was there ever a conversation

15 with Mr. Dolan and Kenny of insurrection?"

16         His answer, "No."

17         "How about attacking the police?"

18         His answer, "No."

19         "How about attacking the Capitol?"

20         His answer, "No."

21         "How about attacking elected representatives?"

22         His answer, "No."

23         We also found that, to my surprise, there were no

24 gun seizures.  Mr. Cummings was allowed to tender his gun

25 when his counsel was provided the grand jury subpoena, and

10145

1    he testified he expected to get his gun back.

2            Well, as you can see, that's one witness that I

3    didn't need to call.  The government took care of that for

4    me.  According to their own witness, there was no conspiracy

5    discussed.

6            Then on day 10 of the trial, the government called

7    Jason Dolan to the stand.  Mr. Dolan surprisingly spent a

8    good bit of time confirming in front of the Court, both

9    under direct and cross-examination, that their sole mission

10   on the 5th and 6th was personal security details.  That's

11   it.  No more, no less.

12           The next day I was cross-examining Dolan, Sergeant

13   Dolan, and I asked him a few times if he and Kenny were

14   thinking about attacking the Capitol or police officers.

15   You remember me playing the video and trying to track down

16   exactly when it was the awareness dawned on him that people

17   were coming through the northeast barrier, and he put it

18   down to the second.

19           An exhibit that the government ultimately adopted.

20           He said they were only looking for where the stage

21   was supposed to be and doing no plotting against the

22   Capitol.  When they arrived at the Capitol lawn area, Dolan

23   said they were just standing around and chatting.  You see

24   him smoking a cigarette.  Dolan makes a phone call to his

25   wife, one of the rare times the phones worked on that day.

1              Kenny spent four full days with the government's
2    own cooperating witness.  When he hoping his testimony would
3    help him, when his own sentencing date came, he never
4    implicated Kenny.  Can you imagine the temptation to just
5    falsely state that there was some kind of a discussion,
6    something, Sergeant Dolan didn't do it.  He didn't do it.
7              He never implicated Kenny in any planning of a
8    conspiracy against the government, the Capitol, or to stop
9    the certification of the election.
10             The most telling moment of all between Dolan and
11   Kenny was a video presentation after they realized hundreds
12   of people were surging towards the Capitol east steps.  And
13   we can hear Kenny say -- actually, Kenny says, "They're
14   storming the fucking Capitol.  Whoop-de-fucking-do."
15             And Dolan says, "I think we should go up there."
16             And Kenny goes, "Huh?"
17             And Dolan says, "I think we should go up there."
18             "Huh?  Huh?"
19             It's a lot to make out of a "Huh."
20             No plan, no conspiracy, just two guys whose
21   mission directive was shot to hell when hundreds of other
22   people started breaching barricades and running toward the
23   Capitol east side steps.  With the government's own
24   witnesses saying there was no conspiracy between themselves
25   and Kenny, why do I need to call any witnesses?  I couldn't

1    possibly top the ones that the government itself presented.

2           The fact is Kenny wasn't a leader of anything on

3    January 6th.

4           Oath Keepers founder Stewart Rhodes was there on

5    the ground, and no message was ever produced by

6    investigators of Rhodes ordering anyone into the

7    Capitol Building.

8           And I want to pause here.  There's been some,

9    like, some skepticism or, like, looking down your nose

10   askance at the idea or the motivations of somebody -- or an

11   organization that is put together to attempt to give

12   veterans a purpose again.

13          These people go overseas, they're on duty, even

14   when they're asleep, they're sleeping close to a rifle,

15   typically loaded, often safety off.  They're on duty their

16   entire professional careers.  The government gets done with

17   them, they get discharged, they have a hard time coping with

18   that.  There's not enough support for these individuals.

19   They spend a lot of time trying to unravel the confusion of

20   what their life has become because of the situation they put

21   them in.

22          And if an organization is going to step up and

23   say, "Hey, you know what, I've got a great idea, we have a

24   prob- -- there's a security gap where, in different cities,

25   demonstrations on the left and the right are getting -- are

1    going catawampus, resulting in fires, vandalism, people
2    being killed, or at scheduled speaker events, we're not
3    getting enough support for whatever reason, from law
4    enforcement, why don't we re-purpose former agents, former
5    LEO, former military, and help them have a purpose again?"
6    There's nothing -- with suicide rates being what they are,
7    is that really something that we want to be so skeptical or
8    cynical about?  I don't know.
9           Michael Greene, Whip, was also there, having been
10   hired to take over the operational planning of January 6th
11   when Mr. Siekerman, you remember him, got COVID.  No
12   Special Agent produced a single message from Whip telling
13   anyone to storm the Capitol or stop the certification.
14          Mr. Meggs was the Florida chapter leader.
15   Mr. Meggs never sent a single message telling any of his
16   Florida team leaders -- any of his Florida team to assault
17   police officers or kidnap Congress members.  Kenny wasn't
18   given any assignment other than personal security details.
19   Not a single agent or other government witness ever produced
20   or confirmed a single specific message or directive from any
21   Oath Keeper leader that Kenny was to lead a mission to go
22   inside the Capitol, assault law enforcement officers, or
23   stop the certification of the election.
24          The evidence is, he's on a personal security
25   detail.  The VIPs go to the steps, maybe they had good

1    reasons, maybe they didn't.  There were at least -- we saw

2    evidence of at least one mass flyer brochure that suggested

3    there was a demonstration on the steps.  Kenny can't turn

4    off his sense of duty.  He gave his word.  So he went on the

5    steps.  He waited for either getting communication with

6    somebody or for people to find him.  That's where he was

7    when everything happened in two minutes.

8            The government can say it all they wish but the

9    government's own witnesses have not once backed them up.

10   Review the transcripts of the witness testimonies for

11   yourselves.

12           Agent Harris you'll remember testifying on at

13   least three different occasions, also showed us that Kenny

14   was listed as an organizer of several GoToMeeting calls

15   after November 3rd.  By the way, there's an exhibit you

16   have, you can look at all the GoToMeeting calls,

17   Mr. Harrelson -- there's been, again, things said about VPNs

18   and you will see that every single GoToMeeting call that

19   Kenny Harrelson was on came from Titusville, Florida, which

20   is his home, except one when he was on a detail.  So Kenny

21   Harrelson doesn't know what the VPN is either.

22           But anyway, that's just means initiated he the

23   conference call.  Have you guys ever initiated a conference

24   call where you're not paying attention to what's going on?

25   I mean, I don't know about you, but I'm on conference calls

```
 1   all the time where literally --
 2              MS. RAKOCZY:  Objection.
 3              THE COURT:  It's overruled.
 4              MR. GEYER:  I'll move on, Your Honor.
 5         But as already pointed out, he never led any
 6   conversations or made any statements that we know of in
 7   these GoToMeeting calls.  He didn't lead anything at any
 8   point in time up to and including today.
 9         Speaking of leading, here's the most perplexing
10   thing about the government's stated case against Kenny and
11   the other defendants in this courtroom.  On the very first
12   day of this trial in the government's opening argument,
13   Mr. Nestler said, and I quote, "On January 6th of 2021 at
14   around 2:35 p.m., the crowd on the east side steps of the
15   United States Capitol parted as a group of 14 people dressed
16   similarly in military-style combat gear, moving similarly in
17   military-style formation with their hands on the person in
18   front, marched up the stairs towards the doors of the
19   Capitol.  As they approached the crowd cheered for them
20   yelling, Oath Keepers, Oath Keepers, they were the leaders."
21         The government sold this as them being the
22   leaders.  Set aside the fact that Ken wasn't wearing
23   military garb or whatever it is they want to call it.  He
24   was wearing a shirt and a ball cap.
25              Captain Ronald Ortega of the U.S. Capitol police
```

 1   testified for the government using my exhibit, that's how

 2   you know it's good, all the way back on October 18th, that

 3   when he arrived to the Capitol in the early morning hours,

 4   he witnessed crowds already gathering on the Capitol's outer

 5   perimeter.

 6            Why are people showing up at the Capitol in the

 7   morning?  It doesn't make any sense.  They've got other

 8   motives.  They have another plan.

 9            This, when the Oath Keepers are beginning their

10   day, gathering at The Ellipse where the President was.  How

11   does this in any possible way make the Oath Keepers leaders,

12   unless the government is arguing a connection between the

13   Oath Keepers and those who are gathering in the early

14   morning hours at the Capitol's barricades?

15            We all know the government provided -- presented

16   no such evidence.  Through Captain Ortega's testimony, the

17   government introduced video of the very first violent

18   barricade breach on the Capitol's west side barricades,

19   which happened at 12:42 p.m., the Oath Keepers were at The

20   Ellipse, where a mob of violent agitators stormed through

21   those barricades, seriously injuring the first Capitol

22   police officer, Caroline Edwards, pushing her over and

23   backwards, where she hit her head on a concrete step,

24   temporarily knocking her unconscious.

25            The Oath Keepers certainly didn't lead that

1    attack.  In fact, Kenny and the group of VIPs he was to

2    escort to the legally permitted stage of the Capitol Grounds

3    hadn't even left yet.

4         On my cross-examination of Captain Ortega, I

5    asked, "And isn't it true that there were people who showed

6    up actually in the morning, hours before President Trump

7    spoke at The Ellipse?"

8         Answer, "There were."

9         Question, "Showed up with bullhorns,

10   pamphleteering and -- and waiting for the" -- you know how I

11   like to ask questions, not too pretty -- "and -- and waiting

12   for the -- the subsequent events of the day; is that right?"

13        Answer, "There was a crowd with -- with bullhorns,

14   and they were waiting early in the day."

15        You should ask what were they waiting for?  Who

16   were they waiting for?

17        Interesting, if the Oath Keepers were the

18   so-called leaders of the assault on the Capitol, don't you

19   think it would have been prudent for the government to have

20   shown us the connection the Oath Keepers had to those who

21   actually led the first breach of the Capitol restricted and

22   barricaded area?  They didn't even bother trying.

23        Almost two full hours, according to the

24   government's own video evidence, before the first

25   Oath Keepers entered the building on the east side; there

1    was an active war going on in the west.

2            I mean, it's not that the government failed to

3    show us a conspiratorial connection to those who led the

4    first breach.  In seven weeks of this trial, they never even

5    made an attempt to connect Kenny or the other defendants to

6    those first violent perpetrators who actually were the

7    leaders of the assault of the Capitol.

8            Then Captain Ortega told us he was receiving

9    reports of his officers being assaulted on the West Terrace

10   about as early as 1:00 p.m.  That location was where a

11   full-scale battle line between rioters and police took place

12   from 1:00 p.m. until shortly after 2:00 p.m.

13           Some of the most violent attacks on Capitol police

14   and metro police took place right there during that time,

15   but not a single Oath Keeper had yet arrived on the Capitol

16   Grounds when that melee broke out.

17           Kenny and the VIPs he was escorting were only

18   about then leaving The Ellipse on their way over when that

19   battle was still -- was raising for some time.

20           The government was also allowed through

21   Captain Ortega to present a highly damning video not only of

22   the first barricade breach at 12:42 but also the battle line

23   on the West Terrace.

24           This, despite the fact that at neither event was

25   there a single Oath Keeper or Kenny Harrelson present.  Why

1    are they showing you all that?  Why are they trying to take

2    your eye off the ball?

3            Through Captain Ortega's testimony, the government

4    also showed us CCTV video footage of that first breach of

5    the Capitol itself at 20 -- at 2:13 p.m.  It was on the west

6    side at the Senate wing doors.  We saw a 2-by-4 crashing

7    through the window.  Then several men jumping through and

8    opening the door from the inside.

9            Through that door, over the next several minutes,

10   hundreds of people were pouring in.  Kenny Harrelson is on a

11   personal security detail from The Ellipse.  He knows nothing

12   about this.  These hundreds of people spread throughout the

13   Capitol Building.  None of these were Oath Keepers.  None of

14   those were these defendants or their named Oath Keeper

15   co-conspirators.  And none of those who were the first

16   people to illegally, violently, while doing damage to the

17   property itself, have been shown to have any connection or

18   conspiracy with Kenneth Harrelson or his co-defendants who

19   are sitting behind me.

20           Over the next 25 minutes, somewhere in the

21   vicinity of a thousand people surged into that building and

22   Kenny was on a personal security detail.  Not an Oath Keeper

23   among those in the building as far as we know.

24           Then several of those very same individuals who

25   led the breach on the west side of the Capitol subsequently

1    led about 100 others as they pushed against those east side

2    doors from the inside.

3            And you'll recall, there was a first breach at

4    2:25.  The government didn't -- of the Columbus Doors.  The

5    government didn't bring that to your attention, we did.

6            When the Oath Keepers went in the second time,

7    that was the second time.  You had to learn about the first

8    time from us.

9            Captain Ortega told us these officers were

10   severely outnumbered, were his words.  But no Oath Keepers

11   were in those numbers at 12:42, 1:00, 2:13; and yet you're

12   supposed to believe the Oath Keepers were the leaders, which

13   is what Mr. Nestler opened on.

14           Are you beginning to see the nonsensical

15   embellishment of the government's rhetoric while trying to

16   convince you to convict these five defendants with nothing

17   more than scary words; in Kenny's case, for his thoughts or

18   what his thoughts might be.

19           The government itself, on occasion, used false

20   words.

21           They showed you videos of violence and breaches of

22   barricades, windows, and doors, but they left out that no

23   Oath Keepers were present, and most certainly not

24   Ken Harrelson.

25           And when it comes to this nonsense about seditious

1    conspiracy, the government never even so much as attempted

2    to tie Kenny and these other four defendants to those who

3    were actually leading the assault on the Capitol.  That was

4    seditious, they clearly were attempting to stop the

5    organizing of government and the certification of college,

6    yet there were no Oath Keepers.

7            False words and false insinuations are far more

8    frightening than are any scary word that can be uttered by

9    my client or any scary thoughts that the government may be

10   attempting to hypothesize were in his head.

11           The Oath Keepers didn't lead or even participate

12   in a single bike rack barricade breach.  They didn't touch

13   or push open a single door.  They never broke one window.

14   At every breach point, either hundreds or even thousands had

15   preceded them and that fact has been captured and replayed

16   on hours worth of video in this courtroom, and I will show

17   you some more you can take with you in your deliberations.

18           In fact, many esteemed and award-winning

19   journalists documented those violent assaults and breach

20   points.  In not one of those, in the one of the most

21   photographed events in history, they couldn't come up with

22   one video of my client doing anything wrong, saying anything

23   wrong, nothing.

24           They weren't the leaders in any aspect of

25   January 6th other than perhaps leaders of scary words.

1           By some, not by Kenny, but scary deeds, not so

2  much.

3           One more quick excerpt from the government's

4  opening argument.  "Even though President Trump never

5  invoked the Insurrection Act, these defendants did use force

6  to drive the members of Congress out of the Capitol, occupy

7  the building, and stop for a time Congress's joint session

8  that is a critical part of the transfer of power process."

9           Does anyone realize that this would require a time

10  machine for such an assertion to even be true?  Congress and

11  the Vice President had already been evacuated.  The Vice

12  President, through their exhibits, was out by 2:29.  That

13  evacuation began shortly after 2:13 when the first breach

14  occurred.

15           It was those west side perpetrators who were

16  cracking skulls in the west, who conspired to occupy the

17  Capitol Building.  And they then also opened the east side

18  doors.

19           Further, let's exercise a modicum of simple,

20  common sense about this occupy nonsense.

21           First, Kenny forced no member of Congress out of

22  the Capitol, but he did enter through an open door, opened

23  by those who did temporarily force Congress from the work of

24  certifying the election.

25           Second, Kenny walked through that door meeting no

 1   force or resistance.  He can't be shown to have any contact

 2   with police, any walls, any doors, any windows, nothing.

 3           Less than 20 minutes later, 17 minutes to be

 4   exact, he was in the building for 17 minutes.  They want you

 5   to turn this man's life upside down for 17 minutes.  He

 6   needs your help.

 7           He walked back out the same door under no

 8   compulsion or force from anyone, while hundreds, some say as

 9   many as 2,000 others, remained inside the Capitol and had to

10   be forcibly removed.

11           Kenneth Harrelson was already in his hotel room,

12   he got in before the curfew.

13           And how exactly is a person in a T-shirt and a

14   ball cap, carrying no weapons of any kind, who walks in and

15   out of a doorway, unmolested, staying for only 17 minutes,

16   somehow to be considered or accused as having occupied what

17   is ostensibly one of the most secured facilities in the

18   world.

19           The absurdity boggles the mind.  They were neither

20   the first in by many hundreds and neither the last out, by

21   estimates ranging from a thousand to 2,000 individuals who

22   entered the Capitol on the 6th.  Yet, somehow, for that

23   brief 17 minutes, Ken did go in, and as I will show you, you

24   will see him filming, you will see him get down on his knees

25   and pray to the Almighty under the majestic dome, because it

```
 1   was his first time he ever saw it, and you will see them --
 2   and it's indisputable because video doesn't lie.  The
 3   photographic evidence shows beyond any shadow of a doubt
 4   that Kenny, Mr. Meggs and other Oath Keepers put themselves
 5   between angry provocateurs and Officer Dunn, and I'm going
 6   to prove that to you today.
 7            Officer Dunn himself, who was on this very witness
 8   stand, admitted that eyewitness testimony, in such a highly
 9   kinetic situations, could be very unreliable, but video
10   doesn't lie.  And if the video doesn't fit, you must acquit.
11            Some of you are showing your age.
12            Despite protestations to the contrary, we can
13   clearly see Kenny and the others with their backs turned to
14   Officer Dunn and him in the background.  The picture doesn't
15   lie.  While we're here, protesters shouting at them, calling
16   him an "oath breaker, oath breaker," and then you see Ken
17   holding out both arms.  You can't unsee that.  You can't
18   unsee that.  17 minutes, you can't unsee that.
19            He needs your help.
20            THE COURT:  Mr. Geyer, I'll just ask you to be
21   mindful of --
22            MR. GEYER:  Thank you, Your Honor, I'll move on.
23            THE COURT:  Thank you.
24            MR. GEYER:  Also, we've seen and I will also show
25   you again because it's so important, the presentation of
```

 1    video evidence that Special Agent Lazarus could not have

 2    been where he was when he said he was, he could not have

 3    witnessed what he claims to have witnessed.

 4            The Oath Keepers were long gone by the time he got

 5    there.  And the bottom line is if the government's own

 6    presentation of the video doesn't fit, and this is just --

 7    I'm just scratching the surface now, you have a little more

 8    time with me -- if the government's evidence doesn't fit,

 9    you must acquit.

10            And I'm going to now -- I'm going to do my best to

11    make this an abbreviated presentation.  As you all know, I

12    like video.

13            Now, you remember, eyewitness testimony, in the

14    wake of an event like this, this one, that involves

15    traumatic events under exigent circumstances that people

16    find traumatic, emotionally troubling, particularly people

17    who are first responders, whether they're paid first

18    responders, they're volunteers, who are on the hook for

19    others, eyewitness testimony can change, particularly when

20    we have reporting that isn't necessarily covering everything

21    that we know about an event.

22            I was surprised to discover how different events

23    on the east were in terms of how they played out and

24    transpired compared to the west.  Before I got involved in

25    this case, I thought the west, the cracking skulls, the

```
 1    using weapons --
 2             MS. RAKOCZY:  Objection.
 3             THE COURT:  Just rephrase, please, Mr. Geyer.
 4             MR. GEYER:  What happened in the east is very
 5    different than what happened in the west.  There was
 6    comparatively much less violence, and there was
 7    comparatively more reasonable explanations for people,
 8    reasonable people, to interpret what they were seeing.
 9             One of the first things that you may choose to
10    check out when you're back in the -- this is H10, it's
11    admitted into evidence.  It's The Ellipse in the morning.
12    President Trump is speaking.  You see him on the jumbotron
13    on the right and on the left.
14             Towards the right, you see hundreds of people.
15    Their backs are facing us because they're watching what the
16    President is saying.  To the left, the same thing, hundreds,
17    probably thousands of people, watching the jumbotron.  It's
18    my understanding -- I believe Trump is stand on the dais
19    over there in the center.
20             And you can see Harrelson and Dolan and the other
21    Oath Keepers standing around in here.  And the thing you
22    will notice, you can access this during your deliberations,
23    I challenge you to find an instance where Harrelson gives a
24    hoot about what President Trump is saying, and I will argue
25    that that's inconsistent with him having enough passion to
```

```
 1    throw it all away, to engage in some kind of crazy
 2    conspiracy that's been alleged against him.
 3          He was dispassionate and apathetic regarding the
 4    political process.  He was apolitical.  There's no evidence
 5    to suggest anything other than what I said.
 6          And if you have questions about this, you can go
 7    in here and you can find him and you watch him, his body is
 8    in the wrong direction, he's not facing what's going on,
 9    he's talking to everybody, he's smoking, he's lighting
10    cigarettes, he's doing -- he's not paying any attention to
11    what President Trump is saying, because he was
12    disinterested.
13          We marked this for identification before.  This is
14    an accountability line.  When people want to stay
15    together --
16          MS. RAKOCZY:  Objection to the exhibit,
17    Your Honor.
18          MR. GEYER:  This is demonstrative, Your Honor.
19          THE COURT:  Take that down for a second, please,
20    JC.
21          (Bench conference)
22          MR. GEYER:  Your Honor, I marked this for
23    identification earlier during the trial and it's a
24    demonstrative, it's to show an accountability line.
25          THE COURT:  Okay.  I don't recall, Ms. Rakoczy, it
```

```
 1    was admitted into evidence.
 2              MR. GEYER:  I don't want to mislead the Court.  It
 3    wasn't admitted into evidence.  I'm using it as a
 4    demonstrative.  And I have a couple more humorous slides on
 5    stacks, but, you know.
 6              MS. RAKOCZY:  Our recollection, Your Honor, was
 7    that the marked-up version of this was not allowed to be
 8    shown to the jury but perhaps we're misremembering.
 9              MR. GEYER:  I can move on.
10              THE COURT:  Okay.
11              MR. GEYER:  I'll move on.  Ms. Rakoczy, that is
12    not my recollection but, okay, I'll move on.  Thank you.
13              (Open court)
14              MR. GEYER:  I'm having trouble again.
15              We've heard a lot about the stack.  I'd like to
16    think that Whip's testimony laid that to rest.
17              But I'll just point out that there have been other
18    accountabilities or stacks throughout history.  Here we have
19    my favorite, *The Wizard of Oz*.  And then, of course, my even
20    bigger favorite, those guys are classics.  Come on, admit
21    it.
22              The government, because the -- and I have an
23    exhibit that's introduced into evidence that shows how they
24    shaved time, how they compressed time, how they put
25    Ken Harrelson in a time machine in their presentation of
```

```
 1    their government exhibits.  This is completely unacceptable.
 2    It should make you hesitate.
 3           Anytime when you see the government presenting
 4    information that's not accurate, you've got to throw it out.
 5           If I'm walking down the street and I see a jelly
 6    doughnut and there's ants on it, I'm not going to pick off
 7    the ants and then finish the doughnut.  I'm going to toss
 8    the doughnut out.  And I'm going get into this and I'm going
 9    to show you how and where the evidence wasn't presented
10    accurately.
11           It doesn't seem like it's important, except to
12    Kenny, where one and two and three-minute increments were
13    the difference between having no knowledge and being
14    flash-forwarded through a time machine blink, like *I Dream*
15    *of Jeannie*, to being an eyewitness to attacks on the Capitol
16    door.  And it's unacceptable.
17           So this is H3.  You'll have access to this.  This
18    is in evidence.
19           My exhibits are good because the government adopts
20    them.  They don't like to admit it, but they do.
21           This -- the time sync is 1:43:30 at the top.  And
22    you can play this, and you can see what's happening in
23    different aspects of the Capitol as you go forward.
24           And I've played this for you before so I'm not
25    going to eat up a lot of time.  But the bottom line is the
```

```
 1    upper right now, at 1:44, here you have Tom Burgess in a

 2    sport jacket.  And this is the security detail.

 3              And you're going to see Ken come in the screen in

 4    the upper right.  See him putting his arm on the woman?  He

 5    gave his word he was going to get that woman somewhere safe.

 6    All right?

 7              Now, it turned out the bad guys, those bad guys at

 8    least, didn't show up.  There are plenty of bad guys to go

 9    around.  Their intention seems to have been focused on

10    police, law enforcement, and the Capitol.  But prior history

11    as our guide, the bad guys would show up when you're moving,

12    doing movements of speakers between events or getting

13    speakers at home.  You had Senator Rand Paul and his wife.

14    He stated that he thought his life was in danger --

15              MS. RAKOCZY:  Objection.

16              THE COURT:  Sustained.

17              MR. GEYER:  Fair.  Sorry.  Withdrawn.

18              So anyway, here they are.

19              Now, watch Kenny, he's in the back, he's got his

20    arm -- his arm is lateral now.

21              You see how his head is in a swivel?  They want to

22    minimize that but this guy put his -- he's agreed to protect

23    these people, not only to get them to the next stage, not

24    only to provide security at the next stage, but to get these

25    people home safely to their hotels, their vehicles, to the
```

1    metro.

2            How is he to know when that duty is discharged?

3    How is he to know?  These are guys that have a hard time

4    turning it off.

5            Military veterans, many would argue, they never

6    turn it off, they can never turn it off.  That's the

7    challenge.  They want absolute perfection in his

8    decision-making.  He had no time, and I'm going to show you

9    that.

10           So we're at 1:45.  Now, notice in the upper right,

11   the security detail hasn't even made it to the Capitol yet.

12   It's 1:45.  All hell is going to break loose in 12 minutes.

13           Down at the bottom right, and Officer Ortega

14   testified about this, the provocateurs are active in that

15   lower right, drawing off police resources.  Officer Ortega

16   testified that they were drawn down, because all the

17   resources had been sent over to the west; a significant

18   number of resources were sent over to the west because of

19   the violence over there.

20           So these guys -- this is not enough people here.

21   And you can see them, they're actively provoking, agitating.

22   Kenny is on a personal security detail.

23           And we continue moving forward.

24           And the point is that -- and I believe Officer

25   Ortega testified about this, in the lower right, that's

1    where the provocateurs showed up in the morning, that's

2    where they stacked, that's where the problems were.

3              And you can see it drawing off a lot of resources.

4    The police have to respond.  It thins them out elsewhere.

5              The Oath Keepers are still not in the grassy area.

6              Here come the Oath Keepers now approaching.  There

7    goes the security detail lower -- lower right, the police

8    are trying to respond to these provocateurs.  In the upper

9    left, we're tracking that last security detail.

10             Keep in mind, there's six or seven active security

11   details of Oath Keepers going on outside the Capitol.  Six

12   or seven of them.  Special Agent Palian didn't even know

13   about this, that there was such an extensive PSD operation.

14             And we went over this before.  We're going to see

15   the Oath Keepers enter in the upper right.  You see that

16   they're moving over in the circle.

17             1:52, all hell is going to break loose in

18   five minutes.

19             (Video played continuously)

20             MR. GEYER:  Here come -- here come in the upper

21   right, you see Burgess leading, and this is the security

22   detail of speakers.

23             Now, let it go until we see Ken.  Ken is with a

24   straggler.  We're going to zoom in on the upper right, and

25   then you're going to see, he's hanging back with somebody

1    that was having a hard time keeping up.

2            There's Ken, and there's a straggler.

3            Going to go forward.

4            And we've gone over this before with other

5    witnesses.  They're just hanging out, talking, figuring out

6    where the stage is, I think we heard.

7            And then we also heard Sergeant Dolan's testimony

8    about this in the upper left.  We have people that came over

9    after attacking police in the west, they strafed north of

10   the building, and they're salted in this group.

11           And it doesn't take much to push past police.

12   I'm not being critical of the police.  They were

13   understaffed, and it was just kind of -- it was a low

14   intensity interaction here, I would argue.

15           But they were prepared to use violence.  That's

16   what's important.

17           Salted in this group are a core group of

18   provocateurs who were prepared to use violence.

19           You can see them coming through.  And in the upper

20   right, Sergeants Harrelson and Dolan don't seem to have a

21   clue yet.  And you can access Sergeant Dolan's testimony,

22   he'll tell you all about it.

23           Here they're walking through.

24           I want you to focus on this guy, 45 Trump beanie,

25   black block, but that's not enough coverage for him.  He's

1    got to have a white scarf over him.  Remember him.  We'll

2    never know who he is.

3              All right.  We've been through this before.  And

4    you can access it, and I encourage you to look at it, watch

5    their demeanor, watch their body language, watch their

6    reactions.

7              Was it something they were expecting, or did it

8    catch them flatfooted?  Did it catch them by surprise?

9              Do they respond to somebody who sees this as an

10   opportunity to go and launch the attack, or is it just a

11   confusing situation as it was for everybody?

12             There's Kenny in the upper right.  He's going for

13   a cigarette.  He's starting to pick up that something is

14   going on.  In the upper left, you have hundreds of people

15   coming over from the northeast.  He's picking up on what's

16   happening.  Here, he's walking off towards the northeast,

17   he's looking, he's blocked by a flag.  He realizes, oh, the

18   security detail, where did they go?

19             Then we see him and Dolan walk up and they're

20   filming.

21             We'll go on to the next one.

22             That was H3.

23             Now, we're going to hear -- when you hear Kenny's

24   voice, does he sound like somebody who's excited, "Now we

25   can launch the attack, I've been waiting for this to happen,

1   and now I'm ready to go, we're going to go into the

2   Capitol," or does he sound very unimpressed?  Does he use

3   the word, "We're storming the Capitol"?  Or does he say,

4   "They're storming the Capitol"?

5             (Video played)

6             MR. GEYER:  "They're storming the fucking

7   Capitol Building.  Whoop-de-fucking-do."

8             It's kind of tough to hear it but you can hear it

9   back there.  Dolan says, "I think we should go up there."

10            And Ken says, "Huh?"

11            Dolan says, "I think we should go up there."

12            Check me.  It's on there.  Go back, test me.  It's

13  on there.

14            Okay.  They go forward to the Capitol.

15            I showed you a government exhibit, I think it was

16  1503, where this was the scene with this acute angle where

17  you can only see the police on top.  And within a few

18  seconds, Dolan walks off filming.  And you remember the goon

19  is on his heels.  You can see this on the government

20  exhibit.  There's a goon.  His name is Christopher Ricky

21  Willden [sic] --

22            MS. RAKOCZY:  Objection.

23            THE COURT:  Sustained.

24            MR. GEYER:  There's a goon right on his heels.

25  They go up.  And the bottom line is, if you watch that

```
 1   video, you're going to see an individual's double-arm shove
 2   him and he eats cement.  Watch the video, you'll see it.
 3   It's blacked out.  It would be nice to see what's behind the
 4   black because you'd see another aspect of it where the other
 5   police officer is being pushed towards him.
 6              So we heard about destruction of government
 7   property.  I told you about the first breach.  Oath Keepers
 8   nowhere near this.  There's no evidence that they knew about
 9   this.  From 2:24 to 2:28, the doors were opened, they were
10   opened by people coming through the west side, after a long,
11   protracted attack, a violent attack on police.
12              They came here, the door opened four minutes, they
13   got a lot of people in.
14              The government has accused my client of breaking
15   the doors and windows.  You heard from Mr. Woodward, he
16   alluded to this, but I'm just going to cut right to the
17   chase, I'm just going to show you the window is being
18   broken, and you can see with your own eyes that it wasn't my
19   client.
20              So this is the inside of the Columbus Door, about
21   2:20.
22              There's four windows of light coming through.
23   Look at the bottom two windows.
24              The right window just got broken.  I submit that
25   you will see somebody hitting it with a crowbar.
```

1           There it goes.  That's a window on the right.
2  They'll also break the door handle.
3           Then you're going to see on the left another
4  hoodlum.  There it goes.
5           We know who broke the windows.  We know it wasn't
6  the Oath Keepers.  My client was nowhere near here.
7           I'm going to show you how it looked from the other
8  side, from the French video, the French video is an exhibit,
9  you can ask for it.
10          You're going to see how these hoodlums, who had a
11 plan, how they worked together.  We don't know who they are,
12 never know who they are.  They're ghosts.
13          Look at the guy in the green hat.  He's going to
14 gesture back.  His hand is up.  Another hand signal with the
15 hand -- the fist.
16          Now, watch what happens.
17          Handing up a crowbar.
18          Apparently, it needed some -- this looks like just
19 an unruly random crowd until somebody needs to make a move
20 through, and they cut through it like butter.
21          Zip, all the way down to the front.
22          Play it again, looks like an unruly crowd.  Zip,
23 all the way down to the front.
24          So those windows and that door, the damage
25 occurred before my client was on the scene.

1          One of the key -- this is so important.  The

2     chemicals attack occurred during the last two stanzas of the

3     National Anthem.  And I'm going to show you that on another

4     time-synced video that synced to the singing of the National

5     Anthem, you're going to be able to see the evidence.  It's

6     accessible to the jury, I encourage you to look it and study

7     it, because everything you need to know about solving this

8     crime on the video.  And if the video doesn't fit, you must

9     acquit.

10          On the left, you've seen this before.  On the left

11     is the original video.  On the right is the government

12     exhibit.

13          And I'm going to show you.  This is the only time

14     that the government starts the video late, ends the video

15     early, and cuts out important information that would be

16     context that any reasonable person should consider they

17     should have got when determining the guilt or innocence of a

18     person whose liberty is at stake.

19          So this is the Oath Keepers coming up the stairs.

20     On the left is the original video.  Kelly Meggs is going to

21     make a left.

22          The government exhibit is on the right.  You see

23     it's zoomed in.  They also started late.

24          Now, that guy right there, I want you to focus on

25     him, we don't know who he is but he's important.  We see him

     1   throughout, from the National Anthem, the front of the doors
     2   into the annex, into the Rotunda, he's there.  He's
     3   gesturing.  You can determine what you think he's doing and
     4   why he's doing that.
     5           And there's a guy -- well.
     6           And you can hear this in the jury room.  They're
     7   singing the National Anthem.  And the last two stanzas, the
     8   government cuts out.
     9           Now, I can't say why the government did that, but
    10   what I can tell you is that that would have been crucial
    11   information for a jury to have, because we know that during
    12   the last two stanzas of the National Anthem, the
    13   Oath Keepers were on the steps.  They weren't anywhere near
    14   the Columbus Doors where they're being attacked by mace,
    15   when goons were attacking police by mace.  They were nowhere
    16   nears the doors.  They were on the steps over 100 feet out
    17   in front, through a pillar, through hundreds of people,
    18   downstairs, their heads were probably around at the knee
    19   level of people standing on that level, and it was
    20   cacophonous already with the noise.  This would have been
    21   important information for you to have.
    22           And you didn't get it.  And you have to is ask
    23   yourself, why didn't you get it.
    24           This is another video that was a Government's
    25   Exhibit.  I've highlighted an important person.  Again, we

1    don't know who he is but pay attention to him.

2            (Video played continuously)

3            MR. GEYER:  But you watch it.  I'll let you watch

4    it one time and then I'll replay.

5            Notice how he moves behind that row of people and

6    goes right behind Harrelson.  Why is he doing that?  Why is

7    he doing that?  Why is he getting water, fixing his eyes?

8    Because the evidence will show, if you look at the French

9    video, that he was one of the people macing the police, he

10   was one of the people attacking police.  And he came down

11   and he's worried about his eyes, and he sees Isaacs, and he

12   breaks and he follows Isaacs.  You have to ask yourself why.

13           I'm going to point out Isaacs.  This is Isaacs

14   right here, if you see my cursor.  He does not have the

15   helmet on.

16           Now, watch what happens when this unidentified

17   person sees him with the bullhorn.  And Mr. Ortega --

18   Officer Ortega told us about the bullhorn.  He zips right

19   behind.  Okay.

20           Next.

21           This is a confusing video, it's worth looking at

22   more than once.  It establishes beyond any doubt that the

23   Oath Keepers were on the step during the last two stanzas of

24   the National Anthem when the mace and chemical attack on

25   police occurred.

1          It was a sneak attack.  It was violent.  It was

2    short.  But it was a burst.  They got in and they ushered

3    the police off.

4          And I'm going to tell you what else is wrong about

5    this is the way the government presented it in its exhibit

6    is false.  They brought the Oath Keepers up to the door and

7    made it look as if they were active eyewitnesses or maybe

8    even participants.  But they were on the stairs.  I'm going

9    to prove that to you.

10          (Video played continuously)

11          MR. GEYER:  In the upper right is the French

12    video, French film crew.  Lower right is a *Los Angeles*

13    *Times*.  Lower left is Nigrotime, a famous filmer of events.

14          The National Anthem has begun.  In the upper left,

15    you're going to see the Oath Keepers walking up the steps in

16    the white circle.

17          The middle video is just a reference because

18    you've seen the stack.  That's the picture you're familiar

19    with.

20          Notice, the strange man is right behind

21    Ken Harrelson right here in the upper left.  Strange man,

22    Harrelson.

23          (Video played continuously)

24          MR. GEYER:  Lower left, they're spraying mace.

25    This is industrial strength mace.  He's way back, having no

1     problems reaching the police officers.

2          Upper right, mace.

3          The upper right and lower left is the attack on

4     police.

5          The Oath Keepers are standing on the steps,

6     oblivious.

7          There's not a recorded event that anyone has found

8     where they've been anything other than supportive of law

9     enforcement.  Many of them, you've heard evidence of this,

10    are former law enforcement.  Over 100 of these events.  No

11    one ever charged, not a single crime ever committed, and

12    they want you to believe that they suddenly got overcome by

13    something and acted in a completely insane way that's

14    contravened by the video record.

15         MS. RAKOCZY:  Objection.

16         MR. GEYER:  I'll move on, Your Honor.

17         (Video played continuously)

18         MR. GEYER:  So the attack is continuing in the

19    lower left and the upper right.

20         In the upper left right now is where Watkins is.

21    Ms. Watkins' right there.  She's still on the steps.  You

22    see her filming in front and you see her filming in back.

23    Those columns, their way in front.  There's no way that they

24    can know the cops are being attacked.  So why are they

25    telling you that they led this thing?

```
 1                (Video played continuously)
 2                MR. GEYER:  Look, somebody did this.  You can go
 3    check it out later.  Somebody whacked the poor police
 4    officer.
 5                Upper left is Watkins.  She's still on the steps.
 6    Oath Keepers are still on the steps.
 7                You've got another KOUH [sic] in the upper left.
 8                There's overwhelming noise.  There's overwhelming
 9    activity.  It's very difficult for veterans to be able to
10    filter through all this.
11                Oath Keepers are still on the steps.
12                Oath Keepers are still on the steps.
13                Now, I'm stopping it here because in one minute,
14    the doors are going to open from the inside.  Would you know
15    what to do in one minute if you were here?  Would you know
16    what the right thing to do would be?  He has one minute.
17    They're still on the steps.  They're still going to be
18    brought up in front of the doors and the doors are going to
19    be opened from the inside.
20                Do you know why the door opened?  It's hard to
21    unlearn what we now know about events.  But imagine this is
22    the first time you're seeing it.  Do you know how many
23    people are running up around, swearing up and down, that
24    when they saw the World Trade Center being hit by planes --
25                MS. RAKOCZY:  Objection.
```

```
 1                    THE COURT:  Mr. Geyer.

 2                    MR. GEYER:  I'll move on, Your Honor.

 3                    (Video played continuously)

 4                    MR. GEYER:  Now, the Oath Keepers are starting to

 5      move off the steps.

 6                    It's very important.

 7                    You've seen this before, just out of time sync,

 8      they played it for you too early.  They played it for you,

 9      the upper left, I'm talking about.  They played Isaacs and

10      Harrelson being led up too early.  They were still on the

11      steps when they played it.

12                    There's Harrelson in the upper left.

13                    What is going on here?

14                    He has 35 seconds to react and know what to do.

15                    All this activity, a veteran, he has 35 seconds to

16      know what the right thing to do is.

17                    Now, he has 30 seconds to know.

18                    And if you don't get out in time, you get trash

19      compacted.

20                    Now, I told you to pay attention to that guy.

21      Look who it is?  Upper left.

22                    He's right over here off screen.

23                    They have 15 seconds.

24                    And I want you to see in upper right is a French

25      film crew, lower right is a Los Angeles Times videographer,
```

1    lower left is Nigrotime.  All three of those film crews go

2    in before the Oath Keepers do.

3              THE COURT:  Mr. Geyer, just about ten minutes or

4    so.

5              MR. GEYER:  Ten minutes?

6              So you can watch this.  This will be back in with

7    you to the jury room, but I want you to see one thing that's

8    very important.

9              You're going to see somebody that's in the upper

10   left, a guy with a bullhorn who came in from the Upper West

11   Plaza, who's chanting, "Treason, treason," through a

12   bullhorn.  So when people came through, they're getting hit

13   by that.

14             (Video played continuously)

15             MR. GEYER:  People like to chant.

16             You can hear them right there.  Here he is right

17   here.  He's got a bullhorn.

18             And then the middle one, in the upper left, you're

19   going to see Harrelson walk by and his mouth is not going to

20   be moving.

21             Here he comes.  See that?  Mouth is not moving.

22             Here's a picture of Government's Exhibit.  I would

23   submit that Dolan on the left, his mouth shape is consistent

24   possibly with saying the word "treason," but if you look on

25   the right at Ken's mouth, try to say treason with that mouth

1    shape.  Doesn't make sense.

2            So it takes a minute, roughly a minute and

3    40 seconds for the Oath Keepers to get in because there's,

4    frankly, a traffic jam, trash compactor.  We're a minute 8

5    in and there's Isaacs finally getting through.

6            There's this guy in the upper left by the door

7    frame pulling people in, another bad guy.

8            You're going to see the red circle when the

9    Oath Keepers arrive.

10           The point is they're not leading anything.  At

11   this point, they're compressed, they're compacted, it's

12   about all you can do to remain standing.  A lot of

13   confusion, a lot of noise, a lot of stimuli for veterans.

14           There's a French film crew.  She's in.

15   Kelly Meggs just came in.

16           And there's Harrelson.  And look who's behind him.

17   Remember I told you to pay attention to that character,

18   whoever he is.  You're going to see him put something -- or

19   the other guy told you to pay attention to, just put

20   something into his backpack or did something to his

21   backpack, I don't know what, but he's the guy that did the

22   double arm, did one of these (indicating) on the steps, when

23   they're coming up the steps, he's doing something with that

24   guy's backpack who was pushing Harrelson in the door.

25           Then we're going to show you, he exits the annex.

```
 1   They're in the Rotunda.  They're really museum crowds, I
 2   would say, plus, meaning like at a King Tutan -- a King Tut
 3   exhibit.
 4          You know, not that this is appropriate or
 5   acceptable, but it's not the west, all right?  And you're
 6   going to see the Oath Keepers come in.  Here, I'll
 7   fast-forward a little bit.  So you can see exactly what Ken
 8   did.  Circles around him.
 9          You're going to see he's filming.  He puts it down
10   two or three times.  He thinks he's turning it off and then
11   turning it back on, but it was on the whole time.  His phone
12   was malfunctioning, as were many on that day.
13          He's going to come back into screen.
14          Remember, this is the first time this guy has been
15   to Washington, D.C., first time he saw the monuments, first
16   time he's been in the Rotunda.
17          MS. RAKOCZY:  Objection.
18          THE COURT:  Sustained.
19          Mr. Geyer.
20          MR. GEYER:  So if you watch this, you'll see
21   that -- I'm pressed for time here but...
22          It's hard to see what -- oh, here we go.
23          (Video played)
24          MR. GEYER:  There they are, they're praying now.
25          They're going to get up and they're going to walk
```

1    over to the mini Rotunda that's adjacent to the big Rotunda,

2    which is on the House side, which is where Ken discovers

3    Officer Dunn in distress.

4              Now, I remember Officer Dunn --

5              Oh, please don't do that to me.  We are

6    experiencing operational difficulties.

7              Oh, this is nice.  Thank you for that.

8              Now, first off, when you're a first responder,

9    you're responsible for everybody in the Capitol.  It's

10   extraordinarily stressful on an officer like Officer Dunn.

11             And I played it for you before.  I won't play it

12   again, where he's yelling, he uses some profanity, but he

13   gets his message across, that people should lay off.

14             But I would argue that he was showing signs of

15   being under extreme duress.

16             Later, and this was introduced through Ms. Haller,

17   he runs from where he was and you'll see a clip falls out of

18   his gun, this doesn't typically happen.  And I can tell you,

19   he's a fast runner, he probably runs -- a fast runner, he's

20   a big guy, fast, he's running the whole time.  He drops a

21   clip, he goes to pick it up.

22             So he's feeling the pressure and with good reason.

23   And you saw him testify about this, where he recognized

24   the -- he says "Officers down," and Ken is leaning in and he

25   says, "Really?"  That's when he realized everything wasn't

1    as he thought it was.

2            (Video played)

3            MR. GEYER:  So Ken does what Oath Keepers have

4    done many, many times for over a decade.  He got the other

5    Oath Keepers' attention and they set up a skirmish line

6    between him and the people harassing him and their backs are

7    to him.  They clearly don't view Officer Dunn as being a

8    threat to them, they're standing with their backs to him.

9            And in the video that's been introduced as an

10   exhibit, you can study it, you will see Ken doing this

11   (indicating).  And I have screenshots.  First of all, this

12   picture, we've all seen it.  All their backs are to

13   Officer Dunn.  As best they can, they're creating a wall.

14   That's Kelly Meggs and his wife, 5-foot 3.  By the way, who

15   brings their wife to an insurrection?  Doesn't make any

16   sense.  She's 100 pounds soaking wet, probably.  The whole

17   theory doesn't make any sense.

18           And here's Ken.  He's got his elbows out, he's

19   doing this (indicating).

20           And then you have -- also in that photograph, you

21   have Kelly Meggs holding back this guy and keeping them away

22   from Officer Dunn so he could regain his composure, regain

23   his breath, and regain control of the situation.

24           Now, you heard Mr. Woodward presented information

25   about Lazarus.  Lazarus it's just plain flat-out wrong.

1    I took the surveillance tape of when Lazarus came up the

2    stairs that he testified about and where the Oath Keepers

3    were when that happened and here it is.

4            Here comes Special Agent Lazarus.  He goes up the

5    stairs.  As you can see on the right, Mr. Meggs,

6    Mr. Harrelson are on their way out.

7            Also we heard a lot about -- I mean, one of the

8    things that really distressed me was this allegation that

9    Ken Harrelson was feeling up police officers to see how he

10   could attack them.  I mean, if that's real, maybe you'll

11   believe me when I tell you that this is my natural hair

12   color.

13           And this is, without the red line, this is a

14   government -- this is contained in other government

15   exhibits.  But you see them just talking.

16           And by the way, you've seen Ken wear a mask every

17   single day during this trial.  He had a mask in his pocket.

18   At no point did he attempt to hide his face during that

19   entire day.  At one point he takes his hat off for all the

20   surveillance cameras.  No consciousness of guilt.  It never

21   dawned on him.

22           We're going to have it flipped in a minute.  There

23   he is --

24           MS. RAKOCZY:  Objection to a video not in

25   evidence.

1          MR. GEYER:  They're both in evidence.  This is in

2     evidence.

3          This is Watkins 55.

4          (Video played)

5          MR. GEYER:  And, finally, my last exhibit, H-13B

6     the upper left is a government exhibit.  The upper right is

7     the time-synced accurate time.

8          The government, when it presented its evidence

9     about defendant -- about Kenny Harrelson, they began the

10    story, they began the account -- it's, like, you know, he's,

11    like, beamed up from Star Trek or something.  There's no

12    reference to the PSD that he previously was.  There's no --

13    he doesn't get the dog leg.  Why did everybody else get the

14    dog leg going back to The Ellipse.

15         These guys, literally they just started right

16    here.  They started at 1:59, which is technically accurate,

17    but they're really 1:59:50.

18         (Video played)

19         MR. GEYER:  And when they switch over to actually

20    2:00, they don't change the time, because in this particular

21    video, you might conclude that they're holding them back to

22    make it look as if they're observing more of this unfolding

23    than they actually were.

24         And what ended up happening, in terms of how this

25    exhibit was presented, is they went in the wrong order.

1    They started with Ken and Dolan, moving forward as if they

2    were leading this whole thing, and then they went to the

3    breach in front of the east steps, and then they went to the

4    breach in front of the northeast steps.

5           But the proper order would have been northeast

6    steps, east steps, Kenny, and Jason Dolan.  So we're well

7    into the two-minute mark, and they still have it as 1:59,

8    because they have a time problem.  The time that things --

9    how things actually transpired don't comport with their

10   theory of the Oath Keepers being leaders.

11          THE COURT:  All right.  Speaking of time,

12   Mr. Geyer, I'm going to ask you to start moving toward

13   wrapping up, please.

14          MR. GEYER:  I'll wrap it up.

15          THE COURT:  Thank you.

16          MR. GEYER:  They go to this second.  Here, the

17   timing is correct, 1:59 and 1:59.

18          But you can see the Oath Keepers aren't way up in

19   front.  Kenny and Jason Dolan are still back with the huddle

20   when this is happening at the time of this breach.  So,

21   again, this is presented improperly.

22          They were unaware of what was happening in the

23   lower left.

24          And then the third thing they show, again, out of

25   order, is the northeast breach, when we all know that was

1    the first breach, you can see that from H-3, which the

2    timelines sync.

3              Now, here is a little bit of a bigger booboo

4    because what they ended up doing is, the actual time was

5    1:59:26, they have it at 2:00.

6              Ken is still back in that white circle.  But in

7    their Exhibit 1500, Ken is long gone.  He's already -- he's

8    leading the whole thing.  But he's not.  He's back with the

9    group.

10             And they chose to use video from a time increment

11   in this CCTV surveillance footage of 1:40 to 2:00 rather

12   than 2:00 to 2:20.  That's a big problem.  If the video

13   doesn't fit, you must quit.

14             If you go back and you ask for Exhibit 13B, you're

15   going to see that the government, when they were on the

16   stairs and you see a guy leading Isaacs followed by a

17   shorter bald guy who's at the top of the steps, who's shot

18   behind Harrelson, they're bracketing Isaacs, and the

19   government's exhibit shows that two times where they're

20   brought up to the door --

21             THE COURT:  Mr. Geyer, I really do need you to

22   wrap up, please.  I've now asked twice.  You're past the

23   time you told me it was going to take.

24             MR. GEYER:  I'll wrap it up.  Thank you,

25   Your Honor.

1        So they showed you them bringing -- being brought

2   up to the door twice, and then police being shuffled off in

3   the midst of the attack.  They shouldn't have presented the

4   evidence that way.  It's inaccurate.  They were on the

5   stairs, they had no knowledge.  If the video doesn't fit,

6   you must acquit.  It's 13B.  You can go back and review it

7   yourselves.

8        I just want to thank you profoundly for

9   sacrificing your lives to be here for as long as you have,

10  to throw yourself into the evidence the way that you have,

11  I know it hasn't been easy.  And I appreciate -- you've been

12  very gracious in giving me your attention, I very much

13  appreciate it.  Please send Ken home.  Thank you very much.

14        THE COURT:  All right.  Thank you, Mr. Geyer.

15        Ladies and gentlemen, let's take our morning

16  break, and then we'll hear from Mr. Crisp afterwards.

17        So it's a little bit after 11:00, so we'll resume

18  at 11:20.  We'll see you all shortly.  Thank you.

19        COURTROOM DEPUTY:  All rise.

20        (Jury exited the courtroom.)

21        THE COURT:  All right.  We'll see everybody in

22  15 minutes.  Thank you, all.

23        (Recess from 11:03 a.m. to 11:22 a.m.)

24        U.S. MARSHAL:  All rise.

25        THE COURT:  Please remain seated.

10190

1          MS. RAKOCZY:  One thing to raise but I know the

2     defendants aren't out yet.

3          THE COURT:  Ms. Rakoczy.

4          MS. RAKOCZY:  Your Honor, the video that we

5     objected to that was showing during Mr. Harrelson's closing

6     by Mr. Geyer, which is JW-55, there is a long, long video

7     that was introduced as JW-5 [sic].  We did not understand

8     the entire video to have been introduced, only a segment

9     that was played in court.  So we will object to that entire

10     video going back, and we will reserve the right to ask for

11     that portion to be stricken from the closing.

12          There was a video that was shown from slide 10 of

13     the PowerPoint that as well did not look familiar to us, but

14     we'll get with Mr. Geyer over the break and find out about

15     that video.

16          THE COURT:  Sorry, JW?

17          MS. RAKOCZY:  JW-55 was the exhibit that was

18     played during the closing.

19          THE COURT:  Okay.

20          MS. RAKOCZY:  That portion of it was played that

21     was not played during trial.  Mr. Geyer responded that the

22     video is in evidence.  We did not understand that the

23     entire, I don't know, 15-minute-long video, or something

24     like that, came in.  We understood that only the portion

25     played in court was coming in.  That's why we didn't object

```
 1    to the entire thing coming in, we didn't realize that's what
 2    they were trying to do.  And so I think we object to the
 3    entire video going back, and we may ask for a portion of the
 4    closing to be stricken.  We'll let you know during lunch.
 5                 THE COURT:  Okay.
 6                 MS. RAKOCZY:  Thank you.
 7                 MR. GEYER:  It was one of Ford Fischer's videos.
 8    It was introduced as Watkins Exhibit 55.  There's, you know,
 9    it's pretty innocuous.  It was introduced into evidence, it
10    should go in.
11                 THE COURT:  All right.  Well, take a look, and go
12    back and look at the transcript and see whether it was --
13    the admission was conditioned or limited in any way, and
14    then we can figure it out from there over the lunch break.
15                 MR. GEYER:  Judge, just to be clear, that exhibit
16    was a demonstrative exhibit that had two prior admitted
17    exhibits in it.  I was not intending for that demonstrative
18    exhibit to go back.
19                 MS. RAKOCZY:  Yeah, we assume that the closing
20    PowerPoint is not going back.  But to the extent that
21    portions were played that we don't believe are in evidence,
22    we submit that is improper, and we will object to the rest
23    of the video going back aside from playing a portion of
24    that, because it was our understanding that that portion
25    played in court of Watkins 55 is what was actually admitted.
```

```
 1              THE COURT:  Okay.  Do we know what day Watkins 55
 2   was admitted?
 3              MR. CRISP:  November 16th.
 4              THE COURT:  16th?
 5              MR. CRISP:  Correct.
 6              THE COURT:  Do you know through which witness?
 7              MR. CRISP:  Ms. Watkins.
 8              THE COURT:  All right.  I'll take a look then.
 9              MR. CRISP:  So she testified afternoon of the
10   16th, morning of the 17th.
11              THE COURT:  Okay.
12              COURTROOM DEPUTY:  Jury panel.
13              (Jury entered the courtroom.)
14              THE COURT:  All right.  Please be seated,
15   everyone.  Welcome back.
16              Mr. Crisp, the floor is yours when you are ready.
17              MR. CRISP:  Thank you, Your Honor.
18              May it please the Court, opposing counsel, and
19   members of the jury.
20              A trial is about credibility.  It's typically
21   about the credibility of a witness or the credibility of a
22   defendant, but I would submit to you that based on what
23   you've seen in this trial, it's about the credibility of the
24   government and what they have presented.
25              Now, many of my counsel have discussed
```

1    inconsistencies or context, and I would submit that

2    Mr. Geyer has touched on a lot of what I intended to discuss

3    in terms of some of these, what I would consider to be,

4    government manipulation or deception.  Some of these things

5    that we will go through quickly.

6         But what is important to understand is this.  The

7    government is typically charged with prosecuting cases in a

8    manner that is consistent with justice, and the defense

9    would submit to you that what they have presented here today

10   and the things we're going to show you, the various

11   manipulations, some of which came right through the course

12   of this trial, you will see that they have lost any right to

13   any credibility that you would otherwise want to give them.

14        Now, we talked in the very beginning about an oath

15   and a vow that you took as a juror to be fair and objective

16   in all of this.  How this ties into what we're talking about

17   is, the defense wants you to be as fair and impartial in

18   assessing this without giving the government the benefit of

19   the doubt at any point leading up to the presentation of the

20   evidence, because it is hugely important to understand how

21   this timeline came about and how they manufactured many of

22   the things that you have seen.  If you peel it back, you

23   will see how many times they twisted a timeline interspersed

24   text messages out of context.

25        And it's also important not to give them the

1    benefit of the doubt because they do have the burden, and
2    unfortunately they have a chance to go first as they do
3    always do and they will have a chance to go last.  They will
4    go last in rebuttal.  They have gone last in every
5    cross-examination of their -- excuse me, redirect of their
6    witnesses, of which there have been many, and that cannot be
7    understated.  But the reason they have that is because the
8    burden they have is so high.  But do not, because of that,
9    give them any more credibility than they otherwise should.
10           Now, when you're talking about credibility, right
11   out of the gate, you heard Ms. Watkins on the stand say,
12   "I was wrong," Count 6.  When you go back to the
13   deliberations, get out your jury verdict form and check
14   guilty.  That is what she said.  We will try and make this
15   easy as possible for you.  She recognized that what she did
16   in that hallway was wrong.  There's no one from Ms. Watkins'
17   defense that's ever going to say it was okay to be in that
18   hallway and do what she did with those police.  She didn't
19   on the stand, and, quite frankly, as you'll hear throughout
20   the course of my closing, the numbers of times in her
21   proffers.
22           You never heard a contradiction in that regard
23   about what she said she did there and why it wasn't right,
24   and that gives credibility.
25           She didn't have to get up there and say that was

```
 1   wrong, she could have let you make that decision yourself.
 2   But she did.
 3           And on top of that, she got on the stand.  She
 4   doesn't have to.  She has a presumption of innocence that
 5   can only be removed by you.  But in conjunction with that,
 6   as I just said, at least four to five proffers over hours of
 7   time and not once during those proffers did the government
 8   come back during her cross-examination and say, "Didn't you
 9   tell Special Agent Eller, or whoever else was present, that
10   there was a plan; didn't you say that you had a plan to stop
11   the certification or to overthrow the government," don't you
12   think that if that ever came out during the course of their
13   interrogation over hours and hours, that that would have
14   been a discussion point?
15           MS. RAKOCZY:  Objection.
16           THE COURT:  It's overruled.
17           MR. CRISP:  But it wasn't.  She was never asked
18   about that.
19           The only point that they could make is "You didn't
20   say what you thought about the certification being done."
21   She wasn't asked.  It's not her interview.  It's theirs.
22           Now, the government wanted to make a lot of
23   discussion points about Zello chats and about what she said
24   on Zello.  And in a vacuum, again, it sounds bad.  But you
25   have One Percent Watchdog, whom nobody knows anything, and
```

```
 1   knows nothing about these individuals.
 2            THE COURT:  Mr. Crisp, do you want it displayed?
 3   I didn't know if these were your personal notes?
 4            MR. CRISP:  No, no, these are.  For the Court's
 5   understanding, Ms. Wintermeyer will be playing what I want
 6   the jury to do and I have my own separate one.
 7            THE COURT:  I didn't know if these were notes or
 8   actual...
 9            MR. CRISP:  Appreciate it, thank you.
10            What do you have about Zello?  What did you learn
11   about Zello?  That you add to it in a chat group like you do
12   with many online chats.  The only two people she knew were
13   Dozer and some other individual whose name escapes if me
14   right now.
15            People participate in chats and discussions all
16   the time without knowing who's on there.  And when you look
17   at the timelines when these conversations occur and when
18   you're talking about what she could have heard and what
19   she's responding to, the government makes a big deal about a
20   timeline, she makes a comment a minute after
21   One Percent Watchdog says they're debating something or
22   other.  One minute after she says something -- or before she
23   says something.
24            Go back into the deliberation room and time a
25   minute.  Do ten seconds.  What did you hear her say?  Her
```

```
 1   phone was in her pocket, walking down a noisy, crowded
 2   street, going through a crowd.  What are the chances that
 3   she actually heard what this individual was saying?  She's
 4   pulling out her phone making commentary to the two people
 5   that she knows.
 6           There's nobody, nobody else at the defense table
 7   who's on that Zello that.  So if this is about some plan,
 8   well, then the plan didn't happen with them.  And the people
 9   who were on that Zello chat were nowhere to be found
10   anywhere near the Capitol, thousands of miles away.
11           How many times have you, in your own experience,
12   seen people say things, form bonds with people on online
13   chat groups they've never met?  Nowadays it happens all the
14   time.  People say things they would never say in an online
15   chat that they would never say to someone else.
16           Let's talk about some other manipulations.  When
17   Montana was on the stand, they wanted to try and trick him
18   into something that he allegedly told Special Agent Eller
19   that Jess told him as to why she went into the building, and
20   it was something to the effect of, she allegedly said,
21   through Montana, that she went in to look at paintings.
22           Now, we know that's not true, because Montana
23   immediately said, "I want to see that in my 302 where I said
24   that.  That's not what she told me.  That's not what I was
25   telling you."
```

1          The questions were, "Now, after January 6th, both

2   prior to Ms. Watkins' arrest and after she was arrested, you

3   spoke to the FBI."

4          Answer:  "That is correct."

5          And the question, an early one, "You told the FBI

6   in early January of 2021, that Ms. Watkins went into the

7   Capitol to look at paintings."

8          Answer:  "I'd like to see the part of or listen to

9   the part of the 302 here that is claimed."

10          And, remember, Montana's interviews were recorded.

11          And so he asked to have his recollection

12   refreshed.  And it was shown to him, the 302.  "Does that

13   refresh your recollection about what you said regarding

14   Ms. Watkins' activities at the Capitol?"

15          "I do recall more of what that was and I said

16   during the first interview of what I was relayed by her

17   activity in the Capitol and what her activities were."

18          And the question that was posed to him was, "What

19   did she do, what were her activities in the Capitol?"  Not

20   her intent for going in.  They were trying to manipulate the

21   conversation about why she went in.  They were trying to

22   imply that she gave some trite, ridiculous reason, "I went

23   into the Capitol to see the paintings."  That was never what

24   he said.  But they manipulated his answer or attempted to.

25          What he said is, "She looked at paintings in the

```
 1   hallway."
 2           And you can look at the Rotunda videos.  Won't go
 3   through them now, you've seen them ad nauseam.  Walking
 4   around looking.
 5           The other interesting thing that gives Ms. Watkins
 6   credibility is Montana testified unrebutted that she has a
 7   law-abiding character.  Now, the Judge has already read to
 8   you what that instruction means and you'll have those
 9   instructions again.
10           The very fact that at every point, except on the
11   6th of January, she has tried to be a law-abiding citizen,
12   is before you.
13           The video in Louisville, she's standing there with
14   her hands like this (indicating), smiling to the crowd, not
15   engaging them, not saying nasty things, trying to defuse the
16   situation.  You heard stories from Montana and her about the
17   same thing about other events that she went to; treating
18   wounded people.  At every point in time, she is a
19   law-abiding individual.  Brings weapons only when
20   authorized.  There are multiple instances that we won't go
21   through but you've heard all of those times.
22           Even at the very end after she realizes they need
23   to get out of the Capitol and she's leaving, what did she
24   say?  "There's a curfew, gotta get out of town."  Another
25   instance of being law-abiding.
```

1          The shame that she feels now for having done

2     exactly what she knows she condemns others for having done

3     in other protests, was evident and palpable.

4          Now, another attempt at manipulating evidence and

5     manipulating individuals on the stand was when there was a

6     question about trying to imply that Jess told Montana that

7     she brought weapons into D.C.  And we know that wasn't true

8     either.  She didn't even bring weapons anywhere near D.C.

9     Yet another effort and attempt to manipulate and deceive.

10          So let's talk about the beginnings of the Ohio

11     State Regular Militia and why.  You heard about why she

12     wanted to do this.  You heard about how she's never lost the

13     desire to do what she was doing in the Army and its early

14     termination.

15          That desire lead to the formation of the OSRM,

16     which you've heard.  And then you hear text messages

17     about -- one of the keynote texts from the government's

18     opening in this case was "Fighting fit by inauguration."

19     Why?  Holding boot camps, which never happened, by the way.

20     They were planned well before the election ever took place

21     and canceled because of the million MAGA March and then

22     canceled because of January 6th.

23          So this "Let's get flighting fit," if it was so

24     all blazingly important, why didn't it happen?  It didn't

25     happen because the paranoia about a U.N. invasion is what

1   this was about.

2          "We're going to die because President Biden is

3   going to let the U.N. in."

4          There were text messages talking about that.  She

5   talked about that.  As crazy as it sounds, that's what she

6   thought, and that's why she was going to fight, not to

7   overthrow President Biden.

8          And think back into your own recollection about

9   the fear that existed when President Trump was going to come

10  into office.  People wanted to leave this country in droves

11  and made threats about leaving and going to Canada.  We have

12  become an extreme society, riddled with extreme fears at

13  times.

14         Those fears lead her to make a lot of incredible

15  statements.  Ones that undoubtedly if you read them again,

16  in a vacuum, would give you pause.  But let's talk about

17  some of the text messages, the government has shown a series

18  of texts throughout the course of the trial.

19         Now, we're going to see some texts that kind of

20  support what we're talking about here.  From almost every

21  exhibit they showed you on cross, we have tried to show

22  supporting exhibits.  Sometimes there's supporting texts

23  that are out of context.  Sometimes they were absolutely

24  nonsense, meant nothing, and others, they meant everything.

25         So next slide, please.

1              You saw this one text.  This was Government's
2    Exhibit 6863.  This was from Mr. Meggs, all right?  This was
3    on 12/30 at 8:16.
4              Now, this was Hagmann, the man whose video, he's
5    sitting on a sofa, another one of these podcasts, ranting.
6    Mr. Meggs shows this or puts this in the "D.C. Op" chat.
7              The next slide, please.
8              Again, a continuation, he's talking about, it's
9    from a few weeks back, still 6863.
10             Now, remember, various government exhibits were
11   put in by various government agents.  6863 was put in by one
12   agent.  Why is that important?  Next slide.
13             6805.
14             So this is between --
15             Back up one slide, please.
16             Same "D.C. Op Jan. 6 21" at 8:16 a.m. at 12/30,
17   next slide.
18             8:29, different slide deck, 6805.  This is Brian
19   Ulrich saying, "Well, Hydro said no guns."
20             Completely different context, completely different
21   discussion.
22             Next slide.
23             Back to Mr. Meggs.
24             After Hydro -- excuse me, after Brian Ulrich, back
25   to 6863.  Why is that important?

```
1              Go back two slides.

2              Go forward one more, please.

3              "It's from a few weeks back but it's making its

4    rounds on the Internet."

5              Down two.

6              They don't show what 6863 here at 8:36 is in

7    response to.  They don't show you in a context that makes

8    sense that is true chronologically what Kelly Meggs is

9    actually saying.

10             What he's saying is, "I agree with Brian Ulrich.

11   I said the same thing.  Outside the city."

12             They're trying to show he's in agreement with

13   Hagmann.

14             It's a manipulation of the truth.

15             Next slide.

16             What do we see when she was on the stand?  This

17   was -- this is from slide deck -- well, it's a Signal chat,

18   85.S.

19             Another indication of trying to twist what

20   happened.  On cross-examination, Ms. Watkins was asked,

21   Well, hey, you asked about what are you doing with the QRF,

22   right?

23             Next slide.

24             In the same chat, a day later, Harrelson says on

25   1/5 -- let's go back one slide, please -- very important.
```

1          1/4, she asks, a day earlier --

2          Next slide.

3          Harrelson says, the next day, "Did we get that

4     address yet for the QRF?"

5          Next slide.

6          Immediately after that, in response to Harrelson's

7     request, Meggs says, "DM."

8          What did they try to do with her?  They omitted

9     Harrelson's text and said, he told you to DM you.

10         No, that text was in response to Harrelson.

11    Another lie.

12         It doesn't fit their narrative so they have to lie

13    to you.  They don't deserve the credibility that they should

14    otherwise have.

15         Next slide.

16         And another interesting twist, you have these

17    three texts from Mr. Caldwell.  Scroll down, please.  Again.

18    And final.

19         Why don't they say, "Hey, she's saying, no, no,

20    no" -- whether he's joking or not, she's not even touching

21    him, perjury bad.  Because he gives her credibility.  At

22    every opportunity she has had, she has cloaked herself in

23    credibility.

24         How else do we know she was credible?  Let's talk

25    about some other credible instances.  What did she do when

1    she found out that she might be the subject of an

2    investigation?  Stacked all of her stuff up in a room and

3    put it in the hallway and said, "This is everything I used

4    when I was there on the 6th, in the event the police want to

5    come looking for me, Montana, here it is.  I'm going to

6    possibly get out of here because I can't deal with the

7    media.  Phone is up there on the charger, here's the

8    password, give it all to them.  And when they come, call me

9    and I'll come back."

10         Uncontroverted every single time.  She has nothing

11    to hide and she says, "Here you go."

12         And remember, she's not charged with destruction

13    of evidence.  Regardless of what the government come up here

14    and say, there is no allegation she destroyed any evidence,

15    there's no charge to that effect.

16         Next slide, please.

17         Now, Mr. Geyer talked about this.  And we had some

18    video, we're going to show you the exact same video.  We

19    won't go through this again.  We'll spare you that.  You'll

20    have a chance to look at it again.

21         But it is KM-58, and the point simply is, what do

22    they want you to understand from this timeline?  They want

23    you to think that they had anything to do with destruction

24    of those doors.  That's the only evidence that exists.

25         One thing to point out, when you look at that

```
 1   video, you're going to see one man halfway through yanking
 2   on the outside handle like a crazy man.  That's the
 3   destruction.  That happens in the 2:19 to 2:21 time frame,
 4   ten plus minutes before they ever got to those steps.
 5   They're not even within spitting distance, and there's no
 6   way they can contribute to that destruction.
 7               Next slide.
 8               And also remember when did Congress recess?  2:21.
 9   Why is that important?  You can't kill a dead body.  If the
10   body is already dead, how do you interfere with the process?
11               You heard Jess talk about why she went down there.
12   You actually heard the Caldwells say the same thing.  "Pence
13   betrayed us."  It's not just from one person but from
14   multiple saying, "Why would he have betrayed us -- if his
15   job was to stop this, it only makes sense that if he's
16   betrayed us, then he hasn't stopped us.  So it's over."
17               Nobody knows how this certification works.  They
18   know enough to know that it was taking place but how does it
19   work?  Do they deliberate?  Do they -- how do the objections
20   get handled?  Do they have a ceremony afterwards?  Who
21   knows.
22               And let's look at the next slide, please.
23               So, again, you heard Ms. Watkins testify that at
24   this time frame she was in the northwest corner, okay?  Why
25   is that important?  Because, again, it's after the
```

1    certification had stopped.  It's after Congress had

2    recessed.  It's after the damage to the doors.  They are

3    probably 200 yards away.  Y'all know what the Capitol looks

4    like, y'all know what the Capitol Grounds are.

5            Now, you have also a video that we played at 2:32,

6    Sandra Parker's video walking through the crowd up towards

7    the steps.  Now they're finally getting close, well after

8    the violence that you saw had already occurred with

9    Officer Salke.

10           Next slide.

11           They climb up.

12           Now, remember -- why does this matter in terms of

13   what's going on?  Everyone wants to say, "Why are you going

14   in this building?  Why are you even there?  Why are you

15   going anywhere near there?"  A lot of these charges are what

16   we call specific-intent crimes.  It's a higher mental

17   element that the government has to show -- it's not just a

18   general intent, you swing a bat negligently in a crowded

19   place, you hit somebody, I didn't know they were over there

20   and you're an idiot for swinging a bat, that's general

21   intent.

22           Specific intent is, I meant to do a particular

23   thing on a particular day.  The classic example is lying in

24   wait with a gun sitting on a bluff over a mountain -- or

25   looking out and waiting for someone you know is going to

 1    arrive at a certain time, and that's premeditated murder.

 2    It's planned.  It's thought out.  This is how I'm going to

 3    do it.  That is specific intent.  Versus swinging a baseball

 4    bat, killing somebody, because of a reckless conscious

 5    disregard.  Both criminal, but both require very different

 6    mental states.

 7          Conspiracy is that special mental state, okay?

 8          So we talk about what's going on here.  We talk

 9    about what was really going on and why they were doing this.

10    Yes, for well over a decade she was trying to recapture the

11    Army and whatever that feeling gave her.  And you heard her

12    talk about, "Oh, my God, I'm going through this crowd,

13    they're shouting my name, it gave me goose bumps."

14          And when you saw the video, from her angle looking

15    out, you saw trucks parked there and people there.  They

16    were singing, not just God Bless America but there was

17    another song that you heard as a country and western song,

18    that was the picnic atmosphere that she saw and heard.  At

19    no point was ever she ever denying that this was a violent

20    event.  In hindsight looking at certain things, were there

21    things that she turned blinders to?  Probably.

22          But she's going through this crowd, she's being --

23    chat, "Oath Keepers," she's being congratulated.  We live in

24    the glory days.

25          So she goes up there, turns to the left as you

1    well know.

2              Next slide.

3              Continue.

4              Next slide.

5              And they stand up there and they film.

6              The next slide.

7              Now, we're going to take a pause from the

8    timeline.  Here's another government manipulation.  This was

9    Government Exhibit 6740.  Why is this important?  Because

10   what did the government try and tell you ostensibly through

11   the expertise of one of their own experts that we called and

12   showed this was wrong.

13             Why is this particularly reprehensible?  Because

14   they knew they could have talked to their digital forensic

15   expert and said, "Is this accurate?  Did these calls

16   actually occur?"  But they didn't, or they chose not to,

17   because it didn't fit the narrative.  Why?  They had to try

18   and show you some communications that occurred between

19   Mr. Caldwell and Ms. Watkins that never did.

20             So they want to show as many comms as they can.

21   And we now know, through their own expert, that Ms. Watkins

22   called, that none of those 10:00 calls happened.

23             And they didn't want to concede that that 2:07

24   call went to voice mail.  But we can establish, and in fact

25   we did, that it didn't happen.

1          So realistically the last conversation they ever

2    had was around 6:49, around about The Ellipse.  Next slide.

3          This, Watkins 13 is what really happened.

4          No credibility, none.

5          The next slide.

6          Another point that they don't want to concede

7    because it doesn't fit within their credible timeline are

8    the discussions between Whip, Mr. Rhodes, and, quite

9    frankly, anyone else who's going to be in that area at the

10   time.  And we have these communications, I know they're

11   delayed, because they were on Whip's phone, and we also have

12   what's on Mr. Rhodes' phone, which was not deleted.

13         Next.

14         So what are we looking at here?  We're looking at

15   the discussions, and we know how these were created, we

16   don't go through them extensively but you know there were

17   delays of six to ten to two plus hours in communications

18   between Mr. Rhodes and Whip on that day.

19         And that matters because they want to put it down

20   to the second that a call happens, a text happens, and

21   they're moving this whole timeline that they put together,

22   this Michael Bay production with these lines intersecting,

23   all depend on a lie, that this communication happens and

24   they move as a result of that, and we know it's not true.

25         You will have these exhibits to go back and look

1    at.

2            Next slide.

3            So interestingly with Ms. Watkins you know that

4    she never has any communications with Mr. Rhodes on that

5    day.  She barely has communications with Mr. Meggs.  The

6    government wanted to make a big deal out of the fact they

7    received -- allegedly received a phone communication, Meggs

8    from Rhodes, or vice versa, and as a result they moved out.

9            What did you hear Jessica say?  And what did you

10   see on the video that we played at The Ellipse?  The event

11   coordinator said, "Hey, time get down to the Capitol, take

12   these individuals down there, because we're setting up for

13   the next event."  And you see all of these people going

14   down, and they say "Move" and they move.

15           And look at the pace at which they're moving.

16   Think about it from a logical, pragmatic standpoint.  If

17   this was truly a plan to do something nefarious, you think

18   they'd be strolling, talking on their phone, doing this?

19   The answer is no.

20           What makes more sense?  What is more credible?

21           Next slide.

22           Now, we're going to show you something that the

23   government had as well.  They showed you a number of videos.

24   There was a Rotunda video and a Senate sequence video.

25           Next slide, please.

```
 1            Same video, two different exhibits.

 2            (Video played)

 3            MR. CRISP:  Pause it.

 4            Please take a moment and look at the upper

 5    right-hand corner at 2:42.  This is the Shermichael

 6    Singleton.  They have Dolan, Crowl, Parker, Watkins, Beeks,

 7    Isaac, Harrelson there.  This is their production, 1078.1 at

 8    2:42.  Please continue.

 9            Next slide.

10            Now, notice that it's not the same people.  You

11    now have Steele in lieu of Harrelson at 2:42.

12            Next video, please.

13            Pause, please.

14            Same exact video, same exact placement, same

15    exact -- not same exact time.  2:44 p.m.

16            Two minute differential.  Why?  Because it puts

17    Harrelson, it puts Watkins all going into this location at

18    the same time, but it doesn't.  The timelines are flawed.

19    Manipulation of the times.  Continue.

20            Now, you have people going in.

21            Pause for a moment, please.

22            There's Mr. Isaacs, the youngest member.  And

23    here's some common sense stuff, right?  Nobody is disputing

24    that people were running around.  Nobody is disputing that

25    people went in that hallway.  But Mr. Isaacs is the
```

1    vanguard.  They tried to say Jess led the charge down into

2    that hallway.  So apparently they had the most junior member

3    of the team, 18-, 19-year-old Isaacs, or whatever his age

4    is, looks like a child going down the hallway.  Not Jessica,

5    because that doesn't fit the narrative.

6          Continue.

7          Now, we talked a lot about stacks.  I'm sure y'all

8    were probably sick and tired of me crossing about stacks.

9    But the purpose of that is, this was yet another

10   inflammatory deceptive practice, okay?

11         What fits the narrative that they tried to

12   portray?  This is a violent military invasion.  The irony is

13   not a single person who got on the stand who had any

14   military experience or otherwise said this was what the

15   military does in a room or building clearance procedure.

16   They had plenty of government agents say, "Well, in law

17   enforcement, we do this all the time."

18         It doesn't make sense.  But nobody in that chain

19   line was law enforcement.  Nobody had law enforcement

20   training.  Why does it matter?  Because it inflames the

21   narrative, it makes it far more militaristic, far more

22   intimidating.

23         How many other stacks did you see that day?

24         Next slide, please.

25         Apparently there are Oath Keepers too.

1          Next slide.

2          And them.

3          Not to beat an already dead horse but the purpose

4   is, this was simply done to keep track of one another.  It

5   wasn't done to infiltrate.  It wasn't done for any other

6   reason than say, "This makes the most sense to go up the

7   steps," period.

8          It doesn't give you greater weapon control.  In

9   fact, quite the opposite.  It doesn't give you greater

10  ability to go into a building.  Quite the opposite.

11         You are not going to hold on to somebody going

12  into a building in a tactical situation because you're going

13  to cause them to fall, you're going to cause more problems

14  than you're going to create.

15         Nobody said, you enter into an entry control point

16  holding on to the person in front of you.  You may be tapped

17  on a shoulder, give a direction, left, right, boom, that's

18  it.  Direction.  Not control.

19         Now, again, by the time we're leaving --

20         Next slide, please.

21         We have two points.  Why does this matter?  Does

22  it mitigate the fact that they went into a building they

23  shouldn't have been?  Absolutely not.

24         Does it make them less guilty?  No.

25         Does it fit with what she said she's always tried

1    to do and that's help people?  Yes, it does.

2           Does it not fit the narrative that this was an

3    insurrection?  Correct; it doesn't.  If they're there to

4    harass, hinder, hold the building, why are they going back

5    in helping whomever?

6           The government wants to make a big deal, well, you

7    didn't help cops.  Cops didn't ask.

8           And remember what Jess says, "I don't care, I

9    treat anybody.  I don't care if they're protester at a BLM

10   at event or Trump event."  And, again, you heard unrebutted

11   evidence that she helped everybody and anybody that came to

12   her.  That's what she did.

13          This doesn't fit the narrative.

14          Next slide.

15          You see her coming down.

16          Continue.

17          There she is.

18          You can say all day long that this would have

19   never happened if they hadn't gone to begin with and you'd

20   be absolutely right.  But it doesn't change the fact that

21   she was there to help.

22          Her backpack in court, we showed you, nothing but

23   medical equipment and a can of bear spray, which no one said

24   she ever discharged and she never hid from anybody, because,

25   remember, you saw the video at the traffic -- or at the what

```
 1   we call a Terry stop where she was frisked by the police.
 2   What are you doing here?  What are you wearing this gear
 3   for?  She didn't hide that she had bear spray.  Nobody hid.
 4   We're just here doing this.  The interaction was politely
 5   and cordial at 4:29, in front of the restaurant, over an
 6   hour after they left the Capitol area.
 7             Next slide.
 8             So, again, 3:36, 3:37 time frame, they're leaving.
 9   You heard her testify to it.  You heard Montana identify
10   these individuals as the individuals identified on this
11   slide.
12             Why are they leaving?  Because the curfew.
13             And she also said Parker, Mr. Parker, couldn't go
14   and he wasn't in that shot because he wasn't there.
15             And Sandra Parker was.  And they're walking way.
16             Next slide.
17             Now, this was the slide that you saw manipulations
18   materialize right before your eyes.
19             So the government wanted to make a big deal and
20   challenge her law abiding because she hasn't filed taxes and
21   said because she hasn't filed taxes, everybody has to file.
22   What fits their narrative.  Her argument that she's law
23   abiding doesn't fit their narrative so they'll going to do
24   anything they can, bringing in the most obscure letter that
25   she's been sitting in jail since this time, she hasn't even
```

1    had a chance to see.  So the defense presents IRS

2    Publication 501.

3            The government puts up Mr. Harris,

4    Special Agent Harris to say, and he's not an IRS Agent, he

5    has no IRS background, he gets set up.  The defense would

6    submit to you he's probably the most candid, honest agent

7    that the government presented this entire trial.  But they

8    set him up, because they want him to say everybody has to

9    file regardless, which is not true.

10           So what do they do on cross -- on direct

11   examination of Mr. Harris?  Look, see, what does page 2,

12   bottom of page 2 -- you're going to have this exhibit.  It

13   says, who must file.  The filing requirements apply even if

14   you owe no tax.

15           Next slide.

16           That's the stuff they highlighted.

17           Magically, what they forget to tell you is, you

18   may or may not have to file.  Only file if you fall within

19   table 3.  The following requirements apply even if you owe

20   no tax.  But if you fall under certain conditions on table 1

21   or table 2, you don't have to file.

22           It was a lie, an outright lie.  And at one point,

23   the defense wanted to object to this until you realize, wait

24   a second, this proves the point, that they will put any

25   narrative in front of you that fits their theory.  And they

1    will challenge it and twist it.  And it was offensive to see

2    this.  But you will have this.

3              So if they will go to this extreme for their

4    narrative, for their context, they're entitled to no

5    credibility.

6              So let's talk a little bit about legalese.

7              You've seen and you'll have the instructions on

8    the conspiracy.  The first element that the Judge talked

9    about is the existence of a charged conspiracy, the

10   existence of an agreement or understanding to commit the

11   unlawful object of the conspiracy; and, two, that the

12   defendant knowingly became a member of the conspiracy.

13   That's the operative phrase.  That's the higher mental realm

14   that we're talking about.

15             There is no evidence at this point in time that

16   you have seen that shows that why Jessica went in that

17   building was part of a conspiracy to do anything other than

18   illegally enter the Capitol.  There's no evidence that she

19   agreed to do anything to go down that hallway except get

20   caught up.

21             And here's the other crazy thing.  Let's think

22   about going down that hallway.  So she goes down the center

23   hallway twice.  The first time to stop somebody from

24   breaking glass.  So, again, if the conspiracy is to go down

25   the hallway to stop the Senate from doing whatever bad

1   things they were allegedly doing, one we've already heard

2   that she said it was over, and, in fact, it was for a period

3   of time, well before she got there, so you can't kill a dead

4   body.  But if her intent was to truly go down there, why

5   wait till the second time?  That doesn't make sense.  Who,

6   in carrying out a conspiracy, enters a building, walks

7   around, stops someone from damaging things, and then goes,

8   oh, yeah, by the way, let's go stop this.  It doesn't make

9   sense.

10          So think about that.  She's walking down there,

11  and all of a sudden at this point, for whatever reason, the

12  Capitol doesn't have CCTV footage and all we have is

13  somebody filming something in the back, and you hear her get

14  caught up, and she says, yeah, all of a sudden it came to

15  screeching halt, and she's getting crushed.  And she's

16  saying "Push," because there's nowhere to go.  And she's

17  ashamed and she said it was terrible, "I should have never

18  been there."  You heard, at one point when she was crossed,

19  she started to cry.  She says, "I don't know what else I can

20  say.  I'm sorry, I should have never been there."  The shame

21  was writ large.

22          What evidence exists that Jess knowingly agreed to

23  do anything with them except get caught up with a group of

24  rioters.  She turns around and goes in the building because,

25  from where she's sitting, the doors are open.

1          It felt good.

2          They must prove beyond a reasonable doubt that two

3   or more persons knowingly and intentionally arrived at a

4   mutual understanding.

5          Mr. Dolan:  Spontaneous event.  No single

6   co-conspirator who pled to a seditious conspiracy ever

7   articulated a remote plan except I pled to a plan.  That is

8   astounding.  Astounding.

9          You have someone plead to a seditious conspiracy

10  and say, we agree to a plan.  What was the plan?  It was

11  implied.

12          How?

13          Let's go line by line.

14          Well, if something bad happened and if a riot

15  broke out, we were going to charge in, that would be

16  implied.  If it ever happens, take advantage of it.

17          You never heard anything like that.

18          And then as a result of this mutual understanding

19  or agreement, they explicitly or implicitly worked together

20  to achieve the overall objective of the conspiracy.

21          This is why the government sold their credibility,

22  because they had to get to that and they can't without

23  manipulating and deceiving you.

24          Another great example was when, I believe it was

25  Mr. Dolan or Mr. Young, I believe it was Dolan, and the

1    government asked, "What did Mr. Rhodes say when he came out

2    of the building."  And you know the answer that he gave was

3    not what they were expecting.  Think back to how the

4    U.S. Attorney responded when they said, "That was stupid."

5    Think back to, okay, and then quickly moving on.

6            Didn't say good job, didn't say that was part of

7    the plan.  Think about how shocking that is.  It didn't fit

8    the narrative in any way.  Yet another deception or

9    attempted deception.

10           Now, we talked a little bit about beyond a

11   reasonable doubt.  It is important to note what that concept

12   means.  So beyond a reasonable doubt, discussed in many

13   contexts as a doubt that exists in making a decision of

14   great importance in your life.

15           The one that's very often used is buying a house,

16   and the analogy in this scenario is, you get a home

17   inspection, the home inspection comes back and says the

18   foundation has a crack in it, whether it's a cinder block

19   and you can see the crack going down.

20           Anybody's bought a house, you're going to look at

21   this thing, I'm not going to spend, apparently in D.C. it's

22   a heck of lot more than where I live, but half a million to

23   a million dollars on a house with a cracked foundation.  So

24   you're going to pause because you have a reasonable doubt as

25   to the viability or wisdom in spending that amount of money

1    on a house that may have a faulty foundation.

2            That pause, that moment of hesitation, that period

3    of reflection is reasonable in doubting the wisdom of buying

4    this house.

5            That is how you look at this.

6            Would you, based on what you have seen and how you

7    know they have twisted this, the lens that they tried to

8    spin, be willing to spend half a million dollars to a

9    million dollars and be absolutely certain that that was the

10   right answer?  That is reasonable doubt.

11           Because you shouldn't.  You've seen enough with

12   Ms. Watkins.  She has more credibility than anyone on the

13   government's side.  She has tried on multiple occasions to

14   accept responsibility, which she didn't have to do.  She let

15   them into her home and let them into her phone and every

16   aspect of her life.

17           And can you stop something that's already stopped?

18   If the plan is to do that, how do you kill a dead body?

19           Members of the jury, I ask that you acquit her of

20   all charges or counts, with the exception of Count 6 for

21   which she acknowledges her guilt and you should find her

22   guilty.  But as to any remaining charge, I respectfully

23   submit that she has not been found -- or should not be found

24   guilty.  And I thank you.

25           THE COURT:  All right, Mr. Crisp, thank you.

1            All right, ladies and gentlemen, it is now 12:15,

2    we will take our lunch break.  Why don't we plan to resume

3    at 1:30 and we'll do that promptly with Mr. Fischer's

4    closing.

5            All right.  Enjoy your lunch break, ladies and

6    gentlemen.  We'll see you soon.

7            COURTROOM DEPUTY:  All rise.

8            (Jury exited the courtroom.)

9            MS. RAKOCZY:  Your Honor, with respect to the

10   physical evidence in this case, in looking at it again, it's

11   a lot of bulky items, so we thought for the jury's space and

12   for Mr. Douyon to have every day that evidence brought back

13   might be lot, so I think our recommendation would be that we

14   tell the jury if they want to see any of the physical

15   evidence, the FBI could bring it to the court have to it

16   brought to them.

17           And the FBI would like to have the items at their

18   office which is a few blocks away so I think that we could

19   guarantee between the jury sending a note and us getting it

20   here to them would be no more than a half an hour or less.

21   So I think that would be our request just to avoid having a

22   bunch of boxes they may not need to see sitting in the back

23   with them.

24           THE COURT:  So instead of -- this is page 49 of

25   the final instructions, "I'll be sending into the jury room

1    with you the exhibits that have been admitted into evidence

2    except for the physical evidence."

3              MS. RAKOCZY:  Yes, Your Honor.

4              THE COURT:  Is defense okay with what Ms. Rakoczy

5    is suggesting?  Okay.  So the first sentence in the second

6    paragraph will also be modified to read, "if you wish to

7    examine the physical evidence please notify the Clerk by

8    written note."

9              MS. RAKOCZY:  Thank you, Your Honor.

10             THE COURT:  I think the only issue is that the

11   instruction goes to -- this small points, but the

12   instruction goes on to say, "For security purposes the

13   marshal will remain in the room while each of you has the

14   opportunity to examine this evidence.  You should not" -- is

15   that what we want to do with any and all physical evidence?

16             MS. RAKOCZY:  I don't think that's necessary,

17   Your Honor.  I think you could just say, if you ask to see

18   any weapons, the Marshals will stay in the room.

19             THE COURT:  All right.

20             MR. WOODWARD:  Can we just address that if they

21   ask to see the weapons?

22             MS. RAKOCZY:  No objection to that either.

23             THE COURT:  I think it's important to say

24   something now.

25             So I'll change that second paragraph, "If you wish

1    to examine the physical evidence, please notify the Clerk by

2    a written note and the Marshal will bring them to you.  For

3    security purposes, the Marshal will remain in the jury

4    room."

5              MR. WOODWARD:  I don't want to suggest that the

6    T-shirts are in some way --

7              THE COURT:  No.  So it will read as follows:  "If

8    you wish to examine the physical evidence, please notify the

9    Clerk by a written note and the Marshal will bring them to

10   you.

11             "If you wish to examine any firearms, ammunition

12   or firearm related evidence, the Marshal will remain in the

13   jury room while each you has the opportunity to examine this

14   evidence.  You should not discuss the evidence or otherwise

15   discuss the case amongst yourselves while the Marshal is

16   present in the jury room.  You may ask to examine physical

17   evidence as often as you find it necessary."

18             MR. WOODWARD:  No objection.

19             THE COURT:  Okay.

20             MS. RAKOCZY:  Thank you, Your Honor.

21             THE COURT:  All right.  Okay.  We'll see everybody

22   at 1:30.  Thank you.

23             (Recess from 12:23 p.m. to 1:30 p.m.)

24             COURTROOM DEPUTY:  All rise.

25             THE COURT:  Please be seated, everyone.

1    Thank you.

2             All right.  Do we have everyone here?

3             I think we have one --

4             MR. CRISP:  We have all the parties that we need,

5    Judge.

6             THE COURT:  Okay.

7             So, Mr. Crisp, can I just raise one issue with

8    you, yes, in terms of your closing.  And it's not a big

9    deal, I don't think it is.

10            But you sort of referenced specific intent and

11   sort of premeditated murder and that being something that

12   required planning and purpose, et cetera.

13            MR. CRISP:  Okay.

14            THE COURT:  As you well know, premeditation

15   doesn't require that degree of planning and purpose.  It can

16   be done --

17            MR. CRISP:  It was more in a different manner,

18   but, yes, that was just to show a special mental element,

19   that's what I just said --

20            THE COURT:  And I think what I'll just tell the

21   jury is that, you know, Mr. Crisp made reference to the

22   concept of premeditation, that's not an issue in this case.

23   You have the instructions that you have before you, and

24   those are the ones that you will follow.

25            MR. CRISP:  If you're going to do that, I would

1  ask that you make reference to the fact that it is a

2  specific-intent concept, because I don't want -- I think if

3  you just leave it there, you cut my knees out in a way that

4  I don't think is --

5          THE COURT:  Well, what I want to avoid is reading

6  the premeditation definition --

7          MR. CRISP:  Okay.

8          THE COURT:  -- which is different than what you

9  suggested.  I mean, the premeditation definition, at least

10  in this district is, I'm reading from Red Book 4.201.

11  "Premeditation means forming an intent to kill.  To

12  premeditate is to give thought before acting to taking a

13  human life and then reach a definite decision to kill.

14  Premeditation or the formation of an intent to kill may be

15  instantaneous, as quick as the thought itself."

16          So --

17          MR. CRISP:  And one could argue that a

18  conspiracy -- the agreement to join a conspiracy is the same

19  concept, so I don't think there is -- that's a distinction

20  there.

21          THE COURT:  Right.

22          MR. CRISP:  I guess if you're going that road, I

23  would object.  I don't think -- I think how I'm phrasing it

24  or how I praised it was in the idea that it involves more

25  than just a general concept, right?  And the general intent

1   that I used is sort of recklessly endangering as opposed to

2   a -- it requires a greater degree --

3          THE COURT:  I don't disagree with that.  But I'm

4   looking at the transcript and this is what you said as a

5   general matter.  It's not word for word because our court

6   reporter hasn't had a chance to clean it up, but it was

7   essentially the words as follows:

8          "Specific intent means, I meant to do a particular

9   thing on a particular day.  The classic example is lying in

10  wait with a gun sitting on a bluff over a lookout and

11  waiting for somebody you know is going to -- kill at a

12  certain time and that's premeditated murder.  It's planned.

13  It's thought out.  This is how I'm going to do it.  That

14  said, that is specific intent.  Versus swinging a baseball

15  bat killing somebody because of reckless conscious

16  disregard.  Both are criminal but both require very

17  different mental states."

18         And, you know, look, you're right, those are two

19  different concepts, but I don't want to leave the jury with

20  the impression that specific intent requires the kind of sit

21  down planning, et cetera, that you've suggested.

22         MR. CRISP:  I think you could just use it as a --

23  "To the extent the attorneys reference a legal concept, I

24  would say strictly go by what the instructions I have given

25  you already are.  If there's a difference between what they

```
 1    say and what I say, obviously you are to follow what I tell
 2    you."  I think that's a better way to handle it because then
 3    it doesn't look like you're singling something out in a
 4    specific way that I don't have a chance to address in that
 5    moment.
 6            If Your Honor had brought it to my attention, I
 7    would have then said, "Yes, to that extent, here's what
 8    I'm -- here's -- to be clear, this is the point that you
 9    should take."
10            I don't have that opportunity now.
11            THE COURT:  Okay.  No, that's why I wanted to
12    raise this with you.
13            MR. CRISP:  Okay.  And just keep it in a general,
14    "If the attorneys reference these concepts that are
15    different than mine, go by what I say and not what they
16    say."
17            THE COURT:  Okay.
18            MR. CRISP:  Okay.  Thank you.
19            MR. NESTLER:  That all makes sense, Your Honor.
20            We do think that the idea of no premeditation
21    would be important, so maybe at the end of that just saying,
22    "There is no premeditation requirement."  I think that is
23    what Your Honor was getting at, that there is no
24    premeditation requirement here.
25            But, otherwise, what Mr. Crisp said I think makes
```

 1    sense.

 2            THE COURT:  All right.  How about the following:

 3    "To the extent the attorneys have referenced legal concepts

 4    that are different than my instructions to you, it is my

 5    instructions that control.  There's no element of

 6    premeditation in any of the charges that are before you."

 7            Just leave it at that.

 8            MR. CRISP:  Yes.

 9            THE COURT:  Okay?

10            MR. NESTLER:  Yes, Your Honor.

11            THE COURT:  Thank you, Mr. Crisp.

12            Then before we bring them in, let's just talk

13    about the verdict form.

14            I received the government's redline.  I sort of

15    circulated a redline against that redline.

16            Then the government is suggesting -- well, let me

17    explain why I did what I did.

18            The one was just sort of a wording change, which

19    is to -- the government had proposed, "Which of the

20    following goals applies," and I think it's a little bit more

21    precise to say, "Which goals do you unanimously find the

22    defendant conspired to achieve?"

23            And then I struck out "both" as an option because

24    the jury only needs to agree unanimously as to one goal to

25    find a defendant guilty.  Which is why when the government

10231

1    has come back and suggested that we put "goals" -- make it

2    goal(s), I'm not -- well, let me ask why you think that's

3    the better way?  Because that does imply that they could

4    potentially find on both goals, and what I don't want this

5    jury to do is, if they have agreed to one, have to struggle

6    to agree to the other, and be here any longer than they

7    already have been.

8         MS. RAKOCZY:  We hear the Court's sentiment and we

9    agree.  However, if they do find two objects to have been

10   proven unanimously beyond a reasonable doubt, we think that

11   for the appellate record, it is worth their noting.

12        THE COURT:  I guess the question is -- I mean, is

13   the concern that the appellate record -- that the

14   Court of Appeals could find, for example, that my ruling on,

15   you know, the execution of the law of the United States was

16   wrong as a legal matter, and, therefore, because the Court

17   of Appeals can't tell which of the two goals the jury agreed

18   upon and --

19        MS. RAKOCZY:  Correct, Your Honor.

20        And I think you could reiterate at some point when

21   you're addressing the verdict form, that they need only find

22   one object, and they may return a verdict at any time on any

23   count, if the Court is worried about that being confusing.

24        But to the extent that they find the evidence

25   proves both objects for Counts 1 and Counts 4, then we think

```
 1    it would be prudent to give them the option to express that
 2    in the verdict form.
 3              THE COURT:  I don't want to include instructions
 4    on the verdict form.  So I don't think the instructions
 5    themselves -- I think all the instructions themselves is --
 6    say is that they need to be unanimous as to one of the two
 7    goals.
 8              MS. RAKOCZY:  Yes, Your Honor.
 9              THE COURT:  Which is slightly at odds with what
10    you're suggesting which is that, give them the option to
11    find unanimity as to both goals.
12              MS. RAKOCZY:  I mean, I think the verdict form
13    itself could say -- could reiterate exactly what is in the
14    instructions which says that, "You need only find one."
15              THE COURT:  All right.  They're ready to go, so
16    let's go ahead and we can continue this conversation at
17    another break.
18              MR. CRISP:  The one thing I would suggest, Judge,
19    is changing "goals" to "plans."  If we could change -- it's
20    always been about -- we've never had a goal, it's never been
21    discussed as part of the -- I think plan or intent is a
22    better choice as opposed to goal.
23              THE COURT:  I think --
24              MS. RAKOCZY:  "Object" is the word that's
25    legalese, I think.
```

```
 1              THE COURT:  Yeah, I want to just -- it should
 2    match the word that's in the instruction.  I can't remember
 3    whether we used "goal" or "an object" in the instructions.
 4              MR. CRISP:  And I would prefer "object."
 5              THE COURT:  Of course, it's entitled "Unanimity as
 6    to the Objects or Goals of the conspiracy."
 7              MR. CRISP:  To the extent we have a choice in this
 8    matter, Judge, I would ask for "an object."  Thank you.
 9              THE COURT:  We'll use "object" and we'll figure
10    out whether to have it be pleural or not.
11              COURTROOM DEPUTY:  Jury panel.
12              (Jury entered the courtroom.)
13              THE COURT:  Have a seat, everybody.  They may be
14    delayed for a couple of minutes.
15              COURTROOM DEPUTY:  Jury panel.
16              THE COURT:  Okay.  Please be seated, everybody.
17    Welcome back.
18              So, ladies and gentlemen, we have one closing
19    left, and that's from Mr. Fischer on behalf of Mr. Caldwell.
20              And then after he's concluded, the government will
21    have an opportunity to make a rebuttal.  It is my hope that
22    all of this will be done by 5:00 today.
23              Mr. Fischer, the floor is yours.
24              MR. FISCHER:  May it please the Court.  Thank you,
25    Your Honor.
```

1          Ladies and gentlemen, I came before you

2   seven weeks ago and I told you I wasn't going to be begging

3   you for a reasonable doubt in order to acquit Mr. Caldwell.

4   I think I was very clear, I told you I came here to clear

5   his name, and that's exactly what I intend to do.

6          Ladies and gentlemen, I'm going to explain to you

7   why Mr. Caldwell -- why you should be convinced beyond a

8   reasonable doubt that Mr. Caldwell is innocent of each and

9   every charge.  So let's get to business.

10          Count 10, I'm going to start with Count 10,

11  "Evidence Tampering."

12          Ladies and gentlemen, it's very important -- this

13  is a very important point on the obstruction of justice

14  regarding evidence tampering.

15          Mr. Caldwell is charged a little bit differently

16  than the other defendants.  He is charged with deleting or

17  unsending specific items; specifically, he's charged with

18  unsending a video to Donovan Crowl that he had previously

19  sent.  He's also charged with deleting photographs that

20  specifically depicted his participation in an attack on the

21  Capitol.

22          So during your deliberations, to be clear, those

23  are the two items you have to decide whether there was

24  obstruction of justice.

25          As to the first allegation, he allegedly unsent a

1    video that he previously sent to Donovan Crowl.  Now, ladies

2    and gentlemen, I'll make this part easy for you.  He

3    obviously did unsend something.  The issue is whether it was

4    a video and what was Mr. Caldwell's intent.

5            Let's start out, first of all, ladies and

6    gentlemen, when the government took out the obstruction of

7    justice charge, the evidence tampering charge against

8    Mr. Caldwell, they did not know what was the content of the

9    video he allegedly tampered with.  They didn't know.

10           If you remember, there was an e-mail that we

11   discussed between Ms. Rakoczy, the prosecutor, and myself,

12   where we talked about, I had requested on behalf of

13   Mr. Caldwell to the government in February of this year,

14   that's even after the latest indictment came down, I asked

15   the government, "What's the video, you know, what's -- what

16   was unsent?"  The government found it on Donovan Crowl's

17   phone.  They sent it to me.  And lo and behold, it turned

18   out, it was not a video.  It was a link.

19           Ladies and gentlemen, a link is not a video.  And

20   quite frankly, that should make your deliberations on that

21   issue very, very quick, because the government hasn't proven

22   its case because you have to find it was a video.

23           Now, ladies and gentlemen, if you disagree with

24   that, there are multiple other reasons why Mr. Caldwell is

25   innocent of that charge.

1              First of all, a link is not a record document or

2    object.  In order to be guilty of evidence tampering or

3    obstruction of justice, you have to do something to -- it

4    has to be a record.  A link is not a record.

5              MS. RAKOCZY:  Objection; misstates the law.

6              MR. FISCHER:  No.

7              THE COURT:  Can I ask you to get on phone?

8              I'm sorry to interrupt.

9              (Bench conference)

10             THE COURT:  So, gosh, I mean, this really is a

11   legal question, and whether a link can qualify as a record,

12   object, or -- and that's not something I've had an

13   opportunity to think about.

14             MS. RAKOCZY:  Your Honor, it's not that it's --

15   it's not just a link.  First of all, it's not -- there's a

16   link that is deleted, there's also a video that's deleted,

17   but more to the point they're both sent via electronics

18   communications.  And so I think that the suggestion that is

19   being laid that if the jury finds that these messages were

20   deleted, that that's, as a matter of law, not tampering is

21   just legally incorrect.

22             THE COURT:  Well, I think it's slightly different.

23   I mean, the statute speaks in terms of object, record or --

24   I can't remember what the third word is.  And Mr. Fischer is

25   suggesting that a link doesn't qualify as any of those as a

```
 1    matter of law, whether it's sent electronically or
 2    otherwise.  It's not the electronic nature of it is what
 3    he's arguing to jury.
 4            MS. RAKOCZY:  We disagree with that, but also
 5    I think more to the point is that link -- so, first of all,
 6    it's not a link that's sent in the first instance, it's an
 7    attachment that the surrounding messages suggest was a
 8    video, but more to the point, those all both sent through
 9    the message which is the language in the indictment and it's
10    the deletion of those communications which contain videos
11    and links that are relevant material.  It's the deletion of
12    that digital evidence that is what's alleged, and that is
13    sufficient as a matter of law.
14            MR. FISCHER:  Your Honor, that's not accurate.
15            If I send an old school VHS tape through the mail
16    in an envelope and I order somebody to destroy the envelope
17    with the tape, the thing that that's being withheld is the
18    video, it's not the envelope.
19            And I mean unless the government has some case on
20    point, I should be entitled to argue this.
21            I mean, it's certainly not a record -- it's not a
22    business record.  A link is not a record.  It's not
23    something -- it's not your business record, it's not legal
24    record.  It's not something that's compiled, it's just a
25    link.
```

1          THE COURT:  Well, here's what the indictment

2     alleges, says "On January 8th, 2021, in response to a

3     request for a video from a person known to the grand jury,

4     Caldwell sent the video and subsequently unsent the message

5     containing the video."

6          MR. FISCHER:  That's right, but the subject is the

7     video.  That's what's being withheld from the grand jury.

8     It's not the -- it's not the conduit, it's the video.

9          MS. RAKOCZY:  That's just not the way the

10    indictment reads, Your Honor.  It's that he deleted a

11    message containing a video.

12         THE COURT:  I mean, the unsent -- what's unsent is

13    alleged to have been tampered with, if you will, is the

14    message containing the video.

15         Now, you can argue that the message didn't contain

16    a video but instead contained a link, but I don't think it's

17    accurate, given how the indictment is read, that jury can

18    conclude that because a link is not a record, document or

19    object, they can acquit, because the object of the

20    destruction is the message which contained the video.

21         MR. FISCHER:  But, Your Honor, the message is in

22    evidence.

23         I mean, the message has nothing to do with the

24    investigation.  It's the thing that's -- that's contained in

25    the message.

```
1              MS. RAKOCZY:  The message is in only evidence
2    because it was recovered from Donovan Crowl's phone.
3              THE COURT:  Right.
4              MR. FISCHER:  Your Honor, I won't belabor the
5    point.  I'll move on to something else.
6              THE COURT:  Okay thank you.
7              (Open court)
8              THE COURT:  That objection will be sustained.
9    Thank you, Mr. Fischer.
10             MR. FISCHER:  Ladies and gentlemen, a link is not
11   a document.  A link is not an object.  You cannot hold it in
12   your hands.
13             THE COURT:  Mr. Fischer, I'm sorry, I thought we
14   just discussed this, that you were going to move past that
15   argument.
16             MR. FISCHER:  Okay, Your Honor, that's fine.
17             Ladies and gentlemen, the link was to an open
18   source news article called News2Share.  By definition, an
19   open source thing is in the public domain.  Anybody can see
20   it.
21             Agent Moore testified he could see it.  I have
22   availability.  The whole world has availability and the
23   grand jury has availability.
24             It's open source.  By definition, it is not
25   something that the grand jury had that was -- did not have
```

1    availability to it.  So that's another reason Mr. Caldwell

2    should be acquitted of that charge.

3            I will also point out that Mr. Caldwell, in the

4    series of messages that were unsent, Mr. Caldwell, if you

5    remember, Donovan Crowl requests of Mr. Caldwell if he could

6    re-send that link or video -- he called it a video, it ended

7    up being a link.  He asked to re-send it via text message.

8            And Mr. Caldwell did re-send that via text

9    message.

10           So the text message, and you'll see the exhibit is

11   going to pop up here in a second, you may recall our

12   exhibit.  Mr. Caldwell resent it as a text message.  That

13   text message is still in the evidence locker of the FBI in

14   Manassas, Virginia.

15           So, ladies and gentlemen, he sent it, he could

16   have deleted it, he did not delete it, but the same link

17   appears in Mr. Caldwell's phone records.

18           Next, ladies and gentlemen, Mr. Caldwell, neither

19   Mr. Caldwell nor his wife appear in the News2Share news

20   article that was in this link.  They're not in this news

21   article.  So they're not in the video that was taken by the

22   news agency.  And even if though Donovan Crowl and

23   Jessica Watkins may have been in it, Mr. Caldwell and his

24   wife were not in it.

25           Finally, the FBI and the grand jury had the Ford

1   Fischer video well before Mr. Caldwell was ever arrested.

2           Ladies and gentlemen, nothing was withheld from

3   the grand jury.  There was no intent here to impair the

4   availability of a link which the government thought was a

5   video to the grand jury.

6           Next, the second obstruction of justice count

7   deals with photographs.

8           The government or the grand jury alleges that

9   Mr. Caldwell deleted photographs depicting his participation

10  in an attack on January 6th.

11          The FBI -- you remember the exhibit where the

12  close-up of Mr. Caldwell's screen saver, where it shows,

13  "Taken down from Facebook," and we showed you the

14  photographs on the taken down from Facebook, they were LiMu

15  Emu, they were Bob the Bear.  They were family related, had

16  nothing to do with January 6th.  Well, I submit there was

17  obviously a reason why the FBI took that close-up photo.

18  They saw "Taken down from Facebook," put two plus two

19  together, thought he had taken photos down from Facebook,

20  and turned out the photographs had nothing to do with

21  January 6th.

22          Ladies and gentlemen, both Mr. and Mrs. Caldwell

23  have testified that they did not delete a single, solitary

24  photograph from their phones.  There is uncontradicted

25  evidence on that point.  It's not in dispute.

1          Mr. Caldwell's phone is still in the evidence

2   locker of the FBI in Manassas, it's been there since January

3   19th, 2021.  Ms. Caldwell consented to a search of her

4   phone.

5          They backed up multiple copies, multiple.  If you

6   remember his testimony, he had two external hard drives; a

7   Western Digital hard drive, and I believe it's another

8   external drive, I'm forgetting the name of it.  But they

9   backed up multiple copies of the hundreds of photos they

10  took on January 6th.

11         Ladies and gentlemen, the FBI has the photos,

12  they've had them since January 19th.  Mr. Caldwell did not

13  destroy evidence of any type.

14         In fact, Mr. Caldwell gave over passwords to the

15  FBI, if you'll recall.  FBI agent testified that he gave her

16  passwords, made their job easier to get this stuff.

17         The photos, ladies and gentlemen, you're going to

18  have a lot of them, we didn't put every one of them.

19  Mr. and Mrs. Caldwell well were photobombing D.C.  They were

20  literally were photobombing D.C. that day.  You are going to

21  have a healthy chunk, but the government's also had all

22  those photographs also, and if for one second they thought

23  any photo was deleted, they certainly would have had

24  somebody come in here and tell you that.

25         The photos, ladies and gentlemen, are exculpatory.

1    You will see in the photos, there's no violence, there are

2    no police being harassed, there are no Oath Keepers in the

3    photos, not one the entire day.  Think about that when we

4    talk about the conspiracy count, the counts here in a few

5    minutes.

6            Not only that, ladies and gentlemen, Exhibit 60,

7    you're going to see, Mr. Caldwell texted to Donovan Crowl

8    and Jessica Watkins, he texted to them 39 photos regarding

9    January 6th with him and his wife in the photographs.  He

10   never deleted those text messages.

11           Now, think about that.  You do Facebook Messenger

12   on your phone, you do text messages on your phone.  But you

13   take something off Facebook when you could just, with your

14   phone, swipe every text message and delete the photos that

15   the government complains about.

16           Why didn't he do that?  The reason he didn't do

17   that is because he was not obstructing justice or trying to

18   obstruct justice.

19           Ladies and gentlemen, there was a 36-hour window

20   once Mr. and Mrs. Caldwell found out that the FBI was

21   looking for Donovan Crowl and Jessica Watkins.  Mr. Caldwell

22   had 36 hours before his arrest, he could have thrown his

23   phone on the bottom of the Shenandoah River.  He could have

24   deleted every single text message.  He could have deleted

25   everything on Facebook.  But in that 36 hours, he did not do

1    that.

2            Ladies and gentlemen, I spent about 45 minutes

3    before you, probably boring the pants off of you, going over

4    Facebook message after Facebook message that was unsent that

5    had absolutely nothing to do with January 6th.  It was a

6    part of the 180 Facebook messages the government suggested

7    were all about January 6th.

8            Well, you found out that a lot of those messages

9    were sent well before January 6th, in December, New Year's

10   Day.  A lot of them when you read in context clearly had

11   nothing to do with January 6th, they were regarding his

12   wife's health issues.

13           So, ladies and gentlemen, we can make this -- and

14   I also point out, too, we've presented overwhelming

15   evidence.  And you can check these out, maybe we'll put some

16   of these up, Exhibits 47, 50, 51, and 57; that's 47, 50, 51

17   and 57.

18           We showed you overwhelming evidence that

19   Mr. and Mrs. Caldwell both were planning to get off of

20   Facebook.  In fact, I believe it's Exhibit 50, if I'm not

21   mistaken, is a text message between Mr. Caldwell and a woman

22   named Sharon Coyle, where he specifically told her,

23   I believe this was on January 11th, he said something to the

24   effect, I'm getting -- I'm taking my stuff down off of

25   Facebook now, or something to that effect.  So clearly they

1    manifested intent that they were taking things down from

2    Facebook, and that's exactly what was happening.

3            You have to make up a decision on this count.  Was

4    Mr. Caldwell obstructing justice or was he basically doing

5    what he testified why he was doing?  I'll ask the rhetorical

6    questions of you.  Does it sound like somebody who gives a

7    three-hour FBI interview, waives his *Miranda* rights, waives

8    his right to have a lawyer present, waives his right to

9    remain silent, and speaks to the FBI for three hours?  Does

10   that sound like somebody who obstructs justice?

11           The FBI, by the way, ended the interview.  Now,

12   ladies and gentlemen, I have to tell you, I was a little bit

13   amused when Agent Palian said that he ended the interview

14   because Mr. Caldwell said he was tired.  You're

15   interviewing.  This have somebody.  This is a little inside

16   baseball.  As a lawyer, you have somebody who has waived

17   their *Miranda* rights, you have them alone, you have them in

18   a room and they're agreeing to speak with you in one of the

19   most high-profile cases in the country, and you're telling

20   me that you stopped the interview because Mr. Caldwell says

21   he's getting tired?  I mean, the defense lawyers, we're over

22   there rolling our eyes.  We've had cases --

23           MS. RAKOCZY:  Objection.

24           THE COURT:  Sustained.

25           MR. FISCHER:  Keep that in mind.  Who ended the

10246

1  interview?

2          And think to yourself, why did they end the

3  interview?

4          Ladies and gentlemen, subsequent to that

5  interview, keep in mind, you have 25 plus FBI personnel out

6  in Berryville, Virginia, out in the middle of the Shenandoah

7  Valley, and at no time -- remember, Agent Palian had

8  Mr. Caldwell's Facebook records, he testified about that.

9          In fact, there were two pieces of evidence he had

10  against Mr. Caldwell in order to charge him.  The first was

11  a guy named Montana Siniff, who was at Jessica Watkins -- he

12  testified he was Jessica Watkins' significant other,

13  I believe, testified -- or Agent Palian indicated that the

14  FBI found out from Mr. Siniff that Jessica Watkins and

15  Donovan Crowl had went up to Mr. Caldwell's farm.  So

16  Mr. Siniff tells the FBI, "They went to Commander Tom's

17  place," right?

18          And the other piece of evidence they had to charge

19  Mr. Caldwell with were Facebook records, his Facebook

20  records.  Those were Facebook records that included the

21  names of, like, Dennis Godbold, Joe Godbold, Adrian Grimes,

22  there were lots of names you've heard about.  These are all

23  people who live out in Mr. Caldwell's neck of the woods, out

24  in the middle of the mountains out in Clark County,

25  Virginia.

1          But the FBI didn't send one agent out to walk

2    right down the street to talk to Dennis Godbold.  They

3    didn't take one agent to talk to Joe Godbold.  He lives

4    right across -- he testified right across the border in

5    West Virginia.  They have never interviewed virtually all of

6    these people that Mr. Caldwell was communicating with on

7    Facebook.  Didn't interview these people.  And now they come

8    in court today to suggest that these messages are somehow

9    serious.

10         But when you're right down the street from the

11   Godbolds, you don't take ten seconds to interview them.

12   That's after the FBI interview ended at the Caldwell farm.

13   Ask yourself a question.  Why didn't they follow up with any

14   of these people?  I think the answer is, they didn't take

15   the messages seriously.  I think that is a reasonable

16   conclusion.

17         MS. RAKOCZY:  Objection to form.

18         THE COURT:  It's overruled.

19         MR. FISCHER:  Ladies and gentlemen, Mr. Caldwell,

20   you heard testimony, the agent testified -- Agent Palian

21   testified and Mr. Caldwell testified, he consented to a

22   search of buildings on his property that were not part of

23   the search warrant.  Does that sound like somebody who

24   obstructs justice?  He gave password over.  Does that sound

25   like somebody who is trying to obstruct justice?

1                  So, ladies and gentlemen, it does not sound to me
2          like Mr. Caldwell had any intent to obstruct justice in this
3          case.
4                  MS. RAKOCZY:  Objection.
5                  THE COURT:  It's overruled.  Just be mindful of
6          the phrasing.  That's okay, Mr. Fischer.  Go ahead.
7                  MR. FISCHER:  Your Honor, that's fine.  During her
8          closing I'm going to do the same thing then.  That's fine.
9          If they want to do this, that's fine.
10                 I'm going to go on to the next issue, the boat.
11                 Ms. Rakoczy, Friday, made a big stink out of
12         Mr. Caldwell, a message -- if you can pull that up,
13         regarding Mr. Caldwell saying on a message about how he
14         wanted -- he was asking somebody for a boat.  Ms. Rakoczy
15         said that this basically proved Mr. Caldwell was not
16         credible because Mr. Caldwell claimed that it was Mr. Stamey
17         who asked him to try to find a boat, whereas the message
18         says that it was Mr. Caldwell who had the idea to get a
19         boat.  We'll get this up here in a second.
20                 So what we're going to show here -- I'll go back
21         to that in a second.  Just remind me, please.  I want to
22         move along because we're having a little technical
23         difficulty here.  Just let me know when you've got that
24         ready.
25                 So, folks, while they're doing that, I'm going to

1    move along just for a second here.

2           I want to talk about Count 3 now, which is

3    obstruction of an official proceeding.  Mr. Caldwell is

4    charged with obstructing the Electoral College, basically.

5    In order to obstruct or impede the Electoral College, you

6    either have to "obstruct" or you have to impede.  You have

7    to do so knowingly, you have to understand the probable

8    consequences of what you're doing.

9           You also have to do so corruptly, and that's

10   defined in your jury instructions.

11          We're going to go back for a second, let's go back

12   to the photo stuff.  I apologize.

13          Okay.  So Ms. Rakoczy brought up the boat issue.

14          I apologize, ladies and gentlemen.

15          Well, ladies and gentlemen, while they're getting

16   that together, let me move along.  I apologize.  Thank you.

17   Finally.

18          All right.  So, ladies and gentlemen, on your

19   screen, this was what Ms. Rakoczy harped on to suggest that

20   Mr. Caldwell was incredible.  As you can see, the first

21   sentence says, "Shawn?  Can't believe I just thought of

22   this!"

23          So Ms. Rakoczy specifically indicates that she

24   believes Mr. Caldwell is not credible because it was

25   Mr. Caldwell who thought of the boat idea.

1           But Ms. Rakoczy apparently really didn't pay to

2   the government's own slides.

3           So let's go to Mr. Meggs.

4           First of all, we'll stop right here.

5           Mr. Caldwell, to remind you, testified that he

6   received a phone call from -- at 5:25 p.m. on January 2nd

7   from Paul Stamey.  As you can see from this exhibit, that's

8   Mr. -- the phone logs from Mr. -- between Mr. Stamey any

9   Mr. Caldwell, that's Mr. Caldwell's phone logs.

10          Paul Stamey calls him.  There's a phone call that

11  takes I believe -- I can't read it, but I think it's 13 or

12  14 minutes.  And it started at 5:25 p.m.  Presumably it ends

13  at about -- just before 5:40 or so, we'll say 5:39, 5:40.

14          Next slide please.

15          This was in the government's exhibits, I might

16  add, this is what they put up before you in opening

17  argument.

18          This message is from Kelly Meggs.  This is

19  12 hours -- more than 12 hours before the message that

20  Mr. Caldwell had just sent out.  And in this message,

21  Kelly Meggs is saying to Stewart Rhodes, "Last night I'm on

22  a call with Don," that would be Don Siekerman undoubtedly.

23  "We discussed QRF rally points."

24          Okay?  So let's go to the next slide.

25          This was the government's -- what they put up

1    before you in closing also.  So if you go to the bottom

2    left, Kelly Meggs, this is about four minutes or so after

3    Mr. Caldwell ends the phone call with Paul Stamey.

4              Keep in mind, ladies and gentlemen, there's

5    uncontradicted testimony that Mr. Caldwell and Kelly Meggs

6    have no digital communication, phone, text, Signal,

7    whatsoever in this case.  Multiple FBI agents have

8    testified.

9              So that means four minutes later, Kelly Meggs is

10   sending off to a chat that Mr. Caldwell is not on and has

11   never been on a message talking about QRF rally points and

12   about water if the bridge gets -- bridges get closed.

13             So we'll go to the top one now.  This is

14   Paul Stamey, that's the western North Carolina leader.  He's

15   sending this in response to Mr. Meggs.  And he says, "My

16   sources."  I emphasize the "S," plural.  "My sources D.C.

17   working on procuring boat transport and -- as we speak."

18             In other words, ladies and gentlemen, Mr. Stamey

19   appears to be working his sources around D.C. to try to get

20   a boat.  That would be more than one person.  That would

21   suggest that he was the person who contacted and had

22   suggested the boat.

23             Go to the next slide.

24             This is Mr. Caldwell.  About -- I don't know, this

25   is later the evening of the phone call after we met Stamey,

1  he made that in the evening around 5:25.  This is after

2  midnight that same -- basically day into the next morning.

3         And Mr. Caldwell, at the very end of this, after

4  he's talking about, "Got feelers out for the boat," the last

5  line, he says, "Sleep well, Bro:  Cag is on the case."  Cag

6  being Mr. Caldwell.  In other words, ladies and gentlemen,

7  what he's saying to Mr. Stamey is, you know, "Relax, I'm

8  working on trying to find you a boat."  I think that's a

9  fairly reasonable way to read those messages.

10        And, ladies and gentlemen, keep in mind that

11 Mr. Caldwell did not seek out a boat until after Paul Stamey

12 called him.  That's when he went to three different people

13 and asked for a boat.

14        And by the way, the message about, "I just thought

15 of something," if we can go back to that, please, he had

16 already requested a boat from another person before that

17 message went out.

18        So, ladies and gentlemen, when Mr. Caldwell

19 says -- his testimony was, "Mr. Stamey asked me to get a

20 boat for -- to get him a boat, explain what the purpose was,

21 explain that they had had a boat in Louisville, Kentucky at

22 one of their prior operations," which makes sense,

23 Louisville is on the Ohio River.

24        And here he's saying -- what he's really saying --

25 he's not saying, I just thought of something as in the boat.

```
 1    What he's saying is, at the bottom there, "If we had someone
 2    standing by at a dock ramp," et cetera, that's what he just
 3    thought of, not of the boat idea.
 4              So, ladies and gentlemen, the government is
 5    incorrect when they question Mr. Caldwell's credibility as
 6    to who requested the boat.  I think the evidence is very
 7    clear that it was Mr. Stamey who requested the boat and not
 8    Mr. Caldwell.
 9              Ladies and gentlemen, I'm going to move on to the
10    next charge, which is obstruction -- oh, actually, before I
11    move on, there's one other thing I do want to mention on
12    this issue, there was an op plan that came up during this
13    case.  The FBI obviously believed the op plan was something
14    about attacking the Capitol.  Remember, they raided
15    Mr. Caldwell's house.  They searched his house.  They think
16    he's the commander of the Oath Keepers.  He's a leader of
17    the Oath Keepers, right?
18              They go through his computer.  They find an
19    op plan.  They hear about this in all those messages,
20    op plan, op plan.  And you've heard op plan 100 times.
21    Well, ladies and gentlemen, I want you to remember the
22    testimony of Agent Palian when he testified.  I know that
23    was, like, seven weeks ago.  But I wanted to re-read the
24    transcript of Agent Palian's testimony regarding the
25    op plan.
```

1            If you remember, I handed him the op plan, and

2    then he took about four or five minutes to read.  You could

3    hear crickets in here as he read single-spaced page after

4    page after page.  And so then he looked at me -- because I

5    had asked him, "This is about Antifa, isn't it?"  I gave it

6    to him.  About four minutes later, he looks at me and

7    he said to me, this is in the transcript, "I'm sorry,

8    Mr. Fischer, could you point me to where it says Antifa in

9    here?  I don't see it.  Can you point me to that page?"

10            To which I responded, "Sir, if you go to the first

11    page of the op plan," and he said, "Oh, yeah, fifth word."

12            Fifth word.

13            That's in the definition section of what the

14    op plan was about.  You're going to see it back when you go

15    back and you can take a look at Exhibit No. 14.

16            But he was pretending, basically, like he didn't

17    know what I was talking about, and then the op plan clearly

18    was about Antifa and not about anything involving the

19    United States Capitol.

20            Ladies and gentlemen, next, I'm going to move

21    along to Count 3, "Obstructing an Official Proceeding."

22            In order to obstruct an official proceeding you

23    either have to obstruct it or you have to impede it.  You

24    have to do so knowingly.  You have to do so corruptly.

25            Ladies and gentlemen, I have one word that

1    disposes of this count and that's called "alibi."

2              Go to the next slide, please.

3              This is the Government's Exhibit, that's Exhibit

4    Government 7026.  That shows you restricted grounds.  That

5    was Captain Ortega's testimony.  As you can see, the Peace

6    Fountain is clearly not on restricted grounds.

7              If you can go back to the alibi.

8              Mr. Caldwell, according to the government's own

9    exhibit, at 2:19 p.m. is at the Peace Fountain.  He's taking

10   a selfie.  And exactly at that time, ladies and gentlemen,

11   the United States Congress had been ordered to be --

12   evacuate, one minute later, by stipulation, 2:20 p.m.

13             How could he possibly be obstructing an official

14   proceeding when he's not even on restricted grounds?  He's

15   not even anywhere near the building, and he's certainly not

16   in the building.

17             So, ladies and gentlemen, respectfully, I think

18   that's a very easy, easy charge to dispose of.

19             I would also point out obviously Mr. Caldwell and

20   his wife had nothing to do with Congress being evacuated,

21   had nothing to do with the Electoral College being stopped.

22   They're out on the Peace Fountain.  They're protesting.

23   They said they were having a good time.

24             Now, ladies and gentlemen, look, you're going to

25   see pictures, the Caldwells were having a good time down

1    there.  They weren't -- they were walking down.  It was like

2    a festive attitude.  There were a lot of people who were

3    there to protest.  They wanted to have their voices heard.

4    It was a festive attitude.

5           Unfortunately, things went awry that day, but

6    certainly Mr. and Mrs. Caldwell can't be blamed for what

7    happened on January 6th, especially when they're not even on

8    the Capitol Grounds when it happened.

9           The official proceeding, ladies and gentlemen, was

10   going to be stopped for several hours.  You heard testimony

11   from two different witnesses, Mr. Wickham, the

12   parliamentarian, and Captain Ortega.

13          Mr. Wickham specifically said he was told that the

14   proceeding, the Electoral College, was going to be delayed

15   for hours.  It was going to take hours because, obviously,

16   you had a bunch of people who had went inside the Capitol,

17   but, more importantly, you'd other things that happened, you

18   had people that were injured.  You had a police-involved

19   shooting inside the Capitol.

20          Now, ladies and gentlemen, I know nothing about

21   the facts of the police-involved shooting and I'm not taking

22   sides.  I'm not going to take sides on something I don't

23   know.  All I know is that when there's a police-involved

24   shooting, you are not going to have the United States

25   Capitol open for a significant period of time until the

```
 1    police have been able to process that scene and had the
 2    opportunity to have their investigation done.
 3              Captain Ortega also said he called the inside of
 4    the Capitol a crime scene itself.  You have to process the
 5    crime scene.
 6              So two different witnesses have told you that the
 7    Electoral College, it was stopped and it was not going to
 8    get re-started for several hours afterwards.  There is no
 9    way that Mr. and Mrs. Caldwell obstructed an official
10    proceeding or impeded it in any way.
11              By the way, I might point out as an aside, you've
12    heard a lot of testimony here.  I think one thing everybody
13    has to understand.  You and I may have been watching these
14    events unfold on TV, but the people who were there were
15    seeing something a lot different than you were seeing.  You
16    know, we saw the goofball with the horns, right, that went
17    on the Senate floor, right?  And the guy who got the plastic
18    handcuffs from some Capitol police drawer and was waiving
19    them around the Senate floor.  We've all saw it.  We saw
20    that on TV.  But, ladies and gentlemen,
21    Mr. and Mrs. Caldwell didn't see that.
22              You've heard testimony about how these cell towers
23    were overloaded.  Messages weren't arriving here, they
24    weren't arriving there, difficulty with the Internet, all
25    kinds of things are going on, ladies and gentlemen.  They
```

 1    are not watching CNN.  They are not watching Fox News.  They
 2    are walking and they're not seeing what you are seeing.
 3              So when they're going up there, keep that in mind.
 4    What Ms. Watkins is talking about, I say keep that in mind
 5    as well.  They're not seeing it on TV.
 6              So I think that explains some of the messages.
 7    When Mr. Caldwell was saying, he's saying messages like "oh,
 8    you know, if we'd had guns, we would have killed 100
 9    people."  What he's basically saying is, it wasn't the way
10    the media portrayed it.  He did not see that when he was
11    there.  His wife did not see that.
12              Now, obviously, well after the fact when you've
13    seen videos and some of the -- certainly some of the
14    violence with the police and stuff, but, again, keep in
15    mind, Mr. and Mrs. Caldwell didn't see that.
16              And, ladies and gentlemen, you don't have to take
17    their word.  Take John Roeper's word.  You heard former FBI
18    Agent John Roeper, a 27-year veteran of the FBI, he came in
19    under a defense subpoena, he doesn't know Mr. Caldwell.  The
20    FBI had already interviewed him.  Government didn't call
21    him.  I understand why, because he casts a lot of doubt on
22    their case.
23              Agent Roeper came to the west side of the Capitol.
24    Agent Roeper came to the Capitol Grounds.  Agent Roeper did
25    not see any violence against police.  He didn't see

1    violence.

2              Agent Roeper did not see any barriers.

3              Agent Roeper saw the exact same thing that

4    Mr. and Mrs. Caldwell saw.

5              There was a crowd, it appeared to be a peaceful

6    protest.  There was no violence.

7              I'll remind you, ladies and gentlemen, none of the

8    videos, none of the video that you see with the Caldwells,

9    you won't see one act of violence in the videos, not one

10   police officer being assaulted.

11             In fact, their photos, we showed you a photo that

12   show police officers in the balcony over the inaugural

13   balcony, police officers were up there watching what was

14   going on.  They weren't being assaulted.

15             So, again, you just have to understand, when you

16   look at what happened on January 6th, you have to

17   compartmentalize what you saw on TV as compared to what they

18   saw in person.

19             I'd point out, ladies and gentlemen, former FBI

20   Agent Roeper, he had a radio and he was in contact with the

21   QRF.  Mr. Caldwell didn't have a radio and he's supposed to

22   be the coordinator of the QRF, the leader of the QRF?  He

23   didn't have a radio.

24             Agent Roeper was carrying a gun on Capitol

25   Grounds.  Mr. Caldwell didn't have a gun on Capitol Grounds.

10260

        1              And even Agent Roeper made a joke, he made a joke,

        2    he told his wife, remember, he said, "I'm fleeing the

        3    Gestapo."  In other words, he was making a joke about it.

        4              I point out also, North Carolina Oath Keepers,

        5    when they came up, they came up on a bus.  Does not sound

        6    like a getaway vehicle if you're going to commit a crime, is

        7    a tourist bus?  That doesn't make a lot of sense.

        8              I should also point out, ladies and gentlemen,

        9    that Agent Roeper was 100 percent certain that the

       10    North Carolina Oath Keepers had split off from

       11    Stewart Rhodes and a national Oath Keeper group.  He was 100

       12    percent certain.  He voted on it.  It was a unanimous vote.

       13              I'll also point out John Zimmerman.  You remember

       14    the testimony of John Zimmerman in his transcript, he said,

       15    "We had actually, in fact, changed our name, but we were

       16    going with the same premise of what the Oath Keepers

       17    originally were founded on."  And he said, "We just weren't

       18    associating with what national was doing."

       19              Ladies and gentlemen, there's overwhelming

       20    evidence in the form of testimony from FBI -- former FBI

       21    Agent Roeper and Mr. Zimmerman, there is overwhelming

       22    evidence that the North Carolina Oath Keepers had split off

       23    from Stewart Rhodes and the national group.

       24              Why is that important?  Mr. Caldwell, as the

       25    government noted in their messages, Mr. Caldwell had the

1    message.  Remember where he said, "I'm aligning myself with

2    you guys."  North Carolina guys.  He never joined them.

3    He's from Virginia.  He lives in Virginia.  But he's

4    basically saying, I like you guys better than Rhodes and

5    these other guys.  I think that's a fair way that you can

6    characterize that and that's consistent with what

7    Mr. Caldwell told you.

8           Ladies and gentlemen, I do want to note also,

9    Mr. Zimmerman also testified -- Mr. Zimmerman also

10   testified, Mr. Woodward had actually asked the question,

11   "Sir, you don't know Kelly Meggs, do you?"  Mr. Zimmerman's

12   answer was, "No."

13          Why is that important?  Mr. Zimmerman was the QRF

14   guy who was at Mr. Caldwell's farm for that weekend, at

15   Mr. Caldwell's farm.  Mr. Zimmerman did not know

16   Kelly Meggs.

17          So I know there's some confusion, there was a

18   witness, I think they were confused.  Mr. and Mrs. Caldwell

19   say they never met Kelly Meggs before.  He was not at their

20   farm.  John Zimmerman, Mr. Zimmerman says he never met

21   Kelly Meggs.  And Mr. Zimmerman was at Mr. Caldwell's farm.

22   In fact, Mr. Zimmerman characterized Mr. Caldwell, if I

23   remember correctly, as a very nice gentleman.

24          Ladies and gentlemen, the government might try to

25   argue in their accounts about aiding and abetting and

1   attempting to obstruct and impede an official proceeding.
2   First of all, ladies and gentlemen, I think these charges
3   are just as inaccurate as the obstruction charge. But
4   I guess I asked the question, how do you aid and abet
5   something that's already stopped, how do you have intent to
6   aid and abet it? Why would you be attempting to obstruct
7   something that you believe was already done? Both
8   Mr. and Mrs. Caldwell indicate, you know, Pence punked out.
9   Remember, the certification started at 1:00. We're talking
10  like 2:45 in the afternoon. So this is an hour and 45
11  minutes into it.
12          Mr. and Mrs. Caldwell both believed the
13  certification was done, it was completed, and that members
14  of Congress had just -- they left because they really didn't
15  want to have to stand up to a protester. Why did you do
16  this basically? You don't want to face the music, the
17  people who allowed this to happen. And they want to hear
18  their voices heard, and that's reason why they believe, and
19  quite frankly, ladies and gentlemen, that one actually
20  caught me by surprise. I just didn't realize it because,
21  again, when you watch it on TV, you realize what was
22  happening. But when you're there, you're hearing rumors in
23  the crowd, and that's what we've heard over and over again.
24          The government has not brought one person in here
25  to say that they were Mr. Caldwell's accomplice in aiding

1    and abetting.  In other words, they -- were somehow,

2    Mr. Caldwell had, you know, instructed them, gave them

3    counsel, did something to help to push them along to try to

4    obstruct the official proceeding.

5              And, ladies and gentlemen, both Mr. and Mrs. --

6    Mrs. Caldwell said, about her husband's interesting messages

7    about picking up the flag and talking to like-minded and

8    picking his flag and charging the damn Capitol, she said

9    that didn't happen.

10             Mr. Caldwell says it didn't happen.

11             But, ladies and gentlemen, I'll refer you to the

12   testimony of Agent Palian.

13             My question, "But you can confirm, Agent Palian,

14   that the words in Mr. Caldwell's messages didn't match up

15   with his actions that day; is that correct?"

16             Answer:  "Mr. Caldwell doesn't seem to have been

17   truthful, that's correct."

18             Think about that, ladies and gentlemen.  The FBI

19   went through the messages, they arrested Mr. Caldwell,

20   searched his house, because they literally read the

21   messages, like, for example, when Mr. Caldwell said

22   "Inside," the FBI thought he was inside the Capitol.  When

23   they read the message, "Doors breached," they thought

24   Mr. Caldwell breached the doors.  They looked at

25   Mr. Caldwell's messages and read them literally when they

1    were never meant to be read literally.

2          Mr. Caldwell says, well, look, I think he's got a

3    little bit of Walter Mitty in him.  For those of you who

4    aren't old enough, Walter Mitty had a big imagination, he

5    always like puffed things up, had a fairly vivid

6    imagination.  Maybe in the messages he exaggerated.

7          But also maybe the people, as Mr. Caldwell also

8    indicated, they knew, unlike the FBI did when they raided

9    the Caldwell house, they knew that Mr. Caldwell was

10   disabled.  They knew he was not going to charge up Capitol

11   Hill.

12         Now, I almost look at this I say, ladies and

13   gentlemen, I wonder if there isn't a footnote that

14   Mr. Caldwell left out of his messages when he said,

15   "I'm want to pick up my flag and charge the damn Capitol."

16   I bet there was a footnote that says, "But, first, Sharon,

17   can you help me tie my shoes."

18         His wife indicated she has to help him tie his

19   shoes.  She has to help him clean up sometimes after he uses

20   the restroom.  She has to help him get out of bed sometimes.

21         You know, I understand, ladies and gentlemen, the

22   FBI did not know that Mr. Caldwell was a 100 percent service

23   connected disabled vet.  They didn't know that he has screws

24   in his vertebrae fused in his lower back.  They didn't know

25   he had a discectomy four months before.  They didn't know he

```
 1    had a naturally fused neck.  They didn't know his shoulder

 2    is held in with a pin.

 3            Maybe if they had investigated, they would have

 4    known that.  But they didn't know that, ladies and

 5    gentlemen.  So I understand why Agent Palian's frustration,

 6    when he reads these messages and thinks that Mr. Caldwell

 7    did something that he didn't do.

 8            Agent Palian also testified, if you remember, I

 9    asked him, Mr. Caldwell was originally charged with the

10    felony of destruction of property.  Agent Palian admitted

11    that Mr. Caldwell never went into the Capitol, so he clearly

12    didn't destroy anything inside the Capitol, and Agent Palian

13    admitted he had no evidence that Mr. Caldwell destroyed any

14    property outside of the Capitol.  You know what that means,

15    ladies and gentlemen.  Mr. Caldwell was falsely charged with

16    a federal felony.

17            MS. RAKOCZY:  Objection.

18            MR. FISCHER:  There's testimony in the record,

19    Your Honor.

20            THE COURT:  That's all right.  It's overruled,

21    go ahead.

22            MR. FISCHER:  The testimony was that Agent Palian

23    sought a charging document from a federal magistrate to

24    remind you.  He was charged with four charges, including

25    conspiracy and also destruction of property, and you'll
```

1    note, ladies and gentlemen, he is not charged with that

2    today.  And Agent Palian specifically testified he had no

3    evidence that Mr. Caldwell destroyed any property outside

4    the Capitol and Mr. Caldwell never went inside the Capitol.

5            Now, ladies and gentlemen, that seems to me like

6    you're falsely charged with a felony of destruction of

7    government property.

8            MS. RAKOCZY:  Objection, "seems to me."

9            THE COURT:  It's overruled.  It's okay.

10           MR. FISCHER:  To the conspiracy counts, ladies and

11   gentlemen, I'm not going to go through the nitty-gritty of

12   every conspiracy count because conspiracy -- the government

13   hasn't, in my judgment, proven a conspiracy, and they

14   certainly haven't proved that Mr. Caldwell joined any

15   conspiracy.

16           Mr. Caldwell was not on any January 6th leadership

17   the "J6 Operation" chat, any Signal chats, right?  Not a

18   single one was he on one with Stewart Rhodes or any of these

19   people in the Oath Keepers.  He was not on any of the 30

20   GoToMeeting calls that the government recovered that involve

21   the Oath Keepers; 30 calls, ladies and gentlemen, including

22   the call with Mr. Abdullah.

23           I point out, ladies and gentlemen, remember the

24   North Carolina -- we're talking North Carolina Oath Keepers

25   split off.  Why did they split off?  You remember because

1    apparently Doug Smith, a -- Ranger Doug, was upset because

2    Stewart Rhodes allegedly -- and I don't know whether this is

3    true or not, but he was upset because Stewart Rhodes wanted

4    the North Carolina Oath Keepers to dress up like little old

5    men and little old ladies and trap Antifa.

6            Well, let me ask you, if North Carolina Oath

7    Keepers are so law abiding and such upstanding people and

8    Mr. Caldwell aligns himself with them, I mean, doesn't that

9    suggest he's not involved in a conspiracy, he's going with

10   the group that's trying to obey the law?

11           And by the way, again, I don't know whether --

12   who's telling the truth on that or not, ladies and

13   gentlemen.  Mr. Rhodes gave a compelling set of testimony --

14           MS. RAKOCZY:  Objection.

15           THE COURT:  Sustained.  Mr. Fischer.

16           MR. FISCHER:  Let's go to the November 9th recce.

17           The FBI thought Mr. Caldwell did a reconnaissance

18   in Washington, D.C. on November 9th to -- obviously, they

19   believe, that he was looking to do reconnaissance on the

20   United States Capitol.  Why else would they be interested,

21   ladies and gentlemen, involving January 6th?

22           Well, what happens when they actually investigate?

23   What are do they find?  38 photos, including photos of a

24   bank and strip club.  A lot of photos of BLM Plaza.

25           Ladies and gentlemen -- go back to that one right

1    there, please.

2           Do you remember Mr. Manzo asked Mr. Caldwell

3    regarding this picture about the bank?  And he said to him,

4    "Mr. Caldwell, you must be aware that the DOJ is behind that

5    building?"

6           Now, Mr. Caldwell basically said, "I don't know

7    what you're talking about."

8           And so Mr. Manzo said, "What's so interesting

9    about that building?"

10          And you remember about that two-minute answer

11   Mr. Caldwell gave when he started talking about the

12   architecture, and back in 1891, this architect said this,

13   and it's got copper this, and he went on and on about it,

14   well, apparently he must have been interested in that

15   picture.

16          Now, ladies and gentlemen, I just have to say,

17   I recall think government is really -- with all due respect,

18   I think they're grasping for straws if they're trying to

19   suggest that Mr. Caldwell was out trying to occupy the DOJ

20   or do something to the DOJ.  I mean, that's just downright

21   silly, downright silly.

22          Let's go to the January 5th recce.

23          You know, the porta potties, I'm not going to put

24   them up, you've seen the porta potties.  You know, you can

25   look at Exhibits 10, 11.  I think we put another one in with

1    Matt Truong.

2         Mr. Caldwell reported the results of his "recce on

3    the target area."  Again, I understand why the FBI would be

4    concerned when they see "target area" being said on

5    January 5th.  I understand why they would be concerned.

6    I understand why they see "recce, pre-strike recce."

7         But, ladies and gentlemen, that's why you

8    investigate before you arrest.  And we showed you

9    overwhelming evidence that the target of the recce were

10   toilet facilities, were porta potties.  Overwhelming

11   evidence.

12        And also, there was some mention in there about

13   where the North Carolina people would park their bus at, the

14   one that Mr. Roeper was coming up on, by the way.

15        Life360, I want to point something out here,

16   because I think the government is trying to suggest that

17   Mr. Caldwell was an active user of Life360.  They put some

18   evidence in on rebuttal that shows something on Cellebrite

19   regarding Mr. Caldwell's phone and Life360.

20        Well, ladies and gentlemen, when somebody sends

21   you a Life360 invitation, that doesn't necessarily mean

22   you're on it.  Data can get downloaded to your phone.

23        So I want to make this very crystal clear, because

24   I think the government may be trying to suggest something

25   that simply isn't accurate.

1           The testimony of Agent Palian regarding Life360, I

2     asked him a series of questions regarding a lengthy

3     affidavit that he sought -- filed with the federal court,

4     and you're actually going to have a redacted copy of that at

5     Exhibit 182.1.  That's a redacted copy of the search warrant

6     that Agent Palian took out for records regarding

7     Mr. Caldwell and others for Life360.

8           So Agent Palian sends -- gets his search warrant,

9     gets a court order, they send it to Life360 and, I guess

10    Arity, also, I guess the similar -- the same company.

11          So they send it out.  And my questions to -- my

12    question to Agent Palian.

13          Question:  "And, in fact, sir," Agent Palian, "you

14    received Life360 records back; is that correct?"

15          Answer:  "Yes, we did."

16          My question:  "And you were -- and, in fact, as to

17    Mr. Caldwell, you received no records back on him;

18    is that correct?"

19          Answer:  "I think that's correct."

20          Mr. Caldwell was not on Life360.  Life360

21    exonerates Mr. Caldwell because there were other people

22    who -- in separate groups who were using Life -- I don't

23    know if it exonerates, I shouldn't say that, but the bottom

24    line is, the FBI thought Mr. Caldwell was on Life360, they

25    sent out this search warrant, and they find out a dead end

1    again.  They get no records back on him from Life360.  He

2    never turned on the application.

3            By the way, ladies and gentlemen, there's been a

4    lot of talk about the Insurrection Act.  Quite frankly,

5    I don't care about the Insurrection Act.  I don't think

6    anybody in this room right now could even tell you what in

7    the world it means.  I've heard so many different

8    definitions of the Insurrection Act.

9            What I'll say this is, Mr. Caldwell never

10   advocated the Insurrection Act.  They haven't showed one

11   message where he said, "Hey, let's do the Insurrection Act."

12   So, you know, Mr. Caldwell has nothing to do with the

13   Insurrection Act.  His messages seem to think the QRF was to

14   help sick people or to get people out if they were injured.

15   That was his message regarding the QRF.

16           So I ask, "Who did Mr. Caldwell conspire with?

17   Did he conspire with Stewart Rhodes?"  Ladies and gentlemen,

18   I go to the transcript testimony, my cross-examination of

19   Agent Palian.

20           Question to Agent Palian:  "What contacts

21   do you have between Stewart Rhodes and Mr. Caldwell after

22   mid-November of 2020?"

23           Answer:  "We don't have anything."

24           So Mr. Caldwell was in a conspiracy with

25   Stewart Rhodes and hasn't communicated with him since

10272

1    mid-November?  That's silly, absolutely silly.  They had no

2    contact on January 6th.  Mr. Rhodes testified, he said he

3    never saw Caldwell.  He never saw -- I don't think he saw

4    Watkins.  I don't think he saw most of the people except, if

5    I remember right, basically Whip and if I -- I think

6    Kelly Meggs if I'm not mistaken.

7              Jessica Watkins, did Mr. Caldwell conspire with

8    her?  He didn't -- Jessica Watkins didn't even know until

9    late December anybody was going to be in D.C.

10             Donovan Crowl, you remember that?  Crowl was like

11   in a text message that he sent to Jessica Watkins, "What's

12   going on in D.C.?  I'm supposed to be in Illinois.  I don't

13   even know what's going on."  That's how much of a plan was

14   going on for January 6th, ladies and gentlemen.

15             Keep in mind, ladies and gentlemen, the FBI did

16   not have text messages that you have been shown when they

17   first arrested Mr. Caldwell.  They're getting all this stuff

18   after the fact.  The exculpatory stuff they're getting after

19   the fact.

20             Caldwell, in fact, recommended a hotel room in

21   Manassas, Virginia, you remember that, to Jessica Watkins?

22   We put in the message, he recommended a hotel room in

23   Manassas, and even recommended that Ms. Watkins take the

24   metro into D.C.  And he's allegedly coordinating that as

25   part of the QRF?  I mean, that doesn't make any sense.

1          He did not see Jessica Watkins on January 6th
2    after he left The Ellipse.  Mr. and Mrs. Caldwell both said
3    that.  Jessica Watkins said that.
4          And, in fact, the government's own exhibit, they
5    have a text message from Mr. Caldwell to Jessica Watkins,
6    "Where are you, Jessica?"  Where are you?  Now, that really
7    sounds like somebody who's coordinating it, coordinating a
8    QRF, doesn't it?
9          Kelly Meggs had no digital communication
10   whatsoever.
11         By the way, I also point out the government has
12   put in a number of tracking maps.  They've put a lot of
13   money into this case, ladies and gentlemen, and they've
14   tracked these defendants -- there were defendants they
15   tracked down in Texas and Alabama and Florida, Bristol,
16   Virginia, but they didn't track Kelly Meggs to
17   Mr. Caldwell's farm.  That wasn't shown to you.  Did they?
18   I didn't see any evidence they tracked Kelly Meggs.
19         Ken Harrelson wasn't at his farm.  Ken Harrelson
20   stayed -- according to the testimony of Mr. Dolan,
21   Ken Harrelson ended up staying at the Hilton Garden Inn in
22   D.C. because he was with Dolan.  Remember he was part of
23   Dolan and Cummings and that kind of stuff.  And they ended
24   up staying at a hotel down in Virginia on the afternoon of
25   January 5th, stayed down there through the 6th.

1              Mr. Caldwell indicated and Mrs. Caldwell, they had

2    never met Mr. Harrelson before.

3              So, ladies and gentlemen, who exactly is

4    Mr. Caldwell conspiring with?  The government hasn't quite

5    answered that question.

6              The QRF, ladies and gentlemen, why would the

7    Oath Keepers have a non-Oath Keeper coordinate and lead the

8    QRF?  That makes no sense.  Obviously, Mr. Caldwell had no

9    contact with Rhodes.  He had no contact with any

10   Oath Keepers on January 6th, none, after The Ellipse, none.

11   And he's coordinating the QRF?  How's that work?

12             Mr. and Mrs. Caldwell did not even know -- and

13   Jessica Watkins actually on cross-examination by the

14   government confirmed that the Caldwells found out about them

15   being in the Capitol at the breakfast bar at the Comfort Inn

16   the next morning on January 7th.  So Mr. Caldwell is

17   coordinating a QRF?  How does that work?

18             Agent Hilgeman.  Ladies and gentlemen,

19   Agent Hilgeman, she was very nice, she's a very smart

20   person, I have a lot of respect for FBI agents.  She was the

21   lead investigator of the QRF, and she clearly knew nothing

22   about the geography of Washington, D.C.

23             If you remember, she pointed to Dupont Circle as

24   the Capitol.  She didn't know where The Ellipse was.  She

25   couldn't point to the White House when I had it on the map

1    or it was pretty obvious if you know the geography.  She

2    couldn't tell you where M Street was.

3            Heck, even the government, they went up there and

4    asked her a question.  Do you remember when they said, "Oh,

5    you could cross -- get across D.C. on M Street right there,

6    right?"

7            No, you can't.  People who live here know,

8    M Street doesn't go all the way across one way.  You can't

9    do that.

10           Shouldn't you know the geography of the area

11   you're dealing with?

12           She didn't really realize there were road

13   closures.  Ladies and gentlemen, the roads were close.

14           Agent Drew actually it was interesting, I asked

15   her, "How did you get into D.C.?"  Because she said she came

16   in on January 6th.  If you remember, she said she came in

17   Constitution Avenue, 66th to Constitution Avenue.  She got

18   the "Hi," in other words, "stop, you can't go in there

19   because of the road closures."

20           She had to turn around, drive down along the

21   Potomac in Virginia, I guess Route 1 to 395 up to Capitol

22   Hill, interstate driving, no stops, no road closures to

23   Capitol Hill.

24           So, ladies and gentlemen, why would Mr. Caldwell

25   be giving directions to get to the Capitol from Arlington by

1    going north over the Key Bridge towards Maryland into

2    Georgetown in stop-and-go traffic, where the protesters are

3    all coming into?  That would be probably an hour and 15

4    minutes trek at least in light of the protests to go that

5    way, when you could have just went down the way Agent Drew

6    took.

7              And by the way, a couple questions.  If you really

8    wanted to do something at the Capitol, why not stay Crystal

9    City, three to five minutes away from the Capitol.  In fact,

10   why not stay at the Airbnb I'm staying at on Capitol Hill,

11   one minute walking distance from the Capitol?  Why would you

12   be in Arlington, Virginia, in a hotel?  Answer:  It sounds

13   like the Oath Keepers wanted to obey the law, number one,

14   and, number two, they wanted to be at a place, Mr. Caldwell

15   wanted to be at a place where you could get access to

16   The Ellipse to see the President speak, not to the Capitol.

17             And, ladies and gentlemen, I do have to say, when

18   Agent Hilgeman said that the purpose of the QRF was to

19   "occupy D.C.," I nearly fell over.

20             MS. RAKOCZY:  Objection.

21             THE COURT:  It's overruled.  Go ahead,

22   Mr. Fischer.

23             MR. FISCHER:  I mean, that's just shocking.

24             "Occupy D.C."?

25             It just -- ladies and gentlemen, the government,

1    they've put up witness after witness.  Their own witnesses

2    say the QRF was designed as like a break glass in case of

3    emergency.  It was not an offensive unit.  It was an

4    extraction unit.

5            Mr. Zimmerman said it was -- I think they used the

6    word extraction team.  It had nothing to do with an attack

7    on the Capitol.

8            Mr. Caldwell was with his wife all day.  That

9    doesn't sound like someone coordinating a QRF.

10           And we can go to government's slides next.

11           Ladies and gentlemen, a few more points.  I'm

12   putting up what the government put up in front of you in

13   closing, and this is highly important.  If you ignore

14   everything I say today, pay attention to this.

15           The government put up this slide in their closing.

16   They say the defendant's not charged with planning in

17   advance of January 6th to storm the Capitol.

18           So go to the next slide.

19           And the attack on the Capitol was an opportunity

20   the defendants seized.

21           In other words, ladies and gentlemen, what they're

22   saying is, they don't have to prove that there was a plan,

23   that there had been a plan, a specific plan to attack the

24   Capitol, they don't have to prove that there was a specific

25   plan to storm the Capitol.

1           Well, unfortunately, ladies and gentlemen, what
2   they do have to sort of explain to you, why did they accuse
3   Mr. Caldwell of being in a conspiracy to specifically attack
4   the Capitol why did they accuse Mr. Caldwell of a plan to
5   specifically storm the Capitol?  Think about that.
6           Ladies and gentlemen, the same folks who were
7   telling you you should believe them that this conspiracy
8   existed are the same folks who also charged Mr. Caldwell and
9   accused him of having a premeditated plan to attack the
10  United States Capitol and to storm the Capitol.  Don't take
11  my word for it, ladies and gentlemen.  I'm going to go to
12  the transcript of Agent Palian.
13          My question to Agent Palian:  "Question:  Agent
14  Palian, would you agree that you allege that Caldwell had a
15  specific plan to attack the United States Capitol?"  And I
16  said, "That's what you've been alleging in multiple charging
17  documents."
18          "Answer:  So I think he and his co-conspirators
19  do."
20          He's going to clarify this a little bit.
21  I'm going to go down a little bit.
22          "Question:  Well, Agent Palian, Mr. Caldwell was
23  only charged with two other people, Jessica Watkins and
24  Donovan Crowl; is that correct?"
25          Very important.  "Question:  Okay, Agent Palian,

 1    and you alleged that Mr. Caldwell had a plan about attacking

 2    the Capitol."

 3              "Answer:  Correct."

 4              Question to Agent Palian.  "Sir, you would agree

 5    that in the amended affidavit" -- now, ladies and gentlemen,

 6    just to remind you, Mr. Caldwell was charged on a criminal

 7    complaint, there was a first affidavit.  The agent testified

 8    about a second affidavit, that's the amended criminal

 9    complaint that came after Mr. Caldwell's arrest per the

10    testimony.

11              So I said, "Agent Palian, you would agree that in

12    this amended affidavit, you alleged 'Caldwell planned with

13    Crowl, Watkins, and others to forcibly storm the

14    United States Capitol?'"

15              "Answer:  Yes, it says that."

16              Question to Agent Palian:  "So by logic, sir, that

17    means you must have been alleging a different plan than the

18    Serbian plan."  And by the Serbian plan in context, I was

19    talking about what the defendants are charged today.

20              So I'll read that again.  "Question:  So by logic,

21    Mr. Palian, that means that you must have been alleging a

22    different plan than the Serbian plan."

23              "Answer:  Yes."

24              "Question:  Okay.  So in other words, that would

25    be something different than what Mr. Caldwell or what

1    Mr. Rhodes is alleged to have led in this case."

2           "Answer:  I think that's fair."

3           Ladies and gentlemen, Mr. Caldwell was accused of

4    plotting an attack, not seizing an opportunity, not sitting

5    around, waiting for the opportune time.  He and Ms. Watkins,

6    Mr. Crowl, and others were charged specifically with having

7    a specific plan to specifically attack the United States

8    Capitol Building.

9           I ask you, do you trust the government when they

10   come back with their latest theory which is, well, it wasn't

11   a plan to attack, they just seized an opportunity.

12          Ladies and gentlemen, I don't think,

13   respectfully -- I respect my colleagues here, I respect the

14   government, but I don't think that they've given you a

15   reason to have confidence in their interpretation of

16   messages and in their claims about conspiracies.

17          How does Mr. Caldwell get demoted from the

18   commander of the Oath Keepers who had a specific plan to

19   specifically attack the United States Capitol down to some

20   guy who's working under the general, Stewart Rhodes, and now

21   he's been demoted to some guy with the QRF?

22          The government has just totally -- I say it was a

23   bait and switch, ladies and gentlemen, and that's exactly

24   what it is.

25          And let me explain why.  Again, ladies and

1    gentlemen, let me explain why they've radically changed

2    their theory of conspiracy in this case.

3            To the transcript of Agent Palian:  Question --

4    now, keep in mind, ladies and gentlemen, if you recall, I

5    asked Agent Palian many questions about how lengthy the

6    investigation -- or all the investigation they did, who they

7    interviewed, they went through Oath Keeper lists, they went

8    up and down, they were talking to Oath Keepers, they were

9    talking to affiliates of the Oath Keepers, they were talking

10   to people who knew the Oath Keepers.  They interviewed

11   hundreds of people.

12           So I went through that very thoroughly.

13           After I got done with that, my question to

14   Agent Palian, "Sir, based on a large number of interviews

15   you've done and based on your review of all these social

16   media communication devices, you haven't come across one

17   single, solitary, human being who has told you or your

18   investigators that Mr. Caldwell planned to breach or attack

19   the United States Capitol on January 6th?"

20           "Answer:  We've not come across a person that has

21   told us that, that's correct."

22           "Question:  Sir, you also have not come across one

23   single, solitary human being who has told you that the

24   purpose of the QRFs with the Oath Keepers around D.C. on

25   January 6th was to attack the United States Capitol?"

```
1              "Answer:  Correct."
2              "Question:  Sir, would you agree that perhaps,
3       based on your two prior answers to my questions, that casts
4       some doubt on the theory of the government put before the
5       jury yesterday about a plan to attack the Capitol?"
6              "Answer:  No, I would not."
7              Ladies and gentlemen, they literally interviewed
8       hundreds of people from coast to coast.  Their affiliate
9       would have some knowledge of January 6th, had some knowledge
10      of the Oath Keepers, and not one person has backed up their
11      theory, not one person.
12             If you remember Agent Harris, I asked Agent Harris
13      about a set of questions he had asked, he had sent to
14      Portland, Oregon.  Remember there were agents out in
15      Portland, Oregon.  They mean going to interview Terry
16      Cummings.  And Agent Harris sent a set of questions out to
17      the agents out in Portland to do the interrogation or the
18      questioning.  This was nine months or more after
19      Mr. Caldwell had already been handcuffed and arrested.  And
20      nine months later, what was the FBI asking questions?  What
21      were the questions?
22             I remember them well:  "What is the purpose of the
23      QRF?"
24             "Why did the QRF have guns?"
25             "Was there a premeditated attack on the Capitol?"
```

1          Agent Harris said they were asking those questions

2     all through the rest of the year before this case was

3     charged.  Nine to 12 months after Mr. Caldwell was already

4     charged with conspiracy, they were asking was there a

5     conspiracy?

6          Ladies and gentlemen, I'll say this.  Do you have

7     confidence in the government's case, a quick arrest?  Do you

8     realize Agent Palian, there wasn't even a full day of

9     investigation before they surrounded Mr. Caldwell's farm and

10    arrested him.  There was not even a full day of

11    investigation.

12         Go to the next, go to the photo.

13         It was based on this photo, Agent Palian thought

14    was inside the Capitol.  They thought the woman right there

15    in front was Mrs. Caldwell.  That doesn't look like her

16    hair, doesn't look like her.  And it was the inside of the

17    Capitol.

18         This they used to have 25 FBI agents on

19    Mr. Caldwell's property.

20         Predication.  Agent Palian indicated, to get

21    predication, you have to get authority.  Predication is

22    authority.  You have to go to your boss at the FBI and say,

23    We want to open an investigation up into somebody.  What was

24    the predication?  Remember, there were two reasons.  Number

25    one, Mr. Caldwell was a leader of the Oath Keepers and,

1    number two, he stormed inside the Capitol.  That was the

2    predication to open the investigation into Mr. Caldwell in

3    the first place.  Both reasons were inaccurate.

4           The FBI didn't even know Mr. Caldwell once worked

5    for the FBI.  They did not even know he was a 100 percent

6    disabled person.  They didn't know he was disabled.

7           He's a retired naval commander, not the commander

8    of the Oath Keepers, Commander Tom.  That's why they thought

9    he was a leader of the Oath Keepers because somebody called

10   him Commander Tom.

11          He'd never went in the Capitol, they admit that.

12   He never tried to get in the Capitol.

13          Put up 125.

14          So, ladies and gentlemen, Mr. Caldwell gets

15   arrested.  He goes to court.  His first day.  I ask you,

16   every time I ask this, do you have reliability in this

17   investigation?  I'm going to call up Exhibit 125, so

18   hopefully it comes up here.

19          So he goes into court.  Mr. Caldwell is never --

20   doesn't have a criminal record, never been charged with a

21   crime, he has no warrants out for him.  Well, you remember

22   it, it's going to be Exhibit 125.  Mr. Caldwell was in

23   court, and the federal prosecutor tells the judge that

24   Mr. Caldwell has a minimal criminal history, that he has

25   fugitive warrants out for traffic, and that he was a leader

1    of the Oath Keepers.  Can you rely on this investigation

2    when they don't even know that the first day he's arrested,

3    he has a criminal history, he's a fugitive.

4              I don't know if we can pull up anything here.

5              Ladies and gentlemen, so this is -- so go to the

6    next exhibit, please, go to Zello, please.

7              Ladies and gentlemen, before she plays that,

8    remember there was grand jury testimony, it's going to be

9    agent, Special Agent David Lochner of the FBI, it's Exhibit

10   127.

11             The FBI, on January 27th, an agent of the FBI was

12   giving testimony before a federal grand jury saying that he

13   believed Mr. Caldwell was on Zello.

14             Ladies and gentlemen, this is eight days after

15   Mr. Caldwell has been in the presence of two FBI agents who

16   interviewed him for three hours.  They've heard his voice

17   for three hours.  Yet eight days later the government has an

18   FBI agent before the grand jury saying that Mr. Caldwell's

19   voice -- I don't know if this is going to be able to be

20   played but go ahead and do it.

21             (Audio played)

22             MR. FISCHER:  Ladies and gentlemen, you heard

23   Mr. Caldwell testify.  Does that sound anything like his

24   voice?

25             And I ask you, can you really trust and rely on

10286

```
 1   the investigation in this case when the FBI is saying they
 2   have evidence, they're fairly confident this is the guy.
 3   I know there's not 100 percent certain, but they're fairly
 4   confident this is Mr. Caldwell on Zello, eight days after
 5   they just sat down with him.
 6            And, ladies and gentlemen, what's important about
 7   January 27th?  The testimony Agent Lochner gave on the
 8   afternoon of January 27th, Mr. Caldwell was indicted by the
 9   grand jury that day.  He was indicted that day, and that
10   evidence was presented and suggested to the grand jury that
11   he was this One Percent Watchdog guy on Zello.
12            MS. RAKOCZY:  Objection.
13            THE COURT:  It's all right.  It's overruled.  The
14   there will be the opportunity for rebuttal.
15            MR. FISCHER:  The government also suggested
16   through testimony of Captain Ortega that Mr. Caldwell and
17   his wife would have been aware there were seven or eight
18   barriers between them and the Capitol.
19            Now, ladies and gentlemen, I was disappointed that
20   we then had to put evidence in to show that the barriers had
21   been blown away at least 15, 17 minutes before Mr. and Mrs.
22   Caldwell got to the Peace Fountain.
23            You know, I was disappointed that that suggestion
24   was laid with the ladies and gentlemen of this jury that
25   those barriers were in place when Mr. and Mrs. Caldwell
```

1    arrived.  They were not.  They had been gone for 15 to

2    17 minutes.  I don't know exactly.  I think it's -- it's

3    probably 15, but it could have been 17 minutes.

4            If we could put up the orange and yellow line.

5            Ladies and gentlemen, there was an exhibit the

6    government put in.

7            Next one right here.

8            So the government's exhibit shows the yellow and

9    orange line here.  That would be Watkins in the stack in the

10   yellow line.  Mr. and Mrs. Caldwell right where the line

11   meets at the Peace Fountain.

12           If you can push the button, please.

13           Ladies and gentlemen, based on the testimony of

14   Agent Drew and also of Jessica Watkins who said --

15   Jessica Watkins said, "There were a ton of people around the

16   Peace Fountain," and she said that basically she was north

17   of the Peace Fountain from basically where she was at to the

18   exit outside there.

19           So Agent Drew also testified on my

20   cross-examination that the Oath Keepers never walked on

21   Peace Circle, and that they were north of Peace Circle also.

22           So ladies and gentlemen, respectfully, I just

23   fixed it for the government.  That's a more accurate

24   characterization of where the stack went.  They did not go

25   by the Peace Circle.  Mr. and Mrs. Caldwell never saw them.

1          Ladies and gentlemen, I was also disappointed when

2    the government played the Nancy Pelosi door knob video.  And

3    I know everybody has seen that -- we've seen that more than

4    the Empire Strikes Back, so I'm not going to play it.  But

5    the one thing I was disappointed about was, they played the

6    first part but they didn't play the part where Mr. Caldwell

7    is saying, "Let's go, let's go, let's go."  That doesn't

8    seem fair.

9          Now, ladies and gentlemen, I've heard witness from

10   the Capitol Police and met -- witness after witness have

11   come in here, who have said from the Capitol Police, they

12   asked the question, "What could these guys have done to help

13   do on January 6th?"  What was the answer?  "Leave."  They

14   could have left.

15         What did Mr. and Mrs. Caldwell do?  They left.

16   They snapped a few photos, took a video, chanted U.S.A. a

17   few times, and then went right down the steps and left.

18         They also -- I was disappointed when they

19   suggested there's no difference between Oath Keeper members

20   and nonmembers.  Well, I mean, one major difference would be

21   only Oath Keeper members are on these planning calls.

22   That's a pretty significant difference.

23         Oath Keeper members attend meetings.  They can get

24   in on all these private meetings.  Nonmembers can't do that.

25         The FBI never sought records -- medical records

 1    from Mr. Caldwell.  Wouldn't you be the least bit interested

 2    to find out if this man has the medical issues he said he's

 3    had?  They're not interested.  They don't appear to be

 4    interested.

 5              And, ladies and gentlemen, I mean, as I indicated

 6    before, the FBI -- what they're saying here today, ladies

 7    and gentlemen, they want to convict Mr. Caldwell based on

 8    his messages, but Agent Palian already told you the reason

 9    they charged him in the first place and made all these false

10    accusations against him was because they mislead his

11    messages.  That's interesting.  So what Agent Palian

12    testified to is, "You can't trust Caldwell's messages."

13              And the government says, "You need to trust

14    Caldwell's messages, take them literally."  He literally is

15    going to go out and be a sniper.  No, he's not.  He's

16    handicapped.  He's talking with his 22-year-old nephew.

17    He's trying to be cool.  He's going to gouge somebody's eyes

18    out with a knife.  What are you talking about?  Seriously?

19    He's in bed at 8:00 taking his Geritol.  I mean, give me a

20    break, ladies and gentlemen.  The man is a senior citizen.

21    He has a lot of issues.

22              And, ladies and gentlemen, I'm going to finish up

23    with this.  Mr. Caldwell has indicated he is a 100 percent

24    service-connected disabled vet.  He was wounded in the

25    service of his country.

1           Ladies and gentlemen, his wife has sacrificed.
2    You know, a lot of times we forget about spouses of the
3    people of the Wounded Warriors.  But his wife, what she has
4    to go through to take care of this man.
5           This man suffers in pain every single day because
6    he fought on behalf of our country and was injured in
7    something nobody will ever know about or care about except
8    Mr. Caldwell in the Philippines.
9           If anybody has the right to use their
10   First Amendment on private messages to people who get the
11   joke and maybe say things that are a little bit over the
12   top, I think Mr. Caldwell earned that right.
13          He broke down in front of you.  He was in tears.
14   It was -- I can't describe it.
15          You know how embarrassing that is -- for a guy who
16   was in the Navy for 20 years, you know how embarrassing it
17   is to have to tell everybody you wear Depends.  And he broke
18   down on the witness stand.  And what was the government's
19   reaction?  "Objection."  That was their reaction.
20   "Objection."
21          Ladies and gentlemen, I believe I've proven that
22   Mr. Caldwell is innocent beyond a reasonable doubt.  I ask
23   that you find him not guilty on each and every count.  And
24   I also want to thank you for your service.  It's been long
25   time together.  We truly do appreciate your time and

 1    attention.  Thank you.

 2                THE COURT:  All right.  Thank you, Mr. Fischer.

 3                All right.  Ladies and gentlemen, it is 3:00.  We

 4    will resume in 15 minutes with the government's rebuttal.

 5    We'll see you shortly.  Thank you, everyone.

 6                COURTROOM DEPUTY:  All rise.

 7                (Jury exited the courtroom.)

 8                THE COURT:  Okay.  Mr. Nestler, how long do you

 9    think you will be?

10                MR. NESTLER:  Perhaps an hour 20 or so.

11                THE COURT:  Okay.  That puts us on course.

12                Have a seat, everybody.  Can we just finalize this

13    verdict form issue in terms of -- I think the last issue is

14    whether we use the word "object(s)" or just simply include

15    "object."

16                Does the defense have thoughts about this, about

17    what --

18                MS. RAKOCZY:  We are in favor with the "s" option.

19                THE COURT:  Okay.

20                MS. RAKOCZY:  With the (s).

21                THE COURT:  Okay.  We'll include objects with the

22    "s" in the parentheses.

23                All right.  We'll see everybody in 15 minutes.

24    Thank you.

25                COURTROOM DEPUTY:  All rise.

1          This Court stands in recess.

2          (Recess from 3:03 p.m. to 3:20 p.m.)

3          THE MARSHAL:  All rise.

4          THE COURT:  Please be seated, everyone.

5   Thank you.

6          MS. RAKOCZY:  Your Honor, the government is

7   requesting a curative instruction based on the objection

8   that was sustained at the start of Mr. Fischer's closing

9   argument.  We would ask that with respect to what

10  Mr. Fischer said about the video or the message sending the

11  message and unsending the video and the link not being a

12  record, we would ask that the Court remind the jury that

13  questions of the law are for the Court, their job is to

14  decide questions of fact.  For example, what is or is not a

15  record under the 1512(c)(1) charge is a question of law for

16  the Court.

17         THE COURT:  So I mean, I think -- like, I think

18  the bottom line is this.  I'm not sure -- the indictment

19  provides that it is the message that was unsent and that the

20  link was embedded within the message, and so the government

21  is certainly free to issue this is what's charged, this is

22  what's instructed, "You'll be asked to determine whether the

23  unsending of the message is -- constitutes obstruction of

24  justice, and it will be for you to decide whether that

25  constitutes a document," et cetera.  So I think that's fine,

 1   I don't think we need a curative instruction from me for

 2   that purpose.

 3            I did forget to provide the instruction that I

 4   said I was going to provide after Mr. Crisp's closing, and

 5   I'll do that right before we get started, okay?

 6            MS. RAKOCZY:  Thank you, Your Honor.

 7            MR. CRISP:  Your Honor, is it possible for me to

 8   step out for a brief period of time and have Mr. Woodward

 9   stand in?

10            THE COURT:  Yes.

11            COURTROOM DEPUTY:  Jury panel.

12            (Jury entered the courtroom.)

13            THE COURT:  All right.  Please be seated,

14   everybody.  Welcome back.

15            We are truly in the home stretch now.  So all we

16   have left is the government's rebuttal argument, and then

17   you'll have some final instructions from me, which will be

18   very short, and then the case will be in your hands.

19            Mr. Nestler.

20            Oh, right, before we begin, I just want to provide

21   you one reminder or instruction if you will, which is that

22   to the extent you've heard any of the lawyers referencing

23   legal concepts during their closing arguments that are

24   different than my instructions, it is my instructions that

25   control your deliberations.

1          And there was -- and I'll just remind you that

2  there is no element of premeditation in any of the charges

3  that are before you, okay?

4          All right.  Mr. Nestler.

5          MR. NESTLER:  Thank you, Your Honor.

6          Ladies and gentlemen, the evidence of these

7  defendants' intent is overwhelming.  It is right in front of

8  your eyes.  In message after message, meeting after meeting,

9  video after video, they said what they wanted to accomplish,

10 they agreed with each other to do it, and then they all came

11 into D.C. from around the country and actually did it.

12         They stopped the lawful transfer of Presidential

13 power.

14         They physically drove members of Congress from the

15 Capitol Building, and they halted Congress's joint session.

16         For these actions, ladies and gentlemen, these

17 defendants are guilty of the charges in the indictment.

18         You have just heard today and on Friday before the

19 weekend from these defense attorneys that these defendants

20 were engaged in, "political rhetoric, hyperbole, bravado,

21 overblown, heated messages, heated language."

22         Several of the lawyers even told you they wouldn't

23 even try to address the content of what their clients said.

24 Why?  Why?  Because the evidence is plain, because it is

25 simple, because their messages show their intent, their

1  messages show their agreement, their coordination, and then

2  finally their cover-up after the fact.

3          Judge Mehta's instructions even tell you on

4  page 13, when you write it down and go in the back, that a

5  defendant's statements are evidence, they are evidence that

6  a conspiracy existed, they are evidence that a defendant

7  entered into the conspiracy, and they are evidence that a

8  defendant had a certain motive, intent, and knowledge.  The

9  statements are the evidence.  Their own statements prove the

10 government's case.

11         Starting with Stewart Rhodes in the days after the

12 election in November of 2020, these defendants explained how

13 they wanted to join together and do whatever was necessary

14 to prevent Joe Biden from becoming President on January 20th

15 of 2021.

16         And by early January of that year, when all the

17 legal avenues to overturn the election results were over,

18 all the court cases and the protests, all the public

19 relation campaigns, this bizarre idea about using the

20 Insurrection Act to seize voting machines throughout the

21 country, these defendants were desperate and they were ready

22 to act, they were running out of time.

23         On January 6th, they saw their opportunity and

24 they seized it.  It is that simple.

25         How many times have you heard a defense counsel

1    say the following two words:  "No plan."

2          How many times have they asked this question?  How

3    many times did they reference it in their own closing

4    argument?  What a colossal waste of all of our time.

5          Let me be clear on behalf of the United States of

6    America, we do not allege a specific plan to storm the

7    United States Capitol.  We never have and we are not now.

8    We do not have to prove a plan.  The Judge's legal

9    instructions, which you will have with you when you

10   deliberate, they contain no requirement of a plan.

11         Of course, as Jessica Watkins and the rest of the

12   Stack 1 marched towards the Capitol, she said she was part

13   of a plan, and that she was sticking to the plan.

14         Both with these people who were with her in D.C.

15   and elsewhere in D.C. and elsewhere around the country, they

16   were sticking together and sticking to the plan.

17         It is our burden and a burden we have met over the

18   past seven or eight weeks in front of you all to prove the

19   existence of a mutual understanding or agreement; not a

20   plan, a mutual understanding or agreement.

21         That is what a conspiracy is and that is what

22   these defendants are alleged to have engaged in.

23         The agreement can be either explicit or implicit.

24   And common sense tells you that when people agree to enter

25   into a criminal conspiracy, much is often left to

1    unexpressed understanding.

2         To protect themselves, conspirators don't often

3    spell out and articulate every facet of the agreement, every

4    detail of the agreement, but the conspirators still know

5    what it is they all want to try to accomplish together.

6         As Judge Mehta instructed you yesterday, and

7    you'll have in the written instructions, there is absolutely

8    no requirement that the government prove a formal or written

9    agreement.  No requirement for even an express oral

10   agreement.  No requirement of the government prove that the

11   conspirators agreed to the details of the plan or even that

12   the plan -- sorry, of the agreement or even that the

13   agreement even had any details.  It is not a requirement.

14        There is no requirement that the conspirators all

15   met or even all discussed their agreement.

16        There is no requirement that they agreed to the

17   details.

18        And, finally, there is no requirement that they

19   even agreed to the means by which their conspiratorial and

20   criminal objective would be accomplished.

21        To be clear, ladies and gentlemen, the evidence in

22   this case has shown you that the defendants did have an

23   express agreement, an express agreement to oppose by force,

24   if necessary, the lawful transfer of power.  But you ladies

25   and gentlemen, can find these defendants guilty without even

1    finding an express agreement, an implicit agreement will

2    also suffice.

3            These defendants agreed to oppose by force the

4    lawful transfer of Presidential power following the 2020

5    Presidential election.  That statement is a simple sentence,

6    has two main components, agreement and force.  Let me

7    highlight those for you.

8            First, let's talk about evidence of the agreement.

9            As I said, the defendants' own words establish the

10   agreement.  They said what they wanted to accomplish and how

11   they needed to work together to accomplish that goal.  To

12   take just one example, look at what Stewart Rhodes messaged

13   about the Serbian plan in early November of 2020.  "Gather

14   millions in the streets, convince the military and the

15   police to align with the people, the patriots," as Rhodes

16   called them, "and then storm the parliament."

17           Contrary to what Mr. Bright told you on Friday,

18   Rhodes actually posted this plan to two different Signal

19   groups, the "Leadership Intel sharing secured" and also

20   F.O.S., "Friends of Stone."

21           He also posted it on the Oath Keepers website.

22           This was the path he wanted his followers to take,

23   and this was the beginning of the agreement that came into

24   focus over the next several weeks into January of 2021.

25           Second, the coordination amongst these defendants

1    supports a finding of an agreement.  There are extensive

2    phone records among the conspirators that you have in

3    evidence in the lead-up to January 6th and on the 6th

4    itself.  The phone records show a flurry of phone calls

5    between Rhodes and his top lieutenants, Kelly Meggs,

6    Michael Greene, Joshua James, on the afternoon of January

7    6th, and it shows just how closely all of these people were

8    coordinating.

9          But the phone records themselves do not fully

10   capture the extent of the communications amongst the

11   conspirators.  Even John Roeper, that defense witness, the

12   long-retired FBI agent, explained that he was communicating

13   with Paul Stamey on a radio, an old-fashioned radio.  In

14   other words, Paul Stamey, the leader of the North Carolina

15   QRF, sitting at the Comfort Inn in Ballston, guarding the

16   arsenal of weapons on behalf of the North Carolina

17   Oath Keepers, was communicating with others, not via phone,

18   not via Zello, not via Signal, but via an old-fashioned

19   radio.  And who had radios with them at the Capitol on

20   January 6th?  Jessica Watkins for one.  She talked about it,

21   she testified to.  She was wearing it on her uniform.  You

22   saw the pictures and videos of her.

23          To understand the true extent of the

24   communications here, think of all the Signal messages,

25   Signal phone calls, radio transmissions, Zello

1    transmissions, GoToMeetings, phone calls, text messages, and
2    in-person meetings.  They all show a level of coordination
3    to work together.

4           And, third, these defendants' actions support a
5    finding of an agreement amongst them.  Each one of these
6    defendants came to the Capitol on January 6th.  Meggs and
7    Harrelson and Watkins physically breached the building
8    itself.  While Meggs and Harrelson headed south looking for
9    Speaker of the House Nancy Pelosi, Watkins headed north
10   towards the Senate looking for the senators.

11          Rhodes was on the west side and the east side, and
12   then the west side and the east side again, coordinating the
13   various members.

14          And Caldwell stayed mostly on the west side,
15   giving a play-by-play to other people who were not here in
16   D.C.

17          Graydon Young and Jason Dolan came into this
18   courtroom, sat in that witness stand.  They both told you
19   they were part of a conspiracy with these defendants.  Think
20   about that.  They told you they were part of a conspiracy
21   with these defendants, and they pled guilty in front of
22   Judge Mehta to being part of a conspiracy with these
23   defendants.

24          Mr. Young and Mr. Dolan both explained that they
25   needed numbers.  They needed people.  As one man, as two men

10301

1   they could not really accomplish anything.  But with a mob
2   at their back, but with the imprimatur and with all the
3   extra people from the organization, and anyone else they
4   could recruit, they had a chance to actually affect change,
5   took actually accomplish their objectives.
6        Mr. Dolan testified based on the messages that
7   Kelly Meggs had been sending him and the rest of the Florida
8   Oath Keepers, that they needed to fight against the
9   government, what they saw as an illegitimate government,
10   once they had sufficient numbers.
11        Remember what Kelly Meggs wrote to Dolan on that
12   chat that other people on the Florida Signal group saw, "100
13   guys go to prison, 10,000 guys get in a war."
14        Mr. Dolan told you that if they didn't have
15   sufficient numbers, they wouldn't be able to accomplish what
16   they needed.  They needed to grow.
17        And Mr. Dolan wrote to the Florida Oath Keepers
18   that he was prepared to die.  His words, and he told you
19   right here, he meant it.  He was prepared to die and he was
20   prepared to be charged with treason for what he was prepared
21   to do.  And what was that, ladies and gentlemen?  Oppose the
22   United States Government.
23        He told that to Kelly Meggs on the Signal chat,
24   that he was prepared to die or be charged with treason.
25        What was Kelly Meggs' response?  "Let's do it."

1          MS. HALLER:  Objection.

2          THE COURT:  It's overruled.

3          MR. NESTLER:  Mr. Dolan, sitting on the witness

4     stand under oath, told you he was prepared to stop the

5     certification process one way or another, and based on all

6     of his conversations with the other members of the

7     conspiracy, he thought they were all in it together.

8          Mr. Young, for his part, on Christmas Day asked

9     Stewart Rhodes directly on Signal in a Florida Oath Keepers

10    chat whether "going to D.C. for January 6th would be a

11    fool's errand."  What was Rhodes' response?  "No, it would

12    not."  Rhodes said, "The only chance we have is if we scare

13    the shit out them and convince them it will be torches and

14    pitchforks time if they don't do the right thing," talking

15    about Congress, of course.  And that is what Mr. Young

16    understood, that he was in a conspiracy with Stewart Rhodes,

17    that's what Mr. Young told you, even though they had never

18    met in person, they never spoke on the phone in person, but

19    Mr. Young said he was part of a conspiracy with

20    Stewart Rhodes to stop Congress's certification of the

21    Electoral College vote.

22          Mr. Dolan explained to you the concept of the

23    commanders' intent, which he learned during his 19 years as

24    a United States Marine.  The commanders' intent explains the

25    reasons why the group wants to achieve the common goal.

1          As Mr. Dolan said, "If all hell breaks loose,"

2     that way the soldiers and the Marines and the sailors, they

3     know what the overall intent is and how to act accordingly.

4          Here, he explained Stewart Rhodes was in the role

5     of the commander, just like in the military organization,

6     and Rhodes himself emphasized again and again, he was in

7     charge.

8          And the commander wanted the group to make sure

9     that Joe Biden did not become President.  That is what

10    Rhodes' followers understood their commander wanted, and

11    that's what they tried to achieve for their commander.

12         And when the opportunity arose, when they had

13    sufficient numbers and the timing was right, they could

14    finally act to stop Congress's certification.

15         Jessica Watkins, for her part, sat on the witness

16    stand and admitted the following statement, that two months

17    after January 6th, she told the FBI that, "She knew exactly

18    what was going to happen when she got into the stack."  She

19    knew they were going in to the United States Capitol and

20    that they had, "The necessary amount of people to force

21    entry if needed."  Her words to the FBI two months after

22    January 6th.

23         This is significant, ladies and gentlemen, because

24    you have heard from multiple members of the stack, and they

25    all said basically the same thing.  They knew what they were

1    going to do when they combined together and then they did

2    it.

3           So that is how you know there was an agreement.

4    You saw the conspirators' own words.  The members of the

5    conspiracy themselves told you there was an agreement.  And

6    then you saw how the conspirators actually acted in

7    conformity with that agreement.

8           Now, how do you know that the agreement was to use

9    force?  As Judge Mehta instructed you, force is defined in

10   the conventional or ordinary sense.  It's in your jury

11   instructions.  "An act involves force if it threatens or

12   results in violence or if it threatens or results in harming

13   or destroying property or in harming or killing people," a

14   very common and ordinary definition of the word "force."

15          And here, ladies and gentlemen, you have force in

16   droves.  There's force from firearms, there's force from

17   other weapons, and there's force from brute strength.

18          Now, starting with respect to firearms, the

19   members of the conspiracy told you about their agreement to

20   use firearms.  Graydon Young explained that Kelly Meggs told

21   him there would be an AR-15 with his name on it.  And

22   Jason Dolan sat on the witness stand and told you he was

23   prepared to take up arms against the government, and he

24   understood that his fellow conspirators were prepared to do

25   the same.

1          Agent Palian is holding right now in his hands
2     Exhibit 37, the AR-15 that Mr. Dolan brought with him to the
3     Comfort Inn in Virginia.
4          MR. CRISP:  Your Honor, I would object to the
5     display.  I think it's inappropriate during closing
6     arguments.  I think it's really designed to inflame the
7     passions of the jury.
8          THE COURT:  It's overruled.
9          It's in evidence.
10          MR. NESTLER:  Remember --
11          THE COURT:  Although I will now ask him to put
12     away.
13          MR. NESTLER:  Thank you, Agent Palian.
14          THE COURT:  Thank you.
15          MR. NESTLER:  Remember Jason Dolan's reaction.
16     Agent Harris brought that AR-15 up to Mr. Dolan sitting on
17     the witness stand, and I said, "is this the firearm you
18     brought with you to Virginia?"  What was his answer?  "Yes."
19     And I said, "How do you know?"  Stone-cold look from
20     Jason Dolan.  "Because I built it."  Remember that, ladies
21     and gentlemen.
22          This is the person, one of the people that
23     Stewart Rhodes and Kelly Meggs and Kenneth Harrelson tasked
24     with bringing weapons to the QRF hotel in order to oppose by
25     force the transfer of Presidential power.

1          It was that firearm from Jason Dolan, along with

2    many others, some that you've seen live here in the

3    courtroom, others you've only seen on photos and still

4    others that the FBI was never able to obtain, that made up

5    the arsenal for just the Florida portion of the QRF.

6          And I emphasize the word Florida, because recall

7    that North Carolina, run by Paul Stamey, had its own QRF at

8    the hotel, and that Arizona, run by Ed Vallejo, had its own

9    QRF at the hotel.

10         All three of those rooms, either adjoining or

11   across the hall from one another, all three of them acting

12   as a QRF.

13         Remember what Terry Cummings told you.  He had

14   never seen so many firearms in one place since his time in

15   the military, and that was just Florida.

16         In these three rooms, Florida, North Carolina,

17   Arizona, they do not include Caldwell's room at the

18   Comfort Inn or walking in Crowl's room at the Comfort Inn.

19         Of course, Rhodes had his own arsenal of firearms

20   at his hotel in Vienna, Virginia.  And Watkins had

21   additional firearms, along with those belonging to Crowl and

22   Bennie and Sandy Parker at Crowl's cousin's house in

23   Winchester, Virginia.

24         Now, aside from firearms, ladies and gentlemen,

25   these defendants showed their intent to use force by using

10307

1    other objects as weapons.  Helmets, bear spray, OC spray,

2    pieces of wood, lead pipes with flags on the end.  And for

3    Watkins, pool cues with zip ties.

4              And finally the third way to use force, ladies and

5    gentlemen, brute strength.

6              Remember the patch that Kelly Meggs was wearing as

7    he breached the Capitol Building.  That patch that he got

8    rid of, the FBI was never able to locate, he's just there

9    for the violence.  And remember the definition of force,

10   ladies and gentlemen, ability to inflict violence.

11             These defendants used force and violence to breach

12   the building, pushing past Officer Salke.  Then they used

13   force and violence to penetrate further into the building,

14   trying to push past that line of MPD riot officers,

15   including Officer Owens.

16             They used force and violence to try to move

17   officers out of the building itself.  This is Joshua James,

18   the leader of Stack 2, close confidant of Stewart Rhodes.

19             (Video played)

20             MR. NESTLER:  If that's not force, what is?

21             All of these means, firearms, other weapons, brute

22   strength, qualify as force in the ordinary sense under the

23   definition that Judge Mehta gave you.  Any one of these is

24   sufficient to find these defendants guilty.

25             Now, we've been focused on seditious conspiracy,

10308

```
 1    but the evidence also proves beyond a reasonable doubt the
 2    defendants' guilt for the other related counts.  Count 2,
 3    "Conspiracy to Obstruct Congress," that is literally what
 4    the defendants agreed to do on January 6th:  Obstruct
 5    Congress's joint session.
 6           Count 3, "Actual Obstruction of Congress," aside
 7    from conspiring to do it, the defendants actually did it.
 8    They were able to obstruct Congress and stop Congress from
 9    meeting.
10           And Count 4, "Conspiracy to Impede Members of
11    Congress," again, this is literally what the defendants said
12    they had agreed to do on January 6th, use force or
13    intimidation or violence to prevent members of Congress from
14    doing their duties and to cause the members of Congress from
15    leaving the place where they were required to be to do their
16    duties:  The Capitol Building.
17           Now, these defendants conspired for weeks, if not
18    months, in advance of January 6th and even afterwards.  But
19    importantly as Judge Mehta instructed you and that you'll
20    have in the written instructions, the proof need not
21    establish that the conspiracy existed for any particular
22    length of time.  It can be formed in an instant.
23           There are two concepts you should consider as you
24    are about to go retire for your deliberations:  The reasons
25    that the defendants lied and the reasons that the defendants
```

1    destroyed evidence.

2            Defendants Rhodes and Caldwell and Watkins each

3    testified and each, ladies and gentlemen, lied to your face

4    sitting right there on the witness stand.

5            You know they were lying because we proved it, and

6    because hopefully you can judge their demeanor as they sat

7    on the witness stand and answered questions on both direct

8    examination and cross-examination on behalf of the

9    government.

10           What is important for you to ask, ladies and

11   gentlemen, is not just whether they lied, but why?  Why lie

12   about a fact?  The answer, because the truth is so damning.

13           Let's take an example or two from each defendant.

14           Stewart Rhodes claimed on the witness stand under

15   oath the times in the government's exhibit, this is Exhibit

16   9120, were off by an hour.  These are some of the key

17   messages that he wrote on the afternoon of January 6th.

18   "Rhodes was adamant, messages were off by an hour."

19           And Mr. Bright was right about one thing in his

20   closing argument, Stewart Rhodes sure does think he's

21   smarter than everybody else, doesn't he?  But he's not.

22           Ask yourselves, though, ladies and gentlemen, why,

23   why did he lie?  Because the truth was too damning.

24   He said, "The times were an hour slow."  He was adamant that

25   he did not tell his conspirators that, "Pissed off patriots

1    were storming the Capitol Building at 2:00 p.m.," because

2    the Capitol hadn't yet been breached.  And his point was,

3    how would I have known that, the Capitol hadn't been

4    breached yet, that had to have been at 3:00 p.m.

5            But he did send that message at 2:00 p.m., at

6    2:01 p.m.  What does that mean?  He was encouraging the

7    patriots, his own followers, to storm and breach the

8    Capitol Building before it was happening.  That is damning

9    for him.  That's why he lied.

10           Jessica Watkins, she sat on the witness stand and

11   told you once she was hit with pepper spray in the Senate

12   hallway, pushing up against Officer Owens, she realized how

13   somber this really was, and how she was really and truly

14   very sorry.  That's what she said.

15           And she told you under oath, remember, she had no

16   obligation to testify at all but she chose to testify, that

17   she had been gleeful at first, she admitted that, but then

18   her attitude changed to reflect the seriousness of the

19   situation.

20           But she lied about that.  Just minutes after she

21   was hit with pepper spray while still in that same hallway,

22   attaching to Rotunda to the Senate chamber, she's captured

23   on video.  Here it is right in front of you, when another

24   rioter says, "Just a little mace, huh, boys?"  She responds

25   with a huge smile on her face.  Nothing like it.

1        Does not look very somber.  In fact, looks quite
2   gleeful.
3        And then about ten minutes later at 2:59 p.m.,
4   she's in the Rotunda, and what is she doing on surveillance
5   video?  Smoking a joint with other rioters and encouraging
6   Donovan Crowl to come over and smoke one too.  Again, is
7   that the somberness and the seriousness that Jessica Watkins
8   told you she felt because she will so bad about what she had
9   just tried to do to Officer Owens?  No.  She lied.
10       But as yourselves, why did she lie?  Because, we
11   submit, she wants you to think that she felt so bad about
12   what she did that she could not have committed the other
13   crimes that she's alleged to have committed.
14       And, of course, on the witness stand she admitted
15   her guilt to Count 6, and Mr. Crisp told you she was guilty
16   of Count 6, "Interference with the police officers."
17       But her remorse is the classic remorse of someone
18   who is caught, not for something she actually did.  She
19   literally raised a militia to stand against then
20   President-Elect Biden, telling one of her recruits they had
21   to be, "fighting fit by Inauguration Day when
22   President-Elect Biden would become President Biden."
23       It's hard to think of a better example of sedition
24   than to raising an Army to stand against the President.
25       If Ms. Watkins was so mortified about the violence

1    against law enforcement, why was she bragging after the fact

2    about muscling law enforcement back like spartans?

3         What's particularly telling is the volume of

4    evidence about Watkins' statements after she laid siege to

5    the Capitol Building.  None of them, and you have them all

6    in front of you, reflect an ounce of remorse on her part.

7         The only evidence of her remorse is her

8    self-serving testimony now that she faces response --

9    accountability for joining the conspiracy, raising a

10   militia, leading her militia, four members, including her,

11   to the Capitol, and ultimately trying to lead an effort to

12   muscle law enforcement out of the way so that she herself

13   could access the Senate Chamber where she thought the

14   senators were.

15        Turning to Defendant Caldwell, it's hard to know

16   where to start with Defendant Caldwell.  The lies were

17   coming fast and furious.  But here's just an obvious

18   example.  He was adamant on the witness stand that when

19   people were yelling at Senator Lindsey Graham, a DCA, on

20   January 8th of 2021, it was because of Senator Graham's

21   failure to confirm judges.  Caldwell said it had absolutely

22   nothing to do with Lindsey Graham's vote to certify the

23   election for Joe Biden less than two days earlier.

24        What did Caldwell say?  "We could have ended him

25   right then.  I'm convinced that is the answer.  Traitor's

1    punishment is clearly delineated.  We all know what it is."

2           So why did Caldwell lie?  Because the truth is too

3    damning.  He did not want to admit that he suggested on

4    January 8th, just two days after being a part of the attack

5    on the Capitol, that killing a senator because the senator

6    had certified the Electoral College vote would be in his

7    interest.

8           And as you evaluate each of the witness's

9    testimony, ladies and gentlemen, and especially each

10   defendant's testimony, ask yourselves not just whether they

11   were lying to you but why?

12          The same goes for their destruction of evidence.

13   It's obvious that each of these five defendants did it.

14   Rhodes encouraged others to delete messages.  He didn't just

15   encourage that to others, he actually told them to do it, he

16   instructed them to do it.

17          Meggs, for his part, deleted his Signal chats

18   through late January of 2021.

19          And by the way, Mr. Woodward's suggestion that

20   somehow the -- Meggs had a different phone is quite frankly

21   preposterous.  We showed you messages from Meggs' own phone

22   from November of 2020 when he told his wife and his child

23   that he wanted to go on a shooting spree, Pelosi first, and

24   messages from Meggs' own phone from the night of January 6th

25   that he looked for Nancy Pelosi in the building.  This is

 1    his phone.  It had no Signal messages prior to late January

 2    of 2021.  He simply deleted all the incriminating Signal

 3    messages from his phone.

 4            Moving on, Harrelson deleted from his phone all of

 5    his Signal chats through the end of February.  Watkins

 6    deleted Signal messages off of her phone.  In fact, she

 7    deleted Signal app entirely off of her phone, and all the

 8    data that went with it, as she left her phone in Ohio and

 9    fled to Caldwell's House in Virginia.

10            And Caldwell, for his part, of course, unsent

11    messages on Facebook and deleted from Facebook his entire

12    conversation thread with Donovan Crowl.

13            I'm therefore not going to belabor the counts

14    in -- the charges in Counts 7 through 10 that charges each

15    of these defendants, except for Watkins, with withholding

16    evidence from the grand jury.

17            In addition to these electronic evidence, Meggs

18    and Harrelson got rid of other evidence, notably their

19    rifles and rifle cases, which you heard from the FBI were

20    nowhere to be found when the FBI searched their houses.

21            Again, ladies and gentlemen, ask yourselves why?

22    Why hide evidence?  Why delete evidence?  Because these

23    defendants knew they had committed the crimes and they

24    wanted to cover it up.  Destroying evidence shows a person

25    has a guilty conscience.  If they did not use Signal to

1    reach an agreement with each other to commit sedition, to

2    oppose the government, why would they destroy all of their

3    Signal messages with one another?

4         The same idea goes for Watkins, who fled from Ohio

5    to go all the way to Caldwell's farm in Virginia.  Ask

6    yourselves, ladies and gentlemen, why Caldwell?  A man who

7    was adamant that he was not a dues-paying Oath Keeper, and

8    that she had only met once or twice in person.

9         Watkins had many family and friends in Ohio.

10   Remember Militia Brendan who came in here and her fiancé

11   Montana who came in here.  And she testified about her mom

12   she had reconnected with.  And her group of friends that got

13   together to play "Magic:  The Gathering" card game and her

14   other friends who she went ghost hunting with.  All of these

15   people who live in Ohio, but she drove eight or nine hours,

16   all the way to Caldwell's farm in Virginia, a man she had

17   met only a couple of times, leaving her cell phone behind in

18   Ohio.  Why?  Because they are co-conspirators.

19        Think to yourselves when you look at -- examine

20   everyone's actions, why did they delete?  Why did they hide?

21   Why did they do what they did?  Think to yourselves why.

22        Now, when in their closing Friday and today, the

23   defendants' lawyers have made several arguments, most of

24   which are irrelevant and are not going to merit much

25   response from me today.

1     For instance, who cares about Louisville or

2  hurricane relief or the date the Oath Keepers were founded?

3  As Judge Mehta told you, the organization of Oath Keepers is

4  not on trial, we are not prosecuting the Oath Keepers'

5  organization, it is those five defendants.

6     The defense apparently wants you to focus on the

7  summer of 2020.  But these defendants are not charged for

8  any conduct at that time.

9     To the extent you consider any of that evidence

10  from Louisville or anywhere else they all went, consider how

11  much these defendants were not wanted in other people's

12  cities with their long rifles and with their short tempers.

13     There are some arguments that the defendants made

14  that do need to be addressed because they are flat wrong.

15     The first point is the timing of the opening of

16  the Rotunda doors.

17     This argument is that the defendants were on the

18  steps of the Capitol Building and could not see the violence

19  happening in front of the doors and could not see the doors

20  being opened.

21     It is just flat wrong.

22     Here's Exhibit 1501, Ford Fischer video, starting

23  around 2:37 p.m., you see the doors are closed, in the

24  center of the screen.  Watch, this entire stack of

25  Oath Keepers pushes forward.  There's William Isaacs,

1    Joseph Hackett, Kenneth Harrelson, Kelly Meggs, Jason Dolan,

2    door is still closed, Connie Meggs, Caleb Berry,

3    Jessica Watkins, Donovan Crowl.

4            As the Oath Keepers continue to push forward, you

5    see here, now it's about a minute later, at 2:38 p.m., and

6    you see Kelly Meggs' hand, fist raised facing forward on the

7    screen there.  This is when the doors are finally forced

8    open, at around 2:38 p.m., and this is when it police

9    officers, including Officer Salke, are literally pulled and

10   pushed and shoved out of the way and have pepper spray

11   sprayed in their face.  And that's Kelly Meggs with his arm

12   raised high, telling the rest of the group, "push forward."

13           Remember, that is the same hand signal that was

14   taught to the North Carolina Oath Keepers at a training in

15   December of 2020, a training that included Doug Smith and

16   Paul Stamey.

17           And here, about a minute or so later, you see

18   Isaacs on the right-hand side and you see Officer Salke in

19   the middle and another police officer there on the left

20   wearing the hard riot gear.

21           Mr. Geyer told you today that these defendants

22   were trash compacted, his words, and they were in a traffic

23   jam.

24           No, these defendants had agency, they had choices,

25   and they made them.

1          You heard what Mr. Dolan and Mr. Young told you.
2    Everyone was pushing and they pushed too.  They wanted to
3    get inside.  And why?  Because that's where the members of
4    Congress were.
5          That is Isaacs over there pushing against
6    Officer Salke and pushing against the door.  Remember what
7    Officer Salke told you?  He was literally bear-hugging his
8    colleague to save his colleague's life.  He knew that with
9    that heavy uniform he was wearing with the helmet and the
10   padding, if he had fallen down, he would not be able to get
11   back up and he would have been trampled to death.  That is
12   what is happening here.  Officer Salke saving his
13   colleague's life, as William Isaacs and the rest of this
14   group of Oath Keepers violently pushes their way through the
15   door.
16         It is disgusting, frankly, ladies and gentlemen,
17   to hear these defendants and these defense counsel argue
18   that the Capitol police officers didn't do anything, just
19   let the defendants into the building like they strolled in,
20   or to hear Defendant Watkins talk about how it felt like
21   Black Friday at a Target, everyone was racing to get the
22   next toy for Christmas.  Look at what was actually
23   happening.  It really was a life or death scenario for many
24   of these police officers.
25         Meggs and Harrelson and Watkins are charged in

1   Count 5 of the indictment with destruction of property for

2   damage to these doors and their frames around the time of

3   this violent breach.

4         And to be clear, ladies and gentlemen, you do not

5   need to find that they personally damaged the doors or they

6   personally damaged the frames or the apparatus.  It is

7   sufficient for you to find that they aided and abetted other

8   rioters in breaching the doors.

9         Aiding and abetting basically means helping.

10  They, through their own actions, through pushing through

11  themselves are helping all the other rioters damage the

12  doors.  This includes yanking on the door handle, smashing

13  the glass panes, and the physical force on these doors that

14  literally broke the metal door closer apparatus off.

15        This damage, including the defendants' aiding and

16  abetting of it, includes the pepper spray, both the spray

17  used by the rioters on the police and at the door, and the

18  spray used by the police back at the rioters to try,

19  unsuccessfully, to repel them.

20        These defendants' actions in violently pushing

21  forward through these doors assisted others in causing

22  damage to the doors, and that is why they're guilty of

23  Count 5, destruction of property.

24        The next point I want to make are the attacks

25  you've heard today about the government and the FBI.

1          You have heard a lot of complaints about the

2    language my colleagues and I used during this trial and in

3    our closing argument, especially Ms. Rakoczy's, like the

4    words "rebellion, insurrection, lessons learned, or

5    leaders."

6          Ladies and gentlemen, we are not making these

7    words up.  We are repeating to you the words these own

8    defendants used, their own words.

9          On November 16th, two days after the

10   Million MAGA March, Caldwell wrote to Crowl, "Next time, and

11   there will be a next time, we will have learned and we will

12   be stronger."

13         Recall, at the Million MAGA March there was

14   Caldwell, Rhodes, Meggs, and Watkins, all four were there.

15   That's Caldwell saying, they learned lessons from the

16   Million MAGA March, including the use of the QRF.  And you

17   heard all sorts of evidence about the QRF in November of

18   2020.

19         And they applied those lessons going forward into

20   December and into January.

21         On December 10th, Rhodes wrote to SoRelle and

22   others that the Oath Keepers would have to lead patriots in

23   an insurrection or rebellion against the government.  His

24   words.  Rhodes said, "insurrection or rebellion."  Those

25   were his own words.  So when we repeat them back to you, we

1    are telling what Rhodes said.

2             On Christmas Day, December 25th, on Signal,

3    Kelly Meggs said the Oath Keepers would "wait patiently and

4    then be the leaders."  His words.  "Wait patiently," on

5    January 6th "and then be the leaders."

6             His own words.

7             And that's what they did.  They didn't commit the

8    initial breach of the Capitol building.  They waited

9    patiently and then they were the leaders.  We're telling you

10   what the defendants themselves said.

11            You also heard that some defense counsel,

12   especially Mr. Fischer, attack the FBI and Agent Palian and

13   their investigation.

14            Ladies and gentlemen, the FBI is not on trial, the

15   government is not on trial, you have one job and one job

16   alone.  Decide whether each of those five defendants is

17   guilty.  That is your job.

18            There's no rush to judgment in this case.  These

19   defendants were dangerous.  You heard that from FBI agent

20   after FBI agent.  You saw it with your own eyes in their

21   messages and in the videos of what they actually said they

22   were going to do and what they did.

23            Caldwell himself, after January 6th, wanted to go

24   to other state capitols around the country and storm those

25   state capitols.  How is that not dangerous.

1          The FBI was rightfully concerned about what these

2     defendants would do on Inauguration Day.  Thank God they

3     arrested Watkins and Caldwell before that day came.

4          Each and every FBI agent told you the speed of

5     their investigation was dictated by the exigency of the

6     threat, the threat here was exigent.

7          You've also heard accusations that my colleagues

8     and I have run away from the evidence, didn't show you all

9     the messages.

10          It is actually kind of hard to repeat that line

11     with a straight face standing front of you now.

12          On behalf of the United States of America, our job

13     is to present you the evidence, and as human beings, we also

14     want some modicum of efficiency.  It's been eight weeks of a

15     long trial.  We're not trying show you every message these

16     conspirators sent.  There are tens of thousands of them.

17     We're not trying to play for you every minute of video that

18     they are in.  There are hundreds of hours.

19          We told you from the jump, from the start that we

20     assigned each message with a unique number so that you and

21     the defense counsel and the witnesses would know when

22     messages fall in sequence and when there are messages

23     missing in between.  Far from hiding anything, we are trying

24     to make this massive volume of evidence digestible and

25     understandable for you.

1          You have all of the evidence you need to find

2     these defendants guilty.  That is sufficient.

3          Finally, lawyer after lawyer told you on Friday

4     and today that they repeated to you, especially Mr. Fischer,

5     about what certain FBI agents thought certain messages

6     meant.  It is not the FBI's job to interpret these

7     defendants' words, and it is certainly not defense counsel's

8     job or ours.  It is your job, using your common sense, using

9     your understanding of who they are, to figure out what it is

10    they meant by all of those words that they said, and we

11    submit to you their intent was plain and it was clear.

12         As I said before, a conspiratorial agreement need

13    not be explicit, because that's not how humans operate, and

14    especially when they are agreeing to commit a crime.

15         But the defendants' intent here was quite clear.

16    They were literally agreeing to commit sedition.

17         The next topic I want to briefly discuss are

18    personal security details.

19         First of all, Mr. Woodward said that Ms. Rakoczy

20    did not discuss this topic in her closing and that the

21    government somehow is scared of it.  Both of those things

22    are just flatly false.

23         As Caldwell wrote in his ops plan that was

24    presented in front of you, the conspirators would need

25    "legal cover" to explain their presence.  Those were his

1    words.  They would need legal cover to explain why they were

2    at a certain place.

3              MR. FISCHER:  Objection.  That's not the evidence.

4              THE COURT:  Hang on.

5              I think -- the jury's recollection of the evidence

6    will control, so go ahead, Mr. Nestler.

7              MR. NESTLER:  Thank you.

8              Caldwell wrote in the ops plan, you have it,

9    Mr. Fischer highlighted it repeatedly, the phrase "legal

10   cover," they would need a reason to explain why they were at

11   a certain place.

12             And Rhodes himself also often talked about the

13   need for legal cover for them to explain themselves.

14             Think about what a PSD is, a great example of

15   legal cover, a great reason to be at a place when you want

16   to do something else.

17             Not a single witness came in here and told you the

18   identity of a protectee.  Did you hear a name of a person

19   who was allegedly being protected as one of these alleged

20   personal security details?  Even Rhodes and Watkins took the

21   stand talking about PSDs.  Did not name one.

22             Mr. Woodward showed you in his closing argument

23   about ten minutes of Stack 1 approaching the

24   Capitol Building from about 2:20 till about a little after

25   2:30, circling the Capitol.  Watch the video.  There's no

1    protectee with them.  They're not escorting anybody.  It's
2    just this stack of Oath Keepers.
3            Mr. Young told you when he testified here that
4    Meggs told the group they would be escorting somebody, but
5    that actually never happened.  There was no one to actually
6    escort.
7            Stephen Brown came in here as a defense witness.
8    He admitted Oath Keepers are not real security.  He knows
9    real security agencies.  They're not it.  He admitted that
10   permit he got for Ali Alexander was for only 50 people max
11   and that that was never realistic.  That speaker, that
12   rally, whatever that was that was going to happen, that was
13   never actually going to happen.  That was not realistic,
14   that was not real.
15           The defense held up Lee Maddox, that Wyoming
16   Oath Keepers, as an example of someone who in their words
17   was operating with what they called a "roving PSD."  He'd be
18   walking around D.C. looking for people to help.  That's what
19   they said he was.
20           But that's actually quite amusing because he sat
21   there on the witness stand and said that he was nothing of
22   the sort.  He was not part of the PSD, he wasn't a roving
23   PSD, he was emphatic he was not in D.C. to provide security.
24   He was here to watch President Trump speak.
25           Ladies and gentlemen, these defendants have no

1    insurance, no training, no plan, no contract with anybody,

2    no payments.  How on Earth can they be considered a security

3    force?

4            Joshua James and the rest of Stack 2 were

5    allegedly guarding Roger Stone on January 6th.  They raced

6    over to the Capitol anyway when they were told to do so by

7    Stewart Rhodes.  How is that consistent with being part of a

8    PSD?

9            And the best example of why the PSD story is just

10   plain bunk is what actually occurred on the afternoon of

11   January 6th.  Rhodes called all of his conspirators to the

12   Capitol Building.  Meggs brought them all to the

13   Capitol Building.  If you are protecting a human being,

14   do you bring them to the riot or away from the riot?  It is

15   just that simple.

16           Regardless of this whole PSD cover story, it's

17   obvious that the defendants planned to be at the Capitol on

18   January 6th.  Meggs had told people that patriots were going

19   to surround the building and that they would be flying

20   Oath Keepers flags at the Capitol on January 6th.  Those

21   were statements made in December of 2020.  Absolutely

22   nothing at all to do with any alleged PSD.

23           And, finally, this PSD argument is simply

24   irrelevant, ladies and gentlemen.  Look at page 15 of what

25   Judge Mehta instructed you on:  "While a defendant must act

1  with a certain intent, this need not be the defendant's sole

2  purpose.  A defendant's unlawful intent is not negated by

3  the simultaneous presence of another purpose for his or her

4  conduct."

5          In other words, even if there were a PSD, even if

6  it were legitimate, if the defendants had another intent for

7  their actions, they are still guilty.  And they did have

8  another intent, to oppose the government, to stop Congress.

9          The next point I want to hit briefly is the QRF.

10  The defense counsel posed many questions in their closings

11  and to the witnesses about the QRF and its purpose.  They

12  asked why didn't Rhodes and Meggs and Harrelson and Watkins

13  and Caldwell call for the weapons to be brought into D.C.?

14  Why didn't they activate Vallejo on behalf of Arizona and

15  Stamey on behalf of North Carolina and Bittner on behalf of

16  Florida and their arsenal of firearms?  I'll provide some of

17  those answers for you now.

18          First, it doesn't matter.  It literally does not

19  matter.  The crime of conspiracy is the agreement.  Actions

20  are simply evidence of the agreement, okay?  The crime is

21  when they agree.  Actions are just evidence of what that

22  agreement is.  As Judge Mehta told you, it was a crime to

23  enter into the agreement itself.

24          Second, the guns were unnecessary.  The building

25  was already breached.  Congress was already being evacuated.

1    The certification proceeding was already forced to pause.

2    Simply, this group did not need those guns in order to

3    further their objective on the afternoon of January 6th.

4    They were able to do what they wanted to do.

5           Third reason, those firearms gave these defendants

6    confidence.  They knew their firearms were accessible.  They

7    knew they had the QRF if they needed it or if they wanted

8    it.  That gave him the confidence to do what they were

9    doing.

10          Fourth, remember the Serbian plan that Rhodes laid

11   out back in November.  "Convince the military and the police

12   to switch sides.  Swarm the streets and convince them to

13   switch sides and stand with the patriots."

14          But at this point on the afternoon of January 6th

15   theses defendants know that reinforcements are headed in,

16   the National Guard and other law enforcement is headed in to

17   reinforce the Capitol.  The Oath Keepers would be

18   outnumbered and they would be arrested if they brought their

19   firearms in now.  Rhodes needed to keep his manpower and his

20   firepower accessible.

21          Fifth reason, Rhodes is playing the long game.

22   Remember what Meggs had said.  Their group was going to hang

23   back, wait patiently, and then be the leaders.  And remember

24   what Rhodes said, they were waiting to get the millions in

25   the streets.

1          And the sixth reason, ladies and gentlemen, Rhodes

2     had achieved on the afternoon of January 6th what he wanted:

3     Street violence.  He didn't yet need to have shots fired.

4     It was on January 10th, about four days later, in that audio

5     recording with Jason Alpers when Rhodes first recognized his

6     tactical failure.  If he had known that the street fighting

7     and the shots fired were needed at the same time, then he

8     memorably said he would have brought the rifles.

9          Let's talk about Caldwell's unsent messages.  I'll

10    answer a question for you that Mr. Fischer asked his client,

11    Mr. Caldwell, while he was testifying.  "How does deleting

12    messages sent prior to January 6th have anything to do with

13    being in the Capitol at January 6th?

14         The answer is lots.

15         First of all, Caldwell is not charged with simply

16    being at the Capitol on January 6th.  And second, think

17    about it.  Deleting additional messages and additional

18    evidence would be a convenient way to hide the evidence you

19    do actually want to delete.  That's a crafty way to go about

20    actually deleting things.

21         Deleting messages about intent to help a group of

22    people stop the transfer of power can certainly be relevant

23    to Defendant Caldwell's conduct on January 6th.

24         As you know, ladies and gentlemen, the government

25    not only has to prove what each defendant did but what they

1    intended to do, and the best way for that proof is through

2    their messages.  That is exactly why Caldwell surgically

3    deleted after it was clear his comrades had been identified.

4         Mr. Fischer's argument on this point reflects a

5    fundamental misunderstanding about conspiracies.  That

6    somehow only messages with people in D.C. on January 6th

7    would be incriminating.  That only messages about

8    January 6th would be incriminating.

9         You have literally boatloads of evidence,

10   including about boats, about what Caldwell had said prior

11   to, on, and after January 6th that describe his plans, his

12   intent, his actions, and his cover-up.

13        And you know from his web history now that he

14   started unsending these 180 messages on Facebook on the

15   evening of January 14th.  That was just hours after he first

16   accessed the New Yorker article that named Jessica Watkins

17   and Donovan Crowl.

18        Caldwell likely knew that the FBI would soon be

19   examining Watkins' and Crowl's online presence, their

20   Facebook accounts, who they were talking to online, and that

21   would lead them straight to Caldwell.  That's why on

22   Facebook Caldwell unsent all those messages, and that's why

23   he deleted his entire conversation with Donovan Crowl after

24   surgically unsending certain of the messages.

25        That conversation with Donovan Crowl contained

1    photographs, as you saw from the other half when you saw
2    Donovan Crowl's side of the conversation, and so that means
3    that Defendant Caldwell deleted photographs from Facebook as
4    alleged in the indictment.
5            The indictment also alleges that Defendant
6    Caldwell deleted a message that contained a video, and he
7    did, that video link that he had sent to Donovan Crowl.
8            And of course, just days after the indictment in
9    this case was -- of Caldwell and Watkins was first
10   publicized, Meggs and Harrelson for their parts deleted
11   evidence from their phones.
12           The next topic I want to briefly address is this
13   idea that Caldwell and Watkins thought that the
14   certification of the Electoral College vote was over.  There
15   are many, main reasons why this is false.
16           First of all, Watkins never said that to the FBI.
17   You heard Special Agent Eller, all the meetings she had with
18   the FBI, never once made this claim.  Very convenient timing
19   now that she's testifying on her own defense.
20           And for people who are so obsessed with
21   January 6th, so obsessed with keeping President Trump in
22   power, stopping Joe Biden from taking power, watching
23   YouTube and Infowars for all those hours and days we heard
24   about, frequently discussing January 6th on Signal and
25   GoToMeetings, it makes absolutely no sense for them to sit

up there on the witness stand and credibly claim they
thought the proceeding was over.

Even under their own theory, there were supposed
to be speakers on the Capitol Grounds on the afternoon of
January 6th to support the Stop the Steal rally.  What is
the point of those speakers if Congress was already having
certified the election?

Also, ladies and gentlemen, Watkins and Caldwell
were specifically getting updates from people outside of
D.C., outside of their group, who were feeding them intel
and reconnaissance about what was happening inside of the
building.  Caldwell was getting updates from his Facebook
group with the Godbolds and with Grimes about what was
happening in the Senate, in the House.  And we know that
Caldwell's phone was working because he was sending messages
and receiving messages on Facebook Messenger during this
whole time.  You have them all in evidence.

Watkins, for her part, was getting updates from
Zello, both the Stop the Steal J6 channel, for which you do
have the audio, and the BOTG, or boots on the ground
channel, in which you do not have the audio.

Watkins claimed, sitting on that witness stand,
that she was not directly communicating on Zello or
receiving updates, but time and again, she was obviously
engaging with others.

1        She says in response to someone else's comment,

2   "Right, brother."

3        She says in response to someone else's comment,

4   "Roger that, brother."

5        She then engages in an entire back-and-forth

6   conversation about draining the swamp, about bringing a shop

7   vac or maybe a fleet of A-10 Warthogs.  This is not Watkins

8   just walking around and letting the Zello play in the

9   background.  This is Watkins actually listening and actually

10  speaking back and having a conversation with other people on

11  Zello.

12        And then at 2:44 p.m., she's inside the

13  Capitol Building, she's already violently forced her way

14  inside.  She is so engaged with the Zello communication that

15  she actually gives a status update on Zello to where they

16  are, what she was doing, what the police were doing, what

17  she was seeing, and what she was going to do.

18        Why would she do that if she wasn't actively

19  engaged and listening to what everyone else was telling her

20  on Zello?

21        In addition, ladies and gentlemen, Caldwell and

22  Watkins were both getting news alerts on their phones.  This

23  is one of Caldwell's own exhibits, Caldwell 64A.  This is

24  Mayor Bowser's emergency alert about the curfew on the

25  afternoon of January 6th.

1          Watkins herself testified she knew that

2    Mayor Bowser had issued a curfew that afternoon.  Agent Drew

3    told you that she was getting news alerts on her phone about

4    what was happening at the Capitol.

5          Even Kenneth Harrelson was getting news alerts on

6    his phone.  There's a screenshot from Ken Harrelson's phone

7    from that morning.

8          And Caldwell and his wife were on the inaugural

9    stage loudly calling members of Congress "Pussies," their

10   word, not my word, "for fleeing from the mob of rioters that

11   was trying to break into the building."  Why would they be

12   doing that unless they thought that Congress was still

13   certifying the vote?

14         And one more finally, Watkins, after breaching the

15   building and after being told by Holden Haney,

16   Freedom Dozer, this is what they trained for, she then tried

17   to push further into the building down the Senate hallway to

18   the Senate chamber.  Why would she do that if she thought

19   that the certification proceeding was already over?  Doesn't

20   make any sense.

21         But there are two legal reasons why this argument,

22   even if you do believe it, is irrelevant.  First, the

23   defendants' actions prevented Congress from resuming its

24   joint session later that day.  How many times did Mr. Crisp

25   say in closing that, "Congress was a dead body."

1          Congress was not dead, ladies and gentlemen.

2     Congress was knocked on conscious by what these defendants

3     did to the building that day.

4          You heard from Secret Service Agent Hawa, Capitol

5     Police Captain Ortega, and House Parliamentarian, Thomas

6     Wickham, that Congress could not resume its constitutional

7     duties until after the Capitol building was rendered safe.

8     And Mr. Wickham explained that Congress was still in

9     session.  Even with this emergency recess it had to go --

10    undergo, it was still technically in session.  That means

11    that these defendants' presence in the Capitol and on the

12    Capitol stage actually obstructed Congress.

13          The second reason why this argument is actually

14    irrelevant is that the defendants are also charged with

15    attempting to obstruct the certification, and with

16    conspiring with others to obstruct the certification, and

17    aiding and abetting others in obstructing the certification,

18    these three other theories of liability do not require that

19    the proceeding be pending at the time they actually stepped

20    foot on the Capitol Grounds.

21          The next topic I want to briefly go over is phone

22    service.  We heard a lot of evidence about how some people

23    may have had a lag in messages while they were in D.C. on

24    January 6th.

25          This absolutely means nothing.

1           First of all, none of the evidence shows that the

2    there was any significant lag.  Kate Cain testified there

3    was a potential 18-minute lag for Michael Greene to receive

4    a few messages, but usually it's just a few minutes, if

5    there was lag at all.  Sometimes there was no delay,

6    including messages that were sent and received by Greene and

7    Rhodes at 2:43 p.m.

8           The second point here is that what's important is

9    that these conspirators were trying to communicate with one

10   another.  That is what is important.

11          Go back to the instructions, ladies and gentlemen.

12   A conspiracy need not be successful to be criminal.  The

13   crime is the agreement, not the completion.

14          And, third, it's certainly a rich argument for

15   Mr. Crisp to argue that some Signal messages were delayed on

16   January 6th.  Watkins admitted she deleted the Signal app

17   off of her phone.  If we all wanted to know whether Watkins

18   received every message in a timely fashion, we would have

19   been able to look at her phone and check the data.  But it

20   doesn't exist because she hid it.  Ask yourselves why.

21          And, fourth, ladies and gentlemen, the

22   conspirators here had many other ways of communicating on

23   January 6th other than using phones.  In addition to the

24   phone calls, there was Signal calls, there was the Zello,

25   there was radios, there was face to face.  There was passing

1    messages from one person to another.

2             One of the most effective ways we can see about

3    passing a message is right here.  Kelly Meggs whispering in

4    Kenneth Harrelson's ear as Joseph Hackett looks on.

5             In fact, in his closing, Mr. Fischer did a

6    fantastic job of showing, I'll submit, of showing how that

7    was that Kelly Meggs and Thomas Caldwell were able to

8    communicate and conspire with each other, by using an

9    intermediary, Paul Stamey.

10            They had both had communications with Paul Stamey,

11   and he acted as their intermediary.  That's how they both

12   knew about this water theory for the QRF.  That's how they

13   all knew about the boats.  That's how Caldwell knew how many

14   people Florida was going to have at the hotel and in D.C.

15   It all filtered through Stamey.

16            The next point I want to hit, ladies and

17   gentlemen, is this idea that the Oath Keepers on January 6th

18   tried to be helpful.  They were not at the Capitol to be

19   helpful.  Let me emphasize that.  They did not enter the

20   Capitol to be helpful, they did not go to the Capitol to be

21   helpful, their presence there was not helpful.

22            Meggs wrote on the afternoon of January 6th, in a

23   message he later deleted, that "Florida Oath Keepers take

24   the Capitol."  Was that helpful?  Taking the Capitol?

25            Kenneth Harrelson felt Officer Salke's body armor

1   to see whether it could stop a rifle round, and then

2   lamented to the rest of his group after they went outside

3   that they should have brought their rifles and their gas

4   masks.  So they could have pushed further into the building

5   and not been stopped.  Was that helpful?

6          Watkins admitted that she tried to push past

7   Officer Owens and his MPD colleagues in the hallway in the

8   Senate to access the Senate Chamber itself.  Was that

9   helpful?

10         And as members of Stack 1 were inside of the

11  building, Rhodes was part of a mob on the Upper

12  West Terrace.  He said that members of Congress inside the

13  building should be shitting their pants, and added, "sic

14  semper tyrannis," thus always to tyrants.  Is that helpful?

15         Here's Thomas Caldwell on the inaugural stage

16  itself, after pushing from the back of the crowd to the

17  front of the crowd, climbing up through the scaffolding,

18  multiple flights of stairs, cheering for the violence,

19  cheering because Congress had fled, cheering on his wife who

20  had called Congress pussies for fleeing, talking about with

21  the Godbolds on Facebook about sealing in the tunnels

22  because the rats were scurrying away.  Was that helpful?

23         Outrageously, Caldwell and Rhodes act like because

24  they didn't cross a threshold to a door in the building,

25  they're somehow absolved of any responsibility for their

1   actions on January 6th.

2            First of all, they helped cause this riot.

3            Second, they were literally on the

4   Capitol Building.

5            Caldwell was literally on the stage that Joe Biden

6   was going to stand on two weeks in the future to be

7   inaugurated, standing right where Biden would be standing.

8            Rhodes was on the upper most level where a person

9   could walk to.  Look at the perspective here from a

10  photograph that Michael Greene took.  Those are people

11  scaling the walls.  Rhodes is at the top of that on that

12  terrace.

13           Incidentally, ladies and gentlemen, Rhodes took

14  the stand and said to you that the initial breach of the

15  building did not occur where Rhodes was standing.  Remember

16  that?  He challenged Ms. Rakoczy.  He said, no, that's not

17  where the building was initially breached at 2:13 p.m.

18           He was wrong.  He was adamant that that's what had

19  happened, that it happened below them.  Why was he wrong?

20  Why did he lie about that time, about when and where the

21  initial breach had happened?  Because that was damning for

22  him.  Because that's where Rhodes was.  Rhodes was there on

23  the Upper West Terrace.

24           These defendants did not come to the

25  Capitol Grounds to help.  If they wanted to help, they would

10340

1    have stayed away entirely.  They didn't enter the building

2    to help, they forced their way inside the building.

3            When Meggs and Harrelson encountered Officer Dunn,

4    they didn't help him.  He screamed at them to leave.  He

5    told you he pleaded with them to leave.  They did not.  At

6    least Officer Dunn was able to distract these defendants and

7    draw attention to himself so that Special Agent Lazarus was

8    able to escort some of Speaker Pelosi's staff to safety.

9            These are scenes from Exhibit KM 85 admitted by

10   Defendant Meggs, showing Special Agent Lazarus' heroic

11   actions.  Nancy Pelosi's staffers, when he's finally able to

12   get to them, running down the hallway, trying to make it out

13   of the Speaker's lobby.

14           And, by the way, Mr. Woodward and Mr. Geyer stood

15   before you on Friday and today and claimed that

16   Special Agent Lazarus could not have witnessed Meggs and

17   Harrelson and the rest of the Oath Keepers' interactions

18   with Officer Dunn.  But the video does not show what they

19   say it shows.  There are lots of stairwells in the Capitol

20   building and lots of hallways.  Their investigator did not

21   know that, I have no idea how she did not know that, but

22   obviously there's lots of stairwells, lots of hallways and

23   many areas not covered by surveillance video, including the

24   small Rotunda where Officer Dunn was.

25           Special Agent Lazarus, running across a floor at

1    2:56 p.m., says nothing about his whereabouts for the prior

2    ten minutes.

3              Finally, ladies and gentlemen, what did Jason

4    Dolan and Graydon Young tell you?  There was never, never

5    any talk of going to the Capitol to help anybody.  Was not

6    discussed.

7              They did not go to help.  In fact, Jason Dolan

8    explained police officers were obstacles in his mind,

9    obstacles to be moved out of the way.  So their group could

10   access their true targets:  Members of Congress.

11             Even Jessica Watkins on the witness stand admitted

12   that once they left the building, Meggs told the group that

13   was assembled outside, "We took the castle, we need to hold

14   our ground, we're going to hold the area all night."

15             These defendants were not helpful to anybody but

16   themselves and their own criminal conspiracy.

17             Just a couple more points I want to hit for you,

18   ladies and gentlemen.

19             First is Zello.  The defense would have you

20   believe that Watkins' Zello communications had absolutely

21   nothing to do with the other defendants.

22             Wrong.  On the stand, Watkins admitted that she

23   joined the two Zello channels because she was specifically

24   invited by Dodd Koehler and Holden Haney, the two Oath

25   Keeper leaders from Illinois who she knew were very close

1    with Stewart Rhodes.

2              In fact, the evidence you have before you even

3    shows that Dodd Koehler had done vetting for Stewart Rhodes,

4    and that afterward, Watkins got promoted to do vetting

5    herself.

6              Watkins admitted to you she assumed other members

7    of the Oath Keepers were in D.C. and were on these Zello

8    communications.

9              And not only did Holden Haney, Freedom Dozer,

10   provide Watkins with intelligence and updates and

11   reconnaissance and encouragement, but he told her, at 2:46

12   p.m., just before she stormed down that Senate hallway and

13   just after she gave her update about what she was doing and

14   seeing, "Get it, Jess.  Do your shit.  This is what we

15   fucking lived up for.  Everything we fucking trained for."

16             Don't forget Montana Siniff's testimony about

17   Holden Haney, Freedom Dozer.  After Watkins was arrested,

18   according to Siniff, Haney came to Ohio looking for Watkins

19   and he made Siniff get on the phone with Rhodes.  This is

20   Holden Haney at Rhodes' request.

21             Haney wanted to know the name of the FBI agent who

22   was investigating Watkins, and Siniff heard Rhodes offer to

23   pay for Watkins' lawyer, a gesture that Montana Siniff,

24   sitting right here, admitted to you all, he took as a

25   gesture that Rhodes was trying to ingratiate himself with

1   Watkins.  Do you think that Holden Haney did all of that on

2   his own.

3              And, finally, Mr. Crisp.

4              THE COURT:  I'm sorry.  Ten minutes, Mr. Nestler.

5              MR. NESTLER:  Yes, Your Honor.

6              Mr. Crisp had the gall to tell you that Watkins

7   had a law-abiding character, that she stormed into the

8   Capitol to "arrest those treasonous bastards."

9              I'm sorry, she said she had a law-abiding

10  character.

11             Ladies and gentlemen, Jessica Watkins, according

12  to the Zello, stormed into the building at the request of

13  somebody else who told her, "Go arrest those treasonous

14  bastards."

15             Her fiancé's opinion of her character, that same

16  fiancé who urged her not to come to D.C. in the first place

17  because it was, "too risky," means absolutely nothing about

18  her law abidingness.

19             For Harrelson, you heard that Mr. Geyer made

20  several arguments today about Mr. Harrelson, that he had a

21  sense of duty to his country.  He stormed into the

22  United States Capitol yelling "Treason."  Jason Dolan told

23  you they were both yelling "Treason."  You have Harrelson's

24  video.  He's heard yelling "Treason."  And what did

25  Jason Dolan tell you about why they were yelling treason?

1    They wanted members of Congress to hear them and they wanted

2    members of Congress to be scared.

3        We talked about Harrelson's messages or lack of

4    messages.  Harrelson actually was able to delete on Signal

5    his messages that resided on other people's phones.  This is

6    not from his phone.  This is from someone else's phone.

7    Harrelson was able to delete a message he had sent on the

8    evening of January 6th from somebody else's phone.  That is

9    why you do not have so many messages from Harrelson.

10        And, Abdullah Rasheed, Mr. Geyer mentioned

11    Abdullah Rasheed, the man who recorded the November 9th

12    GoToMeeting, first, the recording itself is the evidence.

13    No one has disputed its authenticity.

14        Indeed, Rasheed sent tips to the FBI about the

15    call immediately after the call, and then again after

16    January 6th.

17        The second point about Rasheed.  It was

18    Stewart Rhodes and the Oath Keepers, not the government,

19    that made Mr. Rasheed a leader of the West Virginia chapter

20    of the Oath Keepers, and invited him to that private

21    leadership meeting on November 9th.

22        And, finally, ladies and gentlemen, the fact that

23    Abdullah Rasheed is a convicted sex offender should make you

24    even more concerned about what Rhodes and his cronies were

25    up to.  Even Mr. Rasheed, the convicted sex offender, as

1  they pointed out, not the government pointed out, thought
2  that what Rhodes was advocating was a bridge too far.
3           Mr. Geyer made a comment about Kelly Meggs
4  bringing his wife to an insurrection, said, "Who brings
5  their wife to an insurrection?"
6           Connie Meggs was a co-conspirator, breached the
7  building with the others, and here on the evening of
8  January 6th, her statement is a perfect encapsulation about
9  what it is that she, her husband Kelly Meggs, and Harrelson
10  and Watkins and others did.  We heard about Mike Pence being
11  a derogatory word, her word, what she meant as spineless,
12  that he didn't have the fortitude to unilaterally stop the
13  certification of the vote.  So everyone went to the Capitol
14  to stop the vote.
15           Last topic I want to hit, ladies and gentlemen, is
16  compliance with gun laws.
17           Do not be fooled.  These defendants did not try to
18  comply with D.C.'s gun laws because they were law abiding.
19  They did it because if they got arrested they would be no
20  use to the conspiracy.
21           What did Rhodes say on November 9th.  "If you're
22  going to come in, go in complying, you know, 'complying'
23  with D.C.'s gun laws."
24           These defendants wanted to lull the police into
25  complacency.  That's why Don Siekerman told you he contacted

```
 1   MPD.  He didn't want -- don't give him any credit for trying
 2   to contact the police in advance.  He wanted to know the
 3   exact bounds of what they could get away with.  He wanted to
 4   lull the police to complacency.  He was literally organizing
 5   to overwhelm D.C. for a literal blockade of the city to
 6   starve its residents.  He never told MPD about the QRF.  He
 7   never mentioned that he and Rhodes and the rest of the
 8   conspirators wanted to start a Civil War.
 9            Make no mistake, ladies and gentlemen, that is
10   what Rhodes wanted.  He wanted to start a Civil War.  They
11   wanted to attack what they saw as an illegitimate
12   government.
13            Rhodes told his followers on the afternoon of
14   January 6th about storming the governor's mansion.
15            "Next comes our Lexington."
16            What is Lexington?  You heard it in this case.
17   The start of the Revolutionary War.
18            Defense counsel brought up what Jason Dolan heard
19   Rhodes say when he left the Capitol.  Let me read to you
20   exactly what Jason Dolan said on this witness stand.
21   "I think he," Rhodes, "I think I heard him say at one point
22   time that was pretty stupid, but I couldn't tell you exactly
23   what he said, and then I probably wasn't paying much
24   attention after that."
25            But you, ladies and gentlemen, you know what
```

```
 1   Rhodes thought, that January 6th was the first shot in a
 2   war.
 3          Rhodes lamented in that secret recording Jason
 4   Alpers made on January 10th, that he wished they had brought
 5   their rifles.
 6          "Then we," his words, "we," he and his followers,
 7   "could have fixed it right then and there," because then
 8   he'd, "hang Speaker of the House Nancy Pelosi from a
 9   lamppost."
10          Ladies and gentlemen, Kelly Meggs told his
11   co-conspirators that, "we make the rules," and
12   Stewart Rhodes preached to his followers that they were
13   above the law, they would decide what laws to comply with
14   and not.
15          They most certainly do not make the rules, and
16   they most certainly are not above the law.  They are subject
17   to the same rules, the same laws, the same requirements as
18   every other citizen in this country.
19          Our country was founded on the principle that the
20   people hold the power to effect change in their government.
21   Not certain people.  Not like them.  The people.  Through
22   votes.  Through voices.  Through protests.  Through civil
23   discourse.  That is how the peaceful transfer of power has
24   occurred in our country for over 200 years.
25          These defendants ignored that history.  They
```

1    ignored the laws.  And they ignored the will of the people

2    because they hated the outcome of the 2020 Presidential

3    election.  It was to them "an existential threat" so they

4    took matters out of the hands of the people and put rifles

5    into their own hands.

6              They drove across the country and took aim at this

7    city we're in right now, Washington, D.C.  They stopped the

8    transfer of power, they agreed it must be done, and they did

9    it.  While doing so, they claimed to be Oath Keepers.  They

10   did not live up to that creed.

11             They claimed to wrap themselves in the

12   Constitution.  They trampled it instead.

13             They claimed to be saving the Republic, but they

14   fractured it instead.

15             But it still stands, ladies and gentlemen, the

16   real Oath Keepers on January 6th are living proof of that.

17   The law enforcement officers who faced these defendants and

18   protected the process, the members of Congress who faced a

19   riot and yet returned to fulfill their solemn constitutional

20   duty in joint session later that night on January 6th, and

21   now you, the jury, whom the Constitution gives that awesome

22   power to decide whether these defendants are guilty of their

23   crimes.  These five people, ladies and gentlemen, believe

24   they were above the law.  No one is.

25             Now it is your solemn responsibility to sit in

1    judgment and to hold them accountable for agreeing to commit

2    sedition against the government of the United States of

3    America.  They are not above the law.

4           We ask you to uphold the Constitution that they

5    tried to subvert.  We ask you to return the only verdict

6    that's consistent with all the evidence, that Stewart Rhodes

7    is guilty, that Kelly Meggs is guilty, that

8    Kenneth Harrelson is guilty, that Jessica Watkins is guilty,

9    and that Thomas Caldwell is guilty.  Thank you.

10          THE COURT:  All right.  Thank you, Mr. Nestler.

11          All right.  Ladies and gentlemen, the last piece

12   of business here is for me to provide you with some final

13   instructions before you begin your deliberations.  This

14   should just take about 10 to 15 minutes, even if that long.

15          When you return to the jury room, you should first

16   select a foreperson to preside over your deliberations and

17   to be your spokesperson here in court.  There are no

18   specific rules regarding how you should select a foreperson.

19   That is up to you; however as you go about the task, be

20   mindful of your mission, to reach a fair and just verdict

21   based on the evidence.

22          Consider selecting a foreperson who will be able

23   to facilitate your discussions, who can help you organize

24   the evidence, who will encourage civility and mutual respect

25   among all of you, who will invite each juror to speak up

```
 1    regarding his or her views about the evidence, and who will
 2    promote a full and fair consideration of that evidence.
 3            I would like to remind you that in some cases,
 4    there may be reports in the newspaper, on the radio, the
 5    Internet, or television concerning this case.  There will
 6    undoubtedly and there has been media coverage in this case.
 7    And so of course you may be temped to read it, listen to it
 8    or, watch it, although I know you have not.  You must not
 9    read, listen to, or watch such reports because you must
10    decide this case solely on the evidence presented in this
11    courtroom.
12            If any publicity about this trial inadvertently
13    comes to your attention, do not discuss it with other jurors
14    or anyone else.  Just let me know or Mr. Douyon know as soon
15    after it happens as you can, and I will briefly discuss it
16    with you.
17            As you retire to the jury room to deliberate, I
18    also wish to remind you of an instruction I gave you at the
19    beginning of the trial during deliberations, you may not
20    communicate with anyone not on the jury about this case.
21    This includes any electronic communication such as email and
22    texting or blogging about the case.  In addition you may not
23    conduct any independent investigation during deliberations.
24    This means you may not conduct any research in person or
25    electronically or via the Internet or in any other way.
```

1    If it becomes necessary during your deliberations

2    to communicate with me, you may send a note by deputy signed

3    by your foreperson or by one or more members of the jury.

4    No member of the jury should try to communicate with me

5    except by such a signed note.  And I will never communicate

6    with any member of the jury on any matter concerning the

7    merits of this case except in writing or orally here in open

8    court.

9    Bear in mind that you are never under any

10   circumstances to reveal to any person, not the clerk or me,

11   how jurors are voting until you have reached a unanimous

12   verdict.  This means you should never tell me in writing or

13   in open court how the jury is divided on any matter, for

14   example, 6-6 or 1-1 or in any other fashion, or whether the

15   vote favors the government, the defendants, or what it may

16   be on any other issue in the case.

17   It is your duty as jurors to consult with one

18   another and to deliberate expecting to reach an agreement.

19   You must decide the case for yourself, but you should do so

20   only after thoroughly discussing it with your fellow jurors.

21   You should not hesitate to change an opinion when convinced

22   that it is wrong.  You should not be influenced to vote in

23   any way on any question just because another juror favors a

24   particular decision or holds an opinion different from your

25   own.

10352

1          You should reach an agreement only if you can do

2    so in good conscience.  In other words, you should not

3    surrender your honest beliefs about the effect or weight of

4    the evidence merely to return a verdict or solely because of

5    other jurors' opinions.

6          The attitude and conduct of jurors at the

7    beginning of their deliberations are matters of considerable

8    importance.  It may not be useful for a juror upon entering

9    the jury room to voice a strong expression of an opinion on

10   the case or to announce a determination to stand for a

11   certain verdict.  When one does that at the outset, a sense

12   of pride may cause that juror to hesitate to back away from

13   an announced position after a discussion of the case.

14         Furthermore, many jurors find it useful to avoid

15   an initial vote upon retiring to the jury room.  Calmly

16   reviewing and discussing the case at the beginning of

17   deliberations is often a more useful way to proceed.

18   Remember that you are not partisans or advocates in this

19   matter but you are the judges of the facts.

20         Now, each count of the indictment charges a

21   separate offense; moreover, each defendant is entitled to

22   have the issue of their guilt as to each of the crimes for

23   which they are on trial determined from their own conduct

24   and from the evidence that applies to them as if they were

25   being tried alone.  You should therefore consider separately

1    each offense and the evidence which applies to it, and you

2    should return separate verdicts as to each count of the

3    indictment, as well as to each defendant.

4         The fact that you may find any one defendant

5    guilty or not guilty on any one count of the indictment

6    should not influence your verdict with respect to any other

7    count of the indictment for that defendant.  Nor should it

8    influence your verdict with respect to any other defendant

9    as to that count or any other count in the indictment.  Thus

10   you may find any one or more of the defendants guilty or not

11   guilty on any one or more counts of the indictment, and you

12   may return different verdicts as to different defendants and

13   as to different counts.

14        At any time during your deliberations, you may

15   return your verdict of guilty or not guilty with respect to

16   any defendant on any count.

17        Now, a verdict must represent the considered

18   judgment of each juror, and in order to return a verdict,

19   each juror must agree on the verdict; in other words, your

20   verdicts must be unanimous.

21        The question of possible punishment of the

22   defendant or a defendant in the event of a conviction is not

23   a concern of yours and should not enter into or influence

24   your deliberations in any way.  The duty of imposing

25   sentence in the event of a conviction rests solely and

1  exclusively with me.  Your verdict should be based solely on

2  the evidence in this case, and you should not consider the

3  matter of punishment at all.

4        I will be sending into the jury room with you the

5  exhibits that have been admitted into evidence except the

6  physical evidence.  You may examine any or all of the

7  evidence as you consider your verdicts.  Please keep in mind

8  that exhibits that were only marked for identification but

9  were not admitted into evidence will not be given to you to

10 examine or consider in reaching your verdict.

11       If you wish to examine the physical evidence,

12 please notify the Clerk by written note, and a marshal will

13 bring the physical evidence to you.

14       If you wish to examine any firearms, ammunition,

15 or firearms-related evidence, for security purposes, the

16 marshal will remain in the jury room while each of you has

17 the opportunity to examine this evidence.  You should not

18 discuss the evidence or otherwise discuss the case amongst

19 yourselves while the marshal is present in the jury room.

20 You may ask to examine physical evidence as often as you

21 find it necessary.

22       If you wish to see or hear portions of the video

23 or audio recordings that I have admitted into evidence, you

24 will have those exhibits available to you for deliberation.

25       I will provide each of you with a copy of my

instructions.  During your deliberations you may, if you

want, refer to those instructions.  While you may refer to

any particular portion of the instructions, you are to

consider the instructions as a whole, and you may not follow

some and ignore others.  If you have any questions about the

instructions, you should feel free to send me a note.

Please return your instructions to me when your verdict is

rendered.

            You will be provided with a verdict form for use

when you have concluded your deliberations.  The form is not

in evidence -- excuse me, the form is not evidence in this

case, and nothing in it should be taken to suggest or convey

any opinion by me as to what the verdict should be.  Nothing

in the form replaces the instruction of law I have already

given you, and nothing in it replaces or modifies the

instructions about the elements which the government must

prove beyond a reasonable doubt.  The form is meant only to

assist you in recording your verdict.

            When you have reached your verdict, just send me a

note telling me you have reached your verdict, and have your

foreperson sign the note.  Do not tell me what your verdict

is.  The foreperson should fill out and sign the verdict

form that will be provided.  We will then call you into the

courtroom and ask your verdict in open court.

            The last thing I must do before you begin your

1    deliberation is to excuse the alternate jurors.  As I told

2    you before, the selection of alternates was an entirely

3    random process.  There were no -- the alternate seats were

4    selected before any of you entered the courtroom.  It's

5    always difficult to dismiss alternates in any trial, because

6    we ask so much of jurors, but dismissing the alternates in

7    this case is particularly difficult because of the number of

8    weeks you have sacrificed and the time and attention you

9    have given to this case.

10          That said, since we have 12 deliberating jurors

11   who have remained healthy an attentive, I will now excuse

12   jurors who are in seat 11 and 14, who were selected as

13   alternates.

14          Now, before you leave, before you hustle out of

15   here, please make sure Mr. Douyon has your contact

16   information and that he can contact you.  I do this because

17   it is possible, though unlikely, that we will need to summon

18   you back to rejoin the jury in this case in case something

19   happens to a deliberating juror.  Since that possibility

20   exists, I am going also going to instruct you not to discuss

21   the case with anyone until we call you.

22          My earlier instruction on use of the Internet and

23   exposure to media also still applies.  Do not research this

24   case or communicate about it on the Internet.  In all

25   likelihood, we will be calling you to tell you that there

```
 1   has been a verdict and that you will now be free to discuss
 2   the case.  There is, however, a small chance that we will
 3   need to bring you back on to the jury.
 4            I want to thank you very much for your service,
 5   and Mr. Douyon will provide you with further instructions.
 6   So we'll now excuse jurors 11 and 14.  Thank you both very
 7   much.
 8            (Alternate jurors exited the courtroom.)
 9            THE COURT:  And then there were 12.
10            You all will be our deliberating jurors.  Your
11   deliberations will begin tomorrow morning.
12            You will have or should have tomorrow morning all
13   of the instructions for you.  We will endeavor to make sure
14   all the exhibits are available for you.  Mr. Douyon will
15   instruct you on how to access those exhibits, and we will
16   have the verdict form for you to begin your deliberations.
17            Would you all like to begin at 9 or 9:30?
18            A JUROR:  9:30.
19            THE COURT:  Okay, 9:30 it is.
20            So we'll again tomorrow at 9:30.  You will report
21   as you usually have during this trial.  The case is now
22   finally yours after all these weeks.  So we thank you, have
23   a good night, and best of luck.
24            Just a reminder we will not be -- just as a real
25   quick reminder or real quick instruction.  When you start
```

```
 1   the day, we will not bring you back into the courtroom, and

 2   when you end the day, we will not bring you in the

 3   courtroom.  You will be dismissed at 5:00 when your

 4   deliberations have concluded.  So if we do not see you

 5   tomorrow, a reminder we will not be deliberating, or you

 6   will not be deliberating on Wednesday, and you will return

 7   the following Monday at 9:30.

 8            Thank you, all, very much.  If we do not see you

 9   tomorrow, have a wonderful Thanksgiving holiday, take care,

10   and be well and good luck.

11            (Jury exited the courtroom.)

12            THE COURT:  All right.  Please be seated,

13   everybody.

14            Just a few loose ends up.

15            I want to make sure everybody has their thumb

16   drives or whatever data device you're going to use to

17   provide to Mr. Douyon with the exhibits.  And with respect

18   to exhibit lists, where are we?  Has everybody signed off on

19   the exhibit lists for the other side?

20            MS. RAKOCZY:  No, Your Honor.

21            Your Honor, the government has received exhibit

22   lists from some but not all defendants so we will need the

23   night to receive those and look those over.  We have

24   provided our exhibit lists and a statements list and a

25   statements key as we discussed with the Court to the
```

1    defense.  We heard back objections, I think, only from

2    Mr. Fischer, and we resolved those objections so far as we

3    understand, and that's the status of the government's

4    exhibits.

5            THE COURT:  Okay.  Defense counsel, where are we

6    on getting --

7            MR. BRIGHT:  May I talk to Kate right now, Your

8    Honor?

9            THE COURT:  Mr. Crisp.

10           MR. CRISP:  The only question that I had on behalf

11   of Ms. Watkins is there were two exhibits, the numbers that

12   I wasn't clear on.  One was the Louisville unredacted, you

13   know, like start to finish Louisville video that I don't

14   remember the number, and then the same, I believe it was

15   with the, I believe we -- Mr. Douyon had the Ranger flag as

16   50, I think that is correct, but I don't remember what

17   number we gave the other exhibits so I think it's really

18   only one, I'm sorry.

19           THE COURT:  Okay.

20           MR. CRISP:  And other than that, we have them all

21   labeled.

22           THE COURT:  Okay.

23           If you don't have these, we'll try and figure it

24   out.

25           MR. CRISP:  I looked back at the transcript and

```
 1   I'm not sure, so I'm -- 37 maybe.
 2              THE COURT:  I'm sorry.  Was that was the full
 3   Louisville, was that introduced through an agent or remind
 4   me who --
 5              MR. CRISP:  That will have been through Siniff.
 6              THE COURT:  Okay.  All right.  Well, that should
 7   be easy enough to figure out, hopefully.
 8              All right.  What about from Mr. Caldwell and
 9   Mr. Harrelson, your exhibit lists?
10              MR. FISCHER:  I would say 99 percent done,
11   Your Honor, so it shouldn't be an issue getting it tonight.
12              MR. GEYER:  They're processing.
13              THE COURT:  If everybody could get those to the
14   government this evening, ideally I'd like have the jury have
15   all of that in hand tomorrow when they begin so they think
16   we're organized in getting stuff done.  If there are any
17   issues with respect to anything on the exhibit list, please
18   let me know.  I'm supposed to start a jury selection
19   tomorrow at 9:30, right, so I've got a little bit of time in
20   the morning if there are any issues that arise.
21              MS. RAKOCZY:  Yes, Your Honor.  We'll look those
22   over tonight, understanding that if we receive them in the
23   middle of the night, we're going to need a little time in
24   the morning to look some of them over.
25              THE COURT:  Understood.
```

1          MS. RAKOCZY:  Also just housekeeping, Your Honor,

2     we did not mark but like to mark for the record, the

3     PowerPoints that the government used for its closing and

4     we'll mark those 9385 and 9386 respectively just for the

5     record.

6          THE COURT:  Okay.  If you all want to provide

7     exhibit numbers for your defense closing that's -- I mean,

8     for your PowerPoints, that's fine, I'm not sure it's

9     essential.

10          Okay.  Anything else we need to take up?

11          MR. CRISP:  Judge, we don't have to come back in

12     tomorrow?  You don't expect us to come in first thing in the

13     morning?

14          THE COURT:  No, so you do not need to come back to

15     be here in the morning.  You should, however, be within

16     shouting distance of the courthouse.

17          Now, I leave it to defense counsel to coordinate

18     amongst yourselves, if you want to have one representative

19     here, two representatives, whatever the case may be, but

20     certainly all defense counsel, at least one defense

21     counsel -- well, let's put it differently.  Defense counsel

22     for each defendant ought to be readily available if not

23     physically present.

24          MR. CRISP:  In the courthouse?

25          THE COURT:  No, just so that you can communicate

```
 1   amongst yourselves.  Now, again, if you're not here
 2   physically, that's going to limit your ability to speak with
 3   your client so I would talk to them about --
 4              MR. CRISP:  No.  I understand.
 5              THE COURT:  -- whatever arrangements you all are
 6   making amongst yourselves, okay.
 7              MR. FISCHER:  Your Honor, can I ask, are we not --
 8   you're not sitting on Wednesday and Friday; is that correct?
 9              THE COURT:  Correct, correct.
10              MS. HALLER:  Just one housekeeping issue,
11   Your Honor.
12         We finished our exhibit lists and all our exhibits
13   are uploaded to the government, but we don't have a number
14   for the two announcements that came in with the government's
15   agreement when Nichols, when those exhibits didn't come in,
16   so the two that were agreed upon to come in, we would make
17   87 and 88.
18              THE COURT:  Hang on one second.
19         Well, we can just add those exhibit numbers to the
20   end of your list.
21              MS. HALLER:  Okay, I just wanted to put on for the
22   record 87 and 88 would be the final two for the two
23   announcements we had previously, because they weren't
24   numbered at the time.
25              MR. NESTLER:  They were not moved into evidence.
```

```
 1    So that's what the issue was.  They were going to move them
 2    in through Mr. Nichols who didn't testify and then they were
 3    admitted.
 4              THE COURT:  I thought you all had stipulated --
 5              MS. HALLER:  No, we had agreed.  These are the two
 6    from the website, not the ones what you all objected to.  So
 7    I'm not talking about the photos and the videos.  Those were
 8    identified with numbers.
 9              I'm talking about the two we had agreed upon.
10              MR. NESTLER:  Right, we had agreed they would be
11    admissible if Mr. Nichols was testifying, but we can talk to
12    Ms. Haller.  I'm not sure they were coming into evidence.
13              THE COURT:  Okay.  Well, you all chat about it.
14    I mean, I understood -- I thought there had been an
15    agreement reached as to those, but maybe I'm mistaken.
16              MR. NESTLER:  Okay.
17              THE COURT:  All right.  Is there anything else,
18    folks?
19              Okay.  You know, I'll leave it to other people to
20    put this trial in its proper historical context.  That's not
21    for me to do, but what I will say is this:  If the American
22    people were looking for an example of how our institutions
23    are supposed to work, about how our democracy functions,
24    about how our criminal justice system operates, they have no
25    better example than this case.
```

1          The lawyers on both sides of this case,

2    notwithstanding the high stakes, notwithstanding novel

3    principles, the volume of evidence for months and months and

4    months have demonstrated nothing but the highest degree of

5    professionalism.

6          And our profession as lawyers should not only be

7    proud of what they've done but people in this country should

8    be proud of what all of you have done.  The time you've put

9    in, the separation from your families and the commitment to

10   justice.

11          However this jury comes out, however this jury

12   comes out, the reflection on the people in this room and

13   what you have accomplished over the last seven to eight

14   weeks, and even longer than that, is a testament to your

15   character, your ability, and your skill, and I have been

16   honored to have presided over this trial with all of you

17   here and, frankly, you have done more to demonstrate to the

18   American people how our government operates and how it is

19   supposed to run in ways I don't think you all quite can

20   appreciate.

21          So I want to thank you on my behalf, on behalf of

22   the courts.  I wish you all a good evening.  If we don't see

23   you all tomorrow, I wish everybody a nice Thanksgiving

24   holiday, and we'll certainly see you probably soon.

25   Thank you, everybody.

1          COURTROOM DEPUTY:  All rise.

2          THE COURT:  Please don't wait for me.  Thank you.

3          COURTROOM DEPUTY:  This Court stands in recess.

4          (Proceedings concluded at 5:02 p.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__November 21, 2022____    

William P. Zaremba, RMR, CRR

10367

A JUROR: [1]
10357/18
COURTROOM
DEPUTY: [13] 10114/8
10131/21 10189/19
10192/12 10223/7
10225/24 10233/11
10233/15 10291/6
10291/25 10293/11
10365/1 10365/3
MR. BRIGHT: [1]
10359/7
MR. CRISP: [36]
10114/4 10130/2
10131/1 10131/3
10192/3 10192/5
10192/7 10192/9
10192/17 10195/17
10196/4 10196/9
10212/3 10226/4
10226/13 10226/17
10226/25 10227/7
10227/17 10227/22
10228/22 10229/13
10229/18 10230/8
10232/18 10233/4
10233/7 10293/7
10305/4 10359/10
10359/20 10359/25
10360/5 10361/11
10361/24 10362/4
MR. FISCHER: [27]
10114/5 10116/8
10119/9 10120/5
10127/16 10131/5
10233/24 10236/6
10237/14 10238/6
10238/21 10239/4
10239/10 10239/16
10245/25 10247/19
10248/7 10265/18
10265/22 10266/10
10267/16 10276/23
10285/22 10286/15
10324/3 10360/10
10362/7
MR. GEYER: [71]
10114/6 10120/9
10120/17 10120/21
10121/1 10121/10
10121/22 10122/4
10123/1 10123/4
10123/9 10123/12
10123/22 10124/1
10125/8 10125/23
10125/25 10126/7
10127/1 10127/9
10127/20 10127/24
10128/1 10130/22
10132/5 10138/10
10139/4 10139/6
10141/17 10141/19
10141/21 10142/1
10143/6 10143/8
10144/5 10150/4
10159/22 10159/24
10161/4 10162/18

10163/9 10163/11
10163/14 10165/17
10167/20 10170/6
10170/24 10175/3
10176/11 10176/24
10177/16 10177/18
10178/2 10179/2
10179/4 10180/5
10180/15 10182/20
10182/24 10184/3
10186/1 10186/5
10186/19 10187/14
10187/16 10188/24
10191/7 10191/15
10360/12
MR. LINDER: [1]
10114/7
MR. MANZO: [3]
10115/8 10127/12
10127/17
MR. NESTLER: [20]
10127/25 10128/2
10130/5 10131/11
10131/14 10131/18
10229/19 10230/10
10291/10 10294/5
10302/3 10305/10
10305/13 10305/15
10307/20 10324/7
10343/5 10362/25
10363/10 10363/16
MR. WOODWARD: [4]
10130/13 10224/20
10225/5 10225/18
MS. HALLER: [4]
10302/1 10362/10
10362/21 10363/5
MS. RAKOCZY: [54]
10138/8 10139/1
10141/16 10141/24
10143/5 10144/3
10150/2 10161/2
10162/16 10163/6
10165/15 10170/22
10177/15 10178/25
10182/17 10185/24
10190/1 10190/4
10190/17 10190/20
10191/6 10191/19
10195/15 10223/9
10224/3 10224/9
10224/16 10224/22
10225/20 10231/8
10231/19 10232/8
10232/12 10232/24
10236/5 10236/14
10237/4 10238/9
10239/1 10245/23
10247/17 10248/4
10265/17 10266/8
10267/14 10276/20
10286/12 10291/18
10291/20 10292/6
10293/6 10358/20
10360/21 10361/1
THE COURT: [164]
10114/2 10114/25

10119/14 10120/6
10120/13 10120/18
10120/22 10121/2
10121/16 10121/25
10122/11 10123/2
10123/8 10123/11
10123/15 10123/23
10124/18 10125/18
10125/24 10126/1
10126/18 10127/2
10127/11 10127/18
10127/22 10128/3
10130/7 10130/20
10130/23 10131/2
10131/4 10131/6
10131/12 10131/15
10131/19 10133/23
10138/9 10139/2
10139/5 10141/18
10141/20 10141/25
10143/7 10144/4
10150/3 10159/20
10159/23 10161/3
10162/19 10162/25
10163/10 10165/16
10170/23 10179/1
10180/3 10182/18
10187/11 10187/15
10188/21 10189/14
10189/21 10189/25
10190/3 10190/16
10190/19 10191/5
10191/11 10192/1
10192/4 10192/6
10192/8 10192/11
10192/14 10195/16
10196/2 10196/7
10222/25 10223/24
10224/4 10224/10
10224/19 10224/23
10225/7 10225/19
10225/21 10225/25
10226/6 10226/14
10226/20 10227/5
10227/8 10227/21
10228/3 10229/11
10229/17 10230/2
10230/9 10230/11
10231/12 10232/3
10232/9 10232/15
10232/23 10233/1
10233/5 10233/9
10233/13 10233/16
10236/7 10236/10
10236/22 10238/1
10238/12 10239/3
10239/6 10239/8
10239/13 10245/24
10247/18 10248/5
10265/20 10266/9
10267/15 10276/21
10286/13 10291/2
10291/8 10291/11
10291/19 10291/21
10292/4 10292/17
10293/10 10293/13
10302/2 10305/8

10324/4 10343/4
10349/10 10357/9
10357/19 10358/12
10359/5 10359/9
10359/19 10359/22
10360/2 10360/6
10360/13 10360/25
10361/6 10361/14
10361/25 10362/5
10362/9 10362/18
10363/4 10363/13
10363/17 10365/2
THE MARSHAL: [1]
10292/3
U.S. MARSHAL: [1]
10189/24

,

'Caldwell [1] 10279/12
'complying' [1]
10345/22

0

08077 [1] 10112/8
0826 [1] 10112/14

1

1-1 [1] 10351/14
1/4 [1] 10204/1
1/5 [1] 10203/25
10 [9] 10114/12
10145/6 10190/12
10234/10 10234/10
10268/25 10314/14
10333/7 10349/14
10,000 [1] 10301/13
100 [14] 10132/23
10155/1 10174/16
10177/10 10184/16
10253/20 10258/8
10260/9 10260/11
10264/22 10284/5
10286/3 10289/23
10301/12
100 percent [1]
10126/9
1001 [2] 10118/18
10119/7
1044 [1] 10117/5
1063 [1] 10117/5
1078.1 [1] 10212/7
10:00 [1] 10209/22
10th [3] 10320/21
10329/4 10347/4
11 [3] 10268/25
10356/12 10357/6
116 [1] 10117/6
11:00 [1] 10189/17
11:03 [1] 10189/23
11:20 [1] 10189/18
11:22 [1] 10189/23
11th [1] 10244/23
12 [5] 10166/12
10250/19 10283/3
10356/10 10357/9
12 hours [1] 10250/19
12/30 [2] 10202/3

123 [1] 10117/6
125 [3] 10284/13
10284/17 10284/22
127 [1] 10285/10
12:15 [1] 10223/1
12:23 [1] 10225/23
12:42 [3] 10151/19
10153/22 10155/11
13 [3] 10210/3
10250/11 10295/4
13B [1] 10186/5
14 [6] 10132/18
10150/15 10250/12
10254/15 10356/12
10357/6
1460 [1] 10111/12
14th [2] 10136/20
10330/15
15 [14] 10110/4
10114/9 10179/23
10276/3 10286/21
10287/1 10287/3
10291/4 10291/23
10304/21 10305/2
10305/16 10326/24
10349/14
15 minutes [1]
10189/22
15-minute-long [1]
10190/23
1500 [1] 10188/7
1501 [1] 10316/22
1503 [1] 10170/16
1512 [1] 10292/15
16th [4] 10192/3
10192/4 10192/10
10320/9
17 [8] 10158/3 10158/4
10158/5 10158/15
10158/23 10159/18
10286/21 10287/3
17 minutes [1] 10287/2
17110 [1] 10111/15
17th [1] 10192/10
18 [1] 10213/3
18-minute [1] 10336/3
180 [2] 10244/6
10330/14
1808 [1] 10112/3
182.1 [1] 10270/5
1891 [1] 10268/12
18th [1] 10151/2
19 [1] 10302/23
19-year-old [1]
10213/3
19th [2] 10242/3
10242/12
1:00 [4] 10153/10
10153/12 10155/11
10262/9
1:30 [3] 10223/3
10225/22 10225/23
1:40 [1] 10188/11
1:43:30 [1] 10164/21
1:44 [1] 10165/1
1:45 [2] 10166/10

10368

## 1

1:45... [1] 10166/12
1:52 [1] 10167/17
1:59 [4] 10186/16
10187/7 10187/11
10187/17
1:59:26 [1] 10188/5
1:59:50 [1] 10186/17

## 2

2,000 [2] 10158/9
10158/21
20 [4] 10154/5 10158/3
10290/16 10291/10
200 [2] 10207/3
10347/24
2000 [1] 10143/14
20001 [1] 10113/5
20010 [1] 10112/4
2006 [1] 10112/8
2009 [1] 10138/12
2014 [2] 10142/12
10142/12
2016 [1] 10142/15
202 [3] 10110/18
10112/4 10113/5
2020 [15] 10133/14
10134/14 10138/2
10139/20 10142/16
10271/22 10295/12
10298/4 10298/13
10313/22 10316/7
10317/15 10320/18
10326/21 10348/2
2021 [10] 10135/6
10150/13 10198/6
10238/2 10242/3
10295/15 10298/24
10312/20 10313/18
10314/2
2022 [2] 10110/5
10366/7
20579 [1] 10110/17
20th [1] 10295/14
21 [3] 10110/5
10202/16 10366/7
21061-3065 [1]
10112/13
214 [2] 10111/5
10111/9
22-15 [2] 10110/4
10114/9
22-year-old [1]
10289/16
25 [3] 10154/20
10246/5 10283/18
252-7277 [1] 10110/18
252-9900 [1] 10111/5
259 [1] 10117/3
25th [1] 10321/2
267 [1] 10117/3
27-year [1] 10258/18
27th [3] 10285/11
10286/7 10286/8
291 [1] 10117/4
296 [1] 10117/4
2:00 [7] 10153/12
10186/20 10188/5

## 3

10310/1 10310/5
2:01 p.m [1] 10310/6
2:07 [1] 10209/23
2:13 [4] 10154/5
10155/11 10157/13
10339/17
2:19 [2] 10206/3
10255/9
2:20 [4] 10171/21
10188/12 10255/12
10324/24
2:21 [2] 10206/3
10206/8
2:24 [1] 10171/9
2:25 [1] 10155/4
2:28 [1] 10171/9
2:29 [1] 10157/12
2:30 [1] 10324/25
2:32 [1] 10207/5
2:35 [1] 10150/14
2:37 [1] 10316/23
2:38 [2] 10317/5
10317/8
2:42 [3] 10212/5
10212/8 10212/11
2:43 [1] 10336/7
2:44 [2] 10212/15
10333/12
2:45 [1] 10262/10
2:46 [1] 10342/11
2:56 [1] 10341/1
2:59 [1] 10311/3
2nd [1] 10250/6

## 3

30 [7] 10123/9
10138/12 10179/17
10202/3 10202/16
10266/19 10266/21
300 [1] 10112/13
302 [3] 10197/23
10198/9 10198/12
3065 [1] 10112/13
318 [1] 10111/12
3249 [1] 10113/5
3300 [2] 10111/3
10111/7
333 [1] 10113/4
34 [1] 10110/7
35 [2] 10179/14
10179/15
354-3249 [1] 10113/5
36 [2] 10243/22
10243/25
36-hour [1] 10243/19
37 [2] 10305/2 10360/1
38 [1] 10267/23
39 [1] 10243/8
395 [1] 10275/21
3:00 [2] 10291/3
10310/4
3:03 [1] 10292/4
3:20 [1] 10292/2
3:36 [1] 10216/8
3:37 [1] 10216/8
3rd [3] 10139/25
10141/12 10149/15

## 4

4.201 [1] 10227/10
40 [1] 10138/12
40 seconds [1]
10181/3
4031 [1] 10111/15
40th [2] 10136/18
10137/14
410 [1] 10112/14
412-4676 [1] 10111/16
424 [1] 10117/3
45 [5] 10131/1 10131/3
10168/24 10244/2
10262/10
4676 [1] 10111/16
47 [2] 10244/16
10244/16
487-1460 [1] 10111/12
49 [1] 10223/24
4:29 [1] 10216/5
4F [1] 10117/6
4th [3] 10117/6
10143/10 10144/14

## 5

5-foot [1] 10184/14
50 [5] 10244/16
10244/16 10244/20
10325/10 10359/16
501 [1] 10217/2
51 [2] 10244/16
10244/16
55 [6] 10186/3 10190/6
10190/17 10191/8
10191/25 10192/1
57 [2] 10244/16
10244/16
5708 [1] 10112/9
58 [1] 10205/21
5:00 [2] 10233/22
10358/3
5:02 [1] 10365/4
5:25 [3] 10250/6
10250/12 10252/1
5:39 [1] 10250/13
5:40 [2] 10250/13
10250/13
5th [6] 10140/15
10143/12 10145/10
10268/22 10269/5
10273/25

## 6

6-6 [1] 10351/14
60 [2] 10137/7 10243/6
601 [1] 10110/17
607-5708 [1] 10112/9
643 [1] 10117/4
64A [1] 10333/23
66th [1] 10275/17
6740 [1] 10209/9
6805 [2] 10202/13
10202/18
6863 [5] 10202/2
10202/9 10202/11
10202/25 10203/6
6:49 [1] 10210/2
6th [96] 10115/13

10134/13 10134/19
10134/21 10135/22
10136/19 10138/18
10140/8 10140/15
10141/11 10143/3
10143/13 10144/11
10145/10 10147/3
10148/10 10150/13
10156/25 10158/22
10198/1 10199/11
10200/22 10205/4
10241/10 10241/16
10241/21 10242/10
10243/9 10244/5
10244/7 10244/9
10244/11 10256/7
10259/16 10266/16
10267/21 10272/2
10272/14 10273/1
10273/25 10274/10
10275/16 10277/17
10281/19 10281/25
10282/9 10288/13
10295/23 10299/3
10299/3 10299/7
10299/20 10300/6
10302/10 10303/17
10303/22 10308/4
10308/12 10308/18
10309/17 10313/24
10321/5 10321/23
10326/5 10326/11
10326/18 10326/20
10328/3 10328/14
10329/2 10329/12
10329/13 10329/16
10329/23 10330/6
10330/8 10330/11
10331/21 10331/24
10332/5 10333/25
10335/24 10336/16
10336/23 10337/17
10337/22 10339/1
10344/8 10344/16
10345/8 10346/14
10347/1 10348/16
10348/20

## 7

700 [2] 10111/4
10111/8
7026 [1] 10255/4
71301 [1] 10111/11
717 [1] 10111/16
720-7777 [1] 10111/9
7277 [1] 10110/18
7310 [1] 10112/12
7447 [1] 10112/4
75 [1] 10132/23
75219 [2] 10111/4
10111/8
7777 [1] 10111/9
787-0826 [1] 10112/14
7th [3] 10143/14
10144/14 10274/16

80 [1] 10137/7
819 [1] 10111/11
848 [1] 10117/5
85 [1] 10340/9
85.S [1] 10203/18
856 [1] 10112/9
87 [2] 10362/17
10362/22
88 [2] 10362/17
10362/22
8:00 [1] 10289/19
8:16 [2] 10202/3
10202/16
8:29 [1] 10202/18
8:36 [1] 10203/6
8th [3] 10238/2
10312/20 10313/4

## 9

90 [4] 10130/21
10130/22 10131/5
10131/7
9120 [1] 10309/16
9385 [1] 10361/4
9386 [1] 10361/4
99 [1] 10360/10
9900 [1] 10111/5
996-7447 [1] 10112/4
9:00 [1] 10110/6
9:30 [6] 10357/17
10357/18 10357/19
10357/20 10358/7
10360/19
9th [6] 10136/17
10267/16 10267/18
10344/11 10344/21
10345/21

## A

a.m [4] 10110/6
10189/23 10189/23
10202/16
abbreviated [1]
10160/11
Abdullah [6] 10136/14
10138/3 10266/22
10344/10 10344/11
10344/23
abet [2] 10262/4
10262/6
abetted [1] 10319/7
abetting [5] 10261/25
10263/1 10319/9
10319/16 10335/17
abiding [10] 10199/7
10199/11 10199/19
10199/25 10216/20
10216/23 10267/7
10343/7 10343/9
10345/18
abidingness [1]
10343/18
ability [4] 10214/10
10307/10 10362/2
10364/15
able [20] 10125/2
10135/14 10173/5

**able... [17]** 10178/9
10257/1 10285/19
10301/15 10306/4
10307/8 10308/8
10318/10 10328/4
10336/19 10337/7
10340/6 10340/8
10340/11 10344/4
10344/7 10349/22
**about [290]**
**above [5]** 10347/13
10347/16 10348/24
10349/3 10366/4
**above-titled [1]**
10366/4
**absolute [1]** 10166/7
**absolutely [14]**
10126/14 10201/23
10214/23 10215/20
10222/9 10244/5
10272/1 10297/7
10312/21 10326/21
10331/25 10335/25
10341/20 10343/17
**absolved [1]** 10338/25
**absurd [1]** 10134/10
**absurdity [1]** 10158/19
**abused [1]** 10138/6
**accent [1]** 10141/7
**accept [2]** 10117/22
10222/14
**acceptable [1]** 10182/5
**access [9]** 10161/22
10164/17 10168/21
10169/4 10276/15
10312/13 10338/8
10341/10 10357/15
**accessed [1]** 10330/16
**accessible [3]** 10173/6
10328/6 10328/20
**accomplice [1]**
10262/25
**accomplish [7]**
10294/9 10297/5
10298/10 10298/11
10301/1 10301/5
10301/15
**accomplished [2]**
10297/20 10364/13
**according [7]** 10138/3
10145/4 10152/23
10255/8 10273/20
10342/18 10343/11
**accordingly [1]**
10303/3
**account [2]** 10142/12
10186/10
**accountabilities [1]**
10163/18
**accountability [3]**
10162/14 10162/24
10312/9
**accountable [1]**
10349/1
**accounts [2]** 10261/25
10330/20
**accurate [8]** 10164/4

10209/15 10237/14
10238/17 10269/25
10287/23
**accurately [1]**
10164/10
**accusations [3]**
10133/6 10289/10
10322/7
**accuse [2]** 10278/2
10278/4
**accused [5]** 10138/14
10158/16 10171/14
10278/9 10280/3
**achieve [4]** 10220/20
10230/22 10302/25
10303/11
**achieved [1]** 10329/2
**acknowledges [1]**
10222/21
**acquit [7]** 10159/10
10160/9 10173/9
10189/6 10222/19
10234/3 10238/19
**acquitted [1]** 10240/2
**across [11]** 10183/13
10247/4 10247/4
10275/5 10275/8
10281/16 10281/20
10281/22 10306/11
10340/25 10348/6
**act [19]** 10138/20
10138/22 10138/24
10139/6 10157/5
10259/9 10271/4
10271/5 10271/8
10271/10 10271/11
10271/13 10295/20
10295/22 10303/3
10303/14 10304/11
10326/25 10338/23
**acted [3]** 10177/13
10304/6 10337/11
**acting [2]** 10227/12
10306/11
**actions [13]** 10263/15
10294/16 10300/4
10315/20 10319/10
10319/20 10327/7
10327/19 10327/21
10330/12 10334/23
10339/1 10340/11
**activate [1]** 10327/14
**active [6]** 10125/9
10153/1 10166/14
10167/10 10176/7
10269/17
**actively [3]** 10124/12
10166/21 10333/18
**activities [3]** 10198/14
10198/17 10198/19
**activity [1]** 10178/9
10179/15 10198/17
**actual [6]** 10132/20
10135/21 10139/7
10188/4 10196/8
10308/6
**actually [50]** 10124/1

10135/24 10146/13
10152/6 10152/21
10153/6 10156/3
10186/19 10186/23
10187/9 10191/25
10197/3 10203/9
10206/12 10209/16
10253/10 10260/15
10261/10 10262/19
10267/22 10270/4
10274/13 10275/14
10294/11 10298/18
10301/4 10301/5
10311/18 10313/15
10318/22 10321/21
10322/10 10325/5
10325/5 10325/13
10325/20 10326/10
10329/19 10329/20
10333/9 10333/9
10333/15 10335/12
10335/13 10335/19
10344/4
**acute [1]** 10170/16
**ad [1]** 10199/3
**adamant [5]** 10309/18
10309/24 10312/18
10315/7 10339/18
**add [3]** 10196/11
10250/16 10362/19
**added [2]** 10139/24
10338/13
**addition [6]** 10122/20
10124/11 10314/17
10333/21 10336/23
10350/22
**additional [3]**
10306/21 10329/17
10329/17
**Additionally [1]**
10124/14
**address [5]** 10204/4
10224/20 10229/4
10294/23 10331/12
**addressed [1]**
10316/14
**addressing [1]**
10231/21
**adjacent [1]** 10183/1
**adjoining [1]** 10306/10
**admissible [1]**
10363/11
**admission [1]**
10191/13
**admit [4]** 10163/20
10164/20 10284/11
10313/3
**admitted [30]**
10116/22 10119/2
10124/8 10126/5
10159/8 10161/11
10163/1 10163/3
10191/16 10191/25
10192/2 10224/1
10265/10 10265/13
10303/16 10310/17

10325/9 10336/16
10338/6 10340/9
10341/11 10341/22
10342/6 10342/24
10354/5 10354/9
10354/23 10363/3
**admitting [1]** 10120/23
**adopted [1]** 10145/19
**adopts [1]** 10164/19
**Adrian [1]** 10246/21
**Adrian Grimes [1]**
10246/21
**advance [3]** 10277/17
10308/18 10346/2
**advantage [2]**
10144/10 10220/16
**advised [1]** 10118/7
**advocate [1]** 10132/8
**advocated [1]**
10271/10
**advocates [1]**
10352/18
**advocating [1]**
10345/2
**affect [1]** 10301/4
**affidavit [5]** 10270/3
10279/5 10279/7
10279/8 10279/12
**affiliate [1]** 10282/8
**affiliates [1]** 10281/9
**affirmative [2]**
10124/21 10127/7
**affirmatively [1]**
10123/23 10127/3
10127/5
**afford [1]** 10141/22
**after [88]** 10125/11
10126/12 10136/15
10137/23 10141/22
10142/2 10146/11
10149/15 10153/12
10157/13 10168/9
10171/10 10189/17
10196/20 10196/22
10198/1 10198/2
10199/22 10202/24
10202/24 10204/6
10206/25 10207/1
10207/2 10207/7
10216/6 10233/20
10235/14 10244/4
10247/12 10251/2
10251/25 10252/1
10252/3 10252/11
10254/3 10254/4
10258/12 10264/19
10271/21 10272/18
10272/18 10273/2
10274/10 10277/1
10279/9 10281/13
10282/18 10283/3
10285/14 10286/4
10288/10 10293/4
10294/8 10294/8
10294/9 10295/2
10295/11 10303/17
10303/21 10310/20

10313/4 10320/9
10321/20 10321/24
10323/3 10324/24
10330/3 10330/11
10330/15 10330/23
10331/8 10334/14
10334/15 10335/7
10338/2 10338/16
10342/13 10342/17
10344/15 10344/15
10346/24 10350/15
10351/20 10352/13
10357/22
**afternoon [15]** 10192/9
10262/10 10273/24
10286/8 10299/6
10309/17 10326/10
10328/3 10328/14
10329/2 10332/4
10333/25 10334/2
10337/22 10346/13
**afterward [1]** 10342/4
**afterwards [4]**
10189/16 10206/20
10257/8 10308/18
**again [50]** 10126/1
10131/24 10132/6
10132/23 10136/10
10140/2 10142/2
10147/12 10148/5
10149/17 10159/25
10163/14 10172/22
10174/25 10183/12
10187/21 10187/24
10195/24 10199/9
10201/15 10202/8
10204/17 10205/19
10205/20 10206/23
10206/25 10214/19
10215/10 10216/8
10218/24 10223/10
10258/14 10259/15
10262/21 10262/23
10267/11 10269/3
10271/1 10279/20
10280/25 10300/12
10303/6 10303/6
10308/11 10311/6
10314/21 10332/24
10344/15 10357/20
10362/1
**against [22]** 10132/11
10138/16 10145/21
10146/8 10150/10
10155/1 10162/2
10230/15 10235/7
10246/10 10258/25
10289/10 10301/8
10304/23 10310/12
10311/19 10311/24
10312/1 10318/5
10318/6 10320/23
10349/2
**age [2]** 10159/11
10213/3
**agencies [2]** 10134/7
10325/9

**agency [2]** 10240/2 10317/24
**agent [106]** 10116/10 10116/12 10118/8 10119/11 10120/24 10135/22 10142/4 10148/12 10148/19 10149/12 10160/1 10167/12 10185/4 10195/9 10197/18 10202/12 10217/4 10217/4 10217/6 10239/21 10242/15 10245/13 10246/7 10246/13 10247/1 10247/3 10247/20 10247/20 10253/22 10253/24 10258/18 10258/23 10258/24 10258/24 10259/2 10259/3 10259/20 10259/24 10260/1 10260/9 10260/21 10263/12 10263/13 10265/5 10265/8 10265/10 10265/12 10265/22 10266/2 10270/1 10270/6 10270/8 10270/12 10270/13 10271/19 10271/20 10274/18 10274/19 10275/14 10276/5 10276/18 10278/12 10278/13 10278/13 10278/22 10278/25 10279/4 10279/7 10279/11 10279/16 10281/3 10281/5 10281/14 10282/12 10282/12 10282/16 10283/1 10283/8 10283/13 10283/20 10285/9 10285/9 10285/11 10285/18 10286/7 10287/14 10287/19 10289/8 10289/11 10299/12 10305/1 10305/13 10305/16 10321/12 10321/19 10321/20 10322/4 10331/17 10334/2 10335/4 10340/7 10340/10 10340/16 10340/25 10342/21 10360/3
**Agent Drew [5]** 10275/14 10276/5 10287/14 10287/19 10334/2
**Agent Harris [4]** 10149/12 10282/12 10282/12 10283/1
**Agent Hilgeman [2]** 10274/19 10276/18
**Agent Palian [18]** 10245/13 10247/20

10265/10 10265/12 10270/6 10270/13 10271/20 10278/12 10278/22 10279/11 10279/16 10281/3 10281/5 10281/14 10283/20 10289/8
**Agent Palian's [2]** 10253/24 10265/5
**Agent Roeper [8]** 10258/23 10258/24 10258/24 10259/2 10259/3 10259/20 10260/1 10260/9
**agents [13]** 10117/18 10119/23 10142/10 10148/4 10202/11 10213/16 10251/7 10274/20 10282/14 10282/17 10283/18 10285/15 10323/5
**aggravated [1]** 10138/15
**agitating [1]** 10166/21
**agitators [1]** 10151/20
**ago [4]** 10132/18 10142/9 10234/2 10253/23
**agree [12]** 10203/10 10220/10 10230/24 10231/6 10231/9 10278/14 10279/4 10279/11 10282/2 10296/24 10327/21 10353/19
**agreed [18]** 10141/23 10165/22 10218/19 10219/22 10231/5 10231/17 10294/10 10297/11 10297/16 10297/19 10298/3 10308/4 10308/12 10348/8 10362/16 10363/5 10363/9 10363/10
**agreeing [6]** 10136/23 10136/25 10245/18 10323/14 10323/16 10349/1
**agreement [42]** 10120/15 10203/12 10218/10 10220/19 10227/18 10295/1 10296/19 10296/20 10296/23 10297/3 10297/4 10297/9 10297/10 10297/12 10297/13 10297/15 10297/23 10297/23 10298/1 10298/1 10298/6 10298/8 10298/10 10298/23 10299/1 10300/5 10304/3 10304/5 10304/7 10304/8 10315/1 10323/12 10327/19

10327/23 10336/13 10351/18 10352/1 10362/15 10363/15
**ahead [7]** 10138/9 10232/16 10248/6 10265/21 10276/21 10285/20 10324/6
**aid [2]** 10262/4 10262/6
**aided [2]** 10113/7 10319/7
**aiding [5]** 10261/25 10262/25 10319/9 10319/15 10335/17
**aim [1]** 10348/6
**Airbnb [1]** 10276/10
**AKA [1]** 10140/3
**AL [1]** 10110/6
**Alabama [1]** 10273/15
**alert [1]** 10333/24
**alerts [3]** 10333/22 10334/3 10334/5
**Alexander [1]** 10325/10
**Alexandra [2]** 10110/15 10114/14
**Alexandria [1]** 10111/11
**Ali [1]** 10325/10
**Ali Alexander [1]** 10325/10
**alibi [2]** 10255/1 10255/7
**align [1]** 10298/15
**aligning [1]** 10261/1
**aligns [1]** 10267/8
**all [221]** 10116/20 10116/20 10116/24 10120/6 10120/14 10122/14 10128/14 10129/13 10130/5 10130/7 10131/8 10131/19 10133/20 10135/5 10135/9 10135/15 10135/15 10136/3 10138/5 10139/16 10140/1 10142/10 10142/14 10142/15 10142/18 10143/12 10146/10 10149/8 10149/16 10150/1 10151/2 10151/15 10154/1 10160/11 10162/1 10165/6 10166/12 10166/16 10167/17 10168/22 10169/3 10172/21 10172/23 10178/10 10179/15 10180/1 10181/12 10182/5 10184/11 10184/12 10184/12 10185/19 10187/11 10187/25 10189/14 10189/18 10189/19 10189/21 10189/22 10189/24 10191/11

10193/16 10196/15 10197/13 10199/21 10200/24 10202/2 10205/2 10205/8 10210/23 10211/13 10212/17 10213/17 10215/18 10219/11 10219/12 10219/14 10222/20 10222/25 10223/1 10223/5 10223/7 10224/15 10224/19 10225/21 10225/24 10226/2 10226/4 10229/19 10230/2 10232/5 10232/15 10233/22 10235/5 10236/1 10236/15 10237/5 10237/8 10242/21 10244/7 10246/22 10247/5 10249/18 10250/4 10253/19 10256/23 10257/19 10257/24 10262/2 10265/20 10268/17 10272/17 10275/8 10276/3 10277/8 10281/6 10281/15 10283/2 10286/13 10288/24 10289/9 10291/2 10291/3 10291/6 10291/23 10291/25 10292/3 10293/13 10293/15 10294/4 10294/10 10295/16 10295/18 10295/18 10296/4 10296/18 10297/5 10297/14 10297/15 10299/7 10299/24 10300/2 10301/2 10302/5 10302/7 10303/1 10303/25 10306/10 10306/11 10307/21 10310/16 10312/5 10313/1 10314/2 10314/4 10314/7 10315/2 10315/5 10315/14 10315/16 10316/10 10319/11 10320/14 10320/17 10322/8 10323/1 10323/10 10323/19 10326/11 10326/12 10326/22 10329/15 10330/22 10331/16 10331/17 10331/23 10332/17 10336/1 10336/5 10336/17 10337/13 10337/15 10339/2 10341/14 10342/24 10343/1 10349/6 10349/10 10349/11 10349/25 10354/3 10354/6 10356/24 10357/10 10357/12

10357/17 10357/17 10357/18 10358/8 10358/12 10358/22 10359/20 10360/6 10360/8 10360/15 10361/6 10361/20 10362/5 10362/12 10363/4 10363/6 10363/13 10363/17 10364/8 10364/16 10364/19 10364/24 10364/23 10365/1
**all right [8]** 10130/7 10165/6 10182/5 10202/2 10222/25 10223/1 10230/2 10349/11
**allegation [3]** 10185/8 10205/14 10234/25
**allege [2]** 10278/14 10296/6
**alleged [13]** 10128/25 10129/12 10162/2 10237/12 10238/13 10279/1 10279/12 10280/1 10296/22 10311/13 10324/19 10326/22 10331/4
**allegedly [11]** 10116/5 10197/18 10197/20 10211/7 10219/1 10234/25 10235/9 10267/2 10272/24 10324/19 10326/5
**alleges [3]** 10238/2 10241/8 10331/5
**alleging [3]** 10278/16 10279/17 10279/21
**allow [2]** 10119/5 10119/6
**allowed [7]** 10117/12 10118/21 10119/10 10144/24 10153/20 10163/7 10262/17
**alluded [1]** 10171/16
**Almighty [1]** 10158/25
**almost [4]** 10135/5 10152/23 10201/20 10264/12
**alone [3]** 10245/17 10321/16 10352/25
**along [8]** 10248/22 10249/1 10249/16 10254/21 10263/3 10275/20 10306/1 10306/21
**Alpers [2]** 10329/5 10347/4
**already [29]** 10142/25 10150/5 10151/4 10157/11 10158/11 10174/20 10188/7 10199/7 10206/10 10207/8 10214/3 10219/1 10222/17 10228/25 10231/7 10252/16 10258/20 10262/5 10262/7

**already... [10]**
10282/19 10283/3
10289/8 10327/25
10327/25 10328/1
10332/6 10333/13
10334/19 10355/14
**also [73]** 10126/16
10128/4 10134/7
10138/3 10142/10
10144/23 10148/9
10149/13 10153/20
10153/22 10154/4
10157/17 10159/24
10159/24 10168/7
10172/2 10173/23
10184/20 10185/7
10193/25 10206/8
10207/5 10210/11
10216/13 10224/6
10234/19 10236/16
10237/4 10240/3
10242/21 10242/22
10244/14 10249/9
10251/1 10255/19
10257/3 10260/4
10260/8 10260/13
10261/8 10261/9
10261/9 10264/7
10264/7 10265/8
10265/25 10269/12
10270/10 10273/11
10278/8 10281/22
10286/15 10287/14
10287/19 10287/21
10288/1 10288/18
10290/24 10298/2
10298/19 10298/21
10308/1 10321/11
10322/7 10322/13
10324/12 10331/5
10332/8 10335/14
10350/18 10356/20
10356/23 10361/1
**alternate [3]** 10356/1
10356/3 10357/8
**alternates [4]** 10356/2
10356/5 10356/6
10356/13
**although [2]** 10305/11
10350/8
**always [6]** 10194/3
10214/25 10232/20
10264/5 10338/14
10356/5
**am [4]** 10119/9
10132/1 10132/15
10356/20
**amenable [2]** 10130/5
10130/17
**amended [3]** 10279/5
10279/8 10279/12
**Amendment [1]**
10290/10
**AMERICA [6]** 10110/3
10114/10 10208/16
10296/6 10322/12
10349/3

**American [1]** 10277/23
10364/18
**Americans [1]** 10134/4
**AMIT [1]** 10110/9
**ammunition [2]**
10225/11 10354/14
**among [6]** 10121/13
10122/6 10126/15
10154/23 10299/2
10349/25
**amongst [8]** 10225/15
10298/25 10299/10
10300/5 10354/18
10361/18 10362/1
10362/6
**amount [2]** 10221/25
10303/20
**amused [1]** 10245/13
**amusing [1]** 10325/20
**analogy [1]** 10221/16
**Angeles [2]** 10176/12
10179/25
**angle [2]** 10170/16
10208/14
**angry [1]** 10159/5
**animal [1]** 10135/9
**annex [2]** 10174/2
10181/25
**announce [1]**
10352/10
**announced [2]**
10136/19 10352/13
**announcements [2]**
10362/14 10362/23
**another [44]** 10132/13
10134/10 10142/5
10142/22 10143/19
10151/8 10171/4
10172/3 10172/14
10173/3 10174/24
10178/7 10181/7
10199/24 10200/4
10200/9 10202/5
10203/19 10204/11
10204/16 10208/17
10209/8 10210/6
10213/9 10214/4
10220/24 10221/8
10232/17 10240/1
10242/7 10252/16
10268/25 10302/5
10306/11 10310/23
10315/3 10317/19
10327/3 10327/6
10327/8 10336/10
10337/1 10351/18
10351/23
**answer [37]** 10130/15
10137/10 10142/6
10144/16 10144/18
10144/20 10144/22
10152/8 10152/13
10198/4 10198/8
10198/24 10211/19
10221/2 10222/10
10247/14 10261/12
10263/16 10268/10
10270/15 10270/19

10278/18 10279/3
10279/15 10279/23
10280/2 10281/20
10282/1 10282/6
10288/13 10305/18
10309/12 10312/25
10329/10 10329/14
**answered [3]** 10129/16
10274/5 10309/7
**answers [2]** 10282/3
10327/17
**Anthem [9]** 10122/8
10126/13 10173/3
10173/5 10174/1
10174/7 10174/12
10175/24 10176/14
**antibacterial [1]**
10136/16
**Antifa [4]** 10254/5
10254/8 10254/18
10267/5
**ants [2]** 10164/6
10164/7
**any [126]** 10115/7
10117/25 10118/15
10119/12 10119/19
10123/19 10123/19
10125/9 10125/21
10127/18 10129/24
10134/3 10142/12
10142/24 10146/7
10146/25 10148/15
10146/16 10148/18
10148/20 10150/5
10150/6 10150/7
10151/7 10151/11
10154/17 10156/8
10156/9 10156/24
10158/1 10158/2
10158/2 10158/2
10158/14 10159/3
10162/10 10173/16
10175/22 10184/15
10184/17 10191/13
10193/12 10193/13
10193/19 10194/9
10205/14 10211/4
10213/13 10214/5
10217/24 10221/8
10222/22 10223/14
10224/15 10224/18
10225/11 10230/6
10231/6 10231/22
10231/22 10236/25
10242/13 10242/23
10247/13 10248/2
10250/8 10257/10
10258/25 10259/2
10265/13 10266/3
10266/14 10266/16
10266/17 10266/18
10266/19 10272/25
10273/18 10274/9
10293/22 10294/2
10297/13 10307/23
10308/21 10316/8
10316/9 10326/22

10338/25 10341/5
10346/1 10350/12
10350/21 10350/23
10350/24 10350/25
10351/6 10351/6
10351/9 10351/10
10351/13 10351/14
10351/16 10351/17
10351/23 10353/4
10353/5 10353/6
10353/8 10353/9
10353/10 10353/11
10353/14 10353/16
10353/16 10353/24
10354/6 10354/14
10355/3 10355/5
10355/13 10356/4
10356/5 10360/16
10360/20
**anybody [16]** 10120/7
10122/14 10122/18
10123/13 10123/16
10215/9 10215/11
10215/24 10239/19
10271/6 10272/9
10290/9 10325/1
10326/1 10341/5
10341/15
**Anybody's [1]**
10221/20
**anyone [13]** 10127/14
10135/15 10147/6
10148/13 10157/9
10158/8 10177/7
10210/9 10222/12
10301/3 10350/14
10350/20 10356/21
**anything [32]**
10115/24 10116/9
10119/25 10127/14
10134/1 10137/9
10147/2 10150/7
10156/22 10156/22
10162/5 10177/8
10181/10 10195/25
10205/23 10216/24
10218/17 10218/19
10219/23 10220/17
10254/18 10265/12
10271/23 10285/4
10285/23 10301/1
10318/18 10322/23
10329/12 10360/17
10361/10 10363/17
**Anytime [1]** 10164/3
**anyway [4]** 10116/17
10149/22 10165/18
10326/6
**anywhere [7]** 10119/16
10174/13 10197/10
10200/8 10207/15
10255/15 10316/10
**apart [1]** 10164/2
**apathetic [1]** 10162/3
**apolitical [1]** 10162/4
**apologize [3]** 10249/12
10249/14 10249/16

**app [2]** 10314/7
10336/16
**apparatus [2]** 10319/6
10319/14
**apparently [8]**
10172/18 10213/2
10213/25 10221/21
10250/1 10267/1
10268/14 10316/6
**Appeals [2]** 10231/14
10231/17
**appear [2]** 10240/19
10289/3
**APPEARANCES [4]**
10110/13 10110/20
10111/17 10112/15
**appeared [1]** 10259/5
**appears [2]** 10240/17
10251/19
**appellate [2]** 10231/11
10231/13
**application [2]**
10138/13 10271/2
**applied [1]** 10116/25
10320/19
**applies [1]** 10230/20
10352/24 10353/1
10356/23
**apply [2]** 10217/13
10217/19
**appointed [1]**
10140/16
**appreciate [5]**
10189/11 10189/13
10196/9 10290/25
10364/20
**approached [1]**
10150/19
**approaching [2]**
10167/6 10324/23
**appropriate [4]**
10119/23 10120/1
10126/21 10182/4
**AR [3]** 10304/21
10305/2 10305/16
**AR-15 [3]** 10304/21
10305/2 10305/16
**architect [1]** 10268/12
**architecture [1]**
10268/12
**are [201]** 10114/23
10116/19 10116/25
10117/2 10117/20
10120/11 10120/12
10120/14 10121/12
10121/17 10122/1
10129/3 10129/18
10129/20 10130/21
10131/9 10132/1
10133/4 10142/21
10147/25 10147/25
10148/6 10151/6
10151/9 10151/13
10154/1 10154/1
10154/19 10155/14
10156/7 10156/8
10159/11 10160/17
10160/18 10161/15

**are... [166]** 10163/20
10164/19 10165/8
10165/18 10166/3
10166/14 10167/5
10167/8 10168/17
10172/11 10172/12
10177/5 10177/10
10177/24 10177/24
10178/6 10178/11
10178/12 10178/14
10178/18 10178/23
10179/4 10182/24
10183/5 10184/6
10184/12 10185/6
10187/19 10191/21
10192/16 10196/4
10197/2 10199/20
10201/23 10203/21
10207/2 10207/4
10207/13 10207/14
10207/14 10207/15
10210/7 10210/14
10212/18 10213/25
10214/11 10215/4
10216/2 10216/2
10216/12 10219/25
10225/6 10226/24
10228/16 10228/18
10228/25 10229/1
10229/14 10230/4
10230/6 10234/23
10235/24 10237/11
10242/20 10242/25
10243/1 10243/2
10246/22 10247/8
10256/24 10257/25
10258/1 10258/1
10258/2 10258/2
10262/3 10267/7
10267/23 10273/6
10273/6 10276/2
10278/8 10279/19
10288/21 10289/18
10290/11 10291/18
10292/13 10293/15
10293/23 10294/3
10294/17 10295/5
10295/5 10295/6
10295/7 10295/9
10296/7 10296/22
10299/1 10308/23
10308/24 10309/16
10315/18 10315/24
10315/24 10316/4
10316/7 10316/13
10316/14 10316/23
10317/7 10317/9
10318/25 10319/11
10319/24 10320/6
10320/7 10321/1
10322/16 10322/18
10322/18 10322/22
10322/23 10323/9
10323/14 10323/17
10323/22 10325/8
10326/13 10327/7
10327/20 10327/21
10331/20 10333/16
10334/21 10335/14
10339/10 10340/9
10340/19 10347/16
10347/16 10348/16
10348/22 10349/3
10349/17 10351/9
10351/11 10352/7
10352/18 10352/19
10352/23 10355/3
10356/12 10357/14
10358/18 10359/5
10360/16 10360/20
10362/5 10362/7
10362/13 10363/5
10363/23

**area [9]** 10145/22
10152/22 10167/5
10210/9 10216/6
10269/3 10269/4
10275/10 10341/14
**areas [1]** 10340/23
**aren't [4]** 10130/18
10187/18 10190/2
10264/4
**arguably [1]** 10126/21
**argue [23]** 10116/8
10116/20 10120/16
10121/3 10121/5
10121/17 10121/18
10122/3 10122/12
10123/24 10123/25
10124/25 10126/3
10161/24 10166/5
10168/14 10183/14
10227/17 10237/20
10238/15 10261/25
10318/17 10336/15
**argued [1]** 10117/14
**arguing [3]** 10118/17
10151/12 10237/3
**argument [26]** 10110/9
10117/16 10117/21
10119/8 10124/23
10125/4 10126/3
10135/1 10140/11
10150/12 10157/4
10216/22 10239/15
10250/17 10292/9
10293/16 10296/4
10309/20 10316/17
10320/3 10324/22
10326/23 10330/4
10334/21 10335/13
10336/14
**arguments [11]**
10116/22 10117/7
10117/9 10119/5
10119/7 10132/3
10293/23 10305/6
10315/23 10316/13
10343/20
**arise [1]** 10360/20
**Arity [1]** 10270/10
**Arizona [3]** 10306/8
10306/17 10327/14
**Arlington [2]** 10275/25

**arm [6]** 10165/4
10165/20 10165/20
10171/1 10181/22
10317/11
**armor [1]** 10337/25
**arms [2]** 10159/17
10304/23
**Army [4]** 10133/21
10200/13 10208/11
10311/24
**arose [1]** 10303/12
**around [30]** 10125/17
10128/8 10145/23
10150/14 10161/21
10165/9 10174/18
10178/23 10182/8
10199/4 10210/2
10210/2 10212/24
10219/7 10219/24
10251/19 10252/1
10257/19 10275/20
10280/5 10281/24
10287/15 10294/11
10296/15 10316/23
10317/8 10319/2
10321/24 10325/18
10333/8
**arrangements [1]**
10362/5
**arrest [7]** 10198/2
10243/22 10269/8
10279/9 10283/7
10343/8 10343/13
**arrested [12]** 10198/2
10241/1 10263/19
10272/17 10282/19
10283/10 10284/15
10285/2 10322/3
10328/18 10342/17
10345/19
**arrive [2]** 10181/9
10208/1
**arrived [7]** 10132/23
10133/1 10145/22
10151/3 10153/15
10220/3 10287/1
**arriving [2]** 10257/23
10257/24
**arsenal [4]** 10299/16
10306/5 10306/19
10327/16
**article [4]** 10239/18
10240/20 10240/21
10330/16
**articulate [1]** 10297/3
**articulated [1]** 10220/7
**as [203]** 10116/16
10116/16 10116/23
10117/7 10117/9
10118/12 10119/2
10119/3 10119/7
10120/15 10125/13
10128/25 10129/12
10129/13 10129/20
10129/21 10130/2
10132/12 10132/20
10133/5 10133/24
10135/16 10137/11
10138/11 10139/22
10140/10 10141/3
10142/8 10145/2
10149/14 10150/5
10150/15 10150/19
10150/21 10153/10
10153/10 10154/23
10154/23 10155/1
10156/1 10158/8
10158/9 10158/16
10158/23 10160/11
10163/3 10164/23
10165/11 10169/9
10169/11 10176/7
10182/12 10184/1
10184/7 10184/9
10184/13 10185/5
10186/22 10187/1
10187/7 10189/9
10189/9 10190/7
10190/13 10191/8
10193/15 10193/17
10194/2 10194/15
10194/19 10195/6
10197/19 10201/5
10201/5 10208/17
10208/25 10209/20
10209/20 10210/24
10211/8 10211/23
10216/10 10220/18
10221/13 10221/24
10222/22 10225/7
10225/17 10225/17
10226/14 10227/15
10227/15 10228/1
10228/4 10228/7
10228/22 10230/23
10230/24 10231/16
10232/6 10232/11
10232/21 10232/22
10233/5 10234/25
10236/11 10236/20
10236/25 10236/25
10237/13 10240/12
10245/16 10249/20
10250/7 10251/17
10252/25 10253/5
10254/3 10255/5
10257/11 10258/5
10259/17 10260/24
10261/23 10262/3
10262/3 10264/7
10270/16 10272/24
10274/23 10277/2
10289/5 10296/11
10297/6 10298/9
10298/15 10300/25
10300/25 10301/9
10302/23 10303/1
10304/9 10306/12
10307/1 10307/6
10307/22 10308/19
10308/23 10309/6
10311/10 10313/8
10314/8 10316/3
10317/4 10318/13
10322/13 10323/12
10323/23 10324/19
10325/7 10325/16
10327/22 10329/24
10331/1 10331/3
10337/4 10337/11
10338/10 10342/24
10344/25 10345/11
10346/11 10347/17
10349/19 10350/14
10350/15 10350/17
10350/21 10351/17
10352/22 10352/24
10353/2 10353/3
10353/3 10353/9
10353/12 10353/13
10354/7 10354/20
10354/20 10355/1
10355/13 10356/1
10356/12 10357/21
10357/24 10358/25
10359/2 10359/15
10363/15 10364/6
**ashamed [1]** 10219/17
**aside [5]** 10150/22
10191/23 10257/11
10306/24 10308/6
**ask [49]** 10117/12
10120/13 10122/1
10129/18 10130/8
10131/7 10152/11
10152/15 10159/20
10172/9 10174/22
10175/12 10187/12
10188/14 10190/10
10191/3 10215/7
10222/19 10224/17
10224/21 10225/16
10227/1 10231/2
10233/8 10236/7
10245/5 10247/13
10267/6 10271/16
10280/9 10284/15
10284/16 10285/25
10290/22 10292/9
10292/12 10305/11
10309/10 10309/22
10313/10 10314/21
10315/5 10336/20
10349/4 10349/5
10354/20 10355/24
10356/6 10362/7
**askance [1]** 10147/10
**asked [34]** 10129/3
10137/18 10144/13
10145/13 10152/5
10188/22 10195/17
10195/21 10198/11
10203/20 10203/21
10221/1 10235/14
10240/7 10248/17
10252/13 10252/19
10254/5 10261/10
10262/4 10265/9
10268/2 10270/2
10275/4 10275/14
10281/5 10282/12
10282/13 10288/12

**A**

asked... [5] 10292/22
10296/2 10302/8
10327/12 10329/10
asking [10] 10122/1
10128/19 10128/20
10128/21 10142/10
10143/4 10248/14
10282/20 10283/1
10283/4
asks [1] 10204/1
asleep [1] 10147/14
aspect [3] 10156/24
10171/4 10222/16
aspects [1] 10164/23
ass [1] 10138/22
assault [6] 10138/15
10148/16 10148/22
10152/18 10153/7
10156/3
assaulted [5] 10122/23
10123/20 10153/9
10259/10 10259/14
assaulting [1]
10140/18
assaults [1] 10156/19
assembled [1]
10341/13
asserting [1] 10137/1
assertion [1] 10157/10
assessing [1]
10193/18
assigned [1] 10322/20
assignment [1]
10148/18
assist [4] 10121/8
10122/18 10125/5
10355/18
assistance [1]
10121/20
Assistant [1] 10133/16
assisted [1] 10319/21
ASSOCIATES [1]
10111/14
associating [1]
10260/18
assume [1] 10191/19
assumed [1] 10342/6
assuming [1] 10127/14
assured [1] 10141/22
astounding [2]
10220/8 10220/8
atmosphere [1]
10208/18
att.net [1] 10111/12
attaching [1] 10310/22
attachment [1]
10237/7
attack [35] 10115/20
10122/7 10124/6
10138/1 10152/1
10169/10 10169/25
10171/11 10171/11
10173/2 10175/24
10176/1 10177/3
10177/18 10185/10
10189/3 10234/20
10241/10 10277/6

10278/3 10278/9
10278/15 10280/4
10280/7 10280/11
10280/19 10281/18
10281/25 10282/5
10282/25 10313/4
10321/12 10346/11
attacked [2] 10174/14
10177/24
attacking [9] 10144/17
10144/19 10144/21
10145/14 10168/9
10174/15 10175/10
10253/14 10279/1
attacks [4] 10124/12
10153/13 10164/15
10319/24
attempt [6] 10127/9
10147/11 10153/5
10185/18 10200/4
10200/9
attempted [3] 10156/1
10198/24 10221/9
attempting [5] 10156/4
10156/10 10262/1
10262/6 10335/15
attend [1] 10288/23
attention [16]
10149/24 10155/5
10162/10 10175/1
10179/20 10181/17
10181/19 10184/6
10189/12 10229/6
10277/14 10291/1
10340/7 10346/24
10350/13 10356/8
attentive [1] 10356/11
attitude [4] 10256/2
10256/4 10310/18
10352/6
Attorney [2] 10133/16
10221/4
ATTORNEY'S [1]
10110/16
attorneys [4] 10228/23
10229/14 10230/3
10294/19
attracted [1] 10132/10
attractive [1] 10141/6
audio [5] 10285/21
10329/4 10332/20
10332/21 10354/23
authenticity [1]
10344/13
authority [2] 10283/21
10283/22
authorized [1]
10199/20
availability [5]
10239/22 10239/22
10239/23 10240/1
10241/4
available [3] 10354/24
10357/14 10361/22
Avenue [5] 10111/3
10111/7 10113/4
10275/17 10275/17

avenues [1] 10115/8
avoid [4] 10118/22
10223/21 10227/5
10352/14
award [1] 10156/18
award-winning [1]
10156/18
aware [4] 10142/6
10142/11 10268/4
10286/17
awareness [2]
10142/19 10145/16
away [14] 10162/1
10184/21 10197/10
10207/3 10223/18
10276/9 10286/21
10305/12 10322/8
10326/14 10338/22
10340/1 10346/3
10352/12
awesome [1] 10348/21
awry [1] 10256/5

**B**

B-o-r-d-a [1] 10117/5
B-r-o-d-i-e [1] 10117/3
back [96] 10124/10
10125/12 10131/24
10133/13 10135/7
10135/8 10143/2
10143/13 10145/1
10151/2 10158/7
10161/10 10165/19
10167/25 10170/9
10170/12 10172/14
10176/25 10177/22
10180/6 10182/11
10182/13 10184/21
10186/14 10186/21
10187/19 10188/6
10188/8 10188/14
10189/6 10190/10
10191/3 10191/12
10191/18 10191/20
10191/23 10192/15
10193/22 10194/12
10195/8 10196/24
10201/8 10202/9
10202/15 10202/23
10202/24 10203/1
10203/3 10203/25
10205/9 10210/25
10215/4 10219/13
10221/3 10221/5
10221/17 10223/12
10223/22 10231/1
10233/17 10248/20
10249/11 10249/11
10252/15 10254/14
10254/15 10255/7
10264/24 10267/25
10268/12 10270/14
10270/17 10271/1
10280/10 10288/4
10293/14 10295/4
10301/2 10312/2
10318/11 10319/18
10320/25 10328/11

10333/10 10336/11
10338/16 10352/12
10356/18 10357/3
10358/1 10359/1
10359/25 10361/11
10361/14
backdoor [1] 10116/4
backed [5] 10149/9
10242/5 10242/9
10282/10
background [3]
10159/14 10217/5
10333/9
backpack [4] 10181/20
10181/21 10181/24
10215/22
backs [5] 10159/13
10161/15 10184/6
10184/8 10184/12
backwards [1]
10151/23
bad [13] 10137/17
10143/25 10165/7
10165/7 10165/8
10165/11 10181/7
10195/24 10204/21
10218/25 10220/14
10311/8 10311/11
bait [1] 10280/23
balcony [2] 10259/12
10259/13
bald [2] 10188/17
ball [3] 10150/24
10154/2 10158/14
Ballston [1] 10299/15
bank [2] 10267/24
10268/3
bar [1] 10274/15
barely [1] 10211/5
BARRETT [2] 10111/3
10113/4
barricade [3] 10151/18
10153/22 10156/12
barricaded [1]
10152/22
barricades [5]
10146/22 10151/14
10151/18 10151/21
10155/22
barrier [1] 10145/17
barriers [4] 10259/2
10286/18 10286/20
10286/25
baseball [3] 10208/3
10228/14 10245/16
based [17] 10117/21
10121/23 10122/13
10137/18 10192/22
10222/6 10281/14
10281/15 10282/3
10283/13 10287/13
10289/7 10292/7
10301/6 10302/9
10349/21 10354/1
basically [14] 10245/4
10248/15 10249/4
10252/2 10254/16

10262/16 10268/6
10272/5 10287/16
10287/17 10303/25
10319/9
basis [2] 10120/3
10123/25
bastards [2] 10343/8
10343/14
bat [5] 10143/24
10207/18 10207/20
10208/4 10228/15
batter [1] 10135/23
battle [3] 10153/11
10153/19 10153/22
Bay [1] 10210/22
be [241] 10115/7
10116/3 10116/11
10117/19 10118/10
10118/16 10119/2
10119/15 10120/8
10120/19 10120/22
10121/17 10123/15
10124/7 10126/1
10126/21 10127/9
10127/15 10127/16
10129/13 10129/16
10130/25 10131/8
10131/13 10131/11
10131/20 10131/23
10132/2 10140/7
10140/15 10141/23
10143/14 10143/21
10145/21 10148/7
10155/18 10156/8
10156/9 10157/10
10158/1 10158/3
10158/10 10158/16
10159/9 10159/20
10163/7 10171/3
10173/5 10173/15
10178/9 10178/16
10178/17 10178/19
10180/6 10180/20
10189/9 10190/11
10191/4 10191/15
10192/14 10191/3
10193/15 10193/17
10194/6 10194/17
10195/5 10196/5
10197/9 10199/11
10205/1 10210/9
10211/18 10214/16
10215/20 10220/15
10222/8 10222/9
10222/23 10223/13
10223/13 10223/20
10223/21 10223/25
10224/6 10225/25
10226/16 10227/14
10229/8 10229/21
10231/6 10232/1
10232/6 10233/10
10233/13 10233/16
10233/22 10234/2
10234/7 10234/22
10236/2 10236/4
10237/20 10239/8

10374

**be... [138]** 10240/2
10248/5 10250/22
10251/19 10251/20
10255/11 10255/13
10256/6 10256/10
10256/14 10259/5
10259/22 10262/6
10264/1 10267/20
10268/4 10269/3
10269/5 10269/24
10272/9 10272/12
10275/25 10276/3
10276/12 10276/14
10276/15 10279/25
10284/22 10285/8
10285/19 10285/19
10286/14 10287/9
10288/20 10289/1
10289/3 10289/15
10289/17 10291/9
10292/4 10292/22
10292/24 10293/13
10293/17 10293/18
10296/5 10296/23
10297/20 10297/21
10301/15 10301/20
10301/24 10302/10
10302/13 10304/21
10308/15 10308/22
10311/21 10313/6
10314/20 10316/14
10318/10 10319/4
10320/11 10320/12
10321/4 10321/5
10323/13 10324/15
10325/4 10325/17
10326/2 10326/17
10326/19 10327/1
10327/13 10328/17
10328/18 10328/23
10329/18 10329/22
10330/7 10330/8
10330/18 10332/4
10334/11 10335/19
10336/12 10336/12
10337/18 10337/18
10337/20 10337/20
10338/13 10339/6
10339/7 10341/9
10344/2 10345/17
10345/19 10348/8
10348/9 10348/13
10349/17 10349/19
10349/22 10350/4
10350/7 10351/16
10351/22 10352/8
10353/20 10354/1
10354/4 10354/9
10355/9 10355/12
10355/13 10355/23
10356/25 10357/1
10357/10 10357/24
10358/3 10358/5
10358/6 10358/10
10358/12 10360/7
10360/11 10361/15
10361/15 10361/19

10363/10 10364/6
10364/8
**beamed [1]** 10186/11
**beanie [1]** 10168/24
**bear [6]** 10215/23
10216/3 10241/15
10307/1 10318/7
10351/9
**bear-hugging [1]**
10318/7
**beat [1]** 10214/3
**became [2]** 10132/10
10218/12
**because [165]**
10115/22 10118/22
10119/21 10120/2
10121/4 10121/7
10123/10 10124/5
10125/3 10125/9
10126/19 10127/4
10128/23 10129/20
10132/10 10134/14
10134/20 10135/4
10135/25 10136/5
10136/6 10137/5
10137/8 10137/8
10137/10 10137/11
10139/18 10139/19
10141/10 10142/25
10147/20 10158/25
10159/2 10159/25
10161/15 10162/11
10163/22 10164/19
10166/16 10166/18
10171/4 10173/7
10174/11 10175/8
10176/17 10178/13
10181/3 10186/20
10187/8 10188/4
10191/24 10193/20
10194/1 10194/7
10194/8 10197/22
10200/21 10200/22
10200/25 10201/2
10204/21 10205/6
10206/25 10208/4
10209/9 10209/13
10209/17 10210/7
10210/11 10210/19
10211/12 10212/16
10213/5 10213/20
10214/12 10215/24
10216/12 10216/14
10216/20 10216/21
10217/8 10219/16
10219/24 10220/22
10221/24 10222/11
10227/2 10228/5
10228/15 10229/2
10230/23 10231/3
10231/16 10235/21
10235/22 10238/18
10238/19 10239/2
10243/17 10245/14
10245/20 10248/16
10248/22 10249/24
10254/4 10256/15

10262/20 10263/20
10266/12 10266/25
10267/1 10267/3
10269/16 10269/23
10270/21 10273/22
10275/15 10275/19
10284/9 10289/10
10290/5 10294/24
10294/24 10294/25
10303/23 10305/20
10306/6 10309/5
10309/6 10309/12
10309/23 10310/1
10311/8 10311/10
10312/20 10313/2
10313/5 10314/22
10315/18 10316/14
10318/3 10323/13
10325/20 10332/15
10336/20 10338/19
10338/22 10338/23
10339/21 10339/22
10341/23 10343/17
10345/18 10345/19
10347/7 10348/2
10350/9 10351/23
10352/4 10356/5
10356/7 10356/16
10362/23
**become [4]** 10147/20
10201/12 10303/9
10311/22
**becomes [1]** 10351/1
**becoming [1]**
10295/14
**bed [2]** 10264/20
10289/19
**Beeks [1]** 10212/6
**been [100]** 10116/12
10116/13 10116/22
10117/12 10118/9
10118/18 10120/2
10121/8 10121/14
10122/14 10124/6
10124/16 10124/20
10125/1 10125/7
10125/19 10126/5
10128/19 10134/22
10136/8 10136/19
10137/18 10140/22
10147/8 10148/9
10149/17 10152/19
10154/17 10156/15
10157/11 10160/2
10162/2 10163/17
10165/9 10166/17
10169/3 10169/25
10174/10 10174/20
10177/8 10182/14
10182/16 10184/9
10187/5 10189/11
10189/11 10190/8
10194/6 10195/14
10214/23 10216/25
10219/18 10219/20
10222/23 10224/1
10231/7 10231/9

10238/1 10240/23
10242/2 10251/11
10255/11 10257/1
10257/13 10263/16
10268/14 10271/3
10272/16 10277/23
10278/16 10279/17
10279/21 10280/21
10282/19 10284/20
10285/15 10286/17
10286/21 10287/1
10287/3 10290/24
10301/7 10307/25
10310/2 10310/3
10310/4 10310/17
10318/11 10322/14
10330/3 10336/19
10338/5 10350/6
10354/5 10357/1
10360/5 10363/14
10364/15
**before [73]** 10110/9
10123/5 10128/4
10132/7 10132/19
10132/23 10132/24
10132/25 10133/14
10133/15 10152/6
10152/24 10158/12
10160/24 10162/13
10164/24 10167/14
10168/4 10169/3
10172/25 10173/10
10179/7 10180/2
10183/11 10196/22
10199/12 10200/20
10206/4 10216/18
10219/3 10226/23
10227/12 10230/6
10230/12 10234/1
10241/1 10243/22
10244/3 10244/9
10250/13 10250/16
10250/19 10251/1
10252/16 10253/10
10261/19 10264/25
10269/8 10274/2
10282/4 10283/2
10283/9 10285/7
10285/12 10285/18
10286/21 10289/6
10293/5 10293/20
10294/3 10294/18
10310/8 10322/3
10323/12 10340/15
10342/2 10342/12
10349/13 10355/25
10356/2 10356/4
10356/14 10356/14
**began [4]** 10143/3
10157/13 10186/9
10186/10
**begging [2]** 10138/20
10234/2
**begin [13]** 10128/9
10133/11 10134/13
10134/19 10138/18
10215/19 10293/20

10357/11 10357/16
10357/17 10360/15
**beginning [8]** 10143/2
10151/9 10155/14
10193/14 10298/23
10350/19 10352/7
10352/16
**beginnings [1]**
10200/10
**begs [1]** 10129/15
**begun [1]** 10176/14
**behalf [16]** 10132/4
10132/15 10142/25
10233/19 10235/12
10290/6 10296/5
10299/16 10309/8
10322/12 10327/14
10327/15 10327/15
10359/10 10364/21
10364/21
**behind [12]** 10122/24
10123/4 10154/19
10171/3 10175/5
10175/6 10175/19
10176/20 10181/16
10188/18 10268/4
10315/17
**behold [1]** 10235/17
**being [60]** 10122/22
10123/20 10125/6
10126/8 10132/25
10132/25 10135/12
10137/18 10148/2
10148/6 10150/21
10153/9 10164/13
10164/15 10168/12
10171/5 10171/17
10174/14 10177/24
10178/24 10179/10
10183/15 10184/7
10187/10 10189/1
10189/2 10195/20
10199/25 10208/22
10208/23 10226/11
10231/23 10236/19
10237/17 10238/7
10240/7 10243/2
10252/6 10255/20
10255/21 10259/10
10259/14 10269/4
10274/15 10278/3
10281/17 10281/23
10292/11 10300/22
10313/4 10316/20
10324/19 10326/7
10326/13 10327/25
10329/13 10329/16
10334/15 10345/10
10352/25
**beings [1]** 10322/13
**belabor [2]** 10239/4
10314/13
**beliefs [1]** 10352/3
**believe [28]** 10117/11
10119/14 10138/5
10141/9 10155/12
10161/18 10166/24

10375

**believe... [21]**
10177/12 10185/11
10191/21 10220/24
10220/25 10242/7
10244/20 10244/23
10246/13 10249/21
10250/11 10262/7
10262/18 10267/19
10278/7 10290/21
10334/22 10341/20
10348/23 10359/14
10359/15
**believed [3]** 10253/13
10262/12 10285/13
**believes [1]** 10249/24
**belonging [1]**
10306/21
**below [1]** 10339/19
**Bench [2]** 10162/21
10236/9
**benefit [2]** 10193/18
10194/1
**Bennie [1]** 10306/22
**Berry [1]** 10317/2
**Berryville [1]** 10246/6
**Berwick [1]** 10112/8
**beside [1]** 10115/22
**best [6]** 10124/15
10160/10 10184/13
10326/9 10330/1
10357/23
**bet [1]** 10264/16
**betrayed [3]** 10206/13
10206/14 10206/16
**better [6]** 10229/2
10231/3 10232/22
10261/4 10311/23
10363/25
**between [22]** 10146/10
10146/24 10151/12
10153/11 10159/5
10164/13 10165/12
10184/6 10202/14
10209/18 10210/8
10210/18 10223/19
10228/25 10235/11
10244/21 10250/8
10271/21 10286/18
10288/19 10299/5
10322/23
**beyond [12]** 10126/22
10129/4 10159/3
10175/22 10220/2
10221/10 10221/12
10231/10 10234/7
10290/22 10308/1
10355/17
**Biden [11]** 10201/2
10201/7 10295/14
10303/9 10311/20
10311/22 10311/24
10312/23 10331/22
10339/5 10339/7
**big [10]** 10183/1
10183/20 10188/12
10196/19 10211/6
10215/6 10216/19

10264/4
**bigger [2]** 10163/20
10188/3
**bike [1]** 10156/12
**birthday [2]** 10136/18
10137/14
**bit [18]** 10121/10
10135/25 10138/22
10145/8 10182/7
10188/3 10189/17
10218/6 10221/10
10230/20 10234/15
10245/12 10264/3
10278/20 10278/21
10289/1 10290/11
10360/19
**Bittner [1]** 10327/15
**bizarre [1]** 10295/19
**black [3]** 10168/25
10171/4 10318/21
**blacked [1]** 10171/3
**blamed [1]** 10256/6
**blankie [1]** 10135/9
**blazingly [1]** 10200/24
**Bless [1]** 10208/16
**blinders [1]** 10208/21
**blink [1]** 10164/14
**BLM [2]** 10215/9
10267/24
**block [2]** 10168/25
10221/18
**blockade [1]** 10346/5
**blocked [1]** 10169/17
**blocks [1]** 10223/18
**blogging [1]** 10350/22
**blown [1]** 10286/21
**bluff [2]** 10207/24
10228/10
**boat [21]** 10248/10
10248/14 10248/17
10248/19 10249/13
10249/25 10251/17
10251/20 10251/22
10252/4 10252/8
10252/11 10252/13
10252/16 10252/20
10252/20 10252/21
10252/25 10253/3
10253/6 10253/7
**boatloads [1]** 10330/9
**boats [2]** 10330/10
10337/13
**Bob [1]** 10241/15
**body [8]** 10162/7
10169/5 10206/9
10206/10 10219/4
10222/18 10334/25
10337/25
**boggles [1]** 10158/19
**bolster [1]** 10118/13
**bolsters [1]** 10118/18
**bonds [1]** 10197/12
**booboo [1]** 10188/3
**Book [1]** 10227/10
**boom [1]** 10214/17
**boot [1]** 10200/19
**boots [1]** 10332/20

**border [1]** 10247/4
**boring [1]** 10244/3
**boss [1]** 10283/22
**BOTG [1]** 10332/20
**both [36]** 10122/16
10143/9 10145/8
10159/17 10186/1
10198/1 10208/5
10208/5 10228/16
10228/16 10230/23
10231/4 10231/25
10232/11 10236/17
10237/8 10241/22
10244/19 10262/7
10262/12 10263/5
10273/2 10284/3
10296/14 10300/18
10300/24 10309/7
10319/16 10323/21
10332/19 10333/22
10337/10 10337/11
10343/23 10357/6
10364/1
**bother [1]** 10152/22
**bottom [13]** 10117/14
10126/18 10160/5
10164/25 10166/13
10170/25 10171/23
10217/12 10243/23
10251/1 10253/1
10270/23 10292/18
**bought [1]** 10221/20
**bounds [1]** 10346/3
**Bowser [1]** 10334/2
**Bowser's [1]** 10333/24
**boxes [1]** 10223/22
**boys [1]** 10310/24
**brace [1]** 10144/6
**bracketing [2]** 10123/6
10188/18
**Bradford [4]** 10112/7
10112/10 10114/20
10132/6
**braggadocio [1]**
10136/4
**bragging [1]** 10312/1
**BRAND [1]** 10112/3
**brandwoodwardlaw.c
om [1]** 10112/5
**bravado [2]** 10139/17
10294/20
**breach [24]** 10151/18
10152/21 10153/4
10153/22 10154/4
10154/25 10155/3
10156/12 10156/14
10156/19 10157/13
10171/7 10187/3
10187/4 10187/20
10187/25 10188/1
10281/18 10307/11
10310/7 10319/3
10321/8 10339/14
10339/21
**breached [9]** 10263/23
10263/24 10300/7
10307/7 10310/2

10339/17 10345/6
**breaches [1]** 10155/21
**breaching [3]**
10146/22 10319/8
10334/14
**break [12]** 10166/12
10167/17 10172/2
10189/16 10190/14
10191/14 10223/2
10223/5 10232/17
10277/2 10289/20
10334/11
**breaker [2]** 10159/16
10159/16
**breakfast [1]** 10274/15
**breaking [2]** 10171/14
10218/24
**breaks [2]** 10175/12
10303/1
**breath [1]** 10184/23
**Brendan [1]** 10315/10
**Brian [3]** 10202/18
10202/24 10203/10
**Brian Ulrich [1]**
10203/10
**bridge [3]** 10251/12
10276/1 10345/2
**bridges [1]** 10251/12
**brief [2]** 10158/23
10293/8
**briefly [6]** 10115/8
10323/17 10327/9
10331/12 10335/21
10350/15
**BRIGHT [5]** 10111/3
10111/7 10114/16
10298/17 10309/19
**bring [16]** 10116/9
10119/11 10119/23
10120/3 10138/11
10155/5 10200/8
10223/15 10225/2
10225/9 10230/12
10326/14 10354/13
10357/3 10358/1
10358/2
**bringing [7]** 10120/24
10144/1 10189/1
10216/24 10305/24
10333/6 10345/4
**brings [3]** 10184/15
10199/19 10345/4
**Bristol [1]** 10273/15
**British [1]** 10141/6
**Bro [1]** 10252/5
**brochure [1]** 10149/2
**Brodie [1]** 10117/2
**broke [7]** 10153/16
10156/13 10172/5
10220/15 10290/13
10290/17 10319/14
**broken [3]** 10132/25
10171/18 10171/24
**brother [2]** 10333/2
10333/4
**brought [23]** 10119/10
10123/6 10136/13

10178/18
10188/20 10189/1
10200/7 10223/12
10223/16 10229/6
10249/13 10262/24
10305/2 10305/16
10305/18 10326/12
10327/13 10328/18
10329/8 10338/3
10346/18 10347/4
**Brown [2]** 10141/6
10325/7
**brute [3]** 10304/17
10307/5 10307/21
**building [65]** 10147/7
10152/25 10154/13
10154/21 10154/23
10157/7 10157/17
10158/4 10168/10
10170/7 10197/19
10207/14 10213/15
10214/10 10214/12
10214/22 10215/4
10218/17 10219/6
10219/24 10221/2
10255/15 10255/16
10268/5 10268/9
10280/8 10294/15
10300/7 10307/7
10307/12 10307/13
10307/17 10308/16
10310/1 10310/8
10312/5 10313/25
10316/18 10318/19
10321/8 10324/24
10326/12 10326/13
10326/19 10327/24
10332/12 10333/13
10334/11 10334/15
10334/17 10335/3
10335/7 10338/4
10338/11 10338/19
10338/24 10339/4
10339/15 10339/17
10340/1 10340/2
10340/20 10341/12
10343/12 10345/7
**buildings [1]** 10247/22
**built [1]** 10305/20
**bulky [1]** 10223/11
**bullhorn [5]** 10175/17
10175/18 10180/10
10180/12 10180/17
**bullhorns [2]** 10152/9
10152/13
**bumps [1]** 10208/13
**bunch [2]** 10223/22
10256/16
**bunk [1]** 10326/10
**burden [4]** 10194/1
10194/8 10296/17
10296/17
**Burgess [2]** 10165/1
10167/21
**Burnie [1]** 10112/13
**burst [1]** 10176/2
**bus [3]** 10260/5
10260/7 10269/13

10376

**B**

business [4] 10234/9
10237/22 10237/23
10349/12
butter [1] 10172/20
button [1] 10287/12
buying [2] 10221/15
10222/3

**C**

cable [1] 10142/12
cacophonous [1]
10174/20
Cag [2] 10252/5
10252/5
Cain [1] 10336/2
Caldwell [233]
10112/11 10114/13
10114/22 10115/2
10115/10 10115/17
10115/21 10116/5
10117/17 10118/3
10118/7 10118/9
10118/17 10118/24
10119/19 10119/24
10125/19 10204/17
10209/19 10233/19
10234/3 10234/7
10234/8 10234/15
10235/8 10235/13
10235/24 10238/4
10240/1 10240/3
10240/4 10240/5
10240/8 10240/12
10240/18 10240/19
10240/23 10241/1
10241/9 10241/22
10242/3 10242/12
10242/14 10242/19
10243/7 10243/20
10243/21 10244/19
10244/21 10245/4
10245/14 10245/20
10246/10 10246/19
10247/6 10247/12
10247/19 10247/21
10248/2 10248/12
10248/13 10248/15
10248/16 10248/18
10249/3 10249/20
10249/24 10249/25
10250/5 10250/9
10250/20 10251/3
10251/5 10251/10
10251/24 10252/3
10252/6 10252/11
10252/18 10253/8
10255/8 10255/19
10256/6 10257/9
10257/21 10258/7
10258/15 10258/19
10259/4 10259/21
10259/25 10260/24
10260/25 10261/7
10261/18 10261/22
10262/8 10262/12
10263/2 10263/6
10263/10 10263/16

10263/24 10264/2
10264/7 10264/9
10264/9 10264/14
10264/22 10265/6
10265/9 10265/11
10265/13 10265/15
10266/3 10266/4
10266/14 10266/16
10267/8 10267/17
10268/2 10268/4
10268/6 10268/11
10268/19 10269/2
10269/17 10270/7
10270/17 10270/20
10270/21 10270/24
10271/9 10271/12
10271/16 10271/21
10271/24 10272/3
10272/7 10272/17
10272/20 10273/2
10273/5 10274/1
10274/1 10274/4
10274/8 10274/12
10274/16 10275/24
10276/14 10277/8
10278/3 10278/4
10278/8 10278/14
10278/22 10279/1
10279/6 10279/25
10280/3 10280/17
10281/18 10282/19
10283/3 10283/15
10283/25 10284/2
10284/4 10284/14
10284/19 10284/22
10284/24 10285/13
10285/15 10285/23
10286/4 10286/8
10286/16 10286/22
10286/25 10287/10
10287/25 10288/6
10288/15 10289/1
10289/7 10289/23
10290/8 10290/12
10290/22 10300/14
10309/2 10312/15
10312/16 10312/21
10312/24 10313/2
10314/10 10315/6
10320/10 10320/14
10320/15 10321/23
10322/3 10323/23
10324/8 10327/13
10329/11 10329/15
10330/2 10330/10
10330/18 10330/21
10330/22 10331/3
10331/6 10331/9
10331/13 10332/8
10332/12 10333/21
10333/23 10334/8
10337/7 10337/13
10338/15 10338/23
10339/5 10349/9
10360/8
**Caldwell's [35]**
10117/23 10118/13

10240/17 10241/12
10242/1 10246/8
10246/15 10246/23
10250/9 10253/5
10253/15 10261/14
10261/15 10261/21
10262/25 10263/14
10263/25 10269/19
10273/17 10279/9
10283/9 10283/19
10285/18 10289/12
10289/14 10306/17
10314/9 10315/5
10315/16 10329/9
10329/23 10332/15
10333/23
**Caldwells [4]** 10206/12
10255/25 10259/8
10274/14
**Caleb [1]** 10317/2
**Caleb Berry [1]**
10317/2
**call [36]** 10136/17
10137/4 10137/5
10137/7 10137/8
10137/11 10138/4
10141/12 10142/7
10142/24 10143/4
10145/3 10145/24
10146/25 10149/18
10149/23 10149/24
10150/23 10205/8
10207/16 10209/24
10210/20 10216/1
10250/6 10250/10
10250/22 10251/3
10251/25 10258/20
10266/22 10284/17
10327/13 10344/15
10344/15 10355/23
10356/21
**called [15]** 10144/12
10145/6 10152/18
10209/11 10209/22
10239/18 10240/6
10252/12 10255/1
10257/3 10284/9
10298/16 10325/17
10326/11 10338/20
**calling [4]** 10137/25
10159/15 10334/9
10356/25
**calls [15]** 10149/14
10149/16 10149/25
10150/7 10209/15
10209/22 10250/10
10266/20 10266/21
10288/21 10299/4
10299/25 10300/1
10336/24 10336/24
**Calmly [1]** 10352/15
**came [40]** 10124/14
10146/3 10149/19
10168/8 10171/12
10175/10 10180/10
10180/12 10181/15
10185/1 10190/24

10195/12 10215/11
10219/14 10221/1
10234/1 10234/4
10235/14 10253/12
10258/18 10258/23
10258/24 10260/5
10260/5 10275/15
10275/16 10279/9
10294/10 10298/23
10300/6 10300/17
10315/10 10315/11
10322/3 10324/17
10325/7 10342/18
10362/14
**cameras [1]** 10185/20
**campaigns [1]**
10295/19
**camps [1]** 10200/19
**can [115]** 10114/3
10117/22 10118/16
10122/2 10122/6
10122/12 10124/7
10125/1 10126/10
10139/10 10141/1
10145/2 10146/4
10146/13 10149/8
10149/16 10156/8
10156/17 10159/12
10160/19 10161/20
10161/22 10162/6
10162/7 10163/9
10164/22 10164/22
10166/6 10166/21
10167/3 10168/19
10168/21 10169/4
10169/25 10170/8
10170/17 10170/19
10171/18 10172/9
10174/3 10174/6
10174/10 10177/24
10178/2 10180/6
10180/16 10181/7
10182/7 10183/18
10184/10 10184/13
10185/5 10187/18
10188/1 10189/6
10191/14 10195/5
10199/2 10206/6
10209/20 10209/24
10215/18 10215/23
10216/24 10219/19
10221/19 10222/17
10224/20 10226/7
10226/15 10232/16
10236/7 10236/11
10238/15 10238/17
10238/19 10239/19
10244/13 10244/15
10248/12 10249/20
10250/7 10252/15
10254/9 10254/15
10255/5 10255/7
10261/5 10263/13
10264/17 10268/24
10269/22 10277/10
10285/1 10285/4
10285/25 10287/12

10296/23 10297/25
10308/22 10309/6
10326/2 10329/22
10337/2 10349/23
10350/15 10352/1
10356/16 10361/25
10362/7 10362/19
10363/11 10364/19
**can't [27]** 10120/15
10123/2 10124/20
10126/4 10135/8
10149/3 10158/1
10159/17 10159/21
10159/18 10174/9
10205/6 10206/9
10219/3 10220/22
10231/17 10233/2
10236/24 10249/21
10250/11 10256/6
10275/7 10275/8
10275/18 10288/24
10289/12 10290/14
**Canada [1]** 10201/11
**canceled [2]** 10200/21
10200/22
**candid [1]** 10217/6
**cannot [2]** 10194/6
10239/11
**cap [2]** 10150/24
10158/14
**Capitol [172]** 10118/9
10118/11 10118/11
10121/4 10124/15
10138/1 10140/18
10140/21 10144/19
10145/14 10145/22
10145/22 10146/8
10146/12 10146/14
10146/23 10147/7
10148/13 10148/22
10150/15 10150/19
10150/25 10151/3
10151/6 10151/21
10152/2 10152/18
10152/21 10153/7
10153/13 10153/15
10154/5 10154/13
10154/25 10156/3
10157/6 10157/17
10157/22 10158/9
10158/22 10164/15
10164/23 10165/10
10166/11 10167/11
10170/2 10170/3
10170/4 10170/7
10170/14 10183/9
10197/10 10198/7
10198/14 10198/17
10198/19 10198/23
10199/23 10207/3
10207/4 10211/11
10216/6 10218/18
10219/12 10234/21
10253/14 10254/19
10256/8 10256/16
10256/19 10256/25
10257/4 10257/18

10377

**C**

**Capitol... [99]**
10258/23 10258/24
10259/24 10259/25
10263/8 10263/22
10264/10 10264/15
10265/11 10265/12
10265/14 10266/4
10266/4 10267/20
10274/15 10274/24
10275/21 10275/23
10275/25 10276/8
10276/9 10276/10
10276/11 10276/16
10277/7 10277/17
10277/19 10277/24
10277/25 10278/4
10278/5 10278/10
10278/10 10278/15
10279/2 10279/14
10280/8 10280/19
10281/19 10281/25
10282/5 10282/25
10283/14 10283/17
10284/1 10284/11
10284/12 10286/18
10288/10 10288/11
10294/15 10296/7
10296/12 10299/19
10300/6 10303/19
10307/7 10308/16
10310/1 10310/2
10310/3 10310/8
10312/5 10312/11
10313/5 10316/18
10318/18 10321/8
10324/24 10324/25
10326/6 10326/12
10326/13 10326/12
10326/20 10328/17
10329/13 10329/16
10332/4 10333/13
10334/4 10335/4
10335/7 10335/11
10335/12 10335/20
10337/18 10337/20
10337/20 10337/24
10337/24 10339/4
10339/25 10340/19
10341/5 10343/8
10343/22 10345/13
10346/19

**Capitol Building [17]**
10147/7 10154/13
10157/17 10170/7
10280/8 10294/15
10307/7 10308/16
10310/1 10310/8
10312/5 10316/18
10324/24 10326/12
10326/13 10333/13
10339/4

**Capitol Grounds [3]**
10207/4 10259/25
10339/25

**Capitol's [3]** 10151/4
10151/14 10151/18
**capitols [2]** 10321/24

**Captain [12]** 10150/25
10151/16 10152/4
10153/8 10153/21
10154/3 10155/9
10255/5 10256/12
10257/3 10286/16
10335/5
**Captain Ortega [8]**
10152/4 10153/8
10153/21 10155/9
10256/12 10257/3
10286/16 10335/5
**Captain Ortega's [3]**
10151/16 10154/3
10255/5
**capture [1]** 10299/10
**captured [2]** 10156/15
10310/22
**car [1]** 10143/9
**card [1]** 10315/13
**care [8]** 10130/11
10145/3 10215/8
10215/9 10271/5
10290/4 10290/7
10358/9
**careers [1]** 10147/16
**careful [1]** 10118/21
**carelessness [1]**
10132/15
**cares [1]** 10316/1
**caricatures [1]**
10134/8
**Carolina [17]** 10143/10
10188/11 10219/12
10251/14 10260/4
10260/10 10260/22
10261/2 10266/24
10266/24 10267/4
10267/6 10269/13
10299/14 10299/16
10306/7 10306/16
10317/14 10327/15
**Caroline [1]** 10151/22
**carrying [3]** 10158/14
10219/6 10259/24
**carryover [1]** 10117/15
**cars [1]** 10125/13
**carve [1]** 10128/7
**case [62]** 10114/9
10115/10 10116/16
10118/1 10120/4
10132/10 10137/11
10137/16 10138/24
10144/9 10150/10
10155/17 10160/25
10200/18 10223/10
10225/15 10226/22
10235/22 10237/19
10248/3 10251/7
10252/5 10253/13
10258/22 10273/13
10277/2 10280/1
10281/2 10283/2
10283/7 10286/1
10293/18 10295/10
10297/22 10321/18
10331/9 10346/16
10350/5 10350/6

**Captain [12]** 10150/25
10350/22 10351/7
10351/16 10351/19
10352/10 10352/13
10352/16 10354/2
10354/18 10355/12
10356/7 10356/9
10356/18 10356/18
10356/21 10356/24
10357/2 10357/21
10361/19 10363/25
10364/1
**cases [8]** 10116/24
10142/23 10193/7
10245/19 10245/22
10295/18 10314/19
10350/3
**castle [1]** 10341/13
**casts [2]** 10258/21
10282/3
**catawampus [1]**
10148/1
**catch [2]** 10169/8
10169/8
**caught [7]** 10122/17
10135/25 10218/20
10219/14 10219/23
10262/20 10311/18
**cause [5]** 10214/13
10214/13 10308/14
10339/2 10352/12
**causing [1]** 10319/21
**CCTV [3]** 10154/4
10188/11 10219/12
**cell [2]** 10257/22
10315/17
**cell phone [1]**
10315/17
**Cellebrite [1]** 10269/18
**cement [1]** 10171/2
**center [4]** 10161/19
10178/24 10218/02
10316/24
**ceremony [1]**
10206/20
**certain [17]** 10208/1
10208/20 10217/20
10222/9 10228/12
10260/9 10260/12
10286/3 10295/8
10323/5 10323/5
10324/2 10324/11
10327/1 10330/24
10347/21 10352/11
**certainly [20]** 10117/11
10118/15 10124/20
10130/2 10151/25
10155/23 10237/21
10242/23 10255/15
10256/6 10258/13
10266/14 10292/21
10323/7 10329/22
10336/14 10347/15
10347/16 10361/20
10364/24
**certification [23]**
10126/24 10138/1
10140/17 10146/9

10156/5 10195/11
10195/20 10206/17
10207/1 10262/9
10262/13 10302/5
10302/20 10303/14
10328/1 10331/14
10334/19 10335/15
10335/16 10335/17
10345/13
**certified [3]** 10113/3
10313/6 10332/7
**certify [2]** 10312/22
10366/2
**certifying [2]** 10157/24
10334/13
**cetera [4]** 10226/12
10228/21 10253/2
10292/25
**CH [1]** 10113/4
**chain [1]** 10213/18
**challenge [4]** 10161/23
10166/7 10216/20
10218/1
**challenged [1]**
10339/16
**chamber [4]** 10310/22
10312/13 10334/18
10338/8
**chance [9]** 10194/2
10194/3 10205/20
10217/1 10228/6
10229/4 10301/4
10302/12 10357/2
**chances [1]** 10197/2
**change [9]** 10160/19
10186/20 10215/20
10224/25 10230/18
10232/19 10301/4
10347/20 10351/21
**changed [3]** 10260/15
10281/1 10310/18
**changing [1]** 10232/19
**channel [2]** 10332/19
10332/21
**channels [1]** 10341/23
**chant [1]** 10180/15
**chanted [1]** 10288/16
**chanting [1]** 10180/11
**chapter [2]** 10148/14
10344/19
**character [6]** 10181/17
10199/7 10343/7
10343/10 10343/15
10364/15
**characterization [1]**
10287/24
**characterize [2]**
10117/8 10261/6
**characterized [1]**
10261/22
**charge [18]** 10205/15
10213/1 10220/15
10222/22 10234/9
10235/7 10235/7
10235/25 10240/2
10246/10 10246/18
10253/10 10255/18

10264/15 10292/15
10303/7
**charged [39]** 10115/12
10116/11 10116/12
10116/13 10118/18
10119/14 10129/5
10129/7 10177/11
10193/7 10205/12
10218/9 10234/15
10234/16 10234/17
10234/19 10249/4
10265/9 10265/15
10265/24 10266/1
10266/6 10277/16
10278/8 10278/23
10279/6 10279/19
10280/6 10283/3
10283/4 10284/20
10289/9 10292/21
10301/20 10301/24
10316/7 10318/25
10329/15 10335/14
**charger [1]** 10205/7
**charges [13]** 10117/20
10132/11 10132/12
10207/15 10222/20
10230/6 10262/2
10265/24 10294/2
10294/17 10314/14
10314/14 10352/20
**charging [4]** 10132/21
10263/8 10265/23
10278/16
**chase [1]** 10171/17
**chat [18]** 10137/11
10139/24 10140/13
10142/6 10196/11
10197/9 10197/13
10197/15 10202/6
10203/17 10203/24
10208/23 10251/10
10266/17 10301/12
10301/23 10302/10
10363/13
**chats [9]** 10135/16
10135/17 10136/4
10195/23 10196/12
10196/15 10266/17
10313/17 10314/5
**chatting [1]** 10145/23
**check [7]** 10127/17
10161/10 10170/12
10178/3 10194/13
10244/15 10336/19
**checked [1]** 10142/20
**cheered [1]** 10150/19
**cheering [3]** 10338/18
10338/19 10338/19
**chemical [1]** 10175/24
**chemicals [2]** 10124/6
10173/2
**chief [1]** 10118/1
**child [3]** 10136/16
10213/14 10313/22
**choice [2]** 10232/22
10233/7
**choices [1]** 10317/2

choose [1] 10161/9
chose [4] 10142/19
10188/10 10209/16
10310/16
Christmas [1] 10302/8
10318/22 10321/2
Christopher [1]
10170/20
chronologically [1]
10203/8
chunk [1] 10242/21
cigarette [2] 10145/24
10169/13
cigarettes [1]
10162/10
cinder [1] 10221/18
Cinnaminson [1]
10112/8
circle [8] 10167/16
10176/16 10181/8
10188/6 10274/23
10287/21 10287/21
10287/25
Circles [1] 10182/8
circling [1] 10324/25
Circuit [1] 10116/24
circulated [2]
10128/12 10230/15
circumstances [3]
10118/5 10160/15
10351/10
cities [2] 10147/24
10316/12
citizen [3] 10199/11
10289/20 10347/18
city [4] 10203/11
10276/9 10346/5
10348/7
civil [4] 10129/25
10346/8 10346/10
10347/22
Civil War [2] 10346/8
10346/10
civility [1] 10349/24
claim [2] 10331/18
10332/1
claimed [8] 10198/9
10248/16 10309/14
10332/22 10340/15
10348/9 10348/11
10348/13
claims [2] 10160/3
10280/16
clarify [2] 10119/9
10278/20
Clark [1] 10246/24
classic [3] 10207/23
10228/9 10311/17
classics [1] 10163/20
clean [2] 10228/6
10264/19
clear [17] 10120/22
10123/15 10129/20
10191/15 10229/8
10234/4 10234/4
10234/22 10253/7
10269/23 10296/5

10323/11 10323/15
10330/3 10359/12
clearance [1] 10213/15
clearly [10] 10156/4
10159/13 10184/7
10244/10 10244/25
10254/17 10255/6
10265/11 10274/21
10313/1
clerk [5] 10224/7
10225/1 10225/9
10351/10 10354/12
client [11] 10132/8
10143/23 10144/5
10156/9 10156/22
10171/14 10171/19
10172/6 10172/25
10329/10 10362/3
client's [2] 10120/20
10135/11
clients [1] 10294/23
climb [1] 10207/11
climbing [1] 10338/17
clip [2] 10183/17
10183/21
cloaked [1] 10204/22
clock [1] 10131/7
close [9] 10123/6
10134/1 10147/14
10207/7 10241/12
10241/17 10275/13
10307/18 10341/25
close-up [2] 10241/12
10241/17
closed [3] 10251/12
10316/23 10317/2
closely [1] 10299/7
closer [1] 10319/14
closing [36] 10110/9
10115/2 10126/2
10126/4 10127/13
10127/19 10132/3
10133/17 10135/10
10190/5 10190/11
10190/18 10191/4
10191/19 10194/20
10223/4 10226/8
10233/18 10248/8
10251/1 10277/13
10277/15 10292/8
10293/4 10293/23
10296/3 10305/5
10309/20 10315/22
10320/3 10323/20
10324/22 10334/25
10337/5 10361/3
10361/7
closings [1] 10327/10
closures [3] 10275/13
10275/19 10275/22
club [1] 10267/24
clue [1] 10168/21
CNN [1] 10258/1
co [7] 10154/15
10154/18 10220/6
10278/18 10315/18
10345/6 10347/11

co-conspirator [1]
10220/6 10345/6
co-conspirators [4]
10154/15 10278/18
10315/18 10347/11
co-defendants [1]
10154/18
coast [2] 10282/8
10282/8
cold [2] 10131/25
10305/19
colleague [2] 10140/10
10318/8
colleague's [2]
10318/8 10318/13
colleagues [5]
10130/19 10280/13
10320/2 10322/7
10338/7
college [9] 10156/5
10249/4 10249/5
10255/21 10256/14
10257/7 10302/21
10313/6 10331/14
color [1] 10185/12
colossal [1] 10296/4
COLUMBIA [1]
10110/1
Columbus [1] 10155/4
10171/20 10174/14
columns [1] 10177/23
combat [1] 10150/16
combined [1] 10304/1
come [37] 10119/12
10134/15 10134/18
10134/20 10134/24
10137/15 10156/21
10163/20 10165/3
10167/6 10167/20
10167/20 10182/6
10182/13 10195/8
10201/9 10205/5
10205/8 10205/9
10205/13 10231/1
10242/24 10247/7
10280/10 10281/16
10281/20 10281/22
10288/11 10311/6
10339/24 10343/16
10345/22 10361/11
10361/12 10361/14
10362/15 10362/16
comes [9] 10155/25
10180/21 10185/4
10221/17 10284/18
10346/15 10350/13
10364/11 10364/12
Comfort [5] 10274/15
10299/15 10305/3
10306/18 10306/18
Comfort Inn [2]
10274/15 10306/18
coming [16] 10118/24
10141/10 10145/17
10168/19 10169/15
10171/10 10171/22
10173/19 10181/23
10190/25 10191/1

10276/3 10312/17
10363/12
commander [11]
10246/16 10253/16
10280/18 10284/2
10284/7 10284/8
10284/10 10303/5
10303/8 10303/10
10303/11
commanders' [2]
10302/23 10302/24
comment [4] 10196/20
10333/1 10333/3
10345/3
commentary [1]
10197/4
commit [8] 10143/21
10218/10 10260/6
10315/1 10321/7
10323/14 10323/16
10349/1
commitment [1]
10364/9
committed [6] 10133/7
10134/11 10177/11
10311/12 10311/13
10314/23
common [6] 10157/20
10212/23 10296/24
10302/25 10304/14
10323/8
comms [1] 10209/20
communicate [8]
10336/9 10337/8
10350/20 10351/2
10351/4 10351/5
10356/24 10361/25
communicated [1]
10271/25
communicating [5]
10247/6 10299/12
10299/17 10332/23
10336/22
communication [8]
10149/5 10210/23
10211/7 10251/6
10273/9 10281/16
10333/14 10350/21
communications [12]
10209/18 10210/10
10210/17 10211/4
10211/5 10236/18
10237/10 10299/10
10299/24 10337/10
10341/20 10342/8
compacted [4]
10123/10 10179/19
10181/11 10317/22
compactor [1] 10181/4
company [1] 10270/10
comparatively [2]
10161/6 10161/7
compare [1] 10115/9
compared [2]
10160/24 10259/17
comparing [2]
10115/11 10116/16

compartmentalize [1]
10259/17
compelling [1]
10267/13
compiled [1] 10237/24
complacency [2]
10345/25 10346/4
complains [1]
10243/15
complaint [2] 10279/7
10279/9
complaints [1]
10320/1
complete [1] 10135/16
completed [1]
10262/13
completely [5]
10142/18 10164/1
10177/13 10202/20
10202/20
completion [1]
10336/13
compliance [1]
10345/16
comply [3] 10126/10
10345/18 10347/13
complying [1]
10345/22
components [1]
10298/6
comport [1] 10187/9
composure [1]
10184/22
compressed [2]
10163/24 10181/11
compulsion [1]
10158/8
computer [2] 10113/7
10253/18
computer-aided [1]
10113/7
comrades [1] 10330/3
concede [3] 10130/3
10209/23 10210/6
concept [8] 10139/11
10221/11 10226/22
10227/2 10227/19
10227/25 10228/23
10302/22
concepts [5] 10228/19
10229/14 10230/3
10293/23 10308/23
concern [2] 10231/13
10353/23
concerned [5]
10142/16 10269/4
10269/5 10322/1
10344/24
concerning [4]
10115/1 10117/10
10350/5 10351/6
conclude [2] 10186/21
10238/18
concluded [4]
10233/20 10355/10
10358/4 10365/4
conclusion [1]
10247/16

**conclusions [1]** 10121/13
**concrete [2]** 10136/22 10151/23
**condemns [1]** 10200/2
**conditioned [1]** 10191/13
**conditions [1]** 10217/20
**conduct [7]** 10316/8 10327/4 10329/23 10350/23 10350/24 10352/6 10352/23
**conduit [1]** 10238/8
**conference [6]** 10142/7 10149/23 10149/23 10149/25 10162/21 10236/9
**confess [1]** 10128/6
**confidant [1]** 10307/18
**confidence [4]** 10280/15 10283/7 10328/6 10328/8
**confident [2]** 10286/2 10286/4
**confines [1]** 10126/2
**confirm [2]** 10263/13 10312/21
**confirmed [2]** 10148/20 10274/14
**confirming [1]** 10145/8
**conformity [1]** 10304/7
**confrontation [2]** 10120/1 10120/2
**confronted [4]** 10118/8 10119/19 10119/20 10119/24
**confused [1]** 10261/18
**confusing [4]** 10128/23 10169/11 10175/21 10231/23
**confusion [3]** 10147/19 10181/13 10261/17
**congratulated [1]** 10208/23
**Congress [39]** 10148/17 10157/6 10157/10 10157/21 10157/23 10206/8 10207/1 10255/11 10255/20 10262/14 10294/14 10302/15 10308/3 10308/6 10308/8 10308/8 10308/11 10308/13 10308/14 10318/4 10327/8 10327/25 10332/6 10334/9 10334/12 10334/23 10334/25 10335/1 10335/2 10335/6 10335/8 10335/12 10338/12 10338/19 10338/20 10341/10 10344/1 10344/2 10348/18

**Congress's [5]** 10157/7 10294/15 10302/20 10303/14 10308/5
**congressional [1]** 10141/14
**conjunction [1]** 10195/5
**connect [1]** 10153/5
**connected [2]** 10264/23 10289/24
**connection [4]** 10151/12 10152/20 10153/3 10154/17
**Connie [2]** 10317/2 10345/6
**Connie Meggs [2]** 10317/2 10345/6
**conscience [2]** 10314/25 10352/2
**conscious [3]** 10208/4 10228/15 10335/2
**consciousness [2]** 10136/7 10185/20
**consented [2]** 10242/3 10247/21
**consequences [1]** 10249/8
**consider [11]** 10173/16 10193/3 10308/23 10316/9 10316/10 10349/22 10352/25 10354/2 10354/7 10354/10 10355/4
**considerable [1]** 10352/7
**consideration [1]** 10350/2
**considered [4]** 10141/15 10158/16 10326/2 10353/17
**consistent [7]** 10118/15 10119/4 10180/23 10193/8 10261/6 10326/7 10349/6
**conspiracies [2]** 10280/16 10330/5
**conspiracy [68]** 10128/18 10128/20 10128/21 10128/22 10128/25 10129/2 10129/5 10129/7 10129/8 10136/13 10137/22 10143/21 10145/4 10146/8 10146/20 10146/24 10154/18 10156/1 10162/2 10208/7 10218/8 10218/9 10218/11 10218/12 10218/17 10218/24 10219/6 10220/6 10220/9 10220/20 10227/18 10227/18 10233/6 10243/4 10265/25 10266/10

10266/13 10266/15 10267/9 10271/24 10278/3 10278/7 10281/2 10283/4 10283/5 10295/6 10295/7 10296/21 10296/25 10300/19 10300/20 10300/22 10302/7 10302/16 10302/19 10304/5 10304/19 10307/25 10308/3 10308/10 10308/21 10312/9 10327/19 10336/12 10341/16 10345/20
**conspirator [2]** 10220/6 10345/6
**conspiratorial [3]** 10153/3 10297/19 10323/12
**conspirators [19]** 10154/15 10278/18 10297/2 10297/4 10297/11 10297/14 10299/2 10299/11 10304/6 10304/24 10309/25 10315/18 10322/16 10323/24 10326/11 10336/9 10336/22 10346/8 10347/11
**conspirators' [1]** 10304/4
**conspire [4]** 10271/16 10271/17 10272/7 10337/8
**conspired [4]** 10129/11 10157/16 10230/22 10308/17
**conspiring [3]** 10274/4 10308/7 10335/16
**constitutes [2]** 10292/23 10292/25
**Constitution [6]** 10113/4 10275/17 10275/17 10348/12 10348/21 10349/4
**constitutional [2]** 10335/6 10348/19
**consult [1]** 10351/17
**contact [8]** 10158/1 10259/20 10272/2 10274/9 10274/9 10346/2 10356/15 10356/16
**contacted [2]** 10251/21 10345/25
**contacts [1]** 10271/20
**contain [3]** 10237/10 10238/15 10296/10
**contained [7]** 10133/4 10185/14 10238/16 10238/20 10238/24 10330/25 10331/6
**containing [3]** 10238/5 10238/11 10238/14
**content [4]** 10135/5

10294/23
**context [12]** 10121/23 10142/14 10173/16 10193/1 10193/24 10201/23 10202/20 10203/7 10218/4 10244/10 10279/18 10363/20
**contexts [1]** 10221/13
**continuation [1]** 10202/8
**continue [12]** 10125/11 10139/4 10141/19 10142/1 10166/23 10209/3 10212/8 10212/19 10213/6 10215/16 10232/16 10317/24
**CONTINUED [3]** 10111/1 10112/1 10113/1
**continuing [1]** 10177/18
**continuously [8]** 10167/19 10175/2 10176/10 10176/23 10177/17 10178/1 10179/3 10180/14
**contract [1]** 10326/1
**contradiction [3]** 10132/13 10132/16 10194/22
**contrary [2]** 10159/12 10298/17
**contravened [1]** 10177/14
**contribute [2]** 10137/12 10206/6
**control [7]** 10184/23 10214/8 10214/15 10214/18 10230/5 10293/25 10324/6
**convenient [2]** 10329/18 10331/18
**conveniently [1]** 10135/18
**conventional [1]** 10304/10
**conversation [12]** 10128/7 10128/9 10144/14 10198/21 10210/1 10232/16 10314/12 10330/23 10330/25 10331/2 10333/6 10333/10
**conversations [5]** 10139/20 10140/13 10150/6 10196/17 10302/6
**convey [1]** 10355/12
**convict [3]** 10137/18 10155/16 10289/7
**convicted [4]** 10136/16 10138/14 10344/23 10344/25
**conviction [3]** 10138/14 10353/22

**convince [5]** 10155/16 10298/14 10302/13 10328/11 10328/12
**convinced [3]** 10234/7 10312/25 10351/21
**cool [1]** 10289/17
**cooperating [1]** 10146/2
**coordinate [2]** 10274/7 10361/17
**coordinating [8]** 10272/24 10273/7 10273/7 10274/11 10274/17 10277/9 10299/8 10300/12
**coordination [3]** 10295/1 10298/25 10300/2
**coordinator [2]** 10211/11 10259/22
**copies [2]** 10242/5 10242/9
**coping [1]** 10147/17
**copper [1]** 10268/13
**cops [3]** 10177/24 10215/7 10215/7
**copy [3]** 10270/4 10270/6 10354/25
**cordial [1]** 10216/5
**core [1]** 10168/17
**corner [2]** 10206/24 10212/5
**correct [23]** 10120/17 10121/1 10126/14 10134/8 10187/17 10192/5 10198/4 10215/13 10231/19 10263/15 10263/17 10270/14 10270/18 10270/19 10270/24 10279/19 10281/21 10282/1 10359/16 10362/8 10362/9 10362/9 10366/3
**correctly [1]** 10261/23
**corruptly [2]** 10249/9 10254/24
**cot [1]** 10135/8
**couch [1]** 10126/21
**could [61]** 10116/11 10119/2 10119/13 10121/13 10121/22 10123/13 10159/9 10160/1 10160/2 10184/22 10185/10 10195/1 10195/19 10196/18 10209/14 10223/15 10223/18 10224/17 10227/17 10228/22 10231/3 10231/14 10231/20 10232/13 10232/13 10232/19 10239/21 10240/5 10240/15 10243/13 10243/22 10243/23 10243/24 10254/2 10254/8

Case 1:22-cr-00015-APM Document 763 Filed 01/11/24 Page 271 of 321

10380

**could... [26]** 10255/13
10271/6 10275/5
10276/5 10276/15
10287/3 10287/4
10288/12 10288/14
10301/1 10301/4
10312/13 10312/24
10316/18 10316/19
10335/6 10338/1
10338/4 10339/9
10340/16 10341/9
10346/3 10347/7
10360/13
**couldn't [7]** 10141/22
10146/25 10156/21
10216/13 10274/25
10275/2 10346/22
**counsel [20]** 10116/19
10116/21 10130/14
10130/18 10139/13
10144/25 10192/18
10192/25 10263/3
10295/25 10318/17
10321/11 10322/21
10327/10 10346/18
10359/5 10361/17
10361/20 10361/21
10361/21
**counsel's [1]** 10323/7
**count [35]** 10128/17
10129/6 10129/7
10129/19 10129/23
10130/2 10130/10
10130/10 10194/12
10222/20 10231/23
10234/10 10234/10
10241/6 10243/4
10245/3 10249/2
10254/21 10255/1
10266/12 10290/23
10308/2 10308/6
10308/10 10311/15
10311/16 10319/1
10319/23 10352/20
10353/2 10353/5
10353/7 10353/9
10353/9 10353/16
**Count 1 [3]** 10128/17
10129/6 10129/7
**Count 10 [2]** 10234/10
10234/10
**Count 2 [1]** 10308/2
**Count 4 [1]** 10308/10
**Count 5 [1]** 10319/23
**Count 6 [6]** 10129/23
10130/2 10194/12
10222/20 10311/15
10311/16
**counting [1]** 10138/12
**country [15]** 10201/10
10208/17 10245/19
10289/25 10290/6
10294/11 10295/21
10296/15 10321/24
10343/21 10347/18
10347/19 10347/24

**counts [11]** 10128/18
10222/20 10231/25
10231/25 10243/4
10266/10 10308/2
10314/13 10314/14
10353/11 10353/13
**Counts 1 [1]** 10231/25
**County [1]** 10246/24
**couple [5]** 10163/4
10233/14 10276/7
10315/17 10341/17
**course [15]** 10115/20
10163/19 10193/11
10194/20 10195/12
10201/18 10233/5
10291/11 10296/11
10302/15 10306/19
10311/14 10314/10
10331/8 10350/7
**court [38]** 10110/1
10113/2 10113/3
10124/8 10126/13
10132/5 10145/8
10163/2 10163/13
10190/9 10190/25
10191/25 10192/18
10215/22 10223/15
10228/5 10231/14
10231/16 10231/23
10233/24 10239/17
10247/8 10270/3
10270/9 10284/15
10284/19 10284/23
10292/1 10292/12
10292/13 10292/16
10295/18 10349/17
10351/8 10351/13
10355/24 10358/25
10365/3
**Court's [4]** 10130/5
10130/17 10196/4
10231/8
**courthouse [2]**
10361/16 10361/24
**courtroom [20]**
10114/23 10115/12
10131/22 10150/11
10156/16 10189/20
10192/13 10223/8
10233/12 10291/7
10293/12 10300/18
10306/3 10350/11
10355/24 10356/4
10357/8 10358/1
10358/3 10358/11
**courts [1]** 10364/22
**cousin's [1]** 10306/22
**cover [9]** 10295/2
10314/24 10323/25
10324/1 10324/10
10324/13 10324/15
10326/16 10330/12
**cover-up [2]** 10295/2
10330/12
**coverage [2]** 10168/25
10350/6
**covered [2]** 10141/23

**covering [1]** 10160/20
**COVID [1]** 10148/11
**Coyle [1]** 10244/22
**CR [1]** 10110/4
**crack [2]** 10221/18
10221/19
**cracked [1]** 10221/23
**cracking [2]** 10157/16
10160/25
**crafty [1]** 10329/19
**crashing [1]** 10154/6
**crazy [4]** 10162/1
10201/5 10206/2
10218/21
**create [1]** 10214/14
**created [1]** 10210/15
**creating [1]** 10184/13
**credibility [17]**
10192/20 10192/21
10192/21 10192/23
10193/13 10194/9
10194/10 10194/24
10199/6 10204/13
10204/21 10204/23
10210/4 10218/5
10220/21 10222/12
10253/5
**credible [6]** 10204/24
10204/25 10210/7
10211/20 10248/16
10249/24
**credibly [1]** 10332/1
**credit [1]** 10346/1
**creed [1]** 10348/10
**crew [3]** 10176/12
10179/25 10181/14
**crews [1]** 10180/1
**crickets [1]** 10254/3
**crime [13]** 10119/14
10143/21 10173/8
10177/11 10257/4
10257/5 10260/6
10284/21 10323/14
10327/19 10327/20
10327/22 10336/13
**crimes [8]** 10133/7
10134/11 10134/11
10207/16 10311/13
10314/23 10348/23
10352/22
**criminal [13]** 10114/9
10208/5 10228/16
10279/6 10279/8
10284/20 10284/24
10285/3 10296/25
10297/20 10336/12
10341/16 10363/24
**Crisp [18]** 10111/14
10111/14 10114/21
10130/24 10189/16
10192/16 10196/2
10222/25 10226/7
10226/21 10229/25
10230/11 10311/15
10334/24 10336/15
10343/3 10343/6
10359/9

**10293/4**
**crisplegal.com [1]**
10111/16
**critical [3]** 10130/19
10157/8 10168/12
**criticism [1]** 10133/8
**cronies [1]** 10344/24
**cross [17]** 10118/2
10124/21 10144/13
10145/9 10145/12
10152/4 10194/5
10195/8 10201/21
10203/20 10217/10
10271/18 10274/1
10275/5 10287/20
10309/8 10338/24
**cross-examination [11]**
10118/2 10124/21
10145/2 10152/4
10194/5 10195/8
10203/20 10271/18
10274/13 10287/20
10309/8
**cross-examine [1]**
10144/13
**cross-examining [1]**
10145/12
**crossed [1]** 10219/18
**crossing [1]** 10213/8
**crowbar [2]** 10171/25
10172/17
**crowd [19]** 10122/9
10123/19 10124/4
10124/4 10124/8
10150/14 10150/19
10152/13 10172/19
10172/22 10197/2
10199/14 10207/6
10208/12 10208/22
10259/5 10262/23
10338/16 10338/17
**crowded [2]** 10197/1
10207/18
**crowds [2]** 10151/4
10182/1
**Crowl [22]** 10212/6
10234/18 10235/1
10240/5 10240/22
10243/7 10243/21
10246/15 10272/10
10272/10 10278/24
10279/13 10280/6
10306/21 10311/6
10314/12 10317/3
10320/10 10330/17
10330/23 10330/25
10331/7
**Crowl's [6]** 10235/16
10239/2 10306/18
10306/22 10330/19
10331/2
**CRR [2]** 10366/2
10366/8
**crucial [1]** 10174/10
**crushed [1]** 10219/15
**cry [1]** 10219/19
**crystal [2]** 10269/23

**cues [1]** 10307/3
**Cummings [6]**
10143/16 10144/11
10144/24 10273/23
10282/16 10306/13
**curative [2]** 10292/7
10293/1
**curfew [5]** 10158/12
10199/24 10216/12
10333/24 10334/2
**cursor [1]** 10175/14
**custodial [2]** 10115/18
10115/22
**cut [3]** 10171/16
10172/20 10227/3
**cuts [2]** 10173/15
10174/8
**cynical [1]** 10148/8

**D**

**D.C [45]** 10110/5
10110/17 10112/4
10113/5 10134/15
10134/21 10134/22
10139/21 10141/10
10143/12 10182/15
10200/7 10200/8
10221/21 10242/19
10242/20 10251/16
10251/19 10267/18
10272/9 10272/12
10272/24 10273/22
10274/22 10275/5
10275/15 10276/19
10276/24 10281/24
10294/11 10296/14
10296/15 10300/16
10302/10 10325/18
10325/23 10327/13
10330/6 10332/10
10335/23 10337/14
10342/7 10343/16
10346/5 10348/7
**D.C. [4]** 10116/24
10139/24 10202/6
10202/16
**D.C. Circuit [1]**
10116/24
**D.C. Op [2]** 10139/24
10202/6
**D.C. Op Jan. 6 21 [1]**
10202/16
**D.C.'s [2]** 10345/18
10345/23
**dais [1]** 10161/18
**Dallas [2]** 10111/4
10111/8
**damage [8]** 10132/22
10154/16 10172/24
10207/2 10319/2
10319/11 10319/15
10319/22
**damaged [5]** 10319/5
10319/6
**damaging [1]** 10219/7
**damn [2]** 10263/8
10264/15

**damning [6]** 10153/21
10309/12 10309/23
10310/8 10313/3
10339/21
**danger [1]** 10165/14
**dangerous [2]**
10321/19 10321/25
**dangerousness [1]**
10117/19
**data [4]** 10269/22
10314/8 10336/19
10358/16
**date [3]** 10146/3
10316/2 10366/7
**David [1]** 10112/11
10114/22 10285/9
**David Lochner [1]**
10285/9
**dawned [2]** 10145/16
10185/21
**day [55]** 10110/7
10132/2 10134/5
10134/12 10136/15
10140/4 10141/3
10141/5 10142/15
10143/12 10144/11
10145/6 10145/12
10145/25 10150/12
10151/10 10152/12
10152/14 10182/12
10185/17 10185/19
10192/1 10203/24
10204/1 10204/3
10207/23 10210/18
10211/5 10213/23
10215/18 10223/12
10228/9 10242/20
10243/3 10244/10
10252/2 10256/5
10263/15 10277/8
10283/8 10283/10
10284/15 10285/2
10286/9 10286/9
10290/5 10302/8
10311/21 10321/2
10322/2 10322/3
10334/24 10335/3
10358/1 10358/2
**days [15]** 10132/2
10142/23 10143/18
10146/1 10208/24
10285/14 10285/17
10286/4 10295/11
10312/23 10313/4
10320/9 10329/4
10331/8 10331/23
**DCA [1]** 10312/19
**de [2]** 10146/14
10170/7
**dead [8]** 10206/9
10206/10 10214/3
10219/3 10222/18
10270/25 10334/25
10335/1
**deal [7]** 10144/8
10196/19 10205/6
10211/6 10215/6

**dealing [2]** 10135/20
10275/11
**deals [1]** 10241/7
**death [2]** 10318/11
10318/23
**debating [1]** 10196/21
**decade [2]** 10184/4
10208/10
**deceive [1]** 10200/9
**deceiving [1]** 10220/23
**December [9]**
10134/20 10134/24
10244/9 10272/9
10317/15 10320/20
10320/21 10321/2
10326/21
**December 10th [1]**
10320/21
**December 25th [1]**
10321/2
**deception [3]** 10193/4
10221/8 10221/9
**deceptive [1]** 10213/10
**decide [8]** 10234/23
10292/14 10292/24
10321/16 10347/13
10348/22 10350/10
10351/19
**decision [7]** 10126/7
10166/8 10195/1
10221/13 10227/13
10245/3 10351/24
**decision-making [1]**
10166/8
**deck [2]** 10202/18
10203/17
**declaration [1]**
10127/7
**deeds [1]** 10157/1
**deep [1]** 10123/6
**defendant [55]**
10111/2 10111/13
10112/2 10112/6
10112/11 10114/10
10114/11 10114/11
10114/12 10114/12
10114/17 10114/18
10114/20 10114/21
10114/22 10128/22
10128/24 10129/1
10129/9 10129/10
10129/18 10129/21
10130/9 10133/18
10134/3 10135/4
10135/5 10137/3
10140/7 10186/9
10192/22 10218/12
10230/22 10230/25
10295/6 10295/8
10309/13 10312/15
10312/16 10318/20
10326/25 10329/23
10329/25 10331/3
10331/5 10340/10
10352/21 10353/3
10353/4 10353/7
10353/8 10353/16

10361/22
**Defendant Caldwell [2]**
10312/15 10312/16
10331/3
**Defendant Caldwell's
[1]** 10329/23
**Defendant Harrelson
[2]** 10133/18 10135/5
**Defendant Kenneth [1]**
10140/7
**Defendant Meggs [1]**
10340/10
**Defendant Watkins [1]**
10318/20
**defendant's [6]**
10142/23 10277/16
10295/5 10313/10
10327/1 10327/2
**defendants [84]**
10110/7 10114/23
10115/10 10115/12
10129/18 10130/11
10132/21 10133/1
10137/25 10140/15
10150/11 10153/5
10154/14 10154/18
10155/16 10156/2
10157/5 10190/2
10234/16 10273/14
10273/14 10277/20
10279/19 10294/17
10294/19 10295/12
10295/21 10296/22
10297/22 10297/25
10298/3 10298/25
10300/6 10300/19
10300/21 10300/23
10306/25 10307/11
10307/24 10308/4
10308/7 10308/11
10308/17 10308/25
10308/25 10309/4
10313/13 10314/15
10314/23 10316/5
10316/7 10316/11
10316/13 10316/17
10317/21 10317/24
10318/17 10318/19
10320/8 10321/10
10321/16 10321/19
10322/2 10323/2
10325/25 10326/17
10327/6 10328/5
10328/15 10335/2
10335/14 10339/24
10340/6 10341/15
10341/21 10345/17
10345/24 10347/25
10348/17 10348/22
10351/15 10353/10
10353/12 10358/22
**defendants' [11]**
10294/7 10298/9
10300/4 10308/2
10315/23 10319/15
10319/20 10323/7
10323/15 10334/23

**defense [34]** 10116/19
10130/18 10193/8
10193/17 10194/17
10197/6 10217/1
10217/5 10217/23
10224/4 10245/21
10258/19 10291/16
10294/19 10295/25
10299/11 10316/6
10318/17 10321/11
10322/21 10323/7
10325/7 10325/15
10327/10 10331/19
10341/19 10346/18
10359/1 10359/5
10361/7 10361/17
10361/20 10361/20
10361/21
**defined [2]** 10249/10
10304/9
**definite [1]** 10227/13
**definition [8]** 10227/6
10227/9 10239/18
10239/24 10254/13
10304/14 10307/9
10307/23
**definitions [1]** 10271/8
**defuse [1]** 10199/15
**degree [3]** 10226/15
10228/2 10364/4
**delay [1]** 10336/5
**delayed [4]** 10210/11
10233/14 10256/14
10336/15
**delays [1]** 10210/17
**delete [10]** 10139/19
10240/16 10241/23
10243/14 10313/14
10314/22 10315/20
10329/19 10344/4
10344/7
**deleted [26]** 10135/5
10136/5 10210/12
10236/16 10236/16
10236/20 10238/10
10240/16 10241/9
10242/23 10243/10
10243/24 10243/24
10313/17 10314/2
10314/4 10314/6
10314/7 10314/11
10330/3 10330/23
10331/3 10331/6
10331/10 10336/16
10337/23
**deleting [6]** 10234/16
10234/19 10329/11
10329/17 10329/20
10329/21
**deletion [2]** 10237/10
10237/11
**deliberate [4]**
10206/19 10296/10
10350/17 10351/18
**deliberating [6]**
10122/2 10356/10
10356/19 10357/10

**deliberation [3]**
10196/24 10354/24
10356/1
**deliberations [21]**
10156/17 10161/22
10194/13 10234/22
10235/20 10293/25
10308/24 10349/13
10349/16 10350/19
10350/23 10351/1
10352/7 10352/17
10353/14 10353/24
10355/1 10355/10
10357/11 10357/16
10358/4
**delicate [1]** 10127/9
**delineated [1]** 10313/1
**demeanor [2]** 10169/5
10309/6
**democracy [1]**
10363/23
**demonstrate [1]**
10364/17
**demonstrated [1]**
10364/4
**demonstration [2]**
10133/15 10149/3
**demonstrations [1]**
10147/25
**demonstrative [5]**
10162/18 10162/24
10163/4 10191/16
10191/17
**demonstratives [1]**
10127/19
**demoted [2]** 10280/17
10280/21
**Dennis [1]** 10246/21
10247/2
**denying [1]** 10208/19
**depend [1]** 10210/23
**depends [2]** 10131/16
10290/17
**depicted [1]** 10234/20
**depicting [1]** 10241/9
**deputy [1]** 10351/2
**derogatory [1]**
10345/11
**describe [2]** 10290/14
10330/11
**Desert [1]** 10140/5
**deserve [1]** 10204/13
**designed [2]** 10277/2
10305/6
**desire [3]** 10134/2
10200/13 10200/15
**desperate [1]**
10295/21
**despite [3]** 10131/25
10153/24 10159/12
**destroy [4]** 10237/16
10242/13 10265/12
10315/2
**destroyed [4]**
10205/14 10265/13
10266/3 10309/1
**destroying [2]**

**destroying... [2]**
10304/13 10314/24
**destruction [13]**
10132/22 10171/6
10205/12 10205/23
10206/3 10206/6
10238/20 10265/10
10265/25 10266/6
10313/12 10319/1
10319/23
**detail [13]** 10125/10
10148/25 10149/20
10154/11 10154/22
10165/2 10166/11
10166/22 10167/7
10167/9 10167/22
10169/18 10297/4
**detailees [1]** 10141/14
**details [11]** 10140/14
10141/14 10143/4
10145/10 10148/18
10167/11 10297/11
10297/13 10297/17
10323/18 10324/20
**determination [1]**
10352/10
**determine [3]**
10129/21 10174/3
10292/22
**determined [2]**
10130/1 10352/23
**determining [1]**
10173/17
**device [1]** 10358/16
**devices [1]** 10281/16
**devolving [1]** 10136/13
**dictated [1]** 10322/5
**did [149]** 10115/21
10117/25 10120/23
10124/17 10127/18
10128/24 10136/25
10137/3 10137/15
10137/20 10138/22
10142/24 10142/25
10143/1 10155/5
10157/5 10157/22
10157/23 10158/23
10169/7 10169/8
10169/18 10174/9
10178/2 10181/20
10181/21 10181/22
10182/8 10185/18
10186/13 10190/7
10190/13 10190/22
10194/15 10194/18
10194/23 10195/2
10195/7 10196/10
10196/25 10198/19
10199/23 10204/3
10204/8 10204/25
10206/8 10209/10
10209/15 10209/19
10209/25 10211/9
10211/9 10213/23
10215/12 10221/1
10230/17 10230/17
10235/3 10235/8

10240/16 10241/23
10242/12 10243/25
10246/2 10252/11
10258/10 10258/11
10258/24 10259/2
10261/15 10262/15
10263/3 10264/8
10264/22 10265/7
10266/25 10267/17
10270/15 10271/16
10271/17 10272/7
10272/15 10273/1
10273/17 10274/12
10275/25 10278/2
10278/4 10281/6
10282/24 10284/5
10287/24 10288/15
10293/3 10294/11
10296/3 10297/22
10303/9 10304/1
10308/7 10309/23
10309/25 10310/5
10311/10 10311/12
10311/18 10312/24
10313/2 10313/3
10313/13 10314/25
10315/20 10315/20
10315/21 10315/21
10321/7 10321/22
10323/20 10324/18
10324/21 10327/7
10328/2 10329/25
10331/7 10334/24
10335/3 10337/5
10337/19 10337/20
10339/15 10339/20
10339/24 10340/5
10340/20 10340/21
10341/3 10341/7
10342/9 10343/1
10343/24 10345/10
10345/17 10345/19
10345/21 10348/8
10348/10 10361/2
**did you [3]** 10127/18
10142/24 10262/15
**didn't [115]** 10122/22
10125/2 10126/16
10133/11 10134/13
10134/15 10134/19
10134/20 10134/24
10135/18 10135/23
10135/24 10136/6
10137/10 10137/12
10138/18 10138/21
10139/19 10139/19
10142/24 10145/3
10146/6 10146/6
10149/1 10150/7
10151/25 10152/22
10155/4 10155/5
10156/11 10156/12
10165/8 10167/12
10174/22 10174/23
10190/25 10191/1
10194/18 10194/25
10195/8 10195/10

10196/7 10197/8
10200/8 10200/24
10200/24 10207/19
10209/16 10209/17
10209/23 10209/25
10215/7 10215/7
10216/3 10221/6
10221/6 10221/7
10222/14 10235/9
10238/15 10242/18
10243/16 10243/16
10247/1 10247/3
10247/7 10247/13
10247/14 10250/1
10254/16 10257/21
10258/15 10258/20
10258/25 10259/21
10259/23 10259/25
10262/14 10262/20
10263/9 10263/10
10263/14 10264/23
10264/24 10264/25
10265/1 10265/4
10265/7 10265/12
10272/8 10272/8
10273/16 10273/18
10274/24 10275/12
10284/4 10284/6
10288/6 10301/14
10313/14 10318/18
10321/7 10322/8
10327/12 10327/14
10329/3 10338/24
10340/1 10340/4
10345/12 10346/1
10362/15 10363/2
**die [4]** 10201/2
10301/18 10301/19
10301/24
**difference [5]**
10164/13 10228/25
10288/19 10288/20
10288/22
**different [38]** 10116/24
10119/22 10124/19
10125/8 10138/11
10142/19 10147/24
10149/13 10160/22
10161/5 10164/23
10202/18 10202/20
10202/20 10208/5
10212/1 10226/17
10227/8 10228/17
10228/19 10229/15
10230/4 10236/22
10252/12 10256/11
10257/6 10257/15
10271/7 10279/17
10279/22 10279/25
10293/24 10298/18
10313/20 10351/24
10353/12 10353/12
10353/13
**differential [1]**
10212/16
**differently [2]**
10234/15 10361/21

10356/5 10356/7
**difficulties [1]** 10183/6
**difficulty [3]** 10122/12
10248/23 10257/24
**digestible [1]** 10322/24
**digital [5]** 10209/14
10237/12 10242/7
10251/6 10273/9
10309/7
**direct [4]** 10132/13
10145/9 10217/10
10309/7
**direction [2]** 10142/5
10162/8 10214/17
10214/18
**directions [1]**
10275/25
**directive [2]** 10146/21
10148/20
**directly [2]** 10302/9
10332/23
**disabled [10]** 10125/13
10125/19 10125/21
10126/6 10126/8
10264/10 10264/23
10284/6 10284/6
10289/24
**disagree [3]** 10228/3
10235/23 10237/4
**disappointed [5]**
10286/19 10286/23
10288/1 10288/5
10288/18
**discectomy [1]**
10264/25
**discharged [3]**
10147/17 10166/2
10215/24
**discourse [1]**
10347/23
**discover [1]** 10160/22
**discovers [1]** 10183/2
**discuss [12]** 10143/22
10193/2 10225/14
10225/15 10323/17
10323/20 10350/13
10350/15 10354/18
10354/18 10356/20
10357/1
**discussed [10]**
10145/5 10192/25
10221/12 10232/21
10235/11 10239/14
10250/23 10297/15
10341/6 10358/25
**discussing [5]**
10136/18 10136/20
10331/24 10351/20
10352/16
**discussion [5]** 10146/5
10195/14 10195/23
10202/21 10352/13
**discussions [4]**
10196/15 10210/8
10210/15 10349/23
**disgusting [1]**
10318/16
**disinterested [1]**

10356/5
**dismiss [1]** 10356/5
**dismissed [1]** 10358/3
**dismissing [1]** 10356/6
**disorder [1]** 10129/25
**dispassionate [1]**
10162/3
**display [2]** 10118/23
10305/5
**displayed [1]** 10196/2
**dispose [1]** 10255/18
**disposes [1]** 10255/1
**dispute [1]** 10241/25
**disputed [1]** 10344/13
**disputing [2]** 10212/23
10212/24
**disregard [2]** 10208/5
10228/16
**disrupt [1]** 10126/24
**distance [3]** 10206/5
10276/11 10361/16
**distinction [1]**
10227/19
**distract [1]** 10340/6
**distress [1]** 10183/3
**distressed [1]** 10185/8
**district [5]** 10110/1
10110/1 10110/10
10133/25 10227/10
**divided [1]** 10351/13
**DM [2]** 10204/7
10204/9
**do [198]** 10116/17
10118/4 10119/6
10121/9 10128/8
10128/15 10129/17
10130/8 10130/24
10131/4 10131/12
10135/3 10136/10
10146/6 10146/6
10146/14 10146/25
10160/10 10164/20
10169/9 10170/7
10178/15 10178/16
10178/20 10178/22
10179/14 10179/16
10180/2 10181/12
10183/5 10188/21
10191/2 10192/1
10192/6 10194/1
10194/2 10194/3
10194/8 10194/18
10196/2 10196/6
10196/10 10196/11
10196/25 10198/15
10198/19 10200/12
10200/13 10203/16
10204/8 10204/24
10204/25 10205/21
10205/23 10206/10
10206/19 10206/19
10206/19 10206/20
10207/22 10208/3
10211/17 10213/17
10215/1 10216/23
10217/10 10217/10
10218/17 10218/19
10219/23 10222/14

**do... [127]** 10222/18
10222/18 10223/3
10224/15 10226/2
10226/25 10228/8
10228/13 10229/20
10230/21 10231/5
10231/9 10234/5
10236/3 10238/23
10241/16 10241/20
10243/11 10243/12
10243/16 10243/16
10243/25 10244/5
10244/11 10248/8
10248/9 10249/7
10249/9 10253/11
10254/24 10254/24
10255/20 10255/21
10261/8 10261/11
10262/4 10262/5
10262/15 10265/7
10267/19 10267/23
10268/2 10268/20
10271/11 10271/12
10271/21 10275/4
10275/9 10276/8
10276/17 10277/6
10278/2 10278/19
10280/9 10282/17
10283/6 10283/7
10284/16 10285/20
10288/13 10288/15
10288/24 10290/25
10291/8 10293/5
10294/10 10295/13
10296/6 10296/8
10299/9 10301/21
10301/25 10302/14
10304/1 10304/8
10304/24 10305/19
10306/17 10308/4
10308/7 10308/12
10308/15 10311/9
10312/22 10313/15
10313/16 10315/21
10316/14 10318/18
10319/4 10321/22
10322/2 10324/16
10326/6 10326/14
10326/22 10328/4
10328/4 10328/8
10329/12 10329/19
10330/1 10332/19
10332/21 10333/17
10333/18 10334/18
10334/22 10335/18
10341/21 10342/4
10342/14 10343/1
10344/9 10345/17
10347/15 10350/13
10351/19 10352/1
10355/21 10355/25
10356/16 10356/23
10358/4 10358/8
10361/14 10363/21
**do you [7]** 10222/18
10230/21 10261/11
10262/4 10280/9

**do you have [6]**
10131/4 10196/10
10262/5 10271/21
10283/6 10284/16
**do you know [4]**
10178/22 10192/6
10304/8 10305/19
**Do you remember [2]**
10268/2 10275/4
**do you think [1]**
10130/24
**dock [1]** 10253/2
**document [5]** 10236/1
10238/18 10239/11
10265/23 10292/25
**documented [2]**
10140/22 10156/19
**documents [2]**
10141/8 10278/17
**Dodd [2]** 10341/24
10342/3
**Dodd Koehler [2]**
10341/24 10342/3
**does [39]** 10115/6
10151/11 10157/9
10169/24 10170/2
10170/2 10170/3
10175/14 10184/3
10198/12 10206/18
10207/12 10213/15
10213/20 10214/21
10214/21 10214/24
10214/25 10215/1
10215/2 10217/11
10231/3 10245/6
10245/9 10247/23
10247/24 10248/1
10260/5 10274/17
10280/17 10285/23
10291/16 10309/20
10310/6 10311/1
10327/11 10329/11
10340/18 10352/11
**doesn't [56]** 10115/14
10133/1 10137/10
10149/21 10151/7
10159/2 10159/10
10159/10 10159/14
10160/6 10160/8
10164/11 10168/11
10173/8 10181/1
10183/18 10184/15
10184/17 10186/13
10188/13 10189/5
10195/4 10204/12
10210/7 10212/18
10213/5 10213/18
10214/8 10214/9
10215/3 10215/13
10215/20 10216/23
10219/5 10219/8
10219/12 10226/15
10229/3 10236/25
10258/19 10260/7
10263/16 10267/8
10269/21 10272/25
10273/8 10275/8

**do you have [6]**
10283/16 10284/20
10288/7 10309/21
10327/18 10334/19
10336/20
**dog [2]** 10186/13
10186/14
**doing [37]** 10131/10
10134/12 10137/14
10145/21 10154/16
10156/22 10162/10
10165/12 10174/3
10174/4 10175/6
10175/7 10181/23
10184/10 10184/19
10188/4 10200/13
10203/21 10208/9
10211/18 10216/2
10216/4 10218/25
10219/1 10245/4
10245/5 10248/25
10249/8 10260/18
10308/14 10311/4
10328/9 10333/16
10333/16 10334/12
10342/13 10348/9
**DOJ [3]** 10268/4
10268/19 10268/20
**Dolan [52]** 10143/16
10143/17 10144/15
10145/7 10145/7
10145/12 10145/13
10145/22 10145/24
10146/6 10146/10
10146/15 10146/17
10161/20 10168/20
10169/19 10170/9
10170/11 10170/18
10180/23 10187/1
10187/6 10187/19
10212/6 10220/5
10220/25 10220/25
10273/20 10273/22
10273/23 10300/17
10300/24 10301/6
10301/11 10301/14
10301/17 10302/3
10302/22 10303/1
10304/22 10305/2
10305/16 10305/20
10306/1 10317/1
10318/1 10341/4
10341/7 10343/22
10343/25 10346/18
10346/20
**Dolan's [3]** 10168/7
10168/21 10305/15
**dollars [3]** 10221/23
10222/8 10222/9
**domain [1]** 10239/19
**dome [1]** 10158/25
**Don [3]** 10250/22
10250/22 10345/25
**don't [107]** 10114/25
10116/2 10118/25
10119/18 10119/24
10119/25 10120/11
10123/24 10125/16

10128/4 10128/9
10129/16 10129/24
10130/16 10137/12
10137/13 10137/14
10139/9 10148/4
10148/8 10149/25
10152/18 10162/25
10163/2 10164/20
10168/20 10172/11
10173/25 10175/1
10179/18 10181/21
10183/5 10184/7
10186/20 10187/9
10190/23 10191/21
10195/11 10203/6
10203/7 10204/13
10204/19 10210/6
10210/16 10215/8
10215/9 10217/21
10219/19 10223/2
10224/16 10225/5
10226/9 10227/2
10227/4 10227/19
10227/23 10228/3
10228/19 10229/4
10229/10 10231/4
10232/3 10232/4
10238/16 10247/11
10251/24 10254/9
10256/22 10258/16
10261/11 10262/16
10267/2 10267/11
10268/6 10270/22
10271/5 10271/5
10271/23 10272/3
10272/4 10272/12
10277/22 10277/24
10278/10 10280/12
10280/14 10285/2
10285/4 10285/19
10287/2 10289/3
10293/1 10297/2
10302/14 10342/16
10346/1 10359/13
10359/16 10359/23
10361/11 10361/12
10362/13 10364/19
10364/22 10365/2
**done [25]** 10116/3
10118/16 10147/16
10184/4 10195/20
10200/1 10200/2
10214/4 10214/5
10214/5 10226/16
10233/22 10257/2
10262/7 10262/13
10281/13 10281/15
10288/12 10342/3
10348/8 10360/10
10360/16 10364/7
10364/8 10364/17
**Donovan [19]**
10234/18 10235/1
10235/16 10239/2
10240/5 10240/22
10243/7 10243/21
10246/15 10272/10

10314/12 10317/3
10330/17 10330/23
10330/25 10331/2
10331/7
**Donovan Crowl [14]**
10234/16 10235/1
10240/5 10240/22
10243/7 10243/21
10246/15 10272/10
10311/6 10314/12
10317/3 10330/17
10330/23 10331/7
**Donovan Crowl's [3]**
10235/16 10239/2
10331/2
**door [29]** 10118/23
10121/21 10122/23
10123/7 10154/8
10154/9 10156/13
10157/22 10157/25
10158/7 10164/16
10171/12 10171/20
10172/2 10172/24
10176/6 10178/20
10181/6 10181/24
10188/20 10189/2
10288/2 10317/2
10318/6 10318/15
10319/12 10319/14
10319/17 10338/24
**doors [39]** 10123/10
10123/21 10132/22
10132/24 10132/25
10133/2 10133/2
10150/18 10154/6
10155/2 10155/4
10155/22 10157/18
10158/2 10171/9
10171/15 10174/1
10174/14 10174/16
10178/14 10178/18
10178/18 10205/24
10207/2 10219/25
10263/23 10263/24
10316/16 10316/19
10316/19 10316/23
10317/7 10319/2
10319/5 10319/8
10319/12 10319/13
10319/21 10319/22
**doorway [1]** 10158/15
**double [2]** 10171/1
10181/22
**double-arm [1]**
10171/1
**doubt [21]** 10124/23
10126/23 10129/5
10159/3 10175/22
10193/19 10194/1
10220/2 10221/11
10221/12 10221/13
10221/24 10222/10
10231/10 10234/3
10234/8 10258/21
10282/4 10290/22
10308/1 10355/17
**doubting [1]** 10222/3

**Doug [3]** 10267/1
10267/1 10317/15
**Doug Smith [2]**
10267/1 10317/15
**doughnut [3]** 10164/6
10164/7 10164/8
**Douyon [7]** 10223/12
10350/14 10356/15
10357/5 10357/14
10358/17 10359/15
**down [63]** 10137/16
10145/15 10145/18
10147/9 10158/5
10158/24 10162/19
10164/5 10166/13
10166/16 10172/21
10172/23 10175/10
10178/23 10182/9
10183/24 10197/1
10203/5 10204/17
10206/11 10210/19
10211/11 10211/12
10211/14 10213/1
10213/4 10215/15
10218/19 10218/22
10218/22 10218/24
10219/4 10219/10
10221/19 10228/21
10235/14 10241/13
10241/14 10241/18
10241/19 10244/24
10245/1 10247/2
10247/10 10255/25
10256/1 10273/15
10273/24 10273/25
10275/20 10276/5
10278/21 10280/19
10281/8 10286/5
10288/17 10290/13
10290/18 10295/4
10318/10 10334/17
10340/12 10342/12
**downloaded [1]**
10269/22
**downright [2]**
10268/20 10268/21
**downstairs [1]**
10174/18
**dozen [1]** 10118/25
**dozens [2]** 10134/16
10134/23
**Dozer [4]** 10196/13
10334/16 10342/9
10342/17
**drafting [2]** 10130/14
10130/19
**draining [1]** 10333/16
**draw [3]** 10121/13
10121/23 10340/7
**drawer [1]** 10257/18
**drawing [2]** 10166/15
10167/3
**drawn [2]** 10133/19
10166/16
**Dream [1]** 10164/14
**dress [1]** 10267/4
**dressed [1]** 10150/15

**draw [5]** 10275/24
10276/5 10287/14
10287/19 10334/2
**drive [5]** 10112/8
10157/6 10242/7
10242/8 10275/20
**driven [1]** 10121/14
**drives [2]** 10242/6
10358/16
**driving [1]** 10275/22
**drops [1]** 10183/20
**drove [3]** 10294/14
10315/15 10348/6
**droves [2]** 10201/10
10304/16
**due [1]** 10268/17
**dues [1]** 10315/7
**dues-paying [1]**
10315/7
**Dunn [16]** 10124/18
10124/22 10125/3
10159/5 10159/7
10159/14 10183/3
10183/4 10183/10
10184/7 10184/13
10184/22 10340/3
10340/6 10340/18
10340/24
**Dupont [1]** 10274/23
**duress [1]** 10183/15
**during [35]** 10118/19
10119/13 10122/7
10139/14 10144/13
10153/14 10161/22
10162/23 10173/2
10174/11 10175/23
10185/17 10185/18
10190/5 10190/18
10190/21 10191/4
10195/7 10195/8
10195/12 10198/16
10234/22 10248/7
10253/12 10293/23
10302/23 10305/5
10320/2 10332/16
10350/19 10350/23
10351/1 10353/14
10355/1 10357/21
**duties [3]** 10308/14
10308/16 10335/7
**duty [10]** 10125/14
10141/1 10147/13
10147/16 10149/4
10166/2 10343/21
10348/20 10351/17
10353/24
**dynamics [1]** 10124/8

**E**

**e-mail [1]** 10235/10
**each [37]** 10128/22
10128/24 10129/9
10129/18 10129/21
10142/3 10224/13
10225/13 10234/8
10290/23 10294/10
10300/5 10309/2
10309/3 10309/13

10313/13 10314/14
10315/1 10321/16
10322/4 10322/20
10329/25 10337/8
10349/25 10352/20
10352/21 10352/22
10353/1 10353/2
10353/3 10353/18
10353/19 10354/16
10354/25 10361/22
**ear [1]** 10337/4
**earlier [4]** 10162/23
10204/1 10312/23
10356/22
**early [13]** 10139/15
10151/3 10151/13
10152/14 10153/10
10173/15 10179/8
10179/10 10198/5
10198/6 10200/13
10295/16 10298/13
**earned [1]** 10290/12
**Earth [1]** 10326/2
**easier [1]** 10242/16
**east [12]** 10146/12
10146/23 10150/14
10152/25 10155/1
10157/17 10160/23
10161/4 10187/3
10187/6 10300/11
10300/12
**easy [6]** 10189/11
10194/15 10235/2
10255/18 10255/18
10360/7
**eat [1]** 10164/25
**eats [1]** 10171/2
**Ed [1]** 10306/8
**Ed Vallejo [1]** 10306/8
**Edmund [1]** 10112/2
**Edward [3]** 10111/10
10114/13 10114/16
**Edwards [3]** 10110/16
10114/15 10151/22
**edwardtarpley [1]**
10111/12
**effect [7]** 10142/17
10197/20 10205/15
10244/24 10244/25
10347/20 10352/3
**effective [1]** 10337/2
**effectively [1]** 10130/3
**efficiency [1]** 10322/14
**effort [3]** 10136/12
10200/9 10312/11
**egregious [1]** 10135/2
**eight [8]** 10285/14
10285/17 10286/4
10286/17 10296/18
10315/15 10322/14
10364/13
**either [19]** 10115/6
10117/22 10120/1
10121/20 10134/15
10134/21 10138/18
10138/20 10138/25
10139/20 10149/5

**embarrassing [3]**
10135/25 10290/15
10290/16
**embedded [1]**
10292/20
**embellishment [1]**
10155/15
**embroiled [1]**
10142/15
**emergency [3]**
10277/3 10333/24
10335/9
**emotionally [1]**
10160/16
**emphasize [3]**
10251/16 10306/6
10337/19
**emphasized [1]**
10303/6
**emphatic [1]** 10325/23
**Empire [2]** 10112/13
10288/4
**Emu [1]** 10241/15
**encapsulation [1]**
10345/8
**encountered [1]**
10340/3
**encourage [4]** 10169/4
10173/6 10313/15
10349/24
**encouraged [1]**
10313/14
**encouragement [1]**
10342/11
**encouraging [2]**
10310/6 10311/5
**end [10]** 10130/14
10199/22 10229/21
10246/2 10252/3
10270/25 10307/2
10314/5 10358/2
10362/20
**endangering [1]**
10228/1
**endeavor [1]** 10357/13
**ended [10]** 10186/24
10188/4 10240/6
10245/11 10245/13
10245/25 10247/12
10273/21 10273/23
10312/24
**ends [4]** 10173/14
10250/12 10251/3
10358/14
**enforcement [13]**
10148/4 10148/22
10165/10 10177/9
10177/10 10213/17
10213/19 10213/19
10312/1 10312/2
10312/12 10328/16
10348/17
**engage [1]** 10162/1
**engaged [5]** 10124/12
10294/20 10296/22
10333/14 10333/19
**engages [1]** 10333/5
**engaging [2]** 10199/15

10200/8 10224/22
10249/6 10254/23
10296/23 10306/10
**elbows [1]** 10184/18
**Elect [2]** 10311/20
10311/22
**elected [1]** 10144/21
**election [14]** 10133/14
10140/18 10142/16
10142/16 10146/9
10148/23 10157/24
10200/20 10295/12
10295/17 10298/5
10312/23 10332/7
10348/3
**Electoral [8]** 10249/4
10249/5 10255/21
10256/14 10257/7
10302/21 10313/6
10331/14
**electronic [3]** 10237/2
10314/17 10350/21
**electronically [2]**
10237/1 10350/25
**electronics [1]**
10236/17
**element [5]** 10207/17
10218/8 10226/18
10230/5 10294/2
**elements [3]** 10129/13
10129/23 10355/16
**Eller [4]** 10119/11
10195/9 10197/18
10331/17
**Ellipse [14]** 10140/20
10151/10 10151/20
10152/7 10153/18
10154/11 10161/11
10186/14 10210/2
10211/10 10273/2
10274/10 10274/24
10276/16
**ELMER [3]** 10110/6
10111/2 10114/10
**else [22]** 10127/14
10133/7 10136/10
10176/4 10186/13
10195/9 10197/6
10197/15 10204/24
10210/9 10219/19
10239/5 10267/20
10301/3 10309/21
10316/10 10324/16
10333/9 10343/13
10350/14 10361/10
10363/17
**else's [4]** 10333/1
10333/3 10344/6
10344/8
**elsewhere [3]** 10167/4
10296/15 10296/15
**email [10]** 10110/18
10110/19 10111/5
10111/9 10111/12
10111/16 10112/5
10112/9 10112/14
10350/21

10384

**E**

engaging... [1]
10332/25
**Enjoy [1]** 10223/5
**enough [10]** 10137/17
10147/18 10148/3
10161/25 10166/20
10168/25 10206/18
10222/11 10264/4
10360/7
**enter [10]** 10137/25
10157/22 10167/15
10214/15 10218/18
10296/24 10327/23
10337/19 10340/1
10353/23
**entered [8]** 10131/22
10152/25 10158/22
10192/13 10233/12
10293/12 10295/7
10356/4
**entering [1]** 10352/8
**enters [1]** 10219/6
**entire [14]** 10144/13
10147/16 10185/19
10190/8 10190/9
10190/23 10191/1
10191/3 10217/7
10243/3 10314/11
10316/24 10330/23
10333/5
**entirely [3]** 10314/7
10340/1 10356/2
**entirety [1]** 10137/16
**entitled [4]** 10218/4
10233/5 10237/20
10352/21
**entry [2]** 10214/15
10303/21
**envelope [3]** 10237/16
10237/16 10237/18
**equipment [1]**
10215/23
**errand [1]** 10302/11
**escapes [1]** 10196/13
**escort [4]** 10125/12
10152/2 10325/6
10340/8
**escorted [1]** 10124/12
**escorting [4]** 10140/20
10153/17 10325/1
10325/4
**especially [7]** 10144/7
10256/7 10313/9
10320/3 10321/12
10323/4 10323/14
**essential [1]** 10361/9
**essentially [2]**
10122/17 10228/7
**establish [4]** 10118/3
10209/24 10298/9
10308/21
**established [2]**
10118/10 10128/20
**establishes [1]**
10175/22
**esteemed [1]** 10156/18
**estimate [2]** 10131/4

**estimates [1]** 10158/21
**estimating [1]**
10130/21
**et [5]** 10110/6
10226/12 10228/21
10253/2 10292/25
**et cetera [3]** 10228/21
10253/2 10292/25
**evacuate [1]** 10255/12
**evacuated [3]**
10157/11 10255/20
10327/25
**evacuation [1]**
10157/13
**evaluate [1]** 10313/8
**even [84]** 10120/11
10122/22 10123/19
10133/1 10133/7
10133/12 10133/15
10134/6 10134/17
10135/11 10135/23
10135/24 10136/11
10136/19 10138/21
10139/23 10141/14
10141/17 10141/21
10142/24 10147/13
10152/3 10152/22
10153/4 10156/1
10156/11 10156/14
10157/4 10157/10
10163/19 10166/11
10167/12 10176/8
10199/22 10200/8
10204/20 10206/5
10207/14 10216/25
10217/13 10217/19
10235/14 10240/22
10255/14 10255/16
10256/7 10260/1
10271/6 10272/8
10272/13 10272/23
10274/12 10275/3
10283/8 10283/10
10284/4 10284/5
10285/2 10294/22
10294/23 10295/3
10297/9 10297/11
10297/12 10297/19
10297/15 10297/19
10297/25 10299/11
10302/17 10308/18
10324/20 10327/5
10327/5 10332/3
10334/5 10334/22
10335/9 10341/11
10342/2 10344/24
10344/25 10349/14
10364/14
**evening [12]** 10115/6
10128/12 10139/24
10141/12 10143/11
10251/25 10252/1
10330/15 10344/8
10345/7 10360/14
10364/22
**event [16]** 10125/11
10141/5 10141/11

10160/21 10177/7
10205/4 10208/20
10211/10 10211/13
10215/10 10215/10
10220/5 10353/22
10353/25
**events [11]** 10148/2
10152/12 10156/21
10160/15 10160/22
10165/12 10176/13
10177/10 10178/21
10199/17 10257/14
**Eventually [1]**
10125/15
**ever [23]** 10132/23
10132/24 10133/3
10134/21 10144/14
10147/5 10148/19
10149/23 10159/1
10177/11 10177/11
10194/17 10195/12
10200/20 10206/4
10208/19 10208/19
10210/1 10215/24
10220/6 10220/16
10241/1 10290/7
**every [30]** 10133/22
10134/4 10137/11
10137/23 10149/18
10156/14 10185/16
10194/4 10199/10
10199/18 10201/20
10204/22 10205/10
10222/15 10223/12
10234/9 10242/18
10243/14 10243/24
10266/12 10284/16
10290/5 10290/23
10297/3 10297/3
10322/4 10322/15
10322/17 10336/18
10347/18
**everybody [28]**
10125/10 10128/11
10131/24 10131/25
10162/9 10169/11
10183/9 10186/13
10189/21 10215/11
10216/21 10217/8
10225/21 10233/13
10233/16 10257/12
10288/3 10290/17
10291/12 10291/23
10293/14 10309/21
10358/13 10358/15
10358/18 10360/13
10364/23 10364/25
**everybody's [1]**
10136/10
**everyone [10]**
10192/15 10207/13
10225/25 10226/2
10291/5 10292/4
10318/2 10318/21
10333/19 10345/13
**everyone's [1]**
10315/20

10133/7 10143/25
10149/7 10160/20
10173/7 10183/25
10201/24 10205/3
10243/25 10277/14
10342/15
**evidence [174]**
10116/22 10117/21
10118/13 10119/2
10120/16 10120/20
10121/6 10121/23
10123/16 10123/18
10124/15 10125/19
10125/22 10126/4
10126/5 10126/14
10127/3 10127/5
10132/12 10133/5
10135/11 10135/14
10136/22 10137/1
10137/21 10140/19
10141/16 10141/24
10143/5 10148/24
10149/2 10151/16
10152/24 10159/3
10160/1 10160/8
10161/11 10162/4
10163/1 10163/3
10163/23 10164/9
10164/18 10171/8
10173/5 10175/8
10177/9 10185/25
10186/1 10186/2
10186/8 10189/4
10189/10 10190/22
10191/9 10191/21
10193/20 10200/4
10205/13 10205/14
10205/24 10215/11
10218/15 10218/18
10219/22 10223/10
10223/12 10223/15
10224/1 10224/2
10224/7 10224/14
10224/15 10225/1
10225/8 10225/12
10225/14 10225/14
10225/17 10231/24
10234/11 10234/14
10235/7 10236/2
10237/12 10238/22
10239/1 10240/13
10241/25 10242/1
10242/13 10244/15
10244/18 10246/9
10246/18 10253/6
10260/20 10260/22
10265/13 10266/3
10269/9 10269/11
10269/18 10273/18
10286/2 10286/10
10286/20 10294/6
10294/24 10295/5
10295/5 10295/6
10295/7 10295/9
10297/21 10298/8
10299/3 10305/9
10308/1 10309/1

10313/12 10314/16
10314/17 10314/18
10314/22 10314/22
10314/24 10316/9
10320/17 10322/8
10322/13 10322/24
10323/1 10324/3
10324/5 10327/20
10327/21 10329/18
10329/18 10330/9
10331/11 10332/17
10335/22 10336/1
10342/2 10344/12
10349/6 10349/21
10349/24 10350/1
10350/2 10350/10
10352/4 10352/24
10353/1 10354/2
10354/5 10354/6
10354/7 10354/9
10354/11 10354/13
10354/15 10354/17
10354/18 10354/20
10354/23 10355/11
10355/11 10362/25
10363/12 10364/3
**evident [1]** 10200/3
**evidentiary [1]**
10123/25
**evolving [1]** 10136/12
**exact [9]** 10121/17
10158/4 10205/18
10212/14 10212/14
10212/15 10212/15
10259/3 10346/3
**exactly [17]** 10117/8
10141/4 10145/16
10158/13 10182/7
10200/2 10232/13
10234/5 10245/2
10255/10 10274/3
10280/23 10287/2
10303/17 10330/2
10346/20 10346/22
**exaggerated [1]**
10264/6
**examination [13]**
10118/2 10124/21
10145/9 10152/4
10194/5 10195/8
10203/20 10217/11
10271/18 10274/13
10287/20 10309/8
10309/8
**examine [15]** 10144/13
10224/7 10224/14
10225/1 10225/8
10225/11 10225/13
10225/16 10315/19
10354/6 10354/10
10354/11 10354/14
10354/17 10354/20
**examining [2]**
10145/12 10330/19
**example [21]** 10118/7
10120/19 10120/20
10122/21 10129/3

**E**

example... [16] 10207/23 10220/24 10228/9 10231/14 10263/21 10292/14 10298/12 10309/13 10311/23 10312/18 10324/14 10325/16 10326/9 10351/14 10363/22 10363/25
**except [13]** 10149/20 10164/11 10199/10 10218/19 10219/23 10220/7 10224/2 10272/4 10290/7 10314/15 10351/5 10351/7 10354/5
**exception [1]** 10222/20
**excerpt [1]** 10157/3
**excited [1]** 10169/24
**exclusively [1]** 10354/1
**exculpatory [2]** 10242/25 10272/18
**excuse [6]** 10194/5 10202/24 10355/11 10356/1 10356/11 10357/6
**execution [1]** 10231/15
**exercise [1]** 10157/19
**exhibit [63]** 10124/8 10145/19 10149/15 10151/1 10162/16 10163/23 10170/15 10170/20 10172/8 10173/12 10173/22 10174/25 10176/5 10180/22 10182/3 10184/10 10186/5 10186/6 10186/25 10188/7 10188/14 10188/19 10190/17 10191/8 10191/15 10191/16 10191/24 10201/21 10202/2 10209/9 10217/12 10240/10 10240/12 10241/11 10243/6 10244/20 10250/7 10254/15 10255/3 10255/3 10255/9 10270/5 10273/4 10284/17 10284/22 10285/6 10285/9 10287/5 10287/8 10305/2 10309/15 10309/15 10316/22 10340/9 10358/18 10358/19 10358/21 10358/24 10360/9 10360/17 10361/7 10362/12 10362/19
**exhibits [30]** 10121/12 10127/15 10127/20 10133/6 10139/15 10157/12 10164/1 10164/19 10185/15 10191/17 10201/22

10212/1 10224/1 10244/16 10250/15 10268/25 10333/23 10354/5 10354/8 10354/24 10357/14 10357/15 10358/17 10359/4 10359/11 10359/17 10362/12 10362/15
**exigency [1]** 10322/5
**exigent [2]** 10160/15 10322/6
**exist [2]** 10136/10 10336/20
**existed [4]** 10201/9 10278/8 10295/6 10308/21
**existence [5]** 10129/5 10136/12 10218/9 10218/10 10296/19
**existential [1]** 10348/3
**exists [4]** 10205/24 10219/22 10221/13 10356/20
**exit [1]** 10287/18
**exited [5]** 10189/20 10223/8 10291/7 10357/8 10358/11
**exits [1]** 10181/25
**exonerates [2]** 10270/21 10270/23
**expect [1]** 10361/12
**expectations [1]** 10120/12
**expected [1]** 10145/1
**expecting [3]** 10169/7 10221/3 10351/18
**expenses [1]** 10141/23
**experience [2]** 10197/11 10213/14
**experiencing [1]** 10183/6
**expert [2]** 10209/15 10209/21
**expertise [2]** 10139/10 10209/11
**experts [1]** 10209/11
**explain [12]** 10143/2 10230/17 10234/6 10252/20 10252/21 10278/2 10280/25 10281/1 10323/25 10324/1 10324/10 10324/13
**explained [8]** 10295/12 10299/12 10300/24 10302/22 10303/4 10304/20 10335/8 10341/8
**explains [2]** 10258/6 10302/24
**explanations [1]** 10161/7
**explicit [2]** 10296/23 10323/13
**explicitly [1]** 10220/19
**exposure [1]** 10356/23

10297/9 10297/23 10297/23 10298/1
**expression [1]** 10352/9
**extensive [3]** 10135/14 10167/13 10299/1
**extensively [1]** 10210/16
**extent [11]** 10118/1 10191/20 10228/23 10229/7 10230/3 10231/24 10233/7 10293/22 10299/10 10299/23 10316/9
**external [2]** 10242/6 10242/8
**extra [1]** 10301/3
**extracted [1]** 10136/8
**extraction [2]** 10277/4 10277/6
**extraordinarily [1]** 10183/10
**extreme [4]** 10183/15 10201/12 10201/12 10218/3
**eye [1]** 10154/2
**eyes [8]** 10171/18 10175/7 10175/11 10216/18 10245/22 10289/17 10294/8 10321/20
**eyewitness [4]** 10159/8 10160/13 10160/19 10164/15
**eyewitnesses [2]** 10137/24 10176/7

**F**

**F.3d [3]** 10117/3 10117/4 10117/5
**F.O.S [1]** 10298/20
**face [9]** 10115/13 10185/18 10262/16 10309/3 10310/25 10317/11 10322/11 10336/25 10336/25
**Facebook [28]** 10142/11 10241/13 10241/14 10241/18 10241/19 10243/11 10243/13 10243/25 10244/4 10244/4 10244/6 10244/20 10244/25 10245/2 10246/8 10246/19 10246/19 10246/20 10247/7 10314/11 10314/11 10330/14 10330/20 10330/22 10331/3 10332/12 10332/16 10338/21
**faced [2]** 10348/17 10348/18
**faces [1]** 10312/8
**facet [1]** 10297/3
**facilitate [2]** 10349/23
**facilities [1]** 10158/17

**facing [3]** 10161/15 10162/8 10317/6
**fact [48]** 10116/4 10117/16 10118/3 10118/11 10118/14 10118/20 10122/15 10122/20 10134/15 10147/2 10150/20 10152/1 10153/24 10156/15 10156/18 10199/10 10209/24 10211/6 10214/9 10214/2 10215/20 10219/2 10227/1 10242/14 10244/20 10246/9 10258/12 10259/11 10260/15 10261/22 10270/13 10270/16 10272/18 10272/19 10272/20 10273/4 10276/9 10292/14 10295/2 10309/12 10311/1 10312/1 10314/6 10337/5 10341/7 10342/2 10344/22 10353/4
**factors [1]** 10122/5
**facts [7]** 10116/24 10116/23 10117/10 10133/4 10135/2 10256/21 10352/19
**factual [1]** 10116/24
**failed [1]** 10153/2
**failure [2]** 10312/21 10329/6
**fair [15]** 10116/14 10117/11 10117/13 10117/15 10117/21 10119/15 10133/8 10165/17 10193/15 10193/17 10261/5 10280/2 10288/8 10349/20 10350/2
**fairly [5]** 10119/4 10252/9 10264/5 10286/2 10286/3
**fall [4]** 10214/13 10217/18 10217/20 10322/22
**fallacies [1]** 10133/6
**fallen [1]** 10318/10
**falls [1]** 10183/17
**false [7]** 10155/19 10156/7 10156/10 10176/6 10289/9 10323/22 10331/15
**falsely [3]** 10146/5 10265/15 10266/6
**familiar [2]** 10176/18 10190/13
**families [1]** 10364/9
**family [2]** 10241/15 10315/9
**famous [1]** 10176/13
**fantastic [1]** 10337/6
**far [10]** 10116/16

10125/14 10133/24 10154/20 10156/7 10213/21 10213/21 10322/23 10345/2 10359/2
**farm [11]** 10246/15 10247/12 10261/14 10261/15 10261/20 10261/21 10273/17 10273/19 10283/9 10315/5 10315/16
**fashion [2]** 10336/18 10351/14
**fashioned [2]** 10299/13 10299/18
**fast [6]** 10126/17 10182/7 10183/19 10183/19 10183/20 10312/17
**fast-forward [1]** 10182/7
**faulty [1]** 10222/1
**favor [1]** 10291/18
**favorite [2]** 10163/19 10163/20
**favors [2]** 10351/15 10351/23
**FBI [76]** 10116/10 10118/4 10119/16 10134/6 10142/4 10198/3 10198/5 10223/15 10223/17 10240/13 10240/25 10241/11 10241/17 10242/2 10242/11 10242/15 10242/15 10243/20 10245/7 10245/9 10245/11 10246/5 10246/14 10246/16 10247/1 10247/12 10251/7 10253/13 10258/17 10258/18 10258/20 10259/19 10260/20 10260/20 10263/18 10263/22 10263/4 10264/22 10267/17 10269/3 10270/24 10272/15 10274/20 10282/20 10283/18 10283/22 10284/4 10284/5 10285/9 10285/11 10285/11 10285/15 10285/18 10286/1 10288/25 10289/6 10299/12 10303/17 10303/21 10306/4 10307/8 10314/19 10314/20 10319/25 10321/12 10321/14 10321/19 10321/20 10322/1 10322/4 10323/5 10330/18 10331/16 10331/18 10342/21 10344/14
**FBI's [1]** 10323/6
**fear [1]** 10201/9

**fears [2]** 10201/12 10201/14
**February [2]** 10235/13 10314/5
**federal [6]** 10116/12 10265/16 10265/23 10270/3 10284/23 10285/12
**feeding [1]** 10332/10
**feel [1]** 10355/6
**feelers [1]** 10252/4
**feeling [3]** 10183/22 10185/9 10208/11
**feels [1]** 10200/1
**feet [1]** 10174/16
**fell [1]** 10276/19
**fellow [2]** 10304/24 10351/20
**felony [5]** 10136/16 10138/14 10265/10 10265/16 10266/6
**felt [5]** 10220/1 10311/8 10311/11 10318/20 10337/25
**fence [1]** 10124/14
**festive [2]** 10256/2 10256/4
**few [12]** 10145/13 10170/17 10202/9 10203/3 10223/18 10243/4 10277/11 10288/16 10288/17 10336/4 10336/4 10358/14
**fiancé [2]** 10315/10 10343/16
**fiancé's [1]** 10343/15
**field [1]** 10139/9
**fifth [3]** 10254/11 10254/12 10328/21
**fight [2]** 10201/6 10301/8
**fighting [3]** 10200/18 10311/21 10329/6
**figure [5]** 10191/14 10233/9 10323/9 10359/23 10360/7
**figuring [2]** 10141/2 10168/5
**file [6]** 10216/21 10217/9 10217/13 10217/18 10217/18 10217/21
**filed [5]** 10115/4 10115/5 10216/20 10216/21 10270/3
**filing [1]** 10217/13
**fill [1]** 10355/22
**film [5]** 10176/12 10179/25 10180/1 10181/14 10250/9
**filmer [1]** 10176/13
**filming [7]** 10158/24 10169/20 10170/18 10177/22 10177/22 10182/9 10219/13
**filter [1]** 10178/10

**final [8]** 10132/2 10132/2 10142/23 10204/18 10223/25 10293/17 10349/12 10362/22
**finalize [1]** 10291/12
**finally [18]** 10181/5 10186/5 10207/7 10240/25 10249/17 10295/2 10297/18 10303/14 10307/4 10317/7 10323/3 10326/23 10334/14 10340/11 10341/3 10343/3 10344/22 10357/22
**find [35]** 10129/10 10130/9 10149/6 10160/16 10161/23 10162/7 10190/14 10222/21 10225/17 10230/21 10230/25 10231/4 10231/9 10231/14 10231/21 10231/24 10232/11 10232/14 10235/22 10248/17 10252/8 10253/18 10267/23 10270/25 10289/2 10290/23 10297/25 10307/24 10319/5 10319/7 10323/1 10352/14 10353/4 10353/10 10354/21
**finding [3]** 10298/1 10299/1 10300/5
**finds [1]** 10236/19
**fine [7]** 10125/4 10239/16 10248/7 10248/8 10248/9 10292/25 10361/8
**finish [4]** 10131/18 10164/7 10289/22 10359/13
**finished [1]** 10362/12
**fire [1]** 10134/8
**firearm [3]** 10225/12 10305/17 10306/1
**firearms [15]** 10225/11 10304/16 10304/18 10304/20 10306/14 10306/19 10306/20 10306/24 10307/21 10327/16 10328/5 10328/6 10328/19 10354/14 10354/15
**firearms-related [1]** 10354/15
**fired [4]** 10121/5 10121/7 10329/3 10329/7
**firepower [1]** 10328/20
**fires [1]** 10148/1
**firing [2]** 10133/18 10133/22
**first [88]** 10118/21

10124/10 10337/15
**fit [8]** 10128/19 10128/23 10132/10 10132/12 10132/14 10132/22 10133/20 10134/21 10135/10 10136/22 10138/23 10143/11 10150/11 10151/17 10151/21 10152/21 10152/24 10153/4 10153/6 10153/22 10154/4 10154/15 10155/3 10155/7 10157/13 10157/21 10158/20 10159/1 10160/17 10160/17 10161/9 10171/7 10178/22 10182/14 10182/15 10182/15 10183/8 10183/8 10184/11 10188/1 10194/2 10198/16 10218/8 10218/23 10224/5 10234/25 10235/5 10236/1 10236/15 10237/5 10237/6 10246/10 10249/20 10250/4 10254/10 10262/2 10264/16 10272/17 10279/7 10284/3 10284/15 10285/2 10288/6 10289/9 10290/10 10298/8 10310/17 10313/23 10316/15 10323/19 10327/18 10329/5 10329/15 10330/15 10331/9 10331/16 10334/22 10336/1 10339/2 10341/19 10343/16 10344/12 10347/1 10349/15 10361/12
**First Amendment [1]** 10290/10
**Fischer [31]** 10112/11 10112/12 10114/22 10115/2 10115/5 10115/9 10115/16 10117/7 10119/7 10131/4 10233/19 10233/23 10236/24 10239/9 10239/13 10241/1 10248/6 10254/8 10267/15 10276/22 10291/2 10292/10 10316/22 10321/12 10323/4 10324/9 10329/10 10337/5 10359/2
**Fischer's [6]** 10115/1 10115/2 10191/7 10223/3 10292/8 10330/4
**fischerandputzi [1]** 10112/15

**fit [3]** 10213/11 10216/22 10217/25
**fits [3]** 10213/11 10216/22 10217/25
**five [11]** 10133/12 10137/20 10155/16 10167/18 10195/6 10254/2 10276/9 10313/13 10316/5 10321/16 10348/23
**five minutes [1]** 10167/18
**fixed [2]** 10287/23 10347/7
**fixing [1]** 10175/7
**flag [5]** 10169/17 10263/7 10263/8 10264/15 10359/15
**flags [2]** 10307/2 10326/20
**flash [1]** 10164/14
**flash-forwarded [1]** 10164/14
**flat [4]** 10136/1 10184/25 10316/14 10316/21
**flat-footed [1]** 10136/1
**flat-out [1]** 10184/25
**flatfooted [1]** 10169/8
**flatly [1]** 10323/22
**flawed [1]** 10212/18
**fled [3]** 10314/9 10315/4 10338/19
**fleeing [1]** 10260/2
**fleet [1]** 10333/7
**flighting [1]** 10200/23
**flights [1]** 10338/18
**flip [1]** 10141/1
**flipped [1]** 10185/22
**floor [5]** 10192/16 10233/23 10257/17 10257/19 10340/25
**Florida [21]** 10133/11 10133/20 10134/12 10143/10 10143/13 10148/14 10148/16 10148/16 10149/19 10273/15 10301/7 10301/12 10301/17 10302/9 10306/5 10306/6 10306/16 10306/16 10327/16 10337/14 10337/23
**flurry [1]** 10299/4
**flyer [1]** 10149/2
**flying [1]** 10326/19
**focus [4]** 10168/24

10316/6
**focused [3]** 10128/6 10165/9 10307/25
**folks [4]** 10248/25 10278/6 10278/8 10363/18
**follow [4]** 10226/24 10229/1 10247/13 10355/4
**followed [1]** 10188/16
**followers [6]** 10298/22 10303/10 10310/7 10346/13 10347/6 10347/12
**following [9]** 10118/25 10127/2 10217/19 10230/2 10230/20 10296/1 10298/4 10303/16 10358/7
**follows [3]** 10175/12 10225/7 10228/7
**fool's [1]** 10302/11
**fooled [1]** 10345/17
**foot [2]** 10184/14 10335/20
**footage [3]** 10154/4 10188/11 10219/12
**footed [1]** 10136/1
**footnote [1]** 10264/13 10264/16
**force [28]** 10157/5 10157/23 10158/1 10158/8 10297/23 10298/3 10298/6 10303/20 10304/9 10304/9 10304/11 10304/14 10304/15 10304/16 10304/16 10304/17 10305/25 10306/25 10307/3 10307/9 10307/11 10307/13 10307/16 10307/20 10307/22 10308/12 10319/13 10326/3
**forced [5]** 10157/21 10317/7 10328/1 10333/13 10340/2
**forcibly [2]** 10158/10 10279/13
**Ford [3]** 10191/7 10240/25 10316/22
**foreclose [1]** 10119/8
**foregoing [1]** 10366/3
**foreign [1]** 10142/18
**forensic [1]** 10209/14
**foreperson [6]** 10349/16 10349/18 10349/22 10351/3 10355/21 10355/22
**forest [2]** 10125/16 10125/17
**forget [2]** 10217/17 10290/2 10293/3 10342/16
**forgetting [1]** 10242/8
**Forgive [1]** 10121/25

**F**

**form [19]** 10128/5
10128/11 10194/13
10197/12 10230/13
10231/21 10232/2
10232/4 10232/12
10247/17 10260/20
10291/13 10355/9
10355/10 10355/11
10355/14 10355/17
10355/23 10357/16
**formal [1]** 10297/8
**formation [3]** 10150/17
10200/15 10227/14
**formed [1]** 10308/22
**former [7]** 10148/4
10148/4 10148/5
10177/10 10258/17
10259/19 10260/20
**FormerFeds [1]**
10112/7
**formerfedsgroup.com**
**[1]** 10112/10
**forming [1]** 10227/11
**forth [3]** 10119/10
10135/1 10333/5
**fortitude [1]** 10345/12
**forward [14]** 10114/3
10164/23 10166/23
10168/3 10170/14
10182/7 10187/1
10203/2 10316/25
10317/4 10317/6
10317/12 10319/21
10320/19
**forwarded [1]**
10164/14
**fought [1]** 10290/6
**found [14]** 10125/15
10128/23 10144/23
10177/7 10197/9
10205/1 10222/23
10222/23 10235/16
10243/20 10244/8
10246/14 10274/14
10314/20
**foundation [3]**
10221/18 10221/23
10222/1
**founded [3]** 10260/17
10316/2 10347/19
**founder [1]** 10147/4
**Fountain [7]** 10255/6
10255/9 10255/22
10286/22 10287/11
10287/16 10287/17
**four [18]** 10133/12
10133/14 10137/20
10143/18 10146/1
10156/2 10171/12
10171/22 10195/6
10251/2 10251/9
10254/2 10254/6
10264/25 10265/24
10312/10 10320/14
10329/4
**fourth [2]** 10328/10
10336/21

Fox News **[1]** 10258/1
**fractured [1]** 10348/14
**frame [4]** 10181/7
10206/3 10206/24
10216/8
**frames [2]** 10319/2
10319/6
**framework [1]**
10116/19
**frankly [10]** 10144/6
10181/4 10194/19
10210/9 10235/20
10262/19 10271/4
10313/20 10318/16
10364/17
**free [5]** 10115/9
10115/20 10292/21
10355/6 10357/1
**Freedom [3]** 10334/16
10342/9 10342/17
**Freedom Dozer [1]**
10334/16
**French [7]** 10172/8
10172/8 10175/8
10176/11 10176/12
10179/24 10181/14
**frequently [1]**
10331/24
**Friday [14]** 10115/6
10127/24 10133/17
10135/1 10136/11
10140/2 10248/11
10294/18 10298/17
10315/22 10318/21
10323/3 10340/15
10362/8
**friends [4]** 10298/20
10315/9 10315/12
10315/14
**frightening [1]**
10156/8
**frisked [1]** 10216/1
**front [34]** 10111/15
10115/14 10121/21
10122/23 10122/24
10123/21 10124/13
10145/8 10150/18
10172/21 10172/23
10174/1 10174/17
10177/22 10177/23
10178/18 10187/3
10187/4 10187/19
10214/16 10216/5
10217/25 10277/12
10283/15 10290/13
10294/7 10296/18
10300/21 10310/23
10312/6 10316/19
10322/11 10323/24
10338/17
**frustration [1]** 10265/5
**fucking [6]** 10146/14
10146/14 10170/6
10170/7 10342/15
10342/15
**fugitive [2]** 10284/25
10285/3

**full [7]** 10146/1
10152/23 10153/11
10283/8 10283/10
10350/2 10360/2
**full-scale [1]** 10153/11
**fully [1]** 10299/9
**functions [1]** 10363/23
**fundamental [1]**
10330/5
**funny [1]** 10138/23
**furious [1]** 10312/17
**further [8]** 10115/7
10120/8 10157/19
10307/13 10328/3
10334/17 10338/4
10357/5
**Furthermore [1]**
10352/14
**fused [2]** 10264/24
10265/1
**future [1]** 10339/6

**G**

**gall [1]** 10343/6
**game [6]** 10116/14
10117/11 10119/15
10133/8 10315/13
10328/21
**gap [1]** 10147/24
**garb [1]** 10150/23
**Garden [1]** 10273/21
**gas [1]** 10338/3
**gate [1]** 10194/11
**Gather [1]** 10298/13
**gathering [4]** 10151/4
10151/10 10151/13
10315/13
**Gator [2]** 10139/23
10140/7
**Gator 6 [2]** 10139/23
10140/7
**gave [20]** 10149/4
10165/5 10198/22
10208/11 10208/13
10221/2 10242/14
10242/15 10247/24
10254/5 10263/2
10267/13 10268/11
10286/7 10307/23
10328/5 10328/8
10342/13 10350/18
10359/17
**gear [3]** 10150/16
10216/2 10317/20
**gears [1]** 10137/23
**general [8]** 10139/12
10207/18 10207/20
10227/25 10227/25
10228/5 10229/13
10280/20
**gentleman [1]**
10261/23
**gentlemen [167]**
10131/23 10132/6
10135/13 10139/3
10189/15 10223/1
10223/6 10233/18

10234/12 10235/2
10235/6 10235/19
10235/23 10239/10
10239/17 10240/15
10240/18 10241/2
10241/22 10242/11
10242/17 10242/25
10243/6 10243/19
10244/2 10244/13
10245/12 10246/4
10247/19 10248/1
10249/14 10249/15
10249/18 10251/4
10251/18 10252/6
10252/10 10252/18
10253/4 10253/9
10253/21 10254/20
10254/25 10255/10
10255/17 10255/24
10256/9 10256/20
10257/20 10257/25
10258/16 10259/7
10259/19 10260/8
10260/19 10261/8
10261/24 10262/2
10262/19 10263/5
10263/11 10263/18
10264/13 10264/21
10265/5 10265/15
10266/1 10266/5
10266/11 10266/21
10266/23 10267/13
10267/21 10267/25
10268/16 10269/7
10269/20 10271/3
10271/17 10272/14
10272/15 10273/13
10274/3 10274/6
10274/18 10275/13
10275/24 10276/17
10276/25 10277/11
10277/21 10278/1
10278/6 10278/11
10279/5 10280/3
10280/12 10280/23
10281/1 10281/4
10282/7 10283/6
10284/14 10285/5
10285/7 10285/14
10285/22 10286/6
10286/19 10286/24
10287/5 10287/13
10287/22 10288/1
10288/9 10289/5
10289/7 10289/20
10289/22 10290/1
10290/21 10291/3
10294/6 10294/16
10297/21 10297/25
10301/21 10303/23
10304/15 10305/21
10306/24 10307/5
10307/10 10309/3
10309/11 10309/22
10313/9 10314/21
10315/6 10318/16
10319/4 10320/6

10326/24 10329/1
10329/24 10332/8
10333/21 10335/1
10336/11 10336/21
10337/17 10339/13
10341/3 10341/18
10343/11 10344/22
10345/15 10346/9
10346/25 10347/10
10348/15 10348/23
10349/11

**geography [3]**
10274/22 10275/1
10275/10
**Georgetown [1]**
10276/2
**Geritol [1]** 10289/19
**Gestapo [1]** 10260/3
**gesture [3]** 10172/14
10342/23 10342/25
**gesturing [1]** 10174/3
**get [71]** 10126/19
10130/15 10131/17
10132/1 10132/3
10145/1 10147/17
10158/24 10164/8
10165/5 10165/23
10165/24 10174/22
10174/23 10179/18
10179/18 10181/3
10182/25 10186/13
10186/13 10190/14
10194/13 10194/25
10199/23 10199/24
10200/23 10204/3
10205/6 10206/20
10211/11 10218/19
10219/13 10219/23
10220/22 10221/16
10234/9 10236/7
10242/16 10244/19
10248/18 10248/19
10251/12 10251/19
10252/19 10252/20
10257/8 10264/20
10269/22 10271/1
10271/14 10275/5
10275/15 10275/25
10276/15 10280/17
10283/20 10283/21
10284/12 10288/23
10290/10 10293/5
10301/13 10318/3
10318/10 10318/21
10328/24 10340/17
10342/14 10342/19
10346/3 10360/13
**getaway [1]** 10260/6
**gets [7]** 10147/16
10183/13 10217/5
10251/12 10270/8
10270/9 10284/14
**getting [28]** 10142/14
10142/16 10144/10
10147/25 10148/3
10149/5 10165/12
10175/7 10180/12

10389

**getting... [19]** 10181/5
10207/7 10219/15
10223/19 10229/23
10244/24 10245/21
10249/15 10272/17
10272/18 10332/9
10332/12 10332/18
10333/22 10334/3
10334/5 10359/6
10360/11 10360/16
**Geyer [30]** 10112/7
10114/20 10120/7
10120/13 10121/25
10123/15 10127/18
10130/21 10132/4
10132/7 10141/18
10143/7 10159/20
10161/3 10179/1
10180/3 10182/19
10187/12 10188/21
10189/14 10190/6
10190/14 10190/21
10193/2 10205/17
10317/21 10340/14
10343/19 10344/10
10345/3
**ghost [1]** 10315/14
**ghosts [1]** 10172/12
**gild [1]** 10123/12
**give [14]** 10147/11
10193/13 10193/25
10194/9 10201/16
10205/8 10214/8
10214/9 10214/17
10227/12 10232/1
10232/10 10289/19
10346/1
**given [8]** 10120/1
10148/18 10228/24
10238/17 10280/14
10354/9 10355/15
10356/9
**gives [7]** 10161/23
10194/24 10199/5
10204/21 10245/6
10333/15 10348/21
**giving [5]** 10189/12
10193/18 10275/25
10285/12 10300/15
**glance [1]** 10128/23
**glass [3]** 10218/24
10277/2 10319/13
**gleeful [2]** 10310/17
10311/2
**Glen [1]** 10112/13
**glory [1]** 10208/24
**gmail.com [1]** 10111/9
**go [123]** 10125/2
10134/4 10138/9
10141/23 10143/2
10146/15 10146/17
10147/13 10148/21
10148/25 10158/23
10162/6 10164/23
10165/8 10167/23
10168/3 10169/10
10169/18 10169/21

10170/9 10170/11
10170/12 10170/14
10170/25 10178/2
10180/1 10182/22
10187/16 10188/14
10189/6 10191/10
10191/11 10191/18
10193/5 10194/2
10194/3 10194/4
10194/12 10196/24
10199/2 10199/20
10203/1 10203/2
10203/25 10205/11
10205/19 10210/16
10210/25 10214/6
10214/10 10216/13
10218/3 10218/19
10218/24 10219/4
10219/8 10219/16
10220/13 10228/24
10229/15 10232/15
10232/16 10248/6
10248/10 10248/20
10249/11 10249/11
10250/3 10250/24
10251/1 10251/13
10251/23 10252/15
10253/18 10254/10
10254/14 10255/2
10255/7 10265/21
10266/11 10267/16
10267/25 10268/22
10271/18 10275/8
10275/18 10276/2
10276/4 10276/21
10277/10 10277/18
10278/11 10278/21
10283/12 10283/21
10283/22 10285/5
10285/6 10285/20
10287/24 10288/7
10288/7 10288/7
10289/15 10290/4
10295/4 10301/13
10308/24 10313/23
10315/5 10321/23
10324/6 10329/19
10335/9 10335/21
10336/11 10337/20
10341/7 10343/13
10345/22 10349/19
**go ahead [5]** 10138/9
10232/16 10248/6
10265/21 10324/6
**goal [7]** 10230/24
10231/2 10232/20
10232/22 10233/3
10298/11 10302/25
**goals [9]** 10230/20
10230/21 10231/1
10231/4 10231/17
10232/7 10232/11
10232/19 10233/6
**God [3]** 10208/12
10208/16 10322/2
**Godbold [4]** 10246/21
10246/21 10247/2

**Godbolds [3]**
10247/11 10332/13
10338/21
**goes [18]** 10140/1
10146/16 10167/7
10172/1 10172/4
10175/6 10183/21
10185/4 10208/25
10218/22 10219/7
10219/24 10224/11
10224/12 10284/15
10284/19 10313/12
10315/4
**going [203]** 10116/1
10116/8 10116/9
10116/17 10117/24
10121/17 10125/10
10125/12 10129/6
10130/3 10136/1
10141/15 10143/20
10144/6 10147/22
10148/1 10149/24
10153/1 10159/5
10160/10 10160/10
10162/8 10164/6
10164/7 10164/8
10164/8 10164/25
10165/3 10165/5
10166/8 10166/12
10167/11 10167/14
10167/17 10167/24
10167/25 10168/3
10169/12 10169/14
10169/23 10170/1
10171/1 10171/16
10171/17 10172/3
10172/7 10172/10
10172/13 10173/3
10173/5 10173/13
10173/20 10175/13
10176/4 10176/8
10176/15 10178/14
10178/17 10178/18
10179/13 10180/9
10180/19 10180/19
10181/8 10181/18
10181/25 10182/6
10182/9 10182/13
10182/25 10182/25
10185/22 10186/14
10187/12 10188/15
10188/23 10190/10
10191/3 10191/20
10191/23 10193/10
10194/17 10197/2
10198/20 10201/2
10201/3 10201/6
10201/9 10201/11
10201/19 10205/5
10205/18 10206/1
10207/13 10207/13
10207/15 10207/25
10208/2 10208/8
10208/9 10208/18
10208/22 10209/7
10210/9 10211/13
10211/22 10212/17

10214/11 10214/11
10214/12 10214/13
10214/14 10215/4
10216/23 10217/12
10218/22 10220/15
10221/19 10221/20
10221/21 10221/24
10226/25 10227/22
10228/11 10228/13
10234/2 10234/6
10234/10 10239/14
10240/11 10242/17
10242/20 10243/7
10244/3 10248/8
10248/10 10248/20
10248/25 10249/11
10253/9 10254/14
10254/20 10255/24
10256/10 10256/14
10256/15 10256/22
10256/24 10257/7
10257/25 10258/3
10259/14 10260/6
10260/16 10264/10
10266/11 10267/9
10268/23 10270/4
10272/9 10272/12
10272/13 10272/14
10276/1 10278/11
10278/20 10278/21
10282/15 10284/17
10284/22 10285/8
10285/19 10288/4
10289/15 10289/17
10289/22 10293/4
10302/10 10303/18
10303/19 10304/1
10314/13 10315/24
10320/19 10321/22
10325/12 10325/13
10326/18 10328/22
10333/17 10337/14
10339/6 10341/5
10341/14 10345/22
10356/20 10356/20
10358/16 10360/23
10362/2 10363/1
**gone [8]** 10122/9
10122/10 10160/4
10168/4 10188/7
10194/4 10215/19
10287/1
**good [19]** 10114/2
10114/8 10120/9
10131/19 10131/20
10143/25 10145/8
10148/25 10151/2
10164/19 10183/22
10220/1 10221/6
10255/23 10255/25
10352/2 10357/23
10358/10 10364/22
**Good morning [2]**
10114/2 10120/9
**goofball [1]** 10257/16
**goon [3]** 10170/18
10170/20 10170/24

**goons [1]** 10174/15
**goose [1]** 10208/13
**gosh [2]** 10138/4
10236/10
**got [41]** 10123/10
10138/23 10143/24
10147/23 10148/11
10151/7 10158/12
10160/4 10160/24
10164/4 10165/19
10169/1 10171/13
10171/24 10173/17
10176/2 10177/12
10178/7 10180/17
10184/4 10184/18
10195/3 10206/4
10213/13 10219/3
10248/23 10252/4
10257/17 10264/2
10268/13 10275/17
10281/13 10286/22
10303/18 10307/7
10314/18 10315/12
10325/10 10342/4
10345/19 10360/23
**GoToMeeting [7]**
10136/17 10149/14
10149/16 10149/18
10150/7 10266/20
10344/12
**GoToMeetings [3]**
10137/6 10300/1
10331/25
**gotta [1]** 10199/24
**gouge [1]** 10289/17
**government [172]**
10110/14 10114/15
10115/5 10115/14
10116/5 10117/25
10118/24 10119/10
10119/16 10125/1
10126/22 10127/23
10129/4 10132/13
10132/16 10132/21
10133/5 10133/5
10133/13 10135/14
10135/18 10136/3
10136/9 10136/11
10137/12 10137/23
10138/10 10140/1
10140/11 10142/22
10143/8 10143/15
10144/1 10144/8
10145/3 10145/6
10145/19 10146/8
10147/1 10147/16
10148/19 10149/8
10150/21 10151/1
10151/12 10151/15
10151/17 10152/19
10153/2 10153/20
10154/3 10155/4
10155/5 10155/19
10156/1 10156/5
10156/9 10163/22
10164/1 10164/3
10164/19 10170/15
10170/19 10171/6

**G**

**government... [108]**
10171/14 10173/11
10173/14 10173/22
10174/8 10174/9
10176/5 10185/14
10185/14 10186/6
10186/8 10188/15
10192/24 10193/4
10193/7 10193/18
10195/7 10195/11
10195/22 10196/19
10201/17 10202/10
10202/11 10205/13
10207/17 10209/8
10209/9 10209/10
10211/6 10211/23
10213/16 10215/6
10216/19 10217/3
10217/7 10220/21
10221/1 10230/16
10230/19 10230/25
10233/20 10235/6
10235/13 10235/15
10235/16 10235/21
10237/19 10241/4
10241/8 10243/15
10244/6 10253/4
10255/4 10258/20
10260/25 10261/24
10262/24 10266/7
10266/12 10266/20
10268/17 10269/16
10269/24 10273/11
10274/4 10274/14
10275/3 10276/25
10277/12 10277/15
10280/9 10280/14
10280/22 10282/4
10285/17 10286/15
10287/6 10287/23
10288/2 10289/13
10292/6 10292/20
10297/8 10297/10
10301/9 10301/9
10301/22 10304/23
10309/9 10315/2
10319/25 10320/23
10321/15 10323/21
10327/8 10329/24
10344/18 10345/1
10346/12 10347/20
10349/2 10351/15
10355/16 10358/21
10360/14 10361/3
10362/13 10364/18

**government's [41]**
10119/21 10131/10
10137/16 10139/15
10139/22 10142/3
10144/9 10146/1
10146/23 10149/9
10150/10 10150/12
10152/24 10155/15
10157/3 10160/5
10160/8 10174/24
10180/22 10188/19
10200/17 10202/1

10242/21 10250/2
10250/15 10250/25
10255/3 10255/8
10273/4 10277/10
10283/7 10287/8
10290/18 10291/4
10293/16 10295/10
10309/15 10359/3
10362/14

**Governor [1]** 10112/12
**governor's [1]**
10346/14
**gracious [1]** 10189/12
**gradient [1]** 10121/10
**graduate [1]** 10139/12
**Graham [1]** 10312/19
**Graham's [2]** 10312/20
10312/22
**grand [15]** 10144/25
10238/3 10238/7
10239/23 10239/25
10240/25 10241/3
10241/5 10241/8
10285/8 10285/12
10285/18 10286/9
10286/10 10314/16
**grand jury [1]** 10285/8
**grasping [1]** 10268/18
**grassy [1]** 10167/5
**Graydon [3]** 10300/17
10304/20 10341/4
**Graydon Young [3]**
10300/17 10304/20
10341/4
**great [5]** 10147/23
10220/24 10221/14
10324/14 10324/15
**greater [3]** 10214/8
10214/9 10228/2
**green [1]** 10172/13
**Greene [6]** 10140/3
10148/9 10299/6
10336/3 10336/6
10339/10
**grenade [2]** 10116/9
10116/10
**grenades [1]** 10116/2
**Grimes [2]** 10246/21
10332/13
**gritty [1]** 10266/11
**ground [7]** 10140/4
10140/7 10140/9
10140/16 10147/5
10332/20 10341/14
**grounds [14]** 10140/21
10152/2 10153/16
10207/4 10255/4
10255/6 10255/14
10256/8 10258/24
10259/25 10259/25
10332/4 10335/20
10339/25
**group [27]** 10142/6
10150/15 10152/1
10168/10 10168/17
10168/19 10188/9
10196/11 10219/23

10267/10 10301/12
10302/25 10303/8
10315/12 10317/12
10318/14 10325/4
10328/2 10328/22
10329/21 10332/10
10332/13 10338/2
10341/9 10341/12

**groups [3]** 10197/13
10270/22 10298/19
**grow [1]** 10301/16
**guarantee [1]**
10223/19
**Guard [1]** 10328/16
**guarding [2]** 10299/15
10326/5
**guess [11]** 10126/18
10128/12 10128/16
10131/9 10134/8
10227/22 10231/12
10262/4 10270/9
10270/10 10275/21
**guide [1]** 10165/11
**guilt [6]** 10173/17
10185/20 10222/21
10308/2 10311/15
10352/22
**guilty [35]** 10128/22
10129/10 10129/18
10130/9 10130/11
10130/11 10194/14
10214/24 10222/22
10222/24 10230/25
10236/2 10290/23
10294/17 10297/25
10300/21 10307/24
10311/15 10314/25
10319/22 10321/17
10323/2 10327/7
10348/22 10349/7
10349/7 10349/8
10349/8 10349/9
10353/5 10353/5
10353/10 10353/11
10353/15 10353/15
**gun [16]** 10133/11
10133/21 10133/23
10133/23 10134/4
10144/24 10144/24
10145/1 10183/18
10207/24 10228/10
10259/24 10259/25
10345/16 10345/18
10345/23
**guns [5]** 10202/19
10258/8 10282/24
10327/24 10328/2
**guy [27]** 10136/15
10138/5 10138/6
10165/22 10168/24
10172/13 10173/24
10174/5 10179/20
10180/10 10181/6
10181/7 10181/19
10181/21 10182/14
10183/20 10184/21
10188/16 10188/17

10261/14 10280/20
10280/21 10286/2
10286/11 10290/15

**guy's [1]** 10181/24
**guys [18]** 10125/14
10146/20 10149/23
10163/20 10165/7
10165/7 10165/15
10165/11 10166/3
10166/20 10186/15
10261/2 10261/2
10261/4 10261/5
10288/12 10301/13
10301/13

**H**

**H-13B [1]** 10186/5
**H-3 [1]** 10188/1
**H10 [1]** 10161/10
**H3 [2]** 10164/17
10169/22
**Hackett [2]** 10317/1
10337/4
**had [198]** 10118/3
10118/7 10118/8
10118/9 10118/23
10119/22 10120/18
10121/4 10121/8
10123/9 10124/6
10131/25 10136/1
10136/3 10136/7
10139/11 10141/10
10142/11 10142/14
10143/21 10144/7
10148/25 10152/20
10153/15 10155/7
10156/14 10157/11
10158/9 10165/13
10166/8 10166/17
10172/10 10185/17
10189/5 10191/16
10195/10 10204/22
10205/17 10205/23
10207/1 10207/1
10207/8 10209/17
10210/2 10211/23
10213/2 10213/13
10213/16 10213/19
10216/3 10217/1
10220/22 10228/6
10229/6 10230/19
10232/20 10234/18
10235/12 10236/12
10239/25 10240/25
10241/15 10241/19
10241/20 10242/6
10242/12 10242/21
10242/23 10243/22
10244/5 10244/10
10245/22 10246/7
10246/9 10246/15
10246/18 10248/2
10248/18 10250/20
10251/21 10252/15
10252/21 10252/21
10253/1 10254/5
10255/11 10255/20

10256/16 10256/18
10256/18 10257/1
10258/8 10258/20
10259/20 10260/10
10260/15 10260/22
10260/25 10261/10
10262/14 10263/2
10264/4 10264/5
10264/25 10265/1
10265/3 10265/13
10266/2 10272/1
10273/9 10274/1
10274/8 10274/9
10274/25 10275/20
10277/6 10277/23
10278/14 10279/1
10280/18 10282/9
10282/13 10282/13
10282/19 10286/20
10286/20 10287/1
10289/3 10295/8
10297/13 10299/19
10301/4 10301/7
10301/10 10302/17
10303/12 10303/20
10306/7 10306/8
10306/13 10306/14
10306/20 10308/12
10310/4 10310/15
10310/17 10311/8
10311/20 10312/21
10313/6 10313/20
10314/1 10314/23
10315/8 10315/9
10315/12 10315/16
10317/24 10317/24
10318/10 10326/18
10327/6 10328/7
10328/22 10329/2
10329/6 10330/3
10330/10 10331/7
10331/17 10334/2
10335/9 10335/23
10336/22 10337/10
10337/10 10338/19
10338/20 10339/18
10339/21 10341/20
10342/3 10343/6
10343/7 10343/9
10343/20 10344/7
10347/4 10359/10
10359/15 10362/23
10363/4 10363/5
10363/9 10363/10
10363/14

**hadn't [5]** 10136/19
10152/3 10215/19
10310/2 10310/3
**Hagmann [2]** 10202/4
10203/13
**hair [2]** 10185/11
10283/16
**half [5]** 10118/25
10221/22 10222/8
10223/20 10331/1
**halfway [1]** 10206/1
**hall [1]** 10306/11

# H

**Haller [3]** 10114/18
10183/16 10363/12
**hallway [17]** 10194/16
10194/18 10199/1
10205/3 10212/25
10213/2 10213/4
10218/19 10218/22
10218/23 10218/25
10310/12 10310/21
10334/17 10338/7
10340/12 10342/12
**hallways [2]** 10340/20
10340/22
**halt [1]** 10219/15
**halted [1]** 10294/15
**hand [9]** 10132/19
10172/14 10172/14
10172/15 10212/5
10317/6 10317/13
10317/18 10360/15
**handcuffed [1]**
10282/19
**handcuffs [1]**
10257/18
**handed [1]** 10254/1
**handicapped [1]**
10289/16
**Handing [1]** 10172/17
**handle [5]** 10139/23
10172/2 10206/2
10229/2 10319/12
**handled [1]** 10206/20
**hands [7]** 10150/17
10199/14 10239/12
10293/18 10305/1
10348/4 10348/5
**Haney [8]** 10334/15
10341/24 10342/9
10342/17 10342/18
10342/20 10342/21
10343/1
**hang [5]** 10141/18
10324/4 10328/22
10347/8 10362/18
**hanging [2]** 10167/25
10168/5
**happen [13]** 10144/7
10169/25 10183/18
10197/8 10200/24
10200/25 10209/25
10262/17 10263/9
10263/10 10303/18
10325/12 10325/13
**happened [21]**
10126/12 10126/16
10149/7 10151/19
10161/4 10161/5
10185/3 10200/19
10203/20 10209/22
10210/3 10215/19
10220/14 10256/7
10256/8 10256/17
10259/16 10325/5
10339/19 10339/19
10339/21
**happening [14]**
10164/22 10169/16

10187/22 10245/2
10262/22 10310/8
10316/19 10318/12
10318/23 10332/11
10332/14 10334/4
**happens [11]** 10172/16
10175/16 10197/13
10206/3 10210/20
10210/20 10210/23
10220/16 10267/22
10350/15 10356/19
**harass [1]** 10215/4
**harassed [1]** 10243/2
**harassing [1]** 10184/6
**hard [13]** 10125/13
10140/25 10147/17
10166/3 10168/1
10178/20 10182/22
10242/6 10242/7
10311/23 10312/15
10317/20 10322/10
**hardest [1]** 10139/14
**hardworking [1]**
10139/10
**harken [1]** 10130/3
**harming [2]** 10304/12
10304/13
**harped [1]** 10249/19
**Harrelson [77]** 10112/7
10114/11 10114/20
10115/3 10120/7
10121/4 10122/23
10123/5 10125/20
10126/6 10126/16
10132/4 10132/9
10133/18 10134/2
10134/18 10135/4
10135/5 10137/4
10140/7 10142/5
10142/7 10149/17
10149/19 10149/21
10153/25 10154/10
10154/18 10155/24
10158/11 10161/20
10161/23 10163/25
10168/20 10175/6
10176/21 10176/22
10179/10 10179/12
10180/19 10181/16
10181/24 10185/6
10185/9 10186/9
10188/18 10203/24
10204/3 10204/10
10212/7 10212/11
10212/17 10273/19
10273/19 10273/21
10274/2 10300/7
10300/8 10305/23
10314/4 10314/18
10317/1 10318/25
10327/12 10331/10
10334/5 10337/25
10340/3 10340/17
10343/19 10343/20
10344/4 10344/7
10344/9 10345/9
10349/8 10360/9

10125/8 10136/18
10139/18 10190/5
10204/6 10204/9
10334/6 10337/4
10343/23 10344/3
**Harris [9]** 10149/12
10217/3 10217/4
10217/11 10282/12
10282/12 10282/16
10283/1 10305/16
**Harrisburg [1]**
10111/15
**Harry [1]** 10124/18
**Harry Dunn [1]**
10124/18
**has [95]** 10116/22
10118/17 10119/10
10119/16 10125/1
10125/21 10126/22
10128/11 10128/19
10129/4 10129/10
10129/21 10137/12
10138/10 10138/11
10140/22 10147/20
10156/15 10171/14
10176/14 10177/7
10178/16 10179/14
10179/15 10179/17
10182/14 10193/2
10195/4 10199/6
10199/7 10199/11
10201/17 10204/22
10204/22 10205/10
10207/17 10211/4
10211/5 10216/21
10217/5 10217/8
10221/18 10222/12
10222/13 10222/23
10224/13 10225/13
10231/1 10236/4
10237/19 10238/23
10239/22 10239/23
10242/11 10245/16
10251/10 10257/13
10262/24 10264/18
10264/19 10264/20
10264/23 10271/12
10273/11 10280/22
10281/17 10281/20
10281/23 10282/10
10284/21 10284/24
10284/24 10285/3
10285/15 10285/17
10288/3 10289/2
10289/21 10289/23
10290/1 10290/3
10290/9 10297/22
10298/6 10314/25
10329/25 10344/13
10347/23 10350/6
10354/16 10356/15
10357/1 10358/15
10358/18 10358/21
**hasn't [14]** 10116/13
10126/5 10142/11
10166/11 10189/11
10206/16 10216/16

10228/6 10235/21
10266/13 10271/25
10274/4
**hat [2]** 10172/13
10185/19
**hatched [1]** 10143/21
**hated [1]** 10348/2
**have [362]**
**haven't [4]** 10115/23
10266/14 10271/10
10281/16
**having [19]** 10122/12
10128/17 10148/9
10158/16 10161/25
10163/14 10164/13
10168/1 10176/25
10200/1 10200/2
10223/21 10248/22
10255/23 10255/25
10278/9 10280/6
10332/6 10333/10
**Hawa [1]** 10335/4
**he [439]**
**He didn't [2]** 10146/6
10150/7
**he said [18]** 10145/20
10160/2 10198/24
10198/25 10244/23
10254/7 10260/2
10260/14 10260/17
10261/1 10264/14
10268/3 10271/11
10289/2 10309/24
10338/12 10339/16
10346/23
**he'd [4]** 10134/21
10284/11 10325/17
10347/8
**he'll [1]** 10168/22
**he's [102]** 10115/13
10116/12 10118/19
10148/24 10162/8
10162/9 10162/9
10162/9 10162/10
10162/10 10165/19
10165/19 10165/22
10167/25 10168/25
10169/12 10169/13
10169/15 10169/16
10169/17 10169/17
10172/13 10173/25
10174/2 10174/2
10174/3 10174/4
10175/11 10176/25
10179/22 10180/17
10181/21 10181/23
10182/9 10182/10
10182/13 10182/16
10183/12 10183/19
10183/19 10183/20
10183/22 10184/18
10184/18 10186/10
10188/7 10188/7
10188/8 10188/8
10202/4 10202/8
10203/10 10203/12
10204/20 10206/15

10233/20 10234/17
10234/19 10237/3
10245/21 10251/14
10252/4 10252/7
10252/24 10252/24
10252/25 10253/1
10253/16 10253/16
10255/9 10255/14
10255/14 10255/15
10258/7 10258/9
10259/21 10261/3
10261/3 10264/2
10267/9 10267/9
10272/24 10274/11
10278/20 10280/21
10284/7 10285/2
10285/3 10289/2
10289/15 10289/16
10289/16 10289/17
10289/17 10289/19
10307/8 10309/20
10309/21 10340/11
10343/24
**head [4]** 10136/6
10151/23 10156/10
10165/21
**headed [5]** 10141/9
10300/8 10300/9
10328/15 10328/16
**heads [1]** 10174/18
**health [1]** 10244/12
**healthy [2]** 10242/21
10356/11
**hear [25]** 10121/2
10126/19 10136/3
10146/13 10169/23
10169/23 10170/8
10170/8 10174/6
10180/16 10189/16
10194/19 10196/25
10200/16 10211/9
10219/13 10231/8
10253/19 10254/3
10262/17 10318/17
10318/20 10324/4
10344/1 10354/22
**heard [78]** 10115/7
10120/8 10121/5
10121/7 10123/22
10125/21 10134/6
10135/4 10135/13
10136/3 10139/11
10163/15 10168/6
10168/7 10171/6
10171/15 10177/9
10184/24 10185/7
10194/11 10194/22
10196/18 10197/3
10199/16 10199/21
10200/11 10200/12
10200/16 10206/11
10206/12 10206/23
10208/11 10208/17
10208/18 10215/10
10216/9 10216/9
10219/1 10219/18
10220/17 10246/22

**heard... [37]** 10247/20 10253/20 10256/3 10256/10 10257/12 10257/22 10258/17 10262/18 10262/23 10271/7 10285/16 10285/22 10288/9 10293/22 10294/18 10295/25 10303/24 10314/19 10318/1 10319/25 10320/1 10320/17 10321/11 10321/19 10322/7 10331/17 10331/23 10335/4 10335/22 10342/22 10343/19 10343/24 10345/10 10346/16 10346/18 10346/21 10359/1

**hearing [3]** 10125/20 10135/10 10262/22

**heated [2]** 10294/21 10294/21

**heavy [1]** 10318/9

**heck [2]** 10221/22 10275/3

**heels [2]** 10170/19 10170/24

**held [2]** 10265/2 10325/15

**hell [4]** 10146/21 10166/12 10167/17 10303/1

**helmet [2]** 10175/15 10318/9

**Helmets [1]** 10307/1

**help [26]** 10123/17 10125/2 10143/4 10146/3 10148/5 10158/6 10159/19 10215/1 10215/7 10215/21 10263/3 10264/17 10264/18 10264/19 10264/20 10271/14 10288/12 10325/18 10329/21 10339/25 10339/25 10340/2 10340/4 10341/5 10341/7 10349/23

**helped [3]** 10125/3 10215/11 10339/2

**helpful [11]** 10337/18 10337/19 10337/20 10337/21 10337/21 10337/24 10338/5 10338/9 10338/14 10338/22 10341/15

**helping [3]** 10215/5 10319/9 10319/11

**her [94]** 10122/25 10133/16 10151/22 10151/23 10151/24 10177/22 10177/22 10194/20 10195/8 10195/21 10196/25 10196/25 10197/1

10198/7 10198/14 10198/17 10198/19 10198/20 10199/14 10199/16 10201/14 10204/8 10204/21 10205/2 10208/11 10208/11 10208/14 10215/12 10215/15 10215/22 10216/9 10216/20 10216/22 10219/4 10219/13 10222/15 10222/15 10222/16 10222/19 10222/21 10222/21 10242/3 10242/15 10244/22 10248/7 10263/6 10272/8 10275/4 10275/15 10283/15 10283/16 10296/14 10299/21 10299/22 10303/15 10303/21 10310/18 10310/25 10311/15 10311/17 10311/20 10312/6 10312/7 10312/7 10312/10 10312/10 10314/6 10314/7 10314/8 10315/10 10315/11 10315/12 10315/13 10315/17 10323/20 10327/3 10331/19 10332/18 10333/13 10333/19 10334/3 10336/17 10336/19 10342/11 10342/13 10343/13 10343/15 10343/15 10343/16 10343/18 10345/8 10345/9 10345/11 10350/1

**here [118]** 10116/19 10118/23 10119/12 10121/17 10123/13 10123/15 10126/19 10132/7 10132/18 10135/7 10139/20 10147/8 10159/15 10161/21 10162/7 10163/18 10165/1 10165/18 10166/20 10167/6 10167/20 10167/20 10168/14 10168/23 10169/16 10171/12 10172/6 10175/14 10176/21 10178/13 10178/15 10179/13 10179/22 10180/16 10180/17 10180/21 10182/6 10182/21 10182/22 10185/3 10185/4 10186/16 10187/16 10188/3 10189/9 10193/9 10198/9 10201/20 10203/6 10205/11 10205/13

10216/2 10216/4 10223/20 10226/2 10229/24 10231/6 10234/4 10240/11 10241/3 10242/24 10243/4 10248/19 10248/20 10248/23 10249/1 10250/4 10252/24 10254/3 10254/9 10257/17 10257/23 10262/24 10269/15 10275/7 10280/13 10284/18 10285/4 10287/7 10287/9 10288/11 10289/6 10299/24 10300/15 10301/19 10303/4 10304/15 10306/2 10310/23 10315/10 10315/11 10317/5 10317/17 10318/12 10322/6 10323/15 10324/17 10325/3 10325/7 10325/24 10336/8 10336/22 10337/3 10339/9 10342/24 10345/7 10349/12 10349/17 10351/7 10356/15 10361/15 10361/19 10362/1 10364/17

**here's [15]** 10122/11 10139/14 10150/9 10180/22 10184/18 10205/7 10209/8 10212/23 10218/21 10229/7 10229/8 10238/1 10312/17 10316/22 10338/15

**heroic [1]** 10340/10

**herself [4]** 10204/22 10312/12 10334/1 10342/5

**hesitate [5]** 10133/2 10133/9 10164/2 10351/21 10352/12

**hesitation [1]** 10222/2

**hey [5]** 10147/23 10203/21 10204/19 10211/11 10271/11

**Hi [1]** 10275/18

**hid [3]** 10215/24 10216/3 10336/20

**hide [6]** 10185/18 10205/11 10216/3 10314/22 10315/20 10329/18

**hiding [1]** 10322/23

**high [4]** 10194/8 10245/19 10317/12 10364/2

**high-profile [1]** 10245/19

**higher [2]** 10207/16 10218/13

**highest [1]** 10364/4

**highlighted [3]** 10174/25 10217/16 10324/9

**highly [3]** 10153/21 10159/8 10277/13

**Highway [1]** 10112/12

**Hilgeman [3]** 10274/18 10274/19 10276/18

**Hill [4]** 10264/11 10275/22 10275/23 10276/10

**Hilton [1]** 10273/21

**him [97]** 10115/11 10116/11 10118/8 10118/9 10118/10 10126/8 10132/11 10138/20 10138/22 10141/7 10141/13 10143/4 10144/13 10145/13 10145/16 10145/24 10146/3 10148/11 10149/6 10158/24 10158/24 10159/14 10159/16 10161/12 10161/25 10162/2 10162/7 10162/7 10165/4 10168/25 10169/1 10169/1 10169/19 10171/2 10171/5 10173/25 10173/25 10175/1 10175/17 10181/16 10181/18 10182/8 10183/23 10184/6 10184/6 10184/7 10184/8 10185/21 10197/17 10197/19 10198/12 10198/10 10204/21 10217/8 10217/9 10243/9 10246/10 10248/17 10250/10 10252/12 10252/20 10254/1 10254/5 10254/6 10258/20 10258/21 10264/3 10264/18 10264/19 10264/20 10265/9 10268/3 10270/2 10270/17 10271/1 10271/25 10278/9 10283/10 10284/10 10284/21 10285/16 10286/5 10289/9 10289/10 10290/23 10301/7 10304/21 10305/2 10305/11 10310/9 10312/24 10328/8 10339/22 10340/4 10344/20 10346/1 10346/21

**himself [7]** 10159/7 10267/8 10303/6 10321/23 10324/12 10340/7 10342/25

**hinder [1]** 10215/4

**hindsight [1]** 10208/20

**his [205]** 10117/25 10119/17 10119/25 10124/22 10125/15 10125/25 10134/22 10134/24 10135/6 10136/4 10136/6 10136/7 10136/17 10137/14 10138/5 10138/13 10138/14 10140/11 10141/22 10142/9 10142/21 10144/8 10144/10 10144/16 10144/16 10144/20 10144/22 10144/24 10144/25 10145/1 10145/24 10146/2 10146/3 10148/15 10148/16 10149/4 10149/4 10149/20 10153/9 10154/18 10155/3 10155/17 10155/18 10156/10 10158/11 10158/24 10159/1 10162/7 10165/4 10165/5 10165/13 10165/14 10165/19 10165/20 10165/21 10166/7 10170/19 10170/20 10170/24 10172/14 10175/7 10175/11 10180/19 10180/23 10181/20 10181/20 10182/11 10183/13 10183/18 10184/14 10184/18 10184/22 10184/23 10185/17 10185/18 10185/19 10198/11 10198/24 10206/14 10213/3 10234/5 10234/20 10240/19 10240/23 10241/9 10242/6 10243/9 10243/22 10243/22 10244/11 10245/7 10245/8 10245/8 10246/19 10247/22 10251/19 10252/19 10253/15 10253/20 10255/20 10258/11 10260/2 10260/14 10263/8 10263/15 10263/20 10264/14 10264/18 10264/18 10264/24 10264/24 10265/1 10269/2 10270/8 10271/13 10271/15 10273/19 10277/8 10278/18 10284/13 10285/16 10285/23 10286/17 10289/9 10289/10 10289/16 10289/19 10289/25 10290/1 10290/3 10298/22 10299/5

10393

his... [72] 10301/18
10302/6 10302/8
10302/23 10304/21
10304/24 10305/1
10305/18 10306/14
10306/19 10306/20
10309/19 10309/25
10310/2 10310/7
10313/6 10313/17
10313/17 10313/22
10313/22 10314/1
10314/3 10314/4
10314/5 10314/10
10314/11 10317/11
10317/22 10318/7
10318/8 10318/12
10320/23 10320/25
10321/4 10321/6
10323/23 10323/25
10324/22 10326/11
10327/3 10328/19
10328/19 10329/5
10329/10 10330/3
10330/11 10330/11
10330/12 10330/12
10330/13 10330/23
10332/12 10334/6
10334/8 10337/5
10338/2 10338/7
10338/19 10341/1
10341/8 10343/2
10343/21 10344/5
10344/6 10344/24
10345/4 10346/13
10347/6 10347/6
10347/10 10347/12
10350/1

historical [1] 10363/20
history [7] 10156/21
10163/18 10165/10
10284/24 10285/3
10330/13 10347/25
hit [10] 10151/23
10178/24 10180/12
10207/19 10310/11
10310/21 10327/9
10337/16 10341/17
10345/15
hitting [1] 10171/25
hold [7] 10214/11
10215/4 10239/11
10341/13 10341/14
10347/20 10349/1
Holden [6] 10334/15
10341/24 10342/9
10342/17 10342/20
10343/1
Holden Haney [4]
10341/24 10342/17
10342/20 10343/1
holding [6] 10159/17
10184/21 10186/21
10200/19 10214/16
10305/1
holds [1] 10351/24
holiday [2] 10358/9
10364/24

home [10] 10138/4
10140/23 10149/20
10165/13 10165/25
10189/13 10221/16
10221/17 10222/15
10293/15
honest [2] 10217/6
10352/3
honor [65] 10114/8
10115/8 10116/1
10116/8 10119/9
10120/5 10120/9
10121/1 10124/2
10127/10 10127/12
10130/13 10130/22
10131/11 10131/14
10132/7 10139/4
10141/19 10142/1
10143/6 10150/4
10159/22 10162/17
10162/18 10162/22
10163/6 10177/16
10179/2 10188/25
10190/4 10192/17
10223/9 10224/3
10224/9 10224/17
10225/20 10229/6
10229/19 10229/23
10230/10 10231/19
10232/8 10233/25
10236/14 10237/14
10238/10 10238/21
10239/4 10239/16
10248/7 10265/19
10292/6 10293/6
10293/7 10294/5
10305/4 10343/5
10358/20 10358/21
10359/8 10360/11
10360/21 10361/1
10362/7 10362/11
HONORABLE [1]
10110/9
honored [1] 10364/16
hoodlum [1] 10172/4
hoodlums [1]
10172/10
hook [1] 10160/18
hoot [1] 10161/24
hope [4] 10131/18
10131/25 10144/8
10233/21
hopeful [1] 10132/2
hopefully [5] 10128/14
10144/9 10284/18
10309/6 10360/7
hoping [1] 10146/2
horns [1] 10257/16
horse [1] 10214/3
hot [1] 10136/15
hotel [10] 10158/11
10272/20 10272/22
10273/24 10276/12
10305/24 10306/8
10306/9 10306/20
10337/14
hotels [3] 10125/13
10140/22 10165/25

home-grown
10112/15
hour [10] 10216/6
10223/20 10243/19
10245/7 10262/10
10276/3 10291/10
10309/16 10309/18
10309/24
hours [25] 10143/22
10151/3 10151/14
10152/6 10152/23
10156/16 10195/6
10195/13 10195/13
10210/17 10243/22
10243/25 10245/9
10250/19 10250/19
10256/10 10256/15
10256/15 10257/8
10285/16 10285/17
10315/15 10322/18
10330/15 10331/23
10364/18
house [17] 10183/2
10221/15 10221/20
10221/23 10222/1
10222/4 10253/15
10253/15 10263/20
10264/9 10274/25
10300/9 10306/22
10314/9 10332/14
10335/5 10347/8
housekeeping [1]
10361/1 10362/10
houses [1] 10314/20
how [110] 10117/8
10120/11 10124/3
10130/24 10131/12
10135/14 10136/25
10141/2 10141/4
10144/17 10144/19
10144/21 10151/1
10151/10 10152/10
10158/13 10160/22
10160/23 10163/23
10163/24 10163/24
10164/9 10165/21
10166/2 10166/3
10172/7 10172/10
10172/11 10175/5
10178/22 10185/9
10186/24 10187/9
10193/16 10193/20
10193/21 10193/23
10197/11 10200/12
10204/24 10206/10
10206/17 10206/18
10206/19 10208/2
10210/15 10213/23
10220/12 10221/3
10221/7 10222/5
10222/6 10222/18
10227/23 10227/24
10228/13 10230/2
10238/17 10248/13
10255/13 10257/22
10262/4 10262/5
10272/13 10274/17
10275/15 10280/17
10281/5 10290/15

10295/12 10295/25
10296/2 10296/2
10298/10 10299/7
10303/3 10304/3
10304/6 10304/8
10305/19 10310/3
10310/12 10310/13
10316/10 10318/20
10321/25 10323/13
10326/2 10326/7
10329/11 10334/24
10335/22 10337/6
10337/11 10337/12
10337/13 10337/13
10340/21 10347/23
10349/18 10351/11
10351/13 10357/15
10363/22 10363/23
10363/24 10364/18
10364/18
How's [1] 10274/11
however [8] 10116/21
10118/12 10231/9
10349/19 10357/2
10361/15 10364/11
10364/11
huddle [1] 10187/19
huge [1] 10310/25
hugely [1] 10193/20
hugging [1] 10318/7
Hughes [2] 10110/15
10114/15
huh [6] 10146/16
10146/18 10146/18
10146/19 10170/10
10310/24
human [6] 10133/22
10227/13 10281/17
10281/23 10322/13
10326/13
humans [2] 10133/19
10323/13
humorous [1] 10163/4
hundreds [18]
10134/16 10134/23
10143/20 10146/11
10146/21 10154/10
10154/12 10156/14
10158/8 10158/20
10161/14 10161/16
10169/14 10174/17
10242/9 10281/11
10282/8 10322/18
hunting [1] 10315/14
hurricane [1] 10316/2
husband [1] 10345/9
husband's [1] 10263/6
hustle [1] 10356/14
Hydro [2] 10202/19
10202/24
hyperbole [1]
10294/20
hyperbolic [1] 10140/1
hypothesize [1]
10156/10

I also [2] 10244/14
10290/24
I am [2] 10132/1
10356/20
I apologize [1]
10249/12
I believe [14] 10119/14
10141/9 10161/18
10166/24 10220/24
10220/25 10242/7
10244/20 10244/23
10246/13 10250/11
10290/21 10359/14
10359/15
I can [6] 10126/10
10139/10 10163/9
10174/10 10183/18
10219/19
I can't [3] 10205/6
10250/11 10290/14
I couldn't [2] 10146/25
10346/22
I did [4] 10120/23
10230/17 10230/17
10293/3
I didn't [2] 10122/22
10142/24
I didn't know [2]
10196/7 10207/19
I didn't see [1]
10273/18
I don't [25] 10119/18
10119/24 10119/25
10120/11 10123/24
10125/21 10129/24
10215/8 10215/9
10224/16 10226/9
10227/4 10228/3
10232/4 10238/16
10271/5 10271/5
10272/3 10272/4
10272/12 10280/12
10293/1 10359/13
10359/16 10364/19
I don't have [3]
10130/16 10229/4
10229/10
I don't recall [1]
10162/25
I gave [1] 10254/5
I guess [8] 10126/18
10128/12 10128/16
10131/9 10231/12
10262/4 10270/9
10275/21
I have [19] 10127/20
10127/20 10132/7
10143/23 10143/23
10163/4 10163/22
10184/11 10196/6
10228/24 10239/21
10245/12 10274/20
10310/3 10322/8
10340/21 10354/23
10355/14 10364/15
I hope [2] 10131/18
10131/25

**I**

**I just [8]** 10189/8
10195/6 10249/21
10252/14 10252/25
10262/20 10268/16
10287/22

**I know [9]** 10133/24
10189/11 10190/1
10253/22 10256/20
10256/23 10261/17
10286/3 10350/8

**I mean [23]** 10122/1
10124/19 10124/25
10125/6 10126/1
10153/2 10185/7
10185/10 10231/12
10232/12 10236/10
10236/23 10237/21
10238/12 10238/23
10245/21 10267/8
10268/20 10272/25
10289/5 10292/17
10361/7 10363/14

**I recall [1]** 10268/17

**I say [5]** 10229/1
10229/15 10258/4
10264/12 10277/14

**I should [4]** 10219/17
10219/20 10237/20
10260/8

**I talk [1]** 10359/7

**I tell [1]** 10143/24

**I think [74]** 10115/6
10115/9 10115/24
10116/12 10116/14
10117/11 10117/24
10118/17 10118/20
10119/18 10121/10
10121/11 10122/23
10124/19 10125/4
10127/4 10127/8
10129/15 10129/20
10129/22 10130/11
10146/15 10146/17
10168/6 10170/9
10170/11 10170/15
10224/10 10224/17
10224/23 10226/3
10226/20 10227/2
10228/22 10229/2
10229/22 10230/20
10231/20 10232/5
10232/12 10232/21
10232/25 10234/4
10236/22 10237/3
10247/14 10247/15
10250/11 10252/8
10253/6 10255/17
10257/12 10261/5
10261/18 10262/2
10264/2 10268/18
10268/25 10269/16
10269/24 10270/19
10277/5 10280/2
10290/12 10291/13
10292/17 10292/17
10305/5 10305/6
10324/5 10346/21

10359/16

**I thought [4]** 10119/3
10160/25 10363/4
10363/14

**I told [7]** 10142/8
10171/7 10179/20
10181/17 10234/2
10234/4 10356/1

**I took [1]** 10185/1

**I understand [7]**
10131/15 10258/21
10264/21 10265/5
10269/3 10269/5
10269/6

**I want [24]** 10120/22
10121/16 10123/15
10126/19 10127/21
10147/8 10196/5
10197/23 10227/5
10233/1 10248/21
10249/2 10269/15
10269/23 10319/24
10323/17 10331/12
10335/21 10337/16
10341/17 10345/15
10357/4 10358/15
10364/21

**I wanted [2]** 10118/22
10128/16

**I was [19]** 10118/20
10119/3 10135/7
10135/9 10145/12
10160/22 10194/12
10197/24 10198/16
10205/4 10234/4
10245/12 10254/17
10286/19 10286/23
10288/1 10288/5
10288/18 10293/4

**I went [1]** 10198/22

**I will [13]** 10119/7
10156/16 10158/23
10159/24 10161/24
10240/3 10305/11
10350/15 10351/5
10354/4 10354/25
10356/11 10363/21

**I'd [6]** 10128/4 10142/4
10163/15 10198/8
10259/19 10360/14

**I'll [42]** 10119/5
10127/9 10130/15
10131/7 10139/4
10141/19 10142/1
10143/6 10150/4
10159/20 10159/22
10163/11 10163/12
10163/17 10175/3
10175/4 10177/16
10179/2 10182/6
10187/14 10188/24
10192/8 10205/9
10223/25 10224/25
10226/20 10235/2
10239/5 10245/5
10248/20 10259/7
10260/13 10263/11

10283/6 10293/5
10294/1 10327/16
10329/9 10337/6
10363/19

**I'm [107]** 10116/8
10116/9 10116/17
10117/8 10117/24
10120/14 10121/25
10122/12 10123/12
10125/18 10125/20
10129/6 10129/6
10130/3 10130/4
10130/16 10131/2
10139/8 10142/2
10142/6 10149/25
10159/5 10160/7
10160/10 10160/10
10163/3 10163/14
10164/5 10164/6
10164/7 10164/8
10164/8 10164/24
10166/8 10168/12
10170/1 10171/16
10171/17 10172/7
10173/3 10173/13
10175/13 10176/4
10176/8 10178/13
10179/9 10182/21
10187/12 10205/5
10208/2 10208/12
10213/7 10219/20
10221/21 10227/10
10227/23 10228/3
10228/13 10229/8
10231/2 10234/6
10234/10 10236/8
10239/13 10242/8
10244/20 10244/24
10244/24 10248/8
10248/10 10248/25
10250/21 10252/7
10253/9 10254/7
10254/20 10256/21
10256/22 10260/2
10261/1 10264/15
10266/11 10268/23
10272/6 10272/12
10276/10 10277/11
10278/11 10278/21
10284/17 10288/4
10289/22 10292/18
10312/25 10314/13
10343/4 10343/9
10359/18 10360/1
10360/1 10360/2
10360/18 10361/8
10363/7 10363/9
10363/12 10363/15

**I'm going [22]** 10129/6
10159/5 10160/10
10160/10 10164/7
10164/8 10175/13
10176/4 10176/8
10187/12 10205/5
10208/2 10208/12
10228/13 10234/10
10248/8 10248/10

10278/11 10278/21
10284/17
**I'm just [2]** 10121/25
10171/17
**I'm not [16]** 10116/17
10117/24 10120/14
10123/12 10130/3
10130/16 10139/8
10164/6 10164/24
10168/12 10221/21
10231/2 10256/21
10256/22 10268/23
10288/4
**I'm not sure [3]**
10117/8 10360/1
10363/12
**I'm sorry [8]** 10125/18
10131/2 10219/20
10239/13 10254/7
10343/4 10343/9
10359/18
**I'm sure [2]** 10142/2
10213/7
**I'm want [1]** 10264/15
**I've [12]** 10117/12
10130/13 10147/23
10164/24 10169/25
10174/25 10188/22
10236/12 10271/7
10288/9 10290/21
10360/19
**idea [14]** 10118/8
10136/1 10147/10
10147/23 10227/24
10229/20 10248/18
10249/25 10253/3
10295/19 10315/4
10331/13 10337/17
10340/21
**ideally [1]** 10360/14
**identification [3]**
10162/13 10162/23
10354/8
**identified [3]** 10216/10
10330/3 10363/8
**identify [2]** 10129/24
10216/9
**identity [2]** 10125/25
10324/18
**idiot [1]** 10207/20
**ignore [3]** 10139/3
10277/13 10355/5
**ignored [3]** 10347/25
10348/1 10348/1
**III [3]** 10110/6 10111/2
10114/10
**illegally [2]** 10154/16
10218/18
**illegitimate [2]** 10301/9
10346/11
**Illinois [2]** 10272/12
10341/25
**imagination [2]**
10264/4 10264/6
**imagine [2]** 10146/4
10178/21
**immediately [3]**

10217/23 10204/6
10344/15
**impair [1]** 10241/3
**impartial [1]** 10193/17
**impeachment [2]**
10119/23 10120/3
**impede [5]** 10249/5
10249/6 10254/23
10262/1 10308/10
**impeded [1]** 10257/10
**implicated [2]** 10146/4
10146/7
**implicit [3]** 10137/22
10296/23 10298/1
**implicitly [1]** 10220/19
**implied [2]** 10220/11
10220/16
**imply [2]** 10198/22
10200/6 10231/3
**importance [2]**
10221/14 10352/8
**important [33]**
10159/25 10164/11
10168/16 10173/1
10173/15 10173/25
10174/21 10174/25
10179/6 10180/8
10193/6 10193/20
10193/25 10200/24
10202/12 10202/25
10203/25 10206/9
10206/25 10209/9
10221/11 10224/23
10229/21 10234/12
10234/13 10260/24
10261/13 10277/13
10278/25 10286/6
10309/10 10336/8
10336/10
**importantly [2]**
10256/17 10308/19
**imposing [1]** 10353/24
**impression [1]**
10228/20
**imprimatur [1]** 10301/2
**improper [2]** 10118/20
10191/22
**improperly [1]**
10187/21
**inaccurate [3]** 10189/4
10262/3 10284/3
**inadvertently [1]**
10350/12
**inappropriate [1]**
10305/5
**inaugural [3]** 10259/12
10334/8 10338/15
**inaugurated [1]**
10339/7
**inauguration [3]**
10200/18 10311/21
10322/2
**Inauguration Day [2]**
10311/21 10322/2
**Incidentally [1]**
10339/13
**include [4]** 10232/3
10291/14 10291/21

include... [1] 10306/17

included [3] 10129/25
10246/20 10317/15

includes [3] 10319/12
10319/16 10350/21

including [14]
10140/23 10143/18
10150/8 10265/24
10266/21 10267/23
10307/15 10312/10
10317/9 10319/15
10320/16 10330/10
10336/6 10340/23

inconsistencies [1]
10193/1

inconsistent [1]
10161/25

incorrect [2] 10236/21
10253/5

incredible [2]
10201/14 10249/20

increment [1]
10188/10

increments [1]
10164/12

incriminating [3]
10314/2 10330/7
10330/8

Indeed [1] 10344/14

independent [1]
10350/23

indicate [1] 10262/8

indicated [7] 10246/13
10264/8 10264/18
10274/1 10283/20
10289/5 10289/23

indicates [1] 10249/23

indicating [4]
10181/22 10184/11
10184/19 10199/14

indication [1]
10203/19

indicted [3] 10117/17
10286/8 10286/9

indictment [17]
10235/14 10237/9
10238/1 10238/10
10238/17 10292/18
10294/17 10319/1
10331/4 10331/5
10331/8 10352/20
10353/3 10353/5
10353/7 10353/9
10353/11

indifference [1]
10132/16

indisputable [1]
10159/2

individual [3] 10196/13
10197/3 10199/19

individual's [1]
10171/1

individuals [9]
10115/11 10147/18
10154/24 10158/21
10196/1 10200/5
10211/12 10216/10

industrial [1] 10176/25

infer [2] 10122/2
10125/1

inference [3] 10117/22
10121/6 10121/22

inferences [5]
10116/20 10121/11
10121/13 10122/13
10124/22

inferring [1] 10137/2

infiltrate [1] 10214/5

inflame [1] 10305/6

inflames [1] 10213/20

inflammatory [2]
10139/16 10213/10

inflict [1] 10307/10

influence [3] 10353/6
10353/8 10353/23

influenced [1]
10351/22

information [6]
10164/4 10173/15
10174/11 10174/21
10184/24 10356/16

Infowars [1] 10331/23

ingratiate [1] 10342/25

initial [5] 10118/19
10321/8 10339/14
10339/21 10352/15

initially [1] 10339/17

initiated [2] 10149/22
10149/23

injured [3] 10256/18
10271/14 10290/6

injuring [1] 10151/21

Inn [6] 10273/21
10274/15 10299/15
10305/3 10306/18
10306/18

innocence [4] 10132/8
10140/11 10173/17
10195/4

innocent [3] 10234/8
10235/25 10290/22

innocuous [1] 10191/9

insane [1] 10177/13

inside [30] 10118/9
10118/10 10124/15
10133/2 10133/25
10148/22 10154/8
10155/2 10158/9
10171/20 10178/14
10178/19 10245/15
10256/16 10256/19
10257/3 10263/22
10263/22 10265/12
10266/4 10283/14
10283/16 10284/1
10318/3 10332/11
10333/12 10333/14
10338/10 10338/12
10340/2

insinuate [1] 10133/17
10136/12

insinuation [2]
10134/2 10134/10

insinuations [1]

insofar [3] 10117/7
10117/9 10119/7

inspection [2]
10221/17 10221/17

instance [4] 10161/23
10199/25 10237/6
10316/1

instances [2] 10199/20
10204/25

instant [1] 10308/22

instantaneous [1]
10227/15

instead [4] 10223/24
10238/16 10348/12
10348/14

institutions [1]
10363/22

instruct [2] 10356/20
10357/15

instructed [7] 10263/2
10292/22 10297/6
10304/9 10308/19
10313/16 10326/25

instruction [12]
10199/8 10224/11
10224/12 10233/2
10292/7 10293/1
10293/3 10293/21
10350/18 10355/14
10356/22 10357/25

instructions [35]
10129/9 10129/20
10129/23 10199/9
10218/7 10223/25
10226/23 10228/24
10230/4 10230/5
10232/3 10232/4
10232/5 10232/14
10233/3 10249/10
10293/17 10293/24
10293/24 10295/3
10296/9 10297/7
10304/11 10308/20
10336/11 10349/13
10355/1 10355/2
10355/3 10355/6
10355/6 10355/7
10355/16 10357/5
10357/13

insurance [1] 10326/1

insurrection [20]
10138/20 10138/22
10138/24 10139/6
10144/15 10157/5
10271/4 10271/5
10271/8 10271/10
10271/11 10271/13
10295/20 10320/4
10320/23 10320/24
10345/4 10345/5

Insurrection Act [10]
10138/20 10138/22
10138/24 10139/6
10157/5 10271/5
10271/8 10271/10
10271/11 10295/20

insofar
intelligence [1]
10332/10

intelligence [1]
10342/10

intend [7] 10121/9
10122/3 10123/22
10123/23 10127/18
10127/22 10234/5

intended [3] 10134/11
10193/2 10330/1

intending [3] 10122/1
10123/12 10191/17

intensity [1] 10168/14

intent [36] 10198/20
10207/16 10207/18
10207/21 10207/22
10208/3 10219/4
10226/10 10227/2
10227/11 10227/14
10227/25 10228/8
10228/14 10228/20
10232/21 10235/4
10241/3 10245/1
10248/2 10262/5
10294/7 10294/25
10295/8 10302/23
10302/24 10303/3
10306/25 10323/11
10323/15 10327/1
10327/2 10327/6
10327/8 10329/21
10330/12

intention [3] 10121/18
10141/10 10165/9

intentionally [1]
10220/3

interaction [2]
10168/14 10216/4

interactions [1]
10340/17

interest [1] 10313/7

interested [5]
10267/20 10268/14
10289/1 10289/3
10289/4

interesting [7]
10152/17 10199/5
10204/16 10263/6
10268/8 10275/14
10289/11

interestingly [1]
10211/3

interfere [1] 10206/10

Interference [1]
10311/16

interfering [1]
10140/17

interject [2] 10125/18
10126/4

intermediary [2]
10337/9 10337/11

Internet [6] 10203/4
10257/24 10350/5
10350/25 10356/22
10356/24

interpret [2] 10161/8
10323/6

interpretation [2]

interpretations [1]
10123/13

interrogation [5]
10118/20 10118/22
10119/3 10195/13
10282/17

interrogatories [3]
10128/18 10129/19
10130/8

interrogatory [1]
10129/4

interrupt [1] 10236/8

intersecting [1]
10210/22

interspersed [1]
10193/23

interstate [1] 10275/22

interview [18]
10115/18 10115/22
10118/2 10119/13
10119/17 10195/21
10198/16 10245/7
10245/11 10245/13
10245/20 10246/1
10246/3 10246/5
10247/7 10247/11
10247/12 10282/15

interviewed [6]
10247/5 10258/20
10281/7 10281/10
10282/7 10285/16

interviewing [1]
10245/15

interviews [3]
10119/25 10198/10
10281/14

intimate [1] 10143/19

intimidating [1]
10213/22

intimidation [1]
10308/13

introduce [1] 10117/25

introduced [10]
10115/23 10151/17
10163/23 10183/16
10184/9 10190/7
10190/8 10191/8
10191/9 10360/3

introducing [1]
10120/15

invasion [2] 10200/25
10213/12

investigate [3] 10122/2
10267/22 10269/8

investigated [1]
10265/3

investigating [1]
10342/22

investigation [17]
10115/21 10117/20
10205/2 10238/24
10257/2 10281/6
10281/6 10283/9
10283/11 10283/23
10284/2 10284/17
10285/1 10286/1
10321/13 10322/5

**investigation... [1]**
10350/23
**investigator [2]**
10274/21 10340/20
**investigators [2]**
10147/6 10281/18
**invitation [1]** 10269/21
**invite [1]** 10349/25
**invited [2]** 10341/24
10344/20
**invoke [1]** 10138/20
**invoked [1]** 10157/5
**involve [2]** 10116/24
10266/20
**involved [6]** 10138/23
10160/24 10256/18
10256/21 10256/23
10267/9
**involves [3]** 10160/14
10227/24 10304/11
**involving [2]** 10254/18
10267/21
**irony [1]** 10213/12
**irrefutable [1]** 10133/4
**irrelevant [4]** 10315/24
10326/24 10334/22
10335/14
**IRS [3]** 10217/1
10217/4 10217/5
**is [620]**
**is that correct [4]**
10263/15 10270/14
10270/18 10362/8
**Isaac [1]** 10212/7
**Isaacs [18]** 10123/6
10123/6 10124/12
10175/11 10175/12
10175/13 10175/13
10179/9 10181/5
10188/16 10188/18
10212/22 10212/25
10213/3 10316/25
10317/18 10318/5
10318/13
**isn't [5]** 10152/5
10160/20 10254/5
10264/13 10269/25
**issue [20]** 10118/22
10120/15 10124/18
10124/19 10224/10
10226/7 10226/22
10235/3 10235/21
10248/10 10249/13
10253/12 10291/13
10291/13 10292/21
10351/16 10352/22
10360/11 10362/10
10363/1
**issued [1]** 10334/2
**issues [5]** 10244/12
10289/2 10289/21
10360/17 10360/20
**it [496]**
**it happened [1]**
10256/8
**it will be [1]** 10302/13
**it would be [3]**

10232/1
**it's [155]** 10116/14
10117/12 10117/15
10117/22 10121/6
10121/10 10121/14
10122/2 10124/8
10124/8 10124/20
10125/13 10125/23
10125/25 10126/7
10126/9 10127/7
10131/24 10133/6
10137/15 10138/9
10144/4 10146/19
10150/3 10151/2
10153/2 10159/2
10159/25 10161/10
10161/11 10161/17
10162/23 10162/24
10164/11 10164/16
10166/12 10170/8
10170/12 10170/12
10171/3 10173/5
10173/23 10175/21
10178/9 10178/20
10179/6 10181/11
10182/5 10182/22
10183/9 10184/25
10186/10 10189/4
10189/6 10189/17
10191/9 10192/20
10192/23 10193/25
10195/16 10195/21
10195/21 10202/8
10203/3 10203/3
10203/14 10203/17
10206/13 10206/16
10206/25 10207/1
10207/2 10207/16
10207/17 10208/2
10208/2 10210/24
10212/10 10221/18
10221/21 10223/10
10224/23 10226/8
10228/5 10228/12
10228/13 10230/20
10232/19 10232/20
10233/5 10234/12
10236/14 10236/14
10236/15 10236/15
10236/22 10237/1
10237/2 10237/6
10237/6 10237/9
10237/11 10237/18
10237/21 10237/21
10237/22 10237/23
10237/23 10237/24
10237/24 10238/8
10238/8 10238/8
10238/10 10238/16
10238/24 10239/24
10241/25 10242/2
10242/7 10244/20
10247/18 10248/5
10250/11 10265/20
10266/9 10266/9
10268/13 10276/21
10284/22 10285/8

10286/13 10287/2
10287/2 10290/24
10302/2 10304/10
10305/5 10305/6
10305/8 10305/9
10311/23 10312/15
10313/13 10317/5
10322/14 10325/1
10326/16 10336/4
10336/14 10356/4
10359/17 10361/8
**items [4]** 10223/11
10223/17 10234/17
10234/23
**its [15]** 10118/1
10176/5 10186/8
10200/13 10203/3
10235/22 10306/7
10306/8 10327/11
10334/23 10335/6
10344/13 10346/6
10361/3 10363/20
**itself [17]** 10115/25
10116/15 10132/21
10147/1 10154/5
10154/17 10155/19
10227/15 10232/13
10257/4 10299/4
10300/8 10307/17
10327/23 10338/8
10338/16 10344/12

**J**

**J6 [2]** 10266/17
10332/19
**jacket [1]** 10165/2
**jail [1]** 10216/25
**jam [2]** 10181/4
10317/23
**James [5]** 10111/7
10114/16 10299/6
10307/17 10326/4
**Jan. [1]** 10202/16
**January [115]**
10115/13 10133/10
10133/15 10134/13
10134/19 10134/21
10135/22 10136/19
10138/18 10139/25
10140/8 10140/15
10141/11 10143/3
10144/14 10147/3
10148/10 10150/13
10156/25 10198/1
10198/6 10199/11
10200/22 10238/2
10241/10 10241/16
10241/21 10242/2
10242/10 10242/12
10243/9 10244/5
10244/7 10244/9
10244/11 10244/23
10250/6 10256/7
10259/16 10266/16
10267/21 10268/22
10269/5 10272/2
10272/14 10273/1

10274/16 10275/16
10277/17 10281/19
10281/25 10282/9
10285/11 10286/7
10286/8 10288/13
10295/14 10295/16
10295/23 10298/24
10299/3 10299/6
10299/20 10300/6
10302/10 10303/17
10303/22 10308/4
10308/12 10308/18
10309/17 10312/20
10313/4 10313/18
10313/24 10314/1
10320/20 10321/5
10321/23 10326/5
10326/11 10326/18
10326/20 10328/3
10328/14 10329/12
10329/14 10329/12
10329/23 10330/6
10329/13 10329/16
10329/23 10330/6
10330/8 10330/11
10330/15 10331/21
10331/24 10332/5
10333/25 10335/24
10336/16 10336/23
10337/17 10337/22
10339/1 10344/8
10344/16 10345/8
10346/14 10347/1
10347/4 10348/16
10348/20

**January 2nd [1]**
10250/6
**January 3rd [1]**
10139/25
**January 4th [1]**
10144/14
**January 5th [3]**
10140/15 10269/5
10273/25
**January 6th [74]**
10115/13 10133/10
10133/15 10134/13
10134/19 10134/21
10135/22 10136/19
10138/18 10140/8
10141/11 10143/3
10147/3 10148/10
10150/13 10156/25
10198/1 10200/22
10241/10 10242/10
10243/9 10244/7
10244/9 10244/11
10256/7 10259/16
10266/16 10267/21
10272/2 10272/14
10273/1 10274/10
10277/17 10281/19
10281/25 10282/9
10288/13 10295/23
10299/3 10299/20
10302/10 10303/17
10303/22 10308/4
10308/12 10308/18

10326/5 10326/11
10326/20 10328/3
10328/14 10329/2
10329/12 10329/13
10329/16 10329/23
10330/8 10330/11
10331/21 10332/5
10333/25 10335/24
10336/16 10336/23
10337/22 10339/1
10344/8 10344/16
10345/8 10346/14
10348/16 10348/20
**January 7th [1]**
10274/16
**Jason [19]** 10143/16
10143/17 10145/7
10187/6 10187/19
10300/17 10304/22
10305/15 10305/20
10306/1 10317/1
10329/5 10341/7
10341/7 10343/22
10343/25 10346/18
10346/20 10347/3
**Jason Dolan [11]**
10143/16 10143/17
10187/19 10300/17
10304/22 10305/20
10306/1 10341/7
10343/22 10343/25
10346/18
**JC [2]** 10128/10
10162/20
**jcrisp [1]** 10111/16
**Jeannie [1]** 10164/15
**Jeffrey [2]** 10110/14
10114/14
**jeffrey.nestler [1]**
10110/20
**jelly [1]** 10164/5
**Jericho [2]** 10134/20
10134/24
**Jericho March [2]**
10134/20 10134/24
**Jess [7]** 10197/19
10200/6 10206/11
10213/1 10215/8
10219/22 10342/14
**Jessica [34]** 10111/14
10114/12 10119/12
10211/9 10213/4
10218/16 10240/23
10243/8 10243/21
10246/11 10246/12
10246/14 10272/7
10272/8 10272/11
10272/21 10273/1
10273/3 10273/5
10273/6 10274/13
10278/23 10287/14
10287/15 10296/11
10299/20 10303/15
10310/10 10311/7
10317/3 10330/16
10341/11 10343/11
10349/8

**Jessica Watkins [23]**
10119/12 10240/23
10243/8 10243/21
10272/7 10272/8
10272/11 10272/21
10273/1 10273/3
10273/5 10274/13
10287/14 10287/15
10296/11 10299/20
10303/15 10310/10
10317/3 10330/16
10341/11 10343/11
10349/8
**jlbrightlaw [1]** 10111/9
**job [12]** 10206/15
10221/6 10242/16
10292/13 10321/15
10321/15 10321/17
10322/12 10323/6
10323/8 10323/8
10337/6
**Joe [7]** 10246/21
10247/3 10295/14
10303/9 10312/23
10331/22 10339/5
**Joe Biden [5]**
10295/14 10303/9
10312/23 10331/22
10339/5
**John [6]** 10258/17
10258/18 10260/13
10260/14 10261/20
10299/11
**Johnson [1]** 10117/6
**Johnston [1]** 10111/11
**join [2]** 10227/18
10295/13
**joined [3]** 10261/2
10266/14 10341/23
**joining [2]** 10136/23
10312/9
**joint [6]** 10157/7
10294/15 10308/5
10311/5 10334/24
10348/20
**joke [4]** 10260/1
10260/1 10260/3
10290/11
**joking [1]** 10204/20
**Jonathan [2]** 10111/14
10114/21
**Joseph [2]** 10317/1
10337/4
**Joseph Hackett [2]**
10317/1 10337/4
**Joshua [3]** 10299/6
10307/17 10326/4
**Joshua James [3]**
10299/6 10307/17
10326/4
**journalists [1]**
10156/19
**Jr [2]** 10111/10
10112/2
**judge [20]** 10110/10
10130/4 10191/15
10199/7 10218/8
10233/8 10284/23
10295/3 10297/6
10300/22 10304/9
10307/23 10308/19
10309/6 10316/3
10326/25 10327/22
10361/11
**Judge Mehta [8]**
10297/6 10300/22
10304/9 10307/23
10308/19 10316/3
10326/25 10327/22
**Judge Mehta's [1]**
10295/3
**Judge's [2]** 10126/7
10296/8
**judges [2]** 10312/21
10352/19
**judgment [6]** 10117/10
10118/6 10266/13
10321/18 10349/1
10353/18
**Juli [1]** 10114/18
**jumbotron [2]**
10161/12 10161/17
**jump [1]** 10322/19
**jumping [1]** 10154/7
**junior [1]** 10213/2
**juror [9]** 10129/6
10193/15 10349/25
10351/23 10352/8
10352/12 10353/18
10353/19 10356/19
**jurors [13]** 10350/13
10351/11 10351/17
10351/20 10352/6
10352/14 10356/1
10356/6 10356/10
10356/12 10357/6
10357/8 10357/10
**jurors' [1]** 10352/5
**jury [94]** 10110/9
10115/15 10116/13
10117/22 10121/3
10121/5 10121/13
10121/18 10121/22
10122/2 10125/21
10126/19 10127/21
10129/20 10129/21
10129/24 10131/21
10131/22 10132/6
10135/13 10144/25
10163/8 10173/6
10174/6 10174/11
10180/7 10189/22
10192/12 10192/13
10192/19 10194/13
10196/6 10222/19
10223/8 10223/14
10223/19 10223/25
10225/3 10225/13
10225/16 10226/21
10228/19 10230/24
10231/5 10231/17
10233/11 10233/12
10233/15 10236/19
10237/3 10238/3
10239/23 10239/25
10240/25 10241/3
10241/5 10241/8
10249/10 10282/5
10285/8 10285/12
10285/18 10286/9
10286/10 10286/24
10291/7 10292/12
10293/11 10293/12
10304/10 10305/7
10314/16 10348/21
10349/15 10350/17
10350/20 10351/3
10351/4 10351/6
10351/13 10352/9
10352/15 10354/4
10354/16 10354/19
10356/18 10357/3
10358/11 10360/14
10360/18 10364/11
10364/11
**jury's [2]** 10223/11
10324/5
**just [150]** 10115/8
10115/24 10116/19
10118/23 10120/13
10121/25 10122/21
10124/8 10125/7
10125/23 10126/16
10129/17 10129/17
10130/8 10130/10
10130/17 10131/7
10133/22 10134/9
10134/10 10137/1
10137/17 10140/2
10142/9 10142/21
10145/23 10146/4
10146/20 10149/22
10159/20 10160/6
10160/7 10161/3
10163/17 10168/5
10168/13 10169/10
10171/16 10171/17
10171/24 10172/18
10176/17 10179/7
10180/3 10181/15
10181/19 10184/25
10185/15 10186/15
10189/8 10191/15
10195/6 10206/13
10207/17 10208/16
10216/4 10223/21
10224/17 10224/20
10226/7 10226/18
10226/19 10226/20
10227/3 10227/25
10228/22 10229/13
10229/21 10230/7
10230/12 10230/18
10233/1 10236/15
10236/21 10237/24
10238/9 10239/14
10243/13 10248/5
10248/21 10248/23
10249/1 10249/21
10250/13 10250/20
10252/14 10252/25
10260/17 10262/3
10262/14 10262/20
10268/16 10268/20
10276/5 10276/23
10276/25 10279/6
10280/11 10280/22
10286/5 10287/22
10291/12 10291/14
10293/20 10294/1
10294/18 10298/12
10299/7 10303/5
10306/5 10306/15
10307/8 10309/11
10310/20 10310/24
10311/9 10312/17
10313/4 10313/10
10313/14 10316/21
10318/18 10323/22
10325/2 10326/9
10326/15 10327/21
10330/15 10331/8
10333/8 10336/4
10341/17 10342/12
10342/13 10349/14
10349/20 10350/14
10351/23 10355/19
10357/24 10357/24
10358/14 10361/1
10361/4 10361/25
10362/10 10362/19
10362/21
**justice [16]** 10193/8
10234/13 10234/24
10235/7 10236/3
10241/6 10243/17
10243/18 10245/4
10245/10 10247/24
10247/25 10248/2
10292/24 10363/24
10364/10
**JW [4]** 10190/6
10190/7 10190/16
10190/17
**JW-5 [1]** 10190/7
**JW-55 [2]** 10190/6
10190/17

**K**

**Kate [2]** 10336/2
10359/7
**Kathryn [3]** 10110/14
10114/14 10133/16
**Kathryn Rakoczy [1]**
10133/16
**kathryn.rakoczy [1]**
10110/19
**keep [14]** 10167/10
10214/4 10229/13
10245/25 10246/5
10251/4 10252/10
10258/3 10258/4
10258/14 10272/15
10281/4 10328/19
10354/7
**Keeper [14]** 10133/3
10148/21 10153/15
10153/25 10154/14
10274/7 10281/7
10288/19 10288/21
10288/23 10315/7
10341/25
**Keepers [102]** 10121/7
10121/19 10124/14
10138/13 10147/4
10150/20 10150/20
10151/9 10151/11
10151/13 10151/19
10151/25 10152/17
10152/20 10152/25
10154/13 10155/6
10155/10 10155/12
10155/23 10156/6
10156/11 10159/4
10160/4 10161/21
10167/5 10167/6
10167/11 10167/15
10171/7 10172/6
10173/19 10174/13
10175/23 10176/6
10176/15 10177/5
10178/6 10178/11
10178/12 10179/14
10180/2 10181/3
10181/9 10182/6
10184/3 10185/2
10187/10 10187/18
10208/23 10213/25
10243/2 10253/16
10253/17 10260/4
10260/10 10260/16
10260/22 10266/19
10266/21 10266/24
10267/4 10267/7
10274/7 10274/10
10276/13 10280/18
10281/8 10281/9
10281/10 10281/24
10282/10 10283/25
10284/8 10284/9
10285/1 10287/20
10298/21 10299/17
10301/8 10301/17
10302/9 10316/2
10316/3 10316/25
10317/4 10317/14
10318/14 10320/22
10321/3 10325/2
10325/8 10325/16
10326/20 10328/17
10337/17 10337/23
10342/7 10344/18
10344/20 10348/9
10348/16
**Keepers' [3]** 10184/5
10316/4 10340/17
**keeping [3]** 10168/1
10184/21 10331/21
**Kelly [40]** 10112/2
10114/11 10140/3
10141/12 10173/20
10181/15 10184/14
10184/21 10203/8
10250/18 10250/21
10251/2 10251/5

**Kelly... [27]** 10251/9
10261/11 10261/16
10261/19 10261/21
10272/6 10273/9
10273/16 10273/18
10299/5 10301/7
10301/11 10301/23
10301/25 10304/20
10305/23 10307/6
10317/1 10317/6
10317/11 10321/3
10337/3 10337/7
10345/3 10345/9
10347/10 10349/7
**Kelly Meggs [35]**
10140/3 10141/12
10173/20 10181/15
10184/14 10184/21
10203/8 10250/18
10250/21 10251/2
10251/5 10251/9
10261/11 10261/16
10261/19 10261/21
10272/6 10273/9
10273/16 10273/18
10299/5 10301/7
10301/11 10301/23
10304/20 10305/23
10307/6 10317/1
10317/11 10321/3
10337/3 10345/3
10345/9 10347/10
10349/7
**Kelly Meggs' [2]**
10301/25 10317/6
**Kelly's [1]** 10142/25
**Ken [28]** 10136/18
10150/22 10155/24
10158/23 10159/16
10163/25 10165/3
10167/23 10167/23
10168/2 10170/10
10176/21 10182/7
10183/2 10183/24
10184/3 10184/10
10184/18 10185/9
10185/16 10187/1
10188/6 10188/7
10189/13 10273/19
10273/19 10273/21
10334/6
**Ken Harrelson [5]**
10155/24 10163/25
10176/21 10273/19
10273/21
**Ken's [1]** 10180/25
**Kenneth [13]** 10112/7
10114/11 10132/9
10137/4 10140/7
10154/18 10158/11
10305/23 10317/1
10334/5 10337/4
10337/25 10349/8
**Kenneth Harrelson [8]**
10132/9 10137/4
10154/18 10158/11
10305/23 10317/1

**Kenneth Harrelson's
[1]** 10337/4
**Kenny [57]** 10133/20
10134/2 10134/18
10136/12 10137/8
10137/12 10137/15
10138/21 10139/10
10139/18 10139/23
10140/16 10140/25
10141/9 10141/13
10141/21 10142/11
10143/1 10143/9
10143/18 10144/15
10145/13 10146/1
10146/4 10146/7
10146/11 10146/13
10146/13 10146/16
10146/25 10147/2
10148/17 10148/21
10149/3 10149/13
10149/19 10149/20
10150/10 10152/1
10153/5 10153/17
10153/25 10154/10
10154/22 10156/2
10157/1 10157/21
10157/25 10159/4
10159/13 10164/12
10165/19 10166/22
10169/12 10186/9
10187/6 10187/19
**Kenny Harrelson [2]**
10134/18 10154/10
**Kenny's [11]** 10132/10
10132/20 10133/10
10134/13 10134/19
10136/4 10138/18
10142/19 10143/3
10155/17 10169/23
**Kentucky [1]** 10252/21
**key [4]** 10173/1
10276/1 10309/16
10358/25
**keynote [1]** 10200/17
**kidnap [1]** 10148/17
**kill [8]** 10134/2
10206/9 10219/3
10222/18 10227/11
10227/14 10227/14
10228/11
**killed [2]** 10148/2
10258/8
**killing [4]** 10208/4
10228/15 10304/13
10313/5
**kind [10]** 10124/23
10146/5 10158/14
10162/1 10168/13
10170/8 10201/19
10228/20 10273/23
10322/10
**kinds [1]** 10257/25
**kinetic [1]** 10159/9
**King [2]** 10182/2
10182/2
**KM [2]** 10205/21
10340/9

**knee [1]** 10174/18
**knees [2]** 10158/24
10227/3
**knew [22]** 10138/25
10171/8 10196/12
10209/14 10264/8
10264/9 10264/10
10274/21 10281/10
10303/17 10303/19
10303/25 10314/23
10318/8 10328/6
10328/7 10330/18
10334/1 10337/12
10337/13 10337/13
10341/25
**knife [1]** 10289/18
**knob [1]** 10288/2
**knocked [1]** 10335/2
**knocking [1]** 10151/24
**know [179]** 10116/2
10116/3 10119/1
10120/11 10122/4
10124/25 10125/1
10125/3 10125/6
10125/14 10126/13
10126/22 10129/3
10130/9 10133/24
10135/20 10135/23
10136/25 10137/5
10137/7 10137/13
10137/13 10137/14
10138/21 10139/9
10139/16 10140/6
10144/6 10147/23
10148/8 10149/21
10149/25 10150/6
10151/2 10151/15
10152/10 10154/23
10160/11 10160/21
10163/5 10166/2
10166/3 10167/12
10169/2 10172/5
10172/5 10172/11
10172/12 10173/7
10173/25 10174/11
10175/1 10177/24
10178/14 10178/15
10178/20 10178/21
10178/22 10179/14
10179/16 10179/17
10181/21 10182/4
10186/10 10187/25
10189/11 10190/1
10190/23 10191/4
10191/8 10192/1
10192/6 10196/3
10196/7 10197/22
10200/7 10204/24
10206/18 10206/18
10207/3 10207/4
10207/19 10207/25
10209/1 10209/21
10210/10 10210/15
10210/16 10210/24
10211/3 10219/19
10221/2 10222/7
10226/14 10226/21

10231/15 10235/8
10235/9 10235/15
10248/23 10251/24
10252/7 10253/22
10254/17 10256/20
10256/23 10256/23
10257/16 10258/8
10258/10 10261/11
10261/15 10261/17
10262/8 10263/2
10264/21 10264/22
10264/23 10264/24
10264/25 10265/1
10265/4 10265/14
10267/2 10267/11
10268/6 10268/23
10268/24 10270/23
10271/12 10272/8
10272/13 10274/12
10274/24 10275/1
10275/7 10275/10
10284/4 10284/5
10284/6 10285/2
10285/4 10285/19
10286/3 10286/23
10287/2 10288/3
10290/2 10290/7
10290/15 10290/16
10297/4 10303/3
10304/3 10304/8
10305/19 10309/5
10312/15 10313/1
10322/21 10328/15
10329/24 10330/13
10332/14 10336/17
10340/21 10340/21
10342/21 10345/22
10346/2 10346/25
10350/8 10350/14
10350/14 10359/13
10360/18 10363/19
**knowing [3]** 10141/1
10141/4 10196/16
**knowingly [5]**
10218/12 10219/22
10220/3 10249/7
10254/24
**knowledge [6]** 10142/7
10164/13 10189/5
10282/9 10282/9
10295/8
**known [4]** 10238/3
10265/4 10310/3
10329/6
**knows [9]** 10136/9
10154/11 10195/25
10196/1 10197/5
10200/2 10206/17
10206/21 10325/8
**Koehler [2]** 10341/24
10342/3
**KOUH [1]** 10178/7

**L**

**LA [1]** 10111/11
**labeled [1]** 10359/21
**lack [1]** 10344/3

**ladies [168]** 10131/23
10132/5 10135/13
10139/13 10139/15
10223/1 10223/5
10233/18 10234/1
10234/6 10234/12
10235/1 10235/5
10235/19 10235/23
10239/10 10239/17
10240/15 10240/18
10241/2 10241/22
10242/11 10242/17
10242/25 10243/6
10243/19 10244/2
10244/13 10245/12
10246/4 10247/19
10248/1 10249/14
10249/15 10249/18
10251/4 10251/18
10252/6 10252/10
10252/18 10253/4
10253/9 10253/21
10254/20 10254/25
10255/10 10255/17
10255/24 10256/9
10256/20 10257/20
10257/25 10258/16
10259/7 10259/19
10260/8 10260/19
10261/8 10261/24
10262/2 10262/19
10263/5 10263/11
10263/18 10264/12
10264/21 10265/1
10265/15 10266/1
10266/5 10266/10
10266/21 10266/23
10267/5 10267/12
10267/21 10267/25
10268/16 10269/7
10269/20 10271/3
10271/17 10272/14
10272/15 10273/13
10274/3 10274/6
10274/18 10275/13
10275/24 10276/17
10276/25 10277/11
10277/21 10278/1
10278/6 10278/11
10279/5 10280/3
10280/12 10280/23
10280/25 10281/4
10282/7 10283/6
10284/14 10285/5
10285/7 10285/14
10285/22 10286/6
10286/19 10286/24
10287/5 10287/13
10287/22 10288/1
10288/9 10289/5
10289/6 10289/20
10289/22 10290/1
10290/21 10291/3
10294/6 10294/16
10297/21 10297/24
10301/21 10303/23
10304/15 10305/20
10306/24 10307/4

**L**

ladies... [33] 10307/10
10309/3 10309/10
10309/22 10313/9
10314/21 10315/6
10318/16 10319/4
10320/6 10321/14
10325/25 10326/24
10329/1 10329/24
10332/8 10333/21
10335/1 10336/11
10336/21 10337/16
10339/13 10341/3
10341/18 10343/11
10344/22 10345/15
10346/9 10346/15
10347/10 10348/15
10348/23 10349/11
lag [4] 10335/23
10336/2 10336/3
10336/5
laid [5] 10163/16
10236/19 10286/24
10312/4 10328/10
lamented [2] 10338/2
10347/3
lamppost [1] 10347/9
language [5] 10139/17
10169/5 10237/9
10294/21 10320/2
large [2] 10219/21
10281/14
largely [1] 10118/2
LASSITER [1] 10111/3
last [21] 10115/5
10122/7 10128/12
10158/20 10167/9
10173/2 10174/7
10174/12 10175/23
10186/5 10194/3
10194/4 10194/4
10210/1 10250/21
10252/4 10291/13
10345/15 10349/11
10355/25 10364/13
late [5] 10173/14
10173/23 10272/9
10313/18 10314/1
later [18] 10117/17
10158/3 10178/3
10183/16 10203/24
10251/9 10251/25
10254/6 10255/12
10282/20 10285/17
10311/3 10317/5
10317/17 10329/4
10334/24 10337/23
10348/20
lateral [1] 10165/20
latest [2] 10235/14
10280/10
launch [2] 10169/10
10169/25
law [41] 10112/3
10139/9 10139/12
10148/3 10148/22
10165/10 10177/8
10177/10 10199/7
10199/25 10213/16
10213/19 10213/19
10216/20 10216/22
10231/15 10236/5
10236/20 10237/1
10237/13 10267/7
10267/10 10276/13
10292/13 10292/15
10312/1 10312/2
10312/12 10328/16
10343/7 10343/9
10343/18 10345/18
10347/13 10347/16
10348/17 10348/24
10349/3 10355/14
law-abiding [6]
10199/7 10199/11
10199/19 10199/25
10343/7 10343/9
lawful [3] 10294/12
10297/24 10298/4
lawn [3] 10111/3
10111/7 10145/22
laws [6] 10345/16
10345/18 10345/23
10347/13 10347/17
10348/1
lawyer [5] 10245/8
10245/16 10323/3
10323/3 10342/23
lawyers [6] 10245/21
10293/22 10294/22
10315/23 10364/1
10364/6
lay [1] 10183/13
Lazarus [8] 10160/1
10184/25 10184/25
10185/1 10185/4
10340/7 10340/16
10340/25
Lazarus' [1] 10340/10
lead [15] 10130/14
10135/23 10148/21
10150/7 10151/25
10156/11 10200/15
10201/14 10274/7
10274/21 10299/3
10307/2 10312/11
10320/22 10330/21
lead-off [1] 10135/23
lead-up [1] 10299/3
leader [17] 10140/3
10140/8 10140/9
10140/16 10142/18
10147/2 10148/14
10148/21 10251/14
10253/16 10259/22
10283/25 10284/9
10284/25 10299/14
10307/18 10344/19
leaders [17] 10140/4
10148/16 10150/20
10150/22 10151/11
10152/18 10153/7
10155/12 10156/24
10156/25 10187/10
10320/5 10321/4

10328/23 10341/25
leadership [3]
10266/16 10298/19
10344/21
leading [11] 10142/15
10142/16 10150/9
10156/3 10167/21
10181/10 10187/2
10188/8 10188/16
10193/19 10312/10
leaning [1] 10183/24
learn [2] 10155/7
10196/10
learned [6] 10139/22
10143/25 10302/23
10320/4 10320/11
10320/15
least [18] 10114/25
10118/8 10121/5
10128/9 10129/11
10133/12 10144/7
10149/1 10149/2
10149/13 10165/8
10195/6 10227/9
10276/4 10286/21
10289/1 10340/6
10361/20
leave [10] 10201/10
10227/3 10228/19
10230/7 10288/13
10340/4 10340/5
10356/14 10361/17
10363/19
leaving [8] 10153/18
10199/23 10201/11
10214/19 10216/8
10216/12 10308/15
10315/17
lecturn [1] 10142/5
led [9] 10150/5
10152/21 10153/3
10154/25 10155/1
10177/25 10179/10
10213/1 10280/1
Lee [3] 10111/7
10114/16 10325/15
left [49] 10147/25
10152/3 10155/22
10161/13 10161/16
10167/9 10168/8
10169/14 10172/3
10173/10 10173/10
10173/20 10173/21
10176/13 10176/14
10176/21 10176/24
10177/3 10177/19
10177/20 10178/5
10178/7 10179/9
10179/12 10179/21
10180/1 10180/10
10180/18 10180/23
10181/6 10186/6
10187/23 10208/25
10214/17 10216/6
10233/19 10251/2
10262/14 10264/14
10273/2 10288/14

10293/16 10296/25
10314/8 10317/19
10341/12 10346/19
leg [2] 10186/13
10186/14
legal [15] 10138/11
10228/23 10230/3
10231/16 10236/11
10237/23 10293/23
10295/17 10296/8
10323/25 10324/1
10324/9 10324/13
10324/15 10334/21
legalese [2] 10218/6
10232/25
legally [3] 10140/21
10152/2 10236/21
legitimate [1] 10327/6
length [1] 10308/22
lengthy [2] 10270/2
10281/5
lens [1] 10222/7
LEO [1] 10148/5
less [6] 10145/11
10158/3 10161/6
10214/24 10223/20
10312/23
lessons [3] 10320/4
10320/15 10320/19
let [24] 10120/13
10130/17 10143/2
10167/23 10175/3
10191/4 10195/1
10201/3 10222/14
10222/15 10230/16
10231/2 10248/23
10249/16 10267/6
10280/25 10281/1
10296/5 10298/6
10318/19 10337/19
10346/19 10350/14
10360/18
let's [34] 10117/24
10130/7 10143/2
10157/19 10189/15
10197/16 10200/10
10200/23 10201/16
10203/25 10204/24
10206/22 10218/6
10218/21 10219/8
10220/13 10230/12
10232/16 10234/9
10235/5 10249/11
10250/3 10250/24
10267/16 10268/22
10271/11 10288/7
10288/7 10288/7
10298/8 10301/25
10309/13 10329/9
10361/21
letter [1] 10216/24
letters [1] 10138/19
letting [1] 10333/8
level [4] 10174/19
10174/19 10300/2
10339/8
Lexington [2]

liability [1] 10335/18
liberty [1] 10173/18
licensed [1] 10134/4
lie [13] 10159/2
10159/10 10159/15
10204/11 10204/12
10210/23 10217/22
10217/22 10309/11
10309/23 10311/10
10313/2 10339/20
lied [10] 10118/25
10119/13 10119/17
10138/13 10308/25
10309/3 10309/11
10310/9 10310/20
10311/9
lies [11] 10312/16
lieu [1] 10212/11
lieutenants [1]
10299/5
life [11] 10134/22
10147/20 10158/5
10165/14 10221/14
10222/16 10227/13
10270/22 10318/8
10318/13 10318/23
Life360 [12] 10269/15
10269/17 10269/19
10269/21 10270/1
10270/7 10270/9
10270/14 10270/20
10270/20 10270/24
10271/1
light [2] 10171/22
10276/4
lighter [1] 10144/10
lighting [1] 10162/9
like [78] 10115/13
10115/13 10119/11
10125/15 10128/5
10133/22 10134/9
10136/10 10136/14
10140/4 10147/9
10147/9 10152/11
10160/12 10160/14
10163/15 10164/11
10164/14 10164/20
10169/24 10172/18
10172/20 10172/22
10180/15 10182/2
10183/10 10186/10
10186/11 10190/24
10196/11 10198/8
10199/14 10206/2
10207/4 10213/4
10220/17 10223/17
10229/3 10245/6
10245/10 10246/21
10247/23 10247/25
10248/2 10253/23
10254/16 10256/5
10258/7 10260/6
10261/4 10262/10
10263/7 10263/21
10264/5 10266/5
10264/10 10272/10
10273/7 10276/13

**L**

like... [19] 10277/2
10277/9 10283/15
10283/16 10285/23
10292/17 10303/5
10310/25 10312/2
10318/19 10318/20
10320/3 10338/23
10347/21 10350/3
10357/17 10359/13
10360/14 10361/2
like-minded [1]
10263/7
likelihood [1]
10356/25
likely [1] 10330/18
lily [1] 10123/12
limine [1] 10115/1
limit [1] 10362/2
limited [2] 10119/2
10191/13
LiMu [1] 10241/14
Linder [3] 10111/2
10111/3 10114/16
Lindsey [2] 10312/19
10312/22
line [23] 10126/18
10128/10 10153/11
10153/22 10160/5
10162/14 10162/24
10164/25 10170/25
10184/5 10185/13
10213/19 10220/13
10220/13 10252/5
10270/24 10287/4
10287/9 10287/10
10287/10 10292/18
10307/14 10322/10
lines [1] 10210/22
link [25] 10235/18
10235/19 10236/1
10236/4 10236/11
10236/15 10236/16
10236/25 10237/5
10237/6 10237/22
10237/25 10238/16
10238/18 10239/10
10239/11 10239/17
10240/6 10240/7
10240/16 10240/20
10241/4 10292/11
10292/20 10331/7
links [1] 10237/11
list [4] 10130/10
10358/24 10360/17
10362/20
listed [1] 10149/14
listen [3] 10198/8
10350/7 10350/9
listening [3] 10317/13
10333/9 10333/19
lists [7] 10281/7
10358/18 10358/19
10358/22 10358/24
10360/9 10362/12
literal [1] 10346/5
literally [21] 10150/1
10186/15 10242/20

10264/1 10282/7
10289/14 10289/14
10308/3 10308/11
10311/19 10317/9
10318/7 10319/14
10323/16 10327/18
10330/9 10339/3
10339/5 10346/4
little [23] 10121/10
10135/25 10160/7
10182/7 10188/3
10189/17 10218/6
10221/10 10230/20
10234/15 10245/12
10245/15 10248/22
10264/3 10267/4
10267/5 10278/20
10278/21 10290/11
10310/24 10324/24
10360/19 10360/23
live [7] 10208/23
10221/22 10246/23
10275/7 10306/2
10315/15 10348/10
lived [1] 10342/15
lives [3] 10189/9
10247/3 10261/3
living [1] 10348/16
LLC [2] 10111/14
10112/7
lo [1] 10235/17
loaded [1] 10147/15
lobby [1] 10340/13
locate [1] 10307/8
location [1] 10153/10
10212/17
Lochner [2] 10285/9
10286/7
locker [1] 10240/13
10242/2
logic [2] 10279/16
10279/20
logical [2] 10124/9
10211/16
logs [2] 10250/8
10250/9
long [18] 10130/24
10131/12 10143/13
10160/4 10171/10
10188/7 10189/9
10190/6 10190/6
10190/23 10215/18
10290/24 10291/8
10299/12 10316/12
10322/15 10328/21
10349/14
long-retired [1]
10299/12
longer [3] 10137/16
10231/6 10364/14
look [51] 10127/2
10149/16 10169/4
10171/23 10172/13
10173/6 10175/8
10176/7 10178/2
10179/21 10180/24
10181/16 10186/22

10191/12 10192/8
10196/16 10197/21
10198/7 10199/2
10205/20 10205/25
10206/22 10210/25
10211/15 10212/4
10217/11 10221/20
10222/5 10228/18
10229/3 10254/15
10255/24 10259/16
10264/2 10264/12
10268/25 10283/15
10283/16 10298/12
10305/19 10311/1
10315/19 10318/22
10326/24 10336/19
10339/9 10358/23
10360/21 10360/24
looked [6] 10172/7
10198/25 10254/4
10263/24 10313/25
10359/25
looking [22] 10123/14
10132/15 10145/20
10147/9 10169/17
10175/21 10199/4
10205/5 10207/25
10208/14 10208/20
10210/14 10210/14
10223/10 10228/4
10243/21 10267/19
10300/8 10300/10
10325/18 10342/18
10363/22
lookout [1] 10228/10
looks [7] 10172/18
10172/22 10207/3
10213/4 10254/6
10311/1 10337/4
loose [4] 10166/12
10167/17 10303/1
10358/14
Los [2] 10176/12
10179/25
Los Angeles [2]
10176/12 10179/25
lost [3] 10125/16
10193/12 10200/12
lot [38] 10126/14
10129/16 10133/10
10141/1 10146/19
10147/19 10163/15
10164/25 10167/3
10171/13 10181/12
10181/13 10181/13
10185/7 10193/2
10195/22 10201/14
10207/15 10213/7
10221/22 10223/11
10223/13 10242/18
10244/8 10244/10
10256/2 10257/12
10257/15 10258/21
10260/7 10267/24
10271/4 10273/12
10274/20 10289/21
10290/2 10320/1

lots [6] 10246/22
10329/14 10340/19
10340/20 10340/22
10340/22
loudly [1] 10334/9
Louis [2] 10110/15
10114/15
Louisville [8] 10199/13
10252/21 10252/23
10316/1 10316/10
10359/12 10359/13
10360/3
loves [1] 10133/13
low [1] 10168/13
lower [14] 10136/11
10166/15 10166/25
10167/7 10167/7
10176/12 10176/13
10176/24 10177/3
10177/19 10179/25
10180/1 10187/23
10264/24
luck [2] 10357/23
10358/10
lull [2] 10345/24
10346/4
lunch [6] 10128/8
10130/15 10191/4
10191/14 10223/2
10223/5
lying [5] 10116/11
10207/23 10228/9
10309/5 10313/11

**M**

M Street [2] 10275/2
10275/8
mace [8] 10124/6
10174/14 10174/15
10175/24 10176/24
10176/25 10177/2
10310/24
machine [3] 10157/10
10163/25 10164/14
machines [1] 10295/20
macing [1] 10175/9
Maddox [1] 10325/15
made [28] 10117/20
10119/5 10120/18
10121/15 10144/7
10150/6 10153/5
10166/11 10176/7
10201/11 10226/21
10242/16 10248/11
10252/1 10260/1
10260/1 10289/9
10306/4 10315/23
10316/13 10317/25
10326/21 10331/18
10342/19 10343/19
10344/19 10345/3
10347/4
MAGA [7] 10134/14
10134/17 10136/20
10200/21 10320/10
10320/13 10320/16
Magic [1] 10315/13

magically [1] 10217/17
magistrate [1]
10265/23
mail [3] 10209/24
10235/10 10237/15
main [2] 10298/6
10331/15
maintaining [1]
10115/17
majestic [1] 10158/25
major [1] 10288/20
make [57] 10116/22
10117/8 10117/9
10117/16 10117/21
10123/14 10127/7
10128/15 10130/17
10133/1 10133/9
10146/19 10151/7
10151/11 10160/11
10164/2 10172/19
10173/21 10181/1
10184/15 10184/17
10186/22 10194/14
10195/1 10195/19
10195/22 10201/14
10211/6 10213/18
10214/24 10215/6
10216/19 10219/5
10219/8 10227/1
10231/1 10233/21
10235/2 10235/20
10244/13 10245/3
10260/7 10269/23
10272/25 10303/8
10319/24 10322/24
10334/20 10340/12
10344/23 10346/9
10347/11 10347/15
10356/15 10357/13
10358/15 10362/16
makes [14] 10133/7
10145/24 10196/19
10196/20 10203/7
10206/15 10211/20
10213/21 10214/6
10229/19 10229/25
10252/22 10274/8
10331/25
making [8] 10119/8
10166/8 10197/4
10203/3 10221/13
10260/3 10320/6
10362/6
malfunctioning [1]
10182/12
man [14] 10138/11
10176/20 10176/21
10202/4 10206/1
10206/2 10289/2
10289/20 10290/4
10290/5 10300/25
10315/6 10315/16
10344/11
man's [1] 10158/5
Manassas [4]
10240/14 10242/2
10272/21 10272/23
manifested [1]

10401

**M**

manifested... [1] 10245/1
manipulate [2] 10198/20 10200/9
manipulated [1] 10198/24
manipulating [3] 10200/4 10200/5 10220/23
manipulation [4] 10193/4 10203/14 10209/8 10212/19
manipulations [3] 10193/11 10197/16 10216/17
manner [2] 10193/8 10226/17
manpower [1] 10328/19
mansion [1] 10346/14
manufactured [1] 10193/21
many [38] 10122/9 10134/9 10141/2 10156/18 10158/9 10158/20 10166/5 10177/9 10178/22 10182/12 10184/4 10184/4 10192/25 10193/21 10193/23 10194/6 10196/12 10197/11 10209/20 10213/23 10221/12 10271/7 10281/5 10295/25 10296/2 10296/3 10306/2 10306/14 10315/9 10318/23 10327/10 10331/15 10334/24 10336/22 10337/13 10340/23 10344/9 10352/14
Manzo [4] 10110/15 10114/15 10268/2 10268/8
map [1] 10274/25
maps [1] 10273/12
march [11] 10134/14 10134/15 10134/17 10134/20 10134/24 10135/6 10136/20 10200/21 10320/10 10320/13 10320/16
marched [2] 10150/18 10296/12
marches [1] 10139/20
Marine [1] 10302/24
Marines [1] 10303/2
mark [4] 10187/7 10361/2 10361/2 10361/4
marked [4] 10162/13 10162/22 10163/7 10354/8
marked-up [1] 10163/7
marshal [9] 10224/13 10225/2 10225/3

10225/15 10354/12
10354/16 10354/19
Marshals [1] 10224/14
Maryland [1] 10276/1
mask [2] 10185/16 10185/17
masks [1] 10338/4
mass [1] 10149/2
massive [1] 10322/24
match [2] 10233/2 10263/14
material [1] 10237/11
materialize [1] 10216/18
Matt [1] 10269/1
matter [19] 10115/7 10118/12 10134/3 10207/12 10213/20 10214/21 10228/5 10231/16 10233/8 10236/20 10237/1 10237/13 10327/18 10327/19 10351/6 10351/13 10352/19 10354/3 10366/4
matters [3] 10210/19 10348/4 10352/7
max [1] 10325/10
may [50] 10116/21 10122/8 10122/9 10122/10 10124/4 10124/16 10126/1 10132/5 10139/11 10139/11 10142/17 10156/9 10161/9 10191/3 10192/18 10214/16 10217/18 10217/18 10222/1 10223/22 10225/16 10227/14 10231/22 10233/13 10233/24 10240/11 10240/23 10257/13 10269/24 10335/23 10350/4 10350/7 10350/19 10350/22 10350/24 10351/2 10351/15 10352/8 10352/12 10353/4 10353/10 10353/12 10353/14 10354/6 10354/20 10355/1 10355/2 10355/4 10359/7 10361/19
maybe [14] 10133/12 10148/25 10149/1 10176/7 10185/10 10229/21 10244/15 10264/6 10264/7 10265/3 10290/11 10333/7 10360/1 10363/15
Mayor [2] 10333/24 10334/2
Mayor Bowser [1] 10334/2
MD [1] 10112/13

10121/25 10129/17
10130/17 10135/25
10136/14 10139/14
10142/10 10143/2
10143/24 10145/4
10145/15 10154/19
10160/8 10170/12
10170/12 10183/5
10185/8 10185/11
10188/23 10189/12
10194/5 10196/13
10197/24 10202/24
10205/5 10205/8
10208/13 10213/8
10230/16 10231/2
10235/17 10245/20
10248/1 10248/21
10248/23 10249/16
10252/19 10254/4
10254/6 10254/7
10254/8 10254/9
10262/20 10264/17
10266/5 10266/8
10267/6 10280/25
10281/1 10289/19
10293/1 10293/7
10293/17 10296/6
10298/6 10315/25
10337/19 10346/19
10349/12 10351/4
10351/2 10351/4
10351/10 10351/12
10354/1 10355/6
10355/7 10355/11
10355/13 10355/19
10355/20 10355/21
10360/4 10360/18
10363/21 10365/2
mean [38] 10119/13
10121/16 10122/1
10124/19 10124/25
10125/6 10125/18
10126/1 10126/20
10129/23 10135/17
10149/25 10153/2
10185/7 10185/10
10227/9 10231/12
10232/12 10236/10
10236/23 10237/19
10237/21 10238/12
10238/23 10245/21
10267/8 10268/20
10269/21 10272/25
10276/23 10282/15
10288/20 10289/5
10289/19 10292/17
10310/6 10361/7
10363/14
meaning [1] 10182/2
means [19] 10149/22
10199/8 10221/12
10227/11 10228/8
10251/9 10265/14
10271/7 10279/17
10279/21 10297/19
10307/21 10319/9
10331/2 10335/10

10350/24 10351/12
meant [10] 10201/24
10201/24 10207/22
10228/8 10264/1
10301/19 10323/6
10323/10 10345/11
10355/17
mechanical [1] 10113/6
media [6] 10142/12 10205/7 10258/10 10281/16 10350/6 10356/23
medical [3] 10215/23 10288/25 10289/2
meeting [5] 10157/25 10294/8 10294/8 10308/9 10344/21
meetings [4] 10288/23 10288/24 10300/2 10331/17
meets [1] 10287/11
Meggs [73] 10112/2 10114/11 10114/19 10140/3 10140/6 10141/12 10141/21 10148/14 10148/15 10159/4 10173/20 10181/15 10184/14 10184/21 10185/5 10202/2 10202/6 10202/23 10203/8 10204/7 10211/5 10211/7 10250/3 10250/18 10250/20 10251/2 10251/5 10251/9 10251/15 10261/11 10261/16 10261/19 10261/21 10272/6 10273/9 10273/16 10273/18 10299/5 10300/6 10300/8 10301/7 10301/11 10301/23 10304/20 10305/23 10307/6 10313/17 10313/20 10314/17 10317/1 10317/2 10317/11 10318/25 10320/14 10321/3 10325/4 10326/12 10326/18 10327/12 10328/22 10331/10 10337/3 10337/7 10337/22 10340/3 10340/10 10340/16 10341/12 10345/3 10345/6 10345/9 10347/10 10349/7
Meggs' [5] 10140/11 10301/25 10313/21 10313/24 10317/6
MEHTA [9] 10110/9 10297/6 10300/22 10304/9 10307/23 10308/19 10316/3 10326/25 10327/22

melee [1] 10153/6
member [6] 10157/21 10212/22 10213/2 10218/12 10351/4 10351/6
members [28] 10148/17 10157/6 10192/19 10222/19 10262/13 10288/19 10288/21 10288/23 10294/14 10300/13 10302/6 10303/24 10304/4 10304/19 10308/10 10308/13 10308/14 10317/12 10318/3 10334/9 10338/10 10338/12 10341/10 10342/6 10344/1 10344/2 10348/18 10351/3
memorably [1] 10329/8
men [4] 10143/18 10154/7 10267/5 10300/25
mental [6] 10207/16 10208/6 10208/7 10218/13 10226/18 10228/17
mention [2] 10253/11 10269/12
mentioned [4] 10124/3 10135/12 10344/10 10346/7
merely [1] 10352/4
merit [2] 10113/2 10315/24
merits [1] 10351/7
message [59] 10134/16 10137/25 10139/16 10147/5 10148/12 10148/15 10148/20 10183/13 10237/9 10238/4 10238/11 10238/14 10238/15 10238/20 10238/21 10238/23 10238/25 10239/1 10240/7 10240/9 10240/10 10240/12 10240/13 10243/14 10243/24 10244/4 10244/4 10244/21 10248/12 10248/13 10248/17 10250/18 10250/19 10250/20 10251/11 10252/14 10252/17 10261/1 10263/23 10271/11 10271/15 10272/11 10272/22 10273/5 10292/10 10292/11 10292/19 10292/20 10292/23 10294/8 10294/8 10310/5 10322/15 10322/20 10331/6 10336/18

10402

**message...** [3] 10337/3
10337/23 10344/7
**messaged** [1]
10298/12
**messages** [82]
10135/3 10135/15
10135/17 10135/20
10140/12 10193/24
10200/16 10201/4
10201/17 10236/19
10237/7 10240/4
10243/10 10243/12
10244/6 10244/8
10247/8 10247/15
10252/9 10253/19
10257/23 10258/6
10258/7 10260/25
10263/6 10263/14
10263/19 10263/21
10263/25 10264/6
10264/14 10265/6
10271/13 10272/16
10280/16 10289/8
10289/11 10289/12
10289/14 10290/10
10294/21 10294/25
10295/1 10299/24
10300/1 10301/6
10309/17 10309/18
10313/14 10313/21
10313/24 10314/1
10314/3 10314/6
10314/11 10315/3
10321/21 10322/9
10322/22 10322/22
10323/5 10329/9
10329/12 10329/17
10329/21 10330/2
10330/6 10330/7
10330/14 10330/22
10330/24 10332/11
10332/16 10335/23
10336/4 10336/6
10336/15 10337/1
10344/3 10344/4
10344/5 10344/9
**Messenger** [2]
10243/11 10332/16
**met** [11] 10197/13
10251/25 10261/19
10261/20 10274/2
10288/10 10296/17
10297/15 10302/18
10315/8 10315/17
**metal** [1] 10319/14
**metro** [6] 10125/13
10140/23 10140/24
10153/14 10166/1
10272/24
**Michael** [6] 10140/3
10148/9 10210/22
10299/6 10336/3
10339/10
**Michael Greene** [4]
10140/3 10148/9
10299/6 10339/10
**mid** [2] 10271/22

**mid-November** [2]
10271/22 10272/1
**middle** [6] 10176/17
10180/18 10246/6
10246/24 10317/19
10360/23
**midnight** [1] 10252/2
**midst** [1] 10189/3
**might** [11] 10117/19
10126/21 10137/18
10143/14 10155/18
10186/21 10205/1
10223/13 10250/15
10257/11 10261/24
**Mike** [1] 10345/10
**Mike Pence** [1]
10345/10
**miles** [3] 10143/14
10143/20 10197/10
**militaristic** [1]
10213/21
**military** [12] 10148/5
10150/16 10150/17
10150/23 10166/5
10213/12 10213/14
10213/15 10298/14
10303/5 10306/15
10328/11
**military-style** [2]
10150/16 10150/17
**militia** [5] 10200/11
10311/19 10312/10
10312/10 10315/10
**million** [11] 10134/7
10134/17 10136/20
10200/21 10221/22
10221/23 10222/8
10222/9 10320/10
10320/13 10320/16
**Million MAGA March**
[4] 10134/14 10134/17
10136/20 10320/10
**millions** [3] 10134/4
10298/14 10328/24
**mind** [14] 10158/19
10167/10 10245/25
10246/5 10251/4
10252/10 10258/3
10258/4 10258/15
10272/15 10281/4
10341/8 10351/9
10354/7
**minded** [1] 10263/7
**mindful** [4] 10131/8
10159/21 10248/5
10349/20
**mine** [2] 10127/16
10229/15
**mini** [1] 10183/1
**minimal** [1] 10284/24
**minimize** [1] 10165/22
**minimum** [1] 10124/21
**minor** [1] 10138/15
**minute** [22] 10126/12
10164/12 10178/13
10178/15 10178/16
10181/2 10181/2

**10187/7** 10190/23
10196/20 10196/22
10196/25 10212/16
10255/12 10268/10
10276/11 10317/5
10317/17 10322/17
10336/3
**minutes** [43] 10130/21
10130/22 10131/5
10149/7 10154/9
10154/20 10158/3
10158/3 10158/4
10158/5 10158/15
10158/23 10159/18
10166/12 10167/18
10171/12 10180/3
10180/5 10189/22
10206/4 10233/14
10243/5 10244/2
10250/12 10251/2
10251/9 10254/2
10254/6 10262/11
10276/4 10276/9
10286/21 10287/2
10287/3 10291/4
10291/23 10310/20
10311/3 10324/23
10336/4 10341/2
10343/4 10349/14
**Miranda** [2] 10245/7
10245/17
**Miranda rights** [1]
10245/7
**mischaracterization** [1]
10135/2
**mislead** [2] 10163/2
10289/10
**misremembering** [1]
10163/8
**missing** [2] 10136/5
10322/23
**mission** [4] 10145/9
10146/21 10148/21
10349/20
**misstates** [1] 10236/5
**mistake** [1] 10346/9
**mistaken** [3] 10244/21
10272/6 10363/15
**misunderstanding** [1]
10330/5
**mitigate** [1] 10214/22
**Mitty** [2] 10264/3
10264/4
**mob** [4] 10151/20
10301/1 10334/10
10338/11
**modicum** [2] 10157/19
10322/14
**modified** [1] 10224/6
**modifies** [1] 10355/15
**molester** [1] 10136/16
**mom** [1] 10315/11
**moment** [7] 10122/17
10136/22 10146/10
10212/4 10212/21
10222/2 10229/5
**Monday** [1] 10358/7

**money** [2] 10271/15
10273/13
**Montana** [12] 10197/17
10197/21 10197/22
10199/6 10199/16
10200/6 10205/5
10216/9 10246/11
10315/11 10342/16
10342/23
**Montana's** [1]
10198/10
**month** [1] 10132/18
**months** [12] 10133/14
10133/15 10264/25
10282/18 10282/20
10283/3 10303/16
10303/21 10308/18
10364/3 10364/3
10364/4
**monuments** [1]
10182/15
**Moore** [1] 10239/21
**more** [49] 10122/1
10127/8 10129/11
10133/10 10133/10
10134/3 10145/11
10155/17 10156/7
10156/17 10157/3
10160/7 10161/7
10163/4 10175/22
10186/22 10194/9
10198/15 10203/2
10211/20 10211/20
10213/21 10213/21
10214/13 10220/3
10221/22 10222/12
10223/20 10226/17
10227/24 10230/20
10236/17 10237/5
10237/8 10250/19
10251/20 10256/17
10277/11 10282/18
10287/23 10288/3
10334/14 10341/17
10344/24 10351/3
10352/17 10353/10
10353/11 10364/17
**moreover** [1] 10352/21
**morning** [21] 10114/2
10114/8 10120/9
10143/10 10151/3
10151/7 10151/14
10152/6 10161/11
10167/1 10189/15
10192/10 10252/2
10274/16 10334/7
10357/11 10357/12
10360/20 10360/24
10361/13 10361/15
**mortified** [1] 10311/25
**most** [19] 10117/5
10135/2 10146/10
10150/9 10153/13
10155/23 10156/20
10158/17 10213/2
10214/6 10216/24
10217/6 10245/19
10272/4 10315/23

10347/15 10347/16
**mostly** [1] 10300/14
**motion** [1] 10115/1
**motivations** [1]
10147/10
**motive** [1] 10295/8
**motives** [1] 10151/8
**mountain** [1] 10207/24
**mountains** [1]
10246/24
**mouth** [5] 10180/19
10180/21 10180/23
10180/25 10180/25
**move** [24] 10114/3
10143/6 10150/4
10159/22 10163/9
10163/11 10163/12
10172/19 10177/16
10179/2 10179/5
10210/24 10211/14
10211/14 10239/5
10239/14 10248/22
10249/1 10249/16
10253/9 10253/11
10254/20 10307/16
10363/1
**moved** [3] 10211/8
10341/9 10362/25
**movements** [1]
10165/12
**moves** [2] 10117/20
10175/5
**moving** [12] 10150/16
10165/11 10166/23
10167/16 10180/20
10180/21 10187/1
10187/12 10210/21
10211/15 10221/5
10314/4
**MPD** [4] 10307/14
10338/7 10346/1
10346/6
**Mr** [15] 10120/7
10131/9 10141/21
10190/5 10190/6
10246/15 10250/8
10250/8 10252/7
10265/15 10266/22
10268/2 10286/16
10286/21 10305/16
**Mr.** [404]
**Mr. and Mrs. Caldwell**
[18] 10241/22
10242/19 10243/20
10244/19 10256/6
10257/9 10257/21
10258/15 10259/4
10261/18 10262/8
10262/12 10273/2
10274/12 10286/25
10287/10 10287/25
10288/15
**Mr. Bright** [1]
10298/17 10309/19
**Mr. Caldwell** [161]
10115/2 10115/10
10115/17 10115/21

**M**

**Mr. Caldwell... [157]**
10116/5 10117/17
10118/3 10118/7
10118/9 10118/17
10118/24 10119/19
10119/24 10125/19
10204/17 10209/19
10233/19 10234/3
10234/7 10234/8
10234/15 10235/8
10235/13 10235/24
10240/1 10240/3
10240/4 10240/5
10240/8 10240/12
10240/18 10240/19
10240/23 10241/1
10241/9 10242/12
10242/14 10243/7
10243/21 10244/21
10245/4 10245/14
10245/20 10246/10
10246/19 10247/6
10247/19 10247/21
10248/2 10248/12
10248/16 10248/18
10249/3 10249/20
10249/24 10249/25
10250/5 10250/9
10250/20 10251/3
10251/5 10251/10
10251/24 10252/3
10252/6 10252/11
10252/18 10253/8
10255/8 10255/19
10258/7 10258/19
10259/21 10259/25
10260/24 10260/25
10261/7 10261/22
10263/2 10263/10
10263/16 10263/19
10263/21 10263/24
10264/2 10264/7
10264/9 10264/14
10264/22 10265/6
10265/9 10265/11
10265/13 10266/3
10266/4 10266/14
10266/16 10267/8
10267/17 10268/2
10268/4 10268/6
10268/11 10268/19
10269/2 10269/17
10270/7 10270/17
10270/20 10270/21
10270/24 10271/9
10271/12 10271/16
10271/21 10271/24
10272/7 10272/17
10273/5 10274/1
10274/4 10274/8
10274/16 10275/24
10276/14 10277/8
10278/3 10278/4
10278/8 10278/22
10279/1 10279/6
10279/25 10280/3

10282/19 10283/3
10283/25 10284/2
10284/4 10284/14
10284/19 10284/22
10284/24 10285/13
10285/15 10285/23
10286/4 10286/8
10288/6 10289/1
10289/7 10289/23
10290/8 10290/12
10290/22 10329/11
10360/8

**Mr. Caldwell's [24]**
10117/23 10118/13
10119/3 10235/4
10240/17 10241/12
10242/1 10246/8
10246/23 10250/9
10253/5 10253/15
10261/14 10261/15
10261/21 10262/25
10263/14 10263/25
10269/19 10273/17
10279/9 10283/9
10283/19 10285/18

**Mr. Crisp [15]**
10130/24 10189/16
10192/16 10196/2
10222/25 10226/7
10226/21 10229/25
10230/11 10311/15
10334/24 10336/15
10343/3 10343/6
10359/9

**Mr. Crisp's [2]**
10127/13 10293/4

**Mr. Crowl [1]** 10280/6

**Mr. Cummings [2]**
10144/11 10144/24

**Mr. Dolan [14]**
10144/15 10145/7
10220/5 10220/25
10273/20 10300/24
10301/6 10301/14
10301/17 10302/3
10302/22 10303/1
10305/2 10318/1

**Mr. Douyon [7]**
10223/12 10350/14
10356/15 10357/5
10357/14 10358/17
10359/15

**Mr. Fischer [26]**
10115/2 10115/5
10115/9 10115/16
10115/20 10116/7
10117/7 10119/7
10131/4 10233/19
10233/23 10236/24
10239/9 10239/13
10248/6 10254/8
10267/15 10276/22
10291/2 10292/10
10321/12 10323/4
10324/9 10329/10
10337/5 10359/2

**Mr. Fischer's [5]**

10223/13 10292/8
10330/4

**Mr. Geyer [25]**
10120/13 10121/25
10123/15 10127/18
10130/21 10132/4
10141/18 10143/7
10159/20 10161/3
10179/1 10180/3
10182/19 10187/12
10188/21 10189/14
10190/14 10190/21
10193/2 10205/17
10317/21 10340/14
10343/19 10344/10
10345/3

**Mr. Harrelson [15]**
10115/3 10120/7
10121/4 10122/23
10125/20 10126/6
10126/16 10132/4
10142/5 10142/7
10149/17 10185/6
10274/2 10343/20
10360/9

**Mr. Harris [2]** 10217/3
10217/11

**Mr. Isaacs [2]**
10212/22 10212/25

**Mr. Manzo [1]** 10268/8

**Mr. Meggs [11]**
10140/6 10148/14
10148/15 10159/4
10185/5 10202/2
10202/6 10202/23
10211/5 10250/3
10251/15

**Mr. Meggs' [1]**
10140/11

**Mr. Nestler [9]**
10128/12 10150/13
10155/13 10291/8
10293/19 10294/4
10324/6 10343/4
10349/10

**Mr. Nestler's [1]**
10124/3

**Mr. Nichols [2]**
10363/2 10363/11

**Mr. Ortega [1]**
10175/17

**Mr. Palian [1]**
10279/21

**Mr. Parker [1]**
10216/13

**Mr. Rasheed [2]**
10344/19 10344/25

**Mr. Rhodes [9]**
10117/16 10136/24
10210/8 10210/18
10211/4 10221/1
10267/13 10272/2
10280/1

**Mr. Rhodes' [2]**
10139/8 10210/12

**Mr. Roeper [1]**
10269/14

**Mr. Siekerman [1]**
10148/11

**Mr. Siniff [2]** 10246/14
10246/16

**Mr. Stamey [5]**
10248/16 10250/8
10251/18 10252/19
10253/7

**Mr. Wickham [3]**
10256/11 10256/13
10335/8

**Mr. Woodward [8]**
10140/10 10171/5
10184/24 10261/10
10293/8 10323/19
10324/22 10340/14

**Mr. Woodward's [2]**
10141/8 10313/19

**Mr. Young [9]**
10122/16 10220/25
10300/24 10302/8
10302/15 10302/17
10302/19 10318/1
10325/3

**Mr. Zimmerman [9]**
10260/21 10261/9
10261/9 10261/13
10261/15 10261/20
10261/21 10261/22
10277/5

**Mr. Zimmerman's [1]**
10261/11

**Mrs [2]** 10263/5
10286/21

**Mrs. [21]** 10241/22
10242/19 10243/20
10244/19 10256/6
10257/9 10257/21
10258/15 10259/4
10261/18 10262/8
10262/12 10263/6
10273/2 10274/1
10274/12 10283/15
10286/25 10287/10
10287/25 10288/15

**Mrs. Caldwell [3]**
10263/6 10274/1
10283/15

**Ms [2]** 10198/2
10363/12

**Ms. [46]** 10119/20
10122/16 10122/21
10122/24 10129/22
10134/10 10135/1
10136/13 10136/21
10138/3 10140/2
10162/25 10163/11
10177/21 10183/16
10190/3 10192/7
10194/11 10194/16
10196/5 10198/6
10198/14 10199/5
10203/20 10206/23
10209/19 10209/21
10211/3 10222/12
10224/4 10235/11
10242/3 10248/11
10248/14 10249/13

10248/19 10249/23
10250/1 10258/4
10272/23 10280/5
10311/25 10320/3
10323/19 10339/16
10359/11

**Ms. Caldwell [1]**
10242/3

**Ms. Haller [1]**
10183/16

**Ms. Rakoczy [17]**
10136/13 10136/21
10138/3 10140/2
10162/25 10163/11
10190/3 10224/4
10235/11 10248/11
10248/14 10249/13
10249/19 10249/23
10250/1 10323/19
10339/16

**Ms. Rakoczy's [3]**
10134/10 10135/1
10320/3

**Ms. Watkins [20]**
10119/20 10122/16
10122/21 10122/24
10129/22 10192/7
10194/11 10198/6
10199/5 10203/20
10206/23 10209/19
10209/21 10211/3
10222/12 10258/4
10272/23 10280/5
10311/25 10359/11

**Ms. Watkins' [3]**
10177/21 10194/16
10198/14

**Ms. Wintermeyer [1]**
10196/5

**much [18]** 10117/17
10144/2 10144/5
10156/1 10157/2
10161/6 10168/11
10189/12 10189/13
10272/13 10296/25
10315/24 10316/11
10346/23 10356/6
10357/4 10357/7
10358/8

**multiple [12]** 10126/15
10199/20 10206/14
10222/13 10235/24
10242/5 10242/5
10242/9 10251/7
10278/16 10303/24
10338/18

**murder [3]** 10208/1
10226/11 10228/12

**murmur [1]** 10123/19

**muscle [1]** 10312/12

**muscling [1]** 10312/2

**museum [1]** 10182/1

**music [1]** 10262/16

**must [21]** 10159/10
10160/9 10173/8
10188/13 10189/6
10217/13 10220/2
10268/4 10268/14

**M**

**must... [12]** 10279/17
10279/21 10326/25
10348/8 10350/8
10350/9 10351/19
10353/17 10353/19
10353/20 10355/16
10355/25
**mutual [5]** 10220/4
10220/18 10296/19
10296/20 10349/24
**my [68]** 10122/2
10132/6 10132/8
10132/14 10132/19
10135/11 10138/4
10139/9 10140/10
10142/7 10142/8
10144/5 10144/12
10144/23 10151/1
10152/4 10156/9
10156/22 10160/10
10161/18 10163/12
10163/9 10163/19
10164/19 10171/14
10171/18 10172/6
10172/25 10175/14
10185/11 10186/5
10192/25 10194/20
10196/6 10197/23
10208/12 10208/13
10227/3 10229/6
10230/4 10230/4
10231/14 10233/21
10244/24 10251/15
10251/16 10263/13
10264/15 10264/17
10266/13 10270/11
10270/11 10270/16
10271/18 10278/11
10278/13 10280/13
10281/13 10282/3
10287/19 10293/24
10293/24 10320/2
10322/7 10334/10
10354/25 10356/22
10364/21
**myself [2]** 10235/11
10261/1

**N**

**name [15]** 10132/6
10134/17 10134/24
10135/11 10139/18
10170/20 10196/13
10208/13 10234/5
10242/8 10260/15
10304/21 10324/18
10324/21 10342/21
**named [4]** 10154/14
10244/22 10246/11
10330/16
**names [3]** 10138/12
10246/21 10246/22
**Nancy [5]** 10288/2
10300/9 10313/25
10340/11 10347/8
**Nancy Pelosi [1]**
10300/9

**narrative [12]**
10204/12 10209/17
10213/5 10213/11
10213/21 10215/2
10215/13 10216/22
10216/23 10217/25
10218/4 10221/8
**nasty [1]** 10199/15
**national [13]** 10122/8
10126/13 10173/3
10173/4 10174/1
10174/7 10174/12
10175/24 10176/14
10260/11 10260/18
10260/23 10328/16
**National Guard [1]**
10328/16
**natural [1]** 10185/11
**naturally [1]** 10265/1
**nature [1]** 10237/2
**nauseam [1]** 10199/3
**naval [1]** 10284/7
**Navy [1]** 10290/16
**near [7]** 10171/8
10172/6 10174/13
10197/10 10200/8
10207/15 10255/15
**nearly [1]** 10276/19
**nears [1]** 10174/16
**necessarily [2]**
10160/20 10269/21
**necessary [8]**
10140/24 10224/16
10225/17 10295/13
10297/24 10303/20
10351/1 10354/21
**neck [2]** 10246/23
10265/1
**need [34]** 10129/16
10129/24 10145/3
10146/25 10173/7
10188/21 10199/22
10223/22 10226/4
10231/21 10232/6
10232/14 10289/13
10293/1 10308/20
10316/14 10319/5
10323/1 10323/12
10323/24 10324/1
10324/10 10324/13
10327/1 10328/2
10329/3 10336/12
10341/13 10356/17
10357/3 10358/22
10360/23 10361/10
10361/14
**needed [12]** 10141/13
10172/18 10298/11
10300/25 10300/25
10301/8 10301/16
10301/16 10303/21
10328/7 10328/19
10329/7
**needs [4]** 10158/6
10159/19 10172/19
10230/24
**nefarious [1]** 10211/17

**negated [1]** 10187/1
**negligently [1]**
10207/18
**neither [5]** 10122/18
10153/24 10158/19
10158/20 10240/18
**nephew [1]** 10289/16
**Nestler [12]** 10110/14
10114/14 10128/12
10131/9 10150/13
10155/13 10291/8
10293/19 10294/4
10324/6 10343/4
10349/10
**Nestler's [1]** 10124/3
**never [73]** 10120/24
10134/17 10137/24
10144/6 10146/3
10146/7 10148/15
10150/5 10153/4
10156/1 10156/13
10157/4 10166/5
10166/6 10169/2
10172/12 10185/20
10194/22 10195/17
10197/13 10197/14
10197/15 10198/23
10200/12 10200/19
10209/19 10211/4
10215/19 10215/24
10219/17 10219/20
10220/17 10232/20
10232/20 10243/10
10247/5 10251/11
10261/2 10261/19
10261/20 10264/1
10265/11 10266/4
10271/2 10271/9
10272/3 10272/3
10274/2 10284/11
10284/12 10284/19
10284/20 10287/20
10287/25 10288/25
10296/7 10302/17
10302/18 10306/4
10306/14 10307/8
10325/5 10325/11
10325/13 10331/16
10331/18 10341/4
10341/4 10346/6
10346/7 10351/5
10351/9 10351/12
**nevertheless [1]**
10116/25
**New [2]** 10244/9
10330/16
**New Yorker [1]**
10330/16
**news [8]** 10239/18
10240/19 10240/20
10240/22 10258/1
10333/22 10334/3
10334/5
**News2Share [2]**
10239/18 10240/19
**newspaper [1]**
10350/4
**next [68]** 10145/12

**negligently [1]**
10207/18
10165/23 10165/24
10169/21 10175/20
10201/25 10202/7
10202/12 10202/17
10202/22 10203/15
10203/23 10204/2
10204/3 10204/5
10204/15 10205/16
10206/7 10206/22
10207/10 10209/2
10209/4 10209/6
10210/2 10210/5
10210/13 10211/2
10211/13 10211/21
10211/25 10212/9
10212/12 10213/24
10214/1 10214/20
10215/14 10216/7
10216/16 10217/15
10240/18 10241/6
10248/10 10250/14
10250/24 10251/23
10252/2 10253/10
10254/20 10255/2
10274/16 10277/10
10277/18 10283/12
10285/6 10287/7
10298/24 10318/22
10319/24 10320/10
10320/11 10323/17
10327/9 10331/12
10335/21 10337/16
10346/15
**nice [7]** 10131/24
10131/25 10171/3
10183/7 10261/23
10274/19 10364/23
**Nichols [3]** 10362/15
10363/2 10363/11
**night [8]** 10143/11
10250/21 10313/24
10341/14 10348/20
10357/23 10358/23
10360/23
**Nigrotime [2]** 10176/13
10180/1
**nine [4]** 10282/18
10282/20 10283/3
10315/15
**nitty [1]** 10266/11
**nitty-gritty [1]**
10266/11
**NJ [1]** 10112/8
**no [161]** 10110/4
10114/4 10114/5
10114/6 10114/7
10114/9 10114/10
10120/1 10120/2
10120/2 10120/10
10122/14 10122/24
10123/1 10123/16
10123/18 10124/23
10125/23 10126/1
10126/10 10127/5
10131/14 10133/2
10134/3 10136/1
10137/1 10137/16

10144/16 10144/18
10144/20 10144/22
10144/23 10145/4
10145/11 10145/11
10145/21 10146/20
10146/20 10146/24
10147/5 10148/11
10151/16 10155/10
10155/22 10156/6
10157/21 10157/25
10158/7 10158/14
10162/4 10164/13
10166/8 10171/8
10176/25 10177/10
10177/23 10185/18
10185/20 10186/11
10186/12 10189/5
10194/16 10196/4
10196/4 10202/19
10204/10 10204/19
10204/19 10204/20
10205/14 10205/15
10206/5 10208/19
10210/4 10211/19
10214/24 10215/23
10217/5 10217/14
10217/20 10218/4
10218/15 10218/18
10220/5 10223/20
10224/22 10225/7
10225/18 10229/11
10229/20 10229/22
10229/23 10230/5
10236/6 10241/3
10243/1 10243/2
10243/2 10246/7
10251/6 10254/15
10257/8 10259/6
10261/12 10265/13
10266/2 10270/17
10271/1 10272/1
10273/9 10274/8
10274/8 10274/9
10275/7 10275/22
10275/22 10282/6
10284/21 10288/19
10289/15 10294/2
10296/1 10296/10
10297/8 10297/9
10297/10 10297/14
10297/16 10297/18
10302/11 10310/15
10311/9 10314/1
10317/24 10321/18
10324/25 10325/5
10325/25 10326/1
10326/1 10326/1
10326/2 10331/25
10336/5 10339/16
10340/21 10344/13
10345/19 10346/9
10348/24 10349/17
10351/4 10356/3
10358/20 10361/14
10361/25 10362/4
10363/5 10363/24
**nobody [11]** 10195/25

**N**

**nobody... [10]** 10197/6
10197/6 10206/17
10212/23 10212/24
10213/18 10213/19
10214/15 10216/3
10290/7
**noise [3]** 10174/20
10178/8 10181/13
**noisy [1]** 10197/1
**non [2]** 10136/12
10274/7
**non-existence [1]**
10136/12
**non-Oath Keeper [1]**
10274/7
**none [14]** 10133/24
10138/25 10142/13
10154/13 10154/13
10154/15 10209/22
10210/4 10259/7
10259/8 10274/10
10274/10 10312/5
10336/1
**nonmembers [2]**
10288/20 10288/24
**nonsense [3]** 10155/25
10157/20 10201/24
**nonsensical [1]**
10155/14
**north [23]** 10111/15
10143/10 10168/9
10251/14 10260/4
10260/10 10260/22
10261/2 10266/24
10266/24 10267/4
10267/6 10269/13
10276/1 10287/16
10287/21 10299/14
10299/16 10300/9
10306/7 10306/16
10317/14 10327/15
**North Carolina [17]**
10143/10 10251/14
10260/4 10260/10
10260/22 10261/2
10266/24 10266/24
10267/4 10267/6
10269/13 10299/14
10299/16 10306/7
10306/16 10317/14
10327/15
**northeast [6]** 10145/17
10169/15 10169/16
10187/4 10187/5
10187/25
**northwest [1]**
10206/24
**nose [1]** 10147/9
**not [426]**
**notably [1]** 10314/18
**note [13]** 10221/11
10223/19 10224/8
10225/2 10225/9
10261/8 10266/1
10351/2 10351/5
10354/12 10355/6
10355/20 10355/21

**notes [2]** 10196/3
10196/7
**nothing [36]** 10115/23
10125/7 10134/1
10148/6 10154/11
10155/16 10156/23
10158/2 10196/1
10201/24 10205/10
10215/22 10238/23
10241/2 10241/16
10241/20 10244/5
10244/11 10255/20
10255/21 10256/20
10271/12 10274/21
10277/6 10310/25
10312/22 10325/21
10326/22 10335/25
10341/1 10341/21
10343/17 10355/12
10355/13 10355/15
10364/4
**notice [7]** 10137/7
10142/24 10161/22
10166/10 10175/5
10176/20 10212/10
**noticed [1]** 10142/22
**notify [4]** 10224/7
10225/1 10225/8
10354/12
**noting [1]** 10231/11
**notion [1]** 10117/18
**notwithstanding [2]**
10364/2 10364/2
**novel [1]** 10364/2
**November [20]**
10110/5 10134/14
10136/17 10136/20
10149/15 10192/3
10267/16 10267/18
10271/22 10272/1
10295/12 10298/13
10313/22 10320/9
10320/17 10328/11
10344/11 10344/21
10345/21 10366/7
**November 14th [1]**
10136/20
**November 16th [1]**
10320/9
**November 9th [5]**
10267/16 10267/18
10344/11 10344/21
10345/21
**now [120]** 10121/15
10122/6 10124/7
10128/4 10132/18
10137/17 10143/23
10160/7 10160/10
10160/13 10165/1
10165/7 10165/19
10165/20 10166/10
10167/6 10167/23
10169/23 10169/24
10170/1 10172/16
10173/24 10174/9
10175/16 10177/20
10178/13 10178/21

10179/20 10182/24
10183/4 10183/8
10184/24 10188/3
10188/22 10192/25
10193/14 10194/10
10195/22 10196/14
10197/22 10198/1
10199/3 10199/7
10200/1 10200/4
10201/19 10202/4
10202/10 10205/17
10207/5 10207/7
10207/12 10209/7
10209/21 10211/22
10212/10 10212/11
10212/20 10213/7
10214/19 10216/17
10221/10 10223/1
10224/24 10229/10
10235/1 10235/23
10238/15 10243/11
10244/25 10245/11
10247/7 10249/2
10251/13 10255/24
10256/20 10258/12
10264/12 10266/5
10268/6 10268/16
10271/6 10273/6
10279/5 10280/20
10281/4 10286/19
10288/9 10293/15
10296/7 10304/8
10304/18 10305/1
10305/11 10306/24
10307/25 10308/17
10312/8 10315/22
10317/5 10322/11
10327/17 10328/19
10330/13 10331/19
10348/7 10348/21
10348/25 10352/20
10353/17 10356/11
10356/14 10357/1
10357/6 10357/21
10359/7 10361/17
10362/1
**Nowadays [1]**
10197/13
**nowhere [6]** 10171/8
10172/6 10174/15
10197/9 10219/16
10314/20
**number [14]** 10140/12
10166/18 10211/23
10273/12 10276/13
10276/14 10281/14
10283/24 10284/1
10322/20 10356/7
10359/14 10359/17
10362/13
**numbered [1]**
10362/24
**numbers [10]**
10155/11 10194/20
10300/25 10301/10
10301/15 10303/13
10359/11 10361/7

**NW [3]** 10110/17
10112/3 10113/4

**O**

**Oak [2]** 10111/3
10111/7
**oath [125]** 10121/7
10121/19 10124/14
10133/2 10138/13
10147/4 10148/21
10150/20 10150/20
10151/9 10151/11
10151/13 10151/19
10151/25 10152/17
10152/20 10152/25
10153/15 10153/25
10154/13 10154/14
10154/22 10155/6
10155/10 10155/12
10155/23 10156/6
10156/11 10159/4
10159/16 10159/16
10160/4 10161/21
10167/5 10167/6
10167/11 10167/15
10171/7 10172/6
10173/19 10174/13
10175/23 10176/6
10176/15 10177/5
10178/6 10178/11
10178/12 10179/4
10180/2 10181/3
10181/9 10182/6
10184/3 10184/5
10185/2 10187/10
10187/18 10193/14
10208/23 10213/25
10243/2 10253/16
10253/17 10260/4
10260/10 10260/11
10260/16 10260/22
10266/19 10266/21
10266/24 10274/7
10274/10 10280/18
10281/7 10281/8
10281/9 10281/10
10281/24 10282/10
10283/25 10284/8
10284/9 10285/1
10287/20 10288/19
10288/21 10288/23
10298/21 10299/17
10301/8 10301/17
10302/4 10302/9
10309/15 10310/16
10315/7 10316/2
10316/3 10316/4
10316/25 10317/4
10317/14 10318/14
10320/22 10321/3
10325/2 10325/8
10325/16 10326/20
10328/17 10337/17
10337/23 10340/17
10341/24 10342/7

10344/18 10344/20
10348/9 10348/16
**Oath Keeper [1]**
10154/14
**Oath Keepers [94]**
10121/7 10121/19
10138/13 10147/4
10150/20 10150/20
10151/9 10151/11
10151/25 10152/17
10152/20 10152/25
10154/13 10155/6
10155/10 10155/12
10155/23 10156/6
10156/11 10159/4
10160/4 10161/21
10167/5 10167/6
10167/11 10167/15
10171/7 10172/6
10173/19 10174/13
10175/23 10176/6
10176/15 10177/5
10178/6 10178/11
10178/12 10179/4
10180/2 10181/3
10181/9 10182/6
10184/3 10185/2
10187/10 10187/18
10208/23 10243/2
10253/16 10253/17
10260/4 10260/10
10260/16 10260/22
10266/19 10266/21
10266/24 10274/7
10274/10 10280/18
10281/9 10281/10
10281/24 10282/10
10283/25 10284/8
10284/9 10285/1
10287/20 10298/21
10299/17 10301/8
10301/17 10302/9
10316/2 10316/3
10316/25 10317/4
10317/14 10318/14
10320/22 10325/2
10325/8 10325/16
10326/20 10328/17
10337/17 10337/23
10342/7 10344/18
10348/9 10348/16
**Oath Keepers' [3]**
10184/5 10316/4
10340/17
**obey [2]** 10267/10
10276/13
**object [27]** 10128/20
10128/25 10129/12
10129/14 10129/25
10190/9 10190/25
10191/2 10191/22
10217/23 10218/11
10227/23 10231/22
10232/24 10233/3
10233/4 10233/8
10233/9 10236/2
10236/12 10236/23

**object... [6]** 10238/19
10238/19 10239/11
10291/14 10291/15
10305/4
**objected [3]** 10115/18
10190/5 10363/6
**objection [39]** 10114/4
10114/5 10114/6
10114/7 10115/11
10120/23 10138/8
10139/1 10141/16
10141/24 10143/5
10144/3 10150/2
10161/2 10162/16
10165/15 10170/22
10177/15 10178/25
10182/17 10185/24
10195/15 10224/22
10225/18 10236/5
10239/8 10245/23
10247/17 10248/4
10265/17 10266/8
10267/14 10276/20
10286/12 10290/19
10290/20 10292/7
10302/1 10324/3
**objections [3]**
10206/19 10359/1
10359/2
**objective [4]** 10193/15
10220/20 10297/20
10328/3
**objectives [1]** 10301/5
**objects [5]** 10231/9
10231/25 10233/6
10291/21 10307/1
**obligation [1]**
10310/16
**oblivious [1]** 10177/6
**obscure [1]** 10216/24
**obscuring [1]**
10140/14
**observing [1]**
10186/22
**obsessed [2]** 10331/20
10331/21
**obstacles [2]** 10341/8
10341/9
**obstruct [15]** 10243/18
10247/25 10248/2
10249/5 10249/6
10254/22 10254/23
10262/1 10262/6
10263/4 10308/3
10308/4 10308/8
10335/15 10335/16
**obstructed [2]** 10257/9
10335/12
**obstructing [6]**
10243/17 10245/4
10249/4 10254/21
10255/13 10335/17
**obstruction [11]**
10130/10 10234/13
10234/24 10235/6
10236/3 10241/6
10249/3 10253/10

10308/6
**obstructs [2]** 10245/10
10247/24
**obtain [1]** 10306/4
**obvious [5]** 10116/13
10275/1 10312/17
10313/13 10326/17
**obviously [12]**
10129/13 10229/1
10235/3 10241/17
10253/13 10255/19
10256/15 10258/12
10267/18 10274/8
10332/24 10340/22
**OC [1]** 10307/1
**occasion [1]** 10155/19
**occasions [2]**
10149/13 10222/13
**occupied [1]** 10158/16
**occupy [6]** 10157/6
10157/16 10157/20
10268/19 10276/19
10276/24
**occur [3]** 10196/17
10209/16 10339/15
**occurred [9]** 10122/7
10157/14 10172/25
10173/2 10175/25
10207/8 10209/18
10326/10 10347/24
**occurring [2]** 10124/6
10135/24
**October [1]** 10151/2
**odds [1]** 10232/9
**off [42]** 10125/14
10135/15 10135/23
10141/1 10141/2
10143/24 10147/15
10149/4 10154/2
10164/6 10166/4
10166/6 10166/6
10166/15 10167/3
10169/16 10170/18
10176/3 10179/5
10179/22 10182/10
10183/8 10183/13
10185/19 10189/2
10243/13 10244/3
10244/19 10244/24
10251/10 10260/10
10260/22 10266/25
10266/25 10309/16
10309/18 10309/25
10314/6 10314/7
10319/14 10336/17
10358/18
**offended [1]** 10138/6
**offender [2]** 10344/23
10344/25
**offense [3]** 10129/14
10352/21 10353/1
**offensive [2]** 10218/1
10277/3
**offer [1]** 10342/22
**office [3]** 10110/16
10201/10 10223/18
**officer [37]** 10124/22

10308/6
10159/5 10159/7
10159/14 10166/13
10166/15 10166/24
10171/5 10175/18
10178/4 10183/3
10183/4 10183/10
10183/10 10184/7
10184/13 10184/22
10207/9 10259/10
10307/12 10307/15
10310/12 10311/9
10317/9 10317/18
10317/19 10318/6
10318/7 10318/12
10337/25 10338/7
10340/3 10340/6
10340/18 10340/24
**Officer Dunn [15]**
10124/22 10125/3
10159/5 10159/7
10159/14 10183/3
10183/4 10183/10
10184/7 10184/13
10184/22 10340/3
10340/6 10340/18
10340/24
**Officer Owens [3]**
10310/12 10311/9
10338/7
**Officer Salke [5]**
10207/9 10317/9
10317/18 10318/6
10318/7
**Officer Salke's [1]**
10337/25
**officers [25]** 10121/8
10121/20 10122/22
10123/17 10123/20
10125/5 10138/1
10145/14 10148/17
10148/22 10153/9
10155/9 10177/1
10183/24 10185/9
10259/12 10259/13
10307/14 10307/17
10311/16 10317/9
10318/18 10318/24
10341/8 10348/17
**official [9]** 10113/3
10249/3 10254/21
10254/22 10255/13
10256/9 10257/9
10262/1 10263/4
10293/20
**Ohio [8]** 10200/10
10252/23 10314/8

10315/15 10315/18
10342/18
**okay [70]** 10116/7
10116/18 10125/24
10126/7 10127/1
10127/7 10127/9
10127/11 10127/17
10128/2 10128/3
10130/4 10130/20
10130/23 10131/6
10131/23 10162/25
10163/10 10163/12
10170/14 10175/19
10190/19 10191/5
10192/1 10192/11
10194/17 10206/24
10208/7 10213/10
10221/5 10224/4
10224/5 10225/19
10225/21 10226/6
10226/13 10227/7
10229/11 10229/13
10229/17 10229/18
10230/9 10233/16
10239/6 10239/16
10248/6 10249/13
10250/24 10266/9
10278/25 10279/24
10291/8 10291/11
10291/19 10291/21
10293/5 10294/3
10327/20 10357/19
10359/5 10359/19
10359/22 10360/6
10361/6 10361/10
10362/6 10362/21
10363/13 10363/16
10363/19
**old [8]** 10213/3
10237/15 10264/4
10267/4 10267/5
10289/16 10299/13
10299/18
**old-fashioned [2]**
10299/13 10299/18
**ominous [1]** 10133/17
**omitted [1]** 10204/8
**once [13]** 10132/6
10134/25 10140/1
10149/9 10175/22
10195/7 10243/20
10284/4 10301/10
10310/11 10315/8
10331/18 10341/12
**one [158]** 10118/2
10120/22 10121/12
10122/19 10122/21
10124/4 10126/12
10129/11 10129/11
10130/1 10130/19
10132/11 10132/13
10134/17 10134/18
10137/11 10137/24
10140/4 10143/19
10144/7 10145/2
10145/25 10149/2
10149/20 10156/13

10156/20 10156/20
10156/22 10157/3
10158/17 10160/14
10161/9 10164/12
10169/21 10173/1
10175/4 10175/9
10175/10 10177/11
10178/13 10178/15
10178/16 10180/7
10180/18 10181/22
10185/7 10185/19
10190/1 10191/7
10194/16 10195/25
10196/6 10196/21
10196/22 10198/5
10200/17 10202/1
10202/5 10202/11
10202/15 10203/2
10203/25 10205/25
10206/1 10206/13
10209/11 10214/4
10215/23 10217/22
10219/1 10219/18
10221/15 10226/3
10226/7 10227/17
10230/18 10230/24
10231/5 10231/22
10232/6 10232/14
10232/18 10233/18
10242/18 10242/22
10243/3 10245/18
10247/1 10247/3
10251/13 10251/20
10252/22 10253/11
10254/25 10255/12
10257/12 10259/9
10259/9 10262/19
10262/24 10266/18
10266/18 10267/25
10268/25 10269/14
10271/10 10275/8
10276/11 10276/13
10281/16 10281/22
10282/10 10282/11
10283/25 10286/11
10287/7 10288/5
10288/20 10293/21
10298/12 10299/20
10300/5 10300/25
10302/5 10305/22
10306/11 10306/14
10307/23 10309/19
10311/6 10311/20
10315/3 10321/15
10321/15 10324/19
10324/21 10325/5
10333/23 10334/14
10336/9 10337/1
10337/2 10344/13
10346/21 10348/24
10351/3 10351/17
10352/11 10353/2
10353/5 10353/10
10353/11 10359/12
10359/18 10361/18
10361/20 10362/10
10362/18
**One Percent
Watchdog [3]**

**One Percent Watchdog... [3]** 10195/25 10196/21 10286/11
**ones [4]** 10147/1 10201/15 10226/24 10363/6
**online [6]** 10138/13 10196/12 10197/12 10197/14 10330/19 10330/20
**only [47]** 10122/15 10123/9 10126/23 10145/20 10153/17 10153/21 10158/15 10165/23 10165/24 10170/17 10173/13 10190/8 10190/24 10195/5 10195/19 10196/12 10196/19 10205/24 10206/15 10217/18 10224/10 10230/24 10231/21 10232/14 10239/1 10243/6 10278/23 10288/21 10302/12 10306/3 10312/7 10315/8 10315/17 10325/10 10329/25 10330/6 10330/7 10342/9 10349/5 10351/20 10352/1 10354/8 10355/17 10359/1 10359/10 10359/18 10364/6
**op [14]** 10139/24 10202/6 10202/16 10253/12 10253/13 10253/19 10253/20 10253/20 10253/25 10254/1 10254/11 10254/14 10254/17
**op plan [11]** 10253/12 10253/13 10253/19 10253/20 10253/20 10253/25 10254/1 10254/11 10254/14 10254/17
**open [18]** 10133/3 10138/19 10156/13 10157/22 10163/13 10178/14 10219/25 10239/7 10239/17 10239/19 10239/24 10256/25 10283/23 10284/2 10317/8 10351/7 10351/13 10355/24
**opened [13]** 10123/10 10132/22 10132/23 10133/2 10155/13 10157/17 10157/22 10171/9 10171/10 10171/12 10178/19 10178/20 10316/20
**opening [11]** 10115/18 10124/3 10142/8 10150/12 10154/8 10157/4 10200/18 10250/16 10316/15
**operate [1]** 10323/13
**operates [2]** 10363/24 10364/18
**operating [1]** 10325/17
**operation [3]** 10140/8 10167/13 10266/17
**operational [2]** 10148/10 10183/6
**operations [3]** 10135/21 10140/3 10252/22
**operative [1]** 10218/13
**opinion [5]** 10343/15 10351/21 10351/24 10352/9 10355/13
**opinions [1]** 10352/5
**opportune [1]** 10280/5
**opportunity [7]** 10169/10 10204/22 10224/14 10225/13 10229/10 10233/21 10236/13 10257/2 10277/19 10280/4 10280/11 10286/14 10295/23 10303/12 10354/17
**oppose [6]** 10297/23 10298/3 10301/21 10305/24 10315/2 10327/8
**opposed [2]** 10228/1 10232/22
**opposing [1]** 10192/18
**opposite [3]** 10122/21 10214/9 10214/10
**ops [2]** 10323/23 10324/8
**option [4]** 10230/23 10232/1 10232/10 10291/18
**oral [1]** 10297/9
**orally [1]** 10351/7
**orange [2]** 10287/4 10287/9
**order [16]** 10123/2 10128/8 10129/10 10186/25 10187/5 10187/25 10234/3 10236/2 10237/16 10246/10 10249/5 10254/22 10270/9 10305/24 10328/2 10353/18
**ordered [1]** 10255/11
**ordering [1]** 10147/6
**ordinary [3]** 10304/10 10304/14 10307/22
**Oregon [2]** 10282/14 10282/15
**organization [6]** 10147/11 10147/22 10301/3 10303/5 10316/3 10316/5 10139/12
**organize [2]** 10349/23
**organized [1]** 10360/16
**organizer [1]** 10149/14
**organizing [2]** 10156/5 10346/4
**original [2]** 10173/11 10173/20
**originally [2]** 10260/17 10265/9
**Ortega [14]** 10150/25 10152/4 10153/8 10153/21 10155/9 10156/13 10166/15 10166/25 10175/17 10175/18 10256/12 10257/3 10286/16 10335/5
**Ortega's [3]** 10151/16 10154/3 10255/5
**OSRM [1]** 10200/15
**ostensibly [2]** 10158/17 10209/10
**other [97]** 10115/10 10129/7 10129/11 10130/1 10134/3 10136/8 10146/21 10148/18 10148/19 10150/11 10151/7 10153/5 10156/2 10156/25 10159/4 10161/20 10162/5 10163/17 10168/4 10171/4 10172/7 10177/8 10181/19 10184/4 10185/14 10196/13 10196/22 10197/16 10199/5 10199/17 10200/3 10204/25 10213/23 10214/5 10218/17 10218/21 10231/6 10234/16 10235/24 10246/12 10246/18 10251/18 10252/6 10253/11 10256/17 10260/3 10261/5 10263/1 10270/21 10275/18 10277/21 10278/23 10279/24 10294/10 10299/14 10300/15 10301/12 10302/6 10304/17 10307/1 10307/21 10308/2 10311/5 10311/12 10314/18 10315/1 10315/14 10316/11 10319/7 10319/11 10321/24 10327/5 10328/16 10331/1 10333/10 10335/18 10336/22 10336/23 10337/8 10341/21 10342/6 10344/5 10347/18 10350/13 10350/25 10352/2 10352/5 10353/6 10353/8 10353/9 10353/19 10358/19 10359/17 10359/20 10363/19
**others [30]** 10121/14 10125/9 10134/9 10136/23 10137/8 10138/12 10141/3 10155/1 10158/9 10159/13 10160/19 10200/2 10201/24 10270/7 10279/13 10280/6 10299/17 10306/2 10306/19 10306/4 10313/14 10313/15 10319/21 10320/22 10332/25 10335/16 10335/17 10345/7 10345/10 10355/5
**otherwise [9]** 10120/25 10193/13 10194/9 10204/14 10213/14 10225/14 10229/25 10237/2 10354/18
**ought [1]** 10361/22
**ounce [1]** 10312/6
**our [35]** 10115/10 10115/24 10126/19 10130/14 10130/19 10132/2 10163/6 10165/11 10189/15 10191/24 10223/2 10223/13 10223/21 10228/5 10240/11 10245/22 10260/15 10290/6 10296/4 10296/17 10320/3 10322/12 10341/14 10346/15 10347/19 10347/24 10357/10 10358/24 10362/12 10362/12 10363/23 10363/24 10364/6 10364/18
**ours [1]** 10323/8
**out [139]** 10119/10 10119/15 10128/7 10130/7 10130/13 10139/6 10140/10 10141/2 10142/20 10143/22 10146/19 10150/5 10153/16 10155/22 10157/6 10157/12 10157/21 10158/7 10158/15 10158/20 10159/17 10160/23 10161/10 10163/17 10164/4 10164/8 10165/7 10167/4 10168/5 10168/5 10171/3 10173/15 10174/8 10174/16 10175/13 10178/3 10179/7 10183/18 10183/17 10184/19 10184/25 10185/6 10187/24 10190/2 10190/14 10191/14 10193/24 10194/11 10194/13 10195/12 10197/4 10199/23 10199/24 10201/23 10205/1 10205/6 10205/25 10207/25 10208/2 10208/5 10211/6 10211/8 10219/6 10220/15 10221/1 10227/3 10228/13 10229/3 10230/23 10233/10 10235/5 10235/6 10235/16 10240/3 10241/20 10243/20 10244/8 10244/14 10244/15 10246/5 10246/6 10246/14 10246/23 10246/23 10246/24 10247/1 10248/11 10250/20 10252/4 10252/11 10252/17 10255/19 10255/22 10257/11 10259/19 10260/4 10260/8 10260/13 10262/8 10264/14 10264/20 10266/23 10268/19 10269/15 10270/6 10270/11 10270/25 10270/25 10271/14 10273/11 10274/4 10282/14 10282/16 10282/17 10284/21 10284/25 10289/2 10289/15 10289/18 10293/8 10295/22 10297/3 10302/13 10307/17 10312/12 10317/10 10323/9 10328/11 10340/12 10341/9 10345/1 10345/1 10348/4 10355/22 10356/14 10359/24 10360/7 10364/11 10364/12
**outcome [1]** 10348/2
**outer [1]** 10151/4
**outnumbered [2]** 10155/10 10328/18
**Outrageously [1]** 10338/23
**outright [2]** 10132/16 10217/22
**outset [1]** 10352/11
**outside [13]** 10115/11 10116/16 10142/18 10167/11 10203/11 10206/2 10265/14 10266/3 10287/18 10332/9 10332/10 10338/2 10341/13
**over [63]** 10128/12

**over... [62]** 10135/19
10140/12 10142/17
10148/10 10151/22
10153/18 10154/9
10154/20 10161/19
10166/17 10166/18
10166/19 10167/14
10167/16 10168/4
10168/8 10169/1
10169/15 10174/16
10177/10 10179/22
10183/1 10184/4
10186/19 10190/14
10191/14 10195/6
10195/13 10206/16
10207/19 10207/24
10208/10 10216/5
10219/2 10228/10
10242/14 10244/3
10245/21 10247/24
10259/12 10262/23
10262/23 10276/1
10276/19 10290/11
10295/17 10296/17
10298/24 10311/6
10318/5 10326/6
10331/14 10332/2
10334/19 10335/21
10347/24 10349/16
10358/23 10360/22
10360/24 10364/13
10364/16
**overall [2]** 10220/20
10303/3
**overblown [1]**
10294/21
**overcome [1]** 10177/12
**overloaded [1]**
10257/23
**overlooking [1]**
10130/18
**overruled [12]** 10138/9
10144/4 10150/3
10195/16 10247/18
10248/5 10265/20
10266/9 10276/21
10286/13 10302/2
10305/8
**overseas [1]** 10147/13
**overthrow [2]**
10195/11 10201/7
**overturn [1]** 10295/17
**overwhelm [1]** 10346/5
**overwhelming [9]**
10178/8 10178/8
10244/14 10244/18
10260/19 10260/21
10269/9 10269/10
10294/7
**owe [2]** 10217/14
10217/19
**Owens [4]** 10307/15
10310/12 10311/9
10338/7
**own [45]** 10136/4
10137/24 10139/22
10143/9 10145/4

10146/23 10149/9
10152/24 10160/5
10171/18 10196/6
10197/11 10201/8
10209/11 10209/21
10250/2 10255/8
10273/4 10277/1
10295/9 10296/3
10298/9 10304/4
10306/7 10306/8
10306/19 10310/7
10313/21 10313/24
10319/10 10320/7
10320/8 10320/25
10321/6 10321/20
10331/19 10332/3
10333/23 10341/16
10343/2 10348/5
10351/25 10352/23
**Oz [1]** 10163/19

**P**

**P.A [1]** 10112/12
**p.m [29]** 10150/14
10151/19 10153/10
10153/12 10153/12
10154/5 10212/15
10225/23 10225/23
10250/6 10250/12
10255/9 10255/12
10292/2 10292/2
10310/1 10310/4
10310/5 10310/6
10311/3 10316/23
10317/5 10317/8
10333/12 10336/7
10339/17 10341/1
10342/12 10365/4
**PA [1]** 10111/15
**pace [1]** 10211/15
**padding [1]** 10318/10
**page [14]** 10117/15
10117/15 10119/6
10119/6 10127/11
10217/12 10223/24
10254/3 10254/4
10254/4 10254/9
10254/11 10295/4
10326/24
**page 13 [1]** 10295/4
**page 3 [1]** 10119/6
**paid [1]** 10160/17
**pain [1]** 10290/5
**paintings [4]** 10197/21
10198/7 10198/23
10198/25
**Palian [42]** 10118/8
10135/22 10167/12
10245/13 10246/7
10246/13 10247/20
10253/22 10263/12
10263/13 10265/8
10265/10 10265/12
10265/22 10266/2
10270/1 10270/6
10270/8 10270/12
10270/13 10271/19

10278/13 10278/14
10278/22 10278/25
10279/4 10279/11
10279/16 10279/21
10281/3 10281/5
10281/14 10283/8
10283/13 10283/20
10289/8 10289/11
10305/1 10305/13
10321/12
**Palian's [2]** 10253/24
10265/5
**palpable [1]** 10200/3
**pamphleteering [1]**
10152/10
**panel [5]** 10131/21
10192/12 10233/11
10233/15 10293/11
**panes [1]** 10319/13
**pants [2]** 10244/3
10338/13
**papers [2]** 10115/4
10117/14
**paragraph [2]** 10224/6
10224/25
**paranoia [1]** 10200/25
**parentheses [1]**
10291/22
**park [2]** 10112/3
10269/13
**parked [1]** 10208/15
**Parker [5]** 10212/6
10216/13 10216/13
10216/15 10306/22
**Parker's [1]** 10207/6
**Parler [1]** 10142/19
**parliament [1]**
10298/16
**parliamentarian [2]**
10256/12 10335/5
**part [34]** 10115/16
10118/6 10121/12
10121/15 10121/23
10125/25 10157/8
10198/8 10198/9
10218/17 10221/6
10232/21 10235/2
10244/6 10247/22
10272/25 10273/22
10288/6 10288/6
10296/12 10300/19
10300/20 10300/22
10303/15 10312/6
10313/4 10313/17
10314/10 10325/22
10326/7 10332/18
10338/11
**parted [3]** 10124/4
10124/5 10150/15
**participants [1]**
10176/8
**participate [4]**
10128/24 10139/19
10156/11 10196/15
**participated [1]**
10129/1

10234/20 10241/9
**particular [15]** 10127/4
10127/6 10128/19
10128/25 10129/12
10129/14 10129/25
10186/20 10207/22
10207/23 10228/8
10228/9 10308/21
10351/24 10355/3
**particularly [7]**
10118/14 10142/4
10160/16 10160/19
10209/13 10312/3
10356/7
**parties [1]** 10226/4
**parties' [1]** 10115/4
**partisans [1]** 10352/18
**parts [1]** 10331/10
**partying [1]** 10137/13
**passing [3]** 10132/24
10336/25 10337/3
**passion [1]** 10161/25
**passions [1]** 10305/7
**password [2]** 10205/8
10247/24
**passwords [2]**
10242/14 10242/16
**past [7]** 10168/11
10188/22 10239/14
10296/18 10307/12
10307/14 10338/6
**patch [2]** 10307/6
10307/7
**path [2]** 10142/19
10298/22
**patiently [4]** 10321/3
10321/4 10321/9
10328/23
**patriots [6]** 10298/15
10309/25 10310/7
10320/22 10326/18
10328/13
**Paul [12]** 10165/13
10250/7 10250/10
10251/3 10251/14
10252/11 10299/13
10299/14 10306/7
10317/16 10337/9
10337/10
**Paul Stamey [10]**
10250/7 10250/10
10251/3 10251/14
10252/11 10299/13
10299/14 10306/7
10317/16 10337/10
**pause [9]** 10147/8
10201/16 10209/7
10212/3 10212/13
10212/21 10221/24
10222/2 10328/1
**pay [7]** 10175/1
10179/20 10181/17
10181/19 10250/1
10277/14 10342/23
**paying [4]** 10149/24
10162/10 10315/7
10346/23

**payments [1]** 10326/2
**Peace [10]** 10255/5
10255/9 10255/22
10286/22 10287/15
10287/16 10287/17
10287/21 10287/21
10287/25
**peaceful [2]** 10259/5
10347/23
**peel [1]** 10193/22
**peep [1]** 10139/18
**Pelosi [5]** 10288/2
10300/9 10313/23
10313/25 10347/8
**Pelosi's [2]** 10340/8
10340/11
**Pence [3]** 10206/12
10262/8 10345/10
**pending [1]** 10335/19
**penetrate [1]** 10307/13
**people [121]** 10123/5
10124/11 10125/12
10132/24 10134/2
10145/16 10146/12
10146/22 10147/13
10148/1 10149/6
10150/15 10151/6
10152/5 10154/10
10154/12 10154/16
10154/21 10160/15
10160/16 10161/7
10161/8 10161/14
10161/17 10162/14
10165/23 10165/25
10166/20 10168/8
10169/14 10171/10
10171/13 10174/17
10174/19 10175/5
10175/9 10175/10
10178/23 10180/12
10180/15 10181/7
10183/13 10184/6
10196/12 10196/15
10197/4 10197/8
10197/12 10197/12
10197/14 10199/18
10201/10 10208/15
10211/13 10212/10
10212/20 10212/24
10212/25 10215/1
10246/23 10247/6
10247/7 10247/14
10252/12 10256/2
10256/16 10256/18
10257/14 10258/9
10262/17 10264/7
10266/19 10267/7
10269/13 10270/21
10271/14 10271/14
10272/4 10275/7
10278/23 10281/10
10281/11 10282/8
10287/15 10290/3
10290/10 10296/14
10296/24 10298/15
10299/7 10300/15
10300/25 10301/3
10301/12 10303/20

**people... [26]** 10304/13
10305/22 10312/19
10315/15 10325/10
10325/18 10326/18
10329/22 10330/9
10331/20 10332/9
10333/10 10335/22
10337/14 10339/10
10347/20 10347/21
10347/21 10348/1
10348/4 10348/23
10363/19 10363/22
10364/7 10364/12
10364/18
**people's [3]** 10136/8
10316/11 10344/5
**pepper [5]** 10125/6
10310/11 10310/21
10317/10 10319/16
**per [1]** 10279/9
**percent [11]** 10126/9
10195/25 10196/21
10260/9 10260/12
10264/22 10284/5
10286/3 10286/11
10289/23 10360/10
**perfect [1]** 10345/8
**perfection [1]** 10166/7
**performed [1]**
10140/15
**perhaps [6]** 10126/21
10133/24 10156/25
10163/8 10282/2
10291/10
**perimeter [1]** 10151/5
**period [5]** 10214/7
10219/2 10222/2
10256/25 10293/8
**perjury [1]** 10204/21
**permit [2]** 10124/23
10325/10
**permitted [6]** 10116/20
10118/1 10118/12
10126/3 10140/21
10152/2
**perpetrators [2]**
10153/6 10157/15
**perplexing [1]** 10150/9
**person [32]** 10129/12
10150/17 10158/13
10173/16 10173/18
10174/25 10175/17
10206/13 10213/13
10214/16 10238/3
10251/20 10251/21
10252/16 10259/18
10262/24 10274/20
10281/20 10282/10
10282/11 10284/6
10300/2 10302/18
10302/18 10305/22
10314/24 10315/8
10324/18 10337/1
10339/8 10350/24
10351/10
**personal [13]**
10130/16 10140/14

10145/10 10148/18
10148/24 10154/11
10154/22 10166/22
10196/3 10323/18
10324/20
**personally [2]** 10319/5
10319/6
**personnel [1]** 10246/5
**persons [2]** 10129/11
10220/3
**perspective [1]**
10339/9
**Philippines [1]**
10290/8
**phillip [3]** 10111/2
10111/6 10114/16
**phone [61]** 10135/24
10143/3 10145/24
10182/11 10197/1
10197/4 10205/7
10210/11 10210/12
10211/7 10211/18
10222/15 10235/17
10236/7 10239/2
10240/17 10242/1
10242/4 10243/12
10243/12 10243/14
10243/23 10250/6
10250/8 10250/9
10250/10 10251/3
10251/6 10251/25
10269/19 10269/22
10299/2 10299/4
10299/4 10299/9
10299/17 10299/25
10300/1 10302/18
10313/20 10313/21
10313/24 10314/1
10314/3 10314/4
10314/6 10314/7
10314/8 10315/17
10332/15 10334/3
10334/6 10334/6
10335/21 10336/17
10336/19 10336/24
10342/19 10344/6
10344/6 10344/8
**phones [8]** 10135/15
10136/8 10145/25
10241/24 10331/11
10333/22 10336/23
10344/5
**photo [6]** 10241/17
10242/23 10249/12
10259/11 10283/12
10283/13
**photobombing [2]**
10242/19 10242/20
**photograph [4]**
10118/10 10184/20
10241/24 10339/10
**photographed [1]**
10156/21
**photographic [1]**
10159/3
**photographs [9]**
10234/19 10241/7

10241/20 10242/22
10243/9 10331/1
10331/3
**photos [16]** 10241/19
10242/9 10242/11
10242/17 10242/25
10243/1 10243/3
10243/8 10243/14
10259/11 10267/23
10267/23 10267/24
10288/16 10306/3
10363/7
**phrase [2]** 10218/13
10324/9
**phrasing [2]** 10227/23
10248/6
**physical [13]** 10223/10
10223/14 10224/2
10224/7 10224/15
10225/1 10225/8
10225/16 10319/13
10354/6 10354/11
10354/13 10354/20
**physically [5]** 10126/9
10294/14 10300/7
10361/23 10362/2
**pick [4]** 10164/6
10169/13 10183/21
10264/15
**picking [3]** 10169/15
10263/7 10263/8
**picnic [1]** 10208/18
**picture [6]** 10159/14
10176/18 10180/22
10184/12 10268/3
10268/15
**pictures [3]** 10133/19
10255/25 10299/22
**piece [2]** 10246/18
10349/11
**pieces [2]** 10246/9
10307/2
**pillar [1]** 10174/17
**pin [1]** 10265/2
**pipes [1]** 10307/2
**Pissed [1]** 10309/25
**pitchforks [1]**
10302/14
**place [17]** 10153/11
10153/14 10200/20
10206/18 10207/19
10246/17 10276/14
10276/15 10284/3
10286/25 10289/9
10306/14 10308/15
10324/2 10324/11
10324/15 10343/16
**placement [1]**
10212/14
**plain [4]** 10184/25
10294/24 10323/11
10326/10
**Plaintiff [1]** 10110/4
**plan [62]** 10143/22
10146/20 10151/8
10172/11 10195/10
10195/10 10197/7

10220/7 10220/7
10220/10 10220/10
10221/7 10222/18
10223/2 10232/21
10253/12 10253/13
10253/19 10253/20
10253/20 10253/20
10253/25 10254/1
10254/11 10254/14
10254/17 10272/13
10277/22 10277/23
10277/23 10277/25
10278/4 10278/9
10278/15 10279/1
10279/17 10279/18
10279/18 10279/22
10279/22 10280/7
10280/11 10280/18
10282/5 10296/1
10296/6 10296/8
10296/10 10296/13
10296/13 10296/16
10296/20 10297/11
10297/12 10298/13
10298/18 10323/23
10324/8 10326/1
10328/10
**planes [1]** 10178/24
**planned [7]** 10133/16
10200/20 10208/2
10228/12 10279/12
10281/18 10326/17
**planning [11]**
10134/23 10135/21
10140/14 10146/7
10148/10 10226/12
10226/15 10228/21
10244/19 10277/16
10288/21
**plans [2]** 10232/19
10330/11
**plastic [1]** 10257/17
**play [11]** 10127/21
10164/22 10172/22
10183/11 10288/4
10288/6 10300/15
10300/15 10315/13
10322/17 10333/8
**played [35]** 10160/23
10164/24 10167/19
10170/5 10175/2
10176/10 10176/23
10177/17 10178/1
10179/3 10179/8
10179/8 10179/9
10179/11 10180/14
10182/23 10183/11
10184/2 10186/4
10186/18 10190/9
10190/18 10190/20
10190/21 10190/25
10191/21 10191/25
10207/5 10211/10
10212/2 10285/20
10285/21 10288/2
10288/5 10307/19
**playing [4]** 10145/15

10328/21
**plays [1]** 10285/7
**Plaza [2]** 10180/11
10267/24
**plea [1]** 10144/8
**plead [1]** 10220/9
**pleaded [1]** 10340/5
**pleading [1]** 10115/25
**please [50]** 10131/23
10132/5 10161/3
10162/19 10183/5
10187/13 10188/22
10189/13 10189/25
10192/14 10192/18
10201/25 10202/7
10202/15 10203/2
10203/25 10204/17
10205/16 10206/22
10211/25 10212/4
10212/8 10212/12
10212/13 10212/21
10213/24 10214/20
10224/7 10225/1
10225/8 10225/25
10233/16 10233/24
10248/21 10250/14
10252/15 10255/2
10268/1 10285/6
10285/6 10287/12
10292/4 10293/13
10354/7 10354/12
10355/7 10356/15
10358/12 10360/17
10365/3
**pled [3]** 10220/6
10220/7 10300/21
**plenty [3]** 10143/22
10165/8 10213/16
**pleural [1]** 10233/10
**plotting [2]** 10145/21
10280/4
**plural [1]** 10251/16
**plus [5]** 10182/2
10206/4 10210/17
10241/18 10246/5
**pocket [2]** 10185/17
10197/1
**podcasts [1]** 10202/5
**point [63]** 10115/22
10119/10 10119/15
10128/13 10142/5
10150/8 10156/14
10163/17 10166/24
10175/13 10181/10
10181/11 10185/18
10185/19 10193/19
10195/14 10195/19
10199/10 10199/18
10205/21 10205/25
10208/19 10210/6
10214/15 10217/22
10217/24 10218/15
10219/11 10219/18
10229/8 10231/20
10234/13 10236/17
10237/5 10237/8
10237/20 10239/5

10410

**point... [26]** 10240/3
10241/25 10244/14
10254/8 10254/9
10255/19 10257/11
10259/19 10260/6
10260/8 10260/13
10266/23 10269/15
10273/11 10274/25
10310/2 10316/15
10319/24 10327/9
10328/14 10330/4
10332/6 10336/8
10337/16 10344/17
10346/21
**pointed [5]** 10140/10
10150/5 10274/23
10345/1 10345/1
**points [8]** 10156/20
10195/23 10214/21
10224/11 10250/23
10251/11 10277/11
10341/17
**police [61]** 10138/1
10144/17 10145/14
10148/17 10150/25
10151/22 10153/11
10153/13 10153/14
10158/2 10166/10
10166/15 10167/4
10167/7 10168/9
10168/11 10168/12
10170/17 10171/5
10171/11 10174/15
10175/9 10175/10
10175/25 10176/3
10177/1 10177/4
10178/3 10185/9
10189/2 10194/18
10205/4 10216/1
10243/2 10256/18
10256/21 10256/23
10257/1 10257/18
10258/14 10258/25
10259/10 10259/12
10259/13 10288/10
10288/11 10298/15
10311/16 10317/8
10317/19 10318/18
10318/24 10319/17
10319/18 10328/11
10333/16 10335/5
10341/8 10345/24
10346/2 10346/4
**police-involved [3]**
10256/18 10256/21
10256/23
**politely [1]** 10216/4
**political [2]** 10162/4
10294/20
**politics [3]** 10142/9
10142/15 10142/21
**pool [1]** 10307/3
**poor [1]** 10178/3
**pop [1]** 10240/11
**porta [3]** 10268/23
10268/24 10269/10
**portion [9]** 10119/13

10190/24 10191/3
10191/23 10191/24
10306/5 10355/3
**portions [2]** 10191/21
10354/22
**Portland [3]** 10282/14
10282/15 10282/17
**portray [1]** 10213/12
**portrayed [1]** 10258/10
**posed [2]** 10198/18
10327/10
**position [2]** 10141/3
10352/13
**possibility [1]**
10356/19
**possible [5]** 10151/11
10194/15 10293/7
10353/21 10356/17
**possibly [4]** 10147/1
10180/24 10205/6
10255/13
**posted [2]** 10298/18
10298/21
**potential [1]** 10336/3
**potentially [1]** 10231/4
**Potomac [1]** 10275/21
**potties [3]** 10268/23
10268/24 10269/10
**pounds [1]** 10184/16
**pouring [1]** 10154/10
**power [12]** 10157/8
10294/13 10297/24
10298/4 10305/25
10329/22 10331/22
10331/22 10347/20
10347/23 10348/8
10348/22
**PowerPoint [3]**
10127/13 10190/13
10191/20
**PowerPoints [2]**
10361/3 10361/8
**practice [3]** 10134/5
10134/7 10213/10
**pragmatic [1]**
10211/16
**praised [1]** 10227/24
**pray [1]** 10158/25
**praying [1]** 10182/24
**pre [1]** 10269/6
**pre-strike [1]** 10269/6
**preached [1]** 10347/12
**preceded [1]** 10156/15
**precise [1]** 10230/21
**precisely [1]** 10129/7
**precluded [1]**
10120/24
**predication [5]**
10283/20 10283/21
10283/21 10283/24
10284/2
**prefer [1]** 10233/4
**preference [1]**
10130/16
**premeditate [1]**
10227/12
**premeditated [5]**

10228/12 10278/9
10282/25
**premeditation [11]**
10226/14 10226/22
10226/9 10227/9
10227/11 10227/14
10229/20 10229/22
10229/24 10230/6
10294/2
**premise [2]** 10116/21
10260/16
**prepared [10]**
10168/15 10168/18
10301/18 10301/19
10301/20 10301/20
10301/24 10302/4
10304/23 10304/24
**preposterous [1]**
10313/21
**presence [6]** 10285/15
10323/25 10327/3
10330/19 10335/11
10337/21
**present [11]** 10114/23
10115/3 10153/21
10153/25 10155/23
10195/9 10225/16
10245/8 10322/13
10354/19 10361/23
**presentation [8]**
10137/21 10142/23
10146/11 10159/25
10160/6 10160/11
10163/25 10193/19
**presented [23]**
10119/16 10132/12
10132/20 10133/5
10133/8 10137/12
10143/8 10147/1
10151/15 10164/9
10176/5 10184/24
10186/8 10186/25
10187/21 10189/3
10192/24 10193/9
10217/7 10244/14
10286/10 10323/24
10350/10
**presenting [1]** 10164/3
**presents [1]** 10217/1
**preside [1]** 10349/16
**presided [1]** 10364/16
**President [22]**
10138/19 10151/10
10152/6 10157/4
10157/11 10157/12
10161/12 10161/16
10161/24 10162/11
10201/2 10201/7
10201/9 10276/16
10295/14 10303/9
10311/20 10311/22
10311/22 10311/24
10325/24 10331/21
**President Biden [3]**
10201/2 10201/7
10311/22
**President Trump [9]**

10157/4 10161/12
10161/24 10162/11
10201/9 10325/24
10331/21
**President-Elect [2]**
10311/20 10311/22
**Presidential [5]**
10294/12 10298/4
10298/5 10305/25
10348/2
**pressed [1]** 10182/21
**pressure [1]** 10183/22
**Presumably [1]**
10250/12
**presumption [1]**
10195/4
**pretending [1]**
10254/16
**pretty [5]** 10152/11
10191/9 10275/1
10288/22 10346/22
**Prettyman [1]** 10113/4
**prevent [2]** 10295/14
10308/13
**prevented [1]**
10334/23
**previously [6]**
10119/22 10128/6
10186/12 10234/18
10235/1 10362/23
**pride [1]** 10352/12
**primarily [1]** 10121/14
**primary [1]** 10132/11
**principle [1]** 10347/19
**principles [2]**
10116/25 10364/3
**prior [15]** 10117/23
10118/15 10119/19
10119/20 10119/25
10135/6 10165/10
10191/16 10198/2
10252/22 10282/3
10314/1 10329/12
10330/10 10341/1
**prison [1]** 10301/13
**private [3]** 10288/24
10290/10 10344/20
**prob [1]** 10147/24
**probable [1]** 10249/7
**probably [16]** 10127/7
10128/8 10142/22
10161/17 10174/18
10183/19 10184/16
10207/3 10208/21
10213/8 10217/6
10244/3 10276/3
10287/3 10346/23
10364/24
**problem [5]** 10119/18
10122/11 10126/10
10187/8 10188/12
**problematic [2]**
10127/4 10127/8
**problems [3]** 10167/2
10177/1 10214/13
**procedure [1]**
10213/15

**proceed [1]** 10352/17
**proceeding [13]**
10249/3 10254/21
10254/22 10255/14
10256/9 10256/14
10257/10 10262/1
10263/4 10328/1
10332/2 10334/19
10335/19
**proceedings [5]**
10110/9 10113/6
10114/24 10365/4
10366/4
**process [8]** 10157/8
10162/4 10206/10
10257/1 10257/4
10302/5 10348/18
10356/3
**processing [1]**
10360/12
**procuring [1]** 10251/17
**produced [4]** 10113/7
10147/5 10148/12
10148/19
**production [2]**
10210/22 10212/7
**profanity [1]** 10183/12
**profession [1]** 10364/6
**professional [1]**
10147/16
**professionalism [1]**
10364/5
**proffers [3]** 10194/21
10195/6 10195/7
**profile [1]** 10245/19
**profoundly [1]** 10189/8
**promote [1]** 10350/2
**promoted [1]** 10342/4
**promptly [1]** 10223/3
**proof [3]** 10308/20
10330/1 10348/16
**proper [3]** 10116/4
10187/5 10363/20
**property [12]** 10154/17
10171/7 10247/22
10265/10 10265/14
10265/25 10266/3
10266/7 10283/19
10304/13 10319/1
10319/23
**proposals [2]**
10136/23 10136/25
**proposed [1]** 10230/19
**prosecuting [2]**
10193/7 10316/4
**prosecutor [2]**
10235/11 10284/23
**protect [2]** 10165/22
10297/2
**protected [2]** 10324/19
10348/18
**protectee [2]** 10324/18
10325/1
**protecting [1]**
10326/13
**protest [2]** 10256/3
10259/6
**protestations [1]**

**P**

**protestations... [1]** 10159/12

**protester [2]** 10215/9 10262/15

**protesters [2]** 10159/15 10276/2

**protesting [1]** 10255/22

**protests [4]** 10200/3 10276/4 10295/18 10347/22

**protracted [1]** 10171/11

**proud [2]** 10364/7 10364/8

**proudly [1]** 10132/18

**prove [13]** 10125/2 10159/6 10176/9 10220/2 10277/22 10277/24 10295/9 10296/8 10296/18 10297/8 10297/10 10329/25 10355/17

**proved [4]** 10129/4 10248/15 10266/14 10309/5

**proven [6]** 10116/23 10126/22 10231/10 10235/21 10266/13 10290/21

**proves [3]** 10217/24 10231/25 10308/1

**provide [13]** 10121/19 10165/24 10293/3 10293/4 10293/20 10325/23 10327/16 10342/10 10349/12 10354/25 10357/5 10358/17 10361/6

**provided [6]** 10118/3 10144/25 10151/15 10355/9 10355/23 10358/24

**provides [1]** 10292/19

**provocateurs [5]** 10159/5 10166/14 10167/1 10167/8 10168/18

**provoking [1]** 10166/21

**proximity [1]** 10143/19

**prudent [2]** 10152/19 10232/1

**PSD [12]** 10167/13 10186/12 10324/14 10325/17 10325/22 10325/23 10326/8 10326/9 10326/16 10326/22 10326/23 10327/5

**PSDs [2]** 10135/24 10324/21

**psychologically [1]** 10126/9

**public [2]** 10239/19 10295/18

**Publication [1]**

**publicity [1]** 10350/12

**publicized [1]** 10331/10

**puffed [1]** 10264/5

**pull [3]** 10135/14 10248/12 10285/4

**pulled [2]** 10133/3 10317/9

**pulling [2]** 10181/7 10197/4

**punishment [3]** 10313/1 10353/21 10354/3

**punked [1]** 10262/8

**purpose [16]** 10140/17 10147/12 10148/4 10148/5 10213/9 10214/3 10226/12 10226/15 10252/20 10276/18 10281/24 10282/22 10293/2 10327/2 10327/3 10327/11

**purposefully [1]** 10140/13

**purposes [4]** 10119/23 10224/12 10225/3 10354/15

**push [10]** 10156/13 10168/11 10219/16 10263/3 10287/12 10307/14 10317/4 10317/12 10334/17 10338/6

**pushed [6]** 10133/3 10155/1 10171/5 10317/10 10318/2 10338/4

**pushes [2]** 10316/25 10318/14

**pushing [10]** 10151/22 10181/24 10307/12 10310/12 10318/2 10318/5 10318/6 10319/10 10319/20 10338/16

**pussies [2]** 10334/9 10338/20

**put [45]** 10117/24 10119/11 10120/10 10135/1 10136/9 10145/17 10147/11 10147/20 10159/4 10163/24 10165/22 10181/18 10181/19 10202/11 10202/11 10205/3 10210/19 10210/21 10217/24 10231/1 10241/18 10242/18 10244/15 10250/16 10250/25 10268/23 10268/25 10269/17 10272/22 10273/12 10273/12 10277/1 10277/12 10277/15 10282/4 10284/13 10286/20

**publicity** 10305/11 10348/4 10361/21 10362/21 10363/20 10364/8

**puts [6]** 10182/9 10202/6 10212/16 10212/17 10217/3 10291/11

**putting [3]** 10138/16 10165/4 10277/12

**PUTZI [1]** 10112/12

**Q**

**QRF [36]** 10203/21 10204/4 10250/23 10251/11 10259/21 10259/22 10259/22 10261/13 10271/13 10271/15 10272/25 10273/8 10274/6 10274/8 10274/11 10274/17 10274/21 10276/18 10277/2 10277/9 10280/21 10282/23 10282/24 10299/15 10305/24 10306/5 10306/7 10306/9 10306/12 10320/16 10320/17 10327/9 10327/11 10328/7 10337/12 10346/6

**QRFs [1]** 10281/24

**qualify [1]** 10236/11 10236/25 10307/22

**question [42]** 10122/3 10128/24 10130/8 10132/15 10133/8 10137/10 10152/9 10198/5 10198/18 10200/6 10231/12 10236/11 10247/13 10253/5 10261/10 10262/4 10263/13 10270/12 10270/13 10270/16 10271/20 10274/5 10275/4 10278/13 10278/13 10278/22 10278/25 10279/4 10279/16 10279/20 10279/24 10281/3 10281/13 10281/22 10282/2 10288/12 10292/15 10296/2 10329/10 10351/23 10353/21 10359/10

**questioning [2]** 10141/8 10282/18

**questions [21]** 10117/12 10129/16 10152/11 10162/6 10198/1 10245/6 10270/2 10270/11 10276/7 10281/5 10282/3 10282/13 10282/16 10282/20 10282/21 10283/1

**publicity** 10309/7 10327/10 10355/5

**quick [7]** 10120/10 10157/3 10227/15 10235/21 10283/7 10357/25 10357/25

**quickly [2]** 10193/5 10221/5

**quit [1]** 10188/13

**quite [15]** 10120/14 10129/20 10194/19 10210/8 10214/9 10214/10 10235/20 10262/19 10271/4 10274/4 10311/1 10313/20 10323/15 10325/20 10364/19

**quote [4]** 10133/18 10135/3 10136/21 10150/13

**R**

**raced [1]** 10326/5

**racing [1]** 10318/21

**rack [1]** 10156/12

**radically [1]** 10281/1

**radio [8]** 10259/20 10259/21 10259/23 10299/13 10299/13 10299/19 10299/25 10350/4

**radios [2]** 10299/19 10336/25

**raided [2]** 10253/14 10264/8

**raise [3]** 10190/1 10226/7 10229/12

**raised [3]** 10311/19 10317/6 10317/12

**raising [3]** 10153/19 10311/24 10312/9

**Rakoczy [20]** 10110/14 10114/14 10133/16 10136/13 10136/21 10138/3 10140/2 10162/25 10163/11 10190/3 10224/4 10235/11 10248/11 10248/14 10249/13 10249/19 10249/23 10250/1 10323/19 10339/16

**Rakoczy's [3]** 10134/10 10135/1 10320/3

**rally [4]** 10250/23 10251/11 10325/12 10332/5

**ramp [1]** 10253/2

**ran [1]** 10136/14

**Rand [1]** 10165/13

**random [2]** 10172/19 10356/3

**range [3]** 10133/1 10133/21 10133/23

**Ranger [2]** 10267/1 10359/15

**Ranger, Doug [1]** 10267/1

**ranges [2]** 10133/23 10134/4

**ranging [1]** 10158/21

**ranting [1]** 10202/5

**rare [1]** 10145/25

**Rasheed [9]** 10136/14 10138/3 10344/10 10344/11 10344/14 10344/17 10344/19 10344/23 10344/25

**rates [1]** 10148/6

**rather [1]** 10188/11

**rats [1]** 10338/22

**re [6]** 10148/4 10240/6 10240/7 10240/8 10253/23 10257/8

**re-purpose [1]** 10148/4

**re-read [1]** 10253/23

**re-send [2]** 10240/6 10240/7 10240/8

**re-started [1]** 10257/8

**reach [5]** 10227/13 10315/1 10349/20 10351/18 10352/1

**reached [6]** 10130/13 10132/24 10351/11 10355/19 10355/20 10363/15

**reaching [2]** 10177/1 10354/10

**react [3]** 10123/9 10141/4 10179/14

**reaction [3]** 10290/19 10290/19 10305/15

**reactions [1]** 10169/6

**read [20]** 10115/4 10199/7 10201/15 10224/6 10225/7 10238/17 10244/10 10250/11 10252/9 10253/23 10254/2 10254/3 10263/20 10263/23 10263/25 10264/1 10279/20 10346/19 10350/7 10350/9

**readily [1]** 10361/22

**reading [2]** 10227/5 10227/10

**reads [2]** 10238/17 10265/6

**ready [6]** 10132/1 10170/1 10192/16 10232/15 10248/24 10295/21

**real [7]** 10185/10 10325/8 10325/9 10325/14 10348/16 10357/24 10357/25

**realistic [2]** 10325/11 10325/13

**realistically [1]** 10210/1

**reality [1]** 10132/14

**realize [7]** 10157/9 10191/1 10217/23

**R**

realize... [4] 10262/20
10262/21 10275/12
10283/8
realized [4] 10124/5
10146/11 10183/25
10310/12
realizes [2] 10169/17
10199/22
really [25] 10126/13
10130/3 10148/7
10182/1 10183/25
10185/8 10186/17
10188/21 10208/9
10210/3 10236/10
10250/1 10252/24
10262/14 10268/17
10273/6 10275/12
10276/7 10285/25
10301/1 10305/6
10310/13 10310/13
10318/23 10359/17
realm [1] 10218/13
Realtime [1] 10113/3
reams [1] 10135/20
reason [24] 10119/2
10121/4 10125/2
10126/23 10127/4
10130/15 10148/3
10183/22 10194/7
10198/22 10214/6
10219/11 10240/1
10241/17 10243/16
10262/18 10280/15
10289/8 10324/10
10324/15 10328/5
10328/21 10329/1
10335/13
reasonable [24]
10116/20 10121/6
10121/11 10122/13
10123/13 10126/23
10129/5 10161/7
10161/8 10173/16
10220/2 10221/11
10221/12 10221/24
10222/3 10222/10
10231/10 10234/3
10234/8 10247/15
10252/9 10290/22
10308/1 10355/17
reasons [13] 10122/10
10124/4 10126/15
10127/2 10149/1
10235/24 10283/24
10284/3 10302/25
10308/24 10308/25
10331/15 10334/21
rebellion [3] 10320/16
10320/23 10320/24
rebuttal [8] 10120/3
10131/10 10194/4
10233/21 10269/18
10286/14 10291/4
10293/16
recall [9] 10155/3
10162/25 10198/15
10240/11 10242/15

10306/6 10320/13
recapture [1] 10208/10
recce [6] 10267/16
10268/22 10269/2
10269/6 10269/6
10269/9
receive [3] 10336/3
10358/23 10360/22
received [12] 10127/12
10127/13 10141/11
10211/7 10211/7
10230/14 10250/6
10270/14 10270/17
10336/6 10336/18
10358/21
receiving [3] 10153/8
10332/16 10332/24
recently [1] 10117/5
recess [7] 10189/23
10206/8 10225/23
10292/1 10292/2
10335/9 10365/3
recessed [1] 10207/2
reckless [2] 10208/4
10228/15
recklessly [1] 10228/1
recognized [3]
10183/23 10194/15
10329/5
recollection [7]
10124/22 10163/6
10163/12 10198/11
10198/13 10201/8
10324/5
recommendation [1]
10223/13
recommended [3]
10272/20 10272/22
10272/23
reconnaissance [4]
10267/17 10267/19
10332/11 10342/11
reconnected [1]
10315/12
record [30] 10115/14
10115/23 10116/21
10120/16 10120/20
10121/15 10121/24
10122/13 10177/14
10231/11 10231/13
10236/1 10236/4
10236/4 10236/11
10236/23 10237/21
10237/22 10237/22
10237/23 10237/24
10238/18 10265/18
10284/20 10292/12
10292/15 10361/2
10361/5 10362/22
10366/3
recorded [5] 10113/6
10122/6 10177/7
10198/10 10344/11
recording [5] 10136/17
10329/5 10344/12
10347/3 10355/18
recordings [1]

records [18] 10137/6
10137/8 10140/13
10140/13 10240/17
10246/8 10246/19
10246/20 10246/20
10270/6 10270/14
10270/17 10271/1
10288/25 10288/25
10299/2 10299/4
10299/9
recovered [2] 10239/2
10266/20
recruit [1] 10301/4
recruits [1] 10311/20
red [3] 10181/8
10185/13 10227/10
Red Book [1] 10227/10
redacted [2] 10270/4
10270/5
redirect [1] 10194/5
redline [3] 10230/14
10230/15 10230/15
refer [3] 10263/11
10355/2 10355/2
reference [8] 10126/8
10176/17 10186/12
10226/21 10227/1
10228/23 10229/14
10296/3
referenced [2]
10226/10 10230/3
referencing [1]
10293/22
reflect [2] 10310/18
10312/6
reflection [2] 10222/3
10364/12
reflects [1] 10330/4
refresh [1] 10198/13
refreshed [1] 10198/12
regain [3] 10184/22
10184/22 10184/23
regard [1] 10194/22
regarding [17]
10119/12 10134/24
10162/3 10198/13
10234/14 10243/8
10244/11 10248/13
10253/24 10268/3
10269/19 10270/1
10270/2 10270/6
10271/15 10349/18
10350/1
regardless [3]
10205/13 10217/9
10326/16
Registered [1] 10113/2
Regular [1] 10200/11
reinforce [1] 10328/17
reinforcements [1]
10328/15
reiterate [2] 10231/20
10232/13
rejoin [1] 10356/18
related [5] 10117/19
10225/12 10241/15
10308/2 10354/15

Relax [1] 10252/7
relayed [1] 10198/16
relevant [2] 10237/11
10329/22
reliability [1] 10284/16
relief [1] 10316/2
rely [2] 10285/1
10285/25
remain [7] 10181/12
10189/25 10224/13
10225/3 10225/12
10245/9 10354/16
remained [2] 10158/9
10356/11
remaining [1]
10222/22
remember [74]
10116/2 10123/2
10124/20 10135/22
10141/7 10142/2
10142/10 10145/15
10148/11 10149/12
10160/13 10169/1
10170/18 10181/17
10182/14 10183/4
10198/10 10202/10
10205/12 10206/8
10207/12 10215/8
10215/25 10233/2
10235/10 10236/24
10240/5 10241/11
10242/6 10246/7
10253/14 10253/21
10254/1 10260/2
10260/13 10261/1
10261/23 10262/9
10265/8 10266/23
10266/25 10268/2
10268/10 10272/5
10272/10 10272/21
10273/22 10274/23
10275/4 10275/16
10282/12 10282/14
10282/22 10283/24
10284/21 10285/8
10301/11 10305/10
10305/15 10305/20
10306/13 10307/6
10307/9 10310/15
10315/10 10317/13
10318/6 10328/10
10328/22 10328/23
10339/15 10352/18
10359/14 10359/16
remind [10] 10248/21
10250/5 10259/7
10265/24 10279/6
10292/12 10294/1
10350/3 10350/18
10360/3
reminder [4] 10293/21
10357/24 10357/25
10358/5
remorse [4] 10311/17
10311/17 10312/6
10312/7
remote [1] 10220/7

10195/5
rendered [2] 10158/10
10195/5
rendered [2] 10335/7
10355/8
repeat [2] 10320/25
10322/10
repeated [2] 10323/4
repeatedly [1] 10324/9
repeating [1] 10320/7
repel [1] 10319/19
rephrase [1] 10161/3
replaces [2] 10355/14
10355/15
replay [1] 10175/4
replayed [1] 10156/15
report [1] 10357/20
reported [1] 10269/2
reporter [5] 10113/2
10113/2 10113/3
10113/3 10228/6
reporting [1] 10160/20
reports [3] 10153/9
10350/4 10350/9
reprehensible [1]
10209/13
represent [1] 10353/17
representative [1]
10361/18
representatives [2]
10144/21 10361/19
Republic [1] 10348/13
request [5] 10204/7
10223/21 10238/3
10342/20 10343/12
requested [4]
10235/12 10252/16
10253/6 10253/7
requesting [1] 10292/7
requests [1] 10240/5
require [5] 10157/9
10208/5 10226/15
10228/16 10335/18
required [2] 10226/12
10308/15
requirement [10]
10229/22 10229/24
10296/10 10297/8
10297/9 10297/10
10297/13 10297/14
10297/16 10297/18
requirements [3]
10217/13 10217/19
10347/17
requires [2] 10228/2
10228/20
research [1] 10350/24
10356/23
resent [1] 10240/12
reserve [1] 10190/10
resided [1] 10344/5
residents [1] 10346/6
resistance [1] 10158/1
resolved [1] 10359/2
resources [4]
10166/15 10166/17
10166/18 10167/3
respect [13] 10223/9
10268/17 10274/20

**R**

**respect... [10]**
10280/13 10280/13
10292/9 10304/18
10349/24 10353/6
10353/8 10353/15
10358/17 10360/17

**respectfully [5]**
10124/1 10222/22
10255/17 10280/13
10287/22

**respectively [1]**
10361/4

**respond [3]** 10167/4
10167/8 10169/9

**responded [3]**
10190/21 10221/4
10254/10

**responder [1]** 10183/8

**responders [2]**
10160/17 10160/18

**responding [1]**
10196/19

**responds [1]** 10310/24

**response [13]**
10120/10 10123/17
10203/7 10204/6
10204/10 10238/2
10251/15 10301/25
10302/11 10312/8
10315/25 10333/1
10333/3

**responsibility [3]**
10222/14 10338/25
10348/25

**responsible [1]**
10183/9

**rest [14]** 10115/24
10116/6 10143/11
10163/16 10191/22
10283/2 10296/11
10301/7 10317/12
10318/13 10326/4
10338/2 10340/17
10346/7

**restaurant [1]** 10216/5

**restricted [4]** 10152/21
10255/4 10255/6
10255/14

**restroom [1]** 10264/20

**rests [1]** 10353/25

**result [3]** 10210/24
10211/8 10220/18

**resulting [1]** 10148/1

**results [5]** 10138/2
10269/2 10295/17
10304/12 10304/12

**resume [4]** 10189/17
10223/2 10291/4
10335/6

**resuming [1]** 10334/23

**retire [2]** 10308/24
10350/17

**retired [3]** 10143/17
10284/7 10299/12

**retiring [1]** 10352/15

**return [10]** 10231/22
10349/5 10349/15

10353/12 10353/15
10353/16 10355/7
10358/6

**returned [1]** 10348/19

**reveal [1]** 10351/10

**review [3]** 10149/10
10189/6 10281/15

**reviewing [1]** 10352/16

**Revolutionary [2]**
10139/17 10346/17

**Revolutionary War [1]**
10139/17

**rhetoric [2]** 10155/15
10294/20

**rhetorical [1]** 10245/5

**RHODES [91]** 10110/6
10111/2 10114/10
10114/17 10117/16
10136/24 10138/19
10147/4 10147/6
10210/8 10210/18
10211/4 10211/8
10221/1 10250/21
10260/11 10260/23
10261/4 10266/18
10267/2 10267/3
10267/13 10271/17
10271/21 10271/25
10272/2 10274/9
10280/1 10280/20
10295/11 10298/12
10298/15 10298/18
10299/5 10300/11
10302/9 10302/12
10302/16 10302/20
10303/4 10303/6
10305/23 10306/19
10307/18 10309/2
10309/14 10309/18
10309/20 10313/14
10320/14 10320/21
10320/24 10321/1
10324/12 10324/20
10326/7 10326/11
10327/12 10328/10
10328/19 10328/21
10328/24 10329/1
10329/5 10336/7
10338/11 10338/23
10339/8 10339/11
10339/13 10339/15
10339/22 10339/22
10342/1 10342/3
10342/19 10342/22
10342/25 10344/18
10344/24 10345/2
10345/21 10346/7
10346/10 10346/13
10346/19 10346/21
10347/1 10347/3
10347/12 10349/6

**Rhodes' [5]** 10139/8
10210/12 10302/11
10303/10 10342/20

**rich [1]** 10336/14

**Ricky [1]** 10170/20

**rid [2]** 10307/8

**riddled [1]** 10201/12

**ridiculous [2]**
10135/12 10198/22

**riding [1]** 10140/23

**rifle [3]** 10147/14
10314/19 10338/1

**rifles [7]** 10133/19
10314/19 10316/12
10329/8 10338/3
10347/5 10348/4

**right [154]** 10120/6
10120/23 10123/8
10123/11 10124/19
10128/8 10128/14
10130/7 10131/1
10131/3 10131/19
10139/9 10143/24
10147/25 10152/12
10153/14 10161/13
10161/14 10165/1
10165/4 10165/6
10166/10 10166/13
10166/15 10166/25
10167/7 10167/15
10167/21 10167/24
10168/20 10169/3
10169/12 10170/24
10171/16 10171/24
10172/1 10173/11
10173/22 10173/24
10175/6 10175/14
10175/18 10176/11
10176/12 10176/20
10176/21 10177/2
10177/3 10177/19
10177/20 10177/21
10178/16 10179/16
10179/22 10179/24
10179/25 10180/16
10180/16 10180/25
10182/5 10185/5
10186/6 10186/15
10187/11 10189/14
10189/21 10190/10
10191/11 10192/8
10192/14 10193/11
10193/12 10194/10
10194/23 10196/14
10202/2 10203/22
10212/5 10212/23
10214/17 10215/20
10216/18 10222/10
10222/25 10223/1
10223/5 10224/19
10225/21 10226/2
10227/21 10227/25
10228/18 10230/2
10232/15 10238/6
10239/3 10245/8
10245/8 10246/17
10247/2 10247/4
10247/4 10247/10
10249/18 10250/4
10253/17 10257/16
10257/17 10265/20
10266/17 10267/25
10271/6 10272/5

10283/14 10286/13
10287/7 10287/10
10288/17 10290/9
10290/12 10291/2
10291/3 10291/23
10293/5 10293/13
10293/20 10294/4
10294/7 10301/19
10302/14 10303/13
10305/1 10309/4
10309/19 10310/23
10312/25 10317/18
10333/2 10337/3
10339/7 10342/24
10347/7 10348/7
10349/10 10349/11
10358/12 10359/7
10360/6 10360/8
10360/19 10363/10
10363/17

**right-hand [2]** 10212/5
10317/18

**rightfully [1]** 10322/1

**rightly [1]** 10140/10

**rights [2]** 10245/7
10245/17

**riot [7]** 10220/14
10307/14 10317/20
10326/14 10326/14
10339/2 10348/19

**rioter [1]** 10310/24

**rioters [8]** 10153/11
10219/24 10311/5
10319/8 10319/11
10319/17 10319/18
10334/10

**rise [8]** 10189/19
10189/24 10223/7
10225/24 10291/6
10291/25 10292/3
10365/1

**risky [1]** 10343/17

**Ritchie [1]** 10112/12

**River [2]** 10243/23
10252/23

**RMR [2]** 10366/2
10366/8

**road [5]** 10112/3
10227/22 10275/12
10275/19 10275/22

**roads [1]** 10275/13

**Roeper [13]** 10258/18
10258/23 10258/24
10258/24 10259/2
10259/3 10259/20
10259/24 10260/1
10260/9 10260/21
10269/14 10299/11

**Roeper's [1]** 10258/17

**Roger [2]** 10326/5
10333/4

**role [1]** 10303/4

**rolling [1]** 10245/22

**Ronald [1]** 10150/25

**room [26]** 10158/11
10174/6 10180/7
10196/24 10205/2

10224/13 10224/18
10225/4 10225/13
10225/16 10245/18
10271/6 10272/20
10272/22 10306/17
10306/18 10349/15
10350/17 10352/9
10352/15 10354/4
10354/16 10354/19
10364/12

**rooms [2]** 10306/10
10306/16

**Rotunda [11]** 10174/2
10182/1 10182/16
10183/1 10183/1
10199/2 10211/24
10310/22 10311/4
10316/16 10340/24

**roughly [1]** 10181/2

**round [1]** 10338/1

**rounds [1]** 10203/4

**Route [1]** 10275/21

**roving [2]** 10325/19
10325/22

**row [1]** 10175/5

**ruled [1]** 10116/1

**rules [4]** 10347/11
10347/15 10347/17
10349/18

**ruling [1]** 10231/14

**rumors [1]** 10262/22

**run [4]** 10306/7
10306/8 10322/8
10364/18

**runner [2]** 10183/19
10183/19

**running [7]** 10146/22
10178/23 10183/20
10212/24 10295/22
10340/12 10340/25

**runs [2]** 10183/17
10183/19

**rush [3]** 10117/10
10118/6 10321/18

---

**S**

**sacrificed [2]** 10290/1
10356/8

**sacrificing [1]** 10189/9

**safe [2]** 10165/5
10335/7

**safely [1]** 10165/25

**safety [3]** 10140/20
10147/15 10340/8

**said [129]** 10119/21
10119/22 10119/25
10122/16 10122/21
10122/22 10131/16
10135/3 10136/7
10136/21 10137/3
10137/8 10138/4
10145/20 10145/23
10149/17 10150/13
10160/2 10162/5
10194/14 10194/23
10195/6 10195/23
10197/20 10197/23

**said... [104]** 10197/23
10198/13 10198/15
10198/24 10198/25
10202/19 10203/11
10204/9 10205/3
10209/15 10211/11
10213/14 10214/15
10214/25 10215/23
10216/13 10216/21
10219/2 10219/17
10221/4 10226/19
10228/4 10228/14
10229/7 10229/25
10244/23 10245/13
10245/14 10248/15
10254/7 10254/11
10255/23 10256/13
10257/3 10260/2
10260/14 10260/17
10261/1 10263/6
10263/8 10263/21
10264/14 10268/3
10268/6 10268/8
10268/12 10269/4
10271/11 10272/2
10273/2 10273/3
10275/4 10275/15
10275/16 10276/18
10277/5 10278/16
10279/11 10283/1
10287/14 10287/15
10287/16 10288/11
10289/2 10292/10
10293/4 10294/9
10294/23 10296/12
10298/9 10298/10
10302/12 10302/19
10303/1 10303/25
10305/17 10305/19
10308/11 10309/24
10310/14 10312/21
10320/24 10321/1
10321/3 10321/10
10321/21 10323/10
10323/12 10323/19
10325/19 10325/21
10328/22 10328/24
10329/8 10330/10
10331/16 10338/12
10339/14 10339/16
10343/9 10345/4
10346/20 10346/23
10356/10
**sailors [1]** 10303/2
**Salke [7]** 10207/9
10307/12 10317/9
10317/18 10318/6
10318/7 10318/12
**Salke's [1]** 10337/25
**salted [2]** 10168/10
10168/17
**same [46]** 10127/25
10128/1 10129/22
10130/9 10134/5
10135/3 10141/3
10143/9 10143/19
10154/24 10158/7

10202/16 10203/11
10203/24 10205/18
10206/12 10212/1
10212/10 10212/14
10212/14 10212/14
10212/15 10212/18
10227/18 10240/16
10248/8 10252/2
10259/3 10260/16
10270/10 10278/6
10278/8 10303/25
10304/25 10310/21
10313/12 10315/4
10317/13 10329/7
10343/15 10347/17
10347/17 10347/17
10359/14
**Sandra [2]** 10207/6
10216/15
**Sandra Parker [1]**
10216/15
**Sandra Parker's [1]**
10207/6
**Sandy [1]** 10306/22
**sat [7]** 10286/5
10300/18 10303/15
10304/22 10309/6
10310/10 10325/20
**save [1]** 10318/8
**saver [1]** 10241/12
**saving [2]** 10318/12
10348/13
**saw [45]** 10132/14
10133/12 10134/9
10134/18 10135/16
10135/17 10136/2
10136/22 10137/24
10149/1 10154/6
10159/1 10178/24
10182/15 10183/23
10202/1 10207/8
10208/14 10208/15
10208/18 10215/25
10216/17 10241/18
10257/16 10257/19
10257/19 10259/3
10259/4 10259/17
10259/18 10272/3
10272/3 10272/3
10272/4 10287/25
10295/23 10299/22
10301/9 10301/12
10304/4 10304/6
10321/20 10331/1
10331/1 10346/11
**say [81]** 10119/14
10121/16 10122/4
10126/20 10127/3
10129/9 10136/1
10136/6 10146/13
10147/23 10149/8
10158/8 10170/3
10174/9 10180/25
10182/2 10194/11
10194/17 10194/25
10195/8 10195/10
10195/20 10196/25

10197/14 10197/15
10199/24 10204/19
10205/14 10206/12
10207/13 10211/9
10211/14 10213/1
10213/16 10214/6
10215/18 10217/4
10217/8 10219/20
10220/10 10221/1
10221/6 10221/6
10224/12 10224/17
10224/23 10228/24
10229/1 10229/1
10229/15 10229/16
10230/21 10232/6
10232/13 10250/13
10258/4 10261/19
10262/25 10264/12
10268/16 10270/23
10271/9 10276/17
10277/2 10277/14
10277/16 10280/22
10283/6 10283/22
10290/11 10296/1
10312/24 10334/25
10340/19 10345/21
10346/19 10346/21
10360/10 10363/21
**saying [36]** 10115/12
10118/24 10139/8
10146/24 10156/22
10161/16 10161/24
10162/11 10180/24
10197/3 10199/15
10202/19 10203/9
10203/10 10204/19
10206/14 10219/16
10229/21 10248/13
10250/21 10252/7
10252/24 10252/24
10252/25 10253/1
10258/7 10258/7
10258/9 10261/4
10277/22 10285/12
10285/18 10286/1
10288/7 10289/6
10320/15
**says [39]** 10146/13
10146/15 10146/17
10170/9 10170/10
10170/11 10183/24
10183/25 10196/21
10196/22 10196/23
10203/24 10204/3
10204/7 10205/11
10215/8 10217/13
10219/14 10219/19
10221/17 10232/14
10238/2 10245/20
10248/18 10249/21
10251/15 10252/5
10252/19 10254/8
10261/20 10263/10
10264/2 10264/16
10279/15 10289/13
10310/24 10333/1
10333/3 10341/1

10338/17
**scale [1]** 10153/11
**scaling [1]** 10339/11
**scare [1]** 10302/12
**scared [2]** 10323/21
10344/2
**scarf [1]** 10169/1
**scary [8]** 10136/4
10137/17 10139/17
10155/17 10156/18
10156/9 10156/25
10157/1
**scenario [2]** 10221/16
10318/23
**scene [5]** 10170/16
10172/25 10257/1
10257/4 10257/5
**scenes [1]** 10340/9
**scheduled [2]**
10125/11 10148/2
**school [2]** 10139/12
10237/15
**scratching [1]** 10160/7
**screamed [1]** 10340/4
**screeching [1]**
10219/15
**screen [7]** 10165/3
10179/22 10182/13
10241/12 10249/19
10316/24 10317/7
**screens [1]** 10136/9
**screenshot [1]**
10334/6
**screenshots [1]**
10184/11
**screws [1]** 10264/23
**Scroll [1]** 10204/17
**scurrying [1]** 10338/22
**sealing [1]** 10338/21
**search [6]** 10242/3
10247/22 10247/23
10270/5 10270/8
10270/25
**searched [3]** 10253/15
10263/20 10314/20
**seat [3]** 10233/13
10291/12 10356/12
**seated [8]** 10131/24
10189/25 10192/14
10225/25 10233/16
10292/4 10293/13
10358/12
**seats [1]** 10356/3
**second [28]** 10115/16
10145/18 10155/6
10155/7 10157/25
10162/19 10187/16
10210/20 10217/24
10219/5 10224/5
10224/25 10240/11
10241/6 10242/22
10248/19 10248/21
10249/1 10249/11
10279/8 10298/25
10327/24 10329/16
10335/13 10336/8
10339/3 10344/17

**seconds [9]** 10123/9
10170/18 10179/14
10179/15 10179/17
10179/23 10181/3
10196/25 10247/11
**secret [2]** 10335/4
10347/3
**section [2]** 10125/11
10254/13
**secured [2]** 10158/17
10298/19
**security [30]** 10125/9
10135/21 10140/14
10140/19 10141/13
10143/4 10145/10
10147/24 10148/18
10148/24 10154/11
10154/22 10165/2
10165/24 10166/11
10166/22 10167/7
10167/9 10167/10
10167/21 10169/18
10224/12 10225/3
10323/18 10324/20
10325/8 10325/9
10325/23 10326/2
10354/15
**sedition [4]** 10311/23
10315/1 10323/16
10349/2
**seditious [6]** 10129/8
10155/25 10156/4
10220/6 10220/9
10307/25
**see [138]** 10122/6
10122/22 10131/24
10135/8 10135/18
10136/2 10138/21
10145/2 10145/23
10149/18 10155/14
10158/24 10158/24
10159/1 10159/13
10159/16 10161/12
10161/14 10161/20
10164/3 10164/5
10164/22 10165/3
10165/4 10165/21
10166/21 10167/3
10167/14 10167/15
10167/21 10167/23
10167/25 10168/19
10169/19 10170/17
10170/19 10171/1
10171/2 10171/3
10171/4 10171/18
10171/25 10172/3
10172/10 10173/5
10173/22 10173/25
10175/14 10176/15
10177/22 10177/22
10179/24 10180/7
10180/9 10180/19
10180/21 10181/8
10181/18 10182/6
10182/7 10182/9
10182/20 10182/22
10183/17 10184/10

10415

**see... [73]** 10185/5
10185/9 10185/15
10187/18 10188/1
10188/15 10188/16
10189/18 10189/21
10191/12 10193/12
10193/23 10197/23
10198/8 10198/23
10201/19 10203/16
10206/1 10211/10
10211/13 10213/23
10215/15 10217/1
10217/11 10218/1
10221/19 10223/6
10223/14 10223/22
10224/17 10224/21
10225/21 10239/19
10239/21 10240/10
10243/1 10243/7
10249/20 10250/7
10254/9 10254/14
10255/5 10255/25
10257/21 10258/10
10258/11 10258/15
10258/25 10258/25
10259/2 10259/8
10259/9 10269/4
10269/6 10273/1
10273/18 10276/16
10291/5 10291/23
10316/18 10316/19
10316/23 10317/5
10317/6 10317/17
10317/18 10337/2
10338/1 10354/22
10358/4 10358/8
10364/22 10364/24

**seeing [9]** 10161/8
10178/22 10257/15
10257/15 10258/2
10258/2 10258/5
10333/17 10342/14

**seek [2]** 10117/25
10252/11

**seem [5]** 10164/11
10168/20 10263/16
10271/13 10288/8

**seems [6]** 10117/13
10120/14 10129/17
10165/9 10266/5
10266/8

**seen [24]** 10124/7
10128/11 10137/5
10159/24 10173/10
10176/18 10179/7
10184/12 10185/16
10192/23 10193/22
10197/12 10199/3
10218/7 10218/16
10222/6 10222/11
10258/13 10268/24
10288/3 10288/3
10306/2 10306/3
10306/14

**sees [3]** 10169/9
10175/11 10175/17

**segment [1]** 10190/8

**seize [1]** 10295/24

**seized [3]** 10277/20
10280/11 10295/24

**seizing [1]** 10280/4

**seizures [1]** 10144/24

**select [2]** 10349/16
10349/18

**selected [2]** 10356/4
10356/12

**selecting [1]** 10349/22

**selection [2]** 10356/2
10360/18

**self [1]** 10312/8

**self-serving [1]**
10312/8

**selfie [1]** 10255/10

**semper [1]** 10338/14

**Senate [15]** 10154/6
10211/24 10218/25
10257/17 10257/19
10300/10 10310/11
10310/12 10312/13
10332/14 10334/17
10334/18 10338/8
10338/8 10342/12

**senator [5]** 10165/13
10312/19 10312/20
10313/5 10313/5

**Senator Lindsey**
**Graham [1]** 10312/19

**senators [2]** 10300/10
10312/14

**send [12]** 10189/13
10237/15 10240/6
10240/7 10240/8
10247/1 10270/9
10270/14 10310/5
10351/2 10355/6
10355/19

**sending [8]** 10223/19
10223/25 10251/10
10251/15 10292/10
10301/7 10332/15
10354/4

**sends [1]** 10269/20
10270/8

**senior [1]** 10289/20

**sense [30]** 10122/22
10131/12 10149/4
10151/7 10157/20
10181/1 10184/16
10184/17 10203/8
10206/15 10211/20
10212/23 10213/18
10214/6 10219/5
10219/9 10229/19
10230/1 10252/22
10260/7 10272/25
10274/8 10296/24
10304/10 10307/22
10323/8 10331/25
10334/20 10343/21
10352/11

**sensibilities [1]**
10138/5

**sent [24]** 10148/15
10166/17 10166/18
10234/19 10235/1

**seized [3]** 10277/20
10237/1 10237/6
10237/8 10238/4
10240/15 10244/9
10250/20 10270/25
10272/11 10282/13
10282/16 10322/16
10329/12 10331/7
10336/6 10344/7
10344/14

**sentence [5]** 10144/10
10224/5 10249/21
10298/5 10353/25

**sentencing [1]**
10146/3

**sentiment [1]** 10231/8

**separate [4]** 10196/6
10270/22 10352/21
10353/2

**separately [1]**
10352/25

**separation [1]** 10364/9

**September [2]**
10133/14 10134/12

**sequence [2]** 10211/24
10322/22

**Serbian [5]** 10279/18
10279/18 10279/22
10298/13 10328/10

**Sergeant [6]** 10132/8
10143/16 10145/12
10146/6 10168/7
10168/21

**Sergeants [1]**
10168/20

**series [4]** 10116/23
10201/17 10240/4
10270/2

**serious [1]** 10247/9

**seriously [3]** 10151/21
10247/15 10289/18

**seriousness [2]**
10310/18 10311/7

**service [7]** 10264/22
10289/24 10289/25
10290/24 10335/4
10335/22 10357/4

**service-connected [1]**
10289/24

**serving [1]** 10312/8

**session [7]** 10157/7
10294/15 10308/5
10334/24 10335/9
10335/10 10348/20

**set [8]** 10135/8
10150/22 10184/5
10217/5 10217/8
10267/13 10282/13
10282/16

**setting [1]** 10211/12

**settings [2]** 10116/25
10117/1

**seven [8]** 10153/4
10167/10 10167/12
10234/2 10253/23
10286/17 10296/18
10364/13

**seven weeks [1]**

**several [11]** 10142/9
10149/14 10154/7
10154/9 10154/24
10256/10 10257/8
10294/22 10298/24
10315/23 10343/20

**severely [1]** 10155/10

**sex [2]** 10344/23
10344/25

**sexual [1]** 10138/15

**sexually [1]** 10138/6

**shadow [1]** 10159/3

**shame [2]** 10200/1
10219/20

**shape [2]** 10180/23
10181/1

**sharing [1]** 10298/19

**Sharon [2]** 10244/22
10264/16

**shattered [1]** 10132/25

**shaved [1]** 10163/24

**Shawn [1]** 10249/21

**she [217]** 10119/21
10119/22 10122/22
10135/1 10135/2
10136/25 10137/3
10137/10 10137/10
10151/23 10192/9
10194/14 10194/15
10194/15 10194/18
10194/18 10194/23
10194/23 10194/25
10195/1 10195/2
10195/3 10195/3
10195/4 10195/17
10195/21 10195/23
10196/12 10196/18
10196/20 10196/22
10196/22 10197/3
10197/5 10197/19
10197/20 10197/21
10197/24 10198/2
10198/19 10198/21
10198/22 10198/25
10199/6 10199/11
10199/17 10199/18
10199/22 10199/23
10200/1 10200/2
10200/2 10200/7
10200/8 10200/11
10200/13 10201/4
10201/5 10201/6
10203/16 10204/1
10204/22 10204/22
10204/24 10204/25
10205/1 10205/1
10205/10 10205/11
10205/14 10206/11
10206/24 10208/10
10208/18 10208/19
10208/21 10208/25
10211/4 10211/5
10214/25 10215/11
10215/12 10215/15
10215/21 10215/24
10215/24 10216/1
10216/3 10216/3

**several [11]** 10216/21 10216/25
10218/18 10218/22
10219/2 10219/3
10219/14 10219/17
10219/18 10219/19
10219/19 10219/24
10222/12 10222/13
10222/14 10222/12
10222/21 10222/23
10249/23 10263/8
10264/18 10264/19
10264/20 10274/19
10274/20 10274/21
10274/23 10274/24
10274/24 10275/1
10275/12 10275/15
10275/15 10275/16
10275/16 10275/17
10275/20 10285/7
10287/16 10287/16
10287/17 10290/3
10296/12 10296/12
10296/13 10299/20
10299/21 10299/21
10303/17 10303/17
10303/18 10303/18
10310/10 10310/11
10310/12 10310/13
10310/14 10310/15
10310/15 10310/16
10310/17 10310/17
10310/20 10310/20
10310/24 10311/4
10311/8 10311/8
10311/8 10311/9
10311/10 10311/11
10311/11 10311/12
10311/12 10311/14
10311/15 10311/18
10311/18 10312/1
10312/4 10312/8
10312/12 10312/13
10314/6 10314/8
10315/8 10315/11
10315/12 10315/14
10315/15 10315/16
10331/17 10332/23
10332/24 10333/1
10333/3 10333/5
10333/14 10333/15
10333/16 10333/17
10333/18 10333/18
10333/18 10334/1
10334/3 10334/16
10334/18 10334/18
10336/16 10336/20
10338/6 10340/21
10341/22 10341/25
10341/25 10342/6
10342/12 10342/13
10342/13 10343/7
10343/9 10343/9
10345/9 10345/11

**she's [32]** 10137/1
10137/2 10177/21
10178/5 10181/14
10184/16 10196/19

she's... [25] 10197/3
10199/13 10199/23
10200/12 10204/19
10204/20 10205/12
10208/22 10208/22
10208/23 10214/25
10216/22 10216/25
10219/10 10219/15
10219/15 10219/16
10219/25 10274/14
10310/22 10311/4
10311/13 10331/19
10333/12 10333/13
Shenandoah [2]
10243/23 10246/6
Shermichael [1]
10212/5
shift [1] 10121/11
shirt [2] 10150/24
10158/13
shirts [1] 10225/6
shit [2] 10302/13
10342/14
shitting [1] 10338/13
shocking [2] 10221/7
10276/23
shoes [2] 10264/17
10264/19
shooting [7] 10121/20
10123/18 10123/20
10256/19 10256/21
10256/24 10313/23
shop [1] 10333/6
short [3] 10176/2
10293/18 10316/12
shorter [1] 10188/17
shortly [4] 10153/12
10157/13 10189/18
10291/5
shot [5] 10143/13
10146/21 10188/17
10216/14 10347/1
shots [4] 10121/5
10121/7 10329/3
10329/7
should [59] 10127/16
10133/9 10146/15
10146/17 10152/15
10164/2 10170/9
10170/11 10173/16
10173/17 10183/13
10191/10 10194/9
10204/13 10219/17
10219/20 10222/21
10222/23 10224/14
10225/14 10229/9
10233/1 10234/7
10235/20 10237/20
10240/2 10260/8
10278/7 10308/23
10338/3 10338/13
10344/23 10349/14
10349/15 10349/18
10351/4 10351/12
10351/19 10351/21
10351/22 10352/1
10352/2 10352/25

10353/7 10353/23
10354/1 10354/2
10354/17 10355/6
10355/12 10355/13
10355/22 10357/12
10360/6 10361/15
10364/6 10364/7
shoulder [2] 10214/17
10265/1
shouldn't [6] 10189/3
10214/23 10222/11
10270/23 10275/10
10360/11
shouting [3] 10159/15
10208/13 10361/16
shove [1] 10171/1
shoved [1] 10317/10
show [40] 10119/12
10119/16 10127/22
10153/3 10156/16
10158/23 10159/24
10162/24 10164/9
10165/8 10165/11
10166/8 10171/17
10172/7 10173/3
10173/13 10175/8
10181/25 10187/24
10193/10 10201/21
10203/6 10203/7
10203/12 10205/18
10207/17 10209/18
10209/20 10211/22
10226/18 10248/20
10259/12 10286/20
10294/25 10295/1
10299/4 10300/2
10322/8 10322/15
10340/18
showed [23] 10118/9
10136/15 10141/8
10149/13 10152/5
10152/9 10154/4
10155/21 10167/1
10170/15 10189/1
10201/21 10209/12
10211/23 10215/22
10241/13 10244/18
10259/11 10269/8
10271/10 10306/25
10313/21 10324/22
shower [1] 10136/15
showing [8] 10151/6
10154/1 10159/11
10183/14 10190/5
10337/6 10337/6
10340/10
shown [11] 10127/22
10152/20 10154/17
10158/1 10163/8
10190/12 10198/12
10201/17 10272/16
10273/17 10297/22
shows [14] 10159/3
10163/23 10188/19
10202/6 10218/16
10241/12 10255/4
10269/18 10287/8

10336/1 10340/19
10342/3
shuffled [1] 10189/2
shut [1] 10141/2
shuts [1] 10125/14
sic [4] 10170/21
10178/7 10190/7
10338/13
sick [2] 10213/8
10271/14
side [23] 10115/6
10146/23 10150/14
10151/18 10152/25
10154/6 10154/25
10155/1 10157/15
10157/17 10171/10
10172/8 10183/2
10222/13 10258/23
10300/11 10300/11
10300/12 10300/12
10300/14 10317/18
10331/2 10358/19
sides [5] 10256/22
10256/22 10328/12
10328/13 10364/1
siege [1] 10312/4
Siekerman [3]
10148/11 10250/22
10345/25
sign [2] 10355/21
10355/22
signal [31] 10135/5
10135/16 10135/17
10136/4 10139/23
10172/14 10203/17
10251/6 10266/17
10298/18 10299/18
10299/24 10299/25
10301/12 10301/23
10302/9 10313/17
10314/1 10314/2
10314/5 10314/6
10314/7 10314/25
10315/3 10317/13
10321/2 10331/24
10336/15 10336/16
10336/24 10344/4
signed [4] 10140/13
10351/2 10351/5
10358/18
significant [6]
10166/17 10246/12
10256/25 10288/22
10303/23 10336/2
signs [1] 10183/14
silent [1] 10245/9
silhouette [1] 10134/8
silhouettes [2]
10133/22 10134/5
silly [4] 10268/21
10268/21 10272/1
10272/1
similar [1] 10270/10
similarly [2] 10150/16
10150/16
simple [7] 10126/10
10132/15 10157/19

10298/5 10326/15
simply [11] 10129/17
10144/13 10205/21
10214/4 10269/25
10291/14 10314/2
10326/23 10327/20
10328/2 10329/15
simultaneous [1]
10327/3
since [14] 10115/2
10115/18 10118/14
10138/12 10142/12
10142/12 10144/7
10216/25 10242/2
10242/12 10271/25
10306/14 10356/10
10356/19
singing [3] 10173/4
10174/7 10208/16
single [24] 10137/23
10137/25 10148/12
10148/15 10148/19
10148/20 10149/18
10153/15 10153/25
10156/12 10156/13
10177/11 10185/17
10205/10 10213/13
10220/5 10241/23
10243/24 10254/3
10266/18 10281/17
10281/23 10290/5
10324/17
single-spaced [1]
10254/3
Singleton [1] 10212/6
singling [1] 10229/3
Siniff [8] 10246/11
10246/14 10246/16
10342/18 10342/19
10342/22 10342/23
10360/5
Siniff's [1] 10342/16
sir [8] 10254/10
10261/11 10270/13
10279/4 10279/16
10281/14 10281/22
10282/2
sit [3] 10228/20
10331/25 10348/25
sitting [16] 10135/7
10154/19 10202/5
10207/24 10216/25
10219/25 10223/22
10228/10 10280/4
10299/15 10302/3
10305/16 10309/4
10332/22 10342/24
10362/8
situation [8] 10122/5
10125/8 10147/20
10169/11 10184/23
10199/16 10214/12
10310/19
situations [1] 10159/9
six [6] 10133/13
10137/21 10138/11
10167/10 10167/11

sixth [1] 10329/1
skeptical [1] 10148/7
skepticism [1] 10147/9
skill [1] 10364/15
skip [1] 10135/19
skipped [1] 10140/12
skirmish [1] 10184/5
skulls [2] 10157/16
10160/25
Sleep [1] 10252/5
sleeping [1] 10147/14
slide [44] 10137/20
10190/12 10201/25
10202/7 10202/12
10202/15 10202/17
10202/18 10202/22
10203/15 10203/17
10203/23 10203/25
10204/2 10204/5
10204/15 10205/16
10206/7 10206/22
10207/10 10209/2
10209/4 10209/6
10210/2 10210/5
10211/2 10211/21
10211/25 10212/9
10213/24 10214/1
10214/20 10215/14
10216/7 10216/11
10216/16 10216/17
10217/15 10250/14
10250/24 10251/23
10255/2 10277/15
10277/18
slides [8] 10134/16
10134/18 10134/23
10139/16 10163/4
10203/1 10250/2
10277/10
slightly [2] 10232/9
10236/22
slow [2] 10138/11
10309/24
small [3] 10224/11
10340/24 10357/2
smaller [1] 10133/6
smart [1] 10274/19
smarter [1] 10309/21
smashing [1] 10319/12
smile [1] 10310/25
smiling [1] 10199/14
Smith [2] 10267/1
10317/15
smoke [1] 10311/6
smoking [3] 10145/24
10162/9 10311/5
snapped [1] 10288/16
sneak [1] 10176/1
sniper [1] 10289/15
so [234] 10115/4
10115/24 10116/6
10116/14 10116/19
10117/7 10117/17
10118/4 10119/5
10119/20 10119/25
10122/11 10123/23
10124/15 10126/18

**so... [219]** 10127/6
10127/14 10128/7
10128/11 10130/3
10130/4 10130/7
10130/14 10132/1
10132/3 10134/3
10138/10 10141/9
10142/14 10148/7
10149/4 10149/20
10152/18 10156/1
10157/1 10159/25
10164/17 10164/24
10165/18 10166/10
10166/20 10171/6
10171/20 10172/24
10173/1 10173/19
10177/18 10177/24
10180/4 10180/6
10180/12 10181/2
10182/7 10182/20
10183/22 10184/3
10184/22 10187/6
10187/20 10189/1
10189/17 10189/17
10190/9 10191/2
10192/9 10194/8
10197/7 10198/11
10200/10 10200/23
10200/23 10201/25
10202/14 10204/12
10206/16 10206/23
10208/8 10208/25
10209/20 10210/1
10210/14 10211/3
10213/2 10216/8
10216/19 10216/23
10217/1 10217/10
10218/3 10218/6
10218/12 10218/24
10219/3 10219/10
10221/12 10221/23
10223/11 10223/13
10223/18 10223/23
10223/24 10224/5
10224/25 10225/7
10226/7 10227/16
10227/19 10229/21
10232/4 10232/15
10233/18 10234/9
10234/22 10236/10
10236/18 10237/5
10240/1 10240/10
10240/15 10240/21
10244/13 10244/25
10246/15 10248/1
10248/20 10248/25
10249/7 10249/9
10249/13 10249/18
10249/23 10250/3
10250/13 10250/24
10251/1 10251/2
10251/9 10251/13
10252/18 10253/4
10254/4 10254/24
10254/24 10255/17
10257/6 10258/3
10258/6 10259/15

10265/5 10265/11
10267/7 10268/8
10268/8 10269/23
10270/8 10270/11
10271/7 10271/12
10271/16 10271/24
10274/3 10274/16
10275/24 10277/18
10278/18 10279/11
10279/16 10279/20
10279/20 10279/24
10281/12 10284/14
10284/17 10284/19
10285/5 10285/5
10287/8 10287/19
10287/22 10288/4
10289/11 10291/10
10292/17 10292/20
10292/25 10293/15
10304/3 10306/14
10309/12 10311/8
10311/11 10311/25
10312/12 10313/2
10317/17 10320/25
10322/20 10324/6
10326/6 10331/2
10331/20 10331/21
10333/14 10338/4
10340/7 10341/9
10344/9 10345/13
10348/3 10348/9
10350/7 10351/19
10352/2 10356/6
10357/6 10357/20
10357/22 10358/4
10358/22 10359/2
10359/17 10360/1
10360/11 10360/15
10360/19 10361/14
10361/25 10362/3
10362/16 10363/1
10363/6 10364/21
**so I think [10]**
10116/14 10127/6
10223/13 10223/18
10223/21 10236/18
10258/6 10278/18
10292/25 10359/17
**So it's [1]** 10189/17
**so this is [5]** 10164/17
10171/20 10202/14
10262/10 10285/5
**so-called [1]** 10152/18
**soaking [1]** 10184/16
**soap [1]** 10136/16
**social [2]** 10142/12
10281/15
**society [1]** 10201/12
**sofa [1]** 10202/5
**sold [2]** 10150/21
10220/21
**soldiers [1]** 10303/2
**sole [2]** 10145/9
10327/1
**solely [4]** 10350/10
10352/4 10353/25
10354/1

10348/25
**solitary [3]** 10241/23
10281/17 10281/23
**solving [1]** 10173/7
**somber [2]** 10310/13
10311/1
**somberness [1]**
10311/7
**some [62]** 10117/18
10120/18 10128/7
10128/13 10130/15
10135/3 10146/5
10147/8 10147/9
10153/13 10153/19
10156/17 10157/1
10158/8 10159/11
10162/1 10172/18
10183/12 10193/3
10193/4 10193/11
10196/13 10197/7
10197/16 10198/22
10201/17 10201/19
10204/25 10205/17
10209/18 10212/23
10225/6 10231/20
10237/19 10244/15
10257/18 10258/6
10258/13 10258/13
10261/17 10269/12
10269/17 10280/19
10280/21 10282/4
10282/9 10282/9
10293/17 10306/2
10309/16 10316/13
10321/11 10322/14
10327/16 10335/22
10336/15 10340/8
10349/12 10350/3
10355/5 10358/22
10360/24
**somebody [34]**
10125/16 10147/10
10149/6 10167/25
10169/9 10169/24
10171/25 10172/19
10178/2 10178/3
10180/9 10207/19
10208/4 10214/11
10218/23 10219/13
10228/11 10228/15
10237/16 10242/24
10245/6 10245/10
10245/15 10245/16
10247/23 10247/25
10248/14 10269/20
10273/7 10283/23
10284/9 10325/4
10343/13 10344/8
**somebody's [2]**
10117/18 10289/17
**somehow [10]**
10118/19 10125/4
10158/16 10158/22
10247/8 10263/1
10313/20 10323/21
10330/6 10338/25
**someone [12]**

10207/25 10219/7
10220/9 10253/1
10277/9 10311/17
10325/16 10333/1
10333/3 10344/6
**something [60]**
10115/6 10115/12
10118/16 10122/3
10126/5 10130/18
10140/5 10146/6
10148/7 10169/7
10169/13 10177/13
10181/18 10181/20
10181/20 10181/23
10186/11 10190/23
10196/21 10196/22
10196/23 10197/18
10197/20 10211/17
10220/14 10222/17
10224/24 10226/11
10229/3 10235/3
10236/3 10236/12
10237/23 10237/24
10239/5 10239/25
10243/13 10244/23
10244/25 10252/15
10252/25 10253/13
10256/22 10257/15
10262/5 10262/7
10263/3 10265/7
10268/20 10269/15
10269/18 10269/24
10276/8 10279/25
10290/7 10311/18
10324/16 10356/18
**sometimes [5]**
10201/22 10201/23
10264/19 10264/20
10336/5
**somewhere [2]**
10154/20 10165/5
**song [2]** 10208/17
10208/17
**soon [4]** 10223/6
10330/18 10350/14
10364/24
**SoRelle [1]** 10320/21
**sorry [14]** 10125/18
10131/2 10165/17
10190/16 10219/20
10236/8 10239/13
10254/7 10297/12
10310/14 10343/4
10343/9 10359/18
10360/2
**sort [14]** 10117/14
10117/17 10118/16
10118/18 10119/5
10126/21 10128/19
10226/10 10226/11
10228/1 10230/14
10230/18 10278/2
10325/22
**sorts [1]** 10320/17
**sought [3]** 10265/23
10270/3 10288/25

**sound [10]** 10169/24
10170/2 10245/6
10245/10 10247/23
10247/24 10248/1
10260/5 10277/9
10285/23
**sounding [1]** 10139/17
**sounds [4]** 10195/24
10201/5 10273/7
10276/12
**source [3]** 10239/18
10239/19 10239/24
**sources [3]** 10251/16
10251/16 10251/19
**south [1]** 10300/8
**space [1]** 10223/11
**spaced [1]** 10254/3
**spare [1]** 10205/19
**spartans [1]** 10312/2
**speak [6]** 10245/18
10251/17 10276/16
10325/24 10349/25
10362/2
**speaker [5]** 10148/2
10300/9 10325/11
10340/8 10347/8
**Speaker's [1]** 10340/13
**speakers [6]** 10140/20
10165/12 10165/13
10167/22 10332/4
10332/6
**speaking [4]** 10150/9
10161/12 10187/11
10333/10
**speaks [4]** 10115/25
10116/14 10236/23
10245/9
**special [23]** 10128/18
10129/4 10129/19
10130/8 10134/7
10135/22 10142/4
10142/10 10148/12
10160/1 10167/12
10185/4 10195/9
10197/18 10208/7
10217/4 10226/18
10285/9 10331/17
10340/7 10340/10
10340/16 10340/25
**Special Agent [5]**
10148/12 10185/4
10340/7 10340/16
10340/25
**Special Agent Eller [3]**
10195/9 10197/18
10331/17
**Special Agent Harris
[1]** 10217/4
**Special Agent Palian
[2]** 10135/22 10167/12
**specific [18]** 10148/20
10207/16 10207/22
10208/3 10226/10
10227/2 10228/8
10228/14 10228/20
10229/4 10234/17
10277/23 10277/24
10278/15 10280/7

**specific... [3]** 10280/18
10296/6 10349/18
**specific-intent [2]**
10207/16 10227/2
**specifically [13]**
10234/17 10234/20
10244/22 10249/23
10256/13 10266/2
10278/3 10278/5
10280/6 10280/7
10280/19 10332/9
10341/23
**specter [1]** 10133/18
**speed [2]** 10117/19
10322/4
**spell [1]** 10297/3
**spend [4]** 10141/1
10147/19 10221/21
10222/8
**spending [1]** 10221/25
**spent [7]** 10143/11
10143/18 10144/1
10144/5 10145/7
10146/1 10244/2
**spin [1]** 10222/8
**spineless [1]** 10345/11
**spitting [1]** 10206/5
**split [4]** 10260/10
10260/22 10266/25
10266/25
**spoke [3]** 10152/7
10198/3 10302/18
**spokesperson [1]**
10349/17
**Spontaneous [1]**
10220/5
**sport [1]** 10165/2
**spouses [1]** 10290/2
**spray [11]** 10125/6
10215/23 10216/3
10307/1 10307/1
10310/11 10310/21
10317/10 10319/16
10319/16 10319/18
**sprayed [4]** 10121/9
10121/21 10125/6
10317/11
**spraying [1]** 10176/24
**spread [1]** 10154/12
**spree [1]** 10313/23
**squarely [1]** 10117/1
**Sr [1]** 10112/11
**stack [15]** 10122/15
10122/24 10163/15
10176/18 10287/9
10287/24 10296/12
10303/18 10303/24
10307/18 10316/24
10324/23 10325/2
10326/4 10338/10
**Stack 1 [4]** 10122/15
10296/12 10324/23
10338/10
**Stack 2 [2]** 10307/18
10326/4
**stacked [2]** 10167/2
10205/2

**stacks [3]** 10163/17
10163/18 10213/7
10213/8 10213/23
**staff [2]** 10143/16
10340/8
**staffers [1]** 10340/11
**stage [12]** 10140/21
10141/6 10141/7
10145/20 10152/2
10165/23 10165/24
10168/6 10334/9
10335/12 10338/15
10339/5
**stairs [10]** 10125/5
10125/15 10150/18
10173/19 10176/8
10185/2 10185/5
10188/16 10189/5
10338/18
**stairwells [2]** 10340/19
10340/22
**stake [1]** 10173/18
**stakes [1]** 10364/2
**Stamey [20]** 10248/16
10250/7 10250/8
10250/10 10251/3
10251/14 10251/18
10251/25 10252/9
10252/11 10252/19
10253/7 10299/13
10299/14 10306/7
10317/16 10327/15
10337/9 10337/10
10337/15
**stand [41]** 10132/7
10132/19 10144/12
10145/7 10159/8
10161/18 10194/11
10194/19 10195/3
10197/17 10200/5
10203/16 10209/5
10213/13 10262/15
10290/18 10293/9
10300/18 10302/4
10303/16 10304/22
10305/17 10309/9
10309/7 10309/14
10310/10 10311/14
10311/19 10311/24
10312/18 10324/21
10325/21 10328/13
10332/1 10332/22
10339/6 10339/14
10341/11 10341/22
10346/20 10352/10
**standing [12]**
10145/23 10161/21
10174/19 10177/5
10181/12 10184/8
10199/13 10253/2
10322/11 10339/7
10339/7 10339/15
**standpoint [1]**
10211/16
**stands [3]** 10292/1
10348/15 10365/3
**stanley [3]** 10112/2
10112/5 10114/18

**stanzas [5]** 10127/5
**Star [1]** 10186/11
**start [14]** 10114/25
10135/10 10187/12
10234/10 10235/5
10292/8 10312/16
10322/19 10346/8
10346/10 10346/17
10357/25 10359/13
10360/18
**started [14]** 10132/1
10132/3 10146/22
10173/23 10186/15
10186/16 10187/1
10219/19 10250/12
10257/8 10262/9
10268/11 10293/5
10330/14
**starting [5]** 10169/13
10179/4 10295/11
10304/18 10316/22
**starts [1]** 10173/14
**starve [1]** 10346/6
**state [5]** 10146/5
10200/11 10208/7
10321/24 10321/25
**stated [4]** 10140/2
10144/8 10150/10
10165/14
**statement [9]**
10115/19 10118/5
10119/19 10133/17
10135/11 10142/8
10298/5 10303/16
10345/8
**statements [16]**
10116/23 10117/23
10118/1 10118/4
10118/15 10119/20
10120/18 10150/6
10201/15 10295/5
10295/9 10295/9
10312/4 10326/21
10358/24 10358/25
**states [32]** 10110/1
10110/3 10110/10
10114/9 10117/2
10117/4 10117/6
10133/21 10133/24
10150/15 10208/6
10228/17 10231/15
10254/19 10255/11
10256/24 10267/20
10278/10 10278/15
10279/14 10280/7
10280/19 10281/19
10281/25 10296/5
10296/7 10301/22
10302/24 10303/19
10322/12 10343/22
10349/2
**status [2]** 10333/15
10359/3
**statute [1]** 10236/23
**stay [4]** 10162/14
10224/18 10276/8

**stayed [4]** 10273/20
10273/25 10300/14
10340/1
**staying [4]** 10158/15
10273/21 10273/24
10276/10
**Steal [2]** 10332/5
10332/19
**Steele [1]** 10212/11
**stenography [1]**
10113/6
**step [4]** 10147/22
10151/23 10175/23
10293/8
**Stephen [2]** 10141/6
10325/7
**stepped [1]** 10335/19
**steps [31]** 10123/19
10146/12 10146/23
10148/25 10149/3
10149/5 10150/14
10174/13 10174/16
10176/15 10177/5
10177/21 10178/5
10178/6 10178/11
10178/12 10178/17
10179/5 10179/11
10181/22 10181/23
10187/3 10187/4
10187/6 10187/6
10188/17 10206/4
10207/7 10214/7
10288/17 10316/18
**STEWART [31]**
10110/6 10111/2
10114/10 10138/19
10147/4 10250/21
10260/11 10260/23
10266/18 10267/2
10267/3 10271/17
10271/21 10271/25
10280/20 10295/11
10298/12 10302/9
10302/16 10302/20
10303/4 10305/23
10307/18 10309/14
10309/20 10326/7
10342/1 10342/3
10344/18 10347/12
10349/6
**Stewart Rhodes [28]**
10138/19 10147/4
10250/21 10260/11
10260/23 10266/18
10267/2 10267/3
10271/17 10271/21
10271/25 10280/20
10302/9 10302/16
10302/16 10303/4
10305/23 10307/18
10309/14 10309/20
10326/7 10342/1
10342/3 10344/18
10347/12 10349/6
**sticking [3]** 10296/13
10296/16 10296/16

10130/21 10153/19
10167/5 10177/21
10178/5 10178/6
10178/11 10178/12
10178/17 10178/17
10179/10 10187/7
10187/19 10188/6
10202/9 10240/13
10242/1 10297/4
10306/3 10310/21
10317/2 10327/7
10334/12 10335/8
10335/10 10348/15
10356/23
**stimuli [1]** 10181/13
**stink [1]** 10248/11
**stipulated [1]** 10363/4
**stipulation [1]**
10255/12
**stitch [1]** 10140/18
**Stone [3]** 10298/20
10305/19 10326/5
**Stone-cold [1]**
10305/19
**stood [1]** 10340/14
**stoop [1]** 10138/10
**stooped [1]** 10136/11
**stop [28]** 10131/7
10138/1 10146/8
10148/13 10148/23
10156/4 10157/7
10195/10 10206/15
10216/1 10218/23
10218/25 10219/8
10222/17 10250/4
10275/18 10276/2
10302/4 10302/20
10303/14 10308/8
10327/8 10329/22
10332/5 10332/19
10338/1 10345/12
10345/14
**stopped [11]** 10206/16
10207/1 10222/17
10245/20 10255/21
10256/10 10257/7
10262/5 10294/12
10338/5 10348/7
**stopping [2]** 10178/13
10331/22
**stops [2]** 10219/7
10275/22
**stories [1]** 10199/16
**storm [11]** 10140/5
10148/13 10277/17
10277/25 10278/5
10278/10 10279/13
10296/6 10298/16
10310/7 10321/24
**stormed [6]** 10151/20
10284/1 10342/12
10343/7 10343/12
10343/21
**storming [6]** 10146/14
10170/3 10170/4
10170/6 10310/1
10346/14

**S**

story [8] 10133/11
10134/13 10134/19
10138/18 10143/3
10186/10 10326/9
10326/16
strafed [1] 10168/9
straggler [2] 10167/24
10168/2
straight [3] 10143/13
10322/11 10330/21
strange [2] 10176/20
10176/21
straws [1] 10268/18
street [12] 10110/17
10111/11 10111/15
10164/5 10197/2
10247/2 10247/10
10275/2 10275/5
10275/8 10329/3
10329/6
streets [3] 10298/14
10328/12 10328/25
strength [4] 10176/25
10304/17 10307/5
10307/22
stressful [1] 10183/10
stretch [1] 10293/15
stricken [2] 10190/11
10191/4
strictly [1] 10228/24
strike [1] 10269/6
Strikes [1] 10288/4
strip [1] 10267/24
strolled [1] 10318/19
strolling [1] 10211/18
strong [1] 10352/9
stronger [1] 10320/12
struck [2] 10139/14
10230/23
structured [1]
10129/15
struggle [1] 10231/5
Stubblefield [1]
10117/3
study [2] 10173/6
10184/10
stuff [12] 10142/18
10205/2 10212/23
10217/16 10242/16
10244/24 10249/12
10258/14 10272/17
10272/18 10273/23
10360/16
stuffed [1] 10135/9
stupid [2] 10221/4
10346/22
style [2] 10150/16
10150/17
subject [3] 10205/1
10238/6 10347/16
submit [13] 10126/24
10171/24 10180/23
10191/22 10192/22
10193/1 10193/9
10217/6 10222/23
10241/16 10311/11
10323/11 10337/6

subpoena [2]
10144/25 10258/19
subsequent [2]
10152/12 10246/4
subsequently [2]
10154/25 10238/4
subvert [1] 10349/5
successful [1]
10336/12
such [9] 10135/16
10151/16 10157/10
10159/8 10167/13
10267/7 10350/9
10350/21 10351/5
sudden [4] 10135/10
10138/6 10219/11
10219/14
suddenly [1] 10177/12
suffers [1] 10290/5
suffice [1] 10298/2
sufficient [7] 10237/13
10301/10 10301/15
10303/13 10307/24
10319/7 10323/2
suggest [13] 10124/2
10162/5 10225/5
10232/18 10237/7
10247/8 10249/19
10251/21 10267/9
10268/19 10269/16
10269/24 10355/12
suggested [11]
10120/19 10149/2
10227/9 10228/21
10231/1 10244/6
10251/22 10286/10
10286/15 10288/19
10313/3
suggesting [5]
10121/3 10224/5
10230/16 10232/10
10236/25
suggestion [4]
10130/17 10236/18
10286/23 10313/19
suggestions [1]
10130/6
suggests [1] 10140/19
suicide [1] 10148/6
Suite [3] 10111/4
10111/8 10112/13
summer [1] 10316/7
summon [1] 10356/17
support [7] 10117/11
10127/5 10147/18
10148/3 10201/20
10300/4 10332/5
supporting [2]
10201/22 10201/22
supportive [1] 10177/8
supports [2] 10121/19
10299/1
supposed [8]
10145/21 10155/12
10259/21 10272/12
10332/3 10360/18
10363/23 10364/19
sure [15] 10117/8

ent [704] 10126/19
10130/18 10142/2
10213/7 10292/18
10303/8 10309/20
10356/15 10357/13
10358/15 10360/1
10361/8 10363/12
surface [1] 10160/7
surged [1] 10154/21
surgically [2] 10330/2
10330/24
surging [1] 10146/12
surprise [3] 10144/23
10169/8 10262/20
surprised [1] 10160/22
surprisingly [1]
10145/7
surrender [1] 10352/3
surround [1] 10326/19
surrounded [1]
10283/9
surrounding [1]
10237/7
surveillance [5]
10185/1 10185/20
10188/11 10311/4
10340/23
sustain [1] 10120/23
sustained [9] 10139/2
10141/25 10165/16
10170/23 10182/18
10239/8 10245/24
10267/15 10292/8
swamp [1] 10333/6
Swarm [1] 10328/12
swearing [1] 10178/23
swing [1] 10207/18
swinging [3] 10207/20
10208/3 10228/14
swipe [1] 10243/14
switch [1] 10186/19
10280/23 10328/12
10328/13
switched [1] 10137/23
swivel [1] 10165/21
sync [3] 10164/21
10179/7 10188/24
synced [3] 10173/4
10173/4 10186/7
syned [1] 10124/7
system [1] 10363/24

**T**

T-shirt [1] 10158/13
T-shirts [1] 10225/6
table [4] 10197/6
10217/19 10217/20
10217/21
tactical [2] 10214/12
10329/6
take [37] 10130/7
10148/10 10154/1
10156/17 10162/19
10168/11 10188/23
10189/15 10191/11
10192/8 10209/7
10211/11 10212/4
10220/16 10223/2

10247/3 10247/11
10247/14 10254/15
10256/15 10256/22
10258/16 10258/17
10272/23 10278/10
10289/14 10290/4
10298/12 10298/22
10304/23 10309/13
10337/23 10349/14
10358/9 10361/10
taken [7] 10136/17
10240/21 10241/13
10241/14 10241/18
10241/19 10355/12
takes [4] 10130/11
10181/2 10185/19
10250/11
taking [11] 10135/9
10141/5 10206/18
10227/12 10244/24
10245/1 10255/9
10256/21 10289/19
10331/22 10337/24
talk [23] 10128/5
10197/16 10200/10
10201/16 10204/24
10206/11 10208/8
10208/8 10208/12
10218/6 10230/12
10243/4 10247/2
10247/3 10249/2
10271/4 10298/8
10318/20 10329/9
10341/5 10359/7
10362/3 10363/11
talked [11] 10193/14
10201/5 10205/17
10209/14 10213/7
10218/8 10221/10
10235/12 10299/20
10324/12 10344/3
talking [37] 10126/2
10134/16 10138/24
10140/5 10162/9
10168/5 10179/9
10185/15 10193/16
10194/10 10196/18
10201/4 10201/20
10202/8 10211/18
10218/14 10251/11
10252/4 10254/17
10258/4 10262/9
10263/7 10266/24
10268/7 10268/11
10279/19 10281/8
10281/9 10281/9
10289/16 10289/18
10302/14 10324/21
10330/20 10338/20
10363/7 10363/9
tampered [2] 10235/9
10238/13
tampering [5]
10234/11 10234/14
10235/7 10236/2
10236/20
tape [3] 10185/1

tapped [2] 10140/6
10214/16
target [4] 10269/3
10269/4 10269/9
10318/21
targets [3] 10133/19
10133/22 10341/10
Tarpley [2] 10111/10
10114/17
task [1] 10349/19
tasked [1] 10305/23
taught [1] 10317/14
tax [2] 10217/14
10217/20
taxes [2] 10216/20
10216/21
team [7] 10140/7
10140/9 10140/16
10148/16 10148/16
10213/3 10277/6
tears [1] 10290/13
technical [1] 10248/22
technically [2]
10186/16 10335/10
television [1] 10350/5
tell [31] 10115/21
10139/10 10143/23
10143/24 10143/24
10168/22 10174/10
10176/4 10183/18
10185/11 10195/9
10209/10 10217/17
10223/14 10226/20
10229/1 10231/17
10242/24 10245/12
10271/6 10275/2
10290/17 10295/3
10309/25 10341/4
10343/6 10343/23
10346/22 10351/12
10355/21 10356/25
telling [16] 10141/12
10146/10 10148/12
10148/15 10177/25
10197/25 10245/19
10267/12 10278/7
10311/20 10312/3
10317/12 10321/1
10321/9 10333/19
10355/20
tells [3] 10246/16
10284/23 10296/24
temped [1] 10350/7
tempers [1] 10316/12
temporarily [2]
10151/24 10157/23
temptation [1] 10146/4
ten [10] 10180/3
10180/5 10196/25
10206/4 10210/17
10247/11 10311/3
10324/23 10341/2
10343/4
tender [1] 10144/24
tens [2] 10133/23
10322/16
termination [1]

**termination... [1]**
10200/14
**terms [14]** 10115/12
10116/4 10117/23
10120/7 10120/11
10121/2 10126/12
10160/23 10186/24
10193/3 10207/12
10226/8 10236/23
10291/13
**terrace [5]** 10153/9
10153/23 10338/12
10339/12 10339/23
**terrible [1]** 10219/17
**terrified [1]** 10138/4
**terrifying [1]** 10138/16
**Terry [4]** 10143/16
10216/1 10282/15
10306/13
**Terry Cummings [2]**
10143/16 10306/13
**test [1]** 10170/12
**testament [1]**
10364/14
**testified [44]** 10116/10
10117/18 10118/14
10118/14 10122/15
10122/18 10135/22
10145/1 10151/1
10166/14 10166/16
10166/25 10185/2
10192/9 10199/6
10239/21 10241/23
10242/15 10245/5
10246/8 10246/12
10246/13 10247/4
10247/20 10247/21
10247/21 10250/5
10251/8 10253/22
10261/9 10261/10
10265/8 10266/2
10272/2 10279/7
10287/19 10289/12
10299/21 10301/6
10309/3 10315/11
10325/3 10334/1
10336/2
**testify [8]** 10126/16
10183/23 10206/23
10216/9 10285/23
10310/16 10310/16
10363/2
**testifying [4]** 10149/12
10329/11 10331/19
10363/11
**testimonially [1]**
10123/16
**testimonies [1]**
10149/10
**testimony [46]**
10118/13 10119/11
10122/14 10124/20
10134/6 10136/13
10142/3 10144/9
10146/2 10151/16
10154/3 10159/8
10160/13 10160/19

10168/21 10242/6
10247/20 10251/5
10252/19 10253/22
10253/24 10255/5
10256/10 10257/12
10257/22 10260/14
10260/20 10263/12
10265/18 10265/22
10267/13 10270/1
10271/18 10273/20
10279/10 10285/8
10285/12 10286/7
10286/16 10287/13
10312/8 10313/9
10313/10 10342/16
**Texas [1]** 10273/15
**text [23]** 10193/24
10200/16 10201/4
10201/17 10202/1
10204/9 10204/10
10210/20 10240/7
10240/8 10240/10
10240/12 10240/13
10243/10 10243/12
10243/14 10243/24
10244/21 10251/6
10272/11 10272/16
10273/5 10300/1
**texted [2]** 10243/7
10243/8
**texting [1]** 10350/22
**texts [5]** 10200/17
10201/18 10201/19
10201/22 10204/17
**than [44]** 10117/17
10119/22 10129/7
10134/3 10148/18
10155/17 10156/8
10156/25 10158/3
10161/5 10162/5
10175/22 10177/8
10186/23 10188/12
10194/9 10214/6
10214/14 10218/17
10221/22 10222/12
10223/20 10227/8
10227/25 10229/15
10230/4 10231/6
10234/16 10250/19
10251/20 10257/15
10261/4 10279/17
10279/22 10279/25
10288/3 10293/24
10309/21 10311/24
10312/23 10336/23
10359/20 10363/25
10364/14
**thank [55]** 10120/5
10120/6 10121/1
10127/10 10139/5
10141/20 10143/7
10159/22 10159/23
10163/12 10183/7
10187/15 10188/24
10189/8 10189/13
10189/14 10189/18
10189/22 10191/6

10222/24 10222/25
10224/9 10225/20
10225/22 10226/1
10229/18 10230/11
10233/8 10233/24
10239/6 10239/9
10249/16 10290/24
10291/1 10291/2
10291/5 10291/24
10292/5 10293/6
10294/5 10305/13
10305/14 10322/2
10324/7 10349/9
10349/10 10357/4
10357/6 10357/22
10358/8 10364/21
10364/25 10365/2
**thank you [48]**
10120/5 10120/6
10121/1 10139/5
10141/20 10143/7
10159/22 10159/23
10163/12 10183/7
10187/15 10188/24
10189/8 10189/13
10189/14 10189/18
10189/22 10192/17
10196/9 10222/24
10222/25 10224/9
10225/20 10225/22
10226/1 10230/11
10233/24 10239/6
10239/9 10249/16
10290/24 10291/1
10291/2 10291/5
10291/24 10292/5
10293/6 10294/5
10305/14 10324/7
10349/9 10349/10
10357/4 10357/6
10357/22 10364/21
10364/25 10365/2
**thankfully [1]**
10133/24
**Thanksgiving [2]**
10358/9 10364/23
**that [1236]**
**that'll [1]** 10131/13
**that's [169]** 10115/14
10115/22 10116/13
10117/2 10117/4
10117/11 10117/21
10120/1 10120/16
10121/12 10121/14
10121/22 10121/23
10122/19 10123/24
10124/18 10124/19
10125/3 10128/25
10129/12 10138/15
10139/9 10141/9
10145/2 10145/10
10149/6 10149/22
10151/1 10161/25
10162/2 10163/23
10164/4 10166/6
10166/25 10167/1
10167/2 10168/15

10176/10 10177/13
10180/7 10180/9
10183/11 10183/25
10184/9 10184/14
10185/10 10188/12
10190/25 10191/1
10194/17 10197/22
10197/24 10197/24
10201/5 10201/6
10205/24 10206/2
10207/20 10208/1
10214/17 10215/1
10215/12 10217/16
10218/13 10218/13
10221/15 10222/17
10224/16 10226/19
10226/22 10227/19
10228/12 10229/2
10229/11 10231/2
10232/24 10233/2
10233/19 10234/5
10235/14 10236/12
10236/16 10236/20
10237/6 10237/14
10237/17 10237/24
10238/6 10238/7
10238/9 10238/24
10238/24 10239/16
10240/1 10244/16
10245/2 10247/12
10248/6 10248/7
10248/8 10248/9
10249/9 10250/7
10250/9 10251/14
10252/8 10252/12
10253/2 10254/13
10255/1 10255/3
10255/18 10261/5
10261/6 10262/5
10262/18 10262/23
10263/17 10265/20
10267/10 10268/20
10269/7 10270/5
10270/19 10272/1
10272/13 10276/23
10278/16 10279/8
10280/2 10280/23
10281/21 10284/8
10287/23 10288/22
10289/11 10292/25
10302/17 10303/11
10307/20 10310/9
10310/14 10317/11
10318/3 10320/15
10321/7 10323/13
10324/3 10325/18
10325/20 10329/19
10330/21 10330/22
10337/11 10337/12
10337/13 10339/16
10339/18 10339/22
10345/25 10349/6
10359/3 10361/7
10361/8 10362/2
10363/1 10363/20
**their [156]** 10120/3
10125/12 10137/21

10140/21 10140/23
10143/8 10143/15
10145/4 10145/9
10147/15 10147/20
10150/17 10151/9
10153/18 10154/14
10157/12 10159/13
10161/15 10163/25
10164/1 10165/9
10165/25 10165/25
10169/5 10169/5
10169/5 10174/18
10177/23 10184/6
10184/8 10184/12
10184/15 10185/6
10187/9 10188/7
10194/5 10194/5
10195/12 10204/12
10209/11 10209/14
10209/21 10210/7
10211/18 10212/7
10216/22 10216/23
10217/25 10218/3
10218/4 10220/21
10223/17 10231/11
10241/24 10242/16
10245/17 10252/22
10256/3 10257/2
10258/17 10258/22
10259/11 10260/25
10261/19 10261/25
10262/18 10269/13
10277/1 10277/15
10280/10 10280/15
10280/16 10281/2
10282/8 10282/10
10290/9 10290/19
10292/13 10293/23
10294/23 10294/25
10294/25 10294/25
10295/1 10295/1
10295/2 10295/9
10295/23 10296/3
10297/15 10297/19
10301/2 10301/5
10303/10 10303/11
10304/19 10306/25
10308/14 10308/15
10309/6 10313/12
10314/18 10314/20
10315/2 10315/22
10316/12 10316/12
10317/11 10318/14
10319/2 10319/10
10320/8 10321/13
10321/20 10322/5
10323/11 10323/25
10325/16 10327/7
10327/10 10327/16
10328/3 10328/6
10328/18 10328/22
10330/2 10330/19
10331/10 10331/11
10332/3 10332/10
10333/22 10334/9
10337/11 10337/21
10338/3 10338/3

10421

their... [17] 10338/13
10338/25 10340/2
10340/20 10341/9
10341/10 10341/16
10345/5 10347/5
10347/20 10348/5
10348/19 10348/22
10352/7 10352/22
10352/23 10358/15
theirs [1] 10195/21
thelinderfirm.com [1]
10111/6
them [123] 10122/3
10122/6 10122/8
10122/18 10126/15
10128/10 10133/19
10133/24 10136/5
10136/6 10136/7
10138/21 10139/19
10143/24 10144/7
10147/17 10147/21
10148/5 10149/9
10150/19 10150/21
10156/15 10159/1
10159/15 10164/20
10165/23 10166/21
10167/4 10167/12
10168/19 10169/8
10169/8 10177/9
10180/16 10184/8
10184/21 10185/10
10185/15 10186/21
10189/1 10193/13
10193/25 10194/9
10197/8 10199/3
10199/3 10199/15
10201/15 10205/8
10210/16 10214/2
10214/13 10214/24
10219/23 10222/15
10222/15 10223/16
10223/20 10223/23
10225/2 10225/9
10230/12 10232/1
10232/10 10242/12
10242/18 10242/18
10243/8 10244/10
10245/17 10245/17
10247/11 10257/19
10261/2 10263/2
10263/2 10263/3
10263/25 10267/8
10268/24 10274/14
10278/7 10282/22
10286/18 10287/25
10289/14 10298/16
10299/19 10300/5
10302/13 10302/13
10306/11 10312/5
10312/5 10313/15
10313/16 10317/25
10319/19 10320/25
10322/16 10324/13
10325/1 10326/12
10326/14 10328/12
10330/21 10331/25
10332/10 10332/17

10340/5 10340/12
10344/1 10347/21
10348/3 10349/1
10352/24 10359/20
10360/22 10360/24
10362/3 10363/1
theme [1] 10117/12
themselves [13]
10143/1 10146/24
10159/4 10232/5
10232/5 10297/2
10299/9 10304/5
10319/11 10321/10
10324/13 10341/16
10348/11
then [93] 10115/5
10117/5 10128/15
10128/20 10128/21
10130/10 10130/24
10132/23 10134/21
10137/3 10139/22
10140/1 10141/17
10141/21 10143/11
10143/13 10145/6
10153/8 10153/18
10154/7 10154/24
10157/17 10159/16
10163/19 10164/7
10167/25 10168/7
10169/19 10172/3
10175/4 10180/18
10181/25 10182/10
10184/20 10187/2
10187/3 10187/24
10189/2 10189/16
10191/14 10192/8
10197/8 10200/16
10200/21 10206/16
10219/7 10220/18
10221/5 10227/13
10229/2 10229/7
10230/12 10230/16
10230/23 10231/25
10233/20 10248/8
10254/2 10254/4
10254/17 10286/20
10288/17 10293/16
10293/18 10294/10
10295/1 10298/16
10300/12 10304/1
10304/6 10307/12
10310/17 10311/3
10311/19 10312/25
10321/4 10321/5
10321/9 10328/23
10329/7 10333/5
10333/12 10334/16
10338/1 10344/15
10346/23 10347/6
10347/7 10347/7
10355/23 10357/9
10359/14 10363/2
theories [1] 10335/18
theory [11] 10118/6
10137/22 10184/17
10187/10 10217/25
10280/10 10281/2

10332/3 10337/12
there [221] 10116/3
10120/1 10120/2
10120/2 10120/19
10121/11 10123/3
10123/18 10124/2
10124/5 10124/11
10126/11 10127/17
10128/19 10135/7
10135/8 10135/23
10136/5 10137/20
10141/3 10144/14
10144/23 10145/4
10146/5 10146/15
10146/17 10146/24
10147/4 10148/9
10149/1 10149/3
10152/5 10152/8
10152/13 10152/25
10153/14 10153/25
10155/3 10156/6
10160/5 10161/5
10161/6 10161/19
10163/17 10165/8
10166/19 10167/6
10167/13 10170/9
10170/9 10170/11
10170/12 10170/13
10172/1 10172/4
10173/24 10174/2
10177/21 10180/16
10182/24 10185/22
10190/6 10190/12
10191/14 10194/6
10194/23 10194/25
10195/10 10196/16
10199/13 10199/20
10200/5 10201/4
10205/4 10205/7
10205/14 10206/11
10207/14 10207/15
10207/19 10208/15
10208/15 10208/16
10208/20 10208/25
10209/5 10210/16
10211/12 10211/24
10212/7 10213/25
10215/3 10215/17
10215/21 10216/14
10218/15 10219/3
10219/4 10219/10
10219/18 10219/20
10227/3 10227/19
10227/20 10229/22
10229/23 10234/23
10235/10 10235/24
10241/3 10241/16
10241/24 10242/2
10243/1 10243/2
10243/19 10245/22
10246/9 10246/22
10253/1 10253/12
10256/1 10256/2
10256/3 10257/8
10257/14 10257/24
10258/3 10258/11
10259/5 10259/6

10261/17 10262/22
10264/13 10264/16
10268/1 10269/12
10269/12 10270/21
10273/14 10273/25
10275/3 10275/5
10275/12 10275/18
10277/22 10277/23
10277/24 10279/7
10282/14 10282/25
10283/4 10283/8
10283/10 10283/14
10283/24 10285/8
10286/14 10286/17
10287/5 10287/15
10287/18 10294/1
10294/2 10297/7
10297/14 10297/16
10297/18 10299/1
10304/3 10304/5
10304/21 10307/8
10308/23 10309/4
10316/13 10317/7
10317/19 10318/5
10320/11 10320/13
10320/14 10322/16
10322/18 10322/22
10325/5 10325/21
10327/5 10331/14
10332/1 10332/3
10334/21 10336/2
10336/2 10336/5
10336/5 10336/24
10336/24 10336/25
10336/25 10336/25
10337/21 10339/22
10340/19 10341/4
10347/7 10349/17
10350/4 10350/5
10350/6 10356/3
10356/25 10357/2
10357/9 10359/11
10360/16 10360/20
10363/14 10363/17
there's [92] 10115/23
10116/23 10119/1
10122/5 10122/9
10122/13 10123/13
10123/16 10123/18
10123/24 10124/1
10124/19 10124/23
10125/7 10125/19
10126/10 10126/14
10126/15 10126/20
10127/5 10129/24
10130/15 10133/10
10134/1 10134/17
10135/20 10137/1
10140/18 10142/22
10143/20 10147/8
10147/18 10147/24
10148/6 10149/15
10149/17 10162/4
10164/6 10167/10
10168/2 10168/2
10169/12 10170/20
10170/24 10171/8

10177/7 10177/23
10178/8 10178/8
10179/12 10181/3
10181/5 10181/6
10181/14 10181/16
10186/11 10186/12
10191/8 10194/16
10197/6 10199/24
10201/22 10205/15
10206/5 10212/22
10218/18 10219/16
10228/25 10230/5
10236/15 10236/16
10243/1 10250/10
10251/4 10253/11
10256/23 10260/19
10261/17 10265/18
10271/3 10286/3
10288/19 10304/16
10304/16 10304/17
10316/25 10321/18
10324/25 10334/6
10340/22
therefore [3] 10231/16
10314/13 10352/25
these [142] 10114/24
10117/9 10125/14
10128/17 10129/18
10132/21 10133/1
10133/4 10133/6
10136/23 10136/25
10137/25 10140/15
10147/13 10147/18
10150/7 10154/12
10154/13 10154/14
10155/9 10155/16
10156/2 10157/5
10165/23 10165/24
10166/3 10166/20
10167/8 10172/10
10177/10 10181/22
10186/15 10193/3
10193/4 10196/1
10196/3 10196/4
10196/7 10196/17
10202/5 10204/16
10207/15 10209/15
10210/10 10210/15
10210/22 10210/25
10211/12 10211/13
10216/10 10229/14
10236/19 10244/15
10244/16 10246/22
10247/6 10247/7
10247/8 10247/14
10257/13 10257/22
10261/5 10262/2
10265/6 10266/18
10273/14 10281/15
10288/12 10288/21
10288/24 10289/9
10294/6 10294/16
10294/16 10294/19
10294/19 10295/12
10295/21 10296/14
10296/22 10297/25
10298/3 10298/25

**these... [59]** 10299/7
10300/4 10300/5
10300/19 10300/21
10300/22 10306/16
10306/25 10307/11
10307/21 10307/23
10307/24 10308/17
10309/16 10313/13
10314/15 10314/17
10314/22 10315/14
10316/7 10316/11
10317/21 10317/24
10318/17 10318/17
10318/24 10319/2
10319/13 10319/20
10319/21 10320/6
10320/7 10321/18
10322/1 10322/15
10323/2 10323/6
10324/19 10325/25
10328/5 10330/14
10335/2 10335/11
10335/18 10336/9
10339/24 10340/6
10340/9 10341/15
10342/7 10345/17
10345/24 10347/25
10348/17 10348/22
10348/23 10357/22
10359/23 10363/5
**theses [1]** 10328/15
**they [647]**
**they'd [1]** 10211/14
**they'll [2]** 10172/2
10216/23
**they're [81]** 10138/16
10146/13 10147/13
10147/14 10147/14
10147/15 10160/17
10160/18 10161/15
10166/21 10167/16
10168/5 10168/10
10168/23 10169/19
10170/4 10170/6
10172/12 10174/6
10174/14 10176/24
10178/17 10178/17
10180/12 10181/10
10181/11 10181/11
10181/23 10182/1
10182/1 10182/24
10182/25 10182/25
10184/8 10184/13
10186/1 10186/17
10186/21 10186/22
10188/18 10188/19
10196/21 10203/12
10206/5 10207/7
10208/13 10210/10
10210/21 10211/15
10215/3 10215/9
10216/8 10216/15
10218/4 10232/15
10236/17 10240/20
10240/21 10245/18
10248/25 10249/15
10255/22 10255/22

10258/3 10258/5
10268/18 10268/18
10272/17 10272/18
10277/21 10286/2
10286/3 10289/3
10289/6 10319/22
10325/1 10325/9
10338/25 10360/12
**they've [12]** 10130/1
10151/7 10177/8
10197/13 10242/12
10273/12 10273/13
10277/1 10280/14
10281/1 10285/16
10364/7
**thing [47]** 10120/22
10124/9 10131/20
10131/20 10132/11
10138/23 10138/25
10139/7 10139/14
10142/9 10142/21
10142/22 10150/10
10161/16 10161/21
10177/25 10178/16
10179/16 10180/7
10187/2 10187/24
10188/8 10190/1
10191/1 10199/5
10199/17 10203/11
10205/25 10206/12
10207/23 10218/21
10221/21 10228/9
10232/18 10237/17
10238/24 10239/19
10248/8 10253/11
10257/12 10259/3
10288/5 10302/14
10303/25 10309/19
10355/25 10361/12
**things [25]** 10115/13
10119/21 10149/17
10161/9 10185/8
10187/8 10187/9
10193/4 10193/10
10193/22 10197/12
10197/14 10199/15
10208/20 10208/21
10219/1 10219/7
10245/1 10256/5
10256/17 10257/25
10264/5 10290/11
10323/21 10329/20
**think [156]** 10115/6
10115/9 10115/14
10115/24 10116/12
10116/14 10116/14
10117/11 10117/15
10117/20 10117/24
10118/17 10118/20
10118/25 10119/18
10119/19 10119/24
10119/25 10121/10
10121/11 10122/23
10123/24 10124/19
10125/4 10125/21
10126/20 10127/4
10127/6 10127/8

10129/22 10129/24
10130/11 10130/24
10137/4 10137/15
10146/15 10146/17
10152/19 10163/16
10168/6 10170/9
10170/11 10170/15
10174/3 10191/2
10195/12 10201/8
10205/23 10211/16
10211/17 10218/21
10219/10 10221/3
10221/5 10221/7
10223/13 10223/18
10223/21 10224/10
10224/16 10224/17
10224/23 10226/3
10226/9 10226/20
10227/2 10227/4
10227/19 10227/23
10227/23 10228/22
10229/2 10229/20
10229/22 10229/25
10230/20 10231/2
10231/10 10231/20
10231/25 10232/4
10232/5 10232/12
10232/21 10232/23
10232/25 10234/4
10236/13 10236/18
10236/22 10237/5
10238/16 10243/3
10243/11 10246/2
10247/14 10247/15
10250/11 10252/8
10253/6 10253/15
10255/17 10257/12
10258/6 10261/5
10261/18 10262/2
10268/17 10268/18
10268/25 10269/16
10269/24 10270/19
10271/5 10271/13
10272/3 10272/4
10272/5 10277/5
10278/5 10278/18
10280/2 10280/12
10280/14 10287/2
10290/12 10291/9
10291/13 10292/17
10292/17 10292/25
10293/1 10299/24
10300/19 10305/5
10305/6 10309/20
10311/11 10311/23
10315/19 10315/21
10324/5 10324/14
10329/16 10343/1
10346/21 10346/21
10359/1 10359/16
10359/17 10360/15
10364/19
**thinking [4]** 10124/16
10128/17 10137/19
10145/14
**thinks [2]** 10182/10

**thins [1]** 10167/4
**third [6]** 10187/24
10236/24 10300/4
10307/4 10328/5
10336/14
**this [426]**
**Thomas [6]** 10112/11
10114/12 10335/5
10337/7 10338/15
10349/9
**Thomas Caldwell [1]**
10349/9
**thoroughly [2]**
10281/12 10351/20
**those [97]** 10116/25
10117/1 10124/12
10125/5 10127/21
10132/12 10132/24
10133/18 10134/5
10134/16 10134/18
10134/23 10135/16
10139/15 10139/20
10139/20 10140/4
10140/22 10143/15
10151/13 10151/21
10152/20 10153/3
10153/6 10154/14
10154/15 10154/23
10154/24 10155/1
10155/11 10156/2
10156/19 10156/20
10157/15 10157/23
10163/20 10165/7
10172/24 10177/23
10180/1 10194/18
10195/7 10199/8
10199/21 10201/14
10205/24 10206/4
10209/22 10226/24
10228/18 10234/22
10236/25 10237/8
10237/10 10242/22
10243/10 10244/8
10246/20 10252/9
10253/19 10264/3
10283/1 10286/25
10298/7 10306/10
10306/21 10316/5
10320/19 10320/24
10321/16 10321/24
10323/10 10323/21
10323/25 10326/20
10327/17 10328/2
10328/5 10330/22
10331/23 10332/6
10339/10 10343/8
10343/13 10354/24
10355/2 10357/15
10358/23 10358/23
10359/2 10360/13
10360/21 10361/4
10362/15 10362/19
10363/7 10363/15
**though [6]** 10135/24
10157/4 10240/22
10302/17 10309/22
10356/17

**thought [41]** 10118/10
10119/3 10130/19
10142/6 10160/25
10165/14 10166/2
10195/20 10201/6
10208/2 10223/11
10227/12 10227/15
10228/13 10239/13
10241/4 10241/19
10242/22 10249/21
10249/25 10252/14
10252/25 10253/3
10263/22 10263/23
10267/17 10270/24
10283/13 10283/14
10284/8 10302/7
10312/13 10323/5
10331/13 10332/2
10334/12 10334/18
10345/1 10347/1
10363/4 10363/14
**thoughts [4]** 10155/17
10155/18 10156/9
10291/16
**thousand [2]** 10154/21
10158/21
**thousands [5]**
10133/23 10156/14
10161/17 10197/10
10322/16
**thread [1]** 10314/12
**threat [4]** 10184/8
10322/6 10322/6
10348/3
**threatens [2]** 10304/11
10304/12
**threats [1]** 10201/11
**three [19]** 10117/15
10133/12 10135/12
10143/18 10149/13
10164/12 10180/1
10182/10 10204/17
10245/7 10245/9
10252/12 10276/9
10285/16 10285/17
10306/10 10306/11
10306/16 10335/18
**three-hour [1]** 10245/7
**three-minute [1]**
10164/12
**threshold [1]** 10338/24
**through [78]** 10116/1
10119/6 10120/24
10122/8 10124/21
10132/24 10141/8
10144/14 10145/17
10151/16 10151/20
10153/20 10154/3
10154/7 10154/7
10154/9 10157/12
10157/22 10157/25
10164/14 10168/19
10168/23 10169/3
10171/10 10171/22
10172/20 10172/20
10174/17 10174/17
10178/10 10180/11
10180/12 10181/5

| | | |
|---|---|---|
| **through... [45]** 10183/16 10192/6 10193/5 10193/11 10197/2 10197/21 10199/3 10199/21 10205/19 10206/1 10207/6 10208/12 10208/22 10209/10 10209/21 10210/16 10237/8 10237/15 10253/18 10263/19 10266/11 10273/25 10281/7 10281/12 10283/2 10286/16 10290/4 10313/18 10314/5 10314/14 10318/14 10319/10 10319/10 10319/10 10319/21 10330/1 10337/15 10338/17 10347/21 10347/22 10347/22 10347/22 10360/3 10360/5 10363/2 **throughout [6]** 10154/12 10163/18 10174/1 10194/19 10201/18 10295/20 **throw [3]** 10162/1 10164/4 10189/10 **thrown [1]** 10243/22 **thumb [1]** 10358/15 **thus [2]** 10338/14 10353/9 **tie [3]** 10156/2 10264/17 10264/18 **ties [2]** 10193/16 10307/3 **till [2]** 10219/5 10324/24 **time [117]** 10124/7 10128/4 10128/7 10131/8 10134/18 10134/21 10135/10 10136/9 10136/10 10140/25 10141/2 10141/2 10142/2 10142/2 10144/2 10144/5 10144/12 10145/8 10147/17 10147/19 10150/1 10150/8 10153/14 10153/19 10155/6 10155/7 10155/8 10157/7 10157/9 10159/1 10160/4 10160/8 10163/24 10163/24 10163/25 10164/14 10164/21 10164/25 10166/3 10166/8 10168/1 10173/4 10173/13 10175/4 10178/22 10179/7 10179/18 10182/11 10182/14 10182/15 10182/16 10182/21 10183/20 | 10186/20 10187/8 10187/8 10187/11 10187/20 10188/4 10188/10 10188/23 10195/7 10196/16 10196/24 10197/14 10199/18 10205/10 10206/3 10206/24 10208/1 10210/10 10211/11 10212/15 10212/18 10213/17 10214/19 10216/8 10216/25 10218/15 10218/23 10219/3 10219/5 10228/12 10231/22 10246/7 10255/10 10255/23 10255/25 10256/25 10280/5 10284/16 10290/25 10290/25 10293/8 10295/22 10296/4 10302/14 10306/14 10308/22 10316/8 10319/2 10320/10 10320/11 10329/7 10332/17 10332/24 10335/19 10339/20 10346/22 10353/14 10356/8 10360/19 10360/23 10362/24 10364/8 **time-synced [2]** 10173/4 10186/7 **timeline [7]** 10193/21 10193/23 10196/20 10205/22 10209/8 10210/7 10210/21 **timelines [3]** 10188/2 10196/17 10212/18 **timely [1]** 10336/18 **times [25]** 10133/13 10135/12 10145/13 10145/25 10176/13 10179/25 10182/10 10184/4 10188/19 10193/23 10194/20 10197/11 10199/21 10201/13 10212/19 10253/20 10288/17 10290/2 10295/25 10296/2 10296/3 10309/15 10309/24 10315/17 10334/24 **timing [4]** 10187/17 10303/13 10316/15 10331/18 **tips [1]** 10344/14 **tired [3]** 10213/8 10245/14 10245/21 **titled [1]** 10366/4 **Titusville [1]** 10149/19 **today [19]** 10131/18 10132/7 10150/8 10159/6 10193/9 10233/22 10247/8 10266/2 10277/14 10279/19 10289/6 | 10315/25 10317/21 10319/25 10323/4 10340/15 10343/20 **together [18]** 10143/20 10143/21 10147/11 10162/15 10172/11 10210/21 10220/19 10241/19 10249/16 10290/25 10295/13 10296/16 10297/5 10298/11 10300/3 10302/7 10304/1 10315/13 **toilet [1]** 10269/10 **told [79]** 10115/17 10116/5 10118/19 10137/24 10138/12 10141/7 10141/21 10142/8 10153/8 10155/9 10171/7 10175/18 10179/20 10181/17 10181/19 10188/23 10197/18 10197/19 10197/24 10198/5 10200/6 10204/9 10234/2 10234/4 10244/22 10256/13 10257/6 10260/2 10261/7 10281/17 10281/21 10281/23 10289/8 10294/22 10298/17 10300/18 10300/20 10301/14 10301/18 10301/23 10302/4 10302/17 10303/17 10304/5 10304/19 10304/20 10304/22 10306/13 10310/11 10310/15 10311/8 10311/15 10313/15 10313/22 10316/3 10317/21 10318/1 10318/7 10322/4 10322/19 10323/3 10324/17 10325/3 10325/4 10326/6 10326/18 10327/22 10334/3 10334/15 10340/5 10341/12 10342/11 10343/13 10343/22 10345/25 10346/6 10346/13 10347/10 10356/1 **Tom [3]** 10165/1 10284/8 10284/10 **Tom Burgess [1]** 10165/1 **Tom's [1]** 10246/16 **tomorrow [9]** 10357/11 10357/12 10357/20 10358/5 10358/9 10360/15 10360/19 10361/12 10364/23 **ton [1]** 10287/15 **tonight [2]** 10360/11 10360/22 | 10179/8 10179/10 10213/25 10244/14 10309/23 10311/6 10313/2 10318/2 10343/17 10345/2 **took [23]** 10130/14 10136/15 10145/3 10153/11 10153/14 10185/1 10193/15 10200/20 10235/6 10241/17 10242/10 10254/2 10270/6 10276/6 10288/16 10301/5 10324/20 10339/10 10339/13 10341/13 10342/24 10348/4 10348/6 **top [10]** 10119/6 10147/1 10164/21 10170/17 10188/17 10195/3 10251/13 10290/12 10299/5 10339/11 **topic [6]** 10131/9 10323/17 10323/20 10331/12 10335/21 10345/15 **torches [1]** 10302/13 **toss [1]** 10164/7 **totally [2]** 10140/12 10280/22 **touch [1]** 10156/12 **touched [1]** 10133/3 10193/2 **touching [1]** 10204/20 **tough [1]** 10170/8 **tourist [1]** 10260/7 **toward [2]** 10146/22 10187/12 **towards [9]** 10146/12 10150/18 10161/14 10169/16 10171/5 10207/6 10276/1 10296/12 10300/10 **towers [2]** 10112/13 10257/22 **town [1]** 10199/24 **toy [1]** 10318/22 **track [3]** 10145/15 10214/4 10273/16 **tracked [1]** 10273/14 10273/15 10273/18 **tracking [2]** 10167/9 10273/12 **Trade [1]** 10178/24 **traffic [5]** 10181/4 10215/25 10276/2 10284/25 10317/22 **trained [4]** 10133/20 10133/21 10334/16 10342/15 **training [6]** 10133/11 10134/7 10213/20 10317/14 10317/15 10326/1 **Traitor's [1]** 10312/25 **trampled [2]** 10318/11 | **transcript [12]** 10110/9 10113/6 10191/12 10228/4 10253/24 10254/7 10260/14 10271/18 10278/12 10281/3 10359/25 10366/3 **transcription [1]** 10113/7 **transcripts [1]** 10149/10 **transfer [8]** 10157/8 10294/12 10297/24 10298/4 10305/25 10329/22 10347/23 10348/8 **transmissions [2]** 10299/25 10300/1 **transpired [2]** 10160/24 10187/9 **transport [1]** 10251/17 **trap [1]** 10267/5 **trash [4]** 10123/10 10179/18 10181/24 10317/22 **traumatic [2]** 10160/15 10160/16 **traveling [1]** 10143/20 **treason [10]** 10180/11 10180/11 10180/24 10180/25 10301/20 10301/24 10343/22 10343/23 10343/24 10343/25 **treasonous [2]** 10343/8 10343/13 **treat [1]** 10215/9 **treating [1]** 10199/17 **trek [2]** 10186/11 10276/4 **trial [27]** 10110/9 10132/21 10134/6 10144/11 10145/6 10150/12 10153/4 10162/23 10185/17 10190/21 10192/20 10192/23 10193/12 10201/18 10217/7 10316/4 10320/2 10321/14 10321/15 10322/15 10350/12 10350/19 10352/23 10356/5 10357/21 10363/20 10364/16 **trick [1]** 10197/17 **tried [17]** 10119/11 10133/17 10199/11 10201/21 10213/1 10213/11 10214/25 10222/7 10222/13 10284/12 10303/11 10311/9 10334/16 10337/18 10338/6 10349/5 10352/25 **trip [2]** 10141/22 10144/13 **trite [1]** 10198/22 |

**T**

**trouble [1]** 10163/14
**troubling [1]** 10160/16
**Troy [2]** 10110/16
10114/15
**trucks [1]** 10208/15
**true [11]** 10129/22
10152/5 10157/10
10197/22 10200/7
10203/8 10210/24
10217/9 10267/3
10299/23 10341/10
**truly [5]** 10211/17
10219/4 10290/25
10293/15 10310/13
**Trump [12]** 10138/19
10152/6 10157/4
10161/12 10161/18
10161/24 10162/11
10168/24 10201/9
10215/10 10325/24
10331/21
**Truong [1]** 10269/1
**trust [4]** 10280/9
10285/25 10289/12
10289/13
**truth [15]** 10115/17
10115/21 10116/5
10118/19 10132/14
10132/17 10132/19
10132/19 10132/20
10132/20 10203/14
10267/12 10309/12
10309/23 10313/2
**truthful [1]** 10263/17
**try [17]** 10180/25
10194/14 10197/17
10204/8 10209/10
10209/17 10248/17
10251/19 10261/24
10263/3 10294/23
10297/5 10307/16
10319/18 10345/17
10351/4 10359/23
**trying [35]** 10116/3
10116/4 10145/15
10147/19 10152/22
10154/1 10155/15
10167/8 10191/2
10198/20 10198/21
10199/15 10200/6
10203/12 10203/19
10208/10 10243/17
10247/25 10252/8
10267/10 10268/18
10268/19 10269/16
10269/24 10289/17
10307/14 10312/11
10322/15 10322/17
10322/23 10334/11
10336/9 10340/12
10342/25 10346/1
**tunnels [1]** 10338/21
**turn [6]** 10140/6
10149/3 10158/5
10166/6 10166/6
10275/20
**turned [6]** 10159/13

10235/17 10241/20
10271/2
**turning [4]** 10166/4
10182/10 10182/11
10312/15
**turns [3]** 10139/6
10208/25 10219/24
**Tut [1]** 10182/2
**Tutan [1]** 10182/2
**TV [6]** 10142/12
10257/14 10257/20
10258/5 10259/17
10262/21
**tweet [2]** 10142/17
10142/17
**twice [4]** 10188/22
10189/2 10218/23
10315/8
**twist [3]** 10203/19
10204/16 10218/1
**twisted [2]** 10193/23
10222/7
**Twitter [1]** 10142/11
**two [78]** 10117/15
10118/5 10122/7
10122/15 10122/20
10122/20 10123/5
10123/18 10124/11
10133/14 10135/12
10143/8 10143/15
10144/1 10146/20
10149/7 10152/23
10164/12 10171/23
10173/2 10174/7
10174/12 10175/23
10182/10 10187/7
10188/19 10191/16
10196/12 10197/4
10203/1 10203/5
10210/17 10212/1
10212/16 10214/21
10218/11 10220/2
10228/18 10231/9
10231/17 10232/6
10234/23 10241/18
10241/18 10242/6
10246/9 10256/11
10257/6 10268/10
10276/14 10278/23
10282/3 10283/24
10284/1 10285/15
10296/1 10298/6
10298/18 10300/25
10303/16 10303/21
10308/23 10309/13
10312/23 10313/4
10320/9 10334/21
10339/6 10341/23
10341/24 10359/11
10361/19 10362/14
10362/16 10362/22
10362/22 10363/5
10363/9
**two-minute [2]**
10187/7 10268/10
**TX [2]** 10111/4 10111/8
**type [1]** 10242/13

**types [6]** 10134/18
**typically [4]** 10147/15
10183/18 10192/20
10193/7
**tyrannis [1]** 10338/14
**tyrants [1]** 10338/14

**U**

**U.N [2]** 10200/25
10201/3
**U.S [3]** 10110/16
10117/3 10150/25
**U.S. [2]** 10133/16
10221/4
**U.S. Attorney [2]**
10133/16 10221/4
**U.S.A [1]** 10288/16
**ugly [1]** 10143/25
**Ulrich [3]** 10202/19
10202/24 10203/10
**ultimately [3]** 10128/24
10145/19 10312/11
**unacceptable [2]**
10164/1 10164/16
**unanimity [2]**
10232/11 10233/5
**unanimous [5]**
10129/13 10132/6
10260/12 10351/11
10353/20
**unanimously [3]**
10230/21 10230/24
10231/10
**unaware [1]** 10187/22
**unconscious [1]**
10151/24
**uncontradicted [2]**
10241/24 10251/5
**Uncontroverted [1]**
10205/10
**undefined [1]** 10129/1
**under [15]** 10145/9
10158/7 10158/25
10160/15 10183/15
10217/20 10258/19
10280/20 10292/15
10302/4 10307/22
10309/14 10310/15
10332/3 10351/9
**undercuts [1]**
10117/17
**undergo [1]** 10335/10
**underneath [1]**
10140/2
**understaffed [1]**
10168/13
**understand [19]**
10128/16 10131/15
10190/7 10190/22
10193/6 10193/20
10205/22 10249/7
10257/13 10258/21
10259/15 10264/21
10265/5 10269/3
10269/5 10269/6
10299/23 10359/3
10362/4
**understandable [1]**

**understanding [11]**
10161/18 10191/24
10196/5 10218/10
10220/4 10220/18
10296/19 10296/20
10297/1 10323/9
10360/22
**understated [1]**
10194/7
**understood [8]**
10120/5 10125/10
10190/24 10302/16
10303/10 10304/24
10360/25 10363/14
**undoubtedly [1]**
10201/15 10250/22
10350/6
**unexpressed [1]**
10297/1
**unfold [1]** 10257/14
**unfolding [1]** 10186/22
**unfortunately [3]**
10194/2 10256/5
10278/1
**unidentified [1]**
10175/16
**uniform [2]** 10299/21
10318/9
**unilaterally [1]**
10345/12
**unimpressed [1]**
10170/2
**unique [1]** 10322/20
**unit [2]** 10277/3
10277/4
**UNITED [30]** 10110/1
10110/3 10110/10
10114/9 10117/2
10117/4 10117/6
10133/21 10133/23
10150/15 10231/15
10254/19 10255/11
10256/24 10267/20
10278/10 10278/15
10279/14 10280/7
10280/19 10281/19
10281/25 10296/5
10296/7 10301/22
10302/24 10303/19
10322/12 10343/22
10349/2
**United States [22]**
10117/2 10117/4
10117/6 10133/21
10150/15 10231/15
10254/19 10255/11
10256/24 10267/20
10278/10 10278/15
10279/14 10280/7
10280/19 10281/19
10281/25 10296/7
10301/22 10302/24
10303/19 10343/22
**United States of [3]**
10296/5 10322/12
10349/2
**unlawful [2]** 10218/11

**unlearn [1]** 10178/21
**unless [3]** 10151/12
10237/19 10334/12
**unlike [1]** 10264/8
**unlikely [1]** 10356/17
**unmolested [1]**
10158/15
**unnecessary [1]**
10327/24
**unplugged [1]**
10142/20
**unravel [1]** 10147/19
**unrebutted [2]** 10199/6
10215/10
**unredacted [1]**
10359/12
**unreliable [1]** 10159/9
**unruly [1]** 10172/19
10172/22
**unsee [1]** 10159/17
10159/18 10159/18
**unsend [1]** 10235/3
**unsending [6]**
10234/17 10234/18
10292/11 10292/23
10330/14 10330/24
**unsent [11]** 10234/25
10235/16 10238/4
10238/12 10238/12
10240/4 10244/4
10292/19 10314/10
10329/9 10330/22
**unsuccessfully [1]**
10319/19
**until [12]** 10139/24
10141/11 10153/12
10167/23 10172/19
10217/23 10252/11
10256/25 10272/8
10335/7 10351/11
10356/21
**unusual [1]** 10134/1
**up [154]** 10139/24
10121/8 10122/9
10122/10 10122/17
10123/3 10124/12
10125/5 10128/10
10134/18 10134/25
10135/8 10136/9
10136/13 10136/15
10138/16 10142/4
10142/15 10142/16
10146/15 10146/17
10147/22 10149/9
10150/8 10150/18
10151/6 10152/6
10152/9 10156/21
10163/7 10164/25
10165/8 10165/11
10167/1 10168/1
10169/13 10169/15
10169/19 10170/9
10170/11 10170/25
10172/14 10172/17
10173/19 10176/6
10176/15 10178/18
10178/23 10178/23

10425

**up... [105]** 10179/10
10181/23 10182/25
10183/21 10184/5
10185/1 10185/4
10185/9 10186/11
10186/24 10187/13
10187/14 10187/18
10188/4 10188/20
10188/22 10188/24
10189/2 10193/19
10194/25 10202/15
10205/2 10205/7
10205/13 10207/6
10207/11 10208/25
10209/5 10211/12
10214/6 10217/3
10217/5 10217/8
10218/20 10219/14
10219/23 10228/6
10240/7 10240/11
10241/12 10241/17
10242/5 10242/9
10244/16 10245/3
10246/15 10247/13
10248/12 10248/19
10249/13 10250/16
10250/25 10253/12
10258/3 10259/13
10260/5 10260/5
10262/15 10263/7
10263/14 10264/5
10264/10 10264/15
10264/19 10267/4
10268/24 10269/14
10273/21 10273/24
10275/3 10275/21
10277/1 10277/12
10277/12 10277/15
10281/8 10282/10
10283/23 10284/13
10284/17 10284/18
10285/4 10287/4
10289/22 10295/2
10299/3 10304/23
10305/16 10306/4
10310/12 10314/24
10318/11 10320/7
10325/15 10330/12
10332/1 10338/17
10342/15 10344/25
10346/18 10348/10
10349/19 10349/25
10358/14 10361/10
**upcoming [1]**
10136/20
**update [2]** 10333/15
10342/13
**updates [5]** 10332/9
10332/12 10332/18
10332/24 10342/10
**uphold [1]** 10349/4
**uploaded [1]** 10362/13
**upon [8]** 10117/21
10122/13 10133/3
10231/18 10352/8
10352/15 10362/16
10363/9

**upper [54]** 10165/5
10165/4 10166/10
10167/8 10167/15
10167/20 10167/24
10168/8 10168/19
10169/12 10169/14
10176/11 10176/14
10176/21 10177/2
10177/3 10177/19
10177/20 10178/5
10178/7 10179/9
10179/12 10179/21
10179/24 10180/9
10180/10 10180/18
10181/6 10186/6
10186/6 10212/4
10338/11 10339/8
10339/23
**upset [2]** 10267/1
10267/3
**upside [1]** 10158/5
**upstanding [1]**
10267/7
**urged [1]** 10343/16
**us [25]** 10136/2
10136/3 10137/24
10138/13 10138/25
10141/7 10141/8
10149/13 10152/20
10153/3 10153/8
10154/4 10155/8
10155/9 10161/15
10175/18 10190/13
10206/13 10206/14
10206/16 10206/16
10223/19 10281/21
10291/11 10361/12
**USAfx [1]** 10127/16
**usdoj.gov [2]**
10110/19 10110/20
**use [21]** 10127/18
10157/5 10168/15
10168/18 10170/2
10188/10 10228/22
10233/9 10290/9
10291/14 10304/8
10304/20 10306/25
10307/4 10308/12
10314/25 10320/16
10345/20 10355/9
10356/22 10358/16
**used [16]** 10138/11
10155/19 10205/3
10221/15 10228/1
10233/3 10277/5
10283/18 10307/11
10307/12 10307/16
10319/17 10319/18
10320/2 10320/8
10361/3
**useful [3]** 10352/8
10352/14 10352/17
**user [1]** 10269/17
**uses [3]** 10138/13
10183/12 10264/19
**ushered [1]** 10176/2
**using [11]** 10127/15
10151/1 10161/1

10295/19 10306/25
10323/8 10323/8
10336/23 10337/8
**usually [2]** 10336/4
10357/21
**uttered [1]** 10156/8

**V**

**vac [1]** 10333/7
**vacuum [2]** 10195/24
10201/16
**Vallejo [2]** 10306/8
10327/14
**Valley [1]** 10246/7
**vandalism [1]** 10148/1
**vanguard [1]** 10213/1
**variety [1]** 10122/5
**various [5]** 10142/23
10193/10 10202/10
10202/11 10300/13
**vehicle [2]** 10143/19
10260/6
**vehicles [2]** 10140/23
10165/25
**verdict [34]** 10128/5
10128/11 10194/13
10230/13 10231/21
10231/22 10232/2
10232/4 10232/12
10291/13 10349/5
10349/20 10351/12
10352/4 10352/11
10353/6 10353/8
10353/15 10353/17
10353/18 10353/19
10354/1 10354/10
10355/7 10355/9
10355/13 10355/18
10355/19 10355/20
10355/21 10355/22
10355/24 10357/1
10357/16
**verdicts [4]** 10353/2
10353/12 10353/20
10354/7
**versa [1]** 10211/8
**version [1]** 10163/7
**versus [7]** 10114/10
10117/2 10117/3
10117/4 10117/8
10208/3 10228/14
**vertebrae [1]** 10264/24
**very [53]** 10115/8
10115/18 10118/20
10118/22 10123/6
10126/10 10126/17
10126/17 10132/11
10136/22 10150/11
10151/17 10154/24
10159/7 10159/9
10161/4 10170/2
10178/9 10179/6
10180/8 10189/12
10189/12 10189/13
10193/14 10199/10
10199/22 10203/25
10208/5 10221/15

10234/12 10234/13
10235/21 10235/21
10252/3 10253/6
10255/18 10261/23
10269/23 10274/19
10274/19 10278/25
10281/12 10293/18
10304/14 10310/14
10311/1 10331/18
10341/25 10357/4
10357/6 10358/8
**vet [2]** 10264/23
10289/24
**veteran [10]** 10125/13
10125/20 10125/21
10126/6 10126/8
10138/17 10139/10
10140/25 10179/15
10258/18
**veterans [5]** 10140/25
10147/12 10166/5
10178/9 10181/13
**vetting [2]** 10342/3
10342/4
**VHS [1]** 10237/15
**via [8]** 10236/17
10240/7 10240/8
10299/17 10299/18
10299/18 10299/18
10350/25
**viability [1]** 10221/25
**vice [3]** 10157/11
10157/11 10211/8
**vicinity [1]** 10154/21
**vicious [1]** 10124/5
**victim [1]** 10121/20
**video [133]** 10121/12
10121/14 10121/18
10121/23 10122/6
10123/14 10124/7
10132/12 10133/4
10133/12 10133/13
10134/9 10145/15
10146/11 10151/17
10152/24 10153/21
10154/4 10156/16
10156/22 10159/2
10159/9 10159/10
10160/1 10160/6
10160/12 10167/19
10170/5 10171/1
10171/2 10172/8
10172/8 10173/4
10173/8 10173/8
10173/11 10173/14
10173/14 10173/20
10174/24 10175/2
10175/9 10175/21
10176/10 10176/12
10176/17 10176/23
10177/14 10177/17
10178/1 10179/3
10180/14 10182/23
10184/2 10184/9
10185/24 10186/4
10186/18 10186/21
10188/10 10188/12

10190/6 10190/8
10190/10 10190/12
10190/15 10190/22
10190/23 10191/3
10191/23 10199/13
10202/4 10205/18
10205/18 10206/1
10207/5 10207/6
10208/14 10211/10
10211/24 10211/24
10212/1 10212/2
10212/12 10212/14
10215/25 10234/18
10235/1 10235/4
10235/9 10235/15
10235/18 10235/19
10235/22 10236/16
10237/8 10237/18
10238/3 10238/4
10238/5 10238/7
10238/8 10238/11
10238/14 10238/16
10238/20 10240/6
10240/6 10240/21
10241/1 10241/5
10259/8 10288/2
10288/16 10292/10
10292/11 10294/9
10294/9 10307/19
10310/23 10311/5
10316/22 10322/17
10324/25 10331/6
10331/7 10340/18
10340/23 10343/24
10354/22 10359/13
**videographer [1]**
10179/25
**videos [14]** 10127/20
10127/25 10128/1
10155/21 10191/7
10199/2 10211/23
10237/10 10258/13
10259/8 10259/9
10299/22 10321/21
10363/7
**Vienna [1]** 10306/20
**view [2]** 10119/21
10184/7
**views [1]** 10350/1
**violation [1]** 10118/18
**violence [23]** 10155/21
10161/6 10166/19
10168/15 10168/18
10207/8 10243/1
10258/14 10258/25
10259/1 10259/6
10259/9 10304/12
10307/9 10307/10
10307/11 10307/13
10307/16 10308/13
10311/25 10316/18
10329/3 10338/18
**violent [10]** 10151/17
10151/20 10153/6
10153/13 10156/19
10171/11 10176/1
10208/19 10213/12

**violent...** [1] 10319/3
**violently** [4] 10154/16
10318/14 10319/20
10333/13
**VIP** [1] 10140/20
**VIPs** [5] 10140/22
10141/5 10148/25
10152/1 10153/17
**Virginia** [21] 10134/22
10143/12 10240/14
10246/6 10246/25
10247/5 10261/3
10261/3 10272/21
10273/16 10273/24
10275/21 10276/12
10305/3 10305/18
10306/20 10306/23
10314/9 10315/5
10315/16 10344/19
**virtually** [1] 10247/5
**vivid** [1] 10264/5
**voice** [6] 10169/24
10209/24 10285/16
10285/19 10285/24
10352/9
**voices** [3] 10256/3
10262/18 10347/22
**volume** [3] 10312/3
10322/24 10364/3
**voluminous** [1]
10140/12
**volunteered** [1]
10118/4
**volunteers** [1]
10160/18
**vote** [11] 10260/12
10302/21 10312/22
10313/6 10331/14
10334/13 10345/13
10345/14 10351/15
10351/22 10352/15
**voted** [1] 10260/12
**votes** [1] 10347/22
**voting** [3] 10120/20
10295/20 10351/11
**vow** [1] 10193/15
**VPN** [1] 10149/21
**VPNs** [1] 10149/17
**vs** [1] 10110/5

**W**

**wait** [8] 10207/24
10217/23 10219/5
10228/10 10321/3
10321/4 10328/23
10365/2
**waited** [2] 10149/5
10321/8
**waiting** [12] 10115/3
10128/10 10152/10
10152/11 10152/14
10152/15 10152/16
10169/25 10207/25
10228/11 10280/5
10328/24
**waived** [1] 10245/16
**waives** [1] 10245/7

**waiving** [1] 10257/18
**wake** [1] 10160/14
**walk** [6] 10142/4
10169/19 10180/19
10182/25 10247/1
10339/9
**walked** [3] 10157/25
10158/7 10287/20
**walking** [15] 10164/5
10168/23 10169/16
10176/15 10197/1
10199/3 10207/6
10216/15 10219/10
10256/1 10258/2
10276/11 10306/18
10325/18 10333/8
**walks** [3] 10158/14
10170/18 10219/6
**wall** [1] 10184/13
**walls** [2] 10158/2
10339/11
**Walter** [2] 10264/3
10264/4
**want** [80] 10120/22
10121/16 10123/15
10124/25 10126/19
10127/21 10128/6
10134/7 10138/5
10147/8 10148/7
10150/23 10158/4
10162/14 10163/2
10165/21 10166/7
10168/24 10173/24
10177/12 10179/24
10180/7 10189/8
10193/13 10196/2
10196/5 10197/23
10205/4 10205/22
10205/22 10209/20
10209/23 10210/6
10210/19 10217/8
10223/14 10224/15
10225/5 10227/2
10227/5 10228/19
10231/4 10232/3
10233/1 10248/9
10248/21 10249/2
10253/11 10253/21
10261/8 10262/15
10262/16 10262/17
10264/15 10269/15
10269/23 10283/23
10289/7 10290/24
10293/20 10297/5
10313/3 10319/24
10322/14 10323/17
10324/15 10327/9
10329/19 10331/12
10335/21 10337/16
10341/17 10345/15
10346/1 10355/2
10357/4 10358/15
10361/6 10361/18
10364/21
**wanted** [49] 10118/22
10126/19 10128/16
10135/18 10136/2

**10197/17 10200/12
10201/10 10211/6
10216/19 10217/23
10229/11 10248/14
10253/23 10256/3
10267/3 10276/8
10276/13 10276/14
10276/15 10294/9
10295/13 10298/10
10298/22 10303/8
10303/10 10313/23
10314/24 10316/11
10318/2 10321/23
10328/4 10328/7
10329/2 10336/17
10339/25 10342/21
10344/1 10344/1
10345/24 10346/2
10346/3 10346/8
10346/10 10346/10
10346/11 10362/21
**wants** [7] 10122/2
10193/17 10207/13
10215/6 10302/25
10311/11 10316/6
**war** [8] 10139/17
10139/17 10153/1
10301/13 10346/8
10346/10 10346/17
10347/2
**warned** [2] 10116/10
10116/11
**warrant** [4] 10247/23
10270/5 10270/8
10270/25
**warrants** [2] 10284/21
10284/25
**Warriors** [1] 10290/3
**Warthogs** [1] 10333/7
**was** [646]
**Washington** [8]
10110/5 10110/17
10112/4 10113/5
10182/15 10267/18
10274/22 10348/7
**wasn't** [29] 10133/20
10139/23 10141/11
10147/2 10148/17
10150/22 10163/3
10164/9 10171/18
10172/5 10183/25
10194/23 10195/17
10195/21 10200/7
10214/5 10214/5
10216/14 10216/14
10234/2 10258/9
10273/17 10273/19
10280/10 10283/8
10325/22 10333/18
10346/23 10359/12
**waste** [1] 10296/4
**watch** [19] 10162/7
10165/19 10169/4
10169/5 10169/5
10170/25 10171/2
10172/16 10175/3
10175/3 10175/16

**10262/21 10316/24
10324/25 10325/24
10350/8 10350/9
**Watchdog** [3]
10195/25 10196/21
10286/11
**watching** [7] 10161/15
10161/17 10257/13
10258/1 10258/1
10259/13 10331/22
**water** [3] 10175/7
10251/12 10337/12
**Watkins** [102]
10111/14 10114/12
10114/21 10119/12
10119/20 10122/16
10122/21 10122/24
10123/4 10129/22
10177/20 10178/5
10186/3 10191/8
10191/25 10192/1
10192/7 10194/1
10198/6 10199/5
10203/20 10206/23
10209/19 10209/21
10210/3 10211/3
10212/6 10212/17
10222/12 10240/23
10243/8 10243/21
10246/11 10246/14
10258/4 10272/4
10272/7 10272/8
10272/11 10272/21
10272/23 10273/1
10273/3 10273/5
10274/13 10278/23
10279/13 10280/5
10287/9 10287/14
10287/15 10296/11
10299/20 10300/7
10300/9 10303/15
10306/20 10307/3
10309/2 10310/10
10311/7 10311/25
10314/5 10314/15
10315/4 10315/9
10317/3 10318/20
10318/25 10320/14
10322/3 10324/20
10327/12 10330/16
10331/9 10331/13
10331/16 10332/8
10332/18 10332/22
10333/7 10333/9
10333/22 10334/1
10334/14 10336/16
10336/17 10338/6
10341/11 10341/22
10342/4 10342/6
10342/10 10342/17
10342/18 10342/22
10343/1 10343/6
10343/11 10345/10
10349/6 10359/11
**Watkins'** [9] 10177/21
10194/16 10198/2
10198/14 10246/12

**10341/20 10342/23
**way** [74] 10117/24
10125/15 10127/6
10129/15 10129/17
10130/1 10130/9
10143/12 10149/15
10151/2 10151/11
10153/18 10172/21
10172/23 10176/5
10176/25 10177/13
10177/23 10177/23
10184/14 10185/6
10185/16 10187/18
10189/4 10189/10
10191/13 10200/19
10206/6 10216/15
10219/8 10221/8
10225/6 10227/3
10229/2 10229/4
10231/3 10238/9
10245/11 10252/9
10252/14 10257/9
10257/10 10257/11
10258/9 10261/5
10267/11 10269/14
10271/3 10273/11
10275/8 10275/8
10276/5 10276/5
10276/7 10302/5
10303/2 10307/4
10312/12 10313/19
10315/5 10315/16
10317/10 10318/14
10329/18 10329/19
10330/1 10333/13
10340/2 10340/14
10341/19 10350/25
10351/23 10352/17
10353/24
**ways** [6] 10118/25
10126/20 10135/12
10336/22 10337/2
10364/19
**we** [280]
**we will** [19] 10132/3
10190/9 10190/10
10193/5 10194/14
10223/2 10320/11
10320/11 10355/23
10356/17 10356/25
10357/2 10357/13
10357/15 10357/24
10358/1 10358/2
10358/5 10358/22
**we would** [1] 10362/16
**we'd** [2] 10116/6
10258/8
**we'll** [31] 10127/17
10128/7 10128/15
10169/1 10169/21
10189/16 10189/17
10189/18 10189/21
10190/14 10191/4
10205/19 10223/3
10223/6 10225/21
10233/9 10233/9
10244/15 10248/19

we'll... [12] 10250/4
10250/13 10251/13
10291/5 10291/21
10291/23 10357/6
10357/20 10359/23
10360/13 10361/4
10364/24
we're [49] 10115/3
10126/2 10127/14
10128/10 10130/5
10130/16 10131/9
10138/24 10140/5
10148/2 10159/15
10163/8 10166/10
10167/9 10167/14
10167/24 10169/23
10170/1 10170/3
10181/4 10181/25
10185/22 10187/6
10193/10 10193/16
10201/2 10201/19
10201/20 10205/18
10209/7 10210/14
10211/12 10211/22
10214/19 10216/4
10218/14 10245/21
10248/20 10248/22
10249/11 10262/9
10266/24 10321/9
10322/15 10322/17
10341/14 10348/7
10360/16 10360/23
we've [19] 10118/22
10123/22 10127/12
10127/13 10134/6
10159/24 10163/15
10168/4 10169/3
10184/12 10219/1
10232/20 10244/14
10245/22 10257/19
10262/23 10281/20
10288/3 10307/25
weapon [1] 10214/8
weapons [14] 10134/7
10158/14 10161/1
10199/19 10200/7
10200/8 10224/18
10224/21 10299/16
10304/17 10305/24
10307/1 10307/21
10327/13
wear [2] 10185/16
10290/17
wearing [7] 10150/2
10150/4 10216/2
10299/21 10307/6
10317/20 10318/9
web [1] 10330/13
website [2] 10298/21
10363/6
Wednesday [2]
10358/6 10362/8
week [1] 10115/5
weekend [4] 10128/13
10131/25 10261/14
10294/19
weeks [17] 10135/7

10142/9 10153/4
10202/9 10203/3
10234/2 10253/23
10296/18 10298/24
10308/17 10322/14
10339/6 10356/8
10357/22 10364/14
weight [1] 10352/3
welcome [4] 10131/24
10192/15 10233/17
10293/14
well [66] 10117/24
10118/24 10119/18
10120/13 10120/14
10123/4 10123/22
10124/18 10128/9
10128/14 10129/6
10129/6 10131/19
10135/17 10140/22
10145/2 10174/5
10187/6 10190/13
10191/11 10197/8
10200/20 10202/19
10203/17 10203/21
10207/7 10208/10
10209/1 10211/23
10213/16 10215/6
10219/3 10220/14
10226/14 10227/5
10230/16 10231/2
10236/22 10238/1
10241/1 10241/16
10242/19 10244/8
10244/9 10249/15
10252/5 10253/21
10258/5 10258/12
10264/2 10267/6
10267/22 10268/14
10269/20 10278/1
10278/22 10280/10
10282/22 10284/21
10288/20 10353/3
10358/10 10360/6
10361/21 10362/19
10363/13
went [57] 10121/4
10121/7 10121/8
10121/19 10122/5
10122/14 10122/16
10122/18 10123/3
10123/5 10123/17
10123/24 10124/16
10125/5 10126/23
10127/3 10149/4
10155/6 10167/14
10186/25 10187/2
10187/3 10197/19
10197/21 10198/6
10198/21 10198/22
10199/17 10206/11
10209/24 10212/25
10214/22 10218/16
10246/15 10246/16
10252/12 10252/17
10256/5 10256/16
10257/16 10263/19
10265/11 10266/4

10276/5 10281/7
10281/7 10281/12
10284/11 10287/24
10288/17 10314/8
10315/14 10316/10
10338/2 10345/13
were [275]
weren't [12] 10136/5
10136/5 10136/6
10136/7 10156/24
10174/13 10256/1
10257/23 10257/24
10259/14 10260/17
10362/23
west [25] 10151/18
10153/1 10153/9
10153/23 10154/5
10154/25 10157/15
10157/16 10160/24
10160/25 10161/5
10166/17 10166/18
10168/9 10171/10
10180/10 10182/5
10247/5 10258/23
10300/11 10300/12
10300/14 10338/12
10339/23 10344/19
West Terrace [2]
10153/23 10338/12
West Virginia [2]
10247/5 10344/19
western [3] 10208/17
10242/7 10251/14
Western Digital [1]
10242/7
wet [1] 10184/16
whacked [1] 10178/3
what [342]
what's [26] 10131/15
10131/16 10138/15
10144/6 10149/24
10162/8 10164/22
10168/16 10169/15
10171/3 10207/13
10208/8 10210/12
10235/15 10235/15
10237/12 10238/7
10238/12 10268/8
10272/11 10272/13
10286/6 10292/21
10292/22 10312/3
10336/8
whatever [11] 10148/3
10150/23 10208/11
10213/3 10218/25
10219/11 10295/13
10325/12 10358/16
10361/19 10362/5
whatsoever [2]
10251/7 10273/10
when [168] 10116/1
10119/14 10121/16
10122/2 10124/16
10125/14 10132/14
10135/22 10138/23
10141/1 10143/23
10143/25 10144/12

10145/22 10146/2
10146/3 10146/21
10147/14 10148/11
10149/7 10149/20
10151/3 10151/9
10153/16 10153/18
10155/6 10155/25
10157/13 10160/2
10160/19 10161/10
10162/14 10164/3
10165/11 10166/2
10169/23 10173/17
10174/15 10175/16
10175/24 10178/24
10179/11 10180/12
10181/8 10181/22
10183/8 10183/25
10185/1 10185/3
10185/11 10186/8
10186/19 10187/20
10187/25 10188/15
10192/16 10194/10
10194/12 10196/16
10196/17 10196/17
10197/16 10199/19
10200/5 10201/9
10203/16 10204/25
10205/4 10205/8
10205/25 10206/8
10208/14 10219/18
10220/24 10221/1
10221/4 10230/25
10231/20 10235/6
10243/3 10243/13
10244/10 10245/13
10247/10 10248/23
10252/12 10252/18
10253/5 10253/22
10254/14 10255/14
10256/7 10256/8
10256/23 10258/3
10258/7 10258/10
10258/12 10259/15
10260/5 10262/21
10262/22 10263/21
10263/22 10263/25
10264/8 10264/14
10265/6 10267/22
10268/11 10269/4
10269/20 10272/16
10274/25 10275/4
10276/5 10276/17
10280/9 10285/2
10286/1 10286/25
10288/1 10288/18
10295/4 10295/16
10296/9 10296/24
10303/12 10303/12
10303/18 10304/1
10310/23 10311/21
10312/18 10313/22
10314/20 10315/19
10315/22 10317/7
10317/8 10320/25
10322/21 10322/22
10323/14 10324/15
10325/3 10326/6

10327/21 10329/5
10331/11 10339/20
10340/3 10340/11
10346/19 10349/15
10351/21 10352/11
10355/7 10355/10
10355/19 10357/25
10358/2 10358/3
10360/15 10362/15
10362/15
where [71] 10115/16
10119/17 10136/22
10141/9 10143/11
10145/20 10147/24
10149/6 10149/24
10150/1 10151/10
10151/20 10151/23
10153/10 10160/2
10161/23 10164/9
10164/12 10167/1
10167/2 10167/2
10168/6 10169/18
10170/16 10170/16
10171/4 10174/14
10177/8 10177/20
10183/2 10183/12
10183/17 10183/23
10185/2 10188/19
10197/23 10216/1
10219/25 10221/22
10235/12 10241/11
10241/12 10244/22
10254/8 10261/1
10269/13 10271/11
10273/6 10273/6
10274/24 10275/2
10276/2 10276/15
10287/10 10287/17
10287/24 10288/6
10308/15 10312/13
10312/16 10318/3
10333/15 10339/7
10339/8 10339/15
10339/17 10339/20
10339/22 10340/24
10358/18 10359/5
whereabouts [1]
10341/1
whereas [1] 10248/17
whether [29] 10118/13
10119/1 10124/20
10128/19 10128/21
10128/22 10160/17
10191/12 10204/20
10221/18 10233/3
10233/10 10234/23
10235/3 10236/11
10237/1 10267/2
10267/11 10291/14
10292/22 10292/24
10302/10 10309/11
10313/10 10321/16
10336/17 10338/1
10348/22 10351/14
which [68] 10116/22
10116/24 10117/19
10118/7 10118/23
10121/12 10121/17

which... **[61]** 10122/12
10123/2 10123/16
10124/7 10125/11
10126/5 10128/5
10128/21 10135/11
10137/17 10143/3
10149/19 10151/19
10155/12 10183/2
10183/2 10186/16
10188/1 10190/6
10192/6 10193/11
10194/6 10200/16
10200/19 10210/12
10211/15 10215/23
10217/9 10222/14
10222/21 10223/18
10227/8 10230/18
10230/19 10230/21
10230/25 10231/17
10232/9 10232/10
10232/14 10237/9
10237/10 10238/20
10241/4 10249/2
10252/22 10253/10
10254/10 10280/10
10293/17 10293/21
10296/9 10297/19
10302/23 10314/19
10315/24 10332/19
10332/21 10352/23
10353/1 10355/16

**while [22]** 10122/12
10124/15 10128/10
10131/9 10154/16
10155/15 10158/8
10159/15 10224/13
10225/13 10225/15
10248/25 10249/15
10300/8 10310/21
10326/25 10329/11
10335/23 10348/9
10354/16 10354/19
10355/2

**Whip [6]** 10140/3
10148/9 10148/12
10210/8 10210/18
10272/5

**Whip's [2]** 10163/16
10210/11

**whispering [1]**
10337/3

**white [4]** 10169/1
10176/16 10188/6
10274/25

**White House [1]**
10274/25

**who [127]** 10121/8
10121/20 10122/15
10123/5 10124/11
10124/12 10125/5
10130/14 10134/4
10134/7 10135/15
10138/6 10138/11
10138/13 10138/14
10151/13 10152/5
10152/15 10152/20
10153/3 10153/6

10154/24 10156/2
10157/15 10157/16
10157/23 10158/14
10158/21 10159/7
10160/17 10160/18
10168/18 10169/2
10169/9 10172/5
10172/10 10172/11
10172/12 10173/25
10175/1 10179/21
10180/10 10181/24
10184/14 10197/9
10206/20 10213/13
10213/13 10217/13
10219/5 10220/6
10245/6 10245/10
10245/16 10245/23
10246/11 10246/23
10247/23 10247/25
10248/17 10248/18
10249/25 10251/21
10253/6 10253/7
10256/2 10256/16
10257/14 10257/17
10261/14 10262/17
10264/3 10270/22
10270/22 10271/16
10274/3 10275/7
10278/6 10278/8
10280/18 10281/6
10281/10 10281/17
10281/23 10285/15
10287/14 10288/11
10290/10 10290/15
10296/14 10299/19
10300/15 10311/18
10315/4 10315/6
10315/10 10315/11
10315/14 10315/15
10316/1 10323/9
10324/19 10325/16
10330/20 10331/20
10332/10 10338/19
10341/25 10342/21
10343/13 10343/16
10344/11 10345/4
10348/17 10348/18
10349/22 10349/23
10349/24 10349/25
10350/1 10356/11
10356/12 10356/12
10360/4 10363/2

**who's [11]** 10169/24
10180/11 10181/16
10188/17 10188/17
10196/16 10197/7
10210/9 10267/12
10273/7 10280/20

**whoever [2]** 10181/18
10195/9

**whole [10]** 10182/11
10183/20 10184/16
10187/2 10188/8
10210/21 10239/22
10326/16 10332/17
10355/4

**whom [3]** 10143/9

**whomever [1]** 10215/5
**Whoop [2]** 10146/14
10170/7
**Whoop-de-fucking-do**
**[2]** 10146/14 10170/7
**whose [4]** 10146/20
10173/18 10196/13
10202/4

**why [140]** 10114/25
10122/10 10122/14
10122/16 10123/24
10124/4 10128/9
10130/16 10134/14
10134/20 10142/8
10142/25 10146/25
10148/4 10151/6
10153/25 10154/1
10174/4 10174/9
10174/23 10175/6
10175/6 10175/7
10175/12 10177/24
10178/20 10186/13
10190/25 10194/23
10197/19 10198/21
10200/11 10200/11
10200/19 10200/24
10201/6 10202/12
10202/25 10204/19
10206/9 10206/11
10206/14 10206/24
10207/12 10207/13
10207/14 10207/14
10208/9 10209/9
10209/13 10209/17
10212/16 10213/20
10214/21 10215/4
10216/12 10218/16
10219/4 10220/21
10223/2 10229/11
10230/17 10230/25
10231/2 10234/7
10234/7 10235/24
10241/17 10243/16
10245/5 10246/2
10247/13 10258/21
10260/24 10261/13
10262/6 10262/15
10262/18 10265/5
10266/25 10267/20
10269/3 10269/5
10269/6 10269/7
10274/6 10275/24
10276/8 10276/10
10276/11 10278/2
10278/4 10280/25
10281/1 10282/24
10284/8 10294/24
10294/24 10302/25
10309/11 10309/11
10309/22 10309/23
10310/9 10311/10
10312/1 10313/2
10313/11 10314/21
10314/22 10314/22
10315/2 10315/6
10315/18 10315/20
10315/20 10315/21

10319/22 10324/1
10324/10 10326/9
10327/12 10327/14
10330/2 10330/21
10330/22 10331/15
10333/18 10334/11
10334/18 10334/21
10335/13 10336/20
10339/19 10339/20
10343/25 10344/9
10345/25

**Wickham [4]** 10256/11
10256/13 10335/6
10335/8

**wife [20]** 10145/25
10165/13 10184/14
10184/15 10240/19
10240/24 10243/9
10255/20 10258/11
10260/2 10264/18
10277/8 10286/17
10290/1 10290/3
10313/22 10334/8
10338/19 10345/4
10345/5

**wife's [1]** 10244/12

**will [105]** 10119/7
10127/14 10132/2
10132/3 10149/18
10156/16 10158/23
10158/24 10158/24
10159/1 10159/24
10161/22 10161/24
10171/25 10175/8
10180/6 10184/10
10190/9 10190/10
10191/22 10193/5
10193/12 10193/23
10194/3 10194/3
10194/14 10196/5
10210/25 10217/24
10218/1 10218/2
10218/3 10223/2
10224/6 10224/13
10224/18 10225/2
10225/3 10225/7
10225/9 10225/12
10226/24 10233/20
10233/22 10238/13
10239/8 10240/3
10243/1 10286/14
10290/7 10291/4
10291/9 10292/24
10293/17 10293/18
10293/21 10296/9
10298/1 10302/13
10305/11 10311/8
10320/11 10320/11
10320/11 10324/6
10348/1 10349/22
10349/24 10349/25
10350/1 10350/5
10350/15 10351/5
10354/4 10354/9
10354/12 10354/16
10354/24 10354/25
10355/9 10355/23

10356/17 10356/25
10357/1 10357/2
10357/5 10357/10
10357/11 10357/12
10357/13 10357/14
10357/15 10357/20
10357/24 10358/1
10358/2 10358/3
10358/5 10358/6
10358/6 10358/22
10360/5 10363/21

**Willden [1]** 10170/21

**William [6]** 10112/11
10113/2 10316/25
10318/13 10366/2
10366/8

**willing [1]** 10222/8

**Winchester [1]**
10306/23

**window [6]** 10154/7
10156/13 10171/17
10171/24 10172/1
10243/19

**windows [7]** 10155/22
10158/2 10171/15
10171/22 10171/23
10172/5 10172/24

**wing [1]** 10154/6

**winning [1]** 10156/18

**Wintermeyer [1]**
10196/5

**wisdom [2]** 10221/25
10222/3

**wish [14]** 10115/6
10120/8 10121/3
10149/8 10224/6
10224/25 10225/8
10225/11 10350/18
10354/11 10354/14
10354/22 10364/22
10364/23

**wished [1]** 10347/4

**wishes [2]** 10117/8
10117/9

**Withdrawn [1]**
10165/17

**withheld [3]** 10237/17
10238/7 10241/2

**withholding [1]**
10314/15

**within [8]** 10123/19
10126/2 10170/17
10206/5 10210/7
10217/18 10292/20
10361/15

**without [5]** 10185/13
10193/18 10196/16
10220/22 10297/25

**witness [37]** 10119/16
10120/3 10144/12
10145/2 10145/4
10146/2 10148/19
10149/10 10159/7
10192/6 10192/21
10261/18 10277/1
10277/1 10288/9
10288/10 10288/10

**W**

**witness... [20]**
10290/18 10299/11
10300/18 10302/3
10303/15 10304/22
10305/17 10309/4
10309/7 10309/14
10310/10 10311/14
10312/18 10324/17
10325/7 10325/21
10332/1 10332/22
10341/11 10346/20
**witness's [1]** 10313/8
**witnessed [4]** 10151/4
10160/3 10160/3
10340/16
**witnesses [19]**
10122/15 10139/15
10139/23 10142/3
10142/24 10143/9
10143/15 10143/15
10144/1 10146/24
10146/25 10149/9
10168/5 10194/6
10256/11 10257/6
10277/1 10322/21
10327/11
**Wizard [1]** 10163/19
**woman [4]** 10165/4
10165/5 10244/21
10283/14
**won't [8]** 10126/9
10131/7 10183/11
10199/2 10199/20
10205/19 10239/4
10259/9
**wonder [2]** 10125/17
10264/13
**wonderful [1]** 10358/9
**wood [1]** 10307/2
**woods [1]** 10246/23
**Woodward [11]**
10112/2 10112/3
10114/18 10140/10
10171/15 10184/24
10261/10 10293/8
10323/19 10324/22
10340/14
**Woodward's [2]**
10141/8 10313/19
**word [26]** 10124/9
10127/6 10149/4
10156/8 10165/5
10170/3 10180/24
10228/5 10228/5
10232/24 10233/2
10236/24 10254/11
10254/12 10254/25
10258/17 10258/17
10277/6 10278/11
10291/14 10304/14
10306/6 10334/10
10334/10 10345/11
10345/11
**wording [1]** 10230/18
**words [40]** 10136/4
10137/17 10139/18
10155/10 10155/17

10156/25 10228/7
10251/18 10252/6
10260/3 10263/1
10263/14 10275/18
10277/21 10279/24
10296/1 10298/9
10299/14 10301/18
10303/21 10304/4
10317/22 10320/4
10320/7 10320/7
10320/8 10320/24
10320/25 10321/4
10321/6 10323/7
10323/10 10324/1
10325/16 10327/5
10347/6 10352/2
10353/19
**work [9]** 10143/22
10144/9 10157/23
10206/19 10274/11
10274/17 10298/11
10300/3 10363/23
**worked [4]** 10145/25
10172/11 10220/19
10284/4
**working [5]** 10251/17
10251/19 10252/8
10280/20 10332/15
**works [1]** 10206/17
**world [4]** 10158/18
10178/24 10239/22
10271/7
**worried [2]** 10175/11
10231/23
**worst [1]** 10144/6
**worth [3]** 10156/16
10175/21 10231/11
**would [133]** 10115/20
10119/1 10119/15
10120/2 10120/19
10122/4 10124/2
10124/9 10124/23
10125/16 10126/24
10130/2 10131/19
10131/20 10136/7
10141/23 10144/9
10146/2 10152/19
10157/9 10165/11
10166/5 10168/14
10171/3 10173/15
10174/10 10174/20
10178/14 10178/15
10178/16 10180/22
10182/2 10183/14
10187/5 10192/22
10193/1 10193/3
10193/9 10193/13
10195/13 10197/14
10197/15 10201/16
10206/14 10215/18
10217/5 10220/15
10222/6 10223/13
10223/17 10223/20
10223/21 10226/25
10227/23 10228/24
10229/7 10229/21
10232/1 10232/18

10242/23 10250/22
10251/20 10251/20
10255/19 10258/8
10262/6 10265/3
10267/20 10269/3
10269/5 10269/13
10274/6 10275/24
10276/3 10276/11
10278/14 10279/4
10279/11 10279/24
10282/2 10282/6
10282/9 10286/17
10287/9 10288/20
10292/9 10292/12
10297/20 10302/10
10302/11 10304/21
10305/4 10310/3
10311/22 10313/6
10315/2 10318/10
10318/11 10320/22
10321/3 10322/2
10322/21 10323/24
10324/1 10324/10
10325/4 10326/19
10327/18 10328/18
10329/8 10329/18
10330/7 10330/8
10330/18 10330/21
10333/18 10334/11
10334/18 10336/18
10339/7 10339/25
10341/19 10345/19
10347/13 10350/3
10357/17 10360/10
10362/3 10362/16
10362/22 10363/10
**wouldn't [4]** 10138/21
10289/1 10294/22
10301/15
**wounded [3]** 10199/18
10289/24 10290/3
**wrap [4]** 10187/14
10188/22 10188/24
10348/11
**wrapping [1]** 10187/13
**writ [1]** 10219/21
**write [1]** 10295/4
**writing [7]** 10351/7
10351/12
**written [7]** 10224/8
10225/2 10225/9
10297/7 10297/8
10308/20 10354/12
**wrong [18]** 10139/9
10156/22 10156/23
10162/8 10176/4
10184/25 10186/25
10194/12 10194/16
10195/1 10209/12
10231/16 10316/14
10316/21 10339/18
10339/19 10341/22
10351/22
**wrongly [1]** 10138/16
**wrote [8]** 10301/11
10301/17 10309/17
10320/10 10320/21

10337/22
**Wyoming [1]** 10325/15

**Y**

**y'all [3]** 10207/3
10207/4 10213/7
**Yale [1]** 10139/12
**yanking [2]** 10206/1
10319/12
**yards [1]** 10207/3
**yeah [6]** 10128/1
10191/19 10219/8
10219/14 10233/1
10254/11
**year [6]** 10213/3
10235/13 10258/18
10283/2 10289/16
10295/16
**Year's [1]** 10244/9
**years [4]** 10141/2
10290/16 10302/23
10347/24
**yelling [7]** 10150/20
10183/12 10312/19
10343/22 10343/23
10343/24 10343/25
**yellow [3]** 10287/4
10287/8 10287/10
**yes [23]** 10120/21
10127/20 10127/24
10130/22 10131/11
10136/2 10140/16
10208/10 10215/1
10224/3 10226/8
10226/18 10229/7
10230/8 10230/10
10232/8 10270/15
10279/15 10279/23
10293/10 10305/18
10343/5 10360/21
**yesterday [2]** 10282/5
10297/6
**yet [18]** 10136/19
10152/3 10153/15
10155/11 10156/6
10158/22 10166/11
10168/21 10190/2
10200/9 10204/4
10213/9 10221/8
10285/17 10310/2
10310/4 10329/3
10348/19
**Yorker [1]** 10330/16
**you [977]**
**you'd [3]** 10171/4
10215/19 10256/17
**you'll [19]** 10130/24
10149/12 10155/3
10164/17 10171/2
10182/20 10183/17
10185/10 10194/19
10199/8 10205/19
10218/7 10240/10
10242/15 10265/25
10292/22 10293/17
10297/7 10308/19
**you're [62]** 10120/23

10137/17
10149/24 10155/11
10161/10 10165/3
10165/11 10167/25
10171/1 10172/3
10172/10 10173/5
10176/15 10176/18
10178/22 10180/9
10180/18 10181/8
10181/18 10182/5
10182/9 10183/8
10183/9 10188/14
10188/22 10194/10
10196/18 10206/1
10207/20 10214/12
10214/13 10214/14
10217/12 10221/20
10221/24 10226/25
10227/24 10228/18
10229/3 10231/23
10232/10 10242/17
10243/7 10245/14
10245/19 10247/10
10249/8 10254/14
10255/24 10260/6
10262/22 10262/22
10266/6 10268/7
10269/22 10270/4
10275/11 10345/21
10358/16 10362/1
10362/8
**you've [34]** 10117/14
10119/5 10137/5
10143/24 10164/4
10173/10 10176/18
10177/9 10178/7
10179/7 10185/16
10189/11 10192/23
10199/3 10199/21
10200/16 10218/7
10222/11 10228/21
10246/22 10248/23
10253/20 10257/11
10257/22 10258/12
10268/24 10278/16
10281/15 10293/22
10306/2 10306/3
10319/25 10322/7
10364/8
**Young [12]** 10122/16
10220/25 10300/17
10300/24 10302/8
10302/15 10302/17
10302/19 10304/24
10318/1 10325/3
10341/4
**youngest [1]** 10212/22
**youngsters [1]**
10138/7
**your [165]** 10114/24
10115/8 10116/1
10116/8 10117/14
10118/6 10119/9
10120/5 10120/9
10120/20 10121/1
10121/18 10124/2
10127/10 10127/12
10127/19 10130/13

10430

# Y

**your... [148]** 10130/22
10131/11 10131/14
10139/4 10141/19
10142/1 10143/6
10147/9 10150/4
10154/2 10155/5
10156/17 10158/6
10159/11 10159/19
10159/22 10161/22
10162/17 10162/18
10162/22 10163/6
10171/18 10177/16
10179/2 10188/25
10189/9 10189/12
10190/4 10192/17
10194/13 10196/3
10197/11 10198/13
10201/8 10216/18
10221/14 10223/5
10223/9 10224/3
10224/9 10224/17
10225/20 10226/8
10229/6 10229/19
10229/23 10230/10
10231/19 10232/8
10233/25 10234/22
10235/20 10236/14
10237/14 10237/23
10238/10 10238/21
10239/4 10239/12
10239/16 10243/12
10243/12 10243/13
10248/7 10249/10
10249/18 10265/19
10269/22 10281/15
10281/17 10282/3
10283/22 10290/24
10290/25 10292/6
10293/6 10293/7
10293/18 10293/25
10294/5 10294/8
10304/10 10305/4
10308/24 10309/3
10321/17 10321/20
10323/8 10323/8
10323/9 10342/14
10343/5 10348/25
10349/13 10349/16
10349/17 10349/20
10349/23 10350/13
10351/1 10351/3
10351/17 10351/20
10351/24 10352/3
10353/6 10353/8
10353/14 10353/15
10353/19 10353/24
10354/1 10354/7
10354/10 10355/1
10355/7 10355/7
10355/10 10355/18
10355/19 10355/20
10355/20 10355/21
10355/24 10355/25
10356/15 10357/4
10357/10 10357/16
10358/3 10358/20
10358/21 10359/7

10360/21 10361/1
10361/7 10361/8
10362/2 10362/3
10362/7 10362/11
10362/20 10364/9
10364/14 10364/15
10364/15

**Your Honor [59]**
10114/8 10115/8
10116/1 10116/8
10120/5 10120/9
10121/1 10124/2
10127/10 10130/13
10130/22 10131/11
10131/14 10139/4
10141/19 10142/1
10143/6 10150/4
10159/22 10162/17
10162/18 10162/22
10163/6 10177/16
10179/2 10188/25
10190/4 10192/17
10223/9 10224/3
10224/9 10224/17
10225/20 10226/9
10229/19 10229/23
10230/10 10231/19
10232/8 10233/25
10236/14 10237/14
10238/21 10239/4
10239/16 10248/7
10265/19 10292/6
10293/6 10293/7
10294/5 10305/4
10343/5 10358/20
10358/21 10360/11
10360/21 10362/7
10362/11

**yours [4]** 10192/16
10233/23 10353/23
10357/22

**yourself [7]** 10174/23
10175/12 10189/10
10195/1 10246/2
10247/13 10351/19

**yourselves [15]**
10149/11 10189/7
10225/15 10309/22
10311/10 10313/10
10314/21 10315/6
10315/19 10315/21
10336/20 10354/19
10361/18 10362/1
10362/6

**YouTube [1]** 10331/23

# Z

**Zaremba [3]** 10113/2
10366/2 10366/8
**Zello [25]** 10195/23
10195/24 10196/10
10196/11 10197/7
10197/9 10285/6
10285/13 10286/4
10286/11 10299/18
10299/25 10332/19
10332/23 10333/8

10333/15 10333/20
10336/24 10341/19
10341/20 10341/23
10342/7 10343/12
**Zimmerman [12]**
10260/13 10260/14
10260/21 10261/9
10261/9 10261/13
10261/15 10261/20
10261/20 10261/21
10261/22 10277/5
**Zimmerman's [1]**
10261/11
**zip [3]** 10172/21
10172/22 10307/3
**zips [1]** 10175/18
**zoom [1]** 10167/24
**zoomed [1]** 10173/23